1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S RESPONSE TO APPLE'S STATEMENT REGARDING JURY INSTRUCTIONS** |

1   Samsung disagrees with Apple's rendition of events regarding jury instructions.  Over the
2   past week, the parties have been diligently working together in an attempt to resolve their
3   differences on jury instructions and reduce the number of disputes for the Court to resolve.
4   (Watson Decl. ¶ 2.)  Samsung, in particular, has agreed to more than twenty revised instructions
5   proposed by Apple and is continuing to review Apple's remaining disputed instructions for any
6   common ground.  (*Id.*)  Indeed, Mr. Watson's email attached as Exhibit D to the Pernick
7   declaration is just one example of Samsung's efforts to find agreement.  (Dkt. No. 116-5.)  By
8   contrast, Apple has agreed to only two complete instructions drafted solely by Samsung, and one
9   was a simple instruction based on Ninth Circuit Model Instruction No. 1.5.  (Watson Decl. ¶ 2.)

10   Counsel for Apple told Samsung it experienced technical difficulties today with the
11   document containing the parties' disputed jury instructions.  (Watson Decl. ¶ 3.)  Samsung still
12   has not received from Apple the native version of the joint set of disputed instructions that Apple
13   undertook to prepare as part of the submission.  (*Id.*)  Without a native version, Samsung is unable
14   to make edits and changes to the disputed jury instructions.  (*Id.*)  Samsung only received a PDF
15   version of the joint set of disputed instructions at 9:40 p.m. this evening.  (*Id.* at ¶4.)  Because
16   Apple had not provided a joint draft of the jury instructions by the time court concluded for the
17   day, Samsung proposed to have an interim meeting late tonight and to have the final lead counsel
18   meeting over the weekend to submit the joint set shortly thereafter.  (*Id.*)  Samsung respectfully
19   requests that the parties be given another 24-48 hours to complete their negotiations and provide a
20   clean set of instruction to the Court before Monday morning.

21   DATED: August 10, 2012            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By  /s/ *Victoria F. Maroulis*
                                       Victoria F. Maroulis
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC. and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC