1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 17  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 18              Plaintiff, | **NOTICE OF APPEARANCE** |
| 19          vs. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23              Defendants. | |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Mark Y. Tung of Quinn Emanuel Urquhart & Sullivan,

3  LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc. and Samsung Telecommunications America, LLC.

5    Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6  directed to:

7    Mark Y. Tung (CA Bar No. 245782)
    marktung@quinnemanuel.com
8    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065
9    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

10

11  DATED: August 11, 2012            QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
12

13

14                                    By   */s/ Mark Y. Tung*
                                         Charles K. Verhoeven
15                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
16                                       Edward DeFranco
                                         Michael T. Zeller
17                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
18                                       INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
19

20

21

22

23

24

25

26

27

28