1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,          Case No. 11-cv-01846-LHK (PSG)

13                 Plaintiff,                       **JOINT SUBMISSION OF
                                                    DEMONSTRATIVE EXHIBITS
14         v.                                       DISPLAYED TO THE JURY
                                                    THROUGH AUGUST 7, 2012**
15   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New York
     corporation; SAMSUNG
17   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,
18
                   Defendants.
19

20

21

22

23

24

25

26

27

28

The parties submit herewith as Exhibit A their joint list of demonstrative exhibits published to the jury at trial, through August 7, 2012.  Exhibits B through J are copies of the demonstrative exhibits listed on Exhibit A, organized as follows:

| | |
|---|---|
| Exhibit B | Apple's opening statement |
| Exhibit C | Samsung's opening statement |
| Exhibit D | Video files played during Samsung's opening statement |
| Exhibit E | P. Schiller |
| Exhibit F | S. Forstall |
| Exhibit G | J. Denison |
| Exhibit H | P. Bressler |
| Exhibit I | S. Kare |
| Exhibit J | R. Winer |
| Exhibit K | H. Poret |

JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 7, 2012
CASE NO. 11-cv-01846-LHK (PSG)
pa-1546011

2

1    Additionally, certain demonstratives have been published with a limiting instruction.  If

2    the Court wishes, the parties will include such instructions on future iterations of the list.[1]

3

4    Dated:  August 11, 2012

5    MORRISON & FOERSTER LLP          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
6

7

8    By: /s/ Michael A. Jacobs           By: /s/ Victoria F. Maroulis
         HAROLD J. MCELHINNY                 CHARLES K. VERHOEVEN
9        MICHAEL A. JACOBS                   KEVIN P.B. JOHNSON
         RACHEL KREVANS                      VICTORIA F. MAROULIS
         JENNIFER LEE TAYLOR                 EDWARD DEFRANCO
10       ALISON M. TUCHER                    MICHAEL T. ZELLER
         RICHARD S.J. HUNG
11       JASON R. BARTLETT               Attorneys for SAMSUNG ELECTRONICS
                                         CO. LTD, SAMSUNG ELECTRONICS
12       WILLIAM F. LEE                  AMERICA, INC., AND SAMSUNG
         MARK D. SELWYN                  TELECOMMUNICATIONS AMERICA,
13                                       LLC.
         Attorneys for APPLE INC.
14

15

16

17

18

19

20

21

22

23

24

25

26    [1] Samsung believes the list should reflect any limiting instructions the Court has given or
      ordered with respect to these materials so as to accurately reflect the Court's permitted uses or
27    purposes and reserves its right to include such limiting instructions on future iterations of the list.
      As noted above, Apple will include such instructions on the list if the Court wishes.
28

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3

Joint Submission of Demonstrative Exhibits Displayed to the Jury Through August 7, 2012.  In

4

compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred

5

in this filing.

6

Dated:  August 11, 2012                    */s/ Michael A. Jacobs*
                                           Michael A. Jacobs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 7, 2012
CASE NO. 11-cv-01846-LHK (PSG)
pa-1546011

4