# Exhibit A

# **EXHIBIT A**

| | | |
|---|---|---|
| Apple's Opening Statement | | 1-108 |
| Samsung's Opening Statement | | 3-4, 7-10, 22-26, 28, 30-31, 33-37, 41-43, 46-47, 50-54, 60-62, 66-67, 71-72, 74, 78, 80, 83-84, 86, 88, 89-92, 96-101, 105, 107, 109, 115-116, 118, 121, 123-125, 127-134, 137, 139, 144-148, 151, 153-155, 157 |
| Schiller | PDX | 1.1<br>3<br>5.1<br>6.1<br>7.1<br>8.1<br>9.1<br>10.1<br>10.2<br>13.1<br>16.1 |
| Schiller | SDX | 3557<br>3561 |
| Forstall | PDX | 25 |
| Denison | PDX | 15 |
| Denison | SDX | 3584<br>3585<br>3586 |
| Bressler | PDX | 26.1<br>26.4<br>26.6<br>26.7<br>26.10<br>26.11<br>26.12<br>26.13<br>26.14<br>26.18<br>26.19 |
| Bressler | SDX | 3750<br>3753<br>3755<br>3758 |

|  |  |  |
|---|---|---|
|  |  | 3759<br>3762<br>3763<br>3770<br>3776<br>3784<br>3785<br>3787<br>3789<br>3790<br>3791<br>3792<br>3793<br>3795<br>3796<br>3797<br>3799<br>3803<br>3811A<br>3811B |
| Kare | PDX | 14.1<br>14.6<br>14.7<br>14.12<br>14.13<br>14.14<br>14.15<br>14.16<br>14.17<br>14.18<br>14.19<br>14.20<br>14.21<br>14.22<br>14.23<br>14.25<br>14.26<br>14.27<br>14.29<br>14.30 |
| Winer | PDX | 28.2<br>28.5<br>28.6<br>28.11 |

la-1180036

|  |  | 28.12<br>28.17<br>28.18<br>28.28 |
|---|---|---|
| Winer | SDX | 3917.109 |
| Poret | PDX | 30.2<br>30.3<br>30.4<br>30.5 |
| Poret | SDX | 3705.101<br>3705.105<br>3705.109 |

la-1180036