Exhibit B

# Apple Inc.

## v.

## Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC

Case No. 11-cv-01846-LHK (PSG)

*July 31, 2012*









# 2007 Macworld

## January 9, 2007





# The iPhone Redefined the Smartphone

## January 9, 2007



# Apple Macintosh



# Apple iPod



# 2007 Macworld

## January 9, 2007





# The iPhone Redefined the Smartphone



**The New York Times**

January 11, 2007

Apple Waves Its Wand at the Phone

By DAVID POGUE

"Remember the fairy godmother in "Cinderella"? She'd wave her wand and turn some homely and utilitarian object, like a pumpkin or a mouse, into something glamorous and amazing, like a carriage or fully accessorized coachman.

…

At the annual Macworld Expo in San Francisco, Mr. Jobs demonstrated the latest result of godmother wand-waving. He granted the wishes of millions of Apple followers and rumormongers by turning the ordinary cellphone into … the iPhone."

*PX. 133*

APLNDC-Y0000235973

13

# iPhone Acclaim



"From the phone that has changed phones forever… a dazzling display of ingenuity"

"1. The iPhone is pretty"

*PX. 135*

14

# iPhone Acclaim

### IDSA

### Design & Art Direction

### J.D. Power







# iPhone Acclaim

## "Patent Office Highlights Jobs's Innovations"

The New York Times

*PX. 142*

## "The Patents and Trademarks of Steve Jobs – Art and Technology that Changed the World"



16

# Samsung's Response to the iPhone

## September 2007



**iPhone Effect Analysis**

"Easy and intuitive UI that covers all user classes, including male, female, old and young"

"Beautiful design"

"Competing with iPhone one way or the other is inevitable."

"HW portion: Easy to copy"

*PX. 34 at 15-16*

18

# Samsung Saw the iPhone's Impact



December 17, 2008

**Touch Portfolio Rollout Strategy**

"Users universally comment that the iPhone has changed their notion of what a phone can and should be."

"Consumers don't see the iPhone as simply usable; they see it as enjoyable, engaging and cool."

"Fun: Gestures like the two fingered pinch and flick add a game-like quality to interactions"

"Whimsical: Lists bounce … the iPhone has a sense of whimsy"

*PX. 36 at 22, 36*

19

# Samsung's Response to the iPhone

February 10, 2010



Summary of Executive-Level Meeting Supervised by Head of Division

"I hear things like this: **Let's make something like the iPhone**."

"When everybody (both consumers and the industry) talk about UX, they weigh it against the iPhone. **The iPhone has become the standard**. That's how things are already.

Do you know how difficult the Omnia is to use? When you compare the 2007 version of the iPhone with our current Omnia, can you honestly say the Omnia is better? **If you compare the UX with the iPhone, it's a difference between Heaven and Earth**."

"**It's a crisis of design**"

*PX. 40 at 1-5*

# Samsung Omnia



# Samsung's Response to the iPhone



February 10, 2010

Summary of Executive-Level Meeting Supervised by Head of Division

"I hear things like this: **Let's make something like the iPhone**."

"When everybody (both consumers and the industry) talk about UX, they weigh it against the iPhone. **The iPhone has become the standard**. That's how things are already.

Do you know how difficult the Omnia is to use? When you compare the 2007 version of the iPhone with our current Omnia, can you honestly say the Omnia is better? **If you compare the UX with the iPhone, it's a difference between Heaven and Earth**."

"**It's a crisis of design**"

*PX. 40 at 1-5*

22

# Timeline of Samsung Smartphones

**Samsung Products Before iPhone**











| i700 | i730 | i830 | BlackJack i607 | Apple iPhone Announced |
|------|------|------|----------------|------------------------|
| Mar. 2004 | Jul. 2005 | Jan. 2006 | Nov. 2006 | Jan. 9, 2007 |

| 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|

*PX. 3*

23

# Timeline of Samsung Smartphones

Samsung Products After iPhone









**Apple iPhone Announced**

Jan. 9, 2007

F700
Dec. 2007

i8510 INNOV8
Sep. 2008

i8910 Omnia HD
May 2009

M7600 Beat DJ
May 2009

Jet S8000
Jun. 2009

i5700 Galaxy Spica
Nov. 2009

| 2007 | 2008 | 2009 |
|---|---|---|

*PX. 3*

# Timeline of Samsung Smartphones

Samsung Products After iPhone








**Apple iPhone
Announced**

Jan. 9, 2007

**Galaxy S i9000
Jun. 2010**

**Vibrant T959
Jul. 2010**

**Mesmerize i500
Oct. 2010**

**Galaxy S 4G T959V
Feb. 2011**

**Galaxy S II SGH-I777
Oct. 2011**

| 2007 | 2010 | 2011 |

*PX. 3*

# Samsung Copies the iPhone

June 29, 2010 



### Samsung Galaxy S: How Does It Measure Up to the Competition?

"When I first picked up the Galaxy S, I was amazed with how thin and lightweight it was. I was also surprised by **how familiar it looked. The design is actually very iPhone 3GS-like . . .**"

*PX. 175*

26

# Samsung Copies the iPhone



July 15, 2010

**WIRED**

First Look: Samsung Vibrant **Rips Off** iPhone 3G Design

"Samsung's latest phone, the Vibrant, has the **body of an iPhone**"

"The Vibrant's industrial design is **shockingly similar** to the iPhone 3G: The rounded curves at the corners, the candybar shape, the glossy, black finish and the chrome-colored metallic border around the display. The Vibrant even has its volume and ringer buttons in almost the same spot as the iPhone 3G."

"But there's little to make the phone notable, apart from its **striking similarity** to the iPhone"

**"derivative design"**

*PX. 174*

27

# The iPad Redefined the Tablet



January 27, 2010



# iPad Acclaim



**November 11, 2010**

**TIME**

"Apple is the first company that designed finger-friendly hardware and software from scratch"

"reinventing a product category that its competitors have given up on"

"magical"

"revolutionary"

*PX. 139*

29

# Timeline of Samsung Tablets

Before iPad

After iPad







**May 2006**

Samsung Q1

**Apr. 2010**

Apple iPad

**Jun. 2011**

Samsung Galaxy Tab 10.1

# Samsung Copies the iPad



March 22, 2011

**FAST C⊕MPANY**

## Samsung's Anti-iPad 2 Policy: Clone the Heck Out of It

In what may be a perfect "if you can't beat 'em, join 'em" maneuver, Samsung has just revealed its answer to the iPad 2—a new set of Galaxy Tab tablets. In terms of specs, they're pretty much **clones of Apple's offering**.

In other words, **Samsung has thrown in the towel on innovative tablet design, and has realized it has to match Apple's successful design** and pricing recipe (to the extent it's even tweaked its design plans) to **capture any meaningful market share**.

*PX. 172*

31

# Samsung Copies Apple



*PX. 44*


# Samsung Copies Apple



*PX. 44*

# Samsung Copies Apple



TRANSLATION

## P5 Usability Evaluation Results

2011. 4. 9

S/W Verification Group |

PLAINTIFF'S EXHIBIT NO. 57
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elect.
Date Admitted _____ By_____

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00176053

*PX. 57*

34

# Samsung Copies Apple



# Samsung Corporate Representative Justin Denison



09/21/2011 J. Denison 30(b)(6) Dep. at 135:3-17

# Samsung Corporate Representative Justin Denison

Page 135

[illegible]

[illegible]

[illegible]

[illegible] drawn direct comparisons or what

09/21/2011 J. Denison 30(b)(6) Dep. at 135:3-17

# D'087 Patent



# D'087 Patent



iPhone (Original)   D'087   Vibrant

FIG. 47   FIG. 43

# D'677 Patent





(12) **United States Design Patent**
Andre et al.

(10) **Patent No.:**     **US D618,677 S**

(54)   **ELECTRONIC DEVICE**

(73)   Assignee:  **Apple Inc.**, Cupertino, CA (US)

*JX. 1043*

42

# D'677 Patent



# D'305 Patent



**(12)** **United States Design Patent**
Anzures et al.

**(10)** **Patent No.:**     **US D604,305 S**

**(54)**     **GRAPHICAL USER INTERFACE FOR A
DISPLAY SCREEN OR PORTION THEREOF**

**(73)**     Assignee:   **Apple Inc.**, Cupertino, CA (US)



**FIG. 1**

*JX. 1042*

44

# D'305 Patent

### iPhone



### D'305



### Galaxy S (i9000)



# D'889 Patent



# D'889 Patent



iPad 2            D'889            Galaxy Tab 10.1

FIG. 1

FIG. 6

# '381 Patent



(12) **United States Patent**
Ording

(10) **Patent No.:**      **US 7,469,381 B2**

(54)      **LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY**

(73)      Assignee:   **Apple Inc.**, Cupertino, CA (US)

*JX. 1045*

49

# '381 Patent: Claim 19

A device, comprising:

**a touch screen display**;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including:

instructions for displaying a first portion of an electronic document;

instructions for detecting a movement of an object on or near the touch screen display;

instructions for **translating the electronic document** displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement;

instructions for **displaying an area beyond an edge of the electronic document** and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, **in response to the edge of the electronic document being reached** while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and

instructions for **translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed** to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display.

*JX. 1045*

50

# iPhone



# iPhone



# '381 Patent



*PX. 46*

# '381 Patent



# iPhone



# iPhone



# Samsung Vibrant



# Samsung Vibrant



# '163 Patent



(12) **United States Patent**
Ording et al.

(10) **Patent No.:** US 7,864,163 B2

(54) PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

*JX. 1046*

# '163 Patent: Claim 50

A portable electronic device, comprising:

**a touch screen display**;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:

instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

instructions for **detecting a first gesture** at a location on the displayed portion of the structured electronic document;

instructions for determining a first box in the plurality of boxes at the location of the first gesture;

instructions for **enlarging and translating the structured electronic document so that the first box is substantially centered** on the touch screen display;

instruction for, while the first box is enlarged, **detecting a second gesture** on a second box other than the first box; and

instructions for, in response to detecting the second gesture, **translating the structured electronic document so that the second box is substantially centered** on the touch screen display.

*JX. 1046*

60

# iPhone



# iPhone



# '163 Patent



*PX. 44 at 58*

# '163 Patent



April 17, 2009

Browser Zooming Methods UX Exploration Study

"Design & Research Recommendations"

"**Adopt Double-Tap as a supplementary zooming method** for up to 2 levels of zooming and back to original in mass market touch devices. **The UX of iphone can be used as a design benchmark.**"

*PX. 38 at 24*

64

# iPhone



# iPhone



# Samsung Galaxy SII



# Samsung Galaxy SII



# '915 Patent



(12) **United States Patent**
Platzer et al.

(10) **Patent No.:** **US 7,844,915 B2**

(54) APPLICATION PROGRAMMING
INTERFACES FOR SCROLLING
OPERATIONS

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

*JX. 1044*

# '915 Patent: Claim 8



A machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method comprising:

**receiving a user input**, the user input is one or more input points applied to a **touch-sensitive display** that is integrated with the data processing system;

creating an event object in response to the user input;

**determining whether** the event object invokes **a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display** that is interpreted as the scroll operation **and two or more input points** applied to the touch-sensitive display that are interpreted as the gesture operation;

issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

responding to at least one scroll call, if issued, by **scrolling a window** having a view associated with the event object; and

responding to at least one gesture call, if issued, by **scaling the view** associated with the event object based on receiving the two or more input points in the form of the user input.

*JX. 1044*

70

# iPhone



# iPhone



# Samsung Galaxy S II



# Samsung Galaxy S II



# iPhone Trade Dress



- a rectangular product with four evenly rounded corners;

- a flat clear surface covering the front of the product;

- the appearance of a metallic bezel around the flat clear surface;

- a display screen under the clear surface;

- under the clear surface, substantial black borders above and below the display screen and narrower black borders on either side of the screen;

- when the device is on, a row of small dots on the display screen;

- when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and

- when the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed.

76

# iPad Trade Dress



- a rectangular product with four evenly rounded corners;

- a flat clear surface covering the front of the product;

- the appearance of a metallic rim around the flat clear surface;

- a display screen under the clear surface;

- under the clear surface, substantial neutral (black or white) borders on all sides of the display screen; and

- when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen.

# Apple's Damages

## Samsung's Profits

## Apple's Lost Profits

## Reasonable Royalty

# Samsung's Sales and Profits in the U.S. Market





**22.7 Million** Smartphones and Tablets Sold

**$8.16 Billion** Revenue

More Than
**$2 BILLION PROFITS**

80



# Timeline of Samsung's Patents

| U.S. Patent No. | Date of Earliest Korean Application | Date of U.S. Application | Date of U.S. Patent |
|---|---|---|---|
| '516 | June 9, 2004 | June 9, 2005 | November 4, 2008 |
| '941 | May 4, 2005 | May 4, 2006 | March 9, 2010 |
| '460 | March 31, 1999 | July 26, 2006 | August 18, 2009 |
| '893 | March 15, 2005 | June 27, 2005 | November 25, 2008 |
| '711 | August 30, 2005 | July 16, 2007 | April 13, 2010 |



# ETSI

## European Telecommunications Standards Institute



# Testimony of Dr. Seung-Ho Ahn



**Dr. Seung-Ho Ahn**
*Samsung's*
*Senior Vice President*
*and Head of IP Center*
*Mar. 15, 2012*

Q.  Do you have any knowledge as to whether or not Samsung played an important role in developing the cellular telecommunication system?

A.  **No, I do not really know.**

*p. 130:10-13*

87

# ETSI IPR Policy 4.1



## 4 Disclosure of IPRs

**4.1** Each MEMBER shall use its reasonable endeavours to timely inform ETSI of ESSENTIAL IPRs it becomes aware of. **In particular, a MEMBER submitting a technical proposal for a STANDARD shall, on a bona fide basis, draw the attention of ETSI to any of that MEMBER's IPR which might be ESSENTIAL if that proposal is adopted.**

*PTX 74,*
*ETSI IPR Policy at 4.1*

# ETSI Disclosure Chronology

| Patent | Samsung Applications | Technical Proposals | Freeze Date | Disclosure Date |
|--------|---------------------|---------------------|-------------|-----------------|
| **'941** | 5/4/2005 | 5/9/2005 (Samsung) | 6/2005 | 8/7/2007 |
| **'516** | 6/9/2004<br>8/6/2004<br>9/14/2004<br>11/17/2004 | 8/12/2004 (Samsung) | 6/2005 | 5/16/2006 |
| | 4/7/2005 | 5/13/2005 (Samsung) | | |

90

# Testimony of Jun Won Lee



Page 114

17    Q   Has there ever been an instance in which

18    Samsung has disclosed a pending patent application or an

19    issued patent to ETSI before the standard has been

20    determined or before the standard has been frozen?

Jun Won Lee_ Dep. 03/06/2012 at 114:17-24

# ETSI IPR Policy 4.1



## 4    Disclosure of IPRs

**4.1**   Each MEMBER shall use its reasonable endeavours to timely inform ETSI of ESSENTIAL IPRs it becomes aware of. In particular, a MEMBER submitting a technical proposal for a STANDARD shall, on a bona fide basis, draw the attention of ETSI to any of that MEMBER's IPR which might be ESSENTIAL if that proposal is adopted.

PTX 74,
ETSI IPR Policy at 4.1

93

# FRAND

# Fair Reasonable And Non-Discriminatory

94

# Testimony of Dr. Seung-Ho Ahn



**Dr. Seung-Ho Ahn**
*Samsung's
Senior Vice President
and Head of IP Center
Mar. 15, 2012*

Q.  Dr. Ahn, as head of licensing at Samsung, have you personally taken any steps to ensure that Samsung complies with its FRAND commitments?

\* \* \*

**A.  I am the head of the IP center and I have not taken any such steps.**

\* \* \*

Q.  Do you know of anyone at the IP center who has taken steps to ensure that Samsung complies with its FRAND commitments?

\* \* \*

**A.   I have never verified whether somebody does that.**

*pp. 100:20-101:8*

95

# Apple App Store



# Apple App Store



# Apple App Store



# Apple App Store



# '893 Patent, Claim 10 − *"mode"*



**10**. A digital image processing apparatus comprising:

an optical system for receiving a light reflected from a subject;

a photoelectric conversion module in optical communication with the optical system for converting the light to image data;

a recording medium for storing the image data in an image file;

a display screen for displaying the image data; and

a controller connected with the photoelectric conversion module, the recording medium and the display screen, the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data,

wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation.

101

# '893 Patent, Figure 1



Mode Dial



# Apple's Dynamic Apps Approach



# '460 Patent, Claim 1 – *"mode" or "sub-mode"*



1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function;

entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode;

sequentially displaying other images stored in a memory through the use of scroll keys;

transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and

transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.



# '711 Patent, Claim 9 – *"applet"*



**9**. A multi-tasking apparatus in a pocket-sized mobile communication device including an MP3 playing capability, the multi-tasking apparatus comprising:

a controller for generating a music background play object, wherein the music background play object includes an application module including at least one ==applet,== for providing an interface for music play by the music background play object, for selecting an MP3 mode in the pocket-sized mobile communication device using the interface, for selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode, for switching from the MP3 mode to a standby mode while the playing of the music file continues and for selecting and performing at least one function of the pocket-sized mobile communication device from the standby mode while the playing of the music file continues; and

a display unit for displaying an indication that the music file is being played in the standby mode and for continuing to display the indication that the music file is being played while performing the selected function.

107

# '711 Patent, Claim 9 – *"applet"*



Accordingly, the Court construes "applet" to mean "**An application designed to run within an application module.**"

*Court's Claim Construction, 1/20/12*
*p. 11; ll. 5-6*



108