# Exhibit C

SAMSUNG

# Samsung's Investment in Mobile Communications Technology

- Mobile phone technology since 1991
- Billions invested in wireless standards necessary for smartphones
- Massive investment in research and development
  - $35 billion from 2005 – 2010
  - Over 20,000 engineers dedicated to telecommunications R&D worldwide
  - Over 1,000 designers designing thousands of electronics products each year



SAMSUNG

# Samsung's San Jose Investment in Mobile Communications Technology

- Samsung's Mobile Communications Lab (MCL)
  - 90 engineers work closely with Google
  - Optimize the Android OS for Samsung's phones
- Samsung Design America
  - Designers and engineers work closely with other divisions creating the design and user interface of Samsung's phones and tabs
- Media Solution Center-America (MSC-A)
  - Develops and manages the platforms that deliver content and services to mobile devices

USA, San Jose

SAMSUNG

# Apple Uses Samsung's Innovative Technology

- Samsung supplies the flash memory, main memory, and application processor for the iPhone, accounting for 26% of the component cost of the iPhone
- Samsung also manufactures Apple's A5X processor and is the sole supplier for the Retina display in the new iPad

SAMSUNG
Rectangular Portable Devices with Rounded Corners, Large Screens and Minimalist Design
Before iPhone
2005
2006
2007
JP D1241383
LG Prada
iPhone
PRADA
JP D1241638
KR30-0418547
8

# Rectangular Portable Devices Before The iPad

SAMSUNG
USD461,802
HP TC1000
1994 Fidler
The Tablet
JPD1142127
iPad
(Jan. 27, 2010)

# Samsung's Pre-iPhone Designs and Post-iPhone Designs

SAMSUNG

Before

Bar-type Touch-screen Display

Merit (2006)

F700 Mock-up (2006)

"Slide" Design (2006)

"Slide" Design (2006)

F300 (Oct. 2006)

Bar-type

I700 (3Q, 2003 )

Blackjack (4Q, 2006 )

Slide-type

i830 (Jan. 2006)

D908 (Aug. 2006 )

Folder-type

E700 (3Q, 2003)

T100 (2002)

iPhone (Jan. 2007)

After

F700 (Feb. 2007)

i8910 (May 2009)

Jet (Jun. 2009)

SCH-I500 (2010)

Gem (Feb. 2011)

Bar-type

Replenish (May 2011)

E590 (Jan. 2007)

Intensity II (July 2010)

Slide-type

Reclaim (Jan. 2009)

Gravity (Nov. 2008)

Folder-type

U410 (Oct. 2007)

U700 (3Q, 2007)

Exh. 684.001

SAMSUNG

# "Sony-Style" Design Functionality

Date: Wed, 08 Mar 2006 02:46:30 +0000
From: "Richard Howarth" <howarth@apple.com>
To: "Jonathan Ive" <ive@apple.com>

hi Jony,

i'm worried about the extrudo shape we're using for P2 etc. looking at what shin's doing with the sony-style chappy, he's able to achieve a much smaller-looking product with a much nicer shape to have next to your ear and in your pocket. also note that it's only half a step

Exh. 562.001-003

SAMSUNG

# Apple's Internal Document

**Steven Sinclair** – iPhone Product Marketing Manager

***April 6, 2010 internal email from Steven Sinclair*** (Exh. 578.002)

DEFENDANT'S EXHIBIT NO. 578.002
It's tough to approach this with the criteria being "first". I don't know how many things we can come up with that you could legitimately claim we did first. Certainly we have the first commercially successful versions of many features, but that's different than launching something to market first.





# Benchmarking

**Greg Joswiak** - VP of iPhone Product Marketing

"My group, for example, would have a product manager when a new product comes out, purchase it, you know, understand, you know, how much of a threat is it, are they better at anything than us to assess the threat."

* * *

"**<u>If you're going to be the best at something, you have to know what your competition is doing</u>.**"

–2/23/12 Depo. at 135:15–19, 182:10–12

**Duncan Kerr** - Apple Design Inventor

"I think from a design perspective it's interesting to see what other companies are doing."

–2/22/12 Depo. at 148:17–19



# Apple's Teardowns of Samsung's Phones

"Mini-Teardown: Samsung Galaxy S (T-Mobile Vibrant)" – August 10, 2010 (Exh. 715.004)

# Apple's Teardowns of Samsung's Tabs

"Samsung Galaxy Tab 10.1 Take-Apart" – May 24, 2011 (Exh. 717.004)





SAMSUNG

# Trade Dress Infringement Preliminary Instruction

## Judge Koh's Preliminary Instruction

"Infringement" refers to another company's use similar to the owner's trade dress that is likely to cause confusion in the marketplace.

Apple's trade dress infringement claim will require you to resolve different issues. You will need to determine whether Apple's trade dress had acquired distinctiveness before Samsung started selling its accused products, and whether Samsung's accused products are likely to cause confusion about the source of Apple's or Samsung's goods.

# Testimony of Apple's Inventors Regarding Lack of Consumer Confusion

**Matthew Rohrbach** – Apple Design Inventor

**Q.** Are you aware of any instance where a consumer has confused a Samsung tablet computer for an iPad?

**A.** No.

–2/23/12 Depo. At 240:912

**Eugene Whang** – Apple Design Inventor

**Q.** Okay. Are you aware of or know of any instances where a consumer confused a Samsung and an Apple tablet?

* * *

**A.** No.

–10/27/11 Depo. at 95:14-18



SAMSUNG

# Testimony of Apple's Inventor Regarding Lack of Consumer Confusion

**Daniele De Iuliis** – Apple Design Inventor

**Q.** Have you ever heard of any consumers mistakenly purchasing Galaxy Tabs thinking they were iPads?

* * *

**A.** I -- I don't recall hearing that.

–10/21/11 Depo. at 195:12-32

SAMSUNG

# Apple's Claimed iPhone Trade Dress Registration

Int. Cl.: 9
Prior U.S. Cls.: 21, 23, 26, 36 and 38
United States Patent and Trademark Office
Reg. No. 3,470,983
Registered July 22, 2008
TRADEMARK
PRINCIPAL REGISTER
Phone
Mail
Safari
iPod

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF A MOBILE PHONE, DIGITAL AUDIO AND VIDEO PLAYER, HANDHELD COMPUTER, PERSONAL DIGITAL ASSISTANT, ELECTRONIC PERSONAL ORGANIZER, POCKET COMPUTER FOR NOTE-TAKING, ELECTRONIC CALENDAR, CALCULATOR, AND CAMERA, AND CAPABLE OF PROVIDING ACCESS TO THE INTERNET AND SENDING AND RECEIVING ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO, TEXT, IMAGES, GRAPHICS AND MULTIMEDIA FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SMS", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLACK, BLUE, BROWN, BROWN-GRAY, GRAY-GREEN, GREEN, ORANGE, RED, SILVER, TAN, WHITE AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURATION OF A RECTANGULAR HANDHELD MOBILE DIGITAL ELECTRONIC DEVICE WITH ROUNDED SILVER EDGES, A BLACK FACE, AND AN ARRAY OF 16 SQUARE ICONS WITH ROUNDED EDGES. THE TOP 12 ICONS APPEAR ON A BLACK BACKGROUND, AND THE BOTTOM 4 APPEAR ON A SILVER BACKGROUND. THE FIRST ICON DEPICTS THE LETTERS "SMS" IN GREEN INSIDE A WHITE SPEECH BUBBLE ON A GREEN BACKGROUND; THE SECOND ICON IS WHITE WITH A THIN RED STRIPE AT THE TOP; THE THIRD ICON DEPICTS A SUNFLOWER WITH YELLOW PETALS, A BROWN CENTER, AND A GREEN STEM IN FRONT OF A BLUE SKY; THE FOURTH ICON DEPICTS A CAMERA LENS WITH A BLACK BARREL AND BLUE GLASS ON A SILVER BACKGROUND; THE FIFTH ICON DEPICTS A TAN TELEVISION CONSOLE WITH BROWN KNOBS AND A GRAY-GREEN SCREEN; THE SIXTH ICON DEPICTS A WHITE GRAPH LINE ON A BLUE BACKGROUND; THE SEVENTH ICON DEPICTS A MAP WITH YELLOW AND ORANGE ROADS, A PIN WITH A RED HEAD, AND A RED-AND- BLUE ROAD SIGN WITH THE NUMERAL "280" IN WHITE; THE EIGHTH ICON DEPICTS AN ORANGE SUN ON A BLUE BACKGROUND, WITH THE TEMPERATURE IN WHITE; THE NINTH ICON DEPICTS A WHITE CLOCK WITH BLACK AND RED HANDS AND NUMERALS ON A BLACK BACKGROUND; THE TENTH ICON DEPICTS THREE BROWN-GRAY CIRCLES AND ONE ORANGE CIRCLE ON A BLACK BACKGROUND WITH A WHITE BORDER, WITH THE MATHEMATICAL SYMBOLS FOR ADDITION, SUBTRACTION, MULTIPLICATION, AND THE EQUAL SIGN DISPLAYED IN WHITE ON THE CIRCLES; THE ELEVENTH ICON DEPICTS A PORTION OF A YELLOW NOTEPAD WITH BLUE AND RED RULING, WITH BROWN BINDING AT THE TOP; THE TWELFTH ICON DEPICTS THREE SILVER GEARS OVER A THATCHED BLACK-AND-SILVER BACKGROUND; THE THIRTEENTH ICON DEPICTS A WHITE TELEPHONE RECEIVER AGAINST A GREEN BACKGROUND; THE FOURTEENTH ICON DEPICTS A WHITE ENVELOPE OVER A BLUE SKY WITH WHITE CLOUDS; THE FIFTEENTH ICON DEPICTS A WHITE COMPASS WITH A WHITE-AND-RED NEEDLE OVER A BLUE MAP; THE SIXTEENTH ICON DEPICTS THE DISTINCTIVE CONFIGURATION OF APPLICANT'S MEDIA PLAYER DEVICE IN WHITE OVER AN ORANGE BACKGROUND.

SEC. 2(F).

SER. NO. 77-303,282, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY

Exh. 1039.2



# Samsung's Phones Are Different from The iPhone

Initial iPhone

Continuum

Droid Charge

Galaxy S 4G

Epic 4G

# Samsung's Phones Are Different from The iPhone

Initial iPhone
Continuum
Droid Charge
Galaxy S 4G
Epic 4G
SAMSUNG
SAMSUNG
SAMSUNG
SAMSUNG



# Samsung's Phones Are Different from The iPhone

SAMSUNG
Initial iPhone
Continuum
Droid Charge
Galaxy S 4G
Epic 4G
Bridgewater
Google
Phone
Contacts
Messaging
Applications
Voicemail
Email
Browser
Camera
Market
T-Mobile TV
Inception
Media Hub
HDCamcorder
Facebook
Slacker
Kindle
Maps
Web
Sprint Zone
Calendar

36



# Samsung's Phones Are Different from The iPhone

SAMSUNG

# Apple's Internal Competitive Update

Fujitsu Q550

HP "Touchpad"

HP "Opal"

ViewPad 7x

Toshiba Thrive

LG G-Slate

Acer Iconia

Galaxy Tab 10.1

Vizio

Sony S1

Images from Apple internal e-mail from July 7, 2011 titled "Tablet Competitive Update" (Exh. 710)

SAMSUNG

# Apple's Internal Documents

HTC P3600i (August 2007)

LG CU915 Vu (March 2008)

HTC Touch Diamond (May 2008)

Nokia N96 (February 2008)

Sony XPERIA X1 (February 2008)

RIM Blackberry Storm 2 9550 (November 2009)

HTC EVO 4G (June 2010)

HTC myTouch 4G (November 2010)

Motorola Droid X (July 2010)

HTC HD7 (November 2010)

Motorola Atrix (February 2011)

LG Optimus 3D (April 2011)

LG Optimus Black (April 2011)

Motorola Droid Bionic LTE 4G (Q2 2011)

HTC Desire S (Q2 2011)

HTC Incredible S (Q2 2011)

HP Pre[3] Summer 2011

Images from Apple internal presentation titled "State of Mobile 2011" (Exh. 712) and internal Apple spreadsheet with OEM handset models (Exh. 709)

SAMSUNG

# Testimony of Apple's Witness Regarding Lack of Dilution

**Russel Winer** – Apple Expert on Branding and Trade Dress Distinctiveness

**Q.** My question is, do you have any empirical evidence or hard data to show that Samsung's actions has diluted Apple's brand?

* * *

**A**. No.

**Q.** Do you have any quantification of any harm or dilution or loss of any kind to Apple as a result of Samsung's actions?

* * *

**A**. No.

– 4/27/2012 Depo. at 344:16-18; 344:16-345:2

# US D593,087

United States Design Patent
Andre et al.

Patent No.: US D593,087 S
Date of Patent: May 26, 2009

ELECTRONIC DEVICE





# US D618,677

United States Design Patent
Andre et al.
Patent No.: US D618,677 S
Date of Patent: **Jun. 29, 2010









SAMSUNG
Rectangular Portable Devices with Rounded Corners and Large Screens Before D'087
PRADA
JP D1241638
JP D1241383
KR30-0418547
LG Prada
D'087
50

SAMSUNG

# The Ordinary Observer Could Tell The Difference

## D'087 Patent

*Front surface is flat –*
*glass is flush with surrounding bezel*

**FIG. 6**

## Infuse 4G

*Front surface is not flat –*
*Housing protrudes above glass*

## Vibrant

*Front surface is not flat –*
*Bezel protrudes above glass*

SAMSUNG

# The Ordinary Observer Could Tell The Difference

| D'087 Patent | Vibrant | Infuse 4G |
|---|---|---|
| Continuous bezel of uniform thickness | Bezel is not uniform thickness | No bezel |



SAMSUNG
The Ordinary Observer Could Tell The Difference
D'087 Patent
Virtually no ornamentation
Infuse 4G
Camera
Sensors
Writing
Menu
Home
Back
Search
Vibrant
Sensors
Writing
Camera
Menu
Home
Back
Search
53

SAMSUNG

# The Ordinary Observer Could Tell The Difference

## D'087 Patent

*Smaller, centered lozenge shape within top mask area*

## Vibrant

*The shape is flatter, longer, is positioned higher and incorporates 16 small holes*

## Infuse 4G

*Flatter, longer shape that is positioned higher and incorporates 41 small holes*



# D'305 Is NOT a Utility Patent

D'305, Fig. 1

D'305, Fig. 2



# Samsung Home Screens

SAMSUNG
SAMSUNG
Captive
Droid Charge
Vibrant
Gem
Mesmerize
Showcase

D'305, Fig. 1

# Samsung Captivate Home and Applications Screen

**Captivate Homescreen**

**Captivate Applications Screen**

# US D504,889

United States Design Patent
Andre et al.
Patent No.: US D504,889 S
Date of Patent: May 10, 2005
ELECTRONIC DEVICE

FIG. 3
FIG. 4
FIG. 5



SAMSUNG

# The 1994 Fidler Tablet Design

**1994 Tablet Design Invented by Roger Fidler**

Exh. 1075

SAMSUNG

# 035 Model and the D’889

| 035 Model | D’889 |
| --- | --- |

SAMSUNG

# Galaxy Tab 10.1 Compared to 035 Model

035
GALAXY
TAB 10.1

72

SAMSUNG

# The Ordinary Observer Could Tell The Difference

*Rear housing is a "single piece" without "any breaks in product lines"*

**D'889**

Christopher Stringer – Apple Design Inventor

**Q.** Please tell me all the ways in which the design, that's depicted here in Exhibit 8, was different from the other tablet computer designs that existed as of the time it was conceived of?

**A.** We extended a clear bezel across the entirety of the front face of the product, and we simplified the rear house to go a single piece.

* * *

We chose to have a complete housing that without any breaks in product lines extends up to the top surface of the product.

–8/3/11 Depo. at 77:12-22; 100:25-101:2

# Testimony From Apple's Inventors Regarding Asserted Patents

**Matthew Rohrbach** – Apple Design Inventor

**Q.** Did Apple ever manufacture or produce a product that looks like the design that's shown here in the '889 design patent?

**A.** I don't know.

–10/24/11 Depo. at 116:7-9; 116:13

**Eugene Whang** – Apple Design Inventor

**Q.** Did Apple ever manufacture an electronic device that in your view looked like the drawings shown here in the '889 design patent?

**A.** I can't tell.

–2/17/12 Depo. at 172:17-20; 117:23



SAMSUNG

# Apple's Asserted Patents

’915 Patent

’163 Patent

’381 Patent

SAMSUNG

# Apple's '915 Patent



SAMSUNG

# Apple's '915 Patent

**November 25, 1998**
Nomura Patent filed

**2004**
Fractal Zoom developed by MERL and demonstrated

**February 2006**
Jefferson Han demonstrated his system

**January 7, 2007**
Apple files '915 patent

**1990s** | **2000s**

SAMSUNG

# FractalZoom Prior Art

Exh. 548







SAMSUNG

# Nomura Prior Art

【図8】

【図5】

Exh. 550



# Nomura Prior Art

Exh. 550



# Nomura Prior Art

【図8】

Exh. 550

SAMSUNG

# Jefferson Han's Prior Art

**Jefferson Han**

- Presented his MultiTouch System at the TED Conference in February 2006
- Apple later tried to hire him

SAMSUNG

# Jefferson Han's Prior Art

Exh. 556

# Apple's '163 Patent





SAMSUNG

# Apple's '163 Patent

**April 2005**
LaunchTile demonstrated at CHI conference

**September 2005**
Microsoft files provisional patent application for tile space user interface

**September 4, 2007**
Apple files for '163 patent

| 2005 | 2006 | 2007 |
|---|---|---|

SAMSUNG

# LaunchTile Prior Art

- LaunchTile developed by Dr. Benjamin Bederson in 2004
- Demonstrated at 2005 ACM Conference

Dr. Bederson

World View
Zone View
Application View
"first box"
"second box"

Exh. 518

SAMSUNG

# LaunchTile Prior Art

SAMSUNG

# Microsoft Prior Art

Assignee: **Microsoft Corporation**, Redmond, WA (US)

Provisional application No. 60/718,187, filed on Sep. 16, 2005.

FIG. 8

Exh. 561



# Microsoft Prior Art

'632 Patent, Fig. 8



# Apple's '381 Patent





SAMSUNG

# Apple's '381 Patent

**November 2004**
LaunchTile created

**January 2005**
Tablecloth created and demonstrated during 2005

**May 2005**
LaunchTile demonstrated at HCIL 2005

**December 14, 2007**
Apple files '381 patent

| 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|

SAMSUNG

# Tablecloth Prior Art

Exh. 655

SAMSUNG

# Samsung's Patents and Apple's Accused Products

High Speed Data Patents

- US 7,447,516
- US 7,675,941

Camera and Music Patents

- US 7,577,460
- US 7,456,893
- US 7,698,711

## Accused Products

iPod Touch iPhone 3G iPhone 3GS iPhone 4

iPad

iPad 2



SAMSUNG
Samsung's Innovations Pre-Dated the iPhone
1999
Filed '460 Patent
Emailing Photos
2004
Filed '516 Patent
Enhanced Data
Power Allocation
2005
Filed '893 Patent
Bookmarking Photos
2005
Filed '941 Patent
Enhanced Data
Packaging
3GPP
2005
3GPP Enhanced
Data Standard
2006
Filed '711 Patent
Music Multitasking
2007
Apple Introduces iPhone
1999
2004
2005
2006
2007
116

SAMSUNG
United States Patent 7,447,516
METHOD AND APPARATUS FOR DATA TRANSMISSION IN A MOBILE TELECOMMUNICATION SYSTEM SUPPORTING ENHANCED UPLINK SERVICE
The United States of America
The Commissioner of Patents and Trademarks
United States Patent
Enhanced Data Uplink Transmission
118

SAMSUNG
The Problem Solved by the '516 Patent
Problem
ALL CHANNELS ARE REDUCED
Pmax
ENHANCED DATA CHANNEL
Retransmitted
(E-DPDCH)
VOICE DATA CHANNEL
Not Retransmitted
CONTROL CHANNEL(S)
ENHANCED DATA CHANNEL
Retransmitted
(E-DPDCH)
VOICE DATA CHANNEL
Not Retransmitted
CONTROL CHANNEL(S)
Solution
ONLY THE RETRANSMITTED CHANNEL IS REDUCED
Pmax
ENHANCED DATA CHANNEL
Retransmitted
(E-DPDCH)
VOICE DATA CHANNEL
Not Retransmitted
CONTROL CHANNEL(S)
ENHANCED DATA CHANNEL
Retransmitted
(E-DPDCH)
VOICE DATA CHANNEL
Not Retransmitted
CONTROL CHANNEL(S)

SAMSUNG
Apple's Accused Products
3GPP TS 25.214 V6.6.0 (2005-06)
Technical Specification
3rd Generation Partnership Project;
Technical Specification Group Radio Access Network;
Physical layer procedures (FDD)
(Release 6)
Solution
ONLY THE RETRANSMITTED CHANNEL IS REDUCED
Pmax
ENHANCED DATA CHANNEL
Retransmitted
(E-DPDCH)
VOICE DATA CHANNEL
Not Retransmitted
CONTROL CHANNEL(S)
ENHANCED DATA CHANNEL
Retransmitted
(E-DPDCH)
VOICE DATA CHANNEL
Not Retransmitted
CONTROL CHANNEL(S)
5.1.2.6 Maximum and minimum power limits
When E-DCH is configured, if the total UE transmit power (after applying DPCCH power adjustments and gain factors) would exceed the maximum allowed value, the UE shall firstly reduce all the E-DPDCH gain factors $\beta_{ed,k}$ by an equal scaling factor to respective values $\beta_{ed,k,reduced}$ so that the total transmit power would be equal to the maximum allowed power. After calculating the reduced E-DPDCH gain factors, quantization according to table 1B.2 in [3] subclause 4.2.1.3 may be applied, where each $\beta_{ed,k,reduced}$ is quantized such that $\beta_{ed,k}/\beta_c$ is the largest quantised value for which the condition $\beta_{ed,k} \leq \beta_{ed,k,reduced}$ holds.
Exh. 517
123

SAMSUNG

# Apple's Accused Products

iPhone 4
iPad 2 (3G)
PMB 9801 (X-Gold 616)
Baseband Processor
Infineon
X-GOLD™ 616
PMB 9801

- Apple's Accused Products use Intel's X-Gold 616 baseband processor.

SAMSUNG

# Apple's Accused Products

**Markus Paltian**
Intel Engineer

- Mr. Paltian will testify that he programmed the Intel chips to perform the 3GPP standard
- Mr. Paltian will testify that the Intel chips reduce the enhanced data channel

3GPP TS 25.214 V6.6.0 (2005-06)

3rd Generation Partnership Project;
Technical Specification Group Radio Access Network;
Physical layer procedures (FDD)
(Release 6)

3GPP

APLNDC-WH-A 0000010733



SAMSUNG
United States Patent 7,675,941
METHOD AND APPARATUS FOR TRANSMITTING/RECEIVING PACKET DATA USING PRE-DEFINED LENGTH INDICATOR IN A MOBILE COMMUNICATION SYSTEM
The United States of America
The Commissioner of Patents and Trademarks
United States Patent
Kim et al.
Patent No.: US 7,675,941 B2
Date of Patent: Mar. 9, 2010
405
410
415
420
425
430
SN
F
LI
E
DATA FIELD
PADDING
Packet 1
0000000E

SAMSUNG

# High Speed Data Transmission

Packet 1
0000000E



# High Speed Data Transmission

SAMSUNG
Packet 2
0000001
Packet 1
0000000



# High Speed Data Transmission

SAMSUNG
Packet 3
0000010E
Packet 2
0000001E
Packet 1
0000000E

SAMSUNG

# The Problem Solved by the '941 Patent

## Problem

SAMSUNG
The Problem Solved by the '941 Patent
Problem
Solution
01101110
00101010
11101010
01101110
00101010
11101010
Wasted
Space
01101110
00101010
11101010
132

SAMSUNG

# Apple's Accused Products

3GPP TS 25.322 V6.4.0 (2005-06)
3rd Generation Partnership Project;
Technical Specification Group Radio Access Network;
Radio Link Control (RLC) protocol specification
(Release 6)
Solution
2.5
2
1.5
1
0.5
0110111 E
9.2.2.5 Extension bit (E)
Alternative E-bit interpretation:

| Bit | Description |
|---|---|
| 0 | The next field is a complete SDU, which is not segmented, concatenated or padded. |
| 1 | The next field is Length Indicator and E bit |

Exh. 557



SAMSUNG

# Apple's Accused Products

Andre Zorn
Intel Engineer

- Mr. Zorn will testify that he programmed the Intel chips to perform the 3GPP standard
- Mr. Zorn will testify that the Intel chips have the new E-bit solution

3GPP TS 25.214 V6.6.0 (2005-06)

3rd Generation Partnership Project;
Technical Specification Group Radio Access Network;
Physical layer procedures (FDD)
(Release 6)

3GPP

APLNDC-WH-A 0000010733

SAMSUNG

# ETSI's Rules on Disclosure

**4 Disclosure of IPRs**

4.1 Each MEMBER shall use its reasonable endeavours to timely inform ETSI of ESSENTIAL IPRs it becomes aware of. In particular, a MEMBER submitting a technical proposal for a STANDARD or TECHNICAL SPECIFICATION shall, on a bona fide basis, draw the attention of ETSI to any of that MEMBER's IPR which might be ESSENTIAL if that proposal is adopted.

Exhibit 503.002

**"IPR"** shall mean any intellectual property right conferred by statute law including applications therefor other than trademarks. For the avoidance of doubt rights relating to get-up, confidential information, trade secrets or the like are excluded from the definition of IPR.

Exhibit 503.006



# Apple's Expert, Dr. Walker

**14 Violation of Policy**

Any violation of the POLICY by a MEMBER shall be deemed to be a breach, by that MEMBER, of its obligations to ETSI. The ETSI General Assembly shall have the authority to decide the action to be taken, if any, against the MEMBER in breach, in accordance with the ETSI Statutes.

**Dr. Michael Walker** – Apple Expert on ETSI Rules

**Q.** Okay. And just for the record, you have no opinion as to whether or not there has been a violation under section 14, correct?

**A.** That is correct.

– 6/8/12 794 Investigation Hrg Tr. at 1402:21-1403:25

# United States Patent 7,577,460

**PORTABLE COMPOSITE COMMUNICATION TERMINAL FOR TRANSMITTING/RECEIVING AND IMAGES, AND OPERATION METHOD AND COMMUNICATION SYSTEM THEREOF**

**Priority Date: Feb. 11, 1999**

# ’460 Patent: Claim 1

| Function 1<br>Send Email with Message Only | Function 2<br>Send Email Displaying Photo + Message from Photo Gallery | Function 3<br>Graphically Scroll Through Photos |
|---|---|---|
|  |  | |

SAMSUNG

# Samsung Invented this Camera Phone Technology 8 Years Before Release of iPhone

- **<u>First</u>** to implement the three core functions on a camera phone
- **<u>First</u>** to enable sending a photo and message in the body of an email on a camera phone
- **<u>First</u>** to offer separate mode for sending email from photo gallery on a camera phone

February 11, 1999:
Invention of '460 Patent

June 29, 2007:
Apple releases iPhone

1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010

SAMSUNG
Apple's Accused Products
Function 1
Send Email with Message Only
Function 2
Send Email Displaying Photo + Message from Photo Gallery
Function 3
Graphically Scroll Through Photos
How are you doing?
Sent from my iPhone
New Message
Check this picture out!
27 of 28
52 of 129

# Apple Marketed Samsung's Invention at Launch of iPhone

(Exh. 32)

SAMSUNG
U.S. Patent No. 7,456,893
METHOD OF CONTROLLING DIGITAL IMAGE PROCESSING APPARATUS FOR EFFICIENT REPRODUCTION AND DIGITAL IMAGE PROCESSING APPARATUS USING THIS METHOD
The United States of America
The Commissioner of Patents and Trademarks
United States Patent
151



# '893 Patent: Claim 10

| Viewing a Picture in Photo Gallery Mode | Taking a New Picture in Camera Mode | Returns to the Picture User Was Viewing |
|---|---|---|
|  |  |  |

# Apple's Accused Products

# U.S. Patent No. 7,698,711

## MULTI-TASKING APPARATUS AND METHOD IN PORTABLE TERMINAL







SAMSUNG

# Apple's Accused Products