| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.     11-cv-01846-LHK (PSG) <br><br> **MANUAL FILING NOTIFICATION OF EXHIBIT D TO THE JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 7, 2012** |

1  Regarding:   EXHIBIT D to the Joint Submission of Demonstrative Exhibits Displayed to the
2  Jury Through August 7, 2012.
3
4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.
6  For information on retrieving this filing directly from the Court, please see the Court's main web
7  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8  This filing was not efiled for the following reason(s):
9  _____ Voluminous Document (PDF file size larger than efiling system allowances)
10  _____ Unable to Scan Documents
11  _____ Physical Object (description): _____
12  _____
13  __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14  _____ Item Under Seal
15  _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
16  _____ Other (description): _____
17  _____
18  Dated: August 11, 2012                           MORRISON & FOERSTER LLP
19
20                                                    By:  /s/ *Michael Jacobs*
21                                                         Michael Jacobs
22                                                    Attorneys for Plaintiff
                                                      APPLE INC.
23
24
25
26
27
28

MANUAL FILING NOTIFICATION OF EXHIBIT D TO THE JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE
JURY THROUGH AUGUST 7, 2012 — CASE NO. 11-CV-01846-LHK (PSG)
sf-3180732