# Exhibit E

# iPhone Media Coverage

## The New York Times

**Apple Waves Its Wand at the Phone**
By David Pogue, January 11, 2007



"As you'd expect of Apple, the iPhone is gorgeous. Its face is shiny black, rimmed by mirror-finish stainless steel."

"The iPhone's beauty alone would be enough to prompt certain members of the iPod cult to dig for their credit cards."

"All of this is cooked up with Apple's traditional secret sauce of simplicity, intelligence and whimsy. It's these ingredients, not the features themselves, that inspire such technolust in Applephiles."

PDX1.1

# 2007 Invention of the Year: iPhone



". . . Apple's iPhone is still the best thing invented this year.  Why?  Five reasons:
1. **The iPhone is pretty**

". . . good design is actually as important as good technology."

**November 12, 2007**

PDX3.1

# iPad Media Coverage

**THE WALL STREET JOURNAL.**

**Apple Takes Big Gamble on New iPad**
By Yukari Iwantani Kane, January 25, 2010



"Before a crowded auditorium in San Francisco, Mr. Jobs acknowledged the company faced a high bar. Many past efforts to sell tablets have flopped. But he argued there was room for a new category of devices, especially one that was 'so much more intimate than a laptop and so much more capable than a smart phone.'"

"The iPad is 'a breakthrough for a start-up product . . . .'"

PDX5.1

# iPad Media Coverage

**THE WALL STREET JOURNAL.**

**Laptop Killer? Pretty Close**
By Walter S. Mossberg, April 1, 2010



"... I believe this beautiful new touch-screen device from Apple has the potential to change portable computing profoundly...."

"... the iPad is an advance in making more-sophisticated computing possible via a simple touch interface on a slender, light device."

PDX6.1

# iPad Media Coverage



**Verdict Is in on Apple iPad: It's a Winner**
By Edward C. Baig, April 2, 2010



"Months of speculation, feverish lust, an überhyped prize that could disrupt the status quo of computing. You wouldn't be the first person to compare the run-up to Saturday's arrival of the iPad to the prelaunch mania that surrounded the iPhone."

"The first iPad is a winner."

"Apple's tablet is fun, simple, stunning to look at and blazingly fast."

PDX7.1

# iPhone Images






| iPhone | iPhone 3G | iPhone 3GS | iPhone 4 |

PDX8.1

# iPad Images



iPad



iPad 2

PDX9.1





# Similar Channels of Trade for Apple & Samsung

## Apple Sales Channels








## Samsung Sales Channels








PDX13.1

# iPhone Media Coverage

## The New York Times

### Patent Office Highlights Jobs's Innovations
By Brian X. Chen, November 23, 2011



"The United States Patent and Trademark Office in Alexandria, Va., recently unveiled an exhibit of 30 giant iPhone-like models honoring the inventions of the late Steve Jobs. Each iPhone model displays patents that list Mr. Jobs as inventor or co-inventor. Altogether about 300 patents are on display, giving exhibit attendees a visual tour through Apple's history of design and innovation."

PDX16.1

**Continuum**

**iPhone 3GS**




**iPhone 3GS**



**Infuse 4G**

