1   HAROLD J. MCELHINNY (CA SBN 66781)        WILLIAM F. LEE
    hmcelhinny@mofo.com                        william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)          WILMER CUTLER PICKERING
    mjacobs@mofo.com                           HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)             60 State Street
    rkrevans@mofo.com                          Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)        Telephone: (617) 526-6000
    jtaylor@mofo.com                           Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)          MARK D. SELWYN (SBN 244180)
    rhung@mofo.com                             mark.selwyn@wilmerhale.com
7   JASON R. BARTLETT (CA SBN 214530)          WILMER CUTLER PICKERING
    jasonbartlett@mofo.com                     HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                    950 Page Mill Road
    425 Market Street                          Palo Alto, California 94304
9   San Francisco, California  94105-2482      Telephone: (650) 858-6000
    Telephone:  (415) 268-7000                 Facsimile: (650) 858-6100
10  Facsimile:  (415) 268-7522

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17  APPLE INC., a California corporation,      Case No.    11-cv-01846-LHK (PSG)

18              Plaintiff,                      **MANUAL FILING
                                               NOTIFICATION OF EXHIBIT F
19       v.                                    TO THE JOINT SUBMISSION OF
                                               DEMONSTRATIVE EXHIBITS
20  SAMSUNG ELECTRONICS CO., LTD., a           DISPLAYED TO THE JURY
    Korean business entity; SAMSUNG            THROUGH AUGUST 7, 2012**
21  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
23
                Defendants.
24

25

26

27

28

Regarding:     EXHIBIT F to the Joint Submission of Demonstrative Exhibits Displayed to the

Jury Through August 7, 2012.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____

__X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): _____

_____

Dated: August 11, 2012                    MORRISON & FOERSTER LLP


                                          By:  /s/ *Michael Jacobs*_____
                                                 Michael Jacobs

                                          Attorneys for Plaintiff
                                          APPLE INC.