# Exhibit G

# Samsung Organization Chart





**SAMSUNG ELECTRONICS CORPORATION = "SEC"**



**SAMSUNG ELECTRONICS AMERICA = "SEA"**



**SAMSUNG TELECOMMUNICATIONS AMERICA = "STA"**



# STA Sales In The United States

| | GALAXY I PHONES | GALAXY II PHONES | NON-GALAXY PHONES |
|---|---|---|---|
| **at&t** | Galaxy S Captivate (July 2010)<br>Infuse 4G (May 2011) | Galaxy S II (April 2011)<br>Galaxy S II Skyrocket (November 2011) | |
| **verizon** | Galaxy S Fascinate (September 2010) | | Droid Charge (May 2011)<br>Gem (February 2011)<br>Continuum (November 2010) |
| **T-Mobile** | Galaxy Vibrant (August 2010)<br>Galaxy S 4G (February 2011) | Galaxy S II (April 2011) | |
| **Sprint** | Galaxy S Epic 4G (September 2010) | Galaxy S II Epic 4G Touch (September 2011) | |

**REGIONAL CARRIERS**

| | GALAXY I PHONES | GALAXY II PHONES | NON-GALAXY PHONES |
|---|---|---|---|
| **boost mobile** | Galaxy Prevail (April 2011) | | |
| **c spire wireless** | Galaxy Showcase i500 (October 2010) | | |
| **U.S. Cellular** | Galaxy Mesmerize (October 2010) | | |
| **cricket** | | | Indulge (January 2011) |

SDX3584



# Phones Not Sold By Any Samsung Entity In The United States

- **Galaxy S i9000**

- **Galaxy Ace**

- **Galaxy SII i9100**

SDX3585

# Example of Competitive Phones 2008 - 2011


**LG CU915 Vu (March 2008)**


**HTC Touch Diamond (May 2008)**


**Nokia N96 (February 2008)**


**Sony XPERIA X1 (February 2008)**


**RIM Blackberry Storm 2 9550 (November 2009)**


**HTC EVO 4G (June 2010)**


**HTC myTouch 4G (November 2010)**


**Motorola Droid X (July 2010)**


**HTC HD7 (November 2010)**


**Motorola Atrix (February 2011)**


**LG Optimus 3D (April 2011)**


**LG Optimus Black (April 2011)**


**Motorola Droid Bionic LTE 4G (Q2 2011)**


**HTC Desire S (Q2 2011)**


**HTC Incredible S (Q2 2011)**


**HP Pre³ Summer 2011**

Images from Apple internal presentation titled "State of Mobile 2011" (Exh. 712) and internal Apple spreadsheet with OEM handset models (Exh. 709)

SDX3586