# Exhibit H

# Peter Bressler, FIDSA

B.F.A., Rhode Island School of Design (1968)

Founder and Principal, Bresslergroup (1970-2012)

Industrial Designer Society of America

    Former President

    Member, Academy of Fellows of IDSA

    Personal Recognition Award

Adjunct Associate Professor, University of Pennsylvania

    Integrated Product Design Program

More than 30 design patents

1

# U.S. Patent No. D618,677



FIG. 1

FIG. 2

FIG. 5

FIG. 7

FIG. 3

FIG. 4

FIG. 8

FIG. 6

PDX26.4

# U.S. Patent No. D504,889



FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

FIG. 9

PDX26.6

# D'889 Patent and iPad 2



**D'889**

FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

**iPad 2**

PDX26.7

# Infringement of D'087 Patent



**Galaxy S 4G**



**Galaxy S i9000**



**Galaxy S II i9100**



**Galaxy S II (AT&T)**



**Galaxy S II (Epic 4G Touch)**



**Galaxy S II (Skyrocket)**



**Infuse 4G**



**Vibrant**

10

PDX26.10

# Infringement of D'677 Patent



**D'677**

FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7   FIG. 8

**Samsung Galaxy S 4G**

11

PDX26.11

# Infringement of D'677 Patent

| JP '638 Patent | D'677 | Samsung Galaxy S 4G |
|:---:|:---:|:---:|





12

PDX26.12

# Infringement of D'677 Patent



**D'677**

*FIG. 1*

*FIG. 3*

**Galaxy S 4G**

**Galaxy S i9000**

**Galaxy Ace**

**Galaxy S II (AT&T)**

**Galaxy S II (T-Mobile)**

**Galaxy S II (Epic 4G Touch)**

**Galaxy S II (Skyrocket)**

**Showcase/Mesmerize/ Fascinate (i500)**

**Infuse 4G**

**Galaxy S II i9100**

**Vibrant**

13

# Infringement of D'889 Patent



**D'889**

FIG. 1
FIG. 2
FIG. 3
FIG. 4
FIG. 5
FIG. 6
FIG. 7
FIG. 8

**Galaxy Tab 10.1**

14

# iPhone Trade Dress Elements



- a rectangular product with four evenly rounded corners;

- a flat clear surface covering the front of the product;

- the appearance of a metallic bezel around the flat clear surface;

- a display screen under the clear surface;

- under the clear surface, substantial black borders above and below the display screen and narrower black borders on either side of the screen;

- when the device is on, a row of small dots on the display screen;

- when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and

- when the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed.

18

PDX26.18

# iPad Trade Dress Elements



- a rectangular product with four evenly rounded corners;

- a flat clear surface covering the front of the product;

- the appearance of a metallic rim around the flat clear surface;

- a display screen under the clear surface;

- under the clear surface, substantial neutral (black or white) borders on all sides of the display screen; and

- when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen.

PDX26.19







# D'087 Patent

# Infuse 4G











# D'087 Patent                 Galaxy S 4G









## Initial iPhone

## Samsung Galaxy S 4G



*Front surface is flat – glass is **flush** with surrounding bezel*



*Front surface is not flat – Bezel **protrudes** above glass*





## Initial iPhone

## Infuse 4G



*Front surface is flat – glass is **flush** with surrounding bezel*



*Front surface is not flat – Housing **protrudes** above glass*



SDX3759

 D'087 Patent



r = same



# Samsung Galaxy S 4G





# D'677 Patent          LG Prada          Infuse 4G







**D'677 Patent**

**Infuse 4G**





*Camera*

*Sensors*

*Writing*

*Menu Key*

*Home Key*

*Back Key*

*Search Key*

SDX3776













# D'889 Patent

# Galaxy Tab 10.1











**Christopher Stringer – Apple Designer**



*"single, seamless vessel"*

**D'889**

Q    Now, with respect to the '889 design patent, isn't it correct that the design team's objectives were to reduce the product to what was essentially a single, seamless vessel, which was the rear housing?
A       That was the inspiration of this design, yes.

*July 31, 2012 Tr. 522:24-523:4*





**Christopher Stringer – Apple Designer**



*"just one gap"*



**D'889**

Q      And another important design goal was to have just one gap in the product between the back housing and what you refer to as the clear glass bezel that extends all the way across the front, right?
A      Yes

*July 31, 2012 Tr. 523:5-10*







**Christopher Stringer – Apple Designer**

Q    Another important design feature with respect to the initial iPhone and the '087 patent was that it had this continuous rim, or bezel I think is the word you used. Is that right?

A    Yes

Q    And you agree with me, that was an important aspect of this design, right?

A    Yes

Q    And the – it was important that the bezel go continuously around the rim of the phone, right?

A    Yes.

Q    And it was also important that the bezel be of uniform thickness, correct?

A    Yes.

*July 31, 2012 Tr. 513:19-514:5*

SDX3791



**Christopher Stringer – Apple Designer**



Q     ANOTHER DESIGN ASPECT -- OR AN ASPECT OF THE

DESIGN IN THE '087 PATENT THAT WAS IMPORTANT TO YOU

AND YOUR TEAM AS DESIGNERS WAS THAT THE FRONT

SURFACE, FOR EXAMPLE, IF YOU LOOK AT FIGURE 16 OR

FIGURE 15, YOU CAN SEE IT, THE FRONT SURFACE WAS

COMPLETELY FLAT ALL THE WAY ACROSS THE FRONT.   THAT

WAS AN IMPORTANT DESIGN ELEMENT; RIGHT?

A    YES.



*July 31, 2012 Tr. 514:9-16*





**Christopher Stringer – Apple Designer**

Q      IN FACT, I BELIEVE YOU TESTIFIED TO THIS, BUT
ISN'T IT TRUE THAT THE DESIGN HERE INTENTIONALLY
WAS THAT THE BEZEL, OR THIS RIM, WAS INTENTIONALLY
DESIGNED TO BE NOMINALLY FLUSH WITH THE GLASS?  IS
THAT RIGHT?

A      YES.

Q      SOMETHING THAT DISTINGUISHED IT FROM OTHER
DESIGNS PREVIOUSLY; RIGHT?

A      THIS -- THAT WAS OUR DESIGN.



*July 31, 2012 Tr. 514:17-22*





**Christopher Stringer – Apple Designer**

AND AGAIN, LOOKING AT FIGURE 16 AND 15,
THE SIDE VIEWS, POSITIONING -- AN IMPORTANT DESIGN
ELEMENT HERE WAS POSITIONING THE GLASS FLUSH WITH
THE BEZEL; RIGHT?

A     YES.

Q     EVEN THOUGH THAT MIGHT PRESENT SOME
MANUFACTURING DIFFICULTIES; CORRECT?

A     I AGREE.

*July 31, 2012 Tr. 519:2-9*



**Christopher Stringer – Apple Designer**



Q     OKAY.   NOW I'M GOING TO ASK YOU A FEW

QUESTIONS ABOUT THE DESIGN ELEMENTS WITH RESPECT TO

THE '087 PATENT.   OKAY?

        IN YOUR VIEW, ONE IMPORTANT DESIGN ASPECT

OF THE '087 PATENT, AND THE INITIAL IPHONE, WAS

THAT IT HAD FOUR EVENLY RADIUS CORNERS; CORRECT?

A     YES.



*July 31, 2012 Tr. 513:9-15*



## Christopher Stringer – Apple Designer



Q    IT WAS IMPORTANT TO YOU, AS THE DESIGN TEAM,

THAT THAT LOZENGE SHAPED DESIGN ELEMENT BE CENTERED

VERTICALLY ON THE PHONE; RIGHT?

A    YES.

Q    AND THAT -- AND THAT'S BETWEEN THE TOP OF THE

DISPLAY ELEMENT, WHICH WE SEE RIGHT HERE, AND THE

TOP OF THE PHONE?  IS THAT CORRECT?

A    CENTERED THAT WAY ALSO, YES.

Q    OKAY.  SO IT'S CENTERED IN BOTH WAYS?

A    YES.

*July 31, 2012 Tr. 521:2-11*

SDX3797



## Christopher Stringer – Apple Designer



IN FACT, YOU WANTED TO CREATE A PRODUCT THAT EMBODIED THE SIMPLEST OF ICONS, AND ==ONE KEY== ==IMAGE WAS THAT OF A DARK, OILY POND.==  IS THAT RIGHT?

A    ==YES.==

Q    THAT WAS YOUR DESIGN GOAL; RIGHT?

A    THAT WAS ONE --

Q    GO AHEAD.

A    ==THAT WAS ONE DESCRIPTION OF A DESIGN GOAL,== ==YES.==

Q    ==YOU DIDN'T WANT TO PUT MULTIPLE BUTTONS ON THE== ==FACE OF THE PHONE;== CORRECT?

A    CORRECT.

Q    YOU WANTED IT TO BE AS SIMPLE AS POSSIBLE?

A    YES.

*July 31, 2012 Tr. 521:23-522:12*

SDX3799









D'087 Patent

Galaxy S 4G

SDX3811A



**D'087 Patent**

**Infuse**