Exhibit I

# Susan Kare Icons



# D'305 Patent v. All iPhones

## D'305 Patent



### iPhone



### iPhone 3G



### iPhone 3GS



### iPhone 4



JX1042, JX1000,JPX1001, JX1002, JX1003

PDX14.6

# D'305 Patent v. Fascinate

## D'305 Patent



## Fascinate



JX1042, PX21

# D'305 Patent v. Captivate

## D'305 Patent

## Captivate





JX1042, PX21

# D'305 Patent v. Continuum

### D'305 Patent



### Continuum



JX1042, PX21

# D'305 Patent v. Droid Charge

### D'305 Patent

### Droid Charge





JX1042, PX21

# D'305 Patent v. Epic 4G

### D'305 Patent



### Epic 4G



JX1042, PX21

# D'305 Patent v. Galaxy S 4G

## D'305 Patent

## Galaxy S 4G





JX1042, PX21

# D'305 Patent v. Galaxy S (i9000)

## D'305 Patent



## Galaxy S (i9000)



JX1042, PX21

# D'305 Patent v. Gem

## D'305 Patent

## Gem





JX1042, PX21

# D'305 Patent v. Indulge

## D'305 Patent

## Indulge





JX1042, PX21

# D'305 Patent v. Infuse 4G

## D'305 Patent



## Infuse 4G



JX1042, PX21

# D'305 Patent v. Mesmerize

### D'305 Patent

### Mesmerize





JX1042, PX21

# D'305 Patent v. Galaxy S Showcase (i500)

## D'305 Patent



## Galaxy S Showcase (i500)



JX1042, PX21

PDX14.22

# D'305 Patent v. Vibrant

### D'305 Patent

### Vibrant





JX1042, PX21

# iPhone 3G v. Fascinate

## iPhone 3G



## Fascinate



JX1001, JX1013

# iPhone 3G v. Accused Products

**iPhone 3G**



**Fascinate**



**Droid Charge**



**Mesmerize**



**Epic 4G**



**Vibrant**



**Infuse 4G**



**Galaxy S Showcase (i500)**



**Captivate**



**Galaxy S (i9000)**



**Galaxy S 4G**



**Continuum**



JX1001, PX21

PDX14.26

# Registered iPhone Trade Dress v. Accused Products

**Registered iPhone Trade Dress**



**Fascinate**



**Droid Charge**



**Mesmerize**



**Epic 4G**



**Vibrant**



**Infuse 4G**



**Galaxy S Showcase (i500)**



**Captivate**



**Galaxy S (i9000)**



**Galaxy S 4G**



**Continuum**



JX1039, PX21

PDX14.27

# All iPhones v. Accused Phones

**iPhone**


**iPhone 3G**


**Fascinate**


**Droid Charge**


**Mesmerize**


**iPhone 3GS**


**iPhone 4**


**Epic 4G**


**Vibrant**


**Infuse 4G**


**Galaxy S Showcase (i500)**


**Captivate**


**Galaxy S (i9000)**


**Galaxy S 4G**


**Continuum**


JX1000, JX1001, JX1002, JX1003, PX21

PDX14.29

# iPhone v. Blackberry Torch

## iPhone



## Blackberry Torch



JX1000, PX22