# Exhibit K

# Phone Recognition Survey Question
## *Secondary Meaning*

> **"With what company or brand do you associate the overall appearance of this mobile phone?"**

# Summary of Phone Recognition Survey
## *Secondary Meaning*

|  | Test | | Control Phones | |
| --- | --- | --- | --- | --- |
|  | **iPhone 3G Trade Dress** | **iPhone Trade Dress** | **Blackberry Storm** | **Sanyo Zio** |
| **Associate with Apple** | 68% | 61% | 2.6% | 4.7% |
| **Minus Control** | -3.7% | -3.7% | Average = 3.7% | |
| **Net Association** | 64.3% | 57.3% |  |  |

PDX 30.  3

# Tablet Recognition Survey Question
## *Secondary Meaning*

> **"With what company or brand do you associate the overall appearance of this tablet?"**

PDX 30. 4

# Summary of Tablet Recognition Survey
## *Secondary Meaning*

|  | Test ||  Control Tablet Nook ||
|---|---|---|---|---|
|  | **Head on View of iPad** | **Angled View of iPad** |  |  |
| **Associate with Apple** | 57.3% | 75.2% | 17% | 10.8% |
| **Minus Control** | -17% | -10.8% |  |  |
| **Net Association** | 40.3% | 64.4% |  |  |

PDX 30. 5



# Timeframe for Analyzing Secondary Meaning for iPhone



3705.101



# Tablet Study Controls





Apple Exh. 23.12-14



# Adjusted Consumer Recognition Results

| Consumer Recognition Without Date Restriction | Consumer Recognition With Date Restriction |
|---|---|
| iPhone = 59.2% | iPhone = 21.9% |
| iPad = 59.3 – 59.7% (home button visible) | iPad = 13.2% (home button visible) |

3705.109