| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **REPLY DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S MOTION TO EXCLUDE SAMSUNG WITNESS TESTIMONY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I, JASON R. BARTLETT, declare as follows:

2  1.  I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Reply In Support of Apple's Motion to Exclude or Limit Samsung Witness Testimony.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the trial transcript.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of an email from R. Hung to A. Cashman regarding Apple's Motion to Strike and Judge Grewal's Order, dated July 11, 2012.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Hyoung Shin Park, taken February 29, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2012 at San Jose, California.

/s/ *Jason R. Bartlett*
Jason R. Bartlett

REPLY BARTLETT DECL. ISO APPLE'S MOTION TO EXCLUDE SAMSUNG WITNESS TESTIMONY
CASE NO. 11-CV-01846-LHK
sf-3182175

1

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: August 11, 2012

/s/ *Michael A. Jacobs*
Michael A. Jacobs