Exhibit 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
            HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION

 3          Civil Action No.:  11-CV-01846-LHK

 4
     APPLE, INC., a California corporation,
 5
              Plaintiff,
 6

 7   vs.

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA, INC.,
     a New York corporation; and
10   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
11            Defendants.
     _____/
12

13

14

15           *** HIGHLY CONFIDENTIAL ***
                ATTORNEYS' EYES ONLY
16

17      VIDEOTAPED PERSONAL DEPOSITION OF:

18              HYOUNG SHIN PARK

19

20

21         Wednesday, February 29, 2012
                   Kim & Chang
22             Seoul, South Korea
              8:15 a.m. to 11:31 a.m.
23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

|  |  |  |
|---|---|---|
|  | 1 | Reporters/Asia. |
|  | 2 | Would counsel please state their appearances |
|  | 3 | for the record and state whom you represent, |
|  | 4 | starting with the noticing attorney.  And then |
|  | 5 | will the court reporter please swear the |
|  | 6 | interpreters in.  And then will the attorneys |
| 08:17:08 | 7 | please make their opening statements. |
| 08:17:08 | 8 | MR. HO:  This is Francis Ho for Apple.  With |
| 08:17:13 | 9 | me is David Son. |
| 08:17:14 | 10 | MS. CARUSO:  Margret Caruso of Quinn, |
| 08:17:19 | 11 | Emanuel, Urquhart and Sullivan for Samsung, et |
| 08:17:21 | 12 | al. |
|  | 13 | COURT REPORTER:  Do you solemnly swear or |
|  | 14 | affirm that you will well and truly interpret |
|  | 15 | the questions propounded by counsel and the |
|  | 16 | answers given by the witness from Korean to |
|  | 17 | English and English to Korean to the best of |
| 08:17:35 | 18 | your ability. |
| 08:17:35 | 19 | LEAD INTERPRETER:  I do. |
| 08:17:36 | 20 | CHECK INTERPRETER:  I do. |
| 08:17:37 | 21 | MR. HO:  We understand the court reporter is |
| 08:17:38 | 22 | not authorized to administer oaths in this |
| 08:17:40 | 23 | venue; nevertheless, we request that she |
| 08:17:43 | 24 | administer the oath.  And we stipulate that we |
| 08:17:45 | 25 | waive any objection to the validity of the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

55

| | | |
|---|---|---|
| 11:04:05 | 1 | functions based on the original proposal.  And within |
| 11:04:11 | 2 | our company we call it as design follow-up. |
| 11:04:21 | 3 |     Q.   Do you think the iPhone looks substantially |
| 11:04:24 | 4 | the same to the F700? |
| 11:04:37 | 5 |        MS. CARUSO:  Objection, calls for a legal |
| 11:04:38 | 6 | conclusion, vague, calls for expert testimony. |
| 11:04:57 | 7 |     A.   Since they have a different form factor, so |
| 11:05:01 | 8 | I believe they are different designs. |
| 11:05:06 | 9 | BY MR. HO: |
| 11:05:07 | 10 |     Q.   What about the different form factor leads |
| 11:05:09 | 11 | you to believe that they are different designs? |
| 11:05:40 | 12 |     A.   Since the QWERTY slide function has been |
| 11:05:47 | 13 | added to it, and so according to that, the design |
| 11:05:52 | 14 | parting lines are different, too.  And so if you look |
| 11:05:57 | 15 | at all the details you could say that it is different. |
| 11:06:01 | 16 |     Q.   Is there anything else that makes you |
| 11:06:03 | 17 | believe that the iPhone and F700 look different? |
| 11:06:27 | 18 |     A.   It is not what I believe, but I'm telling |
| 11:06:29 | 19 | you so because they are different. |
| 11:06:38 | 20 |     Q.   And are there any reasons, besides what |
| 11:06:41 | 21 | you've already told me, why you think that they're |
| 11:06:44 | 22 | different? |
| 11:07:06 | 23 |     A.   Well, the battery cover can be taken apart |
| 11:07:25 | 24 | and because of that the camera details are different. |
| 11:07:31 | 25 | And the side parting line is different.  And the glass |

56

| | | |
|---|---|---|
| 11:07:34 | 1 | part, the front surface of the glass part frame is |
| 11:07:39 | 2 | protruding a little, so that's different.  And the CMF |
| 11:07:51 | 3 | is also different. |
| 11:07:59 | 4 |       And since you have to place the dual speaker |
| 11:08:11 | 5 | on the front surface, the receiver and the speaker are |
| 11:08:16 | 6 | placed on the front, so that's different too. |
| 11:08:22 | 7 |   Q.   You said the front surface of the glass part |
| 11:08:27 | 8 | frame is protruding a little; is that right? |
| 11:08:52 | 9 |   A.   No, I didn't say that it was protruding, but |
| 11:08:55 | 10 | I meant it as it was actually subsided in a little. |
| 11:09:01 | 11 |   Q.   So does that mean that the top surface of |
| 11:09:06 | 12 | the phone is not completely flat? |
| 11:09:11 | 13 |       MS. CARUSO:  Objection, vague. |
| 11:09:39 | 14 |       (Discussion held between Lead Interpreter |
| 11:09:41 | 15 | and Check Interpreter.) |
| 11:09:41 | 16 |   A.   No, what I meant was the basal [sic] part of |
| 11:09:48 | 17 | the front case which is protecting the glass of the |
| 11:09:51 | 18 | phone is protruding a little so even if you drop the |
| 11:09:54 | 19 | phone it protects the glass from breaking. |
| 11:09:54 | 20 | BY MR. HO: |
| 11:10:04 | 21 |   Q.   Do you mean protruding in what direction -- |
| 11:10:07 | 22 | strike that. |
| 11:10:08 | 23 |       CHECK INTERPRETER:  May the interpreters |
| 11:10:10 | 24 | have a moment to confer, please. |
| 11:10:11 | 25 |       (Discussion held between Lead Interpreter |

1                C E R T I F I C A T E

2    (Seoul)

3    (South Korea)

4

5            I, Tracey S. LoCastro, Registered
     Professional Reporter, do hereby certify
     that the aforementioned witness was first duly sworn
6    as noted by stipulation of counsel to testify the
     whole truth; that I was authorized to and did report
7    said deposition in stenotype; and that the foregoing
     pages are a true and correct transcription of my
8    shorthand notes of said deposition.

9            I further certify that said deposition was
     taken at the time and place hereinabove set forth
10   and that the taking of said deposition was commenced
     and completed as hereinabove set out.
11
             I further certify that I am not attorney
12    or counsel of any of the parties, nor am I a
      relative or employee of any attorney or counsel of
13    party connected with the action, nor am I
      financially interested in the action.
14
             The foregoing certification of this
15   transcript does not apply to any reproduction of the
     same by any means unless under the direct control
16   and/or direction of the certifying reporter.

17

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 1st day of March, 2012.

20

21

22           TRACEY S. LOCASTRO,
             Registered Professional Reporter

23

24

25