UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff and Counterdefendant, | |
| v. | ORDER REGARDING JURY INSTRUCTIONS |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court is disappointed by the parties' respective reports regarding their meet and confer efforts on final jury instructions. Lead trial counsel shall meet and confer in person today and file joint and disputed final jury instructions by Monday, August 13, 2012 at 8 a.m.

**IT IS SO ORDERED.**

Dated: August 12, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING JURY INSTRUCTIONS