UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION OF EVIDENTIARY RULING ON IPHONE AND IPAD ADVERTISEMENTS |

The Court construes "Apple's Offer of Proof Regarding Evidence of Its iPhone and iPad Advertisements" (ECF No. 1602) as a motion for leave to file a motion for reconsideration. The Court denies Apple's motion for leave because the motion does not meet the requirements for leave to file a motion for reconsideration as set forth in Civil Local Rule 7-9(b). Accordingly, Apple may not file a motion for reconsideration.

**IT IS SO ORDERED.**

Dated: August 12, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge