1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,                  | CASE NO. 11-cv-01846-LHK
20 | Plaintiff,                                             | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING (1) EXHIBITS TO BE USED WITH MUSIKA, BOGUE, FORLINES, BEDERSON, WILLIAMS, ZORN, PALTIAN, YANG, AND (2) DESIGNATED DEPOSITION TESTIMONY OF PALTIAN AND ZORN**
21 | vs.                                                    |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
23 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
24 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability |
25 | company,                                               |
26 | Defendant.                                             |

27

28

02198.51855/4904978.1

Case No. 11-cv-01846-LHK
HUTNYAN DECL. ISO OBJECTIONS AND RESPONSES

DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email sent by Erik J. Olson, counsel for Apple, to counsel for Samsung at approximately 10:46 AM on August 06, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email sent by Erik J. Olson, counsel for Apple, to counsel for Samsung at approximately 12:18 PM on August 07, 2012.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email sent by Erik J. Olson, counsel for Apple, to counsel for Samsung at approximately 9:55 PM on August 8, 2012.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email sent by Erik J. Olson, counsel for Apple, to counsel for Samsung at approximately 10:00 PM on August 11, 2012.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter dated August 1, 2012 from Carl G. Anderson, counsel for Samsung, to Erik Olsen, counsel for Apple.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter dated August 2, 2012 from Carl G. Anderson, counsel for Samsung, to Erik Olsen, counsel for Apple.

8. Attached hereto as **Exhibit G** is a true and correct copy of pages 12-14 and 20 of the Supplemental Expert Report of Terry L. Musika.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the Rebuttal Expert Report of Ravin Balakrishnan, Ph.D. Regarding Validity of U.S. Patent No. 7,469,381.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the deposition of Ravin Balakrishnan, Ph.D, dated April 20, 2012.

11. Attached hereto as **Exhibit J** is a true and correct copy of an email dated March 7, 2012 email from Todd Briggs, counsel for Samsung, to Philip Besirof, counsel for Apple.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition of Adam Bogue.

13. Attached hereto as **Exhibit L** is a true and correct copy of a document produced in this action bearing Identification Number SAMNDCA00035999.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the deposition of Clifton Forlines, Ph.D.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Karan Singh, Ph.D. Regarding Validity of U.S. Patents Nos. 7,864,163, 7,844,915 and 7,853,891.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the Expert Report of Dr. Karan Singh, Ph.D. Regarding Infringement of U.S. Patents Nos. 7,864,163, 7,844,915 and 7,853,891.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the Expert Report of Stephen Gray Regarding Invalidity of U.S. Patent Nos. 7,844,915 and 7,864,163, including Appendix 7 thereto.

18. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the deposition of Benjamin B. Bederson, Ph.D., dated September 17, 2011.

19. Attached hereto as **Exhibit R** is a true and correct copy of Exhibit S-7 to Samsung's invalidity contention disclosures under Patent L.R. 3-3 & 3-4.

20. Attached hereto as **Exhibit S** is a true and correct copy of Exhibit S-10 to Samsung's invalidity contention disclosures under Patent L.R. 3-3 & 3-4.

21. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the Expert Report of Woodward Yang Regarding the Infringement of U.S. Patent Nos. US 7,577,460, US 7,456,893, US 7,698,711 and US 7,079,871.

22. Attached hereto as **Exhibit U** is a true and correct copy of Exhibit 1A-1 to the Expert Report of Woodward Yang Regarding the Infringement of U.S. Patent Nos. US 7,577,460, US 7,456,893, US 7,698,711 and US 7,079,871.

23. Attached hereto as **Exhibit V** is a true and correct copy of Exhibit 1A-2 to the Expert Report of Woodward Yang Regarding the Infringement of U.S. Patent Nos. US 7,577,460, US 7,456,893, US 7,698,711 and US 7,079,871.

24. Attached hereto as **Exhibit W** is a true and correct copy of Exhibit 2A-1 to the Expert Report of Woodward Yang Regarding the Infringement of U.S. Patent Nos. US 7,577,460, US 7,456,893, US 7,698,711 and US 7,079,871.

25. Attached hereto as **Exhibit X** is a true and correct copy of Exhibit 3A-1 to the Expert Report of Woodward Yang Regarding the Infringement of U.S. Patent Nos. US 7,577,460, US 7,456,893, US 7,698,711 and US 7,079,871.

26. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the Rebuttal Expert Report of Tony Givargis, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent No. 7,698,711.

27. Attached hereto as **Exhibit Z** is a true and correct copy of Exhibit J to Samsung's Patent L.R. 3-1(A)-(D) Disclosures for U.S. Patent No. 7,577,460.

28. Attached hereto as **Exhibit AA** is a true and correct copy of excerpts from the Rebuttal Expert Report of Mani Srivastava, Ph.D. Regarding Non-Infringement of the Asserted Claim of U.S. Patent No. 7,577,460.

29. Attached hereto as **Exhibit BB** is a true and correct copy of excerpts from the deposition of Woodward Yang, Ph.D., dated May 8, 2012.

30. Attached hereto as **Exhibit CC** is a true and correct copy of Joint Exhibit 1069 in this action.

1   31.   Attached hereto as **Exhibit DD** is a true and correct copy of Joint Exhibit 1071 in this action.

2   32.   Attached hereto as **Exhibit EE** is a true and correct copy of excerpts from Apple's Supplemental Objections and Responses to Samsung's First Interrogatories (No. 12) (Mar. 8, 2012).

3   33.   Attached hereto as **Exhibit FF** is a true and correct copy of excerpts from the Rebuttal Expert Report of Hyong S. Kim, Ph.D., Regarding Non-Infringement of the Asserted Claims of U.S. Patent No. 7,447,516.

34.   Attached hereto as **Exhibit GG** is a true and correct copy of a letter dated October 20, 2011 from Aaron Kaufman, counsel for Samsung, to Richard Hung, counsel for Apple.

35.   Attached hereto as **Exhibit HH** is a true and correct copy of excerpts from the deposition of Tim Williams, Ph.D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 9, 2012, at San Jose, California.

_____
Diane C. Hutnyan