# EXHIBIT B

# Carl Anderson

| | |
|---|---|
| **From:** | Olson, Erik J. [EJOlson@mofo.com] |
| **Sent:** | Tuesday, August 07, 2012 12:18 PM |
| **To:** | Anthony Alden; Robinson, Christopher; Barajas, Rosemary; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo |
| **Cc:** | 'WHAppleSamsungParalegalTeam@wilmerhale.com'; Sibrina Khan; Gisele Darwish; Rene Unger; Geoffrey Grundy |
| **Subject:** | Apple's Disclosure - Musika |
| **Attachments:** | PDX34B.1-55 (PX25C).pdf; PDX34B.1-55 (PX25B).pdf; Detailed Schedules for PX25C.PDF |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Anthony:

Enclosed please find:

1. Detailed schedules that tie to Plaintiff's Exhibit 25C, which you already have. As I noted yesterday, the only differences in the calculations between Plaintiff's Exhibit 25C and the exhibits to the March 22 expert report is the Updated Financial Results and the Changes to Intellectual Property Claims as defined in the stipulation filed Sunday, July 29, 2012. Consistent with the stipulation filed last night, we do not intend to use these materials in Court but provide them as additional disclosure for your benefit.
2. Two versions of our demonstrative exhibits for Musika that match each of the materials that we provided yesterday and Sunday.

As I have noted previously, the substance and contents of all three of these sets of materials were present and disclosed in Musika's original and supplemental report, including the associated disclosure and schedules, and that all have been appropriately disclosed in a timely manner in March, in April, in July and during trial.

Nonetheless, Apple is interested in avoiding, not generating, disputes. We request a specific time today or tomorrow in which we can meet and confer about the PX25 issue and resolve to which of the PX25 materials Samsung will not object. We need to know this now so that we know whether there is any material that Apple could present to the jury that would not draw an objection from Samsung. Of course, to the extent your position is that Apple can present none, that position is both inconsistent with the Federal Rules and the stipulations that the parties have already signed.

I am available at your convenience.


---------------------------------------------------------------
**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.5825 | F: 650.251.3842 | C: 650.283.5808
EJOlson@mofo.com | www.mofo.com




---------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any

1

advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------