# EXHIBIT C

**Carl Anderson**

| | |
|---|---|
| **From:** | Olson, Erik J. [EJOlson@mofo.com] |
| **Sent:** | Wednesday, August 08, 2012 9:55 PM |
| **To:** | Carl Anderson; Anthony Alden; Robinson, Christopher; Victoria Maroulis; Jacobs, Michael A. |
| **Subject:** | RE: Apple's Disclosure - Musika |

Carl:

This proposal is not consistent with the spirit or substance of the discussions that we held this morning at 9:30 am and at 1:30 pm.  As I indicated today at 1:30 pm, this framework is not workable.  Further, you already have all the substantive material that you request regarding PX25C.  I hope you will reconsider our proposal.

I do find one item below particularly surprising.  You refer to the formatting of PX25.  I have written twice on this issue in the last week, inviting you to resolve it with us.  You have not responded with what issues, if any, remain a concern.  If you have any "material concerns," please identify them and provide a time tomorrow to discuss them.  These formatting issues are, as I previously wrote, truly immaterial.  Let's get them resolved.

As we proceed forward, please be aware that:

1. Apple presently intends to use PX25C and PDX34C1-55(PX26C) in connection with its direct examination of Mr. Musika.
2. As previously noted, PDX25C is identical to the tables attached to Mr. Musika's original and supplemental report except for Updated Financial Results and Changes to the Intellectual Property Claims.

You should plan your High Priority Objections accordingly.  Apple reserves all rights regarding its previously served exhibits and its previously served demonstratives.  I will not belabor the record with the restatement of positions that I have already communicated.

------------------------------------------------------------------

**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.5825 | F: 650.251.3842 | C: 650.283.5808
EJOlson@mofo.com | www.mofo.com

**From:** Carl Anderson [mailto:carlanderson@quinnemanuel.com]
**Sent:** Wednesday, August 08, 2012 8:42 PM
**To:** Carl Anderson; Olson, Erik J.; Anthony Alden; Robinson, Christopher; Victoria Maroulis
**Subject:** RE: Apple's Disclosure - Musika

Erik –
I write to further our discussions of Samsung's objections to Mr. Musika's opinions.  In an effort toward resolving one of Samsung's objections, we offer the following outline of a compromise as discussed today.
1.      Apple will withdraw the July 29, 2012 amended exhibits 17 and 18, including all subparts and "alt" versions. Apple will agree that the July 29, 2012 amended exhibits 17 and 18 are not part of Mr. Musika's opinion and not a basis for testimony under FRCP 26.
2.      If Apple immediately serves amended exhibits 17 and 18, corresponding to the material you have recently disclosed in your "PX25C" and  "Detailed Schedules for PX25C," Samsung will consider these substitutes.  We expect

there to be no material changes when formatted as exhibits to Mr. Musika's report, and subject to review and confirmation that there are no material changes, Samsung would not object to this substitution as untimely.

3.        Once these changes are confirmed, Samsung would not object to the substitution of PX25C for PX25A as a proposed trial exhibit, but otherwise would reserve its rights to object to the admissibility of PX25C on other grounds; Samsung would not object to the substitution of PDX34C for the original PDX34, but would reserve its rights to object on other grounds.

4.        Apple will amend its disclosures of exhibits and demonstratives for Mr. Musika to remove PX25A and PX25B and the corresponding versions of PDX34.

Please let us know your thoughts.

-Carl

---

**From:** Carl Anderson
**Sent:** Tuesday, August 07, 2012 9:48 PM
**To:** 'Olson, Erik J.'; Anthony Alden; 'Robinson, Christopher'; 'Barajas, Rosemary'; 'WHAppleSamsungNDCalService@wilmerhale.com'; 'AppleMoFo'; Victoria Maroulis
**Cc:** 'WHAppleSamsungParalegalTeam@wilmerhale.com'
**Subject:** RE: Apple's Disclosure - Musika

Let's do 9:30 am Wednesday.

Dial-in

1-866-939-8416

Code

4172606

---

**From:** Olson, Erik J. [mailto:EJOlson@mofo.com]
**Sent:** Tuesday, August 07, 2012 7:50 PM
**To:** Carl Anderson; Anthony Alden; Robinson, Christopher; Barajas, Rosemary; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo
**Cc:** 'WHAppleSamsungParalegalTeam@wilmerhale.com'; Sibrina Khan; Gisele Darwish; Rene Unger; Geoffrey Grundy
**Subject:** Re: Apple's Disclosure - Musika

I disagree but wish to talk live. Let's plan on talking at 9:00 am or 9:30 am. Pick a time and tell me how to reach you?

Erik

-------------------------
Sent from my BlackBerry Wireless Handheld

---

**From**: Carl Anderson [mailto:carlanderson@quinnemanuel.com]
**Sent**: Tuesday, August 07, 2012 07:15 PM
**To**: Olson, Erik J.; Anthony Alden <anthonyalden@quinnemanuel.com>; Robinson, Christopher; Barajas, Rosemary; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; 'WHAppleSamsungNDCalService@wilmerhale.com' <WHAppleSamsungNDCalService@wilmerhale.com>; AppleMoFo
**Cc**: 'WHAppleSamsungParalegalTeam@wilmerhale.com' <WHAppleSamsungParalegalTeam@wilmerhale.com>; Sibrina Khan <sibrinakhan@quinnemanuel.com>; Gisele Darwish <GiseleDarwish@quinnemanuel.com>; Rene Unger <reneunger@quinnemanuel.com>; Geoffrey Grundy <geoffreygrundy@quinnemanuel.com>
**Subject**: RE: Apple's Disclosure - Musika

Erik –

Samsung disagrees with your statement that "all three of these sets of materials" are timely.  While you have claimed at various times that all three are consistent with Mr. Musika's reports, it stands to reason that you would not be

creating different alternative exhibits and changing Apple's damages claims by tens of millions of dollars if you really believed that.  Are you proposing to replace PX25A with a later version?  If so, please say so explicitly. Samsung's position is consistent with the with the Federal Rules and the stipulations that the parties have already signed; Apple's is not. As for your request to hear more about Samsung's objections to PX25A than we have already provided, Apple requested we delay exchanging and briefing objections to disclosures for Musika.  That said, if you would like discuss further, we are available to talk tomorrow morning.

Very truly yours,

Carl

---

**From:** Olson, Erik J. [mailto:EJOlson@mofo.com]
**Sent:** Tuesday, August 07, 2012 12:18 PM
**To:** Anthony Alden; Robinson, Christopher; Barajas, Rosemary; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo
**Cc:** 'WHAppleSamsungParalegalTeam@wilmerhale.com'; Sibrina Khan; Gisele Darwish; Rene Unger; Geoffrey Grundy
**Subject:** Apple's Disclosure - Musika

Anthony:

Enclosed please find:

1.  Detailed schedules that tie to Plaintiff's Exhibit 25C, which you already have.  As I noted yesterday, the only differences in the calculations between Plaintiff's Exhibit 25C and the exhibits to the March 22 expert report is the Updated Financial Results and the Changes to Intellectual Property Claims as defined in the stipulation filed Sunday, July 29, 2012.  Consistent with the stipulation filed last night, we do not intend to use these materials in Court but provide them as additional disclosure for your benefit.
2.  Two versions of our demonstrative exhibits for Musika that match each of the materials that we provided yesterday and Sunday.

As I have noted previously, the substance and contents of all three of these sets of materials were present and disclosed in Musika's original and supplemental report, including the associated disclosure and schedules, and that all have been appropriately disclosed in a timely manner in March, in April, in July and during trial.

Nonetheless, Apple is interested in avoiding, not generating, disputes.  We request a specific time today or tomorrow in which we can meet and confer about the PX25 issue and resolve to which of the PX25 materials Samsung will not object.  We need to know this now so that we know whether there is any material that Apple could present to the jury that would not draw an objection from Samsung.  Of course, to the extent your position is that Apple can present none, that position is both inconsistent with the Federal Rules and the stipulations that the parties have already signed.

I am available at your convenience.

---------------------------------------------------------------
**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.5825 | F: 650.251.3842 | C: 650.283.5808
EJOlson@mofo.com | www.mofo.com

-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------


-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------


-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------