# EXHIBIT D

# Carl Anderson

| | |
|---|---|
| **From:** | Olson, Erik J. [EJOlson@mofo.com] |
| **Sent:** | Saturday, August 11, 2012 10:00 PM |
| **To:** | Carl Anderson; Anthony Alden; Robinson, Christopher; Victoria Maroulis; Jacobs, Michael A. |
| **Cc:** | Samsung v. Apple; AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| **Subject:** | RE: Apple's Disclosure - Musika |

Anthony and Carl

Pursuant to the Court's order of last night, we intend to use the damages amounts that were disclosed on July 28, 2012 and incorporated into the parties' stipulation of July 30, 2012. These were the figures provided in the original PX25, with certain material from original PX25 eliminated in light of the parties' stipulation regarding confidentiality, and which are now found in PX25A.

Please inform us immediately if you plan to seek reconsideration of the Court's order.

Sincerely,


-----------------------------------------------------------------
**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.5825 | F: 650.251.3842 | C: 650.283.5808
EJOlson@mofo.com | www.mofo.com




-----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------