# EXHIBIT E

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

August 1, 2012

**VIA ELECTRONIC MAIL**

Erik Olsen
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
EJOlson@mofo.com

Re:     Apple v. Samsung, Case No. 11-cv-1846 LHK (PSG) (N.D. Cal.)

Dear Erik:

I write to object to untimely changed exhibits to the expert report of Terry Musika, which Apple served on July 28, 2012.  On July 25, 2012, the parties exchanged updated financial data to reflect results for the first half of 2012.  The parties agreed to exchange revised exhibits for the limited purpose of incorporating (1) updated financial data and/or (2) changes in the asserted IP ("Updates").  However, Apple has improperly made material revisions to the exhibits to the Musika report far beyond the limited purpose of incorporating the Updates.

The untimely and improper revisions not tied to the Updates include, without limitation, the following examples:

- Exhibits 17-S2 and 18-S2 are improperly supplemented with lost profits calculations different from those in the original Exhibits 17 and 18.

- Exhibits 17-S2 alt and 18-S2 alt are new, and present dramatically different methods for calculating damages.

- Exhibit 26-S2 includes changed methods to calculate values for Maximum Manufacturing Capacity and Units sold.

- Exhibit 32-S2 adds an earlier quarter of data (Q2 2010), and Exhibit 33-S2 also adds an

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

02198.51855/4887913.1

earlier quarter of data (Q4 2010).  Moreover, the methods of calculation in Exhibits 32-S2 and 32-S3 have changed such that the annual totals for 2011 have changed.  Also, footnotes 3 and 4 in these Exhibits improperly attempt to change and/or amend Mr. Musika's opinions.

- Exhibits 37.1-S2 and 38.1-S2 add calculations relating to gross profit for each product.

- Exhibits 46-S2 & 47-S2 remove the former column asserting the "Georgia-Pacific Results," and the notes at the bottom are different, with some deleted and some added, in an improper attempt to change and/or amend Mr. Musika's opinions.

Each of Apple's revisions noted above goes beyond the limited purpose of incorporating the Updates, and is untimely and prejudicial to Samsung.  All of them should be withdrawn immediately.  Please confirm that Apple agrees to withdraw the improperly updated exhibits by 8:00 p.m. on Thursday August 2, 2012.

Separately, Musika Exhibit 29-S2 includes an additional quarter of data from IDC, referring to APLNDC-Y00000408211, rather than the previously used APLNDC-Z0000000001.  Please confirm that Apple does not object to Samsung making a corresponding update to TX536, which is currently based on APLNDC-Z0000000001.

I look forward to your prompt response.

Very truly yours,

*/s/*

Carl G. Anderson