# EXHIBIT F

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL: (415) 875-6600 FAX: (415) 875-6700

August 2, 2012

<u>VIA ELECTRONIC MAIL</u>

Erik Olsen
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
EJOlson@mofo.com

Re: <u>Apple v. Samsung, Case No. 11-cv-1846 LHK (PSG) (N.D. Cal.)</u>

Dear Erik:

I write in response to a specific point in your letter of earlier today regarding Mr. Musika's amended Exhibits 17 and 18.

Your assertion that Samsung's objection to Mr. Musika's revised exhibits is "untimely" is misplaced. On July, 13, 2012, Samsung provided you with its specific objections to TX 25 – which contains the "equivalent calculations" to which your letter refers – including, among others, that the material in TX 25 was untimely. Furthermore, you have acknowledged for some time that Samsung intends to object to the admissibility of TX 25, because the parties are currently working on a stipulation that expressly contemplates the consequences of Samsung's objections to it. For these reasons, your attempt to deflect the untimely amendment of Mr. Musika's report by reference to TX 25 is unavailing.

As to the substance, Samsung disagrees with your allegation of "consistency" in the recently amended lost profits calculations in Mr. Musika's amended Exhibits 17 and 18. One needs only to look at the numbers to see that Mr. Musika is employing different methods than those in his original reports. Your contention that Mr. Musika could have used these different methods earlier with "the same Access and Excel files" is no justification at all. Accordingly, Samsung will continue to pursue appropriate relief.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

2

I will respond to the remainder of your letter under separate cover.

Very truly yours,

*/s/*

Carl G. Anderson