# EXHIBIT G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>**SUPPLEMENTAL EXPERT REPORT OF TERRY L. MUSIKA, CPA** |

**SUBJECT TO PROTECTIVE ORDER**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

back into certain line items and then removed from those line items in later versions. Samsung has claimed that all of the information was taken directly from a SAP database[13] but material differences appear between various versions, which is itself, inconsistent with this claim. Samsung's designated witness also refused to provide sworn testimony about basic financial accounting questions, such as the manner in which cost of goods sold is calculated,[14] leaving key variances unexplained. I discussed some of this history in my Original Expert Report.

31. Apple returned to the Court and sought an order enforcing the original discovery order and requiring a complete production. The Court agreed that Samsung's prior productions had violated the Court's order and required, among other things, a complete production of financial data. This resulting production is a primary reason for this supplemental report. I have used the information produced, where possible, to do additional analysis to judge the credibility of the information on costs and expenses that Samsung has provided. This analysis and the prior history forms the basis for my opinions regarding the inadequacy of Samsung's calculations of operating profits.

**Samsung's recently disclosed Accused Product expense line items contain material unexplained variances as compared to prior versions**

32. As described in my Original Expert Report in paragraphs 143 to 149, Samsung has produced multiple versions of files containing financial information for the Accused Products. Subsequent to my Original Expert Report, Samsung further produced additional versions, including the file marked SAMNDCA00402075, which has the following discrepancies when compared to prior versions: (1) the removal of $1.3 Billion of Manufacturing Cost of Goods Sold and a corresponding increase in Operating Profit which I understand to be related to a Samsung Chinese manufacturing facility for certain Accused Products; (2) the addition of detailed line items within Manufacturing Cost of Goods Sold; and (3) a shifting of costs between detailed line items within Manufacturing R&D. These discrepancies are shown on **Exhibit 49-S**. One of the troubling aspects of Samsung's overall document production is the extent to which previously disclosed numbers continue to change. A

---

[13] Declaration of Timothy Sheppard, March 12, 2012, pp. 11-12; Deposition of Timothy Sheppard, March 30, 2012, pp. 31-33, 133, and 149-150; Deposition of Jaehwang Sim, March 10, 2012, pp. 35, 82, and 88.
[14] Deposition of Jaehwang Sim, March 10, 2012, pp. 95-96 and 131-132.

primary principle of financial accounting is that accurate data for a historic period involving the same accounts or category of accounts should not change just because multiple reports regarding that data are provided. Accurate data from historic periods in a properly functioning accounting system should stay the same. The perpetual changes in Samsung's various spreadsheets between February 3, 2012 and April 30, 2012, coupled with the current incomplete disclosures combine to undermine the completeness, accuracy, and reliability of Samsung's reported product profitability.

**Samsung's recently disclosed combined Accused Product operating profit does not agree with Samsung's previously provided calculation of combined product operating profit**

33. Based on Samsung's production of data prior to the April 23 order, Samsung has claimed, based on calculations repeated in Mr. Wagner's report, that its combined profits for SEC, STA and SEA for the products previously included through December 31, 2011 was $989,551,780.[15] As required by the Court's April 23 order, Samsung has produced a new file entitled "SAMNDCA-D0000001-AEO-native-xlsx." This file includes sales of the Accused Products that match the source relied upon by Mr. Wagner.[16] Additionally, the file contains a calculation of the "Combined Profit" for each individual device. In total the file reports a "Combined Profit" for the Accused Samsung Products of $3,917,372,162.[17] Further, the individual product amounts reported by Samsung in the new file produced pursuant to the Court's order do not agree with the product by product amounts that Samsung previously provided and that Mr. Wagner uses. For example, the combined profit reported by Mr. Wagner for the Galaxy S II (T-Mobile) product is $25,347,041[18] and the amount reported by Samsung for the same Galaxy S II (T-Mobile) product for the same time period is $29,260,594.[19] Some of these differences arise, at least in part, from the manner in which Samsung reported data in the spreadsheets and the failure to account for monthly variation when calculating an operating profit. Once again, however, these variances reflect the deficiencies in the information supplied by Samsung from which they are seeking to deduct millions of dollars as a part of an alleged calculation of

---

[15] Expert Report of Michael J. Wagner, April 16, 2012, p. 140, Figure 44.
[16] SAMNDCA00380019.
[17] SAMNDCA-D-0000001-AEO-native-xls.
[18] Expert Report of Michael J. Wagner, April 16, 2012, p. 140, Figure 44.
[19] SAMNDCA-D-0000001-AEO-native-xls.

operating profit. The lack of close agreement between versions and calculations undermines the reliability of Samsung's cost and expense data for purposes of calculating operating profits.

**Samsung's recently disclosed Accused Product gross and operating profit do not tie to Samsung's general ledger**

34. The Court's April 23 order required Samsung to provide documents in accordance with the original proposed order from the January 11, 2012 motion to compel. Within the scope of the order is a requirement that "all figures should tie to Samsung's general ledger."[20] Samsung has failed to tie any of the previously disclosed or recently disclosed amounts to Samsung's general ledger. Samsung encrypted file SAMNDCA-D-0000001-AEO-native.xlsx contains a note that certain product profit margins were "checked to SAP." I understand that SAP is the name of Samsung's internal accounting and financial reporting software system.[21] However, simply noting that certain amounts appear within the SAP database system on a test basis does not signify that the disclosed product profit amounts tie to Samsung's general ledger and can be reconciled through to Samsung's audited financial statements. As a former audit partner for PricewaterhouseCoopers' predecessor, I understand that reconciling a product profit to the general ledger involves more than the identification of a test amount within the accounting system. Unless the individual cost elements are tied to the actual general ledger and reconciled through to the audited financial statement, there is no way of ensuring that the product profitability offered by Samsung has properly accounted for the numerous period ending adjustments that occur in the ordinary course. The preparation of audited period ending financial statements require that accounts be updated for events such as changes in standard costs, variances from actual costs, period ending inventory adjustments, changes in accrued estimates and other period ending adjustments. Without the production of an actual visible reconciliation to the general ledger, it is not possible to know if the disclosed product profitability is complete or accurate.

35. Using the files previously provided to me and the files produced in response to the Court's April 23 Order, I have attempted to tie the information reported in the various financial spreadsheets provided

---

[20] [Proposed] Order Granting Apple's Motion to Compel Production of Documents and Things, filed 1/11/12, p. 8, Section V. Financial Information Relevant to Damages.
[21] Deposition of Timothy Sheppard, January 24, 2012, p. 29.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

the iPhone and iPad for the quarter ending March 31, 2012. I have reviewed this updated financial information and used it to provide updated information on Apple's financial results, as included in the supplemental exhibits to this report.

L. POSSIBLE REVISIONS TO THIS REPORT

45. I intend to review and consider any other additional information provided to me after the production of this report and will supplement my analysis and conclusions if asked to do so.

M. EXHIBITS

46. Exhibits 3-S through 53-S are attached to this report and support my analyses and opinions in this matter.

N. PROFESSIONAL ARRANGEMENT

47. My work for expert services provided in this matter is charged at a standard billing rate of $550 per hour and is in no way contingent on the outcome of this matter. In addition, I will be reimbursed for all reasonable out-of-pocket expenses incurred in connection with my analyses and testimony in this case.

May 8, 2012                                            Terry L. Musika, CPA