# EXHIBIT J

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Wednesday, March 07, 2012 12:45 PM |
| **To:** | Besirof, Philip T.; Guy Eddon; Wainscoat, Aaron; WH Apple Samsung NDCal Service; AppleMoFo; 797-DLA-Apple-Team; 797-feinday-apple-team@feinday.com |
| **Cc:** | lisa.kattan@usitc.gov; Samsung v. Apple; HTC-ITC-797; Hung, Richard S. J. |
| **Subject:** | RE: Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue |

Philip,

Yes, Rich Hung and I agreed that these depositions will be admissible in the Northern District of California action to the same extent as if there had been taken in the Northern District of California action.

Best, Todd

**From:** Besirof, Philip T. [mailto:PBesirof@mofo.com]
**Sent:** Wednesday, March 07, 2012 12:31 PM
**To:** Todd Briggs; Guy Eddon; Wainscoat, Aaron; WH Apple Samsung NDCal Service; AppleMoFo; 797-DLA-Apple-Team; 797-feinday-apple-team@feinday.com
**Cc:** lisa.kattan@usitc.gov; Samsung v. Apple; HTC-ITC-797; Hung, Richard S. J.
**Subject:** RE: Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue

Todd:

I understand that Rich Hung and you discussed the admissibility of the depositions of Messrs. Forlines, Tse, and Bogue in the 797 action. As Rich relayed, Apple will agree that those depositions will be admissible in this action to the same extent as if they had been taken in this action. Please confirm that this resolves any issues relating to the admissibility of these depositions.

Regards,

Philip T. Besirof | Morrison & Foerster
Office +1 415 268 6091 | Mobile +1 415 816 5700

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** March 06, 2012 10:42 PM
**To:** Todd Briggs; Guy Eddon; Wainscoat, Aaron; WH Apple Samsung NDCal Service; AppleMoFo; 797-DLA-Apple-Team; '797-feinday-apple-team@feinday.com'
**Cc:** 'lisa.kattan@usitc.gov'; Samsung v. Apple; HTC-ITC-797
**Subject:** RE: Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue

Please see attached deposition notice and subpoenas.

**From:** Todd Briggs
**Sent:** Tuesday, March 06, 2012 11:53 AM
**To:** Guy Eddon; Wainscoat, Aaron; WH Apple Samsung NDCal Service; AppleMoFo; 797-DLA-Apple-Team; '797-feinday-apple-team@feinday.com'
**Cc:** 'lisa.kattan@usitc.gov'; Samsung v. Apple; HTC-ITC-797; Todd Briggs

1

**Subject:** RE: Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue

Dear Apple counsel from the ITC case and Apple counsel from the NDCA case:

Since Apple has not yet agreed to the admissibility of these depositions in the Northern District of California action, we will be noticing the depositions of Messrs. Forlines, Tse and Bogue for the same time and place as their depositions in the 797 action. A Samsung attorney will appear at theses depositions on March 8th and 9th. We anticipate sending you a formal notice of deposition later today.

We are surprised that Apple will not agree to the admissibility of these depositions in both cases since the parties have done this on several other occasions with respect to other third-party witnesses.

Best Regards,

**Todd Briggs**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5020 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
toddbriggs@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Guy Eddon
**Sent:** Saturday, March 03, 2012 8:23 PM
**To:** Wainscoat, Aaron; WH Apple Samsung NDCal Service; AppleMoFo; 797-DLA-Apple-Team; '797-feinday-apple-team@feinday.com'
**Cc:** 'lisa.kattan@usitc.gov'; Samsung v. Apple; HTC-ITC-797
**Subject:** RE: Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue

Dear Mr. Wainscoat:

Samsung does not presently intend to attend these depositions. Rather, Samsung simply requests that Apple not object to the admissibility of these depositions in the Samsung lawsuit in the Northern District of California. Please let us know Apple's position.

Regards,
Guy Eddon

---

**From:** Wainscoat, Aaron [mailto:Aaron.Wainscoat@dlapiper.com]
**Sent:** Friday, March 02, 2012 8:35 PM
**To:** Guy Eddon; WH Apple Samsung NDCal Service; AppleMoFo; 797-DLA-Apple-Team; '797-feinday-apple-team@feinday.com'

2

**Cc:** 'lisa.kattan@usitc.gov'; Samsung v. Apple; HTC-ITC-797
**Subject:** RE: Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue

Dear Guy,

Your email is unclear as to whether you are requesting to appear at the depositions on behalf of Samsung. As you know, DLA Piper does not represent Apple in the Samsung litigation, and it does not appear that either Apple or Samsung has subpoenaed these witnesses in connection with that litigation.

We object on behalf of Apple in the 797 investigation to an appearance at these depositions on behalf of Samsung.
Best,

-Aaron Wainscoat

---

**From:** Guy Eddon [GuyEddon@quinnemanuel.com]
**Sent:** Friday, March 02, 2012 11:28 AM
**To:** WH Apple Samsung NDCal Service; AppleMoFo; 797-DLA-Apple-Team; '797-feinday-apple-team@feinday.com'
**Cc:** 'lisa.kattan@usitc.gov'; Samsung v. Apple; HTC-ITC-797
**Subject:** RE: Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue

I have not received a response to my e-mail below. Given the upcoming close of fact discovery on March 8, please respond today.

---

**From:** Guy Eddon
**Sent:** Wednesday, February 29, 2012 11:24 PM
**To:** WH Apple Samsung NDCal Service; AppleMoFo; '797-dla-apple-team@dlapiper.com'; 'apple-12@adduci.com'; '797-feinday-apple-team@feinday.com'
**Cc:** 'lisa.kattan@usitc.gov'; Samsung v. Apple; HTC-ITC-797
**Subject:** Apple v. Samsung and ITC Inv. No. 337-TA-797 - Depositions of Clifton Forlines, Edward Tse, and Adam Bogue

Apple Counsel:

As you are aware, Apple is currently asserting U.S. Patent Nos. 7,844,915 and 7,469,381 against Samsung and HTC in two different lawsuits, one in the Northern District of California and the other before the ITC. Apple issued subpoenas to third-parties Clifton Forlines, Edward Tse, and Adam Bogue regarding prior art relevant to the '915 and '381 patents, and is scheduled to take their depositions in the HTC investigation on March 8-9, 2012 in Boston. Rather than unnecessarily burdening these third parties, Samsung proposes having only one deposition of Clifton Forlines and Edward Tse on March 8th, and of Adam Bogue on March 9th, with the depositions being applicable to and admissible in both cases.

By 5 pm Pacific tomorrow, please confirm that Apple agrees not to object to the admissibility of any testimony from Clifton Forlines, Edward Tse, or Adam Bogue in either matter on the basis that the testimony was elicited by counsel in the other matter. In other words, Apple agrees not to object to the admissibility of any testimony from Clifton Forlines, Edward Tse, or Adam Bogue in the Samsung case on the basis that the testimony was elicited by counsel for Apple or HTC in the HTC investigation.

Finally, please confirm that Apple agrees not to object to the deposition testimony of Adam Bogue on March 9th on the basis that it is one day after the close of the discovery deadline in the Samsung suit.

Best regards,
Guy Eddon

**Guy Eddon**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7347 Direct
212.849.7000 Main Office Number
212.849.7100 FAX
GuyEddon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
**Please consider the environment before printing this email.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

4