# EXHIBIT K

# In The Matter Of:

*CERTAIN PORTABLE ELECTRONIC DEVICES AND RELATED SOFTWARE*

———————————————————————

## ADAM BOGUE - Vol. 1
*March 9, 2012*

———————————————————————

## *CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

CONFIDENTIAL
ADAM BOGUE - 3/9/2012

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.

Investigation No. 337-TA-797

- - - - - - - - - - - - - - - - - - - - -

In the Matter of:

CERTAIN PORTABLE ELECTRONIC DEVICES

AND RELATED SOFTWARE

- - - - - - - - - - - - - - - - - - - - -

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION of ADAM BOGUE

Friday, March 9, 2012 - 9:39 a.m.

DLA Piper LLP (US)

33 Arch Street

Boston, Massachusetts 02110

Reporter:  Jill K. Ruggieri, RMR, CRR