# EXHIBIT M

# In The Matter Of:

*CERTAIN PORTABLE ELECTRONIC DEVICES AND RELATED SOFTWARE*

_____

*CLIFTON FORLINES, Ph.D. - Vol. 1*
*March 8, 2012*

_____

*CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

CONFIDENTIAL
CLIFTON FORLINES, Ph.D. - 3/8/2012

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.

Investigation No. 337-TA-797

- - - - - - - - - - - - - - - - - - X

In the Matter of

CERTAIN PORTABLE ELECTRONIC DEVICES

AND RELATED SOFTWARE

- - - - - - - - - - - - - - - - - - X

VOLUME I                                    Pages 1-213

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF CLIFTON FORLINES, Ph.D.

Thursday, March 8, 2012, 8:08 a.m.

DLA PIPER LLP (US)

33 Arch Street

Boston, Massachusetts 02110

(2005-441691A)

------ Reporter:  Kimberly A. Smith, CRR, RDR ------

Realtime Systems Administrator

Merrill Legal Solutions

Merrill Corporation - San Francisco
800-869-9132                          www.merrillcorp.com/law

8cba9534-9795-43e3-bdb1-03c760a84e7b

CONFIDENTIAL
CLIFTON FORLINES, Ph.D. - 3/8/2012

Page 62

```
10:52:27  1    BY MS. MILLER:
10:52:27  2        Q. -- to enlarge a certain portion of the
10:52:30  3    image?
10:52:37  4            MR. GLASS: Same objection.
10:52:38  5            THE WITNESS: The --
10:52:41  6            MR. GLASS: Sorry.
10:52:43  7            THE WITNESS: That's okay.
10:52:44  8            The user can magnify or scale a portion
10:52:55  9    of the underlying image using a two-finger gesture.
10:53:03 10    BY MS. MILLER:
10:53:03 11        Q. And it's in that case after an enlarged
10:53:12 12    portion is defined on the table that a user can
10:53:14 13    touch with a single finger and drag that enlarged
10:53:23 14    portion?
10:53:28 15            MR. GLASS: Objection. Vague.
10:53:30 16            THE WITNESS: I'm sorry. I'm not sure I
10:53:34 17    heard a question.
10:53:35 18    BY MS. MILLER:
10:53:35 19        Q. Yes. Let me . . .
10:53:37 20            So is it fair, just using the term in
10:53:42 21    the name, that when a user defines an enlarged
10:53:47 22    portion on the table, you could refer to that as a
10:53:50 23    magnifying lens; and that when a user touches the
10:53:55 24    table again with a single finger and drags it,
10:53:57 25    they're basically moving the magnifying lens around
```

Page 63

```
10:54:00  1    the image?
10:54:02  2            MR. GLASS: Objection. Vague, compound.
10:54:12  3            THE WITNESS: A single-finger input will
10:54:19  4    move the area of the underlying image that's
10:54:25  5    currently displayed in the -- in the lens.
10:54:41  6    BY MS. MILLER:
10:54:42  7        Q. In the DTLens application, before the user
10:54:45  8    has touched the surface with two fingers to define
10:54:50  9    an enlarged portion, will the application respond to
10:54:53 10    a single-finger dragging event?
10:55:01 11            MR. GLASS: Objection. Vague.
10:55:27 12            THE WITNESS: I don't think so, no.
10:55:28 13    BY MS. MILLER:
10:55:31 14        Q. Was the DTLens application ever implemented
10:55:33 15    in a system employing a touch-sensitive surface
10:55:37 16    overlaying a display?
10:55:39 17            MR. GLASS: Objection. Calls for a
10:55:51 18    legal conclusion.
10:55:51 19            THE WITNESS: No.
10:55:53 20    BY MS. MILLER:
10:56:05 21        Q. Are you familiar with an application
10:56:07 22    referred to as Fractal Zoom with regards to
10:56:12 23    DiamondTouch?
10:56:14 24        A. Yes, I am.
10:56:15 25        Q. Is it the same application that's also
```

Page 64

```
10:56:18  1    referred to as Mandelbrot or Mandelbro?
10:56:24  2        A. Mandelbrot, yes.
10:56:25  3        Q. Do you have a preference as to which one I
10:56:31  4    refer to?
10:56:31  5        A. I like Mandelbro.
10:56:35  6        Q. Mandelbro?
10:56:36  7        A. No. Either is fine.
10:56:40  8        Q. For the Fractal Zoom application, what
10:56:44  9    programming language is that written in?
10:56:48 10        A. The original version of the Fractal Zoom
10:56:52 11    application was written in Java.
10:57:03 12        Q. Who wrote the Java version of Fractal Zoom?
10:57:06 13        A. I did.
10:57:07 14        Q. Was a version control system used for the
10:57:15 15    Java version of Fractal Zoom?
10:57:16 16        A. No.
10:57:17 17        Q. Where was the source code stored for the
10:57:22 18    Java version of Fractal Zoom?
10:57:28 19        A. Initially on my laptop and eventually on
10:57:31 20    the main MERL file server.
10:57:51 21        Q. Was a different version of Fractal Zoom
10:57:54 22    written in a different programming language other
10:57:57 23    than Java?
10:57:58 24        A. There was a C# implementation of Fractal
10:58:03 25    Zoom written after the Java version.
```

Page 65

```
10:58:09  1        Q. Who wrote the C# version of Fractal Zoom?
10:58:12  2        A. I did.
10:58:14  3        Q. When did you write the C# version of
10:58:17  4    Fractal Zoom?
10:58:24  5        A. In the -- around the summer of 2005.
10:58:26  6        Q. Was any version of Fractal Zoom ever
10:58:30  7    included in the DiamondTouch SDK?
10:58:34  8        A. Not to my knowledge, no.
10:58:50  9        Q. Just to go back, was any version of the
10:58:53 10    DTLens application ever included in the DiamondTouch
10:58:57 11    SDK?
10:58:57 12        A. In the SDK? No.
10:59:28 13        Q. Is it fair to characterize the Fractal Zoom
10:59:31 14    application as the projection of a single image onto
10:59:36 15    a touch sensitive surface?
10:59:38 16            MR. GLASS: Objection. Calls for a
10:59:40 17    legal conclusion.
10:59:40 18            THE WITNESS: The Fractal Zoom
11:00:03 19    application included the display of up to three
11:00:11 20    images -- excuse me -- five images.
11:00:24 21    BY MS. MILLER:
11:00:25 22        Q. Could the Java version display up to five
11:00:28 23    images?
11:00:28 24        A. The Java version displayed up to five
11:00:31 25    images on the screen, yes.
```

17 (Pages 62 to 65)