# EXHIBIT Q

Confidential Attorneys' Eyes Only
Outside Counsel

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
                   SAN JOSE DIVISION
 3
 4   APPLE INC., a California      Case No.
     corporation,
 5                                 11-cv-01846-LHK
            Plaintiff,
 6
     v.
 7
     SAMSUNG ELECTRONICS CO.,
 8   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
 9   AMERICA, INC., a New York
     corporation; SAMSUNG
10   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
11   liability company,
12          Defendants.
13              C O N F I D E N T I A L
14       A T T O R N E Y S'   E Y E S   O N L Y
15           O U T S I D E   C O U N S E L
16             VIDEOTAPED DEPOSITION
17            BENJAMIN B. BEDERSON, Ph.D.
18               Washington, D.C.
19          Saturday, September 17, 2011
20                  9:30 a.m.
21
22   Job No. 41965
23
24   Reporter:  Linda S. Kinkade, RDR, CRR, RMR, CSR
25   Videographer:  Conway Barker
```

Confidential Attorneys' Eyes Only
Outside Counsel

Page 22

1  Q.  And the reason you can't tell is what?
2  What's missing from here that would enable you
3  to know whether it's the file you retrieved?
4  A.  Well, if one character was different,
5  I wouldn't be able to tell because I don't
6  remember every character in the file that I
7  retrieved.
8  Q.  You're not looking for some kind of
9  marker or other signal on the file itself that
10 says, this is the one I retrieved; you're just
11 not sure whether it got altered along the way.
12       MR. HUANG:  Objection to the form of
13 the question, also lacks foundation.
14       THE WITNESS:  I know that I supplied a
15 version of a file that I believe was called
16 EmailListNode, and you're presenting me with
17 some code that looks similar.  There is
18 nothing -- no information I have so far that
19 says that this is the same one.  Maybe it is;
20 maybe it isn't.  I just don't know.  I'm not
21 sure how I would know.
22 BY MR. JACOBS:
23 Q.  So for purposes of the deposition,
24 since the source code went from you to your
25 counsel to us and then to this deposition, let

Confidential Attorneys' Eyes Only
Outside Counsel

Page 23

1  me just represent to you that this is a copy of
2  what we received from your counsel, but
3  obviously if you see something that surprises
4  you, let us know.  That's certainly our
5  understanding of what we're using today is the
6  source code that was made available to us.
7       A.  Okay.
8       MR. HUANG:  Counsel, can I just ask
9  one question about the representation?
10      MR. JACOBS:  Sure.
11      MR. HUANG:  Are you saying that we
12 provided you these hard copies or that we
13 provided you electronic code that you printed
14 these hard copies from?
15      MR. JACOBS:  I believe it's the
16 latter.
17      MR. HUANG:  Okay.
18      MR. JACOBS:  It's a fair
19 clarification.
20 BY MR. JACOBS:
21      Q.  Okay.  So can you walk us through the
22 source code?
23      A.  Do you mean sort of show you roughly
24 function by function what it does?
25      Q.  Yes.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 24

1    A. Yes.
2    Q. So just to be clear for our, for
3 future readers, we're looking at Exhibit 211,
4 which is the class definition for email -- the
5 EmailListNode class, correct?
6    A. Yes.
7    Q. And it's written in C#, and it looks
8 like it's about eight pages long. Is that
9 right?
10    A. Yes.
11    Q. Do you see that, eight pages long? So
12 why don't we, as we do this, just to be clear,
13 if you can -- we'll numerate the pages 1, 2, 3,
14 4, 5, 6, 7, 8. Okay?
15        MR. HUANG: Are you asking him to
16 write it?
17        MR. JACOBS: Yes.
18        MR. HUANG: Counsel, do you have a
19 version of this with line numbers? It might
20 make it easier to refer to the lines because I
21 note that there's no line numbers on this.
22        MR. JACOBS: I think we're just going
23 to have to make do.
24        MR. HUANG: Okay.
25 BY MR. JACOBS: