# EXHIBIT R

# EXHIBIT S-7
# SAMSUNG'S INVALIDITY CLAIM CHARTS FOR THE LAUNCHTILE SOFTWARE ("LaunchTile")[1] AND "APPLENS AND LAUNCHTILE: TWO DESIGNS FOR ONE-HANDED THUMB USE ON SMALL DEVICES PUBLICATION" ("AppLens and LaunchTile Publication")[2]

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| **[2A]** A computer-implemented method, comprising:<br><br>at a portable electronic device with a touch screen display;<br><br>displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | LaunchTile and AppLens and LaunchTile Publication disclose a computer implemented method. The method is implemented at a portable electronic device with a touch screen display. The method includes displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>For example, LaunchTile is a computer-implemented application that runs on a portable electronic device with a touch screen display. LaunchTile displays a portion of a structured electronic document on the touch screen display. The LaunchTile structured electronic document comprises a plurality of boxes of content. |

---

[1] LaunchTile is described in Bederson et al., *AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices*, CHI 2005, ACM, Apr. 2-7, 2005 (Exhibits A-C to the Bederson Declaration filed Aug. 22, Dkt. No. 165); Video Demonstration of LaunchTile (Exhibit D to the Bederson Declaration filed Aug. 22, Dkt. No. 165); PowerPoint slides displayed at the CHI conference (Exhibit E to the Bederson Declaration filed Aug. 22, Dkt. No. 165); Executable version of LaunchTile (Exhibit F to the Bederson Declaration filed Aug. 22, Dkt. No. 165). In addition to being attached the Bederson declaration filed on August 22, these documents have been previously produced in this litigation.

[2] Both the LaunchTile software, and the AppLens and LaunchTile Publication independently anticipate the claims of the '163 patent. For simplicity, one claim chart is provided for both the anticipating publication and the anticipating system.

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| | Moreover, LaunchTile supports both PDAs and cell phones with touch screen displays. *See generally AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices*, Karlson, Bederson and SanGiovanni, CHI 2005 at 201 ("AppLens and LaunchTile Publication"). <br><br> In LaunchTile, "each application has a dynamic launch tile in the place of a static launch icon. This feature offers high-value at a glance information for several applications at once, as well as on-demand application launch when users desire more detailed information." *See, e.g.* AppLens and LaunchTile Publication at 201. <br><br> AppLens and LaunchTile Publication disclose: <br><br>     The primary shell of the LaunchTile design is an interactive zoomspace consisting of 36 application tiles, divided into 9 zones of 4 tiles each. *See, e.g.* AppLens and LaunchTile Publication at 204. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| **[2B]**  detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determining a first box in the plurality of boxes at the location of the first gesture;<br><br>enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | LaunchTile and AppLens and LaunchTile Publication detect a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the plurality of boxes at the location of the first gesture, and enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>When a user taps (first gesture) on the screen, LaunchTile determines which box the user selects and enlarges and translates the document so that the box is substantially centered on the touch screen display.<br><br>LaunchTile uses gestures on a touch-sensitive screen for navigation, and works with both single and multi-tap input. *See, e.g.*, AppLens and LaunchTile Publication at 202.<br><br>LaunchTile provides a point of reference to zoom into a number of tiles that are enlarged and |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| | centered on the screen. *See, e.g.,* AppLens and LaunchTile Publication at 204-205, Figure 4. |
| **[2C]** while the first box is enlarged, detecting a second gesture on a second box other than the first box; and in response to detecting the second gesture, translated the structured electronic document so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, LaunchTile and AppLens and LaunchTile Publication detect a second gesture on a second box other than the first box, and in response to detecting the second gesture, translates the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>While the first box is enlarged, a user taps (second gesture) on a second box other than the first box. After the user taps the box, LaunchTile translates the structure electronic document so that the second box is substantially centered on the touch screen display.<br><br>AppLens and LaunchTile Publication, from the "Zone View" lets users pan to neighboring zones ("boxes") by using a touch gesture. *See, e.g.,* AppLens and LaunchTile Publication at 205. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| [4]  The method of claim 2, wherein the structured electronic document is a web page. | LaunchTile and AppLens and LaunchTile Publication disclose that the structured electronic document is a web page.<br><br>To the extent LaunchTile and AppLens and LaunchTile Publication do not expressly or inherently disclose a web page, it would have been obvious to one of ordinary skill in the art to define the electronic document as a web page, as web pages were typically accessed on devices, such as those executing LaunchTile. |
| [5]  The method of claim 2, wherein the structured electronic document is an HTML or XML document. | LaunchTile and AppLens and LaunchTile Publication disclose that the structured electronic document is an HTML or XML document.<br><br>To the extent LaunchTile and AppLens and LaunchTile Publication do not expressly or inherently disclose an HTML or XML document, it would have been obvious to one of ordinary skill in the art to define the electronic document as an HTML or XML document, as an HTML or XML document were typically accessed on devices, such as those executing LaunchTile. |
| [6]  The method of claim 2, wherein:<br><br>the structured electronic document has a document width and a document length;<br><br>the touch screen display has a display width; and<br><br>displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length. | The LaunchTile and AppLens and LaunchTile Publication disclose wherein the structured electronic document has a document width and a document length.  LaunchTile runs on a device with a touch screen display that has a display width.  LaunchTile scales the document width to fit within the display width independent of the document length.<br><br>LaunchTile scales the document to fit a number of boxes within the screen.  AppLens and LaunchTile Publication discloses that the number of tiles is configurable and scalable.  *See, e.g.,* AppLens and LaunchTile Publication at 204.<br><br>Furthermore, one of ordinary skill in the art would understand that it is inherent in the method disclosed in LaunchTile and AppLens and LaunchTile Publication that the structured electronic document has a document width and a document length, that the touch screen display has a width, and that the document can be scaled to fit within the display width independent of the document length. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| **[7]** The method of claim 6, wherein:<br><br>the touch screen display is rectangular with a short axis and a long axis;<br><br>the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and<br><br>the display width corresponds to the long axis when the structured electronic document is seen in landscape view. | LaunchTile and AppLens and LaunchTile Publication disclose wherein the touch screen display is rectangular with a short axis and a long axis, the display width corresponds to the short axis when the structured electronic document is seen in portrait view, and the display width corresponds to the long axis when the structured electronic document is seen in landscape view.<br><br>AppLens and LaunchTile Publication leverages Scalable User Interface (ScUI) techniques to support device rotation between portrait and landscape mode. *See, e.g.,* AppLens and LaunchTile at 201.<br><br>The touch screen is rectangular with a short axis and a long axis. The display width corresponds to the short axis when the structured electronic document is seen in portrait view and corresponds to the long axis when the structured electronic document is seen in landscape view. |
| **[8]** The method of claim 2, wherein the plurality of boxes are defined by a style sheet language. | LaunchTile and AppLens and LaunchTile Publication disclose wherein the plurality of boxes are defined by a style sheet language. *See* [4], [5].<br><br>To the extent LaunchTile and AppLens and LaunchTile Publication do not expressly or inherently disclose a style sheet language, it would have been obvious to one of ordinary skill in the art to define the plurality of boxes using a style sheet language, as is typically done with web pages and HTML. |
| **[9]** The method of claim 8, wherein the style sheet language is a cascading style sheet language. | LaunchTile and AppLens and LaunchTile Publication disclose wherein the plurality of boxes are defined by a style sheet language. *See* [4], [5], [8].<br><br>To the extent LaunchTile and AppLens and LaunchTile Publication do not expressly or inherently disclose a cascading style sheet language, it would have been obvious to one of ordinary skill in the art to define the plurality of boxes using a cascading style sheet language, as is typically done with web pages and HTML. |
| **[10]** The method of claim 2, wherein | The first gesture used with LaunchTile and AppLens and LaunchTile Publication is a finger |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| the first gesture is a finger gesture. | gesture.<br><br>For example, depending on the device LaunchTile is used with, the first gesture may be a finger gesture.<br><br>AppLens and LaunchTile Publication discloses gestures including a finger gesture. *See, e.g.*, AppLens and LaunchTile Publication at 202-204. |
| **[11]** The method of claim 2, wherein the first gesture is a stylus gesture. | The first gesture used with LaunchTile and AppLens and LaunchTile Publication is a stylus gesture.<br><br>For example, a stylus may be used with the device running LaunchTile.<br><br>AppLens and LaunchTile Publication discloses stylus-based mobile computing. *See, e.g.*, AppLens and LaunchTile Publication at 202. |
| **[12]** The method of claim 2, wherein the first gesture is a tap gesture. | The first gesture with LaunchTile and AppLens and LaunchTile Publication is a tap gesture. *See* [10].<br><br>For example, LaunchTile allows a user to tap on a box to enlarge and translate the document.<br><br>AppLens and LaunchTile Publication discloses gestures including a finger gesture. *See, e.g.*, AppLens and LaunchTile Publication at 202-204. |
| **[13]** The method of claim 12, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The first gesture with LaunchTile and AppLens and LaunchTile Publication is a single tap with a single finger. *See* [10].<br><br>For example, LaunchTile allows the user to tap on a box with a single finger to enlarge and translate the document.<br><br>AppLens and LaunchTile Publication discloses gestures including a single and multi-tap. *See, e.g.*, AppLens and LaunchTile Publication at 202-204. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| **[17]** The method of claim 2, wherein enlarging and translating the structured electronic document comprises displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display. | LaunchTile and AppLens and LaunchTile Publication disclose that enlarging and translating the structured document includes displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display.<br><br>For example, LaunchTile displays a portion of the second box of content when the first box is enlarged and translated.<br><br>*See, e.g.*, AppLens and LaunchTile Publication at 204, Figure 4. |
| **[18]** The method of claim 2, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display. | LaunchTile and AppLens and LaunchTile Publication discloses that enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display.  *See* [6]<br><br>In LaunchTile, when the first box is a set of four sections, the box is expanded so that the |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
|  | width is substantially the same as the width of the touch screen display.<br><br>*See, e.g.*, AppLens and LaunchTile Publication at 204, Figure 4. |
| **[27]** The method of claim 2, including :<br><br>detecting a third gesture on the enlarged second box; and<br><br>in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document. | LaunchTile and AppLens and LaunchTile Publication detect a third gesture on the enlarged second box, and in response to detecting the third gesture, reduces in size the displayed portion of the structured electronic document.<br><br>In LaunchTile, a user can reduce the size of a box by tapping on the box (third gesture).<br><br>Furthermore, AppLens and LaunchTile Publication disclose the process of zooming out to the WorldView. *See, e.g.*, AppLens and LaunchTile Publication at 205. |
| **[28]** The method of claim 27, wherein the first box returns to its size prior to being enlarged. | LaunchTile and AppLens and LaunchTile Publication return the first box to its size prior to being enlarged. *See* [27].<br><br>By detecting a tap on a box, LaunchTile returns the box to its size prior to enlarging it.<br><br>Furthermore, AppLens and LaunchTile Publication disclose the process of zooming out to the WorldView, which is the size prior to being enlarged. *See, e.g.*, AppLens and LaunchTile Publication at 205. |
| **[29]** The method of claim 27, wherein the third gesture and the first gesture are the same type of gesture. | LaunchTile and AppLens and LaunchTile Publication disclose wherein the third gesture and the first gesture are the same type of gesture. *See* [27].<br><br>For example, in LaunchTile, the first and third gestures are a single tap.<br><br>AppLens and LaunchTile Publication discloses using various different gestures. *See, e.g.*, AppLens and LaunchTile Publication at 202-204. |
| **[30]** The method of claim 27, wherein | LaunchTile and AppLens and LaunchTile Publication disclose wherein the third gesture is a |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| the third gesture is a finger gesture. | finger gesture. *See* [10]. |
| **[31]** The method of claim 27, wherein the third gesture is a stylus gesture. | LaunchTile and AppLens and LaunchTile Publication disclose wherein the third gesture is a stylus gesture. *See* [11]. |
| **[32]** The method of claim 27, wherein the third gesture is a tap gesture. | LaunchTile and AppLens and LaunchTile Publication disclose wherein the third gesture is a tap gesture. *See* [10]. |
| **[33]** The method of claim 32, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | LaunchTile and AppLens and LaunchTile Publication disclose wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. *See* [13]. |
| **[34]** The method of claim 2, wherein the second gesture and the first gesture are the same type of gesture. | LaunchTile and AppLens and LaunchTile Publication disclose the second gesture and the first gesture are the same type of gesture. *See* [29]. |
| **[35]** The method of claim 2, wherein the second gesture is a finger gesture. | LaunchTile and AppLens and LaunchTile Publication disclose the second gesture is a finger gesture. *See* [10]. |
| **[36]** The method of claim 2, wherein the second gesture is a stylus gesture. | LaunchTile and AppLens and LaunchTile Publication disclose the second gesture is a stylus gesture. *See* [11]. |
| **[37]** The method of claim 2, wherein the second gesture is a tap gesture. | LaunchTile and AppLens and LaunchTile Publication disclose the second gesture is a tap gesture. *See* [10]. |
| **[38]** The method of claim 37, wherein the second gesture is a double tap with a single finger, a double tap with two | LaunchTile and AppLens and LaunchTile Publication disclose the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. *See* [13]. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| fingers, a single tap with a single finger, or a single tap with two fingers. | |
| **[39]** The method of claim 2, including:<br><br>detecting a swipe gesture on the touch screen display; and<br><br>in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display. | LaunchTile and AppLens and LaunchTile Publication disclose detecting a swipe gesture on the touch screen display, and in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display.<br><br>AppLens and LaunchTile Publication disclose that the system is compatible with a wide range of gestures. *See, e.g.*, AppLens and LaunchTile Publication at 202. Furthermore, it discloses a swipe gesture. *See, e.g.*, AppLens and LaunchTile Publication at 202-204, Figure 4.<br><br>Moreover, one of ordinary skill in the art would understand that it is inherent in AppLens and LaunchTile Publication to use a swipe gesture to pan the structured electronic document. AppLens and LaunchTile Publication disclose using different gestures, including a swipe gesture to navigate the user interface of a mobile device, including panning. |
| **[40]** The method of claim 39, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display. | LaunchTile and AppLens and LaunchTile Publication disclose wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display.<br><br>In LaunchTile, the structured electronic document is translated vertically, horizontally, and diagonally.<br><br>AppLens and LaunchTile Publication describes moving the structured electronic document vertically, horizontally and diagonally. *See, e.g.*, AppLens and LaunchTile Publication at 204-205, Figure 4. |
| **[41]** The method of claim 39, wherein the swipe gesture is a finger gesture. | LaunchTile and AppLens and LaunchTile Publication disclose the swipe gesture is a finger gesture. *See* [10]. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| [42] The method of claim 39, wherein the swipe gesture is a stylus gesture. | LaunchTile and AppLens and LaunchTile Publication disclose the swipe gesture is a stylus gesture. *See* [11]. |
| [47] The method of claim 2, including:<br><br>detecting a change in orientation of the device,<br><br>in response to detecting the change in orientation of the device, rotating the display portion of the structured electronic document on the touch screen display by 90°. | LaunchTile and AppLens and LaunchTile Publication disclose detecting a change in orientation of the device, and in response to detecting the change in orientation of the device, rotating the display portion of the structured electronic document by the touch screen display by 90°.<br><br>AppLens and LaunchTile Publication leverages Scalable User Interface (ScUI) techniques to support rotating the display portion of the structured electronic document by the touch screen display by 90° in response to a change in orientation of the device. *See, e.g.*, AppLens and LaunchTile Publication at 201. |
| [48] The method of claim 2, including:<br><br>detecting a multi-finger de-pinch gesture on the touch screen display,<br><br>in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture. | LaunchTile and AppLens and LaunchTile Publication disclose detecting a multi-finger de-pinch gesture on the touch screen display, in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.<br><br>One of ordinary skill in the art would understand that LaunchTile and AppLens and LaunchTile Publication inherently disclose detecting a multi-finger de-pinch gesture on the touch screen display and in response, enlarging a portion of the display in accordance with the de-pinch gesture. For example, the invention disclosed in LaunchTile and AppLens and LaunchTile Publication envisions that any touch, including a multi-finger de-pinch gesture, to the touch screen display could cause the page image to zoom-in. *See, e.g.*, AppLens and LaunchTile Publication at 202-204.<br><br>To the extent that Apple argues that LaunchTile and AppLens and LaunchTile Publication do not inherently disclose Claim 48, detecting a multi-finger de-pinch gesture on the touch screen display and in response, enlarging a portion of the display in accordance with the de- |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| | pinch gesture was well-known and would have been obvious to one of ordinary skill in the art. Detecting a multi-finger de-pinch gesture on the touch screen display and in response, enlarging a portion of the display in accordance with the de-pinch gesture is a trivial and predictable variation that would yield predictable results. For example, U.S. Patent No. 7,138,983 to Wakai et al. ("Wakai '983") discloses a position information processor apparatus that detects position coordinates and paths of the position coordinates input by a finger, a pen, or a pointer, and interprets an instruction, input by a user and represented by the path, to perform an operation on device such as a touch panel. *See, e.g.*, Wakai '983 at 1:8-13. One of the embodiments disclosed in Wakai '983 shows:<br><br>an operational example that is interpreted as an expansion operation. As shown [in FIGS. 22A and 22B], designated positions points A and B at the start time $t^1$ of a travel are respectively shifted to designated position points A′ and B′ at the end time $t^5$ of the travel. This input is interpreted as an expansion operation.<br><br>FIGS 23A and 23B show the corresponding data samples that are interpreted a the expansion operation. In a graph 2301, the XY coordinates of the designated position points are $At^1$(7,5) and $Bt^1$(8,6) at the start time $t^1$ and $At^5$(3,3) and $Bt^5$(12,10) at the end time $t^5$ of the travel. Referring to a table 2302, the distance between the designated points at the start time $t^1$ is 1.118, and 11.402 at the end time $t^5$. The mount of change in the distance between the designated position points is +13.589 from the start time $t^1$, to the end time $t^5$. The magnification of the distance change between the designated position points from the start time $t^1$, to the end time $t^5$ is 1020%.<br><br>Wakai '983 at 12:32-49. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
|  | EXPANSION OPERATION<br><br>POINT B<br>POINT A<br>$t_1$<br>$t_n$<br>POINT B'<br>POINT A'<br><br>FIG. 22A            FIG. 22B<br><br>To the extent Apple argues that this claim limitation would not have been obvious to one of ordinary skill in the art, it would have been obvious to one of ordinary skill in the art to combine LaunchTile and AppLens and LaunchTile Publication with Wakai '983 to disclose Claim 48.<br><br>Both Wakai '983 and LaunchTile and AppLens and LaunchTile Publication relate to a display touch type information input system for inputting operating information by detecting contact on a touch screen.  *See generally* Wakai '983.  Therefore, one of ordinary skill in the art would understand how to use Wakai '983's disclosure of detecting a multi-finger de-pinch gesture on the touch screen display, and in response, enlarging a portion of the display in accordance with the de-pinch gesture with LaunchTile and AppLens and LaunchTile Publication's disclosure of a mobile phone with a touch screen that allows users to enlarge portions of graphical information.  Moreover, one of ordinary skill in the art would recognize that it would improve similar systems and methods in the same way and promote the goals of improved operability for small device with touch screens. |
| [49A] A graphical user interface on a portable electronic device with a touch screen display, comprising: | LaunchTile and AppLens and LaunchTile Publication is a graphical user interface on a portable electronic device with a touch screen display. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| | *See* [2A]. |
| **[49B]** at least a portion of structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content; | LaunchTile and AppLens and LaunchTile Publication includes at least a portion of structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [2A]. |
| **[49C]** wherein:<br><br>in response to detecting a first gesture at a location on the portion of the structured electronic document:<br><br>a first box in the plurality of boxes at the location of the first gesture is determined;<br><br>the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display; | In response to detecting a first gesture at a location on the portion of the structure electronic document, LaunchTile and AppLens and LaunchTile Publication determines a first box in the plurality of boxes at the location of the first gesture and enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* [2B]. |
| **[49D]** while the first box is enlarged, a second gesture is detected on a second box other than the first box; and<br><br>in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, LaunchTile and AppLens and LaunchTile Publication detects a second gesture on a second box other than the first box. In response to detecting the second gesture, LaunchTile translates the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>*See* [2C]. |
| **[50A]** A portable electronic device, | LaunchTile and AppLens and LaunchTile Publication runs on a portable electronic device |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| comprising:<br><br>a touch screen display;<br><br>one or more processors;<br><br>memory; and<br><br>one or more programs, | that includes a touch screen display, one or more processors, memory, and one or more programs.<br><br>*See* [2A]. The iPAQ pictured includes a processor and memory. LaunchTile is one of the programs that runs on the iPAQ. *See, e.g.,* AppLens and LaunchTile Publication. |
| **[50B]** wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:<br><br>instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | LaunchTile and AppLens and LaunchTile Publication is stored in the memory, and is configured to be executed by the one or more processors. LaunchTile includes instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [2A]. |
| **[50C]** instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>instructions for determining a first box in the plurality of boxes at the location of the first gesture;<br><br>instructions for enlarging and translating the structured electronic | LaunchTile and AppLens and LaunchTile Publication includes instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document, instructions for determining a first box in the plurality of boxes at the location of the first gesture, and instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* [2B]. |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| document so that the first box is substantially centered on the touch screen display; | |
| [50D] instruction for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>instructions for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | LaunchTile and AppLens and LaunchTile Publication includes instructions for, while the first box is enlarged, detecting a second gesture on a second box other than the first box, and in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>*See* [2C]. |
| [51A] A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | LaunchTile and AppLens and LaunchTile Publication runs on and discloses a device and that includes a non-transitory computer readable storage medium, and/or is stored on a non-transitory computer readable storage medium storing one or more programs. Launch tile is a program comprising instructions, which when executed by a portable electronic device with a touch screen display.<br><br>*See* [2A]. LaunchTile is stored on a non-transitory computer readable storage medium, such as register memory, processor cache, or Random Access Memory. *See, e.g.,* AppLens and LaunchTile Publication. |
| [51B] display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | LaunchTile and AppLens and LaunchTile Publication displays at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [2A]. |
| [51C] detect a first gesture at a location on the displayed portion of | LaunchTile and AppLens and LaunchTile Publication detects a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| the structured electronic document; determine a first box in the plurality of boxes at the location of the first gesture; enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display; | plurality of boxes at the location of the first gesture, and enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display. *See* [2B] |
| **[51D]** while the first box is enlarged, detect a second gesture on a second box other than the first box; and in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, LaunchTile and AppLens and LaunchTile Publication detects a second gesture on a second box other than the first box, and in response to detecting the second gesture, LaunchTile translates the structured electronic document so that the second box is substantially centered on the touch screen display. *See* [2C]. |
| **[52A]** A portable electronic device with a touch screen display, comprising: means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | LaunchTile and AppLens and LaunchTile Publication runs on and discloses a portable electronic device with a touch screen display, including a processor executing computer instructions that display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content. *See* [2A]. |
| **[52B]** means for detecting a first gesture at a location on the displayed portion of the structured electronic | LaunchTile and AppLens and LaunchTile Publication runs on a portable device including a processor executing computer instructions that detect a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the |

| U.S. Patent No. 7,864,163 | LaunchTile and AppLens and LaunchTile Publication |
|---|---|
| document;<br><br>means for determining a first box in the plurality of boxes at the location of the first gesture;<br><br>means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | plurality of boxes at the location of the first gesture, and enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* [2B]. |
| **[52C]** means for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>means for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | LaunchTile and AppLens and LaunchTile Publication runs on a portable device that includes a processor executing computer instructions that, while the first box is enlarged, detecting a second gesture on a second box other than the first box and in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>*See* [2C]. |