# EXHIBIT S

# EXHIBIT S-10
## SAMSUNG'S INVALIDITY CLAIM CHARTS FOR XNAV ("XNav")[1]

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| **[2A]** A computer-implemented method, comprising:<br><br>at a portable electronic device with a touch screen display;<br><br>displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | XNav discloses a computer implemented method. The method includes displaying at least a portion of a structured electronic document on a display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>For example, XNav is a computer-implemented application that runs on a personal computer with a graphical user interface display. LaunchTile displays a portion of a structured electronic document on the display. The LaunchTile structured electronic document comprises a plurality of boxes of content.<br><br>According to Professor Bederson, one of the developers of XNav, "XNav was meant to run on different mobile touch-screen devices . . . ." Dkt. No. 165, Bederson Decl. at ¶19 (Aug. 22, 2011). |

---

[1]   XNav is a variant of the LaunchTile software. *See* Dkt. No. 165, Bederson Decl. at ¶19 (Aug. 22, 2011). XNav was developed using the LaunchTile code base and had many of the same features. *See id*. at ¶20. Both LaunchTile and XNav independently anticipate the claims of the '163 patent. A claim chart invalidating the '163 patent against LaunchTile is located at Exhibit S-7.

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| | |
| **[2B]**  detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determining a first box in the plurality of boxes at the location of the first gesture;<br><br>enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | XNav detects a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the plurality of boxes at the location of the first gesture, and enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>When a user clicks (first gesture) on the screen, XNav determines which box the user selects and enlarges and translates the document so that the box is substantially centered on the touch screen display. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| |  |
| **[2C]** while the first box is enlarged, detecting a second gesture on a second box other than the first box; and in response to detecting the second gesture, translated the structured electronic document so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, XNav detects a second gesture on a second box other than the first box, and in response to detecting the second gesture, translates the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>For example, while the first box is enlarged, a user clicks (second gesture) on a second box other than the first box.  After the user taps the box, XNav translates the structured electronic document so that the second box is substantially centered on the touch screen display. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
|  | |
| **[4]** The method of claim 2, wherein the structured electronic document is a web page. | XNav discloses that the structured electronic document is a web page. For example, many of the boxes shown in the snapshot below rely on the web to receive and display information. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| | <br><br>To the extent XNav does not expressly or inherently disclose a web page, it would have been obvious to one of ordinary skill in the art to define the electronic document as a web page, as web pages were typically accessed on devices, such as those executing XNav. |
| **[5]** The method of claim 2, wherein the structured electronic document is an HTML or XML document. | XNav discloses that the structured electronic document is an HTML or XML document. *See* [4].<br><br>To the extent XNav does not expressly or inherently disclose an HTML or XML document, it would have been obvious to one of ordinary skill in the art to define the electronic document as an HTML or XML document, as an HTML or XML document were typically accessed on devices, such as those executing XNav. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| **[6]** The method of claim 2, wherein:<br><br>the structured electronic document has a document width and a document length;<br><br>the touch screen display has a display width; and<br><br>displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length. | The XNav structured electronic document has a document width and a document length. XNav runs on a device with a screen display that has a display width. XNav scales the document width to fit within the display width independent of the document length.<br><br>For example, the XNav screen has a document width and a document length. It is presented in a mobile device that has a display width. XNav displays at least a portion of the document by scaling the width of the document to fit within the mobile device's width independent of the document length.<br><br> |
| **[7]** The method of claim 6, wherein: | XNav discloses wherein the touch screen display is rectangular with a short axis and a long axis; the display width corresponds to the short axis when the structured electronic document |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| the touch screen display is rectangular with a short axis and a long axis;<br><br>the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and<br><br>the display width corresponds to the long axis when the structured electronic document is seen in landscape view. | is seen in portrait view; and the display width corresponds to the long axis when the structured electronic document is seen in landscape view.<br><br>One of ordinary skill in the art would understand that it is inherent in the method disclosed in XNav that the display width corresponds to the short axis when the structured electronic document is seen in portrait view and corresponds to the long axis when the structured electronic document is seen in landscape view.  For example, the invention disclosed in XNav applies equally to whether the structured electronic document is seen in portrait or landscape view.  Furthermore, LaunchTile, a variant of XNav, leverages Scalable User Interface (ScUI) techniques to support device rotation between portrait and landscape mode. *See, e.g.*, Bederson Decl. at ¶19; *see also, e.g.*, Exhibit S-X, Samsung's Invalidity Claim Chart for LaunchTile at [7].<br><br>To the extent that Apple argues that XNav does not inherently disclose Claim 7, having the display width correspond to the short axis when the structured electronic document is seen in portrait view and correspond to the long axis when the structured electronic document is seen in landscape view would have been obvious to one of ordinary skill in the art.  Making the display width correspond to either the short axis or the long axis depending on whether the structured electronic document is in portrait or landscape view respectively is a trivial and predictable variation that would yield predictable results.  For example, U.S. Patent No. 7,289,102 to Hinckley et al. ("Hinckley '102") sets forth the simplicity of this claimed limitation:<br><br>In other embodiments of the present invention, the tilt sensor is used to detect the orientation of the mobile device so that the image on the display of the mobile device may  be matched to the mobile device orientation.<br><br>FIG. 10 provides an example of a mobile device 1100 in an upright orientation.  In FIG. 10, the present invention displays an image 1102 of a set of text in a portrait orientation to match the orientation of mobile device 1100.  FIG. 11 shows the same mobile device rotated counterclockwise 90°.  Under the present invention, this rotation is sensed by the tilt sensors and in response, a new image 1104 of the set of text is displayed.  In particular, |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| | image 1104 shows the text in a landscape view to match the new orientation of mobile device 1100.<br><br>Under the present invention, the displayed image may be matched to the orientation of the device through a simple rotation of the display image or though a redrawing of the display image based on the orientation of the device and the relative dimensions of the display in that orientation.<br><br>A simple rotation is typically performed by using the center of the screen as the center of rotation.  For such rotations, a transform of points x, y in the document to point x′, y′ on the screen is given by equation 3:<br><br>$M = T \cdot R \cdot T^{-1}$<br><br>Where T is a translation and R is the 2D rotation matrix for 0°, 90°, 180°, or 270°.<br><br>A redrawing of the image that takes the dimensions of the display into consideration allows application to change the contents of the image before redrawing the image.  For instance, a word processing application can recalculate word wrapping based on the dimensions of the display in its new orientation.  Thus, the number of words per line will change when the image is drawn in its new orientation.  An example of this effect can be seen by comparing the text in image 1102 to the text in image 1104.<br><br>Hinckley '102 at 9:20-55. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| |  |

To the extent Apple argues that this claim limitation would not have been obvious to one of ordinary skill in the art, it would have been obvious to one of ordinary skill in the art to combine XNav with Hinckley '102 to disclose Claim 7.

Both Hinckley '102 and XNav relate to a display touch type information input system for inputting operating information by detecting contact on a touch screen. *See generally* Hinckley '102 . Therefore, one of ordinary skill in the art would understand how to use Hinckley '102 's disclosure of having the display width correspond to the short axis when the structured electronic document is seen in portrait view and correspond to the long axis when the structured electronic document is seen in landscape view with XNav's mobile phone user interface, which displays graphical information regardless of whether the device is held in a portrait or landscape orientation. Moreover, one of ordinary skill in the art would recognize that it would improve similar systems and methods in the same way and promote the goals of improved operability for small device with touch screens.

| [8] The method of claim 2, wherein | XNav discloses wherein the plurality of boxes are defined by a style sheet language.  *See* [4], |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| the plurality of boxes are defined by a style sheet language. | [5].<br><br>To the extent XNav does not expressly or inherently disclose a style sheet language, it would have been obvious to one of ordinary skill in the art to define the plurality of boxes using a style sheet language, as is typically done with web pages and HTML. |
| **[9]**  The method of claim 8, wherein the style sheet language is a cascading style sheet language. | XNav discloses wherein the plurality of boxes are defined by a style sheet language.  *See* [4], [5], [8].<br><br>To the extent XNav does not expressly or inherently disclose a cascading style sheet language, it would have been obvious to one of ordinary skill in the art to define the plurality of boxes using a cascading style sheet language, as is typically done with web pages and HTML. |
| **[10]**  The method of claim 2, wherein the first gesture is a finger gesture. | The first gesture used with XNav is a finger gesture.<br><br>For example, depending on the device XNav is used with, the first gesture may be a finger gesture.<br><br> |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| **[11]** The method of claim 2, wherein the first gesture is a stylus gesture. | The first gesture used with XNav is a stylus gesture.<br><br>For example, "XNav was meant to run on different mobile touch-screen devices . . . ." Bederson Decl. at ¶20.  It is well known in the art that a stylus may be used with touch-screen devices. |
| **[12]** The method of claim 2, wherein the first gesture is a tap gesture. | The first gesture with XNav is a tap gesture.  *See* [10].<br><br>For example, depending on the device XNav is used with, the first gesture may be a tap gesture.<br><br> |
| **[13]** The method of claim 12, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The first gesture with XNav is a single tap with a single finger.  *See* [10].<br><br>For example, depending on the device XNav is used with, the first gesture may be a single tap with a single finger. |

| U.S. Patent No. 7,864,163 | XNav |
| --- | --- |
| | |
| [17] The method of claim 2, wherein enlarging and translating the structured electronic document comprises displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display. | XNav discloses that enlarging and translating the structured electronic document comprises displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display.<br><br>For example, XNav displays a portion of the second box of content when the first box is enlarged and translated. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| |  |
| **[18]** The method of claim 2, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display. | Enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display.  *See* [6].<br><br>In XNav, when the first box is a set of four sections, the box is expanded so that the width is substantially the same as the width of the touch screen display. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| | |
| **[27]** The method of claim 2, including : <br><br> detecting a third gesture on the enlarged second box; and <br><br> in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document. | XNav detects a third gesture on the enlarged second box, and in response to detecting the third gesture, reduces in size the displayed portion of the structured electronic document. <br><br> A user can reduce the size of a box by clicking within the box (third gesture). |
| **[28]** The method of claim 27, wherein the first box returns to its size prior to being enlarged. | XNav returns the first box to its size prior to being enlarged.  *See* [27]. <br><br> By detecting a user clicking within the box, XNav returns the box to its size prior to enlarging it. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| **[29]** The method of claim 27, wherein the third gesture and the first gesture are the same type of gesture. | In XNav, the third gesture and the first gesture are the same type of gesture.  *See* [10], [11], and [13].<br><br>For example, in XNav, the first and third gestures are a click. |
| **[30]** The method of claim 27, wherein the third gesture is a finger gesture. | XNav discloses that wherein the third gesture is a finger gesture.  *See* [10]. |
| **[31]** The method of claim 27, wherein the third gesture is a stylus gesture. | XNav discloses that wherein the third gesture is a stylus gesture.  *See* [11]. |
| **[32]** The method of claim 27, wherein the third gesture is a tap gesture. | XNav discloses that wherein the third gesture is a tap gesture.  *See* [10]. |
| **[33]** The method of claim 32, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | XNav discloses that wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.  *See* [13]. |
| **[34]** The method of claim 2, wherein the second gesture and the first gesture are the same type of gesture. | XNav discloses that the second gesture and the first gesture are the same type of gesture.  *See* [29]. |
| **[35]** The method of claim 2, wherein the second gesture is a finger gesture. | XNav discloses that the second gesture is a finger gesture.  *See* [10]. |
| **[36]** The method of claim 2, wherein the second gesture is a stylus gesture. | XNav discloses that the second gesture is a stylus gesture.  *See* [11]. |
| **[37]** The method of claim 2, wherein the second gesture is a tap gesture. | XNav discloses that the second gesture is a tap gesture.  *See* [10]. |
| **[38]** The method of claim 37, wherein the second gesture is a double tap with a single finger, a double tap with two | XNav discloses that the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.  *See* [13]. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| fingers, a single tap with a single finger, or a single tap with two fingers. | |
| **[39]** The method of claim 2, including:<br><br>detecting a swipe gesture on the touch screen display; and<br><br>in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display. | XNav performs the steps of detecting a swipe gesture on the touch screen display; and in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display.  *See* [10], [11].<br><br>To the extent XNav does not expressly or inherently disclose detecting a swiping gesture, it would have been obvious to one of ordinary skill in the art detect a swiping gesture, as swiping gestures are typically used with touch-screen devices.  *See, e.g.*, U.S. Pat. No. 5,463,725 to Henckel et al. at 2:66 – 4:24. |
| **[40]** The method of claim 39, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display. | In XNav, translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display.<br><br>In XNav, the structured electronic document is translated vertically, horizontally, and diagonally. |
| **[41]** The method of claim 39, wherein the swipe gesture is a finger gesture. | XNav discloses the swipe gesture is a finger gesture.  *See* [10]. |
| **[42]** The method of claim 39, wherein the swipe gesture is a stylus gesture. | XNav discloses the swipe gesture is a stylus gesture.  *See* [11]. |
| **[47]** The method of claim 2, including:<br><br>detecting a change in orientation of the device,<br><br>in response to detecting the change in orientation of the device, rotating the display portion of the structured electronic document on the touch | XNav discloses detecting a change in orientation of the device, and in response to detecting the change in orientation of the device, rotating the display portion of the structured electronic document by the touch screen display by 90°.<br><br>One of ordinary skill in the art would understand that it is inherent in the method disclosed in XNav that XNav detects a change in orientation and responds by rotating the display portion by 90°.  For example, the invention disclosed in XNav applies equally to whether the structured electronic document is seen in portrait or landscape view.  Furthermore, LaunchTile, a variant of XNav, Scalable User Interface (ScUI) techniques to support rotating |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| screen display by 90°. | the display portion of the structured electronic document by the touch screen display by 90° in response to a change in orientation of the device.  *See, e.g.*, Bederson Decl. at ¶19; *see also, e.g.*, Exhibit S-X, Samsung's Invalidity Claim Chart for LaunchTile at [47].<br><br>To the extent that Apple argues that XNav does not inherently disclose Claim 47, detecting a change in orientation of the device and responding to the change by rotating the display portion of the structured electronic document on the touch screen display by 90° was well-known and would have been obvious to one of ordinary skill in the art.  Detecting a change in orientation of the device and responding to the change by rotating the display portion of the structured electronic document on the touch screen display by 90° is a trivial and predictable variation that would yield predictable results.  For example, U.S. Patent No. 7,289,102 to Hinckley et al. ("Hinckley '102") sets forth the simplicity of this claimed limitation:<br><br>    In other embodiments of the present invention, the tilt sensor is used to detect the orientation of the mobile device so that the image on the display of the mobile device may  be matched to the mobile device orientation.<br><br>    FIG. 10 provides an example of a mobile device 1100 in an upright orientation.  In FIG. 10, the present invention displays an image 1102 of a set of text in a portrait orientation to match the orientation of mobile device 1100.  FIG. 11 shows the same mobile device rotated counterclockwise 90°.  Under the present invention, this rotation is sensed by the tilt sensors and in response, a new image 1104 of the set of text is displayed.  In particular, image 1104 shows the text in a landscape view to match the new orientation of mobile device 1100.<br><br>    Under the present invention, the displayed image may be matched to the orientation of the device through a simple rotation of the display image or though a redrawing of the display image based on the orientation of the device and the relative dimensions of the display in that orientation.<br><br>    A simple rotation is typically performed by using the center of the screen as |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
|  | the center of rotation.  For such rotations, a transform of points x, y in the document to point x′, y′ on the screen is given by equation 3:<br><br>$$M = T \cdot R \cdot T^{-1}$$<br><br>Where T is a translation and R is the 2D rotation matrix for 0°, 90°, 180°, or 270°.<br><br>A redrawing of the image that takes the dimensions of the display into consideration allows application to change the contents of the image before redrawing the image.  For instance, a word processing application can recalculate word wrapping based on the dimensions of the display in its new orientation.  Thus, the number of words per line will change when the image is drawn in its new orientation.  An example of this effect can be seen by comparing the text in image 1102 to the text in image 1104.<br><br>Hinckley '102 at 9:20-55. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| | <br><br>To the extent Apple argues that this claim limitation would not have been obvious to one of ordinary skill in the art, it would have been obvious to one of ordinary skill in the art to combine XNav with Hinckley '102 to disclose Claim 47.<br><br>Both Hinckley '102 and XNav relate to a display touch type information input system for inputting operating information by detecting contact on a touch screen.  *See generally* Hinckley '102 .  Therefore, one of ordinary skill in the art would understand how to use Hinckley '102's disclosure of detecting a change in orientation of the device and responding to the change by rotating the display portion of the structured electronic document on the touch screen display by 90° with XNav's mobile phone user interface, which displays graphical information regardless of whether the device is held in a portrait or landscape orientation.  Moreover, one of ordinary skill in the art would recognize that it would improve similar systems and methods in the same way and promote the goals of improved operability for small device with touch screens. |
| **[48]** The method of claim 2, including: | XNav discloses detecting a multi-finger de-pinch gesture on the touch screen display, in |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| detecting a multi-finger de-pinch gesture on the touch screen display,<br><br>in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture. | response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.  *See* [10], [11].<br><br>One of ordinary skill in the art would understand that XNav inherently discloses detecting a multi-finger de-pinch gesture on the touch screen display and in response, enlarging a portion of the display in accordance with the de-pinch gesture.  For example, the invention disclosed in XNav envisions that any touch, including a multi-finger de-pinch gesture, to the touch screen display could cause the page image to zoom-in.<br><br>To the extent that Apple argues that XNav does not inherently disclose Claim 48, detecting a multi-finger de-pinch gesture on the touch screen display and in response, enlarging a portion of the display in accordance with the de-pinch gesture was well-known and would have been obvious to one of ordinary skill in the art.  Detecting a multi-finger de-pinch gesture on the touch screen display and in response, enlarging a portion of the display in accordance with the de-pinch gesture is a trivial and predictable variation that would yield predictable results.  For example, U.S. Patent No. 7,138,983 to Wakai et al. ("Wakai '983") discloses a position information processor apparatus that detects position coordinates and paths of the position coordinates input by a finger, a pen, or a pointer, and interprets an instruction, input by a user and represented by the path, to perform an operation on device such as a touch panel.  *See, e.g.*, Wakai '983 at 1:8-13.  One of the embodiments disclosed in Wakai '983 shows:<br><br>    an operational example that is interpreted as an expansion operation.  As shown [in FIGS. 22A and 22B], designated positions points A and B at the start time $t^1$ of a travel are respectively shifted to designated position points A′ and B′ at the end time $t^5$ of the travel.  This input is interpreted as an expansion operation.<br><br>    FIGS 23A and 23B show the corresponding data samples that are interpreted a the expansion operation.  In a graph 2301, the XY coordinates of the |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| | designated position points are $At^1(7,5)$ and $Bt^1(8,6)$ at the start time $t^1$ and $At^5(3,3)$ and $Bt^5(12,10)$ at the end time $t^5$ of the travel.  Referring to a table 2302, the distance between the designated points at the start time $t^1$ is 1.118, and 11.402 at the end time $t^5$.  The mount of change in the distance between the designated position points is +13.589 from the start time $t^1$, to the end time $t^5$.  The magnification of the distance change between the designated position points from the start time $t^1$, to the end time $t^5$ is 1020%.<br><br>Wakai '983 at 12:32-49.<br><br>EXPANSION OPERATION<br><br>FIG. 22A      FIG. 22B<br><br>To the extent Apple argues that this claim limitation would not have been obvious to one of ordinary skill in the art, it would have been obvious to one of ordinary skill in the art  to combine XNav with Wakai '983 to disclose Claim 48.<br><br>Both Wakai '983 and XNav relate to a display touch type information input system for inputting operating information by detecting contact on a touch screen.  *See generally* Wakai '983.  Therefore, one of ordinary skill in the art would understand how to use Wakai '983's disclosure of detecting a multi-finger de-pinch gesture on the touch screen display, and in response, enlarging a portion of the display in accordance with the de-pinch |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| | gesture with XNav's mobile phone user interface, which displays graphical information regardless of whether the device is held in a portrait or landscape orientation.  Moreover, one of ordinary skill in the art would recognize that it would improve similar systems and methods in the same way and promote the goals of improved operability for small device with touch screens. |
| **[49A]** A graphical user interface on a portable electronic device with a touch screen display, comprising: | XNav is a graphical user interface.<br><br>*See* [2A]. |
| **[49B]** at least a portion of structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content; | XNav includes at least a portion of structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [2A]. |
| **[49C]** wherein:<br><br>in response to detecting a first gesture at a location on the portion of the structured electronic document:<br><br>a first box in the plurality of boxes at the location of the first gesture is determined;<br><br>the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display; | In response to detecting a first gesture at a location on the portion of the structure electronic document, XNav determines a first box in the plurality of boxes at the location of the first gesture and enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* [2B] |
| **[49D]** while the first box is enlarged, a second gesture is detected on a second box other than the first box; and | While the first box is enlarged, XNav detects a second gesture on a second box other than the first box.  In response to detecting the second gesture, XNav translates the structured electronic document so that the second box is substantially centered on the touch screen |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display. | display.<br><br>*See* [2C]. |
| **[50A]** A portable electronic device, comprising:<br><br>a touch screen display;<br><br>one or more processors;<br><br>memory; and<br><br>one or more programs, | XNav runs on an electronic device that includes one or more processors, memory, and one or more programs.<br><br>*See* [2A]. |
| **[50B]** wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:<br><br>instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | XNav is stored in the memory, and is configured to be executed by the one or more processors.  XNav includes instructions for displaying at least a portion of a structured electronic document on the display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [2A]. |
| **[50C]** instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document; | XNav includes instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document, instructions for determining a first box in the plurality of boxes at the location of the first gesture, and instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the display. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| instructions for determining a first box in the plurality of boxes at the location of the first gesture;<br><br>instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | *See* [2B]. |
| **[50D]** instruction for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>instructions for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | XNav includes instructions for, while the first box is enlarged, detecting a second gesture on a second box other than the first box, and in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the display.<br><br>*See* [2C]. |
| **[51A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | XNav runs on a device and that includes a non-transitory computer readable storage medium, and/or is stored on a non-transitory computer readable storage medium storing one or more programs. XNav is a program comprising instructions, which is executed by a computer.<br><br>*See* [2A]. XNav is stored on a non-transitory computer readable storage medium, such as register memory, processor cache, or Random Access Memory. |
| **[51B]** display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document | XNav displays at least a portion of a structured electronic document on the display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [2A]. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| comprises a plurality of boxes of content; | |
| **[51C]** detect a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determine a first box in the plurality of boxes at the location of the first gesture;<br><br>enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display; | XNav detects a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the plurality of boxes at the location of the first gesture, and enlarges and translates the structured electronic document so that the first box is substantially centered on the display.<br><br>*See* [2B] |
| **[51D]** while the first box is enlarged, detect a second gesture on a second box other than the first box; and<br><br>in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, XNav detects a second gesture on a second box other than the first box, and in response to detecting the second gesture, XNav translates the structured electronic document so that the second box is substantially centered on the display.<br><br>*See* [2C]. |
| **[52A]** A portable electronic device with a touch screen display, comprising:<br><br>means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of | XNav runs on a device with a display, including a processor executing computer instructions that display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [2A]. |

| U.S. Patent No. 7,864,163 | XNav |
|---|---|
| content; | |
| **[52B]** means for detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>means for determining a first box in the plurality of boxes at the location of the first gesture;<br><br>means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | XNav runs on device including a processor executing computer instructions that detect a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the plurality of boxes at the location of the first gesture, and enlarging and translating the structured electronic document so that the first box is substantially centered on the display.<br><br>*See* [2B]. |
| **[52C]** means for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>means for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | XNav runs on a device that includes a processor executing computer instructions that, while the first box is enlarged, detecting a second gesture on a second box other than the first box and in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the display.<br><br>*See* [2C]. |