# EXHIBIT FF
# FILED UNDER SEAL