# EXHIBIT HH

# In The Matter Of:

*APPLE, INC.*

*v.*

*SAMSUNG ELECTRONICS CO., Ltd., et al.*

_____

*TIM WILLIAMS, Ph.D. - Vol. 1*

*May 4, 2012*

_____

# *HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TIM  WILLIAMS, Ph.D. - 5/4/2012

Page 112

|  |  |
|---|---|
| | 1    A   In the system?  In the system, or with regards |
| | 2    to the claim? |
| | 3    Q   With regards to the claim. |
| | 4    A   Oh.  With regards to the claim, there are -- I |
| 12:07:40 | 5    believe Samsung has pointed out HARQ channels and |
| | 6    non-HARQ channels, so I believe the -- the requirement |
| | 7    of the claim would be met by this contention. |
| | 8    Q   Even if the contention meant that only DPDCH |
| | 9    channels comprise the first channel. |
| 12:07:59 | 10   A   Yes, because there are first channel -- pointed |
| | 11   to at least the first channel not supporting HARQ and a |
| | 12   second channel supporting HARQ. |
| | 13   Q   Okay.  And so it would be correct to say that |
| | 14   the first channel supporting HARQ is DPDCH; is that |
| 12:08:19 | 15   correct? |
| | 16         MR. MACK:  Objection; misstates prior |
| | 17   testimony. |
| | 18         THE WITNESS:  Well, an example of a channel |
| | 19   which does not support HARQ is DPDCH. |
| 12:08:29 | 20   BY MR. FLANAGAN: |
| | 21   Q   Okay.  And so if -- if the term "first channel |
| | 22   not supporting HARQ" is construed to mean only the DPDCH |
| | 23   channels, would the 5 -- would the Claim 1 be infringed? |
| | 24   A   Yes. |
| 12:08:48 | 25   Q   Okay.  Then in -- in that circumstance where |