| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF RICHARD HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES REGARDING TERRY MUSIKA, MARKUS PALTIAN, ANDRE ZORN, TIM WILLIAMS, BENJAMIN BEDERSON, ADAM BOGUE, CLIFTON FORLINES, AND WOODWARD YANG** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Richard Hung, do hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Reply Declaration in support of Apple's Objections and Responses Regarding Terry Musika, Markus Paltian, Andre Zorn, Tim Williams, Benjamin Bederson, Adam Bogue, Clifton Forlines, and Woodward Yang (the "Objections and Responses"). Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2. The below Exhibits are being lodged with the Court contemporaneously with the filing of the Objections and Responses.

3. **Exhibit 1** lodged with the Court is Exhibit T, Additional Prior Art Relevant to the Invalidity of the '163 Patent.

4. **Exhibit 2** lodged with the Court contains excerpts from the Expert Report of Dr. Andries Van Dam Regarding Invalidity of U.S. Patent No. 7,469,381.

5. **Exhibit 3** lodged with the Court is an excerpt from Exhibit 8 to the Expert Report of Dr. Andries Van Dam Regarding Invalidity of U.S. Patent No. 7,469,381.

6. **Exhibit 4** lodged with the Court is the Expert Report of Stephen Gray Regarding Invalidity of U.S. Patent Nos. 7,844,915 and 7,864,163.

7. **Exhibit 5** lodged with the Court is Appendix 7 to the Expert Report of Stephen Gray Regarding Invalidity of U.S. Patent Nos. 7,844,915 and 7,864,163.

8. **Exhibit 6** lodged with the Court contains excerpts from the Rebuttal Expert Report of Dr. Karan Singh Regarding Validity of U.S. Patent Nos. 7,864,163, 7,844,915, and 7,853,891.

9. **Exhibit 7** lodged with the Court is an August 10, 2012 email from Diane Hutnyan to counsel of record.

10. **Exhibit 8** lodged with the Court contains excerpts from the Expert Report of Terry L. Musika, CPA, dated March 22, 2012.

Hung Decl. ISO Apple's Obj. and Resps. Re: Musika, Paltian, Zorn, Williams, Bederson, Bogue, Forlines, and Yang
Case No. 11-cv-01846-LHK (PSG)
sf-3182228

1

11. **Exhibit 9** lodged with the Court contains excerpts from the Supplemental Expert Report of Terry L. Musika, CPA, dated May 8, 2012.

12. **Exhibit 10** lodged with the Court is an annotated summary of PX25, Summary of Apple's Damages Calculations, dated July 28, 2012.

13. **Exhibit 11** lodged with the Court is a July 6, 2012 email from Rosemary Barajas to counsel of record regarding Apple's trial exhibits.

14. **Exhibit 12** lodged with the Court contains excerpts from the March 8, 2012 deposition of Clifton Forlines taken in this action.

15. **Exhibit 13** lodged with the Court is Samsung's disclosure of cross-examination materials for fact witness Scott Forstall.

16. **Exhibit 30** lodged with the Court contains the deposition designations for Markus Paltian that the parties have designated to be shown to the jury on 8/13/12.

17. **Exhibit 31** lodged with the Court contains excerpts from Apple's 3/8/12 Supplemental Interrogatory Response to No. 12.

18. **Exhibit 32** lodged with the Court contains excerpts from the Rebuttal Expert Report of Dr. Hyoung Kim.

19. **Exhibit 33** lodged with the Court contains deposition designations for Andre Zorn that the parties have designated to be shown to the jury on 8/13/12.

20. **Exhibit 34** lodged with the Court contains excerpts from the Opening Expert Report of Dr. Timothy Williams regarding U.S. Patent No. 7,447,516.

21. **Exhibit 35** lodged with the Court contains Exhibit H to Samsung's Infringement Contentions served under Patent Local Rule 3-1.

22. **Exhibit 36** lodged with the Court contains are excerpts from the Opening Expert Report of Dr. Timothy Williams regarding U.S. Patent No. 7,675,941.

23. **Exhibit 37** are excerpts from the Rebuttal Report of Dr. Edward Knightly.

24. **Exhibit 38** lodged with the Court contains excerpts from Apple's Request for Production, including Request Nos. 54, 79.

HUNG DECL. ISO APPLE'S OBJ. AND RESPS. RE: MUSIKA, PALTIAN, ZORN, WILLIAMS, BEDERSON, BOGUE, FORLINES, AND YANG
CASE NO. 11-CV-01846-LHK (PSG)
sf-3182228

2

1  25.  **Exhibit 39** lodged with the Court contains excerpts from the deposition of Dr.
2  Timothy Williams dated May 4, 2012.

3  26.  **Exhibit 40** lodged with the Court contains excerpts from the Opening Expert
4  Report of Dr. Woodward Yang.

5  27.  **Exhibit 41** lodged with the Court contains excerpts from the deposition of Dr.
6  Woodward Yang, dated May 8, 2012.

7  28.  **Exhibit 42** lodged with the Court is Exhibit L to Samsung's Infringement
8  Contentions served under Patent Local Rule 3-1.

9  29.  **Exhibit 43** lodged with the Court is Exhibit J to Samsung's Infringement
10 Contentions served under Patent Local Rule 3-1.

11 30.  **Exhibit 44** lodged with the Court contains excerpts from JX1066, the file history
12 for U.S. Patent No. 7,577,460.

13 31.  **Exhibit 45** lodged with the Court contains excerpts from the trial transcript dated
14 8/10/12.

15 32.  **Exhibit 46** lodged with the Court is a copy of PX61.

17 I declare under penalty of perjury that the foregoing is true and correct and that this
18 Declaration was executed this 12th day of August 2012, at San Francisco, California.

19                     */s/ Richard Hung*
                       RICHARD HUNG

HUNG DECL. ISO APPLE'S OBJ. AND RESPS. RE: MUSIKA, PALTIAN, ZORN, WILLIAMS, BEDERSON, BOGUE, FORLINES, AND YANG
CASE NO. 11-CV-01846-LHK (PSG)
sf-3182228

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard Hung has concurred in this filing.

Dated: August 12, 2012                    */s/ Michael A. Jacobs*
                                          Michael A. Jacobs

HUNG DECL. ISO APPLE'S OBJ. AND RESPS. RE: MUSIKA, PALTIAN, ZORN, WILLIAMS, BEDERSON, BOGUE, FORLINES, AND YANG
CASE NO. 11-CV-01846-LHK (PSG)
sf-3182228

4