IRELL & MANELLA LLP
Andrei Iancu (184973)
aiancu@irell.com
Alan J. Heinrich (212782)
aheinrich@irell.com
David A. Schwarz (159376)
dschwarz@irell.com
Jonathan Lange (238056)
jlange@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Nonparties
Research In Motion Corporation and
Research In Motion Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-CV-01846-LHK<br><br>**NONPARTIES RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.'S MOTION FOR CLARIFICATION REGARDING THE COURT'S ORDER GRANTING-IN-PART AND DENYING-IN-PART MOTIONS TO SEAL** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2686138

NONPARTIES RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.'S
MOTION FOR CLARIFICATION

Nonparties Research In Motion Corporation and Research In Motion Ltd. (collectively, "RIM") respectfully submit this limited motion for clarification regarding the Court's Order Granting-in-Part and Denying-in-Part Motions to Seal (Dkt. 1649) ("Order"). As explained in the Order, "the Court will seal all information related to licensing agreements' pricing terms, royalty rates, and payments." Order at 21. The Court found these terms to be trade secrets for purposes of sealing motions. *Id.* (citing *In re Electronic Arts*, 298 Fed. Appx. 568, 569 (9th Cir. 2008). In particular, the Court found the following compelling reasons for sealing:

> The public release of such information would place these third-parties in a weakened bargaining position in future negotiations, thereby giving their customers and competitors a significant advantage. This is true of all licensing agreements sought to be sealed by the parties, including those agreements that have already expired.

Order at 21. On this basis, the Court granted RIM's motion to seal with respect to the information contained in the "Payments" column of trial exhibit DX630. *See* Order at 26.

RIM understands that the Court, as stated in the Order, has already ruled that "the whole trial is going to be open" and will not seal the courtroom during trial or seal portions of the trial transcript. *See* Order at 22. RIM also understands that testimony regarding trial exhibit DX630 is expected to take place. RIM therefore respectfully moves for clarification that, pursuant to the Order, no sealed portions of trial exhibit DX630 may be discussed in open court or otherwise publicly disclosed.

The Court's determination that the sealed portions of trial exhibit DX630 are trade secrets, that public disclosure would cause competitive harm, and that compelling reasons justify sealing applies equally when such information is transmitted orally or through testimony, rather than in the form of trial exhibit DX630. The disclosure of sealed information through testimony or otherwise would cause the exact same substantial and irreparable harm as disclosure through trial exhibit DX630, rendering the protections of sealing nonexistent and nullifying the Court's Order. Sealing information in trial exhibit DX630 thus has little effect if any party or witness may disclose the sealed information in open court on the public record. If the trial is to be "open," as the Court has stated, then sealed information should not be disclosed. Because the Court's Order

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2686138

- 1 -

NONPARTIES RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.'S
MOTION FOR CLARIFICATION

1  does not expressly articulate that prohibition, RIM respectfully moves for clarification of the
2  Order on that limited issue.

4  Dated: August 12, 2012                    Respectfully submitted,

5                                            IRELL & MANELLA LLP

7                                            By:  /s/ *Jonathan Lange*
                                                    Jonathan Lange

8                                            Attorneys for Nonparties
9                                            Research In Motion Corporation and
                                              Research In Motion Ltd.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2686138

- 2 -

NONPARTIES RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.'S
MOTION FOR CLARIFICATION