1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                     UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 17 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 18         Plaintiff, | **NOTICE OF APPEARANCE** |
| 19     vs. | |
| 20 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23         Defendants. | |

1          TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Melissa N. Chan of Quinn Emanuel Urquhart & Sullivan,

3   LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4   America, Inc. and Samsung Telecommunications America, LLC.

5          Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6   directed to:

7          Melissa N. Chan (CA Bar No. 240228)
           melissachan@quinnemanuel.com
8          555 Twin Dolphin Drive, 5th Floor
           Redwood Shores, California 94065
9          Telephone: (650) 801-5000
           Facsimile: (650) 801-5100
10

11  DATED: August 12, 2012                  QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
12

13

14                                          By   */s/ Melissa N. Chan*
                                                 Charles K. Verhoeven
15                                               Kevin P.B. Johnson
                                                 Victoria F. Maroulis
16                                               Edward DeFranco
                                                 Michael T. Zeller
17                                               Attorneys for SAMSUNG ELECTRONICS CO.,
                                                 LTD., SAMSUNG ELECTRONICS AMERICA,
18                                               INC., and SAMSUNG
                                                 TELECOMMUNICATIONS AMERICA, LLC
19

20

21

22

23

24

25

26

27

28