| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**NOTICE OF APPEAL** |

1   NOTICE IS HEREBY GIVEN that Plaintiff Apple Inc. hereby appeals to the United
2   States Court of Appeals for the Federal Circuit from the Order Granting-in-Part and Denying-In-
3   Part Motions to Seal entered in this action on August 9, 2012 (Dkt. 1649) and the July 17, 2012
4   Order Denying Sealing Motions (Dkt. 1245).

6   Dated: August 13, 2012          WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                     By:   /s/ William F. Lee
                                           William F. Lee

                                           Attorneys for Plaintiff
                                           APPLE INC.

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
[Code Civ. Proc sec. 1010.6]

I declare that I am employed with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, whose address is 950 Page Mill Road, Palo Alto, California 94304. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 13, 2012, I served a copy of:

**NOTICE OF APPEAL**

Via the Court's CM/ECF system per Civil Local Rule 5.4, as well as by electronically mailing a true and correct copy through Wilmer Cutler Pickering Hale and Dorr LLP'S electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

| | |
|---|---|
| Charles Kramer Verhoeven<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel:  (415) 875-6600<br>Email:  charlesverhoeven@quinnemanuel.com | Edward J. DeFranco<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>335 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Tel:  (212) 849-7000<br>Email:  eddefranco@quinnemanuel.com |
| Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Margret Mary Caruso<br>Todd Michael Briggs<br>Rachel H Kassabian<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel:  (650) 801-5000<br>Email: kevinjohnson@quinnemanuel.com<br>Email: victoriamaroulis@quinnemanuel.com<br>Email: margretcaruso@quinnemanuel.com<br>Email: toddbriggs@quinnemanuel.com<br>Email: rachelkassabian@quinnemanuel.com | Michael Thomas Zeller<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel:  (213) 443-3000<br>Email:  michaelzeller@quinnemanuel.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Palo Alto, California on August 13, 2012.

/s/ Mark D. Selwyn
Mark D. Selwyn

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

---

<u>APPLE INC.</u>   -v-   <u>SAMSUNG ELECTRONICS CO. LTD. ET AL</u>
Plaintiff(s)                        Defendant(s)
(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)
Type of case:  Trademark Infringement
Docket No.  CV 11-01846 LHK       Date of Judgment/Order:  **07/17/12, 08/09/2012**
Cross or related appeal?        Date of Notice of Appeal: **08/13/2012**
Appellant is:  (X) Plaintiff     () Defendant           () Other (explain)

DOCKET FEE STATUS:
    (X) Paid        () Not Paid     Billed On:
    U.S. Appeal? Yes ()  No ()
    In forma pauperis?
    () Granted      () Denied       () Revoked      () Pending       () Never requested

COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

| | |
|---|---|
| Michael A. Jacobs | Victoria F. Maroulis |
| Morrison & Foerster LLP | Quinn Emanuel Urquhart Oliver & Hedges |
| 425 Market Street | 555 Twin Dolphin Drive, Fifth Floor |
| San Francisco, CA. 94105-2482 | Redwood shores, CA. 94065 |
| 415-268-7000 | 650-801-5000 |
| Counsel for Plaintiff | Counsel for Defendants |

    See attached for additional counsel listed

COURT REPORTER: Irene Rodriguez 408-947-8160, Lee-Anne Shortridge 408-287-4580, Summer Fisher 408-288-6150

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.

1  C11-1846 LHK          Apple Inc. -v- Samsung Electronics Co. Ltd., et al

2  **Plaintiff, Counter-Defendant and**
3  **Counter-Claimant**

4  **Apple Inc.**
   *a California corporation*                          Represented by:

5
                                                       **Michael A. Jacobs**
6                                                      Morrison & Foerster LLP
                                                       425 Market Street
7                                                      San Francisco, CA 94105
                                                       (415) 268-7455
8                                                      Fax:(415)268-7522
                                                       Email: mjacobs@mofo.com
9
                                                       **Samuel Calvin Walden**
10                                                     Wilmer Cutler Pickering Hale and Dorr LLP
                                                       7 World Trade Center
11                                                     New York, NY 10007
                                                       (212) 230-8800
12                                                     Email: calvin.walden@wilmerhale.com

13                                                     **Timothy D. Syrett**
                                                       Wilmer Cutler Pickering Hale and Dorr LLP
14                                                     60 State Street
                                                       Boston, MA 02109
15                                                     617-526-6975
                                                       *PRO HAC VICE*
16
                                                       **Ali H. Shah**
17                                                     Wilmer Cutler Pickering Hale and Dorr LLP
                                                       1875 Pennsylvania Avenue NW
18                                                     Washington, DC 20006
                                                       202-663-6064
19                                                     Fax: 202-663-6363
                                                       Email: Ali.Shah@wilmerhale.com
20
                                                       **Alison Margaret Tucher**
21                                                     Morrison & Foerster LLP
                                                       425 Market Street
22                                                     San Francisco, CA 94105
                                                       415-268-7269
23                                                     Email: atucher@mofo.com

24                                                     **Andrew L. Liao**
                                                       WilmerHale
25                                                     950 Page Mill Rd.
                                                       Palo Alto, CA 94304
26                                                     650-858-6063
                                                       Email: andrew.liao@wilmerhale.com
27

28

**Andrew Ellis Monach**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7588
Email: amonach@mofo.com

**Benjamin George Damstedt**
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-857-0663
Email:  bdamstedt@cooley.com

**Brian Larivee**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6226
*PRO HAC VICE*

**Brian Seeve**
60 State Street
Boston, MA 02109
617-526-6160
*PRO HAC VICE*

**Charles S. Barquist**
Morrison & Foerster LLP
555 West 5th Street, Suite 3500
Los Angeles, CA 90013-1024
213-892-5200
Email:  cbarquist@mofo.com

**Christine E. Duh**
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6051
Email:  Christine.Duh@wilmerhale.com

**Christopher Leonard Robinson**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-4229
Email:  christopherrobinson@mofo.com

**David B. Bassett**
WilmerCutler Pickering Hall and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
Fax: (212) 230-8888
Email: david.bassett@wilmerhale.com
*PRO HAC VICE*

**Deok Keun Matthew Ahn**
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
415-268-6629
Fax: 415-268-7522
Email: dahn@mofo.com

**Derek Lam**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6798
*PRO HAC VICE*

**Emily R. Whelan**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6567
Email: emily.whelan@wilmerhale.com
*PRO HAC VICE*

**Erik J. Olson**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Email: ejolson@mofo.com

**Esther Kim**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Email: ekim@mofo.com

**Francis Chung-Hoi Ho**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-6688
Email: fho@mofo.com

**Grant L. Kim**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7359
Fax: 415-268-7522
Email: gkim@mofo.com

**Harold J. McElhinny**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7265
Email: HMcElhinny@mofo.com

**James C. Burling**
60 State Street
Boston, MA 02109
617-526-6416

**Jason R. Bartlett**
Morrison & Foerster LLP
425 Market Street 34th Floor
San Francisco, CA 94105
415-268-6615
Fax: 415-268-7522
Email: JasonBartlett@mofo.com

**Jennifer Lee Taylor**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7000
Email: JLeeTaylor@mofo.com

**Jeremy Winer**
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
212-230-8800
*PRO HAC VICE*

**Jesse L. Dyer**
Cooley
3175 Hanover Street
Palo Alto, CA 94304
650-843-5000
Email:  jdyer@cooley.com

**Joseph J. Mueller**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
*PRO HAC VICE*

**Joshua Ryan Benson**
Taylor and Co Law Offices
One Ferry Bldg
Suite No. 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: jbenson@tcolaw.com

**Kenneth Howard Bridges**
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
650-804-7804
Email:  kbridges@bridgesmav.com

**Liv Leila Herriot**
Wilmer Cutler et al
950 Page Mill Road
Palo Alto, CA 94304
650-858-6138
Email: liv.herriot@wilmerhale.com

**Mark D. Flanagan**
WilmerHale
1117 California Avenue
Palo Alto, CA 94304
650-858-6000
Fax: 650-858-6100
Email: mark.flanagan@wilmerhale.com

**Mark Daniel Selwyn**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6031
Fax: 650-858-6100
Email: mark.selwyn@wilmerhale.com

**Michael A. Diener**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6454
*PRO HAC VICE*

**Michael Thomas Pieja**
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
650-804-7810
Email:  mpieja@bridgesmav.com

**Michael Saji**
60 State Street
Boston, MA 02109
617-526-6813
PRO HAC VICE

**Patrick J. Zhang**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
415-268-7653
Email:  pzhang@mofo.com

**Peter J. Kolovos**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6493
*PRO HAC VICE*

**Rachel Krevans**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105
(415) 268-7000
Email: rkevans@mofo.com

**Richard Goldenberg**
Hale & Dorr, LLP
60 State Street
Boston, MA 02109-1803
(617) 526-6548
*PRO HAC VICE*

**Richard S.J. Hung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: rhung@mofo.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Robert Donald Cultice**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6021:
Email: robert.cultice@wilmerhale.com
*PRO HAC VICE*

**Robert J. Gunther, Jr.**
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
212-230-8800
*PRO HAC VICE*

**Stephen McGeorge Bundy**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
(415) 788-8200
Fax: (415) 788-8208
Email: sbundy@tcolaw.com

**Stephen E. Taylor**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: staylor@tcolaw.com

**Taryn Spelliscy Rawson**
Morrison Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Email:  trawson@mofo.com

**Timothy S. Teter**
Cooley LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-843-5000
Email:  teterts@cooley.com

**Victor F. Souto**
WilmerHale
399 Park Avenue
New York, NY 10022
(212) 937-7224
Email: vic.souto@wilmerhale.com

| | | |
|---|---|---|
| 1 | | **William F. Lee** |
| 2 | | Wilmer Pickering Hale and Dorr LLP |
| | | 60 State Street |
| 3 | | Boston, MA  02109 |
| | | 617-526-6550 |
| 4 | | Email: william.lee@wilmerhale.com |
| | | *PRO HAC VICE* |
| 5 | **Defendant, Counter-Claimant and** | |
| 6 | **Counter-Defendant** | |
| | **Samsung Electronics Co. Ltd.** | |
| 7 | *a Korean corporation* | |
| 8 | **Samsung Electronics America, Inc.** | |
| | *a New York corporation* | |
| 9 | **Samsung Telecommunications America, LLC** | |
| 10 | *a Delaware limited liability company* | Represented by: |
| 11 | | **Kevin P.B. Johnson** |
| | | Quinn Emanuel Urquhart & Sullivan LLP |
| 12 | | 555 Twin Dolphin Drive |
| | | 5th Floor |
| 13 | | Redwood Shores, CA 94065 |
| | | 650-801-5000 |
| 14 | | Fax: 650-801-5100 |
| | | Email:  kevinjohnson@quinnemanuel.com |
| 15 | | |
| 16 | | **Margret Mary Caruso** |
| | | Attorney at Law |
| 17 | | 555 Twin Dolphin Drive |
| | | Suite 560 |
| 18 | | Redwood Shores, CA 94065 |
| | | 650-801-5000 |
| | | Fax: 650-801-5100 |
| 19 | | Email:  margretcaruso@quinnemanuel.com |
| 20 | | **Rachel H Kassabian** |
| | | Quinn Emanuel Urquhart & Sullivan LLP |
| 21 | | 555 Twin Dolphin Drive |
| | | 5th Floor |
| 22 | | Redwood Shores, CA 94065 |
| | | 650-801-5000 |
| 23 | | Fax: 650-801-5100 |
| | | Email:  rachelkassabian@quinnemanuel.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**Todd Michael Briggs**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive,
Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Email: toddbriggs@quinnemanuel.com

**Victoria F. Maroulis**
Quinn Emanuel Urquhart Oliver & Hedges L
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100
Email: victoriamaroulis@quinnemanuel.com

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart Oliver & Hedges L
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Email: charlesverhoeven@quinnemanuel.com

**Edward John DeFranco**
Quinn Emanuel Urquhart Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7106
Email: eddefranco@quinnemanuel.com

**Michael Thomas Zeller**
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

Email: michaelzeller@quinnemanuel.com

**Ryan S. Goldstein**
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax: (213) 443-3100
Email: ryangoldstein@quinnemanuel.com

**William C. Price**
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax: (213) 443-3100
Email:  williamprice@quinnemanuel.com

**Jon C. Cederberg**
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax: (213) 443-3100
Email:  johncederberg@quinnemanuel.com

**John B. Quinn**
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax: (213) 443-3100
Email:  johnquinn@quinnemanuel.com

**Susan R. Estrich**
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax:  (213) 443-3100
Email:  susanestrich@quinnemanuel.com

**Albert P. Bedecarre**
Quinn Emanuel Urquhart Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax:  (415) 875-6700
Email:  albertbedecarre@quinnemanuel.com

**Diane C. Hutnyan**
Quinn Emanuel Urquhart Sullivan
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax:  (213) 443-3100
Email:  dianehuntyan@quinnemanuel.com

|   |   |
|---|---|
| | **Christopher E. Stretch**<br>Quinn Emanuel Urquhart Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Fax:  (415) 875-6700<br>Email:  christopherstretch@quinnemanuel.com |
| | **Mark Y. Tung**<br>Quinn Emanuel Urquhart Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>Fax:  (650) 801-5100<br>Email:  marktung@quinnemanuel.com |
| | **Melissa N. Chan**<br>Quinn Emanuel Urquhart Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>Fax:  (650) 801-5100<br>Email:  melissachan@quinnemanuel.com |
| <u>**Intervenor**</u> | |
| **Reuters America, LLC.** | Represented by: |
| | **Xinying Valerian**<br>Ram, Olson, Cereghino & Kopczynski LLP<br>555 Montgomery Street<br>Suite 820<br>San Francisco, CA 94111<br>(415) 433-4949<br>Email:  xvalerian@rocklawcal.com |
| <u>**Movant**</u> | |
| **Koninklijke Philips Electronics N.V.** | Represented by: |
| | **Robert F. McCauley**<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>(650) 849-6000<br>Fax:  (650) 849-6666<br>Email:  robert.mccauley@finnegan.com |

                                       **Gary C. Ma**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6000
Fax:  (650) 849-6666
Email:  gary.ma@finnegan.com

**Miscellaneous**

**Qualcomm Incorporated**                       Represented by:

                                       **David A. Kays**
Morgan, Franich, Fredkin & Marsh
99 Almaden Boulevard
Suite 1000
San Jose, CA 95113-1613
(408) 288-8888
Fax:  (408) 288-8325

**Miscellaneous**

**Motorola Mobility LLC**                       Represented By:

                                       **David S. Bloch**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
(415) 591-1000
Fax:  (415) 591-1400
Email:  dblock@winston.com

**Jennifer A. Golinveaux**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
(415) 591-1000
Fax:  (415) 591-1400
Email:  jgolinveaux@winston.com

**Marcus T. Hall**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
(415) 591-1000
Fax:  (415) 591-1400
Email:  mthall@winston.com

|   |   |
|---|---|
| | **Peter J. Chassman**<br>Winston & Strawn LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242<br>(713) 651-2623<br>Fax:  (713) 651-2700<br>Email:  pchassman@winston.com<br>*PRO HAC VICE* |
| **Movant** | |
| **InterDigital Technology Corporation<br>and InterDigital Communications, LLC** | Represented By: |
| | **Michael B. Levin**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300<br>Fax:  (650) 565-5100<br>Email:  mlevin@wsgr.com |
| | **Dylan J. Liddiard**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300<br>Fax:  (650) 565-5100<br>Email:  mlevin@wsgr.com |
| **Intervenor** | |
| **International Business Machines (IBM)** | Represented By: |
| | **William F. Abrams**<br>King & Spalding LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood Shores, CA 94065<br>(650) 590-0700<br>Fax:  (650) 590-1900<br>Email:  babrams@kslaw.com |

| | | |
|---|---|---|
| 1 | **Movant** | |
| 2 | **Nokia Corporation** | Represented By: |
| 3 | | **Steven D. Hemminger** |
| 4 | | Alston & Bird LLP |
| | | 275 Middlefield Road |
| 5 | | Suite 150 |
| | | Menlo Park, CA 94025-4008 |
| 6 | | (650) 838-2000 |
| | | Fax:  (650) 838-2001 |
| 7 | | Email:  steve.hemminger@alston.com |