IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-CV-01846-LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Alan L. Whitehurst , whose business address and telephone number is

Quinn Emanuel Urquhart & Sullivan, LLP    Telephone: (202) 538-8000
1299 Pennsylvania Avenue NW, Suite 825
Washington, DC 20004

and who is an active member in good standing of the bar of District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Samsung Electronics Co., Ltd., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 13, 2012

*/s/ Lucy H. Koh*
United States District Judge