Clerk's Use Only
Initial for fee pd.:

Michael R. Heyison, WilmerHale, 60 State Street, Boston, MA 02109,
Phone: (617) 526-6910

**FILED**
AUG 10 2012
RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability Company,

Defendant(s).

CASE NO. 5:11-cv-01846 (LHK)

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Michael R. Heyison, an active member in good standing of the bar of Supreme Judicial Court of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Apple Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Mark D. Selwyn, Esq., WilmerHale, 950 Page Mill Road, Palo Alto, CA 94304; (650) 858-6031; California Bar # 244180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2012


