1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
20 | Plaintiff, | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING (1) EXHIBITS TO BE USED WITH JINSOO KIM, JEEYEUN WANG, SAMUEL LUCENTE, ITAY SHERMAN, AND MICHAEL KAMINS, AND (2) DEPOSITION DESIGNATIONS OF ROGER FIDLER**
21 | vs. |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
26 | Defendant. |

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Trial Exhibit DX689.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Roger F. Fidler, dated September 23, 2011.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Apple Inc.'s Amended Objections and Response to Samsung Electronics Co. Ltd.'s Interogatory No. 5 to Apple Inc. dated March 4, 2012.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from Apple Inc.'s Objections and Responses to Samsung's Interrogatory No. 71, dated March 10, 2012.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interogatory No. 7 to Apple Inc. dated March 9, 2012.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Jinsoo Kim, dated February 2, 2012.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition of Jung Min Yeo, dated February 2, 2012.

9. Attached hereto as **Exhibit H** is a true and correct copy of Sansung's Objections and Responses to Apple Inc.'s Tenth Set of Interrogatories (Nos. 27-38) (Response to Interrogatory No. 38), dated February 29, 2012.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Samsung's Supplemental and Amended Objections and Responses to Apple's Eleventh Set of Interrogatories (Response to Interrogatory No. 40), dated March 7, 2012.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from Apple Inc.'s Objections and Responses to Samsung Electronics Co. Ltd.'s First Set of Interrogatories to Apple Inc. (Response to Interrogatory No. 5), dated September 12, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 13, 2012, at San Jose, California.

*/s/ Diane C. Hutnyan*
_____
Diane C. Hutnyan