# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. |
| | ) 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION OF ROGER F. FIDLER

TAKEN ON BEHALF OF THE PLAINTIFF

SEPTEMBER 23, 2011

(Starting time of the deposition: 9:32 a.m.)

Job Number: 41966

I N D E X


| QUESTIONS BY: | PAGE |
|---|---|
| MS. TAYLOR | 7 |
| MR. ZELLER | 289 |
| MS. TAYLOR | 335 |


E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 245 | Fidler declaration | 11 |
| Exhibit 246 | Fidler CV | 42 |
| Exhibit 247 | Nondisclosure agreement | 63 |
| Exhibit 248 | Portrait vs. Landscape article | 146 |
| Exhibit 249 | Photograph | 211 |
| Exhibit 250 | Photograph | 211 |
| Exhibit 251 | Photograph | 242 |
| Exhibit 252 | Photograph | 242 |
| Exhibit 253 | 5-7-90 Fidler memo to Hawkins | 243 |
| Exhibit 254 | Photograph | 254 |
| Exhibit 255 | Photograph | 255 |
| Exhibit 256 | Photograph | 256 |
| Exhibit 257 | Photograph | 257 |
| Exhibit 258 | Photograph | 257 |
| Exhibit 259 | Photograph | 259 |
| Exhibit 260 | Photograph | 262 |
| Exhibit 261 | Photograph | 263 |

| | | |
|---|---|---|
| Exhibit 262 | Photograph | 265 |
| Exhibit 263 | Photograph | 266 |
| Exhibit 264 | Photograph | 267 |
| Exhibit 265 | Photograph | 267 |
| Exhibit 266 | The Tablet Newspaper Vision 1981-2010 presentation | 268 |
| Exhibit 267 | Blank mock- | 306 |
| Exhibit 268 | Landscape mock-up | 311 |
| Exhibit 269 | Portrait mock-up | 312 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC., a California corporation, )
)
Plaintiff, )
)
vs. ) Case No.
) 11-CV-01846-LHK
SAMSUNG ELECTRONICS CO., LTD., )
a Korean business entity; )
SAMSUNG ELECTRONICS AMERICA, )
INC., a New York corporation; )
SAMSUNG TELECOMMUNICATIONS )
AMERICA, LLC, a Delaware )
limited liability company, )
)
Defendants. )

VIDEOTAPED DEPOSITION OF ROGER F. FIDLER, produced, sworn and examined on September 23, 2011, between the hours of nine o'clock in the forenoon and eight o'clock in the evening of that day, at the offices of Midwest Litigation Services, 401 Locust Street, Suite 204, Columbia, Missouri 65201, before William L. DeVries, a Certified Court Reporter (MO), Certified Shorthand Reporter (IL), Registered Diplomate Reporter, Certified Realtime Reporter, and a Notary Public within and for the State of Missouri, in a certain cause now pending in the United States District Court, Northern District of California, between APPLE, INC., a California corporation, Plaintiff, vs. SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants; on behalf of the Plaintiff.

A P P E A R A N C E S

For the Plaintiff:

Ms. Jennifer Lee Taylor
Morrison & Foerster
425 Market Street
San Francisco, California 94105

For the Defendants:

Mr. Michael T. Zeller
Quinn Emanuel Urquhart & Sullivan
865 South Figueroa Street,
Los Angeles, California 90017

Mr. Michael D. Sadowitz
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, New York 10010

Also present:

Mr. John Niehaus, Videographer

Court Reporter:
William L. DeVries, RDR/CRR
Missouri CCR #566
Illinois CSR #084-003893

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff and counsel for the Defendants that this deposition may be taken in shorthand by William L. DeVries, RDR/CRR, a Certified Court Reporter, Certified Shorthand Reporter, and Notary Public, and afterwards transcribed into typewriting; and the signature of the witness is expressly reserved.

* * * * *

(Starting time of the deposition: 9:32 a.m.)

VIDEOGRAPHER: This is the start of tape labeled number one of the videotaped deposition of Roger Fidler, in the matter of Apple, Inc. versus Samsung Electronics Corporation, Limited, et al., in the U.S. District Court, Northern District of California, Case Number 11-CV-01846-LHK.

This deposition is being held at Midwest Litigation Services in Columbia, Missouri on September 23rd, 2011 at approximately 9:32 a.m. My name is John Niehaus. I am the legal video specialist from TSG Reporting, headquartered at 747 Third Avenue, New York, New York. The court reporter is Bill DeVries, in association with TSG Reporting.

Will counsel please introduce yourself?

MS. TAYLOR: Jennifer Taylor for Apple.

MR. ZELLER: Mike Zeller for the witness and Samsung.

MR. SADOWITZ: Michael Sadowitz for Samsung.

VIDEOGRAPHER: If you could please swear in the witness?

* * * * *

ROGER F. FIDLER,

of lawful age, produced, sworn and examined on behalf of the Plaintiff, deposes and says:

* * * * *

EXAMINATION

QUESTIONS BY MS. TAYLOR:

Q. Good morning.

A. Good morning.

Q. Could you state your name for the record, please?

A. Roger Frank Fidler.

Q. Could you spell your last name, please?

A. F as in Frank, I-D-L-E-R.

Q. Have you ever had your deposition taken before?

A. No.

Q. So what's going to -- I'm sure counsel has

produced in -- in 1981.

Q. Okay. So I'm going to come back to the mock-up you're holding in front of you, but you can set that down if you want, and I'll go ahead and hand to you a copy of the declaration that you submitted in this case.

A. Uh-huh.

Q. It's going to be marked Exhibit 245.

A. Uh-huh.

(WHEREIN, Exhibit 245, Fidler declaration, was marked for identification by the Court Reporter.)

MR. ZELLER: Thank you.

THE WITNESS: Thank you.

Q. (By Ms. Taylor) Sir, my first request is for you to take a look at Exhibit 245 --

A. Uh-huh.

Q. -- and confirm that that is the declaration that you signed.

A. Okay. Yes, it is a document I signed.

Q. Okay. Can you locate in that set of exhibits attached to Exhibit 245 the article that you just mentioned about the future of newspapers?

A. It's on page two at the top, paragraph five.

Q. At the end of paragraph five, line

eighteen, it says a copy of that essay including the prototype images is attached as Exhibit A.

A. The -- yeah, six refers to the prototype design, uh-huh.

Q. Can you take a look at Exhibit A?

A. I'm sorry?

Q. Can you take a look at Exhibit A?

A. Okay. Exhibit A is -- I don't see anything that indicates what Exhibit A is.

MR. ZELLER: Do you have one with tabs?

MS. TAYLOR: He does.

THE WITNESS: Oh, is that in the --

MR. ZELLER: Yeah, it's Exhibit A right here to -- to your declaration.

THE WITNESS: Oh, okay. I see. I'm sorry. Okay. Yes.

Q. (By Ms. Taylor) So is that the article?

A. Yes. That's the article as it appeared in the publication.

Q. Okay. I believe you said you had done some sketches?

A. Yes. The drawings that are at the top of that article are the sketches that I drew of what a tablet might be like. It shows a front page of a newspaper displayed on a -- on a magazine-sized

A. The black --

Q. -- 1994 prototype?

A. Oh, I'm sorry. The black 1994 tablet. And they would have seen the -- the white 1980s tablet.

Q. Okay.

A. As I said, none of the things that we were discussing we were keeping secret.

Q. So in paragraph thirteen of your declaration --

A. Uh-huh.

Q. -- it looks to me like you're talking about the black 1994 prototypes that you brought with you today; is that correct?

A. Uh-huh. Uh-huh. Uh-huh.

Q. Okay. So the last sentence in paragraph thirteen says members of the Apple Lab viewed this tablet shortly after its creation.

A. Uh-huh.

Q. Do you see that sentence?

A. Uh-huh. That's correct.

Q. So they viewed the black 1994 prototype that you brought with you today?

A. Uh-huh. That's correct.

Q. Who are those members of the Apple Lab who viewed it?

CERTIFICATE OF REPORTER

STATE OF MISSOURI )
) ss.
CITY OF ST. LOUIS )

I, William L. DeVries, a Certified Court Reporter (MO), Certified Shorthand Reporter (IL), Registered Diplomate Reporter, Certified Realtime Reporter, and a Notary Public within and for the State of Missouri, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

______________________________

Notary Public within and for
The State of Missouri

Dated September 24th, 2011

My commission expires August 14, 2015.