# EXHIBIT F

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
2  SAN JOSE DIVISION

3  _____

4  APPLE, INC., a California corporation,

5  Plaintiff,

6  v.                          Civil Action No.
                               11-CV-01846-LHK
7
   SAMSUNG ELECTRONICS CO., LTD.,
8  a Korean business entity;
   SAMSUNG ELECTRONIC AMERICA, INC.,
9  a New York corporation; and
   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
10 a Delaware limited liability company,

11 Defendants.
   _____

12

13

       *** HIGHLY CONFIDENTIAL ***
14       ATTORNEYS EYES ONLY

15   VIDEOTAPED PERSONAL DEPOSITION OF:

16

17            JINSOO KIM

18

19

20         February 2, 2012

21          Kim & Chang

22          Seoul, Korea

23      9:50 a.m. - 5:41 p.m.

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

 1   APPEARANCES:

 2
     For the Plaintiff, Apple, Inc.:
 3
              MORRISON FOERSTER LLP
 4               By:  Peter J. Stern, Esq.
              425 Market Street
 5            San Francisco, California 94105-2482
              (415) 268-6250
 6

 7
     For the Defendants, the Samsung entities:
 8
              QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
 9               By:  Margret Caruso, Esq.
              By:  Anna T. Neill, Ph.D., Esq.
10                555 Twin Dolphin Drive
              5th Floor
11                Redwood Shores, California 94065
              (650) 801-5000
12

13   Also present:

14                Hankil D. Kang, Samsung
              Stephanie Kim, Morrison & Foerster LLP
15             Jeesoo Jung, Lead Interpreter
              Phyllis Kim, Check Interpreter
16               Peter Au, Videographer
              Lisa A. Knight, Court Reporter
17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

```
 1                    I N D E X
     WITNESS:                      PAGE
 2    JINSOO KIM

 3    Examination by Mr. Stern             6

 4
                  E X H I B I T S
 5
      NUMBER       DESCRIPTION              PAGE
 6
     Exhibit 1364   Organizational chart (Korean),     15
 7            Bates S-ITC-003006128

 8    Exhibit 1365   E-mail (Korean),          21
              Bates SAMNDCA10183936 to -949
 9
     Exhibit 1366   E-mail string (Korean),      29
10            Bates SAMNDCA10097541 through -552

11    Exhibit 1367   E-mail string (Korean),      32
              Bates SAMNDCA00239585 to -586
12
     Exhibit 1368   Samsung Mobile Philosophy document   36
13           (Korean), Bates SAMNDCA00217372 to
             -388
14
     Exhibit 1369   Recommendation letter (Korean),    43
15            Bates SAMNDCA10473738 to -741

16    Exhibit 1370*   Galaxy Ace phone         49

17    Exhibit 1371*   Apple iPhone 3G          67

18    Exhibit 1372   E-mail string (Korean),      76
              SAMNDCA10247373 through -378
19
     Exhibit 1373   Blog post (Korean), no Bates     87
20


21
     (*Note:  Exhibits 1370 and 1371 retained by Peter Stern of
22    Morrison & Foerster, LLP)

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

1

E X H I B I T S
(Previously marked)

2

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1345 | Galaxy Tab 10.1 | 93 |
| Exhibit 1346 | Galaxy Tablet Model 1 | 100 |
| Exhibit 1347 | Galaxy Tablet Model 14 | 100 |
| Exhibit 1348 | Galaxy Tablet Model 17 | 100 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

1               P R O C E E D I N G S

2          THE VIDEOGRAPHER:  We are now on the record

3   in the matter of Apple Inc. versus Samsung Electronics

4   Company Ltd., et al., for United States District Court,

5   Northern District of California, San Jose Division,

6   Case No. 11-CV-01846-LHK.

7          Today's date is 2nd of February, 2012.  The

8   time now is 9:50.  This is the video-recorded individual

9   deposition of Mr. Jinsoo Kim.  The deposition is taking

10  place at Kim & Chang, Daewoo Building, Jongno-gu, Seoul,

11  South Korea.  I'm Peter Au, certified deposition video

12  specialist with American Realtime Court Reporters/Asia.

13  The court reporter is Miss Lisa Knight, also with

14  American Realtime Court Reporters/Asia.

15          Will all attorneys please identify themselves

16  and the parties they represent.

17          MR. STERN:  Peter Stern with Morrison &

18  Foerster for Apple.

19          MS. CARUSO:  Margret Caruso, Quinn, Emanuel,

20  Urquhart & Sullivan, for Samsung.  With me is Anna

21  Neill, also from Quinn, Emanuel.  And representing

22  Samsung is Hankil Kang.

23          MR. STERN:  Also here for Morrison & Foerster

24  is Stephanie Kim.

25          And I have been asked by the court reporter

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

1   to read the following statement:  We understand the

2   court reporter is not authorized to administer oaths in

3   this venue.  Nevertheless, we request that she

4   administer the oath, and we stipulate that we waive any

5   objection to the validity of the deposition based on the

6   oaths.

7           THE REPORTER:  Counsel, do you agree?

8           MS. CARUSO:  Yes.

9           (Interpreters sworn.)

10              JINSOO KIM,

11  having been first duly sworn to state the whole truth

12  testified as follows:

13              EXAMINATION

14  BY MR. STERN:

15      Q.   Mr. Kim, good morning.

16      A.   Good morning.

17      Q.   As I introduced myself off the record, my name is

18  Peter Stern.  I'm an attorney for Apple, representing Apple

19  in litigation with Samsung in the Northern District of

20  California.  And we're here today for the purpose,

21  obviously, of taking your deposition.

22          I'm going to be asking you some questions under

23  oath and asking for your responses.  If you don't understand

24  my question, please let me know and I'll try to rephrase it.

25  If you'd like to take a break, please let me know, and I'm

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

1   principal designer?

2       A.   I became a principal designer in 2010.

3       Q.   What was your title prior to becoming principal

4   designer in 2010?

5       A.   I was a senior designer.

6       Q.   How long were you a senior designer?

7       A.   Six years.

8       Q.   Prior to becoming a senior designer in 2004, if

9   I'm not mistaken, what was your title at Samsung

10   Electronics?

11      A.   I was designer.

12      Q.   And since joining Samsung Electronics in 2002,

13   did you have any title other -- prior to becoming designer?

14      A.   I didn't hold any title prior to that.

15      Q.   As a principal designer currently, what are your

16   job responsibilities?

17      A.   I'm responsible for external design for cellular

18   phones, and partially I'm also responsible for directing.

19      Q.   What do you mean by "external design"?

20      A.   That's external elements of a product without

21   taking them apart, with your naked eyes.

22          (A discussion was had off the record between

23   Lead Interpreter and Check Interpreter in Korean.)

24          LEAD INTERPRETER:  Correction.

25      A.   That's external appearance of a product that you

NAME OF CASE:              Apple v. Samsung, No. 11-cv-1846-LHK (ND Cal)


DATE OF DEPOSITION:              February 2, 2012 (NDCA)

NAME OF WITNESS:                       Jinsoo Kim

Reason Codes:
1.     To clarify the record.
2.     To conform to the facts.
3.     To correct transcription errors.
4.     To fix translation errors.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 9 | 20-21 | That's external elements of a product without taking them apart, with your naked eyes. | That's external appearance of a product that you can see with the naked eyes without taking those products apart. 4:25-5:1. | 4 |
| 12 | 11-14 | Last year, our division was responsible for tablets and premium smartphones, but this year, there has been restructure of our organization, so the roles that we played were transferred to the advanced design team. | So our scope of work was to work on tablets and premium smartphones·for last year; however, now, it has been changed to advanced design after the restructure of our organization.  12:18-22 | 4 |
| 32 | 9 | "I'm done." | I'm done reading the portion about Seine. 32:17- | 4 |

| | | | 18 | |
|---|---|---|---|---|
| 35 | 6 | "But here, it didn't indicate any single idea." | So it didn't mean to single out this as particular idea. 35:11-12 | 4 |
| 48 | 20-21 | Overall shape and the portion that covers battery·cover are the ones that I borrowed from the Galaxy Tab. | And the portion, the back cover, embraces on the back of the device, the shape of it was one of the·features. 49:1-3 | 4 |
| 51 | 5-8 | When it comes to the overall design, actually we·scaled down the size of the Galaxy Tab 7.0.· So when it comes to the front side of this product, the color of frame ·is black. | When it comes to the·overall design actually, we scaled down the size of the·Galaxy Tab 7.0.· And so when you look at the side frame·of this phone, actually on Galaxy Tab 7.0, the color of·the frame is black.  51:9-13 | 4 |
| 62 | 2-5 | Product designers cannot ask to decrease these margin portions indefinitely because this product can ·function only when there is a minimum | "Product designer cannot ·ask to decrease these margin portions indefinitely ·because this product can function when there is at | 4 |

| | | | | |
|---|---|---|---|---|
| | | number of components ·necessary. | least·a minimum number of components necessary. 62:6-9 | |
| 75 | 25 | "our company" | "our products" 76:1 | 4 |
| 84 | 8-9 | I don't agree as a person who was responsible for ·this matter. | From the perspective of ·the people who work on it, I disagree.  84:10-11 | 4 |
| 91 | 15-16 | I was responsible for the design of the Galaxy Tab 10.1 and also directing. | "I worked directly on the ·design and direction of the Galaxy Tab 10.1." 91:17-18 | 4 |
| 94-95 | 18-25; 1-2 | This is a device which you use by holding it in your hand for a long period of time.· So, for example, if·you used this device in a landscape mode, you will have·stress on the palm of your hand.· So let's compare these two·products, one device such as this and the other device, ·which has edges like this.· Then if you use the device which·has edges like this, you | "If the stress you get on ·the palm of your hand is a dot or in the form of a ·point, that will be the same as having a needle on your·palm.· And if the stress you get on your palm is same as·a line, then it will be the same as having a ruler on your hand.· And if you touch a small rock that is ---that you can find on a beach, then most of the area | 4 |

| | | | | |
|---|---|---|---|---|
| | | will have some stress on your hands/palm. So if you call the stress that is applied to the·palm of your hand as the point -- ·LEAD INTERPRETER:· I will ask my colleague to do -- offer her rendition. | on·your palm will touch the stone.· So the design aspect·was to reduce the stress your hand will get. "Furthermore, from the standpoint of the ·functionality, if you take this glass, if the glass ·drops on the floor in perpendicular angle, it is really·easy to break the glass.· However, if the area that ·touches the surface on the floor is larger, then it will·distribute the stress on the glass, so damage will be·smaller." 95:5-20 | |
| 98-99 | 22-25; 1 | As was the case with the Galaxy Ace, there was an issue related to the TSP sensor.· And when you hold this device, there were portions that were | "We came up with this ·kind of size because we had to spread out the components·which had certain heights.· And we | 4 |

| | | covered by your hand·gripping the device.· So we wanted to compensate that issue as well. | were trying not to ·stack them on top of each other." 99:2-5 | |
|---|---|---|---|---|

Signed:  _____          Date:  <u>May 30, 2012</u>
.                Jinsoo Kim