# EXHIBIT G

1                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
2                       SAN JOSE DIVISION

3    APPLE, INC., a California
     corporation,
4                                            CASE NO.
           Plaintiff,                        11cv01846-LHK
5
     v.
6
     SAMSUNG ELECTRONICS, CO., LTD., a
7    Korean business entity; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
8    York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
9    a Delaware limited liability
     company,
10
           Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD., a
     Korean business entity; SAMSUNG
13   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
14   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability
15   company,

16         Counterclaim-Plaintiffs,

17   v.

18   APPLE, INC., a California
     corporation,
19
           Counterclaim-Defendant.
20

21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22            VIDEOTAPED PERSONAL DEPOSITION OF:
                       JUNGMIN YEO
23
                      February 2, 2012
24                     Kim & Chang
                   Seoul, South Korea
25                 9:51 a.m. - 3:29 p.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

```
 1    APPEARANCES:

 2

      For the Plaintiff/Counterclaim-Defendant, Apple, Inc.
 3
                     MORRISON FOERSTER
 4                   By:  Patrick Zhang, Esq.
                     425 Market Street
 5                   San Francisco, California 94105-2482
                     (415) 268-7000
 6
                          -and-
 7
                     MORRISON FOERSTER
 8                   By:  Sun Park, Esq.
                     555 West 5th Street
 9                   Suite 3500
                     Los Angeles, California 90013-1024
10                   (213) 892-5200

11

12    For the Defendants/Counterclaim-Plaintiffs, the Samsung
      entities:
13
                     QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
14                   By:  Eric E. Wall, Esq.
                     50 California Street
15                   22nd Floor
                     San Francisco, California 94111
16                   (415) 875-6600

17

18    Also present:

19                   Rosa W. Kim, Samsung
                     Jamie Wright, Lead Interpreter
20                   Hyesun Sunny Lee, Check Interpreter
                     RJ Buckler, Videographer
21                   Michael E. Miller, Court Reporter

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

```
 1                         I N D E X
     WITNESS:                                      PAGE
 2   JUNGMIN YEO

 3   Examination by BY MR. ZHANG                      6

 4
                        E X H I B I T S
 5
     NUMBER        DESCRIPTION                      PAGE
 6
     Exhibit 1343     "Stylist" Document              12
 7                    (SAMNDCA10473738 - SAMNDCA10473741)

 8   Exhibit 1344 *   Apple iPad                      18

 9   Exhibit 1345 *   Samsung Galaxy Tab 10.1         35

10   Exhibit 1346 **  Samsung Tablet Model 1          50

11   Exhibit 1347 **  Samsung Tablet Model 14         54

12   Exhibit 1348 **  Samsung Tablet Model 17         54

13   Exhibit 1349     Color Photographs of Galaxy Tab 10.1b  58

14   Exhibit 1350     Blog Post from Samsung Website  60

15   Exhibit 1351     E-mail                          69
                      (SAMNDCA10472951 - SAMNDCA10472953)
16
     Exhibit 1352     E-mails                         71
17                    (SAMNDCA10247373 - SAMNDCA10247378)

18   Exhibit 1353     Best Buy Task Force Document    78
                      (SAMNDCA10154003 - SAMNDCA10154053)
19

20
      * (Physical exhibit retained by counsel for Apple)
21   ** (Physical exhibit retained by counsel for Samsung)

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | (February 2, 2012 at 9:51 a.m.) |
| 3 | THE VIDEOGRAPHER:  My name is RJ Buckler, a |
| 4 | Certified Legal Video Specialist with American Realtime |
| 5 | Court Reporters in Asia.  The date today is |
| 6 | February 2nd, 2012, and the time is approximately 9:51. |
| 7 | This deposition is being held in the office |
| 8 | of Kim & Chang, located at the Daewoo office on the |
| 9 | second floor in Seoul, South Korea.  The caption of this |
| 10 | case is Apple, Incorporated vs. Samsung |
| 11 | Electronics Co. Ltd., et al., held in the United States |
| 12 | District Court, Northern District of California, the |
| 13 | San Jose Division, with a case number of 11cv10846-LHK. |
| 14 | The name of the witness is JungMin Yeo, |
| 15 | testifying in her personal capacity. |
| 16 | The court reporter today is Mike Miller, also |
| 17 | with American Realtime Court Reporters in Asia. |
| 18 | At this time I would ask all counsel and |
| 19 | interpreters to please state their appearances and whom |
| 20 | they represent for the record. |
| 21 | MR. ZHANG:  Patrick Zhang from Morrison & |
| 22 | Foerster on behalf of Apple, and with me is Sun Park. |
| 23 | MR. WALL:  Eric Wall of Quinn Emanuel for the |
| 24 | Defendants.  With me, but not present in the room |
| 25 | currently, is Rosa Kim of Samsung Electronics. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

```
 1              LEAD INTERPRETER:  Jamie Wright, lead

 2   interpreter.

 3              CHECK INTERPRETER:  Hyesun Lee, checker

 4   interpreter, certified court interpreter.

 5              THE VIDEOGRAPHER:  Would counsel please state

 6   any stipulations for the record.

 7              MR. ZHANG:  We understand that the court

 8   reporter is not authorized to administer oaths in this

 9   venue.  Nevertheless, we request that he administer the

10   oath, and we stipulate that we waive any objection to

11   the validity of the deposition based on the oaths.

12              MR. WALL:  Defendants agree.

13              THE WITNESS:  I have a question:  Should I

14   look at the camera, or should I look at the counsels

15   specifically?

16              MR. WALL:  Please look at the camera.

17              THE WITNESS:  Yes.

18              THE VIDEOGRAPHER:  Thank you.  At this time,

19   our court reporter will swear in the witness and

20   interpreters and then we can proceed.

21              (Interpreters sworn.)

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

1                          JUNGMIN YEO,

2          having been first duly sworn, testified as follows:

3                          EXAMINATION

4    BY MR. ZHANG:

5          Q.    Good morning, Ms. Yeo.  Do you understand that

6    there's a litigation between Apple and Samsung that is

7    venued in California in a U.S. court?

8          A.    Yes.

9          Q.    Do you understand that we're here today to take

10   your testimony for purposes of that case?

11         A.    Yes.

12         Q.    And your attorney is going to make objections to

13   my questions from time to time, but unless your attorney

14   instructs you not to answer, you should answer my questions

15   fully and truthfully.  Do you understand that?

16         A.    Yes.

17         Q.    And of course you're welcome to take a break at

18   any time.  I just ask that if I have asked you a question,

19   that you answer the question fully before you request a

20   break.

21         A.    Yes.

22         Q.    Okay.  Is there any reason you can't give your

23   best testimony here today?

24         A.    No.

25         Q.    Have you been deposed previously in a U.S.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MR. ZHANG:

2        Q.    If you could please take a moment to read through

3    the document.

4            (Witness reviews document.)

5        A.    Yes, I've finished looking at it.

6    BY MR. ZHANG:

7        Q.    This document refers to a February 2010 meeting

8    that was led by Mr. JK Shin.

9            MR. WALL:  I'm sorry.  Go ahead.  Finish your

10   question.

11   BY MR. ZHANG:

12       Q.    Were you at the meeting referred to in the

13   document?

14           MR. WALL:  Objection to form.

15       A.    No.  If you look at the title of the meeting, it

16   says "Executive Level," and I'm just assistant.

17   BY MR. ZHANG:

18       Q.    Did you hear about this meeting from Mr. Jinsoo

19   Kim?

20           MR. WALL:  Objection to form.

21       A.    No.

22   BY MR. ZHANG:

23       Q.    Do you ever receive communications from managers

24   at Samsung that suggest Samsung is behind Apple in terms of

25   industrial design of its products?

# ERRATA SHEET

NAME OF CASE: _____ Apple v. Samsung Electronics Co. Ltd., No. 11-cv-1846 _____

DATE OF DEPOSITION: _____ FEBRUARY 2, 2012 _____

NAME OF WITNESS: _____ JUNGMIN YEO _____

Reason Codes:

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 10 | 20 | has difference | has differences | 1 |
| 36 | 12 | strong with the scratches | scratch resistant | 1 |
| 41 | 19-20 | broad term for me | broad a term for me | 1 |
| 44 | 11 | other | another | 1 |
| 44 | 21 | there is | there are | 1 |
| 45 | 6 | the feel of high-tech | a high-tech feel | 1 |
| 46 | 15 | those border | those borders | 1 |
| 57 | 3 | was year 2010 | was 2010 | 1 |
| 69 | 8 | that designs are same | that the designs are the same | 1 |
|  |  |  |  |  |

Signed: _____ Date: May 23, 2012
        Jungmin Yeo