# EXHIBIT J

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL –
OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-
defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG ELECTRONICS CO. LTD.'S FIRST SET OF INTERROGATORIES TO APPLE INC.** |

'607, and '129 patents.  The iPad, iPad 2, iPhone 3GS, iPhone 4, and iPod touch practice claims of the '002 patent when operating on the iOS 5 platform.

The original iPhone was first sold in the United States on or around June 29, 2007.  The iPhone 3G was first sold in the United States on or around July 11, 2008.  The iPhone 3GS was first sold in the United States on or around June 19, 2009.  The iPhone 4 was first sold in the United States on or around June 24, 2010.  The iPad was first sold in the United States on or around April 3, 2010.  The iPad 2 was first sold in the United States on or around March 11, 2011.  The iPod touch was first sold in the United States on or around September 8, 2007.

Apple has not marked the original iPhone, the iPhone 3G, the iPhone 3GS, the iPad, the iPad 2, or the iPod touch with any of the Apple patents-in-suit pursuant to 35 U.S.C. § 287 or otherwise.

**INTERROGATORY NO. 5:**

Separately for each of the APPLE PATENTS-IN-SUIT, APPLE TRADE DRESS and APPLE TRADEMARKS, IDENTIFY every product manufactured, used, sold, offered for sale, or imported into the United States since 2005 that YOU believe uses or may use any protected design, trademark, trade dress, or invention of the APPLE PATENTS-IN-SUIT, APPLE TRADE DRESS, and APPLE TRADEMARKS and the date(s) on which you believe that use occurred. The products shall be identified by product name, product manufacturer, telecommunications carrier (if applicable), date of product announcement, date of product release, and appearance of product – including front, back, and side images.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 5:**

Apple objects to the phrase "appearance of product" as vague and ambiguous.  Apple objects to this Interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent it requests: (i) "every product," including products not at issue in this litigation; (ii) the production of objects or images in response to an Interrogatory; (iii) information concerning the "appearance of product – including front, back, and side images"; and (iv) Samsung products released outside of the United States.  Apple further objects to this Interrogatory to the extent it seeks information that: (i)

1  requires the disclosure of information, documents, and things protected from disclosure by the

2  attorney-client privilege, work product doctrine, common interest doctrine, joint defense

3  privilege, or any other applicable privilege, doctrine, or immunity; (ii) would require Apple to

4  draw a legal conclusion to respond; (iii) is outside of Apple's possession, custody, or control; (iv)

5  can be obtained as easily by Samsung, is already in Samsung's possession, or is publicly

6  available; (v) concerns use of any asserted trademark or trade dress before 2007; (vi) would

7  require Apple to draw a legal conclusion to respond; or (vii) is subject to a confidentiality or non-

8  disclosure agreement or governed by a protective order preventing its production.

9        Subject to and incorporating its General Objections and its specific objections, Apple

10  responds as follows:

11        At least the following Samsung devices use or may use inventions claimed by the '002,

12  '891, '163, '915, and '828 patents: Acclaim, Captivate, Continuum, Captivate, Continuum, Droid

13  Charge, Epic 4G, Exhibit 4G, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S

14  4G, Gem, Gravity, Indulge, Infuse 4G, Intercept, Mesmerize, Nexus S, Nexus S 4G, Replenish,

15  Showcase Galaxy S, Sidekick, Transform, Vibrant, Galaxy Tab, and Galaxy Tab 10.1.

16        At least the following Samsung devices use or may use inventions claimed by the '381

17  patent: Captivate, Continuum, Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G,

18  Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Gravity, Indulge, Infuse

19  4G, Intercept, Mesmerize, Nexus S, Nexus S 4G, Replenish, Showcase Galaxy S, Sidekick,

20  Vibrant, Galaxy Tab, and Galaxy Tab 10.1.

21        At least the following Samsung devices use or may use inventions claimed by the '607

22  and '129 patents: Galaxy Tab and Galaxy Tab 10.1.

23        At least the following Samsung devices use or may use the invention claimed by the

24  D'889 patent: Galaxy Tab 10.1.

25        At least the following Samsung devices use or may use the inventions claimed by the

26  D'087, D'677, and D'270 patents: Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S i9000,

27  Galaxy S 4G, Infuse 4G, Mesmerize, Showcase i500, Showcase Galaxy S, Vibrant.

28

At least the following Samsung devices use or may use the inventions claimed by the D'790, D'305, and D'334 patents: Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Fascinate, Gem, Galaxy Ace, Galaxy S i9000, Galaxy S 4G, Gravity Smart, Indulge, Infuse 4G, Mesmerize, Showcase Galaxy S, Showcase i500, and Vibrant.

At least the U.S. versions of the Samsung Vibrant (T-Mobile), Showcase (Cellular South), Mesmerize (U.S. Cellular), Infuse 4G (AT&T), Galaxy S 4G (T-Mobile), Galaxy Prevail (Boost Mobile), and Fascinate (Verizon) products use Apple's Original iPhone Trade Dress, iPhone 3G Trade Dress, iPhone 4 Trade Dress, iPhone Trade Dress; the trade dress shown in the Trade Dress Registrations; the trade dress shown in U.S. Application Serial No. 85/299,118; and the Registered Icon Trademarks, the Purple iTunes Store Trademark, and the iTunes Eighth Note and CD Design Trademark.  Apple alleges that Samsung Vibrant (T-Mobile), Showcase (Cellular South), Mesmerize (U.S. Cellular), Infuse 4G (AT&T), Galaxy S 4G (T-Mobile), Galaxy Prevail (Boost Mobile), Fascinate (Verizon), Gem (Verizon), Gravity Smart (T-Mobile), Epic 4G (Sprint), Exhibit 4G (T-Mobile), Droid Charge (Verizon), Continuum (Verizon), and Captivate (AT&T) products use the Registered Icon Trademarks, the Purple iTunes Store Trademark, and the iTunes Eighth Note and CD Design Trademark.  Apple alleges that the Galaxy Tab 10.1 and Galaxy Tab 7.0 use the iPad  Trade Dress and the iPad 2 Trade Dress; the trade dress shown in U.S. Application Serial Nos. 77/921,838, 77/921,829, and 77/921,869; and the Registered Icon Trademarks, the Purple iTunes Store Trademark, and the iTunes Eighth Note and CD Design Trademark.  Apple believes that the use or possible use of its patented inventions, trade dress, and trademarks occurred, for each product listed above, no later than the date of each product's release in the United States.

**INTERROGATORY NO. 6:**

Separately for each of the APPLE PATENTS-IN-SUIT, APPLE TRADE DRESS, and APPLE TRADEMARKS, IDENTIFY any and all persons to whom YOU have ever licensed or offered to license, or persons who have requested to license, or to whom YOU have granted or offered to grant any other rights under the patent, trade dress, or trademark, including the status of those requests and offers, whether continuing, successful, or terminated, and identify (by Bates

its iPhone and iPad products appear in nationally circulated newspapers and magazines, on national primetime television broadcasts, and on transit stops, billboards, and street media in major cities across the United States.

Apple also owns it's Trade Dress Registrations, the Registration Icon Trademarks, and the iTunes Eighth Note and CD Design registration.

The Original iPhone Trade Dress, the trade dress shown in the Trade Dress Registrations, and the trademarks shown in U.S. Registration Nos. 3,886,196, 3,889,642, 3,886,200, 3,889,685, and 3,886,169 have been in use in commerce since June 29, 2007; the iPhone 3G Trade Dress has been in use since July 11, 2008; the iPhone 4 Trade Dress has been in use since June 24, 2010; and the iPhone Trade Dress has been in use since June 29, 2007.  The iPad Trade Dress and the trade dress shown in U.S. Application Serial Nos. 77/921,838, 77/921,829, and 77/921,869 have been in use since April 3, 2010, and the iPad 2 Trade Dress has been in use since March 11, 2011. The trade dress shown in the Trade Dress Registrations has been in use since June 29, 2007.  The trade dress shown in U.S. Application Serial No. 85/299,118 has been in use since June 24, 2010. The trademark shown in U.S. Registration No. 3,886,197 has been in use since June 19, 2009. The Purple iTunes Store Trademark has been in use since June 2008.  The iTunes Eighth Note and CD Design Trademark has been in use since January 9, 2001.

Dated:  September 12, 2011                    MORRISON & FOERSTER LLP


                                              By:   /s/ Richard S.J. Hung
                                                    RICHARD S.J. HUNG

                                                    Attorneys for Plaintiff
                                                    APPLE INC.