HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES REGARDING JINSOO KIM, JEEYUEN WANG, ROGER FIDLER, ITAY SHERMAN, SAMUEL LUCENTE AND MICHAEL KAMINS** |

I, Richard S.J. Hung, do hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Objections and Responses to Objections Regarding Jin Soo Kim, Jeeyuen Wang, Hyoung Shin Park, Roger Fidler, Itay Sherman, Samuel Lucente and Michael Kamins (the "Objections and Responses"). Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2. On Sunday July 29, 2012, counsel for the parties met and conferred. During this session, the parties agreed to adjust the schedule for deposition designations, objections to designations, and counter-designations. Specifically, the parties agreed to a schedule that mirrored the procedure for disclosure of witness examination exhibits and objections. According to this schedule, the party calling a witness by designation would disclose the designations at the same time that it disclosed direct examination materials for witnesses testifying the same day of trial, and the opposing party would disclose counter-designations at the same time as cross examination exhibits for the same trial day.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of JinSoo Kim from this action, taken February 2, 2012.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from Samsung's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated September 7, 2011.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of JinSoo Kim from the ITC 337-TA-796 matter, taken February 3, 2012.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from Samsung's Fourth Amended and Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated March 9, 2012.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from the JM Yeo deposition transcript, taken February 2, 2012.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the *Apple v. Samsung*, No. 11-01846 trial transcript.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from Samsung's Objections and Responses to Apple's Tenth Set of Interrogatories (Nos. 27-38), dated February 29, 2012.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from Samsung's Objections and Responses to Apple's Eleventh Set of Interrogatories (Nos. 39-64), dated February 22, 2012.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from Samsung's Supplemental and Amended Objections and Responses to Apple's Eleventh Set of Interrogatories, dated March 7, 2012.

12. Attached as **Exhibit 10** is a true and correct copy of excerpts from the deposition transcript of Jeeyuen Wang, taken February 2, 2012.

13. Attached as **Exhibit 11** is a true and correct copy of excerpts from the deposition transcript of Roger Fidler, taken September 23, 2011.

14. Attached as **Exhibit 12** is a true and correct copy of excerpts from Apple's Tenth Set of Interrogatories (Nos. 27-38), dated January 23, 2012.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts from Apple's Eleventh Set of Interrogatories (Nos. 39-64), dated January 23, 2012.

16. Attached as **Exhibit 14** is a true and correct copy of excerpts from Samsung's Second Supplemental and Amended Objections and Responses to Apple's Eleventh Set of Interrogatories (No. 46), dated March 19, 2012.

17. Attached as **Exhibit 15** is a true and correct copy of excerpts from the expert report of Itay Sherman, dated March 22, 2012.

18. Attached as **Exhibit 16** is a true and correct copy of excerpts from the corrected rebuttal report of Samuel Lucente, dated April 17, 2012.

19. Attached as **Exhibit 17** is a true and correct copy of excerpts from the rebuttal report of Michael Kamins, dated April 16, 2012.

1   20.     Attached as **Exhibit 18** is a true and correct copy of excerpts from the deposition transcript of Michael Kamins, taken May 7, 2012.

3   21.     Attached as **Exhibit 19** is a true and correct copy of excerpts from Apple's opening slides.

5   22.     Attached as **Exhibit 20** is a true and correct copy of Samsung's Objections to Apple 5th Set of Interrogatories (Corrected), dated December 19, 2011.

7   23.     Attached as **Exhibit 21** is a true and correct copy of an email from V. Maroulis to Counsel, dated August 12, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 13th day of August 2012, at San Jose, California.

                    */s/ Richard S.J. Hung*
                    RICHARD S.J. HUNG

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: August 13, 2012              */s/ Michael A. Jacobs*
                                    Michael A. Jacobs