Exhibit 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward DeFranco (Cal. Bar No. 165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics Co., Ltd.,
17 Samsung Electronics America, Inc. and Samsung
   Telecommunications America LLC
18

19                UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
22 | Plaintiff, | **SAMSUNG'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |
23 | vs. | |
24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
25 | | |
26 | | |
27 | Defendants. | |
28

| | | |
|---|---|---|
| Joong-Ho Jeong | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 6,928,604 |
| Hyeon-Woo Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 6,928,604 |
| Se-Hyoung Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Min-Goo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Beong-Jo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Soon-Jae Choi | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Hye-Young Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,069,055 |
| Pyung-Soo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,079,871 |
| Hun-Kee Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Gin-Kyo Choi | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Jae-Seung Yoon | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Noh-Sun Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Jun-Sung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Yong-Suk Moon | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Jae-Yoel Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,362,867 |
| Hee-Won Kang | Samsung c/o Quinn Emanuel Urquhart & | Conception, reduction to practice and inventorship of US Patent No. 7,362,867 |

| | |
|---|---|
| DATED: September 7, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By /s/ Victoria F. Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Edward DeFranco
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC