# Exhibit 4

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward DeFranco (Cal. Bar No. 165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics Co., Ltd.,
17 Samsung Electronics America, Inc. and Samsung
   Telecommunications America LLC
18

19                    UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 22         Plaintiff, | **SAMSUNG'S FOURTH AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |
| 23         vs. | |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY UNDER THE PROTECTIVE ORDER** |
| 27         Defendants. | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| Name | Firm | Subject |
|---|---|---|
| Stanislav Torgovitsky | Staas & Halsey LLP | Prosecution of US Patent No. 7,675,941 |
| Richard A. Wulff | Drinker Biddle & Reath LLP | Prosecution of US Patent No. 7,456,893 |
| Yongseok Bang | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Seine |
| Jiyoung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Merit, Neonode |
| Minhyouk Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of accused Samsung products |
| Giyoung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Fascinate, Vibrant, Showcase, Mesmerize, Galaxy S 4G |
| Yunjung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of accused Samsung products |
| Bo-Ra Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Infuse 4G |
| Jin Soo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of Galaxy Tab products, Ace |
| Hyoung Shin Park | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of F700 |
| Han-Gil Song | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Prevail |
| SeungHun Yoo | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Samsung products |
| Ahyoung Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Samsung products |
| Sun-young Yi | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Samsung Android phones |
| Min Kyung Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Galaxy Tab products |
| Jeeyeun Wang | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Icons of graphic user interface of Samsung products |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

IV.     INSURANCE AGREEMENTS

Pursuant to Rule 26(a)(1)(A)(iv), Samsung is not presently aware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action, or to indemnify or reimburse for payments made to satisfy such a judgment.

DATED: March 9, 2012                QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
                                        Kevin P.B. Johnson
                                        Victoria F. Maroulis
                                        Edward DeFranco
                                        Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC

**SUBJECT TO PROTECTIVE ORDER**
<u>**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**</u>

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 9, 2012, I caused **SAMSUNG'S FOURTH AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

AppleMoFo@mofo.com
HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on March 9, 2012.

                    _/s/ Melissa N. Chan_____