Exhibit 6

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
 6   CORPORATION,                )
                                 )  SAN JOSE, CALIFORNIA
 7             PLAINTIFF,        )
                                 )  JULY 31, 2012
 8        VS.                    )
                                 )  VOLUME 2
 9   SAMSUNG ELECTRONICS CO.,    )
     LTD., A KOREAN BUSINESS     )  PAGES 283-555
10   ENTITY; SAMSUNG             )
     ELECTRONICS AMERICA,        )
11   INC., A NEW YORK            )
     CORPORATION; SAMSUNG        )
12   TELECOMMUNICATIONS          )
     AMERICA, LLC, A DELAWARE    )
13   LIMITED LIABILITY           )
     COMPANY,                    )
14                               )
               DEFENDANTS.       )
15   _____

16           TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
17          UNITED STATES DISTRICT JUDGE

18

19

20          APPEARANCES ON NEXT PAGE

21

22

23  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
24

25
```

1           MR. MCELHINNY:  I UNDERSTAND THAT.
2           IN OPENING, I THOUGHT THAT THE QUESTION
3    OF WHAT WAS ADMISSIBLE FOR FUNCTIONALITY KIND OF
4    GOT ABUSED, AND I DIDN'T OBJECT BECAUSE IT WAS THE
5    OPENING.
6           BUT WE MAY -- IF HE TRIES TO USE IT FOR
7    THE SAME PURPOSE THAT HE DID IN THE OPENING, GIVEN
8    YOUR HONOR'S LIMITATION, WE'RE GOING TO HAVE SOME
9    OBJECTIONS.
10          THE COURT:  I UNDERSTAND.  I THOUGHT THAT
11   CROSSED THE LINE AS WELL.
12          MR. MCELHINNY:  THANK YOU, YOUR HONOR.
13          THE COURT:  OKAY.  JUST A SMALL
14   HOUSEKEEPING ISSUE IS THAT I WOULD APPRECIATE IT IF
15   YOU COULD PROVIDE MORE CARTS BECAUSE I WILL HAVE A
16   SEPARATE ONE OF THE WITNESS SPECIFIC BINDERS
17   SEPARATE FROM THIS WHOLE LIST, WHICH IS NOT EVEN
18   ALL OF THEM.  THERE ARE MORE DOWN IN MY CHAMBERS
19   THAT WE NEED TO BRING UP.
20          MR. MCELHINNY:  MAY I -- DO YOU
21   UNDERSTAND WHAT THE JUDGE WANTS?
22          YES, YOUR HONOR.
23          THE COURT:  I'M SORRY.  WE JUST DON'T
24   HAVE, UNFORTUNATELY, THINGS AS SIMPLE AS THAT.
25          OKAY.  SO ARE WE ALL SET ON WHAT'S COMING

```
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5
      APPLE INC., A CALIFORNIA    ) C-11-01846 LHK
 6    CORPORATION,                )
                                  ) SAN JOSE, CALIFORNIA
 7                PLAINTIFF,      )
                                  ) AUGUST 3, 2012
 8          VS.                   )
                                  ) VOLUME
 9    SAMSUNG ELECTRONICS CO.,    )
      LTD., A KOREAN BUSINESS     ) PAGES 556-930
10    ENTITY; SAMSUNG             )
      ELECTRONICS AMERICA,        )
11    INC., A NEW YORK            )
      CORPORATION; SAMSUNG        )
12    TELECOMMUNICATIONS          )
      AMERICA, LLC, A DELAWARE    )
13    LIMITED LIABILITY           )
      COMPANY,                    )
14                                )
                  DEFENDANTS.     )
15    _____

16              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
24

25
```

| | |
|---|---|
| 1 | BEEN PREPARED YET.  BUT IT IS NOT PRIOR ART AS THAT |
| 2 | TERM IS USED AND WILL BE USED BY THE JURY. |
| 3 |         MR. PRICE:  AND WE'RE NOT -- THIS |
| 4 | EXAMINATION IS NOT TALKING ABOUT PRIOR ART. |
| 5 |         MR. MCELHINNY:  SO IT'S NOT RELEVANT TO |
| 6 | THE VALIDITY OF ANY OF OUR PATENTS AT ISSUE, YOUR |
| 7 | HONOR. |
| 8 |         THE COURT:  ALL RIGHT.  SO WHAT -- IT'S |
| 9 | 1093? |
| 10 |         MR. PRICE:  YES, YOUR HONOR. |
| 11 |         THE COURT:  ALL RIGHT.  SO THE LIMITING |
| 12 | INSTRUCTION IS THAT THIS EXHIBIT, OR I GUESS THIS |
| 13 | PHONE, IS ADMITTED, BUT IT IS NOT PRIOR ART FOR |
| 14 | PURPOSES OF ANY INVALIDITY OF THE PATENTS.  OKAY? |
| 15 |         SO YOU CAN CONSIDER IT. |
| 16 |         MR. PRICE:  THANK YOU, YOUR HONOR. |
| 17 |         THE COURT:  IT'S IN EVIDENCE. |
| 18 |         (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER |
| 19 |         1093, HAVING BEEN PREVIOUSLY MARKED FOR |
| 20 |         IDENTIFICATION, WAS ADMITTED INTO |
| 21 |         EVIDENCE.) |
| 22 |         THE COURT:  GO AHEAD. |
| 23 | BY MR. PRICE: |
| 24 | Q   TO BE CLEAR, THERE'S NO PATENT THAT HAS BEEN |
| 25 | ASSERTED HERE THAT SAYS THAT THE TOUCHSCREEN, THAT |

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA      ) C-11-01846 LHK
 6   CORPORATION,                  )
                                   ) SAN JOSE, CALIFORNIA
 7              PLAINTIFF,         )
                                   ) AUGUST 6, 2012
 8          VS.                    )
                                   ) VOLUME 4
 9   SAMSUNG ELECTRONICS CO.,      )
     LTD., A KOREAN BUSINESS       ) PAGES 931-1296
10   ENTITY; SAMSUNG               )
     ELECTRONICS AMERICA,          )
11   INC., A NEW YORK              )
     CORPORATION; SAMSUNG          )
12   TELECOMMUNICATIONS            )
     AMERICA, LLC, A DELAWARE      )
13   LIMITED LIABILITY             )
     COMPANY,                      )
14                                 )
                DEFENDANTS.        )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20             APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24                            IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25
```

1   THAT'S WHAT I BASED MY RULING ON BECAUSE I ASSUMED
2   THAT THIS WAS CORRECT.
3              MR. VERHOEVEN: YOUR HONOR, I'LL --
4              THE COURT: I DON'T SEE THIS BATES NUMBER
5   IN THIS BATES RANGE. IT SAYS THE FOLLOWING
6   PRODUCTION IS APL NDC-Y 142086 THROUGH 148288.
7              THE BATES NUMBER I SEE FOR 174 IS 236157.
8   SO THIS E-MAIL IS NOT RELEVANT TO THIS DOCUMENT.
9              MS. KREVANS: YOUR HONOR, MAY I SHOW YOU
10  THE DOCUMENT WITH THE BATES NUMBER 147450, WHICH IS
11  IN THE RANGE?
12             THE COURT: IS THAT IN THIS RANGE --
13  WELL, GIVE ME THAT -- WELL, LET ME SEE IT.
14             (PAUSE IN PROCEEDINGS.)
15             THE COURT: ALL RIGHT. WELL, IT'S THE
16  SAME DOCUMENT, BUT IT'S A DIFFERENT BATES NUMBER.
17  LET ME SEE IF THIS IS IN THIS RANGE.
18             147450, OKAY, IT IS IN THIS RANGE. ALL
19  RIGHT. THAT'S OVERRULED.
20             MS. KREVANS: OKAY. THE NEXT ONE IS 175,
21  AND THIS IS ANOTHER NEWS ARTICLE, AND THE OBJECTION
22  AS TO THIS ONE WAS THAT IT WAS PRODUCED AFTER THE
23  CLOSE OF DISCOVERY, AND, THEREFORE, UNTIMELY AND ON
24  THAT BASIS YOUR HONOR SUSTAINED THE OBJECTION.
25             THE COURT: GIVE ME JUST ONE SECOND,

1    PLEASE.
2              MS. KREVANS:  SURE.
3              THE COURT:  LET ME TAKE THAT OFF MY LIST.
4              MS. KREVANS:  AS TO 175, YOUR HONOR,
5    SAMSUNG IS CORRECT THAT IT WAS FORMALLY PRODUCED
6    AFTER THE CLOSE OF DISCOVERY, BUT IT WAS PROVIDED
7    TO THEM NINE MONTHS BEFORE IN JULY OF 2011.  SO
8    THERE IS NO ARGUMENT BY THEM THAT THEY DID NOT GET
9    THIS DOCUMENT IN A TIMELY WAY.
10             AGAIN, IT WAS ATTACHED TO THE DECLARATION
11   OF MR. ZHUANG.
12             THE COURT:  OBJECTION SUSTAINED.  YOU
13   DIDN'T PRODUCE IT TIMELY.  IT'S NOT COMING IN.
14             MS. KREVANS:  AND THEN, FINALLY, YOUR
15   HONOR, PX 173.  173 IS AN ARTICLE ABOUT THE GALAXY
16   TAB, AND FOR THIS DOCUMENT, THE OBJECTION WAS THAT
17   IT WAS NOT CONSIDERED BY THE WITNESS AND DISCLOSED
18   IN HIS EXPERT REPORT AND, IN FACT, IT WAS
19   EXPLICITLY DISCUSSED IN THE EXPERT REPORT OF
20   MR. BRESSLER AT PARAGRAPH 104, AND I HAVE A COPY OF
21   THE REPORT HERE WITH THE PARAGRAPH MARKED.
22             THE COURT:  SHOW IT TO MR. VERHOEVEN.
23             (DISCUSSION OFF THE RECORD BETWEEN
24   COUNSEL.)
25             MS. KREVANS:  YOUR HONOR, MR. VERHOEVEN

1    A    I DON'T KNOW THAT FOR SURE.

2    Q    HAVE YOU BEEN IN COURT EVERY DAY?

3    A    NO.

4    Q    OKAY.  WELL, I'LL REPRESENT THAT SO FAR HE'S
5    BEEN THE ONLY ONE THAT'S COME.

6    A    OKAY.

7    Q    SO LET'S LOOK AT WHAT HE SAID ABOUT WHAT HE
8    THINKS IS NEW AND UNIQUE ABOUT THE '087 DESIGN, OR
9    THE IPHONE, THE INITIAL IPHONE DESIGN.

10             CAN WE PUT UP SDX 37?

11             MS. KREVANS:  OBJECTION, YOUR HONOR.
12   IRRELEVANT TO THIS WITNESS'S TESTIMONY.  HE'S
13   TESTIFYING ABOUT THE IMPACT ON THE ORDINARY
14   OBSERVER.  MR. STRINGER IS AN INDUSTRIAL DESIGNER.
15   HE'S AN EXPERT.  HE'S NOT AN ORDINARY OBSERVER.

16             THE COURT:  OVERRULED.

17             MS. KREVANS:  CERTAINLY IT'S NOT
18   IMPEACHING.

19             THE COURT:  OVERRULED.  IF HE'S RELIED ON
20   ANY PART OF MR. STRINGER'S STATEMENTS, THEN IT MAY
21   COME IN.

22             GO AHEAD.

23             MR. VERHOEVEN:  MAY WE PUT UP THE SCREEN
24   OR THE SLIDE, THANK YOU.

25             FOR THE RECORD, THIS IS SDX 3191.  IT'S A