Exhibit 8

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S ELEVENTH SET OF INTERROGATORIES (NOS. 39-64)** |

1  affirmative defense before Apple has completed providing discovery regarding the validity of its
2  trademarks and trade dress.
3       Subject to the foregoing general and specific objections, Samsung responds as follows:
4  Samsung filed an Answer, Affirmative Defenses, and Counterclaims on June 30, 2011 which
5  describes in detail, based upon information then known to Samsung, the factual bases for every
6  affirmative defense that Apple has asserted in this lawsuit.  In addition, Samsung's investigation is
7  ongoing and Samsung will supplement this interrogatory after a reasonable investigation and
8  further discovery from Apple.
9  **INTERROGATORY NO. 40:**
10      Describe in detail all bases for Samsung's Fifth Affirmative Defense that Apple's "claims
11 made in the Complaint and the relief sought therein are barred, in whole or in part, on the basis
12 that the alleged marks at issue, the alleged trade dress at issue, the Apple Design Patents, and the
13 use of said marks, said trade dress and said Apple Design Patents are functional." Please also
14 identify all documents and things relating to your response, and any persons with knowledge
15 regarding your response.
16 **RESPONSE TO INTERROGATORY NO. 40:**
17      In addition to its General Objections above, which it hereby incorporated by reference,
18 Samsung objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, and
19 unintelligible, and not reasonably calculated to lead to the discovery of admissible evidence.
20 Samsung further objects to this interrogatory to the extent that it seeks to elicit information subject
21 to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint
22 defense privilege, the common interest doctrine, and/or any other applicable privilege or
23 immunity.  Samsung further objects to this interrogatory to the extent it prematurely calls for
24 expert testimony or opinions at this stage of the litigation.  Samsung will provide such contentions
25 in accordance with the Court's Minute Order and Case Management order, dated August 25, 2011.
26 Samsung further objects on the basis that and to the extent that this interrogatory calls for
27 information that is available in Samsung's Opposition to Apple's Motion for a Preliminary
28 Injunction.

1  Subject to the foregoing general and specific objections, Samsung responds as follows:
2  Samsung incorporates by reference the Declaration of Itay Sherman in Support of Samsung's
3  Opposition to Apple's Motion for a Preliminary Injunction (Dkt. No. 172).  Samsung also filed an
4  Answer, Affirmative Defenses, and Counterclaims on June 30, 2011 which describes in detail,
5  based upon information then known to Samsung, the factual bases for every affirmative defense
6  that Apple has asserted in this lawsuit.  In addition, Samsung's investigation is ongoing and
7  Samsung will supplement this interrogatory after a reasonable investigation and further discovery
8  from Apple.

9  **INTERROGATORY NO. 41:**

10  Describe in detail all bases for Samsung's Seventh Affirmative Defense that the "claims
11  made in the Complaint and the relief sought therein are barred, in whole or in part, on the basis
12  that the marks and alleged trade dress at issue are generic." Please also identify all documents and
13  things relating to your response, and any persons with knowledge regarding your response.

14  **RESPONSE TO INTERROGATORY NO. 41:**

15  In addition to its General Objections above, which it hereby incorporated by reference,
16  Samsung objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, and
17  unintelligible, and not reasonably calculated to lead to the discovery of admissible evidence.
18  Samsung further objects to this interrogatory to the extent that it seeks to elicit information subject
19  to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint
20  defense privilege, the common interest doctrine, and/or any other applicable privilege or
21  immunity.  Samsung further objects to this interrogatory to the extent it prematurely calls for
22  expert testimony or opinions at this stage of the litigation.  Samsung will provide such contentions
23  in accordance with the Court's Minute Order and Case Management order, dated August 25, 2011.
24  Subject to the foregoing general and specific objections, Samsung responds as follows:
25  Samsung filed an Answer, Affirmative Defenses, and Counterclaims on June 30, 2011 which
26  describes in detail, based upon information then known to Samsung, the factual bases for every
27  affirmative defense that Apple has asserted in this lawsuit.  In addition, Samsung's investigation is
28

| | | |
|---|---|---|
| 1 | DATED: February 22, 2012 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By  /s/ Victoria F. Maroulis |
| 6 | | Charles K. Verhoeven |
| | | Kevin P.B. Johnson |
| 7 | | Victoria F. Maroulis |
| | | Michael T. Zeller |
| 8 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012, I caused **SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE INC.'S 11TH SET OF INTERROGATORIES (Nos. 39-64)** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

| | |
|---|---|
| AppleMoFo@mofo.com<br>HAROLD J. MCELHINNY<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR<br>jtaylor@mofo.com<br>ALISON M. TUCHER<br>atucher@mofo.com<br>RICHARD S.J. HUNG<br>rhung@mofo.com<br>JASON R. BARTLETT<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WHAppleSamsungNDCalService@wilmerhale.com<br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on February 22, 2012.

                                                                                  ___/s/ Melissa N. Chan_____