# Exhibit 19

# Samsung's Sales and Profits in the U.S. Market





**22.7 Million** Smartphones and Tablets Sold

$8.16 Billion Revenue

More Than
$2 BILLION PROFITS

80