Exhibit 21

| | |
|---|---|
| **From:** | Victoria Maroulis <victoriamaroulis@quinnemanuel.com> |
| **Sent:** | Sunday, August 12, 2012 4:06 PM |
| **To:** | Victoria Maroulis; Jacobs, Michael A. |
| **Cc:** | Samsung v. Apple; Hung, Richard S. J.; Heather Belville; AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com'; Charles K Verhoeven |
| **Subject:** | RE: Apple v. Samsung -- First Seven Witnesses |

Dear Michael,

Samsung determined that it will not be calling Mr. Anders on Tuesday.  Thus, we do not expect your cross disclosures for him tonight.  We will notify you two days in advance re Mr. Anders' testimony so that his cross disclosures and objections can be processed on the usual schedule.

Vicki

---

**From:** Victoria Maroulis
**Sent:** Sunday, August 12, 2012 12:18 PM
**To:** 'Jacobs, Michael A.'
**Cc:** Samsung v. Apple; 'Hung, Richard S. J.'; Heather Belville; 'AppleMoFo';
'WHAppleSamsungNDCalService@wilmerhale.com'; Charles K Verhoeven
**Subject:** RE: Apple v. Samsung -- First Seven Witnesses

Michael and Peter,

To accommodate the schedule of Drs. Bederson, Bogue, and Forlines, all of whom need to complete their testimony on Monday, Samsung provides the following revised witness order.  We will file the revised rolling disclosure shortly:

1. Bogue
2. Forlines
3. Bederson
4. Paltian (by deposition)
5. Zorn (by deposition)
6. Williams
7. Yang

Vicki

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.