Clerk's Use Only

Initial for fee pd.:

Robert Wilson
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNCATIONS AMERICA, LLC, a Delaware limited liability company,

Defendant(s).

CASE NO. 11-CV-01846-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Robert Wilson, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co, Ltd, et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Victoria F. Maroulis   Telephone: (650) 801-5000
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2012

ROBERT WILSON