| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH OBJECTIONS AND RESPONSES REGARDING JINSOO KIM, JEEYUEN WANG, ROGER FIDLER, ITAY SHERMAN, SAMUEL LUCENTE AND MICHAEL KAMINS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. Exhibit 1 to the Declaration of Richard Hung in Support of Apple's Objections and Responses regarding JinSoo Kim, Jeeyuen Wang, Roger Fidler, Itay Sherman, Samuel Lucente and Michael Kamins (the "Hung Declaration"). Exhibit 1 is copy of excerpts from the transcript of the deposition of JinSoo Kim taken in this action.

2. Exhibit 3 to the Hung Declaration, which is a copy of excerpts from the transcript of the deposition of JinSoo Kim taken in the matter *Certain Electronic Digital Media Devices and Components Thereof*, U.S.I.T.C. Inv. No. 337-TA-796 (the "796 Investigation").

3. Exhibit 5 to the Hung Declaration, which is a copy of excerpts from the transcript of the deposition of J.M. Yeo taken in this action.

4. Exhibit 10 to the Hung Declaration, which is a copy of excerpts from the transcript of the deposition of Jeeyuen Wang taken this action.

5. Exhibit 18 to the Hung Declaration, which is a copy of excerpts from the transcript of the deposition of Michael Kamins taken in this action.

Exhibits 1, 5, 10, and 18 to the Hung Declaration have been designated as highly confidential in their entirety under the protective order entered in this case. Exhibit 3 to the Hung Declaration has been designated as highly confidential in their entirety under the protective order entered in the 796 Investigation. Pursuant to Civil Local Rule 79-5(b) Apple seeks to seal the entirety of Exhibits 1, 3, 5, 10, and 18 to the Hung Declaration.

Apple was not able to obtain Samsung's consent to file publicly Exhibits 1, 3, 5, 10, and 18 to the Hung Declaration. Should Apple obtain Samsung's consent, it will publicly file these exhibits. Should Samsung not provide its consent to public filing, Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Pursuant to Civil Local Rule 79-5(c), Apple will lodge with the Clerk the documents at issue.

Dated: August 13, 2012

MORRISON & FOERSTER LLP

By: /s/ *Michael A. Jacobs*
    MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.