1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") has filed an administrative motion for an order to seal portions of the following
3   documents:

4   1.  Exhibit 1 to the Declaration of Richard Hung in Support of Apple's Objections and
5       Responses regarding JinSoo Kim, Jeeyuen Wang, Roger Fidler, Itay Sherman,
6       Samuel Lucente and Michael Kamins (the "Hung Declaration").  Exhibit 1 is copy
7       of excerpts from the transcript of the deposition of JinSoo Kim taken in this action.
8   2.  Exhibit 3 to the Hung Declaration, which is a copy of excerpts from the transcript
9       of the deposition of JinSoo Kim taken in the matter *Certain Electronic Digital*
10      *Media Devices and Components Thereof*, U.S.I.T.C. Inv. No. 337-TA-796 (the
11      "796 Investigation").
12  3.  Exhibit 5 to the Hung Declaration, which is a copy of excerpts from the transcript
13      of the deposition of J.M. Yeo taken in this action.
14  4.  Exhibit 10 to the Hung Declaration, which is a copy of excerpts from the transcript
15      of the deposition of Jeeyuen Wang taken this action.
16  5.  Exhibit 18 to the Hung Declaration, which is a copy of excerpts from the transcript
17      of the deposition of Michael Kamins taken in this action.

18  Having considered the arguments and the papers submitted, and GOOD CAUSE
19  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
20  Under Seal.  The above-referenced documents shall be filed under seal.
21  **IT IS SO ORDERED.**

23  Dated: ____ __, 2012
24                                              Honorable Lucy H. Koh
                                                United States District Judge