UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff and Counterdefendant,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING IN PART AND DENYING IN PART SAMSUNG'S MOTION PURSUANT TO RULE 50 |

Samsung has raised a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a). After considering all of the evidence presented by Apple in its affirmative case, the Court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for Apple on its claims against Samsung Telecommunications America LLC and Samsung Electronics America, Inc., with respect to the Galaxy Ace (JX1030), the Galaxy (Si9000) (JX1007), and the Galaxy SII (i9100) (JX1032). Apple concedes that it has not presented any evidence that Samsung Telecommunications America LLC and Samsung Electronics America, Inc. sell the Galaxy Ace (JX1030), the Galaxy (Si9000) (JX1007), and the Galaxy SII (i9100) (JX1032) in the United States. Accordingly, Samsung's motion for judgment as a matter of law as to these two Defendants and these three products is GRANTED. In all other respects, Samsung's Rule 50(a) Motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 13, 2012

                                                    _____
                                                    LUCY H. KOH
                                                    United States District Judge

Case No.: 11-CV-01846-LHK
ORDER REGARDING GRANTING IN PART SAMSUNG'S RULE 50 MOTION