UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING THIRD PARTY'S MOTION FOR CLARIFICATION |

Third Party Research in Motion ("RIM") has filed a motion for clarification regarding this Court's Order granting-in-part and denying-in-part motions to seal. *See* ECF Nos. 1649; 1686. In its Order, the Court granted RIM's motion to seal in part and allowed the compensation terms of RIM's licensing agreements to be sealed in DX630. *See* Order at 26. RIM asks the Court to clarify whether any party or witness may disclose the sealed information in open court on the public record. *See* ECF No. 1686.

The Court has already indicated that the trial is going to be open. Order at 22 (citing Order Den. Sealing Mot. 3, ECF No. 1256 (citation omitted)). The Court will not seal the Courtroom. RIM is advised to consult with the parties regarding efforts made by the parties to preserve the confidentiality of the licensing compensation terms.

However, the Court's understanding is that the parties are not going to introduce the licenses as evidence at trial and will rely on their licensing summary charts in which the compensation terms are redacted.

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING THIRD PARTY'S MOTION FOR CLARIFICATION

1    **IT IS SO ORDERED.**

2    Dated: August 13, 2012

_____
LUCY H. KOH
United States District Judge