| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |
| | |
| | Attorneys for Plaintiff and |
| | Counterclaim-Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Civil Action No. 11-CV-01846-LHK |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO STAY ORDER DENYING IN-PART MOTIONS TO SEAL** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1    Plaintiff Apple Inc. ("Apple") filed a notice of appeal to the United States Court of
2    Appeals for the Federal Circuit from the Order Granting-in-Part and Denying-In-Part Motions to
3    Seal entered in this action on August 9, 2012 (Dkt. 1649) and the July 17, 2012 Order Denying
4    Sealing Motions (Dkt. 1256).  Apple requests a stay of the Court's August 9 and July 17 Orders
5    pending a final resolution of its appeal.
6         Accordingly, good cause appearing, Apple's motion is GRANTED.

8    **IT IS SO ORDERED.**

10   Dated:  _____, 2012                    _____
                                                       Hon. Lucy H. Koh
11                                                     United States District Court Judge