02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STAY THE COURT'S JULY 17, 2012 AND AUGUST 9, 2012 ORDERS** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a notice of appeal to the United States Court of Appeals for the Federal Circuit from the July 17, 2012 Order Denying Sealing Motions (Dkt. No. 1256) and each and every part thereof, and the August 9, 2012 Order Granting-In-Part and Denying-In-Part Motions to Seal (Dkt. No. 1649) and each and every part thereof.

Samsung has also filed a motion to stay the Court's orders pending appeal.

Accordingly, for good cause shown, Samsung's motion to stay is hereby **GRANTED**.

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STAY JULY 17, 2012 AND AUGUST 9, 2012 ORDERS

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Luch H. Koh
United States District Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STAY JULY 17, 2012 AND AUGUST 9, 2012 ORDERS