1  [COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY ON AUGUST 10, 2012** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  The parties submit herewith as Exhibit A their joint list of demonstrative exhibits published to the jury at trial, on August 10, 2012.

The parties have met and conferred regarding the preparation of the joint list of demonstratives displayed during the August 13, 2012 hearing, but the parties did not receive the transcript in sufficient time to finalize it. Accordingly, the parties plan to submit their joint list of demonstratives displayed at trial on August 13, 2012 by 8:00 a.m. on August 15, 2012.

Dated: August 14, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Jason R. Bartlett* <br> HAROLD J. MCELHINNY <br> MICHAEL A. JACOBS <br> RACHEL KREVANS <br> JENNIFER LEE TAYLOR <br> ALISON M. TUCHER <br> RICHARD S.J. HUNG <br> JASON R. BARTLETT <br><br> WILLIAM F. LEE <br> MARK D. SELWYN <br><br> Attorneys for APPLE INC. | By: */s/ Victoria F. Maroulis* <br> CHARLES K. VERHOEVEN <br> KEVIN P.B. JOHNSON <br> VICTORIA F. MAROULIS <br> EDWARD DEFRANCO <br> MICHAEL T. ZELLER <br><br> Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY ON AUGUST 10, 2012
CASE NO. 11-CV-01846-LHK (PSG)
sf-3182702

2

## **EXHIBIT A**

| Poret | PDX | 30.3 |
| --- | --- | --- |
| | | 30.5 |
| Van Liere | SDX | 3900.107 |
| | | 3900.129 |
| | | 3900.153 |
| Van Liere | PDX | 31.2 |
| | | 31.3 |
| | | 31.4 |
| | | 31.5 |
| Balakrishnan | SDX | 3918.101 |
| Balakrishnan | PDX | 27.1 |
| | | 27.3 |
| | | 27.10 |
| | | 27.25 |
| Singh | SDX | 3912.001 |
| | | 3912.007 |
| Singh | PDX | 29.8 |
| | | 29.29 |
| Hauser | PDX | 33.6 |
| Hauser | SDX | 3920.15 |
| | | 3920.16 |
| | | 3920.42 |
| | | 2578.85 |
| | | 2578.86 |
| | | 2578.87 |
| Teksler | PDX | 32 |

la-1180036