HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE'S PROPOSED REDACTIONS TO TRIAL EXHIBITS PX67, PX76 AND DX630 PURSUANT TO THE COURT'S ORDER GRANTING IN-PART AND DENYING-IN-PART MOTIONS TO SEAL** |

1  Pursuant to the Court's August 9, 2012 Order Granting-in-Part and Denying-in-Part
2  Motions to Seal (Dkt. 1649), Apple hereby submits its proposed redactions to trial exhibits
3  PX67, PX76, and DX630, which have been redacted in the manner described at pages 7 and 11
4  of the Court's August 9 Order.

Dated:  August 14, 2012                    WILMER CUTLER PICKERING
                                              HALE AND DORR LLP

                                           /s/ Mark D Selwyn
                                           Mark D. Selwyn

                                           Attorneys for Plaintiff and
                                           Counterclaim-Defendant Apple Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 14, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark. D Selwyn
Mark D. Selwyn

PX67

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | APPLE INC | | | | | | | | |
| 2 | Launch To Date Net Sales by Adam Id (with ITS Billings) | | | | | | | | |
| 3 | From 4/1/10 To 4/4/12 | | | | | | | | |
| 4 | US Sales | | | | | | | | |
| | | Month Start Date | Adam Id | Genre Name | Vendor Number | Vendor Name | Title | Free Units Apps | Free Units Inapps |
| 5 | | | | | | | | | |
| 6 | | 04/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 7 | | 05/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 8 | | 05/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 9 | | 06/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 10 | | 06/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 11 | | 07/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 12 | | 07/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 13 | | 08/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 14 | | 08/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 15 | | 09/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 16 | | 09/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 17 | | 10/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 18 | | 10/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 19 | | 11/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 20 | | 11/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 21 | | 12/01/2010 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 22 | | 12/01/2010 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 23 | | 01/01/2011 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 24 | | 01/01/2011 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 25 | | 02/01/2011 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 26 | | 02/01/2011 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | |
| 27 | | 02/01/2011 | 415956352 | Lifestyle | 85023006 | Matthew Webb | Split Screen Free | 894 | 0 |
| 28 | | 03/01/2011 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 29 | | 03/01/2011 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | |
| 30 | | 03/01/2011 | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 440 | 0 |
| 31 | | 04/01/2011 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |

PLAINTIFF'S EXHIBIT NO. 67
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted: _____ By: _____

Launch To Date Net Sales - US
1

APPLE - CONFIDENTIAL

APLNDC-WH-A00000029886

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Paid Units App | Paid Units Inapps | ITS Billings in USD - Apps | ITS Billings in USD - Inapps | Purchase Royalty Price Apps | Purchase Royalty Price Apps - Inapps | Cancel Royalty Price - Apps | Cancel Royalty Price - Inapps | Apple proceeds - Apps | Apple proceeds - Inapps | Margin |
| 6 | 222 | 0 | 220 | 0 | | | | | 64 | 0 | 29.29% |
| 7 | 161 | 0 | 159 | 0 | | | | | 47 | 0 | 29.29% |
| 8 | 91 | 0 | 181 | 0 | | | | | 54 | 0 | 29.65% |
| 9 | 76 | 0 | 75 | 0 | | | | | 22 | 0 | 29.29% |
| 10 | 190 | 0 | 217 | 0 | | | | | 64 | 0 | 29.39% |
| 11 | 73 | 0 | 72 | 0 | | | | | 21 | 0 | 29.29% |
| 12 | 111 | 0 | 110 | 0 | | | | | 32 | 0 | 29.29% |
| 13 | 37 | 0 | 93 | 0 | | | | | 27 | 0 | 29.35% |
| 14 | 66 | 0 | 65 | 0 | | | | | 19 | 0 | 29.29% |
| 15 | 36 | 0 | 72 | 0 | | | | | 21 | 0 | 29.65% |
| 16 | 72 | 0 | 71 | 0 | | | | | 20 | 0 | 28.31% |
| 17 | 83 | 0 | 83 | 0 | | | | | 24 | 0 | 29.29% |
| 18 | 43 | 0 | 43 | 0 | | | | | 12 | 0 | 29.29% |
| 19 | 77 | 0 | 76 | 0 | | | | | 22 | 0 | 29.29% |
| 20 | 75 | 0 | 133 | 0 | | | | | 39 | 0 | 29.61% |
| 21 | 90 | 0 | 89 | 0 | | | | | 26 | 0 | 29.29% |
| 22 | 70 | 0 | 139 | 0 | | | | | 41 | 0 | 29.65% |
| 23 | 128 | 0 | 127 | 0 | | | | | 37 | 0 | 29.29% |
| 24 | 40 | 0 | 80 | 0 | | | | | 24 | 0 | 29.65% |
| 25 | 61 | 0 | 60 | 0 | | | | | 18 | 0 | 29.29% |
| 26 | 22 | 0 | 44 | 0 | | | | | 13 | 0 | 29.65% |
| 27 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 28 | 52 | 0 | 51 | 0 | | | | | 15 | 0 | 29.29% |
| 29 | 32 | 0 | 64 | 0 | | | | | 19 | 0 | 29.65% |
| 30 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 31 | 58 | 0 | 57 | 0 | | | | | 17 | 0 | 29.29% |

Launch To Date Net Sales - US
2
APLNDC-WH-A0000029887
APPLE - CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Plaintiff's Exhibit No. 67.3

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 04/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 33 | 04/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 342 | 0 |
| 34 | 05/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 35 | 05/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 1,690 | 0 |
| 36 | 05/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 457 | 0 |
| 37 | 06/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 38 | 06/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 39 | 06/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 442 | 0 |
| 40 | 07/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 41 | 07/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 42 | 07/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 391 | 0 |
| 43 | 08/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 44 | 08/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 45 | 08/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 302 | 0 |
| 46 | 09/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 47 | 09/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 48 | 09/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 457 | 0 |
| 49 | 10/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 50 | 10/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 51 | 10/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 425 | 0 |
| 52 | 11/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 53 | 11/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 54 | 11/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 402 | 0 |
| 55 | 12/01/2011 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 56 | 12/01/2011 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 57 | 12/01/2011 | | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 372 | 0 |
| 58 | 12/01/2011 | | 469788072 | Photo & Video | 85049676 | B1VISUALEFFECTS Co.,Ltd | Photorganizer | 0 | 0 |
| 59 | 01/01/2012 | | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 60 | 01/01/2012 | | 3734454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |

Plaintiff's Exhibit No. 67.4

| | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 27 | 0 | 54 | 0 | | | | | 16 | | 29.65% |
| 33 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 34 | 69 | 0 | 68 | 0 | | | | | 20 | | 29.29% |
| 35 | 207 | 0 | 208 | 0 | | | | | 61 | | 29.30% |
| 36 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 37 | 48 | 0 | 50 | 0 | | | | | 14 | | 27.88% |
| 38 | 186 | 0 | 184 | 0 | | | | | 54 | | 29.29% |
| 39 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 40 | 55 | 0 | 54 | 0 | | | | | 15 | | 28.01% |
| 41 | 141 | 0 | 140 | 0 | | | | | 41 | | 29.29% |
| 42 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 43 | 57 | 0 | 55 | 0 | | | | | 17 | | 29.29% |
| 44 | 142 | 0 | 141 | 0 | | | | | 41 | | 29.29% |
| 45 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 46 | 67 | 0 | 66 | 0 | | | | | 19 | | 29.29% |
| 47 | 131 | 0 | 130 | 0 | | | | | 38 | | 29.29% |
| 48 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 49 | 68 | 0 | 67 | 0 | | | | | 20 | | 29.29% |
| 50 | 122 | 0 | 180 | 0 | | | | | 38 | | 21.52% |
| 51 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 52 | 75 | 0 | 75 | 0 | | | | | 21 | | 28.36% |
| 53 | 94 | 0 | 93 | 0 | | | | | 26 | | 27.79% |
| 54 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 55 | 71 | 0 | 70 | 0 | | | | | 21 | | 29.29% |
| 56 | 94 | 0 | 93 | 0 | | | | | 27 | | 29.29% |
| 57 | 0 | 0 | 0 | 0 | | | | | 0 | | #DIV/0 |
| 58 | 52 | 0 | 207 | 0 | | | | | 62 | | 29.82% |
| 59 | 107 | 0 | 106 | 0 | | | | | 31 | | 29.29% |
| 60 | 110 | 0 | 1191 | 0 | | | | | 34 | | 28.64% |

APPLE - CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
Launch To Date Net Sales - US
4
APLNDC-WH-A00000029889

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 61 | 01/01/2012 | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 520 | 0 |
| 62 | 01/01/2012 | 489788072 | Photo & Video | 85049676 | B1VISUALEFFECT S Co.,Ltd | Photorganizer | 0 | 0 |
| 63 | 01/01/2012 | 490976332 | Utilities | 85346554 | Shane Hatcher | ItsABetterClock | 924 | 0 |
| 64 | 02/01/2012 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 65 | 02/01/2012 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 66 | 02/01/2012 | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 661 | 0 |
| 67 | 02/01/2012 | 489788072 | Photo & Video | 85049676 | B1VISUALEFFECT S Co.,Ltd | Photorganizer | 0 | 0 |
| 68 | 02/01/2012 | 490976332 | Utilities | 85346554 | Shane Hatcher | ItsABetterClock | 0 | 0 |
| 69 | 02/01/2012 | 498766043 | Utilities | 85346554 | Shane Hatcher | Its A Better Clock (Free) | 52 | 0 |
| 70 | 02/01/2012 | 499890910 | Photo & Video | 85021310 | Bernhard Hering | PhotoOrganizer | 0 | 0 |
| 71 | 03/01/2012 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 72 | 03/01/2012 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 73 | 03/01/2012 | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 847 | 0 |
| 74 | 03/01/2012 | 489788072 | Photo & Video | 85049676 | B1VISUALEFFECT S Co.,Ltd | Photorganizer | 0 | 0 |
| 75 | 03/01/2012 | 490976332 | Utilities | 85346554 | Shane Hatcher | ItsABetterClock | 733 | 0 |
| 76 | 03/01/2012 | 498766043 | Utilities | 85346554 | Shane Hatcher | Its A Better Clock (Free) | 24 | 0 |
| 77 | 03/01/2012 | 499890910 | Photo & Video | 85021310 | Bernhard Hering | PhotoOrganizer | 0 | 0 |
| 78 | 03/01/2012 | 509197521 | Photo & Video | 85500440 | Louie La Vella | EZ Pic Share | 0 | 0 |
| 79 | 04/01/2012 | 363957707 | Productivity | 85023008 | Matthew Webb | Split Screen | 0 | 0 |
| 80 | 04/01/2012 | 373454524 | Productivity | 80061597 | JAY CRAFT | TwoView - Multitasking Dual Web Browser | 0 | 0 |
| 81 | 04/01/2012 | 415956352 | Lifestyle | 85023008 | Matthew Webb | Split Screen Free | 80 | 0 |
| 82 | 04/01/2012 | 489788072 | Photo & Video | 85049676 | B1VISUALEFFECT S Co.,Ltd | Photorganizer | 0 | 0 |
| 83 | 04/01/2012 | 498766043 | Utilities | 85346554 | Shane Hatcher | Its A Better Clock (Free) | 3 | 0 |
| 84 | 04/01/2012 | 499890910 | Photo & Video | 85021310 | Bernhard Hering | PhotoOrganizer | 0 | 0 |
| 85 | | | | | | Sum: | 10,278 | 0 |

APPLE - CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Launch To Date Net Sales - US
5

APLNDC-WH-A0000029890

Plaintiff's Exhibit No. 67.6

| | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 62 | 58 | 0 | 207 | 0 | | | | | 62 | 0 | 29.80% |
| 63 | 7 | 0 | 7 | 0 | | | | | 1 | 0 | 19.19% |
| 64 | 64 | 0 | 63 | 0 | | | | | 19 | 0 | 29.29% |
| 65 | 127 | 0 | 126 | 0 | | | | | 37 | 0 | 29.29% |
| 66 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 67 | 11 | 0 | 44 | 0 | | | | | 13 | 0 | 29.82% |
| 68 | 4 | 1 | 4 | 1 | | | | | 1 | 0 | 29.29% |
| 69 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 70 | 80 | 0 | 159 | 0 | | | | | 47 | 0 | 29.65% |
| 71 | 64 | 0 | 63 | 0 | | | | | 19 | 0 | 29.29% |
| 72 | 138 | 0 | 137 | 0 | | | | | 40 | 0 | 29.29% |
| 73 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 74 | 12 | 0 | 48 | 0 | | | | | 14 | 0 | 29.82% |
| 75 | 4 | 1 | 4 | 1 | | | | | 1 | 0 | 29.29% |
| 76 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 77 | 57 | 0 | 113 | 0 | | | | | 34 | 0 | 29.65% |
| 78 | 2 | 0 | 2 | 0 | | | | | 1 | 0 | 29.29% |
| 79 | 4 | 0 | 4 | 0 | | | | | 1 | 0 | 29.29% |
| 80 | 9 | 0 | 9 | 0 | | | | | 3 | 0 | 29.29% |
| 81 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 82 | 2 | 0 | 8 | 0 | | | | | 2 | 0 | 29.82% |
| 83 | 0 | 0 | 0 | 0 | | | | | 0 | 0 | #DIV/0 |
| 84 | 5 | 0 | 10 | 0 | | | | | 3 | 0 | 29.55% |
| 85 | 4,587 | 2 | 5,554 | 2 | | | | | 1,614 | 1 | #DIV/0 |

APPLE - CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Launch To Date Net Sales - US
6

APLNDC-WH-A00000029891

PX76

Summary Exhibit Created Pursuant to Federal Rule of Evidence 1006
Mr. Richard Donaldson

*Apple Inc. v. Samsung Elecs. Co. Ltd.*, No. 11-cv-01846-LHK (N.D. Cal. 2011)

### Summary of Apple Licenses

| Apple License Partner | Bates Range | Effective Date | Expiration Date | Term of Agreement | Monetary Consideration | Includes Rights to UMTS-Related Patents? | Includes Rights to Other Patents? | Cross License? |
|---|---|---|---|---|---|---|---|---|
| Telefonaktie-bolaget LM Ericsson ("Ericsson") | APLNDC-WH 0000655184 | Jan. 14, 2008 | Shorter of Expiration of Licensed Patents or Seven Years | 7 years or less | [REDACTED] | Yes | Yes | Yes |
| InterDigital Technology Corp. ("InterDigital") | APL-ITC796-0000334590 | June 29, 2007 | June 29, 2014 | 7 years | [REDACTED] | Yes | Yes | No |
| Nokia Corporation ("Nokia") | APLNDC0000038188 | June 12, 2011 | Dec. 31, 2016 | 5 years, 5.5 months | [REDACTED] | Yes | Yes | Yes |
| Koninklijke Philips Electronics N.V. ("Philips") | APL794001856 4430-18564473 | Oct. 1, 2010 | Oct. 1, 2020 | 10 years | [REDACTED] | Yes | Yes | No |

PLAINTIFF'S EXHIBIT NO. 76
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:          By:

Plaintiff's Exhibit No. 76.2

*Apple Inc. v. Samsung Elecs. Co. Ltd.*, No. 11-cv-01846-LHK (N.D. Cal. 2011)

**Summary Exhibit Created Pursuant to Federal Rule of Evidence 1006**
Mr. Richard Donaldson

| Summary of Apple Licenses | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apple License Partner | Bates Range | Effective Date | Expiration Date | Term of Agreement | Monetary Consideration | Includes Rights to UMTS-Related Patents? | Includes Rights to Other Patents? | Cross License? |
| Koninklijke Philips Electronics N.V. & Sharp Corp. ("Philips/Sharp") | APL794001856 4474– 18564504 | Oct. 1, 2010 | Oct. 1, 2020 | 10 years | ███████ | Yes | Yes | No |
| Siemens Aktiengesellschaff ("Siemens") | APLNDC-WH00045491 3–454934 | Oct. 2, 2008 | Expiration of Patents | Indefinite | | Yes | Yes | Yes |

PX630

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3B
Summary of Apple UMTS License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Apple Inc. | Koninklijke Philips Electronics N.V. | Wireless Patent License Agreement | 10/1/2010 | 1/12/2012 | 10 years | Mobile Wireless Communication Equipment that is fully compliant with CDMA2000, GSM, LTE, and UMTS standards | Worldwide | | APL794018564430 to APL794018564473 |
| 2 | Apple Inc. | Koninklijke Philips Electronics N.V. and Sharp Corporation | Wireless Patent License Agreement | 10/1/2010 | 12/20/2011 | 10 years | Mobile Wireless Communication Equipment that is fully compliant with CDMA2000, GSM, LTE, and UMTS standards | Worldwide | | APL794018564474 to APL794018564504 |
| 3 | Apple Inc. | Nokia Corporation | Patent License Agreement | 6/12/2011 | 6/13/2011 | 12/31/2016 | Wireless Products such as an end-user terminal or any other therewith comparable product, including without limitation mobile phones, handsets, smart phones, tablet computers and laptop computers, which is capable of transmitting and/or receiving wireless communications in accordance with any of the CDMA2000, GSM, LTE, WiMax or UMTS Standards | Worldwide | | APLNDC00038188 to APLNDC00038208; APL794018048471 to APL794018048496 |
| 4 | Apple Inc. | InterDigital Group Technology Corporation | Wireless Patent License Agreement | 6/29/2007 | 9/6/2007 | 7 years | Apple Phones operating under TDMA and CDMA-based second and third generation mobile voice and data standards: GSM, GPRS, EDGE, PDC, PHS, and W-CDMA (through release 7 and any HSPA specifications included in release 8) regardless of the frequency used and including any updates | Worldwide | | APLNDC0001226533 to APLNDC0001226549 |
| 5 | Apple Inc. | Telefonaktiebolaget LM Ericsson | Global Patent License Agreement | 1/14/2008 | 1/18/2008 | Last to expire of the Licensed Patents not to exceed 7 years | Modules, Infrastructure Equipment and End-User Terminals relating to GSM, GPRS, EDGE, and WCDMA (including UMTS) - including all HSPA releases. Does not include LTE Standard | Worldwide | | APLNDC0001247678 to APLNDC0001247696; APLNDC-WH0000655184 to APLNDC-WH0000655203 |
| 6 | Apple Inc. | SPH America, LLC and President, Dr Choongsoo Park | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of Dr. Park Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH000454843 to APLNDC-WH000454863 |
| 7 | Apple Inc. | WiAV Networks, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of WIAV Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH000454854 to APLNDC-WH000454877 |
| 8 | Apple Inc | WiAV Solutions LLC | Settlement and License Agreement | 12/29/2008 | 1/5/2009 | Expiration of the last to expire of WIAV Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof. Patents referenced in Exhibit B are limited to the Wireless Handsets field of use. Patents referenced in Exhibit C are for all fields of use | Worldwide | | APLNDC-WH000454878 to APLNDC-WH000454912 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3B
Summary of Apple UMTS License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Apple Inc. | Siemens Aktiengesellschaft | Patent License Agreement | 10/2/2008 | 10/2/2008 | Later of (i) expiration of the last of the Siemens Licensed Patents (ii) expiration of the last of the Apple Licensed Patents | Cellular phones, smart phone or handheld mobile communication device that is actually or claimed to be compliant with one or more of the GSM/GPRS Standard and the UMTS Standard. Products do not include stand alone PCMCIA cards, modules, and/or modems and a handheld mobile communication device is limited to a device that is designed to be used by holding it in one hand. Communication Equipment in the form of (1) infrastructure equipment and (2) terminal units that is actually or claimed to be compliant with one or more of the GSM/GPRS Standard and the UMTS Standard | Worldwide | | APLNDC-WH0000454913 to APLNDC-WH0000454934 |
| 10 | Apple Inc. | SPH America, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of SPH Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH0000454935 to APLNDC-WH0000454948 |
| 11 | Apple Inc. | SPH America, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of SPH Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH0000454951 to APLNDC-WH0000454969 |
| 12 | Apple Inc. | MSTG, Inc. | Standstill and Option Agreement | 11/19/2009 | 11/10/2009 | Expiration of the last to expire of MSTG Patents | Apple product, service, device, system, hardware, software, or other offering | Worldwide | | APLNDC-WH0000454970 to APLNDC-WH0000454987 |
| 13 | Apple Inc. | SPH America, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of SPH Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH0000454988 to APLNDC-WH0000455002 |
| 14 | Apple Inc | Electronics and Telecommunications Research Institute | Apple - ETRI Collaboration Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of ETRI Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof compliant with at least one of the following standards: all standards reasonably considered to be 2G cellular telecommunication standards (e.g., TDMA, CDMA) and all standards reasonably considered to be 3G cellular telecommunication standards (e.g., 3GPP-related standards such as UMTS and 3GPP-2 related standards such as cdma2000) | Worldwide | | APLNDC-WH0000455003 to APLNDC-WH0000455044 |
| 15 | Apple Computer Inc. | Telefonaktiebolaget LM Ericsson | Patent License - Narrowband AMR and Wideband AMR Standards | 6/5/2003 | 5/19/2003 | 5 years | Decoder or Encoder software providing at least one channel compliant with the AMR Standards (Adaptive Multi-Rate Narrowband and the Wideband technical specifications of 3GPP that are specified in Appendix B of the Agreement) which is either an Implementation or a Personal Computer Product | Worldwide | | APLNDC-WH0000655159 to APLNDC-WH0000655183 |