UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: August 13, 2012                                    Time in Court: 6 hours and 31 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, Michael Jacobs, Rachel Krevans, William Lee and Mark Selwyn
Defendant Attorney(s) present: Charles Verhoeven, William Price, Kevin Johnson, Victoria Maroulis and Michael Zeller

## PROCEEDINGS:
### Jury Trial

8:48 AM: Hearing is held outside the presence of the jury.
9:05 AM: Hearing concludes.  Jury is summoned.  Continue examination of Boris Teksler, previously sworn.
9:20 AM: Mr. Teksler is excused subject to recall.
9:22 AM: Video deposition of Jun Won Lee is presented to the jury.
9:32 AM: Video deposition of Dong Hoon Chang is presented to the jury.
9:39 AM: Video deposition of Timothy Benner is presented to the jury.
9:48 AM: Video deposition of Timothy Sheppard is presented to the jury.
9:51 AM: Terry Musika is sworn and examined.
9:56 AM: The Court takes mid-morning recess.
10:07 AM: Proceedings resume.  Continue examination of Terry Musika.
12:02 PM: The Court takes lunch recess.
1:00 PM: Proceedings resume.  Continue examination of Terry Musika.
1:42 PM: Mr. Muzika is excused subject to recall.  Plaintiff rests.  Hearing is held outside the presence of the jury.
2:47 PM: The Court takes mid-afternoon recess.
3:02 PM: Hearing is held outside the presence of the jury.
3:05 PM: Hearing concludes.  Jury is summoned.  Benjamin Bederson is sworn and examined.
3:52 PM: Mr. Bederson is excused subject to recall.  Adam Bogue is sworn and examined.
4:33 PM: Jury is excused for the day.  Advised to return 8/14/12 at 9:00 a.m.

**Continued Page 2**

4:35 PM: Hearing is held outside the presence of the jury.
4:43 PM: Court is adjourned.  Resume trial 8/14/12.  Counsel to be present at 8:30 a.m.


The following exhibits are admitted into evidence:
**Joint Trial Exhibits:** 1500
**Plaintiffs:** 69, 89, 28, 34, 194, 25A-1, 2227, 41.1 and 41.2
**Defendants:** 572.003, 518, 3951.001, 3951.002, 3951.010, 546, 528, 3951.007, 3951.009, 696, 695, 661, 3952.101, 662, 3952.102 and 713