QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S PROFFER OF TESTIMONY OF WOODWARD YANG** |

02198.51855/4909227.1

1   Samsung respectfully makes a proffer of evidence regarding Woodward Yang's testimony
2 regarding Apple's infringement of U.S. Patent 7,698,711.   Woodward Yang will testify that he
3 reviewed the accused devices and source code and confirmed that they practice the limitation of
4 claim 9 requiring "a controller for generating a music background play object, wherein the music
5 background play object includes an application module including at least one applet." Dr. Yang
6 will testify that "The '711 accused devices have a controller which runs software that generates a
7 music background play object when the Music App is selected and launched. The Music App
8 contains an application module including an applet."   Yang Expert Report, 3A-1 at 5 and 6.
9 This can be seen on the home screen and music app screen. Yang Expert Report, 3A-2 at steps 1
10 and 2.   This will be shown with a video demonstrative showing the launching of the app from the
11 home screen and the music app screen on the accused products.   I looked at the source code in
12 exhibit DX 645 and confirmed the devices had this element. Yang Expert Report, 3A-1 at 5 f.n.
13 22.

| | | |
|---|---|---|
| 1 | DATED: August 14, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Victoria F. Maroulis
   Kevin P.B. Johnson
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC