QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SAM STAKE IN SUPPORT OF PROFFER REGARDING TESTIMONY OF WOODWARD YANG** |

Case No. 11-cv-01846-LHK
**DECLARATION OF SAM STAKE IN SUPPORT OF PROFFER REGARDING TESTIMONY OF WOODWARD YANG Ph.D.**

1  I, Sam Stake, declare:

2  1.  I make this declaration in support of Proffer of Testimony by Woodward Yang.  I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.  Attached hereto as Exhibit A is a true and correct copy of Exhibit 3A-1 from the March 22, 2012 Expert Report of Woodward Yang, Ph.D.

3.  Attached hereto as Exhibit B is a true and correct copy of Exhibit 3A-2 from the March 22, 2012 Expert Report of Woodward Yang, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Jose, California on August 14, 2012.

By  /s/ *Sam Stake*
    Sam Stake

-1-  Case No. 11-cv-01846-LHK
**DECLARATION OF SAM STAKE IN SUPPORT OF PROFFER REGARDING TESTIMONY OF WOODWARD YANG Ph.D.**

**GENERAL ORDER ATTESTATION**

I, Todd Briggs, am the ECF user whose ID and password are being used to file the foregoing DECLARATION OF SAM STAKE IN SUPPORT OF PROFFER REGARDINGTESTIMONY OF WOODWARD YANG Ph.D. In compliance with General Order 45, X.B., I hereby attest that Sam Stake has concurred in this filing.

DATE: August 14, 2012                                    /s/ *Todd Briggs*

-2-                                                          Case No. 11-cv-01846-LHK
**DECLARATION OF SAM STAKE IN SUPPORT OF PROFFER REGARDING TESTIMONY OF WOODWARD YANG Ph.D.**