# EXHIBIT A

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

<u>Expert Report of Woodward Yang – Exhibit 3A-1</u>

**INFRINGEMENT OF U.S. PATENT NO. 7,698,711**

| Asserted Claim | Proof of Infringement |
|---|---|
| 1. A multi-tasking method in a pocket-sized mobile communication device including an MP3 playing capability, the multi-tasking method comprising: | The '711 Accused Devices are mobile, capable of multi-tasking, can be used to communicate, and all play MP3 files, the multi-tasking comprising of the method below:<br><br>For example, all of the '711 Accused Devices are capable of making phone calls.[1] The iPhone 4, 4S and the iPod Touch include video phone call functionality, such as with Apple's Facetime app.[2] Further, all of the '711 Accused Devices have MP3 playing capability.[3] Lastly, the '711 Accused Devices are all pocket-sized and capable of multitasking.[4] |
| [a] generating a music background play object, wherein the music background play object | The '711 Accused Devices generate a music background play object (MBPO) when the Music App is selected and launched.[5] The Music App contains an application module and including an applet such as can be found in MobileMusicPlayer and EmbeddedAVFoundationsand is executed as part of a multi-tasking method using iOS.[6] |

---

[1] Ex. 6.

[2] Ex. 6.

[3] Ex. 6.

[4] Ex. 6; http://www.apple.com/iphone/ios/; http://www.apple.com/iphone/specs.html.

[5] Ex. 6;

[6] See, e.g., Ex. 3A-2 at Claim 1, step one; AV Foundation Programming Guide, Apple Developer; Audio Session Programming Guide, Apple Developer, MusicPlayer Reference, Apple Developer; APLNDC-WH SC 00000433-444,APLNDC-WH SC 00000 496-498, APLNDC-WH SC 00000448-449, APLNDC-WH SC 00000450-452, APLNDC-WH SC 00000298, APLNDC-WH SC 00000299,APLNDC-WH SC 00000300, APLNDC-WH SC 00000301-00000304, APLNDC-WH-SC 00000410-414, APLNDC-WH-SC 00000415-416; APLNDC-WH-SC 00000315-326; APLNDC-WH-SC 00000327-328; APLNDC-WH-SC

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| Asserted Claim | Proof of Infringement |
|---|---|
| includes an application module including at least one applet; | |
| [b] providing an interface for music play by the music background play object; | The '711 Accused Devices have an interface, such as a touchscreen interface, and home button which allow the user to interface with the MBPO.[7] |
| [c] selecting an MP3 mode in the pocket-sized mobile communication device using the interface; | From the standby mode (i.e. Apple Home screen) touchscreen interface is used to select and launch the Music App on the '711 Accused Devices.[8]  Launching the Music App puts the '711 Accused Devices in an MP3 mode |
| [d] selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode; | Which is used to select and play a music file in the '711 Accused Devices.[9] |

00000333-336; APLNDC-WH-SC 00000307-314; APLNDC-WH-SC 00000337-359; APLNDC-WH-SC 00000329-332; APLNDC-WH-SC 00000360-363; APLNDC-WH-SC 00000305; APLNDC-WH-SC 00000364; APLNDC-WH-SC 00000306, APLNDC-WH-SC 00000365-369; APLNDC-WH-SC 00000370-378;APLNDC-WH-SC 00000379;APLNDC-WH-SC 00000380-385;APLNDC-WH-SC 00000386-389;APLNDC-WH-SC 00000390-400;APLNDC-WH-SC 00000401-403;APLNDC-WH-SC 00000404-409;APLNDC-WH-SC 00000417-432; APLNDC-WH-SC 000007874-7889; APLNDC-WH-SC 00000234; APLNDC-WH-SC 00000453-454; APLNDC-WH-SC 00000479-492, APLNDC-WH-SC 00000471-475, APLNDC-WH-SC 00000468-471, APLNDC-WH-SC 00000475-479, APLNDC-WH-SC 00000458-468, APLNDC-WH-SC 00000513-517.

[7] See, e.g., Ex. 6, 3A-2 at Claim 1, steps one and two.

[8] See, e.g., Ex. 6, 3A-2 at Claim 1, steps one to three.

[9] See, e.g., Ex. 6, 3A-2 at Claim 1, steps one to four.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| Asserted Claim | Proof of Infringement |
|---|---|
| [e] switching the MP3 mode to a standby mode while the playing of the music file continues; | The '711 Accused Devices can switch from the MP3 mode back to a standby mode (i.e. Apple Home screen), by, for example, taping on the home button.[10] |
| [f] displaying an indication that the music file is being played in the standby mode; | While in the standby mode (i.e. Apple Home screen), the '711 Accused Devices display an icon as an indication that the music file continues to be played.[11] |
| [g] selecting and performing at least one function of the pocket-sized mobile communication device from the standby mode while the playing of the music file continues; | A different function or application on the '711 Accused Device can be selected and launched from standby mode (i.e. Apple Home screen) and performed while the playing of the music file continues. For example, selecting the Mail or Messages app icon opens the respective apps and the playing of the music file continues.[12] |
| [h]and continuing to display the indication that the music file is being played while | Furthermore, while in the Mail or Messages App, the '711 Accused Devices continue to display an icon as an indication that the music file continues to be played (see screenshots).[13] |

---

[10] See, e.g., Ex. 6, 3A-2 at Claim 1, steps one to five.

[11] See, e.g., Ex. 6, 3A-2 at Claim 1, steps one to five.

[12] See, e.g., Ex. 3A-2 at Claim 1, steps six, seven, and eight.

[13] See, e.g., Ex. 3A-2 at Claim 1, steps six, seven, and eight.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| Asserted Claim | Proof of Infringement |
|---|---|
| performing the selected function. | |
| 2. The multi-tasking method of claim 1, wherein the displaying of the indication comprises displaying an icon. | For the method of claim 1, the '711 Accused Devices indicate playing of the music file continues by displaying an icon.[14] |
| 7. The multi-tasking method of claim 1, wherein the function selected from the standby mode comprises a message function. | For the method of claim 1, the function selected from the standby mode comprises a message function, such as the Mail or Messages app.[15]<br><br>The '711 Accused Devices can select and perform a message function (e.g. Message App) from the standby mode (e.g. Apple Home screen) while playing of the music file continues.[16] |
| 8. The multi-tasking method of claim 1, wherein the function selected from the standby mode comprises a phone-book function. | For the method of claim 1, the function selected from the standby mode comprises the Contacts app, which provides phone-book functionality.[17]<br><br>The '711 Accused Devices can select and perform a phone-book function (e.g. Contacts App) from the standby mode (e.g. Apple Home screen) while playing of the music file continues. |
| 9. A multi-tasking apparatus in a pocket-sized mobile communication device including an MP3 playing | Each of the '711 Accused Devices is a multi-tasking apparatus in a pocket-sized mobile communication device including an MP3 playing capability, the multi-tasking apparatus comprising:<br><br>For example, all of the '711 Accused Devices are capable of making phone calls.[18]  The iPhone 4, 4S |

---

[14] *Id.*

[15] *Id.*

[16] *Id.*

[17] See, e.g., Ex. 3A-2 at Claim 8.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| Asserted Claim | Proof of Infringement |
|---|---|
| capability, the multi-tasking apparatus comprising: | and the iPod Touch include video phone call functionality, such as with Apple's Facetime app.[19] Further, all of the '711 Accused Devices have MP3 playing capability and are all pocket-sized mobile devices.[20] |
| [a] a controller for generating a music background play object, wherein the music | The '711 Accused Devices have a controller which runs the software that generates a music background play object (MBPO) when the Music App is selected and launched.[21] The Music App contains an application module and including an applet such as can be found in MobileMusicPlayer and EmbeddedAVFoundationsand is executed as part of a multi-tasking method using iOS.[22] |

---

[18] See, e.g., Ex. 6.

[19] See, e.g., Ex. 6.

[20] Ex. 6; http://www.apple.com/iphone/ios/; http://www.apple.com/iphone/specs.html.

[21] See, e.g., Ex. 5.

[22] See, e.g., Ex. 3A-2 at Claim 1, step one; AV Foundation Programming Guide, Apple Developer; Audio Session Programming Guide, Apple Developer, MusicPlayer Reference, Apple Developer; APLNDC-WH SC 00000433-444,APLNDC-WH SC 00000 496-498, APLNDC-WH SC 00000448-449, APLNDC-WH SC 00000450-452, APLNDC-WH SC 00000298, APLNDC-WH SC 00000299,APLNDC-WH SC 00000300, APLNDC-WH SC 00000301-00000304, APLNDC-WH-SC 00000410-414, APLNDC-WH-SC 00000415-416; APLNDC-WH-SC 00000315-326; APLNDC-WH-SC 00000327-328; APLNDC-WH-SC 00000333-336; APLNDC-WH-SC 00000307-314; APLNDC-WH-SC 00000337-359; APLNDC-WH-SC 00000329-332; APLNDC-WH-SC 00000360-363; APLNDC-WH-SC 00000305; APLNDC-WH-SC 00000364; APLNDC-WH-SC 00000306, APLNDC-WH-SC 00000365-369; APLNDC-WH-SC 00000370-378;APLNDC-WH-SC 00000379;APLNDC-WH-SC 00000380-385;APLNDC-WH-SC 00000386-389;APLNDC-WH-SC 00000390-400;APLNDC-WH-SC 00000401-403;APLNDC-WH-SC 00000404-409;APLNDC-WH-SC 00000417-432; APLNDC-WH-SC 000007874-7889; APLNDC-WH-SC 00000234; APLNDC-WH-SC 00000453-454; APLNDC-WH-SC 00000479-492, APLNDC-WH-SC 00000471-475, APLNDC-WH-SC 00000468-471, APLNDC-WH-SC 00000475-479, APLNDC-WH-SC 00000458-468, APLNDC-WH-SC 00000513-517.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| Asserted Claim | Proof of Infringement |
|---|---|
| background play object includes an application module including at least one applet, for providing an interface for music play by the music background play object, for selecting an MP3 mode in the pocket-sized mobile communication device using the interface, for selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode, for switching from the MP3 | The controller of the '711 Accused Devices are either the A4 processor or A5 processor—the manufacturer, Samsung, refers to these processors as the H3 and H4, respectively.[23]<br><br>The '711 Accused Devices have an interface, such as a touchscreen interface, and home button which allow the user to interface with the MBPO.[24]<br><br>From the standby mode (i.e. Apple Home screen) touchscreen interface is used to select and launch the Music App on the '711 Accused Devices.[25] Launching the Music App puts the '711 Accused Devices in an MP3 mode, which is used to select and play a music file in the '711 Accused Devices.[26]<br><br>The '711 Accused Devices can switch from the MP3 mode back to a standby mode (i.e. Apple Home screen), by, for example, taping on the home button.[27]<br><br>While in the standby mode (i.e. Apple Home screen), the '711 Accused Devices display an icon as an indication that the music file continues to be played.[28]<br><br>A different function or application on the '711 Accused Device can be selected and launched |

---

[23] See, e.g., Ex. 5.

[24] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one and two.

[25] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to three.

[26] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to four.

[27] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to five.

[28] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to five.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| Asserted Claim | Proof of Infringement |
| --- | --- |
| mode to a standby mode while the playing of the music file continues and for selecting and performing at least one function of the pocket-sized mobile communication device from the standby mode while the playing of the music file continues; | from standby mode (i.e. Apple Home screen) and performed while the playing of the music file continues.[29]  For example, selecting the Mail or Messages app icon opens the respective apps and the playing of the music file continues.[30] |
| [b] and a display unit for displaying an indication that the music file is being played in the standby mode and for continuing to display the indication that the music file is being played while performing the selected function. | The '711 Accused Devices all have a display unit, such as a screen, that continues to display an icon as an indication that the music file continues to be played (see screenshots).[31] |
| 10. The multi-tasking apparatus of claim 9, wherein the indication | The '711 Accused Devices display an icon as an indication that the music file continues to be played (see screenshots)..[32] |

---

[29]  See, e.g., Ex. 3A-2 at Claim 1, steps six, seven, and eight.

[30]  See, e.g., Ex. 3A-2 at Claim 1, steps six, seven, and eight.

[31]  See, e.g., Ex. 3A-2 at Claim 1, steps six, seven, and eight.; Ex. 6.

[32]  See, e.g., Ex. 3A-2 at Claim 1, steps six, seven, and eight.; Ex. 6.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| Asserted Claim | Proof of Infringement |
|---|---|
| comprises an icon. | |
| 15. The multi-tasking apparatus of claim 9, wherein the function selected from the standby mode comprises a message function. | The '711 Accused Devices of claim 9, wherein the function selected from the standby mode comprises a message function, such as the Mail or Messages app.[33]<br><br>The '711 Accused Devices can select and perform a message function (e.g. Message App) from the standby mode (e.g. Apple Home screen) while playing of the music file continues. |
| 16. The multi-tasking apparatus of claim 9, wherein the function selected from the standby mode comprises a phone-book function. | The function selected from the standby mode comprises the Contacts app, which provides phone-book functionality.[34]<br><br>The '711 Accused Devices can select and perform a phone-book function (e.g. Contacts App) from the standby mode (e.g. Apple Home screen) while playing of the music file continues. |
| 17. A multi-tasking apparatus in a pocket-sized mobile communication device consisting of a single display unit and including an MP3 playing capability, the multi-tasking apparatus comprising: | Each of the '711 Accused Devices is a multi-tasking apparatus in a pocket-sized mobile communication device with a single display unit and including an MP3 playing capability, the multi-tasking apparatus comprising:<br><br>For example, all of the '711 Accused Devices are capable of making phone calls. The iPhone 4, 4S and the iPod Touch include video phone call functionality, such as with Apple's Facetime app.[35]  Further, all of the '711 Accused Devices have MP3 playing capability and are all pocket-sized mobile devices..[36] |

---

[33] *Id.*

[34] See, e.g., Ex. 3A-2 at Claim 8.

[35]  Ex. 6.

[36]  Ex. 6; http://www.apple.com/iphone/ios/; http://www.apple.com/iphone/specs.html.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| Asserted Claim | Proof of Infringement |
|---|---|
| [a] a controller for generating a music background play object, wherein the music background play object includes an application module including at least one applet, for providing an interface for music play by the music background play object, for selecting an MP3 mode in the | The '711 Accused Devices have a controller which runs the software that generates a music background play object (MBPO) when the Music App is selected and launched. The Music App contains an application module and including an applet such as can be found in MobileMusicPlayer and EmbeddedAVFoundationsand is executed as part of a multi-tasking method using iOS.[37] The controller of the '711 Accused Devices are either the A4 processor or A5 processor—the manufacturer, Samsung, refers to these processors as the H3 and H4, respectively.[38]<br><br>The '711 Accused Devices have an interface, such as a touchscreen interface, and home button which allow the user to interface with the MBPO.[39]<br><br>From the standby mode (i.e. Apple Home screen) touchscreen interface is used to select and launch the Music App on the '711 Accused Devices.[40]  Launching the Music App puts the '711 |

---

[37]  See, e.g., Ex. 3A-2 at Claim 1, step one; AV Foundation Programming Guide, Apple Developer; Audio Session Programming Guide, Apple Developer, MusicPlayer Reference, Apple Developer; APLNDC-WH SC 00000433-444,APLNDC-WH SC 00000 496-498, APLNDC-WH SC 00000448-449, APLNDC-WH SC 00000450-452, APLNDC-WH SC 00000298, APLNDC-WH SC 00000299,APLNDC-WH SC 00000300, APLNDC-WH SC 00000301-00000304, APLNDC-WH-SC 00000410-414, APLNDC-WH-SC 00000415-416; APLNDC-WH-SC 00000315-326; APLNDC-WH-SC 00000327-328; APLNDC-WH-SC 00000333-336; APLNDC-WH-SC 00000307-314; APLNDC-WH-SC 00000337-359; APLNDC-WH-SC 00000329-332; APLNDC-WH-SC 00000360-363; APLNDC-WH-SC 00000305; APLNDC-WH-SC 00000364; APLNDC-WH-SC 00000306, APLNDC-WH-SC 00000365-369; APLNDC-WH-SC 00000370-378;APLNDC-WH-SC 00000379;APLNDC-WH-SC 00000380-385;APLNDC-WH-SC 00000386-389;APLNDC-WH-SC 00000390-400;APLNDC-WH-SC 00000401-403;APLNDC-WH-SC 00000404-409;APLNDC-WH-SC 00000417-432; APLNDC-WH-SC 000007874-7889; APLNDC-WH-SC 00000234; APLNDC-WH-SC 00000453-454; APLNDC-WH-SC 00000479-492, APLNDC-WH-SC 00000471-475, APLNDC-WH-SC 00000468-471, APLNDC-WH-SC 00000475-479, APLNDC-WH-SC 00000458-468, APLNDC-WH-SC 00000513-517.

[38]  Ex. 6.

[39]  Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one and two.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| Asserted Claim | Proof of Infringement |
|---|---|
| pocket-sized mobile communication device using the interface, for selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode, and for switching from the MP3 mode to a standby mode while the playing of the music file continues; | Accused Devices in an MP3 mode, which is used to select and play a music file in the '711 Accused Devices.[41]<br><br>The '711 Accused Devices can switch from the MP3 mode back to a standby mode (i.e. Apple Home screen), by, for example, taping on the home button.[42] |
| [b] and a display unit for displaying an indication that the music file is being played in the standby mode. | While in the standby mode (i.e. Apple Home screen), the '711 Accused Devices display an icon as an indication that the music file continues to be played.[43] |
| 18. The multi-tasking apparatus of claim 17, wherein the indication comprises an icon. | The '711 Accused Devices display an icon as an indication that the music file continues to be played (see screenshots)..[44] |

---

[40] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to three.

[41] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to four.

[42] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to five.

[43] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to five.

[44] Ex. 6; See, e.g., Ex. 3A-2 at Claim 1, steps one to five.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**