# EXHIBIT B

**SUBJECT TO PROTECTIVE ORDER**

**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

<u>Expert Report of Woodward Yang – Exhibit 3A-2</u>

**INFRINGEMENT OF U.S. PATENT NO. 7,698,711**

| Claim 1 |
|---|
| Preamble |
|  <br><br>Each Accused Device also functions as a phone. |

**SUBJECT TO PROTECTIVE ORDER**

**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| Step one |
|---|
|  |

SUBJECT TO PROTECTIVE ORDER

CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION



**SUBJECT TO PROTECTIVE ORDER**

**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| **Step two** |
|---|
| |

SUBJECT TO PROTECTIVE ORDER

CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

**Step three**



SUBJECT TO PROTECTIVE ORDER

CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| Step four |
|---|
|  |

SUBJECT TO PROTECTIVE ORDER

CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION



**SUBJECT TO PROTECTIVE ORDER**

**CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION**

| Step five |
|---|
| |

SUBJECT TO PROTECTIVE ORDER

CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| Steps six, seven, eight |
|---|
|  |

SUBJECT TO PROTECTIVE ORDER

CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

## Claim 8

