HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES REGARDING VINCENT O'BRIEN, DAVID TEECE, STEPHEN GRAY, ANDRIES VAN DAM, BRYAN AGNETTA, RICHARD HOWARTH, AND SHIN NISHIBORI** |

1       I, Richard S.J. Hung, do hereby declare as follows:

2       1.     I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.

3 ("Apple") in this action.  I am licensed to practice law in the State of California and admitted to

4 practice before this Court.  I submit this Declaration in support of Apple's Objections and

5 Responses to Objections Regarding Vincent O'Brien, David Teece, Stephen Gray, Andries van

6 Dam, Bryan Agnetta, Richard Howarth, and Shin Nishibori (the "Objections and Responses").

7 Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand

8 them to be true from members of my litigation team.  If called as a witness, I would testify to the

9 facts set forth below.

10     2.     Attached as **Exhibit 1** is a true and correct copy of Appendix 5 to the expert report

11 of Stephen Gray, dated March 22, 2012.

12     3.     Attached as **Exhibit 2** is a true and correct copy of excerpts from the opening

13 expert report of Stephen Gray, dated March 22, 2012.

14     4.     Attached as **Exhibit 3** is a true and correct copy of Exhibit U to Samsung's

15 Invalidity Contentions, dated October 7, 2011.

16     5.     Attached as **Exhibit 4** is a true and correct copy of transcript excerpts from the

17 deposition of Stephen Gray, taken May 5, 2012.

18     6.     Attached as **Exhibit 5** is a true and correct copy of Appendix 7 to the expert report

19 of Stephen Gray, dated March 22, 2012.

20     7.     Attached as **Exhibit 6** is a true and correct copy of a screenshot of Exhibit 9 to the

21 van Dam opening expert report, dated March 22, 2012.

22     8.     Attached as **Exhibit 7** is a true and correct copy of excerpts from the Andries van

23 Dam opening expert report, dated March 22, 2012.

24     9.     Attached as **Exhibit 8** is a true and correct copy of an email from D. Hutnyan to

25 counsel for Apple regarding high priority objections, dated August 13, 2012.

26     10.    Attached as **Exhibit 9** is a true and correct copy of excerpts from the *Apple v.*

27 *Samsung*, No. 11-01846 trial transcript.

28

1      11.     Attached as **Exhibit 10** is a true and correct copy of Samsung's document

2   subpoena to Microsoft Corp., dated February 27, 2012.

3      12.     Attached as **Exhibit 11** is a true and correct copy of a production document, Bates

4   stamped APLNDC0002471949.

5      13.     Attached as **Exhibit 12** is a true and correct copy of excerpts from Samsung's

6   Interrogatory Responses (No. 38), dated February 29, 2012.

7      14.     Attached as **Exhibit 13** is a true and correct copy of excerpts from Samsung's

8   Interrogatory Responses (No. 40), dated February 22, 2012.

9      15.     Attached as **Exhibit 14** is a true and correct copy of excerpts from Samsung's

10   Supplemental Responses to Apple's Eleventh Set of Interrogatories, dated March 7, 2012.

11      16.     Attached as **Exhibit 15** is a true and correct copy of excerpts from the deposition

12   transcript of Shin Nishibori, taken May 2, 2012.

13      17.     Attached as **Exhibit 16** is a true and correct copy of stricken opening slide 20 from

14   Samsung's Opening slides.

15      18.     Attached as **Exhibit 17** is a true and correct copy of errata for the Shin Nishibori

16   deposition, taken May 2, 2012.

17      I declare under penalty of perjury that the foregoing is true and correct and that this

18   Declaration was executed this 14th day of August 2012, at San Jose, California.

19                          */s/ Richard S.J. Hung*_____
                               RICHARD S.J. HUNG
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

 I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated:  August 14, 2012

          /s/ Michael A. Jacobs
          Michael A. Jacobs

HUNG DECL. ISO APPLE'S OBJ. AND RESPS. RE O'BRIEND, TEECE, GRAY, VAN DAM, AGNETTA, HOWARTH, NISHIBORI
CASE NO. 11-CV-01846-LHK (PSG)
sf-3182965

3