Exhibit 3

# EXHIBIT U
# SAMSUNG'S INVALIDITY CLAIM CHART FOR OBVIOUSNESS COMBINATION PRIOR ART

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| **[2A]** A computer-implemented method, comprising:<br><br>at a portable electronic device with a touch screen display;<br><br>displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | • *See, e.g.*, U.S. Pat. No. 7,933,632 (Flynt et al.) (filed Jun. 16, 2006) at 11:16-38.<br>• *See, e.g.*, U.S. Pub. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract, [0003], [0012].<br>• *See, e.g.*, U.S. Pat. No. 7,089,507 (Lection et al.) (filed Aug. 12, 2002) at 1:52 – 2:2, 6:35-43, 3:25-29.<br>• *See, e.g.*, U.S. Pub. No. 2006/0048051 (Lazaridis) (pub. Mar. 2, 2006) at Abstract, [0012], [0013], [0039].<br>• *See, e.g.*, U.S. Pat. No. 7,327,932 (Ozawa et al.) (filed Jan. 16, 1998) at 5:1-6, 5:26-31, 7:9-37<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[2B]** detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determining a first box in the plurality of boxes at the location of the first gesture;<br><br>enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | • *See, e.g.*, U.S. Pat. No. 6,054,990 (Tran) (filed Jul. 5, 1996) at 11:64 – 12:20.<br>• *See, e.g.*, U.S. Pat. App. No. 2002/0069220 (Tran) (pub. Jun. 6, 2002) at [0127] – [132].<br>• *See, e.g.*, U.S. Pat. No. 7,933,632 (Flynt et al.) (filed Jun. 16, 2006) at 11:16-38.<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[2C]** while the first box is enlarged, detecting a second gesture on a second box other than the first box; and in | • *See, e.g.*, U.S. Pat. No. 5,877,751 (Kanemitsu et al.) at 16:44-50.<br>• *See, e.g.*, U.S. Pat. No. 6,054,990 (Tran) (filed Jul. 5, 1996) at 11:64 – 12:20.<br>• *See, e.g.*, U.S. Pat. App. No. 2002/0069220 (Tran) (pub. Jun. 6, 2002) at [0127] – |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| response to detecting the second gesture, translated the structured electronic document so that the second box is substantially centered on the touch screen display. | [132].<br>• *See, e.g.*, U.S. Pat. No. 7,933,632 (Flynt et al.) (filed Jun. 16, 2006) at 10:31-45, 11:16-38.<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[4]**  The method of claim 2, wherein the structured electronic document is a web page. | • *See, e.g.*, U.S. Pat. No. 7,933,632 (Flynt et al.) (filed Jun. 16, 2006) at 5:45-47.<br>• *See, e.g.*, U.S. Pat. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract, [0003].<br>• *See, e.g.*, U.S. Pat. No. 7,089,507 (Lection et al.) (filed Aug. 12, 2002) at 1:18-23.<br>• *See, e.g.*, U.S. Pat. No. 2006/0048051 (Lazaridis) (pub. Mar. 2, 2006) at [0025].<br>• Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[5]**  The method of claim 2, wherein the structured electronic document is an HTML or XML document. | *See* [4].<br><br>• *See, e.g.*, U.S. Pat. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract, [0003], [0012].<br>• *See, e.g.*, U.S. Pat. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract, [0003], [0008], [0012], [0022] – [0031].<br>• *See, e.g.*, U.S. Pat. No. 2006/0048051 (Lazaridis) (pub. Mar. 2, 2006) at [0004], [0025], [0026], [0030].<br>• Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011). |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| | - Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[6]** The method of claim 2, wherein:<br><br>the structured electronic document has a document width and a document length;<br><br>the touch screen display has a display width; and<br><br>displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length. | - *See, e.g.*, U.S. Pat. No. 6,054,990 (Tran) (filed Jul. 5, 1996) at 11:64 – 12:20.<br>- *See, e.g.*, U.S. Pat. App. No. 2002/0069220 (Tran) (pub. Jun. 6, 2002) at [0127] – [132].<br>- *See, e.g.*, U.S. Pat. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract, [0028].<br>- *See, e.g.*, U.S. Pat. No. 2006/0048051 (Lazaridis) (pub. Mar. 2, 2006) at [0040].<br>- *See e.g.*, U.S. Pat. No. 7,522,198 (Vanhatalo) (issed Apr. 21, 2009) at 1:46-60<br>- *See, e.g.*, U.S. Pat. No. 7,327,932 (Ozawa et al.) (filed Jan. 16, 1998) at 9:65-10:5<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[7]** The method of claim 6, wherein:<br><br>the touch screen display is rectangular with a short axis and a long axis;<br><br>the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and<br><br>the display width corresponds to the long axis when the structured electronic document is seen in | - *See, e.g.*, U.S. Patent No. 7,289,102 to Hinckley et al. at 9:20-55; FIG. 10; FIG. 11.<br>- *See, e.g.*, Karlson, Bederson and SanGiovanni, *AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices*, CHI 2005 at 201.<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| landscape view. | |
| **[8]** The method of claim 2, wherein the plurality of boxes are defined by a style sheet language. | *See* [4].<br><br>- *See, e.g.*, U.S. Pat. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract, [0022], [0023].<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[9]** The method of claim 8, wherein the style sheet language is a cascading style sheet language. | *See* [4].<br><br>- *See, e.g.*, U.S. Pat. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract, [0022], [0023].<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[10]** The method of claim 2, wherein the first gesture is a finger gesture. | - *See, e.g.*, U.S. Patent App. Pub. No. 2009/0135162 A1 (Wijdeven et al.) (filed Mar. 6, 2006).<br>- Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>- *See, e.g.*, US 7,138,983 (Wakai et al.) at 1:8-14, 9:9-15, 10:9-19, 43:32-34<br>- *See, e.g.,* US 2002/0060701 (Naughton et al) (May 23, 2002) at [0080], [136]<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[11]** The method of claim 2, wherein | - *See, e.g.*, U.S. Patent. App. Pub. No. 2006/0101354 (Hashimoto et al.) (filed Oct. 20, |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| the first gesture is a stylus gesture. |    2005).<br>• *See, e.g.*, U.S. Patent No. 6,157,935 (Tran et al.) (filed Dec. 17, 1996) at 54.<br>• *See, e.g.*, U.S. Pat. No. 6,054,990 (Tran) (filed Jul. 5, 1996) at 11:64 – 12:20.<br>• *See, e.g.*, U.S. Pat. App. No. 2002/0069220 (Tran) (pub. Jun. 6, 2002) at [0127] – [132].<br>• *See, e.g.*, U.S. Pat. No. 7,933,632 (Flynt et al.) (filed Jun. 16, 2006) at 4:48-50.<br>• *See, e.g.*, U.S. Pat. No. 7,089,507 (Lection et al.) (filed Aug. 12, 2002) at Abstract, 1:10-13, 1:61 – 2:2, 3:25-29.<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[12]** The method of claim 2, wherein the first gesture is a tap gesture. | *See* [10].<br><br>• *See, e.g.*, U.S. Patent No. 6,157,935 (Tran et al.) (filed Dec. 17, 1996) at 54.<br>• *See, e.g.*, U.S. Pat. No. 6,054,990 (Tran) (filed Jul. 5, 1996) at 11:64 – 12:20.<br>• *See, e.g.*, U.S. Pat. App. No. 2002/0069220 (Tran) (pub. Jun. 6, 2002) at [0127] – [132].<br>• Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>• *See, e.g.,* US 2002/0060701 (Naughton et al) (May 23, 2002) at [0139-140]<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[13]** The method of claim 12, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single | *See* [10].<br><br>• *See, e.g.*, U.S. Patent No. 6,157,935 (Tran et al.) (filed Dec. 17, 1996) at 54.<br>• *See, e.g.*, U.S. Pat. No. 6,054,990 (Tran) (filed Jul. 5, 1996) at 11:64 – 12:20. |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| finger, or a single tap with two fingers. | - *See, e.g.*, U.S. Pat. App. No. 2002/0069220 (Tran) (pub. Jun. 6, 2002) at [0127] – [132].<br>- Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>- *See, e.g.,* US 2002/0060701 (Naughton et al) (May 23, 2002) at [0139-140]<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[17]** The method of claim 2, wherein enlarging and translating the structured electronic document comprises displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display. | - Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>- *See, e.g.*, U.S. Pat. No. 5,877,751 (Kanemitsu et al.) at 16:44-50.<br>- *See, e.g.*, U.S. Pat. No. 7,327,932 (Ozawa et al.) (filed Jan. 16, 1998) at 9:65-10:5<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[18]** The method of claim 2, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display. | *See* [6]. |
| **[27]** The method of claim 2, including :<br><br>detecting a third gesture on the enlarged second box; and<br><br>in response to detecting the third | - *See, e.g.*, Karlson, Bederson and SanGiovanni, *AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices*, CHI 2005 at 201.<br>- *See e.g.*, *generally* U.S. Pat. No. 7,522,198 (Vanhatalo) (issed Apr. 21, 2009)<br>- *See, e.g.,* U.S. Pat. No. 7,852,357 (Kato) (issued Dec. 9, 2010) at Abstract, 2:1-61<br>- Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>- Admitted prior art<br>- Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| gesture, reducing in size the displayed portion of the structured electronic document. | Disclosures and Exhibits S, T, and U |
| [28] The method of claim 27, wherein the first box returns to its size prior to being enlarged. | <ul><li>See, e.g., Karlson, Bederson and SanGiovanni, *AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices*, CHI 2005 at 201.</li><li>See e.g., generally U.S. Pat. No. 7,522,198 (Vanhatalo) (issed Apr. 21, 2009)</li><li>See, e.g., U.S. Pat. No. 7,852,357 (Kato) (issued Dec. 9, 2010) at Abstract, 2:1-61</li><li>Knowledge of one of ordinary skill in the art before the date of alleged invention.</li><li>Admitted prior art</li><li>Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U</li></ul> |
| [29] The method of claim 27, wherein the third gesture and the first gesture are the same type of gesture. | *See* [10], [11], and [13]. |
| [30] The method of claim 27, wherein the third gesture is a finger gesture. | *See* [10]. |
| [31] The method of claim 27, wherein the third gesture is a stylus gesture. | *See* [11]. |
| [32] The method of claim 27, wherein the third gesture is a tap gesture. | *See* [10]. |
| [33] The method of claim 32, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | *See* [13]. |
| [34] The method of claim 2, wherein the second gesture and the first gesture are the same type of gesture. | *See* [10], [11], and [13]. |
| [35] The method of claim 2, wherein the second gesture is a finger gesture. | *See* [10]. |
| [36] The method of claim 2, wherein the second gesture is a stylus gesture. | *See* [11]. |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| **[37]** The method of claim 2, wherein the second gesture is a tap gesture. | *See* [10]. |
| **[38]** The method of claim 37, wherein the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | *See* [13]. |
| **[39]** The method of claim 2, including:<br><br>detecting a swipe gesture on the touch screen display; and<br><br>in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display. | *See* [10].<br><br>• *See, e.g.*, U.S. Pat. App. Pub. No. 2006/0026535 (Hotelling et al.) (pub. Feb. 2, 2006) at [0123], [0124].<br>• *See, e.g.*, U.S. Pat. No. 5,463,725 (Henckel et al.) (filed Dec. 31, 1992) at 2:66 – 4:24.<br>• *See, e.g.*, US 2002/0060701 (Naughton et al) (May 23, 2002) at [0145-148<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[40]** The method of claim 39, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display. | • *See, e.g.*, US Pat. No. 5,877,751 to Kanemitsu et al. at 16:44-50.<br>• *See, e.g.*, U.S. Pat. App. Pub. No. 2006/0101354 (Hashimoto et al.) (filed Oct. 20, 2005).<br>• *See, e.g.*, U.S. Pat. No. 7,933,632 (Flynt et al.) (filed Jun. 16, 2006) at 10:31-45.<br>• *See, e.g.*, U.S. Pat. App. No. 2004/0107403 (Tetzchner) (pub. Jun. 3, 2004) at Abstract.<br>• *See, e.g.*, U.S. Pat. No. 7,089,507 (Lection et al.) (filed Aug. 12, 2002) at 2:34-36<br>• *See generally* JP 20000163031A (Yasuhiro) (issued Jun. 16, 2000).<br>• Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>• *See, e.g.*, US 2002/0060701 (Naughton et al) (May 23, 2002) at [0145-148<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| | • Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[41]** The method of claim 39, wherein the swipe gesture is a finger gesture. | *See* [10]. |
| **[42]** The method of claim 39, wherein the swipe gesture is a stylus gesture. | *See* [11]. |
| **[47]** The method of claim 2, including:<br><br>detecting a change in orientation of the device,<br><br>in response to detecting the change in orientation of the device, rotating the display portion of the structured electronic document on the touch screen display by 90°. | • *See, e.g.*, U.S. Patent No. 7,289,102 to Hinckley et al. at 9:20-55; FIG. 10; FIG. 11.<br>• *See, e.g.*, U.S. Patent App. Pub. No. 2004/0236790 A1 (Anwar) (filed Mar. 24, 2004).<br>• Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[48]** The method of claim 2, including:<br><br>detecting a multi-finger de-pinch gesture on the touch screen display,<br><br>in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture. | • *See, e.g.*, U.S. Patent No. 7,138,983 (Wakai et al.) at 1:8-13, 12:32-49, FIG. 22A, FIG. 22B, FIG. 23A, FIG. 23B.<br>• *See, e.g.*, U.S. Patent App. Pub. No. 2009/0135162 A1 (Wijdeven et al.) (filed Mar. 6, 2006).<br>• *See generally* JP 20000163031A (Yasuhiro) (issued Jun. 16, 2000).<br>• Jeff Han Demonstrates His Breakthrough Touchscreen, TED Blog (Aug. 1, 2006), *available at* http://blog.ted.com/2006/08/01/jeff_han_on_ted/ (last visited Oct. 6, 2011).<br>• Knowledge of one of ordinary skill in the art before the date of alleged invention.<br>• Admitted prior art<br>• Analogous prior art as identified in Samsung's Patent Local Rules 3-3 and 3-4 Disclosures and Exhibits S, T, and U |
| **[49A]** A graphical user interface on a portable electronic device with a touch | *See* [2A]. |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| screen display, comprising: | |
| **[49B]** at least a portion of structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content; | *See* [2A]. |
| **[49C]** wherein:<br><br>in response to detecting a first gesture at a location on the portion of the structured electronic document:<br><br>a first box in the plurality of boxes at the location of the first gesture is determined;<br><br>the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display; | *See* [2B]. |
| **[49D]** while the first box is enlarged, a second gesture is detected on a second box other than the first box; and<br><br>in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display. | *See* [2C]. |
| **[50A]** A portable electronic device, comprising: | *See* [2A]. |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| a touch screen display; one or more processors; memory; and one or more programs, | |
| **[50B]** wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including: instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | *See* [2A]. |
| **[50C]** instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document; instructions for determining a first box in the plurality of boxes at the location of the first gesture; instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch | *See* [2B]. |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| screen display; | |
| **[50D]** instruction for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>instructions for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | *See* [2C]. |
| **[51A]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | *See* [2A]. |
| **[51B]** display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | *See* [2A]. |
| **[51C]** detect a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determine a first box in the plurality of boxes at the location of the first gesture; | *See* [2B]. |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display; | |
| **[51D]** while the first box is enlarged, detect a second gesture on a second box other than the first box; and<br><br>in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display. | *See* [2C]. |
| **[52A]** A portable electronic device with a touch screen display, comprising:<br><br>means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | *See* [2A]. |
| **[52B]** means for detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>means for determining a first box in the plurality of boxes at the location of the first gesture; | *See* [2B]. |

| U.S. Patent No. 7,864,163 | Prior Art References |
|---|---|
| means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | |
| **[52C]** means for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>means for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | *See* [2C]. |