Exhibit 5

# APPENDIX 7

'163-1[1]

U.S. Patent No. 7,864,163 is Anticipated and/or Obvious in Light of Bederson et al.: Applens and LaunchTile Tile: Two Designs for One-Handed Thumb Use on Small Devices ("LaunchTile Publication"),[2] the LaunchTile System ("LaunchTile System"),[3] and the XNav System ("XNav System")[4]

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| Claim 2 | |
| [2a] A computer-implemented method, comprising:<br><br>at a portable electronic device with a touch screen display; | The LaunchTile System, XNav System, and the LaunchTile Publication each disclose a computer implemented method. For example, LaunchTile is configured to run on mobile computing devices running versions of the Windows operating system, including the Compaq iPaq h1900 series Pocket PC. According to the Declaration of Benjamin Bederson, The XNav software was "a variant" of the LaunchTile software and "was meant to run on different mobile touch-screen devices and on different operating systems than LaunchTile." |

[1] Each of the LaunchTile Publication, the LaunchTile System, the XNav System independently anticipate the claims of the '163 patent. For simplicity, one claim chart is provided for both the anticipating systems and the anticipating publication

[2] The LauchTile Publication is Bederson et al., *AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices*, CHI 2005, ACM, Apr. 2-7, 2005 (hereafter "LaunchTile Publication") (Exhibits A-C to the Bederson Declaration filed Aug. 22, Dkt. No. 165).

[3] The LaunchTile System is comprised of the LaunchTile executable running on a Compaq iPaq 1900 series Pocket PC. *See* Executable version of LaunchTile (Exhibit F to the Bederson Declaration filed Aug. 22, Dkt. No. 165). The LaunchTile System is described in Bederson et al., *AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices*, CHI 2005, ACM, Apr. 2-7, 2005 (hereafter "LaunchTile Publication") (Exhibits A-C to the Bederson Declaration filed Aug. 22, Dkt. No. 165); Video Demonstration of LaunchTile (Exhibit D to the Bederson Declaration filed Aug. 22, Dkt. No. 165); PowerPoint slides displayed at the CHI conference (Exhibit E to the Bederson Declaration filed Aug. 22, Dkt. No. 165). In addition to being attached the Bederson declaration filed on August 22, these documents have been previously produced in this litigation.

[4] The XNav System is comprised of the XNav executable running on a Sony VGN-U750P tablet device or a standard desktop PC. *See* Source Code for XNav (Exhibit G to the Bederson Declaration filed Aug. 22, Dkt. No. 165); and Executable version of source code ("Bin" directory of Exhibit G to the Bederson Declaration filed Aug. 22, Dkt. No. 165). The XNav System is described in the Declaration of Benjamin Bederson ¶¶ 19-22 (filed Aug. 22, Dkt. No. 165). It was developed using the LaunchTile code base and its features are similar to those in the LaunchTile System as described by the LaunchTile Publication.

1

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | The LaunchTile and XNav Systems are executable on portable electronic devices with a touch screen display such as PDAs and cell phones. *See* LaunchTile Publication at 201.  The method of the LaunchTile System includes displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.  For example, the LaunchTile Publication discloses a structured electronic document in the form of an "interactive zoomspace consisting of 36 application tiles."   Additionally, the structured electronic document displayed by the LaunchTile System comprises a plurality of boxes.  The "zoomspace" arranges the 36 application tiles into 4-tile, 2x2 clusters, called *zones*.  "The zones are arranged as a 3x3 grid . . . ." (p.205).  The LaunchTile zoomspace consists of 3 zoom levels: World (36 tiles), Zone (4 tiles), and Application (1 tile). <br><br>   |

2

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | A similar "interactive zoomspace" is provided in XNav:<br><br> |
| **[2b]**  detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determining a first box in the plurality of boxes at the location of the first gesture;<br><br>enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | The LaunchTile and XNav Systems (as described by LaunchTile Publication) detects a first gesture at a location on the displayed portion of the structured electronic document. LaunchTile uses gestures on a touch-sensitive screen for navigation, and works with both single and multi-tap input. *See,* LaunchTile Publication at 202.<br><br>**I.**  The LaunchTile and XNav Systems determine a first box in the plurality of boxes at the location of the first gesture and enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display.  In both the LaunchTile and XNav Systems, a gesture at any location in a 2x2 "zone" (i.e. a "first box in the plurality of boxes") will provide the user with a "Zone view" (i.e., "enlarging") which "divides the screen area into 4 equally-sized application tiles.  "Single-tapping a zone animates to Zone view, displaying the zone's 4 notification tiles."  *See* LaunchTile Publication at 205.  The LaunchTile Publication describes the "zooming" effect as an animated process (*i.e.* "**_translating_**") of the structured electronic document, which involves "draw[ing] the zoomspace toward the user until the target . . . fills the entire display."  *See* LaunchTile Publication at 205. |

3

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
|  |  |

A "first box"

"substantially centered

**II.** Alternatively, it is my opinion that the "first box in the plurality of boxes" can be defined by a 1x2 region of the interactive zoomspace (*i.e.*, the first row of a 4-tile zone).  In response to a single tap in a 1x2 "box," the user is provided a zone view in which the 1x2 region wherein the structured electronic document is enlarged and translated so that the 1x2 region is "substantially centered" on the touch screen display.

A "first box"

"substantially centered

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| **[2c]**  while the first box is enlarged, detecting a second gesture on a second box other than the first box; and in response to detecting the second gesture, translated the structured electronic document so that the second box is substantially centered on the touch screen display. | **I.**  While the first box is enlarged, the LaunchTile and XNav Systems detect a second gesture on a second box other than the first box, and in response to detecting the second gesture, translates the structured electronic document so that the second box is substantially centered on the touch screen display.  In both the LaunchTile and XNav systems, the user "taps any of the 4 notification tiles within Zone view to launch a corresponding application."  Therefore, in response to a second gesture (user tap) at the location of a second box (notification tile), "[a]n animated zoom draws the zoomspace toward the user until the target application fills the entire display . . . ."  See LaunchTile Publication at 205.<br><br><br><br>LauchTile Zone View  LauchTile Application View<br><br>XNav Zone View  XNav Application View |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | **I.A.** Alternatively, the LaunchTile and XNav Systems permit a user to "use his or her thumb directly to drag the zoomspace. Dragging is performed 'on rails,' permitting the user to drag vertically and horizontally, but not diagonally." "[T]he zoomspace moves with the thumb during dragging . . . ." *See* LaunchTile Publication at 205. Therefore, after the translating and enlarging step of claim limitation [2b], a LaunchTile and/or XNav user is able to perform an interim dragging gesture to bring a second box, "other than the first box," into view. After this interim dragging step, the "first box" remains enlarged even though it is no longer visible on the touch screen display. Therefore, a single-tap gesture on a "second box," "other than the first box," "while the first box is enlarged," will then translate the structured electronic document such that the second box is "substantially centered" on the touch screen display. |



Enlarged and substantially centered | "Drag" to a adjacent zone | Gesture on second box other than the first box

**I.B.** Alternatively, at certain screen resolutions for the Sony VGN-U750P tablet device, I have recognized that when the first box (the first 4-tile zone) is enlarged and substantially centered on the touch-screen display, a portion of a second box (an application tile from a second 4-tile zone) is sometimes visible. When visible, I have recognized that I am able to select this second box and the that second box will be enlarged and translated such that it fills the touch-screen display. Therefore, it is my opinion that the XNav System, operating at these screen resolutions, also anticipates claim 2.

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | **II.**  Alternatively, if the "first box" in the plurality of boxes is construed as a 1x2 region, then from "zone view," the user can tap on a "second box" (*i.e.* an application tile) other than the first box.  Upon this "second gesture," the "second box" is substantially centered on the touch screen display. |

A "second box" "other
than the first box"



A "first
box"

First box enlarged and
"substantially centered"

Second box
"substantially
centered"

**III.**  Alternatively, to the extent the LaunchTile and XNav Systems do not practice claim limitation [2c] exactly as written, it would have been obvious to one of ordinary skill in the art to combine the functionality described by limitation [2c] with the LaunchTile and XNav Systems.  LaunchTile and XNav describe a method of zooming and panning across an information space.  By using a combination of zooming and panning techniques, users are able to access bounded areas of content ("boxes" of content) at varying levels of detail.  To the extent the LaunchTile and XNav Systems do not permit users to perform the enlarging and translating steps of claim 2 in the precise *order* that claim 2 specifies, the performance of said steps in said order adds only trivial functionality and would have been well within the

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
|  | grasp of one ordinarily skilled in the art.  Performing the well-known zooming (*i.e.* "enlarging") and translating (*i.e.* "panning") steps of claim 2 in a particular order is nothing more than a combination of familiar elements that yields only predictable results. |
| **Claim 4** |  |
| **[4]**  The method of claim 2, wherein the structured electronic document is a web page. | To the extent the LaunchTile and XNav systems do not expressly or inherently practice a method wherein the structured electronic document is a web page, it would have been obvious to one of ordinary skill in the art to define the electronic document as a web page, as web pages were typically accessed on devices, such as those executing LaunchTile.<br><br>Alternatively, it would have been obvious to one of ordinary skill in the art to combine the zooming and panning techniques of LaunchTile with one of Van Ee '699 (U.S. Patent App. 2002/0030699); Tetzchner '403 (U.S. Patent App. 2004/0107403); or Berger '221 (U.S. Patent App. 2005/0195221).<br><br>Van Ee '699 describes the use of an "auto zoom" feature for use in handheld information processing devices with Internet access.  *See* Van Ee '699 at [0008], [0018].<br><br>Tetzchner '403 states that "[f]rom a number of prior art Web browsers it is known to use zooming in order to view pages written in e.g. HTML on a display.  In this way, a small portion of the page may be enlarged to fill the display so that details of the page are shown." *See* Tetzchner '403 at [0005].<br><br>Berger '221 states that a "fundamental functional component" of its design "involves the partitioning of a web page(s) into segments or 'focus regions.'"  *See* Berger '221 at [0082]. |
| **Claim 5** |  |
| **[5]**  The method of claim 2, wherein the structured electronic document is an HTML or XML document. | To the extent the LaunchTile and XNav Systems do not expressly or inherently practice an HTML or XML document, it would have been obvious to one of ordinary skill in the art to define the electronic document as an HTML or XML document, as an HTML or XML document were typically accessed on devices, such as those executing LaunchTile.<br><br>Alternatively, it would have been obvious to one of ordinary skill in the art to combine |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
|  | Robbins '349 with Tetzchner '403 (U.S. Patent App. 2004/0107403).<br><br>Tetzchner '403 states that "[f]rom a number of prior art Web browsers it is known to use zooming in order to view pages written in e.g. HTML on a display.  In this way, a small portion of the page may be enlarged to fill the display so that details of the page are shown." *See* Tetzchner '403 at [0005]. |
| **Claim 6** |  |
| **[6]**  The method of claim 2, wherein:<br><br>the structured electronic document has a document width and a document length;<br><br>the touch screen display has a display width; and<br><br>displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length. | The LaunchTile and XNav Systems practice a method wherein the structured electronic document has a document width and a document length.  LaunchTile and XNav run on a device with a touch screen display that has a display width.  LaunchTile and XNav scales the document width to fit within the display width independent of the document length.<br><br>The LaunchTile and XNav Systems scale the document to fit a number of boxes within the screen.  LaunchTile Publication discloses that the number of tiles is configurable and scalable.  *See,* LaunchTile Publication at 204.  The LaunchTile Publication also states that method "leverages Scalable user Interface (ScUI) techniques to allow the system to adapt to different screen resolutions as well as support both portrait and landscape device rotation." *See* LaunchTile Publication at 201.<br><br>Furthermore, one of ordinary skill in the art would understand that it is inherent in the method disclosed in the LaunchTile System, the XNav System, and the LaunchTile Publication that the structured electronic document has a document width and a document length, that the touch screen display has a width, and that the document can be scaled to fit within the display width independent of the document length. |
| **Claim 7** |  |
| **[7]**  The method of claim 6, wherein:<br><br>the touch screen display is rectangular with a short axis and a long axis; | The LaunchTile Publication discloses a method wherein the touch screen display is rectangular with a short axis and a long axis, the display width corresponds to the short axis when the structured electronic document is seen in portrait view, and the display width corresponds to the long axis when the structured electronic document is seen in landscape view.  The LaunchTile Publication states that the Systems leverage Scalable User Interface |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and<br><br>the display width corresponds to the long axis when the structured electronic document is seen in landscape view. | (ScUI) techniques to support device rotation between portrait and landscape mode. *See, e.g.,* LaunchTile Publication at 201.<br><br>Also, the XNav System permits the user to view the structured electronic document such that the display width corresponds to the short axis when the structured electronic document is seen in portrait view, and the display width corresponds to the long axis when the structured electronic document is seen in landscape view.  The Sony VGN-U750P tablet device enables a user to change the display orientation and thereby align a given axis of a structured electronic document with a given edge of the touch screen display.<br><br>To the extent the LaunchTile System, the XNav System, and the LaunchTile Publication do not expressly or inherently disclose this limitation (having the display width correspond to the short axis when the structured electronic document is seen in portrait view and correspond to the long axis when the structured electronic document is seen in landscape view), it would have been obvious to one of ordinary skill in the art to combine the zooming and panning techniques of LaunchTile and XNav with the display rotation technique disclosed by Hinkley '102 (U.S. Patent No. 7,289,102).<br><br>Hinckley '102 describes:<br><br>In other embodiments of the present invention, the tilt sensor is used to detect the orientation of the mobile device so that the image on the display of the mobile device may be matched to the mobile device orientation.<br><br>FIG. 10 provides an example of a mobile device 1100 in an upright orientation.  In FIG. 10, the present invention displays an image 1102 of a set of text in a portrait orientation to match the orientation of mobile device 1100. FIG. 11 shows the same mobile device rotated counterclockwise 90°.  Under the present invention, this rotation is sensed by the tilt sensors and in response, a new image 1104 of the set of text is displayed.  In particular, image 1104 shows the text in a landscape view to match the new orientation of mobile device 1100. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | Under the present invention, the displayed image may be matched to the orientation of the device through a simple rotation of the display image or though a redrawing of the display image based on the orientation of the device and the relative dimensions of the display in that orientation. |
| | A simple rotation is typically performed by using the center of the screen as the center of rotation.  For such rotations, a transform of points x, y in the document to point x′, y′ on the screen is given by equation 3: |
| | $$M = T \cdot R \cdot T^{-1}$$ |
| | Where T is a translation and R is the 2D rotation matrix for 0°, 90°, 180°, or 270°. |
| | A redrawing of the image that takes the dimensions of the display into consideration allows application to change the contents of the image before redrawing the image.  For instance, a word processing application can recalculate word wrapping based on the dimensions of the display in its new orientation.  Thus, the number of words per line will change when the image is drawn in its new orientation.  An example of this effect can be seen by comparing the text in image 1102 to the text in image 1104. |
| | Hinckley '102 at 9:20-55. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | <br><br>FIG. 10<br><br>FIG. 11 |
| **Claim 8** | |
| **[8]** The method of claim 2, wherein the plurality of boxes are defined by a style sheet language. | *See* **[4]**, **[5]**.<br><br>To the extent the LaunchTile System, the XNav System, and the LaunchTile Publication do not expressly or inherently disclose a style sheet language, it would have been obvious to one of ordinary skill in the art to define the plurality of boxes using a style sheet language, as is typically done with web pages and HTML.<br><br>Alternatively, it would have been obvious to one of ordinary skill in the art to combine the zooming and panning techniques of LaunchTile and XNav with Tetzchner '403 (U.S. Patent App. 2004/0107403), which states "The HTML document generally consists of three parts: content, structure, and style . . . The style is written in a style sheet or through presentation elements . . . ." *See* Tetzchner '403 at [0022]. |
| **Claim 9** | |
| **[9]** The method of claim 8, wherein the style sheet language is a cascading style sheet language. | *See* **[4]**, **[5]**, **[8]**.<br><br>Alternatively, it would have been obvious to one of ordinary skill in the art to combine the zooming and panning techniques of LaunchTile and XNav with Tetzchner '403 (U.S. Patent |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | App. 2004/0107403), which states "The style sheet language preferably used is CSS (Cascading Style Sheets) . . . ."  *See* Tetzchner '403 at [0023]. |
| **Claim 10** | |
| **[10]**  The method of claim 2, wherein the first gesture is a finger gesture. | The first gesture used with the LaunchTile and XNav Systems is a finger gesture.<br><br>For example, depending on the device LaunchTile or XNav is used with, the first gesture may be a finger gesture.  *See*, LaunchTile Publication at 202, 204-05. |
| **Claim 11** | |
| **[11]** The method of claim 2, wherein the first gesture is a stylus gesture. | The LaunchTile Publication discloses the use of a stylus in mobile computer devices – "[O]ur work . . . closely resembles the onscreen gestures that have played a prominent role in stylus-based mobile computing . . . ."  LaunchTile Publication at 202.<br><br>Further, the LaunchTile System is capable of performing the method of claim 2 wherein the first gesture is a stylus gesture. |
| **Claim 12** | |
| **[12]** The method of claim 2, wherein the first gesture is a tap gesture. | The first gesture with the LaunchTile and XNav Systems is a tap gesture.<br><br>*See* **[10]**.<br><br>For example, LaunchTile and XNav allows a user to tap on a box to enlarge and translate the document.  *See*, LaunchTile Publication at 202-204. |
| **Claim 13** | |
| **[13]** The method of claim 12, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The first gesture with the LaunchTile and XNav Systems is a single tap with a single finger.<br><br>To the extent the LaunchTile System, the XNav System, and the LaunchTile Publication do not disclose a method wherein the first gesture is a double tap, it would have been obvious to one of ordinary skill in the art to modify the these Systems to detect a double, rather than a single tap. |

13

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | *See* **[10]**, **[12]**. |
| **Claim 17** | |
| **[17]** The method of claim 2, wherein enlarging and translating the structured electronic document comprises displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display. | the LaunchTile and XNav Systems practice enlarging and translating the structured document includes displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display.<br><br>For example, LaunchTile Publication describes how the LaunchTile and XNav Systems display a portion of the second box of content when the first box is enlarged and translated.<br><br><br><br>*See*, LaunchTile Publication at 204, Figure 4.<br><br>Regardless of whether first box is defined as the 2x2 zone, a 1x2 region within the zone, or |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | by "Blue," at least a portion of a second box (*i.e.* an application tile) is visible. |
| **Claim 18** | |
| **[18]** The method of claim 2, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display. | The LaunchTile and XNav Systems expand the first box so that the width of the first box is substantially the same as the width of the touch screen display.  When a user taps on either a a 2x2 zone or a 1x2 box, "LaunchTile divides the screen area into 4 equally sized application tiles."  *See* LaunchTile Publication at 205. |
| **Claim 27** | |
| **[27]** The method of claim 2, including :<br><br>detecting a third gesture on the enlarged second box; and<br><br>in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document. | The LaunchTile and XNav Systems detect a third gesture on the enlarged second box, and in response to detecting the third gesture, reduces in size the displayed portion of the structured electronic document.<br><br>For example, the LaunchTile Publication states that "Once an application is launched, three dedicated System buttons along the top edge of the screen support inter- and intra-application navigation . . .  A green Home button immediately zooms the view out to the Home screen." *See* LaunchTile Publication at 205.<br><br>Therefore, in response to a ***third gesture*** on the green Home button  (part of the ***enlarged second box***), the zoom level is returned to the "home screen" which depicts the original 36-tile, interactive "zoom space." <br><br><br>*Enlarged second box in LaunchTile* |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | Similarly, in XNav, the user is provided a panel of controls that includes a button permitting the user to zoom back out to the zone view.  Therefore, in response to a ***third gesture*** on the zoom out button  (part of the ***enlarged second box***), the displayed portion of the structured electronic document is ***reduced*** in size.<br><br><br><br>*Enlarged second box in XNav* |
| **Claim 28** | |
| **[28]** The method of claim 27, wherein the first box returns to its size prior to being enlarged. | The LaunchTile Publication discloses the method of claim 2 wherein the first box is returned to its size prior to being enlarged.  The LaunchTile Publication states that "[o]nce an application is launched, three dedicated System buttons along the top edge of the screen support inter- and intra-application navigation . . .  A green Home button immediately zooms the view out to the Home screen."  *See* LaunchTile Publication at 205.<br><br>To the extent the LaunchTile and XNav Systems I used do not return the user to "world" view upon a user tap on the green home screen button, it is my opinion that reducing in size the displayed portion of the structured electronic document wherein the first box (*i.e.* 4-tile zone) is returned to its size prior to being enlarged would have been obvious to one of ordinary skill in the art.  The obviousness of this feature is confirmed by a feature I observe in the email application of the LaunchTile System.  In the LaunchTile System, I observe that |

16

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
|  | I can view an email message from a list of messages by selecting the desired message from the list and tapping on the large, blue onscreen button.  From the individual message view, I can either tap the "back" "box" at the top of the screen to return to the email list, *or* I can tap the green Home button to immediately zoom all the way out to the zone view.  Therefore, the LaunchTile System practices a method of permitting the user to access multiple levels and views of a structured electronic document and recognizes the need to permit the user to either (i) return to the previous view/level of zoom, or (ii) jump back several levels to some initial or primary view/level of zoom.  *See* [27]. |
| **Claim 29** |  |
| [29] The method of claim 27, wherein the third gesture and the first gesture are the same type of gesture. | The LaunchTile and XNav Systems practice a method wherein the third gesture and the first gesture are the same type of gesture.  *See* [27].  For example, in LaunchTile, the first and third gestures are a single tap.  *See*, LaunchTile Publication at 202-204. |
| **Claim 30** |  |
| [30] The method of claim 27, wherein the third gesture is a finger gesture. | The LaunchTile and XNav Systems practice a method wherein the third gesture is a finger gesture.  *See* [10]. |
| **Claim 31** |  |
| [31] The method of claim 27, wherein the third gesture is a stylus gesture. | The LaunchTile Publication discloses the use of a stylus gesture.  Further, the LaunchTile System is capable of performing the method of claim 2 wherein the |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | first gesture is a stylus gesture.<br><br>*See* [11]. |
| **Claim 32** | |
| [32] The method of claim 27, wherein the third gesture is a tap gesture. | The LaunchTile and XNav Systems practice a method wherein the third gesture is a tap gesture.<br><br>*See* [10]. |
| **Claim 33** | |
| [33] The method of claim 32, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The first gesture with the LaunchTile and XNav Systems is a single tap with a single finger.<br><br>To the extent the LaunchTile and XNav Systems do not practice  a method wherein the third gesture is a double tap, it would have been obvious to one of ordinary skill in the art to modify the LaunchTile System to detect a double, rather than a single tap.<br><br>*See* [13]. |
| **Claim 34** | |
| [34] The method of claim 2, wherein the second gesture and the first gesture are the same type of gesture. | The LaunchTile and XNav Systems practice a method wherein the second gesture and the first gesture are the same type of gesture.<br><br>*See* [29]. |
| **Claim 35** | |
| [35] The method of claim 2, wherein the second gesture is a finger gesture. | The LaunchTile and XNav Systems practice a method wherein the second gesture is a finger gesture.<br><br>*See* [10]. |
| **Claim 36** | |
| [36] The method of claim 2, wherein | The LaunchTile Publication discloses the use of a stylus gesture. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| the second gesture is a stylus gesture. | Further, the LaunchTile System is capable of performing the method of claim 2 wherein the first gesture is a stylus gesture.<br><br>*See* **[11]**. |
| **Claim 37** | |
| **[37]** The method of claim 2, wherein the second gesture is a tap gesture. | The LaunchTile and Xnav Systems practice a method wherein the second gesture is a tap gesture.<br><br>*See* **[10]**. |
| **Claim 38** | |
| **[38]** The method of claim 37, wherein the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The first gesture with the LaunchTile and XNav Systems is a single tap with a single finger.<br><br>To the extent LaunchTile and XNav Systems do not practice a method wherein the second gesture is a double tap, it would have been obvious to one of ordinary skill in the art to implement the method described by LaunchTile with the ability to detect a double, rather than a single tap.<br><br>*See* **[13]**. |
| **Claim 39** | |
| **[39]** The method of claim 2, including:<br><br>detecting a swipe gesture on the touch screen display; and<br><br>in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display. | The LaunchTile and XNav Systems detect a swipe gesture on the touch screen display, and in response to detecting the swipe gesture, translate the displayed portion of the structured electronic document on the touch screen display.<br><br>The LaunchTile Publication disclose a panning technique wherein from the "zone view," "the user can use his or her thumb directly to drag the zoomspace.  Dragging is performed 'on rails,' permitting the user to drag vertically and horizontally, but not diagonally."  "[T]he zoomspace moves with the thumb during dragging . . . ."  *See*  LaunchTile Publication at 205. |

19

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| |  |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| **Claim 40** | |
| **[40]** The method of claim 39, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display. | The LaunchTile and XNav Systems practice a method wherein translating comprises vertical and horizontal movement.  They therefore satisfy the claim limitation requiring horizontal, *or* diagonal movement of the structured electronic document on the touch screen display.<br><br>Additionally, upon using the LaunchTile System, I have noticed that when a user opens the map program in the center 4-tile zone, the map (*i.e.* structured electronic document) can be translated in any direction in response to a user swipe. |
| **Claim 41** | |
| **[41]** The method of claim 39, wherein the swipe gesture is a finger gesture. | The LaunchTile and XNav Systems practice a method wherein the swipe gesture is a finger gesture.<br><br>*See* **[10]**. |
| **Claim 42** | |
| **[42]** The method of claim 39, wherein the swipe gesture is a stylus gesture. | The LaunchTile and XNav Systems practice a method wherein the swipe gesture is a stylus gesture.<br><br>*See* **[11]**. |
| **Claim 47** | |
| **[47]** The method of claim 2, including:<br><br>detecting a change in orientation of the device,<br><br>in response to detecting the change in orientation of the device, rotating the | To the extent the LaunchTile and XNav Systems do not expressly or inherently disclose this limitation (in response to detecting the change in orientation of the device, rotating the display portion of the structured electronic document on the touch screen display by 90°), it would have been obvious to one of ordinary skill in the art to combine the zooming and panning techniques of LaunchTile with Hinkley '102 (U.S. Patent No. 7,289,102).<br><br>*See* **[7]**. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| display portion of the structured electronic document on the touch screen display by 90°. | |
| **Claim 48** | |
| **[48]** The method of claim 2, including:<br><br>detecting a multi-finger de-pinch gesture on the touch screen display,<br><br>in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture. | To the extent that the LaunchTile and XNav Systems do not explicitly or inherently practice Claim 48, (detecting a multi-finger de-pinch gesture on the touch screen display and in response, enlarging a portion of the display in accordance with the de-pinch gesture), this type of functionality was well-known in the art and it would have been obvious to one of ordinary skill to combine the zooming and panning techniques of LaunchTile with the well-known multi-finger de-pinch technique.<br><br>For instance, Wakai '983 (U.S. Patent No. 7,138,983) discloses a position information processor apparatus that detects position coordinates and paths of the position coordinates input by a finger, a pen, or a pointer, and interprets an instruction, input by a user and represented by the path, to perform an operation on device such as a touch panel. *See*, Wakai '983 at 1:8-13.  One of the embodiments disclosed in Wakai '983 shows:<br><br>an operational example that is interpreted as an expansion operation.  As shown [in FIGS. 22A and 22B], designated positions points A and B at the start time $t^1$ of a travel are respectively shifted to designated position points A′ and B′ at the end time $t^5$ of the travel.  This input is interpreted as an expansion operation.<br><br>FIGS 23A and 23B show the corresponding data samples that are interpreted as the expansion operation.  In a graph 2301, the XY coordinates of the designated position points are $At^1$(7,5) and $Bt^1$(8,6) at the start time $t^1$ and $At^5$(3,3) and $Bt^5$(12,10) at the end time $t^5$ of the travel.  Referring to a table 2302, the distance between the designated points at the start time $t^1$ is 1.118, and 11.402 at the end time $t^5$.  The mount of change in the distance between the designated position points is +13.589 from the start time $t^1$, to the end time $t^5$.  The magnification of the distance change between the designated position points from the start time $t^1$, to the end time $t^5$ is 1020%. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| | Wakai '983 at 12:32-49.<br><br><br><br>Additionally the Jefferson Han multi-touch system discloses a multi-finger de-pinch technique that enlarges a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.<br><br>*See, e.g., Han TED Video*<br>    single touch scrolling at 3:30-3:34; 5:58-6:03<br>    multi-touch zooming at 1:41; 2:35-3:16; 4:50-5:10; 6:00-6:21; 6:44-6:55<br>    rotating a view at 2:37-3:10<br><br>*See also:* |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| |  In our lightbox application, users can not only move photographs around each with both of their hands, but can also use a simple two-point operation to simultaneously pan, zoom, and rotate the object in one natural and intuitive motion. A similar interface is offered in a geospatial browsing application, but along with additional gestures to handle navigation in the 3rd dimension.<br><br>(*Han Multi-touch Interaction Wall* at 1)<br><br>Wakai '983, the Han multi-touch system, and LaunchTile/XNav relate to a display touch type information input system for inputting operating information by detecting contact on a touch screen.  *See generally* Wakai '983.  Therefore, one of ordinary skill in the art would understand how to use the disclosures of Wakai '983 and Han in combination with LaunchTile/XNav and LaunchTile Publication's disclosure of a mobile phone with a touch screen that allows users to enlarge portions of graphical information.  Moreover, one of ordinary skill in the art would recognize that it would improve similar systems and methods in the same way and promote the goals of improved operability for small device with touch screens. |
| Claim 49 | |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| **[49A]** A graphical user interface on a portable electronic device with a touch screen display, comprising: | The LaunchTile and XNav Systems include a graphical user interface on a portable electronic device with a touch screen display.<br><br>*See* **[2a]**. |
| **[49B]** at least a portion of structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content; | The LaunchTile and XNav Systems includes at least a portion of structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* **[2a]**. |
| **[49C]** wherein:<br><br>in response to detecting a first gesture at a location on the portion of the structured electronic document:<br><br>a first box in the plurality of boxes at the location of the first gesture is determined;<br><br>the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display; | In response to detecting a first gesture at a location on the portion of the structure electronic document, The LaunchTile and XNav Systems determine a first box in the plurality of boxes at the location of the first gesture and enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* **[2b]**. |
| **[49D]** while the first box is enlarged, a second gesture is detected on a second box other than the first box; and<br><br>in response to detecting the second gesture, the structured electronic document is translated so that the | While the first box is enlarged, The LaunchTile and XNav Systems detect a second gesture on a second box other than the first box.  In response to detecting the second gesture, the LaunchTile and XNav Systems translate the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>*See* [**2c**]. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| second box is substantially centered on the touch screen display. | |
| **Claim 50** | |
| **[50a]** A portable electronic device, comprising:<br><br>a touch screen display;<br>one or more processors;<br>memory; and<br>one or more programs, | The LaunchTile and XNav Systems run on a portable electronic device that includes a touch screen display, one or more processors, memory, and one or more programs.<br><br>*See* [**2a**]. |
| **[50b]** wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:<br><br>instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | The LaunchTile and XNav Systems is stored in the memory, and is configured to be executed by the one or more processors.  LaunchTile includes instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* [**2a**]. |
| **[50c]** instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>instructions for determining a first box in the plurality of boxes at the location of the first gesture;<br><br>instructions for enlarging and | The LaunchTile and XNav Systems includes instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document, instructions for determining a first box in the plurality of boxes at the location of the first gesture, and instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* [**2b**]. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| translating the structured electronic document so that the first box is substantially centered on the touch screen display; | |
| **[50d]** instruction for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>instructions for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | The LaunchTile and XNav Systems include instructions for, while the first box is enlarged, detecting a second gesture on a second box other than the first box, and in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>*See* **[2c]**. |
| **Claim 51** | |
| **[51a]** A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | The LaunchTile and XNav Systems run on and discloses a device and that includes a non-transitory computer readable storage medium, and/or is stored on a non-transitory computer readable storage medium storing one or more programs.  Launch tile is a program comprising instructions, which when executed by a portable electronic device with a touch screen display.<br><br>*See*  **[2a]**.  LaunchTile is stored on a non-transitory computer readable storage medium, such as register memory, processor cache, or Random Access Memory.  *See*, LaunchTile Publication. |
| **[51b]** display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | The LaunchTile and XNav Systems display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* **[2a]**. |

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| **[51c]** detect a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determine a first box in the plurality of boxes at the location of the first gesture;<br><br>enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display; | The LaunchTile and XNav Systems detect a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the plurality of boxes at the location of the first gesture, and enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* **[2b]**. |
| **[51d]** while the first box is enlarged, detect a second gesture on a second box other than the first box; and<br><br>in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, the LaunchTile and XNav Systems detect a second gesture on a second box other than the first box, and in response to detecting the second gesture, LaunchTile/XNav translates the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>*See* **[2c]**. |
| **Claim 52** | |
| **[52a]** A portable electronic device with a touch screen display, comprising:<br><br>means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | The LaunchTile and XNav Systems run on and discloses a portable electronic device with a touch screen display, including a processor executing computer instructions that display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content.<br><br>*See* **[2a]**. |

28

| U.S. Patent No. 7,864,163 | LaunchTile System, XNav System, and LaunchTile Publication |
|---|---|
| **[52b]** means for detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>means for determining a first box in the plurality of boxes at the location of the first gesture;<br><br>means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | The LaunchTile and XNav Systems run on a portable device including a processor executing computer instructions that detect a first gesture at a location on the displayed portion of the structured electronic document, determines a first box in the plurality of boxes at the location of the first gesture, and enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br>*See* **[2b]**. |
| **[52c]** means for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>means for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | The LaunchTile and XNav Systems run on a portable device that includes a processor executing computer instructions that, while the first box is enlarged, detecting a second gesture on a second box other than the first box and in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br>*See* **[2c]**. |