# Exhibit 8

| | |
|---|---|
| From: | Diane Hutnyan <dianehutnyan@quinnemanuel.com> |
| Sent: | Monday, August 13, 2012 11:57 PM |
| To: | Bartlett, Jason R. |
| Cc: | AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| Subject: | HPOs for Van Dam, Agnetta, Gray, O'Brien and Teece |

Here are Samsung's HPOs for Van Dam, Agnetta, Gray, O'Brien and Teece.

Andries Van Dam, Ph.D.

PDX 27.22
- Outside the scope – Dr. van Dam did not provide an opinion on infringement
- FRE 403 – highly confusing to the jury by tying the claim language to a particular device

ITC Inv. No. 337-TA-796 hearing transcript
- Excluded pursuant to Samsung's MIL 4 - materials from parallel proceedings prejudicial under FRE 403.

Bryan Agnetta

54:08-54:09
- Testimony improperly calls for expert opinion.

54:18-54:19
- Testimony improperly calls for expert opinion.

Also, we counter-counter-designate the following lines:
- 55:16-55:22
- 55:25-56:1

If Apple withdraws the two clips we object to, we will withdraw the rebuttal designations.

Stephen Gray

PX49
- Lacks foundation and outside the scope of Mr. Gray's testimony.

PDX41.1
- Outside the scope of Mr. Gray's opinions.

Dr. Vincent E. O'Brien

PX2010
- FRE 801. Inadmissible hearsay.
- FRE 403. Unduly prejudicial.

Samsung Opening Slide 145
- FRE 801. Inadmissible hearsay.
- FRE 403. Unduly prejudicial.

David J. Teece, Ph.D.

PX 85
- Hearsay; no evidence that statements in purported pleading were made or adopted by Samsung.

1

- FRE 403; incomplete and redacted document pertaining to foreign law, involving different parties, a different factual situation, and different technologies.

PX 87
- Hearsay; expert reports are hearsay and no basis for concluding that Samsung has adopted the statements made therein.
- FRE 403; expert report submitted in the Netherlands, under foreign law, involving different parties, a different factual situation, and different technologies, would be unduly confusing and prejudicial.