# Exhibit 11

Subject: Fwd: 3GSM Congress - summary report
Date: Mon, 12 Mar 2007 18:01:05 +0000
From: "Stefania Massazza" <massazza.s@euro.apple.com>
To: "Arthur Rangel" <arangel@apple.com>, "John Brown" <john_brown@apple.com>
Message-ID: <10B69041-31CE-4308-B883-7EA391EAB7F9@euro.apple.com>

Hi Art and John,

this is the preso Mike was talking regarding 3GSM congress. I will ichat you the new updated one tomorrow morning.

Cheers Stefi

**Subject: 3GSM Congress - summary report**

Dear,

Please find in attach summary of this weeks **3GSM Congress** held in Barcelona (12-15 Feb 2007)

**Content report:**
- Telecom trends and highlights
- Summary major keynotes
- New mobile phone announcements
- Mobile operator announcements

Regards,

Mike Pauwels
EMEA Product Marketing for iPod
Mail: pauwels.mike@euro.apple.com
Mobile: +447920583690

------ end message ------

Highly Confidential - Attorneys' Eyes Only                                                                                      APLNDC0002471949