# Exhibit 13

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20          Plaintiff, | **SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S ELEVENTH SET OF INTERROGATORIES (NOS. 39-64)** |
| 21       vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25          Defendant. | |

27
28

1  affirmative defense before Apple has completed providing discovery regarding the validity of its
2  trademarks and trade dress.
3       Subject to the foregoing general and specific objections, Samsung responds as follows:
4  Samsung filed an Answer, Affirmative Defenses, and Counterclaims on June 30, 2011 which
5  describes in detail, based upon information then known to Samsung, the factual bases for every
6  affirmative defense that Apple has asserted in this lawsuit.  In addition, Samsung's investigation is
7  ongoing and Samsung will supplement this interrogatory after a reasonable investigation and
8  further discovery from Apple.

9  **INTERROGATORY NO. 40:**

10      Describe in detail all bases for Samsung's Fifth Affirmative Defense that Apple's "claims
11 made in the Complaint and the relief sought therein are barred, in whole or in part, on the basis
12 that the alleged marks at issue, the alleged trade dress at issue, the Apple Design Patents, and the
13 use of said marks, said trade dress and said Apple Design Patents are functional." Please also
14 identify all documents and things relating to your response, and any persons with knowledge
15 regarding your response.

16 **RESPONSE TO INTERROGATORY NO. 40:**

17      In addition to its General Objections above, which it hereby incorporated by reference,
18 Samsung objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, and
19 unintelligible, and not reasonably calculated to lead to the discovery of admissible evidence.
20 Samsung further objects to this interrogatory to the extent that it seeks to elicit information subject
21 to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint
22 defense privilege, the common interest doctrine, and/or any other applicable privilege or
23 immunity.  Samsung further objects to this interrogatory to the extent it prematurely calls for
24 expert testimony or opinions at this stage of the litigation.  Samsung will provide such contentions
25 in accordance with the Court's Minute Order and Case Management order, dated August 25, 2011.
26 Samsung further objects on the basis that and to the extent that this interrogatory calls for
27 information that is available in Samsung's Opposition to Apple's Motion for a Preliminary
28 Injunction.

1    Subject to the foregoing general and specific objections, Samsung responds as follows:
2 Samsung incorporates by reference the Declaration of Itay Sherman in Support of Samsung's
3 Opposition to Apple's Motion for a Preliminary Injunction (Dkt. No. 172).  Samsung also filed an
4 Answer, Affirmative Defenses, and Counterclaims on June 30, 2011 which describes in detail,
5 based upon information then known to Samsung, the factual bases for every affirmative defense
6 that Apple has asserted in this lawsuit.  In addition, Samsung's investigation is ongoing and
7 Samsung will supplement this interrogatory after a reasonable investigation and further discovery
8 from Apple.

9 **INTERROGATORY NO. 41:**

10    Describe in detail all bases for Samsung's Seventh Affirmative Defense that the "claims
11 made in the Complaint and the relief sought therein are barred, in whole or in part, on the basis
12 that the marks and alleged trade dress at issue are generic." Please also identify all documents and
13 things relating to your response, and any persons with knowledge regarding your response.

14 **RESPONSE TO INTERROGATORY NO. 41:**

15    In addition to its General Objections above, which it hereby incorporated by reference,
16 Samsung objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, and
17 unintelligible, and not reasonably calculated to lead to the discovery of admissible evidence.
18 Samsung further objects to this interrogatory to the extent that it seeks to elicit information subject
19 to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint
20 defense privilege, the common interest doctrine, and/or any other applicable privilege or
21 immunity.  Samsung further objects to this interrogatory to the extent it prematurely calls for
22 expert testimony or opinions at this stage of the litigation.  Samsung will provide such contentions
23 in accordance with the Court's Minute Order and Case Management order, dated August 25, 2011.
24    Subject to the foregoing general and specific objections, Samsung responds as follows:
25 Samsung filed an Answer, Affirmative Defenses, and Counterclaims on June 30, 2011 which
26 describes in detail, based upon information then known to Samsung, the factual bases for every
27 affirmative defense that Apple has asserted in this lawsuit.  In addition, Samsung's investigation is
28

| | | |
|---|---|---|
| 1 | DATED: February 22, 2012 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By  /s/ Victoria F. Maroulis |
| 6 | | Charles K. Verhoeven |
| | | Kevin P.B. Johnson |
| 7 | | Victoria F. Maroulis |
| | | Michael T. Zeller |
| 8 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |