# Exhibit 15

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 1

```
 1      UNITED STATES INTERNATIONAL TRADE COMMISSION
 2                   Washington, D.C.
 3   In the Matter of              )
                                   )
 4   CERTAIN ELECTRONIC DIGITAL    )   Inv. No. 337-TA-796
     MEDIA DEVICES AND             )
 5   COMPONENTS THEREOF            )
                                   )
 6
 7
 8           UNITED STATES DISTRICT COURT
 9          NORTHERN DISTRICT OF CALIFORNIA
10                SAN JOSE DIVISION
11   APPLE INC., a California   ) CIVIL NO.  11-CV-01846-LHK
     corporation,               )
12                              )
              Plaintiff,        )
13                              )
         vs.                    )
14                              )
     SAMSUNG ELECTRONICS CO.,   )
15   LTD., a Korean business    )
     entity; SAMSUNG ELECTRONICS )
16   AMERICA, INC., a New York  )
     corporation; and SAMSUNG   )
17   TELECOMMUNICATIONS AMERICA,)
     LLC, a Delaware limited    )
18   liability company,         )
                                )
19            Defendants.       )
                                )
20
21          CONFIDENTIAL BUSINESS INFORMATION
22       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
23       VIDEOTAPED DEPOSITION OF SHIN NISHIBORI
24         MAY 2, 2012         HONOLULU, HAWAII
25   TSG JOb # 49110     Reporter: ADRIANNE IGE KURASAKI
```

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 48

| | | |
|---|---|---|
| 1 | MS. TAYLOR: Objection. Vague. | 11:55AM |
| 2 | INTERPRETED ANSWER: That's what I do | 11:56AM |
| 3 | not remember. | 11:56AM |
| 4 | BY MR. ZELLER: | 11:56AM |
| 5 | Q   Do you remember which Sony mobile | 11:56AM |
| 6 | devices you saw after Mr. Ive gave you the | 11:56AM |
| 7 | general direction? | 11:56AM |
| 8 | A   As for the Sony mobile devices, I'm | 11:56AM |
| 9 | repeating that I did not look at it while I was | 11:56AM |
| 10 | working on the design, so I do not remember what | 11:57AM |
| 11 | I looked at.  However, I might have touched on | 11:57AM |
| 12 | the Sony device that was sold in the market. | 11:57AM |
| 13 | But as I say, I do not remember. | 11:57AM |
| 14 | THE CHECK INTERPRETER: Proposed | 11:57AM |
| 15 | correction: "As for Sony mobile devices, I | 11:57AM |
| 16 | repeat what I said.  It's not the case that I | 11:57AM |
| 17 | was looking at any mobile devices while working | 11:57AM |
| 18 | on the design.  I don't remember what I may have | 11:57AM |
| 19 | seen at that time.  But it's possible I touched | 11:57AM |
| 20 | a phone that was sold in the market placed by | 11:57AM |
| 21 | Sony at that time.  However, I don't recall at | 11:57AM |
| 22 | all." | 11:57AM |
| 23 | MR. ZELLER: Let's please mark as | 11:58AM |
| 24 | Exhibit 3 a multipage document.  First page is | 11:58AM |
| 25 | an e-mail from Richard Howarth dated March 8, | 11:58AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 49

| | | |
|---|---|---|
| 1 | 2006, with images attached. | 11:58AM |
| 2 | (Exhibit No. 3 marked for identification.) | 11:58AM |
| 3 | BY MR. ZELLER: | 11:58AM |
| 4 | Q    You're not on this cover e-mail? | 11:58AM |
| 5 | ENGLISH ANSWER:  No, I never seen this | 11:58AM |
| 6 | e-mail so I don't know that (In English.) | 11:58AM |
| 7 | BY MR. ZELLER: | 11:58AM |
| 8 | Q    But I did want to ask you about the | 11:58AM |
| 9 | pictures.  If you can look at those, please. | 11:58AM |
| 10 | And you'll see with the page ending 121 at the | 11:58AM |
| 11 | bottom, there's a number of pages of images. | 11:58AM |
| 12 | Let me take these one by one for a moment. | 11:59AM |
| 13 | Focusing your attention on this page | 11:59AM |
| 14 | that ends on 121, do you recognize what's on the | 11:59AM |
| 15 | left-hand side here? | 11:59AM |
| 16 | A    No. | 11:59AM |
| 17 | Q    Is this a model that you worked on? | 11:59AM |
| 18 | A    No, it is not. | 11:59AM |
| 19 | Q    Directing your attention to the next | 11:59AM |
| 20 | page, which is 122.  Do you recognize what's on | 11:59AM |
| 21 | the right-hand side as being something you | 11:59AM |
| 22 | worked on? | 11:59AM |
| 23 | A    It's not whether I worked on the design. | 12:00PM |
| 24 | I have seen this -- I might have seen the camera | 12:00PM |
| 25 | part.  It's close to what I worked on, but it is | 12:00PM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 50

| | | |
|---|---|---|
| 1 | not what I actually worked on. | 12:00PM |
| 2 | Q    And then directing your attention to the | 12:00PM |
| 3 | next page, 123 is the ending.  Is the same true | 12:00PM |
| 4 | on the image of the left? | 12:00PM |
| 5 | MS. TAYLOR:  Objection.  Vague. | 12:01PM |
| 6 | INTERPRETED ANSWER:  Yes, similarly, I | 12:01PM |
| 7 | went on the business trip right after this, so I | 12:01PM |
| 8 | do not remember what was happening around this | 12:01PM |
| 9 | time.  I might have took -- taken a glimpse of | 12:01PM |
| 10 | it, that was on the table or something, but | 12:01PM |
| 11 | that's about it. | 12:01PM |
| 12 | THE CHECK INTERPRETER:  Proposed | 12:01PM |
| 13 | correction:  "Similarly, well, to be honest, I | 12:01PM |
| 14 | went on a business trip around that time, so I | 12:02PM |
| 15 | don't know what was going on around that time. | 12:02PM |
| 16 | But it's possible I might have had a -- I might | 12:02PM |
| 17 | have glanced at it, it being on a table or | 12:02PM |
| 18 | something like that.  In that sense, I might | 12:02PM |
| 19 | have seen it." | 12:02PM |
| 20 | BY MR. ZELLER: | 12:02PM |
| 21 | Q    And then is the same true of the image | 12:02PM |
| 22 | on the last page with respect to the model on | 12:02PM |
| 23 | top? | 12:02PM |
| 24 | A    Yes. | 12:02PM |
| 25 | Q    Do you know where the model that's shown | 12:02PM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 51

| | | |
|---|---|---|
| 1 | here that we've been talking about so far, the | 12:02PM |
| 2 | one that's mostly black came from within Apple? | 12:02PM |
| 3 | (The Check Interpreter speaks in Japanese.) | 12:02PM |
| 4 | INTERPRETED ANSWER: I do not know. | 12:03PM |
| 5 | BY MR. ZELLER: | 12:03PM |
| 6 | Q   Do you know who worked on this model | 12:03PM |
| 7 | that we've been talking about, the one that's | 12:03PM |
| 8 | substantially black with the silver color on it? | 12:03PM |
| 9 | A   I wasn't there.  Honestly, I wasn't | 12:04PM |
| 10 | there at that time so I was not even in the | 12:04PM |
| 11 | iPhone project, so I do not know.  But then | 12:04PM |
| 12 | Richard was the project leader, so I think it's | 12:04PM |
| 13 | best to ask Richard the question. | 12:04PM |
| 14 | THE CHECK INTERPRETER:  I was not -- | 12:04PM |
| 15 | proposed correction:  "I was not there at that | 12:04PM |
| 16 | time.  To be honest, I was not even on the | 12:04PM |
| 17 | iPhone project, so I have no idea at all.  But | 12:04PM |
| 18 | Richard was the project leader, so it's best to | 12:04PM |
| 19 | ask Richard." | 12:04PM |
| 20 | BY MR. ZELLER: | 12:04PM |
| 21 | Q   When you say "Richard," you're referring | 12:04PM |
| 22 | to Mr. Howarth who was the leader for the first | 12:04PM |
| 23 | iPhone project? | 12:04PM |
| 24 | A   Yes. | 12:05PM |
| 25 | Q   And focusing your attention on the model | 12:05PM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 52

| | | |
|---|---|---|
| 1 | that's on the right-hand side on this page | 12:05PM |
| 2 | ending 121, is that a model you saw? | 12:05PM |
| 3 |   A    I've seen it, yes. | 12:05PM |
| 4 |   Q    And was this the direction that was the | 12:05PM |
| 5 | design for the iPhone, the first iPhone as of | 12:05PM |
| 6 | that time? | 12:05PM |
| 7 |         MS. TAYLOR:  Objection.  Vague and | 12:05PM |
| 8 | ambiguous. | 12:05PM |
| 9 |         INTERPRETED ANSWER:  I'm not quite sure | 12:06PM |
| 10 | what you mean by saying "first."  However, I | 12:06PM |
| 11 | have a recollection that there was a time that | 12:06PM |
| 12 | we're proceeding with this design. | 12:06PM |
| 13 | BY MR. ZELLER: | 12:06PM |
| 14 |   Q    Let me try and ask maybe a better | 12:06PM |
| 15 | question.  Focusing on this model that's on the | 12:06PM |
| 16 | right-hand side on page 121, was this at one | 12:06PM |
| 17 | point a design that people were working on as | 12:06PM |
| 18 | part of the first iPhone project? | 12:06PM |
| 19 |   A    The word the "people were working," | 12:07PM |
| 20 | that's sort of -- that sort of bothers me. | 12:07PM |
| 21 | There's a time that we gathered around the table | 12:07PM |
| 22 | and then casting our ideas.  And then at that | 12:07PM |
| 23 | time, this design was in progress as a part of | 12:07PM |
| 24 | the design.  But I'm not quite sure what you're | 12:07PM |
| 25 | asking by "people." | 12:08PM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 53

| | | |
|---|---|---|
| 1 | Q      Focusing on this design that's on the | 12:08PM |
| 2 | right-hand side on page ending 121 -- | 12:08PM |
| 3 | ENGLISH ANSWER:  Yeah. | 12:08PM |
| 4 | BY MR. ZELLER: | 12:08PM |
| 5 | Q      -- was this the design direction that | 12:08PM |
| 6 | the industrial design group was working on, or | 12:08PM |
| 7 | at least some people within industrial design | 12:08PM |
| 8 | were working on prior to the time that Mr. Ive | 12:08PM |
| 9 | gave you the general direction? | 12:08PM |
| 10 | MS. TAYLOR:  Objection.  Vague and | 12:09PM |
| 11 | ambiguous. | 12:09PM |
| 12 | Chotto matte. | 12:09PM |
| 13 | THE INTERPRETER:  May the interpreter | 12:09PM |
| 14 | ask for clarification for one terminology that | 12:09PM |
| 15 | the deponent used? | 12:09PM |
| 16 | INTERPRETED ANSWER:  I'm not too sure | 12:10PM |
| 17 | about what Jonathan Ive referring to -- in terms | 12:10PM |
| 18 | of Jonathan Ive referring to change of direction | 12:10PM |
| 19 | and so forth.  But what I have in my | 12:10PM |
| 20 | recollection is that as the final product, | 12:10PM |
| 21 | I'm -- what I mean is the initial iPhone | 12:10PM |
| 22 | product, there was the time that this was | 12:10PM |
| 23 | considered in progress.  It was in the | 12:10PM |
| 24 | development phase, the one with the silver and | 12:10PM |
| 25 | the extrusion type of thing.  That's what I can | 12:11PM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 54

| | | |
|---|---|---|
| 1 | say. | 12:11PM |
| 2 | THE CHECK INTERPRETER: Proposed | 12:11PM |
| 3 | correction: "I don't quite understand when you | 12:11PM |
| 4 | say Jonathan Ive changing direction or other. | 12:11PM |
| 5 | My other understanding is that what became the | 12:11PM |
| 6 | final product -- well, I mean the first iPhone | 12:11PM |
| 7 | product, at one point that design was -- for | 12:11PM |
| 8 | that product was this type.  In other words, | 12:11PM |
| 9 | there was silver and extrusion molding type of | 12:11PM |
| 10 | design.  At one point, it was considered to be | 12:11PM |
| 11 | that, that we were going forward with that.  And | 12:11PM |
| 12 | in the words of Richard, it was extrusion or | 12:11PM |
| 13 | extruder shape." | 12:12PM |
| 14 | INTERPRETED ANSWER:  I'd like to add one | 12:12PM |
| 15 | more point.  I surely am sorry, but in terms of | 12:12PM |
| 16 | even the final product, for the final design, I | 12:12PM |
| 17 | was in the direction -- I was on the business | 12:12PM |
| 18 | trip and I did not have any knowledge about it. | 12:12PM |
| 19 | BY MR. ZELLER: | 12:12PM |
| 20 |   Q    Focusing on this extrusion model that's | 12:12PM |
| 21 | shown here in Exhibit 3, was this a model that | 12:13PM |
| 22 | some people within industrial design were | 12:13PM |
| 23 | working on prior to the time that Mr. Ive gave | 12:13PM |
| 24 | you the general direction that we talked about? | 12:13PM |
| 25 | MS. TAYLOR:  Objection.  Vague. | 12:13PM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 55

| | | |
|---|---|---|
| 1 | INTERPRETED ANSWER:  Well, again, I'm | 12:14PM |
| 2 | not quite sure what this general direction and | 12:14PM |
| 3 | so forth.  But it is true that this project -- I | 12:14PM |
| 4 | mean, this model was in the development.  But | 12:14PM |
| 5 | I -- as I repeatedly say that I do not know what | 12:14PM |
| 6 | Jonathan Ive's decision was, so I did not know | 12:14PM |
| 7 | what it was. | 12:14PM |
| 8 | THE CHECK INTERPRETER:  Proposed | 12:14PM |
| 9 | correction:  "I don't know what the general | 12:14PM |
| 10 | direction is.  I have no doubt, though, that | 12:14PM |
| 11 | this was something that the -- that was in | 12:14PM |
| 12 | progress prior to that.  However, I don't quite | 12:14PM |
| 13 | understand when you say Jonathan Ive making | 12:14PM |
| 14 | decision, you know.  I repeat myself.  But as | 12:15PM |
| 15 | for that part, I cannot answer. | 12:15PM |
| 16 | MS. TAYLOR:  I would like to note, it's | 12:15PM |
| 17 | past two hours and Dr. Blevins has told us that | 12:15PM |
| 18 | Shin should not attend a deposition that's more | 12:15PM |
| 19 | than two hours. | 12:15PM |
| 20 | MR. ZELLER:  That's actually not what it | 12:15PM |
| 21 | says.  I mean, you know our position on that. | 12:15PM |
| 22 | BY MR. ZELLER: | 12:15PM |
| 23 | Q    I'm trying to find out just timing.  And | 12:15PM |
| 24 | let me clarify something -- | 12:15PM |
| 25 | MS. TAYLOR:  We're going off the record. | 12:15PM |