Exhibit 16



# "Sony-Like" Designs Inspired The iPhone

## Shin Nishibori - Apple Design Inventor



**A.** Well, may I explain how the direction of this process -- rather, may I explain how this idea came out?

**Q.** Please.

**A.** First, Jonathan Ive talked to me. "Well, Shin, I have something to talk to you about." He said, "You can do this as an aside of your job and enjoy - I want you to enjoy doing this. But if Sony were to make an iPhone, what would it be like? Would you make it for me?"

– 5/2/12 Depo. at 22:24-23:12



Exh. 1.43