Exhibit 17

1   Name of Case:           *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-1846 LHK;

2                           *Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-

3                           TA-796

4   Date of deposition:     April 14, 2012

5   Name of witness:        Shin Nishibori

6   Reason Codes:

7       1.      To clarify the record.
        2.      To conform to the facts.
8       3.      To correct transcription errors.
        4.      Adopting corrected or check interpretation.
9

| Page | Lines | Now Reads | Should Read | Reason |
|------|-------|-----------|-------------|--------|
| 9 | 16-17 | I don't work full time for Apple, but I'm an employee of Apple. | Yes. I'm employed and I am in the condition of medical leave absence. | 4 |
| 11 | 13 | What does it mean "report" in Japanese? | Jonathan Ive. | 3 |
| 13 | 10-15 | For this product, in the course of proceeding the project to create the product, I have made a model, a prototype. However, when it comes to the final product, the finishing product that came out on the market, I did not make a model. Wait. | For this product, in the -- in going forward with this project, I did make some models. However, as for the product, the final product, the design of the final product, the product that became the product as -- became the first product, I did not make models for that. Wait, just a minute. | 4 |
| 14 | 15-20 | In order to develop a project, there's a leader and then there's some people underneath or something like that, and to create some type of group to do the development. And that will be the core group of the development. So I'd like to say that I was not in that group. | In developing the product, there is a leader and there are several team -- project team members, depending on the project. I don't know how many people would be in the team. However, these people became -- become the main group to work on this. And in such a manner, the product development is conducted. What I'm saying is I was not in that group. | 4 |
| 16 | 3-12 | It was not the product that I was leading, so I do not have the knowledge or -- or I don't understand how many design contributed to the final project. However, in the course of designing | It was not the product that I was leading, so I do not have the knowledge or -- or I don't understand how my design contributed to the final product. In the course of coming up with | 4 |

| | | | | |
|---|---|---|---|---|
| | | the project, I made the model that changed the flow of direction that – which triggered to change the flow. So, although it was not a final project, I think that I can say that I was involved in the project. | the product, I did make a model or models that – that changed the – that triggered the change in the course.  So it was not in the final product.  However, I did – I can say I did affect the flow of the project as a result. | |
| 18 | 15-18 | This is the one I brought up my idea and made the blueprint – no, actually, I gave the blueprints to the CAD person and then had them do it. | This is the one for which I came up with the idea.  And I did not make the drawings, but I had the CAD person make the drawings. I asked them to do it in connection with this.  And then this is certainly the picture of that product. | 4 |
| 22 | 11-12 | I do not remember specific dates.  I do not remember. | I do not remember specific dates.  I do not remember to that extent. | 4 |
| 23 | 7-15 | And he said, "You can just do this on your side of your job.  Just relax and enjoy doing this.  But can you start – can you try working on to create something that represents something that if Sony attempts to create an iPhone."  That's what he told me.  But because of my English, I'm not sure if I clearly understood him.  But this was what I understood. | He said, "You can do this as an aside of your job and enjoy – I want you to enjoy doing this. But if Sony were to make an iPhone, what would it be like? Would you make it for me?" And because my English – because of my English, I'm not sure if I clearly understood him, but this is what I understood. | 4 |
| 25 | 21 | So, yes, that's true. | So, yes, that's true.  And then I went forward with it. | 4 |
| 30 | 5 | Hai. | Yes. | 1 |
| 31 | 15-19 | If you're asking about the location of CAD system and Apple – then it is. | If you're asking about the location of the CAD system at Apple company, if that's where it was made, then, no doubt, it was made there. | 4 |
| 33 | 5 | CAD image | CAD drawing | 1 |
| 35 | 13 | Yes. | I do not know. | 1, 4 |
| 36 | 3 | Yes. | Correct. | 1 |
| 37 | 17-23 | And I had some image in my head about what Sony products are; so, for example, switches or things like that that's specific to Sony.  So – but roughly, what I included in this drawing is what if – what would Sony would do – what would Sony do. | So based on my recollection, I put in what Sony would do in my image that I had in mind.  I put in the details. | 4 |

| | | | | |
|---|---|---|---|---|
| 38 | 20-25 | No. For one year, this is my personal matters. But the reason I resigned from Panasonic is that – because I wanted to do design or work as a designer. So for one years, I did not do anything, just anything to do with design. | No, this is personal. But I quit Panasonic because I quit – I thought I'm going to quit – I was going to quit being a designer. So I did not do any design activities at all for one year. | 4 |
| 40 | 17-18 | As far as the mobile devices, I did not work on them at all. | As for the mobile devices, I did not do design at all. | 4 |
| 41 | 11-15 | I was in the innovative development section. For example, not only just on the products, I was – my section was engaged in making suggestions to – new suggestions to the world, that type of thing. | Since I was in the advanced development section, I was involved in not only in the products but in ideas to be proposed. It was a section which those ideas were thought of. | 4 |
| 42 | 10-11 | What you referred to just now, I did not work. | I did not design what you referred to just now. | 1 |
| 42 | 19-24 | No, I did not do any follow-up. After I received the model and then handed over to Jonathan Ive, I went to China for business trip. In other words, I just left the model there. So I did not know what the decision was made afterwards. | No, I didn't do any looking. After I received the model and then – and I handed over that model to Jonathan Ive, I went on a business trip to China, so I just left that model – make and model and left the model. So I don't know what happened to – as to the decision. I don't know. I don't understand what happened. | 4 |
| 43 | 22-44:2 | In terms of design and the knowledge, I have knowledge – general knowledge, as a general, ordinary user of how Sony has been like. However, of course, I do not have a specific knowledge what Sony's products are like. | In terms of Sony design, I did not have any knowledge. But what I had the knowledge of was as a general user, I had the knowledge of Sony products. And so in that sense, I had knowledge of Sony's design. Of course, it's not that I had any knowledge of Sony design. | 4 |
| 44 | 18-24 | General familiarity, yeah. In general, I'm not sure – quite sure what "general familiarity" means that as – I liked Sony's products since I was a child and so I have seen the development over time. But I don't think I understand your question really well in terms of -- | General familiarity. I don't know whether or not I had that general familiarity. Since my childhood, I have seen Sony products. So, of course, I have seen Sony products. And I don't think I understand your question fully. | 4 |
| 45 | 8-16 | If I may tell you a little more specifically. In terms of, for example, let's say that Sony's Walkman had this type of button or they were using a jog dial or things | If I may tell you a little bit more specific details. In my mental impression that I had was that Sony Walkman, for example, had buttons of this type or Sony | 4 |

| | | | | |
|---|---|---|---|---|
| | | like that, that type of image in details were in my mind and how Sony is like. So that's all I can say from how I know about Sony. But, I'm sorry, I'm not quite following what you're wanting to ask me about. | product had the jog dial of this type. Not that I had anything in mind that Sony design is such-and-such. It's just that I tried to express the impression I had of Sony products by such details. And so that's what I tried to express. But with that said, I don't quite understand your question any more than that. | |
| 46 | 25 | project | product | 4 |
| 48 | 8-13 | As for the Sony mobile devices, I'm repeating that I did not look at it while I was working on the design, so I do not remember what I looked at. However, I might have touched on the Sony device that was sold in the market. But as I say, I do not remember. | As for Sony mobile devices, I repeat what I said. It's not the case that I was looking at any mobile devices while working on the design. I don't remember what I may have seen at that time. But it's possible I touched a phone that was sold in the market placed by Sony at that time. However, I don't recall at all. | 4 |
| 50 | 6-11 | Yes, similarly, I went on the business trip right after this, so I do not remember what was happening around this time. I might have took – taken a glimpse of it, that was on the table or something, but that's about it. | Similarly, well, to be honest, I went on a business trip around that time, so I don't know what was going on around that time. But it's possible I might have had a – I might have glanced at it, it being on a table or something like that. In that sense, I might have seen it. | 4 |
| 51 | 9-13 | I wasn't there. Honestly, I wasn't there at that time so I was not even in the iPhone project, so I do not know. But then Richard was the project leader, so I think it's best to ask Richard the question. | I was not there at that time. To be honest, I was not even on the iPhone project, so I have no idea at all. But Richard was the project leader, so it's best to ask Richard. | 4 |
| 53 | 16-54:1 | I'm not too sure about what Jonathan Ive referring to – in terms of Jonathan Ive referring to change of direction and so forth. But what I have in my recollection is that as the final product, I'm – what I mean is the initial iPhone product, there was the time that this was considered in progress. It was in the development phase, the one with the silver and the extrusion type of thing. That's what I can say. | I don't quite understand when you say Jonathan Ive changing direction or other. My other understanding is that what became the final product – well, I mean the first iPhone product, at one point that design was – for that product was this type. In other words, there was silver and extrusion molding type of design. At one point, it was considered to be that, that we were going forward with that. And in the words of Richard, it was extrusion or extruder shape. | 4 |

| 55 | 1-7 | Well, again, I'm not quite sure what this general direction and so forth. But it is true that this project – I mean, this model was in the development. But I – as I repeatedly say that I do not know what Jonathan Ive's decision was, so I did not know what it was. | I don't know what the general direction is. I have no doubt, though, that this was something that the – that was in progress prior to that. However, I don't quite understand when you say Jonathan Ive making decision, you know. I repeat myself. But as for that part, I cannot answer. | 4 |

Signed: _____     Date: _5 / 25 / 20/2_

SHIN NISHIBORI

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 58

1                    WITNESS CERTIFICATE

2

3        I, SHIN NISHIBORI, do hereby certify

4   that I have read the foregoing pages, inclusive,

5   and corrections, if any, were noted by me; and

6   that same is now a true and correct transcript

7   of my testimony.

8        Dated _____5 / 25 / 20/2_____

9        _____

              SHIN NISHIBORI

10

11

12

13

14

15        Signed before me this _____

16   day of _____, 20_____.

17

18

19   _____

20

21

22   Certain Electronic Digital Media Devices, Case 337-TA-796/

     Apple Inc. v Samsung Electronics Company, Ltd., et al.,

23   Civil No. 11-CV-01846

     Videotaped Deposition of SHIN NISHIBORI

24   Taken on May 2, 2012.

25