HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF S. CALVIN WALDEN IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING VINCENT O'BRIEN, DAVID TEECE, STEPHEN GRAY, ANDRIES VAN DAM, BRYAN AGNETTA, RICHARD HOWARTH, AND SHIN NISHIBORI** |

1    I, S. Calvin Walden, do hereby declare as follows:

2        1.    I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

3    counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law

4    in the State of New York, and have been admitted *pro hac vice* in this action.  I am familiar with

5    the facts set forth herein, and, if called as a witness, I could and would testify competently to

6    those facts.

7        2.    I submit this Declaration in support of Apple's objections and responses to

8    objections regarding Dr. Vincent E. O'Brien and Dr. David J. Teece.

9        3.    Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts from the April

10   20, 2012 Vincent E. O'Brien Deposition Transcript.

11       4.    Attached hereto as **Exhibit 2** are true and accurate excerpts from the March 22,

12   2012 Expert Report of Vincent E. O'Brien and a true and accurate copy of an updated Exhibit 5

13   to the O'Brien Expert Report received on July 28, 2012.

14       5.    Attached hereto as **Exhibit 3** is a true and accurate copy of the Expert Report of

15   Dr. R. Sukumar entitled "Report Results from A Survey Measuring Use and Valuation of Four

16   Patented Features (Patented Features '460, '893, '711, '871) and A Survey of World Clock

17   Patented Feature Usage (Patented Feature 055) and the exhibits thereto.

18       6.    Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts from the April

19   19, 2012 David J. Teece Deposition Transcript.

20       7.    Attached hereto as **Exhibit 5** is a true and accurate copy of excerpts from Apple's

21   Fourth 30(b)(6) Notice of Deposition.

22       8.    Attached hereto as **Exhibit 6** is a true and accurate copy of a February 20, 2012

23   Letter from R. Kassabian to P. Kolovos.

24       9.    Attached hereto as **Exhibit 7** is a true and accurate copy of excerpts from the

25   March 5, 2012 Jun Won Lee Deposition Transcript.

26

27

28

1    Dated:  August 14, 2012                    */s/ S. Calvin Walden*
                                                S. CALVIN WALDEN
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURE** |
| 2 | I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this |
| 3 | Declaration.  In compliance with General Order 45, X.B., I hereby attest that S. Calvin Walden |
| 4 | has concurred in this filing. |
| 5 | Dated:  August 14, 2012 |

Dated:  August 14, 2012                         */s/ Michael A. Jacobs*
                                                Michael A. Jacobs