# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE Inc.,<br><br>    Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., Ltd,<br>SAMSUNG ELECTRONICS AMERICA, Inc.,<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC.<br><br>    Defendants. | **SUBJECT TO PROTECTIVE ORDER**<br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY**<br>**INFORMATION**<br><br>No. 11-cv-01846-LHK<br><br>**EXPERT REPORT OF**<br>**VINCENT E. O'BRIEN**<br>*March 22, 2012* |

[Confidential and Irrelevant Material Redacted]

57.  I requested a survey of Apple iPhone, iPad and iPod Touch users to understand the extent to which the Feature Patent technologies are used and valued by consumers. The results of that survey are tabulated below.[44]

Table 4:  Percent of Consumers Using the Feature Patent Technologies[45]

| Patent | Description | iPhone | iPad | iPod |
|---|---|---|---|---|
| '460 | Email Photo | 63.9% | 54.9% | 43.9% |
| '893 | Photo Gallery Bookmark | 42.0% | 50.0% | 38.1% |
| '711 | Music in Background | 65.4% | | |
| '871 | Window Dividing | 43.5% | 37.9% | 26.9% |
| '055 | World Clock | 63% | | |

[Confidential and Irrelevant Material Redacted]

---

[44] Expert Report of Dr. R. Sukumar, March 22, 2012.

[45] Expert Report of Dr. R. Sukumar, March 22, 2012.

Subject to Protective Order
Contains Highly Confidential – Attorneys' Eyes Only Information

Table 5:  Average Consumer Value of the Feature Patent Technologies

| Patent | Description | iPhone | iPad | iPod |
|---|---|---:|---:|---:|
| '460 | Email Photo | $2.46 | $6.54 | $2.95 |
| '893 | Photo Gallery Bookmark | $4.06 | $8.98 | $6.42 |
| '711 | Music in Background | $20.52 | | |
| '871 | Window Dividing | $16.50 | $31.01 | $15.44 |

58. I note that the survey results of the consumer value of each Feature Patent technology is in excess of the average price consumers typically pay for an app.  I have therefore limited the consumer value for each Feature Patent technology to an app price.  To be conservative, I have used the common price of $0.99 which is less than the average price paid.

Confidential and Irrelevant Material Redacted

Confidential and Irrelevant Material Redacted

17

the average amount consumers who use the Feature Patent technology would be willing to pay. This amounts to $0.30 per Feature Patent per user ($0.99 multiplied by 30%).

70.   As shown in Table 4 above, between 27% and 65% of the survey respondents indicated that they used the Feature Patent technologies – depending on the device and the technology. These are the ones who give the patents value and create the surplus for Samsung and Apple to divide. However, the license agreement would impose a running royalty rate on all of Apple's devices capable of infringing. Therefore, the royalty rate would be reduced by the percentage of people using the Feature Patent technology. For example the royalty rate for the use of the '460 Email Photo patent on the iPhone is $0.99 x 30% x 63.9% or $0.19 per unit. The resulting royalty rates are described in the table below. See **Exhibit 5** for more detail.

Table 6:  Royalty Rates

| Patent | Description | iPhone | iPad | iPod |
|---|---|---|---|---|
| '460 | Email Photo | $0.19 | $0.16 | $0.13 |
| '893 | Photo Gallery Bookmark | $0.12 | $0.15 | $0.11 |
| '711 | Music in Background | $0.19 | | |
| '871 | Window Dividing | $0.13 | $0.11 | $0.08 |

Confidential and Irrelevant Material Redacted

Confidential and Irrelevant Material Redacted

20

Subject to Protective Order
Contains Highly Confidential – Attorneys' Eyes Only Information

Confidential and Irrelevant Material Redacted

75. See **Exhibit 5** for more detail.

Subject to Protective Order
Contains Highly Confidential – Attorneys' Eyes Only Information

## 6. SIGNATURE

76. I certify that, to the best of my knowledge and belief:

- The statements of fact in this report are true and correct.
- The reported analyses, opinions and conclusions are limited only by the reported assumptions and are my personal, unbiased and professional analyses, opinions and conclusions.
- I have no personal interest or bias with respect to the parties involved.
- My compensation is not contingent on an action or event resulting from the analyses, conclusions or opinions of this report.

_____
Vincent E. O'Brien                                                        March 22, 2012

| | |
|---|---|
| **Consumer Value** | $0.99 |
| **Samsung Portion** | 30% |
| **Rate for Use** | $ 0.30 |

### PERCENT OF RESPONDENTS USING THE FEATURE PATENT TECHNOLOGY

| Patent | Description | iPhone | iPad | iPod |
|---|---|---|---|---|
| '460 | Email photo | 63.9% | 54.9% | 43.9% |
| '893 | Photo Gallery Bookmark | 42.0% | 50.0% | 38.1% |
| '711 | Music in background | 65.4% | | |

Source: *Expert Report of R. Sukumar, March 22, 2012.*

### ROYALTY RATE

| Patent | Description | iPhone | iPad | iPod |
|---|---|---|---|---|
| '460 | Email photo | $ 0.19 | $ 0.16 | $ 0.13 |
| '893 | Photo Gallery Bookmark | $ 0.12 | $ 0.15 | $ 0.11 |
| '711 | Music in background | $ 0.19 | | |

### ROYALTY BASE

| Patent | Description | iPhone | iPad | iPod |
|---|---|---|---|---|
| '460 | Email photo | 46,624,820 | 18,746,622 | 20,969,578 |
| '893 | Photo Gallery Bookmark | 15,749,776 | 13,477,373 | 10,419,991 |
| '711 | Music in background | 15,749,776 | - | - |

Source: *Exhibit 4.*

### REASONABLE ROYALTY

| Patent | Description | iPhone | iPad | iPod | Total |
|---|---|---|---|---|---|
| '460 | Email photo | 8,848,598 | 3,056,693 | 2,734,076 | $ 14,639,368 |
| '893 | Photo Gallery Bookmark | 1,964,627 | 2,001,390 | 1,179,095 | $ 5,145,112 |
| '711 | Music in background | 3,059,205 | | | $ 3,059,205 |
| **TOTAL** | | $ 13,872,430 | $ 5,058,083 | $ 3,913,171 | $ 22,843,684 |