# EXHIBIT 3

EXHIBIT 4
Rachel A. Ferrier
CSR No. 6948
Date: 4/20/12
Witness:
O'Brien

Report

Results from A Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460, 893, 711, 871) and A Survey of World Clock Patented Feature Usage (Patented Feature 055)

March 22, 2012

Table of Contents

1. Engagement Background
2. Conjoint Analysis
3. Survey Inputs
4. Sample
5. Results of A Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460, 893, 711, 871)
6. Results of A Survey Measuring World Clock Patent Feature Usage (Patented Feature 055)
7. Exhibits
    A. Final questionnaires (World Clock usage questionnaires to be provided the morning of March 23, 2012)
    B. Demographics Distribution
    C. Market Value for Attribute Improvement among respondents who have used the features in the past
    D. Expert bio
    E. Expert compensation
    F. References
    G. Screen capture of a representative online survey with Conjoint (CBC)

## 1. **Engagement Background**

I, R. Sukumar, am the CEO of Optimal Strategix Group, Inc., which is a strategic market research and marketing consulting company. I have served as a consultant for many Fortune 500 companies, helping clients focus on understanding the value of the products they offer and the market's value for attribute improvement. I have also served as an expert witness in lawsuits, conducting survey research for cases that have involved consumer confusion and trademark infringement. My CV is attached as Exhibit D. My CV contains a list of my publications from the last 10 years. I have not provided expert testimony at trial or by deposition in the last four years.

I have been engaged by Quinn Emanuel Urquhart & Sullivan, LLP to serve as an expert to conduct survey research to understand usage and valuation of select features offered in an iPhone, iPad, or iPod Touch that they may own.

Specifically, the four features of interest are:

### 1. **E-mail Photo:**

(460 Patent) The ability to take a photo on the (iPhone, iPad, iPod Touch) and send any of the pictures stored on the (iPhone, iPad, iPod Touch) displayed in the body of an e-mail, as opposed to attaching the photo to the email which then has to be separately opened. (Ability to send the photo in the body of an email)

### 2. **Photo Gallery Bookmark:**

(893 Patent) The ability to exit the photo gallery to another app and return to the photo gallery at the same place where you left off. (Ability to return to the photo gallery at the same place that you left off any time)

### 3. **Window Dividing:**

(871 Patent) While composing a text message, Window Dividing allows you to divide the screen (for example, by pressing the bottom button twice): the first window continues to display the text message, while the second window either (a) displays app icons that perform a search function, or (b) displays icons for recently used apps. (While texting, ability to divide the screen to show text message and another function)

### 4. **Music in Background:**

(711 Patent) Allows you to listen to music while performing other tasks on your iPhone. The phone visually indicates that music is playing. (Ability to listen to music in the background, the phone indicating that music is playing)

## 2.  Conjoint Analysis

Conjoint analysis has been used extensively in the understanding of how much the market values an improvement in a feature (Reference 3). Conjoint analysis, which is also commonly referred to as tradeoff analysis, was coined from the words "consider jointly." It has been used in a number of legal cases to assess the importance a feature (attribute) has in a customer's decision to buy a product. The methodology has been used in legal cases that involve patents to determine the market's value of such improvements resulting from including a patented feature (MVAI) (Reference 3).

In conjoint analysis, a customer's valuation of a particular feature of a product is determined by measuring the partial value (part-worth utility) of specific individual features of the product that are being tested (for example, presence or absence of feature 1, presence or absence of feature 2, etc.).

Conjoint analysis is administered using a type of software developed by Sawtooth Software referred to as CBC (Choice Based Conjoint) (Reference 4,5). We conducted an online survey of a group of respondents who constitute a representative sample of the target population of users of the devices. During this survey, respondents are shown three product combinations with features that represent an improvement, each combination having its own price. Each question shows the respondent three such combinations with associated prices and the respondent is required to make a choice among the three options (See Exhibit G). The respondent sees 12 such choice sets. This method has been used for decades and commercial applications are referenced in [References 1, 2].

## 3.  Survey Inputs

There are two main inputs to the survey. The first is the list of features to be tested. The second is the price that end-customers currently pay for an iPhone, iPad, or iPod Touch. I pursued the following steps to ensure that the feature descriptions and the price used were described correctly.

Step 1: We were provided, by counsel, with descriptions of the features to be tested.

Step 2: We obtained the average retail price for each of the three types of Apple devices and took increments of $25 above and below this price as being the values to be considered in the conjoint (tradeoff exercise).

Step 3: We developed the survey and designed the conjoint experiment using CBC (Choice Based Conjoint), which is standard methodology for performing such a survey. The survey included demographic questions and questions on whether respondents currently use these features.

Step 4: The online survey was programmed and made ready for respondents to take.

Step 5: We conducted a pre-test of each of the surveys. A total of 75 pretest or pilot interviews were conducted, as shown below:

| Survey | Pilot/Pretest Interviews |
|---|---|
| 1) iPhone | 22 |
| 2) iPad | 23 |
| 3) iPod Touch | 30 |

Participants in the pretest or pilot interviews completed the online survey and then participated in a follow-up telephone interview. During that post-survey interview, the pretest participants were asked if anything in the survey was unclear or confusing. Responses were both documented and recorded with respondent permission. A sample size of 75 respondents was obtained to ensure that the patented feature descriptions, as well as the entire conjoint exercise, were well understood by the respondents. No respondents indicated that the survey was unclear or confusing.

## 4. Sample

Three separate surveys were fielded, one for each device: 1) iPhone, 2) iPad, and 3) iPod Touch. The final sample size was comprised as follows:

| Survey | Respondents |
|---|---|
| 1) iPhone | 760 |
| 2) iPad | 759 |
| 3) iPod Touch | 325 |

The sample is robust to provide an understanding of market value for attribute improvement as well as understand the current use of these features. Statistical confidence intervals can be expected to be within a range of 3.5% - 5.2% at a 95% confidence level. Respondents for each of the three surveys were drawn from an online panel maintained by Authentic Response. That online panel (or list) consists of approximately 4 million people. The sample groups selected for the three surveys were randomly drawn from among Authentic Responses' 4 million panel members so that the sample outgo (or invitations) to panel participants were balanced to represent the U.S. census in terms of demographics such as age, gender, race, and income. Panel management practices such as verification of panel members are followed by Authentic Response to ensure a quality sample of respondents. Specifically, as a member of several trade associations -- CASRO (Council of American Survey Research Organizations), MRA (Marketing Research Association), and AMA (American Marketing Association) – Authentic Response follows established industry standards governing the authenticity, reliability, and validity of their databases and the email addresses in their databases.

In order to end up with the respondents who completed each of the surveys, the chart below shows the total potential respondents contacted via email and the total respondents starting each survey.

| Survey | Invitations Sent | Survey Responders |
|---|---|---|
| 1) iPhone | 18485 | 2372 |
| 2) iPad | 42060 | 5900 |
| 3) iPod Touch | 6767 | 892 |

Potential respondents were asked qualifying questions (see Exhibit A) to guarantee that they were the correct targets and had knowledge to answer the questions. Specifically, the respondents were included only if:

a. They had not participated in a market research study within the past 30 days regarding consumer electronics or cellular telephone providers;
b. Owned at least one of the following devices: 1) an iPhone or a comparable smartphone, 2) an iPad or a comparable touchscreen tablet computer, or 3) an iPod Touch or a comparable portable media player that is capable of storing and playing digital media (see Exhibit A for screening criteria); and
c. They were born before 1998

Of the survey respondents, the chart below shows, for each of the three surveys, respondents who (a) were screened out because they did not meet the qualifying criteria or abandoned the study before completing it, or (b) completed the survey.

|  | 1) iPhone | 2) iPad | 3) iPod Touch |
|---|---|---|---|
| Complete | 760 | 759 | 325 |
| Screened/Disqualified | 1547 | 5057 | 536 |
| Incomplete | 65 | 84 | 31 |
| Totals | 2372 | 5900 | 892 |

Respondents participating in each of the three surveys were compensated for their fair value of time. This is a well-known practice to ensure the highest quality of participation.

Demographics of all respondents, including those who were screened out were compared to the US Census. Weighting procedures were employed to balance the sample to census demographics (weighting based on demographics obtained for respondents who completed the entire survey and those who were disqualified). These weights were applied to results that are discussed in the next section. Exhibit B shows the comparison between US 2010 Census distribution of demographics, demographics of the survey participants (before they were screened/disqualified) without weights applied, and demographics of the survey participants (before they were screened/disqualified) with the weights applied to achieve balance.

5. **Results of A Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460, 893, 711, 871)**

Two sets of results are presented here. The first set of results reports the usage of the patented features among current owners of the Apple devices. The results below represent the percentage of respondents who own an iPhone, iPad or iPod (Touch) and use these features.

| Feature Usage | iPhone | iPad | iPod Touch |
|---|---|---|---|
|  | n=222 | n=234 | n=105 |
| E-mail Photo | 63.9% | 54.9% | 43.9% |
|  | n=199 | n=234 | n=105 |
| Photo Gallery Bookmark | 42.0% | 50.0% | 38.1% |
|  | n=228 | - | - |
| Music in Background feature | 65.4% | - | - |
|  | n=199 | n=388 | n=105 |
| Window Dividing | 43.5% | 37.9% | 26.9% |

Sample sizes vary due to feature availability on different device models.  Feature usage questions were presented to the owners of the device model that has the feature.

| Feature Usage | iPhone | iPhone 3G | iPhone 3GS | iPhone 4/4S | iPhone TOTAL |
|---|---|---|---|---|---|
| E-mail Photo | - | n=23 | n=39 | n=160 | n=222 |
| Photo Gallery Bookmark | - | - | n=39 | n=160 | n=199 |
| Music in Background feature | n=6 | n=23 | n=39 | n=160 | n=228 |
| Window Dividing | - | - | n=39 | n=160 | n=199 |

| Feature Usage | iPad | iPad2 | iPad TOTAL |
|---|---|---|---|
| E-mail Photo | - | n=234 | n=234 |
| Photo Gallery Bookmark | - | n=234 | n=234 |
| Music in Background feature | - | - | - |
| Window Dividing | n=154 | n=234 | n=388 |

| Feature Usage | iPod Touch | iPod TOTAL |
|---|---|---|
| E-mail Photo | n=105 | n=105 |
| Photo Gallery Bookmark | n=105 | n=105 |
| Music in Background feature | - | - |
| Window Dividing | n=105 | n=105 |

The second set of results reports the market's value for the improvement of a feature (MVAI).  This is obtained using the following steps:

Step 1:  Compute the utility function for the sample of respondents that corresponds to the population of customers for which the MVAI is to be determined;

Step 2:  Compute the average utilities across the sample;

Step 3:  Compute the utility difference across the improvement levels of the feature of interest;

Step 4:  Compute the utility per dollar from the price utility function; and

Step 5:  Take the ratio of Step 3 divided by Step 4 to obtain the MVAI for the feature.

The weighted MVAI numbers are shown here.  Exhibit C shows the weighted results broken down by
owners who use these features and non-users of these features.  The market's value for improvement
of all three features combined is higher in the case of the iPhone or the iPad, suggesting that the feature
combination is worth more than the total of the individual features measured separately.

| iPhone | |
|---|---|
| Feature | MVAI |
| 460 Email Photo | $2.46 |
| 893 Photo Gallery Bookmark | $4.06 |
| 711 Music in Background | $20.52 |
| 871 Window Dividing | $16.50 |
| All Patented Features | $45.34 |

| iPad | |
|---|---|
| Feature | MVAI |
| 460 Email Photo | $6.54 |
| 893 Photo Gallery Bookmark | $8.98 |
| 871 Window Dividing | $31.01 |
| All Patented Features | $50.10 |

| IPod Touch | |
|---|---|
| Feature | MVAI |
| 460 Email Photo | $2.95 |
| 893 Photo Gallery Bookmark | $6.42 |
| 871 Window Dividing | $15.44 |
| All Patented Features | $24.81 |

6.     **Results of A Survey Measuring World Clock Patent Feature Usage (Patented Feature 055)**

Additionally, counsel requested that we conduct a survey of iPhone owners to explore the usage of an
additional feature described below:

(055 Patent World Clock) Is a way of determining the current time for multiple locations around the
world, based on receiving a local signal from wherever one happens to be and then calculating the
difference in time in cities around the world based on GMT (Provides time in cities around the world
based on receipt of a local signal and calculation based on reference to GMT)

The usage of the World Clock feature was studied separately in a stand-alone survey. A total of 275 respondents were contacted. 107 of those had participated in the iPhone study and reported owning an iPhone. An additional 168 new self-reporting iPhone owners were added to this sample. The results below show the percentage of respondents who reported having used the World Clock feature and the percentage of respondents who reported they would prefer to have the time in a foreign city described as being "today", "tomorrow", or "yesterday," instead of giving the time and date in that city.

| World Clock (Percent) | [1] Prior iPhone Participants | | [2] New Respondents | | [3] Totals | |
|---|---|---|---|---|---|---|
| N= | 107 | | 168 | | 275 | |
| | Yes | No | Yes | No | Yes | No |
| [Q5] Have you used the World Clock feature on your iPhone? | 61% | 39% | 64% | 36% | 63% | 37% |
| [Q5A] Would you prefer to have the time in a foreign city described as being "today", "tomorrow" or "yesterday" instead of giving the time and date in that city? | 38% | 62% | 40% | 60% | 40% | 60% |

**Exhibits**

**Exhibit A: Final questionnaires**

Included as a separate file.  Please see document included with this report.

## Exhibit B: Demographics Distribution
iPhone:

| Demographic | 2010 U.S. Census | Total Sample (Unweighted) (n=2372) | Total Sample (Weighted) (n=2372) |
|---|---|---|---|
| **Gender** | | | |
| Male | 49.2% | 40.1% | 50.5% |
| Female | 50.8% | 59.9% | 49.5% |
| **Age** | | | |
| Younger than 14 years old | - | 0.3% | 0.2% |
| 14 to 17 years old | 5.3% | 6.3% | 4.7% |
| 18 to 24 years old | 12.4% | 11.8% | 10.1% |
| 25 to 44 years old | 33.2% | 39.6% | 30.8% |
| 45 to 64 years old | 32.9% | 34.8% | 35.1% |
| 65 years old or older | 16.2% | 7.2% | 19.2% |
| **Race** | | | |
| Caucasian | 72.4% | 80.2% | 75.9% |
| African American | 12.6% | 8.7% | 12.3% |
| Asian | 4.8% | 4.7% | 4.1% |
| Other / prefer not to answer | 10.2% | 6.5% | 7.7% |
| **Hispanic Descent** | | | |
| Yes | 16.3% | 9.8% | 7.0% |
| No | 83.7% | 89.5% | 92.3% |
| Prefer not to answer | 0.0% | 0.7% | 0.7% |
| **Marital Status** | | | |
| Single | 26.1% | 33.9% | 25.6% |
| Married | 57.4% | 51.4% | 52.8% |
| Divorced | 10.2% | 9.5% | 10.9% |
| Widowed | 6.3% | 2.8% | 8.3% |
| Other / prefer not to answer | 0.0% | 2.4% | 2.3% |
| **Household Income** | | | |
| Below $25,000 | 25.7% | 19.2% | 25.6% |
| $25,000 but less than $40,000 | 15.8% | 19.7% | 16.2% |
| $40,000 but less than $60,000 | 16.7% | 17.4% | 15.8% |
| $60,000 but less than $75,000 | 9.9% | 12.5% | 9.2% |
| $75,000 but less than $100,000 | 11.4% | 11.9% | 10.8% |
| $100,000 but less than $125,000 | 7.6% | 7.3% | 7.8% |
| $125,000 but less than $150,000 | 4.5% | 4.4% | 4.6% |
| $150,000 but less than $200,000 | 4.5% | 2.5% | 3.9% |
| $200,000 and above | 3.9% | 1.8% | 3.4% |
| Don't know / not sure / prefer not to answer | 0.0% | 3.2% | 2.7% |

**Exhibit B: Demographics Distribution**

iPad:

| Demographic | 2010 U.S. Census | Total Sample (Unweighted) (n=5900) | Total Sample (Weighted) (n=5900) |
|---|---|---|---|
| **Gender** | | | |
| Male | 49.2% | 31.7% | 48.9% |
| Female | 50.8% | 68.3% | 51.1% |
| **Age** | | | |
| Younger than 14 years old | - | 0.4% | 0.2% |
| 14 to 17 years old | 5.3% | 5.6% | 3.6% |
| 18 to 24 years old | 12.4% | 9.8% | 8.1% |
| 25 to 44 years old | 33.2% | 36.1% | 34.6% |
| 45 to 64 years old | 32.9% | 38.9% | 42.2% |
| 65 years old or older | 16.2% | 9.3% | 11.3% |
| **Race** | | | |
| Caucasian | 72.4% | 81.5% | 75.1% |
| African American | 12.6% | 8.7% | 13.1% |
| Asian | 4.8% | 5.1% | 4.5% |
| Other / prefer not to answer | 10.2% | 4.7% | 7.4% |
| **Hispanic Descent** | | | |
| Yes | 16.3% | 7.4% | 5.6% |
| No | 83.7% | 92.1% | 93.9% |
| Prefer not to answer | 0.0% | 0.5% | 0.5% |
| **Marital Status** | | | |
| Single | 26.1% | 32.6% | 26.0% |
| Married | 57.4% | 50.5% | 55.7% |
| Divorced | 10.2% | 10.8% | 10.1% |
| Widowed | 6.3% | 3.5% | 5.8% |
| Other / prefer not to answer | 0.0% | 2.6% | 2.4% |
| **Household Income** | | | |
| Below $25,000 | 25.7% | 20.8% | 23.9% |
| $25,000 but less than $40,000 | 15.8% | 19.3% | 15.4% |
| $40,000 but less than $60,000 | 16.7% | 18.2% | 16.3% |
| $60,000 but less than $75,000 | 9.9% | 11.7% | 9.2% |
| $75,000 but less than $100,000 | 11.4% | 12.8% | 11.8% |
| $100,000 but less than $125,000 | 7.6% | 6.3% | 8.1% |
| $125,000 but less than $150,000 | 4.5% | 3.7% | 4.5% |
| $150,000 but less than $200,000 | 4.5% | 2.3% | 4.4% |
| $200,000 and above | 3.9% | 1.5% | 3.8% |
| Don't know / not sure / prefer not to answer | 0.0% | 3.3% | 2.6% |

**Exhibit B: Demographics Distribution**
iPod Touch:

| Demographic | 2010 U.S. Census | Total Sample (Unweighted) (n=892) | Total Sample (Weighted) (n=892) |
|---|---|---|---|
| **Gender** | | | |
| Male | 49.2% | 39.0% | 47.7% |
| Female | 50.8% | 61.0% | 52.3% |
| **Age** | | | |
| Younger than 14 years old | - | 0.5% | 0.2% |
| 14 to 17 years old | 5.3% | 9.1% | 6.5% |
| 18 to 24 years old | 12.4% | 14.8% | 10.1% |
| 25 to 44 years old | 33.2% | 34.3% | 29.5% |
| 45 to 64 years old | 32.9% | 29.9% | 34.4% |
| 65 years old or older | 16.2% | 11.4% | 19.2% |
| **Race** | | | |
| Caucasian | 72.4% | 82.0% | 78.3% |
| African American | 12.6% | 6.2% | 11.8% |
| Asian | 4.8% | 5.7% | 4.2% |
| Other / prefer not to answer | 10.2% | 6.1% | 5.7% |
| **Hispanic Descent** | | | |
| Yes | 16.3% | 8.2% | 3.8% |
| No | 83.7% | 90.8% | 95.7% |
| Prefer not to answer | 0.0% | 1.0% | 0.5% |
| **Marital Status** | | | |
| Single | 26.1% | 34.2% | 24.6% |
| Married | 57.4% | 52.2% | 52.4% |
| Divorced | 10.2% | 6.6% | 12.8% |
| Widowed | 6.3% | 3.4% | 6.9% |
| Other / prefer not to answer | 0.0% | 3.6% | 3.4% |
| **Household Income** | | | |
| Below $25,000 | 25.7% | 20.6% | 25.1% |
| $25,000 but less than $40,000 | 15.8% | 15.7% | 15.8% |
| $40,000 but less than $60,000 | 16.7% | 17.8% | 16.7% |
| $60,000 but less than $75,000 | 9.9% | 10.2% | 8.7% |
| $75,000 but less than $100,000 | 11.4% | 15.7% | 11.1% |
| $100,000 but less than $125,000 | 7.6% | 7.6% | 7.7% |
| $125,000 but less than $150,000 | 4.5% | 4.1% | 4.3% |
| $150,000 but less than $200,000 | 4.5% | 2.6% | 4.4% |
| $200,000 and above | 3.9% | 2.1% | 3.3% |
| Don't know / not sure / prefer not to answer | 0.0% | 3.6% | 2.7% |

| Demographic | Census Data Source |
|---|---|
| Age | 2010 U.S. Census |
| Race | |
| Marital Status | U.S. Census Bureau, Current Population Survey, 2011 Annual Social and Economic Supplement. |
| Income | |

**Exhibit C: Market Value for Attribute Improvement by Users v. Non-users of features**

| iPhone | | |
|---|---|---|
| Feature | Users (of the feature) | Non-Users (of the feature) |
| 460 Email Photo | $1.63 | $2.66 |
| 893 Photo Gallery Bookmark | $3.57 | $4.13 |
| 711 Music in Background | $22.23 | $20.07 |
| 871 Window Dividing | $14.87 | $16.73 |

| iPad | | |
|---|---|---|
| Feature | Users (of the feature) | Non-Users (of the feature) |
| 460 Email Photo | $8.08 | $6.30 |
| 893 Photo Gallery Bookmark | $7.45 | $9.25 |
| 871 Window Dividing | $29.40 | $31.40 |

| iPod Touch | | |
|---|---|---|
| Feature | Users (of the feature) | Non-Users (of the feature) |
| 460 Email Photo | $2.59 | $2.99 |
| 893 Photo Gallery Bookmark | $8.61 | $6.13 |
| 871 Window Dividing | $13.60 | $15.63 |

**Exhibit D:  Expert Bio**

R. Sukumar, Ph.D., President and Chief Executive Officer, Optimal Strategix Group, Inc.

Dr. Sukumar is President and founder of Optimal Strategix Group. He works with clients to provide strategic guidance and has assisted with developing research methodologies to solve their unique problems.  He has spent over 25 years in academia and has worked with various global corporations over the course of his extensive career.

Dr. Sukumar taught Marketing Strategy and Marketing Research in MBA and Executive MBA programs at top U.S. academic institutions including Rutgers Business School, Thunderbird, Garvin School of International Management, the Smith School of Business at the University of Maryland, Bauer College of Business, University of Houston, Jones School of Management, Rice University and University of Georgia, Terry College of Business. In addition, he served as Associate Dean at the Indian School of Business.

During the span of his academic career, Dr. Sukumar has provided consulting services to companies in the Consumer Packaged Goods, Financial Services, Hospitality and Pharmaceutical industries.  Throughout his career, he has worked with market research firms such as The NPD Group and IPSOS.  In addition, he has co-founded two companies in the areas of software development and marketing consulting.

Dr. Sukumar completed his MBA and Ph.D. from the University of Pittsburgh in Marketing and Business Administration.  He received his undergraduate degree in Mechanical Engineering from the Indian Institute of Technology in India.

Dr. Sukumar has served as the market research survey expert in cases that have dealt with customer confusion and trademark infringement.

# R. Sukumar, Ph.D.

Home:
2 Tomlyn Drive
Princeton, NJ 08540

P: (609) 430-0986
C: (832) 372-8580
E: Sukumar@me.com

Office:
140 Terry Drive, Suite 118
Newtown, PA 18940

P: (215) 867-1881

C: (609) 356-4551

E: r.sukumar@optimalstrategix.com

## Education

**1991**
*Ph.D. in Business Administration*
Joseph M. Katz Graduate School of Business
University of Pittsburgh, Pittsburgh, Pennsylvania.
Major: Marketing (Stochastic Parameter Model to Understand Price and Promotion
    Effectiveness)

**1990**
*Master of Business Administration*
Joseph M. Katz Graduate School of Business
University of Pittsburgh, Pittsburgh, Pennsylvania.
Major: Marketing

**1985**
*Bachelor of Technology (Hons.)*
Indian Institute of Technology, Kharagpur, India
Major: Mechanical Engineering

## Experience

**1998-**
Chief Executive Officer, Optimal Strategix Group, Inc., a strategic market research
and marketing consulting company focused on delivering market foresight on
innovations, brand engineering, and effective marketing programs

**Fall 2008**
Visiting Professor, City University of New York, Baruch College

**2006-2007**
Visiting Associate Professor of Marketing, Rutgers Business School, State University
of New Jersey, New Brunswick, NJ

**2005-2006**
Visiting Professor of Marketing, Robert H. Smith Graduate School of Business,
University of Maryland, College Park, Maryland

**2001-2005**
Clinical Professor of World Business, Thunderbird,
Sam Garvin International School of Management, Glendale, Arizona
Courses taught – Data Analysis, Global Product Development, Analysis for
Strategic Marketing, EMBA – Data Analysis in Taipei – Teacher Effectiveness

Index from 4.3 to 4.8 on 5.0

Taught in the MBA and Executive MBA programs and Executive Education Programs. Rated the best professor in Marketing; top three in the Business School Associate Director – Thunderbird Corporate Consulting Program. Consulted with GM, Ford, J & J, among others.

1999-2001   Visiting Associate Professor of Marketing, Jones Graduate School of Management Rice University
Taught in the MBA and the Executive MBA programs
Rated in the top three professors in the Business School

2002-03   Associate Dean for Academic Programs, The Indian School of Business
ISB is founded by partner schools Northwestern University, Kellogg Graduate School of Management; University of Pennsylvania, Wharton School of Management and London School of Business.

1990-99   Assistant Professor – Marketing & Entrepreneurship, C. T. Bauer College of Business, University of Houston.

Taught in undergraduate, graduate (MBA and Ph.D.) and Executive MBA programs Received Distinguished EMBA Faculty Award, 1999.
Received Halliburton Excellence Award for Teaching and Service, 1996-97.

1997-2004   Vice President  - Marketing Sciences, IPSOS-Insight, New York, NY (first started with the NPD Group, Inc., custom business was acquired in 2001 by IPSOS). Role involves conducting advanced analytics, product development, conducting workshops, internal teaching, client support and research and development of new analytical tools.

Also taught at the City University of Hong Kong, Hong Kong courses on Global Product Development, Marketing Management, and Marketing Research

### *Teaching & Workshops*

Core course in Marketing Management, Market Research and Marketing Strategy MBA electives in Business-to-Business Marketing, Database Marketing, Data Mining, and New Product Development

Executive MBA courses in Marketing Management and Advanced Marketing Strategy.

Taught in the Executive Certification Program  in E-Commerce Management at the C. T. Bauer College of Business, University of Houston.

Conducted Workshop on Survey Research Methods at the Advanced Research Techniques Conference in Aspen, Colorado (June 1998).

Chaired two Executive workshops on "Improving the New Product Development Process: Lessons from Experts" (June 1994 and May 1995)

Chair of Executive Program on "Customer-Driven Technology New Product Development: Increasing Profits and Managing Risk through Market Research." (January 17-18, 1996)

Conducted three week course on "Managing Markets" for executives from Deutsche Telekom, Germany (October 1996)

Taught executives from Deutsche Telekom, Germany (June 1997, September 1997), from China's PetroChina (China National Petroleum Corporation) (September 1999, June 2000, September 2000).

## Research Experience
*Articles*

"Heuristics for Product-Line Selection using Conjoint Analysis," Management Science, December 1990, Vol 36, Number 12, p. 1464-1478 (with Professor Rajeev Kohli).

"Measuring Marketing Mix Effects in the Video-Game Console Market" with Pradeep Chintagunta and Harikesh Nair (forthcoming Journal of Applied Econometrics, October 2006)

"Data Mining," in Handbook of Marketing Research, 2006 (editors, Rajiv Grover and Marco Vriens)

*Research Interests*

New Product (service) innovation, Market segmentation, brand loyalty, pricing, database marketing, data mining, market structure analyses.

Presented at several conferences and workshops. Most recent presentation: "Effects of Service Failure and Service Recovery on Customer Life Time Value," a joint MSI/Yale University Conference (December 2004)

Presented conference papers at Marketing Science Conferences (INFORMS). Currently, working in the area of Hierarchical Bayesian approaches to Market Segmentation based on information search criteria

*Other Research Experience*

Served as a Reviewer for a number of manuscripts submitted for publication to journals published by the American Marketing Association, INFORMS. Reviewer for manuscripts submitted to Management Science, Journal of Marketing Research and Journal of Advertising.

*Dissertation Committees*

Ms. Charu Prakash (co-chair), Ms. V. Satya (co-chair)
Kiran Karande (member), John Gaskins (member), Rajagopal Echambadi (member),
Rosalind Wyatt (member)
Rama Pakala (member, Mechanical Engineering, Master's thesis)
Shantanu Swadi (member, Mechanical Engineering, Master's thesis)

**Consulting Experience**

> Consulted on Marketing and Market Research issues for a number of large and small organizations, including Pfizer, Genentech, AstraZeneca, Johnson and Johnson Pharmaceuticals, Abbott Laboratories, Nestle, Kraft Foods, ExxonMobil, Jiffy Lube/Pennzoil, Schlumberger-GeoQuest, Halliburton, Lucas Arts, Qwest Cyber.Solutions, Inc., Lubrizol, Shell Oil, Calgary Transit Authority, Diagnostic Systems Laboratories, Columbia/HCA, METRO Transit, Conoco and St. Luke's Episcopal Hospital.

> I have worked with a number of organizations as part of class projects with student teams developing market research and marketing plans.

> Conducted training programs for Reliant Energy and Communications, El Paso Energy, Deutsche Telekom, PetroChina (China National Petroleum Corporation), Shell Business Leadership Team.

**Professional Affiliations**

> American Marketing Association, American Statistical Association, INFORMS
> American Economic Association
> American Psychometric Society
> American Statistical Association
> Econometric Society
> European Marketing Association
> Product Development and Management Association
> President, South Central Chapter of the Product Development and Management Association. (1995-1997). Active member and Director of the Board for the Phoenix Chapter of the PDMA (1998-2004)

**Exhibit E: Expert Compensation**

Optimal Strategix Group charged a fee of $346,500 to cover the research costs (honoraria for respondents, survey design, programming of software used, and analysis of the results). Additionally, Dr. Sukumar charged $650 per hour for his time to complete the report and for providing expert testimony.

**Exhibit F: References**

[1] Green, P., V. Srinivasan. 1978. Conjoint analysis in consumer research: Issues and outlook. J. Consumer Res. 5 (September) 103–123.

[2] Green, P., V. Srinivasan. 1990. Conjoint analysis in marketing: New developments with implications for research and practice. J. Marketing 54 (October) 3–19.

[3] Ofek, Elie and Srinivasan, V. 2002.  How Much Does the Market Value an Improvement  in a Product Attribute?  Marketing Science 21 (Fall) 398-411.

[4] CBC Technical Paper Series Reference: 2008, "The CBC System for Choice-Based Conjoint Analysis," Technical Paper Series, CBC v6.0, Sawtooth Software, Inc., Sequim, Washington USA.

[5] CBC/HB Technical Paper Series Reference: 2009, "The CBC/HB System for Hierarchical Bayes Estimation," Technical Paper Series, CBC/HB v5.0, Sawtooth Software, Inc., Sequim, Washington USA.

[6] Reference Manual on Scientific Evidence, Federal Judicial Center 2000, Second Edition

http://www.fjc.gov/public/pdf.nsf/lookup/sciman00.pdf/$file/sciman00.pdf.

**Exhibit G:  Screen Capture from On-line Survey**

**iPhone Survey**

---

informed insights
Privacy Policy

**Confidentiality Agreement**

If you participate in this survey, you will be shown certain confidential information.
By selecting "I Agree" below, you signify that you will neither use nor disclose to any other person or entity any of the
information provided to you in this survey.

*(Please select one)*

○ I Agree
○ I Disagree

Next | >

---

informed insights
Privacy Policy

**Thank you for taking part in our study today.**

We really appreciate your help and are interested in what you have to say.

There are a couple of things you should know before you start:

• There are no right or wrong answers.  We just want your honest opinion.
• This survey is supposed to be interesting and give you a small break from your usual day-to-day routine.  So please, relax and enjoy.

*(Please click 'Next' (>) to continue...)*

Next | >

informed insights

Privacy Policy

In the past 30 days, have you participated in any of the following types of market research studies?

*(Please select all that apply)*

☐ Automotive services
☐ Cellular telephone providers
☐ Consumer electronics / appliances
☐ Consumer healthcare products
☐ Food / grocery products
☐ Home cleaning services
☐ Internet service providers
○ None of the above

Next  | >

informed insights

Privacy Policy

What is your gender?

*(Please select one)*

○ Male
○ Female

Next  | >

informed insights

Privacy Policy

What year were you born?

(Please select one) ▼

| (Please select one) ▲ |
| 2005 |
| 2004 |
| 2003 |
| 2002 |
| 2001 |
| 2000 |

Next  | >

informed insights
Privacy Policy

Which of the following best describes your race?

*(Please select one)*

- ○ Caucasian
- ○ African American
- ○ Asian
- ○ Other (Please specify) [          ]
- ○ Prefer not to answer

Next  | >

informed insights
Privacy Policy

Are you of Hispanic or Spanish descent?

*(Please select one)*

- ○ Yes
- ○ No
- ○ Prefer not to answer

Next  | >

**informed insights**
Privacy Policy

## What is your marital status?

*(Please select one)*

- ○ Single
- ○ Married
- ○ Divorced
- ○ Widowed
- ○ Other (Please specify) [_____]
- ○ Prefer not to answer

Next | >

**informed insights**
Privacy Policy

## Which of the following ranges includes your total annual household income before taxes?

*(Please select one)*

- ○ Below $25,000
- ○ $25,000 but less than $40,000
- ○ $40,000 but less than $60,000
- ○ $60,000 but less than $75,000
- ○ $75,000 but less than $100,000
- ○ $100,000 but less than $125,000
- ○ $125,000 but less than $150,000
- ○ $150,000 but less than $200,000
- ○ $200,000 and above
- ○ Don't Know / Not Sure
- ○ Prefer Not to Answer

Next | >

informed insights
Privacy Policy

Do you currently own a smartphone that can access the Internet and be used to receive e-mail messages?

*(Please select one)*

○ Yes
○ No
○ I don't know

Next | >

informed insights
Privacy Policy

What is the brand of your current smartphone? If you have more than one smartphone, answer the question considering the smartphone that you currently use most frequently.

*(Please select one)*

○ Apple
○ BlackBerry
○ Samsung
○ HTC
○ LG
○ Motorola
○ Palm
○ Nokia
○ Other
○ I don't know

Next | >

informed insights
Privacy Policy

What model of Apple smartphone do you currently use? If you have more than one Apple smartphone, answer the question considering the smartphone that you currently use most frequently.

*(Please select one)*

- ○ iPhone original
- ○ iPhone 3G
- ○ iPhone 3GS
- ○ iPhone 4 / iPhone 4S
- ○ I don't know

Next  | >

informed insights
Privacy Policy

When did you acquire your current smartphone?

*(Please select one)*

- ○ Less than 6 months ago
- ○ 6 to less than 9 months ago
- ○ 9 to less than 12 months ago
- ○ 12 to less than 18 months ago
- ○ 18 to less than 24 months ago
- ○ 24 to less than 36 months ago
- ○ 36 months ago or longer
- ○ I don't know

Next  | >

**ınformed ınsights**
Privacy Policy

You are eligible to participate in an online market research survey for smartphones. This is not a solicitation for sales. This is an opportunity for you to share your thoughts, opinions and ideas with a company that values your viewpoints. We think you will find the survey and topic to be both enjoyable and interesting. The remainder of the survey will take approximately 20 minutes to complete.

Do you agree to commit to contributing your best effort to a successful study?

*(Please select one)*

⊘ Yes

⊙ No

Next  | >

**ınformed ınsights**
Privacy Policy

Information screen. Please read carefully.

Thank you for taking part in this important study. The upcoming questions will ask you to make choices among different possible iPhones. Descriptions of some of the features of these iPhones are shown on the next few screens. <u>Please review each feature description carefully</u> before you click 'Next' to continue. <u>Assume that all other features of the iPhone are kept the same</u>.

If you have more than one iPhone, answer the entire questionnaire considering the iPhone that you currently use most frequently.

*(Please click 'Next' (>) to continue....)*

Next  | >

informed insights
Privacy Policy

**E-mail Photo:**

The ability to take a photo on the iPhone and send any of the pictures stored on the iPhone displayed in the body of an e-mail, as opposed to attaching the photo to the email which then has to be separately opened.

*(Please click 'Next' (>) to continue...)*

Next | >

---

informed insights
Privacy Policy

Have you used the E-mail Photo feature on your iPhone?

*(Please select one)*

&#9685; Yes

&#9685; No

Next | >

---

informed insights
Privacy Policy

**Photo Gallery Bookmark:**

The ability to exit the photo gallery to another app and return to the photo gallery at the same place where you left off.

*(Please click 'Next' (>) to continue...)*

Next | >

**informed insights**
Privacy Policy

Have you used the Photo Gallery Bookmark feature on your IPhone?

*(Please select one)*

○ Yes

○ No

Next  | >

---

**informed insights**
Privacy Policy

**Music in Background:**

Allows you to listen to music while performing other tasks on your iPhone. The phone visually indicates that music is playing.

*(Please click 'Next' (>) to continue...)*

Next  | >

---

**informed insights**
Privacy Policy

Have you used the Music in Background feature on your IPhone?

*(Please select one)*

○ Yes

○ No

Next  | >

informed insights
Privacy Policy

**Window Dividing:**

While composing a text message, Window Dividing allows you to divide the screen (for example, by pressing the bottom button twice): the first window continues to display the text message, while the second window either (a) displays app icons that perform a search function, or (b) displays icons for recently used apps.

*(Please click 'Next' (>) to continue...)*

Next | >

informed insights
Privacy Policy

Have you used the Window Dividing feature on your iPhone?

*(Please select one)*

○ Yes
○ No

Next | >

informed insights
Privacy Policy

**Price:**

Price of a new (not refurbished) iPhone 4 before taxes charged by your carrier together with a 2-year service contract.

*(Please click 'Next' (>) to continue...)*

Next | >

Privacy Policy

0% ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ 100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $150 | $175 | $150 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

Next | >

Need Help? Please Click Here.

Privacy Policy

0%................   100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $200 | $200 | $175 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)



Need Help? Please Click Here.

Privacy Policy

0%⸱ ⸱⸱⸱⸱⸱⸱⸱⸱⸱     100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $200 | $225 | $225 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ⊙ |

(You can hover your mouse over any of the features above to review their definitions.)

**< | Back**   **Next | >**

Need Help? Please Click Here.

Privacy Policy

0% ⬛⬛⬛⬛⬛⬛⬛⬛        100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| | | | |
|---|---|---|---|
| **Price:** | $150 | $150 | $250 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

⬛ | Back ⬛    Next | >

Need Help? Please Click Here.

Privacy Policy

0%                         100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $225 | $250 | $225 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Music in Background: | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
|  | ○ | ○ | ☺ |

(You can hover your mouse over any of the features above to review their definitions.)

[ < Back ]   [ Next | > ]

Need Help? Please Click Here.

0% ︙ ⋯ ⋯ ⋯ ⋯ ⋯      100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $175 | $175 | $250 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Music In Background: | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

[< Back]   [Next | >]

Need Help? Please Click Here.

Privacy Policy

0% ▓▓▓▓▓▓▓▓▓     100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $250 | $175 | $200 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ☺ | ○ | ☺ |

*(You can hover your mouse over any of the features above to review their definitions.)*

**◄ Back**    **Next ►**

**Need Help? Please Click Here.**

Privacy Policy

0% [·············] 100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $200 | $225 | $250 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Music in Background: | Ability to listen to music in the background, the phone indicating that music is playing | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

[ Back ]   [ Next | > ]

Need Help? Please Click Here.

Privacy Policy

0%░░░░░░░░░░    100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $225 | $250 | $150 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< Back]   [Next >]

Need Help? Please Click Here.

0% [............] 100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $200 | $200 | $150 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Music in Background: | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

【◁ Back】  【Next ▷】

Need Help? Please Click Here.

Privacy Policy

0% ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛   100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $175 | $175 | $250 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Music In Background: | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[ Back ]   [ Next | > ]

Need Help? Please Click Here.

Privacy Policy

0%     100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPhone 4 that you would most likely purchase.)*

| Price: | $225 | $200 | $150 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Music in Background: | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ☺ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< | Back]   [Next | >]

**Need Help? Please Click Here.**

---

**informed insights**
Privacy Policy

Thank you. That completes the survey. You can now close the window.

**Exhibit G:  Screen Capture from On-line Survey**

**iPad Survey**

informed insights
Privacy Policy

**Confidentiality Agreement**

If you participate in this survey, you will be shown certain confidential information.
By selecting "I Agree" below, you signify that you will neither use nor disclose to any other person or entity any of the information provided to you in this survey.

*(Please select one)*

⦾ I Agree
⦾ I Disagree

Next  | >

---

informed insights
Privacy Policy

**Thank you for taking part in our study today.**

We really appreciate your help and are interested in what you have to say.

There are a couple of things you should know before you start:

- There are no right or wrong answers.  We just want your honest opinion.
- This survey is supposed to be interesting and give you a small break from your usual day-to-day routine.  So please, relax and enjoy.

*(Please click 'Next' (>) to continue...)*

Next  | >

**informed insights**

Privacy Policy

In the past 30 days, have you participated in any of the following types of market research studies?

*(Please select all that apply)*

- Automotive services
- Cellular telephone providers
- Consumer electronics / appliances
- Consumer healthcare products
- Food / grocery products
- Home cleaning services
- Internet service providers
- None of the above

Next  | >

---

**informed insights**

Privacy Policy

What is your gender?

*(Please select one)*

- Male
- Female

Next  | >

---

**informed insights**

Privacy Policy

What year were you born?

(Please select one) ▾

| (Please select one) |
|---|
| 2005 |
| 2004 |
| 2003 |
| 2002 |
| 2001 |
| 2000 |

Next  | >

**ınformed ınsights**

Privacy Policy

Which of the following best describes your race?

*(Please select one)*

- ⬭ Caucasian
- ⬭ African American
- ⬭ Asian
- ⬭ Other (Please specify) [        ]
- ⬭ Prefer not to answer

Next  | >

---

**ınformed ınsights**

Privacy Policy

Are you of Hispanic or Spanish descent?

*(Please select one)*

- ⬭ Yes
- ⬭ No
- ⬭ Prefer not to answer

Next  | >

informed insights

_Privacy Policy_

**What is your marital status?**

_(Please select one)_

- ◯ Single
- ◯ Married
- ◯ Divorced
- ◯ Widowed
- ◯ Other (Please specify) [_____]
- ◯ Prefer not to answer

Next | >

informed insights

_Privacy Policy_

**Which of the following ranges includes your total annual household income before taxes?**

_(Please select one)_

- ◯ Below $25,000
- ◯ $25,000 but less than $40,000
- ◯ $40,000 but less than $60,000
- ◯ $60,000 but less than $75,000
- ◯ $75,000 but less than $100,000
- ◯ $100,000 but less than $125,000
- ◯ $125,000 but less than $150,000
- ◯ $150,000 but less than $200,000
- ◯ $200,000 and above
- ◯ Don't Know / Not Sure
- ◯ Prefer Not to Answer

Next | >

informed insights

Privacy Policy

**Do you currently own a touchscreen tablet computer?**

*(Please select one)*

○ Yes
○ No
○ I don't know

Next | >

informed insights

Privacy Policy

**What is the brand of your tablet computer? If you have more than one tablet computer, answer the question considering the tablet computer that you currently use most frequently.**

*(Please select one)*

○ Apple
○ ASUS
○ BlackBerry
○ Dell
○ HP
○ Samsung
○ Sony
○ Toshiba
○ Other
○ I don't know

Next | >

50

**informed insights**
Privacy Policy

What model of Apple tablet computer do you currently use? If you have more than one Apple tablet computer, answer the question considering the tablet computer that you currently use most frequently.

*(Please select one)*

○ iPad
○ iPad2
○ I don't know

Next | >

**informed insights**
Privacy Policy

When did you acquire your current tablet computer?

*(Please select one)*

○ Less than 6 months ago
○ 6 to less than 9 months ago
○ 9 to less than 12 months ago
○ 12 to less than 18 months ago
○ 18 to less than 24 months ago
○ 24 to less than 36 months ago
○ 36 months ago or longer
○ I don't know

Next | >

**ınformed ınsights**
Privacy Policy

You are eligible to participate in an online market research survey for tablet computers. This is not a solicitation for sales. This is an opportunity for you to share your thoughts, opinions and ideas with a company that values your viewpoints. We think you will find the survey and topic to be both enjoyable and interesting. The remainder of the survey will take approximately 20 minutes to complete.

Do you agree to commit to contributing your best effort to a successful study?

*(Please select one)*

    ○ Yes
    ○ No

Next | >

---

**ınformed ınsights**
Privacy Policy

**Information screen. Please read carefully.**

Thank you for taking part in this important study. The upcoming questions will ask you to make choices among different possible iPad tablet computers. Descriptions of some of the features of these tablet computers are shown on the next few screens. **Please review each feature description carefully** before you click 'Next' to continue. **Assume that all other features of the iPad tablet computer are kept the same.**

If you have more than one iPad tablet computer, answer the entire questionnaire considering the iPad tablet computer that you currently use most frequently.

*(Please click 'Next' (>) to continue...)*

Next | >

informed insights
Privacy Policy

**E-mail Photo:**

The ability to take a photo on the iPad and send any of the pictures stored on the iPad displayed in the body of an e-mail, as opposed to attaching the photo to the email which then has to be separately opened.

*(Please click 'Next' (>) to continue...)*

Next   | >

---

informed insights
Privacy Policy

**Have you used the E-mail Photo feature on your iPad tablet computer?**

*(Please select one)*

○ Yes
○ No

Next   | >

---

informed insights
Privacy Policy

**Photo Gallery Bookmark:**

The ability to exit the photo gallery to another app and return to the photo gallery at the same place where you left off.

*(Please click 'Next' (>) to continue...)*

Next   | >

informed insights
Privacy Policy

Have you used the Photo Gallery Bookmark feature on your iPad tablet computer?

*(Please select one)*

○ Yes
○ No

Next | >

---

informed insights
Privacy Policy

**Window Dividing:**

While composing a text message, Window Dividing allows you to divide the screen (for example, by pressing the bottom button twice): the first window continues to display the text message, while the second window either (a) displays app icons that perform a search function, or (b) displays icons for recently used apps.

*(Please click 'Next' (>) to continue...)*

Next | >

---

informed insights
Privacy Policy

Have you used the Window Dividing feature on your iPad tablet computer?

*(Please select one)*

○ Yes
○ No

Next | >

informed insights
Privacy Policy

**Price:**

Price of a new (not refurbished) iPad 2 16GB Tablet Computer with WIFI (no contract with cellular service provider).

*(Please click 'Next' (>) to continue...)*

Next | >

---

Privacy Policy

0% [        ] 100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| | | | |
|---|---|---|---|
| **Price:** | $500 | $550 | $450 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ☺ | ◯ | ☺ |

*(You can hover your mouse over any of the features above to review their definitions.)*

Next | >

Need Help? Please Click Here.

---

Privacy Policy

0%⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛     100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $450 | $525 | $475 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ◉ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< | Back]   [Next | >]

Need Help? Please Click Here.

Privacy Policy

0%                         100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $450 | $550 | $475 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< | Back]   [Next | >]

Need Help? Please Click Here.

Privacy Policy

0%        100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $500 | $550 | $525 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function |
| | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

[< | Back]   [Next | >]

Need Help? Please Click Here.

Privacy Policy

0% [............]   100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $475 | $450 | $450 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ⭕ | ⭕ | ⭕ |

(You can hover your mouse over any of the features above to review their definitions.)

[ < Back ]   [ Next  | > ]

Need Help? Please Click Here.

Privacy Policy

0% ⟨░░⟩ 100%

Please assume that you are in the process of purchasing an IPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an IPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the IPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the IPad 2 that you would most likely purchase.)*

| Price: | $450 | $525 | $500 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< | Back]   [Next | >]

**Need Help? Please Click Here.**

0% ▮▯▯▯▯▯▯▯▯▯ 100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $525 | $500 | $550 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ☺ | ○ | ☺ |

(You can hover your mouse over any of the features above to review their definitions.)

[ < | Back ]   [ Next | > ]

Need Help? Please Click Here.

Privacy Policy

0% ⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱    100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $550 | $475 | $525 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< Back]   [Next | >]

Need Help? Please Click Here.

Privacy Policy

0% ............... 100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $500 | $550 | $475 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ☺ | ◯ | ☺ |

(You can hover your mouse over any of the features above to review their definitions.)

< Back    Next >

Need Help? Please Click Here.

Privacy Policy

0%                               100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $450 | $525 | $500 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

[< Back]   [Next | >]

Need Help? Please Click Here.

Privacy Policy

0%⋯⋯⋯⋯⋯⋯       100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $550 | $525 | $475 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
|  | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)



Need Help? Please Click Here.

Privacy Policy

0%          100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPad 2 that you would most likely purchase.)*

| Price: | $500 | $475 | $450 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[ < Back ]   [ Next | > ]

Need Help? Please Click Here.

---

**informed insights**
Privacy Policy

Thank you. That completes the survey. You can now close the window.

## Exhibit G:  Screen Capture from On-line Survey

## iPod Touch Survey

---

informed insights
Privacy Policy

### Confidentiality Agreement

If you participate in this survey, you will be shown certain confidential information.
By selecting "I Agree" below, you signify that you will neither use nor disclose to any other person or entity any of the information provided to you in this survey.

*(Please select one)*

&#9675; I Agree
&#9675; I Disagree

Next   | >

---

informed insights
Privacy Policy

**Thank you for taking part in our study today.**

We really appreciate your help and are interested in what you have to say.

There are a couple of things you should know before you start:

- There are no right or wrong answers.  We just want your honest opinion.
- This survey is supposed to be interesting and give you a small break from your usual day-to-day routine.  So please, relax and enjoy.

*(Please click 'Next' (>) to continue...)*

Next   | >

informed **insights**
Privacy Policy

In the past 30 days, have you participated in any of the following types of market research studies?

*(Please select all that apply)*

☐ Automotive services
☐ Cellular telephone providers
☐ Consumer electronics / appliances
☐ Consumer healthcare products
☐ Food / grocery products
☐ Home cleaning services
☐ Internet service providers
⊙ None of the above

Next | >

---

informed **insights**
Privacy Policy

What is your gender?

*(Please select one)*

⊙ Male
○ Female

Next | >

---

informed **insights**
Privacy Policy

What year were you born?

| (Please select one) ▼ |
|---|
| (Please select one) |
| 2005 |
| 2004 |
| 2003 |
| 2002 |
| 2001 |
| 2000 |

Next | >

*informed insights*
Privacy Policy

Which of the following best describes your race?

*(Please select one)*

- ⊙ Caucasian
- ○ African American
- ○ Asian
- ○ Other (Please specify)
- ○ Prefer not to answer

Next | >

*informed insights*
Privacy Policy

Are you of Hispanic or Spanish descent?

*(Please select one)*

- ○ Yes
- ○ No
- ○ Prefer not to answer

Next | >

informed insights
Privacy Policy

**What is your marital status?**

*(Please select one)*

- ☉ Single
- ☉ Married
- ☉ Divorced
- ☉ Widowed
- ☉ Other (Please specify) [_____]
- ☉ Prefer not to answer

Next | >

---

informed insights
Privacy Policy

**Which of the following ranges includes your total annual household income before taxes?**

*(Please select one)*

- ☉ Below $25,000
- ☉ $25,000 but less than $40,000
- ☉ $40,000 but less than $60,000
- ☉ $60,000 but less than $75,000
- ☉ $75,000 but less than $100,000
- ☉ $100,000 but less than $125,000
- ☉ $125,000 but less than $150,000
- ☉ $150,000 but less than $200,000
- ☉ $200,000 and above
- ☉ Don't Know / Not Sure
- ☉ Prefer Not to Answer

Next | >

informed insights
Privacy Policy

Do you currently own a portable media player that is capable of storing and playing digital media such as music, images, video, etc.?

*(Please select one)*

    ○ Yes
    ○ No
    ○ I don't know

Next  | >

---

informed insights
Privacy Policy

What is the brand of your portable media player? If you have more than one portable media player, answer the question considering the player that you currently use most frequently.

*(Please select one)*

    ○ Apple
    ○ Archos
    ○ COBY
    ○ Creative
    ○ Mach Speed
    ○ Microsoft
    ○ Philips
    ○ Samsung
    ○ SanDisk
    ○ Sony
    ○ Supersonic
    ○ Sylvania
    ○ Transcend
    ○ Other
    ○ I don't know

Next  | >

**ınformed ınsights**
Privacy Policy

What model of Apple portable media player do you currently use? If you have more than one Apple portable media player, answer the question considering the player that you currently use most frequently.

*(Please select one)*

- ⊙ iPod classic
- ⊙ iPod touch
- ⊙ iPod nano
- ⊙ iPod shuffle
- ⊙ Other
- ⊙ I don't know

Next | >

**ınformed ınsights**
Privacy Policy

When did you acquire your current portable media player?

*(Please select one)*

- ⊙ Less than 6 months ago
- ⊙ 6 to less than 9 months ago
- ⊙ 9 to less than 12 months ago
- ⊙ 12 to less than 18 months ago
- ⊙ 18 to less than 24 months ago
- ⊙ 24 to less than 36 months ago
- ⊙ 36 months ago or longer
- ⊙ I don't know

Next | >

informed insights
Privacy Policy

You are eligible to participate in an online market research survey for portable media players.  This is not a solicitation for sales.  This is an opportunity for you to share your thoughts, opinions and ideas with a company that values your viewpoints. We think you will find the survey and topic to be both enjoyable and interesting. The remainder of the survey will take approximately 20 minutes to complete.

Do you agree to commit to contributing your best effort to a successful study?

*(Please select one)*

○ Yes
○ No

[ Next  | > ]

informed insights
Privacy Policy

**Information screen. Please read carefully.**

Thank you for taking part in this important study.  The upcoming questions will ask you to make choices among different possible iPod Touch portable media players.  Descriptions of some of the features of these portable media players are shown on the next few screens.  Please review each feature description carefully before you click 'Next' to continue.  Assume that all other features of the iPod Touch portable media player are kept the same.

If you have more than one iPod Touch portable media player, answer the entire questionnaire considering the iPod Touch that you currently use most frequently.

*(Please click 'Next' (>) to continue...)*

[ Next  | > ]

informed insights
Privacy Policy

**E-mail Photo:**

The ability to take a photo on the iPod Touch and send any of the pictures stored on the iPod Touch displayed in the body of an e-mail, as opposed to attaching the photo to the email which then has to be separately opened.

*(Please click 'Next' (>) to continue...)*

Next | >

---

informed insights
Privacy Policy

**Have you used the E-mail Photo feature on your iPod Touch?**

*(Please select one)*

- ○ Yes
- ◉ No

Next | >

---

informed insights
Privacy Policy

**Photo Gallery Bookmark:**

The ability to exit the photo gallery to another app and return to the photo gallery at the same place where you left off.

*(Please click 'Next' (>) to continue...)*

Next | >

informed insights
Privacy Policy

Have you used the Photo Gallery Bookmark feature on your iPod Touch?

*(Please select one)*

○ Yes
◌ No

Next | >

---

informed insights
Privacy Policy

**Window Dividing:**

While composing a text message, Window Dividing allows you to divide the screen (for example, by pressing the bottom button twice): the first window continues to display the text message, while the second window either (a) displays app icons that perform a search function, or (b) displays icons for recently used apps.

*(Please click 'Next' (>) to continue...)*

Next | >

---

informed insights
Privacy Policy

Have you used the Window Dividing feature on your iPod Touch?

*(Please select one)*

○ Yes
◌ No

Next | >

informed insights

Privacy Policy

**Price:**

Price of a new (not refurbished) iPod Touch 8GB Portable Media player with WiFi.

*(Please click 'Next' (>) to continue...)*

Next  [ >

---

Privacy Policy

0% ▓▓▓▓▓▓▓▓▓▓▓▓▓   100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $200 | $250 | $150 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ☺ | ☺ | ☺ |

*(You can hover your mouse over any of the features above to review their definitions.)*

Next  [ >

Need Help? Please Click Here.

Privacy Policy

0% ░░░░░░░░░░░░░░░        100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, **please select the iPod Touch that you would most likely purchase.**)*

| Price: | $150 | $225 | $175 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

*(You can hover your mouse over any of the features above to review their definitions.)*

[< Back]   [Next >]

**Need Help? Please Click Here.**

Privacy Policy

0% 100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| | | | |
|---|---|---|---|
| **Price:** | $150 | $250 | $175 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ☺ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< Back     Next | >

Need Help? Please Click Here.

Privacy Policy

0%⬛⬛⬛⬛⬛⬛⬛        100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, **please select the iPod Touch that you would most likely purchase.**)*

| Price: | $200 | $250 | $225 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function |
| | ○ | ☺ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

**< Back    Next | >**

**Need Help? Please Click Here.**

Privacy Policy

0%▒▒▒▒▒▒▒▒▒▒▒      100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $175 | $150 | $150 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

Back     Next | >

Need Help? Please Click Here.

Privacy Policy

0%⟨ ⋯ ⋯ ⟩     100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $150 | $225 | $200 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ◯ | ◉ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

[ Back ]   [ Next  | > ]

**Need Help? Please Click Here.**

Privacy Policy

0% ⬚⬚⬚⬚⬚⬚⬚⬚⬚    100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $225 | $200 | $250 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[ < | Back ]   [ Next | > ]

Need Help? Please Click Here.

Privacy Policy

0%         100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $250 | $175 | $225 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< | Back]   [Next | >]

Need Help? Please Click Here.

Privacy Policy

0% 100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $200 | $250 | $175 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ☺ | ○ | ☺ |

(You can hover your mouse over any of the features above to review their definitions.)

[< Back]   [Next | >]

Need Help? Please Click Here.

0%           100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $150 | $225 | $200 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

[< | Back]   [Next | >]

**Need Help? Please Click Here.**

Privacy Policy

0%  100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, please select the iPod Touch that you would most likely purchase.)*

| Price: | $250 | $225 | $175 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ☺ | ○ | ☺ |

(You can hover your mouse over any of the features above to review their definitions.)

< Back     Next >

Need Help? Please Click Here.

Privacy Policy

0%[illegible]   100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to <u>purchase</u> an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the <u>only iPod Touch products</u> you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(Keeping these assumptions in mind, from the choices below, <u>please select the iPod Touch that you would most likely purchase</u>.)*

| Price: | $200 | $175 | $150 |
|---|---|---|---|
| E-mail Photo: | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| Photo Gallery Bookmark: | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| Window Dividing: | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< Back     Next >

Need Help? Please Click Here.

---

**uformed insights**
Privacy Policy

Thank you. That completes the survey. You can now close the window.

R. Sukumar, Ph.D.                      March 22, 2012