# EXHIBIT 4

# In The Matter Of:

## CERTAIN PORTABLE ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES

_____

## DAVID J. TEECE, Ph.D. - Vol. 1
### April 19, 2012

_____

## *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DAVID J. TEECE, Ph.D. - 4/19/2012

Page 140

```
14:42:43   1    royalty rate.  Is that correct?
14:42:47   2         A.   Yes.  This is one part of the canvas, if
14:42:56   3    you will, that I review for purposes of determining
14:43:05   4    reasonable royalties.
14:43:08   5         Q.   And this section starting on page 24 up to
14:43:20   6    page 33 is similar to a section that's in your ITC
14:43:33   7    report.  Is that a fair statement?
14:43:37   8         A.   Yes, there's some overlap.
14:43:46   9         Q.   And so let's start first looking at one of
14:43:48  10    the information points, which is the Stasik report
14:44:04  11    that's shown on page 25, or at least a table from it
14:44:07  12    is shown.
14:44:08  13         A.   That's correct.
14:44:09  14         Q.   And this is a report --
14:44:12  15              Let me just mark it for us.  This is
14:44:14  16    Exhibit 11.
14:44:44  17              (Whereupon, Deposition Exhibit 11 was
14:44:44  18               marked for identification.)
14:44:44  19              MR. BURLING:  Q.  Is Exhibit 11 the Stasik
14:44:47  20    article from which the information shown on page 25
14:44:49  21    is drawn?
14:44:51  22         A.   It is.
14:44:52  23         Q.   And the table on page 116 of Exhibit 11
14:44:57  24    is, in fact, reproduced on page 25 of your report?
14:45:06  25         A.   That's correct.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DAVID J. TEECE, Ph.D. - 4/19/2012

Page 141

| 14:45:09 | 1 | Q. Mr. Stasik is also a testifying expert for |
| 14:45:17 | 2 | Samsung in this litigation with Apple? |
| 14:45:23 | 3 | A. That's my understanding, yes. |
| 14:45:26 | 4 | Q. And this article lists what he says are |
| 14:45:38 | 5 | published handset royalty rates for LTE; right? |
| 14:45:46 | 6 | A. Correct. |
| 14:45:48 | 7 | Q. LTE is a different standard from UMTS? |
| 14:45:54 | 8 | A. Yes. |
| 14:45:56 | 9 | Q. It is a so-called fourth-generation |
| 14:45:57 | 10 | standard versus third generation, which is UMTS? |
| 14:46:05 | 11 | A. That is correct. |
| 14:46:10 | 12 | Q. And do you know whether any or all of the |
| 14:46:15 | 13 | patents declared essential to UMTS are also declared |
| 14:46:22 | 14 | essential to LTE? |
| 14:46:25 | 15 | MR. WALL: Objection to form. |
| 14:46:32 | 16 | THE WITNESS: Do I know whether any of |
| 14:46:33 | 17 | them are? |
| 14:46:34 | 18 | MR. BURLING: Q. Yes. |
| 14:46:34 | 19 | A. I believe that some of them are. I just |
| 14:46:36 | 20 | don't know which ones and how many. |
| 14:46:41 | 21 | Q. Do you know roughly what proportion? |
| 14:46:58 | 22 | A. As I sit here right now, I don't recall. |
| 14:47:01 | 23 | I think I've seen reference to it somewhere. |
| 14:47:08 | 24 | Q. So you don't know? |
| 14:47:11 | 25 | A. As I sit here right now, I don't recall. |

85c37e53-6ae9-48ef-80d1-cb57f7216856

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DAVID J. TEECE, Ph.D. - 4/19/2012

Page 142

```
14:47:19   1         Q.   Do you know if the seven patents at issue
14:47:20   2    in the Northern District of California suit have
14:47:26   3    been declared essential to LTE?
14:47:32   4         A.   I don't know for sure, but I don't believe
14:47:33   5    so, but I don't know for sure.
14:47:36   6         Q.   Do you know whether any of the Samsung
14:47:42   7    portfolio of UMTS declared-essential patents has
14:47:46   8    been declared essential to LTE?
14:47:57   9         A.   As I sit here right now, I don't know.
14:47:59  10         Q.   Do you know whether the published handset
14:48:05  11    royalty rates for LTE listed on page 25 of your
14:48:11  12    Northern District of California report are in
14:48:17  13    addition to any royalty rates for UMTS or inclusive
14:48:22  14    of royalty rates for UMTS?
14:48:32  15         A.   Let me see if I understand what you mean.
14:48:33  16    Are you asking me whether someone seeking a license
14:48:41  17    for LTE would get a credit if they got a contract
14:48:48  18    under a different standard?
14:48:51  19         Q.   Fair question.  Let me back up a second.
14:48:54  20              Do you understand LTE to be in some sense
14:48:56  21    a successor to UMTS?
14:48:58  22         A.   Yes.
14:48:59  23         Q.   A fourth-generation product hoped to
14:49:02  24    supersede and improve a third-generation standard
14:49:06  25    UMTS; right?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DAVID J. TEECE, Ph.D. - 4/19/2012

Page 143

| Time | Line | |
|---|---|---|
| 14:49:06 | 1 | A.   That is correct. |
| 14:49:10 | 2 | Q.   And do you understand that products |
| 14:49:14 | 3 | compliant -- handsets compliant with LTE or able to |
| 14:49:19 | 4 | function on LTE will, for the foreseeable future, |
| 14:49:24 | 5 | also be required to function on UMTS? |
| 14:49:28 | 6 | MR. WALL:  Objection to form. |
| 14:49:36 | 7 | THE WITNESS:  Are you talking about in the |
| 14:49:38 | 8 | United States or in every jurisdiction or where? |
| 14:49:42 | 9 | MR. BURLING:  Q.  I don't think it |
| 14:49:42 | 10 | matters.  Let me make it expansive.  I don't think |
| 14:49:46 | 11 | it matters. |
| 14:49:47 | 12 | A.   Mm-hmm.  I know there's an effort to |
| 14:49:50 | 13 | secure backward compatibility.  I haven't studied |
| 14:49:54 | 14 | that in any detail. |
| 14:49:55 | 15 | Q.   It's more than an effort.  Isn't that the |
| 14:49:57 | 16 | plan, to have backward compatibility to UMTS? |
| 14:50:01 | 17 | A.   I think so, yes. |
| 14:50:02 | 18 | Q.   So that if you have a fourth-generation |
| 14:50:05 | 19 | LTE phone and you go to the next town, which may not |
| 14:50:10 | 20 | have access to an LTE tower but to a UMTS tower, |
| 14:50:15 | 21 | your phone will revert to UMTS and function on that |
| 14:50:18 | 22 | standard; right? |
| 14:50:20 | 23 | A.   That's my understanding. |
| 14:50:21 | 24 | Q.   Just as today UMTS phones are capable of |
| 14:50:26 | 25 | reverting back to PVDS or whatever it is; is that |