# EXHIBIT 4

# In The Matter Of:

## CERTAIN PORTABLE ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES

_____

## DAVID J. TEECE, Ph.D. - Vol. 1
### April 19, 2012

_____

## HIGHLY CONFIDENTIAL  - ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DAVID J. TEECE, Ph.D. - 4/19/2012

Page 140

| | | |
|---|---|---|
| 14:42:43 | 1 | royalty rate.  Is that correct? |
| 14:42:47 | 2 |     A.   Yes.  This is one part of the canvas, if |
| 14:42:56 | 3 | you will, that I review for purposes of determining |
| 14:43:05 | 4 | reasonable royalties. |
| 14:43:08 | 5 |     Q.   And this section starting on page 24 up to |
| 14:43:20 | 6 | page 33 is similar to a section that's in your ITC |
| 14:43:33 | 7 | report.  Is that a fair statement? |
| 14:43:37 | 8 |     A.   Yes, there's some overlap. |
| 14:43:46 | 9 |     Q.   And so let's start first looking at one of |
| 14:43:48 | 10 | the information points, which is the Stasik report |
| 14:44:04 | 11 | that's shown on page 25, or at least a table from it |
| 14:44:07 | 12 | is shown. |
| 14:44:08 | 13 |     A.   That's correct. |
| 14:44:09 | 14 |     Q.   And this is a report -- |
| 14:44:12 | 15 |          Let me just mark it for us.  This is |
| 14:44:14 | 16 | Exhibit 11. |
| 14:44:44 | 17 |          (Whereupon, Deposition Exhibit 11 was |
| 14:44:44 | 18 |           marked for identification.) |
| 14:44:44 | 19 |          MR. BURLING:  Q.  Is Exhibit 11 the Stasik |
| 14:44:47 | 20 | article from which the information shown on page 25 |
| 14:44:49 | 21 | is drawn? |
| 14:44:51 | 22 |     A.   It is. |
| 14:44:52 | 23 |     Q.   And the table on page 116 of Exhibit 11 |
| 14:44:57 | 24 | is, in fact, reproduced on page 25 of your report? |
| 14:45:06 | 25 |     A.   That's correct. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DAVID J. TEECE, Ph.D. - 4/19/2012

Page 141

```
14:45:09   1         Q.   Mr. Stasik is also a testifying expert for
14:45:17   2    Samsung in this litigation with Apple?
14:45:23   3         A.   That's my understanding, yes.
14:45:26   4         Q.   And this article lists what he says are
14:45:38   5    published handset royalty rates for LTE; right?
14:45:46   6         A.   Correct.
14:45:48   7         Q.   LTE is a different standard from UMTS?
14:45:54   8         A.   Yes.
14:45:56   9         Q.   It is a so-called fourth-generation
14:45:57  10    standard versus third generation, which is UMTS?
14:46:05  11         A.   That is correct.
14:46:10  12         Q.   And do you know whether any or all of the
14:46:15  13    patents declared essential to UMTS are also declared
14:46:22  14    essential to LTE?
14:46:25  15              MR. WALL:  Objection to form.
14:46:32  16              THE WITNESS:  Do I know whether any of
14:46:33  17    them are?
14:46:34  18              MR. BURLING:  Q.  Yes.
14:46:34  19         A.   I believe that some of them are.  I just
14:46:36  20    don't know which ones and how many.
14:46:41  21         Q.   Do you know roughly what proportion?
14:46:58  22         A.   As I sit here right now, I don't recall.
14:47:01  23    I think I've seen reference to it somewhere.
14:47:08  24         Q.   So you don't know?
14:47:11  25         A.   As I sit here right now, I don't recall.
```

Page 142

```
14:47:19   1         Q.   Do you know if the seven patents at issue
14:47:20   2    in the Northern District of California suit have
14:47:26   3    been declared essential to LTE?
14:47:32   4         A.   I don't know for sure, but I don't believe
14:47:33   5    so, but I don't know for sure.
14:47:36   6         Q.   Do you know whether any of the Samsung
14:47:42   7    portfolio of UMTS declared-essential patents has
14:47:46   8    been declared essential to LTE?
14:47:57   9         A.   As I sit here right now, I don't know.
14:47:59  10         Q.   Do you know whether the published handset
14:48:05  11    royalty rates for LTE listed on page 25 of your
14:48:11  12    Northern District of California report are in
14:48:17  13    addition to any royalty rates for UMTS or inclusive
14:48:22  14    of royalty rates for UMTS?
14:48:32  15         A.   Let me see if I understand what you mean.
14:48:33  16    Are you asking me whether someone seeking a license
14:48:41  17    for LTE would get a credit if they got a contract
14:48:48  18    under a different standard?
14:48:51  19         Q.   Fair question.  Let me back up a second.
14:48:54  20              Do you understand LTE to be in some sense
14:48:56  21    a successor to UMTS?
14:48:58  22         A.   Yes.
14:48:59  23         Q.   A fourth-generation product hoped to
14:49:02  24    supersede and improve a third-generation standard
14:49:06  25    UMTS; right?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DAVID J. TEECE, Ph.D. - 4/19/2012

Page 143

```
14:49:06    1         A.    That is correct.
14:49:10    2         Q.    And do you understand that products
14:49:14    3    compliant -- handsets compliant with LTE or able to
14:49:19    4    function on LTE will, for the foreseeable future,
14:49:24    5    also be required to function on UMTS?
14:49:28    6               MR. WALL:  Objection to form.
14:49:36    7               THE WITNESS:  Are you talking about in the
14:49:38    8    United States or in every jurisdiction or where?
14:49:42    9               MR. BURLING:  Q.  I don't think it
14:49:42   10    matters.  Let me make it expansive.  I don't think
14:49:46   11    it matters.
14:49:47   12         A.    Mm-hmm.  I know there's an effort to
14:49:50   13    secure backward compatibility.  I haven't studied
14:49:54   14    that in any detail.
14:49:55   15         Q.    It's more than an effort.  Isn't that the
14:49:57   16    plan, to have backward compatibility to UMTS?
14:50:01   17         A.    I think so, yes.
14:50:02   18         Q.    So that if you have a fourth-generation
14:50:05   19    LTE phone and you go to the next town, which may not
14:50:10   20    have access to an LTE tower but to a UMTS tower,
14:50:15   21    your phone will revert to UMTS and function on that
14:50:18   22    standard; right?
14:50:20   23         A.    That's my understanding.
14:50:21   24         Q.    Just as today UMTS phones are capable of
14:50:26   25    reverting back to PVDS or whatever it is; is that
```