# EXHIBIT 5


EXHIBIT 5
Rachel A. Ferrier
CSR No. 6948
Date: 3/5/12
Witness:
Lee

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S FOURTH 30(b)(6) NOTICE** |
| Defendants. | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation, |
| 6 | Counterclaim-Plaintiffs, |
| 7 | v. |
| 8 | APPLE INC., a California corporation, |
| 9 | Counterclaim-Defendant. |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S
FOURTH 30(b)(6) NOTICE**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, defendant and counterclaim plaintiff Apple Inc. will take the deposition Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("Samsung") commencing on January 30, 2012 at 9:00 a.m. at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304, and continuing day-to-day until completed, weekends and holidays excepted.

Samsung is required to designate, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, one or more of its officers, directors or managing agents, or other persons with knowledge of the matters set forth in Attachment A of this notice to appear and testify on it behalf at the deposition. The persons so designated shall testify as to matters known or reasonably available to Samsung. Samsung is requested to provide Apple's counsel, as soon as reasonably possible, but no later than ten (10) business days before the deposition, written notice of the following: (a) the name and employment position of each designee who has consented to

1  testify on behalf of Samsung in response to this Notice, and (b) all matters set forth below as to
2  which each such designee has agreed to testify on behalf of Samsung.
3      The examination will be taken before a Notary Public or other person authorized to
4  administer oaths and will be recorded stenographically and by video.  Real-time transcription
5  (e.g., LiveNote)  may be used as well. Testimony derived pursuant to this Notice of Deposition
6  shall be used for any and all appropriate purposes permitted by the Federal Rules of Evidence.
7  
8  You are invited to attend and cross-examine.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: January 18, 2012 | /s/ Mark D. Selwyn |
| | Mark D. Selwyn (SBN 244180) |
| | (mark.selwyn@wilmerhale.com) |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |
| | |
| | William F. Lee (admitted *pro hac vice*) |
| | (william.lee@wilmerhale.com) |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| | |
| | Harold J. McElhinny (SBN 66781) |
| | (HMcElhinny@mofo.com) |
| | Michael A. Jacobs (SBN 111664) |
| | (MJacobs@mofo.com) |
| | Richard S.J. Hung (CA SBN 197425) |
| | rhung@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, California 94105 |
| | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| | |
| | Attorneys for Plaintiff and |
| | Counterclaim-Defendant Apple Inc. |

1995 and by M. Valenti et al in 1997 (*see* Boemer, L. et al., "A CDMA Radio Link with 'Turbo-Decoding': Concept and Performance Evaluation," *Personal, Indoor and Mobile Radio Communications, Sixth IEEE International Symposium on Wireless: Merging onto the Information Superhighway*, Vol. 2, at 788-793 (Sept. 1995); "Variable Latency Turbo Codes for Wireless Multimedia Applications," *Proceedings of the International Symposium on Turbo Codes*, at 216-219 (Sept. 1997)), and by ETSI TR 101 146 v.3.0.0 (Dec. 1997), or alternative sequencing of Block Concatenation Technology, such as that promulgated by the IEEE in 802.11a-1999(R2003), and adopted in 1999;

g. alternative Interleaving Technologies for High Speed Downlink Shared Channel (HS-DSCH) in UMTS to those identified in the '792 patent, including but not limited to those suggested by Nokia in its submission "Further considerations of channel interleaver modification for HSDPA" (R1-011227), prepared for TSG-RAN WG1 Meeting # 22 on Nov. 9-13, 2001, and by Siemens in its submission "Physical Layer Hybrid ARQ Functionality for HSDPA" (R1-020029), prepared for TSG-RAN WG1 Meeting # 23 on Jan. 8-11, 2002;

h. alternative Scrambling Code Technologies to those identified in the '867 patent, including but not limited to those suggested by Ericsson in its submission "Multiple Scrambling Codes" (TSGR1#5(99)724, prepared for TSG-RAN WG1 Meeting #5 on June 1-4, 1999.

12. All actual or potential litigation or arbitration threatened or filed by or against Samsung in which any party has alleged or asserted claims, counterclaims, or defenses contending (i) that another party has engaged in improper conduct before 3GPP; or (ii) that

==another party has engaged in improper conduct in the licensing or enforcement of purportedly Essential technologies subject to a FRAND commitment.==

13. When Samsung first determined to seek a license from Apple for patents purportedly essential to the UMTS standard: why it did so at that time; and why it did not do so previously.

Dated: January 18, 2012

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 18, 2012 by e-mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

/s/ Mark D. Selwyn
Mark D. Selwyn