# EXHIBIT 7

# In The Matter Of:

*APPLE, INC.,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD.,*

_____

*JUN WON LEE - Vol. 1*

March 5, 2012

_____

*HIGHLY CONFIDENTIAL BUSINESS INFORMATION*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---o0o---

APPLE, INC., a California corporation,

    Plaintiff,

    vs.              Case No.
                        4:11-cv-01846-LHK

SAMSUNG ELECTRONICS CO., LTD., et al.,

    Defendants.
_____  /

DEPOSITION OF

JUN WON LEE

_____

Monday, March 05, 2012

HIGHLY CONFIDENTIAL BUSINESS INFORMATION

REPORTED BY: RACHEL FERRIER, CSR 6948

(3-441636)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 117

|  |  |  |
|---|---|---|
|  | 1 | prepared to cross-license, the defendants here, Samsung, |
|  | 2 | will contend that the cumulative royalties should be |
|  | 3 | still lower. |
|  | 4 | MR. WEINSTEIN: Objection. It's vague and |
| 16:11:01 | 5 | ambiguous, lacks foundation, calls for legal conclusion, |
|  | 6 | outside the scope, calls for expert opinion. |
|  | 7 | THE WITNESS: So the question was really long, |
|  | 8 | so what was the question, the point? What was the point |
|  | 9 | of the question? |
| 16:11:33 | 10 | BY MR. HEYISON: |
|  | 11 | Q   Would you agree with me that Samsung took the |
|  | 12 | position in this case that a cumulative royalty rate of |
|  | 13 | between 5 to 7 percent was the upper bound to a fair |
|  | 14 | cumulative royalty rate for a licensee with no |
| 16:11:52 | 15 | significant intellectual property to cross-license? |
|  | 16 | MR. WEINSTEIN: Same objections. |
|  | 17 | THE WITNESS: It is correct that Samsung |
|  | 18 | contended such, I think. |
|  | 19 | BY MR. HEYISON: |
| 16:12:44 | 20 | Q   And does Samsung believe today that a |
|  | 21 | cumulative royalty rate of between 5 and 7 percent for a |
|  | 22 | licensee with no significant intellectual property to |
|  | 23 | cross-license is the proper range for a royalty rate for |
|  | 24 | GSM-compliant products? |
| 16:13:57 | 25 | MR. WEINSTEIN: Objection; outside the scope, |