QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1.  Portions of Samsung's Objections And Responses Regarding (1) Exhibits To Be Used With Stephen Gray, Richard Howarth, Vincent O'Brien, David Teece, and Andries Van Dam; and (2) Designated Deposition Testimony of Brian Agnetta and Shin Nishibori ("Samsung's Objections and Responses"), filed concurrently herewith.

2.  Exhibit P to the Hutnyan Declaration containing excerpts from the Rebuttal Expert Report of Terry L. Musika, CPA, dated April 16, 2012.

3.  Exhibit R to the Declaration of Diane C. Hutnyan In Support Of Samsung's Objections and Responses ("Hutnyan Declaration"), containing the Declaration Terry L. Musika, CPA in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories, dated May 31, 2012.

In short, the above documents discuss and refer to information which Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, under the Protective Order. Samsung expects that Apple will file the declaration required by Civil Local Rule 79-5(d) establishing these documents as sealable.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

1    DATED: August 14, 2012              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
2

3

4                                        By   /s/ Victoria Maroulis
                                            Charles K. Verhoeven
5                                           Kevin P.B. Johnson
                                            Victoria F. Maroulis
6                                           Michael T. Zeller
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
7                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., and SAMSUNG
8                                           TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28