QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING (1) EXHIBITS TO BE USED WITH RICHARD HOWARTH, ANDRIES VAN DAM, STEPHEN GRAY, VINCENT O'BRIEN, AND DAVID TEECE AND (2) DESIGNATED DEPOSITION TESTIMONY OF SHIN NISHIBORI AND BRIAN AGNETTA** |

02198.51855/4907958.1

Case No. 11-cv-01846-LHK
HUTNYAN DECL. ISO OBJS AND RESPS RE: (1) EXS TO BE USED WITH HOWARTH, VAN DAM, GRAY, O'BRIEN, AND TEECE AND (2) DESIGNATED DEPOSITION TESTIMONY OF NISHIBORI AND AGNETTA

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Samsung's Objections And Responses Regarding (1) Exhibits To Be Used With Stephen Gray, Richard Howarth, Vincent O'brien, David Teece, And Andries Van Dam; And (2) Designated Deposition Testimony Of Brian Agnetta And Shin Nishibori and supporting materials are being filed no later than 10:30 a.m. local time.

3. Attached hereto as **Exhibit A** is a true and correct copy of a February 23, 2012 e-mail from counsel for Apple producing APLNDC0002241842 – APLNDC0002343162

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Samsung's Response to Apple's Interrogatory No. 38

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Samsung's Request for Production No. 139 and Apple's Responses and Objections thereto.

6. Attached hereto as **Exhibit D** is a true and correct copy of a letter sent on October 20, 2011 by counsel for Samsung to counsel for Apple.

7. Attached hereto as **Exhibit E** is a true and correct copy of an email sent at 8:19 PM on November 22, 2011 from counsel for Samsung to counsel for Apple.

8. Attached hereto as **Exhibit F** is a true and correct copy of an email sent at 3:34 PM on May 24, 2012 by counsel for Apple to counsel for Samsung.

9. Attached hereto as **Exhibit G** is a true and correct copy of an email sent at 1:15 PM on July 29, 2012 by counsel for Apple to counsel for Samsung.

10. Attached hereto as **Exhibit H** is a true and correct copy of an email sent at 4:53 PM on August 12, 2012 by counsel for Apple to counsel for Samsung.

11. Attached hereto as **Exhibit I** is a true and correct copy of Exhibit G-7 from Samsung's Invalidity Contentions.

12. Attached hereto as **Exhibit J** is a true and correct copy of Exhibit 8 from the Expert Report of Andries Van Dam.

13. Attached hereto as **Exhibit K** is a true and correct copy of a Notice of Manual Filing of Exhibit 9 to the March 22, 2012 Van Dam Report, which is a video.

14. Attached hereto as **Exhibit L** is a true and correct copy of Exhibit J-6 to Samsung's Invalidity Contentions.

15. Attached hereto as **Exhibit M** is a true and correct copy of Appendix 5 to the Expert Report of Stephen Gray Regarding Invalidity of U.S. patents Nos. 7,844,915 and 7,864,163.

16. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the Expert Report of Stephen Gray Regarding Invalidity of U.S. patents Nos. 7,844,915 and 7,864,163.

17. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the Expert Report of Vincent E. O'Brien, dated March 22, 2012.

18. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the Rebuttal Expert Report of Terry L. Musika, CPA.

19. Attached hereto as **Exhibit Q** is a true and correct copy of DX759, Apple's Royalties Spreadsheet Privilege Log.

20. Attached hereto as **Exhibit R** is a true and correct copy of the Declaration of Terry L. Musika, CPA in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories.

21. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the deposition of Vincent O'Brien, dated April 20, 2012.

22. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the deposition of Ramamirtham Sukumar, dated April 24, 2012.

23. Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the deposition of Russell Winer, dated April 27, 2012.

24. Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the Expert Report of Russell S. Winer, dated March 22, 2012.

25. Attached hereto as **Exhibit W** is a true and correct copy of the deposition transcript of Bryan Agnetta, dated May 16, 2012.

26. Attached hereto as **Exhibit X** is a true and correct copy of Exhibit U to Samsung's Invalidity Contentions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 14, 2012, at San Jose, California.

*[signature]*

Diane C. Hutnyan