# EXHIBIT A

## Scott Hall

| | |
|---|---|
| **Subject:** | FW: Apple v. Samsung - Production APLNDC0002241842 - APLNDC0002343162 |

**From:** tbeyer@mofo.com [mailto:tbeyer@mofo.com]
**Sent:** Thursday, February 23, 2012 11:11 PM
**To:** Alex Binder; Gisele Darwish; Jon Tap; Marissa Ducca; Melissa Chan; Rene Unger; Samsung v. Apple; Sara Jenkins; Sibrina Khan; Todd Briggs; Victoria Maroulis
**Cc:** AppleMofo@mofo.com; mmazza@mofo.com; RHung@mofo.com
**Subject:** Apple v. Samsung - Production APLNDC0002241842 - APLNDC0002343162

Counsel,
Please find Apple's latest production APLNDC0002241842 - APLNDC0002343162.
Password to follow in separate e-mail.

Tom E. Beyer
Senior Paralegal | Litigation
Morrison & Foerster LLP
425 Market Street | San Francisco, CA | 94105
direct dial: 415.268.6013
fax: 415.268.7522

File(s) will be available for download until **25 March 2012**:

File: APLNDC_073_20120223.tc, 3,145,728.00 KB


You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com
Accellion File Transfer



----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/


============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

1

----------------------------------------------------------------------