# EXHIBIT C

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF REQUESTS FOR PRODUCTION** |

APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF REQUESTS FOR PRODUCTION
CASE NO. 11-CV-01846-LHK

sf-3044614

**REQUEST FOR PRODUCTION NO. 139:**

All DOCUMENTS relating to the functionality—including the ease of manufacturing, cost savings, enhanced usability, or any other benefit—of any claimed feature, element, or combination of elements in any of the APPLE DESIGN PATENTS, APPLE TRADE DRESS, and APPLE TRADEMARKS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 139:**

Apple objects to the phrase "relating to the functionality—including the ease of manufacturing, cost savings, enhanced usability, or any other benefit—of any claimed feature, element, or combination of elements" as vague and ambiguous. Apple objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially because it requests "all DOCUMENTS." Apple objects to this request to the extent it seeks production of documents that: (i) are protected from discovery by the attorney-client privilege or the work product doctrine, or any other applicable privilege or immunity; (ii) are outside of Apple's possession, custody, or control; (iii) would require Apple to draw a legal conclusion to respond; or (iv) can be obtained as easily by Samsung, are already in Samsung's possession, or are publicly available.

Apple further objects to Samsung's request as overbroad to the extent it purports to require Apple to conduct a search for documents that is more extensive than is reasonable under the circumstances. Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce responsive, non-privileged documents in its possession, custody, or control, if any, located after a reasonable search as discussed in more detail above.

**REQUEST FOR PRODUCTION NO. 140:**

All DOCUMENTS relating to competition between each version of the iPhone and any product YOU accuse of infringing, diluting, or otherwise violating Apple's alleged rights in APPLE IP.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 140:**

Apple objects to the phrase "relating to competition" as vague and ambiguous. Apple objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 192**:

2      Apple objects to this request as vague and ambiguous.  Apple objects to this request to the
3  extent it seeks production of documents that: (i) are protected from discovery by the attorney-
4  client privilege or the work product doctrine, or any other applicable privilege or immunity; (ii)
5  calls for a legal conclusion; or (iii) can be obtained as easily by Samsung, are already in
6  Samsung's possession, or are publicly available.

7      Apple further objects to Samsung's request as overbroad to the extent it purports to
8  require Apple to conduct a search for documents that is more extensive than is reasonable under
9  the circumstances.  Subject to and without waiving the foregoing General and Specific Objections,
10 Apple has produced or will produce responsive, non-privileged documents in its possession,
11 custody, or control, if any, located after a reasonable search as discussed in more detail above.

13 Dated: September 12, 2011        MORRISON & FOERSTER LLP

15                                          By:   /s/ Richard S.J. Hung
                                                   RICHARD S.J. HUNG

16                                                Attorneys for Plaintiff
                                               APPLE INC.