# EXHIBIT I

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

## EXHIBIT 8
### INVALIDITY CLAIM CHART FOR TABLECLOTH/DTFLASH COMMERCIALLY SOLD, PUBLICLY KNOWN, OR PUBLICLY USED BEFORE JANUARY 7, 2007[1] ("Tablecloth/DTFlash")

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| **[1A]** A computer-implemented method, comprising: | The DiamondTouch table running Tablecloth/DTFlash discloses a computer-implemented method.<br><br>For example, MERL TR 2005-105 discloses that " DTFlash is the latest toolkit to emerge for building applications on DiamondTouch."  MERL TR 2005-105 at Conclusion.<br><br>The figure below shows the DiamondTouch table running Tablecloth/DTFlash.  The DiamondTouch table has a display that faces upward.  The laptop in front of the DiamondTouch table to the right of the file box is connected to the DiamondTouch table and is used to mirror exactly what appears on the display of the DiamondTouch table.  All finger movement takes place on the display's touch surface but is mirrored in the laptop's "slave monitor." |

---

[1]   "Tablecloth/DTFlash" refers to the Tablecloth application running on The Mitsubishi Electric Research Laboratories (MERL) Diamond Touch table.  Tablecloth makes use of a software toolkit called DTFlash that runs on the MERL DiamondTouch table.  Tablecloth/DTFlash was publicly available in the lobby of MERL as of 2000.  *See, e.g.,* Depo. Tr. Clifton Forlines at 119-120 ("Q. Yes. In the 2000 timeframe, do you recall what applications were installed on the lobby machine? THE WITNESS: The lobby machine had many, many DiamondTouch applications, including the Java version of Mandelbrot, the C# version of Mandelbrot, DTLens, DTMouse, DTFlash, including the Flash application we discussed earlier, TableCloth.  Yes. Many DiamondTouch games and, you know, diagnostic applications.")(objections omitted).

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
| --- | --- |
| |  |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| **[1B]** at a device with a touch screen display | Tablecloth/DTFlash runs on Diamond Touch table.  The DiamondTouch table running Tablecloth/DTFlash discloses a device with a touch screen display.<br><br>For example, MERL TR 2005-105 discloses that "DTFlash is designed so that those familiar with Macromedia Flash authoring tools can add multi-user multi-touch gestures and behaviors to web-enabled games and other applications for the DiamondTouch table."  MERL TR 2005-105 at Abstract.  MERL TR 2002-48 discloses that "DiamondTouch is a multi-touch input technology."  MERL TR 2002-48 at Abstract. |
| **[1C]** displaying a first portion of an electronic document; | The DiamondTouch table running Tablecloth/DTFlash discloses displaying a first portion of an electronic document.<br><br>The electronic document is shown in the screen capture below, outlined in green.  The electronic document extends beyond the image that is visible, to include another instance of the image that can be above or below the one shown, as explained below.  The top and bottom edges of the electronic document are above and below the second instances of the image and are not visible in the figure below. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| | <br><br>I understand from Clifton Forlines, one of the MERL software engineers who wrote code for the DiamondTouch, and who analyzed the source code for Tablecloth, that two instances of the electronic document are stored in memory.  When the user scrolls the first instance of the electronic document upward, a corresponding number of rows of the second instance of the electronic document is visible below the first instance to fill in the vacated space.  Similarly, when the user scrolls the first instance of the electronic document downward, a portion of the second instance of the electronic is visible above the first instance. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| | Translating the electronic document slightly upward causes a first portion of the electronic document to be displayed.  The first portion is depicted in the picture below, outlined in green.  It shows the bottom portion of the primary image and the top portion of the secondary image.<br><br> |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
|  |  |
| **[1D]** detecting a movement of an object on or near the touch screen display; in response to detecting the movement, translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion; | The DiamondTouch table can detect a movement of an object (e.g. a finger) on or near the touch screen display. The DiamondTouch table running Tablecloth/DTFlash discloses that in response to detecting the movement, the electronic document is translated in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion.<br><br>DiamondTouch will detect movement of a finger on the touch screen and translate the electronic document in the direction of the movement of the finger. Starting at the first portion referenced above, obtained by having previously scrolled the electronic document slightly upward, continuing from this position, if the user moves his finger downward, the electronic document will move downward. A second portion of the electronic document is then displayed. This second portion of the document is different from the first portion of the document. This is depicted in the figure below, which shows that the primary image was moved down significantly by the move in the first, downward direction, and the secondary image now is filling up the top rows<br><br> |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| | |
| **[1E]** in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen: displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion; and | The DiamondTouch table running Tablecloth/DTFlash discloses that in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object (e.g. finger) is still detected on or near the touch screen, displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion.

As the user reaches the top edge of the electronic document (the top edge of the secondary image) while scrolling downward in the example discussed above, an area beyond the top edge of the electronic document will be displayed.  The area beyond the edge is above the electronic document and appears white.  A third portion of the electronic document is displayed that is smaller than the first portion of the electronic document because some of the electronic document has been completely scrolled off the screen. The third portion (outlined in green) and the area beyond the edge (outlined in yellow) of the electronic document are displayed in the picture below: |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| |  |
| **[1F]** in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion. | The DiamondTouch table running Tablecloth/DTFlash discloses that in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion.<br><br>If the user lifts his finger while in the process of scrolling, the interface will automatically snap back to realign the electronic document with the display.  This snap-back feature will cause the electronic document to be translated in a second direction, which will be opposite to the first direction, until the original starting image is displayed.  Cliff Forlines confirmed what I noticed by playing back the recording in slow motion, namely that it is the original primary image that is snapped back to edge-align and that therefore the snapback first has to completely scroll off the secondary image.   The area beyond the edge of the electronic document can no longer be seen.  As a result, a fourth portion of the document is displayed.  The fourth portion is different from the first portion. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| |  |
| | Based on my analysis of Tablecloth/DTFlash, the electronic document is always translated in a second direction until the area beyond the edge of the electronic document is no longer displayed, and satisfies this claim limitation under the interpretation of Claim 1 provided by the Court in its memorandum and order on Apple's preliminary injunction motion. |
| [2] The computer-implemented method of claim 1, wherein the first portion of the electronic document, the second portion of the electronic document, the third portion of the electronic document, and the fourth portion of the electronic | The DiamondTouch table running Tablecloth/DTFlash discloses the first, second, third, and fourth portions are all at the same magnification.  For example, the four portions previously described are all displayed at the same magnification. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| document are displayed at the same magnification. | |
| **[3]** The computer implemented method of claim 1, wherein the movement of the object is on the touch screen display. | The DiamondTouch table running Tablecloth/DTFlash can detect movement of an object on a touch screen display.  For example, the touch screen display can accept input based on a touch from a finger on the display.  See **1[B]**. |
| **[4]** The computer-implemented method of claim 1, wherein the object is a finger. | The DiamondTouch table running Tablecloth/DTFlash discloses that the object used to interact with the touch screen is a finger.   For example, the touch screen display can accept input based on a touch from a finger on the display.  See **1[B]**. |
| **[5]** The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | The DiamondTouch table running Tablecloth/DTFlash discloses the first direction is a vertical direction.  For example, Tablecloth/DTFlash permits the first direction to be vertical.  The figure below depicts movement in a vertical direction: (note that the direction is strictly vertical – the screen appears a bit tilted due to the camera parallax)<br><br> |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| | |
| **[6]** The computer-implemented method of claim 1, wherein the electronic document is a web page. | The DiamondTouch table running Tablecloth/DTFlash discloses that the electronic document can be a web page. For example, MERL TR 2005-105 discloses that "DTFlash applications can also work as regular web pages." MERL TR 2005-105 at DTFlash Authoring Environment.<br><br>The Tablecloth application is run in a web browser. To the extent that the DiamondTouch table running Tablecloth/DTFlash does not disclose this claim element, having a web page would have been a simple design choice representing a trivial and predictable variation. It was well-known in the art to have a web page. For example, Lira, another graphical user interface, discloses a web page. It would have been obvious to one of ordinary skill in the art to combine the disclosures of the DiamondTouch table running Tablecloth/DTFlash with Lira, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices. Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user. See Exhibit 5. |
| **[7]** The computer-implemented method of claim 1, wherein the electronic document is a digital image. | The DiamondTouch table running Tablecloth/DTFlash discloses that the electronic document is a digital image. In the Tablecloth application the electronic document is a digital image. |
| **[8]** The computer-implemented method of claim 1, wherein the electronic document is a word processing, spreadsheet, email or presentation document. | It would have been obvious to one of ordinary skill in the art to apply DiamondTouch table running Tablecloth/DTFlash "… showing both aspects of what Apple's expert Dr. Balakrishnan calls edge-responsive features, i.e., showing area beyond the edge, and snapping back when the (finger) object is no longer in touch" an electronic document that is a word processing, spreadsheet, email or presentation document. DTFlash is disclosed as a "toolkit … for building applications on DiamondTouch." MERL TR 2005-105 at Conclusion.<br><br>To the extent that the DiamondTouch table running Tablecloth/DTFlash does not disclose this claim element, having an electronic document that is a word processing, spreadsheet, email or presentation |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| | document is a simple design choice representing a trivial and predictable variation.  It was well-known in the art that an electronic document could be a word processing, spreadsheet, email or presentation document. |
| **[9]** The computer-implemented method of claim 1, wherein the electronic document includes a list of items. | It would have been obvious to one of ordinary skill in the art to apply DiamondTouch table running Tablecloth/DTFlash to an electronic document that includes a list of items.  DTFlash is disclosed as a "toolkit … for building applications on DiamondTouch." MERL TR 2005-105 at Conclusion.<br><br>To the extent that the DiamondTouch table running Tablecloth/DTFlash does not disclose this claim element, having an electronic document that includes a list of items would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art that an electronic document could include a list of items. |
| **[10]** The computer-implemented method of claim 1, wherein the second direction is opposite the first direction | The DiamondTouch table running Tablecloth/DTFlash discloses that the second direction is opposite the first direction.  When the electronic document snaps back after the user lifts his finger, the direction of the snap back is opposite the direction in which the user was scrolling.  The figures below show that the first direction is opposite the second direction. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| |  |
| [11] The computer-implemented method of | The DiamondTouch table running Tablecloth/DTFlash discloses that translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object. | movement of the object.<br><br>I have confirmed with Clifton Forlines, who has reviewed the source code for Tablecloth/DTFlash, that the translation of the electronic document corresponds directly, i.e., 1:1,with the movement of the object.  In Tablecloth/DTFlash, the image translates the same distance as the movement of the finger, to provide the appearance the document is pinned to the finger.  Because of this, the speed of translation of the document also corresponds to a speed of movement of the object. |
| **[12]** The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction. | To the extent that the DiamondTouch table running Tablecloth/DTFlash does not disclose this claim element, a simulation of an equation of motion having friction would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use a simulation of an equation of motion having friction,a standard concept taught in freshman physics courses; my expert report cites references on the use of physics in animation used in Graphical User Interface design. |
| **[13]** The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | The DiamondTouch table running Tablecloth/DTFlash discloses the area beyond the edge of the document is black, gray, a solid color, or white.  The area beyond the edge appears as white. |
| **[14]** The computer-implemented method of claim 1, wherein the area beyond the edge of the | The DiamondTouch table running Tablecloth/DTFlash discloses the area beyond the edge of the document is visually distinct from the document.  The area beyond the edge appears white which is different from the electronic document which is a color image. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| document is visually distinct from the document. | |
| **[15]** The computer-implemented method of claim 1, wherein translating the document in the second direction is a damped motion. | The DiamondTouch table running Tablecloth/DTFlash discloses that translating the document in the second direction is a damped motion.<br><br><br><br>I have confirmed with Clifton Forlines, who has reviewed the source code for Tablecloth, that the translation of the document in the second direction is governed by a equation where a constant fraction of the remaining distance is covered in each time interval until motion stops below a threshold, thus exhibiting damped motion. |
| **[16]** The computer-implemented method of | See **[1F]**. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | |
| **[17]** The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond the edge of the | To the extent that the DiamondTouch table running Tablecloth/DTFlash does not disclose this claim element, having the second associated translating distance be less than a distance of movement of the object after reaching the edge of the electronic document would have been a simple design choice representing a trivial and predictable variation.  While Tablecloth/DTFlash appears to translate the electronic document as if the object was pinned, another multiplier could have been used to relate the translation of the document with the motion of the object.  See ,e.g., Lira. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document. | |
| [18] The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a | The DiamondTouch table running Tablecloth/DTFlash discloses the second associated translating speed associated with translation of the electronic document after reaching the edge is slower than the first associated translating speed associated with translation of the electronic document before reaching the edge.

I have confirmed with Clifton Forlines, who has reviewed the source code for Tablecloth/DTFlash, that the translation of the electronic document corresponds directly with the movement of the object.  In Tablecloth/DTFlash, the image translates the same distance as the movement of the finger, to provide the appearance the document is pinned to the finger.  Because of this, if the user moves his finger slower after reaching the edge of the electronic document and faster prior to reaching the edge, the second associated translating speed of the electronic document will be slower than the first associated translating speed of the electronic document. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| second associated translating speed, wherein the second associated translating speed is slower than the first associated translating speed. | |
| **[19A]** A device, comprising: | See **[1A]**. |
| **[19B]** a touch screen display; | See **[1B]**. |
| **[19C]** one or more processors; | See **[1A]**.<br><br>In order to execute the source code for Tablecloth, which Clifton Forlines reviewed, the DiamondTouch table must contain one or more processors. |
| **[19D]** memory; and | See **[1A]**.<br><br>In order to store the source code for Tablecloth, which Clifton Forlines reviewed, the DiamondTouch table must contain memory. |
| **[19E]** one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: | See **[1A]**.<br><br>I have confirmed with Clifton Forlines that there are programs, and source code, for Tablecloth/DTFlash. |
| **[19F]** instructions for displaying a first portion | See **[1C], [19E]**. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| of an electronic document; | |
| **[19G]** instructions for detecting a movement of an object on or near the touch screen display; instructions for translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | See **[1D]**, **[19E]**. |
| **[19H]** instructions for displaying an area beyond an edge of the electronic document and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, in response to the edge of the electronic document being reached while translating the electronic | See **[1E]**, **[19E]**. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| document in the first direction while the object is still detected on or near the touch screen display; and | |
| **[19I]** instructions for translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | See **[1F], [19E]**. |
| **[20A]** A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to: | See **[1A]-[1B], [19A]-[19E].** |
| **[20B]** display a first portion of an electronic | See **[1C]** |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| document; | |
| **[20C]** detect a movement of an object on or near the touch screen display; translate the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | See **[1D]**. |
| **[20D]** display an area beyond an edge of the electronic document and display a third portion of the electronic document, wherein the third portion is smaller than the first portion, if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen | See **[1E]**. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE INFORMATION

| U.S. Patent No. 7,469,381 | Tablecloth/DTFlash |
|---|---|
| display; and | |
| **[20E]** translate the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | See **[1F]**. |