# EXHIBIT J

EXHIBIT J-6
SAMSUNG'S INVALIDITY CLAIM CHARTS FOR NOMURA PATENT PUBLICATION, JP2000/163031 [1]

**References Cited:**

Japanese Patent Application Disclosure 2000-163031 (Seiko Epson Corporation, applicant) ("*Nomura*"), filed November 25, 1998

English Translation of Japanese Patent Application Disclosure 2000-163031 (Seiko Epson Corporation, applicant),  ("*Nomura Translation*")

| U.S. Patent No. 7,844,915 | JP2000/163031 |
|---|---|
| Claim 1 | |
| **[1p]** A machine implemented method for scrolling on a touch-sensitive display of a device comprising: | Nomura discloses a machine implemented method for scrolling on a touch-sensitive display of a device. For example:<br><br>Claim 1:<br>A portable information device including a display capable of displaying a map image, comprising:<br>finger action detection means for detecting action histories of fingers in contact with the display on which the map image is displayed;<br>manipulation information determination means for determining that at least one of rotation, zooming-in, zooming-out and scrolling manipulations for the map image has been input, based on the action histories of the fingers; and<br>map image generation means for generating a map image obtained by carrying out at least one of rotation, zooming-in, zooming-out and scrolling manipulations on the map image displayed on the display, based on the determination. |

---

[1] Referenced for obvious combination purposes only:
  (1)   Declaration of Benjamin Bederson, dated Aug. 20, 2011, before the Court on Apple's Motion for a Preliminary Injunction, disclosing the operation of the *LaunchTile* and *XNav* systems.  ("*Bederson Declaration*")
  (2)   Dean Rubine, The Automatic Recognition of Gestures, PhD Thesis (1991) ("*Rubine PhD Dissertation*")

| U.S. Patent No. 7,844,915 | JP2000/163031 |
|---|---|
| | (*Nomura Translation*, Claim 1)[2]<br><br>Abstract: There are provided an E-book or a portable information device that can be realized in a human interface convenient to use the features such as rotation, zooming-in, zooming-out and scrolling of map images, and an information storage medium used for the same. |

---

[2] All further citations herein are to *Nomura Translation* unless otherwise specified



FIG.1

| [1a]receiving a user input, the user input is one or more input points applied to the touch-sensitive display that is integrated with the device; | Nomura discloses receiving a user input, the user input is one or more input points applied to the touch-sensitive display that is integrated with the device. For example:<br><br>Claim 1:<br>    A portable information device including a display capable of displaying a map image, comprising:<br>    finger action detection means for detecting action histories of fingers in contact with the display on which the map image is displayed;<br>    manipulation information determination means for determining that at least one of rotation, zooming-in, zooming-out and scrolling manipulations for the map image has been input, |

| | |
|---|---|
| | based on the action histories of the fingers; and<br>map image generation means for generating a map image obtained by carrying out at least one of rotation, zooming-in, zooming-out and scrolling manipulations on the map image displayed on the display, based on the determination. |
| **[1b]** creating an event object in response to the user input; | Nomura discloses creating an event object in response to the user input. For example: |



FIG.33

| | A finger action detector 10 detects histories of finger actions taken on a display on which a map image is displayed, in order to allow a user to input rotation, zooming-in, zooming out, and scrolling manipulations for the map image. The finger action detector 10 is made by mounting a transparent touch panel on a display 60. Detected data acquired in the finger action detector 10 is input to a processor 20.<br><br>(p.20) |
|---|---|
| **[1c]** determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | Nomura discloses determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation. For example:<br><br>Preferred Embodiment of the Invention:<br><br>* * *<br><br>If the user puts a finger on the screen and moves it on the screen in a desired direction, with the finger pushed on the screen, as illustrated in FIG. 8 (a scrolling gesture for the map), the map may be scrolled by the moving distance in the moving direction.<br><br>(p.16-18) |



FIG.34



FIG.37

| [1d] issuing at least one scroll or gesture call based on invoking the scroll or gesture | Nomura discloses issuing at least one scroll or gesture call based on invoking the scroll or gesture operation. For example: |
| --- | --- |

| operation; | Claim 2:<br>The portable information device of claim 1, wherein the manipulation information determination means determines at least one of the amount of rotation, the amount of zooming-in, the amount of zooming-out, and the amount of scrolling for the map image as the amount of manipulation, based on the action histories of the fingers; and<br>the map image generation means generates a map image obtained by carrying out at least one of rotation, zooming-in, zooming-out and scrolling manipulations on the map image displayed on the display, based on the determined amount of manipulation. |
|---|---|



FIG.8



FIG.34

The manipulation information determiner 30 determines manipulation information input by

the user, based on action histories of fingers detected by the finger action detector 10. Specifically, the manipulation information determiner 30 determines that a zooming-in manipulation for the map image has been input, if the action histories of the fingers detected by the finger action detector 10 corresponds to an action of widening a gap between two fingers. The manipulation information determiner 30 may determine that a zooming-out manipulation for the map image has been input, if the action histories of the fingers detected by the finger action detector 10 corresponds to, for example, an action of narrowing a gap between two fingers. The manipulation information determiner 30 may determine that a rotation manipulation for the map image has been input, if the action histories of the fingers detected by the finger action detector 10 corresponds to, for example, an action of rotating one finger around an axis of another finger. The manipulation information determiner 30 may determine that a scrolling manipulation for the map image has been input, if the action histories of the fingers detected by the finger action detector 10 corresponds to, for example, an action of moving a finger.

(p.15)



FIG.1

| | |
|---|---|
| **[1e]** responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and | Nomura discloses responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input. For example:<br><br>Preferred Embodiment of the Invention:<br>If the user puts a finger on the screen and moves it on the screen in a desired direction, with the finger pushed on the screen, as illustrated in FIG. 8 (a scrolling gesture for the map), the map may be scrolled by the moving distance in the moving direction.<br><br><br><br>FIG.1 |



FIG.8

To the extent that this is not disclosed, it would be obvious for the scroll to stop at, for instance, a map edge, which would be a predetermined position.

| | |
|---|---|
| **[1f]** responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | *Nomura* discloses responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. For example:<br><br>Claim 3 :<br>The portable information device of any one of claims 1 and 2, wherein if the finger action detection means detects an action of widening a gap between two fingers in contact with the display on which the map image is displayed, the manipulation information determination means determines that a zooming-in manipulation for the map image has been input, and the map image generation means generates a zoomed-in map image.<br><br>Claim 4:<br>The portable information device of any one of claims 1 to 3, wherein if the finger action detection means detects an action of narrowing a gap between two fingers in contact with the display on which the map image is displayed, the manipulation information determination means determines that a zooming-out manipulation for the map image has been input, and the map image generation means generates a zoomed-out map image.<br><br><br><br>FIG.1 |



FIG.5

(A)

FIG.6

(B)



FIG.7



FIG.9

FIG.1

| Claim 2 | |
|---|---|
| **[2]** The method as in claim 1, further comprising: rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll. | While *Nomura* does not directly disclose  rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll, implementing such a feature would have been an obvious design choice to one of ordinary skill in the art.  For example, such a rubberbanding feature is disclosed in U.S. Patent Publication 2007/0132789 to Ording et al, assigned to Apple Computer Inc., listing a filing date of Dec. 23, 2005 and a related provisional application filing date of Dec. 8, 2005, e.g.,:<br><br>    "A list of items on the touch-sensitive display is scrolled in response to the movement (112). One or more of the following operations may occur. In response to a first accelerated movement of the point of contact and optional breaking of the point of contact, the scrolling may accelerate (114). In response to a second accelerated movement of the point of contact and optional breaking of the point of contact, the scrolling may further accelerate (116). A direction of the scrolling may reverse when the scrolling list intersects a virtual boundary corresponding to a terminus of the list (118). For example, when the list is scrolled to its beginning or end, the scrolling list may appear to bounce again at a boundary and reverse direction. After the bounce or scrolling direction reversal, the scrolling may automatically stop so as to leave the first or last item of the list in view on the touch-sensitive display. The scrolling may stop when the user breaks the point of contact (e.g., by lifting his/her finger off the display) and then establishing a substantially stationary point of contact for at least a pre-determined period of time (120). In other embodiments, the method 100 may include fewer operations or additional operations. In addition, two or more operations may be combined and/or an order of the operations may be changed."<br><br>(*Ording Application*, ¶ 56)<br><br>Such a rubberbanding system was also disclosed in the LaunchTile and XNav systems, and described by author Benjamin Bederson in his declaration and his deposition testimony in opposition to Apple's Motion for a Preliminary Injunction in this case, e.g.,:<br><br>    "When the user reaches the bottom of the e-mail list, the user may 'over pan' beyond the end of the list, causing the user to view a visually distinct, solid-colored space beyond the end of the e-mail list. When this occurs, depending on the degree of the over-pan, LaunchTile may |

| | 'snap' the e-mail list back into alignment, such that the last e-mail in the list is flush with the bottom of the e-mail application's display pane." |
|---|---|
| | (*Bederson Declaration,* ¶ 17) |
| | As both the Apple *Ording Application* and the LaunchTile and XNav systems disclosed in the *Bederson Declaration* discuss examples of rubberbanding a scrolling region when a scroll would otherwise exceed the maximum area allowed for the scrolling region by the window, it would have been obvious to one of ordinary skill in the art to combine the teachings of *Nomura* with those of the LaunchTile, XNav, or *Ording* systems to arrive at the instant claim limitation. |
| Claim 3 | |
| **[3]** The method as in claim 1, further comprising: attaching scroll indicators to a content edge of the window. | While *Nomura* does not directly disclose attaching scroll indicators to a content edge of the window, implementing such a feature would have been an obvious design choice to one of ordinary skill in the art, as such scroll indicators were ubiquitous in the art at the time. Solely by way of example, *Rubine*'s *Dissertation* discloses the ubiquity of such scrollbars at p. 41 (calling scroll bars as "standard interaction technique."). |
| Claim 4 | |
| **[4]** The method as in claim 1, further comprising: attaching scroll indicators to the window edge. | *See* **[3]** |
| Claim 5 | |
| **[5]** The method as in claim 1, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | *Nomura* discloses determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. For example:<br><br>The map image on the screen may be zoomed in on a real time basis along with the action of widening a gap between the thumb and the index finger. In the alternative, because the final amount of zooming-in is determined at the time the movements of fingers are stopped, the map image, which is zoomed in according to the amount of zooming-in, may be displayed. |

| Claim 6 | (p.18) |
|---|---|
| **[6]** The method as in claim 1, further comprising: responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input. | *Nomura* discloses responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input. For example:<br><br>Solution: An E-book with a display capable of displaying map images.  An execution instruction and the amount of manipulation regarding at least one of rotation, zooming-in, zooming-out and scrolling manipulations for map images may be simultaneously input by action histories of fingers in contact with the display.  A zooming-in instruction and the amount of zooming-in for map images may be input by an action of widening the gap between two fingers.  A zooming-out instruction and the amount of zooming-out for map images may be input by an action of narrowing the gap between two fingers.  A rotation instruction and the amount of rotation for map images may be input by an action of rotating one finger around an axis of another finger.<br><br>(p.1) |
| Claim 7 | |
| **[7]** The method as in claim 1, wherein the device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | Nomura discloses a device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. For example:<br><br>Claim 1:<br>A portable information device including a display capable of displaying a map image, comprising:<br>finger action detection means for detecting action histories of fingers in contact with the display on which the map image is displayed;<br>manipulation information determination means for determining that at least one of rotation, zooming-in, zooming-out and scrolling manipulations for the map image has been input, based on the action histories of the fingers; and<br>map image generation means for generating a map image obtained by carrying out at least one of rotation, zooming-in, zooming-out and scrolling manipulations on the map image displayed on the display, based on the determination. |

Preferred Embodiment:

(1) Appearance of E-book

FIGs. 2A, 2B and 2C illustrate appearances of an E-book according to an embodiment of the present invention.

In FIG. 2A, reference numeral 110 represents a frontal appearance of the E-book according to the embodiment, that is closed.

Reference numeral 120 represents a side view of the E-book.

Reference numeral 130 represents the E-book according to the embodiment, which is opened.

The E-book according to an embodiment of the present invention may have a pocketbook size when closed as shown by reference numeral 110 so that it may be conveniently carried by the user. FIG. 2B illustrates a disk 140 in which software used for the E-book is stored. The E-book according to an embodiment of the present invention may provide information corresponding to the contents of various software by setting the disk 140 storing various software in an E-book body 150, as illustrated in FIG. 2C.



FIG.2

(6) Configuration of E-book

Next, a hardware configuration of the E-book according to an embodiment of the present invention will be described with reference to FIG. 31.

As illustrated in FIG. 31, the E-book according to an embodiment of the present invention includes a CPU (Central Processing Unit) 1010, a memory 1020, a display controller 1030, a touch panel controller 1040, a bus 1050, a touch panel 1060, a display 1070, a disk drive controller 1080, a disk driver 1090, an information storage medium 1220, a camera 1130, and a pen 1120.

The display 1070 may include a liquid crystal display, and its output is controlled by the display controller 1030.

The touch panel 1060 may include an optical, resistive, capacitive, or ultrasonic panel, and is controlled by the touch panel controller 1040. The touch panel 1060 is mounted on the display 1070 by overlapping a transparent touch sensor plate thereon. If the user touches a display screen with a fingertip or the pen 1120, the touch panel 1060 may detect information about contact position, contact pressure, and contact area of the finger, and/or image data of letters or shapes input by the pen 1120.

By overlapping the transparent touch sensor plate on the surface of the display 1070 in an integrated manner, finger action input and/or pen input on the display screen is possible.

The CPU 1010 performs the overall control of the device, various data processing, and execution of various processing described with reference to FIGs. 2 to 30. The memory 1020 may include a ROM and a RAM, and the RAM is storage means used as a workspace of the CPU 1010, and may store the information storage medium 1220, the given contents for the ROM, and/or the operation results of the CPU 1010.

The disk driver 1090 writes and reads data in/from the information storage medium 1220 such as a floppy disk, and is controlled by the disk drive controller 1080.

The information storage medium 1220 mainly stores data for image generation, programs, and information for performing various processes described with reference to FIGs. 2 to 30.

The camera 1130 is for capturing videos and still images.

The pen 1120 is for inputting memos on the display screen, and may

include a pen-shaped rod or anything as long as ink or the like is not used for display.

If the user performs various inputs, such as performing finger manipulation on the display, performing memo input, and performing camera shooting, the CPU 1010 executes the manipulations instructed by the user based on the input information.



| Claim 8 | |
|---|---|
| **[8p]** A machine readable storage medium storing executable program instructions which when executed cause a | *See* **[1p]** |

| | |
|---|---|
| data processing system to perform a method comprising: | |
| **[8a]** receiving a user input, the user input is one or more input points applied to a touch-sensitive display that is integrated with the data processing system; | *See* **[1a]** |
| **[8b]** creating an event object in response to the user input; | *See* **[1b]** |
| **[8c]** determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | *See* **[1c]** |
| **[8d]** issuing at least one scroll or gesture call based on invoking the scroll or gesture operation; | *See* **[1d]** |
| **[8e]** responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and | *See* **[1e]** |
| **[8f]** responding to at least one gesture call, if issued, by | *See* **[1f]** |

| scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | |
|---|---|
| Claim 9 | |
| **[9]** The medium as in claim 8, further comprising: rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll. | *See* **[2]** |
| Claim 10 | |
| **[10]** The medium as in claim 8, further comprising: attaching scroll indicators to a content edge of the view. | *See* **[3]** |
| Claim 11 | |
| **[11]** The medium as in claim 8, further comprising: attaching scroll indicators to a window edge of the view. | *See* **[4]** |
| Claim 12 | |
| **[12]** The medium as in claim 8, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | *See* **[5]** |
| Claim 13 | |