# EXHIBIT M

# APPENDIX 5

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

**'915-3**
**U.S. Patent No. 7,844,915 is Anticipated and/or Obvious in Light of the Yosuhiro Patent Application**

**Materials cited:**
1. Nomura Yosuhiro et al., Japanese patent application JP2000163031A, published June 16, 2000, produced at SAMNDCA00359127 – 359156.  The Yosuhiro patent application was cited as prior art during the prosecution of U.S. Patent No. 7,920,129, also asserted in this lawsuit.  A translation of the Yosuhiro patent application was included in the '129 patent's file history. ("*Yosuhiro*")
2. Translation of JP2000163031A, produced at SAMNDCA00359049 – SAMNDCA00359126 ("*YosuhiroTranslation*")

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| Claim 1 | |
| **[1 preamble]** A machine implemented method for scrolling on a touch-sensitive display of a device comprising: | The Yosuhiro patent application discloses a machine implemented method for scrolling on a touch-sensitive display of a device.<br><br>*See, e.g.,*<br><br>Yosuhiro discloses an "E-book or a portable information device that can be realized in a human interface convenient to use the features such as rotation, zooming-in, zooming-out and scrolling of map images, and an information storage medium used for the same." (*YosuhiroTranslation* abstract at 1)<br><br>The electronic book comprises a "portable information device including a display capable of displaying a map image." (*Yosuhiro* at 1, claim 1)<br><br>Yosuhiro discloses "determining that at least one of rotation, zooming-in, zooming-out and scrolling manipulations for the map image has been input, based on the action histories of the fingers." (*YosuhiroTranslation* at 1, claim 1) |

1

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | <br>(*YosuhiroTranslation*, Fig. 2) |
| **[1a]** receiving a user input, the user input is one or more input points applied to the touch-sensitive display that is integrated with the device; | Yosuhiro discloses receiving a user input, the user input is one or more input points applied to the touch-sensitive display that is integrated with the device.<br><br>For example, Yosuhiro discloses:<br>  Finger action detection means for detecting action histories of fingers in contact with the display on which the map image is displayed.<br>(*Yosuhiro* at 1, Claim 1)<br><br>  The touch panel 1060 may include an optical, resistive, capacitive, or ultrasonic panel, and is controlled by the touch panel controller 1040. The touch panel 1060 is mounted on the display 1070 by overlapping a transparent 5 touch sensor plate thereon. If the user touches a display screen with a fingertip or the pen 1120, the touch panel 1060 may detect information about contact position, contact pressure, and contact area of the finger, and/or image data of letters or shapes input by the pen 1120.<br>(*YosuhiroTranslation* at 31)<br><br>  A finger action detector 1110 is for detecting histories of finger actions the user performed on a display 1240, the contact pressure, and the contact area. The finger action detector 1110 may be |

2

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | made by overlapping a transparent touch 15 panel on the display 1240. The data detected by the finger action detector 1110 is input to a processor 1100.<br>(*YosuhiroTranslation* at 32)<br><br>If the user touches a 'map' item 220 on the search tag with a finger 250, 25 the full map 260 of India is displayed on the screen (see FIG 4).<br><br><br><br>(*YosuhiroTranslation*, Fig. 4) |
| **[1b]** creating an event object in response to the user input; | To the extent Yosuhiro does not disclose creating an event object in response to the user input, data regarding the user input event must be preserved in order for subsequent processing to occur. Therefore, inherently, Yosuhiro had to store the user input data in an event object or other similar structure. |

3

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| **[1c]** determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | Yosuhiro discloses determining whether to invoke a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation.<br><br>*See, e.g.,*<br><br><br><br>(*YosuhiroTranslation*, Fig. 1) |

4

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
|  | A finger action detector 10 detects histories of finger actions taken on a display on which a map image is displayed, in order to allow a user to input rotation, zooming-in, zooming-out, and scrolling manipulations for the map 20 image.  The finger action detector 10 is made by mounting a transparent touch panel on a display 60. Detected data acquired in the finger action detector 10 is input to a processor 20.<br>(*YosuhiroTranslation* at 14)<br><br>The manipulation information determiner 30 determines manipulation information input by the user, based on action histories of fingers detected by the 10 finger action detector 10. Specifically, the manipulation information determiner 30 determines that a zooming-in manipulation for the map image has been input, if the action histories of the fingers detected by the finger action detector 10 corresponds to an action of widening a gap between two fingers. The manipulation information determiner 30 may determine that a zooming-out 15 manipulation for the map image has been input, if the action histories of the fingers detected by the finger action detector 10 corresponds to, for example, an action of narrowing a gap between two fingers. The manipulation information determiner 30 may determine that a rotation manipulation for the map image has been input, if the action histories of the fingers detected by the finger action 20 detector 10 corresponds to, for example, an action of rotating one finger around an axis of another finger. The manipulation information determiner 30 may determine that a scrolling manipulation for the map image has been input, if the action histories of the fingers detected by the finger action detector 10 corresponds to, for example, an action of moving a finger.<br>(*YosuhiroTranslation* at 15) |
| **[1d]** issuing at least one scroll or gesture call based on invoking the scroll or gesture operation; | To the extent Yosuhiro system does not disclose issuing at least one scroll or gesture call based on invoking the scroll or gesture operation, inherently, Yosuhiro had to issue at least one scroll or gesture call based on invoking the scroll or gesture operation in order for the system to work as described in the Yosuhiro application.<br><br>One of ordinary skill in the art would understand that Yosuhiro discloses issuing at least one scroll or gesture call based on invoking the scroll or gesture operation.  In my experience, all graphical user interface systems issue at least one "call" to implement scrolling or scaling operations.  As a practical |

5

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | matter, to invoke operations such as scrolling or gesturing, the system needs to issue at least one "call" (*e.g.*, a function or method call).  Additionally, issuing a scroll or gesture call is necessarily shown by the response to the scroll or gesture call discussed in claims 1c, 1e, and 1f.  I describe this issue more fully in section III.E.4 of my Report. |
| **[1e]** responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and | Yosuhiro discloses responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input.<br><br>*See claim 1b-1d; see also:*<br><br><br><br>(*Yosuhiro*, Fig. 8) |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | The scrolling processor 48 performs a process required to generate a map image that is scrolled according to the movement of one finger. (*Yosuhiro* at 16)<br><br>Scrolling Manipulation for Map<br>If the user puts a finger on the screen and moves it on the screen in a desired direction, with the finger pushed on the screen, as illustrated in FIG 8 (a scrolling gesture for the map), the map may be scrolled by the moving distance in the moving direction. (*Yosuhiro* at 18) |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| |  FIG. 34<br><br>(*Yosuhiro*, Fig. 34) |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| **[1f]** responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | Yosuhiro discloses responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.<br><br>*See claim 1b-1d; see also:*<br><br><br><br>(*Yosuhiro*, Fig. 9 |

9

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | Zooming-in Manipulation for Map<br>If the user touches a 'map' item 220 on the search tag with a finger 250, 25 the full map 260 of India is displayed on the screen (see FIG 4). To obtain information about Mumbai and its vicinity, the user may put a thumb and an index finger around Mumbai on the screen, with the thumb and the index finger put close as illustrated in FIG 6B, and perform an action (zooming-in gesture for the map) of moving the thumb and the index finger in the opposite direction (see 30 FIG 5). By doing so, a map image may be displayed, which is zoomed in according to the moving histories of the thumb and the index finger. In other words, the farther the thumb and the index finger are separated from each other, the lower scale the map may have, providing a detailed map image.<br>(*Yosuhiro* at 17-18)<br><br>Zooming-out Manipulation for Map<br>For example, if the user wants to zoom out the map in order to view a map image with a higher scale or to display extensive information on the screen, the user may first put the thumb and the index finger on the map displayed on the perform an action (a zooming-out gesture for the map) of moving the thumb and the index finger in an approaching direction as illustrated in FIG 9. By doing so, the map image, which is zoomed out according to the moving histories of the thumb and the index finger, may be displayed. In other words, the farther the 5 thumb and the index finger are separated from each other, the lower scale the map may have, providing a detailed map image<br>(*Yosuhiro* at 19) |

10

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | <br>FIG. 37<br><br>(*Yosuhiro*, Fig. 37) |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| Claim 2 | |
| **[2]** The method as in claim 1, further comprising: rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll. | To the extent that Yosuhiro does not disclose rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll, it would have been obvious for one of ordinary skill in the art to modify the Yosuhiro system to include rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll, as shown in LaunchTile and XNav, which provide a rubberbanding effect when the user attempts to pan past the edge of a zone or application view within a limit, and tablecloth_27.htm using DTFlash, which also shows rubberbanding, for at least the reasons set out in section III.E.2.a.i of my Report. |
| Claim 3 | |
| **[3]** The method as in claim 1, further comprising: attaching scroll indicators to a content edge of the window. | To the extent that Yosuhiro does not disclose attaching scroll indicators to the window edge, it would be obvious to modify Yosuhiro using the disclosures in appendix 3 (DiamondTouch chart regarding DTMouse and Windows XP), for the reasons set out in section III.E.2.a.ii of my Report. |
| Claim 4 | |
| **[4]** The method as in claim 1, further comprising: attaching scroll indicators to the window edge. | To the extent that Yosuhiro does not disclose attaching scroll indicators to the window edge, it would be obvious to modify Yosuhiro using the disclosures in appendix 3 (DiamondTouch chart regarding DTMouse and Windows XP), for the reasons set out in section III.E.2.a.ii of my Report. |
| Claim 5 | |
| **[5]** The method as in claim 1, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | To the extent that Yosuhiro does not disclose determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period, it would be obvious to modify Yosuhiro using the disclosures in appendix 3 (DiamondTouch chart regarding the DiamondTouch device driver), for the reasons set out in section III.E.2.a.iii of my Report. |
| Claim 6 | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| **[6]** The method as in claim 1, further comprising: responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input. | Yosuhiro discloses responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.<br><br>For example,<br><br>Yosuhiro discloses an "E-book or a portable information device that can be realized in a human interface convenient to use the features such as rotation, zooming-in, zooming-out and scrolling of map images, and an information storage medium used for the same." (*Yosuhiro* Abstract at 1)<br><br>Yosuhiro discloses "determining that at least one of rotation, zooming-in, zooming-out and scrolling manipulations for the map image has been input, based on the action histories of the fingers." (*Yosuhiro* at 1, claim 1)<br><br>    The map manipulation processor 40 performs a process of generating a map image obtained by performing the manipulation determined in the manipulation information determiner 30, and includes a zooming-in processor 42, a zooming-out processor 44, a rotation processor 46, and a scrolling processor 48. (*Yosuhiro* at 15) |

13

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| |  |
| | (*Yosuhiro*, Fig. 37) |

14

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| Claim 7 | |
| **[7]** The method as in claim 1, wherein the device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | Yosuhiro discloses at least a data processing device, a portable device, a portable data processing device, a multi touch device, and a multi touch portable device.<br><br>*See, e.g.,*<br><br>There are provided an E-book or a portable information device that can be realized in a human interface convenient to use the features such as rotation, zooming-in, zooming-out and scrolling of map images, and an information storage medium used for the same.<br>(*Yosuhiro* at 1)<br><br><br>(*Yosuhiro*, Fig. 2) |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | |
| Claim 8 | |
| **[8 preamble]** A machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method comprising: | Yosuhiro discloses a machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method. <br><br> *See, e.g.,* |

16

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
|  | <br><br>(*Yosuhiro*, Fig. 1)<br><br>An information storage medium 70 stores programs and/or data.  Functions of the information storage medium 70 may be realized by hardware such as CD-ROM, cassette, IC card, MO, FD, DVD, hard disk, and memory.  The processor 20 performs various processes based on the program and data from the information storage medium 70. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| | (*Yosuhiro* at 14-15)<br><br>*See also,* **[1 preamble]** |
| **[8a]** receiving a user input, the user input is one or more input points applied to a touch-sensitive display that is integrated with the data processing system; | *See* **[1a]** |
| **[8b]** creating an event object in response to the user input; | *See* **[1b]** |
| **[8c]** determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | *See* **[1c]** |
| **[8d]** issuing at least one scroll or gesture call based on invoking the scroll or gesture operation; | *See* **[1d]** |
| **[8e]** responding to at least one scroll call, if issued, by scrolling a window having | *See* **[1e]** |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| U.S. Patent No. 7,844,915 | YOSUHIRO PATENT APPLICATION |
|---|---|
| a view associated with the event object; and | |
| **[8f]** responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | *See* **[1f]** |
| Claim 9 | |
| **[9]** The medium as in claim 8, further comprising: rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll. | *See* **[2]** |
| Claim 10 | |
| **[10]** The medium as in claim 8, further comprising: attaching scroll indicators to a content edge of the view. | *See* **[3]** |
| Claim 11 | |
| **[11]** The medium as in claim 8, further comprising: attaching scroll | *See* **[4]** |

19