# EXHIBIT N

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK |

**EXPERT REPORT OF STEPHEN GRAY
REGARDING INVALIDITY OF U.S. PATENT NOS. 7,844,915 AND 7,864,163**

- Alan Esenther, Cliff Forlines, Kathy Ryall, Sam Shipman. DiamondTouch SDK: Support for Multi-User, Multi-Touch Applications (ACM CSCW 2002), reprinted as MERL Technical Report No. TR2002-48 ("TR2002-48") and first published in 2002.

185. The DTFlash Application is an application using the DiamondTouch platform implementing, among other things, a touchscreen user interface. The DTFlash supports the execution of Adobe Flash programs on the DiamondTouch platform.

186. The DTFlash Application was frequently demonstrated in the lobby at MERL in Massachusetts in 2004.

187. One example of an Adobe Flash program that utilizes DTFlash was the "Tablecloth DTFlash webpage" application, published on January 11, 2005.[5] The Tablecloth DTFlash webpage demonstrates a rubberbanding effect. Tablecloth DTFlash is a single picture Flash based webpage comprising a scrolling region. When the user scrolls up or down past the edge of the window boundary and then releases the scroll, the image bounces back to its original position. The bounce back effect (or "rubberbanding") simulates a physics based elastic effect.

### 2. Portable Information Device and Information Storage Medium. Japanese Patent Publication No. 2000-163031 to Yasuhiro, et al. ("Yasuhiro")

188. Japanese Patent Publication No. 2000-163031A ("Yasuhiro") was published in 2000. The first named inventor is Nomura Yasuhiro. Yasuhiro discloses a portable information device (i.e. E-book) that allows for touch gestures, such as scrolling and zooming, to navigate the information displayed on the E-book (e.g., maps and books).

---

[5] *Found at* MERL-Drive/diamondtouch/people/alan/dev/Flash/classes-2005-06-09/tablecloth_27.htm

189.  Yasuhiro discloses a system for information distribution with a touch screen user interface that provides for various control operations:

> There are provided an E-book or a portable information device that can be realized in a human interface convenient to use the features such as rotation, zooming-in, zooming-out and scrolling of map images, and an information storage medium used for the same.
>
> An E-book with a display capable of displaying map images. An execution instruction and the amount of manipulation regarding at least one of rotation, zooming-in, zooming-out and scrolling manipulations for map images may be simultaneously input by action histories of fingers in contact with the display.
>
> [Yasuhiro, p. 1, ll. 2-11]

190.  Yasuhiro also discloses a portable information device with a touch screen interface that allows for user interface operations using the touch screen:

> A zooming-in instruction and the amount of zooming-in for map images may be input by an action of widening the gap between two fingers. A zooming-out instruction and the amount of zooming-out for map images may be input by an action of narrowing the gap between two fingers. A rotation instruction and the amount of rotation for map images may be input by an action of rotating one finger around an axis of another finger.
>
> [Yasuhiro p. 1, ll. 12-16]

191.  Yasuhiro discloses techniques using a touch screen for zooming, rotating and scrolling as well as other user interface operations.

> A finger action detector 10 detects histories of finger actions taken on a display on which a map image is displayed, in order to allow a user to input rotation, zooming-in, zooming-out, and scrolling manipulations for the map image. The finger action detector 10 is made by mounting a transparent touch panel on a display 60. Detected data acquired in the finger action detector 10 is input to a processor 20.
>
> [Yasuhiro p. 14, ll. 16-22]



**Yasuhiro E-book Zooming Gesture Example** (Fig. 5; SAMNDCA00359142)

192. I understand that Yasuhiro was published at least by June 2000, and is therefore prior art to the '915 Patent.

### 3. Sony SmartSkin

193. Jun Rekimoto's paper, entitled "SmartSkin: An Infrastructure for Freehand Manipulation on Interactive Surfaces" and published in April 2002 ("Sony SmartSkin") describes Sony's SmartSkin introduced in 2002. Sony SmartSkin is an integrated system including interactive "capacitive sensing" on tabletop surface or tablet. The user operates the Sony SmartSkin using hand and multi-touch finger gestures. Sony SmartSkin was used with a number of system applications, including web browsers, map viewers, graphic editors, and games.

194. SmartSkin discloses using multi-touch capacitive sensing to track the position of the user's hand and fingers. The sensing architecture was compatible with surfaces such as table tops or walls and tracked the position of the user's fingers and hands. Various interaction techniques were described in the SmartSkin paper, including mouse emulation and shape based manipulation.