# EXHIBIT U

1  UNITED STATES DISTRICT COURT NORTHERN

DISTRICT OF CALIFORNIA SAN JOSE DIVISION

2  ----------------------------------------X

APPLE INC., a California corporation

3

4                        PLAINTIFF,

5       -against-

6  SAMSUNG ELECTRONIC CP., LTD., a Korean

business entity; SAMSUNG ELECTRONICS

7  AMERICAN, INC., A New York Corporation;

SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

8  a Delaware limited liability company,

9

DEFENDANTS.

10  ----------------------------------------X

11

12       ***CONFIDENTIAL***

13

14

15   VIDEOTAPED DEPOSITION OF RUSSELL WINER

16        New York, New York

17        Friday, April 27, 2012

18

19

20

21

22

23  Reported by:

24  Rebecca Schaumloffel, RPR, CLR

25  JOB NO. 48805

1

2

3

4

5                  April 27, 2012

6                  9:16 a.m.

7

8

9

10         Deposition of Russell Winer, held at

11   the offices of Quinn Emanuel, 51 Madison

12   Avenue, New York, New York, before Rebecca

13   Schaumloffel, a Registered Professional

14   Reporter, Certified Livenote Reporter and

15   Notary Public of the State of New York.

16

17

18

19

20

21

22

23

24

25

```
 1    A P P E A R A N C E S:

 2

 3       MORRISON & FOERSTER
              Attorneys for the Plaintiff
 4            1290 Avenue of the Americas
              New York, New York 10104
 5            BY:  KAREN L. HAGBERG, ESQ.

 6

 7

 8

 9       QUINN EMANUEL URQUHART & SULLIVAN
              Attorneys for the Defendant
10            865 South Figueroa Street
              Los Angeles, California 90017
11            BY:  MICHAEL T. ZELLER, ESQ.
                   MARY McNEILL, ESQ

12    .

13

14

15       ALSO PRESENT:

16
         Mike Pineiro, videographer

17
         Sean Millenel, interning videographer

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  This is the | 09:13AM |
| 2 | start of tape label one in the | 09:14AM |
| 3 | videotaped deposition of Russell S. | 09:14AM |
| 4 | Winer in the matter Apple, Inc., | 09:14AM |
| 5 | versus Samsung Electronics Company, | 09:14AM |
| 6 | Limited.  Today is April 27, 2012. | 09:14AM |
| 7 | The time is approximately 9:16 a.m. | 09:14AM |
| 8 | Appearances have already been noted by | 09:14AM |
| 9 | the Court Reporter. | 09:14AM |
| 10 | Will the Court Reporter please | 09:14AM |
| 11 | swear in the witness. | 09:14AM |
| 12 | | |
| 13 | R U S S E L L   S.   W I N E R, called as a | |
| 14 | witness, having been first duly sworn by a | |
| 15 | Notary Public of the State of New York, was | |
| 16 | examined and testified as follows: | |
| 17 | EXAMINATION BY | |
| 18 | MR. ZELLER: | |
| 19 | Q.   Please tell us your full name for | 09:14AM |
| 20 | the record. | 09:14AM |
| 21 | A.   Russell S. Winer. | 09:14AM |
| 22 | Q.   What does the S. stand for? | 09:14AM |
| 23 | A.   Stuart. | 09:14AM |
| 24 | Q.   Have you ever gone by any other | 09:14AM |
| 25 | name? | 09:14AM |

| | | |
|---|---|---|
| 1 | without looking at the exact questionnaires | 09:36AM |
| 2 | for me to determine that the results are | 09:36AM |
| 3 | valid for my purposes. | 09:36AM |
| 4 | Q.   Was there any issue at all that | 09:36AM |
| 5 | you saw with any of these surveys, anything | 09:36AM |
| 6 | at all that occurred to you that might be | 09:37AM |
| 7 | questionable about them? | 09:37AM |
| 8 | A.   No -- | 09:37AM |
| 9 | MS. HAGBERG:  Objection; | 09:37AM |
| 10 | compound. | 09:37AM |
| 11 | A.   No, I did not. | 09:37AM |
| 12 | Q.   Well, please tell me how was the | 09:37AM |
| 13 | confusion survey actually implemented, please | 09:37AM |
| 14 | tell us your full understanding of that. | 09:37AM |
| 15 | A.   Well, I have looked at a lot of | 09:37AM |
| 16 | documents and I would like to see a copy of | 09:37AM |
| 17 | the study to help me refresh my memory. | 09:37AM |
| 18 | Q.   Whatever materials you brought | 09:37AM |
| 19 | with you that you thought you needed to | 09:37AM |
| 20 | consult, go ahead and look. | 09:37AM |
| 21 | A.   I brought no materials with me. | 09:37AM |
| 22 | Q.   Well, do you have even the most | 09:37AM |
| 23 | general recollection or understanding of the | 09:37AM |
| 24 | methodology that was used for the confusion | 09:37AM |
| 25 | survey? | 09:37AM |

1       A.    It would be totally based on my        09:37AM

2   memory.  As I said, I read a lot of documents    09:37AM

3   in the intervening time and so my memory is      09:37AM

4   not going to be 100% clear on every single       09:37AM

5   document including the Poret and Van Liere       09:37AM

6   reports.                                         09:37AM

7       Q.    I am not asking about exactly          09:37AM

8   clear.  Tell me anything you can remember        09:37AM

9   about the confusion survey and how it was        09:37AM

10  conducted.                                       09:38AM

11          MS. HAGBERG:  Objection; calls           09:38AM

12      for speculation.                             09:38AM

13      A.    You are referring specifically to      09:38AM

14  the Van Liere report?                            09:38AM

15      Q.    Correct.                               09:38AM

16      A.    I can recall with respect to the       09:38AM

17  tablet computers that people were shown          09:38AM

18  tablets on a computer screen.  I can recall      09:38AM

19  with respect to the phone part of it, that it    09:38AM

20  was an online survey.  I can't remember many     09:38AM

21  more details beyond that.                        09:38AM

22      Q.    What were they shown?                  09:38AM

23      A.    Sorry, could you repeat that?  I       09:38AM

24  couldn't hear.                                   09:38AM

25      Q.    What were the respondents shown?       09:38AM

```
1        A.    They were shown, I believe,        09:38AM

2    Samsung products and asked the respondents to   09:38AM

3    identify what manufacturer -- who was the       09:38AM

4    manufacturer of those products.                 09:38AM

5        Q.    And what was the -- what portions     09:38AM

6    of the devices were the respondents shown in    09:38AM

7    the so-called confusion survey?                 09:38AM

8        A.    I don't recall exactly.  It would     09:38AM

9    be, again, a statement from memory.             09:39AM

10       Q.    Do you recall at all?                 09:39AM

11            MS. HAGBERG:  Asked and                 09:39AM

12        answered.                                   09:39AM

13       A.    I recall that they were shown the     09:39AM

14   complete physical products, whether it was a    09:39AM

15   phone or whether it was a tablet.               09:39AM

16       Q.    Do you recall that the                09:39AM

17   respondents were shown a video?                 09:39AM

18       A.    I think I said that earlier that,     09:39AM

19   in fact, the respondents, for the tablet        09:39AM

20   confusion study were shown stimuli on a         09:39AM

21   computer screen.  I don't know if it was        09:39AM

22   video or whether it was a JPEG.  I don't        09:39AM

23   know -- I don't remember what the format was    09:39AM

24   exactly.                                        09:39AM

25       Q.    Were the respondents in the           09:39AM
```

| | | |
|---|---|---|
| 1 | survey shown the complete products from all | 09:39AM |
| 2 | sides and all angles? | 09:39AM |
| 3 | MS. HAGBERG:  Objection; | 09:39AM |
| 4 | compound, vague. | 09:39AM |
| 5 | A.   I would say affirmative to the | 09:39AM |
| 6 | first part of that.  They were shown the | 09:39AM |
| 7 | complete products.  I cannot recall if they | 09:40AM |
| 8 | were shown the products at all possible | 09:40AM |
| 9 | angles. | 09:40AM |
| 10 | Q.   Is it your understanding that a | 09:40AM |
| 11 | respondent who is shown a video of a product | 09:40AM |
| 12 | would have the same response as a respondent | 09:40AM |
| 13 | who is shown the physical product? | 09:40AM |
| 14 | MS. HAGBERG:  Objection; vague. | 09:40AM |
| 15 | A.   Could you repeat the question? | 09:40AM |
| 16 | Q.   Is it your understanding that a | 09:40AM |
| 17 | respondent in the survey who is shown a video | 09:40AM |
| 18 | of a product would respond in the same way | 09:40AM |
| 19 | that a respondent who is shown the physical | 09:40AM |
| 20 | product would respond in a survey? | 09:40AM |
| 21 | A.   I don't know the answer to that. | 09:40AM |
| 22 | I know it is very common in research to show | 09:40AM |
| 23 | representations of products through either | 09:40AM |
| 24 | videos or photographs as opposed to physical | 09:40AM |
| 25 | products. | 09:40AM |

Name of Case:          *Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 11-cv-1846 LHK

Date of deposition:    April 27, 2012

Name of witness:       Russell Winer

Reason Codes:

　　　　1.　　To clarify the record.
　　　　2.　　To conform to the facts.
　　　　3.　　To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 9 | 7 | A-T-O-G-L-U | A-T-U-G-L-U | 2 |
| 30 | 23 | Although not saying it happened here | Although I'm not saying it happened here | 3 |
| 55 | 14 | Bump | Lump | 3 |
| 62 | 1 | Buy | Box | 3 |
| 69 | 5 | Means | Mean | 3 |
| 108 | 24-25 | Sleep Craft | Sleekcraft | 3 |
| 112 | 10 | El | Elk | 2 |
| 113 | 9 | Ridell | Riddell | 2 |
| 114 | 4 | Ridell | Riddell | 2 |
| 323 | 7-8 | Sea to shining sea | "Sea to shining sea" | 1 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: MAY 15 , 2012

RUSSELL WINER

Confidential

Page 348

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  The time is | 05:15PM |
| 2 | 5:17.  That's the end of today's | 05:15PM |
| 3 | deposition. | 05:15PM |
| 4 | We are going off the record. | 05:15PM |
| 5 | (Whereupon, at 5:17 p.m., the | |
| 6 | Examination of this Witness was | |
| 7 | concluded.) | |

```
8
9
10
                RUSSELL WINER
11

Subscribed and sworn to before me
12   this _____ day of _____, 2012.
13   _____
                NOTARY PUBLIC
14
15
16
17
18
19
20
21
22
23
24
25
```