# EXHIBIT V

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12

| | |
|---|---|
| APPLE INC., | Case No.    11-cv-01846-LHK |
| Plaintiff, | **EXPERT REPORT OF RUSSELL S. WINER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

**\*\*CONFIDENTIAL – CONTAINS MATERIAL DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO A PROTECTIVE ORDER\*\***

22

23

24

25

26

27

28

90.    *Sales*.  Both the iPhone and iPad have experienced significant success in the marketplace.[173]  Between late June 2007 and summer 2010, Apple sold 24.9 million original iPhone, iPhone 3G, and iPhone 3GS devices,[174] and between April 2010 and before fall 2010, it sold 4.3 million iPad tablets in the U.S..[175]  Between April 2010 and June 2011, Apple sold 14.1 million iPad tablets in the U.S.[176] and spent more than $300 million on advertising the iPad.[177]

91.    *Actual Recognition*.  The surveys from the Poret Report show that 61.0% of respondents associate the iPhone Trade Dress with Apple, 68.0% of respondents associate the iPhone 3G Trade Dress with Apple, and between 57.3% and 75.2% of respondents associate the iPad Trade Dress with Apple.[178]  As part of his survey methodology, Mr. Poret also tested "control" devices to determine what percentage of people associated those devices with Apple.  A much smaller percentage of respondents associated the control devices with Apple, namely 3.7% of respondents associated the control phone with Apple and between 10.8% and 17% of respondents associated the control tablet computer with Apple.[179]

92.    *Copying*.  As discussed below, Samsung's internal documents support the conclusion that Samsung held up Apple's iPhone and iPad products as the aspirational models in designing its own smartphone and tablet products, and even made changes to its graphical user interface specifically to make the icons look more like Apple icons, thus demonstrating Samsung's marketing tactics to create products that looked like Apple products.[180]

---

[173] *See supra* ¶¶ 65-66, 70; *see infra* ¶ 107, 142.

[174] *See* ¶ 107.

[175] *See infra* ¶ 142.

[176] APLNDC-Y00000051599-51605, at APLNDC-Y00000051600.

[177] APLNDC-Y0000051623, Apple Inc. Advertising; Q111 Ad Budget Summary, APLNDC00002104534-554, at APLNDC00002104535; Q211 Ad Budget Summary, APLNDC0002788581-588, at APLNDC0002788581; Q311 Ad Budget Summary, APLNDC0002033979-987, at APLNDC0002033979.

[178] Poret Report at 36, 52, 60-61, 64.

[179] Poret Report at 35-36, 52, 65-66.

[180] *See infra* ¶¶ 132-138.

1   and Ms. Whiteside, Apple's target demographic includes the age 18 to 49 demographic.[181]

2   According to Todd Pendleton ("Mr. Pendleton"), Samsung Telecommunication America, LLC's

3   ("STA") Chief Marketing Officer for wireless terminals, Samsung's main demographic is 18 to

4   34 year olds.[182]

5          97.    The Poret Report shows that 81% of respondents who were in the 16-24 age group

6   associated the iPhone Trade Dress and the iPhone 3G Trade Dress with Apple, while 67.9% of

7   the respondents in the 25-34 age group, and 60.0% of the respondents in the 35-44 age group

8   associated the trade dresses at issue in this case with Apple.[183]  Therefore, from a marketing and

9   branding perspective, the iPhone and the iPad trade dresses have undoubtedly achieved fame.

10   **IX.    SAMSUNG'S INFRINGEMENT OF APPLE'S TRADE DRESS**

11         98.    As noted above, a brand can be damaged by a company's unauthorized use of

12   brand elements that are proprietary to the owner of the brand.[184]  I understand that certain of

13   Apple's claims for relief against Samsung pertain to Samsung's misappropriation of the

14   distinctive appearance of the iPhone, the iPod touch, and the iPad.[185]  I understand that Apple has

15   asserted that this misappropriation constitutes both trade dress infringement and trade dress

16   dilution.  In this section of my report, I analyze from a marketing perspective whether the look

17   and feel of the Samsung Galaxy line of smartphones and tablet computer products

18   misappropriates Apple's proprietary look and feel, taking into consideration certain factors in the

19   "likelihood of confusion" test.  I understand that the likelihood of confusion test is the legal

20   standard to analyze Apple's trade dress infringement claim for relief against Samsung.

21

22

---

23       [181] *See* Twiggs Dep. 29:2-19; Whiteside Dep. 134:5-135:24.

24       [182] Deposition of Todd Pendleton on March 21, 2012 ("Pendleton Rough Dep. Tr."), 37, 44-45.

25       [183] *See* Poret Report at 51.

    [184] *See supra* ¶ 35; *see also* M. Morrin & J. Jacoby, "Trademark Dilution:  Empirical

26   Measures for an Elusive Concept," 19 JOURNAL OF PUBLIC POLICY & MARKETING 265-276 (2000).

27       [185] *See supra* Section IV for a detailed outline of Apple's asserted trade dress.  There are several others claims that Apple asserts against Samsung that are outside the scope of my

28   assignment.

and 23.6 million iPod touch devices in the U.S.[195]  Apple's internal market research provides ample evidence about the public use of these products.  For instance, according to the August 2009 iPod Owner Study, 56% of the surveyed iPod touch owners in the U.S. used the product while exercising; 81% used the product while waiting; 51% used the product while walking; 56% used the product on an airplane; 37% used the product while commuting; 78% used the product once a day or more, and 52 % used the product half an hour or more in one sitting.[196]  This type of public use serves as another—very effective—means of promotion for the iPhone and the iPod touch, similar to word-of-mouth brand activity[197] or the effects of "influencers" using a product.[198]

108.    In sum, consumers' exposure to the iPhone and the iPod touch products, via Apple's marketing activities, coverage of the products in popular media, through their personal experiences with the products, or their exposure to the products in public spaces, was extensive before the launch of the first of Samsung's accused products in summer 2010.  The trade dress at issue is often clearly displayed in these occasions.  In my opinion, after the iPhone launch and before the introduction of the first of the accused Samsung products in July 2010, the look and feel of the iPhone, iPhone 3G, iPhone 3GS, iPhone 4, and iPod touch products from the perspective of the consumers was distinctively "Apple."

109.    The Poret Report contains results from a June 2011 survey that shows that the distinctive look of the iPhone remained a strong source identifier for Apple nearly a year after Samsung released the first of its accused products.  68.0% of respondents who were shown a disguised image of an iPhone 3G—with the icons on the face of the phone blurred and the "home" button covered with a sticker—still identified it with Apple, iPhone, or a similar Apple-related product name.  61.0% of respondents who were shown a similarly disguised image of an

---

[195] APLNDC-Y00000051599-605, at APLNDC-Y00000051599, APLNDC-Y00000051600.

[196] *See* APLNDC-Y0000024549-24798 at APLNDC-Y0000024574, APLNDC-Y0000024576-24579, APLNDC-Y0000024582, and APLNDC-Y0000024585.

[197] *See supra* ¶ 33, 36.

[198] *See supra* note 88.

iPhone with the iPhone Trade Dress visible—identified it with Apple, iPhone, or a similar Apple-related product name.[199]

110.     The strength of the iPhone Trade Dress has also been recognized by Samsung's executives since late 2008.  Research conducted by gravitytank on behalf of Samsung in or around late 2008 indicated that the iPhone "sets the standard for screen centric design" and "[c]onsumers…see [Samsung touch phones] as derivative of the iPhone."[200]  For example, in internal documents, Samsung executives have acknowledged that the "[t]he look and feel of a product matters most"[201] and that "iPhone has become the standard."[202]  As discussed in detail below,[203] Samsung employees were instructed, through emails or at executive-level meetings, that "[g]oing forward [Samsung's] comparison standard is Apple['s] iPhone" and that Samsung "must evaluate [its products] based on the iPhone standards . . . ."[204]  Similarly, a December 2009 presentation by McKinsey & Company to Samsung titled "Winning in Smartphones – It's Now or Never" concluded that Samsung should "[m]atch the iPhone UI within the next 12 months."[205]

*Sleekcraft* Factor 2:  Proximity of the goods

111.     Apple's iPhone products and Samsung's Galaxy line of smartphones are similar in use and in function and directly compete with one another for market share.[206]  The relevant

---

[199] Poret Report at 7-11, 45, 52, 57.

[200] SAMNDCA00019811-191987 at SAMNDCA00191865 and SAMNDCA00191929. It is my understanding that the gravitytank study was a precursor to the development of the Galaxy S line of smartphones.

[201] E-mail from Eun Jung Ko Re:  Summary of Executive-Level Meeting Supervised by Head of Division, February 10, 2010, SAMNDCA10247373-10247378  (*See* translation in Apple's Appendix of Certified Translations in Support of Opening Expert Reports ("Translations App'x")).

[202] E-mail from Eun Jung Ko of Executive-Level Meeting Supervised by Head of Division, February 10, 2010, SAMNDCA10247373-10247378 (*See* Translations App'x).

[203] *See infra* ¶ 133-137.

[204] Email from Won Cheol Chai Re:  Report on CEO's Directives, January 2, 2010, SAMNDCA10907801-10907802.

[205] SAMNDCA10807316-10807387 at SAMNDCA10807358.

[206] For instance, in Apple's May 2011 iPhone Survey, 31% of the iPhone 3GS and iPhone 4 owners surveyed in the U.S. indicated that they considered or seriously considered the Samsung branded phones.  Note that only individuals who purchased the Apple phones were included in the sample; it did not include people who considered an iPhone and ended up purchasing a Samsung product.  *See* APLNDC-Y0000025024-25147 at APLNDC-

1    115.    Mr. Pendleton of Samsung stated that "Apple is one of one competitors" and that

2    Samsung competes with Apple, HTC, and Motorola in the smartphone market.[218]  Mr. Pendleton

3    also said that "Apple is the competitor we obviously have our I [sic] on."[219]

4    116.    Moreover, documents created by Samsung in connection with the development of

5    the Galaxy line of smartphones indicate that Samsung viewed its smartphone products as direct

6    competitors to the iPhone.  In addition to the gravitytank analysis, McKinsey & Company report,

7    and executive e-mails mentioned above, I have seen a number of documents where Samsung's

8    designers appear to have focused intensely on the iPhone design, to the point that they analyzed

9    each icon on the iPhone individually, and made specific recommendations for modifications of

10   Samsung's icons and graphical user interface.[220]  It seems clear that Samsung's own engineers

11   and designers viewed the iPhone as the competition.

12                    *Sleekcraft* Factor 3:  Similarity of the trade dress

13   117.    Apple's iPhone products and the Samsung Galaxy line of smartphones look

14   strikingly similar.  A side-by-side comparison of the images of the iPhone and Galaxy S as shown

15   in the Amended Complaint demonstrates the similarity in the look and feel of these products.[221]

16   118.    The survey evidence from the Van Liere Report illustrates the striking similarity

17   between the look of Samsung Galaxy line of smartphones and that of the iPhone.  Over half of

18   respondents (52%) who were shown pictures of a Samsung Galaxy Fascinate phone associated

19   the look and design of the Samsung Galaxy Fascinate with an iPhone, or a phone or product

20   manufactured by Apple.  When the same test was carried out with a Samsung Galaxy S II Epic

21   4G Touch phone, over half respondents (51%) also associated the look and design of the

22   Samsung Galaxy S II Epic 4G Touch phone with an iPhone, or a phone or product manufactured

23   by Apple.  As with the Poret Report, Dr. Van Liere also tested a "control" device to determine

24   whether it would be associated with Apple.  A much smaller percentage of respondents associated

25

26   [218] Pendleton Rough Dep. Tr. 34-35.

27   [219] *Id.*

     [220] *See infra* discussion and notes ¶¶ 132-138.

28   [221] Amended Complaint ¶¶ 94-95.

EXPERT REPORT OF RUSSELL S. WINER
Case No. 11 cv-01846-LHK                                                                          45
sf-3122763

1    the control device with Apple.  Specifically, 14% of respondents associated the control

2    smartphone with Apple.[222]

3        119.    The similarities between the two product lines are so apparent that they have been

4    noted by industry observers.  When the Galaxy phone was introduced for the first time, many

5    reviewers discussed the fact that the product was physically very similar to the iPhone.  Exhibit 7

6    includes a sample of such quotes.

7        120.    For example, an article from *Wired* noted how much the Galaxy S Vibrant phone

8    looks like the iPhone:

9    > Samsung's latest phone, the Vibrant, has the body of an iPhone and the
10   > brains of an Android.  The Vibrant's industrial design *is shockingly
     > similar* to the iPhone 3G:  The rounded curves at the corners, the
11   > candybar shape, the glossy, black finish and the chrome-colored
     > metallic border around the display.  The Vibrant even has its volume
12   > and ringer buttons in almost the same spot as the iPhone 3G. … [T]he
     > square icons are, again, very similar in their looks to the iPhone 3G's.
13   > … [T]here's little to make the phone notable, apart from its striking
14   > similarity to the iPhone.[223]

15       121.    Another reviewer noted how even the icons used in the Samsung Galaxy S

16   resemble those of the iPhone:  "When I saw pictures of the Galaxy S phones from Samsung, I

17   thought I'd found the perfect successor for shifting off the iPhone.  Here was an [sic] phone that

18   had iPhone-like icons, an iPhone-like look but which would work on networks other than

19   AT&T."[224]

20       *Sleekcraft* Factor 4:  Evidence of actual confusion

21       122.    As noted above, the survey evidence from the Van Liere Report indicates that over

22   half of respondents who were shown pictures of a Samsung Galaxy Fascinate phone or a

23   Samsung Galaxy S II Epic 4G Touch phone associated the look and design of those phones with

---

[222] Van Liere Report at 4-5, 17.

[223] "First Look:  Samsung Vibrant Rips Off iPhone 3G Design," *Wired*, July 15, 2010 (http://www.wired.com/gadgetlab/2010/07/first-look-samsung-vibrant-rips-off-iphone-3g-design/) (emphasis added).

[224] "A Tale of Three Android Phones:  Droid 2, Samsung Fascinate & Google Nexus S," *Search Engine Land*, January 3, 2011 (http://searchengineland.com/a-tale-of-three-android-phones-droid-2-samsung-fascinate-google-nexus-s-59870).

1   an iPhone, or a phone or product manufactured by Apple.[225]   I believe that this type of

2   association between the Samsung products and Apple demonstrates that consumers may actually

3   be confused by the look and feel of Samsung's phones.

4   *Sleekcraft* Factor 5:  Marketing channels used

5   123.   Samsung's Galaxy line of smartphone products is marketed and sold in the same

6   channels as Apple's iPhone products.  In fact, Apple's iPhone products are sold side-by-side with

7   the Samsung Galaxy products in many retail situations.  Samsung's Galaxy smartphones are

8   available at cellular phone carriers AT&T, Verizon Wireless, and Sprint.[226]  Apple's iPhone is

9   also available at AT&T, Verizon Wireless, and Sprint.[227]  I personally visited an AT&T store in

10  Manhattan where the iPhones and Samsung Galaxy smartphones were displayed in close

11  proximity, facilitating direct side-by-side comparisons.[228]  In addition, Apple and Samsung

12

13  [225] Van Liere Report at 4-5, 17.

14  [226] *See, e.g.*, http://www.samsung.com/us/mobile/at-t (AT&T); "AT&T and Samsung
    Mobile Announce Upcoming Availability of the Samsung Captivate, A Galaxy S
15  Smartphone," *Samsung Press Release*, June 17, 2010
    (http://www.samsung.com/us/news/presskitRead.do?page=1&news_seq=19570&rdoPeriod=
16  ALL&from_dt=&to_dt=&news_group=ALL&news_type=&news_ctgry=&search_keyword=
    Samsung+Mobile+Announce+Upcoming+Availability+of+the+Samsung+Captivate);
17  "Samsung Captivate," *PhoneArena.com*, July 18, 2010
    (http://www.phonearena.com/phones/Samsung-Captivate_id4676);
18  http://www.samsung.com/us/mobile/verizon-wireless (Verizon); ).  "Samsung Fascinate, A
    Galaxy S Smartphone, Available on the Verizon Wireless Network," *Samsung Press Release*,
19  No Date
    (http://www.samsung.com/us/news/presskitRead.do?page=1&news_seq=19541&rdoPeriod=
20  ALL&from_dt=&to_dt=&news_group=ALL&news_type=&news_ctgry=&search_keyword=
    fascinate); Samsung website showing phones available on Sprint, available at
21  http://www.samsung.com/us/mobile/sprint (Sprint).  The websites for the carriers show both
    Apple's iPhone products and Samsung's Galaxy products available for purchase.  *See, e.g.*,
22  http://www.att.com/shop/wireless (AT&T); http://www.sprint.com (Sprint);
    http://www.verizonwireless.com (Verizon).
23  [227] *See, e.g.*, "Apple Launches iPhone 4S, iOS 5 & iCloud," *Apple Inc. Press Release*,
24  October 4, 2011, http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-
    iOS-5-iCloud.html; "Verizon Wireless & Apple Team Up to Deliver iPhone 4 on Verizon,"
25  *Apple Inc. Press* Release, January 11, 2011,
    http://www.apple.com/pr/library/2011/01/11Verizon-Wireless-Apple-Team-Up-to-Deliver-
26  iPhone-4-on-Verizon.html; Apple Store iPhone 4S, available at
    http://store.apple.com/us/browse/home/shop_iphone/family/iphone.
27  [228] The iPhone 4S and Samsung Galaxy Note were less than 2 feet apart, whereas the
28  iPhone 4S and the Samsung Galaxy Skyrocket were approximately three feet apart.

1    products and Samsung products in product reviews.  A product review called the products

2    "rivals," noting that "the iPad 2 actually costs less than its comparably equipped Android rivals,

3    like the Xoom and the Samsung Galaxy Tab."[292]  Referring to Samsung's Galaxy Tab as a "viable

4    alternative" to the iPad, a product review attempts to answer its own question of "how do the

5    Samsung Galaxy Tab 10.1 and iPad 2 really differ?"[293]   A review in *The New York Times* sets

6    forth a number of comparisons.[294]

7                    *Sleekcraft* Factor 3:  Similarity of the trade dress

8          152.    Apple's iPad and iPad 2 products and the Samsung Galaxy line of tablet computers

9    look strikingly similar.  A side-by-side comparison of the images of the Apple and Samsung

10   tablets shown in the Amended Complaint demonstrates the similarity in the look and feel of these

11   products.[295]

12         153.    As in the case of the iPhone, the survey evidence from the Van Liere Report

13   illustrates the similarity between the look of Samsung Galaxy 10.1 tablet and that of the iPad.

14   When shown a video of a Samsung Galaxy 10.1 tablet, 43% of respondents indicated that the

15   tablet was an iPad or Apple product.[296]  On the other hand, only 24% of respondents indicated

16   that the "control" tablet was an iPad or Apple product.

17         154.    There is also some anecdotal evidence regarding consumers' confusion between

18   the Apple and Samsung tablets, illustrating the striking similarity between the Apple and

19   Samsung tablets.  For example, during his deposition, Sangeun Lee ("Mr. Lee"), head of

20   Samsung's North America quality issues within the Global CS Team, testified that Samsung

21   received reports that "customers confuse the Galaxy Tab 10.1 for the iPad 2 when they purchase

22   the Galaxy Tab 10.1."[297]  Similarly, a Samsung marketing presentation, dated February 2011,

23   _____

            [292] "Appeal of iPad 2 Is a Matter of Emotions," *N.Y. Times*, March 9, 2011
24   (http://www.nytimes.com/2011/03/10/technology/personaltech/10pogue.html).
            [293] "A Slender Tablet with Widescreen Ambitions," *Wall St. Journal*, June 15, 2011
25   (http://allthingsd.com/20110614/a-slender-tablet-with-widescreen-ambitions/).
            [294] "It's a Tablet.  It's Gorgeous.  It's Costly.," *N.Y. Times*, November 10, 2010
26   (http://www.nytimes.com/2010/11/11/technology/personaltech/11pogue.html).
            [295] Amended Complaint ¶¶ 44, 94, 99, 101.
27          [296] Van Liere Report at 3, 9, 12.
            [297] Deposition of Sangeun Lee on February 24, 2012 ("Lee Dep.") 12:25-13:10.
28

stated that "[o]ver half of consumers who recognize the Samsung sponsored Tab TVC [TV commercial] thought it was for Apple, while only 16% thought it was for Samsung."[298]  In addition, during a court hearing, when asked by the judge if she could identify which tablet was an iPad and which tablet was a Galaxy Tab, Samsung's lead counsel, Kathleen Sullivan, said "'[n]ot at this distance your honor,'… approximately 10 feet from the bench."[299]

155.    The similarities between the two product lines are so apparent that they have been heavily noted by industry observers as well.  When the Galaxy Tab tablet was introduced, many reviewers discussed the fact that it was physically very similar to the iPad.  Exhibit 8 contains a sample of quotes from various sources.  For example, *eWeek* noted that "if mimicry is flattery, the Galaxy Tab has compliments galore for the iPad. . . .  Looking like an unlikely offspring between the iPad and the iPhone 4, the Tab has an iPad-like front fascia as well as a camera-equipped back cover similar to the not-yet-released white iPhone. . . .  Even the dock connector very closely mimics Apple's standard pinout."[300]  A *PC Magazine* review of the Galaxy Tab 10.1 stated that "[m]ost laymen could easily mistake [the Galaxy Tab 10.1] for an iPad 2."[301]  A *PCWorld* article stated that the products are so similar, it is hard to tell them apart:  "In my hands-on testing, the Tab 10.1 achieved perhaps the best design compliment an Android tablet could hope for—often being mistaken by passers-by (including Apple iPad users) for an iPad 2.  The confusion is understandable when you see and hold the Tab 10.1 for the first time."[302]

*Sleekcraft* Factor 4:  Evidence of actual confusion

---

[298] SAMNDCA00526887-526933 at SAMNDCA00526893 (*See* Translations App'x).

[299] "US Judge:  Samsung's Products Infringe on Apple Design Patents," *ArsTechnica*, No Date (http://arstechnica.com/apple/news/2011/10/samsung-may-face-us-injunction.ars); "Apple Must Show Patents Valid in Samsung Case:  Judge," *Reuters*, October 14, 2011 (http://www.reuters.com/article/2011/10/14/us-apple-samsung-lawsuit-idUSTRE79C79C20111014).

[300] "Samsung Galaxy Tab Nods to Apple iPad but Goes Own Way:  iFixit," *eWeek*, November 12, 2010.

[301] "Unboxing the Samsung Galaxy Tab 10.1; It Doesn't Run Android 3.1 Yet, But the New Samsung Tablet Gives the iPad 2 A Run for Its Money," *PC Magazine*, May 10, 2011.

[302] "Samsung Galaxy Tab 10.1 Wi-Fi:  A Worthy Rival to the iPad 2," *PCWorld*, June 8, 2011 (http://www.pcworld.com/article/229763/samsung_galaxy_tab_101_wifi_a_worthy_rival_to_the_ipad_2.html).

156.     As discussed above, the survey evidence from the Van Liere Report demonstrates consumers' confusion between Samsung's Galaxy Tab 10.1 and Apple's iPad products.  Based on a post-sale confusion study, after netting out the respondents who indicated that the "control" tablet was an iPad or Apple product, Dr. Van Liere finds that almost 1 in 5 respondents, who were shown a video of a Samsung Galaxy 10.1 tablet, indicated that the tablet was an iPad or Apple product.[303]  Before netting out the respondents who indicated that the "control" tablet was an iPad or an Apple product, Dr. Van Liere's survey results show that nearly 2 in 5 respondents who were shown a video of a Samsung Galaxy 10.1 tablet indicated that the tablet was an iPad or Apple product.

157.     There is anecdotal evidence regarding consumers' confusion between Samsung's Galaxy Tab 10.1 and Apple's iPad 2.  During his deposition, Mr. Lee testified that Samsung received reports that "customers confuse the Galaxy Tab 10.1 for the iPad 2 when they purchase the Galaxy Tab 10.1."[304]  During a "Task Force" study conducted by his team, a Best Buy employee informed them that consumers confused the Galaxy Tab 10.1 and the iPad.[305]  Mr. Lee stated that he was aware of reports discussing the fact that consumers returned the Galaxy Tab 10.1 in exchange for an iPad.[306]  In summarizing a comment from another report, Mr. Lee testified, "[i]t says here the reason for purchasing P4 [Galaxy Tab 10.1] is—in many cases was because they thought it was the iPad.  And most of them do not know well about the product they purchased…"[307]  In addition, a Samsung marketing presentation, dated February 2011, states "[o]ver half of consumers who recognize the Samsung sponsored Tab TVC [TV commercial] thought it was for Apple, while only 16% thought it was for Samsung."[308]

*Sleekcraft* Factor 5:  Marketing channels used

---

[303] Van Liere Report at 3, 9, 11.

[304] Deposition of Sangeun Lee on February 24, 2012 ("Lee Dep.") 12:25-13:10.

[305] Lee Dep. 18:4-19, 21:3-4, 33:22-35:23.

[306] Lee Dep. 36:5-12.

[307] Lee Dep. 47:24-48:2.

[308] SAMNDCA00526887-526933 at SAMNDCA00526893 (*See* Translations App'x).

(i) The degree of similarity between the trade dresses;
(ii) The degree of inherent or acquired distinctiveness of the famous trade dress;
(iii) The extent to which the owner of the famous trade dress is engaging in substantially exclusive use of the trade dress;
(iv) The degree of recognition of the famous trade dress;
(v) Whether the junior user of the trade dress intended to create an association with the famous trade dress; and
(vi) Any actual association between the trade dresses.

**A.**      **Samsung's Misappropriation of Apple's iPhone Trade Dress and iPhone 3G Trade Dress Dilutes the Distinctiveness of Apple's iPhone Trade Dress and iPhone 3G Trade Dress**

Dilution Factor 1:  Similarity of the Trade Dresses

170.    As discussed above, Samsung's Galaxy line of smartphones closely resembles Apple's iPhone Trade Dress and iPhone 3G Trade Dress, as embodied in Apple's iPhone products.[333]

Dilution Factors 2 & 4:  Degree of Acquired Distinctiveness and Recognition of the Trade Dress

171.    A brand's distinctive design can become part of a consumer's perception of that brand.  The designs of Apple's iPhone products, as shown in the iPhone Trade Dress and iPhone 3G Trade Dress, are unique and distinctive and thus memorable for consumers.  These brand perceptions—both on the part of users and non-users (because they are mobile devices that are used publicly)—are confirmed by consumers' repeated interactions with Apple's distinctive designs, and make Apple's iPhone Trade Dress and iPhone 3G Trade Dress recognizable.  The marketing literature addresses how distinctive designs reduce consumer confusion in the clutter of brands in the marketplace and make a brand recognizable.

172.    Furthermore, the surveys from the Poret Report show that people associate the look of the iPhone Trade Dress and the iPhone 3G Trade Dress with Apple.[334]  Those survey results, in combination with Apple's extensive promotion and sales of iPhone products and third-party press regarding the iPhone products, as discussed above,[335] cause me to believe that there is

---

[333] *See supra* ¶¶ 117-120.
[334] Poret Report at 35, 52.
[335] *See supra* ¶¶ 47-70.

an extremely high degree of recognition for the iPhone Trade Dress and the iPhone 3G Trade Dress among consumers in the U.S.  Separately, Dr. Van Liere's survey shows that a significant percentage of people associate the look of the Samsung Galaxy phones with Apple iPhones or products made by Apple,[336] which also supports the conclusion that the look and feel of the iPhone is recognizable as a source identifier.  If it were not recognizable as a source identifier, I would not expect consumers to associate the look-alike Samsung products with Apple.  These surveys, taken together with the evidence noted above—the amount and nature of Apple's iPhone advertising, the volume of iPhone sales, anecdotal evidence from consumers and industry observers pertaining to the iPhone's look and feel, widespread media attention—strongly suggest from a marketing perspective that the iPhone look and feel is highly recognizable.[337]

Dilution Factor 3:  Substantially Exclusive Use of the Trade Dress

173.    As mentioned above, I understand that Apple has an industrial design expert in the case, Peter Bressler, who will be opining that no phone looked like the iPhone before the launch of the iPhone.  For purposes of my analysis, I assume that the relevant trade dresses were substantially exclusively used by Apple when Apple first launched the iPhone.

Dilution Factor 5:  Intent of Junior User to Create Association with the Famous Trade Dress

174.    Samsung's internal documents, discussed above, show that Samsung viewed the iPhone as the model for a smartphone and intended to create an association with the iPhone because it used iPhone devices as models in its development of the Galaxy smartphones.[338]

Dilution Factor 6:  Actual Association

175.    Press articles reviewing the Galaxy smartphone products make it clear that the reviewers associate the look and feel of the Galaxy smartphone products with the iPhone.  Specifically, an article from *Wired* noted:

---

[336] Van Liere Report at 4-5.

[337] My opinion is restricted to a marketing perspective vis-à-vis the iPhone.  I am not rendering an opinion on the fame of the trade dress from a legal perspective.

[338] *See supra* ¶¶ 132-138.

Samsung's latest phone, the Vibrant, has the body of an iPhone and the brains of an Android.  The Vibrant's industrial design *is shockingly similar* to the iPhone 3G:  The rounded curves at the corners, the candybar shape, the glossy, black finish and the chrome-colored metallic border around the display.  The Vibrant even has its volume and ringer buttons in almost the same spot as the iPhone 3G. . . .  [T]he square icons are, again, very similar in their looks to the iPhone 3G's. . . .  [T]here's little to make the phone notable, apart from its striking similarity to the iPhone.[339]

176.    Another reviewer noted how even the icons used in the Samsung Galaxy S resemble those of the iPhone:  "When I saw pictures of the Galaxy S phones from Samsung, I thought I'd found the perfect successor for shifting off the iPhone.  Here was an [sic] phone that had iPhone-like icons, an iPhone-like look but which would work on networks other than AT&T."[340]

177.    If even expert reviewers of smartphone products associate the Galaxy smartphone products with Apple, it is not surprising that consumers reach the same conclusion, and associate the design of the Galaxy smartphone products with Apple.  As discussed above, Dr. Van Liere's survey shows that a significant percentage of people associate the look of the Samsung Galaxy phones with Apple iPhones or products made by Apple.  Specifically, 52% of respondents who were shown pictures of a Samsung Galaxy Fascinate phone associated the look and design of the Samsung Galaxy Fascinate with an iPhone, or a phone or product manufactured by Apple.  When the same test was carried out with a Samsung Galaxy S II Epic 4G Touch phone, 51% of respondents associated the look and design of the Samsung Galaxy S II Epic 4G Touch phone with an iPhone, or a phone or product manufactured by Apple.[341]

178.    When distinctiveness cues get muddied, as has happened here, brand perception suffers.  Samsung's phones at issue, by appropriating Apple's trade dress, muddy the

---

[339] "First Look:  Samsung Vibrant Rips Off iPhone 3G Design," *Wired*, July 15, 2010 (http://www.wired.com/gadgetlab/2010/07/first-look-samsung-vibrant-rips-off-iphone-3g-design/) (emphasis added).

[340] "A Tale of Three Android Phones:  Droid 2, Samsung Fascinate & Google Nexus S," *Search Engine Land*, January 3, 2011 (http://searchengineland.com/a-tale-of-three-android-phones-droid-2-samsung-fascinate-google-nexus-s-59870).

[341] Van Liere Report at 4-5, 17.

distinctiveness cues that are inherent in the iPhone Trade Dress and iPhone 3G Trade Dress.  As Mr. Joswiak notes:

> [N]o one made a successful copy of the iPod and it remained very distinctive as far as the gold standard for music players.  The iPhone, in the smartphone market, was copied, and as a result, instead of it having that same luxury, if you will, that the iPod had of being very distinctive and alone in the way it looks and what it does, as a marketing professional, the intuition is that some of the differences there are there – it's just too easy for a customer to think they're getting something very similar to an iPhone, and they buy an alternative.[342]

179.    It is noteworthy that Samsung's misappropriation happens both at the level of the constituent elements of the trade dress (*e.g.*, a matrix of colorful square icons with evenly rounded corners within the display screen when the device is turned on) and the overall look and feel that the consumer perceives.  The effects on consumers' brand perceptions is accretive:  here, we have a case where Samsung mimics not only the constituent elements of the trade dress but also the overall look and feel by its choice of which elements to appropriate (for example, one can imagine an alternative where the colorful icons were misappropriated but the overall shape was different from that of the iPhone).  Given the evidence that I have discussed above showing the striking similarity of Samsung's products at issue and the iPhone, iPhone 3G, and iPhone 3GS, the accretive effect magnifies the diminution of the distinctiveness of the iPhone Trade Dress and iPhone 3G Trade Dress.

**B.      Samsung's Misappropriation of Apple's iPad Trade Dress Dilutes Distinctiveness of Apple's iPad Trade Dress**

Dilution Factor 1:  Similarity of the Trade Dresses

180.    As discussed above, Samsung's Galaxy tablets closely resemble Apple's iPad Trade Dress, as embodied in Apple's iPad and iPad 2 products.[343]

Dilution Factors 2 & 4:  Degree of Acquired Distinctiveness and Recognition of the Trade Dress

---

[342] Joswiak Dep. 274:8-20.
[343] *See supra* ¶¶ 152-155.

181.     A brand's distinctive look and feel can become part of a consumer's perception of that brand.  The designs of Apple's iPad products, as shown in the iPad Trade Dress, are unique and distinctive and thus memorable for consumers.  These brand perceptions—both on the part of users and non-users (because they are mobile devices that are used publicly)—are confirmed by consumers' repeated interactions with Apple's distinctive designs, and make Apple's iPad Trade Dress recognizable.  A distinctive look and feel reduces consumer confusion amidst the clutter of brands in the marketplace and makes a brand recognizable.

182.     As discussed above, the Poret Report shows that people associate the look of the iPad Trade Dress with Apple, and that the iPad Trade Dress has a high degree of recognition.[344] Those survey results, in combination with Apple's extensive promotion and sales of iPad products and third-party press regarding the iPad products, as discussed above,[345] cause me to believe that there is a high degree of recognition for the iPad among consumers in the U.S. Separately, Dr. Van Liere's survey shows that a significant number of people associate the look of the Samsung Galaxy 10.1 tablet with Apple iPads or products made by Apple,[346] which also supports the conclusion that the look and feel of the iPad serves to identify the source of the product.  As noted above, if the overall look and feel of the iPad was not recognizable as a source identifier, I would not expect consumers to associate the Samsung products with Apple.  These surveys, taken together with the evidence noted above—the amount and nature of Apple's iPad advertising, the volume of iPad sales, anecdotal evidence from consumers and industry observers pertaining to the iPad's look and feel, and media attention—strongly suggest from a marketing perspective that the iPad look and feel is famous.[347]

Dilution Factor 3:  Substantially Exclusive Use of the Trade Dress

183.     As mentioned above, I understand that Apple has an industrial design expert in the case, Peter Bressler, who will be opining that no tablet computer looked like the iPad prior to the

---

[344] Poret Report at 36, 61, 66.

[345] *See supra* ¶¶ 47-55.

[346] Van Liere Report at 3.

[347] My opinion is restricted to a marketing perspective vis-à-vis the iPhone.  I am not rendering an opinion on the fame of the trade dress from a legal perspective.

1  launch of the iPad.  For purposes of my analysis, I assume that the relevant trade dress was

2  substantially exclusively used by Apple when Apple first launched the iPad.

3

4                      **Dilution Factor 5:  Intent of Junior User to Create Association with the Famous Trade Dress**

5         184.    Samsung's internal documents, discussed above, show that Samsung viewed the

6  iPad as the model for a tablet, and intended to create an association with the iPad because it used

7  the iPad devices as models in its development of the Galaxy Tab devices.[348]

8                      **Dilution Factor 6:  Actual Association**

9         185.    As discussed above, Samsung has received reports that customers have confused

10  the Galaxy Tab 10.1 for the iPad 2 when purchasing the Galaxy Tab 10.1.[349]  Moreover, an

11  internal Samsung marketing presentation states that many consumers who viewed a Samsung

12  television commercial for the Galaxy Tab mistakenly thought the ad had been an Apple ad.[350]

13  These instances of actual confusion relating to the source of Samsung's Galaxy Tab products and

14  advertisements support the conclusion that consumers associate Samsung's Galaxy Tab products

15  with the iPad Trade Dress, as embodied in the iPad and iPad 2 products.

16         186.    In addition, Dr. Van Liere's survey shows that a significant percentage of people

17  confuse the look of the Samsung Galaxy 10.1 with Apple iPads or products made by Apple.[351]

18  Specifically, 43% of respondents who were shown a video of someone using a Samsung Galaxy

19  Tab 10.1 tablet confused the product for an iPad, or a product manufactured by Apple.

20  Consumers who *confuse* a Samsung product with Apple are clearly *drawing an association*

21  between that product and Apple and are thereby misappropriating the look and feel of the Apple

22  products.

23         187.    A *PCWorld* article stated that the products are so similar, it is hard to tell them

24  apart:  "In my hands-on testing, the Tab 10.1 achieved perhaps the best design compliment an

25

---

26  [348] *See supra* ¶¶ 164-165.

27  [349] *See supra* ¶ 157.
    [350] *See id.*

28  [351] Van Liere Report at 3, 9.

EXPERT REPORT OF RUSSELL S. WINER
Case No. 11-cv-01846-LHK
sf-3122763

73

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this Declaration was executed on March 22, 2012, in New

3    York, New York.

4

5

6

7

8                                    _____

                                          Russell S. Winer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28