# EXHIBIT W

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

_____

APPLE INC., a California corporation,    )
    )
    )
            Plaintiff,    ) Case No.
    )
       vs.    ) 11-cv-01846-
    ) LHK
SAMSUNG ELECTRONICS CO., LTD., a Korean    )
business entity; SAMSUNG ELECTRONICS    )
AMERICA, INC., a New York corporation;    )
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,    )
a Delaware limited liability company,    )
    )
    )
            Defendants.    )
    )
    )

_____

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF BRYAN AGNETTA

Seattle, Washington

May 16, 2012

Reported by:
Connie Recob, CCR, RMR, CRR, CLR
CCR No. 2631
Ref: 7440

HIGHLY CONFIDENTIAL

---

Page 2

1         BE IT REMEMBERED that on Wednesday, May 16,
2    2012, at 1191 Second Avenue, Suite 2000, Seattle, Washington,
3    at 8:37 a.m., before Connie Recob, CCR, RMR, CRR, CLR,
4    appeared BRYAN AGNETTA, the witness herein;
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 4

1                    EXAMINATION INDEX
2
3    EXAMINATION BY:                          PAGE NO.
4    MR. SCHMIDT                                   6
     MR. OW                              52
5    MR. SCHMIDT                                  55
6
                         EXHIBIT INDEX
7
8    EXHIBIT NO.    DESCRIPTION            PAGE NO.
9
     Exhibit 1    US Patent No. 7,933,632 B2, Bates
10                Nos. APLNDC-Y0000096275 through
                  6300                          11
11
     Exhibit 2    Questel Freedom to Operate File
12                Wrapper, Bates Nos. SAMNDCA00402181
                  through 2322                   15
13
14
15        WITNESS INSTRUCTED NOT TO ANSWER
16
17             (None)
18
19        INFORMATION REQUESTED
20
21             (None)
22
23
24
25

---

Page 3

1            APPEARANCES
2
3    For the Plaintiff:
4        ERIC W. OW, ESQ.
         Morrison Foerster
5        425 Market Street
         San Francisco, California  94105
6        (415) 268-6741
         (415) 268-7522 Fax
7        eow@mofo.com
8
9    For the Defendant:
10       PATRICK T. SCHMIDT, ESQ.
         Quinn Emanuel
         10th Floor
11       865 South Figueroa Street
         Los Angeles, California  90017
12       (213) 443-3191
         (213) 443-3100 Fax
13       patrickschmidt@quinnemanuel.com
14
15   For the Witness and Microsoft:
16       GARY H. LEVIN, ESQ.
         Woodcock Washburn
17       Cira Centre, 12th Floor
         2929 Arch Street
18       Philadelphia, Pennsylvania  19104
         (215) 568-3100
19       (215) 568-3439 Fax
20       levin@woodcock.com

21   Also Present:
22       Kurt Schultz, Videographer
         Paul Bawel, Senior Attorney Microsoft
23
24
25

---

Page 5

1              WHEREUPON, the following proceedings were
2    had, to wit:
3              <<<<<< >>>>>>
4
5              THE VIDEOGRAPHER:  This is Tape No. 1 in
6    the videotaped deposition of Bryan Agnetta in the matter of
7    Apple versus Samsung Electronics in US District Court,
8    Northern District of California, San Jose Division,
9    No. 11-cv-01846-LHK.  This deposition is being held at
10   Frommer Lawrence and Haug in Seattle at 1191 Second Avenue on
11   May 16th, 2012 at 8:37 a.m.  My name is Kurt Schultz from the
12   firm of TransPerfect Legal Solutions and I am the legal video
13   specialist.  The court reporter is Connie Recob in
14   association with TransPerfect.
15        Counsel may introduce themselves.
16              MR. SCHMIDT:  Patrick Schmidt from Quinn
17   Emanuel for Samsung.
18              MR. LEVIN:  Gary Levin from Woodcock
19   Washburn for Microsoft and Mr. Agnetta.
20              MR. BAWEL:  Paul Bawel, inhouse counsel
21   for Microsoft and for Bryan Agnetta.
22              MR. OW:  Eric Ow from Morrison & Foerster
23   for Apple.
24              THE VIDEOGRAPHER:  The court reporter can
25   now swear the witness in.

---

2 (Pages 2 to 5)

HIGHLY CONFIDENTIAL

Page 6

1   BRYAN AGNETTA,          having been first duly sworn,
2                deposed and testified as
3                follows:
4
5            EXAMINATION
6   BY MR. SCHMIDT:
7   Q. Good morning, sir.
8   A. Thank you.
9   Q. Can you please state your name and spell it for the record.
10  A. My name is Bryan Agnetta, first name B-R-Y-A-N, last name
11     Agnetta, A-G-N-E-T-T-A.
12  Q. Have you ever been deposed before?
13  A. No.
14  Q. Well, then I'll just go over a few ground rules.  You
15     understand you're under oath just as if you were testifying
16     at court or at a hearing?
17  A. Uh-huh.
18  Q. And you understand we both need to be careful to talk one at
19     a time so the court reporter can get everything down.  And
20     the last thing I would say is, I'm not going to ask you to
21     speculate with any of my questions today but if you are able
22     to answer one of my questions I'd ask that you do so to the
23     best of your ability.
24  A. Okay.
25  Q. And even if you have to do so with the caveat that you're not

Page 7

1      quite sure, I would ask you to do that.
2          What did you do to prepare for your deposition today?
3   A. I spoke to my lawyers and I've reviewed documents pertaining
4      to this patent.
5   Q. What kind of documents did you review?
6   A. The timing of some usability studies.
7   Q. Did you review the patent itself?
8   A. Briefly.
9   Q. Did you review any applications associated with the patent?
10  A. No.
11  Q. Did you review any invention disclosure forms?
12  A. No.
13  Q. Did you review any notes or minutes from a disclosure meeting
14     with attorneys from the time the patent was being prosecuted?
15  A. No.
16  Q. You are presently employed by Microsoft; is that correct?
17  A. That is.
18  Q. Can you tell me what your job title is?
19  A. I'm a senior user experience design lead.
20  Q. Okay.  Can you briefly describe what your job duties are
21     associated with that?
22  A. I manage the dialog between engineering and design teams to
23     ensure that the creation of our product gets done the way it
24     was supposed to be specced.
25  Q. Okay.  So you work on a team?

Page 8

1   A. Yes.
2   Q. And you communicate with engineers that would implement ideas
3      for --
4   A. From the design team, yes, yeah.
5   Q. Okay.  Is part of your duties to work with user interfaces?
6   A. Yes.
7   Q. User interfaces for Smartphones?
8   A. Yes.
9   Q. Smartphones with touch screen displays?
10  A. Yes.
11  Q. Is there any process at Microsoft -- or strike that.
12         Is it part of your job duties -- is part of your job
13     duties to record ideas that you come up with in the course of
14     your work for possible application for patent?
15  A. I don't know.  I wouldn't -- I wouldn't say that we're
16     actively identifying patentable things as we're designing.
17  Q. Well, if in the course of your work in working with user
18     interfaces you come up with a new idea, does Microsoft ever
19     ask you to record that idea and forward it on to someone
20     else?
21            MR. LEVIN:  You may answer that.
22            THE WITNESS:  We usually meet with --
23     with the collection of people that we have on our team.  We
24     usually identify the things that we think might be patentable
25     and then we meet with attorneys to help us sort out the

Page 9

1      details.
2   Q. (BY MR. SCHMIDT) Okay.  And I just want to understand how the
3      process works --
4   A. Sure.
5   Q. -- I don't want to know the content of any communications.
6   A. Got it.
7   Q. When you identify an idea that might be patentable, do you
8      record that in any way on a document?
9   A. I'm sure someone does.  I don't personally.
10  Q. Okay.  And you probably don't forward the document, but do
11     you understand that it goes to some sort of intellectual
12     property department?
13  A. Yes.
14  Q. At Microsoft?
15  A. Yep.
16  Q. If you're the one who came up with the idea then, do you
17     personally meet with an attorney?  And again, I don't want
18     the content of any discussions.
19  A. Yes, I have.
20  Q. Okay.  And after you meet with the attorney, then do you get
21     a draft patent application for your review?
22  A. Yeah.  Yes.  Yes, I do recall that.
23  Q. About how long does it take to get that patent application
24     after your meeting?
25  A. I don't recall.

3 (Pages 6 to 9)

HIGHLY CONFIDENTIAL

Page 10

1  Q. You don't recall?
2  A. No.
3  Q. How many patents are you a named inventor on?
4  A. On the order of four to six or four to seven, somewhere in
5     there.
6  Q. And you don't recall on any occasion approximately how long
7     between the meeting with the attorney and the draft
8     application?
9  A. It's been too long since my last one.
10 Q. And I should have asked this first: Did you receive a draft
11    application for every single one of those patents that you're
12    a named inventor on?
13 A. To the best of my knowledge.
14 Q. Okay.
15 A. Yeah.
16 Q. And you can't give me an approximate time whatsoever?
17 A. It would be pure speculation.
18 Q. Is it a matter of months?
19 A. Weeks to months.
20 Q. Weeks to months.
21       MR. SCHMIDT:  I'm going to mark as
22    Exhibit 1 US Patent 7,933,632.
23       MR. OW:  Actually before we go any
24    further I'd just like to state for the record that Apple
25    objects to this deposition as untimely because it is after

Page 11

1     the fact discovery deadline but you may proceed.
2        MR. SCHMIDT:  Thank you.
3           (Exhibit No. 1 marked
4              for identification.)
5  Q. (BY MR. SCHMIDT) Mr. Agnetta, do you recognize this document?
6  A. I do.
7  Q. Have you reviewed it?
8  A. Briefly.  Briefly recently and then obviously when I -- when
9     we were filing it in the process, yes.
10 Q. Have you read it in its entirety ever?
11 A. Probably early on when it was first written.
12 Q. Okay.  Do you understand the subject matter and concepts that
13    are disclosed in this document?
14 A. Yes.
15 Q. I want you to look at the top of the page where it says
16    Inventors.  Do you see that your name is on --
17 A. I do.
18 Q. -- this patent as an inventor?
19 A. Uh-huh.
20 Q. What do you think it means to be a named inventor on a
21    patent?
22       MR. OW:  Objection; form.
23       MR. LEVIN:  Just let me interject.  You
24    can answer that question to the extent it doesn't disclose
25    advice that you received from any attorney ever representing

Page 12

1     Microsoft.  If you can answer the question without disclosing
2     advice, you may do so, but if your understanding of what it
3     means to be an inventor of a US patent in a legal sense comes
4     from an attorney, you don't have to answer the question.
5        THE WITNESS:  Can you say that again?
6        MR. LEVIN:  If you have an understanding
7     of what it means to be an inventor of a patent outside of
8     discussions you've had with a Microsoft attorney --
9        THE WITNESS:  Okay.
10       MR. LEVIN:  -- you may answer the
11    question.
12       THE WITNESS:  My understanding is that to
13    be an inventor on one of these patents you are the
14    originators of the ideas contained within them.
15 Q. (BY MR. SCHMIDT) Okay.  And what ideas specifically do you
16    think you originated that were in this patent?
17 A. The organization of the content on a tile space, the
18    navigation and the behavior of the tiles.
19 Q. What do you mean "the behavior of the tiles"?
20 A. These tiles are live so they change.  The patent also
21    talks about it being profile based so you might go from work
22    to personal portions of your day and that space will change.
23 Q. And you believe you were the originator of all these
24    concepts?
25 A. With these collaborators, yes.

Page 13

1  Q. Okay.  Do you see a few lines down from the named inventors
2     the patent was filed on June 16th, 2006?
3  A. Yes, I do see that.
4  Q. And then about two lines below that you'll see that there's a
5     provisional application filed on September 16th, 2005?
6  A. I'm looking for that.  I'll find it I'm sure.
7  Q. It's under the bold headline that says Related US Application
8     Data?
9  A. Okay.  Oh, yeah, there it is.
10 Q. Okay.  Now, can you say here today whether or not these
11    concepts that you contributed to that are contained in this
12    patent -- well, let me ask you this first:  Do you understand
13    what the term "conception" means in patent law?
14 A. It's probably best for you to describe it again so I'll say
15    no.
16 Q. If I told you that conception was the formation in the mind
17    of an inventor of a definite and permanent idea of the
18    complete and operative invention, would that refresh your
19    recollection?
20 A. That sounds accurate.
21 Q. Do you understand what that definition means?
22 A. Hit me one more time with it.
23 Q. Formation in the mind of an inventor of a definite and
24    permanent idea of the complete and operative invention.
25 A. Yeah, that makes sense.

4 (Pages 10 to 13)

HIGHLY CONFIDENTIAL

Page 14

```
1    Q. Okay.  Do you have any recollection of when you conceived of
2       the ideas you believe you contributed to in this patent?
3                MR. LEVIN:  You may answer.
4                THE WITNESS:  Within the span of months I
5    have an idea.
6    Q. (BY MR. SCHMIDT) Can you please tell me when?
7    A. It's prior -- at least prior to early May of 2005.
8    Q. You said prior early May --
9    A. Prior.
10   Q. -- 2005?
11   A. That's the latest it would absolutely be.
12   Q. And because you said within a couple months, it could have
13      been as early as March; do I understand you correctly?
14               MR. OW:  Objection; calls for
15   speculation.
16               THE WITNESS:  Am I supposed to answer if
17   he objects?
18   Q. (BY MR. SCHMIDT) Yes.
19   A. It could have been.
20   Q. Okay.
21   A. Yes.
22   Q. Do you understand what it means to reduce an invention to
23      practice?
24   A. It was explained to me yesterday.
25               THE WITNESS:  You explained that to me
```

Page 15

```
1    yesterday; is that correct?
2                MR. LEVIN:  I did, but why don't you give
3    him your definition.
4                THE WITNESS:  Yeah.
5    Q. (BY MR. SCHMIDT) Well, do you understand that one way to
6       reduce an invention to practice is to construct an operative
7       embodiment?
8    A. Yes.
9    Q. Basically a working prototype?
10   A. Yes.
11               MR. SCHMIDT:  I want to mark as Exhibit 2
12   this document.
13               (Exhibit No. 2 marked
14                for identification.)
15   Q. (BY MR. SCHMIDT) Now, Mr. Agnetta, could you please turn to
16      the third page of this document and the number at the bottom
17      should say SAMNDC 00402183?
18   A. SAMNDC 00402183?
19   Q. Correct.
20   A. Yep.
21   Q. This is a provisional application for patent cover sheet; is
22      that right?
23   A. Yes, that's what it says at the top.
24   Q. And if you look under the name blocks you'll see that there
25      are two inventors, David Wayne Flint and yourself?
```

Page 16

```
1    A. Yes.
2    Q. Now, look down at the bottom of the page.  On the right-hand
3       side you'll see the date is September 16th, 2005?
4    A. Yep.
5    Q. And you might have to turn the document sideways but there's
6       a stamp with a bar code up in the upper right-hand corner and
7       that says 60/718187?
8    A. 60/718187.
9    Q. Correct.  Now, can you please look back on the front page of
10      Exhibit 1.
11   A. That's the other document?
12   Q. Yes.
13   A. Got it.
14   Q. And back where we talked about the provisional application
15      before, do you see that number there, 60/718187?
16   A. Yes, I do see that.
17   Q. Would you agree that this provisional application that's
18      marked as Exhibit 2 appears to be the document that Exhibit 1
19      is referring to?
20               MR. OW:  Objection; form.
21               THE WITNESS:  Yes.
22   Q. (BY MR. SCHMIDT) Okay.  Please refer to Exhibit 1, and I want
23      you to turn to the specification and look at Column 2,
24      Lines 7 through 8.
25   A. Okay.  Got Column 2.  What were the other?
```

Page 17

```
1    Q. Column 2, Lines 7 through 8.
2    A. Okay.
3    Q. And you'll see that this patent states, "The provided subject
4       matter concerns an improved user interface for mobile devices
5       such as Smartphones, personal digital assistants and the
6       like."
7    A. Yes, I see that.
8    Q. Now, on these Smartphones and personal digital assistants,
9       would you agree that a limiting factor in these devices is
10      the size of the display?
11   A. Yes.
12   Q. That's a limiting factor in the design of a user interface?
13   A. Yes.
14   Q. Can we turn to the provisional at Paragraph 4.  That's
15      Exhibit 2.  And turn to the page with the number at the
16      bottom that it says 00402193?
17   A. I'm sorry.  Can you direct me again?
18   Q. The last three digits of the number will be 193.
19   A. Okay.  Okay.  Paragraph 4 you said?
20   Q. Yes.
21   A. Got it.
22   Q. And Paragraph 4 states, "There is a need for methods or
23      systems that enhance the usability of wireless communication
24      devices.  Moreover, there is a need for mobile devices which
25      provide users with easy access to data and tasks."
```

5 (Pages 14 to 17)

HIGHLY CONFIDENTIAL

## Page 18

1  A. Yes.
2  Q. So would you agree that the provisional application at
3     Exhibit 2 appears directed to the same problem as Exhibit 1
4     addresses?
5         MR. OW:  Objection; form, calls for
6  speculation.
7         MR. LEVIN:  You may answer.
8         THE WITNESS:  Yes.
9  Q. (BY MR. SCHMIDT) Please refer to Column 2, Line 15 of
10    Exhibit 1, back to Exhibit 1.
11 A. Column 2, Line 15.
12 Q. And it says, "The user interface can include a set of dynamic
13    tiles."
14 A. Uh-huh.
15 Q. And then please refer to Lines 30 through 35.  It states,
16    "Tiles can be positioned within a tile space.  A tile space
17    can be any shape or size and can extend beyond the edges of a
18    display screen of a mobile device.  Users can utilize a
19    keypad stylus or the like to pan the display to view
20    additional portions of the tile space."
21        This set of the tiles that's arranged in a tile space,
22    is this what you were referring to earlier when you were
23    talking about organization --
24 A. Yes.
25 Q. -- of content?

## Page 19

1  A. Yes.
2  Q. And this tile space is part of the user interface --
3  A. Yes.
4  Q. -- of a Smartphone device?  And would you agree with me that
5     this set of tiles is intended to be a unitary information
6     space?
7  A. Unitary.
8         MR. OW:  Objection to form, calls for a
9  legal conclusion.
10        THE WITNESS:  Can you describe what you
11 mean by "unitary information space"?
12 Q. (BY MR. SCHMIDT) Well, yes.  The set of tiles isn't intended
13    to be discrete objects that all just exist in the user
14    interface.  The user interface is supposed to be cohesive?
15 A. Yes, I'd agree with that.
16 Q. And would you agree that the tiles are areas of interest
17    within this cohesive information space?
18        MR. OW:  Same objection.
19        THE WITNESS:  Yes, I would agree to that.
20 Q. (BY MR. SCHMIDT) Do you think these areas of interest,
21    meaning the tiles, need to have some sort of visual cue to
22    let the user know where a tile begins and where it ends?
23 A. Yes.
24 Q. What kind of visual cues do you think a tile might have?
25        MR. LEVIN:  Are you asking generally or

## Page 20

1  are you asking what may be disclosed in the patent?
2         MR. SCHMIDT:  I'm asking possible
3  embodiments of the patent.  I'm not asking the witness to
4  limit the patent in any way, just what his understanding of a
5  user interface that would have a tile would be.
6         THE WITNESS:  And your question is?  Why
7  don't you repeat your question, please.
8  Q. (BY MR. SCHMIDT) The question is:  Do these tiles have to
9     have some sort of visual cue so that they show the user where
10    one tile starts and another -- where one tile ends and
11    another tile begins?
12        MR. OW:  Objection; form, calls for a
13 legal conclusion.
14        THE WITNESS:  Yes, I do think that they
15 need a visual cue.
16 Q. (BY MR. SCHMIDT) What kind of visual cues do you think would
17    be possible?
18        MR. OW:  Objection; calls for
19 speculation.
20        THE WITNESS:  They need to be spaced
21 apart from each other.
22 Q. (BY MR. SCHMIDT) How about borders between them?
23 A. Yeah.
24 Q. How about a change in color between the background color of
25    the tiles?

## Page 21

1  A. Yes.
2  Q. How about a distinct change in appearance between -- between
3     the distinct areas of interest?
4         MR. OW:  Objection; form, calls for
5  speculation, calls for a legal conclusion.
6         THE WITNESS:  Can you repeat that last
7  question, please?
8  Q. (BY MR. SCHMIDT) So just as an example of a visual cue, maybe
9     a change in the design of the tile itself, so a change in how
10    the text or content is arranged?
11        MR. OW:  Same objections.  Also calls for
12 expert testimony.
13        MR. LEVIN:  You may answer.
14        THE WITNESS:  On a tile?  So it's hard
15 for me to distill exactly what you're talking about -- yeah.
16 Q. (BY MR. SCHMIDT) We're talking about the visual cues that
17    might --
18 A. Right.
19 Q. -- let the user know that this file is different from another
20    tile.
21 A. Oh, okay.
22        MR. OW:  Again, the same objections.
23        THE WITNESS:  Two tiles I would imagine
24 could look the same as long as they're separated by some
25 space.

6 (Pages 18 to 21)

HIGHLY CONFIDENTIAL

Page 22

1  Q. (BY MR. SCHMIDT) Thank you.  Now, the way this tile space is
2     implemented, would you agree that the -- that the information
3     space, the tile space, has to have some sort of structure at
4     the code level that's going to dictate how the elements are
5     to be arranged?
6            MR. OW:  Objection; form, calls for
7     expert testimony, calls for a legal conclusion, calls for
8     speculation.
9            MR. LEVIN:  I'll object to the question
10    to the extent you're attempting to limit or characterize the
11    '632 patent.
12  Q. (BY MR. SCHMIDT) And I'd just clarify the question.  I'm not
13    asking for any limitation of the '632 patent, I'm asking for
14    how one might implement an embodiment of the patent.
15           MR. OW:  In addition I would like to
16    object to this line of questioning as being outside the scope
17    of the order of the Court in the Western District of
18    Washington and I'd like to make this a standing objection.
19           THE WITNESS:  And repeat the question one
20    more time.
21  Q. (BY MR. SCHMIDT) My question is:  If you were going to
22    implement this tile space concept, would there have to be
23    some sort of structure at the code level in order to dictate
24    how the various elements, that is the tiles, are arranged in
25    the information space?

Page 23

1            MR. OW:  Same objections.
2            THE WITNESS:  I would imagine there
3     should be, yes.
4  Q. (BY MR. SCHMIDT) Okay.  And can we turn to Paragraph -- back
5     to Exhibit 2, can we turn to Paragraph 28?
6            MR. LEVIN:  It's on Page 2195, look in
7     the bottom right-hand corner, 2195.
8            THE WITNESS:  Okay.  Thank you.  You guys
9     all ended up in a different place.  You said 2195?
10           MR. SCHMIDT:  I'm sorry.  I meant to say
11    Paragraph 228.
12           MR. LEVIN:  228?
13           MR. SCHMIDT:  Yes.
14  Q. (BY MR. SCHMIDT) And that would be on Page 00402242.
15  A. Got it.  Now I beat you there.
16  Q. Paragraph 228 reads, "The tile architecture and schema may be
17    published so that software vendors and users can create
18    tiles."
19        Would you agree that this appears to be describing the
20    type of structure we just discussed?
21           MR. OW:  Objection; calls for expert
22    testimony, calls for a legal conclusion, form.
23           THE WITNESS:  Yes, I agree.
24  Q. (BY MR. SCHMIDT) Now, earlier you testified that the concepts
25    in the '632 patent were developed approximately May 2005?

Page 24

1  A. At the latest.
2  Q. At the latest.  Would you agree that this concept of the tile
3     space is within that -- is within that conception time frame?
4  A. Yes.
5  Q. Do you have a specific memory of knowing of the tile space or
6     having a formation of the tile space in your mind as of
7     May 2005?
8            MR. OW:  Objection; calls for expert
9     testimony.
10           THE WITNESS:  Yes.
11  Q. (BY MR. SCHMIDT) Do you recall any operative systems or
12    working prototypes that embodied the tile space as of 2005,
13    May 2005?
14  A. Yes.
15  Q. And would you say that Microsoft was working towards
16    patenting and making the tile space public from May 2005 to
17    the time this Exhibit 2 was filed on September 16th, 2005?
18           MR. LEVIN:  If you know you may answer.
19           MR. OW:  Objection; lacks foundation.
20           THE WITNESS:  Yes.
21  Q. (BY MR. SCHMIDT) Thank you.  Can you please, back to
22    Exhibit 1, refer to Column 2, Line 20?
23  A. Got it.
24  Q. It says, "Tiles can be updated to reflect changes to
25    associated content, accessible through the mobile device.

Page 25

1     Content can be local to the mobile device or located
2     remotely."
3         And if we refer also to Column 2, Line 15, this is a
4     line we referred to earlier, it says that, "The user
5     interface can include a set of dynamic tiles."
6         What do you think is meant by "dynamic tiles"?
7            MR. OW:  Objection; calls for expert
8     testimony.
9            THE WITNESS:  Okay.  I think dynamic
10    tiles refers to two things:  The content on a tile can be
11    refreshed based off of some change in context, and the second
12    thing is the tiles can be present or absent based on some
13    profile that the user has set.
14  Q. (BY MR. SCHMIDT) Referring to the first thing that you said,
15    the tiles could be refreshed based on context, can you
16    describe what you mean by "context"?
17  A. If, for instance, you had a weather tile and the weather
18    changed, the tile information would change.
19  Q. And where does that information about the weather come from?
20  A. It would probably come --
21           MR. OW:  Objection; calls for
22    speculation.
23           THE WITNESS:  It would probably come from
24    some Internet connection to a data source, you know, where
25    weather was located.

7 (Pages 22 to 25)

HIGHLY CONFIDENTIAL

Page 26

1   Q. (BY MR. SCHMIDT) And would you agree that when a tile is
2   selected it's enlarged in place in what the patent refers to
3   as summary view or active view?
4              MR. OW:  Objection; form, calls for
5   expert testimony, calls for a legal conclusion.
6              THE WITNESS:  Yes.
7   Q. (BY MR. SCHMIDT) And when the tile is in active or summary
8   view as described by the '632 patent, would that tile in
9   active view also be able to dynamically refresh based on
10  content?
11  A. Yes.
12             MR. OW:  Same objections.
13  Q. (BY MR. SCHMIDT) Is the content for a tile in active or
14  summary view coming from the same place that the content is
15  coming from when the tile is in thumbnail view?
16  A. Yes.
17  Q. Would you agree that one possible way to implement this type
18  of tile architecture would be with an object-oriented data
19  structure?
20             MR. OW:  Objection; calls for
21  speculation, lack of foundation, calls for expert testimony.
22             THE WITNESS:  I would say I don't know.
23  Q. (BY MR. SCHMIDT) Do you understand programming languages?
24  A. No.  Or minimally.
25  Q. Have you taken any courses in computer science?

Page 27

1   A. No.
2   Q. Let's refer to Exhibit 2, Page 00402240.  It's basically
3   two pages back from where we were before, specifically
4   Paragraph 217.
5   A. Okay.  217?
6   Q. Yes.
7   A. Okay.
8   Q. And starting with the second line, Paragraph 217 states,
9   "Background tiles have less ability to show information.  In
10  most cases this is binary information in the form of a
11  notification which indicates any change in the space or
12  information to which the plug-in refers.  For example, the
13  arrival of news related information or notification of a
14  meeting for tile representing a calendar would be indicated
15  on the thumbnail view.  Background tiles can be regularly
16  updated based upon their content."
17             MR. LEVIN:  Let me just caution you,
18  Mr. Agnetta, that whenever counsel refers you to a particular
19  extract from the patent, you're entitled to look through any
20  other content in the material that you need to put it into
21  context.
22             THE WITNESS:  Okay.
23  Q. (BY MR. SCHMIDT) Do you understand what Paragraph 217 is
24  talking about?
25  A. I'm rereading it.  Yes.

Page 28

1   Q. Would you agree that Paragraph 217 appears to be describing
2   this idea of dynamic tiles that we discussed earlier?
3              MR. OW:  Objection; form, calls for
4   expert testimony, calls for a legal conclusion.
5              THE WITNESS:  Yes.
6   Q. (BY MR. SCHMIDT) So would you agree that Exhibit 2 supports
7   the fact that this idea of dynamic tiles was at least in
8   existence as of September 16th, 2005?
9              MR. OW:  Same objections.
10             THE WITNESS:  Yes.
11  Q. (BY MR. SCHMIDT) And when you testified earlier that you
12  thought that you and the rest of the named inventors had
13  conceived of the concepts in the '632 patent by early
14  May 2005, did that include the concept of dynamic tiles?
15             MR. OW:  Same objections.
16
17  Q. (BY MR. SCHMIDT) Do you recall any operative systems or
18  working prototypes that used dynamic tiles prior to
19  September 16th, 2005?
20             MR. OW:  Objection; calls for
21  speculation.
22             THE WITNESS:  Yes.
23  Q. (BY MR. SCHMIDT) Thank you.  Let's refer to Exhibit 1,
24  Column 4, Lines 35 through 36, and specifically the portion
25  that says, "Users can select an active tile from the set of

Page 29

1   tiles managed by a tile space."
2       Do you see that?
3   A. I did.  I do.
4   Q. And now let's refer to Column 5, Lines 30 through 33.
5   States, "The tile space component can include an input
6   component that obtains, receives and/or requests input
7   including user input and content from the interface
8   component."
9   A. I'm going to reread that.
10  Q. Okay.
11  A. It's referring to something 102?
12  Q. Yes.
13  A. What is that 102?
14             MR. LEVIN:  102 in the figures.
15             MR. SCHMIDT:  Figure 1.
16             THE WITNESS:  Thank you.  Okay.
17  Q. (BY MR. SCHMIDT) And now, please, Column 2, Lines 18 through
18  20 states, "In addition a tile can be selected as the active
19  tile and displayed in an enlarged view including additional
20  content."
21  A. Uh-huh.
22  Q. And finally, Column 7, Lines 30 through 32, the portion that
23  says, "The tile space can also include a tile in active or
24  summary view.  The tile currently in focus is referred to as
25  the active tile shown in summary view.  The active tile can

8 (Pages 26 to 29)

HIGHLY CONFIDENTIAL

Page 30

1    include additional information, function and features not
2    available when the tile is shown in background view."
3                    MR. OW:  Objection.  Do you have a
4    question?
5    Q. (BY MR. SCHMIDT) The question is:  Do you understand what all
6    four of these citations to the patent are describing?
7    A. Yes.
8                    MR. LEVIN:  Are you suggesting that
9    they're all describing one thing?
10                   MR. SCHMIDT:  Well, let me ask the
11   witness.
12   Q. (BY MR. SCHMIDT) Do you -- do you understand them all to be
13   describing the same or similar concept?
14                   MR. OW:  Objection; form, calls for
15   expert testimony.
16                   THE WITNESS:  Yes.
17   Q. (BY MR. SCHMIDT) And what is that concept?
18   A. It's the behavior of tiles and the way users access that
19   information.
20   Q. Including the selection of a tile?
21   A. Yes.
22   Q. And including the enlargement of a tile in response to the
23   selection of a tile?
24   A. Yep.
25                   MR. OW:  Objection; form, calls for

Page 31

1    expert testimony.
2    Q. (BY MR. SCHMIDT) During this enlarging of the tile and the
3    tile space, is the enlarged tile the same tile as it was when
4    it was in thumbnail view?
5                    MR. OW:  Same objections.
6                    THE WITNESS:  The document says that the
7    tile can show new information.  Conceptually it is the same
8    tile.
9    Q. (BY MR. SCHMIDT) Yes.  And I understand that the tile can
10   show new information and I guess my question is, is:  The
11   fact that it shows new information, does that make it a
12   different tile?
13   A. No.
14   Q. Why not?
15   A. The inactive tiles are meant to be indicators of the type of
16   information you get and when you bring one into focus into
17   the active state you're then revealing that information.
18   Q. Well, the background tiles are more than just representations
19   of what you see in active view, aren't they?
20                   MR. OW:  Objection; form, calls for
21   expert testimony.
22                   THE WITNESS:  The background tiles, say
23   that again?
24   Q. (BY MR. SCHMIDT) When a tile is in background view, it's more
25   than just an icon, if you will?

Page 32

1    A. Uh-huh, it can be, yes.
2                    MR. OW:  Same objection.
3    Q. (BY MR. SCHMIDT) So when the tile is in enlarged view, would
4    you agree that the enlarged tile and the thumbnail tile are
5    the same tile?
6                    MR. LEVIN:  Objection; form calls for
7    expert testimony.
8                    THE WITNESS:  I would agree to that, yes.
9    Q. (BY MR. SCHMIDT) Can we refer to Exhibit 2, please.  And
10   Paragraph 218 and that's on Page 00402240.
11   A. Okay.  Which paragraph again?
12   Q. Paragraph 218.
13   Q. 218.
14   Q. (BY MR. SCHMIDT) And starting about halfway through the
15   paragraph with the word "only," "Only one tile is always in
16   focus or in the summary view.  The rest of the tiles are in
17   the background and in the thumbnail view.  Using the
18   navigation key changes the focus and brings a new tile in the
19   summary view.  For example, if the left key is hit then the
20   thumbnail view of the tile to the left of the current tile
21   will render the summary view in the center."
22   A. Uh-huh.
23   Q. Do you understand what Paragraph 218 is describing?
24                   MR. OW:  Objection; form.
25                   THE WITNESS:  Yes.

Page 33

1    Q. (BY MR. SCHMIDT) Do you understand that Paragraph 218 is
2    describing the user selection of a thumbnail tile?
3                    MR. OW:  Objection; form, calls for
4    expert testimony.
5                    THE WITNESS:  Yes.
6    Q. (BY MR. SCHMIDT) And would you agree that it's also
7    describing enlargement of that tile in response to the user
8    selection?
9                    MR. OW:  Same objections.  Also calls for
10   speculation.
11                   THE WITNESS:  Yes.
12   Q. (BY MR. SCHMIDT) So would you agree that the concept of
13   selecting a background tile and enlarging it in active or
14   summary view was in existence at least as of September 16th,
15   2005?
16                   MR. OW:  Same objections.
17                   THE WITNESS:  Yes.
18                   MR. OW:  Also calls for a legal
19   conclusion.
20                   THE WITNESS:  Yes.
21   Q. (BY MR. SCHMIDT) And earlier when you stated that you knew
22   that the concepts in the 632 patent had been conceived no
23   later than May 2005, does that include the selection of a
24   tile?
25                   MR. OW:  Objection; form, calls for

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL

Page 34

1   expert testimony, calls for a legal conclusion.
2        THE WITNESS: Yes.
3   Q. (BY MR. SCHMIDT) And that -- does that include the
4        enlargement of a background tile in response to the user
5        selection?
6        MR. OW: Same objections.
7        THE WITNESS: Yes.
8   Q. (BY MR. SCHMIDT) Thank you. Were there any working
9        prototypes or operative systems in existence prior to
10       September 16th, 2005 that were capable of a user selecting a
11       tile and then rendering that tile in enlarged view?
12       MR. OW: Objection to form, same
13   objections.
14       THE WITNESS: Yes.
15   Q. (BY MR. SCHMIDT) And do you believe that Microsoft was
16       working actively towards disclosing this concept and making
17       it ready for patenting from the time it was conceived to the
18       time this provisional application was filed?
19       MR. OW: Same objections. Also calls for
20   legal conclusion.
21       MR. LEVIN: Yeah, if you know the answer
22   to that, you may -- you may give it.
23       THE WITNESS: So ask the question one
24   more time, please?
25   Q. (BY MR. SCHMIDT) So the question is: Do you understand that

Page 35

1        Microsoft was working actively towards making this concept,
2        this selection of a tile and enlargement of the tile, public
3        through patent application or otherwise from the time you've
4        testified it was conceived to the time it actually was
5        disclosed?
6        MR. OW: Same objections.
7        THE WITNESS: Yes.
8   Q. (BY MR. SCHMIDT) Okay. Referring back to Exhibit 1, please.
9        Can you refer to Column 12, Line 67, it's at the bottom of
10       the page.
11   A. Uh-huh.
12   Q. It states, "At 1102 user input is received. User input can
13       be provided using a keypad, an on screen button, a joystick
14       and the like."
15   A. Uh-huh.
16   Q. Do you understand what that portion of the patent is
17       describing?
18       MR. LEVIN: If you need to look back at
19   Figure 11 you may do so.
20       THE WITNESS: I just want to look at
21   1102, yeah. Thank you. Where is 1102?
22   Q. (BY MR. SCHMIDT) It would be with Figure 11.
23   A. Oh. Uh-huh.
24   Q. Do you understand that provision of the patent description to
25       include a touch screen based input system?

Page 36

1        MR. OW: Objection to form, calls for
2   expert testimony.
3        THE WITNESS: Yes.
4   Q. (BY MR. SCHMIDT) What portion specifically do you think
5        refers to a touch screen based input system?
6        MR. OW: Same objections.
7        THE WITNESS: It was not in the paragraph
8        that you just referenced but it was in one that we referred
9        to earlier and I can't remember which one that was.
10   Q. (BY MR. SCHMIDT) Well -- I'm sorry.
11   A. Sorry. "For example, with a multidirectional pad either on
12       screen."
13       So the second it says "on screen," that speaks to me as
14       a touch screen. We were more explicit earlier.
15   Q. Okay. Can we refer to Exhibit 2, please.
16   A. Uh-huh.
17   Q. And Paragraph 227.
18   A. Okay.
19   Q. 227 states, "Accessing content and applications represented
20       on the tile is achievable by using the default action button
21       on the hardware of the mobile device. In the case of touch
22       enabled screen" -- I'm sorry. "In the case of a touch
23       enabled screen, the tiles can be activated to access content
24       by using the stylus. The subsequent location after tile
25       activation depends on the nature of the tile, e.g., a contact

Page 37

1        card will launch a card view of the person on the tile,
2        information on the tile and customization by the user."
3   A. I'm going to reread that.
4   Q. Sure.
5   A. (Witness reviewing document.) Okay.
6   Q. Do you think that Paragraph 227 is at least describing or
7        disclosing the use of a touch enabled screen?
8        MR. OW: Objection; form, calls for
9   expert testimony.
10       THE WITNESS: Yes, it does.
11   Q. (BY MR. SCHMIDT) Do you think Paragraph 227 makes clear that
12       the user interface that we've been talking about today could
13       be implemented on a touch screen device?
14       MR. OW: Same objections.
15       THE WITNESS: Yes, it does.
16   Q. (BY MR. SCHMIDT) So would you agree that the idea of
17       implementing the user interface that you've been describing
18       on a touch screen device was in existence as of at least
19       September 16th, 2005?
20       MR. OW: Same objections. Also calls for
21   a legal conclusion.
22       THE WITNESS: Yes.
23   Q. (BY MR. SCHMIDT) And was your prior testimony that you
24       conceived of the concepts in the '632 patent in early -- no
25       later than early May 2005, does that also apply to the

10 (Pages 34 to 37)

Page 38

```
 1    possible implementation of this interface on a touch screen
 2    device?
 3    A. Yes.
 4            MR. OW:  Same objections.
 5    Q. (BY MR. SCHMIDT) Are you aware of any operative systems or
 6    prototypes that implemented the tile space concept that we've
 7    been discussing on a touch screen device prior to
 8    September 16th, 2005?
 9            MR. OW:  Objection; calls for
10    speculation.
11            THE WITNESS:  Yes.
12    Q. (BY MR. SCHMIDT) And do you understand that Microsoft was
13    working actively towards disclosing this possibility prior to
14    the patent application?
15            MR. OW:  Objection; form.
16            THE WITNESS:  Yes.
17    Q. (BY MR. SCHMIDT) Thank you.  Referring back to Exhibit 1,
18    Column 6, Lines 38 through 45.
19    A. Okay.
20    Q. And I'm actually going to start with Line 37.
21    A. Okay.
22    Q. "The tile space can extend beyond the limits of a display
23    screen of a mobile device.  To view portions of the tile
24    space not currently shown on a display screen, a user can
25    indicate a direction to navigate within the tile space via
```

Page 39

```
 1    the user interface component.  The navigation component can
 2    determine the tiles in the tile space currently visible and
 3    track and update the tiles.  Navigation can update the active
 4    tile."
 5        Do you understand what that is describing?
 6    A. Yes.
 7    Q. Is this what you referred to earlier when you testified that
 8    you were responsible for organization, navigation and
 9    behavior of the tiles in the tile space?
10    A. Yes.
11    Q. Could you describe for me in your own words what this concept
12    of navigation might include and possible embodiments?
13            MR. OW:  Objection; form.
14            THE WITNESS:  The navigation primarily
15    refers to the user interaction within that space.  They can
16    select a tile that they see on the screen or they can
17    navigate the screen to reveal more tiles.  You can do that by
18    panning across the screen with a finger, stylus, whatever, or
19    a joystick D pad.
20    Q. (BY MR. SCHMIDT) And why do you say panning across the
21    screen?  What occurs to the tile space when you pan across
22    the screen?
23    A. I say panning across the screen because we acknowledge that
24    the tile space can be larger than the screen itself and so if
25    the user wants to reveal tiles that they can't actively see
```

Page 40

```
 1    at the moment, they would pan across the screen.
 2    Q. Can we refer to Column 12, Line 66?  And this is one we
 3    referred to earlier -- I'm sorry, Column 13, starting with
 4    Line 3.  It states, "The user can nudge or move in a desired
 5    direction to see other tiles or collections of tiles.  The
 6    method navigates through the tile space in accordance with
 7    user input at 1104.  Based upon navigation of the tile space,
 8    the active tile and the background tiles visible on the
 9    screen can be determined.  The view" -- "The view, dependent
10    at least in part upon the user's input, can be displayed."
11    A. Uh-huh.
12    Q. Do you understand what that is stating?
13    A. Yes, that refers to what I was just saying.
14    Q. And when it says, "The background tiles visible on the screen
15    can be determined," what do you understand that to be
16    describing?
17            MR. OW:  Objection; form, calls for
18    expert testimony.
19            THE WITNESS:  I understand that to mean
20    that there are some tiles off screen that the user wants to
21    access so they are navigating the screen so they can reveal
22    those tiles.
23    Q. (BY MR. SCHMIDT) Okay.  Can we refer to Figure 8 of the
24    patent, please.
25    A. Figure 8.  Of Exhibit 1?
```

Page 41

```
 1    Q. Yes.
 2    A. Okay.  Yeah.
 3    Q. Do you believe that Figure 8 depicts this navigation concept
 4    that you just described?
 5            MR. OW:  Same objections.
 6            MR. LEVIN:  If -- you may answer.  If you
 7    need to look at the description of Figure 8 in the patent,
 8    you may do so.
 9            THE WITNESS:  No, I think that this talks
10    about the navigation of the tile space.
11    Q. (BY MR. SCHMIDT) So can you just describe for me briefly what
12    occurs from the left-hand picture to the right-hand picture
13    in Figure 8?
14    A. The user navigated from the tile that says Dahlia Lounge
15    downward in the tile space revealing The Wine Tasting
16    Handbook.  They could have done that in a number of ways as
17    we've talked about before.
18    Q. Well, The Wine Tasting Handbook wasn't really revealed, was
19    it?  It was just brought into active view?
20    A. It was brought into active view.
21            MR. OW:  Objection to form, calls for
22    expert testimony.
23    Q. (BY MR. SCHMIDT) So The Wine Tasting Handbook tile is brought
24    into active view but it was visible in the left-hand picture;
25    would you agree?
```

HIGHLY CONFIDENTIAL

Page 42

1   A.  That's correct.
2   Q.  And what's depicted in Figure 8 is more than just a change in
3       the active -- the tile that's in active view, correct?
4   A.  Yes.
5   Q.  In fact, what we're seeing is the translation of the tile
6       space itself when the active tile is selected?
7               MR. OW:  Objection to form, calls for
8       expert testimony, calls for a legal conclusion.
9               MR. LEVIN:  Do you understand what he
10      means by "translation"?
11              THE WITNESS:  Yeah, I'd like to hear.
12  Q.  (BY MR. SCHMIDT) Translation would be a movement of the
13      background?
14  A.  Yes, the background moved putting The Wine Tasting Handbook
15      into the active tile space.
16  Q.  And the background is the tile space itself, correct?
17              MR. OW:  Objection; form, calls for
18      expert testimony.
19              THE WITNESS:  Yes.
20  Q.  (BY MR. SCHMIDT) Okay.  Let's refer to Exhibit 2, please,
21      Paragraph 218, and this time I want to refer to the first
22      half of Paragraph 218.
23  A.  Okay.
24  Q.  It states, "Referring now to Figure 40, the tile space is a
25      grid of square graphic place holders which can be navigated

Page 43

1       using the navigation key of the mobile device.  See Figure
2       40.  The grid is not limited to the area of the display
3       screen.  As users navigate, the tiles may go off screen."
4           Do you believe that that portion of Paragraph 218 is
5       describing the navigation sections that we were discussing in
6       the '632 patent?
7               MR. OW:  Objection; calls for expert
8       testimony.
9               THE WITNESS:  Yes.
10  Q.  (BY MR. SCHMIDT) And can we please refer to Figure 40 in
11      Exhibit 2.
12              MR. LEVIN:  2307, if you're looking at
13      the bottom right.
14              THE WITNESS:  2307.  Okay.
15  Q.  (BY MR. SCHMIDT) And can you describe for me what's occurring
16      in Figure 40?
17  A.  Yes.  This is the same as what we were talking about before
18      in that the user has navigated from this tile that has "lunch
19      at Dahlia Lounge" downward to reveal the tile that talks
20      about weather.
21  Q.  But again, the weather tile is visible in the left-hand
22      picture; is it not?
23  A.  It is.
24  Q.  So really the weather tile is selected and brought into
25      active view?

Page 44

1               MR. OW:  Objection; calls for expert
2       testimony.
3               THE WITNESS:  Yes.
4   Q.  (BY MR. SCHMIDT) And can you describe for me what's occurring
5       to the tile space when the user selects the weather tile?
6               MR. LEVIN:  In this figure?
7   Q.  (BY MR. SCHMIDT) In this figure.
8   A.  In this figure the tile space has moved up bringing the
9       weather tile to a more central location.
10  Q.  So based on a review of Exhibit 2, would you agree that
11      moving the tile space in response to user navigation input
12      was disclosed at least by September 16th, 2005?
13              MR. OW:  Objection; calls for expert
14      testimony, calls for a legal conclusion.
15              THE WITNESS:  Yes.
16  Q.  (BY MR. SCHMIDT) And when you testified earlier that you had
17      conceived of the concepts in the '632 patent -- I should say
18      you and your team conceived of the concepts in the '632
19      patent no later than early May 2005, does that include the
20      navigation concept that we've been discussing?
21              MR. OW:  Same objections.
22              THE WITNESS:  Yes.
23  Q.  (BY MR. SCHMIDT) Can you recall any working prototypes or
24      operative systems that permitted navigation through a tile
25      space that were in existence prior to September 16th, 2005?

Page 45

1               MR. OW:  Objection; calls for
2       speculation.
3               THE WITNESS:  Yes.
4   Q.  (BY MR. SCHMIDT) And do you understand that Microsoft was
5       working actively to disclose this concept between the
6       conception of the idea and the filing of Exhibit 2?
7               MR. OW:  Objection; calls for expert
8       testimony, calls for a legal conclusion.
9               THE WITNESS:  Yes.
10  Q.  (BY MR. SCHMIDT) Before we go forward, can you just tell me
11      what degrees you presently hold, educational degrees?
12  A.  I have a BA in bioanthropology from Harvard University in
13      1996.  I have an MA from Emory University in, I can't
14      remember the year, but I also have a Ph.D. in Emory
15      University from 2001.
16  Q.  What was your Ph.D. in?
17  A.  Cognitive and developmental science -- psychology.  Sorry.
18  Q.  Do you think that your Ph.D. is relevant to your job duties
19      which include designing user interfaces?
20              MR. OW:  Objection; form.
21              THE WITNESS:  At the time.  Primarily --
22      at the time.
23  Q.  (BY MR. SCHMIDT) At which time?
24  A.  At the time of this -- of this work.
25  Q.  How long have you worked in developing user interface

12 (Pages 42 to 45)

HIGHLY CONFIDENTIAL

Page 46

1    systems?
2    A. Now coming up on just short of 11 years.
3    Q. Have you taught any courses in user interface design?
4    A. No, I have not.
5    Q. Have you given any lectures in user interface design?
6    A. Not in an academic setting.
7    Q. Have you given any lectures in a nonacademic setting?
8    A. Yes.
9    Q. Can you describe those, please?
10   A. I'm often asked to play an evangelist role for Windows Phone
11       at various industry conferences.
12   Q. And when you play this role, are you -- are you giving your
13       insights in user interface design to other -- to other
14       developers?
15            MR. OW: Objection to form.
16            THE WITNESS: Yes.
17   Q. (BY MR. SCHMIDT) And you testified earlier that you're not
18       familiar with computer languages?
19   A. That's correct.
20   Q. Or software development?
21   A. That's correct.
22   Q. Would you consider yourself a person of ordinary skill in the
23       field of user interface design?
24            MR. OW: Objection; form, calls for
25       expert testimony, calls for a legal conclusion.

Page 47

1            MR. LEVIN: Do you know what that means?
2            THE WITNESS: I was just going to ask.
3    Q. (BY MR. SCHMIDT) If I told you that a person of ordinary
4        skill was a person having the normal skill, education and
5        experience that one would expect from a person working in the
6        field?
7    A. Yes.
8            MR. OW: Same objections.
9            THE WITNESS: I would say I'm of at least
10       ordinary skill.
11   Q. (BY MR. SCHMIDT) Okay. Let's turn to the claims of
12       Exhibit 1. It's on the last page.
13            MR. LEVIN: Before we go further I just
14       want to note for the record we designate the transcript of
15       this deposition highly -- at the highest confidentiality
16       level under the applicable protective order in the case.
17            THE WITNESS: Last page, Figure 1?
18   Q. (BY MR. SCHMIDT) Last page, let's start with Claim 1.
19   A. Okay.
20   Q. Can you please just read Claim 1 to yourself.
21   A. (Witness complies.) Okay.
22   Q. Based on everything we've reviewed in Exhibit 2 today and our
23       discussion of the relevant portions, would you agree that a
24       person of ordinary skill in the art reading Exhibit 2 on
25       September 16th, 2005, would understand that Microsoft was in

Page 48

1    the possession of what is covered by Claim 1 --
2            MR. OW: Objection; calls for expert
3        testimony, calls for a legal conclusion.
4            MR. SCHMIDT: -- as of that date?
5            MR. LEVIN: I'm going to let him answer
6        but with the caveat that you're not asking him to construe
7        this claim in a legal sense. That's not what he's here for.
8        I understand we're walking a fine line on what you may answer
9        and -- or what you may ask and that to some extent what's in
10       the claim may be relevant to the allowable subject matter of
11       this deposition, but I just want to make it clear that he's
12       not construing the claim in a legal sense.
13            MR. SCHMIDT: Absolutely.
14   Q. (BY MR. SCHMIDT) And let me clarify, Mr. Agnetta. I'm not
15       asking you to give a legal construction of Claim 1. I'm
16       asking you for your view of how a person of ordinary skill in the
17       art would read Claim 1 in view of having read Exhibit 2 on
18       September 16th, 2005.
19   A. And so the specific question is?
20   Q. The question is: If somebody was reading Exhibit 2 on
21       September 16th, 2005, would they understand that Microsoft
22       was in possession of what is claimed in Claim 1 as of that
23       date, September 16th, 2005?
24            MR. OW: Same objections.
25            THE WITNESS: Yes.

Page 49

1    Q. (BY MR. SCHMIDT) Okay. Let's refer to Claim 5 and Claim 5
2        talks about visually distinct zones. It is dependent on
3        Claim 1, meaning that it has to satisfy every element of
4        Claim 1 along with this visually distinct zones limitation.
5    A. Uh-huh.
6            MR. LEVIN: And do you understand what
7        that means?
8            THE WITNESS: The terminology of
9        "visually distinct zones" is a little unclear to me.
10   Q. (BY MR. SCHMIDT) If you were reading this patent as a person
11       of ordinary skill in the art, how would you interpret
12       visually distinct zones?
13            MR. LEVIN: Well, let me -- let me just
14       interpose here that someone of ordinary skill in the art
15       would interpret visually distinct zones in view of the entire
16       specification. If -- you know, if you can move this along
17       and point to some aspect of the specification that you're
18       asking him to look at, that may refresh his memory of what
19       that means, that's fine. But he's not here to construe the
20       claims for you.
21            MR. SCHMIDT: Understood.
22   Q. (BY MR. SCHMIDT) And I'm not asking you to give me a legal
23       construction of the claims. All my questions with respect to
24       the claims are relating to the portions of the specification
25       we've already discussed.

TransPerfect Legal Solutions
212-400-8845  -  Depo@TransPerfect.com

HIGHLY CONFIDENTIAL

Page 50

1    A. And so now, your question one more time is?
2    Q. The question is really the same as the one for Claim 1.
3    A. Oh, okay.
4    Q. If someone was reading Exhibit 2 on September 16th, 2005 and
5       then later they saw the patent claims, would they understand
6       that Microsoft was in possession of what is covered in
7       Claim 5 as of --
8              MR. OW:  Objection; calls for expert
9       testimony, calls for a legal conclusion.
10             THE WITNESS:  Yes.
11   Q. (BY MR. SCHMIDT) Let's refer to Claim 11.  Can you please
12      just read Claim 11 to yourself.
13   A. Sure thing.  (Witness complies.)  Uh-huh.
14   Q. Now, would you agree that Claim 11 seems to be covering -- as
15      a person of ordinary skill in the art, seems to be covering
16      the same subject matter as Claim 1?
17   A. Yes.
18             MR. OW:  Objection; calls for expert
19      testimony.
20   Q. (BY MR. SCHMIDT) And would you agree that based on our
21      discussion of Exhibit 2 today that a person of ordinary skill
22      in the art reading Exhibit 2 on September 16th, 2005, would
23      understand that Microsoft was in possession of the subject
24      matter claimed in Claim 11?
25             MR. OW:  Objection; calls for expert

Page 51

1       testimony, calls for a legal conclusion.
2              THE WITNESS:  Yes.
3    Q. (BY MR. SCHMIDT) Let's refer to Claim 12.
4    A. Uh-huh.
5    Q. Claim 12 provides the further limitation, "navigating through
6       the display space based at least in part on the user input."
7              So the same question that I asked you with respect to
8       Question 1, 5 and 11, does it apply -- does your answer apply
9       equally to Claim 12?
10             MR. OW:  Same objections.
11             THE WITNESS:  Yes.
12   Q. (BY MR. SCHMIDT) Claim 13 refers to, "panning through the
13      display space and selecting an active tile for display in a
14      summary view."
15   A. Uh-huh.
16   Q. Does your answer with respect to the previous claims apply
17      equally to Claim 13?
18             MR. OW:  Same objections.
19             THE WITNESS:  Yes.
20   Q. (BY MR. SCHMIDT) Finally Claim 16.
21   A. Uh-huh.
22   Q. Claim 16 states, "Displaying a view of the display space
23      further comprises selecting an active tile from the plurality
24      of tiles and displaying an enlarged summary view of the
25      active tile."

Page 52

1    A. Yes.
2    Q. And again, would you agree that somebody reading Exhibit 2 on
3       September 16th, 2005, would understand that Microsoft was in
4       possession of what is claimed in Claim 16?
5              MR. OW:  Objection; calls for expert
6       testimony, calls for a legal conclusion.
7              THE WITNESS:  Yes.
8              MR. SCHMIDT:  Those are all my questions.
9              THE WITNESS:  Thanks.
10             MR. OW:  Could we take a 10-minute break
11      before --
12             THE WITNESS:  Sure.
13             THE VIDEOGRAPHER:  We are going off the
14      record.
15             (Recess 9:38-9:48.)
16             THE VIDEOGRAPHER:  We are back on the
17      record.
18
19             EXAMINATION
20   BY MR. OW:
21   Q. Mr. Agnetta, I also have a few questions for you.
22             Now, looking at Exhibit 1, the '63 patent that we spoke
23      of earlier, do you see on the first page a list of inventors?
24   A. Yes, I do.
25   Q. How many inventors are there?

Page 53

1    A. One, two, three, four, five, six, seven.
2    Q. Now, to prepare for this deposition did you speak to each of
3       the co-inventors?
4    A. I did not.
5    Q. Did you break down who made the contributions to each feature
6       in the patent?
7    A. I did not.
8    Q. Now, I'd like to turn your attention to Exhibit No. 1 which
9       we were focused on.
10             When we refer to the tiles, can these tiles be
11      rearranged on the screen dynamically?
12             MR. SCHMIDT:  Objection; form, calls for
13      expert testimony, improper opinion.
14             THE WITNESS:  Yes.
15   Q. (BY MR. OW) Now, when a tile is displayed, does it provide
16      additional information?
17             MR. SCHMIDT:  Objection; calls for
18      improper opinion.
19             THE WITNESS:  Are you referring to the
20      active tile?
21   Q. (BY MR. OW) Yes.  For example, if you look at Figure 6, when
22      you see the active tile, does it display more information
23      than when it's inactive?
24             MR. SCHMIDT:  Same objection.
25             THE WITNESS:  It can.

14 (Pages 50 to 53)

HIGHLY CONFIDENTIAL

Page 54

```
 1   Q. (BY MR. OW) Also, when you have an active tile as shown in
 2     Figure 6, is the entire field of tiles enlarged or is it only
 3     the one tile that's active?
 4            MR. SCHMIDT:  Objection to the extent it
 5     calls for a legal opinion.
 6            THE WITNESS:  It's only the active tile
 7     that is enlarged.
 8   Q. (BY MR. OW) And is that true of all of the embodiments in
 9     this patent?
10   A. To the best --
11            MR. LEVIN:  I'll object to the question
12     to the extent it's -- it's calling for Mr. Agnetta to impose
13     any sort of limitation on the claims of the patent, but you
14     may answer.
15            MR. SCHMIDT:  And I will object to the
16     extent it calls for a legal opinion or construction of the
17     patent.
18            THE WITNESS:  To the best of my
19     knowledge, yes.
20   Q. (BY MR. OW) Now, Mr. Agnetta, we talked about your background
21     earlier but I just wanted to confirm a few things.
22         You do not have a bachelor's degree in computer
23     science, correct?
24   A. I do not have a bachelor's degree in computer science.
25   Q. And do you have a bachelor's degree in electrical
```

Page 55

```
 1     engineering?
 2   A. I do not.
 3   Q. Have you programmed in any programming languages?
 4   A. I've started to teach myself.
 5   Q. At the time of the patent have you programmed --
 6   A. No.
 7   Q. -- any programming languages?
 8            MR. OW:  I have no further questions.
 9            MR. SCHMIDT:  If I can redirect with two
10     or three questions.
11            THE VIDEOGRAPHER:  Let's get a microphone
12     on you.
13
14            FURTHER EXAMINATION
15   BY MR. SCHMIDT:
16   Q. Mr. Agnetta, you said that it is only the tile that's
17     selected that's enlarged into active view?
18   A. I did, yes.
19   Q. I'm not asking you to construe the patent, but based on your
20     understanding of the subject matter is there anything in the
21     patent that would limit this method to only enlarging one
22     tile?
23            MR. OW:  Objection; form, calls for a
24     legal conclusion, calls for expert testimony.
25            THE WITNESS:  Based on what's in the
```

Page 56

```
 1     patent, no, we wouldn't limit that.
 2   Q. (BY MR. SCHMIDT) And one more question:  When a tile is
 3     selected and enlarged in active view, would you say that the
 4     entire tile space itself has been enlarged?  In other words,
 5     would you say that the enlargement of a component within the
 6     whole results in the enlargement of the whole?
 7   A. I would not say that.
 8            MR. SCHMIDT:  No further questions.
 9            MR. LEVIN:  I have none.
10            THE VIDEOGRAPHER:  Any other questions?
11     No?  That concludes the deposition.  It consists of one tape
12     and the time is 9:52 a.m.  Thank you.
13            (Signature reserved.)
14            (Deposition concluded at 9:52 a.m.)
```

Page 57

```
 1   STATE OF WASHINGTON )
                         ) ss
 2   County of Snohomish )
 3       I, the undersigned Washington Certified Court
     Reporter, pursuant to RCW 5.28.010 authorized to
 4   Administer oaths and affirmations in and for the State of
     Washington, do hereby certify:
 5
         That the annexed and foregoing deposition of BRYAN
 6   AGNETTA was taken before me and completed on May 16, 2012,
     and thereafter was transcribed under my direction;
 7
         I further certify that according to CR 30 (e) the
 8   witness was given the opportunity to examine, read and sign
     the deposition after the same was transcribed, unless
 9   indicated in the record that the review was reserved;
10       I further certify that I am not a relative or employee
     of any such attorney or counsel, and that I am not
11   financially interested in the said action or the outcome
     thereof;
12
         I further certify that the witness before examination
13   was by me duly sworn to testify the truth, the whole truth
     and nothing but the truth;
14
         I further certify that the deposition, as transcribed,
15   is a full, true and correct transcript of the testimony,
     including questions and answers, and all objections, motions
16   and exceptions of counsel made and taken at the time of the
     foregoing examination and was prepared pursuant to Washington
17   Administrative Code 308-14-135, the transcript preparation
     format guideline;
18
         I further certify that I am herewith securely sealing
19   the said deposition and promptly delivering the same to
     Attorney PATRICK T. SCHMIDT.
20
         IN WITNESS WHEREOF, I have hereunto set my hand this
21   21st day of May, 2012.
22
23   _____
     Connie Recob, Certified Court Reporter No. 2631
24     in and for the State of Washington,
       residing at Stanwood, Washington.
25     My CCR certification expires 4/8/13.
```

15 (Pages 54 to 57)

HIGHLY CONFIDENTIAL

Page 58

```
1              DEPOSITION ERRATA SHEET
2
3    Our Assignment No.  7440
4    Case Caption:  APPLE vs. SAMSUNG
5
6          DECLARATION UNDER PENALTY OF PERJURY
7
8         I declare under penalty of perjury
9        that I have read the entire transcript of
10       my Deposition taken in the captioned matter
11         or the same has been read to me, and
12         the same is true and accurate, save and
13         except for changes and/or corrections, if
14       any, as indicated by me on the DEPOSITION
15       ERRATA SHEET hereof, with the understanding
16       that I offer these changes as if still under oath.
17
18      Signed on the _____ day of _____, 2012.
19
20            _____
21
22           BRYAN AGNETTA
23
24
25
```

Page 60

```
1              DEPOSITION ERRATA SHEET
2
3    Page No._____Line No._____Change to:_____
4    _____
5    Reason for change:_____
6    Page No._____Line No._____Change to:_____
7    _____
8    Reason for change:_____
9    Page No._____Line No._____Change to:_____
10   _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
13   _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
16   _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
19   _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
22   _____
23   Reason for change:_____
24   SIGNATURE:_____DATE:_____
25           BRYAN AGNETTA
```

Page 59

```
1              DEPOSITION ERRATA SHEET
2
3    Page No._____Line No._____Change to:_____
4    _____
5    Reason for change:_____
6    Page No._____Line No._____Change to:_____
7    _____
8    Reason for change:_____
9    Page No._____Line No._____Change to:_____
10   _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
13   _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
16   _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
19   _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
22   _____
23   Reason for change:_____
24   SIGNATURE:_____DATE:_____
25           BRYAN AGNETTA
```

16 (Pages 58 to 60)

**A**

**ability** 6:23 27:9
**able** 6:21 26:9
**absent** 25:12
**absolutely** 14:11 48:13
**academic** 46:6
**access** 17:25 30:18 36:23 40:21
**accessible** 24:25
**Accessing** 36:19
**accurate** 13:20 58:12
**achievable** 36:20
**acknowledge** 39:23
**action** 36:20 57:11
**activated** 36:23
**activation** 36:25
**active** 26:3,7,9,13 28:25 29:18,23,25 29:25 31:17,19 33:13 39:3 40:8 41:19,20,24 42:3 42:3,6,15 43:25 51:13,23,25 53:20 53:22 54:1,3,6 55:17 56:3
**actively** 8:16 34:16 35:1 38:13 39:25 45:5
**addition** 22:15 29:18
**additional** 18:20 29:19 30:1 53:16
**addresses** 18:4
**Administer** 57:4
**Administrative** 57:17
**advice** 11:25 12:2
**affirmations** 57:4
**Agnetta** 1:16 2:4 5:6,19,21 6:1,10 6:11 11:5 15:15 27:18 48:14 52:21 54:12,20 55:16

57:6 58:22 59:25 60:25
**agree** 16:17 17:9 18:2 19:4,15,16 19:19 22:2 23:19 23:23 24:2 26:1 26:17 28:1,6 32:4 32:8 33:6,12 37:16 41:25 44:10 47:23 50:14,20 52:2
**allowable** 48:10
**AMERICA** 1:9,9
**and/or** 29:6 58:13
**Angeles** 3:11
**annexed** 57:5
**answer** 4:15 6:22 8:21 11:24 12:1,4 12:10 14:3,16 18:7 21:13 24:18 34:21 41:6 48:5,8 51:8,16 54:14
**answers** 57:15
**apart** 20:21
**APLNDC-Y0000...** 4:10
**appearance** 21:2
**APPEARANCES** 3:1
**appeared** 2:4
**appears** 16:18 18:3 23:19 28:1
**Apple** 1:4 5:7,23 10:24 58:4
**applicable** 47:16
**application** 8:14 9:21,23 10:8,11 13:5,7 15:21 16:14,17 18:2 34:18 35:3 38:14
**applications** 7:9 36:19
**apply** 37:25 51:8,8 51:16
**approximate** 10:16

**approximately** 10:6 23:25
**Arch** 3:17
**architecture** 23:16 26:18
**area** 43:2
**areas** 19:16,20 21:3
**arranged** 18:21 21:10 22:5,24
**arrival** 27:13
**art** 47:24 48:17 49:11,14 50:15,22
**asked** 10:10 46:10 51:7
**asking** 19:25 20:1,2 20:3 22:13,13 48:6,15,16 49:18 49:22 55:19
**aspect** 49:17
**Assignment** 58:3
**assistants** 17:5,8
**associated** 7:9,21 24:25
**association** 5:14
**attempting** 22:10
**attention** 53:8
**attorney** 3:22 9:17 9:20 10:7 11:25 12:4,8 57:10,19
**attorneys** 7:14 8:25
**authorized** 57:3
**available** 30:2
**Avenue** 2:2 5:10
**aware** 38:5
**A-G-N-E-T-T-A** 6:11
**a.m** 2:3 5:11 56:12 56:14

**B**

**BA** 45:12
**bachelor's** 54:22,24 54:25
**back** 16:9,14 18:10 23:4 24:21 27:3

35:8,18 38:17 52:16
**background** 20:24 27:9,15 30:2 31:18,22,24 32:17 33:13 34:4 40:8 40:14 42:13,14,16 54:20
**bar** 16:6
**based** 12:21 25:11 25:12,15 26:9 27:16 35:25 36:5 40:7 44:10 47:22 50:20 51:6 55:19 55:25
**basically** 15:9 27:2
**Bates** 4:9,12
**Bawel** 3:22 5:20,20
**beat** 23:15
**begins** 19:22 20:11
**behavior** 12:18,19 30:18 39:9
**believe** 12:23 14:2 34:15 41:3 43:4
**best** 6:23 10:13 13:14 54:10,18
**beyond** 18:17 38:22
**binary** 27:10
**bioanthropology** 45:12
**blocks** 15:24
**bold** 13:7
**borders** 20:22
**bottom** 15:16 16:2 17:16 23:7 35:9 43:13
**break** 52:10 53:5
**briefly** 7:8,20 11:8 11:8 41:11
**bring** 31:16
**bringing** 44:8
**brings** 32:18
**brought** 41:19,20 41:23 43:24
**Bryan** 1:16 2:4 5:6

5:21 6:1,10 57:5 58:22 59:25 60:25
**business** 1:8
**button** 35:13 36:20
**B-R-Y-A-N** 6:10
**B2** 4:9

**C**

**calendar** 27:14
**California** 1:2,4 3:5,11 5:8
**calling** 54:12
**calls** 14:14 18:5 19:8 20:12,18 21:4,5,11 22:6,7,7 23:21,22 24:8 25:7,21 26:4,5,20 26:21 28:3,4,20 30:14,25 31:20 32:6 33:3,9,18,25 34:1,19 36:1 37:8 37:20 38:9 40:17 41:21 42:7,8,17 43:7 44:1,13,14 45:1,7,8 46:24,25 48:2,3 50:8,9,18 50:25 51:1 52:5,6 53:12,17 54:5,16 55:23,24
**capable** 34:10
**Caption** 58:4
**captioned** 58:10
**card** 37:1,1
**careful** 6:18
**case** 1:6 36:21,22 47:16 58:4
**cases** 27:10
**caution** 27:17
**caveat** 6:25 48:6
**CCR** 1:23,24 2:3 57:25
**center** 32:21
**central** 44:9
**Centre** 3:16
**certification** 57:25

HIGHLY CONFIDENTIAL

Certified 57:3,23
certify 57:4,7,10,12
  57:14,18
change 12:22 20:24
  21:2,9,9 25:11,18
  27:11 42:2 59:3,5
  59:6,8,9,11,12,14
  59:15,17,18,20,21
  59:23 60:3,5,6,8,9
  60:11,12,14,15,17
  60:18,20,21,23
changed 25:18
changes 24:24
  32:18 58:13,16
characterize 22:10
Cira 3:16
citations 30:6
claim 47:18,20 48:1
  48:7,10,12,15,17
  48:22 49:1,1,3,4
  50:2,7,11,12,14
  50:16,24 51:3,5,9
  51:12,17,20,22
  52:4
claimed 48:22
  50:24 52:4
claims 47:11 49:20
  49:23,24 50:5
  51:16 54:13
clarify 22:12 48:14
clear 37:11 48:11
CLR 1:23 2:3
code 16:6 22:4,23
  57:17
Cognitive 45:17
cohesive 19:14,17
collaborators
  12:25
collection 8:23
collections 40:5
color 20:24,24
Column 16:23,25
  17:1 18:9,11
  24:22 25:3 28:24
  29:4,17,22 35:9

38:18 40:2,3
come 8:13,18 25:19
  25:20,23
comes 12:3
coming 26:14,15
  46:2
communicate 8:2
communication
  17:23
communications
  9:5
company 1:10
complete 13:18,24
completed 57:6
complies 47:21
  50:13
component 29:5,6
  29:8 39:1,1 56:5
comprises 51:23
computer 26:25
  46:18 54:22,24
conceived 14:1
  28:13 33:22 34:17
  35:4 37:24 44:17
  44:18
concept 22:22 24:2
  28:14 30:13,17
  33:12 34:16 35:1
  38:6 39:11 41:3
  44:20 45:5
conception 13:13
  13:16 24:3 45:6
concepts 11:12
  12:24 13:11 23:24
  28:13 33:22 37:24
  44:17,18
Conceptually 31:7
concerns 17:4
concluded 56:14
concludes 56:11
conclusion 19:9
  20:13 21:5 22:7
  23:22 26:5 28:4
  33:19 34:1,20
  37:21 42:8 44:14

45:8 46:25 48:3
  50:9 51:1 52:6
  55:24
conferences 46:11
CONFIDENTIAL
  1:15
confidentiality
  47:15
confirm 54:21
connection 25:24
Connie 1:23 2:3
  5:13 57:23
consider 46:22
consists 56:11
construct 15:6
construction 48:15
  49:23 54:16
construe 48:6
  49:19 55:19
construing 48:12
contact 36:25
contained 12:14
  13:11
content 9:5,18
  12:17 18:25 21:10
  24:25 25:1,10
  26:10,13,14 27:16
  27:20 29:7,20
  36:19,23
context 25:11,15,16
  27:21
contributed 13:11
  14:2
contributions 53:5
corner 16:6 23:7
corporation 1:4,9
correct 7:16 15:1
  15:19 16:9 42:1,3
  42:16 46:19,21
  54:23 57:15
corrections 58:13
correctly 14:13
counsel 5:15,20
  27:18 57:10,16
County 57:2

couple 14:12
course 8:13,17
courses 26:25 46:3
court 1:1 5:7,13,24
  6:16,19 22:17
  57:3,23
cover 15:21
covered 48:1 50:6
covering 50:14,15
co-inventors 53:3
CR 57:7
create 23:17
creation 7:23
CRR 1:23 2:3
cue 19:21 20:9,15
  21:8
cues 19:24 20:16
  21:16
current 32:20
currently 29:24
  38:24 39:2
customization 37:2

———————
            D
D 39:19
Dahlia 41:14 43:19
data 12:20 13:8
  17:25 25:24 26:18
date 16:3 48:4,23
  59:24 60:24
David 15:25
day 12:22 57:21
  58:18
deadline 11:1
DECLARATION
  58:6
declare 58:8
default 36:20
Defendant 3:8
Defendants 1:11
definite 13:17,23
definition 13:21
  15:3
degree 54:22,24,25
degrees 45:11,11

Delaware 1:10
delivering 57:19
department 9:12
dependent 40:9
  49:2
depends 36:25
depicted 42:2
depicts 41:3
deposed 6:2,12
deposition 1:16 5:6
  5:9 7:2 10:25
  47:15 48:11 53:2
  56:11,14 57:5,8
  57:14,19 58:1,10
  58:14 59:1 60:1
describe 7:20 13:14
  19:10 25:16 39:11
  41:11 43:15 44:4
  46:9
described 26:8 41:4
describing 23:19
  28:1 30:6,9,13
  32:23 33:2,7
  35:17 37:6,17
  39:5 40:16 43:5
description 4:8
  35:24 41:7
design 7:19,22 8:4
  17:12 21:9 46:3,5
  46:13,23
designate 47:14
designing 8:16
  45:19
desired 40:4
details 9:1
determine 39:2
determined 40:9,15
developed 23:25
developers 46:14
developing 45:25
development 46:20
developmental
  45:17
device 18:18 19:4
  24:25 25:1 36:21

37:13,18 38:2,7
38:23 43:1
**devices** 17:4,9,24
17:24
**dialog** 7:22
**dictate** 22:4,23
**different** 21:19
23:9 31:12
**digital** 17:5,8
**digits** 17:18
**direct** 17:17
**directed** 18:3
**direction** 38:25
40:5 57:6
**disclose** 11:24 45:5
**disclosed** 11:13
20:1 35:5 44:12
**disclosing** 12:1
34:16 37:7 38:13
**disclosure** 7:11,13
**discovery** 11:1
**discrete** 19:13
**discussed** 23:20
28:2 49:25
**discussing** 38:7
43:5 44:20
**discussion** 47:23
50:21
**discussions** 9:18
12:8
**display** 17:10 18:18
18:19 38:22,24
43:2 51:6,13,13
51:22 53:22
**displayed** 29:19
40:10 53:15
**displaying** 51:22
51:24
**displays** 8:9
**distill** 21:15
**distinct** 21:2,3 49:2
49:4,9,12,15
**District** 1:1,2 5:7,8
22:17
**Division** 1:2 5:8

**document** 9:8,10
11:5,13 15:12,16
16:5,11,18 31:6
37:5
**documents** 7:3,5
**downward** 41:15
43:19
**draft** 9:21 10:7,10
**duly** 6:1 57:13
**duties** 7:20 8:5,12
8:13 45:18
**dynamic** 18:12
25:5,6,9 28:2,7,14
28:18
**dynamically** 26:9
53:11

**E**

e 57:7
**earlier** 18:22 23:24
25:4 28:2,11
33:21 36:9,14
39:7 40:3 44:16
46:17 52:23 54:21
**early** 11:11 14:7,8
14:13 28:13 37:24
37:25 44:19
**easy** 17:25
**edges** 18:17
**education** 47:4
**educational** 45:11
**either** 36:11
**electrical** 54:25
**Electronics** 1:8,8
5:7
**element** 49:3
**elements** 22:4,24
**Emanuel** 3:10 5:17
**embodied** 24:12
**embodiment** 15:7
22:14
**embodiments** 20:3
39:12 54:8
**Emory** 45:13,14
**employed** 7:16

**employee** 57:10
**enabled** 36:22,23
37:7
**ended** 23:9
**ends** 19:22 20:10
**engineering** 7:22
55:1
**engineers** 8:2
**enhance** 17:23
**enlarged** 26:2
29:19 31:3 32:3,4
34:11 51:24 54:2
54:7 55:17 56:3,4
**enlargement** 30:22
33:7 34:4 35:2
56:5,6
**enlarging** 31:2
33:13 55:21
**ensure** 7:23
**entire** 49:15 54:2
56:4 58:9
**entirety** 11:10
**entitled** 27:19
**entity** 1:8
**eow@mofo.com**
3:7
**equally** 51:9,17
**Eric** 3:4 5:22
**ERRATA** 58:1,15
59:1 60:1
**ESQ** 3:4,9,15
**evangelist** 46:10
**exactly** 21:15
**examination** 4:1,3
6:5 52:19 55:14
57:12,16
**examine** 57:8
**example** 21:8 27:12
32:19 36:11 53:21
**exceptions** 57:16
**Exhibit** 4:6,8,9,11
10:22 11:3 15:11
15:13 16:10,18,18
16:22 17:15 18:3
18:3,10,10 23:5

24:17,22 27:2
28:6,23 32:9 35:8
36:15 38:17 40:25
42:20 43:11 44:10
45:6 47:12,22,24
48:17,20 50:4,21
50:22 52:2,22
53:8
**exist** 19:13
**existence** 28:8
33:14 34:9 37:18
44:25
**expect** 47:5
**experience** 7:19
47:5
**expert** 21:12 22:7
23:21 24:8 25:7
26:5,21 28:4
30:15 31:1,21
32:7 33:4 34:1
36:2 37:9 40:18
41:22 42:8,18
43:7 44:1,13 45:7
46:25 48:2 50:8
50:18,25 52:5
53:13 55:24
**expires** 57:25
**explained** 14:24,25
**explicit** 36:14
**extend** 18:17 38:22
**extent** 11:24 22:10
48:9 54:4,12,16
**extract** 27:19
**e.g** 36:25

**F**

**fact** 11:1 28:7
31:11 42:5
**factor** 17:9,12
**familiar** 46:18
**Fax** 3:6,12,18
**feature** 53:5
**features** 30:1
**field** 46:23 47:6
54:2

**Figueroa** 3:11
**figure** 29:15 35:19
35:22 40:23,25
41:3,7,13 42:2,24
43:1,10,16 44:6,7
44:8 47:17 53:21
54:2
**figures** 29:14
**file** 4:11 21:19
**filed** 13:2,5 24:17
34:18
**filing** 11:9 45:6
**finally** 29:22 51:20
**financially** 57:11
**find** 13:6
**fine** 48:8 49:19
**finger** 39:18
**firm** 5:12
**first** 6:1,10 10:10
11:11 13:12 25:14
42:21 52:23
**five** 53:1
**Flint** 15:25
**Floor** 3:10,16
**focus** 29:24 31:16
32:16,18
**focused** 53:9
**Foerster** 3:4 5:22
**following** 5:1
**follows** 6:3
**foregoing** 57:5,16
**form** 11:22 16:20
18:5 19:8 20:12
21:4 22:6 23:22
26:4 27:10 28:3
30:14,25 31:20
32:6,24 33:3,25
34:12 36:1 37:8
38:15 39:13 40:17
41:21 42:7,17
45:20 46:15,24
53:12 55:23
**format** 57:17
**formation** 13:16,23
24:6

HIGHLY CONFIDENTIAL

forms 7:11
forward 8:19 9:10
    45:10
foundation 24:19
    26:21
four 10:4,4 30:6
    53:1
frame 24:3
Francisco 3:5
Freedom 4:11
Frommer 5:10
front 16:9
full 57:15
function 30:1
further 10:24 47:13
    51:5,23 55:8,14
    56:8 57:7,10,12
    57:14,18

**G**

Gary 3:15 5:18
generally 19:25
give 10:16 15:2
    34:22 48:15 49:22
given 46:5,7 57:8
giving 46:12
go 6:14 10:23 12:21
    43:3 45:10 47:13
goes 9:11
going 6:20 10:21
    22:4,21 29:9 37:3
    38:20 47:2 48:5
    52:13
Good 6:7
graphic 42:25
grid 42:25 43:2
ground 6:14
guess 31:10
guideline 57:17
guys 23:8

**H**

H 3:15
half 42:22
halfway 32:14

hand 57:20
Handbook 41:16
    41:18,23 42:14
hard 21:14
hardware 36:21
Harvard 45:12
Haug 5:10
headline 13:7
hear 42:11
hearing 6:16
held 5:9
help 8:25
hereof 58:15
hereunto 57:20
herewith 57:18
highest 47:15
highly 1:15 47:15
hit 13:22 32:19
hold 45:11
holders 42:25

**I**

icon 31:25
idea 8:18,19 9:7,16
    13:17,24 14:5
    28:2,7 37:16 45:6
ideas 8:2,13 12:14
    12:15 14:2
identification 11:4
    15:14
identify 8:24 9:7
identifying 8:16
imagine 21:23 23:2
implement 8:2
    22:14,22 26:17
implementation
    38:1
implemented 22:2
    37:13 38:6
implementing
    37:17
impose 54:12
improper 53:13,18
improved 17:4
inactive 31:15

53:23
include 18:12 25:5
    28:14 29:5,23
    30:1 33:23 34:3
    35:25 39:12 44:19
    45:19
including 29:7,19
    30:20,22 57:15
INDEX 4:1,6
indicate 38:25
indicated 27:14
    57:9 58:14
indicates 27:11
indicators 31:15
industry 46:11
information 4:19
    19:5,11,17 22:2
    22:25 25:18,19
    27:9,10,12,13
    30:1,19 31:7,10
    31:11,16,17 37:2
    53:16,22
inhouse 5:20
input 29:5,6,7
    35:12,12,25 36:5
    40:7,10 44:11
    51:6
insights 46:13
instance 25:17
INSTRUCTED
    4:15
intellectual 9:11
intended 19:5,12
interaction 39:15
interest 19:16,20
    21:3
interested 57:11
interface 17:4,12
    18:12 19:2,14,14
    20:5 25:5 29:7
    37:12,17 38:1
    39:1 45:25 46:3,5
    46:13,23
interfaces 8:5,7,18
    45:19

interject 11:23
Internet 25:24
interpose 49:14
interpret 49:11,15
introduce 5:15
invention 7:11
    13:18,24 14:22
    15:6
inventor 10:3,12
    11:18,20 12:3,7
    12:13 13:17,23
inventors 11:16
    13:1 15:25 28:12
    52:23,25

**J**

job 7:18,20 8:12,12
    45:18
Jose 1:2 5:8
joystick 35:13
    39:19
June 13:2

**K**

key 32:18,19 43:1
keypad 18:19 35:13
kind 7:5 19:24
    20:16
knew 33:21
know 8:15 9:5
    19:22 21:19 24:18
    25:24 26:22 34:21
    47:1 49:16
knowing 24:5
knowledge 10:13
    54:19
Korean 1:8
Kurt 3:21 5:11

**L**

lack 26:21
lacks 24:19
languages 26:23
    46:18 55:3,7
larger 39:24
latest 14:11 24:1,2

launch 37:1
law 13:13
Lawrence 5:10
lawyers 7:3
lead 7:19
lectures 46:5,7
left 32:19,20
left-hand 41:12,24
    43:21
legal 5:12,12 12:3
    19:9 20:13 21:5
    22:7 23:22 26:5
    28:4 33:18 34:1
    34:20 37:21 42:8
    44:14 45:8 46:25
    48:3,7,12,15
    49:22 50:9 51:1
    52:6 54:5,16
    55:24
let's 27:2 28:23
    29:4 42:20 47:11
    47:18 49:1 50:11
    51:3 55:11
level 22:4,23 47:16
Levin 3:15 5:18,18
    8:21 11:23 12:6
    12:10 14:3 15:2
    18:7 19:25 21:13
    22:9 23:6,12
    24:18 27:17 29:14
    30:8 32:6,13
    34:21 35:18 41:6
    42:9 43:12 44:6
    47:1,13 48:5 49:6
    49:13 54:11 56:9
levin@woodcock...
    3:19
LHK 1:7
liability 1:10
limit 20:4 22:10
    55:21 56:1
limitation 22:13
    49:4 51:5 54:13
limited 1:10 43:2
limiting 17:9,12

**limits** 38:22
**line** 18:9,11 22:16
  24:22 25:3,4 27:8
  35:9 38:20 40:2,4
  48:8 59:3,6,9,12
  59:15,18,21 60:3
  60:6,9,12,15,18
  60:21
**lines** 13:1,4 16:24
  17:1 18:15 28:24
  29:4,17,22 38:18
**list** 52:23
**little** 49:9
**live** 12:20
**LLC** 1:9
**local** 25:1
**located** 25:1,25
**location** 36:24 44:9
**long** 9:23 10:6,9
  21:24 45:25
**look** 11:15 15:24
  16:2,9,23 21:24
  23:6 27:19 35:18
  35:20 41:7 49:18
  53:21
**looking** 13:6 43:12
  52:22
**Los** 3:11
**Lounge** 41:14
  43:19
**lunch** 43:18

**M**
**MA** 45:13
**making** 24:16
  34:16 35:1
**manage** 7:22
**managed** 29:1
**March** 14:13
**mark** 10:21 15:11
**marked** 11:3 15:13
  16:18
**Market** 3:5
**material** 27:20
**matter** 5:6 10:18

11:12 17:4 48:10
50:16,24 55:20
58:10
**mean** 12:19 19:11
  25:16 40:19
**meaning** 19:21
  49:3
**means** 11:20 12:3,7
  13:13,21 14:22
  42:10 47:1 49:7
  49:19
**meant** 23:10 25:6
  31:15
**meet** 8:22,25 9:17
  9:20
**meeting** 7:13 9:24
  10:7 27:14
**memory** 24:5 49:18
**method** 40:6 55:21
**methods** 17:22
**microphone** 55:11
**Microsoft** 3:14,22
  5:19,21 7:16 8:11
  8:18 9:14 12:1,8
  24:15 34:15 35:1
  38:12 45:4 47:25
  48:21 50:6,23
  52:3
**mind** 13:16,23 24:6
**minimally** 26:24
**minutes** 7:13
**mobile** 17:4,24
  18:18 24:25 25:1
  36:21 38:23 43:1
**moment** 40:1
**months** 10:18,19
  10:20 14:4,12
**morning** 6:7
**Morrison** 3:4 5:22
**motions** 57:15
**move** 40:4 49:16
**moved** 42:14 44:8
**movement** 42:12
**moving** 44:11
**multidirectional**

36:11

**N**
**name** 5:11 6:9,10
  6:10,10 11:16
  15:24
**named** 10:3,12
  11:20 13:1 28:12
**nature** 36:25
**navigate** 38:25
  39:17 43:3
**navigated** 41:14
  42:25 43:18
**navigates** 40:6
**navigating** 40:21
  51:5
**navigation** 12:18
  32:18 39:1,3,8,12
  39:14 40:7 41:3
  41:10 43:1,5
  44:11,20,24
**need** 6:18 17:22,24
  19:21 20:15,20
  27:20 35:18 41:7
**new** 1:9 8:18 31:7
  31:10,11 32:18
**news** 27:13
**nonacademic** 46:7
**normal** 47:4
**Northern** 1:2 5:8
**Nos** 4:10,12
**note** 47:14
**notes** 7:13
**notification** 27:11
  27:13
**nudge** 40:4
**number** 15:16
  16:15 17:15,18
  41:16

**O**
**oath** 6:15 58:16
**oaths** 57:4
**object** 22:9,16
  54:11,15

**objection** 11:22
  14:14 16:20 18:5
  19:8,18 20:12,18
  21:4 22:6,18
  23:21 24:8,19
  25:7,21 26:4,20
  28:3,20 30:3,14
  30:25 31:20 32:2
  32:6,24 33:3,25
  34:12 36:1 37:8
  38:9,15 39:13
  40:17 41:21 42:7
  42:17 43:7 44:1
  44:13 45:1,7,20
  46:15,24 48:2
  50:8,18,25 52:5
  53:12,17,24 54:4
  55:23
**objections** 21:11,22
  23:1 26:12 28:9
  28:16 31:5 33:9
  33:16 34:6,13,19
  35:6 36:6 37:14
  37:20 38:4 41:5
  44:21 47:8 48:24
  51:10,18 57:15
**objects** 10:25 14:17
  19:13
**object-oriented**
  26:18
**obtains** 29:6
**obviously** 11:8
**occasion** 10:6
**occurring** 43:15
  44:4
**occurs** 39:21 41:12
**offer** 58:16
**Oh** 13:9 21:21
  35:23 50:3
**okay** 6:24 7:20,25
  8:5 9:2,10,20
  10:14 11:12 12:9
  12:15 13:1,9,10
  14:1,20 16:22,25
  17:2,19,19 21:21

23:4,8 25:9 27:5,7
27:22 29:10,16
32:11 35:8 36:15
36:18 37:5 38:19
38:21 40:23 41:2
42:20,23 43:14
47:11,19,21 49:1
50:3
**Operate** 4:11
**operative** 13:18,24
  15:6 24:11 28:17
  34:9 38:5 44:24
**opinion** 53:13,18
  54:5,16
**opportunity** 57:8
**order** 10:4 22:17
  22:23 47:16
**ordinary** 46:22
  47:3,10,24 48:16
  49:11,14 50:15,21
**organization** 12:17
  18:23 39:8
**originated** 12:16
**originator** 12:23
**originators** 12:14
**outcome** 57:11
**outside** 12:7 22:16
**Ow** 3:4 4:4 5:22,22
  10:23 11:22 14:14
  16:20 18:5 19:8
  19:18 20:12,18
  21:4,11,22 22:6
  22:15 23:1,21
  24:8,19 25:7,21
  26:4,12,20 28:3,9
  28:16,20 30:3,14
  30:25 31:5,20
  32:2,24 33:3,9,16
  33:18,25 34:6,12
  34:19 35:6 36:1,6
  37:8,14,20 38:4,9
  38:15 39:13 40:17
  41:5,21 42:7,17
  43:7 44:1,13,21
  45:1,7,20 46:15

HIGHLY CONFIDENTIAL

46:24 47:8 48:2
48:24 50:8,18,25
51:10,18 52:5,10
52:20 53:15,21
54:1,8,20 55:8,23

**P**

**pad** 36:11 39:19
**page** 4:3,8 11:15
15:16 16:2,9
17:15 23:6,14
27:2 32:10 35:10
47:12,17,18 52:23
59:3,6,9,12,15,18
59:21 60:3,6,9,12
60:15,18,21
**pages** 27:3
**pan** 18:19 39:21
40:1
**panning** 39:18,20
39:23 51:12
**paragraph** 17:14
17:19,22 23:4,5
23:11,16 27:4,8
27:23 28:1 32:10
32:11,12,15,23
33:1 36:7,17 37:6
37:11 42:21,22
43:4
**part** 8:5,12,12 19:2
40:10 51:6
**particular** 27:18
**patent** 4:9 7:4,7,9
7:14 8:14 9:21,23
10:22 11:18,21
12:3,7,16,20 13:2
13:12,13 14:2
15:21 17:3 20:1,3
20:4 22:11,13,14
23:25 26:2,8
27:19 28:13 30:6
33:22 35:3,16,24
37:24 38:14 40:24
41:7 43:6 44:17
44:19 49:10 50:5

52:22 53:6 54:9
54:13,17 55:5,19
55:21 56:1
**patentable** 8:16,24
9:7
**patenting** 24:16
34:17
**patents** 10:3,11
12:13
**Patrick** 3:9 5:16
57:19
**patrickschmidt...**
3:13
**Paul** 3:22 5:20
**penalty** 58:6,8
**Pennsylvania** 3:17
**people** 8:23
**perjury** 58:6,8
**permanent** 13:17
13:24
**permitted** 44:24
**person** 37:1 46:22
47:3,4,5,24 48:16
49:10 50:15,21
**personal** 12:22
17:5,8
**personally** 9:9,17
**pertaining** 7:3
**Philadelphia** 3:17
**Phone** 46:10
**Ph.D** 45:14,16,18
**picture** 41:12,12,24
43:22
**place** 23:9 26:2,14
42:25
**Plaintiff** 1:6 3:3
**play** 46:10,12
**please** 6:9 14:6
15:15 16:9,22
18:9,15 20:7 21:7
24:21 29:17 32:9
34:24 35:8 36:15
40:24 42:20 43:10
46:9 47:20 50:11
**plug-in** 27:12

**plurality** 51:23
**point** 49:17
**portion** 28:24
29:22 35:16 36:4
43:4
**portions** 12:22
18:20 38:23 47:23
49:24
**positioned** 18:16
**possession** 48:1,22
50:6,23 52:4
**possibility** 38:13
**possible** 8:14 20:2
20:17 26:17 38:1
39:12
**practice** 14:23 15:6
**preparation** 57:3
**prepare** 7:2 53:2
**prepared** 57:16
**present** 3:20 25:12
**presently** 7:16
45:11
**previous** 51:16
**primarily** 39:14
45:21
**prior** 14:7,7,8,9
28:18 34:9 37:23
38:7,13 44:25
**probably** 9:10
11:11 13:14 25:20
25:23
**problem** 18:3
**proceed** 11:1
**proceedings** 5:1
**process** 8:11 9:3
11:9
**product** 7:23
**profile** 12:21 25:13
**programmed** 55:3
55:5
**programming**
26:23 55:3,7
**promptly** 57:19
**property** 9:12
**prosecuted** 7:14

**protective** 47:16
**prototype** 15:9
**prototypes** 24:12
28:18 34:9 38:6
44:23
**provide** 17:25
53:15
**provided** 17:3
35:13
**provides** 51:5
**provision** 35:24
**provisional** 13:5
15:21 16:14,17
17:14 18:2 34:18
**psychology** 45:17
**public** 24:16 35:2
**published** 23:17
**pull** 12:20
**pure** 10:17
**pursuant** 57:3,16
**put** 27:20
**putting** 42:14

**Q**

**Questel** 4:11
**question** 11:24 12:1
12:4,11 20:6,7,8
21:7 22:9,12,19
22:21 30:4,5
31:10 34:23,25
48:19,20 50:1,2
51:7,8 54:11 56:2
**questioning** 22:16
**questions** 6:21,22
49:23 52:8,21
55:8,10 56:8,10
57:15
**Quinn** 3:10 5:16
**quite** 7:1

**R**

**RCW** 57:3
**read** 11:10 47:20
48:17,17 50:12
57:8 58:9,11

**reading** 47:24
48:20 49:10 50:4
50:22 52:2
**reads** 23:16
**ready** 34:17
**really** 41:18 43:24
50:2
**rearranged** 53:11
**Reason** 59:5,8,11
59:14,17,20,23
60:5,8,11,14,17
60:20,23
**recall** 9:22,25 10:1
10:6 24:11 28:17
44:23
**receive** 10:10
**received** 11:25
35:12
**receives** 29:6
**Recess** 52:15
**Recob** 1:23 2:3
5:13 57:23
**recognize** 11:5
**recollection** 13:19
14:1
**record** 6:9 8:13,19
9:8 10:24 47:14
52:14,17 57:9
**redirect** 55:9
**reduce** 14:22 15:6
**Ref** 1:25
**refer** 16:22 18:9,15
24:22 25:3 27:2
28:23 29:4 32:9
35:9 36:15 40:2
40:23 42:20,21
43:10 49:1 50:11
51:3 53:10
**referenced** 36:8
**referred** 25:4 29:24
36:8 39:7 40:3
**referring** 16:19
18:22 25:14 29:11
35:8 38:17 42:24
53:19

HIGHLY CONFIDENTIAL

**refers** 25:10 26:2
27:12,18 36:5
39:15 40:13 51:12
**reflect** 24:24
**refresh** 13:18 26:9
49:18
**refreshed** 25:11,15
**regularly** 27:15
**related** 13:7 27:13
**relating** 49:24
**relative** 57:10
**relevant** 45:18
47:23 48:10
**remember** 36:9
45:14
**REMEMBERED**
2:1
**remotely** 25:2
**render** 32:21
**rendering** 34:11
**repeat** 20:7 21:6
22:19
**Reported** 1:23
**reporter** 5:13,24
6:19 57:3,23
**representations**
31:18
**represented** 36:19
**representing** 11:25
27:14
**REQUESTED**
4:19
**requests** 29:6
**reread** 29:9 37:3
**rereading** 27:25
**reserved** 56:13
57:9
**residing** 57:24
**respect** 49:23 51:7
51:16
**response** 30:22
33:7 34:4 44:11
**responsible** 39:8
**rest** 28:12 32:16
**results** 56:6

**reveal** 39:17,25
40:21 43:19
**revealed** 41:18
**revealing** 31:17
41:15
**review** 7:5,7,9,11
7:13 9:21 44:10
57:9
**reviewed** 7:3 11:7
47:22
**reviewing** 37:5
**right** 15:22 21:18
43:13
**right-hand** 16:2,6
23:7 41:12
**RMR** 1:23 2:3
**role** 46:10,12
**rules** 6:14

---

**S**

**SAMNDC** 15:17,18
**SAMNDCA0040...**
4:12
**Samsung** 1:8,8,9
5:7,17 58:4
**San** 1:2 3:5 5:8
**satisfy** 49:3
**save** 58:12
**saw** 50:5
**saying** 40:13
**says** 11:15 13:7
15:23 16:7 17:16
18:12 24:24 25:4
28:25 29:23 31:6
36:13 40:14 41:14
**schema** 23:16
**Schmidt** 3:9 4:4,5
5:16,16 6:6 9:2
10:21 11:2,5
12:15 14:6,18
15:5,11,15 16:22
18:9 19:12,20
20:2,8,16,22 21:8
21:16 22:1,12,21
23:4,10,13,14,24

24:11,21 25:14
26:1,7,13,23
27:23 28:6,11,17
28:23 29:15,17
30:5,10,12,17
31:2,9,24 32:3,9
32:14 33:1,6,12
33:21 34:3,8,15
34:25 35:8,22
36:4,10 37:11,16
37:23 38:5,12,17
39:20 40:23 41:11
41:23 42:12,20
43:10,15 44:4,7
44:16,23 45:4,10
45:23 46:17 47:3
47:11,18 48:4,13
48:14 49:1,10,21
49:22 50:11,20
51:3,12,20 52:8
53:12,17,24 54:4
54:15 55:9,15
56:2,8 57:19
**Schultz** 3:21 5:11
**science** 26:25 45:17
54:23,24
**scope** 22:16
**screen** 8:9 18:18
35:13,25 36:5,12
36:13,14,22,23
37:7,13,18 38:1,7
38:23,24 39:16,17
39:18,21,22,23,24
40:1,9,14,20,21
43:3,3 53:11
**sealing** 57:18
**Seattle** 1:17 2:2
5:10
**second** 2:2 5:10
25:11 27:8 36:13
**sections** 43:5
**securely** 57:18
**see** 11:16 13:1,3,4
15:24 16:3,15,16
17:3,7 29:2 31:19

39:16,25 40:5
43:1 52:23 53:22
**seeing** 42:5
**select** 28:25 39:16
**selected** 26:2 29:18
42:6 43:24 55:17
56:3
**selecting** 33:13
34:10 51:13,23
**selection** 30:20,23
33:2,8,23 34:5
35:2
**selects** 44:5
**senior** 3:22 7:19
**sense** 12:3 13:25
48:7,12
**separated** 21:24
**September** 13:5
16:3 24:17 28:8
28:19 33:14 34:10
37:19 38:8 44:12
44:25 47:25 48:18
48:21,23 50:4,22
52:3
**set** 18:12,21 19:5
19:12 25:5,13
28:25 57:20
**setting** 46:6,7
**seven** 10:4 53:1
**shape** 18:17
**sheet** 15:21 58:1,15
59:1 60:1
**short** 46:2
**show** 20:9 27:9
31:7,10
**shown** 29:25 30:2
38:24 54:1
**shows** 31:11
**side** 16:3
**sideways** 16:5
**sign** 57:8
**Signature** 56:13
59:24 60:24
**Signed** 58:18
**similar** 30:13

**single** 10:11
**sir** 6:7
**six** 10:4 53:1
**size** 17:10 18:17
**skill** 46:22 47:4,4
47:10,24 48:16
49:11,14 50:15,21
**Smartphone** 19:4
**Smartphones** 8:7,9
17:5,8
**Snohomish** 57:2
**software** 23:17
46:20
**Solutions** 5:12
**somebody** 48:20
52:2
**sorry** 17:17 23:10
36:10,11,22 40:3
45:17
**sort** 8:25 9:11
19:21 20:9 22:3
22:23 54:13
**sounds** 13:20
**source** 25:24
**South** 3:11
**space** 12:17,22
18:16,16,20,21
19:2,6,11,17
21:25 22:1,3,3,22
22:25 24:3,5,6,12
24:16 27:11 29:1
29:5,23 31:3 38:6
38:22,24,25 39:2
39:9,15,21,24
40:6,7 41:10,15
42:6,15,16,24
44:5,8,11,25 51:6
51:13,22 56:4
**spaced** 20:20
**span** 14:4
**speak** 53:2
**speaks** 36:13
**specced** 7:24
**specialist** 5:13
**specific** 24:5 48:19

HIGHLY CONFIDENTIAL

**specifically** 12:15
  27:3 28:24 36:4
**specification** 16:23
  49:16,17,24
**speculate** 6:21
**speculation** 10:17
  14:15 18:6 20:19
  21:5 22:8 25:22
  26:21 28:21 33:10
  38:10 45:2
**spell** 6:9
**spoke** 7:3 52:22
**square** 42:25
**ss** 57:1
**stamp** 16:6
**standing** 22:18
**Stanwood** 57:24
**start** 38:20 47:18
**started** 55:4
**starting** 27:8 32:14
  40:3
**starts** 20:10
**state** 6:9 10:24
  31:17 57:1,4,24
**stated** 33:21
**states** 1:1 17:3,22
  18:15 27:8 29:5
  29:18 35:12 36:19
  40:4 42:24 51:22
**stating** 40:12
**Street** 3:5,11,17
**strike** 8:11
**structure** 22:3,23
  23:20 26:19
**studies** 7:6
**stylus** 18:19 36:24
  39:18
**subject** 11:12 17:3
  48:10 50:16,23
  55:20
**subsequent** 36:24
**suggesting** 30:8
**Suite** 2:2
**summary** 26:3,7,14
  29:24,25 32:16,19

32:21 33:14 51:14
  51:24
**supports** 28:6
**supposed** 7:24
  14:16 19:14
**sure** 7:1 9:4,9 13:6
  37:4 50:13 52:12
**swear** 5:25
**sworn** 6:1 57:13
**system** 35:25 36:5
**systems** 17:23
  24:11 28:17 34:9
  38:5 44:24 46:1

---
**T**

**T** 3:9 57:19
**take** 9:23 52:10
**taken** 26:25 57:6
  57:16 58:10
**talk** 6:18
**talked** 16:14 41:17
  54:20
**talking** 18:23 21:15
  21:16 27:24 37:12
  43:17
**talks** 12:21 41:9
  43:19 49:2
**tape** 5:5 56:11
**tasks** 17:25
**Tasting** 41:15,18
  41:23 42:14
**taught** 46:3
**teach** 55:4
**team** 7:25 8:4,23
  44:18
**teams** 7:22
**TELECOMMU...**
  1:9
**tell** 7:18 14:6 45:10
**term** 13:13
**terminology** 49:8
**testified** 6:2 23:24
  28:11 35:4 39:7
  44:16 46:17
**testify** 57:13

**testifying** 6:15
**testimony** 21:12
  22:7 23:22 24:9
  25:8 26:5,21 28:4
  30:15 31:1,21
  32:7 33:4 34:1
  36:2 37:9,23
  40:18 41:22 42:8
  42:18 43:8 44:2
  44:14 45:8 46:25
  48:3 50:9,19 51:1
  52:6 53:13 55:24
  57:15
**text** 21:10
**Thank** 6:8 11:2
  22:1 23:8 24:21
  28:23 29:16 34:8
  35:21 38:17 56:12
**Thanks** 52:9
**thereof** 57:11
**thing** 6:20 25:12,14
  30:9 50:13
**things** 8:16,24
  25:10 54:21
**think** 8:24 11:20
  12:16 19:20,24
  20:14,16 25:6,9
  36:4 37:6,11 41:9
  45:18
**third** 15:16
**thought** 28:12
**three** 17:18 53:1
  55:10
**thumbnail** 26:15
  27:15 31:4 32:4
  32:17,20 33:2
**tile** 12:17 18:16,16
  18:20,21 19:2,22
  19:24 20:5,10,10
  20:11 21:9,14,20
  22:1,3,22 23:16
  24:2,5,6,12,16
  25:10,17,18 26:1
  26:7,8,13,15,18
  27:14 28:25 29:1

29:5,18,19,23,23
  29:24,25,25 30:2
  30:20,22,23 31:2
  31:3,3,3,7,8,9,12
  31:24 32:3,4,4,5
  32:15,18,20,20
  33:2,7,13,24 34:4
  34:11,11 35:2,2
  36:20,24,25 37:1
  37:2 38:6,22,23
  38:25 39:2,4,9,16
  39:21,24 40:6,7,8
  41:10,14,15,23
  42:3,5,6,15,16,24
  43:18,19,21,24
  44:5,5,8,9,11,24
  51:13,23,25 53:15
  53:20,22 54:1,3,6
  55:16,22 56:2,4
**tiles** 12:18,19,20
  18:13,16,21 19:5
  19:12,16,21 20:8
  20:25 21:23 22:24
  23:18 24:24 25:5
  25:6,10,12,15
  27:9,15 28:2,7,14
  28:18 29:1 30:18
  31:15,18,22 32:16
  36:23 39:2,3,9,17
  39:25 40:5,5,8,14
  40:20,22 43:3
  51:24 53:10,10
  54:2
**time** 6:19 7:14
  10:16 13:22 22:20
  24:3,17 34:17,18
  34:24 35:3,4
  42:21 45:21,22,23
  45:24 50:1 55:5
  56:12 57:16
**timing** 7:6
**title** 7:18
**today** 6:21 7:2
  13:10 37:12 47:22
  50:21

**told** 13:16 47:3
**top** 11:15 15:23
**touch** 8:9 35:25
  36:5,14,21,22
  37:7,13,18 38:1,7
**track** 39:3
**transcribed** 57:6,8
  57:14
**transcript** 47:14
  57:15,17 58:9
**translation** 42:5,10
  42:12
**TransPerfect** 5:12
  5:14
**true** 54:8 57:15
  58:12
**truth** 57:13,13,13
**turn** 15:15 16:5,23
  17:14,15 23:4,5
  47:11 53:8
**two** 13:4 15:25
  21:23 25:10 27:3
  53:1 55:9
**type** 23:20 26:17
  31:15

---
**U**

**Uh-huh** 6:17 11:19
  18:14 29:21 32:1
  32:22 35:11,15,23
  36:16 40:11 49:5
  50:13 51:4,15,21
**unclear** 49:9
**undersigned** 57:3
**understand** 6:15,18
  9:2,11 11:12
  13:12,21 14:13,22
  15:5 26:23 27:23
  30:5,12 31:9
  32:23 33:1 34:25
  35:16,24 38:12
  39:5 40:12,15,19
  42:9 45:4 47:25
  48:8,21 49:6 50:5
  50:23 52:3

**understanding** 12:2,6,12 20:4 55:20 58:15
**Understood** 49:21
**unitary** 19:5,7,11
**UNITED** 1:1
**University** 45:12 45:13,15
**untimely** 10:25
**update** 39:3,3
**updated** 24:24 27:16
**upper** 16:6
**usability** 7:6 17:23
**use** 37:7
**user** 7:19 8:5,7,17 17:4,12 18:12 19:2,13,14,22 20:5,9 21:19 25:4 25:13 29:7 33:2,7 34:4,10 35:12,12 37:2,12,17 38:24 39:1,15,25 40:4,7 40:20 41:14 43:18 44:5,11 45:19,25 46:3,5,13,23 51:6
**users** 17:25 18:18 23:17 28:25 30:18 43:3
**user's** 40:10
**usually** 8:22,24
**utilize** 18:18

**V**

**various** 22:24 46:11
**vendors** 23:17
**versus** 5:7
**video** 5:12
**Videographer** 3:21 5:5,24 52:13,16 55:11 56:10
**videotaped** 1:16 5:6
**view** 18:19 26:3,3,8

26:9,14,15 27:15 29:19,24,25 30:2 31:4,19,24 32:3 32:16,17,19,20,21 33:14 34:11 37:1 38:23 40:9,9 41:19,20,24 42:3 43:25 48:16,17 49:15 51:14,22,24 55:17 56:3
**visible** 39:2 40:8,14 41:24 43:21
**visual** 19:21,24 20:9,15,16 21:8 21:16
**visually** 49:2,4,9,12 49:15
**vs** 1:7 58:4

**W**

**W** 3:4
**walking** 48:8
**want** 9:2,5,17 11:15 15:11 16:22 35:20 42:21 47:14 48:11
**wanted** 54:21
**wants** 39:25 40:20
**Washburn** 3:16 5:19
**Washington** 1:17 2:2 22:18 57:1,3,4 57:16,24,24
**wasn't** 41:18
**way** 7:23 9:8 15:5 20:4 22:1 26:17 30:18
**Wayne** 15:25
**ways** 41:16
**weather** 25:17,17 25:19,25 43:20,21 43:24 44:5,9
**Wednesday** 2:1
**Weeks** 10:19,20
**Western** 22:17
**we're** 8:15,16 21:16

42:5 48:8
**we've** 37:12 38:6 41:17 44:20 47:22 49:25
**whatsoever** 10:16
**WHEREOF** 57:20
**Windows** 46:10
**Wine** 41:15,18,23 42:14
**wireless** 17:23
**wit** 5:2
**witness** 2:4 3:14 4:15 5:25 8:22 12:5,9,12 14:4,16 14:25 15:4 16:21 18:8 19:10,19 20:3,6,14,20 21:6 21:14,23 22:19 23:2,8,23 24:10 24:20 25:9,23 26:6,22 27:22 28:5,10,22 29:16 30:11,16 31:6,22 32:8,25 33:5,11 33:17,20 34:2,7 34:14,23 35:7,20 36:3,7 37:5,10,15 37:22 38:11,16 39:14 40:19 41:9 42:11,19 43:9,14 44:3,15,22 45:3,9 45:21 46:16 47:2 47:9,17,21 48:25 49:8 50:10,13 51:2,11,19 52:7,9 52:12 53:14,19,25 54:6,18 55:25 57:8,12,20
**Woodcock** 3:16 5:18
**word** 32:15
**words** 39:11 56:4
**work** 7:25 8:5,14 8:17 12:21 45:24
**worked** 45:25

**working** 8:17 15:9 24:12,15 28:18 34:8,16 35:1 38:13 44:23 45:5 47:5
**works** 9:3
**wouldn't** 8:15,15 56:1
**Wrapper** 4:12
**written** 11:11

**Y**

**yeah** 8:4 9:22 10:15 13:9,25 15:4 20:23 21:15 34:21 35:21 41:2 42:11
**year** 45:14
**years** 46:2
**Yep** 9:15 15:20 16:4 30:24
**yesterday** 14:24 15:1
**York** 1:9

**Z**

**zones** 49:2,4,9,12 49:15

**0**

**00402183** 15:17,18
**00402193** 17:16
**00402240** 27:2 32:10
**00402242** 23:14

**1**

**1** 4:9 5:5 10:22 11:3 16:10,18,22 18:3 18:10,10 24:22 28:23 29:15 35:8 38:17 40:25 47:12 47:17,18,20 48:1 48:15,17,22 49:3 49:4 50:2,16 51:8 52:22 53:8
**10th** 3:10

**10-minute** 52:10
**102** 29:11,13,14
**11** 4:10 35:19,22 46:2 50:11,12,14 50:24 51:8
**11-cv-01846** 1:7
**11-cv-01846-LHK** 5:9
**1102** 35:12,21,21
**1104** 40:7
**1191** 2:2 5:10
**12** 35:9 40:2 51:3,5 51:9
**12th** 3:16
**13** 40:3 51:12,17
**15** 4:12 18:9,11 25:3
**16** 1:18 2:1 51:20 51:22 52:4 57:6
**16th** 5:11 13:2,5 16:3 24:17 28:8 28:19 33:14 34:10 37:19 38:8 44:12 44:25 47:25 48:18 48:21,23 50:4,22 52:3
**18** 29:17
**19104** 3:17
**193** 17:18
**1996** 45:13

**2**

**2** 4:11 15:11,13 16:18,23,25 17:1 17:15 18:3,9,11 23:5 24:17,22 25:3 27:2 28:6 29:17 32:9 36:15 42:20 43:11 44:10 45:6 47:22,24 48:17,20 50:4,21 50:22 52:2
**20** 24:22 29:18
**2000** 2:2
**2001** 45:15

| | | |
|---|---|---|
| **2005** 13:5 14:7,10 16:3 23:25 24:7 24:12,13,16,17 28:8,14,19 33:15 33:23 34:10 37:19 37:25 38:8 44:12 44:19,25 47:25 48:18,21,23 50:4 50:22 52:3<br>**2006** 13:2<br>**2012** 1:18 2:2 5:11 57:6,21 58:18<br>**21st** 57:21<br>**213** 3:12,12<br>**215** 3:18,18<br>**217** 27:4,5,8,23 28:1<br>**218** 32:10,12,13,23 33:1 42:21,22 43:4<br>**2195** 23:6,7,9<br>**227** 36:17,19 37:6 37:11<br>**228** 23:11,12,16<br>**2307** 43:12,14<br>**2322** 4:12<br>**2631** 1:24 57:23<br>**268-6741** 3:6<br>**268-7522** 3:6<br>**28** 23:5<br>**2929** 3:17<br><br>**3**<br>**3** 40:4<br>**30** 18:15 29:4,22 57:7<br>**308-14-135** 57:17<br>**32** 29:22<br>**33** 29:4<br>**35** 18:15 28:24<br>**36** 28:24<br>**37** 38:20<br>**38** 38:18<br><br>**4** | **4** 17:14,19,22 28:24<br>**4/8/13** 57:25<br>**40** 42:24 43:2,10,16<br>**415** 3:6,6<br>**425** 3:5<br>**443-3100** 3:12<br>**443-3191** 3:12<br>**45** 38:18<br><br>**5**<br>**5** 29:4 49:1,1 50:7 51:8<br>**5.28.010** 57:3<br>**52** 4:4<br>**55** 4:5<br>**568-3100** 3:18<br>**568-3439** 3:18<br><br>**6**<br>**6** 4:4 38:18 53:21 54:2<br>**60/718187** 16:7,8 16:15<br>**63** 52:22<br>**6300** 4:10<br>**632** 22:11,13 23:25 26:8 28:13 33:22 37:24 43:6 44:17 44:18<br>**66** 40:2<br>**67** 35:9<br><br>**7**<br>**7** 16:24 17:1 29:22<br>**7,933,632** 4:9 10:22<br>**7440** 1:25 58:3<br><br>**8**<br>**8** 16:24 17:1 40:23 40:25 41:3,7,13 42:2<br>**8:37** 2:3 5:11<br>**865** 3:11<br><br>**9**<br>**9:38-9:48** 52:15 | **9:52** 56:12,14<br>**90017** 3:11<br>**94105** 3:5 |