| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING VINCENT O'BRIEN, DAVID TEECE, STEPHEN GRAY, ANDRIES VAN DAM, BRYAN AGNETTA, RICHARD HOWARTH, AND SHIN NISHIBORI** |

1   I, Jason R. Bartlett, do hereby declare as follows:

2   1.   I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in Support of Apple's Objections and Responses to Objections Regarding Vincent O'Brien, David Teece, Stephen Gray, Andries van Dam, Bryan Agnetta, Richard Howarth, and Shin Nishibori (the "Objections and Responses"). Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2.   Apple finished filing the Objections and Responses at 10:15 a.m. through the Court's electronic case filing system on August 14, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 14th day of August 2012, at San Jose, California.

*/s/ Jason R. Bartlett*
JASON R. BARTLETT

BARTLETT DECL. ISO APPLE'S OBJS. AND RESPS. RE: O'BRIEN, TEECE, GRAY, VAN DAM, AGNETTA, HOWARTH, AND NISHIBORI
CASE NO. 11-CV-01846-LHK (PSG)

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: August 14, 2012                 */s/ Michael A. Jacobs*
                                       Michael A. Jacobs

BARTLETT DECL. ISO APPLE'S OBJS. AND RESPS. RE: O'BRIEN, TEECE, GRAY, VAN DAM, AGNETTA, HOWARTH, AND NISHIBORI
CASE NO. 11-CV-01846-LHK (PSG)

2