# EXHIBIT 1

| | |
|---|---|
| **Subject:** | FW: Samsung -- Stipulated Amendment to NDCal. Protective Order Regarding Intel Code Production --REDACTED |
| **Attachments:** | PAC160NY_EXCHANGE_03252012-162951.PDF |

**From:** Selwyn, Mark
**Sent:** Sunday, March 25, 2012 8:40 PM
**To:** CKelley@perkinscoie.com
**Subject:** Samsung -- Stipulated Amendment to NDCal. Protective Order Regarding Intel Code Production --REDACTED

Chris:

Attached please find a copy of the Stipulated Amendment signed by me, together with Exhibit B's signed by our experts Veeravalli, Kim, Hamkins, Stark, Walker, Gitlin, Darwazeh.

Please let me know if you have any questions.

Mark

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**STIPULATED AMENDMENT TO THE PROTECTIVE ORDER REGARDING INTEL CODE PRODUCTION** |

Plaintiff Apple Inc. ("Apple") and Defendants and counterclaim-plaintiffs Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America LLC (collectively "Samsung") (collectively referred to herein as the "Parties") have sought production of documents, testimony or information reflecting confidential and proprietary information from non-party Intel Corporation ("Intel"). The Court adopted a Protective Order proposed by Samsung in its Order of January 27, 2012 (the "Protective Order"). Intel has requested protections for its confidential information that are not provided in the Protective Order, and the Parties have agreed to provide these protections, as reflected in this Stipulated

Amendment to the Protective Order Regarding Intel Code Production ("Amendment to the Protective Order"):

    1. As a further restriction under Section 6(b) of the Protective Order, the scope of the prosecution bar extends to "the subject matter of the patents-in-suit or wireless modem hardware and protocol software for implementation of physical or data link layers in devices for mobile telephony" for anyone who receives one or more items designated as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE."

    2. As a further restriction under Section 11(j) of the Protective Order, Intel shall, upon request, deliver three (3) sets of printed documents to each office of the outside counsel of the Receiving Party identified by the Receiving Party.  The Receiving Party may not make any additional paper copies of any portions of the Source Code received from Intel, not including copies attached to court filings or used at depositions.

    3. As a further restriction under Section 11(k) of the Protective Order, printed source code identified as "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" must be kept at all times at an office of the Receiving Party's Outside Counsel.

    4. As an additional restriction under Section 12(d) of the Protective Order, prior to receiving any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE," the Person must execute a copy of the "Agreement to Be Bound by Protective Orders" (Exhibit B hereto) and serve it on all Parties and Intel.

**STIPULATED AND AGREED:**

1  Dated: ~~February~~ March 25 ___, 2012           Respectfully submitted,

2

3  /s/ William F. Lee

   William F. Lee                                   Charles K. Verhoeven
4  WILMER CUTLER PICKERING                          QUINN EMANUEL URQUHART
       HALE AND DORR LLP                                & SULLIVAN LLP
5  60 State Street                                  50 California Street, 22nd Floor
   Boston, Massachusetts 02109                      San Francisco, California 94111
6  Telephone: (617) 526-6000                        Telephone: (415) 875-6600
   Facsimile: (617) 526-5000
7
                                                    Victoria Maroulis
   Mark D. Selwyn                                   QUINN EMANUEL URQUHART
8  WILMER CUTLER PICKERING                              & SULLIVAN LLP
       HALE AND DORR LLP                            555 Twin Dolphin Drive, 5th Floor
9  950 Page Mill Road                               Redwood Shores, California 94065
   Palo Alto, California 94304                      Telephone: (650) 801-5066
10 Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
11                                                  Diane C. Hutnyan
                                                    QUINN EMANUEL URQUHART
12 Harold J. McElhinny                                  & SULLIVAN LLP
   Michael A. Jacobs                                865 S. Figueroa St., 10th Floor
13 Richard S.J. Hung                                Los Angeles, California 90017
   MORRISON & FOERSTER LLP                          Telephone: (213) 443-3000
14 425 Market Street
   San Francisco, California 94105
15 Telephone: (415) 268-7000                        *Counsel for Samsung Electronics Co., Ltd.,*
   Facsimile: (415) 268-7522                        *Samsung Electronics America, Inc., and*
                                                    *Samsung Telecommunications America, LLC*
16 *Counsel for Plaintiff and Counterclaim-*
   *Defendant Apple Inc.*

17

18

19

20 **IT IS SO ORDERED.**

21

22 Date: _____          _____
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

# EXHIBIT B

## Agreement to Be Bound by Protective Orders

I, _____, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: _____

Present occupation/job description: _____

_____

_____

Name of Company or Firm: _____

Address: _____

Dated: _____

_____
[Signature]

## EXHIBIT B

### Agreement to Be Bound by Protective Orders

I, **VENUGOPAL VEERAVALLI**, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: **VENUGOPAL VEERAVALLI**

Present occupation/job description: **PROFESSOR**

Name of Company or Firm: **UNIV. OF ILLINOIS**

Address: **1306 W MAIN ST  URBANA  IL 61801**

Dated: **3/15/12**

_____
[Signature]

# EXHIBIT B

## Agreement to Be Bound by Protective Orders

I, __Hyong Kim__, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: _____

Present occupation/job description: _____

_____

_____

Name of Company or Firm: _____

Address: _____

Dated: __3/15/2012__

_____

[Signature]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT B

### Agreement to Be Bound by Protective Orders

I, __JON HAMKINS__, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: __JON HAMKINS__

Present occupation/job description: __ENGINEER / SUPERVISOR OF INFORMATION PROCESSING GROUP IN COMMUNICATIONS ARCHITECTURES & RESEARCH SECTION__

Name of Company or Firm: __JPL__

Address: __4800 OAK GROVE DRIVE, M/S 238-420, PASADENA, CA 91109__

Dated: __3/11/2012__

__[Signature]__

## EXHIBIT B

### Agreement to Be Bound by Protective Orders

I, Wayne Stark, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: Wayne Stark

Present occupation/job description: Professor of Electrical Engineering and Computer Science/Consultant

Name of Company or Firm: University of Michigan

Address: 5277 Warren Road, Ann Arbor MI 48105

Dated: 3/12/2012

_____
[Signature]

# EXHIBIT B

## Agreement to Be Bound by Protective Orders

I, __Martin Walker__, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: __Martin Walker__

Present occupation/job description: __President, Consultant__

Name of Company or Firm: __Brass Rat Group, Inc.__

Address: __378 Cambridge Ave, Ste N, Palo Alto CA  94306__

Dated: __March 12, 2012__

_____
[Signature]

## EXHIBIT B

### Agreement to Be Bound by Protective Orders

I, Richard D. Gitlin, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: Richard D. Gitlin

Present occupation/job description: Agere Systems Chair and Distinguished Professor of Electrical Engineering

Name of Company or Firm: _____

Address: 450 Knights Run Avenue, #1003

Tampa, FL 33602

Dated: March 12, 2012

*Richard D. Gitlin*
[Signature]

02198.51845/4589441.1                    -1-                    AMENDMENT TO THE PROTECTIVE ORDER REGARDING INTEL CODE PRODUCTION

## EXHIBIT B

## Agreement to Be Bound by Protective Orders

I, __Izzat Darwazeh_____, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: ____**Izzat Darwazeh**_____

Present occupation/job description: **Professor of Communications Engineering**

Name of Company or Firm: _____**University College London**_____

Address: ____**Department of Electronic and Electrical Engineering, UCL, Torrington Place, London WC1E 7JE, United Kingdom**_____

Dated: _15 March 2011____

[Signature]