# EXHIBIT 2

| | |
|---|---|
| **Subject:** | FW: Samsung -- Exhibit B to Protective Order Signed by Edward Knightly -- REDACTED |
| **Attachments:** | Scanned_document_28-03-2012_20-24-38.pdf |

**From:** Selwyn, Mark
**Sent:** Thursday, March 29, 2012 10:14 AM
**To:** CKelley@perkinscoie.com
**Subject:** Samsung -- Exhibit B to Protective Order Signed by Edward Knightly -- REDACTED

Additional Exhibit B, for your records.

1

# EXHIBIT B

## Agreement to Be Bound by Protective Orders

I, _Edward Knightly_, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 11-cv-01846-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: _Edward W. Knightly_

Present occupation/job description: _Professor_

Name of Company or Firm: _Rice University_

Address: _1408 Missouri St. Houston TX 77006_

Dated: _3/28/12_

_E. [Signature]_

[Signature]