1  N. Thane Bauz, Bar No. 188439
   TBauz@perkinscoie.com
2  PERKINS COIE LLP
   11988 El Camino Real, Suite 200
3  San Diego, CA  92130-3334
   Telephone:  (858) 720-5700
4  Facsimile:  (858) 720-5799

5  Attorneys for Third Party
   SONY MOBILE COMMUNICATIONS USA, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| APPLE, INC., a California Corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | NOTICE OF SPECIAL APPEARANCE OF COUNSEL |
| V. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

NOTICE OF SPECIAL APPEARANCE
Civil Action No. 11-cv-01846-LHK

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that N. Thane Bauz (State Bar No. 188439) of Perkins Coie LLP hereby specially appears as counsel for third party defendant Sony Mobile Communications USA, Inc. in this action for the limited purpose of responding to Apple Inc.'s Notice of Trial Subpoena to Custodian of Records of Sony Mobile Communications USA, Inc., filed August 7, 2012, in the above entitled action.  Mr. Bauz' contact information is as follows:

>  N. Thane Bauz
>  Perkins Coie LLP
>  11988 El Camino Real, Suite 200
>  San Diego, CA 92130
>  Tel: (858) 720-5706
>  Fax: (858) 720-5799
>  tbauz@perkinscoie.com

DATED:  August 14, 2012           **PERKINS COIE LLP**

By: */s/ N. Thane Bauz*
    N. Thane Bauz, Bar No. 188439
    TBauz@perkinscoie.com

Attorneys for Third Party Sony Mobile Communications USA, Inc.

-1-  NOTICE OF SPECIAL APPEARANCE
Civil Action No. 11-cv-01846-LHK

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 14, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

_____
Deborah Mart