QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S SUPPLEMENTAL RESPONSE TO OBJECTIONS REGARDING ANDRIES VAN DAM** |

*DX720; SDX3964.003a-.037a; .071b; .02-.03; .013-.038; .071-.072:* Apple objects that Samsung failed to disclose the 2005 version of the Tablecloth source code and that this source code was not disclosed in Dr. van Dam's expert report. These allegations are simply false.

Apple has repeatedly been given access to the 2005 Tablecloth source code. A hard drive containing the complete production from third party MERL, including both the 2005 and July 17, 2006 versions of source code, was produced to Apple on October 20, 2011. (Hutnyan Decl. Ex. D (10/20/11 letter from A. Kaufman to R. Hung).) Similarly, when the DiamondTouch table was offered for inspection, the 2005 Tablecloth source code was also produced for inspection. (Hutnyan Decl. Exs. F, G, and H (5/24/12, 7/29/12, 8/12/12 emails from M. Ahn regarding inspection of the DiamondTouch system).)

Furthermore, nothing in Dr. van Dam's expert report limits his opinion to the 2006 Tablecloth source code or any other specific version of Tablecloth. This is unsurprising, given that, as Adam Bogue stated, "Both versions behave the same way." Bogue Decl. ¶10 (Dkt No. 933). The only difference Apple identifies is that the 2005 source code shows positional x-y coordinates. This is irrelevant to the snapback feature of Tablecloth. Dr. van Dam's opinion is directed the Tablecloth prior art as a whole. Indeed, Dr. van Dam's report clearly addresses code in existence prior to July 17, 2006, noting that the Diamond Touch table was "publicly available running … Tablecloth by at least by January 6, 2006" (one year prior to the filing date of the first '381 provisional patent). Van Dam 3/22/12 Expert Report at at ¶92. Samsung had also identified Tablecloth and DiamondTouch as prior art dating from 2005 as early as October 7, 2011, in its Invalidity Contentions. Accordingly, the Tablecloth prior art was properly disclosed by Samsung and in Dr. van Dam's expert report.

1  DATED: August 14, 2012           QUINN EMANUEL URQUHART &
2                                   SULLIVAN, LLP
3
4                                   By  /s/ Victoria F. Maroulis
                                        Charles K. Verhoeven
5                                       Kevin P.B. Johnson
                                        Victoria F. Maroulis
6                                       Michael T. Zeller
7                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
8                                       INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28