| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br> v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. The Declaration of Diane C. Hutnyan in Support of Samsung's Objections and Responses Regarding (1) Exhibits To Be Used With Musika, Bogue, Forlines, Bederson, Williams, Zorn, Paltian, Yang, and (2) Designated Deposition Testimony of Paltian and Zorn (Dkt. 1681, 1682, and 1684) (the "Hutnyan Declaration") attaches the following exhibits which Samsung has moved to seal on the basis that they may contain Apple and/or Intel confidential information:

    A. Exhibit U to the Hutnyan Declaration is an excerpt from the Expert Report of Dr. Woodward Yang dated March 22, 2012.

    B. Exhibit V to the Hutnyan Declaration is an excerpt from the Expert Report of Dr. Woodward Yang dated March 22, 2012.

    C. Exhibit W to the Hutnyan Declaration is an excerpt from the Expert Report of Dr. Woodward Yang dated March 22, 2012.

    D. Exhibit X to the Hutnyan Declaration is an excerpt from the Expert Report of Woodward Yang dated March 22, 2012.

    E. Exhibit Y to the Hutnyan Declaration is an excerpt from the Rebuttal Expert Report of Dr. Tony Givargis dated April 16, 2012.

    F. Exhibit BB to the Hutnyan Declaration are excerpts from the deposition testimony of Dr. Woodward Yang dated May 8 and May 9, 2012.

    G. Exhibit FF to the Hutnyan Declaration are excerpts from the Rebuttal Expert Report of Dr. Hyong S. Kim dated April 16, 2012.

1    3.   Exhibit Y to the Hutnyan declaration contains detailed descriptions of Apple source code, including the names of files, their structure and function, and their location within Apple's overall code stack.  Pursuant to the guidance provided by the Court's August 9, 2012 Order, Exhibit Y should be sealed.  (*See* Dkt. 1649 at 8 (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 20101).)

4.   Portions of Exhibit BB to the Hutnyan Declaration include descriptions of Apple source code, including the names of files and their structure and function.  In particular, pages 283-288 of the deposition of Dr. Yang dated May 8, 2012 contain this information.  For the same reasons set forth above for Exhibit Y, Exhibit BB should be sealed.

5.   The relief requested by Apple is necessary and narrowly tailored to protect confidential information regarding Apple's source code.

6.   Apple does not seek to seal Exhibits U, V, W, and X of the Hutnyan Declaration.

7.   With respect to Exhibit FF of the Hutnyan Declaration, Samsung has indicated that Exhibit FF may contain Intel confidential information.  (Dkt. 1684 at 1.)  To the extent that Exhibit FF contains Intel confidential information, Apple expects that Intel will file a declaration in support of sealing.  Apple notes that Intel has filed pleadings in this matter for the purpose of protecting its confidential information.

8.   Samsung has also moved to seal Exhibit A to the Declaration of Diane C. Hutnyan in Support of Samsung's Objections and Responses Regarding Exhibits to Be Used with Boris Teksler (Dkt. 1628-2).  Exhibit A contains excerpts of the deposition testimony of Boris Teksler dated March 16, 2012.  Apple does not seek to seal Exhibit A.

9.   I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 14th day of August, 2012, at San Jose, California.

Dated:  August 14, 2012         */s/ Peter J. Kolovos*
                                 Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 14, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: August 14, 2012             */s/ Mark D. Selwyn*
                                    Mark D. Selwyn