| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Cal. Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive 5th Floor |
| | Redwood Shores, California 94065 |
| 8 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 9 | |
| | Michael T. Zeller (Cal. Bar No. 196417) |
| 10 | michaelzeller@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 11 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS |
| | CO., LTD., SAMSUNG ELECTRONICS |
| 14 | AMERICA, INC. and SAMSUNG |
| | TELECOMMUNICATIONS AMERICA, LLC |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19 | Plaintiff, | |
| 20 | vs. | **NOTICE RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 1711)** |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | Defendants. | |

Apple, Inc. has filed under seal Exhibits 1, 5, 10, and 18 to the Declaration of Richard Hung in Support of Apple's Objections and Responses regarding JinSoo Kim, Jeeyuen Wang, Roger Fidler, Itay Sherman, Samuel Lucente and Michael Kamins.   Apple stated that the documents have been designated confidential by Samsung.   Samsung will not be filing a declaration in support of filing under seal pursuant to Civil L.R. 79-5(d) since the Samsung confidential information contained in the documents are not sealable under the "compelling reasons" standard.

DATED: August 14, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC