1   HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
    hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)            WILMER CUTLER PICKERING
    mjacobs@mofo.com                             HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)               60 State Street
    rkrevans@mofo.com                            Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)          Telephone: (617) 526-6000
    jtaylor@mofo.com                             Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)            MARK D. SELWYN (SBN 244180)
    rhung@mofo.com                               mark.selwyn@wilmerhale.com
7   JASON R. BARTLETT (CA SBN 214530)            WILMER CUTLER PICKERING
    jasonbartlett@mofo.com                       HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                      950 Page Mill Road
    425 Market Street                            Palo Alto, California 94304
9   San Francisco, California  94105-2482        Telephone: (650) 858-6000
    Telephone:  (415) 268-7000                   Facsimile: (650) 858-6100
10  Facsimile:  (415) 268-7522

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

12

13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17

18  APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK (PSG)

19              Plaintiff,                        **DECLARATION OF DEOK KEUN
                                                  MATTHEW AHN REGARDING
20       v.                                       SAMSUNG'S SUPPLEMENTAL
                                                  RESPONSE TO OBJECTIONS
21  SAMSUNG ELECTRONICS CO., LTD., a              REGARDING ANDRIES VAN DAM
    Korean business entity; SAMSUNG              (Dkt. No. 1740)**
22  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,

24              Defendants.

25

26

27

28

    DECLARATION OF DEOK KEUN MATTHEW AHN RE: DKT. NO. 1740
    CASE NO. 11-cv-01846-LHK (PSG)
    sf-3183478

1    I, Deok Keun Matthew Ahn, declare as follows:

2    I am an associate in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. in

3    this action.  I am licensed to practice law in the State of California and admitted to practice before

4    this Court.  I submit this declaration regarding Samsung's Supplemental Response to Objections

5    Regarding Andries Van Dam (Dkt. No. 1740).  Unless otherwise indicated, I have personal

6    knowledge of the matters stated herein and would testify to the facts set forth below.

7       1.    Attached hereto as Exhibit 1 is a true and correct copy of an email dated August

8    13, 2012 from counsel for Apple to counsel for Samsung identifying Apple's objections to the

9    disclosed exhibits for the direct examination of Dr. Van Dam and Samsung's other identified

10   witnesses.

11      2.    Apple identified as one of its objections the following: **"DX720; SDX3964.003a-**

12   **.037a; .071b; .02-.03; .013-.038; .071-.072 –** Apple objects to this exhibit and related

13   demonstratives because of Samsung's failure to produce the depicted Tablecloth prior art and the

14   absence of any opinion on it in Dr. Van Dam's expert report."

15   I declare under penalty of perjury that the foregoing is true and correct.  Executed this

16   14th day of August, 2012 at San Jose, California.

17                                 */s/ Deok Keun Matthew Ahn*
                                   Deok Keun Matthew Ahn
18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DEOK KEUN MATTHEW AHN RE: DKT. NO. 1740
CASE NO. 11-cv-01846-LHK (PSG)
sf-3183478

1