1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floorfdd
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 20         Plaintiff, | **SAMSUNG'S AUGUST 14, 2012 ROLLING LIST OF WITNESSES** |
| 21      vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25         Defendants. | |

1   Samsung's rolling list of its anticipated next ten witnesses is:

2   1.   Markus Paltian (by deposition)

3   2.   Andre Zorn (by deposition)

4   3.   Tim Williams, Ph.D.

5   4.   Jin Soo Kim

6   5.   Sam Lucente

7   6.   Richard Howarth

8   7.   Shin Nishibori (by deposition)

9   8.   Andries Van Dam

10  9.   Bryan Agnetta

11  10.  Stephen Gray

12  DATED: August 14, 2012        QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP
13

14

15                                By /s/ *Victoria F. Maroulis*
                                     Victoria F. Maroulis
16                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                  LTD., SAMSUNG ELECTRONICS AMERICA,
17                                INC. and SAMSUNG
                                  TELECOMMUNICATIONS AMERICA, LLC
18