| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 11-CV-01846-LHK |
|         Plaintiff, | |
|    vs. | **APPLE INC.'S PROPOSED REDACTIONS TO TRIAL EXHIBIT PX78 PURSUANT TO THE COURT'S ORDER GRANTING IN-PART AND DENYING-IN-PART MOTIONS TO SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|         Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|         Counterclaim-Plaintiffs, | |
|    v. | |
| APPLE INC., a California corporation, | |
|         Counterclaim-Defendant. | |

1    Pursuant to the Court's August 9, 2012 Order Granting-in-Part and Denying-in-Part

2  Motions to Seal (Dkt. 1649), Apple hereby submits its proposed redactions to trial exhibit PX78,

3  which has been redacted in the manner described at page 11 of the Court's August 9 Order.

Dated:  August 14, 2012                              WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP

                                                     /s/ Mark D Selwyn
                                                     Mark D. Selwyn

                                                     Attorneys for Plaintiff and
                                                     Counterclaim-Defendant Apple Inc.

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and correct copy of the above and foregoing document has

3 been served on August 14, 2012 to all counsel of record who are deemed to have consented to

4 electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

5

6  /s/ Mark. D Selwyn
 Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PX78

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880094 | Sep 28, 2011 | Dec 22, 2011 | 3005924492 |
| CUSTOMER PURCHASE ORDER NUMBER | | DELIVERY DATE | DELIVERY NOTE NUMBER |
| dEG-B90001 | | Dec 23, 2011 | 98189724 |
| WAYBILL NUMBER | | TERMS OF PAYMENT | |
| 2447592276 | | 30 Days Net | |
| REQUESTED ROUTING | | WAREHOUSE | CURRENCY |
| 1A-Std DTD | | MY PG10 MYB0 | US Dollar |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 6003020686 | 01 | 999 | 1 |

**intel**

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

**INVOICE**

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago, IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

** Seller pays frt, not duty **

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB8878CV2.3AB2S LHF9 | Baseband Process. Multichip iC | 914614 | 337S3754 | 30,000 | ▮ | ▮ | ▮ |

IMC; [DC];Separate Hawb per DN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

SUB - TOTAL   ▮
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE   ▮
CREDIT AMOUNT

PLAINTIFF'S EXHIBIT NO. 78
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted: _____ By: _____

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N000000003905

# intel

## INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank; National Associatio
P.O. Box 73402
Chicago, IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA  95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880094 | Sep 28, 2011 | Dec 23, 2011 | 3005926109 |

| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER |
|---|---|---|
| dEG-B90001 | Dec 26, 2011 | 98189725 |

| WAYBILL NUMBER | TERMS OF PAYMENT | CURRENCY |
|---|---|---|
| 2447591484 | 30 Days Net | US Dollar |

| REQUESTED ROUTING | WAREHOUSE | | |
|---|---|---|---|
| 1A-Std DTD | MY PG10 MYB0 | | |

| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
|---|---|---|---|---|---|
| 6002823069 | 6002823069 | 6003020686 | 01 | 999 | 1 |

BILL TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SOLD TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SHIP TO
FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHIJKENG COMMUNITY, GUANLAN
TOWN, BAOAN
C01 DOCK; GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

\*\* Seller pays frt, not duty \*\*

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB8878CV2.3AB2S LHF9 | Baseband Process. Multichip IC | 914614 | 337S3754 | 40,000 | ▮ | ▮ | ▮ |

IMG; [DC]Separate Hawb per DN
"AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M"

SUB - TOTAL ▮
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE ▮
CREDIT AMOUNT

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APLZ794-N0000003906

Plaintiff's Exhibit No. 78.3

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago  IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

**Intel Americas, Inc.**
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA  95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880094 | Sep 28, 2011 | Dec 27, 2011 | 3005929049 |
| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER | |
| dEG-B90001 | Dec 28, 2011 | 98189726 | |
| WAYBILL NUMBER | TERMS OF PAYMENT | | |
| 2447591742 | 30 Days Net | | |
| REQUESTED ROUTING | WAREHOUSE | CURRENCY | |
| 1A-Std DTD | MY PG10 MYB0 | US Dollar | |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | DISTRICT | C.T | PAGE |
| 6002823069 | 6002823069 | 6003020686 | 999 | 01 | 1 |

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

\*\* Seller pays frt, not duty \*\*

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB8878CV2.3AB2S LHF9 | Baseband Process. Multichip IC | 914614 | 337S3754 | 50,000 | ▓ | ▓ | ▓ |

IMC: [DC]Separate Hawb per DN
"AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M"

|   |   |
|---|---|
| SUB - TOTAL | ▓ |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| TOTAL AMOUNT DUE | ▓ |
| CREDIT AMOUNT | |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N0000003907

Plaintiff's Exhibit No. 78.4

# intel

## INVOICE

PLEASE SEND YOUR REMITTANCE TO:
**Intel Americas, Inc.**
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago  IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33    Bank Key: 071000013

**Intel Americas, Inc.**
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA  95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11943125 | Nov 15, 2011 | Dec 27, 2011 | 3005929055 |
| CUSTOMER PURCHASE ORDER NUMBER | | DELIVERY DATE | DELIVERY NOTE NUMBER |
| P3M-B80001 | | Dec 28, 2011 | 98189846 |
| WAYBILL NUMBER | | TERMS OF PAYMENT | CURRENCY |
| 2447586772 | | 30 Days Net | US Dollar |
| REQUESTED ROUTING | | WAREHOUSE | |
| 1A-Std DTD | | MY PG10.MYB0 | |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 6003043011 | 01 | 999 | 1 |

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DPBG-GREENLAND G2 BUILDING
10TH IND.DISTRICT, LONGHUA, BAOAN
NO 2. DONG HUAN 2ND RD, YOU SONG
518109 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0  S LHMW | Baseband Processor IC | 914077 | 33753833 | 108,060 | ▮ | ▮ | ▮ |

IMC; [DC]Separate Hawb per DN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

SUB - TOTAL
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE
CREDIT AMOUNT

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APLZ794-N0000003908

Plaintiff's Exhibit No. 78.5

(intel)

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11943121 | Nov 15, 2011 | Dec 27, 2011 | 3005929056 |
| CUSTOMER PURCHASE ORDER NUMBER | | DELIVERY DATE | DELIVERY NOTE NUMBER |
| dEG-BB0002 | | Dec 28, 2011 | 98189851 |
| WAYBILL NUMBER | | TERMS OF PAYMENT | |
| 2447591716 | | 30 Days Net | |
| REQUESTED ROUTING | | WAREHOUSE | CURRENCY |
| 1A-Std DTD | | MY PG10 MYB0 | US Dollar |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C,T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 5003020686 | 01 | 999 | 1 |

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0  S LHMW | Baseband Processor IC | 914077 | 33753833 | 180,000 | ▇ | ▇ | ▇ |

IMC; [DC]Separate Hawb per DN
"AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M"

SUB - TOTAL
SHIPPING CHARGES:
SUB - TOTAL
TAX
TOTAL AMOUNT DUE
CREDIT AMOUNT

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N0000003909

Plaintiff's Exhibit No. 78.6

# intel

## INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880185 | Sep 28, 2011 | Dec 29, 2011 | 3005931900 |
| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER | |
| dMC-B90003 | Jan 04, 2012 | 98189891 | |
| WAYBILL NUMBER | | TERMS OF PAYMENT | |
| G016143 | | 30 Days Net | |
| REQUESTED ROUTING | WAREHOUSE | CURRENCY | |
| 2A-Exp DTD | MY PG10 MYB0 | US Dollar | |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 6004080190 | 01 | 999 | 1 |

BILL TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO
HONGFUJIN PRECISION ELECTRONICS
(ZHENGZHOU) CO.,LTD
Building K05 Dock
The Comprehensive Bonded Area
East-side of Zhenxing Road
450000 ZHENGZHOU AIRPORT DISTRICT
CHINA

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0 S.LHMW | Baseband Processor IC | 914077 | 33753833 | 60,000 | ■ | ■ | ■ |

IMC:[DC]Ship via DGF. Separate HAWB per DN.
POE Zhengzhou

| | |
|---|---|
| SUB - TOTAL | ■ |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| TOTAL AMOUNT DUE | ■ |
| CREDIT AMOUNT | |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N0000003910