1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20                 Plaintiff, | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE UNTIMELY UNDISCLOSED TESTIMONY OF GREG CHAPMAN, EMILIE KIM AND SONY** |
| 21         vs. | |
| 22 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26                 Defendant. | |

27

28

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Apple Inc's First Amended and Supplemental Initial Disclosures Pursuant to Rule 26(A)(1), dated March 4, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of Apple Inc's Initial Disclosures Pursuant to Rule 26(A)(1), dated August 26, 2011.

4. Sony's Keeper of Records was never disclosed as a potential witness in any of Apple's interrogatory responses and was not discussed as a witness in any deposition testimony.

5. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Rebuttal Expert Report of Tony Givargis, Ph.D, dated April 16, 2012.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the April 23, 2012 deposition of Dr. Tony Givargis.

7. Attached hereto as Exhibit E is a true and correct copy of an excerpt from Apple Inc's Objections and Responses to Samsung's Interrogatory No. 31, dated October 26, 2011.

8. Apple did not identify Greg Chapman in response to a single interrogatory in this case. No witness testified about Mr. Chapman in any depositions during fact discovery. Apple also did not produce any custodial documents from Mr. Chapman in this action.

/ / /
/ / /
/ / /
/ / /
/ / /

1  9. Attached hereto as Exhibit F is a true and correct copy of excerpts from the
2  July 18, 2012 deposition of Emilie Kim.
3  I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.
5  Executed August 14, 2012, at San Jose, California.

_____
Diane C. Hutnyan