# EXHIBIT F

```
              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

                  SAN JOSE DIVISION

APPLE, INC., a California        )
corporation,                     )
          Plaintiff,             )
     vs.                         )   No. 11-CV
SAMSUNG ELECTRONICS CO., LTD., a )   01846-LHK
Korean business entity; SAMSUNG  )
ELECTRONICS AMERICA, INC., a New )
York corporation; and SAMSUNG    )
TELECOMMUNICATIONS AMERICA, LLC, a )
Delaware limited liability company,)
          Defendants.            )
_____)

           CONFIDENTIAL - ATTORNEYS' EYES ONLY
              PURSUANT TO PROTECTIVE ORDER



          Videotaped deposition of EMILIE KIM
              San Francisco, California
              Wednesday, July 18, 2012


Reported by:
THERESA A. DARNELL
CSR 9966
Job No. SF152047
PAGES 1 - 143
```

Page 2

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE, INC., a California      )
 6   corporation,                   )
 7             Plaintiff,           )
 8        vs.                       ) No. 11-CV
 9   SAMSUNG ELECTRONICS CO., LTD., a ) 01846-LHK
10   Korean business entity; SAMSUNG   )
11   ELECTRONICS AMERICA, INC., a New  )
12   York corporation; and SAMSUNG     )
13   TELECOMMUNICATIONS AMERICA, LLC, a )
14   Delaware limited liability company,)
15             Defendants.          )
16   _____)
17
18
19        Videotaped deposition of EMILIE KIM, on
20   behalf of Defendants, at 50 California Street, San
21   Francisco, California, beginning at 11:58 a.m. and
22   ending at 4:45 p.m. on Wednesday, July 18, 2012,
23   before THERESA A. DARNELL, California Certified
24   Shorthand Reporter No. 9966.
25
```

Page 4

```
 1                    I N D E X
 2
 3   Wednesday, July 18, 2012
 4   WITNESS                        EXAMINATION
 5   EMILIE KIM
 6
 7        (By Mr. Stretch)              7, 140
 8        (By Mr. Souto)                135
 9
10               ---oOo---
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFF:
 4     WILMER CUTLER PICKERING HALE & DORR, LLP
 5     BY:  VICTOR F. SOUTO, ESQ.
 6     and  DEREK S LAM, ESQ.
 7     7 World Trade Center
 8     250 Greenwich Street
 9     New York, New York  10007
10     212.937.7224  Fax 212.230.8888
11     E-mail: victor.souto@wilmerhale.com
12             derek.lam@wilmerhale.com
13
14   FOR THE DEFENDANTS:
15     QUINN EMANUEL URQUHART & SULLIVAN, LLP
16     BY:  CHRISTOPHER STRETCH, ESQ.
17     and  RYAN GOLDSTEIN, ESQ.
18     50 California Street, 22nd Floor
19     San Francisco, California  94111
20     415.875.6600  Fax 415.875.6700
21     E-mail: chrisstretch@quinnemanuel.com
22             ryangoldstein@quinnemanuel.com
23
24
25
```

Page 5

```
         DEPOSITION EXHIBITS
NUMBER        DESCRIPTION           IDENTIFIED
Exhibit 1     Invoice Receipt          107
              Plaintiff's Exhibit 111
              APLNDC-WH-A0000024824-45
              22 pages

Exhibit 2     Schematic                114
              Plaintiff's Exhibit 110
              APLNDC-WH-A0000000001-50,
              -255-266, 62 pages

Exhibit 3     7/7/10 E-mail from Matt  117
              Hoppa to apex-ui-builds
              Subject: Livability Testing -
              Mail, APLNDC-WH0000258278-79

Exhibit 4     8/29/10 E-mail from      121
              Aidria Astravas to Stan Jirman
              Subject: Fwd: Focus Session:
              Photos, Ingest & Camera
              APLNDC-WH0000279003-005, 3 pgs

Exhibit 5     8/26/11 E-mail from Brandon  124
              Townes to
              telluride-reports@group.apple.com
              APLNDC-WH0000228039-42, 4 pgs

Exhibit 6     8/30/11 E-mail from Gouri   128
              Jonnalagadda to
              telluride-reports@group.apple.com
              APLNDC-WH-A0000230081-85, 5 pages
```

2 (Pages 2 to 5)

Page 90

```
 1   of the -- both the arrow key and the swiping is to    14:57:35
 2   get either to the previous picture or the next        14:57:41
 3   picture; isn't that correct?                          14:57:45
 4       MR. SOUTO:  Objection to form.                    14:57:47
 5       THE WITNESS:  Can you repeat the question?        14:57:47
 6   BY MR. STRETCH:                                       14:57:49
 7       Q   Yeah, I'm just -- so, leaving aside the --    14:57:49
 8   the animation that you discussed when using the       14:57:53
 9   swiping versus the arrow button, the reason -- or     14:58:01
10   the result of using either the arrow button or the   14:58:08
11   swiping gesture was to get to either the previous    14:58:15
12   picture or the next picture?                         14:58:20
13       A   Tapping on the arrow button would take you   14:58:29
14   to either the previous picture or the next picture.  14:58:31
15   Swiping sufficiently far enough would take you to    14:58:35
16   the previous picture or the next picture.            14:58:41
17       Q   Okay.  Do you recall talking to any of the   14:58:43
18   experts Apple has hired in this case?                14:58:51
19       A   Could you be more specific about the         14:58:56
20   experts?                                             14:58:58
21       Q   Do you recall speaking with Mani             14:58:59
22   Srivastava?                                          14:59:03
23       A   No, I don't recall.                          14:59:08
24       Q   Okay.  He mentioned in his expert report     14:59:08
25   that he spoke to you, but you don't have any         14:59:14
```

Page 91

```
 1   recollection of that?                                14:59:17
 2       A   Not by name.                                 14:59:19
 3       Q   Okay.  So aside from name, do you recall     14:59:20
 4   having any -- strike that.                           14:59:28
 5       Do you have any recollection of speaking         14:59:30
 6   with anybody who identified themselves as an expert  14:59:31
 7   who was working for Apple in the litigation against  14:59:35
 8   Samsung?                                             14:59:41
 9       A   I believe I recall a phone conference where  14:59:41
10   that was the case.  I don't recall much else about   14:59:45
11   that phone call.                                     14:59:49
12       Q   Okay.  So you don't recall anybody who --    14:59:50
13   any of the names of people who were on the call?     14:59:55
14       A   No, I don't recall.                          14:59:59
15       Q   And do you recall anything about what was    15:00:00
16   discussed?                                           15:00:01
17       A   Source code.                                 15:00:03
18       Q   Do you recall which features the source      15:00:03
19   code related to?                                     15:00:09
20       A   I don't recall.                              15:00:09
21       Q   Okay.  Do you think they were camera and     15:00:10
22   photo features?                                      15:00:14
23       A   My job is photos and cameras, so it was --   15:00:17
24   I can't imagine I would have had anything else to    15:00:23
25   say, so --                                           15:00:25
```

Page 92

```
 1       Q   All right.  And -- all right.  But -- so     15:00:27
 2   you deduce that it probably was related to that but  15:00:29
 3   you don't have any independent recollection of       15:00:36
 4   discussing the source code related to the camera or  15:00:39
 5   photo applications?                                  15:00:41
 6       A   I do not have a recollection of exactly      15:00:43
 7   which source code we were talking about.             15:00:44
 8       Q   And it was a single conversation that you    15:00:46
 9   can recall?                                          15:00:47
10       A   I'm not sure.                                15:00:49
11       Q   Okay.  It might have been more than one?     15:00:51
12       A   It might have been more than one.            15:00:53
13       Q   Okay.  Have you ever heard of Paul Dourish?  15:00:55
14       A   Not by name.                                 15:01:05
15       Q   Okay.  So since you were first deposed in    15:01:06
16   this case, other than your attorneys, have you       15:01:21
17   spoken with anyone else about the litigation with    15:01:24
18   Samsung?                                             15:01:26
19       A   Not that I can recall.                       15:01:27
20       Q   None of your colleagues?                     15:01:30
21       A   I told them I wasn't going to be in the      15:01:31
22   office.                                              15:01:34
23       Q   Okay.  You don't recall discussing anything  15:01:34
24   of substance with anybody else other than your       15:01:36
25   attorneys?                                           15:01:40
```

Page 93

```
 1       A   I don't recall.                              15:01:41
 2       Q   You're aware that Apple has identified you   15:01:45
 3   as someone who will testify at trial regarding prior 15:01:48
 4   art?                                                 15:01:52
 5       A   Yes.                                         15:01:54
 6       Q   Okay.  Have you ever read the patent to      15:01:55
 7   which your testimony relates?                        15:02:02
 8       MR. SOUTO:  Objection to form.                   15:02:06
 9       THE WITNESS:  I don't believe so.                15:02:09
10   BY MR. STRETCH:                                      15:02:10
11       Q   Okay.  And I think I asked you -- well, I    15:02:10
12   did ask you, but you don't recall ever speaking with 15:02:19
13   and you don't recall hearing the name Paul Dourish?  15:02:23
14   And I'll represent to you that he is Apple's expert  15:02:26
15   on the 893 patent being asserted in this case by     15:02:30
16   Apple against Samsung.                               15:02:35
17       A   I don't recall the name.                     15:02:37
18       Q   Okay.  Do you recall speaking with any       15:02:39
19   particular expert about the subject of your prior    15:02:41
20   art testimony?                                       15:02:46
21       A   I don't -- I'm not sure who is designated    15:02:53
22   as an expert or not I guess.                         15:02:56
23       Q   Okay.  Other than your attorneys, have you   15:03:00
24   spoken with anybody about the subject of your prior  15:03:01
25   art testimony?                                       15:03:03
```

24 (Pages 90 to 93)

Page 94

| | | |
|---|---|---|
| 1 | A | I don't believe so.                     15:03:04 |
| 2 | Q | Okay. What's your understanding of the   15:03:06 |
| 3 | | relevance to this case of a 2003 iBook G3 configured   15:03:20 |
| 4 | | with an iSight video webcam and certain other   15:03:27 |
| 5 | | applications?                     15:03:33 |
| 6 | A | What was the -- could you repeat the   15:03:33 |
| 7 | | question?                     15:03:35 |
| 8 | Q | Do you have an understanding as to why   15:03:36 |
| 9 | | you're being asked to testify about a 2003 iBook G3   15:03:39 |
| 10 | | that's configured with an iSight video camera along   15:03:46 |
| 11 | | with certain other applications?                     15:03:53 |
| 12 | A | I think so. I believe I do.                     15:04:00 |
| 13 | Q | Can you tell me what your understanding is?   15:04:04 |
| 14 | A | That it was prior art.                     15:04:06 |
| 15 | Q | Okay. All right. Now, is it your   15:04:09 |
| 16 | | understanding that Apple is relying on a 2003 iBook   15:04:23 |
| 17 | | G3 laptop with an iSight video webcam that ran Mac   15:04:28 |
| 18 | | OS 10.3 and included iChat, AV2, iPhoto 2 and   15:04:39 |
| 19 | | Preview 2.1.0?                     15:04:48 |
| 20 | A | What was the beginning part of that   15:04:50 |
| 21 | | question?                     15:04:53 |
| 22 | Q | Is that specific configuration that I just   15:04:54 |
| 23 | | laid out of the hardware and software what Apple is   15:04:59 |
| 24 | | relying on, in your understanding?                     15:05:03 |
| 25 | A | I'm not sure entirely what they're relying   15:05:05 |

Page 95

| | | |
|---|---|---|
| 1 | | on.                     15:05:07 |
| 2 | Q | All right. The -- all right. For   15:05:08 |
| 3 | | simplicity sake, let me just represent that the   15:05:20 |
| 4 | | iBook configuration that is in Dr. Dourish's report   15:05:22 |
| 5 | | is a 2003 iBook G3 with an 800 megahertz chip, an   15:05:33 |
| 6 | | iSight video webcam that ran Mac OS 10.3 Panther,   15:05:45 |
| 7 | | and included iChat AV2, iPhoto 2 and Preview 2.1.0.   15:05:51 |
| 8 | | I'm just -- you don't have to accept that, I'll just   15:05:59 |
| 9 | | represent to you that that's the specific   15:06:02 |
| 10 | | configuration Dr. Dourish argues anticipates or is   15:06:04 |
| 11 | | prior art to the 893 patent, okay?                     15:06:10 |
| 12 | A | Okay.                     15:06:15 |
| 13 | Q | All right. And so I'm just going to call   15:06:16 |
| 14 | | that "the iBook" for simplicity sake, okay.   15:06:22 |
| 15 | | Now, first of all, the Apple iBook was sold   15:06:37 |
| 16 | | separately from the iSight video cam; is that your   15:06:43 |
| 17 | | understanding?                     15:06:48 |
| 18 | A | I believe they came in separate boxes.                     15:06:55 |
| 19 | Q | Okay. You could buy one without the other?   15:06:57 |
| 20 | A | Yes, I believe so.                     15:07:00 |
| 21 | Q | Okay. And do you recall whether the 2003   15:07:01 |
| 22 | | iBook G3 came -- that was running OS 10.3 Panther   15:07:12 |
| 23 | | included iChat AV2?                     15:07:20 |
| 24 | A | I'm not sure.                     15:07:29 |
| 25 | Q | Do you recall whether it shipped with   15:07:30 |

Page 96

| | | |
|---|---|---|
| 1 | | iPhoto 2?                     15:07:31 |
| 2 | A | I'm not sure.                     15:07:33 |
| 3 | Q | Okay. And what about Preview 2.1.0?   15:07:34 |
| 4 | A | I'm not sure.                     15:07:40 |
| 5 | Q | Okay. Now, to be clear -- well, have you   15:07:41 |
| 6 | | ever used this particular configuration Dr. Dourish   15:07:53 |
| 7 | | is relying on?                     15:08:00 |
| 8 | A | What do you mean by used?                     15:08:02 |
| 9 | Q | Like sat down and taken photos with it.   15:08:03 |
| 10 | A | I'm not sure.                     15:08:06 |
| 11 | Q | Okay. So -- well, when you say you're not   15:08:08 |
| 12 | | sure, have you ever seen it?                     15:08:19 |
| 13 | A | I have seen an iBook before.                     15:08:21 |
| 14 | Q | Okay. Have you seen this particular iBook   15:08:23 |
| 15 | | that Dr. Dourish is relying on?                     15:08:27 |
| 16 | A | I'm not sure.                     15:08:33 |
| 17 | Q | Okay. What is it that you're unsure about?   15:08:34 |
| 18 | A | I'm not sure which one he's relying on.   15:08:43 |
| 19 | Q | Okay. Well, it's not your iBook that he's   15:08:49 |
| 20 | | relying on, is he? Do you have a personal iBook, a   15:08:51 |
| 21 | | personal 2003 iBook?                     15:08:56 |
| 22 | A | I do not.                     15:08:59 |
| 23 | Q | Okay. Did you, in the time frame in 2003,   15:08:59 |
| 24 | | have an iBook G3 configured in the manner that   15:09:11 |
| 25 | | Dr. Dourish is relying on?                     15:09:20 |

Page 97

| | | |
|---|---|---|
| 1 | A | In 2003 I did not have an iBook.                     15:09:23 |
| 2 | Q | When is the first time you used any iBook,   15:09:46 |
| 3 | | if you recall?                     15:09:49 |
| 4 | A | I don't recall.                     15:09:54 |
| 5 | Q | Okay. Did you ever personally own an iBook   15:09:55 |
| 6 | | G3?                     15:10:08 |
| 7 | A | I never purchased an iBook G3.                     15:10:09 |
| 8 | Q | Did you ever own one?                     15:10:12 |
| 9 | A | What do you mean by own?                     15:10:17 |
| 10 | Q | Have one. Be in possession of one.                     15:10:18 |
| 11 | A | I believe I was in possession of an iBook   15:10:23 |
| 12 | | from work, but I don't recall ever having used it.   15:10:28 |
| 13 | Q | And that would have been -- you started at   15:10:35 |
| 14 | | Apple in 2005?                     15:10:39 |
| 15 | A | I started full time in 2005.                     15:10:41 |
| 16 | Q | Okay. So it wouldn't have been any earlier   15:10:44 |
| 17 | | than 2005 that you first were in possession of an   15:10:46 |
| 18 | | iBook?                     15:10:53 |
| 19 | A | I was -- I don't recall being in possession   15:10:53 |
| 20 | | of an iBook before 2005.                     15:10:55 |
| 21 | Q | Okay. And do you recall ever using an   15:10:57 |
| 22 | | iBook prior to 2005?                     15:11:06 |
| 23 | A | I believe a roommate had an iBook. It's   15:11:10 |
| 24 | | possible I touched it once.                     15:11:14 |
| 25 | Q | Okay.                     15:11:15 |

25 (Pages 94 to 97)

Page 98

```
 1     A  I don't recall.                     15:11:16
 2     Q  Do you recall whether that iBook had an    15:11:18
 3  iSight -- well, do you recall when that was, first  15:11:22
 4  of all?                                   15:11:26
 5     A  The roommate was in 2004.           15:11:27
 6     Q  Okay.  And do you recall whether that iBook  15:11:31
 7  had an iSight video webcam attached to it?   15:11:38
 8     A  I don't recall.                     15:11:42
 9     Q  Okay.  So as you sit here today, your best  15:12:06
10  recollection is that prior to 2005, you may have   15:12:08
11  touched your roommate's iBook, but you don't recall  15:12:18
12  using it and you don't recall it having an iSight   15:12:24
13  video camera attached?                     15:12:28
14     A  I do not recall actively using that iBook  15:12:31
15  or whether or not it had an iSight camera attached.  15:12:34
16     Q  Okay.  So you said you were -- you received  15:12:38
17  an iBook, or you think you received an iBook from   15:12:49
18  Apple sometime after you started working there.  Did  15:12:52
19  you say you're not sure you ever used it?   15:12:59
20     A  I'm not sure I ever used it.        15:13:03
21     Q  Okay.  Is it also safe to say then that   15:13:05
22  you're not sure you've ever used an iBook with a   15:13:08
23  iSight video camera attached to it?        15:13:14
24     A  I don't recall using an iBook with an   15:13:18
25  iSight camera attached to it.              15:13:25
```

Page 99

```
 1     Q  Okay.  Do you -- do you know anybody -- or   15:13:27
 2  do you have any evidence that anybody used an iBook  15:13:47
 3  with an iSight video camera attached in the manner   15:13:52
 4  that Dr. Dourish is contending would invalidate   15:14:03
 5  Samsung's 893 patent?                      15:14:10
 6        MR. SOUTO:  Objection to form.       15:14:14
 7        THE WITNESS:  Could you repeat the   15:14:15
 8  question?                                  15:14:16
 9        MR. STRETCH:  Yeah, can you read that back  15:14:17
10  please?                                   15:14:37
11        (Record read as requested.)          15:14:38
12        THE WITNESS:  I'm not sure.          15:14:39
13  BY MR. STRETCH:                             15:14:40
14     Q  Well, when say you're not sure, do you   15:14:40
15  think you might, or you don't know?        15:14:43
16     A  I'm not sure how people used their   15:14:47
17  computers.                                15:14:49
18     Q  Okay.  As you sit here today, are you aware  15:14:49
19  of anyone -- anyone who had an iBook in the 2003 or  15:14:52
20  2004 time frame configured -- I'm sorry.  Strike   15:14:58
21  that.                                     15:15:07
22        As you sit here today, are you aware of   15:15:08
23  anyone who had a 2003 iBook with an iSight camera   15:15:10
24  attached who used that iBook in 2003 or 2004 in the  15:15:19
25  way Dr. Dourish suggests would invalidate Samsung's  15:15:32
```

Page 100

```
 1  893 patent?                               15:15:45
 2     A  I'm not sure I know what people did with   15:15:48
 3  their computers in 2003.                   15:15:51
 4     Q  Okay.  So, no?  I mean, I think -- I think  15:15:58
 5  we're on the same page here, but the answer is, you  15:16:02
 6  don't know what people are doing, so no, you're not  15:16:05
 7  aware of anybody who actually had a 2003 iBook with  15:16:09
 8  an iSight camera attached who used that camera in   15:16:13
 9  200- -- or used that iBook in 2003 and 2004 in the   15:16:17
10  way Dr. Dourish proposes?                  15:16:21
11        MR. SOUTO:  Objection to form.       15:16:24
12        THE WITNESS:  I'm not sure I know what   15:16:26
13  people were doing with their computers in 2003.   15:16:27
14  BY MR. STRETCH:                             15:16:31
15     Q  Okay.  Can you try and answer my question  15:16:31
16  yes or no?                                 15:16:35
17        MR. SOUTO:  Objection to form.  She's   15:16:37
18  answered your question.                    15:16:38
19        MR. STRETCH:  I don't -- respectfully,   15:16:39
20  Vick, I don't think so.  I mean, I just --   15:16:41
21        MR. SOUTO:  I respectfully -- whatever.   15:16:44
22        MR. STRETCH:  Right, let me try it one more  15:16:46
23  time.                                     15:16:47
24     Q  Can you point to any evidence that anybody  15:16:49
25  used the iBook and iSight camera and the other   15:16:52
```

Page 101

```
 1  programs configured in the way Dr. Dourish contends  15:16:59
 2  would invalidate Samsung's 893 patent before 2005?   15:17:05
 3     A  What kind of evidence --             15:17:12
 4     Q  Any evidence?                       15:17:14
 5     A  -- are you referring to?             15:17:15
 6     Q  Any.                                15:17:16
 7     A  I'm not sure.                        15:17:17
 8     Q  Okay.  Okay, so you do not know one way or   15:17:18
 9  the other whether anyone ever used an iBook   15:17:31
10  configured with and iSight camera in the 2003 and   15:17:35
11  2004 time frame?                           15:17:39
12     A  I'm not sure what people do with their   15:17:40
13  computers.                                15:17:42
14     Q  Okay.  Now, the iSight camera, would that   15:17:43
15  commonly be known as a peripheral?         15:17:51
16     A  I'm not sure what you mean by commonly   15:17:55
17  known.                                    15:17:57
18     Q  Well, do you think of it as a peripheral?   15:17:58
19     A  I don't normally use the word "peripheral"  15:18:09
20  I guess.                                  15:18:13
21     Q  All right.  Well, do you understand what I   15:18:15
22  mean when I use the word "peripheral," are you   15:18:16
23  familiar with that term, given your background in   15:18:19
24  electrical engineering and computer science and your  15:18:22
25  work at Apple?                             15:18:24
```

26 (Pages 98 to 101)

Page 102

```
 1        MR. SOUTO: Objection to form.         15:18:25
 2        THE WITNESS: Can you define what you mean   15:18:26
 3  by peripheral?                                    15:18:26
 4  BY MR. STRETCH:                                   15:18:26
 5     Q  Well, an add-on device that you might buy   15:18:26
 6  that works with a computer. So a camera, a printer,  15:18:30
 7  a USB hub, something of that nature that can be   15:18:38
 8  bought separately from the computer but works with  15:18:42
 9  the computer.                                     15:18:46
10     A  The iSight can be bought separately from   15:18:48
11  the iBook and works with the iBook.               15:18:53
12     Q  All right. Now, without the iSight camera  15:18:56
13  attached, do you know whether the iBook G3 had an  15:19:00
14  optical system?                                   15:19:09
15     A  I don't know.                              15:19:10
16     Q  Okay. Without the iSight camera attached,  15:19:11
17  do you know whether the iBook had a photo electric  15:19:21
18  conversion module?                                15:19:25
19     A  I don't know.                              15:19:28
20     Q  All right. And you don't personally recall 15:19:28
21  ever using any iBook to capture and store images? 15:19:31
22     A  I don't recall.                            15:19:35
23     Q  Okay. So then you don't recall switching   15:19:35
24  between iPhoto and an iSight camera at any time?  15:19:43
25     A  On an iBook G3?                            15:19:50
```

Page 103

```
 1     Q  Yes.                                       15:19:53
 2     A  I don't recall.                            15:19:54
 3     Q  Okay. So you don't recall whether on an    15:19:54
 4  iBook G3, switching between iPhoto and the iSight 15:20:03
 5  camera, that when returning to iPhoto, the user   15:20:10
 6  would be returned to the most recently captured   15:20:16
 7  image?                                            15:20:21
 8     A  I don't know.                              15:20:22
 9     Q  Okay. Do you recall whether any            15:20:22
10  additional steps were needed to import photos    15:20:29
11  captured with an iSight camera into iPhoto on the 15:20:35
12  iBook G3?                                        15:20:40
13     A  I don't know.                              15:20:41
14     Q  Okay. So just to be clear, you've not      15:20:42
15  actually tested the physical iBook that Dr. Dourish 15:20:59
16  has hooked up to an iSight video camera and      15:21:06
17  installed other software on for the purposes of this 15:21:13
18  case?                                            15:21:19
19        MR. SOUTO: Objection to form.              15:21:23
20        THE WITNESS: I'm not sure -- I'm not sure  15:21:25
21  which -- which iBook we're --                    15:21:28
22  BY MR. STRETCH:                                  15:21:32
23     Q  Okay, let me -- maybe I can make it easier. 15:21:32
24        Have you ever tested an iBook with a iSight 15:21:36
25  video camera attached?                           15:21:39
```

Page 104

```
 1        MR. SOUTO: Objection to form, asked and   15:21:41
 2  answered.                                        15:21:41
 3        THE WITNESS: What do you mean by tested?  15:21:44
 4  BY MR. STRETCH:                                  15:21:46
 5     Q  Used.                                     15:21:46
 6     A  I don't recall having used an iBook with an 15:21:52
 7  iSight camera attached.                          15:21:54
 8     Q  Ever?                                     15:21:55
 9     A  Can you -- I have touched an iBook with an 15:22:01
10  iSight camera attached. I wouldn't say I've used 15:22:09
11  it.                                              15:22:13
12     Q  Okay. And when was that?                  15:22:14
13     A  This morning.                             15:22:15
14     Q  Okay. And any time prior to that?         15:22:16
15     A  I don't recall having used an iBook with an 15:22:26
16  iSight camera.                                   15:22:28
17     Q  And other than touching it, did you do    15:22:30
18  anything else with that iBook this morning?     15:22:33
19     A  No.                                       15:22:38
20     Q  Okay. Other than with your attorneys, did 15:22:41
21  you discuss anything about that iBook with anybody? 15:22:43
22     A  Sorry, can you --                         15:22:49
23     Q  Yeah. So -- so I assume you saw the iBook, 15:22:52
24  you looked at it, you touched it. And I'm asking 15:22:55
25  other than with your attorneys, so aside from with 15:23:00
```

Page 105

```
 1  your attorneys, did you discuss anything about that 15:23:03
 2  iBook with anybody?                              15:23:06
 3     A  No.                                        15:23:08
 4     Q  Okay. Okay. So other than this morning,   15:23:10
 5  you don't believe that you've ever touched or used 15:23:30
 6  an iBook configured with an iSight video camera? 15:23:35
 7        MR. SOUTO: Objection --                   15:23:40
 8        THE WITNESS: I don't recall --            15:23:42
 9        MR. SOUTO: -- to form. You just need to   15:23:40
10  slow down.                                       15:23:41
11  BY MR. STRETCH:                                  15:23:43
12     Q  Or seen one being used?                   15:23:43
13        MR. SOUTO: Objection to form.             15:23:45
14        THE WITNESS: I don't recall having used an 15:23:52
15  iBook with an iSight camera attached.            15:23:54
16  BY MR. STRETCH:                                  15:23:56
17     Q  Or seen one being used?                   15:23:56
18     A  I don't recall seeing someone use an iBook 15:23:58
19  with an iSight camera attached.                  15:24:02
20     Q  Okay. Why did you look at the -- the iBook 15:24:04
21  this morning?                                    15:24:20
22     A  To see -- I looked at the iBook this      15:24:26
23  morning to see the serial number of the iBook.  15:24:30
24     Q  Okay. And what was the purpose of         15:24:33
25  obtaining the serial number?                     15:24:35
```

27 (Pages 102 to 105)

Page 106

```
 1        THE WITNESS: Can I answer that?          15:24:45
 2        MR. SOUTO: Yes.                          15:24:47
 3        THE WITNESS: Okay. I was looking at the  15:24:47
 4   serial number to match it against this -- another  15:24:49
 5   serial number, to make sure they were the same.    15:24:55
 6   BY MR. STRETCH:                              15:25:00
 7     Q  Okay. And what was the other serial number  15:25:00
 8   that you were matching it against?           15:25:02
 9        THE WITNESS: Can I answer this question?  15:25:11
10        MR. SOUTO: Yes. Please feel free to     15:25:12
11   answer questions unless I instruct you not to.  15:25:12
12        THE WITNESS: Okay. It was the serial    15:25:12
13   number in a document.                        15:25:14
14   BY MR. STRETCH:                              15:25:18
15     Q  Okay. What was the document?            15:25:18
16     A  It was a -- a financial document.       15:25:19
17     Q  Was it sales invoices?                  15:25:30
18     A  I believe it was an invoice receipt.    15:25:31
19     Q  Okay. All right, we may get to that.    15:25:33
20        Have you ever seen any documentation    15:25:52
21   that -- well, actually hang on for a second.  15:25:53
22        Have you seen any literature, user guides,  15:26:16
23   anything else, that describes the Apple devices  15:26:19
24   we've been discussing here today as having camera  15:26:24
25   and video modes?                             15:26:27
```

Page 107

```
 1        MR. SOUTO: Objection to form.           15:26:29
 2        THE WITNESS: Can you repeat the question?  15:26:32
 3   BY MR. STRETCH:                              15:26:33
 4     Q  Yeah. Have you ever seen any Apple      15:26:33
 5   documentation which describes the devices we've been  15:26:36
 6   discussing here today, the iPhones, the iPad, the  15:26:43
 7   iPod touches (4th Generation), as having camera  15:26:50
 8   and/or video modes?                          15:26:54
 9     A  I have not seen the Apple documentation for  15:26:57
10   the iPhones, iPads or iPod touches.          15:26:58
11     Q  You haven't seen any of that documentation?  15:27:04
12     A  I don't recall seeing it.               15:27:06
13     Q  Okay. Let me mark as -- why don't we do  15:27:36
14   Exhibit 1.                                   15:27:41
15        Well, that was the 30(b)(6).            15:27:51
16        (Deposition Exhibit 1 marked.)          15:27:52
17   BY MR. STRETCH:                              15:27:56
18     Q  And for the record, this has been       15:27:56
19   designated as Plaintiff -- and that's Apple in this  15:28:00
20   case, their Trial Exhibit No. 111, and you've been  15:28:04
21   identified as the sponsoring witness for this  15:28:09
22   document.                                    15:28:13
23        Have you seen this before?              15:28:19
24     A  I've seen a document that looks similar to  15:30:21
25   this before.                                 15:30:23
```

Page 108

```
 1     Q  You're just not sure if it was this     15:30:24
 2   document? I mean, obviously it wasn't this document  15:30:28
 3   because I had this in my office. But when you say  15:30:30
 4   similar to it, do you believe you saw a copy of the  15:30:31
 5   same document, or a different document that is  15:30:34
 6   similar?                                     15:30:38
 7     A  I believe this looks like a copy of a   15:30:40
 8   document I saw earlier, but I don't have a   15:30:43
 9   photographic memory, so I'm not --           15:30:45
10     Q  Nor do I. When did you first see the    15:30:48
11   document that you think this looks like?     15:30:51
12     A  I first saw the document this morning.  15:30:57
13     Q  Okay. And is this a document that contains  15:30:59
14   the serial number about which you testified a few  15:31:02
15   moments ago that you were matching up off the -- the  15:31:08
16   physical iBook?                              15:31:12
17     A  This is the document that I was referring  15:31:14
18   to when I was -- when I said that I was matching the  15:31:16
19   serial number against the iBook.             15:31:21
20     Q  Okay. And were you able to match the    15:31:23
21   serial number?                               15:31:25
22     A  Yes, I was able to match the serial number.  15:31:26
23     Q  Okay. Now, do you -- first of all, do you  15:31:38
24   know how this document was assembled?        15:31:40
25     A  I believe I do.                         15:31:43
```

Page 109

```
 1     Q  How?                                    15:31:44
 2     A  I believe that someone in finance -- Apple  15:31:44
 3   finance assembled this document.             15:31:49
 4     Q  Okay. Did you ask them to do it?        15:31:52
 5     A  I did not ask them to do it.            15:31:56
 6     Q  Okay. Do you typically in your job deal  15:31:58
 7   with sales, invoices and receipts?           15:32:04
 8     A  I do not normally deal with sales, invoices  15:32:09
 9   or receipts in my day-to-day work.           15:32:11
10     Q  Okay. Have you ever dealt with sales,   15:32:15
11   invoices and receipts in your -- in the course of  15:32:17
12   your responsibilities?                       15:32:20
13     A  I don't recall ever having dealt with sales  15:32:21
14   or invoice receipts.                         15:32:23
15     Q  Okay. Okay. A couple more questions, then  15:32:25
16   we need to take a break and change the tape.  15:32:33
17        Does this document -- I understand that  15:32:40
18   this document contains the same serial number as the  15:32:44
19   iBook you looked at this morning. That's correct?  15:32:47
20     A  Yes, I believe so.                      15:32:52
21     Q  Okay. Does this document -- do the iSight  15:32:53
22   video cameras also have serial numbers?      15:33:01
23     A  Sorry, what was the question?           15:33:05
24     Q  Do iSight video cameras also have serial  15:33:07
25   numbers?                                     15:33:11
```

28 (Pages 106 to 109)

Page 110

```
 1    A  Yes.                                    15:33:11
 2    Q  Okay.  Did you attempt to -- does this  15:33:11
 3  document show iSight video sales?            15:33:15
 4    A  To the best of my knowledge this document  15:33:38
 5  shows iSight video -- iSight sales.          15:33:40
 6    Q  One last question.  Did you attempt to  15:33:43
 7  match up -- actually, you know what, we need to go  15:33:45
 8  off the record.                              15:33:48
 9       THE VIDEO OPERATOR:  Going off the record.  15:33:50
10  The time is 3:33 p.m.                        15:33:51
11       (Recess.)                               15:48:44
12       THE VIDEO OPERATOR:  Back on the record.  15:48:47
13  The time it 3:48 p.m.                        15:48:49
14  BY MR. STRETCH:                              15:48:52
15    Q  Ms. Kim, when we broke we were looking at  15:48:52
16  deposition Exhibit 1 which has been marked as  15:48:55
17  Apple's Trial Exhibit No. 111, and you had mentioned  15:48:59
18  that you had matched up serial number for the iBook  15:49:04
19  you saw this morning with a serial number in this  15:49:11
20  document.  Correct?                          15:49:15
21    A  I believe that is what I said.          15:49:18
22    Q  Okay.  Now, I also asked you about the sale  15:49:21
23  of iSight cameras, and I think just as we broke you  15:49:29
24  said that this document does reflect at least in  15:49:34
25  part the sale of iSight cameras.  My question is:  15:49:37
```

Page 111

```
 1  Did you attempt to link up whether any of the iSight  15:49:40
 2  camera sales in this document were sold to the same  15:49:52
 3  person or entity who bought the iBook G3?     15:49:57
 4    A  I'm sorry, could you repeat the question or  15:50:07
 5  have it read back?                            15:50:10
 6       MR. STRETCH:  Can you read that back?    15:50:11
 7       (Record read as requested.)              15:50:34
 8       THE WITNESS:  Are you referring to a    15:50:35
 9  specific iBook G3?                            15:50:36
10  BY MR. STRETCH:                              15:50:40
11    Q  Yeah, the iBook that Dr. Dourish is relying  15:50:40
12  on that you saw this morning had a serial number on  15:50:43
13  it, you told me the serial number is in this  15:50:46
14  document somewhere.  And my question is:  Were you  15:50:49
15  able to link the sale of an iSight camera to that  15:50:53
16  same purchaser?                               15:50:57
17    A  I'm not sure.                            15:51:10
18    Q  Did you try to do that?                  15:51:10
19    A  No.                                      15:51:15
20    Q  Now, in fact, you weren't involved in    15:51:15
21  preparing this document, were you?           15:51:16
22    A  I did not prepare this document.         15:51:17
23    Q  And, in fact, isn't in a compendium of a  15:51:20
24  number of different documents?  The first three  15:51:24
25  pages, four pages are an invoice receipt, right, if  15:51:26
```

Page 112

```
 1  you look through it?  And then do you recognize what  15:51:32
 2  is at Page 5?  It's marked at the top Plaintiff's  15:51:35
 3  Exhibit 111.5.  Do you know what this document is?  15:51:39
 4    A  I'm sorry, you're referring to 111.5?    15:51:49
 5    Q  Yes.                                     15:51:52
 6       MR. SOUTO:  Objection to form.          15:51:53
 7       THE WITNESS:  It is my understanding this  15:51:53
 8  is a document related to customer service for an  15:51:55
 9  iBook.                                        15:51:57
10  BY MR. STRETCH:                              15:51:58
11    Q  Okay.  And then -- then there's another  15:51:58
12  invoice receipt for an iSight camera at 111.7, and  15:52:01
13  then there are some documents which show release  15:52:10
14  dates along with other information starting at  15:52:16
15  111.8, and then revenue information in the back.  15:52:28
16       So, in fact -- and I understand you just  15:52:31
17  saw this for the first time this morning, but this  15:52:35
18  is a compendium of a number of different documents,  15:52:38
19  isn't it?                                     15:52:43
20    A  This appears to be different documents,  15:52:43
21  yes.                                          15:52:45
22    Q  Okay.  Now, to be clear, looking at the  15:52:46
23  first page of Trial Exhibit 111, it's dated July  15:52:54
24  17th, 2003.  Do you see that as the invoice date  15:52:59
25  near the top?                                 15:53:06
```

Page 113

```
 1    A  Yes.                                     15:53:07
 2    Q  So that is at least two years or so before  15:53:11
 3  you joined Apple, right?                     15:53:13
 4    A  That date is before I joined Apple.      15:53:15
 5    Q  Okay.  And you were not involved in      15:53:17
 6  preparing this compendium of documents, were you?  15:53:24
 7    A  I did not prepare this document.         15:53:32
 8    Q  Okay.  And you don't handle or deal with  15:53:34
 9  financial documents or sales documents as part of  15:53:39
10  your responsibilities at Apple?              15:53:45
11    A  I do not deal with financial documents as  15:53:47
12  part of my responsibilities at Apple.        15:53:50
13    Q  All right.  And the very first time you saw  15:53:52
14  this was -- this being Trial Exhibit 111, was this  15:53:55
15  morning; is that right?                      15:53:59
16    A  Yes.                                     15:54:02
17    Q  Okay.  And -- okay.  And other than the  15:54:02
18  serial number matching the iBook that you saw this  15:54:22
19  morning to the serial number for one of the iBooks  15:54:32
20  referenced in this document, you haven't attempted  15:54:39
21  to link up any other serial numbers for any other  15:54:42
22  iBooks, have you?                             15:54:51
23    A  I did not look up the serial numbers of any  15:54:53
24  other iBooks.                                 15:54:55
25    Q  Okay.  And you did not attempt to determine  15:54:58
```

Page 114

1  whether the same purchaser of the iBook also        15:55:02
2  purchased an iSight camera?                         15:55:05
3      A   I did not attempt to determine that this    15:55:09
4  morning.                                            15:55:13
5      Q   Okay.  Okay.  Prior to this morning?        15:55:13
6      A   Not prior to this morning either.           15:55:16
7      Q   Okay.  So you've never attempted to do      15:55:18
8  that?                                               15:55:21
9      A   No.                                         15:55:21
10     Q   Okay.  And do you have an understanding one 15:55:21
11 way or another whether this document reflects the   15:55:26
12 purchase of an iSight camera by the same customer or 15:55:33
13 entity that purchased the iBook that you saw this   15:55:38
14 morning?                                            15:55:40
15     A   I'm sorry, could you repeat the question?   15:55:40
16     Q   Yeah.  Do you have any understanding as to  15:55:42
17 whether anything in this document reflects the      15:55:45
18 purchase of an iSight video camera by the same      15:55:53
19 person or entity who purchased the G3 iBook that you 15:55:57
20 looked at this morning?                             15:56:04
21     A   I'm not sure.                               15:56:05
22         MR. STRETCH:  Okay, let me mark as          15:56:07
23 Deposition Exhibit 2.                               15:56:19
24         (Deposition Exhibit 2 marked.)              15:56:30
25 BY MR. STRETCH:                                     15:56:30

Page 115

1      Q   And while you're looking through that --    15:56:30
2  take your time, I'm not going to have a lot of      15:56:32
3  questions about it, but for the record, you're also 15:56:36
4  identified as a sponsoring witness for this on      15:56:39
5  Apple's exhibit list, and this is Plaintiff's Trial 15:56:43
6  Exhibit No. 110.  The Bate number is                15:56:49
7  APLNDC-WH-A00000000 -- I think that that's nine     15:56:52
8  zeroes 1 through 266.                               15:57:11
9          And while we're at it let me give you the   15:57:12
10 Bate number for what we looked at as Exhibit 1,     15:57:17
11 which is also Plaintiff's Trial Exhibit No. 111.    15:57:20
12 That is APLNDC-WH-A0000024834 through 845.          15:57:25
13     Q   Have you had a chance to just quickly thumb 15:58:51
14 through that?                                       15:58:54
15     A   Yes.                                        15:58:55
16     Q   And have you seen this document before?     15:58:56
17     A   I've seen a document similar to this        15:58:59
18 before.                                             15:59:01
19     Q   Okay.  And again, when you say, "similar    15:59:01
20 to," obviously you didn't see this document, but do 15:59:05
21 you believe you saw a copy of the same document?    15:59:11
22     A   It appears to be a copy of the same         15:59:13
23 document.                                           15:59:15
24     Q   Okay.  And when did you first see it?       15:59:16
25     A   I first saw it this morning.                15:59:17

Page 116

1      Q   Okay.  And what is your understanding of    15:59:20
2  what this document is?                              15:59:22
3      A   It is my understanding that this document   15:59:24
4  is a schematic.                                     15:59:26
5      Q   A schematic of what?                        15:59:29
6      A   It is my understanding that this document   15:59:31
7  contains the schematic for an iBook and an iSight.  15:59:33
8      Q   Okay.  And had you ever seen these          15:59:38
9  schematics before this morning?                     15:59:47
10     A   No.                                         15:59:51
11     Q   Okay.  And in the course of your            15:59:52
12 responsibilities at Apple, have you ever seen the   15:59:56
13 schematics of an iBook or an iSight before?         16:00:01
14     A   No.                                         16:00:05
15     Q   Okay.  Do you know who prepared this        16:00:06
16 document?                                           16:00:21
17     A   I believe I do.                             16:00:21
18     Q   Who's that?                                 16:00:23
19     A   I believe it was Adeline Yu.                16:00:23
20     Q   And can you spell that name, please?        16:00:27
21     A   I believe it's A-d-e-l-i-n-e, first name,   16:00:33
22 and Y-u, last name.                                 16:00:38
23     Q   Okay.  And I take it Ms. Yu is an Apple     16:00:39
24 employee?                                           16:00:47
25     A   Yes.                                        16:00:48

Page 117

1      Q   And what group does she work in?            16:00:48
2      A   I believe she works in Apple legal.         16:00:50
3      Q   Okay.  And did you ask her to prepare this  16:00:53
4  document?                                           16:01:02
5      A   No.                                         16:01:03
6      Q   Okay.  And do you have an understanding as  16:01:04
7  to how this document is relevant to Dr. Dourish's   16:01:15
8  argument that the iBook G3 configured with an iSight 16:01:24
9  video camera invalidates Samsung's 893 patent?      16:01:33
10     A   I'm not sure I know what he's -- what he's  16:01:42
11 saying.                                             16:01:46
12     Q   Okay.  Are there particular parts of this   16:01:47
13 document on which you intend to rely at trial?      16:02:07
14     A   I'm not sure.                               16:02:12
15     Q   Okay.  Do you know when Ms. Yu prepared     16:02:13
16 this document?                                      16:02:36
17     A   I don't believe I know when she prepared    16:02:37
18 this.                                               16:02:39
19     Q   Okay.  Okay, you can put that aside.        16:02:39
20         Mark as Deposition Exhibit 3.               16:03:24
21         (Deposition Exhibit 3 marked.)              16:03:34
22         MR. STRETCH:  For the record, it's a e-mail 16:03:35
23 from Matt Hoppa to apex-ui-builds, Bate number is   16:03:46
24 APLNDC-WH0000258378 through 79.                     16:03:59
25     Q   Do you believe you've ever seen this        16:04:10

```
                                          Page 142
 1          Penalty of Perjury
 2
 3
 4      I, EMILIE KIM, do hereby declare under penalty
 5  of perjury that I have read the foregoing
 6  transcript; that I have made any corrections as
 7  appear noted, in ink, initialed by me, or attached
 8  hereto; that my testimony as contained herein, as
 9  corrected, is true and correct.
10      EXECUTED this _____ day of _____,
11  201___, at _____, _____.
              (City)            (State)
12
13
14         _____
               EMILIE KIM
15
16
17
18
19
20
21
22
23
24
25
```

```
                                          Page 143
 1  STATE OF CALIFORNIA )
 2           : ss
 3  COUNTY OF SAN MATEO )
 4
 5      I, the undersigned, a Certified Shorthand
 6  Reporter of the State of California, do hereby
 7  certify:
 8      That the foregoing proceedings were taken
 9  before me at the time and place herein set forth;
10  that any witnesses in the foregoing proceedings,
11  prior to testifying, were placed under oath; that a
12  verbatim record of the proceedings was made by me
13  using machine shorthand which was thereafter
14  transcribed under my direction; further, that the
15  foregoing is an accurate transcription thereof.
16      I further certify that I am neither
17  financially interested in the action nor a relative
18  or employee of any attorney of any of the parties.
19      IN WITNESS WHEREOF, I have hereunto set my
20  hand and affixed my signature this 20th day of
21  July, 2012.
22
23         _____
24             THERESA A. DARNELL
25             CSR NO. 9966
```

37 (Pages 142 to 143)

Veritext National Deposition & Litigation Services
866 299-5127

bf20318e-1faf-4ff7-989f-b57f9c9bf9ed