UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| )  Plaintiff and Counterdefendant, ) | |
| v. ) | ORDER REGARDING |
| ) | MISCELLANEOUS ISSUES |
| SAMSUNG ELECTRONICS CO., LTD., A ) Korean corporation; SAMSUNG ) ELECTRONICS AMERICA, INC., a New York ) corporation; SAMSUNG ) TELECOMMUNICATIONS AMERICA, LLC, ) a Delaware limited liability company, ) ) Defendants and Counterclaimants. ) | |

The Court made the following rulings on the record at trial:

- The Court approved Apple's redacted exhibits PX67, PX76 and DX630.  *See* ECF No. 1726.

- The sequence of closing arguments will follow the sequence of the parties' presentations at trial.

**IT IS SO ORDERED.**

Dated: August 14, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING MISCELLANEOUS ISSUES