1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

12                    Plaintiff,                    **JOINT SUBMISSION OF**
                                                    **ADMITTED EXHIBITS THROUGH**
13          vs.                                     **AUGUST 13, 2012**

14   SAMSUNG ELECTRONICS CO., LTD., a
15   Korean business entity; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
16   York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA,
17   LLC, a Delaware limited liability company,

18                    Defendants.

19

20

21

22

23

24

25

26

27

28

1        The parties submit herewith as Exhibit A their joint list of admitted exhibits through

2   August 13, 2012.

3        Samsung did not interpret the Court's order as requiring that limitations that have not been

4   given to the jury should be included in the list of admitted exhibits and therefore objects to their

5   inclusion. Samsung continues to reserve all rights with respect to the 035 model.

6        Apple understood that all limiting orders should be tracked.

7

8   Dated: August 15, 2012                HAROLD J. MCELHINNY (CA SBN 66781)
                                          hmcelhinny@mofo.com
9                                         MICHAEL A. JACOBS (CA SBN 111664)
                                          mjacobs@mofo.com
10                                        RACHEL KREVANS (CA SBN 116421)
                                          rkrevans@mofo.com
11                                        JASON R. BARTLETT (CA SBN 214530)
                                          jasonbartlett@mofo.com
12                                        MORRISON & FOERSTER LLP
                                          425 Market Street
13                                        San Francisco, California  94105-2482
                                          Telephone:  (415) 268-7000
14                                        Facsimile:  (415) 268-7522

15                                        WILLIAM F. LEE
                                          william.lee@wilmerhale.com
16                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
17                                        60 State Street
                                          Boston, MA 02109
18                                        Telephone: (617) 526-6000
                                          Facsimile: (617) 526-5000
19
                                          MARK D. SELWYN (SBN 244180)
20                                        mark.selwyn@wilmerhale.com
                                          WILMER CUTLER PICKERING
21                                        HALE AND DORR LLP
                                          950 Page Mill Road
22                                        Palo Alto, California 94304
                                          Telephone: (650) 858-6000
23                                        Facsimile: (650) 858-6100

24

25                                        By:    /s/ Jason R. Bartlett
                                                 Jason R. Bartlett
26
                                          Attorneys for Plaintiff and Counterclaim-
27                                        Defendant
                                          APPLE INC.
28

1  Dated: August 15, 2012                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
2                                            Charles K. Verhoeven (Cal. Bar No. 170151)
                                             charlesverhoeven@quinnemanuel.com
3                                            50 California Street, 22nd Floor
                                             San Francisco, California 94111
4                                            Telephone: (415) 875-6600
                                             Facsimile: (415) 875-6700
5
                                             Kevin P.B. Johnson (Cal. Bar No. 177129)
6                                            kevinjohnson@quinnemanuel.com
                                             Victoria F. Maroulis (Cal. Bar No. 202603)
7                                            victoriamaroulis@quinnemanuel.com
                                             555 Twin Dolphin Drive 5th Floor
8                                            Redwood Shores, California 94065
                                             Telephone: (650) 801-5000
9                                            Facsimile: (650) 801-5100

10                                           Michael T. Zeller (Cal. Bar No. 196417)
                                             michaelzeller@quinnemanuel.com
11                                           865 S. Figueroa St., 10th Floor
                                             Los Angeles, California 90017
12                                           Telephone: (213) 443-3000
                                             Facsimile: (213) 443-3100
13

14
                                             By:    /s/ Victoria Maroulis
15                                                   Victoria Maroulis

16                                                   Attorneys for Defendants and
                                                     Counterclaim-Plaintiffs
17                                                   SAMSUNG ELECTRONICS CO.,
                                                     LTD., SAMSUNG ELECTRONICS
18                                                   AMERICA, INC. and SAMSUNG
                                                     TELECOMMUNICATIONS
19                                                   AMERICA, LLC

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Jason R. Bartlett.


*/s/ Victoria Maroulis*

***Apple, Inc. v Samsung et al.,***

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 3 | Apple and Samsung Smartphones | 8/6/2012 | |
| PX | 4 | Apple and Samsung Tablets | 8/6/2012 | |
| PX | 5 | Summary of Press Reports Regarding Samsung Tablet Designs | 8/7/2012 | OVERRULED. AS LONG AS A LIMITING INSTRUCTION IS THAT THEY'RE NOT OFFERED AND THEY SHOULD NOT BE CONSIDERED, THE CONTENTS SHOULD NOT BE CONSIDERED FOR THE TRUTH, THEY'RE  ADMITTED. THE OBJECTION'S OVERRULED. (1524:22-1525:1)<br><br>These exhibits are not offered for the truth of the matter asserted and therefore are not hearsay.  Dkt. 1512 at 2:16. |
| PX | 6 | Summary of Press Reports Regarding Samsung Phone Designs | 8/7/2012 | OVERRULED. AS LONG AS A LIMITING INSTRUCTION IS THAT THEY'RE NOT OFFERED AND THEY SHOULD NOT BE CONSIDERED, THE CONTENTS SHOULD NOT BE CONSIDERED FOR THE TRUTH, THEY'RE  ADMITTED. THE OBJECTION'S OVERRULED. (1524:22-1525:1)<br><br>These exhibits are not offered for the truth of the matter asserted and therefore are not hearsay.  Dkt. 1512 at 2:16. |
| PX | 7 | Photographs of accused Samsung devices | 8/6/2012 | |
| PX | 8 | Photographs of Apple products | 8/6/2012 | |
| PX | 10 | Design alternatives considered by Peter Bressler | 8/6/2012 | |
| PX | 11 | iPhone and iPad Advertisements | 8/3/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 12 | iPhone Television Advertisements | 8/3/2012 | "[T]he advertisements and television programs are not being offered to prove the truth of the matter asserted, but rather are offered to establish fame, an element of the trade dress claim." Dkt. 1512 at 4:4-5. |
| PX | 13 | iPad Television Advertisements | 8/3/2012 | "[T]he advertisements and television programs are not being offered to prove the truth of the matter asserted, but rather are offered to establish fame, an element of the trade dress claim." Dkt. 1512 at 4:4-5. |
| PX | 14 | iPhone & iPad Media Clips | 8/3/2012 | "[T]he advertisements and television programs are not being offered to prove the truth of the matter asserted, but rather are offered to establish fame, an element of the trade dress claim." Dkt. 1512 at 4:4-5. |
| PX | 15 | Apple's Sales of iPhone and iPad | 8/3/2012 | |
| PX | 16 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |
| PX | 17 | Summary of iPhone and iPad News Coverage | 8/3/2012 | SO THIS IS ADMITTED AND YOU ARE NOT TO CONSIDER THIS FOR THE TRUTH OF WHAT'S ASSERTED IN THIS EXHIBIT.  YOU CAN CONSIDER IT OTHERWISE.  (605:10-13)<br><br>"[T]hese exhibits are not being offered to prove the truth of the matter asserted, but rather are being used to establish fame." Dkt. 1512 at 8-9. |
| PX | 21A | Screen captures considered by S. Kare | 8/7/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| **PX** | **23** | Summary of Hal Poret's Secondary Meanings Surveys | **8/7/2012** | NOW, AS FOR PX 23, AND PX 30.2, AND 30.5, THE 30.2 WAS THE QUESTION THAT WAS ASKED IN THE SURVEY, 30.5 -- OH, THROUGH 30.5. SO THOSE WERE ACTUALLY THE SURVEY RESULTS AND THE QUESTIONS THAT WERE ASKED IN THE SURVEY, AS WELL AS PX 23, WHICH IS ALL OF THOSE COPIES OF THE PHONES AND THE TABLETS THAT WERE ACTUALLY USED IN THE SURVEY, BOTH AS CONTROL AND OTHERWISE, YOU MAY CONSIDER THIS SURVEY AS EVIDENCE THAT APPLE DESIGNS HAVE ACQUIRED SECONDARY MEANING, BUT YOU MAY NOT CONSIDER THE SURVEY AS EVIDENCE THAT THE APPLE DESIGNS ARE FAMOUS.  (1591:9-21)<br><br>"Accordingly, the jury may not apply the Poret survey findings to the issue of fame.  The Court will issue a limiting instruction that the jury may consider the Poret survey as evidence that the Apple designs have acquired secondary meaning, but the jury may not consider the Poret survey as evidence that the Apple designs are famous."  Dkt. 1596 at 3:19-21. |
| **PX** | **24** | Summary of Kent Van Liere's Association/Confusion Surveys: photos and placeholder for videos | **8/10/2012** | |
| **PX** | **24.5** | Summary of Kent Van Liere's Association/Confusion Surveys:  video shown to survey respondents featuring Galaxy Tab | **8/10/2012** | |
| **PX** | **24.6** | Summary of Kent Van Liere's Association/Confusion Surveys:  control v ideo | **8/10/2012** | |
| **PX** | **25A.1** | Summary of Apple's damages calculations | **8/13/2012** | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 28 | Summary of Samsung's fixed, variable, and non-product costs | 8/13/2012 | |
| PX | 30 | Summary of survey conducted by J. Hauser | 8/10/2012 | |
| PX | 31 | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 [UNDER SEAL] | 8/10/2012 | |
| PX | 33 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |
| PX | 34 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | 8/13/2012 | |
| PX | 36 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | 8/7/2012 | |
| PX | 38 | Presentation: Browser Zooming Methods UX Exploration Study | 8/10/2012 | |
| PX | 40 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | 8/6/2012 | |
| PX | 44 | Relative Evaluation Report on S1, iPhone, March 2, 2010 Product Engineering Team SW Verification Group | 8/7/2012 | |
| PX | 46 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | 8/10/2012 | |
| PX | 52 | Presentation: Samsung's Use of Apple Patents in Smartphones | 8/10/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 54 | Presentation: Lessons from Apple Boston Consulting Group | 8/3/2012 | "The document is not offered for the truth of the matter asserted and therefore is not hearsay."  (Dkt. 1512 at 5:1) |
| PX | 56 | Presentation: Samsung  Q4 '10 Deep Dive | 8/7/2012 | |
| PX | 57 | Translation of selected pages from Presentation:  P5 Usability Evaluation Results S/W Verification Group 1 | 8/10/2012 | |
| PX | 58 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | 8/3/2012 | |
| PX | 59 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | 8/6/2012 | |
| PX | 60 | Presentation: STA Competitive Situation Paradigm Shift | 8/3/2012 | |
| PX | 62 | Presentation:  iPhone 5 Counter Strategy | 8/3/2012 | "PX62 was not identified in response to Samsung's contention Interrogatory No. 7 regarding willfulness, and therefore may not be used for this purpose.  Apple may use this exhibit for other purposes, subject to further FRE 403 balancing."  (Dkt. 1563 5:23-25) |
| PX | 64 | Video of Samsung infringement of '381 patent | 8/10/2012 | |
| PX | 66A | Video of Samsung infringement of '915 patent: Samsung Galaxy Tab 10.1 prepared by Singh | 8/10/2012 | |
| PX | 66B | Video of Samsung infringement of '915 patent: Samsung Vibrant phone prepared by Singh | 8/10/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 69 | 2011 Wireless Smartphone Satisfatction Sture Management Report, March 2011 [Exhibit 1594 to Benner Deposition] | 8/13/2012 | |
| PX | 89 | Presentation: Samsung Q1 '11 Deep Dive Continuous Tracking (5/16/08 - 04/03/11) [Exhibit 1603 to Benner Desposition] | 8/13/2012 | SO EXHIBIT 89, WHICH IS THE DEEP DIVE DOCUMENT, MAY ONLY BE CONSIDERED FOR PURPOSES OF SHOWING INTENT, WILLFULNESS, AND KNOWLEDGE AND NOT FOR ANY OTHER PURPOSE. (2027:18-21). |
| PX | 127 | How To TV ad for original iPhone | 8/3/2012 | |
| PX | 128 | iPad Is Iconic TV ad for first-generation iPad | 8/3/2012 | |
| PX | 133 | "Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007 | 8/3/2012 | IT'S ADMITTED, AND THIS IS NOT FOR THE TRUTH OF WHAT IS STATED IN THE ARTICLE.  YOU MAY CONSIDER IT OTHERWISE. (601:22-23; 602:3-4)  "These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles.  These exhibits are being offered to show fame."  (Dkt. 1512 at 4:19-20) |
| PX | 134 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal, June 27, 2007 | 8/3/2012 | SO THIS IS ADMITTED, BUT YOU ARE NOT TO CONSIDER THE CONTENTS OF THIS EXHIBIT FOR THEIR TRUTH.  YOU CAN CONSIDER IT OTHERWISE.  (606:21-24)  "These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles.  These exhibits are being offered to show fame."  Dkt. 1512 at 4:19-20. |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 135 | "Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover) | 8/3/2012 | THIS IS ADMITTED, BUT YOU'RE NOT TO CONSIDER IT FOR THE TRUTH OF WHAT'S ASSERTED IN THIS EXHIBIT. YOU MAY CONSIDER IT OTHERWISE.  (608:8-11)<br><br>"These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles.  These exhibits are being offered to show fame."  Dkt. 1512 at 4:19-20. |
| PX | 138 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, The Wall Street Journal, January 25, 2010 | 8/3/2012 | YOU CANNOT CONSIDER THIS FOR THE TRUTH OF WHAT'S IN THE ARTICLE, BUT YOU CAN CONSIDER IT OTHERWISE. (619:16-18)<br><br>"These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles.  These exhibits are being offered to show fame."  Dkt. 1512 at 4:19-20. |
| PX | 140 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, USA Today, April 2, 2010 | 8/3/2012 | YOU CANNOT CONSIDER THIS EXHIBIT FOR THE TRUTH OF WHAT'S STATED IN THE EXHIBIT, BUT YOU CAN CONSIDER IT OTHERWISE.  (622:24-623:2)<br><br>"These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles.  These exhibits are being offered to show fame."  Dkt. 1512 at 4:19-20. |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
Admitted Exhibit List

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 141 | "Laptop Killer?  Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010 | 8/3/2012 | YOU CANNOT  CONSIDER THIS EXHIBIT FOR THE TRUTH OF WHAT'S STATED IN THE ARTICLE, BUT YOU CAN CONSIDER IT OTHERWISE.  (621:24-622:2)<br><br>These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles.  These exhibits are being offered to show fame.  Dkt. 1512 at 4:19-20. |
| PX | 142 | "Patent Office Highlights Jobs's Innovations," New York Times | 8/3/2012 | SO YOU CANNOT CONSIDER THIS EXHIBIT FOR THE TRUTH OF WHAT'S ASSERTED IN THE ARTICLE ITSELF, BUT YOU CAN CONSIDER IT OTHERWISE.  (610:1-4)<br><br>"Neither the exhibit nor the demonstrative is hearsay because it is not being offered to prove the truth of the matter asserted. " Dkt. 1563 at 5:13-14. |
| PX | 143 | iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 144 | iPhone Buyer Survey, FY11-Q1 | 8/3/2012 | |
| PX | 145 | iPhone Buyer Survey, FY11-Q2 | 8/3/2012 | |
| PX | 146 | iPhone Buyer Survey, FY11-Q3 | 8/3/2012 | |
| PX | 158A | Demonstrative Research | 8/7/2012 | |
| PX | 162 | iPhone CAD | 7/31/2012 | |
| PX | 163 | Sketch of Phone | 7/31/2012 | |
| PX | 164 | Phone CAD | 7/31/2012 | |
| PX | 165 | Phone model 1017 | 7/31/2012 | |
| PX | 166 | Phone model 1015 | 7/31/2012 | |
| PX | 167 | Phone model 956 | 7/31/2012 | |
| PX | 168 | Phone model 961 | 7/31/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 170 | Tablet model 1202 | 7/31/2012 | |
| PX | 171 | Tablet model 874 | 7/31/2012 | |
| PX | 173 | "Samsung Galaxy Tab 10.1 Wi-Fi: A Worthy Rival to the iPad 2," by Melissa J. Perenson; PCWorld, June 8, 2011 | 8/6/2012 | THIS IS NOT OFFERED FOR THE TRUTH OF WHAT'S IN THE ACTUAL ARTICLE, BUT YOU CAN CONSIDER IT FOR OTHER PURPOSES.  (1080:15-18) |
| PX | 174 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | 8/6/2012 | Not admitted for the truth of the matter asserted.  (1076:2-3) |
| PX | 194 | Email from Sungsik Lee dated March 2, 2010 | 8/13/2012 | |
| DX | 511 | Japanese design patent JP D1241638 ("JP638") | 8/6/2012 | |
| DX | 518 | Video of LaunchTile running on an HP iPAQ device that was shown by Bederson at the CHI Conference and HP iPAQ device running LaunchTile | 8/13/2012 | |
| DX | 526 | Samsung F700 [Physical Device] | 8/6/2012 | THIS EXHIBIT, WHICH IS DX 526, CAN ONLY BE CONSIDERED FOR ALTERNATIVE DESIGN AND FUNCTIONALITY PURPOSES. IT CAN'T BE CONSIDERED FOR INVALIDITY PURPOSES OR OBVIOUSNESS.  (1084:1-4) |
| DX | 528 | XNav sourcecode | 8/13/2012 | |
| DX | 546 | Bederson et al.: Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics | 8/13/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| DX | 572.003 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 572.004 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 572.077 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 572.082 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 578 | April 14, 2010 Apple internal email chain and meeting agenda; subject line: "iPhone | 8/3/2012 | |
| DX | 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | 8/10/2012 | YOU MAY NOT CONSIDER THIS EVIDENCE TO PROVE OR DISPROVE THE VALIDITY OR INVALIDITY OF THE CLAIM OR THE AMOUNT OF THE DISPUTED CLAIM.  HOWEVER, YOU MAY CONSIDER THIS EVIDENCE FOR SOME OTHER PURPOSE, FOR EXAMPLE, WHETHER OR NOT SAMSUNG LACKED NOTICE OF APPLE'S INFRINGEMENT CLAIMS. (1969:15-22) |
| DX | 592 | ComTech United States Report Q410 | 8/3/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| DX | 655.002 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: TableCloth source code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; Screenshot of Diamond Touch-Flash Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm TableCloth screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 (Trac decl. Ex. 25) and MERL DiamondTouch Table with Tablecloth files | 8/14/2012 ID as 699.002 | |
| DX | 661 | MERL DiamondTouch Price List and Terms and Conditions of Sale dated 10/25/05 [Exhibit 2 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |
| DX | 662 | 12/12/2005 MERL DiamondTouch table and developers Kit Purchase Order [Exhibit 11 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |
| DX | 687 | Apple Email regarding competitor products | 7/31/2012 | |
| DX | 695 | 11/6/2003 email from Adam Bogue to Steve Hotelling re: DiamondTouch | 8/13/2012 | |
| DX | 696 | Forlines et al., "Experiences with an Observations of Direct-Touch Tabletops" [Bogue, Ex. 3] | 8/13/2012 | |
| DX | 713 | January 17, 2005 email from Alan Esenther to Chia Shen and Adam Bogue re: DTFlash on \\herc\diamondspace | 8/13/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| DX | 727 | KR30-0418547, N.B. Certified translation has unique bates range following original | 8/6/2012 | |
| DX | 728 | JP D1241383, N.B. Certified translation has unique bates range following original | 8/6/2012 | |
| DX | 740 | Apple's 035 Prototype Photos from D'889 File History | 7/31/2012 | The 035 proto may be used for impeachment purposes and non-infringement purposes.  However, it is only admissible for impeachment and non-infringement and may not be used to argue invalidity.  Dkt. 1519 at 2:21-22.<br><br>Apple's 035 model may not be used for non-infringement purposes.  (1218:12-1223:2) |
| DX | 741 | Apple's 035 Prototype with an authenticating stipulation of fact | 7/31/2012 | The 035 proto may be used for impeachment purposes and non-infringement purposes.  However, it is only admissible for impeachment and non-infringement and may not be used to argue invalidity.  Dkt. 1519 at 2:21-22.<br><br>Apple's 035 model may not be used for non-infringement purposes.  (1218:12-1223:2) |
| DX | 751A | Non-infringement  Video [Video]: Samsung Vibrant phone | 8/10/2012 | |
| JX | 1000 | iPhone | 7/31/2012 | |
| JX | 1001 | iPhone 3G | 7/31/2012 | |
| JX | 1002 | iPhone 3GS | 7/31/2012 | |
| JX | 1003 | iPhone4 | 7/31/2012 | |
| JX | 1004 | iPad | 7/31/2012 | |
| JX | 1005 | iPad2 | 7/31/2012 | |
| JX | 1007 | Galaxy S (i9000) | 8/3/2012 | |
| JX | 1009 | Intercept [Physical Device] | 8/10/2012 | |
| JX | 1010 | Galaxy S Vibrant [Physical Device] | 8/6/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| JX | 1011 | Galaxy S Captivate [Physical Device] | 8/6/2012 | |
| JX | 1012 | Galaxy S Epic 4G [Physical Device] | 8/6/2012 | |
| JX | 1013 | Galaxy S Fascinate [Physical Device] | 8/6/2012 | |
| JX | 1014 | Transform [Physical Device] | 8/10/2012 | |
| JX | 1015 | Galaxy S Mesmerize [Physical Device] | 8/6/2012 | |
| JX | 1016 | Galaxy S Continuum | 8/3/2012 | |
| JX | 1017 | Galaxy S Showcase 500 [Physical Device] | 8/6/2012 | |
| JX | 1019 | Galaxy S 4G | 8/3/2012 | |
| JX | 1020 | Gem [Physical Device] | 8/6/2012 | |
| JX | 1022 | Galaxy Prevail [Physical Device] | 8/6/2012 | |
| JX | 1023 | Nexus S 4G [Physical Device] | 8/10/2012 | |
| JX | 1024 | Replenish [Physical Device] | 8/10/2012 | |
| JX | 1025 | Droid Charge | 8/3/2012 | |
| JX | 1026 | Indulge [Physical Device] | 8/6/2012 | |
| JX | 1027 | Infuse 4G [Physical Device] | 8/3/2012 | |
| JX | 1028 | Exhibit 4G [Physical Device] | 8/10/2012 | |
| JX | 1030 | Galaxy Ace [Physical Device] | 8/6/2012 | |
| JX | 1031 | Galaxy S II (AT&T) [Physical Device] | 8/6/2012 | |
| JX | 1032 | Galaxy S II (i9100) [Physical Device] | 8/6/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| JX | 1033 | Galaxy S II (T-Mobile) [Physical Device] | 8/6/2012 | |
| JX | 1034 | Galaxy S II (Epic 4G Touch) [Physical Device] | 8/6/2012 | |
| JX | 1035 | Galaxy S II (Skyrocket) [Physical Device] | 8/6/2012 | |
| JX | 1036 | Galaxy Tab 7.0 [Physical Device] | 8/10/2012 | |
| JX | 1037 | Galaxy Tab 10.1 (WiFi) [Physical Device] | 8/6/2012 | |
| JX | 1038 | Galaxy Tab 10.1 (4G LTE) [Physical Device] | 8/6/2012 | |
| JX | 1039 | US Trademark Reg for iPhone | 8/7/2012 | |
| JX | 1040 | Certified copy of US D504,889, issued May 10,2005 | 7/31/2012 | However, pursuant to Judge Grewal's Order, this evidence may not be used to establish invalidity of the D'677 patent.  Apple shall prepare a limiting instruction.  Dkt. 1519 at 2:27. |
| JX | 1041 | Certified copy of US D593,087, issued May 26,2009 | 7/31/2012 | |
| JX | 1042 | Certified copy of US D604,305, issued November 17, 2009 | 8/7/2012 | |
| JX | 1043 | Certified copy of US D604,305, issued November 17,2009 | 7/31/2012 | |
| JX | 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | 8/10/2012 | |
| JX | 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | 8/10/2012 | |
| JX | 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | 8/3/2012 | |
| JX | 1091 | MacWorld 2007 Video | 8/3/2012 | |

***Apple, Inc. v Samsung et al.,***

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| JX | 1093 | LG Prada Phone | 8/3/2012 | FOR IMPEACHMENT OF MR. SCHILLER/NOT APPLICABLE TO OTHER WITNESSES:  SO THE LIMITING INSTRUCTION IS THAT THIS EXHIBIT, OR I GUESS THIS PHONE, IS ADMITTED, BUT IT IS NOT PRIOR ART FOR PURPOSES OF ANY INVALIDITY OF THE PATENTS. OKAY? SO YOU CAN CONSIDER IT.  (673:11-15) |
| JX | 1500 | STA's & SEA's US sales of accused products & Apple's sales & revenues of the accused products | 8/13/2012 | |
| PX | 2227 | 2005-08-25 Email from Bederson to John SanGiovanni re LAunchTiule source | 8/13/2012 | |
| PX | 2261 | Samsung Icon Design for 2011 | 8/14/2012 ID as 2267 | |
| DX | 2517 | Email 11-18-08 Haining Zhang to Isable-staff re: Competitive Analysis | 8/3/2012 | |
| DX | 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | 8/3/2012 | |
| DX | 2522 | Email 1-24-11 Eddy Cue to Tim Cook re: Why I Just Dumped the iPad (Hing:  Size Matters) | 8/3/2012 | |
| DX | 2524 | Email 10-5-05 Steve Jobs to Jony Ive, et al, re: =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-10_Bang_&_Olufsen_=93fas?= =?WINDOWS-252?Q?hionphone=94?= | 8/3/2012 | |
| DX | 2525 | Email 11-7-06 Tony Fadell to Steve Jobs, et al, re: Samsung Unveils New Communications Device (AP) | 8/3/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| DX | 2526 | Nook Color tablet [used by Van Liere as control for survey] | 8/10/2012 | ADMITTED WITH A LIMITING INSTRUCTION THAT IT'S ADMITTED SOLELY TO ASSESS MR. VAN LIERE'S SURVEY. IT'S ADMITTED.  (1722:4-7). |
| DX | 2528 | LG G2x [Physical Device] | 8/10/2012 | I'M GOING TO GIVE A LIMITING INSTRUCTION THAT THESE ARE TO BE CONSIDERED FOR THE PURPOSE OF EVALUATING HOW MR. PORET CHOSE HIS CONTROL DEVICES FOR THIS.  (1671:4-7) |
| DX | 2529 | Motorola Zoom tablet [Physical Device] | 8/10/2012 | THAT'S GOING TO BE ADMITTED WITH A LIMITING INSTRUCTION THAT THIS IS SOLELY FOR PURPOSES OF CHALLENGING MR. PORET'S STUDY. (1686:2-5) |
| DX | 2534 | Motorola Atrix F159 [Physical Device] | 8/10/2012 | I'M GOING TO GIVE A LIMITING INSTRUCTION THAT THESE ARE TO BE CONSIDERED FOR THE PURPOSE OF EVALUATING HOW MR. PORET CHOSE HIS CONTROL DEVICES FOR THIS.  (1671:4-7) |
| DX | 2538 | LG G-Slate tablet [Physical Device] | 8/10/2012 | |
| DX | 2557 | Video demonstrating two finger scrolling | 8/10/2012 | |
| | PDX 27.09 | Balakrishnan Demonstrative | 8/10/2012 | |
| | PDX 27.12 | Balakrishnan Demonstrative | 8/10/2012 | |
| | PDX 27.14 | Balakrishnan Demonstrative | 8/10/2012 | |
| | PDX 27.16 | Balakrishnan Demonstrative | 8/10/2012 | |
| | PDX 27.18 | Balakrishnan Demonstrative | 8/10/2012 | |
| | PDX 27.20 | Balakrishnan Demonstrative | 8/10/2012 | |
| | PDX 27.22 | Balakrishnan Demonstrative | 8/10/2012 | |
| | PDX 27.24 | Balakrishnan Demonstrative: video depicting frozen screen problem | 8/10/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

|  | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
|  | PDX 27.29 | Balakrishnan Demonstrative: Galaxy S II [STILLS OF VIDEO] | 8/10/2012 |  |
|  | PDX 27.30 | Balakrishnan Demonstrative: depiction of Element 6 of Claim 19 re: Galaxy S II [STILLS OF VIDEO] | 8/10/2012 |  |
|  | PDX 27.31 | Balakrishnan Demonstrative: Samsung Source Code [UNDER SEAL] | 8/10/2012 |  |
|  | PDX 27.33 | Balakrishnan Demonstrative | 8/10/2012 |  |
|  | PDX 27.34 | Balakrishnan Demonstrative | 8/10/2012 |  |
|  | PDX 27.35 | Balakrishnan Demonstrative | 8/10/2012 |  |
|  | PDX 27.36 | Balakrishnan Demonstrative | 8/10/2012 |  |
|  | PDX 27.37 | Balakrishnan Demonstrative | 8/10/2012 |  |
|  | PDX 27.38 | Balakrishnan Demonstrative | 8/10/2012 |  |
|  | PDX 27.39 | Balakrishnan Demonstrative | 8/10/2012 |  |
|  | PDX 29.04 | Singh Demonstrative: depicts '915 patent capability to re-position & re-size using iPhone 4 | 8/10/2012 |  |
|  | PDX 29.05 | Singh Demonstrative | 8/10/2012 |  |
|  | PDX 29.06 | Singh Demonstrative | 8/10/2012 |  |
|  | PDX 29.10 | Singh Demonstrative | 8/10/2012 |  |
|  | PDX 29.12 | Singh Demonstrative [UNDER SEAL] | 8/10/2012 |  |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| | **PDX 29.13** | Singh Demonstrative [UNDER SEAL] | **8/10/2012** | |
| | **PDX 29.14** | Singh Demonstrative [UNDER SEAL] | **8/10/2012** | |
| | **PDX 29.16** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.18** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.20** | Singh Demonstrative:  Galaxy S II-AT&T, Galaxy S II T-Mobile, Galaxy S II I9100, Galaxy T 4G | **8/10/2012** | |
| | **PDX 29.21** | Singh Demonstrative: Ace, Captivate, Continuum, Droid Charge, Epic 4G, and Exhibit 4G | **8/10/2012** | |
| | **PDX 29.22** | Singh Demonstrative:  Fascinate, Galaxy S I9000, Gem, Indulge, Infuse 4G, Intercept | **8/10/2012** | |
| | **PDX 29.23** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.24** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.25** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.26** | Singh Demonstrative:  iPhone 4 | **8/10/2012** | |
| | **PDX 29.27** | Singh Demonstrative:  Samsung Galaxy S II "practicing Claim 50" | **8/10/2012** | |
| | **PDX 29.28** | Singh Demonstrative: T-Mobile Galaxy S II practicing second tap | **8/10/2012** | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| | **PDX 29.30** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.32** | Singh Demonstrative: '163 Claim Element E  [UNDER SEAL] | **8/10/2012** | |
| | **PDX 29.34** | Singh Demonstrative [UNDER SEAL] | **8/10/2012** | |
| | **PDX 29.35** | Singh Demonstrative [UNDER SEAL] | **8/10/2012** | |
| | **PDX 29.36** | Singh Demonstrative: '163 Claim Elements F and G  [UNDER SEAL] | **8/10/2012** | |
| | **PDX 29.37** | Singh Demonstrative: '163 Claim Element H on Galaxy S II T-Mobile | **8/10/2012** | |
| | **PDX 29.39** | Singh Demonstrative:  '163 Claim Elements I and J | **8/10/2012** | |
| | **PDX 29.41** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.42** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.43** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.44** | Singh Demonstrative | **8/10/2012** | |
| | **PDX 29.45** | Singh Demonstrative:  Galaxy Tab 10.1 | **8/10/2012** | |
| | **PDX 41.1** | Benjamin Bederson Demonstrative | **8/13/2012** | |
| | **PDX 41.2** | Benjamin Bederson Demonstrative | **8/13/2012** | |
| | **SDX 3918.103** | Samsung Demonstrative re Balakrishnan [Video] | **8/10/2012** | |

***Apple, Inc. v Samsung et al.,***

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| | SDX 3918.104 | Samsung Demonstrative re Balakrishnan [Video]:  examples of "Hold Still" behavior in Exhibit 4G, Fascinate, Galaxy Prevail and Galaxy S I9000 | 8/10/2012 | |
| | SDX 3918.105 | Samsung Demonstrative re Balakrishnan [Video]:  depiction of "Hold Still" behavior | 8/10/2012 | |
| | SDX 3918.106 | Samsung Demonstrative re Balakrishnan [Video]:  depiction of "Hold Still" behavior in Nexus S 4G, Replenish, Vibrant | 8/10/2012 | |
| | SDX 3951.001 | Samsung Demonstratrives re Bederson | 8/13/2012 | |
| | SDX 3951.002 | Samsung Demonstratrives re Bederson | 8/13/2012 | |
| | SDX 3951.007 | Samsung Demonstratrives re Bederson | 8/13/2012 | |
| | SDX 3951.009 | Samsung Demonstratrives re Bederson | 8/13/2012 | |
| | SDX 3951.010 | Samsung Demonstratrives re Bederson | 8/13/2012 | |
| | SDX 3952.101 | Samsung Demonstratives re Bogue [Video] | 8/13/2012 | |
| | SDX 3952.102 | Samsung Demonstratives re Bogue [Video] | 8/13/2012 | |