[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 13, 2012** |

The parties submit herewith as Exhibit A their joint list of demonstrative exhibits published to the jury at trial through August 13, 2012.

Dated: August 14, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Jason R. Bartlett*<br>HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>RACHEL KREVANS<br>JENNIFER LEE TAYLOR<br>ALISON M. TUCHER<br>RICHARD S.J. HUNG<br>JASON R. BARTLETT<br><br>WILLIAM F. LEE<br>MARK D. SELWYN<br><br>Attorneys for APPLE INC. | By: */s/ Victoria F. Maroulis*<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>EDWARD DEFRANCO<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 13, 2012
CASE NO. 11-CV-01846-LHK
sf-3183350

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Submission of Demonstrative Exhibits Displayed to the Jury Through August 14, 2012. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: August 14, 2012                         */s/ Jason R. Bartlett*
                                                Jason R. Bartlett

JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 13, 2012
CASE NO. 11-CV-01846-LHK
sf-3183350

3

**_Apple, Inc. v Samsung Electronics Co., Ltd.,_**
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846-LHK

**Exhibit A: Published Demonstrative List**

| EXHIBIT NO. | WITNESS | PUBLISHED | LIMITING INSTRUCTION |
|---|---|---|---|
| N/A | Apple Opening Slides 1-108 | 7/31/2012 | |
| N/A | Samsung Opening Slides 3-4, 7-10, 22-26, 28, 30-31, 33-37, 41-43, 46-47, 50-54, 60-62, 66-67, 71-72, 74, 78, 80, 83-84, 86, 88, 89-92, 96-101, 105, 107, 109, 115-116, 118, 121, 123-125, 127-134, 137, 139, 144-148, 151, 153-155, 157 | 7/31/2012 | |
| PDX25 | Forstall | 8/3/2012 | |
| PDX1.1 | Schiller | 8/3/2012 | |
| PDX3 | Schiller | 8/3/2012 | |
| PDX5.1 | Schiller | 8/3/2012 | |
| PDX6.1 | Schiller | 8/3/2012 | |
| PDX7.1 | Schiller | 8/3/2012 | |
| PDX8.1 | Schiller | 8/3/2012 | |
| PDX9.1 | Schiller | 8/3/2012 | |
| PDX10.1 | Schiller | 8/3/2012 | |
| PDX10.2 | Schiller | 8/3/2012 | |
| PDX13.1 | Schiller | 8/3/2012 | |
| PDX16.1 | Schiller | 8/3/2012 | |
| SDX3557 | Schiller | 8/3/2012 | |
| SDX3561 | Schiller | 8/3/2012 | |
| PDX15 | Denison | 8/3/2012 | |
| SDX3586 | Denison | 8/3/2012 | |
| SDX3584 | Denison | 8/6/2012 | |
| SDX3585 | Denison | 8/6/2012 | |
| PDX26.1 | Bressler | 8/6/2012 | |
| PDX26.4 | Bressler | 8/6/2012 | |
| SDX3750 | Bressler | 8/6/2012 | |
| SDX3753 | Bressler | 8/6/2012 | |
| SDX3755 | Bressler | 8/6/2012 | |
| SDX3758 | Bressler | 8/6/2012 | |
| SDX3759 | Bressler | 8/6/2012 | |
| SDX3762 | Bressler | 8/6/2012 | |
| SDX3763 | Bressler | 8/6/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846-LHK

**Exhibit A: Published Demonstrative List**

| EXHIBIT NO. | WITNESS | PUBLISHED | LIMITING INSTRUCTION |
|---|---|---|---|
| SDX3770 | Bressler | 8/6/2012 | |
| SDX3776 | Bressler | 8/6/2012 | |
| SDX3784 | Bressler | 8/6/2012 | |
| SDX3785 | Bressler | 8/6/2012 | |
| SDX3787 | Bressler | 8/6/2012 | |
| SDX3789 | Bressler | 8/6/2012 | |
| SDX3790 | Bressler | 8/6/2012 | |
| SDX3791 | Bressler | 8/6/2012 | |
| SDX3792 | Bressler | 8/6/2012 | |
| SDX3793 | Bressler | 8/6/2012 | |
| SDX3795 | Bressler | 8/6/2012 | |
| SDX3796 | Bressler | 8/6/2012 | |
| SDX3797 | Bressler | 8/6/2012 | |
| SDX3799 | Bressler | 8/6/2012 | |
| SDX3803 | Bressler | 8/6/2012 | |
| SDX3811A | Bressler | 8/6/2012 | |
| SDX3811B | Bressler | 8/6/2012 | |
| PDX14.1 | Kare | 8/7/2012 | |
| PDX14.6 | Kare | 8/7/2012 | |
| PDX14.7 | Kare | 8/7/2012 | |
| PDX14.12 | Kare | 8/7/2012 | |
| PDX14.13 | Kare | 8/7/2012 | |
| PDX14.14 | Kare | 8/7/2012 | |
| PDX14.15 | Kare | 8/7/2012 | |
| PDX14.16 | Kare | 8/7/2012 | |
| PDX14.17 | Kare | 8/7/2012 | |
| PDX14.18 | Kare | 8/7/2012 | |
| PDX14.19 | Kare | 8/7/2012 | |
| PDX14.20 | Kare | 8/7/2012 | |
| PDX14.21 | Kare | 8/7/2012 | |
| PDX14.22 | Kare | 8/7/2012 | |
| PDX14.23 | Kare | 8/7/2012 | |

***Apple, Inc. v Samsung Electronics Co., Ltd.,***
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846-LHK

**Exhibit A: Published Demonstrative List**

| EXHIBIT NO. | WITNESS | PUBLISHED | LIMITING INSTRUCTION |
|---|---|---|---|
| PDX14.25 | Kare | 8/7/2012 | |
| PDX14.26 | Kare | 8/7/2012 | |
| PDX14.27 | Kare | 8/7/2012 | |
| PDX14.29 | Kare | 8/7/2012 | |
| PDX14.30 | Kare | 8/7/2012 | |
| PDX28.2 | Winer | 8/7/2012 | |
| PDX28.5 | Winer | 8/7/2012 | |
| PDX28.6 | Winer | 8/7/2012 | |
| PDX28.11 | Winer | 8/7/2012 | |
| SDX3917.109 | Winer | 8/7/2012 | |
| PDX28.12 | Winer | 8/7/2012 | |
| PDX28.17 | Winer | 8/7/2012 | |
| PDX28.18 | Winer | 8/7/2012 | |
| PDX28.28 | Winer | 8/7/2012 | |
| PDX26.6 | Bressler | 8/7/2012 | |
| PDX26.7 | Bressler | 8/7/2012 | |
| PDX26.10 | Bressler | 8/7/2012 | |
| PDX26.11 | Bressler | 8/7/2012 | |
| PDX26.12 | Bressler | 8/7/2012 | |
| PDX26.13 | Bressler | 8/7/2012 | |
| PDX26.14 | Bressler | 8/7/2012 | |
| PDX26.18 | Bressler | 8/7/2012 | |
| PDX26.19 | Bressler | 8/7/2012 | |
| PDX30.2 | Poret | 8/7/2012 | |
| PDX30.4 | Poret | 8/7/2012 | |
| SDX3705.101 | Poret | 8/7/2012 | |
| SDX3705.105 | Poret | 8/7/2012 | |
| SDX3705.109 | Poret | 8/7/2012 | |
| PDX27.01 | Balakrishnan | 8/10/2012 | |
| PDX27.03 | Balakrishnan | 8/10/2012 | |
| PDX27.25 | Balakrishnan | 8/10/2012 | |
| SDX3918.101 | Balakrishnan | 8/10/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846-LHK

**Exhibit A: Published Demonstrative List**

| EXHIBIT NO. | WITNESS | PUBLISHED | LIMITING INSTRUCTION |
|---|---|---|---|
| PDX27.10 | Balakrishnan | 8/10/2012 | |
| PDX33.6 | Hauser | 8/10/2012 | |
| SDX3920.015 | Hauser | 8/10/2012 | |
| SDX3920.016 | Hauser | 8/10/2012 | |
| SDX3920.042 | Hauser | 8/10/2012 | |
| SDX3920.85 | Hauser | 8/10/2012 | |
| SDX3920.86 | Hauser | 8/10/2012 | |
| SDX3920.87 | Hauser | 8/10/2012 | |
| PDX30.3 | Poret | 8/10/2012 | |
| PDX30.5 | Poret | 8/10/2012 | |
| PDX29.08 | Singh | 8/10/2012 | |
| PDX29.29 | Singh | 8/10/2012 | |
| SDX3912.001 | Singh | 8/10/2012 | |
| SDX3912.007 | Singh | 8/10/2012 | |
| PDX32 | Teksler | 8/10/2012 | |
| PDX31.2 | Van Liere | 8/10/2012 | |
| PDX31.3 | Van Liere | 8/10/2012 | |
| PDX31.4 | Van Liere | 8/10/2012 | |
| PDX31.5 | Van Liere | 8/10/2012 | |
| SDX3900.107 | Van Liere | 8/10/2012 | |
| SDX3900.129 | Van Liere | 8/10/2012 | |
| SDX3900.153 | Van Liere | 8/10/2012 | |
| SDX3951.003 | Bederson | 8/13/2012 | |
| SDX3951.004 | Bederson | 8/13/2012 | |
| PDX46.1 | Bogue | 8/13/2012 | |
| PDX34B.01 | Musika | 8/13/2012 | |
| PDX34B.02 | Musika | 8/13/2012 | |
| PDX34B.03 | Musika | 8/13/2012 | |
| PDX34B.04 | Musika | 8/13/2012 | |
| PDX34B.05 | Musika | 8/13/2012 | |
| PDX34B.06 | Musika | 8/13/2012 | |
| PDX34B.09 | Musika | 8/13/2012 | |

***Apple, Inc. v Samsung Electronics Co., Ltd.,***

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846-LHK

**Exhibit A: Published Demonstrative List**

| EXHIBIT NO. | WITNESS | PUBLISHED | LIMITING INSTRUCTION |
|---|---|---|---|
| PDX34B.11 | Musika | 8/13/2012 | |
| PDX34B.15 | Musika | 8/13/2012 | |
| PDX34B.16 | Musika | 8/13/2012 | |
| PDX34B.17 | Musika | 8/13/2012 | |
| PDX34B.18 | Musika | 8/13/2012 | |
| PDX34B.19 | Musika | 8/13/2012 | |
| PDX34B.20 | Musika | 8/13/2012 | |
| PDX34B.23 | Musika | 8/13/2012 | |
| PDX34B.24 | Musika | 8/13/2012 | |
| PDX34B.32 | Musika | 8/13/2012 | |
| PDX34B.42 | Musika | 8/13/2012 | |
| PDX34B.51 | Musika | 8/13/2012 | |
| PDX34B.56 | Musika | 8/13/2012 | |
| PDX34B.57 | Musika | 8/13/2012 | |
| PDX34B.58 | Musika | 8/13/2012 | |
| PDX34B.59 | Musika | 8/13/2012 | |
| PDX34B.60 | Musika | 8/13/2012 | |
| PDX34B.61 | Musika | 8/13/2012 | |
| PDX34B.62 | Musika | 8/13/2012 | |
| PDX34B.64 | Musika | 8/13/2012 | |
| PDX34B.65 | Musika | 8/13/2012 | |
| PDX34B.66 | Musika | 8/13/2012 | |
| PDX34B.67 | Musika | 8/13/2012 | |
| PDX34B.70 | Musika | 8/13/2012 | |
| PDX34B.71 | Musika | 8/13/2012 | |
| PDX34B.72 | Musika | 8/13/2012 | |
| PDX34B.73 | Musika | 8/13/2012 | |
| PDX34B.74 | Musika | 8/13/2012 | |
| PDX34B.75 | Musika | 8/13/2012 | |
| PDX34B.76 | Musika | 8/13/2012 | |
| SDX3909.004 | Musika | 8/13/2012 | |
| SDX3909.046 | Musika | 8/13/2012 | |

**Apple, Inc. v Samsung Electronics Co., Ltd.,**
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846-LHK

**Exhibit A: Published Demonstrative List**

| EXHIBIT NO. | WITNESS | PUBLISHED | LIMITING INSTRUCTION |
|---|---|---|---|
| SDX3909.050 | Musika | 8/13/2012 | |
| SDX3909.053 | Musika | 8/13/2012 | |
| SDX3909.059 | Musika | 8/13/2012 | |
| SDX3909.049 | Musika | 8/13/2012 | |
| SDX3909.5 | Musika | 8/13/2012 | |