Christopher L. Kelley, Bar No. 166608
CKelley@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Non-Party
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NONPARTY INTEL'S REQUEST FOR CLARIFICATION OF THE COURT'S ORDER ON MOTIONS TO SEAL** |

Intel requests clarification from the Court regarding the application of the Court's Order on Sealing Motions (Dkt. # 1649) to certain documents that Intel asked the Court to seal or redact in its Revised Motion to Seal (Dkt. # 1489) but that are not explicitly discussed in the Court's Order on Intel's Motion.

<u>Intel / Samsung License Agreements used as Exhibits in Previously Sealed Filings</u>

Intel's Revised Motion to Seal (Dkt. # 1489 at 5-6) requested that the Court keep sealed copies of the Intel / Samsung license agreement that were filed as exhibits in connection with Samsung's briefing in opposition to Apple's Motion for Partial Summary Judgment (Dkt. # 847) and Samsung's Motion to Exclude Opinions of Certain Apple Experts (Dkt. # 927). These

documents were:

- **1993 Samsung / Intel Cross License** – Exhibit K1 to Hecht Declaration in Support of Samsung's Opposition to Motion for Partial Summary Judgment (Dkt. # 847) and also Exhibit 33 to Martin Declaration (Dkt. # 927)
- **2002 Amendment –** Exhibit K2 to Hecht Declaration in Support of Samsung's Opposition to Motion for Partial Summary Judgment (Dkt. # 847)
- **2003 Amendment** – Exhibit K3 to Hecht Declaration in Support of Samsung's Opposition to Motion for Partial Summary Judgment (Dkt. # 847)

As the Court suggested in its Order on Sealing Motions (Dkt. # 1649 at 28), Samsung and Apple have agreed to use a redacted version of the Samsung / Intel license agreement and amendments similar to that used in the Korean litigation. Kelley Declaration in Support of Intel's Request for Clarification at ¶ 2. The redacted portions of the agreement and amendments pertain to Intel's license grant to Samsung or are otherwise irrelevant to this case. The parties' agreement to preserve the confidentiality of these provisions will be thwarted if the previously filed unredacted versions of the agreement are unsealed. Intel, therefore, requests that the Court order that Hecht Declaration (Dkt. # 847) Exhibits K1 – K3 and Martin Declaration (Dkt. # 927) Exhibit 33 remain sealed.

<u>Technical Disclosures in Previously Sealed Filings</u>

Intel's motion requested (Dkt. # 1489 at 2-5) that the Court order the redaction of Intel confidential technical material from any version of exhibits filed in connection with Apple's motion for summary judgment of non-infringement of the U.S. 7,363,867 patent that might be unsealed by the Court. The Court agreed with Intel and ordered some of these documents (Exhibits 4 and 7 to Selwyn Declaration, Dkt. # 925) sealed. Order on Motions to Seal, Dkt. # 1649 at 27-28. The Court's order, however, does not appear to include an explicit determination as to all of the documents containing technical material identified in Intel's motion, which also included:

1  - **Intel Scrambling Circuit Presentation**[1] - Exhibit K to Declaration of Richard Wessel in Support of Samsung's Opposition to Apple's Motion for Summary Judgment (Dkt. # 1003)

- **X-GOLD 61x Product Specification** (excerpts) – Exhibit I to Declaration of Richard Wessel in Support of Samsung's Opposition to Apple's Motion for Summary Judgment (Dkt. # 1003)

- **Intel Technical Material in Wessel Declaration** - Declaration of Samsung's Expert Richard Wessel in Support of Samsung's Opposition to Apple's Motion for Summary Judgment (Dkt. # 1003)

As the Court held in its Order (Dkt. # 1649, at 27-28), Intel technical material is entitled to protection. The excerpts in the Wessel Declaration and accompanying exhibits contain sensitive Intel technical material and are worthy of protection on the same grounds. For the reasons presented in the Court's Sealing Order and in Intel's Revised Motion to Seal (Dkt. # 1489 at 3-5), Intel requests that the Court order that Wessel Declaration (Dkt. # 1003) either be sealed or redacted as proposed in Intel's motion (Dkt. # 1489) and that Exhibits I and K to the Wessel declaration (Dkt. # 1003) remain sealed.

Dated:  August 15, 2012             Respectfully submitted,

   /s/ Christopher L. Kelley          
Christopher R. Kelley
*Counsel for Non-Party Intel Corporation*

---

[1] This document, and several others that are the subject of this motion, have Infineon logos. This reflects the fact that they were developed at Infineon's Wireless Solutions Business before it was sold to Intel, which now owns the technology and the trade secrets disclosed in the documents.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 10, 2012.

/s/ Christopher L. Kelley