Christopher L. Kelley, Bar No. 166608
CKelley@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Non-Party
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARTION OF CHRISTOPHER KELLEY IN SUPPORT OF NONPARTY INTEL'S REQUEST FOR CLARIFICATION OF THE COURT'S ORDER ON MOTIONS TO SEAL** |

I, Christopher Kelley, do declare as follows:

1.   I am an attorney licensed to practice law in the state of California and admitted to practice before the Northern District. I have personal knowledge of the facts set forth in this declaration and, if called upon, I could and would testify to such facts under oath.

2.   I have communicated with Counsel for Samsung and Apple regarding the use of the 1993 Patent Cross License Agreement between Samsung and Intel and the 2002 and 2003 Amendments to that Agreement as trial exhibits in this matter. Mark Selwyn of WilmerHale for Apple and Melissa Dalziel of Quinn Emanuel et al. for Samsung have indicated their agreement

1  that the parties will use a redacted version of the Samsung / Intel agreement and amendments at
2  trial, as the Court suggested in its Order on Sealing Motions (Dkt. # 1649) and as Intel proposed
3  in its revised sealing motion.
4      I declare under penalty of perjury that the foregoing is true and correct.  Executed in Santa
5  Barbara, California on August 15, 2012.

         /s/ Christopher L. Kelley
         Christopher L. Kelley
         *Counsel for Non-Party Intel Corporation*

LEGAL24288592.1           -2-           DECLARATION OF C. KELLEY IN SUPPORT OF NONPARTY INTEL'S REQUEST FOR CLARIFICATION, CASE NO. 11-cv-01846-LHK

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 10, 2012.

/s/ Christopher L. Kelley

LEGAL24288592.1   -3-   DECLARATION OF C. KELLEY IN SUPPORT OF NONPARTY INTEL'S REQUEST FOR CLARIFICATION, CASE NO. 11-cv-01846-LHK