1  Christopher L. Kelley, Bar No. 166608
   CKelley@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA  94304
   Telephone:  650.838.4300
4  Facsimile:   650.838.4350

5  Attorneys for Non-Party
   INTEL CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | APPLE INC., | Case No. 11-cv-01846-LHK
13 | Plaintiff, | **[PROPOSED] ORDER RE NONPARTY INTEL'S REQUEST FOR CLARIFICATION OF THE COURT'S ORDER ON MOTIONS TO SEAL**
14 | v. |
15 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
   | Defendants. |

20                       **[PROPOSED] ORDER**

21       Intel Corp. ("Intel") has requested that the Court clarify the application of its Order

22  regarding Motions to Seal (Dkt. # 1649) to several documents previously filed under seal by the

23  parties and identified in Intel's Revised Motion to Seal (Dkt. # 1489) as containing Intel trade

24  secrets and other sensitive confidential information.

25       The Court has determined that the materials identified by Intel are trade secrets and other

26  commercially sensitive material entitled to protection for the reasons set out in the Court's Order

27  regarding Motions to Seal (Dkt. # 1649).

28       Accordingly, for good cause shown, the Court ORDERS that the following documents

LEGAL24288592.1

[PROPOSED] ORDER GRANTING INTEL'S REQUEST FOR CLARIFICATION, CASE NO. 11-cv-01846-LHK

shall remain filed under seal in the Court's records:

- Exhibit K1 to Hecht Declaration in Support of Opposition to Motion for Partial Summary Judgment (Dkt. # 847)
- Exhibit 33 to Declaration of Joby Martin in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. # 927)
- Exhibit K2 to Hecht Declaration in Support of Samsung's Opposition to Motion for Partial Summary Judgment (Dkt. # 847)
- Exhibit K3 to Hecht Declaration in Support of Samsung's Opposition to Motion for Partial Summary Judgment (Dkt. # 847)
- Exhibit K to Declaration of Richard D. Wesel, Ph.D., in Support of Samsung's Opposition to Apple's Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 (Dkt. # 1003)
- Exhibit I to Declaration of Richard D. Wesel, Ph.D., in Support of Samsung's Opposition to Apple's Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 (Dkt. # 1003)
- Declaration of Richard D. Wesel, Ph.D., in Support of Samsung's Opposition to Apple's Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 (Dkt. # 1003)

IT IS SO ORDERED

DATED _____, 2012

_____
The Honorable Lucy H. Koh
United States District Court Judge