| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS RE: TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS DISCLOSED ON AUGUST 14, 2012** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Richard S.J. Hung, do hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Objections and Responses to Objections Regarding Gregory Joswiak, Timothy Sheppard, Michael Wagner, Tony Blevins, Greg Chapman, Paul Dourish, Tony Givargis, Keeper Of Records, Emilie Kim, Richard Lutton, and Mani Srivastava (the "Objections and Responses"). Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of Samsung's opening statement slides, number 38.

3. Attached as **Exhibit 2** is a true and correct PDF representation of a T-Mobile Cell Phones support page regarding the Samsung phone model SGH-T319, at www.samsung.com/us/support/owners/product/SGH-T319.

4. Attached as **Exhibit 3** is a true and correct copy of Apple's Second Amended Objections and Response to Samsung's Interrogatory No. 5, dated March 8, 2012.

5. Attached as **Exhibit 4** is a true and correct copy of Samsung's Amended Objections and Response to Apple's Sixth Set of Interrogatories (No. 14), dated March 7, 2012.

6. Attached as **Exhibit 5** is a true and correct copy of a letter from M. Pernick to R. Kassabian, dated February 19, 2012.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Timothy Sheppard, taken January 24, 2012.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Timothy Sheppard, taken February 29, 2012.

9. Attached as **Exhibit 8** is a true and correct copy of a letter from A. Alden to M. Pernick, dated February 24, 2012.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of Timothy Sheppard, taken March 30, 2012.

HUNG DECL. ISO APPLE'S OBJ. AND RESPS. RE AUG. 14, 2012 EXHIBITS AND DEPOSITION DESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3183565

1

1  11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the deposition transcript of Jaehwang Sim, taken March 10, 2012.

2  12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the deposition transcript of Jaehwang Sim, taken March 31, 2012.

3  13. Attached as **Exhibit 12** is a true and correct copy of excerpts from the deposition transcript of Michael Wagner, taken May 12, 2012.

4  14. Attached as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of Michael Wagner, taken July 17, 2012.

5  15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the expert report of Michael Wagner, dated April 16, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 15th day of August 2012, at San Jose, California.

*/s/ Richard S.J. Hung*
RICHARD S.J. HUNG

HUNG DECL. ISO APPLE'S OBJ. AND RESPS. RE AUG. 14, 2012 EXHIBITS AND DEPOSITION DESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3183565

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: August 15, 2012         */s/ Michael A. Jacobs*
                               Michael A. Jacobs