# Exhibit 1



# No Evidence of Association/Confusion

## Greg Joswiak – VP of iPhone Product Marketing



**Q.** Going back to my question, though, you're not aware of any evidence of any customer ever buying a Samsung phone thinking it's an Apple phone?

**A.** I am unaware of any data or evidence of a customer buying a Samsung thinking it was specifically an Apple device.

**Q.** Do you have any evidence of consumers buying an Apple phone thinking it's a Samsung phone?

**A.** I have no evidence of somebody specifically buying an Apple device thinking that they were buying a Samsung device.

–2/23/12 Depo. at 238:25-239:12

## Daniele De Iuliis – Apple Design Inventor



**Q.** Have you ever heard of consumers purchasing any Samsung phones thinking they were iPhones?

* * *

**A.** I don't think I've heard that.

–10/21/11 Depo. at 195:23-25