Exhibit 2

SHOP PRODUCT      BUSINESS SOLUTION      CONNECTED LIVI

Support >

# Cell Phones

SGH-T319

**NEWS:** Download The Latest App From Samsung **Read More**



## Manuals

Please Select

## Downloads

SAMSUNG PC Studio,PC Sync (Software) - Oct 22, 2008

SAMSUNG PC Studio,PC Sync (Software) - Oct 22, 2008

**See All Downloads**

## Be Green, Recycle You

Is your mobile phone r
Samsung's mobile tak

**Recycle Your Phone**

## Service Center

**Warranty :**
Parts : 12 months, Labor : 12 month

**More Info**

## Need Service?

**Request Service**
**Track Service**
**Find Service Near You**

| Support Overview | Manuals & Downloads | FAQs & How-Tos | Community Q&A |

Search FAQs & How-Tos 

### Frequently Asked Questions   See All

**How Do I Use My SGH-t319 or SGH-t509 As A Modem Or Transfer Data Between It And My Computer?**

**SGH-t319 FAQ List**

**How Do I Change The Rington**

**How Do I Send Pictures From**

**Does My SGH-t319 Support In**

View - SGH-t319 - Menu Tree (Collapsed)

What Items Come With My SGH-t319?

Does My SGH-t319 Support The Use Of MP3s?

How Do I Copy Contacts From

Can I Use Voice Recordings As



## Get Smart

Tips, articles, and ideas to help you get the most out of your mobile device.

Learn More

| About Samsung | TV + Video | Mobile | Photo | Computing | Home |
|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washe |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrige |
| News | | Cell Phone Accessories | SD Cards | Tablet PCs | Microw |
| Investor Relations | Home Theater Systems | Laptops | | Chromebook | Dishwa |
| | | Chromebook | | Monitors | Range |
| | | Media Players | | Printers | LED Li |
| | | | | Memory & Storage | |

Follow Us:   

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 5.4k | Like | 640k |

