Exhibit 6

Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE, INC., a California   )
     corporation,                )
 6                               )
         Plaintiff,              )
 7                               )
     VS.                         )  NO. 11-cv-01846-LHK
 8                               )
     SAMSUNG ELECTRONICS CO.,    )
 9   LTD., a Korean business     )
     entity; SAMSUNG ELECTRONICS )
10   AMERICA, INC., a New York   )
     corporation; SAMSUNG        )
11   TELECOMMUNICATIONS AMERICA, )
     LLC, a Delaware limited     )
12   liability company,          )
                                 )
13       Defendants.             )
14
15
16       HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
17         ORAL AND VIDEOTAPED DEPOSITION OF
18                 TIMOTHY SHEPPARD
19                 JANUARY 24, 2012
20                    DALLAS, TX
21
22
23
24   Reporter: Therese Casterline
25   TSG Job: 45458
```

Highly Confidential - Attorneys' Eyes Only

Page 51

| | | |
|---|---|---|
| 1 | A. There are many. I'm trying to think how many | 10:16 |
| 2 | metrics there are. Maybe -- there's probably three or | 10:16 |
| 3 | four key metrics, and then there are many smaller | 10:16 |
| 4 | operational targets that are required to be met. | 10:16 |
| 5 | Q. What are the key metrics? | 10:16 |
| 6 | A. Key metrics are revenue, unit volume. There's | 10:16 |
| 7 | a consolidated profit number. I'm trying to think what | 10:16 |
| 8 | else. | 10:16 |
| 9 | Maybe some specific goal that varies | 10:17 |
| 10 | department to department. | 10:17 |
| 11 | Q. When you say consolidated profit number, what | 10:17 |
| 12 | do you mean? | 10:17 |
| 13 | A. STA only has visibility to control -- or | 10:17 |
| 14 | rather, I shouldn't say control -- STA only has | 10:17 |
| 15 | visibility to our own financial statements. I don't | 10:17 |
| 16 | have visibility to -- to the factories or supplies | 10:17 |
| 17 | involved in -- to those factories or movement of goods | 10:17 |
| 18 | to the US. | 10:17 |
| 19 | And so consolidate in that sense is from | 10:17 |
| 20 | all the way going back through the -- the R&D function | 10:17 |
| 21 | at HQ all the way through to the sales function at STA. | 10:17 |
| 22 | There's an assessment of the total profitability for | 10:17 |
| 23 | the business of -- of selling wireless terminals and | 10:17 |
| 24 | equipment in the North America market, or US market. | 10:17 |
| 25 | Q. And as to STA management that's being judged | 10:17 |

```
                                                                Page 128
 1        A.  Correct.                                          13:12
 2        Q.  I saw references in a number of documents to      13:12
 3   the word -- or letters API as a measure of either          13:12
 4   performance or profitability inside of Samsung.  What      13:12
 5   does API refer to?                                         13:12
 6        A.  I'm not familiar with that term.                  13:12
 7        Q.  You're not familiar with it?                      13:12
 8        A.  No.                                               13:12
 9        Q.  Within the finance group do you track a metric    13:12
10   in some way known as API?                                  13:12
11        A.  No.  Not that I'm aware of.                       13:12
12        Q.  Not that -- not that you see at the close         13:13
13   meeting, for example --                                    13:13
14        A.  No.                                               13:13
15        Q.  -- or not that you've seen in the management      13:13
16   by objectives or some -- or some other measure in that     13:13
17   way that you can recall?                                   13:13
18        A.  I certainly don't know of anything called API.    13:13
19   It may have another name, but I don't know it by that      13:13
20   name.                                                      13:13
21        Q.  Okay.  The -- looking at the cost of goods        13:13
22   sold at the SEC level, not the transfer pricing            13:13
23   amount -- do you understand the distinction I'm making?    13:13
24        A.  So far.  Go ahead.                                13:13
25        Q.  Okay.  Do you or anyone in SEC have any           13:13
```

```
                                                                    Page 129
 1   visibility into what those numbers are on a -- for a --          13:13
 2   a product or group of products?                                  13:13
 3              MR. LASHER:  Objection, asked and                     13:13
 4   answered.                                                        13:14
 5       A.  I don't -- certainly I don't know that anyone            13:14
 6   at STA knows, and I don't have firsthand knowledge of            13:14
 7   anyone at SEC who has that information.                          13:14
 8       Q.  But do you -- in what you can see through SAP,           13:14
 9   can you look through the system and see what the                 13:14
10   standard costs are for -- for a device?                          13:14
11       A.  I have no knowledge if the standard costs for            13:14
12   devices are recorded in SAP.                                     13:14
13       Q.  Do you have any way within your access to SAP            13:14
14   to look behind the -- the -- or beyond the transfer              13:14
15   price and see what the amount of profit, for example,            13:14
16   that's being -- gross margin profit that's being                 13:14
17   reported at SEC, the difference between their cost of            13:14
18   goods sold and their transfer price to you?                      13:14
19       A.  No.                                                      13:14
20       Q.  With respect to the tablets, who sells --                13:15
21   well, is it the case that carriers sell WiFi versions            13:15
22   of the tablets?                                                  13:15
23       A.  I'm not sure.                                            13:15
24       Q.  Do you know who would sell the carriers those            13:15
25   tablets, if -- if they do?                                       13:15
```

Highly Confidential - Attorneys' Eyes Only

Page 182

1  and nothing but the truth of knowledge touching and
2  concerning the matters in controversy in this cause;
3  and that he was thereupon examined upon his oath and
4  his examination reduced to typewriting under my
5  supervision; that the deposition is a true record of
6  the testimony given by the witness, that review by the
7  witness was requested on the record, and signature of
8  the witness is to be signed before any notary public.
9          I further certify that I am neither attorney
10 nor counsel for nor related to any of the parties to
11 the action in which this deposition is taken, and
12 further that I am not a relative or employee of any
13 attorney or counsel employed by the parties hereto, or
14 financially interested in this action.
15         Given under my hand on this the 24th day of
16 January, 2012.
17
18
                    _____
                    Therese J. Casterline, Texas CSR
19                  5001, Expiration Date:  12-31-13
                    Firm Registration No. 615
20                  TSG Reporting - Worldwide
                    747 Third Avenue
21                  New York, New York  10017
                    (877) 702-9580
22
23
24
25