Exhibit 9

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4                           --oOo--
 5    APPLE, INC., a California
      Corporation,
 6                 Plaintiff,
                                        Civil Action No.
 7              Vs.                     11-CV-01846-LHK
      SAMSUNG ELECTRONICS CO., LTD.,
 8    a Korean business entity, SAMSUNG
      ELECTRONICS AMERICA, INC., a
 9    New York corporation and SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
10    a Delaware Limited Liability
      Company, a California corporation,
11                 Defendants.
      SAMSUNG ELECTRONICS CO., LTD., a
12    Korean business entity, SAMSUNG
      ELECTRONICS AMERICA, INC., a New
13    York corporation, and SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
14    a Delaware Limited Liability
      Company, a California corporation,
15         Counterclaim-Plaintiffs,
              Vs.
16    APPLE, INC., a California
      Corporation,
17         Counterclaim-Defendant
      _____/
18
                             --oOo--
19
                    FRIDAY, MARCH 30, 2012
20
                             --oOo--
21
                         DEPOSITION OF
22                     TIMOTHY SHEPPARD
                             --oOo--
23    Job No:        48072
      Reported By:   CAROL S. NYGARD
24                   California CSR No. 4018
                     Nevada CCR No. 915
25                   Registered Merit Reporter
```

Page 11

| | | |
|---|---|---|
| 1 | Exhibit 2618 should be the same as the data in 2617. | 09:17 |
| 2 | MR. OVERSON: Okay. Maybe, Mr. Sheppard, | 09:18 |
| 3 | first we can focus on the spreadsheet that has been | 09:18 |
| 4 | marked as 2617, which is the March 21st spreadsheet. | 09:18 |
| 5 | Do you have that in front of you? | 09:18 |
| 6 | A. I do. | 09:18 |
| 7 | Q. And let me, first of all, confirm some things | 09:18 |
| 8 | that -- from -- I understand from the prior deposition | 09:18 |
| 9 | that -- I want to confirm they're still true here today. | 09:18 |
| 10 | Looking at 2617, the cover sheet which has the | 09:18 |
| 11 | Bates numbers 376623, page 1 of 32, you can speak to the | 09:18 |
| 12 | lines on this spreadsheet down through, I believe, line | 09:18 |
| 13 | 40, but cannot speak to lines 41 to 64; is that true? | 09:19 |
| 14 | A. Yes. | 09:19 |
| 15 | Q. Okay. So, for example, if I had questioning | 09:19 |
| 16 | about the manufacturing section from lines 47 through | 09:19 |
| 17 | 64, that would be for SEC and -- those would be | 09:19 |
| 18 | questions for SEC and not for you; correct? | 09:19 |
| 19 | A. Correct. | 09:19 |
| 20 | Q. And since your last deposition have you spoken | 09:19 |
| 21 | with anyone from SEC about any of the spreadsheets that | 09:19 |
| 22 | I've placed in front of you which are Exhibit 2615 | 09:19 |
| 23 | through 2618? | 09:19 |
| 24 | A. Yes. | 09:20 |
| 25 | Q. Who was that? | 09:20 |

Page 25

| | | |
|---|---|---|
| 1 | I think I said that as of the time I wrote | 09:47 |
| 2 | this declaration I believed that the GS -- that this | 09:47 |
| 3 | T-Mobile and AT&T devices were included in the GS II | 09:47 |
| 4 | data. | 09:47 |
| 5 | BY MR. OVERSON: | 09:47 |
| 6 | Q.  Okay.  And did you subsequently find out that | 09:47 |
| 7 | was wrong? | 09:47 |
| 8 | A.  I subsequently found out the T989 had not been | 09:47 |
| 9 | included and was added later. | 09:47 |
| 10 | Q.  Okay.  So you found out that the statement in | 09:47 |
| 11 | your declaration in paragraph 14 about the T-Mobile | 09:47 |
| 12 | edition of the phone was incorrect; right? | 09:48 |
| 13 | MR. ALDEN:  Objection.  Asked and answered. | 09:48 |
| 14 | THE WITNESS:  At the time I wrote this I | 09:48 |
| 15 | believed this was true. | 09:48 |
| 16 | BY MR. OVERSON: | 09:48 |
| 17 | Q.  Yeah. | 09:48 |
| 18 | But as of now you now know it was not true? | 09:48 |
| 19 | MR. ALDEN:  Same objection. | 09:48 |
| 20 | THE WITNESS:  As of now I've -- the data had | 09:48 |
| 21 | not been included and was corrected. | 09:48 |
| 22 | BY MR. OVERSON: | 09:48 |
| 23 | Q.  Okay.  And the way it was corrected was by | 09:48 |
| 24 | adding an extra sheet to the March 8th edition that we | 09:48 |
| 25 | see on page 15? | 09:48 |

Page 178

1   I, CAROL S. NYGARD, a Certified Shorthand
2   Reporter of the State of California, duly authorized to
3   administer oaths, do hereby certify:
4   That the foregoing proceedings were taken
5   before me at the time and place herein set forth; that
6   any witnesses in the foregoing proceedings, prior to
7   testifying, were duly sworn; that a record of the
8   proceedings was made by me using machine shorthand which
9   was thereafter transcribed under my direction; that the
10  foregoing transcript is a true record of the testimony
11  given.
12  Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal Case,
14  before completion of the proceedings review of the
15  transcript [X] was [ ] was not requested.
16  I further certify I am neither financially
17  interested in the action nor a relative or employee of
18  any attorney or party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name:
21  Dated: 3/30/2012
22
23  _____
24  CAROL S. NYGARD CSR #4018
25