Exhibit 11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3     _____

 4     APPLE, INC., a California
       Corporation,
 5          Plaintiff,
       vs.                                    Civil Action. No.
 6                                            11-CV-01846-LHK
       SAMSUNG ELECTRONICS CO., LTD., a
 7     Korean business entity, SAMSUNG
       ELECTRONICS AMERICA, INC., a New
 8     York corporation, and SAMSUNG
       TELECOMMUNICATIONS AMERICA, LLC,
 9     a Delaware limited liability
       company, a California corporation.
10          Defendants.

11

12     SAMSUNG ELECTRONICS CO., LTD., a
       Korean business entity, SAMSUNG
13     ELECTRONICS AMERICA, INC., a New
       York corporation, and SAMSUNG
14     TELECOMMUNICATIONS AMERICA, LLC,
       a Delaware limited liability
15     company, a California corporation.
            Counterclaim-Plaintiffs,
16     vs.

17     APPLE, INC., a California
       corporation,
18          Counterclaim-Defendant.
       _____
19
                       *** HIGHLY CONFIDENTIAL ***
20                     *** ATTORNEYS' EYES ONLY ***
21
                   VIDEOTAPED 30(b)(6) DEPOSITION OF:
22                            JAEHWANG SIM

23
                             March 10, 2012
24                            Kim & Chang
                           Seoul, South Korea
25                     8:58 a.m. - 8:34 p.m.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

53

```
11:45:52    1    February?
11:45:57    2              MR. STEIGER:  Objection, calls for
11:45:59    3    speculation in light of his prior answer.
11:46:15    4         A.   Although I do not recall exactly, I don't
11:46:18    5    think it was at the end of February.
11:46:26    6         Q.   (By MR. OLSON)  Who prepared the first
11:46:27    7    version?
11:46:34    8         A.   Again, that was me.
11:46:37    9         Q.   Did you prepare the actual spreadsheet?
11:46:52   10         A.   No, that's not it.
11:46:54   11         Q.   Did Mr. Kim prepare the first spreadsheet?
11:47:03   12         A.   Yes, I instructed him to do that.
11:47:05   13         Q.   Other than yourself and Mr. Kim, who else
11:47:08   14    was involved in preparing the first spreadsheet?
11:47:28   15         A.   I do not know to that extent and nor -- I
11:47:36   16    don't think there is a need for me to know to that
11:47:42   17    extent.
11:47:42   18         Q.   What did you do to review the first
11:47:46   19    spreadsheet?
11:48:06   20         A.   I looked at it to -- only to the level of
11:48:19   21    whether the data was comprised in the format that was
11:48:25   22    desired.
11:48:26   23         Q.   For how --
11:48:29   24         A.   And also, I only checked whether the work
11:48:39   25    was carried out as was my -- as I had instructed.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

54

| | | |
|---|---|---|
| 11:48:48 | 1 | Q. How did you receive it the first time? |
| 11:49:08 | 2 | A. Likewise with my previous answer, I looked |
| 11:49:18 | 3 | at a printed paper. |
| 11:49:18 | 4 | Q. For how long? |
| 11:49:24 | 5 | A. I think it would be difficult to say how |
| 11:49:51 | 6 | long. I don't think it would have been that long. At |
| 11:49:54 | 7 | most, perhaps an hour. |
| 11:50:06 | 8 | Q. How did you determine that it had been |
| 11:50:07 | 9 | prepared according to your instructions? |
| 11:50:50 | 10 | A. As I had related to you earlier, I had the |
| 11:50:55 | 11 | person who I gave instruction to do the work to give me |
| 11:51:02 | 12 | a description or explanation, and I verified whether, |
| 11:51:12 | 13 | by listening to the description, whether that complied |
| 11:51:16 | 14 | with my instructions. That's how I verified it. |
| 11:51:20 | 15 | Q. And what instructions were you verifying? |
| 11:51:58 | 16 | A. So the instruction was to move to the |
| 11:52:08 | 17 | applicable boxes or cells as is the base -- |
| 11:52:17 | 18 | LEAD INTERPRETER: Correction. |
| 11:52:19 | 19 | A. -- the data from the database in accordance |
| 11:52:24 | 20 | with the format that has just been provided to you. |
| 11:52:29 | 21 | Q. When you say the format that had just been |
| 11:52:38 | 22 | provided to us, what do you mean? |
| 11:53:09 | 23 | A. That format refers to the spreadsheet that |
| 11:53:14 | 24 | you guys at Apple have, so I told him what form that |
| 11:53:29 | 25 | this spreadsheet should be in. I gave the outline and |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

60

| | | |
|---|---|---|
| 12:10:34 | 1 | several times, they are based on the original -- the |
| 12:10:42 | 2 | first set of data . . . |
| | 3 | LEAD INTERPRETER:  (Interpreting the |
| | 4 | answer.) |
| 12:10:54 | 5 | A.   I forgot. |
| 12:10:54 | 6 | Q.   Who prepared the version that compresses |
| 12:10:58 | 7 | certain data and decompresses it? |
| 12:11:27 | 8 | MR. STEIGER:  Misstates testimony, assumes |
| 12:11:28 | 9 | facts. |
| 12:11:43 | 10 | A.   So by that, are you asking me who actually |
| 12:11:46 | 11 | did such a work -- such work or the person who |
| 12:11:51 | 12 | instructed that to be done? |
| 12:11:52 | 13 | Q.   (By MR. OLSON)  Let's start with the person |
| 12:11:53 | 14 | who did the work. |
| 12:11:58 | 15 | MR. STEIGER:  Same objections to the |
| 12:11:59 | 16 | underlying question. |
| 12:12:12 | 17 | A.   Manager Beom Joon Kim. |
| 12:12:17 | 18 | Q.   (By MR. OLSON)  Who gave the instructions? |
| 12:12:23 | 19 | MR. STEIGER:  Vague and ambiguous. |
| 12:12:25 | 20 | A.   Of course that was me. |
| 12:12:26 | 21 | Q.   (By MR. OLSON)  Why did you do it? |
| 12:12:31 | 22 | MR. STEIGER:  I instruct you not to reveal |
| 12:12:32 | 23 | the content of any communications with inside or |
| 12:12:34 | 24 | outside legal counsel.  If you can answer without doing |
| 12:12:37 | 25 | so, please do. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

61

| | | |
|---|---|---|
| 12:12:51 | 1 | A.  My opinion is that the data that were shown |
| 12:14:29 | 2 | to you, these financial data are data for internal |
| 12:14:38 | 3 | management purposes, and principally, it is not to be |
| 12:14:46 | 4 | disclosed to outside.  And whereas the data that was |
| 12:14:56 | 5 | requested by Apple were quite a bit more in detail as |
| 12:15:08 | 6 | compared to other litigations, and so I felt that those |
| 12:15:16 | 7 | portions should not be used for other purposes other |
| 12:15:24 | 8 | than the litigation itself.  And if that were to occur, |
| 12:15:30 | 9 | I felt that the damage to our company could be great. |
| 12:15:37 | 10 | And so I had initially thought that such -- all such |
| 12:15:46 | 11 | portions should not all be disclosed or submitted. |
| 12:15:52 | 12 | CHECK INTERPRETER:  Checker's rendition |
| 12:16:03 | 13 | would only differ as to a middle portion where the |
| 12:16:06 | 14 | witness had stated -- I'm sorry.  Let me just start |
| 12:16:09 | 15 | from the top, make it more -- cleaner. |
| 12:16:12 | 16 | "Well, the data that had been provided to you |
| 12:16:18 | 17 | are really the data that we use for internal control, |
| 12:16:22 | 18 | and it is our principle not to disclose such data to |
| 12:16:27 | 19 | the outside, but the data requirements or the request |
| 12:16:30 | 20 | from Apple had been great, and they were looking for |
| 12:16:35 | 21 | very detailed information, and this is a departure from |
| 12:16:40 | 22 | what we had experienced in other litigations.  And I |
| 12:16:44 | 23 | was concerned that should the detailed information have |
| 12:16:48 | 24 | gotten out and used for purposes other than for the |
| 12:16:52 | 25 | litigation, that the damage to the company could be |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

62

| | | |
|---|---|---|
| 12:16:56 | 1 | quite immense.  And I was very concerned.  That is why |
| 12:17:03 | 2 | the level of detail had to be controlled, and that |
| 12:17:06 | 3 | initially, I had thought such a great level of detail |
| 12:17:08 | 4 | should not be provided." |
| 12:17:13 | 5 |     Q.   Did you review the second spreadsheet before |
| 12:17:15 | 6 | it was provided to counsel? |
| 12:17:46 | 7 |     A.   It's not that it was checked on the occasion |
| 12:17:52 | 8 | of the second spreadsheet, but rather, on the occasion |
| 12:17:56 | 9 | of the first spreadsheet, we all checked. |
| 12:18:02 | 10 |     Q.   Did you do anything to review or check the |
| 12:18:05 | 11 | second spreadsheet? |
| 12:18:16 | 12 |         MR. STEIGER:  Compound, vague and ambiguous. |
| 12:18:26 | 13 |     A.   My recollection is that that did not take |
| 12:18:28 | 14 | place. |
| 12:18:28 | 15 |     Q.   (By MR. OLSON)  Did anyone else review the |
| 12:18:35 | 16 | second spreadsheet before it went to counsel? |
| 12:18:46 | 17 |         MR. STEIGER:  No foundation, calls for |
| 12:19:00 | 18 | speculation. |
| 12:19:00 | 19 |     A.   The preparer has seen it. |
| 12:19:03 | 20 |     Q.   (By MR. OLSON)  Anyone else? |
| 12:19:03 | 21 |         MR. STEIGER:  Same objections. |
| 12:19:08 | 22 |     A.   Well, in my recollection, I don't think so. |
| 12:19:19 | 23 |         MR. OLSON:  Let's take a break.  My coffee's |
| 12:19:22 | 24 | catching up. |
| 12:19:22 | 25 |         VIDEOGRAPHER:  Going off the record.  The |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

189

1        C E R T I F I C A T E

2   SEOUL              )
                       )
3   SOUTH KOREA        )

4            I, Melanie L. Giamarco, Registered
    Professional Reporter and Certified Realtime Reporter,
5   do hereby certify that the aforementioned witness was
    first duly sworn by me pursuant to stipulation of
6   counsel to testify to the truth; that I was authorized
    to and did report said deposition in stenotype; and
7   that the foregoing pages are a true and correct
    transcription of my shorthand notes of said deposition.
8
             I further certify that said deposition was
9   taken at the time and place hereinabove set forth and
    that the taking of said deposition was commenced and
10  completed as hereinabove set out.

11           I further certify that I am not attorney or
    counsel of any of the parties, nor am I a relative or
12  employee of any attorney or counsel of any party
    connected with the action, nor am I financially
13  interested in the action.

14           The foregoing certification of this
    transcript does not apply to any reproduction of the
15  same by any means unless under the direct control
    and/or direction of the certifying reporter.

16

17
             IN WITNESS WHEREOF, I have hereunto set my
18  hand this 12th day of March, 2012.

19

20  _____
             Melanie L. Giamarco
21           Certified Realtime Reporter
             Registered Professional Reporter
22           Certified Shorthand Reporter

23

24

25