Exhibit 12

Page 255

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5  APPLE INC., a California
    corporation,
 6
                Plaintiff,
 7
    vs.                         CASE NO.  11-cv-01846-LHK
 8
    SAMSUNG ELECTRONICS CO.,
 9  LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13              Defendants.
    _____/
14
15      H I G H L Y   C O N F I D E N T I A L
16        A T T O R N E Y S'   E Y E S   O N L Y
17
18    VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                    VOLUME II
20              PALO ALTO, CALIFORNIA
21              SATURDAY, MAY 12, 2012
22
    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
    CSR LICENSE NO. 9830
24
    JOB NO. 49053
25
```

Highly Confidential - Attorneys' Eyes Only

Page 278

| | | |
|---|---|---|
| 1 | THE WITNESS: Yes. But I was told recently | 09:23 |
| 2 | that there were no more trademarks. But besides that, | 09:23 |
| 3 | I think the answer is yes. | 09:23 |
| 4 | MR. OLSON: So let me ask the question -- I | 09:23 |
| 5 | didn't know if I put trademarks in there, so let me | 09:23 |
| 6 | ask it again. | 09:23 |
| 7 | Q   For purposes of calculation of damages for | 09:23 |
| 8 | violation of a design patent, you would agree that | 09:23 |
| 9 | legally, Apple could recover profits of Samsung? | 09:23 |
| 10 | MR. ANDERSON: Same objection. | 09:23 |
| 11 | THE WITNESS: Based on my understanding of | 09:23 |
| 12 | the statute, yes. | 09:23 |
| 13 | MR. OLSON: Q.  And you agree that for | 09:23 |
| 14 | purposes of violation of a trade dress, if it was | 09:23 |
| 15 | violated, that one remedy available to Apple is | 09:23 |
| 16 | recovery of Samsung's profits that are properly | 09:23 |
| 17 | allocated to that trade dress? | 09:23 |
| 18 | MR. ANDERSON: Same objection. | 09:23 |
| 19 | THE WITNESS: Based on my experience as a | 09:23 |
| 20 | damage expert, yes. | 09:23 |
| 21 | MR. OLSON: There was, in your April 16, 2012 | 09:23 |
| 22 | report, a Tab 6. | 09:24 |
| 23 | Q   Are you familiar with that? | 09:24 |
| 24 | A   I am, and I was hoping you'd mark those | 09:24 |
| 25 | because those are the ones I'm planning on using at | 09:24 |

Highly Confidential - Attorneys' Eyes Only

Page 279

| | | |
|---|---|---|
| 1 | trial. | 09:24 |
| 2 |     Q    Well, let me -- let me explore that with you. | 09:24 |
| 3 |         Tab 6 are an alternate set of calculations | 09:24 |
| 4 | using a different set of data from Samsung; correct? | 09:24 |
| 5 |     A    That's accurate. | 09:24 |
| 6 |     Q    And when did you first receive the data that | 09:24 |
| 7 | is incorporated into Tab 6? | 09:24 |
| 8 |     A    I believe it's either very late on April 15th | 09:24 |
| 9 | or very early on April 16th. | 09:24 |
| 10 |     Q    When you say "very late," this is, like, | 09:24 |
| 11 | some -- some hours -- just an hour or so before | 09:24 |
| 12 | midnight kind of thing? | 09:24 |
| 13 |     A    Well, I don't know if it's that accurate, but | 09:24 |
| 14 | it would be in the -- been in the evening. | 09:24 |
| 15 |     Q    All right. | 09:24 |
| 16 |         But it also could have been that it was on -- | 09:25 |
| 17 | in the morning of the 16th? | 09:25 |
| 18 |     A    Yeah, I don't remember it that well.  I know | 09:25 |
| 19 | it was at the very last minute. | 09:25 |
| 20 |     Q    And that's the day that you actually provided | 09:25 |
| 21 | or served your report; correct? | 09:25 |
| 22 |     A    It is. | 09:25 |
| 23 |     Q    And the data that was used, had it ever been | 09:25 |
| 24 | produced in discovery, to your knowledge? | 09:25 |
| 25 |     A    No, not to my knowledge, because the first | 09:25 |

Highly Confidential - Attorneys' Eyes Only

Page 346

| | | |
|---|---|---|
| 1 | Q  So this is from Heonseok Lee, being | 11:10 |
| 2 | translated by Hoshin Lee? | 11:10 |
| 3 | A  Yes. | 11:10 |
| 4 | Q  And what did he say as to -- that caused you | 11:10 |
| 5 | to put the six-month number? | 11:10 |
| 6 | A  Well, in a previous conversation, I had asked | 11:10 |
| 7 | Samsung to tell me what would be the time it would | 11:10 |
| 8 | take if you were under the gun to do it, if you were | 11:10 |
| 9 | under pressure to get the design done, because | 11:10 |
| 10 | otherwise, you would not get a product to market.  And | 11:10 |
| 11 | would that number be different than the 11 months that | 11:10 |
| 12 | it actually took. | 11:10 |
| 13 | And this is just the answer to that question | 11:10 |
| 14 | that I received, you know, a number of days later | 11:10 |
| 15 | after that request. | 11:10 |
| 16 | Q  Okay. And what -- what did he say that | 11:10 |
| 17 | caused you to put it at six months?  Did he just say, | 11:11 |
| 18 | It would take six months? | 11:11 |
| 19 | A  You know, I think, based on my hypothetical, | 11:11 |
| 20 | you know, what would be the time that you believe | 11:11 |
| 21 | would have -- it would have taken to do this design. | 11:11 |
| 22 | Q  Did he provide any calculations to support | 11:11 |
| 23 | the six months? | 11:11 |
| 24 | A  No, not to me. | 11:11 |
| 25 | Q  Did he provide any engineering time lines to | 11:11 |

Highly Confidential - Attorneys' Eyes Only

Page 347

1  support the six months?                                            11:11
2      A   No.                                                         11:11
3      Q   Did he provide any documents at all to                      11:11
4  support the six months?                                            11:11
5      A   No.  Again, if he had, I would have clearly                11:11
6  produced them to you and discussed them in my report.              11:11
7      Q   Based on your experience in working with                    11:11
8  Samsung, do you understand that -- that they would                 11:11
9  understand if they gave you materials on which you                 11:11
10 relied, it would need to be produced?                              11:11
11     A   Yes.                                                        11:11
12     Q   Did you ask them for any of those type of                   11:11
13 documents?                                                          11:11
14     A   No, because again, on all of these                          11:12
15 design-arounds, it was my understanding that Samsung's             11:12
16 counsel was not looking to me to be the sponsor of                 11:12
17 these numbers at trial, and it's just an input to me.              11:12
18 It's an assumption, but someone else needs to lay the              11:12
19 foundation.                                                         11:12
20         And so whether they give me documents or                    11:12
21 other things is really a waste of their time and money             11:12
22 because I'm not going to be independently saying these             11:12
23 numbers are accurate.                                               11:12
24     Q   And did you do anything to audit whether                    11:12
25 they're accurate?                                                   11:12

Highly Confidential - Attorneys' Eyes Only

Page 348

| | | |
|---|---|---|
| 1 | A    Oh, clearly not. | 11:12 |
| 2 | Q    Do you have -- well, here you use the six | 11:12 |
| 3 | months, and you calculate it from the introduction of | 11:12 |
| 4 | the tab 7.0; correct? | 11:12 |
| 5 | A    Yes. | 11:13 |
| 6 | Q    Why would there be no additional time | 11:13 |
| 7 | required to implement it at 10.1, assuming it could be | 11:13 |
| 8 | implemented there? | 11:13 |
| 9 | A    Because my understanding is it would be done | 11:13 |
| 10 | at the same time that -- the design would be existing | 11:13 |
| 11 | at the time the 10.1 came to market. | 11:13 |
| 12 | Q    And what -- from where did you get that | 11:13 |
| 13 | understanding? | 11:13 |
| 14 | A    It would either be the Samsung engineers | 11:13 |
| 15 | we've been talking about so far or it was Brian Von | 11:13 |
| 16 | Herzen.  I don't remember which one.  I remember | 11:13 |
| 17 | discussing with Brian Von Herzen, but I can't remember | 11:13 |
| 18 | the source -- the original source. | 11:13 |
| 19 | Q    So if I understood your comments earlier | 11:13 |
| 20 | about inputs, you are relying entirely on a Samsung | 11:13 |
| 21 | witness, an engineer or an expert witness, to come | 11:14 |
| 22 | forward at trial to support the amount of time it | 11:14 |
| 23 | would take to do any of the design-arounds? | 11:14 |
| 24 | MR. ANDERSON:  Objection.  This -- objection | 11:14 |
| 25 | to the -- to the extent I can understand the question, | 11:14 |

Highly Confidential - Attorneys' Eyes Only

Page 349

1  you appear to be asking about -- you don't appear to    11:14
2  be asking about the report or the basis for his         11:14
3  opinions.  So to that extent, it's outside the scope.   11:14
4  It's also vague and incomprehensible.                   11:14
5         MR. OLSON:  Let me -- let me see if I can        11:14
6  improve it.                                             11:14
7     Q   In order for your opinion to be valid, it        11:14
8  would need to be supported by testimony from either     11:14
9  Samsung engineers or Samsung experts regarding the      11:14
10 amount of time it would take to do the design-arounds;  11:15
11 correct?                                                11:15
12        MR. ANDERSON:  Objection to the extent it        11:15
13 calls for a legal conclusion.                           11:15
14        THE WITNESS:  Well, those are two possible       11:15
15 sources.                                                11:15
16        I have not asked and no one has informed me      11:15
17 as who will lay the foundation for this at trial.  I    11:15
18 could see it being just a Samsung employee in           11:15
19 management who manages engineers, who's not an          11:15
20 engineer, could lay the foundation.                     11:15
21        But if someone -- someone else would have to     11:15
22 lay the foundation for these numbers besides Mike       11:15
23 Wagner.                                                 11:15
24        MR. OLSON:  Okay.                                11:15
25    Q   Turn for a moment back to page -- or             11:16

Highly Confidential - Attorneys' Eyes Only

Page 557

1       CERTIFICATE OF REPORTER

2

3

4       I, ANDREA M. IGNACIO HOWARD, hereby certify

5   that the witness in the foregoing deposition was by me

6   duly sworn to tell the truth, the whole truth, and

7   nothing but the truth in the within-entitled cause;

8

9       That said deposition was taken in shorthand

10  by me, a Certified Shorthand Reporter of the State of

11  California, and was thereafter transcribed into

12  typewriting, and that the foregoing transcript

13  constitutes a full, true and correct report of said

14  deposition and of the proceedings which took place;

15

16      That I am a disinterested person to the said

17  action.

18

19      IN WITNESS WHEREOF, I have hereunto set my

20  hand this 13th day of May, 2012.

21

22  _____

23  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25