Exhibit 13

Highly Confidential - Outside Attorneys' Eyes Only

Page 561

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14                                                      09:01
15        H I G H L Y   C O N F I D E N T I A L
16   O U T S I D E   A T T O R N E Y S'   E Y E S   O N L Y
17
18      VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19           VOLUME III ~ PAGES 561 - 688
20              PALO ALTO, CALIFORNIA
21              TUESDAY, JULY 17, 2012
22
     BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
     CSR LICENSE NO. 9830
24
     JOB NO. 51519
25
```

Highly Confidential - Outside Attorneys' Eyes Only

Page 616

1  to instruct.  But if you wish to take that position,  10:27
2  you will need to instruct not to answer.  10:27
3         I'm done.  10:27
4         MR. ANDERSON:  I apologize for interrupting  10:27
5  you.  10:27
6         To the extent that there's overlapping  10:27
7  questions, I imagine you will ask overlapping  10:28
8  questions when you wish.  I don't believe that your  10:28
9  questions about reliability related to the  10:28
10 supplemental report as they were all directed to  10:28
11 Tab 6.  10:28
12        For the sake of time, you can ask questions.  10:28
13 I'll reserve my rights to strike any further testimony  10:28
14 you take specifically related to Tab 6 because, as I  10:28
15 understand it, you're not disputing you've been on the  10:28
16 record on Tab 6 for over an hour.  10:28
17        MR. OLSON:  No, I do dispute that.  That's  10:28
18 exactly what I'm disputing.  10:28
19        MR. ANDERSON:  You may --  10:28
20        MR. OLSON:  Let me ask my questions.  If you  10:28
21 wish to instruct not to answer, you can instruct not  10:28
22 to answer.  10:28
23    Q   Back on Schedule 1.  10:28
24        I'd like you to assume with me for the moment  10:28
25 that for each of the '381 and the '163 patent, that  10:28

Highly Confidential - Outside Attorneys' Eyes Only

Page 617

| | | |
|---|---|---|
| 1 | Samsung may not offer any evidence of its | 10:29 |
| 2 | design-arounds, no evidence of any kind, whether for | 10:29 |
| 3 | liability or any other purpose. | 10:29 |
| 4 |     If that statement were true and no evidence | 10:29 |
| 5 | of that type were presented at trial, would you be | 10:29 |
| 6 | able to support the 5,880 number or the 11,340 | 10:29 |
| 7 | number -- | 10:29 |
| 8 |     MR. ANDERSON:  Objection; incomplete | 10:29 |
| 9 | hypothetical. | 10:29 |
| 10 |     MR. OLSON:  Q.  -- for the '163 and the | 10:29 |
| 11 | '381 patent? | 10:29 |
| 12 |   A  As I testified in my deposition, and I think | 10:29 |
| 13 | I made clear in my reports, that I can't independently | 10:29 |
| 14 | verify these numbers.  I believe that -- that these | 10:29 |
| 15 | numbers are hypothetical numbers that would have to be | 10:29 |
| 16 | introduced by my client.  If my client does not or | 10:29 |
| 17 | cannot present that information at trial, I don't have | 10:29 |
| 18 | any other basis for the numbers. | 10:29 |
| 19 |   Q  If your client could not present that | 10:29 |
| 20 | information at trial, you would have only an opinion | 10:29 |
| 21 | that the reasonable royalty for the '915 patent is | 10:30 |
| 22 | 10,080, and that the reasonable royalty for the GUI | 10:30 |
| 23 | trade dress or the GUI design patent is 1,152; | 10:30 |
| 24 | correct? | 10:30 |
| 25 |     MR. ANDERSON:  Objection; incomplete | 10:30 |

Highly Confidential - Outside Attorneys' Eyes Only

Page 685

1      CERTIFICATE OF REPORTER

2

3

4      I, ANDREA M. IGNACIO HOWARD, hereby certify

5 that the witness in the foregoing deposition was by me

6 duly sworn to tell the truth, the whole truth, and

7 nothing but the truth in the within-entitled cause;

8

9      That said deposition was taken in shorthand

10 by me, a Certified Shorthand Reporter of the State of

11 California, and was thereafter transcribed into

12 typewriting, and that the foregoing transcript

13 constitutes a full, true and correct report of said

14 deposition and of the proceedings which took place;

15

16     That I am a disinterested person to the said

17 action.

18

19     IN WITNESS WHEREOF, I have hereunto set my

20 hand this 17th day of July, 2012.

21

22     _____

23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25