Exhibit 14

**Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order**

**United States District Court**
**Northern District of California**

**Apple Inc.**

**v.**

**Samsung Electronics Co., Ltd. et al.**

**Expert Report of Michael J. Wagner**
**April 16, 2012**
**Volume I**

**LitiNomics**

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

316.     Samsung has provided detailed, monthly sales and expense data for each accused product.   Other than one adjustment that I describe below relating to the COGS reported in the manufacturing section, I understand that the expense data reported in Samsung's financial data are extracted directly from Samsung's SAP financial data.[656]

317.     I have reviewed each category of cost included in the data and have had conversations with Samsung employees[657] to confirm that the expense items included in Samsung's financial data are deductible expenses.

### a)   SEC's Deductible Expenses

318.     Samsung's financial data includes a section titled "Manufacturing" that includes sales data and expense data for SEC and two Chinese manufacturing subsidiaries.[658]   This data includes the accused products that are manufactured to be sold worldwide;[659] therefore, for many accused products the manufacturing quantity is significantly higher than the sales of SEA and SEC.

319.     As discussed by SEC's 30(b)(6) witness on its financial data, Mr. Sim, in its latest financial data productions, Samsung has adjusted the COGS reported in the data in order to "zero out" the manufacturing profits of the Chinese manufacturing subsidiaries.[660]   Mr. Musika has performed adjustments to his calculations in order to reverse the effect of these adjustments.[661]

320.     In my calculations, I rely on SEC's COGS that do not include any adjustment for the Chinese manufacturing subsidiaries.   Samsung's early productions of financial data did not include any adjustment for the Chinese manufacturing subsidiaries;[662] therefore, I rely on the

---

[656] Deposition of Jaehwang Sim, March 10, 2012, pp. 34-35. [4.5]   *See also* Deposition of Timothy Sheppard, February 29, 2012, p. 84. [10.13]   *See also* Deposition of Timothy Sheppard, March 30, 2012, p. 150. [13.3]

[657] Conversation with Dongyul Choi, April 15, 2012.

[658] The Manufacturing section includes data for SEC Korea, SEHZ, and TSTC, the latter two of which are the Chinese manufacturing subsidiaries.   (Deposition of Jaehwang Sim, March 10, 2012, p. 114. [4.5])

[659] Deposition of Jaehwang Sim, March 10, 2012, pp. 112-113. [4.5]

[660] Deposition of Jaehwang Sim, March 31, 2012, pp. 242, 261. [13.4]   *See also* Deposition of Timothy Sheppard, March 30, 2012, pp. 147-148. [13.3]

[661] Musika Report, pp. 49-50. [2.2]

[662] Deposition of Jaehwang Sim, March 10, 2012, pp. 35-37, 43-48. [4.5]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

COGS reported in Samsung's earlier financial spreadsheets for the purposes of calculating SEC's deductible expense.[663]

321.    To determine whether SEC's reported expenses are deductible, I have reviewed several deposition transcripts of Samsung financial witnesses and had a conversation with Mr. Jaehwang Sim, a Vice President in SEC's Management Support Team, to gain a better understanding of the costs included in the different expense categories.

322.    The largest cost category for SEC is the cost of goods sold for the accused products.  Based on my conversation with Mr. V.P. Sim, I understand that the COGS expense includes direct expenses such as direct labor and royalties and indirect expenses such as indirect manufacturing labor cost and manufacturing overhead such as utility costs.  These costs are necessary for the manufacture of the accused products and are therefore deductible expenses.  I note that it appears Mr. Musika does not contest that COGS will be found to be deductible expenses, as he has performed an Unjust Enrichment calculation taking these COGS into account.[664]

323.    As part of its calculation of the operating expenses (and COGS to a lesser degree), Samsung allocates expenses that are not directly related to a specific product. Samsung's financial witnesses have described that Samsung's allocation methodology follows a three-step allocation process.   Timothy Sheppard, STA's Vice President of Finance and Operations, describes the three-step process as follows:[665]

> First, any expenses that are incurred specifically with respect to a particular model are allocated to that model;
>
> Second, costs that are not specific to a given model are allocated to various cost centers. So, for example, the lease of a building will be allocated to various cost centers. If that allocation can be undertaken on the basis of usage, that method will be used. For example, if the sales team that works with Sprint takes up two thousand square feet of a four thousand square foot building, half of the rent will be allocated to that Sprint sales team. Alternatively, if the usage methodology is not practical, the revenue method will be used.

---

[663] Exhibit 1922 to the Deposition of Timothy Sheppard, March 30, 2012, SAMNDCA00354292-385. [15.14]

[664] Musika Report, pp. 24-25. [2.2]

[665] Declaration of Timothy Sheppard in Support of Samsung's Opposition to Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Alleged Violations of January 27, 2012 Damages Discovery Order, March 12, 2012, (hereafter, "Sheppard Declaration") p. 8. [4.17]  *See also* Deposition of Timothy Sheppard, February 29, 2012, pp. 60-64, 92-97, 99. [10.13]  *See also* Deposition of Jaehwang Sim, March 10, 2012, pp. 120-121, 134-137. [4.5]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

The third and final step is to then take common cost centers, for example, the HR department or the accounting group and allocate those costs across devices.

324.    This allocation procedure is used in Samsung's ordinary course of business,[666] and is instituted as part of Samsung's monthly closing process.[667]  This type of allocation methodology is a reasonable method to allocate indirect expenses.  I note that Apple's 30(b)(6) witness on financial topics testified that Apple itself allocates the majority of its operating expenses by revenue.[668]

325.    Based on my conversation with Dongyul Choi,[669] I understand that the different operating expense categories include:

- GA Expense – Labor Cost: General & Administrative Staff labor cost
- GA Expense – Depreciation: G&A Staff office supplies and depreciation cost
- GA Expense – Others: IT support cost, 3rd party service expense cost
- Sales Expense – Marketing: Advertising, promotion, and sales commissions
- Sales Expense – Paid Commission: Sales expenses related to 3rd party subcontractors[670]
- Sales Expense – Insurance: all Insurance Cost
- Sales Expense – Others: Sales personnel labor cost, transportation cost, service costs.
- R&D Expense – Labor Cost: R&D related labor cost[671]
- R&D Expense – Depreciation: R&D related equipment depreciation
- R&D Expense – Others: R&D material cost, 3rd party R&D costs.[672]

326.    Based on my discussions, these costs are necessary for the manufacture and sale of the accused products and are therefore deductible expenses.

327.    One expense that I requested more information about is whether any litigation expense related to the current lawsuit is included in the expense data.  I received financial data

---

[666] Sheppard Declaration, p. 8. [4.17]
[667] Deposition of Timothy Sheppard, February 29, 2012, pp. 65-67, 96-97. [10.13]  Deposition of Timothy Sheppard, March 30, 2012, pp. 77-78. [13.3]
[668] Deposition of Mark Buckley, February 23, 2012, p. 104. [5.2]
[669] Conversation with Dongyul Choi, April 15, 2012
[670] Deposition of Jaehwang Sim, March 31, 2012, p. 251. [13.4]  See also Deposition of Jaehwang Sim, March 10, 2012, pp. 127-129. [4.5]
[671] Deposition of Jaehwang Sim, March 10, 2012, p. 138. [4.5]
[672] Deposition of Jaehwang Sim, March 10, 2012, p. 138. [4.5]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

that breaks out the legal expense related to this lawsuit that has been allocated to each accused product on a worldwide basis; the allocated lawsuit expense is a component of COGS, therefore I deduct the litigation expenses from the worldwide COGS in my calculations and thereby increase my calculation of profits.

328.    In summary, I have determined that all of the expenses in the Manufacturing section of the financial data are deductible expenses except the expenses related to the current lawsuit that have been allocated to the accused products.

### b)   STA's and SEA's Deductible Expenses

329.    The expense categories included in the financial data are identical between SEA and STA, and Timothy Sheppard verified that the expenses are reported in a similar fashion,[673] so I analyze the deductible expenses of STA and SEA together.  In my discussion below, I will refer to STA, but the SEA treatment is identical.[674]

330.    Similar to SEC, STA's largest expense is COGS.  I understand that the large majority of COGS is the transfer price from SEC to STA, but other expenses such as repair, inventory value adjustments, scrap, and physical inventory adjustments are also included in STA's COGS.[675]   Mr. Sim testified that "When it comes to COGS under STA, it includes purchase cost, purchase price for the products obtained from a manufacturer.  And there is also costs related to importing products, additional costs.  So you can consider this figure in COGS hundred percent direct cost."[676]

331.    Because STA's COGS are directly related to the sale of the accused products, STA's COGS are a deductible expense for the purpose of calculating STA's profit.  However, when calculating the consolidated profitability of SEC, STA, and SEA, the transfer price between SEC and STA is not a deductible expense because it is a cost to STA and revenue to SEC.  Therefore, I do not treat the transfer price as a deductible expense when calculating the profitability including SEC.  I do not make any deduction for the cost categories other than the transfer price in COGS and remove the effect of the STA's and SEA's COGS for the calculation of the consolidated profitability of SEC, STA, and SEA.

---

[673] Conversation with Timothy Sheppard, April 13, 2012.
[674] Conversation with Timothy Sheppard, April 13, 2012.  *See also* Deposition of Jaehwang Sim, March 31, 2012, p. 239. [13.4]
[675] Conversation with Timothy Sheppard, April 13, 2012.
[676] Deposition of Jaehwang Sim, March 31, 2012, p. 227. [13.4]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

332.    Based on the discussion in Mr. Musika's report, I understand that Apple may contest that 100% of the transfer price is a deductible expense when calculating the profitability of SEA and STA.[677]  As Samsung's financial witnesses have explained, the transfer price is set based on an agreement between Samsung and the U.S. government.[678]  Mr. Sheppard testified that "the negotiation for the APA is really a three-party negotiation between the Korean IRS, the U.S. IRS, and Samsung to say based on our economic activity, they hire economists, we hire economists, the Korean government hires economists and says based on the activity STA does, this is a fair and reasonable amount of profit that reflects the activity that STA is doing.  Based on that, that's how the tax is paid."[679]  I do not see any reason why an adjustment would need to be made to the transfer price.

333.    Based on my conversation with Tim Sheppard,[680] I understand that the different operating expense categories include:[681]

- GA Expense – Labor Cost: General & Administrative Staff labor cost (salaries, overtime, bonuses, benefits, etc.)
- GA Expense – Depreciation: All depreciation for fixed assets (computers, office equipment, etc.)
- GA Expense – Others: Travel expenses, telephone expenses, building expenses for accounting, IT, HR, facilities, legal, and management,
- Sales Expense – Logistics Cost: Warehousing and freight (moving products)
- Sales Expense – Paid Commission: Primarily Temporary staff
- Sales Expense – Insurance: Property and general liability insurance.
- Sales Expense – Others:  Travel expenses, telephone expenses, building expenses for sales cost centers
- Operating Expenses – Other: small miscellaneous items.

[677] For example, Mr. Musika states in his report that "Further, I have added back the $1,342,194,158 of profits that Samsung removed in its latest version which Samsung admits represents the profit earned by Samsung on the sale of the accused devices in the U.S. and transferred to a Chinese subsidiary of Samsung under a transfer pricing agreement to avoid U.S. taxation."  (Musika Report, p. 50. [2.2])  I note that it appears that Mr. Musika does not understand the issue with respect to the Chinese manufacturing subsidiaries – this issue has no impact whatsoever on the U.S. taxation.  The only shifting would be between Chinese taxing authorities and Korean taxing authorities.

[678]  Deposition of Timothy Sheppard, January 24, 2012, pp. 21-22, 35, 62-63, 82-83, 115-116. [3.22]  *See also* Advance Pricing Agreement between Samsung Electronics American, Inc. and The Internal Revenue Service, S-ITC-007274461 – 476. [4.18]  *See also* Deposition of Timothy Sheppard, February 29, 2012, pp. 123-129. [10.13]

[679] Deposition of Timothy Sheppard, February 29, 2012, pp. 125-126. [10.13]

[680]  Conversation with Timothy Sheppard, April 16, 2012.

[681]  The financial data includes a Sales Expenses – Marketing line, but the expenses are zero because SEC reimburses STA for marketing expense.  (Deposition of Jaehwang Sim, March 31, 2012, pp. 251-252. [13.4]  *See also* Deposition of Timothy Sheppard, March 30, 2012, p. 98. [13.3])

| Document Description | Date | Bates Range |
|---|---|---|
| 2024  Deposition of Don-Joo Lee | 2/17/2012 | |
| 2025  Deposition of Dooju Byun | 2/17/2012 | |
| 2026  Deposition of Douglas Satzger | 11/8/2011 | |
| 2027  Deposition of Duncan Kerr | 10/26/2011 | |
| 2028  Deposition of Emilie Kim | 3/7/2012 | |
| 2029  Deposition of Eric Jue | 2/24/2012 | |
| 2030  Deposition of Erin Wong | 10/6/2011 | |
| 2031  Deposition of Eugene Whang | 10/27/2011 | |
| 2032  Deposition of Fletcher Rothkopf | 2/29/2012 | |
| 2033  Deposition of Frank Chau | 11/8/2011 | |
| 2034  Deposition of Freddy Anzures | 10/18/2011 | |
| 2035  Deposition of Gary S. Williams | 10/5/2011 | |
| 2036  Deposition of George C. Eckert, II | 11/30/2011 | |
| 2037  Deposition of George Dicker | 3/8/2012 | |
| 2038  Deposition of Gert-Jan Van Lieshout | 11/4/2011 | |
| 2039  Deposition of Gin-Kyu Choi, Ph.D. | 11/20/2011 | |
| 2040  Deposition of Gisang Lee [Rough] | 2/29/2012 | |
| 2041  Deposition of Gi-Young Lee | 2/16/2012 | |
| 2042  Deposition of Glenn M. Kubota | 10/10/2011 | |
| 2043  Deposition of Greg Christie | 10/18/2011 | |
| 2044  Deposition of Greg Joswiak | 2/23/2012 | |
| 2045  Deposition of Gregory Joswiak, Volume II | 2/24/2012 | |
| 2046  Deposition of Gregory Scott Weaver, Esq. | 10/10/2011 | |
| 2047  Deposition of Hangil Song | 2/8/2012 | |
| 2048  Deposition of Hee Won Kang | 11/15/2011 | |
| 2049  Deposition of HeonSeok Lee | 2/29/2012 | |
| 2050  Deposition of Himke Van Der Velde | 11/2/2011 | |
| 2051  Deposition of Hunkee Kim, Ph.D. | 11/30/2011 | |
| 2052  Deposition of Hyeon Woo Lee in the Matter of Certain Wireless Communication Equipment, Articles Therein, and Products Containing the Same | 11/13/2006 | SAMNDCA00139246 - SAMNDCA00139307 |
| 2053  Deposition of Hyeon-Woo Lee, Ph.D. | 11/13/2011 | |
| 2054  Deposition of Hyoung Shin Park | 2/29/2012 | |
| 2055  Deposition of Imran Chaudhri | 10/14/2011 | |
| 2056  Deposition of Itay Sherman | 9/15/2011 | |
| 2057  Deposition of Jae Yoel Kim | 11/18/2011 | |
| 2058  Deposition of Jae Yoel Kim, Volume III in the Matter of Certain Wireless Communication Equipment, Articles Therein, and Products Containing the Same | 3/20/2007 | SAMNDCA00141294 - SAMNDCA00141334 |
| 2059  Deposition of Jaegwan Shin | 1/27/2012 | |
| 2060  Deposition of Jaehwang Sim | 3/31/2012 | |
| 2061  Deposition of Jaehwang Sim | 3/10/2012 | |