HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF PETER KOLOVOS IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS** |

I, Peter Kolovos, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. I submit this Declaration in support of Apple's objections and responses to objections regarding the materials to be used during the examinations of the following witnesses: Emilie Kim, Richard Lutton, Gregory Chapman, Paul Dourish, Tony Givargis, Mani Srivastava, Tony Blevins, and Sony Keeper of Records.

3. **Exhibit 1** has been withdrawn.

4. **Exhibit 2** has been withdrawn.

5. Attached hereto as **Exhibit 3** are excerpts from Dr. J. Paul Dourish's Initial Expert Report.

6. Attached hereto as **Exhibit 4** is Dr. J. Paul Dourish's Initial Expert Report, Ex. 3C.

7. Attached hereto as **Exhibit 5** is Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions, Ex. I-5.

8. Attached hereto as **Exhibit 6** is Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions, Ex. I-9.

9. Attached hereto as **Exhibit 7** are excerpts from Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions.

10. Attached hereto as **Exhibit 8** are excerpts from the May 2, 2012 Deposition Transcript of J. Paul Dourish.

11. Attached hereto as **Exhibit 9** is Dr. J. Paul Dourish's Initial Expert Report, Ex. 3A.

12. Attached hereto as **Exhibit 10** is Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions, Ex. I-1.

13. Attached hereto as **Exhibit 11** are excerpts from the Opening Expert Report of Tony Givargis.

KOLOVOS DECL. ISO APPLE'S OBJECTIONS AND RESPONSES
CASE NO. 11-CV-01846-LHK (PSG)                                                                 1

14. Attached hereto as **Exhibit 12** are excerpts from the Rebuttal Expert Report of Tony Givargis.

15. Attached hereto as **Exhibit 13** are excerpts from Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions.

16. Attached hereto as **Exhibit 14** is Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions, Ex. J-1.

17. Attached hereto as **Exhibit 15** is Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions, Ex. J-5.

18. Attached hereto as **Exhibit 16** is Plaintiff and Counterclaim-Defendant Apple Inc.'s Invalidity Contentions, Ex. J-6.

19. Attached hereto as **Exhibit 17** are excerpts from the Opening Expert Report of Mani Srivastava.

20. Attached hereto as **Exhibit 18** is the Opening Expert Report of Mani Srivastava, Ex. 3A.

21. Attached hereto as **Exhibit 19** is the Opening Expert Report of Mani Srivastava, Ex. 4A.

22. Attached hereto as **Exhibit 20** is the Opening Expert Report of Mani Srivastava, Ex. 4B.

23. Attached hereto as **Exhibit 21** is the Opening Expert Report of Mani Srivastava, Ex. 4C.

24. Attached hereto as **Exhibit 22** is the Opening Expert Report of Mani Srivastava, Ex. 4D.

25. Attached hereto as **Exhibit 23** is the Opening Expert Report of Mani Srivastava, Ex. 4E.

26. Attached hereto as **Exhibit 24** is the Opening Expert Report of Mani Srivastava, Ex. 4F.

27. Attached hereto as **Exhibit 25** is the Opening Expert Report of Mani Srivastava, Ex. 5D.

28. Attached hereto as **Exhibit 26** is the Opening Expert Report of Mani Srivastava, Ex. 9.

29. Attached hereto as **Exhibit 27** is excerpts from the Deposition Transcript of Mani Srivastava.

30. Attached hereto as **Exhibit 28** are excerpts from Apple Inc.'s Supplemental Responses to Samsung's First Set of Interrogatories (Nos. 8, 13, & 14).

Dated: August 15, 2012                    */s/ Peter Kolovos*
                                          PETER KOLOVOS

CASE NO. 11-CV-01846-LHK (PSG)                                              3

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Peter Kolovos has concurred in this filing.

Dated: August 15, 2012  */s/ Mark D. Selwyn*
MARK D. SELWYN