# EXHIBIT 1
# (Withdrawn)