# EXHIBIT 2

# (Withdrawn)