# EXHIBIT 5

# **Exhibit I-5**

Exhibit I-5

## EXHIBIT I-5: Invalidity Chart U.S. Patent No. 7,456,893

U.S. Patent No. 6,867,807 to Malloy Desormeaux and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") anticipate or render obvious, alone or in combination, asserted claims 1-4, 6-8, and 10-16 of U.S. Patent No. 7,456,893 (hereinafter, "the '893 patent") under 35 U.S.C. §103(a).

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| 1. A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps: | The '807 patent and KR '792 patent teach "A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps." For example: <br><br> • "In the method, a series of electronic images are sequentially captured and stored in memory in a camera. An image display of the camera is then selectively activated." <br><br> '807 patent, 2:22-24 <br><br> • "When the photographer trips a shutter release 26, a subject image (a light image of a scene) is captured as a latent image on a frame 28 of the film 20a and at least one electronic image is captured on an electronic array imager 30 of the evaluation image capture unit 16." <br><br> '807 patent, 4:29-33 <br><br> • "The verify button 152 provides a signal to the controller, which activates the image display 32 and disables image capture while the image display 32 is actuated. The user can change from a the [sic] last captured image to earlier captured images by moving the zoom toggle 142." <br><br> '807 patent, 15:1-5 <br><br> • "This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality." <br><br> KR '792 patent, Abstract <br><br> • "This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." <br><br> KR '792 patent, p. 5-2; Drawing 2 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show'  in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
|  | certain shortcut menu to pop up." |
|  | KR '792 patent, p. 5-3; Drawing 1 |
|  | • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again." |
|  | KR '792 patent, p. 5-4; Drawing 3 |
|  | • "This [invention] is comprised of 5 stages: Stage 1 wherein a number of menus are displayed to view the stored contents by using the camera by pressing the shortcut key [pre]set with a long key for a set period of time; Stage 2 wherein the set Screen 1 is displayed when the slide show view among said number of menus is selected; Stage 3 wherein the next photographs are consecutively displayed by the lapse of set time or manipulation of the direction keys while they are displayed in said Screen 1; Stage 5 where during said sequential display stage, if the user's key input shows it ended, then it ends, or otherwise, other photographs are continually displayed; and Stage 5 where if general photograph viewing menu was selected in Stage 1, then the corresponding gist is displayed for the user to make the selections to display the corresponding photographs." |
|  | KR '792 patent, pp. 5-4 to 5-5 |
| (a) setting the digital image processing apparatus in the reproduction mode; | The '807 patent and KR '792 patent teach "setting the digital image processing apparatus in the reproduction mode." For example: |
|  | • "The verify button 152 provides a signal to the controller, which activates the image display 32 and disables image capture while the image display 32 is actuated. The user can change from a the last captured image to earlier captured images by moving the zoom toggle 142." |
|  |  '807 patent, 15:1-5 |
|  | • "The verify button 152 acts as a normally open switch connecting the image display 32 to the controller 36. Pressing |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | the verify button 152 turns the image display 32 on when it is off and off when it is on. Responsive to activation, the controller 36 causes an image to be shown on the display 32." <br><br> '807 patent, 16:18-23 <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." <br><br> KR '792 patent, p. 5-2; Drawing 2 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show'  in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up." <br><br> KR '792 patent, p. 5-3; Drawing 1 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears.  Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300).  Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again." <br><br> KR '792 patent, p. 5-4; Drawing 3 |
| (b) using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file; | The '807 patent and KR '792 patent teach "using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file." For example: <br><br> • "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32." <br><br> '807 patent, 18:46-49; Fig. 1b <br><br> • "The default image is preferably the last captured image in memory, since that image is most relevant as a default image.  The default image can be defined as some other image, if desired. The user selected image is a displayed image, other than the default image, shown at the time of deactivation." <br><br> '807 patent, 18:6-11 <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." <br><br> KR '792 patent, p. 5-2; Drawing 2 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show'  in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | certain shortcut menu to pop up." |
| | KR '792 patent, p. 5-3; Drawing 1 |
| | • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again." |
| | KR '792 patent, p. 5-4; Drawing 3 |
| (c) while the single image file is being displayed, switching from the reproduction mode to the photographing mode; | The '807 patent and KR '792 patent teach "while the single image file is being displayed, switching from the reproduction mode to the photographing mode." For example: |
| | • "It is preferred that the image display 32 is operated on demand by actuation of a switch (not separately illustrated) and that the image display 32 is turned off by a timer 154 or by initial depression of the shutter release 26. Timers 154 can be provided as a function of the controller 36 and are discussed below in detail. When the image display 32 is actuated, earlier captured images can be reviewed using what is at other times, the zoom toggle 142, or other user control 144." |
| | '807 patent, 12:51-59 |
| | • "When the photographer trips a shutter release 26, a subject image (a light image of a scene) is captured as a latent image on a frame 28 of the film 20a and at least one electronic image is captured on an electronic array imager 30 of the evaluation image capture unit 16." |
| | '807 patent, 4:29-33 |
| | • "This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1 |
| (d) using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium; | The '807 patent and KR '792 patent teach "using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium." For example:<br><br>• "In the method, a series of electronic images are sequentially captured and stored in memory in a camera."<br><br>'807 patent, 2:22-23<br><br>• "The manner in which electronic images are stored in memory 112 is not critical. For convenience, the storing of electronic images is discussed herein in terms of allocated separate single-image addresses or blocks "1" to "50" in the memory 112. Consistent with the frame count, respective frame numbers for the captured electronic images are stored at the single-image addresses '1' to '50' in the memory 112."<br><br>'807 patent, 10:46-53. |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | *See also* '807 patent, Fig. 1b <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." <br><br> KR '792 patent, p. 5-2; Drawing 2 |
| (e) after the duration, switching from the photographing mode to the reproduction mode; and | The '807 patent and KR '792 patent teach "after the duration, switching from the photographing mode to the reproduction mode." For example: <br><br> • "Referring now to FIGS. 6-7, editing follows image capture and begins with the user pressing the verify button 152 of the user interface 140. The verify button 152 acts as a normally open switch connecting the image display 32 to the controller 36. Pressing the verify button 152 turns the image display 32 on when it is off and off when it is on. Responsive to activation, the controller 36 causes an image to be shown on the display 32." <br><br> '807 patent, 16:16-23; Figs. 6-7 <br><br> • "In FIG. 1b, the user has again captured and then displayed an image. . ." <br><br> '807 patent, 18:45-47; Fig. 1b <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) |

9

| U.S. Patent No.<br>7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and<br>Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show'  in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>• "First, if the #1 menu, 'view photograph' is selected from the |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| (f) irrespective of the duration, first displaying again only the single image file from step (c). | The '807 patent and KR '792 patent teaches "irrespective of the duration, first displaying again only the single image file from step (c)." For example:<br><br>• "Upon reactivation the image display shows one of two different categories of images: a default image or a user selected image. The default image is preferably the last captured image in memory, since that image is most relevant as a default image. The default image can be defined as some other image, if desired. The user selected image is a displayed image, other than the default image, shown at the time of deactivation. As above-noted, the user selected image can be any of a wide variety of different images; including an edited, but not saved, derived image. For convenience, the following discussion is primarily directed to a default image that is the last captured electronic image in memory and a user selected image that is one of the earlier captured electronic images in memory. It will be understood that the features described are not limited to such a default image and user selected image."<br><br>'807 patent, 18:4-18<br><br>• "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32. The display deactivation time period T1 elapses and the image display is deactivated. The earlier captured electronic image 196 was being shown on the image display 32 at the time of deactivation.<br>After the short or moderate delay T2, the image display 32 is reactivated by the user, and the user selected image, the earlier captured image 190, is again shown. If, alternatively, the user delays for the longer time period T3 before reactivation, the default image, the last captured electronic image 190, is shown upon reactivation." |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | '807 patent, 18:46-59; Fig. 1b <br><br> • "In the cameras and methods, an image display on the camera is deactivated after a brief period of inactivity. The user can then reactivate the display. The image shown, at the time of reactivation, is either a default image or a user selected image other than the default image. The latter is shown, if the reactivation is within a predetermined time of the deactivation of the displaying of the user selected image. In other cases the default image is shown upon reactivation." <br><br> '807 patent, 2:66 - 3:6 <br><br> • "Referring now to FIGS. 6-7, editing follows image capture and begins with the user pressing the verify button 152 of the user interface 140. The verify button 152 acts as a normally open switch connecting the image display 32 to the controller 36. Pressing the verify button 152 turns the image display 32 on when it is off and off when it is on. Responsive to activation, the controller 36 causes an image to be shown on the display 32. The specific image initially shown is discussed below in detail. An image selector 156 in the form of a dedicated user control or software designated user control (in the embodiment shown in FIGS. 1a-1b the zoom toggle), can then be actuated to sequence through the different electronic images stored in memory.  The images shown on the display 32 can sequence through automatically, in the form of a slide show, but this is not preferred for editing. What is preferred, is that a separate actuation of the image selector 156 be required to sequence from one electronic image to the next. FIG. 6 illustrates this procedure. The specific sequence followed is not critical and different sequences can be provided by different states of the image selector 156. This is shown for a particular embodiment of the camera in FIG. 6. The camera 10 is initially in an image capture state and the information display bears capture related information 158. The examples of this information, shown in FIG. 6, are operational modes for the capture system and flash and the number of the next film frame. The image display 32 is activated by the user pressing (indicated by arrow 160) the verify button 152 and an earlier image is selected by the user pressing (indicated by arrow 162) an image selector 156 (labeled "Previous image"). A sequence changer 164 is also included among the provided user controls. It is currently preferred that the sequence in which the images are shown is chronological from newest to oldest. Other sequences such as discussed in U.S. Pat. No. 5,978,016 or such as oldest to newest can or ordering on the basis of editing |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
|  | parameters, can also be used. For example, the sequence can be in order of selected print formats and chronologically within each format. Electronic only images can be displayed in sequence with electronic images having corresponding latent images, or can be displayed in a separate sequence, as desired." <br><br> '807 patent, 16:16-58; Figs. 1(a) - 1(b) and 6-7 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears.  Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400).  Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number. Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest." <br><br> KR '792 Patent, p. 5-4 |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | <br><br>KR '792 Patent, Fig. 3 |
| 2. The method of claim 1 | See claim 1. |
| wherein step (c) comprises the step of identifying the image file that is being displayed. | The '807 patent and KR '792 patent teach "wherein step (c) comprises the step of identifying the image file that is being displayed." For example:<br><br>• "The excess memory capacity can be used to allow the user to review electronic images corresponding to archival images of earlier used film units 18. The captured electronic images corresponding to the latent images in the film units 18 are not erased from memory 112 when the respective film unit 18 is removed from the camera 10; instead, once the memory 112 is full, the oldest captured electronic image is overwritten by the newest captured electronic image. (If necessary, two old electronic images may be deleted if required to free enough memory 112 to store one new image). The order in which the images are replaced, first in-first-out, corresponds to many practices in inventory control and the like and is also referred to herein by the term 'FIFO'."<br><br>'807 patent, 15:21-34<br><br>• "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | KR '792 patent, p. 5-2; Drawing 2 |

- "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can  input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30).  Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."

KR '792 patent, p. 5-3; Drawing 2

- "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | KR '792 patent, p. 5-4 |
| 3. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed. | The '807 patent and KR '792 patent teach "wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed." For example:<br><br>• "The excess memory capacity can be used to allow the user to review electronic images corresponding to archival images of earlier used film units 18. The captured electronic images corresponding to the latent images in the film units 18 are not erased from memory 112 when the respective film unit 18 is removed from the camera 10; instead, once the memory 112 is full, the oldest captured electronic image is overwritten by the newest captured electronic image. (If necessary, two old electronic images may be deleted if required to free enough memory 112 to store one new image). The order in which the images are replaced, first in-first-out, corresponds to many practices in inventory control and the like and is also referred to herein by the term "FIFO"."<br><br>'807 patent, 15:21-34<br><br>• "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32. The display deactivation time period T1 elapses and the image display is deactivated. The earlier captured electronic image 196 was being shown on the image display 32 at the time of deactivation. After the short or moderate delay T2, the image display 32 is reactivated by the user, and the user selected image, the earlier captured image 190, is again shown."<br><br>'807 patent, 18:46-56 and Fig. 1(b)<br><br>• "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending |

16

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can  input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30).  Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2<br><br>• "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show' menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |
| 4. The method of claim 3 | See claim 3. |
| wherein step (e) comprises | The '807 patent and KR '792 patent teach "wherein step (e) comprises |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| the step of reading the memory to retrieve the index value. | the step of reading the memory to retrieve the index value." For example:<br><br>• "The excess memory capacity can be used to allow the user to review electronic images corresponding to archival images of earlier used film units 18. The captured electronic images corresponding to the latent images in the film units 18 are not erased from memory 112 when the respective film unit 18 is removed from the camera 10; instead, once the memory 112 is full, the oldest captured electronic image is overwritten by the newest captured electronic image. (If necessary, two old electronic images may be deleted if required to free enough memory 112 to store one new image). The order in which the images are replaced, first in-first-out, corresponds to many practices in inventory control and the like and is also referred to herein by the term "FIFO"."<br><br>'807 patent, 15:21-34<br><br>• "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32. The display deactivation time period T1 elapses and the image display is deactivated. The earlier captured electronic image 196 was being shown on the image display 32 at the time of deactivation.  After the short or moderate delay T2, the image display 32 is reactivated by the user, and the user selected image, the earlier captured image 190, is again shown."<br><br>'807 patent, 18:46-56 and Fig. 1(b)<br><br>• "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | one can  input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30).  Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers." <br><br> KR '792 patent, p. 5-3; Drawing 2 <br><br> • "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs." <br><br> KR '792 patent, p. 5-4 |
| 6. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c). | The '807 patent and KR '792 patent teach "wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c)." For example: <br><br> • "The excess memory capacity can be used to allow the user to review electronic images corresponding to archival images of earlier used film units 18. The captured electronic images |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
|  | corresponding to the latent images in the film units 18 are not erased from memory 112 when the respective film unit 18 is removed from the camera 10; instead, once the memory 112 is full, the oldest captured electronic image is overwritten by the newest captured electronic image. (If necessary, two old electronic images may be deleted if required to free enough memory 112 to store one new image). The order in which the images are replaced, first in-first-out, corresponds to many practices in inventory control and the like and is also referred to herein by the term "FIFO"." <br><br> '807 patent, 15:21-34 <br><br> • "It is currently preferred that the sequence in which the images are shown is chronological from newest to oldest. Other sequences such as discussed in U.S. Pat. No. 5,978,016 or such as oldest to newest can or ordering on the basis of editing parameters, can also be used. For example, the sequence can be in order of selected print formats and chronologically within each format. Electronic only images can be displayed in sequence with electronic images having corresponding latent images, or can be displayed in a separate sequence, as desired." <br><br> '807 patent, 16:49-58 <br><br> • "Upon reactivation the image display shows one of two different categories of images: a default image or a user selected image. The default image is preferably the last captured image in memory, since that image is most relevant as a default image. The default image can be defined as some other image, if desired. The user selected image is a displayed image, other than the default image, shown at the time of deactivation. As above-noted, the user selected image can be any of a wide variety of different images; including an edited, but not saved, derived image." <br><br> '807 patent, 18:4-13 <br><br> • "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32. The display deactivation time period T1 elapses and the image display is deactivated. The earlier captured electronic image 196 was being shown on the image display 32 at the time of deactivation.  After the short or moderate delay T2, the image display 32 is reactivated by the user, and the user selected image, the earlier captured image |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | 190, is again shown."<br><br>'807 patent, 18:46-56 and Fig. 1(b)<br><br>• "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30).  Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2<br><br>• "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400). Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The fist photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number.  Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest.<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| 7. The method of claim 3 | See claim 3. |
| wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed. | The '807 patent and KR '792 patent teach "wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed."<br><br>• "It is preferred that the image display 32 is operated on demand by actuation of a switch (not separately illustrated) and that the image display 32 is turned off by a timer 154 or by initial depression of the shutter release 26. Timers 154 can be provided as a function of the controller 36 and are discussed below in detail. When the image display 32 is actuated, earlier captured images can be reviewed using what is at other times, the zoom toggle 142, or other user control 144."<br><br>'807 patent, 12:51-59<br><br>• "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32. The display deactivation time period T1 elapses and the image display is deactivated. The |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | earlier captured electronic image 196 was being shown on the image display 32 at the time of deactivation.  After the short or moderate delay T2, the image display 32 is reactivated by the user, and the user selected image, the earlier captured image 190, is again shown." <br><br> '807 patent, 18:46-56 and Fig. 1(b) <br><br> • "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." <br><br>   KR '792 patent, p. 5-2; Drawing 2 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30).  Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers." <br><br>   KR '792 patent, p. 5-3; Drawing 2 <br><br> • "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
|  | key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |
| 8. The method of claim 4 | See claim 4. |
| wherein the reading step comprises the step of determining if the index value is in a reset state. | The '807 patent and KR '792 patent teach "wherein the reading step comprises the step of determining if the index value is in a reset state."<br><br>• "The excess memory capacity can be used to allow the user to review electronic images corresponding to archival images of earlier used film units 18. The captured electronic images corresponding to the latent images in the film units 18 are not erased from memory 112 when the respective film unit 18 is removed from the camera 10; instead, once the memory 112 is full, the oldest captured electronic image is overwritten by the newest captured electronic image. (If necessary, two old electronic images may be deleted if required to free enough memory 112 to store one new image). The order in which the images are replaced, first in-first-out, corresponds to many practices in inventory control and the like and is also referred to herein by the term "FIFO"."<br><br>'807 patent, 15:21-34<br><br>• "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32. The display deactivation time period T1 elapses and the image display is deactivated. The earlier captured electronic image 196 was being shown on the image display 32 at the time of deactivation.  After the short or moderate delay T2, the image display 32 is reactivated by the user, and the user selected image, the earlier captured image 190, is again shown." |

24

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | '807 patent, 18:46-56 and Fig. 1(b) <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears.  Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300).  Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400).  Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number.  Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest." <br><br> KR '792 Patent, p. 5-4 <br><br>  <br><br> KR '792 Patent, Fig. 3 |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| 10. A digital image processing apparatus comprising: | See claim 1 preamble. |
| an optical system for receiving a light reflected from a subject; | The '807 patent and KR '792 patent teach "an optical system for receiving a light reflected from a subject." For example:<br><br>• "Referring now primarily to FIG. 2, the camera 10 has a optical system 76 of one or more lenses mounted in the body 24. The optical system 76 is illustrated by a dashed line and several groups of lens elements. It will be understood that this is illustrative, not limiting. The optical system 76 directs light to the exposure frame 58 and to the electronic array imager 30. The optical system 76 also preferably directs light through an optical viewfinder 78 to the user.  The imager 30 is spaced from the exposure frame 58, thus, the optical system 76 directs light along a first path (indicated by a dotted line 80) to the exposure frame 58 and along a second path (indicated by a dotted line 82) to the electronic array imager 30. Both paths 80, 82 converge at a position in front of the camera 10, at the plane of the subject image. In FIG. 2, the optical system 76 has a combined lens unit 84 that includes both an imager lens unit 86 and a viewfinder lens unit 88. The combined lens unit 84 has a partially transmissive mirror 90 that subdivides the second light path 82 between an imager subpath to the imager 30 and a viewfinder subpath that is redirected by a fully reflective mirror 92 and transmitted through an eyepiece to the photographer. The optical system 76 can be varied. For example, the viewfinder lens unit 88, imager lens unit 86, and a taking lens unit 50 can be fully separate (not shown) or a combined lens unit 84 can include both a taking lens unit 50 and an imager lens unit 86 (not shown). Other alternative optical systems can also be provided."<br><br>'807 patent, 7:21-49 and Fig. 2 (elements referred to in above passage)<br><br>• "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized."<br><br>KR '792 patent, p. 5-2 |
| a photoelectric conversion | The '807 patent and KR '792 patent teach "a photoelectric conversion |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| module in optical communication with the optical system for converting the light to image data; | module in optical communication with the optical system for converting the light to image data." For example:<br><br>• "The electronic image capture unit 16 has an electronic array imager 30 driven by an imager driver 74. The electronic array imager 30 is configured so as to capture, for each picture-taking event, one or more electronic images that correspond to a latent image concurrently captured on the filmstrip 20a. The type of imager 30 used may vary, but it is highly preferred that the imager 30 be one of the several solid-state imagers available. . . . Referring now primarily to FIG. 2, the camera 10 has a optical system 76 of one or more lenses mounted in the body 24. The optical system 76 is illustrated by a dashed line and several groups of lens elements. It will be understood that this is illustrative, not limiting. The optical system 76 directs light to the exposure frame 58 and to the electronic array imager 30. The optical system 76 also preferably directs light through an optical viewfinder 78 to the user."<br><br>'807 patent, 6:32 - 7:28; Fig. 2<br><br>• "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized."<br><br>KR '792 patent, p. 5-2 |
| a recording medium for storing the image data in an image file; | The '807 patent and KR '792 patent teach "a recording medium for storing the image data in an image file." For example:<br><br>• ""Memory 112" refers to one or more suitably sized logical units of physical memory provided in semiconductor memory or magnetic memory, or the like. For example, the memory 112 can be an internal memory, such as a Flash EPROM memory, or alternately a removable memory, such as a CompactFlash card, or a combination of both. "Memory 112", as used herein, is separate from the "film unit 18". Thus, in some embodiments, the camera has both memory 112 and a digital film unit 18."<br><br>'807 patent, 9:64 - 10:5 and Fig. 2<br><br>• "The respective electronic images correspond to the latent images on the exposed film frames 28, and, after processing, are individually stored in memory 112, each time the filmstrip |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | 20a is advanced forward one frame increment following a film exposure. The memory 112 has a successive-image storage capacity for a limited number of electronic images." <br><br> '807 patent, 10:17-23 <br><br> • "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  " <br><br> KR '792 patent, p. 5-2; Drawing 1 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory." <br><br> KR '792 patent, p. 5-3; Drawing 1 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)." <br><br> KR '792 patent, p. 5-4; Drawing 3 |
| a display screen for displaying the image data; | The '807 patent and KR '792 patent teach "a display screen for displaying the image data." For example: <br><br> • "An image display 32 is mounted on the outside of the body 24 and, preferably, faces the rear of the camera 10. The image display 32 is driven by an image display driver 108 and can be turned on to display a verification image to preview what a print or other final image is expected to look like. The image display 32 can be automatically turned off by a timer (not |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | separately illustrated) for battery conservation. Signal lines 110 electronically connect the imager 30 through the control system 34 to the image display 32. The image display 32 produces a light image (also referred to here as a "display image") that is viewed by the user." <br><br> '807 patent, 9:32-42 and Fig. 2 <br><br> • "As illustrated in Drawing 1, when a flip mobile phone (100) is flipped open, [it shows that] the camera is comprised of the display area and the key manipulation area." <br><br> KR '792 patent, p. 5-2; Drawing 1 <br><br> • "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  " <br><br> KR '792 patent, p. 5-2; Drawing 1 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory." <br><br> KR '792 patent, p. 5-3; Drawing 1 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)." <br><br> KR '792 patent, p. 5-4; Drawing 3 |
| and a controller connected | The '807 patent and KR '792 patent teach "a controller connected with the |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| with the photoelectric conversion module, the recording medium and the display screen, | photoelectric conversion module, the recording medium and the display screen." For example:<br><br>• "The control system 34, which includes a controller 36, can take the form of an appropriately configured microcomputer, such as an embedded microprocessor having RAM or other memory for data manipulation and general program execution."<br><br>'807 patent, 8:9-13 and Fig. 2<br><br>• "A control system 34 that includes a controller 36 (also referred to herein as a microcomputer) and can also include a digital signal processor 38, controls other components of the camera 10 and performs processing related to the derived image."<br><br>'807 patent, 4:56-60<br><br>• "The control system 34, as earlier discussed, includes the controller 36 and memory 112 and also includes an analog-digital converter 114 (also referred to herein as a "A/D converter 114") (this term is inclusive of components that also include an analog signal processor and amplifier) and the image processor 38. . . . The captured analog electronic image is amplified and converted by the A/D converter 114 to a digital electronic image, which is then processed in the image processor 38 and stored in the memory 112. . . . It is currently preferred that the signal lines 110 act as a data bus connecting the imager 30, controller 36, processor 38, the image display 32, and other electronic components. . . . The controller 36 and image processor 38 can be controlled by software stored in the same physical memory 112 that is used for image storage, but it is preferred that the processor 38 and controller 36 are controlled by firmware stored in dedicated memory (not separately illustrated), for example, in a ROM or EPROM firmware memory. . . . The respective electronic images correspond to the latent images on the exposed film frames 28, and, after processing, are individually stored in memory 112, each time the filmstrip 20a is advanced forward one frame increment following a film exposure. The memory 112 has a successive-image storage capacity for a limited number of electronic images. For convenience, the electronic images stored in a single camera 10 are generally treated herein as all being of the same size or about the same size. This is the case in currently preferred embodiments; but is not limiting."<br><br>'807 patent, 9:43 - 10:27 and Fig. 2 |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | • "As illustrated in Drawing 1, when a flip mobile phone (100) is flipped open, [it shows that] the camera is comprised of the display area and the key manipulation area."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>• "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>• "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| the controller being operative in a photographing mode to | The '807 patent KR '792 patent teach "the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data, | display screen for displaying a single image relative to the image data." For example: <br><br> • "It is preferred that the image display 32 is operated on demand by actuation of a switch (not separately illustrated) and that the image display 32 is turned off by a timer 154 or by initial depression of the shutter release 26. Timers 154 can be provided as a function of the controller 36 and are discussed below in detail. When the image display 32 is actuated, earlier captured images can be reviewed using what is at other times, the zoom toggle 142, or other user control 144." <br><br> '807 patent, 12:51-59 <br><br> • "In a camera and method, the electronic image initially made available for viewing, following deactivation and reactivation of a display, depends upon the duration of inactivity and the prior electronic image viewed. In the method, a series of electronic images are sequentially captured and stored in memory in a camera. An image display of the camera is then selectively activated. A default image is shown on the display responsive to the activating. The display is selectively switched to a user selected image following the showing of the default image. The display is deactivated at the end of a display deactivation time period and selectively reactivated following the deactivating. The default image is shown, responsive to the reactivating, when the deactivating is prior to the switching. The user selected image is shown, responsive to the reactivating, when the deactivating follows the switching and the reactivating is during a first time period following the deactivating. The default image is shown, responsive to the reactivating, when the deactivating follows the switching and the reactivating is during a second time period following the first time period." <br><br> '807 patent, Abstract <br><br> • "In currently preferred embodiments, the cameras 10 have a capture system 12 that has an archival image capture unit 14 and a separate evaluation image capture unit 16. The two different capture units 14, 16 can take a variety of forms and can be completely separate from each other or can share some components. The evaluation image capture unit 16 captures a scene image electronically and can also be referred to as an electronic image capture unit 16." <br><br> '807 patent, 3:27-35 |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | <ul><li>"Referring now particularly to FIGS. 2-5, the camera 10 has a body 24 that holds a capture system 12 having an archival image capture unit 14 that uses photographic film 20a and an evaluation image capture unit 16 that captures images electronically. When the photographer trips a shutter release 26, a subject image (a light image of a scene) is captured as a latent image on a frame 28 of the film 20a and at least one electronic image is captured on an electronic array imager 30 of the evaluation image capture unit 16. The electronic image or images are digitally processed and used to provide one or more derived images that can be shown on an image display 32 mounted to the body 24."</li></ul><br>'807 patent, 4:24-36; Figs. 2-5<br><br><ul><li>"A control system 34 that includes a controller 36 (also referred to herein as a microcomputer) and can also include a digital signal processor 38, controls other components of the camera 10 and performs processing related to the derived image."</li></ul><br>'807 patent, 4:56-60<br><br><ul><li>"The respective electronic images correspond to the latent images on the exposed film frames 28, and, after processing, are individually stored in memory 112, each time the filmstrip 20a is advanced forward one frame increment following a film exposure. The memory 112 has a successive-image storage capacity for a limited number of electronic images. For convenience, the electronic images stored in a single camera 10 are generally treated herein as all being of the same size or about the same size. This is the case in currently preferred embodiments; but is not limiting."</li></ul><br>'807 patent, 10:17-27<br><br><ul><li>"This invention is concerning a mobile phone having the camera functionality."</li></ul><br>KR '792 patent, Abstract<br><br><ul><li>"This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded</li></ul> |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>• "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most- | The '807 patent and KR '792 patent teach "wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation." For example:<br><br>• "In the cameras and methods, an image display on the camera is deactivated after a brief period of inactivity. The user can then reactivate the display. The image shown, at the time of reactivation, is either a default image or a user selected image other than the default image. The latter is shown, if the |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation. | reactivation is within a predetermined time of the deactivation of the displaying of the user selected image. In other cases the default image is shown upon reactivation." <br><br> '807 patent, 2:66 - 3:6 <br><br> • "Referring now to FIGS. 6-7, editing follows image capture and begins with the user pressing the verify button 152 of the user interface 140. The verify button 152 acts as a normally open switch connecting the image display 32 to the controller 36. Pressing the verify button 152 turns the image display 32 on when it is off and off when it is on. Responsive to activation, the controller 36 causes an image to be shown on the display 32. The specific image initially shown is discussed below in detail. An image selector 156 in the form of a dedicated user control or software designated user control (in the embodiment shown in FIGS. 1a-1b the zoom toggle), can then be actuated to sequence through the different electronic images stored in memory.  The images shown on the display 32 can sequence through automatically, in the form of a slide show, but this is not preferred for editing. What is preferred, is that a separate actuation of the image selector 156 be required to sequence from one electronic image to the next. FIG. 6 illustrates this procedure. The specific sequence followed is not critical and different sequences can be provided by different states of the image selector 156. This is shown for a particular embodiment of the camera in FIG. 6. The camera 10 is initially in an image capture state and the information display bears capture related information 158. The examples of this information, shown in FIG. 6, are operational modes for the capture system and flash and the number of the next film frame. The image display 32 is activated by the user pressing (indicated by arrow 160) the verify button 152 and an earlier image is selected by the user pressing (indicated by arrow 162) an image selector 156 (labeled "Previous image"). A sequence changer 164 is also included among the provided user controls. It is currently preferred that the sequence in which the images are shown is chronological from newest to oldest. Other sequences such as discussed in U.S. Pat. No. 5,978,016 or such as oldest to newest can or ordering on the basis of editing parameters, can also be used. For example, the sequence can be in order of selected print formats and chronologically within each format. Electronic only images can be displayed in sequence with electronic images having corresponding latent images, or can be displayed in a separate sequence, as desired." |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | '807 patent, 16:16-58; Figs. 1(a) - 1(b) and 6-7 |

'807 patent, 16:16-58; Figs. 1(a) - 1(b) and 6-7

- "Upon reactivation the image display shows one of two different categories of images: a default image or a user selected image. The default image is preferably the last captured image in memory, since that image is most relevant as a default image. The default image can be defined as some other image, if desired. The user selected image is a displayed image, other than the default image, shown at the time of deactivation. As above-noted, the user selected image can be any of a wide variety of different images; including an edited, but not saved, derived image. For convenience, the following discussion is primarily directed to a default image that is the last captured electronic image in memory and a user selected image that is one of the earlier captured electronic images in memory. It will be understood that the features described are not limited to such a default image and user selected image."

'807 patent, 18:4-18

- "In FIG. 1b, the user has again captured and then displayed an image, but the user has then selected (indicated by double-headed arrow 194) an earlier captured electronic image 196 for viewing on the image display 32. The display deactivation time period T1 elapses and the image display is deactivated. The earlier captured electronic image 196 was being shown on the image display 32 at the time of deactivation.
After the short or moderate delay T2, the image display 32 is reactivated by the user, and the user selected image, the earlier captured image 190, is again shown. If, alternatively, the user delays for the longer time period T3 before reactivation, the default image, the last captured electronic image 190, is shown upon reactivation."

'807 patent, 18:46-59; Fig. 1b

- "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is

36

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | immediately displayed on the screen (D400).  Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number.  Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest."<br><br>KR '792 Patent, p. 5-4<br><br><br><br>KR '792 Patent, Fig. 3 |
| 11. The digital image processing apparatus of claim 10 | See claim 10. |
| wherein the controller is operative to identify the single image file that was most recently displayed in the stored-image display mode. | See claim 2. |
| 12. The digital image processing apparatus of claim 10 | See claim 10. |

Exhibit I-5

| U.S. Patent No.<br>7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and<br>Korean Published Patent No. 10-2004-0013792 |
|---|---|
| wherein each image file stored in the recording medium includes a unique file index value and the controller causes the unique file index value of the single image file that was most recently displayed in a file index memory to be stored. | See claim 3. |
| 13. The digital image processing apparatus of claim 12 | See claim 12. |
| wherein the controller comprises at least one of a digital camera processor and a microcontroller. | The '807 patent and KR '792 patent teach "wherein the controller comprises at least one of a digital camera processor and a microcontroller." For example:<br><br>• "The control system 34, which includes a controller 36, can take the form of an appropriately configured microcomputer, such as an embedded microprocessor having RAM or other memory for data manipulation and general program execution."<br><br>'807 patent, 8:9-13 and Fig. 3(b) (elements 36 and 38)<br><br>• "A control system 34 that includes a controller 36 (also referred to herein as a microcomputer) and can also include a digital signal processor 38, controls other components of the camera 10 and performs processing related to the derived image."<br><br>'807 patent, 4:56-60<br><br>• "The control system 34, as earlier discussed, includes the controller 36 and memory 112 and also includes an analog-digital converter 114 (also referred to herein as a "A/D converter 114") (this term is inclusive of components that also include an analog signal processor and amplifier) and the image processor 38. Other components can also be provided, as discussed below, in detail. Suitable components for the control system 34 are known to those of skill in the art. Modifications of the control system 34 are practical, such as those described elsewhere herein. The controller 36 can be provided as a single component, such as a microcomputer or microprocessor, or as multiple components of equivalent function in distributed locations. The same considerations |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | apply to the processor and other components. Likewise, components illustrated as separate units herein may be conveniently combined or shared in some embodiments." <br><br> '807 patent, 9:42-59 and Fig. 2 <br><br> • "This invention is concerning a mobile phone having the camera functionality." <br><br> KR '792 patent, Abstract <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized." <br><br> KR '792 patent, p. 5-2 |
| 14. The digital image processing apparatus of claim 13 | See claim 13. |
| further comprising a user input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode. | See claim 1(c) and 1(e). |
| 15. The digital image processing apparatus of claim 14 | See claim 14. |
| wherein the user input further comprises at least one directional actuator for displaying a previous and a next image file in the | See claim 7. |

Exhibit I-5

| U.S. Patent No. 7,456,893 | US Patent No. 6,867,807 to Malloy Desmormeaux and Korean Published Patent No. 10-2004-0013792 |
| --- | --- |
| stored-image display mode, the controller updating the file index memory with a different unique file index value each time the at least one directional actuator is pressed. | |
| 16. The digital image processing apparatus of claim 14 | See claim 14. |
| wherein the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the photographing mode to the stored-image display mode. | See claims 3 and 4. |