# EXHIBIT 6

# EXHIBIT I-9

Exhibit I-9

## EXHIBIT I-9: Invalidity Chart for U.S. Patent No. 7,456,893

U.S. Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") anticipate or render obvious, alone or in combination, asserted claims 1-4, 6-8, and 10-16 of U.S. Patent No. 7,456,893 (hereinafter, "the '893 patent") under 35 U.S.C. §103(a).

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| 1. A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps: | The '082 patent and KR '792 patent teach "A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps."  For example: <br><br> • "[I]t is an primary object of this invention to provide a digital still camera which is capable of shortening the time period of reproduced-image renewal in a continuous reproducing mode." <br><br> '082 patent, 1:25-29 <br><br> • "Referring to FIG. 1, a digital camera 10 of this embodiment includes a barrier 11 formed at a front of a main body thereof. If this barrier 11 is opened, a photographing mode is set." <br><br> '082 patent, 2:30-33 <br><br> • "The compressed data is accommodated within an image file. The image file, in turn, is recorded in a memory card 46." <br><br> '082 patent, 3:22-24 <br><br> • "If a reproduce/photograph switch 52 is switched to a reproducing mode, a reproducing mode is set." <br><br> '082 patent, 3:62-63 <br><br> • "[T]he CPU 28 reads original image data out of a desired image file recorded in the memory card 46." <br><br> '082 patent, 4:1-3 <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera |

1

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | functionality." |

KR '792 patent, Abstract

- "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."

KR '792 patent, p. 5-2 and Drawing 2

- "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show' in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key

Exhibit I-9

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | is released, photograph is taken and stored in the memory. Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up." <br><br> KR '792 patent, p. 5-3; Drawing 1 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again." <br><br> KR '792 patent, p. 5-4; Drawing 3 <br><br> • "This [invention] is comprised of 5 stages: Stage 1 wherein a number of menus are displayed to view the stored contents by using the camera by pressing the shortcut key [pre]set with a long key for a set period of time; Stage 2 wherein the set Screen 1 is displayed when the slide show view among said number of menus is selected; Stage 3 wherein the next photographs are consecutively displayed by the lapse of set time or manipulation of the direction keys while they are displayed in said Screen 1; Stage 5 where during said sequential display stage, if the user's key input shows it ended, then it ends, or otherwise, other photographs are continually displayed; and Stage 5 where if general photograph viewing menu was selected in Stage 1, then the corresponding gist is displayed for the user to make the selections to display the corresponding photographs." <br><br> KR '792 patent, pp. 5-4 to 5-5 |
| (a) setting the digital image processing apparatus in the reproduction mode; | The '082 patent and KR '792 patent teach "setting the digital image processing apparatus in the reproduction mode." For example: <br><br> • "If a reproduce/photograph switch 52 is switched to a reproducing mode, a reproducing mode is set." <br><br> '082 patent, 3:62-63 <br><br> • "This invention is concerning a mobile phone having the |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." |

KR '792 patent, p. 5-2; Drawing 2

- "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show'  in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | key, and causes a certain shortcut menu to pop up." <br><br> KR '792 patent, p. 5-3; Drawing 1 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again." <br><br> KR '792 patent, p. 5-4; Drawing 3 |
| (b) using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file; | The '082 patent and KR '792 patent teach "using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file." For example: <br><br> • "Referring to FIG. 4 to FIG. 6, the CPU 28 in the reproducing mode first determines at a step S1 whether a memory card 46 is applied to a slot 44 or not. … The CPU 28 then reads, at a step S5, any one of the image file names out of the memory card 46, and enters the read image file name to a last address of the entry table 28e at a step S7. At a step S9, the image file names entered in the entry table 28e are sorted according to their file numbers…. If the shifting to the reproducing mode is made when the image files are recorded, for example, in the order as shown in FIG. 7(A), in the memory card 46, these image file names are entered as shown in FIG. 7(B), i.e. in an order of power ascending in file number. … That is, if the mode is shifted to the reproducing mode, reproduction is first made for an image file smallest in file number. … The original image is displayed on the LCD 34." <br><br> '082 patent, 5:25-65 <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." |

KR '792 patent, p. 5-2; Drawing 2

- "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show' in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory. Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."

KR '792 patent, p. 5-3; Drawing 1

- "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| (c) while the single image file is being displayed, switching from the reproduction mode to the photographing mode; | The '082 patent and KR '792 patent teach "while the single image file is being displayed, switching from the reproduction mode to the photographing mode." For example:<br><br>• "Referring to FIG. 1, a digital camera 10 of this embodiment includes a barrier 11 formed at a front of a main body thereof. If this barrier 11 is opened, a photographing mode is set."<br><br>'082 patent, 2:30-33; *see also* Fig. 1 ("reproduce/photograph switch 52")<br><br>• "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key. In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time |

Exhibit I-9

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1 |
| (d) using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium; | The '082 patent and KR '792 patent teach "using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium." For example:<br><br>• "When a shutter button 40 is depressed by an operator, a 4-bit micro-computer 42 supplies a control signal to a CPU 28 … The compressed data is accommodated within an image file. The image file, in turn, is recorded in a memory card 46. … The image file recorded in the memory card 46 is put with a marker, of as shown FIG. 2, at a predetermined address thereof."<br><br>'082 patent, 2:66 – 3:37<br><br>• "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2 |
| (e) after the duration, switching from the photographing mode to the reproduction mode; and | The '082 patent and KR '792 patent teach "after the duration, switching from the photographing mode to the reproduction mode." For example:<br><br>• "If a reproduce/photograph switch 52 is switched to a reproducing mode, a reproducing mode is set."<br><br>'082 patent, 3:62-63<br><br>• "This invention is concerning a mobile phone having the |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show' in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory. Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | key, and causes a certain shortcut menu to pop up." |
|  | KR '792 patent, p. 5-3; Drawing 1 |
|  | • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again." |
|  | KR '792 patent, p. 5-4; Drawing 3 |
| (f) irrespective of the duration, first displaying again only the single image file from step (c). | The '082 patent and KR '792 patent teach "irrespective of the duration, first displaying again only the single image file from step (c)." For example: |
|  | • "Referring to FIG. 4 to FIG. 6, the CPU 28 in the reproducing mode first determines at a step S1 whether a memory card 46 is applied to a slot 44 or not. … The CPU 28 then reads, at a step S5, any one of the image file names out of the memory card 46, and enters the read image file name to a last address of the entry table 28e at a step S7. At a step S9, the image file names entered in the entry table 28e are sorted according to their file numbers…. If the shifting to the reproducing mode is made when the image files are recorded, for example, in the order as shown in FIG. 7(A), in the memory card 46, these image file names are entered as shown in FIG. 7(B), i.e. in an order of power ascending in file number. … That is, if the mode is shifted to the reproducing mode, reproduction is first made for an image file smallest in file number. … The original image is displayed on the LCD 34." |
|  | '082 patent, 5:25-65 |
|  | • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | is immediately displayed on the screen (D400).  Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number.  Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest."<br><br>KR '792 Patent, p. 5-4<br><br><br><br>• <br><br>KR '792 Patent, Fig. 3 |
| 2. The method of claim 1 | See claim 1. |
| wherein step (c) comprises the step of identifying the image file that is being displayed. | The '082 patent and KR '792 patent teach "wherein step (c) comprises the step of identifying the image file that is being displayed." For example:<br><br>• "Referring to FIG. 4 to FIG. 6, the CPU 28 in the reproducing mode first determines at a step S1 whether a memory card 46 is applied to a slot 44 or not. … The CPU 28 then reads, at a step S5, any one of the image file names out of the memory card 46, and enters the read image file name to a last address of the entry table 28e at a step S7. At a step S9, the image file names entered in the entry table 28e are sorted according to their file numbers…. If the shifting to the reproducing mode is made when the image files are recorded, for example, in the order as shown in FIG. 7(A), in the memory card 46, these image file names are entered as shown in FIG. 7(B), i.e. in an |

11

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | order of power ascending in file number. … That is, if the mode is shifted to the reproducing mode, reproduction is first made for an image file smallest in file number. … The original image is displayed on the LCD 34." |

'082 patent, 5:25-65

- "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."

KR '792 patent, p. 5-2

- "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40). At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing. Or by pressing the 'confirm' key, one can return to the previous screed (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."

KR '792 patent, p. 5-3; Drawing 2

- "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear. In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier. "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key. Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions. In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."  KR '792 patent, p. 5-4 |
| 3. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed. | The '082 patent and KR '792 patent teach "wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed." For example:  • "Referring to FIG. 4 to FIG. 6, the CPU 28 in the reproducing mode first determines at a step S1 whether a memory card 46 is applied to a slot 44 or not. … The CPU 28 then reads, at a step S5, any one of the image file names out of the memory card 46, and enters the read image file name to a last address of the entry table 28e at a step S7. At a step S9, the image file names entered in the entry table 28e are sorted according to their file numbers…. If the shifting to the reproducing mode is made when the image files are recorded, for example, in the order as shown in FIG. 7(A), in the memory card 46, these image file names are entered as shown in FIG. 7(B), i.e. in an order of power ascending in file number. … That is, if the mode is shifted to the reproducing mode, reproduction is first made for an image file smallest in file number. … The original image is displayed on the LCD 34."  '082 patent, 5:25-65  • "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."  KR '792 patent, p. 5-2  • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be |

13

Exhibit I-9

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can  input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30).  Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers." <br><br> KR '792 patent, p. 5-3; Drawing 2 <br><br> • "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs." <br><br> KR '792 patent, p. 5-4 |
| 4. The method of claim 3 | See claim 3. |
| wherein step (e) comprises the step of reading the | The '082 patent and KR '792 patent teach "wherein step (e) comprises the step of reading the memory to retrieve the index value." For example: |

14

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| memory to retrieve the index value. | • "Referring to FIG. 4 to FIG. 6, the CPU 28 in the reproducing mode first determines at a step S1 whether a memory card 46 is applied to a slot 44 or not. … The CPU 28 then reads, at a step S5, any one of the image file names out of the memory card 46, and enters the read image file name to a last address of the entry table 28e at a step S7. At a step S9, the image file names entered in the entry table 28e are sorted according to their file numbers…. If the shifting to the reproducing mode is made when the image files are recorded, for example, in the order as shown in FIG. 7(A), in the memory card 46, these image file names are entered as shown in FIG. 7(B), i.e. in an order of power ascending in file number. Referring to FIG. 5, the CPU 28 sets, at a step S15, a count value TA of the table address counter 28d at '1.' At a step S17, original image data is read out of an image file corresponding to a current count value TA (=the entry table 28e number). The original image data thus read is expanded according to a JPEG format. The expanded original image data is displayed on the LCD 34 at a step S19. That is, if the mode is shifted to the reproducing mode, reproduction is first made for an image file smallest in file number. … The original image is displayed on the LCD 34." |
| | '082 patent, 5:25-65 |
| | • "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." |
| | KR '792 patent, p. 5-2; Drawing 2 |
| | • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40). At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing. Or by pressing the 'confirm' key, one can return to the previous screed (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers." |

Exhibit I-9

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | KR '792 patent, p. 5-3; Drawing 2<br><br>• "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |
| 6. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c). | The '082 patent and KR '792 patent teach "wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c)." For example:<br><br>• "The image file recorded in the memory card 46 is put with a marker, of as shown FIG. 2, at a predetermined address thereof. "SOI" is a start marker for an image file. Markers "APP0" and "APP12" are respectively start markers for a thumbnail image data area and an image information area, which have been contemplated by the present applicant. "DQT" is a start marker for a quantization table data area. "SOF" is a start marker for a parameter area concerning frames. "DHT" is a start marker for a Huffman coding table data area. "SOS" is a start marker for a parameter area concerning components. "EOI" is an end marker for the image |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | file. Incidentally, an original image data area is provided following the parameter area concerning components."<br><br>'082 patent, 3:35-48<br><br>• "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2<br><br>• "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show' menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead |

17

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400).  Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The fist photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number.  Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest.<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| 7. The method of claim 3 | See claim 3. |
| wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed. | The '082 patent and KR '792 patent teach "wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed."<br><br>• "If a reproduce/photograph switch 52 is switched to a reproducing mode, a reproducing mode is set. The reproducing mode involves a normal reproducing mode and a continuous reproducing mode. In the normal reproducing mode, renewal is made for a displayed original image each time the operator once depresses a forward feed button 48 or reverse feed button 50. That is, the CPU 28 reads original image data out of a desired image file recorded in the memory card 46."<br><br>'082 patent, 3:62 - 4:3<br><br>• "If the operator continues to depress the forward feed button 48 or reverse feed button 50 for 2 seconds or longer, then a continuous reproducing mode is set. At this time, the CPU 28 reads thumbnail image data from respective image files at a predetermined interval and expands the read thumbnail image data, in order, with using the working area 24c." |

18

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | '082 patent, 4:16-22 |
| | • "Referring to FIG. 5, the CPU 28 sets, at a step S15, a count value TA of the table address counter 28d at "1". At a step S17, original image data is read out of an image file corresponding to a current count value TA (=the entry table 28e number). The original image data thus read is expanded according to a JPEG format. The expanded original image data is displayed on the LCD 34 at a step S19. That is, if the mode is shifted to the reproducing mode, reproduction is first made for an image file smallest in file number. The CPU 28 subsequently determines at a step S21 whether the forward feed button 48 is depressed or not. If "YES", the count value TA is incremented at a step S23. At a step S25, original image data is read out of an image file corresponding to a current count value, and the read original image data is expanded according to a JPEG format. The original image is displayed on the LCD 34.  It takes about 3 seconds from the determination "YES" at the step S21 to the completion of the process at the step S27. Accordingly, the CPU 28 executes the step S29 after a lapse of about 3 seconds from the operation of the forward feed button 48. At a step S29, it is determined whether the button flag 28f is set or not.  The button flag 28f is set at a time that the depressing time period (on time period) of the forward feed button 48 exceeds 2 seconds. However, if the depression time period is kept for about 3 seconds, "YES" is determined at the step S29. Thereupon, the CPU 28 executes a process for the continuous reproducing mode at steps S31-S41.  On the other hand, if the operator releases his finger immediately after depressing the forward feed button 48, the flag 28f is set. Due to this, the CPU 28 determines "NO" at the step S29, to repeat the process for the normal reproducing mode by executing the steps S21-S29. That is, the original image is renewed each time the forward feed button 48 is depressed.  At a step S31, the CPU 28 increments the count value TA, and then determines at a step S32 whether the count value TA is greater than the number of recorded images. If the determination here is "NO", the process advances directly to a step S34, while if "YES", the count value is set at "1" at a step S33 and the process proceeds to the step S34. Accordingly, after a lastly-arranged image is reproduced. A firstly-arranged image is displayed. At the step S34, thumbnail image data is read out of an image file corresponding to a current count value TA to executing an expansion process. The thumbnail image data has pixels in number, i.e. 80 pixels×60 lines. On the other hand, the LCD 34 has pixels in number of 704 pixels×432 lines. Accordingly, the CPU 28 performs, at a step S35, a magnifying zoom process on the thumbnail image data |

19

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | to thereby create magnified thumbnail image data having 704 pixelsx432 lines. That is, the second signal processing circuit 30 is caused to execute such a zoom process. Thus, magnified thumbnails are displayed on the LCD 34 at a step S37. At step S39, it is determined whether or not 0.5 second has elapsed from a time executing the step S31. If 0.5 seconds is elapsed, it is determined at a step S41 whether the button flag 42c is still being set or not. If "YES", the process returns to the step S31 to repeat the process as stated above. Due to this, magnified thumbnail images are each displayed for 0.5 second in a continuous manner." <br><br> '082 patent, 5:50 - 6:43 <br><br> • "The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." <br><br> KR '792 patent, p. 5-2 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40).  At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can  input the corresponding photograph number desired for viewing.  Or by pressing the 'confirm' key, one can return to the previous screed (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers." <br><br> KR '792 patent, p. 5-3; Drawing 2 <br><br> • "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear.  In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier.  "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key.  Of |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions.  In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing.  In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out.  For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress.  Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |
| 8. The method of claim 4 | See claim 4. |
| wherein the reading step comprises the step of determining if the index value is in a reset state. | The '082 patent and KR '792 patent teach "wherein the reading step comprises the step of determining if the index value is in a reset state."<br><br>• "Referring to FIG. 4 to FIG. 6, the CPU 28 in the reproducing mode first determines at a step S1 whether a memory card 46 is applied to a slot 44 or not. If the determination here is "NO", reproduction is made for the image data from the flash memory 38, detailed explanation thereof being omitted here. On the other hand, if "YES" at the step S1, the CPU 28 resets, at a step S3, the total counter 28b, the PIC counter 28c and the table address counter 28d. The CPU 28 then reads, at a step S5, any one of the image file names out of the memory card 46, and enters the read image file name to a last address of the entry table 28e at a step S7."<br><br>'082 patent, 5:25-37; Figs. 4-6<br><br>• "If the forward feed button 48 is turned off, the button flag 42c is immediately reset so that the CPU 28 determines "NO" at a step S41. Because the count value TA is maintained at a same value without incrementation, the CPU 28 reads at a step S43 original image data from the same image file and expands the image data according to a JPEG format. Thereafter, the expanded data is outputted on the LCD 34 at a step S45, and the process returns to the step S21. That is, if the operator finds a desirable thumbnail image and releases his finger from |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | the forward feed button 48, an original flag 42c is reset to thereby return the mode from the continuous reproducing mode to the normal reproducing mode. At this time, the thumbnail image being displayed on the LCD 34 is changed to an original image line by line, thus providing image representation with improved quality." |
| | '082 patent, 6:50-64 |
| | • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400).  Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number.  Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest." |
| | KR '792 Patent, p. 5-4 |

Exhibit I-9

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| |  KR '792 Patent, Fig. 3 |
| 10. A digital image processing apparatus comprising: | See claim 1 preamble. |
| an optical system for receiving a light reflected from a subject; | The '082 patent and KR '792 patent teach "an optical system for receiving a light reflected from a subject." For example: <br><br> • "Referring to FIG. 1, a digital camera 10 of this embodiment includes a barrier 11 formed at a front of a main body thereof. If this barrier 11 is opened, a photographing mode is set. At the same time, an optical image incident upon a lens 12 is given to a CCD imager 14 through a color filter having Cy, Ye, Mg and G arranged in a mosaic form." <br><br> '082 patent, 2:30-36; *see also* Fig. 1 (elements 11 and 12) <br><br> • "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized." <br><br> KR '792 patent, p. 5-2 |
| a photoelectric conversion module in optical | The '082 patent and KR '792 patent teach "a photoelectric conversion module in optical communication with the optical system for converting the |

23

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| communication with the optical system for converting the light to image data; | light to image data." For example:<br><br>• Referring to FIG. 1, a digital camera 10 of this embodiment includes a barrier 11 formed at a front of a main body thereof. If this barrier 11 is opened, a photographing mode is set. At the same time, an optical image incident upon a lens 12 is given to a CCD imager 14 through a color filter having Cy, Ye, Mg and G arranged in a mosaic form.  When outputting a motion picture through a monitor 34, the CCD imager 14 performs so-called well-known pixel mixing readout to supply a resulting pixel signal to a CDS/AGC circuit 16. The CDS/AGC circuit 16 performs well-known noise removal and level adjustment on the inputted pixel signal. The pixel signal processed by this CDS/AGC circuit 16 is then converted by an A/D converter 18 into digital data, i.e. pixel data. A first signal processing circuit 20 performs color separation and YUV-conversion on the pixel data outputted from the A/D converter 18.<br><br>'082 patent, 2:30-46; *see also* Fig. 2 (elements 14, 16, 18 and 20)<br><br>• "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized."<br><br>• KR '792 patent, p. 5-2 |
| a recording medium for storing the image data in an image file; | The '082 patent and KR '792 patent teach "a recording medium for storing the image data in an image file." For example:<br><br>• "The Y, U and V data thus created is written by a memory control circuit 26 into a memory area 24a of a DRAM 24 through a bus 22."<br><br>'082 patent, 2:47-49; *see also* Fig. 2 (element 24)<br><br>• "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order." |

24

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | KR '792 patent, p. 5-2; Drawing 1 <br><br> • "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory." <br><br> KR '792 patent, p. 5-3; Drawing 1 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)." <br><br> KR '792 patent, p. 5-4; Drawing 3 |
| a display screen for displaying the image data; | The '082 patent and KR '792 patent teach "a display screen for displaying the image data." For example: <br><br> • "When outputting a motion picture through a monitor 34 . . ." <br><br> '082 patent, 2:37; *see also* Fig. 2 (element 34) <br><br> • "When outputting a motion picture, the second signal processing circuit 30 performs predetermined horizontal and vertical interpolations on the Y, U and V data (motion picture data) read out of the DRAM 24 so that these data become suited for a display-screen size of the LCD 34. The motion picture data, outputted from the second signal processing circuit 30, is then converted by a D/A converter 32 into an analog signal. This analog signal is supplied to the LCD 34, and also outputted through an output terminal 36. As a result, a motion picture is displayed on the LCD 34." <br><br> '082 patent, 2:56-65 <br><br> • "The second signal processing circuit 30, when a shutter button 40 is depressed, performs color separation and YUV-conversion on the inputted pixel data, thereby outputting a photographed image (freeze image) on the LCD 34." |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | '082 patent, 3:31-34<br><br>• "As a result, a reproduced image is displayed on the LCD 34."<br><br>'082 patent, 4:9-10<br><br>• "The expanded thumbnail image data is subjected by the second signal processing circuit 30 to horizontal and vertical interpolations and expanded to the screen size of the LCD 34. As a result, expanded thumbnail images are displayed for a predetermined time period on the LCD 34."<br><br>'082 patent, 4:22-26<br><br>• ". . . the thumbnail image displayed on the LCD 34 turns into an original image, line by line, from a top thereof."<br><br>'082 patent, 4:38-40<br><br>• "The expanded original image data is displayed on the LCD 34 at a step S19."<br><br>'082 patent, 5:55-56<br><br>• "The original image is displayed on the LCD 34."<br><br>'082 patent, 5:64-65<br><br>• "Thus, magnified thumbnails are displayed on the LCD 34 at a step S37."<br><br>'082 patent, 6:36-37<br><br>• "Thereafter, the expanded data is outputted on the LCD 34 at a step S45 . . ."<br><br>'082 patent, 6:56-57<br><br>• "At this time, the thumbnail image being displayed on the LCD 34 is changed to an original image line by line, thus providing image representation with improved quality."<br><br>'082 patent, 6:62-64<br><br>• "As illustrated in Drawing 1, when a flip mobile phone (100) is flipped open, [it shows that] the camera is comprised of the display area and the key manipulation area." |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | KR '792 patent, p. 5-2; Drawing 1<br><br>• "Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>• "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| and a controller connected with the photoelectric conversion module, the recording medium and the display screen, | The '082 patent and KR '792 patent teach "a controller connected with the photoelectric conversion module, the recording medium and the display screen." For example:<br><br>• "When a shutter button 40 is depressed by an operator, a 4-bit micro-computer 42 supplies a control signal to a CPU 28 through an interrupt terminal 28a. In response thereto, the CPU 28 controls the CCD imager 14 to perform so-call all-pixel readout."<br><br>'082 patent, 2:66 - 3:3; *see also* Fig. 2 (element 28)<br><br>• "The CPU 28 performs color separation and YUV-conversion on the image data stored in the memory area 24a with using a |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | working area 24b. The converted Y, U and V data, i.e. photographed image data, are compressed according to a JPEG format. The compressed data is accommodated within an image file. The image file, in turn, is recorded in a memory card 46. Incidentally, where no memory card 46 is applied to the digital still camera 10, the image file is recorded on a flash memory 38."<br><br>'082 patent, 3:18-26<br><br>• "That is, the CPU 28 reads original image data out of a desired image file recorded in the memory card 46. The CPU 28 also performs expansion on the read image data by using a working area 24c, and stores the expanded original image data (YUV data) into the memory area 24a. The stored original image data is read out of the memory area 24a by the interlace-scan method. A second signal processing circuit 30 performs horizontal and vertical interpolations on the read original image data. As a result, a reproduced image is displayed on the LCD 34."<br><br>'082 patent, 4:1-10<br><br>• "At this time, the CPU 28 reads thumbnail image data from respective image files at a predetermined interval and expands the read thumbnail image data, in order, with using the working area 24c. The expanded thumbnail image data is subjected by the second signal processing circuit 30 to horizontal and vertical interpolations and expanded to the screen size of the LCD 34.  As a result, expanded thumbnail images are displayed for a predetermined time period on the LCD 34."<br><br>'082 patent, 4:18-26<br><br>• "The CPU 28 reproduces the original image data corresponding to the thumbnail image being displayed immediately before switching over of the mode."<br><br>'082 patent, 4:34-36<br><br>• "As illustrated in Drawing 1, when a flip mobile phone (100) is flipped open, [it shows that] the camera is comprised of the display area and the key manipulation area."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>• "This invention is concerning a mobile phone having the |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
|  | camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>&bull; "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>&bull; "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image | The '082 patent and KR '792 patent teach "the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data." For example:<br><br>&bull; "[I]t is an primary object of this invention to provide a digital still camera which is capable of shortening the time period of reproduced-image renewal in a continuous reproducing mode." |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| relative to the image data, | '082 patent, 1:25-29<br><br>• "Referring to FIG. 1, a digital camera 10 of this embodiment includes a barrier 11 formed at a front of a main body thereof. If this barrier 11 is opened, a photographing mode is set."<br><br>'082 patent, 2:30-33<br><br>• "The compressed data is accommodated within an image file. The image file, in turn, is recorded in a memory card 46."<br><br>'082 patent, 3:22-24<br><br>• "If a reproduce/photograph switch 52 is switched to a reproducing mode, a reproducing mode is set."<br><br>'082 patent, 3:62-63<br><br>• "[T]he CPU 28 reads original image data out of a desired image file recorded in the memory card 46."<br><br>'082 patent, 4:1-3<br><br>• "This invention is concerning a mobile phone having the camera functionality."<br><br>KR '792 patent, Abstract<br><br>• "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>• "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory." <br><br> KR '792 patent, p. 5-3; Drawing 1 <br><br> • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)." <br><br> KR '792 patent, p. 5-4; Drawing 3 |
| wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation. | The '082 patent and KR '792 patent teach "wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation." For example: <br><br> • "Referring to FIG. 1, a digital camera 10 of this embodiment includes a barrier 11 formed at a front of a main body thereof. If this barrier 11 is opened, a photographing mode is set." <br><br> '082 patent, 2:30-33; *see also* Fig. 1 ("reproduce/photograph switch 52") <br><br> • "When a shutter button 40 is depressed by an operator, a 4-bit micro-computer 42 supplies a control signal to a CPU 28 … The compressed data is accommodated within an image file. The image file, in turn, is recorded in a memory card 46. … The image file recorded in the memory card 46 is put with a marker, of as shown FIG. 2, at a predetermined address thereof." <br><br> '082 patent, 2:66 – 3:37 <br><br> • "If a reproduce/photograph switch 52 is switched to a reproducing mode, a reproducing mode is set." |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | '082 patent, 3:62-63 |
| | • "Referring to FIG. 4 to FIG. 6, the CPU 28 in the reproducing mode first determines at a step S1 whether a memory card 46 is applied to a slot 44 or not. … The CPU 28 then reads, at a step S5, any one of the image file names out of the memory card 46, and enters the read image file name to a last address of the entry table 28e at a step S7. At a step S9, the image file names entered in the entry table 28e are sorted according to their file numbers.…  If the shifting to the reproducing mode is made when the image files are recorded, for example, in the order as shown in FIG. 7(A), in the memory card 46, these image file names are entered as shown in FIG. 7(B), i.e. in an order of power ascending in file number. … That is, if the mode is shifted to the reproducing mode, reproduction is first made for an image file smallest in file number. … The original image is displayed on the LCD 34." |
| | '082 patent, 5:25-65 |
| | • "First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400).  Then automatically, after a lapse of a set time, the screen (D500) displays the next photo.  Here, according to the user's un-delayed input, the screen can change.  The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number.  Or it could be that the viewing can start from the photograph that was last viewed by the viewer.  Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest." |
| | KR '792 Patent, p. 5-4 |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| |   KR '792 Patent, Fig. 3 |
| 11. The digital image processing apparatus of claim 10 | See claim 10. |
| wherein the controller is operative to identify the single image file that was most recently displayed in the stored-image display mode. | See claim 2. |
| 12. The digital image processing apparatus of claim 10 | See claim 10. |
| wherein each image file stored in the recording medium includes a unique file index value and the controller causes the unique file index value of the single image file that was most recently displayed in a file index memory to be stored. | See claim 3. |
| 13. The digital image | See claim 12. |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| processing apparatus of claim 12 | |
| wherein the controller comprises at least one of a digital camera processor and a microcontroller. | The '082 patent and KR '792 patent teach "wherein the controller comprises at least one of a digital camera processor and a microcontroller." For example: |

The '082 patent and KR '792 patent teach "wherein the controller comprises at least one of a digital camera processor and a microcontroller." For example:

- "When a shutter button 40 is depressed by an operator, a 4-bit micro-computer 42 supplies a control signal to a CPU 28 through an interrupt terminal 28a. In response thereto, the CPU 28 controls the CCD imager 14 to perform so-call all-pixel readout."

'082 patent, 2:66 - 3:3; *see also* Fig. 2 (element 28)

- "The CPU 28 performs color separation and YUV-conversion on the image data stored in the memory area 24a with using a working area 24b. The converted Y, U and V data, i.e. photographed image data, are compressed according to a JPEG format. The compressed data is accommodated within an image file. The image file, in turn, is recorded in a memory card 46. Incidentally, where no memory card 46 is applied to the digital still camera 10, the image file is recorded on a flash memory 38."

'082 patent, 3:18-26

- "That is, the CPU 28 reads original image data out of a desired image file recorded in the memory card 46. The CPU 28 also performs expansion on the read image data by using a working area 24c, and stores the expanded original image data (YUV data) into the memory area 24a. The stored original image data is read out of the memory area 24a by the interlace-scan method. A second signal processing circuit 30 performs horizontal and vertical interpolations on the read original image data. As a result, a reproduced image is displayed on the LCD 34."

'082 patent, 4:1-10

- "At this time, the CPU 28 reads thumbnail image data from respective image files at a predetermined interval and expands the read thumbnail image data, in order, with using the working area 24c. The expanded thumbnail image data is subjected by the second signal processing circuit 30 to horizontal and vertical interpolations and expanded to the screen size of the LCD 34.  As a result, expanded thumbnail images are displayed for a predetermined time period on the

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| | LCD 34." <br><br> '082 patent, 4:18-26 <br><br> • "The CPU 28 reproduces the original image data corresponding to the thumbnail image being displayed immediately before switching over of the mode." <br><br> '082 patent, 4:34-36 <br><br> • "This invention is concerning a mobile phone having the camera functionality." <br><br> KR '792 patent, Abstract <br><br> • "This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized." <br><br> KR '792 patent, p. 5-2 |
| 14. The digital image processing apparatus of claim 13 | See claim 13. |
| further comprising a user input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode. | See claim 1(c) and 1(e). |
| 15. The digital image processing apparatus of claim 14 | See claim 14. |
| wherein the user input | See claim 7. |

**Exhibit I-9**

| '893 Claims | US Patent No. 6,618,082 to Hayashi et al. and Korean Published Patent No. 10-2004-0013792 ("KR '792 patent") |
|---|---|
| further comprises at least one directional actuator for displaying a previous and a next image file in the stored-image display mode, the controller updating the file index memory with a different unique file index value each time the at least one directional actuator is pressed. | |
| 16. The digital image processing apparatus of claim 14 | See claim 14. |
| wherein the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the photographing mode to the stored-image display mode. | See claims 3 and 4. |