# EXHIBIT 14

Exhibit J-1

# **Exhibit J-1**

## EXHIBIT J-1: Invalidity Claim Chart for US Patent No. 7,577,460

Samsung has asserted claim 1 of U.S. Patent No. 7,577,460 to Jae-Min Kim *et al.* ("the '460 patent").

Claim 1 of the '460 patent is anticipated by U.S. Patent No. 6,069,648 to Suso *et al.* ("Suso") or obvious over Suso alone or in view of any one of the IBM Simon mobile phone together with the IBM Simon Users Manual (1994), APLNDC-WH0000005348 to 5397 ("IBM Simon Users Manual"), U.S. Patent No. 5,619,684 to Goodwin *et al.* ("Goodwin"), or U.S. Patent No. 6,009,336 to Harris *et al.* ("Harris").

| U.S. 7,577,460 | Suso in view of IBM Simon mobile phone and IBM Simon User's Guide, Goodwin, or Harris |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of: | **Suso** teaches a device operable to perform "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"<br><br>• "It is an object of the invention to provide an information communication terminal device which solves the problems, has excellent portability, can also deal a moving image, and realizes multifunction."<br><br>• "In order to achieve the object, the invention employs a construction in which a first display/operation part and a second display/operation part are rotatably attached to the same rotary shaft and a video camera is installed in the rotary shaft."<br><br>• "According to the invention, there is also provided a mode selection button which can select a recording mode, a transmission/reception mode, and an information acquisition mode. When the recording mode is selected, a video image obtained by the video camera is displayed in the first display/operation part and an image stored in an image storing means is displayed in the second display/operation part. When the transmission/reception mode is selected, if the other side of transmission is a telephone of only voices, character information such as name, telephone number, and the like of the other side is displayed in the first display/operation part and operating means such as dials having the function of the touch panel is displayed in the second display/operation part. When the other side of transmission is a television telephone, an image obtained by the video camera and an image of the other side are displayed in the first display/operation part and the second display/operation part is used as an input section of character and figure data. When the information acquisition mode is selected, the menu of the information service is displayed in the second |

display/operation part and the information contents of the service selected from the menu are displayed in the first display/operation unit."

Suso col.1 l.47–col.2 l.12

- *See also* Suso FIGS. 6–8b

The **IBM Simon** mobile phone is operable to perform "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera."

- "You can use the Mail feature to send and receive electronic mail (E-mail) messages. Simon can connect to a Lotus cc:Mail Post Office to send and receive electronic mail. You can always tell how many messages you have by looking at the message list buttons on the main Mail screen. The Received Messages button shows you how many messages you have in your Received Messages list (sometimes called an in-basket). The Ready to Send button shows you how many messages you have waiting to send (sometimes called an out-basket). The Saved Messages button shows you how many messages you have saved."

**IBM Simon Users Manual** (1994) p. 51

**Goodwin** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "FIGS. 4A to 4D are a flow diagram of the method to provide a consistent user interface in a multiple feature personal communications device."

Goodwin col.9 ll.46–49

- *See also* Goodwin FIGS. 4A–4D

**Harris** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "The communication system 100 of FIG. 1 includes communication devices 102 and 104 that communicate over a communication link 106.

<table>
<tr><td></td><td>

The communication device 104 can be a wireless device, such as a cellular radiotelephone, a cordless telephone, a two-way radio, a modem, or the like, or the device can be a landline communication device, such as a telephone, a modem, a data terminal, or the like. The communication device 102 is any device compatible with the communication device 104, such as a dispatch center, a cellular base station, a cordless base, another telephone, a computer, or the like."

- "The communication link 106 can be a wireless connection or a wireline connection, such as a twisted wire pair, a coaxial cable, or the like. The communication link 106 supports data communications between the communication devices 102 and 104. Such data communications include cellular radiotelephone service, paging service, two-way radio service, electronic mail service, wireless fax service, short message service, or the like. In the illustrated embodiment, data is communicated via the wireless communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.55–col.3 l.8

- "Thus it can be seen that a multi-mode communication device employs two separable housings detachably coupled via a rotatable latch. When the housings are attached in a first orientation, the device operates in a first mode, such as a telephone mode. In the first mode, the device can be placed in a calling state. When the housings are attached and in a second orientation, the device operates in a second mode of operation, such as a camera mode. When the housings are detached during a calling state, the device operates in a third mode, such as a note taking mode. In the second and third modes, an image is captured and a plurality of image data is generated therefrom. By permitting detachment, one housing can be positioned at a distance while the other housing can be maintained in close enough proximity for the user to participate in a call. This is beneficial in noisy environments or when privacy is necessary. Detachment also allows disposal of the user interface across multiple surfaces of the device, thereby, minimizing the size of multi-mode communication devices."

Harris col.12 ll.38–57

- *See also* Harris FIG. 1

</td></tr>
<tr><td>

[a] entering a first E-mail transmission sub-mode upon user request for E-mail

</td><td>

**Suso** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is

</td></tr>
</table>

3

| | |
|---|---|
| transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."<br><br>Suso col.6 ll.43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."<br><br>Suso col.7 ll.19–59. |

4

- *See also* Suso FIGS. 8a–b

The **IBM Simon** mobile phone "enter[s] a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"



There are four special icon buttons that are at the bottom of every screen. The icons are:

| | | |
|---|---|---|
| ⑦ | **Help** | Touch this icon to get information about how to use features on the current screen. |
| ☎ | **Phone** | If the phone rings, gently extend the antenna and touch this icon to answer. Touch this icon any other time to get to the main phone screen. |
| 📧 | **Mobile Office** | Touch this icon to go directly to the Mobile Office screen. From the Mobile Office screen you can select advanced communication features (Fax and Electronic Mail), personal organization features (Address Book, Calendar for appointments, To-Do list), special Simon features (System, Filer, Password), and other helpful tools (Time, Calculator, Sketch Pad, Note Pad). |

-

IBM Simon Users Manual p. 12

5



**Mobile Office**

The Mobile Office screen provides a path to the Address Book, Calculator, Calendar, Fax, Filer, Mail, Note Pad, Password, Sketch Pad, System, Time, and To Do features.

You can get to the Mobile Office screen from any screen by touching . When the Mobile Office screen appears, select one of the features.

• 

IBM Simon Users Manual p. 34

**Mail**

You can use the Mail feature to send and receive electronic mail (E-mail) messages.  Simon can

• 

IBM Simon Users Manual pp. 51


**Goodwin** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- The LCD screen presents menu images to the user to enable the selection of communications applications such as telephone, facsimile (FAX), or electronic mail (E-mail). For each of these applications, a corresponding keypad and presentation area is displayed. The user has the option of employing either a public switched telephone network link or a cellular telephone network link for any of these communications applications.

6

However, the functions required to be performed in order to send or receive a cellular telephone network call are different from the functions required for a call over a public switched telephone network.

Goodwin col.2 ll.42–52

- FIG. 3 is an illustration of the appearance of the menu image 50M displayed on the display/touch overlay 112. The menu image 50M presents the user with communication application options such as voice communications, FAX communications, or E-MAIL communications. The user selects one of the communications applications by touching the touch overlay membrane overlying the displayed application option. The selected application identity is then stored in the work space 138 of the RAM 102, to be used by the interface program 180, as described in the flow diagram of FIGS. 4A to 4D.

Goodwin col.9 ll.35–45

- "Step 450: Access cellular FAX screen image file 184' and display cellular FAX screen image 50D on display 112 (FIG. 5D). FIG. 4D continues with the flow diagram of method 400. The steps are as follows:"

- "Step 460: Select E-MAIL receive function from menu on display/touch overlay screen 112 (FIG. 3)."

- "Step 462: Begin interface program 180 to access options register 136 (FIG. 1C), configure audio MUX, 160 and display screen image On display 112."

- "Step 464: If option value in options register="000" (FIG. 1C) (Corresponding to PSTN cable connector 126(0)), Then configure the audio MUX 160 for path 60C to connect modem 170 from line 176 to line 174 and thru option attach connector 126(0) to the RJ11 PSTN cable 200."

- "Step 466: Access PSTN screen image file and display PSTN E-MAIL screen image 50E on display 112 (FIG. 5E)."

- "Step 468: If option value in options register="111" (FIG. 1D) (Corresponding to no connector default state 126(7)), Then configure the audio MUX 160 for path 60D to connect modem 170 from line 176 to line 177 to cellular telephone interface 114."

- "Step 470: Access cellular E-MAIL screen image file & display cellular E-MAIL screen image 50F on display 112 (FIG. 5F)."

7

- "The method then returns to the main program. The method 400 is carried out primarily through the execution of program instructions stored in the RAM 102 and executed by the CPU 106."

Goodwin col.10 l.51–col.11 l.12

- *See also* Goodwin FIGS. 2–5F

**Harris** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "Other proposed multi-mode communication devices combine a portable radiotelephone with a personal digital assistant. In a first mode of operation, the device operates as a conventional radiotelephone. In a second mode of operation, a personal digital assistant mode, the device permits the user to, for example, write and store notes, view previously stored notes, fax a note, send a note via electronic mail, and/or access the Internet. In an overlapping mode, while viewing a stored note in the personal digital assistant mode, a user can place a radiotelephone call and view the note during the call. However, this device employs at least two displays and two keypads--one display and keypad for use primarily in the radiotelephone mode and the other display and keypad for use primarily in the personal digital assistant mode. Such redundancy adds sufficient size and cost to the device."

Harris col.1 ll.43–58

- "The communication link 106 can be a wireless connection or a wireline connection, such as a twisted wire pair, a coaxial cable, or the like. The communication link 106 supports data communications between the communication devices 102 and 104. Such data communications include cellular radiotelephone service, paging service, two-way radio service, electronic mail service, wireless fax service, short message service, or the like. In the illustrated embodiment, data is communicated via the wireless communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.66–col.3 l.8

- "Upon detection of actuation of the power switch 131 on bus 127 and detection of the logic high level signal from the sensor 512 on the bus 191 from positioning the housings 108 and 110 as shown in FIG. 2, the controller 118 powers on, and configures, the communication device 104 in a telephone mode 700 of FIG. 7. In this mode, the controller 118 configures the display 184 (FIG. 2) to display a telephone keypad 206, a

8

|  | darkened telephone softkey 202, a phonebook softkey 203, a notes softkey 204, and a camera softkey 205. Telephonic communication is initiated via reception of a call or placement of a call. An incoming call is received by the user touching the touchscreen 186 at the telephone softkey 202 in response to an incoming call alert from the speaker 149 of FIG. 1. A call is placed by touching the display 184 at the numbers of the telephone keypad 206 to enter a desired phone number. Alternatively, placement of a call using a stored telephone number can be performed via a phonebook mode 702 (FIG. 7), as is discussed in greater detail with respect to FIG. 10 below." |
|---|---|
|  | Harris col.9 ll.17–35 |
|  | • "Upon detection, during a call, of detachment of the housings 108 and 110 from the logic low level on all wires of the bus 191 and touching the touchscreen 186 at the notes softkey 204 via bus 166, the controller 118 configures the communication device in a note taking mode 732 of FIG. 7. The transition from the telephone mode 700 to the note taking mode 732 is represented by arrow 733." |
|  | Harris col.9 l.66–col.10 l.5 |
|  | • "Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 terminates an active call in the telephone mode 700. Upon detection of touching the touchscreen 186 at the phonebook softkey 203 or at the notes softkey 204 while a call is not active, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 (FIG. 7) to the phonebook mode 702 or the notes mode 704, respectively, as represented by respective arrow 708 or 710. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 to the camera mode 706 as represented by arrow 712." |
|  | Harris col.10 ll.33–46 |
|  | *See also* Harris FIGS. 2, 7–9, 11. |
| [b] entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating | **Suso** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode" |
|  | • "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown |

| | |
|---|---|
| in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode; | in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone." |
| | Suso col.6 ll.43–47. |
| | • "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). |
| | • "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation. |
| | • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." |
| | • "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a." |
| | • "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e." |
| | Suso col.7 ll.19–59. |

- *See also* Suso FIGS. 8a–b

The **IBM Simon** mobile phone "enter[s] a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"



- 

IBM Simon Users Manual p. 12

11

## Mobile Office

The Mobile Office  screen provides a path to the Address Book, Calculator, Calendar, Fax, Filer, Mail, Note Pad, Password, Sketch Pad, System, Time, and To Do features.

You can get to the Mobile Office screen from any screen by touching . When the Mobile Office screen appears, select one of the features.



IBM Simon Users Manual p. 34

### Fax

With the Fax feature, you can receive, create, view and send faxes. For example, you can write on (annotate) a received fax, then send it somewhere else. If you need a paper copy, just send it to a nearby fax machine.

IBM Simon Users Manual p. 43

## Viewing and Working with Faxes

To look at a fax, touch the View Fax button on the main Fax screen. The list of faxes appears. To view a fax from this list, just touch its button. The next screen shows a set of page buttons, one for each page in the fax. When you touch one of these buttons, the fax page appears in the display, with a set of tools and buttons below it.

Note:   To make it easier to view faxes, they appear rotated (landscape orientation) in the viewing area. The upper left part of the fax appears first. You can return to this point of the fax at any time by touching the Home button.

The Pencil tool is active, indicated by a box around it. When the Pencil is active, you can draw or write on the fax with your stylus. To erase lines with the stylus, touch the Eraser tool. Keep in mind that the Eraser tool will erase both new lines and the lines that were in the fax when you received it. If the fax is too small to read, touch the Zoom tool (magnifying glass). The current zoom level appears in the upper left corner of the screen. At Most Detailed, lines drawn on Simon will be smaller on paper, and at Reduced or Most Reduced, they will be larger. You are looking at a fax through a small display. If you need to move the fax, touch the Pan tool (the symbol with four arrow heads). When the Pan tool is active, touch the screen, and a small box will appear. Slide your stylus across the screen in

the direction you want to drag the fax. After you lift your stylus from the screen, the fax will move the same distance that you slid your stylus, and in the same direction.

If you want to save your work with the fax, touch the Save button. Otherwise, touch the Menu button. The choices you have from the menu are (1) Erase the fax, (2) Quit without saving any changes or annotations, (3) Save the fax as is, with changes and annotations, or (4) Rename the fax. (When you Rename a fax, you also save it as is.) When you receive a fax, it automatically receives a name based on how many other faxes are stored on Simon. If you plan to keep a fax for a while, it may be handy to rename it.

IBM Simon Users Manual pp. 45–46

## Mail

You can use the Mail feature to send and receive electronic mail (E-mail) messages. Simon can

13

IBM Simon Users Manual pp. 51

## Sketch Pad

The Sketch Pad lets you write on the screen with your stylus or finger. You can save up to 32 sketches, and you can easily fax a sketch. However, keep in mind that the more sketches you save, the more Simon system memory you use, and the less you have available for other features such as Address Book and Calendar.

## Working with Sketches

When you touch the Sketch Pad feature on the Mobile Office screen, the main Sketch Pad screen appears. The main Sketch Pad screen shows four thumbnail (small) sketch forms, and has a New Sketch button below the thumbnail forms.

You can start a new sketch by touching the New Sketch button. When you save this sketch, it will appear in the first available thumbnail form. You can also start a new sketch by touching the thumbnail form where you want the sketch to go when you save it. If you want to work with a thumbnail form that does not appear on the screen, touch the down arrow button until the form you want appears. Each thumbnail form has a number so you know where you are in the list.

After you start a new sketch, the blank sketch pad appears, with two tools and three action buttons

- 

below the drawing area. The tools are a pencil and an eraser. The action buttons are Erase, Save, and Fax. When you start, the pencil tool has a box around it, indicating that it is active. When the pencil tool is active, you can draw in the drawing area. When the eraser is active, you can use your finger or stylus to erase lines in the drawing area. If you want to erase everything and start over, touch the Erase button. To fax the sketch to someone, touch the Fax button and follow the on-screen directions. To save your sketch, touch the Save button. The main Sketch Pad screen will appear, and you will see the thumbnail version of your sketch in the list.

- 

IBM Simon Users Manual pp. 60–61

14



•

IBM Simon Users Manual p. 62

**Harris** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second E-mail transmission sub-mode displaying an image most recently captured in a camera mode"

- "In the camera mode 706, the photo switch 133 and the video switch 135, which are disposed in the recess 400 of the housing 108, are revealed. Upon detection of actuation of the photo switch 133 via bus 127 (FIG. 1), the controller 118 controls the wireless data transceivers

15

| | |
|---|---|
| | 117 and 122 to couple transmit image data captured at an instant in time by the CCD camera 188 to the image DSP 152 for storage in the image memory 153 as a photo snapshot. Upon detection of actuation of the video switch 135 via bus 127 (FIG. 1), the controller 118 controls the wireless data transceivers 117 and 122 to initiate coupling of transmit image data captured by the CCD camera 188 to the image DSP 152 for storage in the image memory 153 as a video clip. Upon detection of an additional actuation of the video switch 135, the controller 118 controls the wireless data transceivers 117 and 122 to terminate coupling of the transmit image data. Upon detection of right and left actuation of the toggle switch 129 via signals on bus 127, the controller 118 configures the display 184 to display the images 1200 and 1300 zoomed-in and zoomed-out, respectively. Upon detection of touching the touchscreen 186 at the camera softkey 205, the controller 118 configures the display 184 to display a list of camera functions (similar to the list of functions 1102, FIG. 11, of the notes mode 704) that permit, for example, assigning a name to or retrieving photo snapshots and video clips stored in the image memory 153. Upon detection of the logic high level signal from the sensor 512 via bus 191 and touching of the touchscreen 186 at the telephone softkey 202, the phonebook softkey 203, or the notes softkey 204, the controller 118 transitions from the camera mode 706 (FIG. 7) to the telephone mode 700 as represented by arrow 724, the phonebook mode 702 as represented by arrow 726, or the notes mode 704 as represented by arrow 728, respectively." <br><br> Harris col.12 ll.5–37 <br><br> • *See also* Harris FIGS. 7, 8, 13. |
| [c] sequentially displaying other images stored in a memory through the use of scroll keys; | Suso teaches "sequentially displaying other images stored in a memory through the use of scroll keys" <br><br> • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." <br><br> Suso col.7 ll.37–49. |

16

| | |
|---|---|
| | • *See also* FIGS. 8a–8b |
| [d] transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and | **Suso** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."<br><br>Suso col.6 ll.43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the |

17

transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col.7 ll.19–59.

- *See also* Suso FIGS. 8a–b

The **IBM Simon** mobile phone transmits "the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"



- IBM Simon Users Manual p. 12

18

## Mobile Office

The Mobile Office ⬚ screen provides a path to the Address Book, Calculator, Calendar, Fax, Filer, Mail, Note Pad, Password, Sketch Pad, System, Time, and To Do features.

You can get to the Mobile Office screen from any screen by touching ⬚ . When the Mobile Office screen appears, select one of the features.



IBM Simon Users Manual p. 34

## Mail

You can use the Mail feature to send and receive electronic mail (E-mail) messages.  Simon can

## Creating Mail

To create a new E-mail message, touch the Create New Mail button on the main Mail screen. The Mail Address Menu appears. Use this screen to enter the cc:Mail addresses for the people you want to receive this message.

To get an E-mail address from the Address Book, touch the "Address To:  (From Address Book)" button. The Address Book alphabetical index will appear. Touch the letter tab for the last name of the recipient, then touch the recipient's button to add him or her to the "To" list. If the recipient is not in your Address Book, you can touch the "Address To: (Type)" button to type the recipient's E-mail address with the on-screen keyboard. Each time you type a recipient's E-mail address and touch the Done key, a post office name form will appear. If the recipient uses your post office, just touch the Done key to continue. Otherwise, fill in the recipient's post office name then touch the Done key. Follow the same steps to add people to the carbon copy (cc) list with the "cc: (From Address Book)" and "cc: (Type)" buttons. You can put as many E-mail addresses as you like in the "To" and "cc" lists.

If you want the Mail feature to notify you when the recipients get the message, touch the Notify on Receipt box to check it.

Once you have finished addressing the message, touch the Type Message button. A message form appears with the on-screen keyboard. Use the keyboard to type the subject and contents of the message, and touch the Done key when you have finished the message. A menu will appear that will let you (1) put the message in the Ready to Send list, (2) put the message in the Saved Messages list, (3) quit without saving the message, or (4) return to the addressing menu. If you are ready to mail the message, put it in the Ready to Send list. If you still want to work on the message, put it in the Saved

- Messages list. If you thought of someone else you need to send the message to, return to the addressing menu. Once you've typed a message, you can put it in the Saved Messages or Ready to Send list directly from the Mail Address Menu. You can move back and forth between the Mail Address Menu and the message form as many times as you need to before you put the message in the Saved Messages or Ready to Send list.

> **Sending and Receiving Mail**
> Usually, you will want to send the messages in your Ready to Send list and also receive any messages waiting for you at the cc:Mail post office.  To do this, touch the Send and Receive button on the main Mail screen.  If you only want to send, just touch the Send button.  To receive only, touch the Receive

IBM Simon Users Manual pp. 51–53


**Goodwin** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- The LCD screen presents menu images to the user to enable the selection of communications applications such as telephone, facsimile (FAX), or electronic mail (E-mail). For each of these applications, a corresponding keypad and presentation area is displayed. The user has the option of employing either a public switched telephone network link or a cellular telephone network link for any of these communications applications. However, the functions required to be performed in order to send or receive a cellular telephone network call are different from the functions required for a call over a public switched telephone network.

Goodwin col.2 ll.42–52

- FIG. 3 is an illustration of the appearance of the menu image 50M displayed on the display/touch overlay 112. The menu image 50M presents the user with communication application options such as voice communications, FAX communications, or E-MAIL communications. The user selects one of the communications applications by touching the touch overlay membrane overlying the displayed application option. The selected application identity is then stored in the work space 138 of the RAM 102, to be used by the interface program 180, as described in the flow diagram of FIGS. 4A to 4D.

Goodwin col.9 ll.35–45

- "Step 450: Access cellular FAX screen image file 184' and display cellular FAX screen image 50D on display 112 (FIG. 5D). FIG. 4D continues with the flow diagram of method 400. The steps are as follows:"

- "Step 460: Select E-MAIL receive function from menu on display/touch overlay screen 112 (FIG. 3)."

- "Step 462: Begin interface program 180 to access options register 136

21

(FIG. 1C), configure audio MUX, 160 and display screen image On display 112."

- "Step 464: If option value in options register="000" (FIG. 1C) (Corresponding to PSTN cable connector 126(0)), Then configure the audio MUX 160 for path 60C to connect modem 170 from line 176 to line 174 and thru option attach connector 126(0) to the RJ11 PSTN cable 200."

- "Step 466: Access PSTN screen image file and display PSTN E-MAIL screen image 50E on display 112 (FIG. 5E)."

- "Step 468: If option value in options register="111" (FIG. 1D) (Corresponding to no connector default state 126(7)), Then configure the audio MUX 160 for path 60D to connect modem 170 from line 176 to line 177 to cellular telephone interface 114."

- "Step 470: Access cellular E-MAIL screen image file & display cellular E-MAIL screen image 50F on display 112 (FIG. 5F)."

- "The method then returns to the main program. The method 400 is carried out primarily through the execution of program instructions stored in the RAM 102 and executed by the CPU 106."

Goodwin col.10 l.51–col.11 l.12

- *See also* Goodwin FIGS. 2–5F

**Harris** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "Other proposed multi-mode communication devices combine a portable radiotelephone with a personal digital assistant. In a first mode of operation, the device operates as a conventional radiotelephone. In a second mode of operation, a personal digital assistant mode, the device permits the user to, for example, write and store notes, view previously stored notes, fax a note, send a note via electronic mail, and/or access the Internet. In an overlapping mode, while viewing a stored note in the personal digital assistant mode, a user can place a radiotelephone call and view the note during the call.  However, this device employs at least two displays and two keypads--one display and keypad for use primarily in the radiotelephone mode and the other display and keypad for use primarily in the personal digital assistant mode. Such redundancy adds sufficient size and cost to the device."

22

Harris col.1 ll.43–58

- "The communication link 106 can be a wireless connection or a wireline connection, such as a twisted wire pair, a coaxial cable, or the like. The communication link 106 supports data communications between the communication devices 102 and 104. Such data communications include cellular radiotelephone service, paging service, two-way radio service, electronic mail service, wireless fax service, short message service, or the like. In the illustrated embodiment, data is communicated via the wireless communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.66–col.3 l.8

- "Upon detection of actuation of the power switch 131 on bus 127 and detection of the logic high level signal from the sensor 512 on the bus 191 from positioning the housings 108 and 110 as shown in FIG. 2, the controller 118 powers on, and configures, the communication device 104 in a telephone mode 700 of FIG. 7. In this mode, the controller 118 configures the display 184 (FIG. 2) to display a telephone keypad 206, a darkened telephone softkey 202, a phonebook softkey 203, a notes softkey 204, and a camera softkey 205. Telephonic communication is initiated via reception of a call or placement of a call. An incoming call is received by the user touching the touchscreen 186 at the telephone softkey 202 in response to an incoming call alert from the speaker 149 of FIG. 1. A call is placed by touching the display 184 at the numbers of the telephone keypad 206 to enter a desired phone number. Alternatively, placement of a call using a stored telephone number can be performed via a phonebook mode 702 (FIG. 7), as is discussed in greater detail with respect to FIG. 10 below."

Harris col.9 ll.17–35

- "Upon detection, during a call, of detachment of the housings 108 and 110 from the logic low level on all wires of the bus 191 and touching the touchscreen 186 at the notes softkey 204 via bus 166, the controller 118 configures the communication device in a note taking mode 732 of FIG. 7. The transition from the telephone mode 700 to the note taking mode 732 is represented by arrow 733."

- "In the note taking mode 732, the controller 118 configures the display 184 (FIG. 9) to display a menu level icon 902, provide a tablet area 904, and display the softkeys 202-205 with the telephone softkey 202 and the notes softkey 204 darkened. In this mode, the housing 110 can be positioned a distance from the housing 108. For example, the housing 110 can be positioned on a table while the housing 108 is positioned against the user's head. This facilitates entry of a handwritten note 906 on the tablet area 904 of the touchscreen 186 of the housing 110 while the

23

housing 108 is positioned along between the user's ear and mouth to permit audible communication via the speaker 149 and the microphone 151. The handwritten note 906 is written by writing on the tablet area 904 of the touchscreen 186 with a stylus or other suitable device. Upon detection of touching the touchscreen 186 at the menu level icon 902 via bus 166, the controller 118 reconfigures the display 184 to display additional functions of the communication device 104 for accessing. For example, actuation of the menu level icon 902 can access the notes mode 704 of FIG. 7, which allows storage of the handwritten notes or creation of additional notes, as described in greater detail with respect to FIG. 11 below. Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 returns the communication device 104 to the telephone mode 700 (FIG. 7). The transition from the note taking mode 732 to the telephone mode 700 is represented by arrow 734."

- "Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 terminates an active call in the telephone mode 700. Upon detection of touching the touchscreen 186 at the phonebook softkey 203 or at the notes softkey 204 while a call is not active, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 (FIG. 7) to the phonebook mode 702 or the notes mode 704, respectively, as represented by respective arrow 708 or 710. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 to the camera mode 706 as represented by arrow 712."

Harris col.9 l.66–col.10 l.46

- "In the notes mode 704, the controller 118 configures the display 184 (FIG. 11) to display the softkey 202-205 with the notes softkey 204 darkened and the message "notes" followed by a list of functions 1102. The list of functions 1102 is stored in the memory 139 of the controller 118. Upon detection of touching the touchscreen 186 at the notes softkey 204 while a function (such as "Save Note") is highlighted by a cursor 1104, the controller 118 executes the function. Upon detection of right and left actuation of the toggle switch 129 via bus 127, the controller 118 configures the display 184 to move the cursor 1104 up and down the list of functions 1102, respectively. The "Save Note" function is also accessible from the note taking mode 732 (FIG. 9) via actuation of the menu level icon 902 as previously described. During execution of the "Save Note", the controller 118 stores a note, such as the handwritten note 906 written during the note taking mode 732, in the image memory 153 (FIG. 1). Also upon execution of a function, the controller 118 may configure the display 184 to display additional executable functions, such as, entry of an alphanumeric name for naming the note. Upon

24

| | |
|---|---|
| | detection of touching the touchscreen 186 at the telephone softkey 202 or at the phonebook softkey 203 via bus 166, the controller 118 transitions operation of the communication device 104 from the notes mode 704 (FIG. 7) to the telephone mode 700 as represented by arrow 718 or the phonebook mode 702 as represented by arrow 720, respectively. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the notes mode 704 to the camera mode 706 as represented by arrow 722." <br><br> Harris col.11 ll.8–38 <br><br> *See also* Harris FIGS. 2, 7–9, 11. |
| [e] transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. | **Suso** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode" <br><br> • "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone." <br><br> Suso col.6 ll.43–47. <br><br> • "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). <br><br> • "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation. <br><br> • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the |

25

attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col.7 ll.19–59.

- *See also* Suso FIGS. 8a–b

The **IBM Simon** mobile phone transmits "the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

26

There are four special icon buttons that are at the bottom of every screen. The icons are:

**Help** Touch this icon to get information about how to use features on the current screen.

**Phone** If the phone rings, gently extend the antenna and touch this icon to answer. Touch this icon any other time to get to the main phone screen.

**Mobile Office** Touch this icon to go directly to the Mobile Office screen. From the Mobile Office screen you can select advanced communication features (Fax and Electronic Mail), personal organization features (Address Book, Calendar for appointments, To-Do list), special Simon features (System, Filer, Password), and other helpful tools (Time, Calculator, Sketch Pad, Note Pad).

IBM Simon Users Manual p. 12

27

## Mobile Office

The Mobile Office 📬 screen provides a path to the Address Book, Calculator, Calendar, Fax, Filer, Mail, Note Pad, Password, Sketch Pad, System, Time, and To Do features.

You can get to the Mobile Office screen from any screen by touching 📬 . When the Mobile Office screen appears, select one of the features.



- 

IBM Simon Users Manual p. 34

## Mail

- You can use the Mail feature to send and receive electronic mail (E-mail) messages. Simon can

28

## Creating Mail

To create a new E-mail message, touch the Create New Mail button on the main Mail screen. The Mail Address Menu appears. Use this screen to enter the cc:Mail addresses for the people you want to receive this message.

To get an E-mail address from the Address Book, touch the "Address To: (From Address Book)" button. The Address Book alphabetical index will appear. Touch the letter tab for the last name of the recipient, then touch the recipient's button to add him or her to the "To" list. If the recipient is not in your Address Book, you can touch the "Address To: (Type)" button to type the recipient's E-mail address with the on-screen keyboard. Each time you type a recipient's E-mail address and touch the Done key, a post office name form will appear. If the recipient uses your post office, just touch the Done key to continue. Otherwise, fill in the recipient's post office name then touch the Done key. Follow the same steps to add people to the carbon copy (cc) list with the "cc: (From Address Book)" and "cc: (Type)" buttons. You can put as many E-mail addresses as you like in the "To" and "cc" lists.

If you want the Mail feature to notify you when the recipients get the message, touch the Notify on Receipt box to check it.

Once you have finished addressing the message, touch the Type Message button. A message form appears with the on-screen keyboard. Use the keyboard to type the subject and contents of the message, and touch the Done key when you have finished the message. A menu will appear that will let you (1) put the message in the Ready to Send list, (2) put the message in the Saved Messages list, (3) quit without saving the message, or (4) return to the addressing menu. If you are ready to mail the message, put it in the Ready to Send list. If you still

• want to work on the message, put it in the Saved

Messages list. If you thought of someone else you need to send the message to, return to the addressing menu. Once you've typed a message, you can put it in the Saved Messages or Ready to Send list directly from the Mail Address Menu. You can move back and forth between the Mail Address Menu and the message form as many times as you need to before you put the message in the Saved

• Messages or Ready to Send list.

> **Sending and Receiving Mail**
> Usually, you will want to send the messages in your
> Ready to Send list and also receive any messages
> waiting for you at the cc:Mail post office.  To do this,
> touch the Send and Receive button on the main
> Mail screen.  If you only want to send, just touch the
> Send button.  To receive only, touch the Receive

- 

IBM Simon Users Manual pp. 51–56

**Goodwin** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- The LCD screen presents menu images to the user to enable the selection of communications applications such as telephone, facsimile (FAX), or electronic mail (E-mail). For each of these applications, a corresponding keypad and presentation area is displayed. The user has the option of employing either a public switched telephone network link or a cellular telephone network link for any of these communications applications. However, the functions required to be performed in order to send or receive a cellular telephone network call are different from the functions required for a call over a public switched telephone network.

Goodwin col.2 ll.42–52

- FIG. 3 is an illustration of the appearance of the menu image 50M displayed on the display/touch overlay 112. The menu image 50M presents the user with communication application options such as voice communications, FAX communications, or E-MAIL communications. The user selects one of the communications applications by touching the touch overlay membrane overlying the displayed application option. The selected application identity is then stored in the work space 138 of the RAM 102, to be used by the interface program 180, as described in the flow diagram of FIGS. 4A to 4D.

Goodwin col.9 ll.35–45

- "Step 450: Access cellular FAX screen image file 184' and display cellular FAX screen image 50D on display 112 (FIG. 5D). FIG. 4D continues with the flow diagram of method 400. The steps are as follows:"

- "Step 460: Select E-MAIL receive function from menu on display/touch overlay screen 112 (FIG. 3)."

30

- "Step 462: Begin interface program 180 to access options register 136 (FIG. 1C), configure audio MUX, 160 and display screen image On display 112."

- "Step 464: If option value in options register="000" (FIG. 1C) (Corresponding to PSTN cable connector 126(0)), Then configure the audio MUX 160 for path 60C to connect modem 170 from line 176 to line 174 and thru option attach connector 126(0) to the RJ11 PSTN cable 200."

- "Step 466: Access PSTN screen image file and display PSTN E-MAIL screen image 50E on display 112 (FIG. 5E)."

- "Step 468: If option value in options register="111" (FIG. 1D) (Corresponding to no connector default state 126(7)), Then configure the audio MUX 160 for path 60D to connect modem 170 from line 176 to line 177 to cellular telephone interface 114."

- "Step 470: Access cellular E-MAIL screen image file & display cellular E-MAIL screen image 50F on display 112 (FIG. 5F)."

- "The method then returns to the main program. The method 400 is carried out primarily through the execution of program instructions stored in the RAM 102 and executed by the CPU 106."

Goodwin col.10 l.51–col.11 l.12

- *See also* Goodwin FIGS. 2–5F


**Harris** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "Other proposed multi-mode communication devices combine a portable radiotelephone with a personal digital assistant. In a first mode of operation, the device operates as a conventional radiotelephone. In a second mode of operation, a personal digital assistant mode, the device permits the user to, for example, write and store notes, view previously stored notes, fax a note, send a note via electronic mail, and/or access the Internet. In an overlapping mode, while viewing a stored note in the personal digital assistant mode, a user can place a radiotelephone call and view the note during the call.  However, this device employs at least two displays and two keypads--one display and keypad for use primarily in the radiotelephone mode and the other display and keypad for use primarily in the personal digital assistant mode. Such

31

redundancy adds sufficient size and cost to the device."

Harris col.1 ll.43–58

- "The communication link 106 can be a wireless connection or a wireline connection, such as a twisted wire pair, a coaxial cable, or the like. The communication link 106 supports data communications between the communication devices 102 and 104. Such data communications include cellular radiotelephone service, paging service, two-way radio service, electronic mail service, wireless fax service, short message service, or the like. In the illustrated embodiment, data is communicated via the wireless communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.66–col.3 l.8

- "Upon detection of actuation of the power switch 131 on bus 127 and detection of the logic high level signal from the sensor 512 on the bus 191 from positioning the housings 108 and 110 as shown in FIG. 2, the controller 118 powers on, and configures, the communication device 104 in a telephone mode 700 of FIG. 7. In this mode, the controller 118 configures the display 184 (FIG. 2) to display a telephone keypad 206, a darkened telephone softkey 202, a phonebook softkey 203, a notes softkey 204, and a camera softkey 205. Telephonic communication is initiated via reception of a call or placement of a call. An incoming call is received by the user touching the touchscreen 186 at the telephone softkey 202 in response to an incoming call alert from the speaker 149 of FIG. 1. A call is placed by touching the display 184 at the numbers of the telephone keypad 206 to enter a desired phone number. Alternatively, placement of a call using a stored telephone number can be performed via a phonebook mode 702 (FIG. 7), as is discussed in greater detail with respect to FIG. 10 below."

Harris col.9 ll.17–35

- "Upon detection, during a call, of detachment of the housings 108 and 110 from the logic low level on all wires of the bus 191 and touching the touchscreen 186 at the notes softkey 204 via bus 166, the controller 118 configures the communication device in a note taking mode 732 of FIG. 7. The transition from the telephone mode 700 to the note taking mode 732 is represented by arrow 733."

- "In the note taking mode 732, the controller 118 configures the display 184 (FIG. 9) to display a menu level icon 902, provide a tablet area 904, and display the softkeys 202-205 with the telephone softkey 202 and the notes softkey 204 darkened. In this mode, the housing 110 can be positioned a distance from the housing 108. For example, the housing 110 can be positioned on a table while the housing 108 is positioned against

the user's head. This facilitates entry of a handwritten note 906 on the tablet area 904 of the touchscreen 186 of the housing 110 while the housing 108 is positioned along between the user's ear and mouth to permit audible communication via the speaker 149 and the microphone 151. The handwritten note 906 is written by writing on the tablet area 904 of the touchscreen 186 with a stylus or other suitable device. Upon detection of touching the touchscreen 186 at the menu level icon 902 via bus 166, the controller 118 reconfigures the display 184 to display additional functions of the communication device 104 for accessing. For example, actuation of the menu level icon 902 can access the notes mode 704 of FIG. 7, which allows storage of the handwritten notes or creation of additional notes, as described in greater detail with respect to FIG. 11 below. Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 returns the communication device 104 to the telephone mode 700 (FIG. 7). The transition from the note taking mode 732 to the telephone mode 700 is represented by arrow 734."

- "Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 terminates an active call in the telephone mode 700. Upon detection of touching the touchscreen 186 at the phonebook softkey 203 or at the notes softkey 204 while a call is not active, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 (FIG. 7) to the phonebook mode 702 or the notes mode 704, respectively, as represented by respective arrow 708 or 710. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 to the camera mode 706 as represented by arrow 712."

Harris col.9 l.66–col.10 l.46

- "In the notes mode 704, the controller 118 configures the display 184 (FIG. 11) to display the softkey 202-205 with the notes softkey 204 darkened and the message "notes" followed by a list of functions 1102. The list of functions 1102 is stored in the memory 139 of the controller 118. Upon detection of touching the touchscreen 186 at the notes softkey 204 while a function (such as "Save Note") is highlighted by a cursor 1104, the controller 118 executes the function. Upon detection of right and left actuation of the toggle switch 129 via bus 127, the controller 118 configures the display 184 to move the cursor 1104 up and down the list of functions 1102, respectively. The "Save Note" function is also accessible from the note taking mode 732 (FIG. 9) via actuation of the menu level icon 902 as previously described. During execution of the "Save Note", the controller 118 stores a note, such as the handwritten note 906 written during the note taking mode 732, in the image memory 153 (FIG. 1). Also upon execution of a function, the controller 118 may

33

configure the display 184 to display additional executable functions, such as, entry of an alphanumeric name for naming the note. Upon detection of touching the touchscreen 186 at the telephone softkey 202 or at the phonebook softkey 203 via bus 166, the controller 118 transitions operation of the communication device 104 from the notes mode 704 (FIG. 7) to the telephone mode 700 as represented by arrow 718 or the phonebook mode 702 as represented by arrow 720, respectively. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the notes mode 704 to the camera mode 706 as represented by arrow 722."

Harris col.11 ll.8–38

- *See also* Harris FIGS. 2, 7–9, 11