# EXHIBIT 22

Exhibit 4D

# **Exhibit 4D**

## EXHIBIT 4D: Invalidity Claim Chart for US Patent No. 7,577,460

Samsung has asserted claim 1 of U.S. Patent No. 7,577,460 to Jae-Min Kim *et al.* ("the '460 patent").

Claim 1 of the '460 patent is obvious over U.S. Patent No. 6,069,648 to Suso *et al.* ("Suso") in view of U.S. Patent No. 6,167,469 to Safai *et al.* ("Safai").

| U.S. 7,577,460 | Suso in view of Safai |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of: | **Suso** teaches a device operable to perform "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"<br><br>• "The present invention relates to an information communication terminal device having a video camera and, more particularly, to an information communication terminal device which is convenient to carry and has a plurality of functions."<br><br>Suso col. 1 ll. 5 – 9<br><br>• "It is an object of the invention to provide an information communication terminal device which solves the problems, has excellent portability, can also deal a moving image, and realizes multifunction."<br><br>• "In order to achieve the object, the invention employs a construction in which a first display/operation part and a second display/operation part are rotatably attached to the same rotary shaft and a video camera is installed in the rotary shaft."<br><br>• "According to the invention, there is also provided a mode selection button which can select a recording mode, a transmission/reception mode, and an information acquisition mode. When the recording mode is selected, a video image obtained by the video camera is displayed in the first display/operation part and an image stored in an image storing means is displayed in the second display/operation part. When the transmission/reception mode is selected, if the other side of transmission is a telephone of only voices, character information such as name, telephone number, and the like of the other side is displayed in the first display/operation part and operating means such as dials having the function of the touch panel is displayed in the second display/operation part. When the other side of transmission is a television telephone, an image obtained by the video camera and an image of the other side are displayed in the first display/operation part and the second display/operation part is used as an input section of |

1

character and figure data. When the information acquisition mode is selected, the menu of the information service is displayed in the second display/operation part and the information contents of the service selected from the menu are displayed in the first display/operation unit."

Suso col. 1 l. 47 – col. 2 l. 12

*See also* Suso FIGS. 1a and 6–8b

**Safai** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "A method and apparatus for transporting digital images is provided. In one embodiment, a personal electronic handheld digital camera executes an application program that enables a user of the camera to send one or more digital images, formed by and stored in the camera, from the camera to a destination. One or more addresses describing one or more destinations are selected or identified. One or more stored digital images are selected and associated with the one or more addresses. Optionally, a voice message is recorded and associated with the one or more addresses. The camera is coupled to a data communication network, and a transport operation is initiated. Under control of the application, the camera sends the selected images to the designated destinations over the data communication network.  When an address is a physical address, for example, a postal mail address, the selected images are automatically routed to a central server. At the central server, tangible copies of the selected images are printed, packaged, and sent to the physical address. Each image may be marked with an authentication stamp that uniquely identifies the image or the camera that created the image, guarding against unauthorized alteration."

Safai Abstract

- "Computer system 700 also includes a communication interface 718 coupled to bus 702. Communication interface 718 provides a two-way data communication coupling to a network link 720 that is connected to a local network 722…. Wireless links may also be implemented. In any such implementation, communication interface 718 sends and receives electrical, electromagnetic or optical signals that carry digital data streams representing various types of information."

2

| | |
|---|---|
| | Safai col. 18 ll. 3–17<br><br>*See also* Safai FIGS. 2 and 3–5B |
| [a] entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | **Suso** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a." |

3

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col. 7 ll. 19–59.

*See also* Suso FIGS. 8a–b

**Safai** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col. 7 l. 66–col. 8 l. 7

- "Menu 400 comprises an Address button 402, a Choose Photo button 404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

- "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the image transport application, in one embodiment."

4

| | |
|---|---|
| | Safai col. 8 ll. 28–36<br><br>• "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The display 446 comprises a Record button 448, a Play button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images."<br><br>Safai col. 11 ll. 27–39<br><br>• "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately."<br><br>Safai col. 12 ll. 1–14<br><br>*See also* Safai FIGS. 3–5B |
| [b] entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently | **Suso** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side |

5

| | |
|---|---|
| captured in a camera mode; | and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."<br><br>Suso col. 7 ll. 19–59.<br><br>*See also* Suso FIGS. 8a–b<br><br><br>**Safai** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently |

captured in a camera mode"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col. 7 l. 66–col. 8 l. 7

- "Menu 400 comprises an Address button 402, a Choose Photo button 404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

- "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the image transport application, in one embodiment."

Safai col. 8 ll. 28–36

- Generally, after entering one or more addresses, a user will next select one or more stored images, such as digital photos, to be sent to the one or more addresses. As shown in FIG. 5B, in block 522 a user selects the Choose Photo button 404 from menu 400. In response, in block 524 the transport application displays a photo select screen. FIG. 4C is a block diagram of a photo select screen 430 that is generated during the image selection step of the image transport application. The photo select screen 430 comprises a plurality of images 432a-432d, each of which is a small-size representation of a previously taken digital photo that is stored in the digital camera 100. Thus, the images 432a-432d comprise "thumbnail" views of photos that are stored in the camera. Although four (4) images 432a-432d are shown in FIG. 4C, this number is not critical, and any number of images can be shown in thumbnail form.

7

| | Safai col. 10 ll. 24–40 |
|---|---|
| | • "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The display 446 comprises a Record button 448, a Play button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images." |
| | Safai col. 11 ll. 27–39 |
| | • "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately." |
| | Safai col. 12 ll. 1–14 |
| | *See also* Safai FIGS. 3–5B |
| [c] sequentially displaying other images stored in a memory through the use of scroll keys; | Suso teaches "sequentially displaying other images stored in a memory through the use of scroll keys" |
| | • "In the operation part 21, cursor/scroll buttons 21a, a storing button 21b, and a clear button 21c are displayed. The cursor/scroll buttons 21a are used to designate a desired image in the list table of the display part 20." |
| | Suso col. 6 ll. 8–10. |
| | • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane |

is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

Suso col. 7 ll. 37–49.

*See also* FIGS. 7 and 8a–8b

**Safai** teaches "sequentially displaying other images stored in a memory through the use of scroll keys"

- "Normally, a digital camera stores a large number of digital images. For example, a digital camera can have a miniature storage device, such as a hard disk drive, mounted in it for image storage. Such disk drives are capable of storing on the order of several hundred images. Since only a few "thumbnail" views of the images can be displayed at a given time, the photo select screen 430 has backward/forward scroll buttons 437a, 437b. When a user selects buttons 437a, 437b, the images 432a-432d conceptually scroll left or right, respectively. This causes one of the images 432a-432d that is at the end of the display to disappear from the screen, and another image from among the stored digital images is displayed in its place."

Safai col. 10 ll. 40–53.

- "In yet another feature, the steps of selecting the image comprise the steps of displaying one or more stored images that are in the digital camera; and receiving user input that identifies at least one selected image from among the stored images. A related feature involves the steps of marking the selected image with a visual indication that the selected image has been selected."

Safai col. 2 l. 64– col. 3 l. 3

- "Since only a few "thumbnail" views of the images can be displayed at a given time, the photo select screen 430 has backward/forward scroll buttons 437a, 437b. When a user selects buttons 437a, 437b, the images 432a-432d conceptually scroll left or right, respectively. This causes one of the images 432a-432d that is at the end of the display to disappear from the screen, and another image from among the stored digital images is displayed in its place. The photo select screen 430 also has an enlarged image 434 that reproduces one of the images 432a-432d in enlarged form. For example, the enlarged image 434 shows a

9

| | |
|---|---|
| | selected or highlighted image. The enlarged image 434 enables a user of the digital camera to see a more clear view of a particular image. A DONE button 436 is used to terminate image selection." <br><br> Safai col. 10 ll. 44– 60 <br><br> *See also* Safai FIG. 4C |
| [d] transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and | **Suso** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode" <br><br> • "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone." <br><br> Suso col. 6 ll. 43–47. <br><br> • "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). <br><br> • "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation. <br><br> • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." |

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col. 7 ll. 19–59.

- *See also* Suso FIGS. 8a–b

**Safai** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col. 7 l. 66–col. 8 l. 7

- "Menu 400 comprises an Address button 402, a Choose Photo button 404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

- "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the

11

image transport application, in one embodiment."

- "When a user selects the Address button 402, as represented by block 504, in response the transport application 230 displays an address entry screen on the display device 108, as indicated by block 506. In the preferred embodiment, display 412 is shown on the display device 108. Display 412 generally comprises an address entry field 414, a virtual keyboard 416, and a Done button 418. A user of the digital camera specifies an address, to which one or more photos are to be sent, by entering the address in the address entry field 414. The address is entered by touching or pressing one or more keys of the virtual keyboard 416. The virtual keyboard 416 is a graphical representation of an alphanumeric keyboard."

- "Using keys on the virtual keyboard 416, a user enters letters, numbers and characters of an address 420. The address 420 may be an electronic address, such as an electronic mail address that follows the Internet addressing format. Alternatively, the address 420 is a physical address, such as a postal mail address. Any address format may be provided."

- "In one embodiment, a user may also enter text describing a subject of the photos or message. In this embodiment, display 412 further includes a subject data entry field next to the address entry field 414. A user may select the subject data entry field by tapping on it with a finger or stylus. In response, transport application 230 displays a cursor in the subject data entry field. The user may enter text for the subject line using the virtual keyboard 416. The transport application 230 displays each character in the subject data entry field as it is entered by the user. When the user selects the DONE button 418, the transport application stores the characters that were entered, for example, in a subject string variable associated with the address."

Safai col. 8 l. 28–col. 9 l. 13

- "The transport application 230 receives and stores the address 420, as shown by block 508. When the user has completed entry of the address 420, the user selects either the NEXT button 422 or the DONE button 418 of display 412."

Safai col. 9 ll. 25–30

- "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The display 446 comprises a Record button 448, a Play

button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images."

- "To record a voice message, the user taps or touches the Record button 448. In response, the transport application 230 begins receiving digitized voice information from the microphone 216 through the interface 218. In one embodiment, the transport application 230 calls one or more functions of the operating system 226 or kernel 222 to obtain digitized voice information from the interface 218. The user speaks into the microphone 216 and speaks any desired message. The digitized voice information is stored in the storage device 212 in association with the list of selected photos and the addresses entered by the user. For example, the digitized voice information is stored in a file in the storage device 212, using the file system provided by the operating system 226, and the name of the file is stored in an object that associates the name, the names of the selected photos, and the addresses."

Safai col. 11 ll. 27–55

- "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately."

Safai col. 12 ll. 1–14

- "When the Send button 458 is selected, in response, the transport application sends the selected photos to the destination address indicated in the confirmation box 456. A preferred process of sending messages will be described in the context of FIG. 6, which is a block diagram of an image transport system. Camera 100 is coupled through its communication port 214, such as a modem, and phone line 212 to the public switched telephone network (PSTN) 606. A service provider 600 is logically separated from camera 100. The service provider 600 has a server 601 that is coupled by a modem 604 to the PSTN 606. One or more services 602 are executed by the server 601. The services 602 preferably include a service of receiving and forwarding photos, as

13

<table>
<tr>
<td></td>
<td>

described herein. Other services can be provided, as described below."

Safai col. 13 ll. 10–24

- "Having received the photos, addresses, and voice message information, the server 601 determines what to do with them. In an embodiment, a process of the services 602 examines each address received from the camera 100 and parses the address. When the address is identified as an Internet address in the parsing process, then the service 602 forwards the photos by Internet electronic mail. In particular, the service 602 creates an Internet mail message as a package for the photos. The Internet address is designated as the address for the message. The electronic mail message contains a text greeting identifying the sender. Each digital photo is converted into an image file in a universal file format, such as TIFF, GIF, JPEG, etc. Each image file is attached to the Internet mail message as a file attachment. The service 602 then dispatches the Internet mail message over the network 608."

Safai col. 14 ll. 9–24

*See also* Safai FIGS. 3–6

</td>
</tr>
<tr>
<td>

[e] transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.

</td>
<td>

**Suso** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."

Suso col. 6 ll. 43–47.

- "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).

- "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button

</td>
</tr>
</table>

14

25c is touched. The modes are sequentially switched every touching operation.

- "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col. 7 ll. 19–59.

*See also* Suso FIGS. 8a–b

**Safai** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col. 7 l. 66–col. 8 l.7

- "Menu 400 comprises an Address button 402, a Choose Photo button

15

404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

• "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the image transport application, in one embodiment."

• "When a user selects the Address button 402, as represented by block 504, in response the transport application 230 displays an address entry screen on the display device 108, as indicated by block 506. In the preferred embodiment, display 412 is shown on the display device 108. Display 412 generally comprises an address entry field 414, a virtual keyboard 416, and a Done button 418. A user of the digital camera specifies an address, to which one or more photos are to be sent, by entering the address in the address entry field 414. The address is entered by touching or pressing one or more keys of the virtual keyboard 416. The virtual keyboard 416 is a graphical representation of an alphanumeric keyboard."

• "Using keys on the virtual keyboard 416, a user enters letters, numbers and characters of an address 420. The address 420 may be an electronic address, such as an electronic mail address that follows the Internet addressing format. Alternatively, the address 420 is a physical address, such as a postal mail address. Any address format may be provided."

• "In one embodiment, a user may also enter text describing a subject of the photos or message. In this embodiment, display 412 further includes a subject data entry field next to the address entry field 414. A user may select the subject data entry field by tapping on it with a finger or stylus. In response, transport application 230 displays a cursor in the subject data entry field. The user may enter text for the subject line using the virtual keyboard 416. The transport application 230 displays each character in the subject data entry field as it is entered by the user. When the user selects the DONE button 418, the transport application stores the characters that were entered, for example, in a subject string variable

16

associated with the address."

Safai col. 8 l. 28–col. 9 l. 13

- "The transport application 230 receives and stores the address 420, as shown by block 508. When the user has completed entry of the address 420, the user selects either the NEXT button 422 or the DONE button 418 of display 412."

Safai col. 9 ll. 25–30

- Generally, after entering one or more addresses, a user will next select one or more stored images, such as digital photos, to be sent to the one or more addresses. As shown in FIG. 5B, in block 522 a user selects the Choose Photo button 404 from menu 400. In response, in block 524 the transport application displays a photo select screen. FIG. 4C is a block diagram of a photo select screen 430 that is generated during the image selection step of the image transport application. The photo select screen 430 comprises a plurality of images 432a-432d, each of which is a small-size representation of a previously taken digital photo that is stored in the digital camera 100. Thus, the images 432a-432d comprise "thumbnail" views of photos that are stored in the camera. Although four (4) images 432a-432d are shown in FIG. 4C, this number is not critical, and any number of images can be shown in thumbnail form.

Safai col. 10 ll. 24–39

- "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The display 446 comprises a Record button 448, a Play button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images."

- "To record a voice message, the user taps or touches the Record button 448. In response, the transport application 230 begins receiving digitized voice information from the microphone 216 through the interface 218. In one embodiment, the transport application 230 calls one or more functions of the operating system 226 or kernel 222 to obtain digitized voice information from the interface 218. The user speaks into the microphone 216 and speaks any desired message. The digitized voice information is stored in the storage device 212 in association with the list of selected photos and the addresses entered by the user. For example,

17

the digitized voice information is stored in a file in the storage device 212, using the file system provided by the operating system 226, and the name of the file is stored in an object that associates the name, the names of the selected photos, and the addresses."

Safai col. 11 ll. 27–55

- "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately."

Safai col. 12 ll. 1–14

- "When the Send button 458 is selected, in response, the transport application sends the selected photos to the destination address indicated in the confirmation box 456. A preferred process of sending messages will be described in the context of FIG. 6, which is a block diagram of an image transport system. Camera 100 is coupled through its communication port 214, such as a modem, and phone line 212 to the public switched telephone network (PSTN) 606. A service provider 600 is logically separated from camera 100. The service provider 600 has a server 601 that is coupled by a modem 604 to the PSTN 606. One or more services 602 are executed by the server 601. The services 602 preferably include a service of receiving and forwarding photos, as described herein. Other services can be provided, as described below."

Safai col. 13 ll. 10–24

- "Having received the photos, addresses, and voice message information, the server 601 determines what to do with them. In an embodiment, a process of the services 602 examines each address received from the camera 100 and parses the address. When the address is identified as an Internet address in the parsing process, then the service 602 forwards the photos by Internet electronic mail. In particular, the service 602 creates an Internet mail message as a package for the photos. The Internet address is designated as the address for the message. The electronic mail message contains a text greeting identifying the sender. Each digital photo is converted into an image file in a universal file format, such as TIFF, GIF, JPEG, etc.

18

|  | Each image file is attached to the Internet mail message as a file attachment. The service 602 then dispatches the Internet mail message over the network 608."

Safai col. 14 ll. 9–24

*See also* Safai FIGS. 3–6 |