# EXHIBIT 24

Exhibit 4F

# <u>Exhibit 4F</u>

**EXHIBIT 4F: Invalidity Claim Chart for US Patent No. 7,577,460**

Samsung has asserted claim 1 of U.S. Patent No. 7,577,460 to Jae-Min Kim *et al.* ("the '460 patent").

Claim 1 of the '460 patent is obvious over U.S. Patent No. 6,069,648 to Suso *et al.* ("Suso") in view of U.S. Patent No. 6,642,959 to Arai ("Arai").

| U.S. 7,577,460 | Suso in view of Arai |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of: | **Suso** teaches a device operable to perform "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera" <br><br> • "The present invention relates to an information communication terminal device having a video camera and, more particularly, to an information communication terminal device which is convenient to carry and has a plurality of functions." <br><br> Suso col. 1 ll. 5 – 9 <br><br> • "It is an object of the invention to provide an information communication terminal device which solves the problems, has excellent portability, can also deal a moving image, and realizes multifunction." <br><br> • "In order to achieve the object, the invention employs a construction in which a first display/operation part and a second display/operation part are rotatably attached to the same rotary shaft and a video camera is installed in the rotary shaft." <br><br> • "According to the invention, there is also provided a mode selection button which can select a recording mode, a transmission/reception mode, and an information acquisition mode. When the recording mode is selected, a video image obtained by the video camera is displayed in the first display/operation part and an image stored in an image storing means is displayed in the second display/operation part. When the transmission/reception mode is selected, if the other side of transmission is a telephone of only voices, character information such as name, telephone number, and the like of the other side is displayed in the first display/operation part and operating means such as dials having the function of the touch panel is displayed in the second display/operation part. When the other side of transmission is a television telephone, an image obtained by the video camera and an image of the other side are displayed in the first display/operation part and the second display/operation part is used as an input section of |

character and figure data. When the information acquisition mode is selected, the menu of the information service is displayed in the second display/operation part and the information contents of the service selected from the menu are displayed in the first display/operation unit."

Suso col. 1 l. 47 – col. 2 l. 12

*See also* Suso FIGS. 1a and 6–8b

**Arai** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "A digital camera stores captured picture data and E-mail address data inputted from a key entry unit in a flash memory so that they are associated with each other and then transfers the picture data and the E-mail address data to a personal computer via an I/O port or an infrared communication unit. The personal computer receives the picture data and the E-mail address data transferred from the digital camera via an I/O port or an infrared communication unit. The received picture data is then transmitted to a destination terminal on a computer network on the basis of the received E-mail address data."

Arai Abstract

- "The present invention relates to an electronic camera, an electronic device, a transmission system, and a control method therefor. In particular, the present invention is suitably applied to an electronic mail system, but other applications are also possible."

Arai col. 1 ll. 10–14

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

- "This arrangement will be described below."

- "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."

- "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network,

2

<table>
<tr>
<td></td>
<td>comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter. The digital camera of FIG. 17 is the same as that of FIG. 2 except for the transmission unit 39 and the antenna ANT and hence its detailed description is omitted. In the digital camera 100 shown in FIG. 17, the telephone communication function (the transmission unit 39 and the antenna ANT) are built into the camera body."

Arai col. 20 ll. 9–34

*See also* Arai FIGS. 3, 7–11, 13–21D</td>
</tr>
</table>

| [a] entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | **Suso** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."

Suso col. 6 ll. 43–47.

• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).

• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.

• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button |

24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col. 7 ll. 19–59.

*See also* Suso FIGS. 8a–b

**Arai** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "The personal computer 2 is connectable to a computer network or the Internet through the communication unit 50 and a communication line. The computer can transmit E-mail to or receive E-mail from a terminal over the computer network or perform data retrieval, such as browsing through home pages stored on the Internet, by making use of WWW information retrieval services."

Arai col. 7 ll. 61–67

- "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."

- "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file memory 42b and provides a batch display of the selected address-related

data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."

Arai col. 9 ll. 28–45

- "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or received from a destination terminal over the computer network."

Arai col. 9 ll. 61–65

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21) and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step T24)."

Arai col. 15 ll. 37–53

- "In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be transmitted together with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode."

Arai col. 16 ll. 42–49

- "In the above-described embodiment, the personal computer 2 is

5

| | |
|---|---|
| | arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2." |
| | • "This arrangement will be described below." |
| | • "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function." |
| | • "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter." |
| | • "The digital camera of FIG. 17 is the same as that of FIG. 2 except for the transmission unit 39 and the antenna ANT and hence its detailed description is omitted." |
| | • "In the digital camera 100 shown in FIG. 17, the telephone communication function (the transmission unit 39 and the antenna ANT) are built into the camera body. As an alternative, for example, the input/output terminal of a cellular phone may be connected to the serial input/output terminal 18." |
| | Arai col. 20 ll. 9–37 |
| | • "In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data." |
| | Arai col. 22 ll. 23–29 |
| | *See also* Arai FIGS. 2, 7, 13, 17, 19, 20 |
| [b] entering a second E-mail transmission sub-mode upon | **Suso** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently |

| | |
|---|---|
| user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode; | captured in a camera mode"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by |

7

touching the storing button 26e."

Suso col. 7 ll. 19–59.

*See also* Suso FIGS. 8a–b

**Arai** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"

- "When the playback mode is set by the mode switch 13, the CPU 36 reads from the flash memory 31 each item of picture data in the order of page number (in ascending order of page numbers when the plus key 17a is pressed or in descending order of page numbers when the minus key 17b is pressed) and then sends it to the compression/decompression circuit 30 where the picture data is decompressed. The resulting picture data is stored in the DRAM 29. After that, the CPU sends the picture data stored in the DRAM 29 to the signal generator 25 where sync signals are added to the incoming picture data to produce a video signal (display data). The video signal is then applied through the VRAM 26, the D/A converter 27 and the amplifier 28 to the display unit 12 where a picture is reproduced on its display screen."

- "If, at this point, additional data, such as date data, title data, E-mail address data and memo data, is associated with the displayed picture data, then the CPU 36 reads the additional data from the flash memory 31 and displays it on the display unit together with the picture data."

Arai col. 7 ll. 7–25

- "The personal computer 2 is connectable to a computer network or the Internet through the communication unit 50 and a communication line. The computer can transmit E-mail to or receive E-mail from a terminal over the computer network or perform data retrieval, such as browsing through home pages stored on the Internet, by making use of WWW information retrieval services."

Arai col. 7 ll. 61–67

- "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."

- "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file

8

memory 42b and provides a batch display of the selected address-related data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."

Arai col. 9 ll. 28–45

- "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or received from a destination terminal over the computer network."

Arai col. 9 ll. 61–65

- "First, reference will be made to a flowchart illustrated in FIGS. 8 and 9 to describe the data entry procedure carried out by the CPU 36 in the digital camera 1."

- "When the mode switch 13 is operated to set the data entry mode, the CPU 36 calls the data entry procedure program stored in the ROM 33 into execution."

- "The CPU 36 first performs an initial process of developing the character data storage table 34a (see FIG. 4) stored in the ROM 33 in a predetermined area of the RAM 34 (step S1) and then performs a process of specifying picture data with which additional data, such as E-mail address data, is associated."

- "That is, the CPU 36 reads picture data assigned page number data "1" from among, for example, 64 frames of picture data stored in the flash memory 31, subjects the read picture data to decompression in the compression/decompression circuit 30, adds sync signals to the resulting picture data in the signal generator 25 to form a video signal, and outputs the video signal to the display unit 12 to display the picture on its screen (step S2)."

Arai col. 10 ll. 2–22

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

9

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21) and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step T24)."

Arai col. 15 ll. 37–53

- "In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be transmitted together with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode."

Arai col. 16 ll. 42–49

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

- "This arrangement will be described below."

- "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."

- "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."

- "The digital camera of FIG. 17 is the same as that of FIG. 2 except for the transmission unit 39 and the antenna ANT and hence its detailed

10

| | |
|---|---|
| | description is omitted." |
| | • "In the digital camera 100 shown in FIG. 17, the telephone communication function (the transmission unit 39 and the antenna ANT) are built into the camera body. As an alternative, for example, the input/output terminal of a cellular phone may be connected to the serial input/output terminal 18." |
| | Arai col. 20 ll. 9–37 |
| | • "In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data." |
| | Arai col. 22 ll. 23–29 |
| | *See also* Arai FIGS. 2, 7–9, 13, 17, 19, 20 |
| [c] sequentially displaying other images stored in a memory through the use of scroll keys; | Suso teaches "sequentially displaying other images stored in a memory through the use of scroll keys" |
| | • "In the operation part 21, cursor/scroll buttons 21a, a storing button 21b, and a clear button 21c are displayed. The cursor/scroll buttons 21a are used to designate a desired image in the list table of the display part 20." |
| | Suso col. 6 ll. 8–10. |
| | • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." |
| | Suso col. 7 ll. 37–49. |
| | *See also* FIGS. 7 and 8a–8b |

11

**Arai** teaches "sequentially displaying other images stored in a memory through the use of scroll keys"

- "On the top of the camera body are provided a power switch 14 which is slidable right and left, a shutter key 15 for shooting a picture and determining an item selected in each mode, an effect key 16 for canceling an item selected in each mode, and a plus (+) key 17a and a minus (−) key 17b for selecting an item of picture data to be displayed from among a plurality of items of picture data stored in a memory (a flash memory 32 to be described later) and selecting set conditions in each mode."

Arai col. 3 ll. 54–64

- "When the playback mode is set by the mode switch 13, the CPU 36 reads from the flash memory 31 each item of picture data in the order of page number (in ascending order of page numbers when the plus key 17a is pressed or in descending order of page numbers when the minus key 17b is pressed) and then sends it to the compression/decompression circuit 30 where the picture data is decompressed. The resulting picture data is stored in the DRAM 29. After that, the CPU sends the picture data stored in the DRAM 29 to the signal generator 25 where sync signals are added to the incoming picture data to produce a video signal (display data). The video signal is then applied through the VRAM 26, the D/A converter 27 and the amplifier 28 to the display unit 12 where a picture is reproduced on its display screen."

- "If, at this point, additional data, such as date data, title data, E-mail address data and memo data, is associated with the displayed picture data, then the CPU 36 reads the additional data from the flash memory 31 and displays it on the display unit together with the picture data."

Arai col. 7 ll. 7–25

- "Next, the CPU 36 makes a decision of whether or not the shutter key 15 has been pressed (step S3). If the shutter key 15 is not pressed, then a decision is next made as to whether or not the plus key 17a or the minus key 17b has been pressed (step S4)."

- "If the decision is that neither the plus key nor the minus key is pressed, the procedure returns to step S3. If, on the other hand, the decision is that either of the plus key and the minus key has been pressed, the CPU reads the preceding or succeeding picture from the flash memory 31 depending on which key has been pressed. That is, when the plus key is pressed, the next picture data is read and displayed. For example, when the page number data of the currently displayed picture data is "1", the picture

12

|  | data of page number data "2" is read from the flash memory and then displayed on the display unit. When the minus key is pressed, on the other hand, picture data of page number data that precedes that of the currently displayed picture data by one is read from the flash memory and displayed (step S5). The procedure then returns to step S3."
<br><br>• "The above-described control procedure allows the user to retrieve a desired picture with which additional data, such as E-mail address data, is associated while displaying each of multiple pictures stored in the flash memory 31 in the digital camera in sequence."
<br><br>• "The CPU 36, upon deciding that the shutter key 15 was pressed in step S3, determines a picture displayed on the display unit 15 at the time the shutter key was pressed as a picture with which the additional data is to be associated (step S6)."
<br><br>Arai col. 10 ll. 23–53
<br><br>• "In the transferred picture specify mode, the CPU 36 first performs the processes in steps S34 to S38 identical to steps S2 to S6 in the data entry procedure (refer to FIGS. 8 and 9), whereby each of two or more pictures stored in the flash memory 31 is displayed in sequence by successive operation of the plus key 17a or the minus key 17b and a picture to be sent to the personal computer is specified by operating the shutter key 15."
<br><br>Arai col.12 l.64–col.13 l. 4
<br><br>• "First, the CPU 36 performs an initial process such as initialization (step S61). After that, the CPU goes into the transmit picture specification mode (step S62). In this transmit picture specification mode, the CPU 36 first performs the processes identical to those in steps S2 to S6 in the previously described data entry procedure described in conjunction with FIGS. 8 and 9 (steps S63 to S67), whereby two or more pictures stored in the flash memory 31 are displayed in sequence on the display unit 12 by pressing the plus key 17a or the minus key 17b and a picture to be sent to a destination terminal is specified by pressing the shutter key 15."
<br><br>Arai col. 20 ll. 46–56
<br><br>*See also* Arai FIGS. 1, 8–9, 18 |
|---|---|
| [d] transmitting the address of the other party and a message received through a user | **Suso** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"
<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown |

13

| | |
|---|---|
| interface in the first E-mail transmission sub-mode; and | in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone." |
| | Suso col. 6 ll. 43–47. |
| | • "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). |
| | • "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation. |
| | • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." |
| | • "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a." |
| | • "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e." |
| | Suso col. 7 ll. 19–59. |

14

*See also* Suso FIGS. 8a–b

**Arai** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "In the address file edit procedure, when instructed by a key operation to move to the capture mode, the CPU 46 performs communication procedure to capture address-related data that is added anew to address file data from external equipment (the digital camera 1 in this case). The picture data and its additional data transferred from the digital camera to the personal computer are associated with new storage number data and then stored in the address file memory 42b. Thereby, a new set of address-related data items is added to the address file data."

- "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."

- "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file memory 42b and provides a batch display of the selected address-related data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."

Arai col. 9 ll. 17–45

- "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or received from a destination terminal over the computer network."

Arai col. 9 ll. 61–65

- "Next, the operation will be described."

- "First, reference will be made to a flowchart illustrated in FIGS. 8 and 9 to describe the data entry procedure carried out by the CPU 36 in the digital camera 1."

15

- "When the mode switch 13 is operated to set the data entry mode, the CPU 36 calls the data entry procedure program stored in the ROM 33 into execution."

- "The CPU 36 first performs an initial process of developing the character data storage table 34a (see FIG. 4) stored in the ROM 33 in a predetermined area of the RAM 34 (step S1) and then performs a process of specifying picture data with which additional data, such as E-mail address data, is associated."

- "That is, the CPU 36 reads picture data assigned page number data "1" from among, for example, 64 frames of picture data stored in the flash memory 31, subjects the read picture data to decompression in the compression/decompression circuit 30, adds sync signals to the resulting picture data in the signal generator 25 to form a video signal, and outputs the video signal to the display unit 12 to display the picture on its screen (step S2)."

- "Next, the CPU 36 makes a decision of whether or not the shutter key 15 has been pressed (step S3). If the shutter key 15 is not pressed, then a decision is next made as to whether or not the plus key 17a or the minus key 17b has been pressed (step S4)."

- "If the decision is that neither the plus key nor the minus key is pressed, the procedure returns to step S3. If, on the other hand, the decision is that either of the plus key and the minus key has been pressed, the CPU reads the preceding or succeeding picture from the flash memory 31 depending on which key has been pressed. That is, when the plus key is pressed, the next picture data is read and displayed. For example, when the page number data of the currently displayed picture data is "1", the picture data of page number data "2" is read from the flash memory and then displayed on the display unit. When the minus key is pressed, on the other hand, picture data of page number data that precedes that of the currently displayed picture data by one is read from the flash memory and displayed (step S5). The procedure then returns to step S3."

- "The above-described control procedure allows the user to retrieve a desired picture with which additional data, such as E-mail address data, is associated while displaying each of multiple pictures stored in the flash memory 31 in the digital camera in sequence."

- "The CPU 36, upon deciding that the shutter key 15 was pressed in step S3, determines a picture displayed on the display unit 15 at the time the shutter key was pressed as a picture with which the additional data is to be associated (step S6)."

- "The CPU next makes a decision of which of date data, title data, E-mail

16

data and memo data is to be set (steps S7 to S19). If no data is to be set, then the procedure goes to step S22. The CPU, upon deciding that data is to be set, enters a specified data set mode (step S11, S12, S13 or S14) and then carries out a data setting procedure (steps S15 to S22)."

- "That is, the CPU 36 first reads character data {character pullout} having coordinates of (X1, Y1) out of the character storage table 34a (see FIG. 4) in the RAM 34 and then displays it on the display unit 12 (step S15)."

- "The CPU next decides whether or not the shutter key 15 was pressed (step S16). If it is not, then the CPU makes a decision of whether or not the plus key 17a or the minus key 17b was pressed (step S17)."

- "When the decision is that none of the keys 17a and 17b is pressed, the CPU returns to step S16; otherwise, the CPU goes to step S18 in which the displayed character is switched to another depending on the key pressed. That is, when the plus key 17a is pressed, the value for X coordinate of the coordinates (Xn, Yn) of a character being displayed is incremented by one to display a character having coordinates of (Xn+1, Yn). For example, if the character that is currently displayed is {character pullout}"

- "(coordinates 'X1, Y1)), then the character {character pullout}"

- "(coordinates 'X2, Y1)) is displayed next. On the other hand, when the minus key 17b is pressed, the value for Y coordinate of the coordinates (Xn, Yn) of the character being displayed is incremented by one to display a character having coordinates of (Xn, Yn+1). For example, when the character that is currently displayed is {character pullout}"

- "(coordinates (Xn, Yn)), the character {character pullout}"

- "(coordinates (X1, Y2)) is displayed next. After that, the procedure returns to step S16."

- "The CPU 36, upon deciding in step S16 that the shutter key 15 was pressed, determines a character that was displayed at the time when the shutter key was pressed as one character in input data (step S19). After that, the CPU makes a decision of whether or not the shutter key was pressed again to indicate the termination of the data setting procedure (step S20). When the data setting procedure is continued, the procedure returns to step S16 to set the next character in input data."

- "When the termination of the data setting procedure is indicated in step S20, the CPU stores the set input data as one of date data, title data, E-mail address data and memo data specified in step S7, S8, S9, or S10

into a predetermined area of the RAM 34 (step S21) and then returns to step S7."

- "The ROM 33 in the digital camera 1 is stored with a Japanese FEP (Front End Processor) which permits Hiragana characters in input data to be translated into Kanji or Katakana characters."

- "Such a control procedure as described above allows the user to create and set date data, title data, E-mail address data, and memo data by repeating a step of reading each of corresponding characters from the character data storage table 34a in the RAM 34 in sequence to display it on the display unit through the operation of the plus key 17a or the minus key 17b and a step of, through the operation of the shutter key 15, determining a character that is being displayed when the shutter key is pressed as one character of input data."

Arai col. 10 l.1–col. 11 l. 47

- "FIG. 11 shows an example of a picture displayed on the display unit and its associated additional data."

- "This figures shows a portrait of Hanako Suzuki displayed on the display unit 12 as picture data with 'Hanako Suzuki (name)' set as title data and "hanaco-suzuki@000.co.or.jp" as E-mail address data. In this display example, '18' at the upper right of the screen indicates the page number data associated with the picture data."

Arai col. 13 ll. 8–15

- "Hereinafter, the mail transmission procedure carried out by the CPU 46 in the personal computer 2 will be described with reference to a flowchart shown in FIG. 13."

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21) and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step

18

T24).”

- “The CPU next makes a decision as to whether any one of the simultaneously displayed pictures has been specified with the mouse (step T25). When none of the pictures is specified, the CPU returns to step T24.”

- “When the decision is that one of the pictures has been specified, the CPU 46 reads E-mail address data associated with the specified picture from the address file memory 42b and temporarily stores it in a predetermined area of the work memory 42c (step T26). The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27).”

- “The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27).”

- “The CPU 46 then goes into the transmit data create mode (step T28), creates transmit mail data on the basis of user's key inputs from the input unit 41 (step T29) and temporarily stores the created mail data into the transmit data memory 42a (step T30).”

- “Next, the CPU 46 reads the E-mail address data from the work memory 42c and reads the specified picture data, its associated title data, date data and memo data, and the mail data from the transmit data memory 42a, which, in turn, are sent to the communication unit 50.”

- “The communication unit 50 connects the personal computer 2 to a computer network through a communication line according to a preset access code under the control of the CPU 46 and then sends the specified picture data and its associated title data, date data, memo data and the mail to a destination terminal addressed by the E-mail address data (step T31).”

Arai col. 15 l. 34–col. 16 l.19

- “In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be transmitted together with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode.”

19

Arai col. 16 ll. 42–49

- "The communication unit 50 connects the personal computer 2 to the computer network through a communication line and transmits the title data, date data, memo data, and untransmitted picture data to a destination terminal addressed by the E-mail address data (step T48)."

Arai col. 17 ll. 33–37

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

- "This arrangement will be described below."

- "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."

- "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."

Arai col. 20 ll. 9–28

- "Next, the mail transmission procedure carried out by the CPU 36 in the digital camera 100 will be described with reference to a flowchart shown in FIG. 18."

- "When instructed by the key entry unit 35 to perform the mail transmission procedure, the CPU 36 calls a mail transmitting program from the ROM 33 into execution."

- "First, the CPU 36 performs an initial process such as initialization (step S61). After that, the CPU goes into the transmit picture specification mode (step S62). In this transmit picture specification mode, the CPU 36 first performs the processes identical to those in steps S2 to S6 in the previously described data entry procedure described in conjunction with FIGS. 8 and 9 (steps S63 to S67), whereby two or more pictures stored in the flash memory 31 are displayed in sequence on the display unit 12

20

|  | by pressing the plus key 17a or the minus key 17b and a picture to be sent to a destination terminal is specified by pressing the shutter key 15." |
|--|--|
|  | • "In this case, picture data displayed on the display unit by operating the plus key or the minus key is one having at least E-mail address data as its associated additional data. The additional data is displayed simultaneously with the corresponding picture data." |
|  | • "Next, the CPU 36 makes a decision of whether there is more picture data to be transmitted on the basis of a key operation (step S68). When the effect key 16 is pressed to indicate that there is more picture data, the CPU returns to step S64 to continue the process of specifying picture data to be sent." |
|  | • "When the shutter key 15 is pressed and it is therefore decided that there is no more picture data to be sent, the CPU 36 drives the transmission unit 39 and the antenna ANT and dials to connect the digital camera 100 to the computer network through a communication line (step S69). The CPU then sends one or more items of picture data specified to be transmitted and their associated additional data (title data, date data, and memo data) read from the flash memory 31 to their respective destination terminals addressed by their respective associated E-mail address data (step S70)." |
|  | • "After that, the CPU disconnects the line between the digital camera and the computer network (step S71), terminating the mail transmission procedure." |
|  | • "The foregoing is the mail transmission procedure carried out by the CPU 36 in the digital camera 100." |
|  | Arai col. 20 l. 40–col. 21 l.14 |
|  | • "In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data." |
|  | Arai col. 22 ll. 23–29 |
|  | *See also* Arai FIGS. 5, 8–9, 11–15, 17–20 |
| [e] transmitting the address of the other party | **Suso** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as |

| | |
|---|---|
| and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. | an E-mail in the second E-mail transmission sub-mode"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by |

touching the storing button 26e."

Suso col. 7 ll. 19–59.

*See also* Suso FIGS. 8a–b

**Arai** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "In the address file edit procedure, when instructed by a key operation to move to the capture mode, the CPU 46 performs communication procedure to capture address-related data that is added anew to address file data from external equipment (the digital camera 1 in this case). The picture data and its additional data transferred from the digital camera to the personal computer are associated with new storage number data and then stored in the address file memory 42b. Thereby, a new set of address-related data items is added to the address file data."

- "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."

- "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file memory 42b and provides a batch display of the selected address-related data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."

Arai col. 9 ll. 17–45

- "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or received from a destination terminal over the computer network."

Arai col. 9 col. 61–65

- "Next, the operation will be described."

23

- "First, reference will be made to a flowchart illustrated in FIGS. 8 and 9 to describe the data entry procedure carried out by the CPU 36 in the digital camera 1."

- "When the mode switch 13 is operated to set the data entry mode, the CPU 36 calls the data entry procedure program stored in the ROM 33 into execution."

- "The CPU 36 first performs an initial process of developing the character data storage table 34a (see FIG. 4) stored in the ROM 33 in a predetermined area of the RAM 34 (step S1) and then performs a process of specifying picture data with which additional data, such as E-mail address data, is associated."

- "That is, the CPU 36 reads picture data assigned page number data "1" from among, for example, 64 frames of picture data stored in the flash memory 31, subjects the read picture data to decompression in the compression/decompression circuit 30, adds sync signals to the resulting picture data in the signal generator 25 to form a video signal, and outputs the video signal to the display unit 12 to display the picture on its screen (step S2)."

- "Next, the CPU 36 makes a decision of whether or not the shutter key 15 has been pressed (step S3). If the shutter key 15 is not pressed, then a decision is next made as to whether or not the plus key 17a or the minus key 17b has been pressed (step S4)."

- "If the decision is that neither the plus key nor the minus key is pressed, the procedure returns to step S3. If, on the other hand, the decision is that either of the plus key and the minus key has been pressed, the CPU reads the preceding or succeeding picture from the flash memory 31 depending on which key has been pressed. That is, when the plus key is pressed, the next picture data is read and displayed. For example, when the page number data of the currently displayed picture data is "1", the picture data of page number data "2" is read from the flash memory and then displayed on the display unit. When the minus key is pressed, on the other hand, picture data of page number data that precedes that of the currently displayed picture data by one is read from the flash memory and displayed (step S5). The procedure then returns to step S3."

- "The above-described control procedure allows the user to retrieve a desired picture with which additional data, such as E-mail address data, is associated while displaying each of multiple pictures stored in the flash memory 31 in the digital camera in sequence."

- "The CPU 36, upon deciding that the shutter key 15 was pressed in step S3, determines a picture displayed on the display unit 15 at the time the

shutter key was pressed as a picture with which the additional data is to be associated (step S6)."

- "The CPU next makes a decision of which of date data, title data, E-mail data and memo data is to be set (steps S7 to S19). If no data is to be set, then the procedure goes to step S22. The CPU, upon deciding that data is to be set, enters a specified data set mode (step S11, S12, S13 or S14) and then carries out a data setting procedure (steps S15 to S22)."

- "That is, the CPU 36 first reads character data {character pullout} having coordinates of (X1, Y1) out of the character storage table 34a (see FIG. 4) in the RAM 34 and then displays it on the display unit 12 (step S15)."

- "The CPU next decides whether or not the shutter key 15 was pressed (step S16). If it is not, then the CPU makes a decision of whether or not the plus key 17a or the minus key 17b was pressed (step S17)."

- "When the decision is that none of the keys 17a and 17b is pressed, the CPU returns to step S16; otherwise, the CPU goes to step S18 in which the displayed character is switched to another depending on the key pressed. That is, when the plus key 17a is pressed, the value for X coordinate of the coordinates (Xn, Yn) of a character being displayed is incremented by one to display a character having coordinates of (Xn+1, Yn). For example, if the character that is currently displayed is {character pullout}"

- "(coordinates 'X1, Y1)), then the character {character pullout}"

- "(coordinates 'X2, Y1)) is displayed next. On the other hand, when the minus key 17b is pressed, the value for Y coordinate of the coordinates (Xn, Yn) of the character being displayed is incremented by one to display a character having coordinates of (Xn, Yn+1). For example, when the character that is currently displayed is {character pullout}"

- "(coordinates (Xn, Yn)), the character {character pullout}"

- "(coordinates (X1, Y2)) is displayed next. After that, the procedure returns to step S16."

- "The CPU 36, upon deciding in step S16 that the shutter key 15 was pressed, determines a character that was displayed at the time when the shutter key was pressed as one character in input data (step S19). After that, the CPU makes a decision of whether or not the shutter key was pressed again to indicate the termination of the data setting procedure (step S20). When the data setting procedure is continued, the procedure

25

returns to step S16 to set the next character in input data."

- "When the termination of the data setting procedure is indicated in step S20, the CPU stores the set input data as one of date data, title data, E-mail address data and memo data specified in step S7, S8, S9, or S10 into a predetermined area of the RAM 34 (step S21) and then returns to step S7."

- "The ROM 33 in the digital camera 1 is stored with a Japanese FEP (Front End Processor) which permits Hiragana characters in input data to be translated into Kanji or Katakana characters."

- "Such a control procedure as described above allows the user to create and set date data, title data, E-mail address data, and memo data by repeating a step of reading each of corresponding characters from the character data storage table 34a in the RAM 34 in sequence to display it on the display unit through the operation of the plus key 17a or the minus key 17b and a step of, through the operation of the shutter key 15, determining a character that is being displayed when the shutter key is pressed as one character of input data."

Arai col. 10 l.1–col. 11 l. 47

- "FIG. 11 shows an example of a picture displayed on the display unit and its associated additional data."

- "This figures shows a portrait of Hanako Suzuki displayed on the display unit 12 as picture data with 'Hanako Suzuki (name)' set as title data and "hanaco-suzuki@000.co.or.jp" as E-mail address data. In this display example, '18' at the upper right of the screen indicates the page number data associated with the picture data."

Arai col. 13 ll. 8–15

- "Hereinafter, the mail transmission procedure carried out by the CPU 46 in the personal computer 2 will be described with reference to a flowchart shown in FIG. 13."

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21) and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related

data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step T24)."

- "The CPU next makes a decision as to whether any one of the simultaneously displayed pictures has been specified with the mouse (step T25). When none of the pictures is specified, the CPU returns to step T24."

- "When the decision is that one of the pictures has been specified, the CPU 46 reads E-mail address data associated with the specified picture from the address file memory 42b and temporarily stores it in a predetermined area of the work memory 42c (step T26). The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27)."

- "The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27)."

- "The CPU 46 then goes into the transmit data create mode (step T28), creates transmit mail data on the basis of user's key inputs from the input unit 41 (step T29) and temporarily stores the created mail data into the transmit data memory 42a (step T30)."

- "Next, the CPU 46 reads the E-mail address data from the work memory 42c and reads the specified picture data, its associated title data, date data and memo data, and the mail data from the transmit data memory 42a, which, in turn, are sent to the communication unit 50."

- "The communication unit 50 connects the personal computer 2 to a computer network through a communication line according to a preset access code under the control of the CPU 46 and then sends the specified picture data and its associated title data, date data, memo data and the mail to a destination terminal addressed by the E-mail address data (step T31)."

Arai col. 15 l. 34–col. 16 l.19

- "In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be

transmitted together with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode."

Arai col. 16 ll. 42–49

- "The communication unit 50 connects the personal computer 2 to the computer network through a communication line and transmits the title data, date data, memo data, and untransmitted picture data to a destination terminal addressed by the E-mail address data (step T48)."

Arai col. 17 ll. 33–37

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

- "This arrangement will be described below."

- "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."

- "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."

Arai col. 20 ll. 9–28

- "Next, the mail transmission procedure carried out by the CPU 36 in the digital camera 100 will be described with reference to a flowchart shown in FIG. 18."

- "When instructed by the key entry unit 35 to perform the mail transmission procedure, the CPU 36 calls a mail transmitting program from the ROM 33 into execution."

- "First, the CPU 36 performs an initial process such as initialization (step S61). After that, the CPU goes into the transmit picture specification mode (step S62). In this transmit picture specification mode, the CPU 36

28

first performs the processes identical to those in steps S2 to S6 in the previously described data entry procedure described in conjunction with FIGS. 8 and 9 (steps S63 to S67), whereby two or more pictures stored in the flash memory 31 are displayed in sequence on the display unit 12 by pressing the plus key 17a or the minus key 17b and a picture to be sent to a destination terminal is specified by pressing the shutter key 15."

- "In this case, picture data displayed on the display unit by operating the plus key or the minus key is one having at least E-mail address data as its associated additional data. The additional data is displayed simultaneously with the corresponding picture data."

- "Next, the CPU 36 makes a decision of whether there is more picture data to be transmitted on the basis of a key operation (step S68). When the effect key 16 is pressed to indicate that there is more picture data, the CPU returns to step S64 to continue the process of specifying picture data to be sent."

- "When the shutter key 15 is pressed and it is therefore decided that there is no more picture data to be sent, the CPU 36 drives the transmission unit 39 and the antenna ANT and dials to connect the digital camera 100 to the computer network through a communication line (step S69). The CPU then sends one or more items of picture data specified to be transmitted and their associated additional data (title data, date data, and memo data) read from the flash memory 31 to their respective destination terminals addressed by their respective associated E-mail address data (step S70)."

- "After that, the CPU disconnects the line between the digital camera and the computer network (step S71), terminating the mail transmission procedure."

- "The foregoing is the mail transmission procedure carried out by the CPU 36 in the digital camera 100."

Arai col. 20 l. 40–col. 21 l.14

- "In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data."

Arai col. 22 ll. 23–29

| | *See also* Arai FIGS. 3, 5, 8–9, 10–15, 17–20 |
|---|---|