# EXHIBIT 25

Exhibit 5D

# Exhibit 5D

# EXHIBIT 5D: Invalidity Claim Chart for US Patent No. 7,577,460

Samsung has asserted claim 1 of U.S. Patent No. 7,577,460 to Jae-Min Kim *et al.* ("the '460 patent").

Claim 1 of the '460 patent is obvious over Nokia 9110 Communicator[1] mobile phone in view of U.S. Patent No. 6,069,648 to Suso *et al.* ("Suso").

| U.S. 7,577,460 | Nokia 9110 Communicator in view of Suso |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of: | The **Nokia 9110 Communicator** mobile phone performs "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera" |

[1] Nokia 9110 Communicator mobile phone, together with the Nokia 9110 Communicator User's Manual (1998), APLNDC-WH0000005113 to 5302 ("Nokia 9110 Communicator User's Manual") and the Digital Camera Connectivity with Nokia 9110 Communicator (January 26, 1999), APLNDC-WH0000005318 to 5321 ("Nokia 9110 Communicator Digital Camera Connectivity")

# 1. Introduction

Congratulations on purchasing the Nokia 9110 Communicator. The Nokia 9110 Communicator is a complete communications tool: it is a wireless phone, messaging device, access terminal and a palmtop organiser in one pocketable package.

*Figure 1*

The Nokia 9110 Communicator consists of two parts: the phone and the communicator interface. The phone is on the device cover (figure 1) and the communicator interface is under the cover (figure 2).

*Figure 2*

Both of these parts use the same resources and work closely together – they are not separate devices. For example, the phone uses the names and phone numbers stored in the Contacts directory of the communicator interface, and the communicator interface uses the phone for communicating with the "outside world", for example, when sending or receiving faxes and connecting to the Internet.

**Nokia 9110 Communicator User's Manual** pp. 11–12

| | DIGITAL CAMERA CONNECTIVITY WITH NOKIA 9110 COMMUNICATOR<br><br>See the user's manual of your digital camera to see how to activate the image transfer from the camera. The digital camera has to support Ir Tran-P (infrared transfer protocol).<br><br>Receiving an image from a Digital Camera<br><br>To transfer (copy) the images from the camera, start Digital camera connectivity software in communicator's System application. Then press *Image list* from right side of the display. The list of contents of the Downloaded files folder is shown. All files that do not have UPF and JPEG extensions are dimmed.<br>Now you can transfer selected images to your communicator by pressing *Receive* from right side of the display.<br>*Note*: Remember to activate the sending also from your digital camera at the same time when pressing Receive from the communicator side.<br><br><br><br><br>**Nokia 9110 Digital Camera Connectivity** p. 1<br><br>**Suso** teaches a device operable to perform "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"<br><br>• "The present invention relates to an information communication terminal device having a video camera and, more particularly, to an information communication terminal device which is convenient to carry and has a plurality of functions."<br><br>Suso col. 1 ll. 5 – 9<br><br>• "It is an object of the invention to provide an information communication terminal device which solves the problems, has excellent portability, can also deal a moving image, and realizes multifunction."<br><br>• "In order to achieve the object, the invention employs a construction in which a first display/operation part and a second display/operation part are rotatably attached to the same rotary shaft and a video camera is installed in the rotary shaft."<br><br>• "According to the invention, there is also provided a mode selection button which can select a recording mode, a transmission/reception mode, and an information acquisition mode. When the recording mode |

| | |
|---|---|
| | is selected, a video image obtained by the video camera is displayed in the first display/operation part and an image stored in an image storing means is displayed in the second display/operation part. When the transmission/reception mode is selected, if the other side of transmission is a telephone of only voices, character information such as name, telephone number, and the like of the other side is displayed in the first display/operation part and operating means such as dials having the function of the touch panel is displayed in the second display/operation part. When the other side of transmission is a television telephone, an image obtained by the video camera and an image of the other side are displayed in the first display/operation part and the second display/operation part is used as an input section of character and figure data. When the information acquisition mode is selected, the menu of the information service is displayed in the second display/operation part and the information contents of the service selected from the menu are displayed in the first display/operation unit."<br><br>Suso col. 1 l. 47 – col. 2 l. 12<br><br>*See also* Suso FIGS. 1a and 6–8b |
| [a] entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | The **Nokia 9110 Communicator** mobile phone "enter[s] a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"<br><br>**To start an Internet application**<br>1 Press the Internet application button on the communicator keyboard.<br>2 Select an application with the selection frame and press **Select**.<br>3 To close an application, press **Close**.<br>4 To disconnect from the Internet, press **Hang up**. The "Disconnecting" note will be shown on the display and the data call will end.<br><br>**Note:** Depending on the network configuration and load, establishing an Internet connection may take up to one minute or even longer.<br><br>**Internet applications**<br>Mail – An electronic mail application which lets you send and receive e-mail all over the world using the Internet.<br>•<br><br>Nokia 9110 Communicator User's Manual p. 85<br><br>• Mail is started in the Internet main view by selecting Mail and pressing the **Select** command button.<br><br>Nokia 9110 Communicator User's Manual p. 89 |

| | |
|---|---|
| | **Suso** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. |

| | |
|---|---|
| | When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."<br><br>Suso col. 7 ll. 19–59.<br><br>*See also* Suso FIGS. 8a–b |
| [b] entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode; | The **Nokia 9110 Communicator** mobile phone "enter[s] a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"<br><br>**Receiving an image from a Digital Camera**<br><br>To transfer (copy) the images from the camera, start Digital camera connectivity software in communicator's System application. Then press *Image list* from right side of the display. The list of contents of the Downloaded files folder is shown. All files that do not have UPF and JPEG extensions are dimmed.<br>Now you can transfer selected images to your communicator by pressing *Receive* from right side of the display.<br>*Note*: Remember to activate the sending also from your digital camera at the same time when pressing Receive from the communicator side.<br><br><br><br>•<br><br>Nokia 9110 Communicator Digital Camera Connectivity p. 1<br><br><u>Sending image as an email attachment</u>:<br><br>First write the email and choose *Recipient* (or enter address). Then press *Attachment* from the right side of the display, then press *Add* and choose the downloaded files folder. Select the image from the list. After you have selected the image(s) you can see them in the list of attachments. Then press *Close* and now you can send the mail by pressing *Send* from the right side of the display<br>•<br><br>Nokia 9110 Communicator Digital Camera Connectivity p. 2–3<br><br>**Suso** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode" |

| | |
|---|---|
| | • "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e." |

| | |
|---|---|
| | Suso col. 7 ll. 19–59.<br><br>*See also* Suso FIGS. 8a–b |
| [c] sequentially displaying other images stored in a memory through the use of scroll keys; | The **Nokia 9110 Communicator** mobile phone "sequentially display[s] other images stored in a memory through the use of scroll keys"<br><br>• <u>Sending image as an email attachment</u>:<br><br>First write the email and choose *Recipient* (or enter address). Then press *Attachment* from the right side of the display, then press *Add* and choose the downloaded files folder. Select the image from the list. After you have selected the image(s) you can see them in the list of attachments. Then press *Close* and now you can send the mail by pressing *Send* from the right side of the display<br><br>Nokia 9110 Communicator Digital Camera Connectivity p. 2–3<br><br>• **Communicator keyboard**<br><br><br><br>*Figure 9*<br><br>In addition to the normal character and number keys, the keyboard has a number of special keys, as shown in figure 9.<br><br>**① Application buttons**<br><br>The buttons at the top of the keyboard start the corresponding applications.<br><br>Nokia 9110 Communicator User's Manual p. 24<br><br>• **⑧ Arrow keys**<br><br>The arrow keys can be used to move the cursor or the selection frame. In some applications, the arrow keys have special functions, see "Document features" on page 34.<br><br>Nokia 9110 Communicator User's Manual p. 25 |

| | |
|---|---|
| | Suso teaches "sequentially displaying other images stored in a memory through the use of scroll keys"<br><br>• "In the operation part 21, cursor/scroll buttons 21a, a storing button 21b, and a clear button 21c are displayed. The cursor/scroll buttons 21a are used to designate a desired image in the list table of the display part 20."<br><br>Suso col. 6 ll. 8–10.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>Suso col. 7 ll. 37–49.<br><br>*See also* FIGS. 7 and 8a–8b |
| [d] transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and | The **Nokia 9110 Communicator** mobile phone "transmit[s] the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"<br><br>• Mail is started in the Internet main view by selecting Mail and pressing the **Select** command button.<br><br>Nokia 9110 Communicator User's Manual p. 89<br><br>**To send mail**<br><br>**To write new mail**<br>1 Press **Write mail** in the Mail main view. An empty mail editor opens.<br>2 Write the message. You can change the font within the Mail settings.<br>3 When the message is ready to be sent, press **Recipient**. The Mail directory opens.<br><br>Nokia 9110 Communicator User's Manual p. 92 |

### To select a recipient

There are two ways to select a recipient for your mail message:

1 Select the contact(s) in the Mail directory with the selection frame and press **Select**. If a contact has several mail addresses, a pop-up box opens, listing the available mail addresses. Select an address and press **Select**. Or,

2 Enter the recipient's address manually by pressing **Enter address**. Remember that the mail address must contain the @ character, and that the address cannot contain accented characters.

The Mail envelope opens whenever you are about to send mail, see figure 3. All the field entries are editable.

*Figure 3*

•

Nokia 9110 Communicator User's Manual p. 92

### To add addresses to the To or Cc fields of the Mail envelope

1 Select whether to add a new recipient to the *To* or the *Cc* field by scrolling to the appropriate field.

2 Press **Add recipient**.

3 Select the recipients as described above.

**Note:** Multiple addresses in the *To* and *Cc* fields must be separated by a comma.

•

Nokia 9110 Communicator User's Manual p. 93

### To send mail upon request

When you have several mail messages to send, you may want to use the *Upon request* option. This way you may send all your mail during the same data call.

1 Write your mail, select the recipient, press the Menu button and select *Send options*.

2 Select the *Send mail: Upon request* option and then press **Send** to send the mail.

3 Go to the Document outbox and press **Open**.

4 Press **Start** to send your mail.

You can also select the *During next connection* option, with which your mail will be sent automatically the next time you make a connection to the Internet access point your Remote mailbox uses.

•

Nokia 9110 Communicator User's Manual p. 93

| | |
|---|---|
| | **Suso** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear |

| | |
|---|---|
| | button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e.”<br><br>Suso col. 7 ll. 19–59.<br><br>• *See also* Suso FIGS. 8a–b |
| [e] transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. | The **Nokia 9110 Communicator** mobile phone “transmit[s] the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode”<br><br>• Mail is started in the Internet main view by selecting Mail and pressing the **Select** command button.<br><br>Nokia 9110 Communicator User’s Manual p. 89<br><br>**To send mail**<br><br>**To write new mail**<br>1 Press **Write mail** in the Mail main view. An empty mail editor opens.<br>2 Write the message. You can change the font within the Mail settings.<br>3 When the message is ready to be sent, press **Recipient**. The Mail directory opens.<br>•<br><br>Nokia 9110 Communicator User’s Manual p. 92<br><br>**To select a recipient**<br>There are two ways to select a recipient for your mail message:<br>1 Select the contact(s) in the Mail directory with the selection frame and press **Select**. If a contact has several mail addresses, a pop-up box opens, listing the available mail addresses. Select an address and press **Select**. Or,<br>2 Enter the recipient's address manually by pressing **Enter address**. Remember that the mail address must contain the @ character, and that the address cannot contain accented characters.<br>The Mail envelope opens whenever you are about to send mail, see figure 3. All the field entries are editable.<br><br>Mail \| **Mail envelope** (0 attachments) \| To: cooper.christine@swh.com, carr.john@bankers.uk \| Cc: jack.russell@kennel.com \| Subject: New telephone number \| 08:40 \| Send \| Attachments \| Add recipient \| Cancel<br><br>*Figure 3*<br>•<br><br>Nokia 9110 Communicator User’s Manual p. 92 |

| | |
|---|---|
| | **To add addresses to the To or Cc fields of the Mail envelope**<br>1 Select whether to add a new recipient to the *To* or the *Cc* field by scrolling to the appropriate field.<br>2 Press **Add recipient**.<br>3 Select the recipients as described above.<br>**Note:** Multiple addresses in the *To* and *Cc* fields must be separated by a comma.<br>•<br>Nokia 9110 Communicator User's Manual p. 93<br><br>Sending image as an email attachment:<br>First write the email and choose *Recipient* (or enter address). Then press *Attachment* from the right side of the display, then press *Add* and choose the downloaded files folder. Select the image from the list. After you have selected the image(s) you can see them in the list of attachments. Then press *Close* and now you can send the mail by pressing *Send* from the right side of the display<br>•<br>Nokia 9110 Communicator Digital Camera Connectivity p. 2<br><br>**To send mail upon request**<br>When you have several mail messages to send, you may want to use the *Upon request* option. This way you may send all your mail during the same data call.<br>1 Write your mail, select the recipient, press the Menu button and select *Send options*.<br>2 Select the *Send mail: Upon request* option and then press **Send** to send the mail.<br>3 Go to the Document outbox and press **Open**.<br>4 Press **Start** to send your mail.<br>You can also select the *During next connection* option, with which your mail will be sent automatically the next time you make a connection to the Internet access point your Remote mailbox uses.<br>•<br>Nokia 9110 Communicator User's Manual p. 93<br><br>**Suso** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone." |

| | |
|---|---|
| | Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."<br><br>Suso col. 7 ll. 19–59.<br><br>*See also* Suso FIGS. 8a–b |