# EXHIBIT 28

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation,

        Counterclaim-Plaintiff,

v.

APPLE INC., a California corporation,

        Counterclaim-Defendants.

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES (NOS. 8, 13, & 14)**

Under Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby provides supplemental responses to the First Set of Interrogatories to Apple Inc. (Nos. 8, 13, & 14) served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on August 3, 2011. These responses are based on information reasonably available to Apple at the present time. Apple reserves the right to amend and supplement these responses when and if additional information becomes available.

**GENERAL OBJECTIONS**

The General Objections set forth in Apple Objections and Responses to Samsung's First Set of Interrogatories, served on September 12, 2011, are incorporated herein by reference.

2

APPLE INC.'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES (NOS. 8, 13, & 14)
Case No. 11-cv-01846 (LHK)

profits, and lost sales. In addition, pursuant to Section 4 of the Clayton Act and/or Section 17200 of the California Business and Professions Code, Apple is entitled to treble the amount of its actual damages suffered as a result of Samsung's conduct and all reasonable attorneys' fees and costs. Moreover, Apple is seeking all reasonable attorneys' fees and costs as a result of Samsung's violations of the California Unfair Competition Law, and the Sherman Act, and in connection with its defense against Samsung's infringement claims.

Apple reserves the right to supplement its damages theory as additional information becomes available. In addition, Apple will provide information responsive to this Interrogatory consistent with the Court's Scheduling Order for the disclosure of damages experts.

**Interrogatory No. 13**

Separately for each of the SAMSUNG PATENTS-IN-SUIT, identify the date(s) APPLE first became aware of each patent, the persons at APPLE who first became aware of each patent and the detailed circumstances by which each such person became aware of each patent.

**Response to Interrogatory No. 13**

Apple objects to this Interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent it calls for the identification of the "detailed circumstances" by which Apple became aware of each patent. Apple also objects to this Interrogatory to the extent it requires the disclosure of information, documents and things protected from disclosure by the attorney-client privilege, work product doctrine, common interest doctrine, joint defense privilege, or any other applicable privilege, doctrine, or immunity.

Subject to and without waiving the foregoing General and Specific Objections, Apple responds as follows: Apple became aware of U.S. Patent No. 7,675,941 and U.S. Patent No. 7,447,516 on or before April 21, 2011, when Samsung first asserted the respective foreign counterparts of these patents against Apple in Japan and Korea. Apple became aware of the following Samsung Patents-in-Suit on or before April 27, 2011, when Samsung filed its initial

APPLE INC.'S SUPPLEMENTAL RESPONSES TO
SAMSUNG'S FIRST SET OF INTERROGATORIES
(NOS. 8, 13, & 14)
Case No. 11-cv-01846 (LHK)

7

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

Complaint in Case No. 11-CV-02079: U.S. Patent Nos. 7,362,867, 7,200,792, 7,386,001, 7,050,410, 6,928,604, and 7,069,055. Apple became aware of the remaining Samsung Patents-in-Suit on or before June 30, 2011, when Samsung filed its Answer and Counterclaims in this action.

Apple's investigation is ongoing and Apple reserves the right to supplement this response as this litigation progresses.

**Supplemental Response to Interrogatory No. 13**

Subject to and without waiving the foregoing General and Specific Objections, Apple responds as follows: During a meeting between Apple and Samsung representatives on September 9, 2010, Samsung listed the following Samsung Patents-in-Suit in a PowerPoint presentation: U.S. Patent Nos. 6,928,604; 7,050,410; 7,069,055; 7,079,871; 7,200,792; 7,362,867; 7,386,001; 7,447,516; 7,577,460; and 7,675,941. The September 9, 2010 meeting was held in Cupertino, California, and Chip Lutton, Tom Mavrakakis, and Mike Pieja attended for Apple. The Samsung attendees at this meeting included Kwang Jun Kim. Apple became aware of the following Samsung Patents-in-Suit on or before June 30, 2011, when Samsung filed its Answer and Counterclaims in this action: U.S. Patent Nos. 7,456,893 and 7,698,711.

Apple further responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung. Apple further designates, at this time, documents bearing the Bates numbers APLNDC00000369-387 and APLNDC00000898-916, from which information responsive to this Interrogatory may be ascertained.

Apple's investigation is ongoing and Apple reserves the right to supplement this response as this litigation progresses.