HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS DISCLOSED ON AUGUST 14, 2012** |

I, Jason R. Bartlett, do hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in Support of Apple's Objections and Responses to Objections Regarding Trial Exhibits and Deposition Designations Disclosed on August 14, 2012 (the "Objections and Responses"). Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2. Apple finished filing the Objections and Responses through the Court's electronic case filing system on August 15, 2012 at 10:02 a.m.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 15th day of August 2012, at San Jose, California.

                                        */s/ Jason R. Bartlett*  
                                        JASON R. BARTLETT

BARTLETT DECL. ISO APPLE'S OBJS. AND RESPS. RE: AUG. 14, 2012 EXHIBITS AND DEPO. DESIGNATIONS  
CASE NO. 11-CV-01846-LHK (PSG)  
sf-3182992

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: August 15, 2012                     /s/ *Michael A. Jacobs*
                                           Michael A. Jacobs

BARTLETT DECL. ISO APPLE'S OBJS. AND RESPS. RE: AUG. 14, 2012 EXHIBITS AND DEPO. DESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3182992

2