QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEPOSITION DESIGNATIONS DISCLOSED ON AUGUST 14, 2012** |

02198.51887/4911187.1

Case No. 11-cv-01846-LHK
HUTNYAN DECL. ISO OBJS AND RESPS RE: EXHIBITS AND DEPOSITION DESIGNATIONS DISCLOSED
ON AUGUST 14, 2012

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Samsung's Objections And Responses Regarding Exhibits and Deposition Designations Disclosed on August 14, 2012 and supporting materials are being filed no later than 10:30 a.m. local time.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Paul Dourish, Ph.D, dated May 2, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Expert Report of J. Paul Dourish, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,456,893.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit I-1 to Apple's Invalidity Contentions.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit I-5 to Apple's Invalidity Contentions.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Expert Report of Mani Srivastava, Ph.D. Regarding the Invalidity of the Asserted Claim of U.S. Patent No. 7,577,460 and Exhibit and 9 thereto.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the Expert Report of Mani Srivastava, Ph.D. Regarding the Invalidity of the Asserted Claim of U.S. Patent No. 7,577,460 and Exhibit 3A thereto.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit J-1 to Apple's Invalidity Contentions.

1         10.     Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit J-5 to

2 Apple's Invalidity Contentions.

3         11.     Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff's Trial

4 Exhibit 113 in this action.

5         12.     Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's Trial

6 Exhibit 114 in this action.

7         13.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from

8 the deposition of Tim Sheppard, dated December 21, 2011.

9         14.     Attached hereto as **Exhibit 12** is a true and correct copy of Defendants'

10 Trial Exhibit No. 2634 in this action.

11         15.     Attached hereto as **Exhibit 13** is a true and correct copy of Defendants'

12 Trial Exhibit No. 731 in this action.

13         16.     Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff's

14 Demonstrative Exhibits PDX43.26, 43.27 and 43.28 in this action.

15         17.     Attached hereto as **Exhibit 15** is a true and correct copy of Samsung's

16 Demonstrative Exhibits SDX 3922.03 and 3922.04 in this action.

17         18.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from

18 the deposition of Greg Joswiak, dated February 23, 2012.

19         19.     Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from

20 the deposition of Michael Wagner, dated May 12, 2012.

21        I declare under penalty of perjury under the laws of the State of California that the

22 foregoing is true and correct.

23        Executed August 15, 2012, at San Jose, California.

                                                  */s/ Diane C. Hutnyan*

                                                  Diane C. Hutnyan