# EXHIBIT 2

**CONTAINS INFORMATION DESIGNATED AS APPLE AND SAMSUNG HIGHLY CONFIDENTIAL INFORMATION**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK |

**Expert Report of J. Paul Dourish, Ph.D.**
**Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,456,893**

portion of these references in which these teachings may be found. A person of ordinary skill in the art would understand that the citations are merely exemplary, and that similar teachings may be found at other pages or places in the references discussed, as well as in other prior art references.

**A. Claims 1-4, 6-8 and 10-16 of the '893 Patent Are Anticipated by the Apple iBook**

**1. Description of the Apple iBook**

72. The Apple iBook G3 800MHz laptop (2003) configured with an iSight video webcam (2003) was a laptop/video webcam combination that could capture and display still images. The Apple iBook G3 800MHz laptop ran the Mac OS X 10.3 Panther (2003), and included a number of applications including iChat AV 2, iPhoto 2 and Preview 2.1.0 (hereafter "iBook"). (*See* MAC OS X 10.3 Panther User's Guide (APLNDC-WH-A 0000005396-5421) at APLNDC-WH-A 0000005399, 5412, 5419-20.) The iChat application allowed a user to capture and store images. The iPhoto and Preview applications allowed a user to display the stored images.

73. The iBook is a digital image processing apparatus that in operation performs a method that under Samsung's apparent interpretation of the claims (based on Samsung's reading of the claims broadly enough to encompass Apple's accused products in Samsung's Infringement Contentions), with which I disagree, has a photographing mode that processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium. In particular, the iChat application is capable of capturing and storing images while the iPhoto and Preview applications are capable of displaying stored images. The iBook allows a user to switch between reproduction mode and photographing mode and allows the user to view the most recently viewed image when returning to reproduction mode. In addition, the iBook also has the features and functions claimed in the dependent asserted claims.

file index value each time the at least one directional actuator is pressed. (*See, e.g.*, JP '927 publication, ¶¶ [0040], [0041] and Fig. 3.)

107. The JP '927 publication discloses a digital image processing apparatus where the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the photographing mode to the stored-image display mode. (*See, e.g.*, JP '927 publication, ¶¶ [0036], [0037], [0038], [0039] and Fig. 3.)

### C. Claims 1-4, 6-8 and 10-16 of the '893 Patent Are Anticipated by Korean Published Patent No. 10-2004-0013792 to LG Electronics

#### 1. Description of Korean Published Patent No. 10-2004-0013792

108. Korean Published Patent No. 10-2004-0013792 to LG Electronics was filed on August 8, 2002, and published on February 14, 2004 ("KR '792 patent"). KR '792 patent is titled "A Mobile Phone Photograph Display Method."

109. KR '792 patent discloses a mobile phone that includes a camera with a display that allows for viewing of the photographs taken by the mobile phone. In particular, KR '792 patent states: "This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality." (KR '792 patent, Abstract.) It facilitates viewing of the photographs by simple manipulations of keys. (KR '792 patent, Abstract.)

110. KR '792 patent further describes its mobile phone invention as follows: "Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode. In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the

sequence as illustrated in Drawing 2 have to be selected." (KR '972 patent, p. 5-2.) "As described above, the functions of a photograph album, which is a conventional camera function added to a mobile phone requires going through many menus to in order to view photographs; and in order to continuously view the photographs, the selection has to be made by going through the screen that displays the photograph list. And therefore, the manipulation is inconvenient when attempting to search for multiple photographs. This invention, having considered such issues, sets its objective in providing the photograph display method in a mobile phone wherein camera shortcut keys are used for viewing the photographs in an attempt to facilitate speedy display of menus for photograph viewing." (KR '972 patent, p. 5-3.)

111. Specifically, KR '972 patent states: "according to the user's un-delayed input, the screen can change. The fist [sic, first] photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number. Or it could be that the viewing can start from the photograph that was last viewed by the viewer. Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest." (KR '972 patent, p. 5-4.)

**2. Opinions Regarding KR '792 patent**

112. I have been informed and understand that KR '792 patent qualifies as prior art because it was published on February 14, 2004, which is prior to the alleged conception date of the '893 patent (October 2004) and the filing date of the Korean priority patent application (March 15, 2005). ('KR '792 patent, cover page.) I also understand that the KR '792 patent was not cited by Samsung or the PTO during the prosecution of the '893 patent.

113. It is my opinion that KR '792 patent anticipates claims 1-4, 6-8 and 10-16 of the '893 patent. For my analysis of the KR '792 patent, I apply Samsung's apparent claim construction for the term "irrespective of the duration" based on Samsung's Infringement Contentions (see Section X above), and apply plain meaning to the rest of the claim terms. The claim chart attached as Exhibit 3C sets forth in detail how KR '792 patent anticipates these

claims. The claim chart shows that the KR '792 patent discloses a digital image processing apparatus that functions as described by the asserted claims and as explained below.

114. The KR '792 patent discloses a method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium where the method consists of a sequential steps. (*See, e.g.*, KR '792 patent, Abstract, pp. 5-2 to 5-5 and Drawings 1-3.)

115. The KR '792 patent discloses setting the digital image processing apparatus in the reproduction mode. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawings 1-3.)

116. The KR '792 patent discloses using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawings 1-3.)

117. The KR '792 patent discloses while the single image file is being displayed, switching from the reproduction mode to the photographing mode. (*See, e.g.*, KR '792 patent, pp. 5-2, 5-4 and Drawings 2-3.)

118. The KR '792 patent discloses using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium. (*See, e.g.*, KR '792 patent, p. 5-2 and Drawing 2.)

119. The KR '792 patent discloses after the duration, switching from the photographing mode to the reproduction mode. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawings 1-3.)

120. The KR '792 patent discloses irrespective of the duration, first displaying again only the single image file that was displayed when switching from the reproduction mode to the photographing mode. (*See, e.g.*, KR '792 patent, p. 5-4 and Drawing 3.)

121. The KR '792 patent discloses identifying the image file that is being displayed. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawing 2.)

122. The KR '792 patent discloses where identifying the image file that is being displayed comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawing 2.)

123. The KR '792 patent discloses after the duration, switching from the photographing mode to the reproduction mode comprises reading the memory to retrieve the index value. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawing 2.)

124. The KR '792 patent discloses where identifying the image file that is being displayed comprises one of setting a flag and setting a bookmark on the single image file that is being displayed when switching from the reproduction mode to the photographing mode. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawings 2 and 3.)

125. The KR '792 patent discloses where using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawing 2.)

126. The KR '792 patent discloses where reading the memory to retrieve the index value comprises the step of determining if the index value is in a reset state. (*See, e.g.*, KR '792 patent, p. 5-4 and Drawing 3.)

127. The KR '792 patent discloses a digital image processing apparatus comprising: an optical system for receiving a light reflected from a subject; a photoelectric conversion module in optical communication with the optical system for converting the light to image data; a recording medium for storing the image data in an image file; a display screen for displaying the image data; and a controller connected with the photoelectric conversion module, the recording medium and the display screen, the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being

operative to control the display screen for displaying a single image relative to the image data. (*See, e.g.*, KR '792 patent, Abstract, pp. 5-2 to 5-4 and Drawings 1 and 3.)

128. The KR '792 patent discloses a digital image processing apparatus where the controller comprises at least one of a digital camera processor and a microcontroller. (*See, e.g.*, KR '792 patent, Abstract and p. 5-2.)

129. The KR '792 patent discloses a digital image processing apparatus that includes a user input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawings 1-3.)

130. The KR '792 patent discloses a digital image processing apparatus that includes at least one directional actuator for displaying a previous and a next image file in the stored-image display mode, the controller updating the file index memory with a different unique file index value each time the at least one directional actuator is pressed. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawing 2.)

131. The KR '792 patent discloses a digital image processing apparatus where the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the photographing mode to the stored-image display mode. (*See, e.g.*, KR '792 patent, pp. 5-2 to 5-4 and Drawing 2.)

### D. Claims 1-4, 6-8 and 10-16 of the '893 Patent Are Anticipated by U.S. Patent No. 6,618,082 to Hayashi et al.

#### 1. Description of U.S. Patent No. 6,618,082

132. U.S. Patent No. 6,618,082 to Hayashi et al. was filed on June 25, 1998, and issued on September 9, 2003 ("the '082 patent"). The '082 patent is titled "Digital Camera Adapted to Reproduce an Original Image and a Thumbnail Image." It is assigned to Sanyo Electric Co., Ltd.

133. The '082 patent discloses a digital camera (see Fig. 1, reproduced below) that allows a user to control how images are viewed. In particular, it discloses the use of different

# EXHIBIT 3C

**Exhibit 3C**

**EXHIBIT 3C: Invalidity Claim Chart for Asserted Claims of U.S. Patent No. 7,456,893 based on Korean Published Patent No. 10-2004-0013792 to LG Electronics**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| 1. A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps: | The KR '792 patent discloses "A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps." For example:<br><br>"This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality."<br><br>KR '792 patent, Abstract<br><br>"This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode. In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well. And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show' |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key. In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory. Accordingly, while the camera key (40) is pressed, other task(s) can be assigned. Here, when long key allowed to be used while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again."<br><br>KR '792 patent, p. 5-4; Drawing 3<br><br>"This [invention] is comprised of 5 stages: Stage 1 wherein a number of menus are displayed to view the stored contents by using the camera by pressing the shortcut key [pre]set with a long key for a set period of time; Stage 2 wherein the set Screen 1 is displayed when the slide show view among said number of menus is selected; Stage 3 wherein the next photographs are consecutively displayed by the lapse of set time or manipulation of the direction keys while they are displayed in said Screen 1; Stage 5 where during said sequential display stage, if the user's key input shows it ended, then it ends, or otherwise, other photographs are continually displayed; and Stage 5 where if general photograph viewing menu was selected in Stage 1, then the corresponding gist is displayed for the user to make the selections to display the corresponding photographs."<br><br>KR '792 patent, pp. 5-4 to 5-5 |
| (a) setting the digital image processing apparatus in the reproduction mode; | The KR '792 patent discloses "setting the digital image processing apparatus in the reproduction mode." For example:<br><br>"This invention is concerning a mobile phone having the camera |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode. In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well. And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show' in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key. In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory. Accordingly, while the camera key (40) is pressed, other task(s) can be assigned. Here, when long key allowed to be used while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | are thus selected, then the corresponding photographs appear as in the screen (D300).  Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| (b) using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file; | The KR '792 patent discloses "using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file." For example:<br><br>"This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed.  Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well.  And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show' in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears.  Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300).  Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| (c) while the single image file is being displayed, switching from the reproduction mode to the photographing mode; | The KR '792 patent discloses "while the single image file is being displayed, switching from the reproduction mode to the photographing mode." For example:<br><br>"This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key.  In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | released, photograph is taken and stored in the memory.  Accordingly, while the camera key (40) is pressed, other task(s) can be assigned.  Here, when long key allowed to be used  while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1 |
| (d) using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium; | The KR '792 patent discloses "using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium." For example:<br><br>"This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2 |
| (e) after the duration, switching from the photographing mode to the reproduction mode; and | The KR '792 patent discloses "after the duration, switching from the photographing mode to the reproduction mode." For example:<br><br>"This invention is concerning a mobile phone having the camera functionality.  In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Because this is a mobile phone having the camera functionality as described above, a camera key (40) exists specifically to work as a camera shutter: it works as the camera shutter manipulation button while in camera mode, and as the recording button when in video recording mode.  In other words, as soon as said camera key (40) is pressed, photographs are taken like in a common camera. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected." |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. Depending on the situation, it can be shown as a small drawing (thumbnail) as well. And naturally, the photographs can be saved as named by the user. . . . This invention that attempts to achieve said objectives is characterized by having: a stage where by pressing the camera key for a set period of time, [the screen] moves to the photograph display menu that includes the slide show menu; a stage wherein photographs are automatic and manually, and continuously displayed as desired by the user when selecting 'slide show' in said photograph display menu; and a stage wherein the photograph list is displayed and photographs are displayed as selected by the user who selects the general 'view photograph' menu instead of the 'slide show' menu from said photograph display menu concerning a photograph display method in a mobile phone having a camera function. . . . Among the function keys illustrated in Drawing 1, a change the camera key (40) movement is made to allow a long key. In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory. Accordingly, while the camera key (40) is pressed, other task(s) can be assigned. Here, when long key allowed to be used while said camera key (40) is being pressed for over a certain set time (i.e., 1.5 seconds), it is recognized as a long key, and causes a certain shortcut menu to pop up."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| (f) irrespective of the duration, first displaying again only the single image file from step (c). | The KR '792 patent discloses "irrespective of the duration, first displaying again only the single image file from step (c)." For example:<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
| --- | --- |
| | are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400). Then automatically, after a lapse of a set time, the screen (D500) displays the next photo. Here, according to the user's un-delayed input, the screen can change. The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number. Or it could be that the viewing can start from the photograph that was last viewed by the viewer. Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest."<br><br>KR '792 Patent, p. 5-4<br><br><br><br>KR '792 Patent, Drawing 3 |
| 2. The method of claim 1 | See claim 1. |
| wherein step (c) comprises the step of identifying the image file that is being displayed. | The KR '792 patent discloses "wherein step (c) comprises the step of identifying the image file that is being displayed." For example:<br><br>"The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40). At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing. Or by pressing the 'confirm' key, one can return to the previous scree[n] (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2<br><br>"In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear. In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier. "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key. Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions. In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing. In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out. For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress. Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |
| 3. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises setting in a | The KR '792 patent discloses "wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| memory of the digital image processing apparatus an index value of the single image file that is being displayed. | value of the single image file that is being displayed." For example:<br><br>"The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40). At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing. Or by pressing the 'confirm' key, one can return to the previous scree[n] (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2<br><br>"In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear. In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier. "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key. Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions. In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing. In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out. For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress. Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| 4. The method of claim 3 | See claim 3. |
| wherein step (e) comprises the step of reading the memory to retrieve the index value. | The KR '792 patent discloses "wherein step (e) comprises the step of reading the memory to retrieve the index value." For example:<br><br>"The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40). At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing. Or by pressing the 'confirm' key, one can return to the previous scree[n] (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2<br><br>"In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear. In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier. "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key. Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions. In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing. In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out. For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress. Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |
| 6. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c). | The KR '792 patent discloses "wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c)." For example:<br><br>"The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40). At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing. Or by pressing the 'confirm' key, one can return to the previous scree[n] (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2<br><br>"In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear. In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier. "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key. Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions. In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing. In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
| --- | --- |
| | while the "slide show" function is being carried out. For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress. Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400). Then automatically, after a lapse of a set time, the screen (D500) displays the next photo. Here, according to the user's un-delayed input, the screen can change. The fist photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number. Or it could be that the viewing can start from the photograph that was last viewed by the viewer. Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest.<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| 7. The method of claim 3 | See claim 3. |
| wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed. | The KR '792 patent discloses "wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed."<br><br>"The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. In order to review them, the various menus in the sequence as illustrated in Drawing 2 have to be selected."<br><br>KR '792 patent, p. 5-2; Drawing 2<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. Depending on the type of equipment, [the list] can be displayed as graphic information or a table. . . . If one inputs the number or the name of the above photographs desired for viewing, the corresponding photograph is displayed (D40). At this time, if one wishes to view other photos using the power/cancellation key, [the display] can return to the prior screen (D30) where one can input the corresponding photograph number desired for viewing. Or by pressing the 'confirm' key, one can return to the previous scree[n] (D30). Naturally, the photograph selection from said photograph list can also be made using the direction key to manipulate the pointer instead of only inputting numbers."<br><br>KR '792 patent, p. 5-3; Drawing 2 |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | "In certain short cut menus described above, one can list menus wherein the photographs taken with the camera can be searched and viewed. In this embodiment, a general "photograph view" and 'slide show" menus simply appear. In said "photograph view" menu is a menu that displays the photographs corresponding to the selection from the photograph list is shown as described earlier. "Slide show" [menu] allows the continuous display of the photographs through manipulation of the set time and direction key. Of course, the user can select the photographs from the list and then facilitate a manual slide show by combining such functions. In other words, once the user selects the photo(s), without going through the photograph list, he/she can continuously view the next photographs by suing the direction key/time delay, and through a combination of other function keys, perform other functions such as pausing during a continuous viewing. In such a case, if the shortcut key is pressed, the photograph list can be directly displayed instead of the menu screen. . . . Additionally, said "slide show" can be edited through the suitable function keys manipulation while the "slide show" function is being carried out. For instance, one can set for sequential or random progress, and the time delay can be set in the time delay progress. Additionally, one can also set whether to repeat the showing of the photographs after all of the photographs were shown or to show the screen announcing the end of the photographs."<br><br>KR '792 patent, p. 5-4 |
| 8. The method of claim 4 | See claim 4. |
| wherein the reading step comprises the step of determining if the index value is in a reset state. | The KR '792 patent discloses "wherein the reading step comprises the step of determining if the index value is in a reset state."<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400). Then automatically, after a lapse of a set time, the screen (D500) displays the next photo. Here, according to the user's un-delayed input, the screen can change. The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number. Or it could be that the viewing can start from the photograph that was last viewed by the viewer. Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest." |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
| --- | --- |
| | KR '792 Patent, p. 5-4<br><br>KR '792 Patent, Drawing 3 |
| 10. A digital image processing apparatus comprising: | See claim 1 preamble. |
| an optical system for receiving a light reflected from a subject; | The KR '792 patent discloses "an optical system for receiving a light reflected from a subject." For example:<br><br>"Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones. Mobile phones with detachable cameras or internally installed cameras are already commercialized."<br><br>KR '792 patent, p. 5-2 |
| a photoelectric conversion module in optical communication with the optical system for converting the light to image data; | The KR '792 patent discloses "a photoelectric conversion module in optical communication with the optical system for converting the light to image data." For example:<br><br>"Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones. Mobile phones with detachable cameras or internally installed cameras are already commercialized." |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | KR '792 patent, p. 5-2 |
| a recording medium for storing the image data in an image file; | The KR '792 patent discloses "a recording medium for storing the image data in an image file." For example:<br><br>"Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . .  The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order.  "<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| a display screen for displaying the image data; | The KR '792 patent discloses "a display screen for displaying the image data." For example:<br><br>"As illustrated in Drawing 1, when a flip mobile phone (100) is flipped open, [it shows that] the camera is comprised of the display area and the key manipulation area."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>"Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones.  Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order. "<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| and a controller connected with the photoelectric conversion module, the recording medium and the display screen, | The KR '792 patent discloses "a controller connected with the photoelectric conversion module, the recording medium and the display screen." For example:<br><br>"As illustrated in Drawing 1, when a flip mobile phone (100) is flipped open, [it shows that] the camera is comprised of the display area and the key manipulation area."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>"This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones. Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order."<br><br>KR '792 patent, p. 5-2; Drawing 1 |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | "Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data, | The KR '792 patent discloses "the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data." For example:<br><br>"This invention is concerning a mobile phone having the camera functionality."<br><br>KR '792 patent, Abstract<br><br>"This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones. Mobile phones with detachable cameras or internally installed cameras are already commercialized. . . . The photographs taken by use of said camera key (40) are stored in the mobile phone's memory in the sequential order."<br><br>KR '792 patent, p. 5-2; Drawing 1<br><br>"Depending on the selection of said photograph viewing menu, the photographs currently stored in the memory, which were listed numerically for convenience, are displayed. . . . In other words, the conventional camera key (40) is designed to take instant photographs of choice and to store them |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | in the memory, however, [this invention] changes the camera key (40) movement in a way that the moment the key is released, photograph is taken and stored in the memory."<br><br>KR '792 patent, p. 5-3; Drawing 1<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400)."<br><br>KR '792 patent, p. 5-4; Drawing 3 |
| wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation. | The KR '792 patent discloses "wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation." For example:<br><br>"First, if the #1 menu, 'view photograph' is selected from the current screen (D100), then screen (D200) appears, and then the list of the photographs stored in the memory appears. Once the desired photographs are thus selected, then the corresponding photographs appear as in the screen (D300). Here, the photographs can be continuously displayed using the direction keys and without having to return to said screen (D200); and by pressing the confirm key, one can return to the list screen (D200) once again. . . . Now, if the #2 "slide show" menu is selected in the screen (D100) where shortcut menus are displayed, then the first photograph stored in the memory is immediately displayed on the screen (D400). Then automatically, after a lapse of a set time, the screen (D500) displays the next photo. Here, according to the user's un-delayed input, the screen can change. The first photograph displayed can simply be the one that has been stored the longest or the one having the earliest stored address number. Or it could be that the viewing can start from the photograph that was last viewed by the viewer. Or, depending on the designer's intent, the photographs can be viewed in the reverse order starting from the photographs that were taken the latest."<br><br>KR '792 Patent, p. 5-4 |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| | KR '792 Patent, Drawing 3 |
| 11. The digital image processing apparatus of claim 10 | See claim 10. |
| wherein the controller is operative to identify the single image file that was most recently displayed in the stored-image display mode. | See claim 2. |
| 12. The digital image processing apparatus of claim 10 | See claim 10. |
| wherein each image file stored in the recording medium includes a unique file index value and the controller causes the unique file index value of the single image file that was most recently displayed in a file index memory to be stored. | See claim 3. |
| 13. The digital image processing apparatus of | See claim 12. |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
|---|---|
| claim 12 | |
| wherein the controller comprises at least one of a digital camera processor and a microcontroller. | The KR '792 patent discloses "wherein the controller comprises at least one of a digital camera processor and a microcontroller." For example:<br><br>"This invention is concerning a mobile phone having the camera functionality."<br><br>KR '792 patent, Abstract<br><br>"This invention is concerning a mobile phone having the camera functionality. In particular, it is concerning a photograph display method in a mobile phone appropriately designed for convenient and speedy viewing of the photographs taken by the mobile phone having the camera functionality. . . . Attributed to the mobile phones' display capabilities, internal processing capabilities and expanded memory, the mobile phone can now be used as a digital camera [made possible] by mounting the image sensor-related modules in the existing mobile phones. Mobile phones with detachable cameras or internally installed cameras are already commercialized."<br><br>KR '792 patent, p. 5-2 |
| 14. The digital image processing apparatus of claim 13 | See claim 13. |
| further comprising a user input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode. | See claim 1(c) and 1(e). |
| 15. The digital image processing apparatus of claim 14 | See claim 14. |
| wherein the user input further comprises at least one directional actuator for displaying a previous and a next image file in the stored-image display mode, the controller updating the file index memory with a different unique file index | See claim 7. |

**Exhibit 3C**

| U.S. Patent No. 7,456,893 | Korean Published Patent No. 10-2004-0013792 |
| --- | --- |
| value each time the at least one directional actuator is pressed. | |
| 16. The digital image processing apparatus of claim 14 | See claim 14. |
| wherein the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the photographing mode to the stored-image display mode. | See claims 3 and 4. |