# EXHIBIT 3

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                  Plaintiffs,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                  Defendants. | Civil Action No. 11-CV-01846-LHK<br><br>**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S INVALIDITY CONTENTIONS** |

# EXHIBIT I-1

Exhibit I-1

## Exhibit I-1 Invalidity Chart for U.S. Patent No. 7,456,893

The Apple iBook G3 800MHz laptop (2003) configured with an iSight video webcam (2003) (hereinafter "iBook") anticipates or renders obvious asserted claims 1-4, 6-8 and 10-16 of U.S. Patent No. 7,456,893 (hereafter, "the '893 patent") under 35 U.S.C. §102(b).[1]

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| 1. A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps: | The iBook teaches "A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps." For example:<br><br><br><br>The iBook has an "iChat" application, which allows a user to capture an image and store it on the device.[2] |

---

[1] This chart includes citations and screen shots for both iPhoto 2 and Preview 2.1.0.  Note that these are alternatives for showing that the iBook has the "reproduction" capabilities claimed in the asserted claims.

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| | ↓ |

---

2 The iBook runs Mac OS X 10.3 Panther (2003), and includes iChat AV 2, iPhoto 2 and Preview 2.1.0.  Screen images show the operation of the iBook running Mac OS X Panther 10.3.0.

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  The iBook also has an "iPhoto" application, which allows a user to view image files |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
|  | stored on a device.<br><br><br><br>↓ |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
| --- | --- |
| | <br><br>Alternatively, the iBook also has a "Preview" application, which allows a user to view image files stored on a device. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
| --- | --- |



Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| (a) setting the digital image processing apparatus in the reproduction mode; | The iBook teaches "setting the digital image processing apparatus in the reproduction mode." For example:<br><br>A user opens the iPhoto application on the iBook. |

7

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | Alternatively, a user opens the Preview application on the iBook and selects photos to open<br><br><br><br>↓ |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| (b) using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file; | The iBook teaches "using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file." For example:<br><br>In iPhoto, the user views an image file different than the most recently stored image file.<br><br><br><br>↓ |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | <br><br>Alternatively, in Preview, the user views an image file different than the most recently stored image file. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| (c) while the single image file is being displayed, switching from the reproduction mode to the photographing mode; | The iBook teaches "while the single image file is being displayed, switching from the reproduction mode to the photographing mode." For example:<br><br>From iPhoto, the user opens the iChat application using the Dock. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |   Alternatively, from Preview, the user opens the iChat application using the Dock. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| (d) using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium; | The iBook teaches "using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium." For example: <br><br> The user clicks the green Video Preview icon, and clicks the Video menu > Take Snapshot. |

Exhibit I-1



Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| (e) after the duration, switching from the photographing mode to the reproduction mode; and | The iBook teaches "after the duration, switching from the photographing mode to the reproduction mode." For example:<br><br>The user returns to the iPhoto application using the Dock. |

17

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  Alternatively, the user returns to the Preview application using the Dock. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| (f) irrespective of the duration, first displaying again only the single image file from step (c). | The iBook teaches "irrespective of the duration, first displaying again only the single image file from step (c)." For example:<br><br>The iBook displays the image from step (c) when the user returns to the iPhoto application. |

19

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | <br><br>Alternatively, the iBook displays the image from step (c) when the user returns to the Preview application. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| 2. The method of claim 1 | See claim 1. |
| wherein step (c) comprises the step of identifying the image file that is being displayed. | The iBook teaches "wherein step (c) comprises the step of identifying the image file that is being displayed." For example: |
| | The iBook displays the image file during step (c).  The iBook displays the identified image file when the user returns to the iPhoto application. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
|  | The iBook displays the image file during step (c).  Alternatively, the iBook displays the identified image file when the user returns to the Preview application.<br><br><br><br>↓ |

Exhibit I-1

| U.S. Patent No. 7,456,893 | |
|---|---|
|  | |
| 3. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed. | The iBook teaches "wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed." For example:<br><br>The iBook stores an index value of the image file in step (c).  When the user returns to the iPhoto application, the iBook retrieves this index value from memory. |

24

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | The iBook stores an index value of the image file in step (c).  Alternatively, when the user returns to the Preview application, the iBook retrieves this index value from memory.<br><br><br><br>↓ |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| 4. The method of claim 3 | See claim 3. |
| wherein step (e) comprises the step of reading the memory to retrieve the index value. | The iBook teaches "wherein step (e) comprises the step of reading the memory to retrieve the index value." For example:<br><br>The iBook stores an index value of the image file in step (c).  When the user returns to the iPhoto application, the iBook retrieves this index value from memory. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
|  | The iBook stores an index value of the image file in step (c). Alternatively, when the user returns to the Preview application, the iBook retrieves this index value from memory.<br><br> |

29

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| 6. The method of claim 2 | See claim 2. |
| wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c). | The iBook teaches "wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c)." For example:<br><br>The iBook sets a flag or sets a bookmark in step (c).  When the user returns to the iPhoto application, the iBook uses this flag or bookmark to display the image file. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
|  | The iBook sets a flag or sets a bookmark in step (c).  Alternatively, when the user returns to the Preview application, the iBook uses this flag or bookmark to display the image file.<br><br> |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| 7. The method of claim 3 | See claim 3. |
| wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed. | The iBook teaches "wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed." For example:<br><br>The user navigates between image files in the iPhoto application.  The iBook stores the index value of the image file currently displayed. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | <br><br>Alternatively, the user navigates between image files in the Preview application.  The iBook stores the index value of the image file currently displayed. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
| --- | --- |
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| 8. The method of claim 4 | See claim 4. |
| wherein the reading step comprises the step of determining if the index value is in a reset state. | The iBook teaches "wherein the reading step comprises the step of determining if the index value is in a reset state." For example: The index value enters a reset state when the user quits the iPhoto application.  When the user returns to the iPhoto application, the iBook detects this reset state and as a result displays an album of photos. |

37

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | <br><br>Alternatively, the index value enters a reset state when the user quits the Preview application.  When the user returns to the Preview application, the iBook detects this reset state and as a result displays the first image in the group of photos. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | ↓  ↓ |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| 10. A digital image processing apparatus comprising: | See claim 1 preamble.<br><br>The iBook comprises a digital image processing apparatus: |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| an optical system for receiving a light reflected from a subject; | The iBook teaches "an optical system for receiving a light reflected from a subject." For example:<br><br>The iBook includes a digital camera -- iSight. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | # Getting Started<br><br>Congratulations on purchasing your iSight camera. In a few easy steps, you can get started video conferencing with friends, colleagues, and family in real-time, full-motion video and audio.<br><br>**To use iSight, you must have the following:**<br>• A Macintosh computer with a G3 processor at 600 MHz or greater or any G4 or G5 processor<br>  Processor upgrades from other manufacturers are not supported.<br>• Mac OS X v10.2.5 or later and iChat AV<br>  iChat AV is included free with Mac OS X v10.3 and later. Otherwise, to purchase iChat AV, go to www.apple.com/ichat.<br>• A .Mac, America Online (AOL), or AOL Instant Messenger (AIM) account<br>  (only required to use iChat AV outside your local network)<br>• A broadband Internet connection using a DSL or cable modem, or over a local area network (LAN)<br>• Someone to video chat with<br>  You can video conference with other iChat AV users and Windows AIM users.<br>*Note:* You can use iSight with video applications other than iChat AV, such as iMovie and QuickTime Broadcaster. You must install iChat AV to enable iSight for use with other applications.<br><br>## Setting Up iSight<br>iSight includes the following components:<br><br><br><br>To set up iSight, you'll download and install iChat AV, the software used with iSight to video chat. Then you'll mount iSight on your computer or desktop, and check to see that iSight is working.<br><br>iSight User's Guide, pp. 5-6 (2003) (APLNDC-WH-A0000005396-5421) |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| a photoelectric conversion module in optical communication with the optical system for converting the light to image data; | The iBook teaches "a photoelectric conversion module in optical communication with the optical system for converting the light to image data." For example:<br><br>The iBook includes a digital camera -- iSight -- that includes a photoelectric conversion module.<br><br><br><br>## Getting Started<br><br>Congratulations on purchasing your iSight camera. In a few easy steps, you can get started video conferencing with friends, colleagues, and family in real-time, full-motion video and audio.<br><br>**To use iSight, you must have the following:**<br>• A Macintosh computer with a G3 processor at 600 MHz or greater or any G4 or G5 processor<br>  Processor upgrades from other manufacturers are not supported.<br>• Mac OS X v10.2.5 or later and iChat AV<br>  iChat AV is included free with Mac OS X v10.3 and later. Otherwise, to purchase iChat AV, go to www.apple.com/ichat.<br>• A .Mac, America Online (AOL), or AOL Instant Messenger (AIM) account<br>  (only required to use iChat AV outside your local network)<br>• A broadband Internet connection using a DSL or cable modem, or over a local area network (LAN)<br>• Someone to video chat with<br>  You can video conference with other iChat AV users and Windows AIM users.<br>*Note:* You can use iSight with video applications other than iChat AV, such as iMovie and QuickTime Broadcaster. You must install iChat AV to enable iSight for use with other applications. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| | <br><br>Setting Up iSight<br>iSight includes the following components:<br><br>iSight User's Guide, pp. 5-6 (2003) (APLNDC-WH-A0000005396-5421); Apple iSight Schematics at pp. 3, 8 (APLNDC-WH-A0000000255-266) |
| a recording medium for storing the image data in an image file; | The iBook teaches "a recording medium for storing the image data in an image file." For example:<br><br>The iBook includes memory.<br><br>Apple iSight Schematics at pp. 2-4 (APLNDC-WH-A0000000255-266); Apple iBook Schematics at pp. 2, 6-7 (APLNDC-WH-A0000000001-50) |
| a display screen for displaying the image data; | The iBook teaches "a display screen for displaying the image data." For example:<br><br>The iBook includes a display. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| |  |
| and a controller connected with the photoelectric conversion module, the recording medium and the display screen, | The iBook teaches "a controller connected with the photoelectric conversion module, the recording medium and the display screen." For example:  Apple iBook Schematics at pp. 2-3 (APLNDC-WH-A0000000001-50) |
| the controller being operative in a photographing mode to process the | The iBook teaches "the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data." For example: See claim 1 preamble and claim 1(a) - 1(f). |

47

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data, | |
| wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image | The iBook teaches "wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file." For example:   See claim 1 preamble and claim 1(a) - 1(f). |

48

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation. | |
| 11. The digital image processing apparatus of claim 10 | See claim 10. |
| wherein the controller is operative to identify the single image file that was most recently displayed in the stored-image display mode. | See claim 2. |
| 12. The digital image processing apparatus of claim 10 | See claim 10. |
| wherein each image file stored in the recording medium includes a unique file index value and the controller causes the unique file index value of the single | See claim 3. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| image file that was most recently displayed in a file index memory to be stored. | |
| 13. The digital image processing apparatus of claim 12 | See claim 12. |
| wherein the controller comprises at least one of a digital camera processor and a microcontroller. | The iBook teaches "wherein the controller comprises at least one of a digital camera processor and a microcontroller." For example:<br><br>Apple iBook Schematics at pp. 2-3 (APLNDC-WH-A0000000001-50); Apple iSight Schematics at pp. 2-4 and 8 (APLNDC-WH-A0000000255-266) |
| 14. The digital image processing apparatus of claim 13 | See claim 13. |
| further comprising a user input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode. | See claim 1(c) and 1(e). |
| 15. The digital image processing apparatus of | See claim 14. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| claim 14 | |
| wherein the user input further comprises at least one directional actuator for displaying a previous and a next image file in the stored-image display mode, the controller updating the file index memory with a different unique file index value each time the at least one directional actuator is pressed. | See claim 7. |
| 16. The digital image processing apparatus of claim 14 | See claim 14. |
| wherein the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the | See claims 3 and 4. |

Exhibit I-1

| U.S. Patent No. 7,456,893 | iBook |
|---|---|
| photographing mode to the stored-image display mode. | |