# EXHIBIT 6

**CONTAINS INFORMATION DESIGNATED AS
SAMSUNG HIGHLY CONFIDENTIAL INFORMATION**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**Expert Report of Mani Srivastava, Ph.D.
Regarding Invalidity of the Asserted Claim of U.S. Patent No. 7,577,460**

**CONTAINS INFORMATION DESIGNATED AS
SAMSUNG HIGHLY CONFIDENTIAL INFORMATION**

### 1. Description of U.S. Patent No. 6,069,648 to Suso *et al.*

65. U.S. Patent No. 6,069,648 to Suso et al. was filed on August 14, 1998, and issued on May 30, 2000 ("the '648 patent"). The '648 patent is entitled "Information communication terminal device." It was assigned to Hitachi, Ltd.

66. The '648 patent describes a communication device integrating a portable telephone with a camera. Of relevance to the '460 patent, the device described in the '648 patent allowed the user to make voice phone calls; capture, store and transmit images to another device; and select one of the various previously filmed and stored images by sequentially scrolling through them via cursor keys ('648 patent, Figure 7).

67. The '648 patent relates "to an information communication terminal device having a video camera and, more particularly, an information communication terminal device which is convenient to carry and has a plurality of functions." ('648 patent, col. 1, 5-9.)

68. The '648 patent further discloses "there is also provided a mode selection button which can select a recording mode, a transmission/reception mode, and an information acquisition mode. When the recording mode is selected, a video image obtained by the video camera is displayed in the first display/operation part and an image stored in an image storing means is displayed in the second display/operation part. When the transmission/reception mode is selected, if the other side of transmission is a telephone of only voices, character information such as name, telephone number, and the like of the other side is displayed in the first display/operation part and operating means such as dials having the function of the touch panel is displayed in the second display/operation part. When the other side of transmission is a television telephone, an image obtained by the video camera and an image of the other side are displayed in the first display/operation part and the second display/operation part is used as an input section of character and figure data. When the information acquisition mode is selected, the menu of the information service is displayed in the second display/operation part and the information contents of the service selected from the menu are displayed in the first display/operation unit." ('648 patent, col. 1 l. 47 – col. 2 l. 12.)

CONTAINS INFORMATION DESIGNATED AS
SAMSUNG HIGHLY CONFIDENTIAL INFORMATION

69. In particular the '648 states: "[i]n FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side." ('648 patent, col. 7, 51-55.)

70. The '648 patent further provides that: "[b]y touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." ('648 patent, col. 7, 42-49.)

### 2. Opinions Regarding the '648 patent

71. I was informed and understand that the '648 patent qualifies as prior art because it was filed on August 14, 1998 ('648 patent, cover page), which is prior to the date of the In-House Invention Notification Form (February 11, 1999) and the filing date of the Korean priority patent application (March 31, 1999).

72. It is my opinion that the '648 patent anticipates claim 1 of the '460 patent. The claim chart attached as Exhibit 3A sets forth in detail how the '648 patent anticipates claim 1. The claim chart shows that the '648 patent discloses a device that functions as described by the asserted claim in Samsung's '460 patent.

73. The '648 patent discloses a device operable to perform a data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera. (*See, e.g.*, '648 patent, col. 1 ll. 5 – 9, col. 1 l. 47 – col. 2 l. 12, and FIGS. 1a and 6–8b.)

74. The '648 patent discloses entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function. (*See, e.g.*, '648 patent, col. 6 ll. 43–47, col. 7 ll. 19–59, and FIGS. 8a–b.)

**CONTAINS INFORMATION DESIGNATED AS
SAMSUNG HIGHLY CONFIDENTIAL INFORMATION**

75. The '648 patent discloses entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode. (*See, e.g.*, '648 patent, col. 6 ll. 43–47, col. 7 ll. 19–59, and FIGS. 8a–b.)

76. The '648 patent discloses sequentially displaying other images stored in a memory through the use of scroll keys. (*See, e.g.*, '648 patent, col. 6 ll. 8–10, col. 7 ll. 37–49, and FIGS. 7 and 8a–8b.)

77. The '648 patent discloses transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode. (*See, e.g.*, '648 patent, col. 6 ll. 43–47, col. 7 ll. 19–59, and FIGS. 8a–b.)

78. The '648 patent discloses transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. (*See, e.g.*, '648 patent, col. 6 ll. 43–47, col. 7 ll. 19–59, and FIGS. 8a–b.)

**B.     Claim 1 of the '460 Patent is Anticipated by the Nokia 9110 Communicator[1]**

   **1.     Description of the Nokia 9110 Communicator**

79. The Nokia 9110 Communicator is a device that integrated voice, fax, E-mail, texting, calendar, notebook, address book, calculator functionalities, and internet service access. It also provided viewing and sharing with others via E-mail images captured through digital cameras connected via an infrared wireless link. A digital camera connectivity application enables the transfer of images between the communicator and a digital camera module. (*See, e.g.*, Nokia 9110 Communicator User's Manual (1998), APLNDC-WH0000005243; Digital Camera Connectivity with Nokia 9110 Communicator (January 26, 1999), APLNDC-WH0000005318 to 5321.)

---

[1] Nokia 9110 Communicator mobile phone, together with the Nokia 9110 Communicator User's Manual (1998), APLNDC-WH0000005113 to 5302 ("Nokia 9110 Communicator User's Manual") and the Digital Camera Connectivity with Nokia 9110 Communicator (January 26, 1999), APLNDC-WH0000005318 to 5321 ("Nokia 9110 Communicator Digital Camera Connectivity"), collectively ("Nokia 9110 Communicator").

# Exhibit 3A

**EXHIBIT 3A: Invalidity Claim Chart for US Patent No. 7,577,460**

Samsung has asserted claim 1 of U.S. Patent No. 7,577,460 to Jae-Min Kim *et al.* ("the '460 patent").

Claim 1 of the '460 patent is anticipated by U.S. Patent No. 6,069,648 to Suso *et al.* ("Suso").

| U.S. 7,577,460 | Suso |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of: | **Suso** teaches a device operable to perform "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"<br><br>• "The present invention relates to an information communication terminal device having a video camera and, more particularly, to an information communication terminal device which is convenient to carry and has a plurality of functions."<br><br>Suso col. 1 ll. 5 – 9<br><br>• "It is an object of the invention to provide an information communication terminal device which solves the problems, has excellent portability, can also deal a moving image, and realizes multifunction."<br><br>• "In order to achieve the object, the invention employs a construction in which a first display/operation part and a second display/operation part are rotatably attached to the same rotary shaft and a video camera is installed in the rotary shaft."<br><br>• "According to the invention, there is also provided a mode selection button which can select a recording mode, a transmission/reception mode, and an information acquisition mode. When the recording mode is selected, a video image obtained by the video camera is displayed in the first display/operation part and an image stored in an image storing means is displayed in the second display/operation part. When the transmission/reception mode is selected, if the other side of transmission is a telephone of only voices, character information such as name, telephone number, and the like of the other side is displayed in the first display/operation part and operating means such as dials having the function of the touch panel is displayed in the second display/operation part. When the other side of transmission is a television telephone, an image obtained by the video camera and an image of the other side are displayed in the first display/operation part and the second display/operation part is used as an input section of character and figure data. When the information acquisition mode is |

| | |
|---|---|
| | selected, the menu of the information service is displayed in the second display/operation part and the information contents of the service selected from the menu are displayed in the first display/operation unit."<br><br>Suso col. 1 l. 47 – col. 2 l. 12<br><br>*See also* Suso FIGS. 1a and 6–8b |
| [a] entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | **Suso** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"<br><br>• "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone."<br><br>Suso col. 6 ll. 43–47.<br><br>• "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).<br><br>• "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data |

| | |
|---|---|
| | can be transmitted to the other side." |
| | • "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a." |
| | • "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e." |
| | Suso col. 7 ll. 19–59. |
| | *See also* Suso FIGS. 8a–b |
| [b] entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode; | **Suso** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode" |
| | • "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set. In this mode, the device is basically used as a telephone." |
| | Suso col. 6 ll. 43–47. |
| | • "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). |
| | • "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation. |
| | • "In the display/operation part 5 of the lower case 2, as shown in the |

3

| | |
|---|---|
| | diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." <br><br> • "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a." <br><br> • "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e." <br><br> Suso col. 7 ll. 19–59. <br><br> *See also* Suso FIGS. 8a–b |
| [c] sequentially displaying other images stored in a memory through the use of scroll keys; | Suso teaches "sequentially displaying other images stored in a memory through the use of scroll keys" <br><br> • "In the operation part 21, cursor/scroll buttons 21a, a storing button 21b, and a clear button 21c are displayed. The cursor/scroll buttons 21a are used to designate a desired image in the list table of the display part 20." <br><br> Suso col. 6 ll. 8–10. <br><br> • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the |

4

| | |
|---|---|
| | data can be transmitted to the other side." <br><br> Suso col. 7 ll. 37–49. <br><br> *See also* FIGS. 7 and 8a–8b |
| [d] transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and | **Suso** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode" <br><br> • "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone." <br><br> Suso col. 6 ll. 43–47. <br><br> • "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). <br><br> • "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation. <br><br> • "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side." <br><br> • "The data can be properly inputted by touching the F button 23a and the |

5

| | |
|---|---|
| | ten-key 24a in the state shown in FIG. 8a." |
| | - "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e." |
| | Suso col. 7 ll. 19–59. |
| | - *See also* Suso FIGS. 8a–b |
| [e] transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. | **Suso** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode" |
| | - "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone." |
| | Suso col. 6 ll. 43–47. |
| | - "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). |
| | - "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation. |
| | - "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the |

|  | attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>• "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."<br><br>• "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."<br><br>Suso col. 7 ll. 19–59.<br><br>*See also* Suso FIGS. 8a–b |
|---|---|