# EXHIBIT 8

1   HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
3   RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
4   MORRISON & FOERSTER LLP
425 Market Street
5   San Francisco, California 94105-2482
6   Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
|      Plaintiffs, | |
|      vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S INVALIDITY CONTENTIONS** |
|      Defendants. | |

Exhibit J-5

# **Exhibit J-5**

Exhibit J-5

## EXHIBIT J-5: Invalidity Claim Chart for US Patent No. 7,577,460

Samsung has asserted claim 1 of U.S. Patent No. 7,577,460 to Jae-Min Kim *et al.* ("the '460 patent").

Claim 1 of the '460 patent is rendered obvious by U.S. Patent No. 6,690,417 to Yoshida *et al.* ("Yoshida") in view of any one of the following references:

* U.S. Patent No. 6,069,648 to Suso *et al.* ("Suso")

* U.S. Patent No. 6,167,469 to Safai *et al.* ("Safai")

* U.S. Patent No. 6,573,927 to Parulski *et al.* ("Parulski")

* U.S. Patent No. 6,642,959 to Arai ("Arai")

* Nokia 9110 Communicator mobile phone, together with the Nokia 9110 Communicator User's Manual (1998), APLNDC-WH0000005113 to 5302 ("Nokia 9110 Communicator User's Manual") and the Digital Camera Connectivity with Nokia 9110 Communicator (January 26, 1999), APLNDC-WH0000005318 to 5321 ("Nokia 9110 Communicator Digital Camera Connectivity")

and further in view of any one of the following references:

* IBM Simon mobile phone together with the IBM Simon Users Manual (1994), APLNDC-WH0000005348 to 5397 ("IBM Simon Users Manual")

* U.S. Patent No. 5,619,684 to Goodwin *et al.* ("Goodwin")

* U.S. Patent No. 6,009,336 to Harris *et al.* ("Harris").

| U.S. 7,577,460 | Yoshida, Suso, Safai, Parulski, Arai, Nokia 9110 Communicator mobile phone, Nokia 9110 Communicator User's Manual, Nokia 9110 Communicator Digital Camera Connectivity, IBM Simon mobile phone, IBM Simon Users Manual, Goodwin, and Harris |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a | **Yoshida** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"<br><br>• "The image processing method of the present invention will be executed by a digital camera shown in FIG. 1, for example"<br><br>• "The image processing apparatus or the image input device of the present invention is applicable to this digital camera 100." |

Exhibit J-5

| camera, comprising the steps of: | • "Here, in accordance with the first embodiment, the digital camera 100 is provided with the communicating function, such as telephone, electronic mail, etc., and as shown in FIG. 1 (which shows the outer appearance of the apparatus), there are provided on the front of the digital camera 100 a shutter button 102, a mode dial 101, a lens 108, and a stroboscope 109 which is arranged above the lens 108."

Yoshida col.5 ll.18–30

• "Then, with the rotation of this mode dial 101, it is possible to switch the modes in which the power-supply is turned off (OFF mode); the telephone is made ready for transmission and reception (TEL mode); the image, audio, text and other information, which are stored in the main body of the digital camera 100, are indicated on the display (VIEW mode); and some more (see below)."

Yoshida col.5 ll.54–60

• "Further, in the CAMERA mode, it is possible to confirm the image obtained by photographing, by use of the playback function which will be described later, and then, to erase it if unwanted or to record audio data as an annotation (that is, using the audio input/storage function), or to send it to a desired party as the electronic mail (using the electronic mail function)."

Yoshida col.6 ll.38–44

• *See also* Yoshida FIGS. 1, 3


**Suso** teaches a device operable to perform "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

• "It is an object of the invention to provide an information communication terminal device which solves the problems, has excellent portability, can also deal a moving image, and realizes multifunction."

• "In order to achieve the object, the invention employs a construction in which a first display/operation part and a second display/operation part are rotatably attached to the same rotary shaft and a video camera is installed in the rotary shaft."

• "According to the invention, there is also provided a mode selection button which can select a recording mode, a transmission/reception mode, and an information acquisition mode. When the recording mode is |

selected, a video image obtained by the video camera is displayed in the first display/operation part and an image stored in an image storing means is displayed in the second display/operation part. When the transmission/reception mode is selected, if the other side of transmission is a telephone of only voices, character information such as name, telephone number, and the like of the other side is displayed in the first display/operation part and operating means such as dials having the function of the touch panel is displayed in the second display/operation part. When the other side of transmission is a television telephone, an image obtained by the video camera and an image of the other side are displayed in the first display/operation part and the second display/operation part is used as an input section of character and figure data. When the information acquisition mode is selected, the menu of the information service is displayed in the second display/operation part and the information contents of the service selected from the menu are displayed in the first display/operation unit."

Suso col.1 l.47–col.2 l.12

*See also* Suso FIGS. 6–8b

**Safai** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "A method and apparatus for transporting digital images is provided. In one embodiment, a personal electronic handheld digital camera executes an application program that enables a user of the camera to send one or more digital images, formed by and stored in the camera, from the camera to a destination. One or more addresses describing one or more destinations are selected or identified. One or more stored digital images are selected and associated with the one or more addresses. Optionally, a voice message is recorded and associated with the one or more addresses. The camera is coupled to a data communication network, and a transport operation is initiated. Under control of the application, the camera sends the selected images to the designated destinations over the data communication network.  When an address is a physical address, for example, a postal mail address, the selected images are automatically routed to a central server. At the central server, tangible copies of the selected images are printed, packaged, and sent to the physical address. Each image may be marked with an authentication stamp that uniquely identifies the image or the camera that created the image, guarding against unauthorized alteration."

Safai Abstract

*See also* Safai FIGS. 3–5B

**Parulski** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "A digital camera includes a liquid crystal display (LCD) for viewing images captured from an image sensor and stored on a removable memory card. The LCD also presents a user interface (UI) that allows the user to create a print order 'utilization file'.  As individual images are viewed, the user can decide how many (if any) prints to make of the image, the print size, and the, print quality (low cost ink jet versus high quality thermal prints, for example). The memory card can then be inserted in a home printer, walk-up kiosk, or dropped off/mailed to a photofinisher, or the camera itself can be connected to the printer or kiosk via a wired or wireless (e.g., IrDA) link. The print order can then be automatically produced without any additional user intervention."

Parulski Abstract

- "Alternately, a modem in the camera or card reader can transmit the utilization file and the image data to a print service provider, which can produce the prints and return them via mail to the user, or to a party designated by the user. The utilization file can alternately include e-mail addresses to allow images to be automatically sent to others, postal address information for sending print images, or albuming information to allow images to be placed in an on-line image database."

Parulski col.2 ll.19–27

**Arai** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "A digital camera stores captured picture data and E-mail address data inputted from a key entry unit in a flash memory so that they are associated with each other and then transfers the picture data and the E-mail address data to a personal computer via an I/O port or an infrared communication unit. The personal computer receives the picture data and the E-mail address data transferred from the digital camera via an I/O port or an infrared communication unit. The received picture data is then transmitted to a destination terminal on a computer network on the basis of

Exhibit J-5

<table>
<tr>
<td></td>
<td>

the received E-mail address data."

Arai Abstract

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

- "This arrangement will be described below."

- "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."

- "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."

Arai col.20 ll.9–28

*See also* Arai FIGS. 3, 7–11, 13–21D


The **Nokia 9110 Communicator** mobile phone performs "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

</td>
</tr>
</table>

Exhibit J-5

# 1. Introduction

Congratulations on purchasing the Nokia 9110 Communicator. The Nokia 9110 Communicator is a complete communications tool: it is a wireless phone, messaging device, access terminal and a palmtop organiser in one pocketable package.



*Figure 1*

The Nokia 9110 Communicator consists of two parts: the phone and the communicator interface. The phone is on the device cover (figure 1) and the communicator interface is under the cover (figure 2).



*Figure 2*

Both of these parts use the same resources and work closely together – they are not separate devices. For example, the phone uses the names and phone numbers stored in the Contacts directory of the communicator interface, and the communicator interface uses the phone for communicating with the "outside world", for example, when sending or receiving faxes and connecting to the Internet.

**Nokia 9110 Communicator User's Manual** pp. 11–12

Exhibit J-5

## DIGITAL CAMERA CONNECTIVITY WITH NOKIA 9110 COMMUNICATOR

See the user's manual of your digital camera to see how to activate the image transfer from the camera. The digital camera has to support Ir Tran-P (infrared transfer protocol).

**Receiving an image from a Digital Camera**

To transfer (copy) the images from the camera, start Digital camera connectivity software in communicator's System application. Then press *Image list* from right side of the display. The list of contents of the Downloaded files folder is shown.  All files that do not have UPF and JPEG extensions are dimmed.
Now you can transfer selected images to your communicator by pressing *Receive* from right side of the display.
*Note*: Remember to activate the sending also from your digital camera at the same time when pressing Receive from the communicator side.



- 

**Nokia 9110 Digital Camera Connectivity** p. 1

The **IBM Simon** mobile phone performs "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera."

- "You can use the Mail feature to send and receive electronic mail (E-mail) messages. Simon can connect to a Lotus cc:Mail Post Office to send and receive electronic mail. You can always tell how many messages you have by looking at the message list buttons on the main Mail screen. The Received Messages button shows you how many messages you have in your Received Messages list (sometimes called an in-basket). The Ready to Send button shows you how many messages you have waiting to send (sometimes called an out-basket). The Saved Messages button shows you how many messages you have saved."

**IBM Simon Users Manual** (1994) p. 51

**Goodwin** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "FIGS. 4A to 4D are a flow diagram of the method to provide a consistent

7

user interface in a multiple feature personal communications device."

Goodwin col.9 ll.46–52

- *See also* Goodwin FIGS. 4A–4D


**Harris** teaches "A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera"

- "The communication system 100 of FIG. 1 includes communication devices 102 and 104 that communicate over a communication link 106. The communication device 104 can be a wireless device, such as a cellular radiotelephone, a cordless telephone, a two-way radio, a modem, or the like, or the device can be a landline communication device, such as a telephone, a modem, a data terminal, or the like. The communication device 102 is any device compatible with the communication device 104, such as a dispatch center, a cellular base station, a cordless base, another telephone, a computer, or the like."

- "The communication link 106 can be a wireless connection or a wireline connection, such as a twisted wire pair, a coaxial cable, or the like. The communication link 106 supports data communications between the communication devices 102 and 104. Such data communications include cellular radiotelephone service, paging service, two-way radio service, electronic mail service, wireless fax service, short message service, or the like. In the illustrated embodiment, data is communicated via the wireless communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.55–col.3 l.8

- "Thus it can be seen that a multi-mode communication device employs two separable housings detachably coupled via a rotatable latch. When the housings are attached in a first orientation, the device operates in a first mode, such as a telephone mode. In the first mode, the device can be placed in a calling state. When the housings are attached and in a second orientation, the device operates in a second mode of operation, such as a camera mode. When the housings are detached during a calling state, the device operates in a third mode, such as a note taking mode. In the second and third modes, an image is captured and a plurality of image data is generated therefrom. By permitting detachment, one housing can be positioned at a distance while the other housing can be maintained in close enough proximity for the user to participate in a call. This is beneficial in noisy environments or when privacy is necessary. Detachment also allows disposal of the user interface across multiple surfaces of the device,

Exhibit J-5

| | |
|---|---|
| | thereby, minimizing the size of multi-mode communication devices." <br><br> Harris col.12 ll.38–57 <br><br> • *See also* Harris FIG. 1 |
| [a] entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | **Yoshida** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function" <br><br> • "Then, with the rotation of this mode dial 101, it is possible to switch the modes in which the power-supply is turned off (OFF mode); the telephone is made ready for transmission and reception (TEL mode); the image, audio, text and other information, which are stored in the main body of the digital camera 100, are indicated on the display (VIEW mode); and some more (see below)." <br><br> Yoshida col.5 ll.54–60 <br><br> • "Further, in the CAMERA mode, it is possible to confirm the image obtained by photographing, by use of the playback function which will be described later, and then, to erase it if unwanted or to record audio data as an annotation (that is, using the audio input/storage function), or to send it to a desired party as the electronic mail (using the electronic mail function)." <br><br> Yoshida col.6 ll.38–44 <br><br> • *See also* Yoshida FIGS. 1, 3, 4 <br><br><br> **Suso** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function" <br><br> • "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone." <br><br> Suso col.6 ll.43–47. <br><br> • "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b). <br><br> • "That is, in the display/operation part 4 of the upper case 1, a display part |

9

Exhibit J-5

25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.

- "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col.7 ll.19–59.

*See also* Suso FIGS. 8a–b

**Safai** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in

10

Exhibit J-5

pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col.7 l.66–col.8 l.7

- "Menu 400 comprises an Address button 402, a Choose Photo button 404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

- "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the image transport application, in one embodiment."

Safai col.8 ll.28–36

- "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The display 446 comprises a Record button 448, a Play button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images."

Safai col.11 ll.27–39

- "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered

Exhibit J-5

more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately."

Safai col.12 ll.1–14

- *See also* Safai FIGS. 3–5B


**Parulski** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "The present invention is directed to overcoming one or more of the problems set forth above.  Briefly summarized, according to one aspect of the present invention, the camera and system of our invention meets this need by allowing the user to select 'downstream' services at the time of capture, using the camera's LCD screen and user interface. The digital camera includes a liquid crystal display (LCD) for viewing images captured from a CCD sensor and stored on a removable memory card. The LCD also presents a user interface (UI) that allows the user to create a print order 'utilization file'. As individual images are viewed, the user can decide how many (if any) prints to make of the image, the print size, and the print quality (low cost ink jet versus high quality thermal prints, for example). The memory card can then be inserted in a home printer, walk-up kiosk, or dropped off/mailed to a photofinisher, or the camera itself can be connected to the printer or kiosk via a wired or wireless (e.g., IrDA) link. The print order can then be automatically produced without any additional user intervention."

- "Alternately, a modem in the camera or card reader can transmit the utilization file and the image data to a print service provider, which can produce the prints and return them via mail to the user, or to a party designated by the user. The utilization file can alternately include e-mail addresses to allow images to be automatically sent to others, postal address information for sending print images, or albuming information to allow images to be placed in an on-line image database."

Parulski col.1 l.67–col.2 l.28

- "Instead of, or in addition to, composing a print order, the user may choose to transmit one or more images to others. These images can include the 'creative' images and/or text described above. The user selects the images and the person(s) who will receive them, from the group of addresses loaded into the camera via the process described earlier (the software application running on the home PC 10). The e-mail order information is

Exhibit J-5

provided in the utilization file that gives the e-mail address and includes pointers to the image files that store the images required to 'fulfill' the e-mail order."

Parulski col.4 ll.17–27

- "Instead of having the camera 12 communicate directly to the 'downstream' service provider 14 over the communications network 31, the communications network 31 from the camera 12 could alternately be connected to an internet service provider (ISP) (not shown) such as AOL (America On Line), Earthlink, Eznet, etc. The 'downstream' service provider 14 would then be connected to all ISPs via the internet, eliminating the need to maintain a separate communications network. The ISP would transfer the utilization file data and images needed to order prints and album images to the downstream service provider. The ISP could itself handle e-mailing of images to other users, using the data and images in the utilization file."

Parulski col.4 l.59–col.5 l.4

*See also* Parulski FIGS. 2–3

**Arai** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "The personal computer 2 is connectable to a computer network or the Internet through the communication unit 50 and a communication line. The computer can transmit E-mail to or receive E-mail from a terminal over the computer network or perform data retrieval, such as browsing through home pages stored on the Internet, by making use of WWW information retrieval services."

Arai col.7 ll.61–67

- "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."

- "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file memory 42b and provides a batch display of the selected address-related data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is

13

selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."

Arai col.9 ll.28–45

- "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or received from a destination terminal over the computer network."

Arai col.9 ll.61–65

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21) and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step T24)."

Arai col.15 ll.37–53

- "In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be transmitted together with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode."

Arai col.16 ll.42–49

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

|  | <ul><li>"This arrangement will be described below."</li><li>"FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."</li><li>"A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."</li><li>"The digital camera of FIG. 17 is the same as that of FIG. 2 except for the transmission unit 39 and the antenna ANT and hence its detailed description is omitted."</li><li>"In the digital camera 100 shown in FIG. 17, the telephone communication function (the transmission unit 39 and the antenna ANT) are built into the camera body. As an alternative, for example, the input/output terminal of a cellular phone may be connected to the serial input/output terminal 18."</li></ul>Arai col.20 ll.9–37<ul><li>"In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data."</li></ul>Arai col.22 ll.23–29<br><br>*See also* Arai FIGS. 2, 7, 13, 17, 19, 20<br><br><br>The **Nokia 9110 Communicator** mobile phone "enter[s] a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function" |

Exhibit J-5

**To start an Internet application**

1 Press the Internet application button on the communicator keyboard.

2 Select an application with the selection frame and press **Select**.

3 To close an application, press **Close**.

4 To disconnect from the Internet, press **Hang up**. The "Disconnecting" note will be shown on the display and the data call will end.

> **Note:** Depending on the network configuration and load, establishing an Internet connection may take up to one minute or even longer.

**Internet applications**

Mail — An electronic mail application which lets you send and receive e-mail all over the world using the Internet.

- 

Nokia 9110 Communicator User's Manual p. 85

- Mail is started in the Internet main view by selecting Mail and pressing the **Select** command button.

Nokia 9110 Communicator User's Manual p. 89

The **IBM Simon** mobile phone enters "a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

Exhibit J-5

There are four special icon buttons that are at the
bottom of every screen.  The icons are:

⑦  **Help**  Touch this icon to get
information about how to use
features on the current screen.

☎  **Phone**  If the phone rings, gently extend
the antenna and touch this icon
to answer.  Touch this icon any
other time to get to the main
phone screen.

📇  **Mobile**  Touch this icon to go directly to
**Office**  the Mobile Office screen.  From
the Mobile Office screen you
can select advanced
communication features (Fax
and Electronic Mail), personal
organization features (Address
Book, Calendar for
appointments, To-Do list),
special Simon features (System,
Filer, Password), and other
helpful tools (Time, Calculator,
Sketch Pad, Note Pad).

IBM Simon Users Manual p. 12

17

Exhibit J-5



**Mobile Office**

The Mobile Office screen provides a path to the Address Book, Calculator, Calendar, Fax, Filer, Mail, Note Pad, Password, Sketch Pad, System, Time, and To Do features.

You can get to the Mobile Office screen from any screen by touching . When the Mobile Office screen appears, select one of the features.

- IBM Simon Users Manual p. 34

**Mail**

You can use the Mail feature to send and receive electronic mail (E-mail) messages. Simon can

- IBM Simon Users Manual pp. 51

**Goodwin** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- The LCD screen presents menu images to the user to enable the selection of communications applications such as telephone, facsimile (FAX), or electronic mail (E-mail). For each of these applications, a corresponding keypad and presentation area is displayed. The user has the option of employing either a public switched telephone network link or a cellular telephone network link for any of these communications applications.

18

Exhibit J-5

However, the functions required to be performed in order to send or receive a cellular telephone network call are different from the functions required for a call over a public switched telephone network.

Goodwin col.2 ll.42–52

- FIG. 3 is an illustration of the appearance of the menu image 50M displayed on the display/touch overlay 112. The menu image 50M presents the user with communication application options such as voice communications, FAX communications, or E-MAIL communications. The user selects one of the communications applications by touching the touch overlay membrane overlying the displayed application option. The selected application identity is then stored in the work space 138 of the RAM 102, to be used by the interface program 180, as described in the flow diagram of FIGS. 4A to 4D.

Goodwin col.9 ll.35–45

- "Step 450: Access cellular FAX screen image file 184' and display cellular FAX screen image 50D on display 112 (FIG. 5D). FIG. 4D continues with the flow diagram of method 400. The steps are as follows:"

- "Step 460: Select E-MAIL receive function from menu on display/touch overlay screen 112 (FIG. 3)."

- "Step 462: Begin interface program 180 to access options register 136 (FIG. 1C), configure audio MUX, 160 and display screen image On display 112."

- "Step 464: If option value in options register="000" (FIG. 1C) (Corresponding to PSTN cable connector 126(0)), Then configure the audio MUX 160 for path 60C to connect modem 170 from line 176 to line 174 and thru option attach connector 126(0) to the RJ11 PSTN cable 200."

- "Step 466: Access PSTN screen image file and display PSTN E-MAIL screen image 50E on display 112 (FIG. 5E)."

- "Step 468: If option value in options register="111" (FIG. 1D) (Corresponding to no connector default state 126(7)), Then configure the audio MUX 160 for path 60D to connect modem 170 from line 176 to line 177 to cellular telephone interface 114."

- "Step 470: Access cellular E-MAIL screen image file & display cellular E-MAIL screen image 50F on display 112 (FIG. 5F)."

- "The method then returns to the main program. The method 400 is carried out primarily through the execution of program instructions stored in the

19

RAM 102 and executed by the CPU 106."

Goodwin col.10 l.51–col.11 l.12

- *See also* Goodwin FIGS. 2–5F

**Harris** teaches "entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function"

- "Other proposed multi-mode communication devices combine a portable radiotelephone with a personal digital assistant. In a first mode of operation, the device operates as a conventional radiotelephone. In a second mode of operation, a personal digital assistant mode, the device permits the user to, for example, write and store notes, view previously stored notes, fax a note, send a note via electronic mail, and/or access the Internet. In an overlapping mode, while viewing a stored note in the personal digital assistant mode, a user can place a radiotelephone call and view the note during the call. However, this device employs at least two displays and two keypads--one display and keypad for use primarily in the radiotelephone mode and the other display and keypad for use primarily in the personal digital assistant mode. Such redundancy adds sufficient size and cost to the device."

Harris col.1 ll.43–58

- "The communication link 106 can be a wireless connection or a wireline connection, such as a twisted wire pair, a coaxial cable, or the like. The communication link 106 supports data communications between the communication devices 102 and 104. Such data communications include cellular radiotelephone service, paging service, two-way radio service, electronic mail service, wireless fax service, short message service, or the like. In the illustrated embodiment, data is communicated via the wireless communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.66–col.3 l.8

- "Upon detection of actuation of the power switch 131 on bus 127 and detection of the logic high level signal from the sensor 512 on the bus 191 from positioning the housings 108 and 110 as shown in FIG. 2, the controller 118 powers on, and configures, the communication device 104 in a telephone mode 700 of FIG. 7. In this mode, the controller 118 configures the display 184 (FIG. 2) to display a telephone keypad 206, a darkened telephone softkey 202, a phonebook softkey 203, a notes softkey 204, and a camera softkey 205. Telephonic communication is initiated via

Exhibit J-5

reception of a call or placement of a call. An incoming call is received by the user touching the touchscreen 186 at the telephone softkey 202 in response to an incoming call alert from the speaker 149 of FIG. 1. A call is placed by touching the display 184 at the numbers of the telephone keypad 206 to enter a desired phone number. Alternatively, placement of a call using a stored telephone number can be performed via a phonebook mode 702 (FIG. 7), as is discussed in greater detail with respect to FIG. 10 below."

Harris col.9 ll.17–35

- "Upon detection, during a call, of detachment of the housings 108 and 110 from the logic low level on all wires of the bus 191 and touching the touchscreen 186 at the notes softkey 204 via bus 166, the controller 118 configures the communication device in a note taking mode 732 of FIG. 7. The transition from the telephone mode 700 to the note taking mode 732 is represented by arrow 733."

Harris col.9 l.66–col.10 l.5

- "Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 terminates an active call in the telephone mode 700. Upon detection of touching the touchscreen 186 at the phonebook softkey 203 or at the notes softkey 204 while a call is not active, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 (FIG. 7) to the phonebook mode 702 or the notes mode 704, respectively, as represented by respective arrow 708 or 710. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 to the camera mode 706 as represented by arrow 712."

Harris col.10 ll.33–46

- "In the notes mode 704, the controller 118 configures the display 184 (FIG. 11) to display the softkey 202-205 with the notes softkey 204 darkened and the message "notes" followed by a list of functions 1102. The list of functions 1102 is stored in the memory 139 of the controller 118. Upon detection of touching the touchscreen 186 at the notes softkey 204 while a function (such as "Save Note") is highlighted by a cursor 1104, the controller 118 executes the function. Upon detection of right and left actuation of the toggle switch 129 via bus 127, the controller 118 configures the display 184 to move the cursor 1104 up and down the list of functions 1102, respectively. The "Save Note" function is also accessible from the note taking mode 732 (FIG. 9) via actuation of the menu level icon 902 as previously described. During execution of the "Save Note", the controller 118 stores a note, such as the handwritten note 906 written

Exhibit J-5

| | |
|---|---|
| | during the note taking mode 732, in the image memory 153 (FIG. 1). Also upon execution of a function, the controller 118 may configure the display 184 to display additional executable functions, such as, entry of an alphanumeric name for naming the note. Upon detection of touching the touchscreen 186 at the telephone softkey 202 or at the phonebook softkey 203 via bus 166, the controller 118 transitions operation of the communication device 104 from the notes mode 704 (FIG. 7) to the telephone mode 700 as represented by arrow 718 or the phonebook mode 702 as represented by arrow 720, respectively. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the notes mode 704 to the camera mode 706 as represented by arrow 722." |
| | Harris col.11 ll.8–38 |
| | *See also* Harris FIGS. 2, 7–9, 11. |
| [b] entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode; | **Yoshida** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode" <br><br> • "Then, with the rotation of this mode dial 101, it is possible to switch the modes in which the power-supply is turned off (OFF mode); the telephone is made ready for transmission and reception (TEL mode); the image, audio, text and other information, which are stored in the main body of the digital camera 100, are indicated on the display (VIEW mode); and some more (see below)." <br><br> Yoshida col.5 ll.54–60 <br><br> • "In the VIEW mode, the arrangement is made to select either the image obtained by photographing in the CAMERA mode (which will be described later), the recorded audio, the received image and audio, or the text, and then, to reproduce any one of them or to display it (that is, the image display/output function, audio output function, text display function, and electronic mailing function)." <br><br> Yoshida col.6 ll.18-24 <br><br> • "Further, in the CAMERA mode, it is possible to confirm the image obtained by photographing, by use of the playback function which will be described later, and then, to erase it if unwanted or to record audio data as an annotation (that is, using the audio input/storage function), or to send it to a desired party as the electronic mail (using the electronic mail function)." |

Exhibit J-5

Yoshida col.6 ll.38–44

- "Here, the playback function is to make it possible to effectuate action upon an image immediately it has been photographed, such as the provision of audio information or the like (the function of audio addition), the transfer of image information by use of the electronic mail (the mail transfer function), the deletion of images (the image delete function), among others, by means of simple key operations without changing modes."

Yoshida col.17 ll.60–67

- "Consequently, the object image is displayed on the screen of the color LCD 107 by means of the EVF (step S555) with the output signal of the LCD controller 45."

Yoshida col.18 ll.31–33

- "In other words, if the audio addition function is selected, the audio addition process will be executed (step S557). If the mail transfer function is selected, the mail transfer process will be executed (step S558). If the image deleting function is selected, the corresponding process will be executed to delete the photographed image (step S559)."

Yoshida col.18 ll.38–43

- *See also* Yoshida FIGS. 1, 3, 4, 9, 10


**Suso** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"

- "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."

Suso col.6 ll.43–47.

- "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).

- "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is

Exhibit J-5

displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.

- "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col.7 ll.19–59.

*See also* Suso FIGS. 8a–b

**Safai** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in

pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col.7 l.66–col.8 l.7

- "Menu 400 comprises an Address button 402, a Choose Photo button 404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

- "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the image transport application, in one embodiment."

Safai col.8 ll.28–36

- Generally, after entering one or more addresses, a user will next select one or more stored images, such as digital photos, to be sent to the one or more addresses. As shown in FIG. 5B, in block 522 a user selects the Choose Photo button 404 from menu 400. In response, in block 524 the transport application displays a photo select screen. FIG. 4C is a block diagram of a photo select screen 430 that is generated during the image selection step of the image transport application. The photo select screen 430 comprises a plurality of images 432a-432d, each of which is a small-size representation of a previously taken digital photo that is stored in the digital camera 100. Thus, the images 432a-432d comprise "thumbnail" views of photos that are stored in the camera. Although four (4) images 432a-432d are shown in FIG. 4C, this number is not critical, and any number of images can be shown in thumbnail form.

Safai col.10 ll.24–40

- "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The

display 446 comprises a Record button 448, a Play button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images."

Safai col.11 ll.27–39

- "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately."

Safai col.12 ll.1–14

*See also* Safai FIGS. 3–5B

**Parulski** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"

- "The present invention is directed to overcoming one or more of the problems set forth above.  Briefly summarized, according to one aspect of the present invention, the camera and system of our invention meets this need by allowing the user to select 'downstream' services at the time of capture, using the camera's LCD screen and user interface. The digital camera includes a liquid crystal display (LCD) for viewing images captured from a CCD sensor and stored on a removable memory card. The LCD also presents a user interface (UI) that allows the user to create a print order "utilization file". As individual images are viewed, the user can decide how many (if any) prints to make of the image, the print size, and the print quality (low cost ink jet versus high quality thermal prints, for example). The memory card can then be inserted in a home printer, walk-up kiosk, or dropped off/mailed to a photofinisher, or the camera itself can be connected to the printer or kiosk via a wired or wireless (e.g., IrDA) link. The print order can then be automatically produced without any additional user

26

Exhibit J-5

<table>
<tr>
<td></td>
<td>

intervention."

- "Alternately, a modem in the camera or card reader can transmit the utilization file and the image data to a print service provider, which can produce the prints and return them via mail to the user, or to a party designated by the user. The utilization file can alternately include e-mail addresses to allow images to be automatically sent to others, postal address information for sending print images, or albuming information to allow images to be placed in an on-line image database."

Parulski col.1 l.67–col.2 l.28

- "After placing the memory card 36 in the camera (or disconnecting the camera from the host PC 10), the user can operate the camera 12 to take numerous pictures, which are stored either in the internal memory 32 or in the memory card 36 (or in both). After taking pictures, the user reviews the images on the LCD screen 24, using the buttons 26 to scroll through the images. The user can then select the desired 'downstream services' (printing, e-mailing, and/or albuming) and compose the order using the options listed in FIG. 2.  These services and options are accessed from the memory card 36 and, for example, the keyword descriptors are assembled in a menu and displayed on the LCD screen 24. Selections among these services and options are made, for example, by reference to the keyword descriptors and actuation of the user buttons 26. The details of the order information is written into a 'utilization' file generated by the camera that identifies the order and includes pointers to the image files that store the images required to 'fulfill' the order.  The 'utilization' file is stored in the internal memory 32 or the memory card 36."

Parulski col.3 ll.25–44

- "Instead of, or in addition to, composing a print order, the user may choose to transmit one or more images to others. These images can include the 'creative' images and/or text described above. The user selects the images and the person(s) who will receive them, from the group of addresses loaded into the camera via the process described earlier (the software application running on the home PC 10). The e-mail order information is provided in the utilization file that gives the e-mail address and includes pointers to the image files that store the images required to 'fulfill' the e-mail order."

- "If the camera includes a transmitter, e.g., a cellular connection in the communications interface 28, the camera could include and initiate a 'send' command that the user would enable after completing the e-mail order. This command would automatically send the appropriate images to the appropriate user's e-mail accounts through the network 31 using the appropriate communications protocol (FTP, mailto, etc.). Alternately, the

</td>
</tr>
</table>

Exhibit J-5

camera can be placed in a docking unit (not shown) containing the modem. The images can then be automatically transmitted to the service provider 14, when the camera is inserted into the dock. Alternately, the memory card 36 could be removed from the camera and placed in a kiosk, which would then transmit the images and bill the user's charge card."

Parulski col.4 ll.17–42

- "Instead of having the camera 12 communicate directly to the 'downstream' service provider 14 over the communications network 31, the communications network 31 from the camera 12 could alternately be connected to an internet service provider (ISP) (not shown) such as AOL (America On Line), Earthlink, Eznet, etc. The 'downstream' service provider 14 would then be connected to all ISPs via the internet, eliminating the need to maintain a separate communications network. The ISP would transfer the utilization file data and images needed to order prints and album images to the downstream service provider. The ISP could itself handle e-mailing of images to other users, using the data and images in the utilization file."

Parulski col.4 l.59–col.5 l.4

*See also* Parulski FIGS. 1–3.


**Arai** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"

- "When the playback mode is set by the mode switch 13, the CPU 36 reads from the flash memory 31 each item of picture data in the order of page number (in ascending order of page numbers when the plus key 17a is pressed or in descending order of page numbers when the minus key 17b is pressed) and then sends it to the compression/decompression circuit 30 where the picture data is decompressed. The resulting picture data is stored in the DRAM 29. After that, the CPU sends the picture data stored in the DRAM 29 to the signal generator 25 where sync signals are added to the incoming picture data to produce a video signal (display data). The video signal is then applied through the VRAM 26, the D/A converter 27 and the amplifier 28 to the display unit 12 where a picture is reproduced on its display screen."

- "If, at this point, additional data, such as date data, title data, E-mail address data and memo data, is associated with the displayed picture data, then the CPU 36 reads the additional data from the flash memory 31 and

28

Exhibit J-5

|  | displays it on the display unit together with the picture data."<br><br>Arai col.7 ll.7–20<br><br>• "The personal computer 2 is connectable to a computer network or the Internet through the communication unit 50 and a communication line. The computer can transmit E-mail to or receive E-mail from a terminal over the computer network or perform data retrieval, such as browsing through home pages stored on the Internet, by making use of WWW information retrieval services."<br><br>Arai col.7 ll.61–67<br><br>• "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."<br><br>• "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file memory 42b and provides a batch display of the selected address-related data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."<br><br>Arai col.9 ll.28–45<br><br>• "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or received from a destination terminal over the computer network."<br><br>Arai col.9 ll.61–65<br><br>• "First, reference will be made to a flowchart illustrated in FIGS. 8 and 9 to describe the data entry procedure carried out by the CPU 36 in the digital camera 1."<br><br>• "When the mode switch 13 is operated to set the data entry mode, the CPU 36 calls the data entry procedure program stored in the ROM 33 into execution."<br><br>• "The CPU 36 first performs an initial process of developing the character |

Exhibit J-5

data storage table 34a (see FIG. 4) stored in the ROM 33 in a predetermined area of the RAM 34 (step S1) and then performs a process of specifying picture data with which additional data, such as E-mail address data, is associated."

- "That is, the CPU 36 reads picture data assigned page number data "1" from among, for example, 64 frames of picture data stored in the flash memory 31, subjects the read picture data to decompression in the compression/decompression circuit 30, adds sync signals to the resulting picture data in the signal generator 25 to form a video signal, and outputs the video signal to the display unit 12 to display the picture on its screen (step S2)."

Arai col.10 ll.2–22

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21) and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step T24)."

Arai col.15 ll.37–53

- "In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be transmitted together with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode."

Arai col.16 ll.42–49

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

30

Exhibit J-5

|  | <ul><li>"This arrangement will be described below."</li><li>"FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."</li><li>"A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."</li><li>"The digital camera of FIG. 17 is the same as that of FIG. 2 except for the transmission unit 39 and the antenna ANT and hence its detailed description is omitted."</li><li>"In the digital camera 100 shown in FIG. 17, the telephone communication function (the transmission unit 39 and the antenna ANT) are built into the camera body. As an alternative, for example, the input/output terminal of a cellular phone may be connected to the serial input/output terminal 18."</li></ul>Arai col.20 ll.9–37<ul><li>"In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data."</li></ul>Arai col.22 ll.23–29<br><br>*See also* Arai FIGS. 2, 7–9, 13, 17, 19, 20<br><br><br>The **Nokia 9110 Communicator** mobile phone "enter[s] a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode" |
|---|---|

Exhibit J-5

**Receiving an image from a Digital Camera**

To transfer (copy) the images from the camera, start Digital camera connectivity software in communicator's System application. Then press *Image list* from right side of the display. The list of contents of the Downloaded files folder is shown. All files that do not have UPF and JPEG extensions are dimmed.

Now you can transfer selected images to your communicator by pressing *Receive* from right side of the display.

*Note*: Remember to activate the sending also from your digital camera at the same time when pressing Receive from the communicator side.



• 

Nokia 9110 Communicator Digital Camera Connectivity p. 1

Sending image as an email attachment:

First write the email and choose *Recipient* (or enter address). Then press *Attachment* from the right side of the display, then press *Add* and choose the downloaded files folder. Select the image from the list. After you have selected the image(s) you can see them in the list of attachments. Then press *Close* and now you can send the mail by pressing *Send* from the right side of the display

• 

Nokia 9110 Communicator Digital Camera Connectivity p. 2–3

The **IBM Simon** mobile phone "enter[s] a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"

Exhibit J-5

There are four special icon buttons that are at the bottom of every screen. The icons are:

**Help**  Touch this icon to get information about how to use features on the current screen.

**Phone**  If the phone rings, gently extend the antenna and touch this icon to answer. Touch this icon any other time to get to the main phone screen.

**Mobile Office**  Touch this icon to go directly to the Mobile Office screen. From the Mobile Office screen you can select advanced communication features (Fax and Electronic Mail), personal organization features (Address Book, Calendar for appointments, To-Do list), special Simon features (System, Filer, Password), and other helpful tools (Time, Calculator, Sketch Pad, Note Pad).

•

IBM Simon Users Manual p. 12

Exhibit J-5



IBM Simon Users Manual p. 34

IBM Simon Users Manual p. 43

Exhibit J-5

## Viewing and Working with Faxes

To look at a fax, touch the View Fax button on the main Fax screen. The list of faxes appears. To view a fax from this list, just touch its button. The next screen shows a set of page buttons, one for each page in the fax. When you touch one of these buttons, the fax page appears in the display, with a set of tools and buttons below it.

Note:   To make it easier to view faxes, they appear rotated (landscape orientation) in the viewing area. The upper left part of the fax appears first. You can return to this point of the fax at any time by touching the Home button.

The Pencil tool is active, indicated by a box around it. When the Pencil is active, you can draw or write on the fax with your stylus. To erase lines with the stylus, touch the Eraser tool. Keep in mind that the Eraser tool will erase both new lines and the lines that were in the fax when you received it. If the fax is too small to read, touch the Zoom tool (magnifying glass). The current zoom level appears in the upper left corner of the screen. At Most Detailed, lines drawn on Simon will be smaller on paper, and at Reduced or Most Reduced, they will be larger. You are looking at a fax through a small display. If you need to move the fax, touch the Pan tool (the symbol with four arrow heads). When the Pan tool is active, touch the screen, and a small box will appear. Slide your stylus across the screen in

the direction you want to drag the fax. After you lift your stylus from the screen, the fax will move the same distance that you slid your stylus, and in the same direction.

If you want to save your work with the fax, touch the Save button. Otherwise, touch the Menu button. The choices you have from the menu are (1) Erase the fax, (2) Quit without saving any changes or annotations, (3) Save the fax as is, with changes and annotations, or (4) Rename the fax. (When you Rename a fax, you also save it as is.) When you receive a fax, it automatically receives a name based on how many other faxes are stored on Simon. If you plan to keep a fax for a while, it may be handy to rename it.

IBM Simon Users Manual pp. 45–46

## Mail

You can use the Mail feature to send and receive electronic mail (E-mail) messages. Simon can

Exhibit J-5

IBM Simon Users Manual pp. 51

## Sketch Pad

The Sketch Pad lets you write on the screen with your stylus or finger. You can save up to 32 sketches, and you can easily fax a sketch. However, keep in mind that the more sketches you save, the more Simon system memory you use, and the less you have available for other features such as Address Book and Calendar.

## Working with Sketches

When you touch the Sketch Pad feature on the Mobile Office screen, the main Sketch Pad screen appears. The main Sketch Pad screen shows four thumbnail (small) sketch forms, and has a New Sketch button below the thumbnail forms.

You can start a new sketch by touching the New Sketch button. When you save this sketch, it will appear in the first available thumbnail form. You can also start a new sketch by touching the thumbnail form where you want the sketch to go when you save it. If you want to work with a thumbnail form that does not appear on the screen, touch the down arrow button until the form you want appears. Each thumbnail form has a number so you know where you are in the list.

After you start a new sketch, the blank sketch pad appears, with two tools and three action buttons

below the drawing area. The tools are a pencil and an eraser. The action buttons are Erase, Save, and Fax. When you start, the pencil tool has a box around it, indicating that it is active. When the pencil tool is active, you can draw in the drawing area. When the eraser is active, you can use your finger or stylus to erase lines in the drawing area. If you want to erase everything and start over, touch the Erase button. To fax the sketch to someone, touch the Fax button and follow the on-screen directions. To save your sketch, touch the Save button. The main Sketch Pad screen will appear, and you will see the thumbnail version of your sketch in the list.

IBM Simon Users Manual pp. 60–61

36

Exhibit J-5



- 

IBM Simon Users Manual p. 62

**Harris** teaches "entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode"

- "In the camera mode 706, the photo switch 133 and the video switch 135, which are disposed in the recess 400 of the housing 108, are revealed. Upon detection of actuation of the photo switch 133 via bus 127 (FIG. 1), the controller 118 controls the wireless data transceivers 117 and 122 to couple transmit image data captured at an instant in time by the CCD

37

Exhibit J-5

| | |
|---|---|
| | camera 188 to the image DSP 152 for storage in the image memory 153 as a photo snapshot. Upon detection of actuation of the video switch 135 via bus 127 (FIG. 1), the controller 118 controls the wireless data transceivers 117 and 122 to initiate coupling of transmit image data captured by the CCD camera 188 to the image DSP 152 for storage in the image memory 153 as a video clip. Upon detection of an additional actuation of the video switch 135, the controller 118 controls the wireless data transceivers 117 and 122 to terminate coupling of the transmit image data. Upon detection of right and left actuation of the toggle switch 129 via signals on bus 127, the controller 118 configures the display 184 to display the images 1200 and 1300 zoomed-in and zoomed-out, respectively. Upon detection of touching the touchscreen 186 at the camera softkey 205, the controller 118 configures the display 184 to display a list of camera functions (similar to the list of functions 1102, FIG. 11, of the notes mode 704) that permit, for example, assigning a name to or retrieving photo snapshots and video clips stored in the image memory 153. Upon detection of the logic high level signal from the sensor 512 via bus 191 and touching of the touchscreen 186 at the telephone softkey 202, the phonebook softkey 203, or the notes softkey 204, the controller 118 transitions from the camera mode 706 (FIG. 7) to the telephone mode 700 as represented by arrow 724, the phonebook mode 702 as represented by arrow 726, or the notes mode 704 as represented by arrow 728, respectively."<br><br>Harris col.12 ll.5–37<br><br>• *See also* Harris FIGS. 7, 8, 13. |
| [c] sequentially displaying other images stored in a memory through the use of scroll keys; | **Suso** teaches "sequentially displaying other images stored in a memory through the use of scroll keys"<br><br>• "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed. In the embodiment, a memory in which various data is stored is also built in. By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."<br><br>Suso col.7 ll.37–49.<br><br>• *See also* FIGS. 8a–8b |

Exhibit J-5

**Safai** teaches "sequentially displaying other images stored in a memory through the use of scroll keys"

- "Normally, a digital camera stores a large number of digital images. For example, a digital camera can have a miniature storage device, such as a hard disk drive, mounted in it for image storage. Such disk drives are capable of storing on the order of several hundred images. Since only a few "thumbnail" views of the images can be displayed at a given time, the photo select screen 430 has backward/forward scroll buttons 437a, 437b. When a user selects buttons 437a, 437b, the images 432a-432d conceptually scroll left or right, respectively. This causes one of the images 432a-432d that is at the end of the display to disappear from the screen, and another image from among the stored digital images is displayed in its place."

Safai col.10 ll.40–53.

*See also* Safai FIG. 4C

**Parulski** teaches "sequentially displaying other images stored in a memory through the use of scroll keys"

- "After placing the memory card 36 in the camera (or disconnecting the camera from the host PC 10), the user can operate the camera 12 to take numerous pictures, which are stored either in the internal memory 32 or in the memory card 36 (or in both). After taking pictures, the user reviews the images on the LCD screen 24, using the buttons 26 to scroll through the images. The user can then select the desired 'downstream services' (printing, e-mailing, and/or albuming) and compose the order using the options listed in FIG. 2.  These services and options are accessed from the memory card 36 and, for example, the keyword descriptors are assembled in a menu and displayed on the LCD screen 24. Selections among these services and options are made, for example, by reference to the keyword descriptors and actuation of the user buttons 26. The details of the order information is written into a 'utilization' file generated by the camera that identifies the order and includes pointers to the image files that store the images required to 'fulfill' the order.  The 'utilization' file is stored in the internal memory 32 or the memory card 36."

Parulski col.3 ll.25–44

*See also* Parulski FIG. 1A

Exhibit J-5

**Arai** teaches "sequentially displaying other images stored in a memory through the use of scroll keys"

- "On the top of the camera body are provided a power switch 14 which is slidable right and left, a shutter key 15 for shooting a picture and determining an item selected in each mode, an effect key 16 for canceling an item selected in each mode, and a plus (+) key 17a and a minus (−) key 17b for selecting an item of picture data to be displayed from among a plurality of items of picture data stored in a memory (a flash memory 32 to be described later) and selecting set conditions in each mode."

Arai col.3 ll.54–64

- "When the playback mode is set by the mode switch 13, the CPU 36 reads from the flash memory 31 each item of picture data in the order of page number (in ascending order of page numbers when the plus key 17a is pressed or in descending order of page numbers when the minus key 17b is pressed) and then sends it to the compression/decompression circuit 30 where the picture data is decompressed. The resulting picture data is stored in the DRAM 29. After that, the CPU sends the picture data stored in the DRAM 29 to the signal generator 25 where sync signals are added to the incoming picture data to produce a video signal (display data). The video signal is then applied through the VRAM 26, the D/A converter 27 and the amplifier 28 to the display unit 12 where a picture is reproduced on its display screen."

- "If, at this point, additional data, such as date data, title data, E-mail address data and memo data, is associated with the displayed picture data, then the CPU 36 reads the additional data from the flash memory 31 and displays it on the display unit together with the picture data."

Arai col.7 ll.7–20

- "Next, the CPU 36 makes a decision of whether or not the shutter key 15 has been pressed (step S3). If the shutter key 15 is not pressed, then a decision is next made as to whether or not the plus key 17a or the minus key 17b has been pressed (step S4)."

- "If the decision is that neither the plus key nor the minus key is pressed, the procedure returns to step S3. If, on the other hand, the decision is that either of the plus key and the minus key has been pressed, the CPU reads the preceding or succeeding picture from the flash memory 31 depending on which key has been pressed. That is, when the plus key is pressed, the next picture data is read and displayed. For example, when the page number data of the currently displayed picture data is "1", the picture data of page number data "2" is read from the flash memory and then displayed

40

Exhibit J-5

on the display unit. When the minus key is pressed, on the other hand, picture data of page number data that precedes that of the currently displayed picture data by one is read from the flash memory and displayed (step S5). The procedure then returns to step S3."

- "The above-described control procedure allows the user to retrieve a desired picture with which additional data, such as E-mail address data, is associated while displaying each of multiple pictures stored in the flash memory 31 in the digital camera in sequence."

- "The CPU 36, upon deciding that the shutter key 15 was pressed in step S3, determines a picture displayed on the display unit 15 at the time the shutter key was pressed as a picture with which the additional data is to be associated (step S6)."

Arai col.10 ll.23–53

- "In the transferred picture specify mode, the CPU 36 first performs the processes in steps S34 to S38 identical to steps S2 to S6 in the data entry procedure (refer to FIGS. 8 and 9), whereby each of two or more pictures stored in the flash memory 31 is displayed in sequence by successive operation of the plus key 17a or the minus key 17b and a picture to be sent to the personal computer is specified by operating the shutter key 15."

Arai col.12 l.64–col.13 l.4

- "First, the CPU 36 performs an initial process such as initialization (step S61). After that, the CPU goes into the transmit picture specification mode (step S62). In this transmit picture specification mode, the CPU 36 first performs the processes identical to those in steps S2 to S6 in the previously described data entry procedure described in conjunction with FIGS. 8 and 9 (steps S63 to S67), whereby two or more pictures stored in the flash memory 31 are displayed in sequence on the display unit 12 by pressing the plus key 17a or the minus key 17b and a picture to be sent to a destination terminal is specified by pressing the shutter key 15."

Arai col.20 ll.46–56

*See also* Arai FIGS. 1, 8–9, 18

The **Nokia 9110 Communicator** mobile phone "sequentially display[s] other images stored in a memory through the use of scroll keys"

41

Exhibit J-5

<u>Sending image as an email attachment</u>:

First write the email and choose *Recipient* (or enter address). Then press *Attachment* from the right side of the display, then press *Add* and  choose the downloaded files folder. Select the image from the list. After you have selected the image(s) you can see them in the list of attachments. Then press *Close* and now you can send the mail by pressing *Send* from the right side of the display

• 

Nokia 9110 Communicator Digital Camera Connectivity p. 2–3

# Communicator keyboard



*Figure 9*

In addition to the normal character and number keys, the keyboard has number of special keys, as shown in figure 9.

① **Application buttons**

The buttons at the top of the keyboard start the corresponding applications.

• 

Nokia 9110 Communicator User's Manual p. 24

⑧ **Arrow keys**

The arrow keys can be used to move the cursor or the selection frame. In sor applications, the arrow keys have special functions, see "Document feature on page 34.

• 

Nokia 9110 Communicator User's Manual p. 25

| | |
|---|---|
| [d] transmitting the address of | **Yoshida** teaches "transmitting the address of the other party and a message |

Exhibit J-5

| | |
|---|---|
| the other party and a message received through a user interface in the first E-mail transmission sub-mode; and | received through a user interface in the first E-mail transmission sub-mode"<br><br>• "(3-2) The Transmission of Electronic Mail"<br><br>• "If, for example, an electronic mail should be transmitted by the SMTP (simple mail transfer protocol), the SMTP client (hereinafter, simply referred to as a client) issues, at first, the request of connection to the SMTP server (hereinafter, simply referred to as a server). for the transmission and reception of an electronic mail (step S591)."<br><br>• "When the server is connected by this request, the server returns to the client a response code indicating 'connection OK'."<br><br>• "When the client recognizes the reception of this response code (step S592), it declares to the server the commencement of use by notifying the server of the client's domain name by means of the HELD command (step S593)."<br><br>• "Then, the server returns to the client the response code indicating 'normal', together with the domain name of the server when the server recognizes the domain name of the client."<br><br>• "When the client recognizes the reception of this response code and the domain name of the server (step S594), the client notifies the server of the From information by means of the MAIL command and declares the commencement of electronic mail transmission (step S595) by designating the user name (address) at the source of transmission."<br><br>• "Then, the server returns to the client the response code indicating 'normal' when the server recognizes that the user name (address) at the source of transmission is correct, and that the reception of this mail is ready by the reception of the 'from' information from the client and the user name at the source of transmission."<br><br>• "When the client recognizes the reception of this response code (step S596), the client designates the address of the mail for the server (step S597) by, means of the RCPT command."<br><br>• "Here, if the mail is to be sent to a plurality of parties, the plural mail addresses are designated in the step S597 accordingly."<br><br>• "Then, the server determines whether or not the mail address designated by the client is acceptable, and returns to the client the response code indicating 'normal' if the client can handle the address thus designated, and, otherwise, returns the code indicating that the mail will be transferred to another SMTP server." |

Exhibit J-5

<table>
<tr>
<td></td>
<td>

- "When the client recognizes the reception of the normal response code (step S598), the client declares to the server the text transmission of the mail by means of the DATA command (step S599)."

- "If the reception is ready, the server returns to the client the response code indicating 'the admission of the mail transmission' (the response code 354) when the server receives from the client the declaration of the text transmission of the client's mail."

- "When the client recognizes the reception of this response code (step S600), the client transmits to the server the text of the mail (step S601). Then the client transmits the node indicated by <CR> <LF> <CR> <LF>, and the like to declare completion of the text transmission (step S602). Here, in accordance with the present embodiment, it may be possible for the client to attach an image file, which is the file of one or more photographed images, for example, or a file of received images, to the text of the mail."

- "Then, the server returns to the client the response code indicating that the server has completely complied with the client's request normally (the response code 250), when the server receives the client's declaration of the termination of the text transmission."

- "When the client recognizes the reception of this response code (step S603), the client declares to the server the termination of the transmission of the SMTP electronic mail (step S604)."

- "Then, the server returns to the client the response code indicating "termination" when the server receives the client's declaration of the termination."

- "When the client recognizes the reception of this response code (step S605), the TCP connection is cut off, to terminate the current process."

Yoshida col.19 l.44–col.20 l.53

- *See also* Yoshida FIGS. 12–14

**Suso** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in

</td>
</tr>
</table>

44

FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."

Suso col.6 ll.43–47.

- "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).

- "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.

- "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane is displayed (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col.7 ll.19–59.

*See also* Suso FIGS. 8a–b

Exhibit J-5

**Safai** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col.7 l.66–col.8 l.7

- "Menu 400 comprises an Address button 402, a Choose Photo button 404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

- "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the image transport application, in one embodiment."

- "When a user selects the Address button 402, as represented by block 504, in response the transport application 230 displays an address entry screen on the display device 108, as indicated by block 506. In the preferred embodiment, display 412 is shown on the display device 108. Display 412 generally comprises an address entry field 414, a virtual keyboard 416, and a Done button 418. A user of the digital camera specifies an address, to which one or more photos are to be sent, by entering the address in the address entry field 414. The address is entered by touching or pressing one or more keys of the virtual keyboard 416. The virtual keyboard 416 is a graphical representation of an alphanumeric keyboard."

- "Using keys on the virtual keyboard 416, a user enters letters, numbers and characters of an address 420. The address 420 may be an electronic address, such as an electronic mail address that follows the Internet

46

Exhibit J-5

addressing format. Alternatively, the address 420 is a physical address, such as a postal mail address. Any address format may be provided."

- "In one embodiment, a user may also enter text describing a subject of the photos or message. In this embodiment, display 412 further includes a subject data entry field next to the address entry field 414. A user may select the subject data entry field by tapping on it with a finger or stylus. In response, transport application 230 displays a cursor in the subject data entry field. The user may enter text for the subject line using the virtual keyboard 416. The transport application 230 displays each character in the subject data entry field as it is entered by the user. When the user selects the DONE button 418, the transport application stores the characters that were entered, for example, in a subject string variable associated with the address."

Safai col.8 l.28–col.9 l.13

- "The transport application 230 receives and stores the address 420, as shown by block 508. When the user has completed entry of the address 420, the user selects either the NEXT button 422 or the DONE button 418 of display 412."

Safai col.9 ll.25–30

- "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The display 446 comprises a Record button 448, a Play button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images."

- "To record a voice message, the user taps or touches the Record button 448. In response, the transport application 230 begins receiving digitized voice information from the microphone 216 through the interface 218. In one embodiment, the transport application 230 calls one or more functions of the operating system 226 or kernel 222 to obtain digitized voice information from the interface 218. The user speaks into the microphone 216 and speaks any desired message. The digitized voice information is stored in the storage device 212 in association with the list of selected photos and the addresses entered by the user. For example, the digitized voice information is stored in a file in the storage device 212, using the file system provided by the operating system 226, and the name of the file is stored in an object that associates the name, the names of the selected

Exhibit J-5

<table>
<tr>
<td></td>
<td>

photos, and the addresses."

Safai col.11 ll.27–55

- "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately."

Safai col.12 ll.1–14

- "When the Send button 458 is selected, in response, the transport application sends the selected photos to the destination address indicated in the confirmation box 456. A preferred process of sending messages will be described in the context of FIG. 6, which is a block diagram of an image transport system. Camera 100 is coupled through its communication port 214, such as a modem, and phone line 212 to the public switched telephone network (PSTN) 606. A service provider 600 is logically separated from camera 100. The service provider 600 has a server 601 that is coupled by a modem 604 to the PSTN 606. One or more services 602 are executed by the server 601. The services 602 preferably include a service of receiving and forwarding photos, as described herein. Other services can be provided, as described below."

Safai col.13 ll.10–24

- "Having received the photos, addresses, and voice message information, the server 601 determines what to do with them. In an embodiment, a process of the services 602 examines each address received from the camera 100 and parses the address. When the address is identified as an Internet address in the parsing process, then the service 602 forwards the photos by Internet electronic mail. In particular, the service 602 creates an Internet mail message as a package for the photos. The Internet address is designated as the address for the message. The electronic mail message contains a text greeting identifying the sender. Each digital photo is converted into an image file in a universal file format, such as TIFF, GIF, JPEG, etc. Each image file is attached to the Internet mail message as a file attachment. The service 602 then dispatches the Internet mail message over the network 608."

</td>
</tr>
</table>

Exhibit J-5

Safai col.14 ll.9–24

*See also* Safai FIGS. 3–6

**Parulski** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "The present invention is directed to overcoming one or more of the problems set forth above.  Briefly summarized, according to one aspect of the present invention, the camera and system of our invention meets this need by allowing the user to select 'downstream' services at the time of capture, using the camera's LCD screen and user interface. The digital camera includes a liquid crystal display (LCD) for viewing images captured from a CCD sensor and stored on a removable memory card. The LCD also presents a user interface (UI) that allows the user to create a print order 'utilization file'. As individual images are viewed, the user can decide how many (if any) prints to make of the image, the print size, and the print quality (low cost ink jet versus high quality thermal prints, for example). The memory card can then be inserted in a home printer, walk-up kiosk, or dropped off/mailed to a photofinisher, or the camera itself can be connected to the printer or kiosk via a wired or wireless (e.g., IrDA) link. The print order can then be automatically produced without any additional user intervention."

- "Alternately, a modem in the camera or card reader can transmit the utilization file and the image data to a print service provider, which can produce the prints and return them via mail to the user, or to a party designated by the user. The utilization file can alternately include e-mail addresses to allow images to be automatically sent to others, postal address information for sending print images, or albuming information to allow images to be placed in an on-line image database."

Parulski col.1 l.67–col.2 l.28

- "Instead of, or in addition to, composing a print order, the user may choose to transmit one or more images to others. These images can include the 'creative' images and/or text described above. The user selects the images and the person(s) who will receive them, from the group of addresses loaded into the camera via the process described earlier (the software application running on the home PC 10). The e-mail order information is provided in the utilization file that gives the e-mail address and includes pointers to the image files that store the images required to 'fulfill' the e-mail order."

49

Exhibit J-5

Parulski col.4 ll.17–27

- "Instead of having the camera 12 communicate directly to the 'downstream' service provider 14 over the communications network 31, the communications network 31 from the camera 12 could alternately be connected to an internet service provider (ISP) (not shown) such as AOL (America On Line), Earthlink, Eznet, etc. The 'downstream' service provider 14 would then be connected to all ISPs via the internet, eliminating the need to maintain a separate communications network. The ISP would transfer the utilization file data and images needed to order prints and album images to the downstream service provider. The ISP could itself handle e-mailing of images to other users, using the data and images in the utilization file."

- "The utilization order information is provided in the utilization file. The general file organization is shown in FIG. 4, and a detailed example of the file contents of an elaborate utilization file is given in Appendix I. This file may be encrypted to prevent unauthorized use of the sensitive information, such as the user's credit card number. Referring to Appendix I, a Global information section (lines 2-26) provides the customer information (name, address, credit card), as well as the time the order was placed, and whether it has been processed or not."

Parulski col.4 l.59–col.5 l.14

- "An e-mail order section (lines 57-65) provides the e-mail address and a list of images that should be sent to this address.  An album order section (lines 67-72) provides a means for adding images to the users on-line photo album. The user can classify the images under a particular heading (e.g., "vacation" images) and indicate who is allowed to access the images via the internet."

- "A Creative Detail section (lines 74-90) defines each creative image, such as the image in FIG. 3. It also describes user defined text (line 81). Multiple templates and user text options may be downloaded from the host computer to a memory card that is then inserted into the camera, prior to taking pictures. The template (background) may be an identification code that is only added, for example, during printing. In this case, the template is not viewed when the image is displayed on the camera. Alternately, a low resolution version of the templates desired by the user can be stored in the camera, so that the user can preview the final composite image. A high resolution version of the template can be used by the service provider to print the final composite image. The user may decide to crop and rotate the image (lines 86-87) prior to inserting it into the creative background."

Parulski col.5 ll.27–50

50

Exhibit J-5

*See* Parulski FIGS. 2–4, Appendix I

**Arai** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "In the address file edit procedure, when instructed by a key operation to move to the capture mode, the CPU 46 performs communication procedure to capture address-related data that is added anew to address file data from external equipment (the digital camera 1 in this case). The picture data and its additional data transferred from the digital camera to the personal computer are associated with new storage number data and then stored in the address file memory 42b. Thereby, a new set of address-related data items is added to the address file data."

- "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."

- "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file memory 42b and provides a batch display of the selected address-related data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."

Arai col.9 ll.17–45

- "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or received from a destination terminal over the computer network."

Arai col.9 col.61–65

- "Next, the operation will be described."

- "First, reference will be made to a flowchart illustrated in FIGS. 8 and 9 to describe the data entry procedure carried out by the CPU 36 in the digital camera 1."

51

Exhibit J-5

- "When the mode switch 13 is operated to set the data entry mode, the CPU 36 calls the data entry procedure program stored in the ROM 33 into execution."

- "The CPU 36 first performs an initial process of developing the character data storage table 34a (see FIG. 4) stored in the ROM 33 in a predetermined area of the RAM 34 (step S1) and then performs a process of specifying picture data with which additional data, such as E-mail address data, is associated."

- "That is, the CPU 36 reads picture data assigned page number data "1" from among, for example, 64 frames of picture data stored in the flash memory 31, subjects the read picture data to decompression in the compression/decompression circuit 30, adds sync signals to the resulting picture data in the signal generator 25 to form a video signal, and outputs the video signal to the display unit 12 to display the picture on its screen (step S2)."

- "Next, the CPU 36 makes a decision of whether or not the shutter key 15 has been pressed (step S3). If the shutter key 15 is not pressed, then a decision is next made as to whether or not the plus key 17a or the minus key 17b has been pressed (step S4)."

- "If the decision is that neither the plus key nor the minus key is pressed, the procedure returns to step S3. If, on the other hand, the decision is that either of the plus key and the minus key has been pressed, the CPU reads the preceding or succeeding picture from the flash memory 31 depending on which key has been pressed. That is, when the plus key is pressed, the next picture data is read and displayed. For example, when the page number data of the currently displayed picture data is "1", the picture data of page number data "2" is read from the flash memory and then displayed on the display unit. When the minus key is pressed, on the other hand, picture data of page number data that precedes that of the currently displayed picture data by one is read from the flash memory and displayed (step S5). The procedure then returns to step S3."

- "The above-described control procedure allows the user to retrieve a desired picture with which additional data, such as E-mail address data, is associated while displaying each of multiple pictures stored in the flash memory 31 in the digital camera in sequence."

- "The CPU 36, upon deciding that the shutter key 15 was pressed in step S3, determines a picture displayed on the display unit 15 at the time the shutter key was pressed as a picture with which the additional data is to be associated (step S6)."

- "The CPU next makes a decision of which of date data, title data, E-mail

Exhibit J-5

data and memo data is to be set (steps S7 to S19). If no data is to be set, then the procedure goes to step S22. The CPU, upon deciding that data is to be set, enters a specified data set mode (step S11, S12, S13 or S14) and then carries out a data setting procedure (steps S15 to S22)."

- "That is, the CPU 36 first reads character data {character pullout} having coordinates of (X1, Y1) out of the character storage table 34a (see FIG. 4) in the RAM 34 and then displays it on the display unit 12 (step S15)."

- "The CPU next decides whether or not the shutter key 15 was pressed (step S16). If it is not, then the CPU makes a decision of whether or not the plus key 17a or the minus key 17b was pressed (step S17)."

- "When the decision is that none of the keys 17a and 17b is pressed, the CPU returns to step S16; otherwise, the CPU goes to step S18 in which the displayed character is switched to another depending on the key pressed. That is, when the plus key 17a is pressed, the value for X coordinate of the coordinates (Xn, Yn) of a character being displayed is incremented by one to display a character having coordinates of (Xn+1, Yn). For example, if the character that is currently displayed is {character pullout}"

- "(coordinates 'X1, Y1)), then the character {character pullout}"

- "(coordinates 'X2, Y1)) is displayed next. On the other hand, when the minus key 17b is pressed, the value for Y coordinate of the coordinates (Xn, Yn) of the character being displayed is incremented by one to display a character having coordinates of (Xn, Yn+1). For example, when the character that is currently displayed is {character pullout}"

- "(coordinates (Xn, Yn)), the character {character pullout}"

- "(coordinates (X1, Y2)) is displayed next. After that, the procedure returns to step S16."

- "The CPU 36, upon deciding in step S16 that the shutter key 15 was pressed, determines a character that was displayed at the time when the shutter key was pressed as one character in input data (step S19). After that, the CPU makes a decision of whether or not the shutter key was pressed again to indicate the termination of the data setting procedure (step S20). When the data setting procedure is continued, the procedure returns to step S16 to set the next character in input data."

- "When the termination of the data setting procedure is indicated in step S20, the CPU stores the set input data as one of date data, title data, E-mail address data and memo data specified in step S7, S8, S9, or S10 into a predetermined area of the RAM 34 (step S21) and then returns to step S7."

Exhibit J-5

- "The ROM 33 in the digital camera 1 is stored with a Japanese FEP (Front End Processor) which permits Hiragana characters in input data to be translated into Kanji or Katakana characters."

- "Such a control procedure as described above allows the user to create and set date data, title data, E-mail address data, and memo data by repeating a step of reading each of corresponding characters from the character data storage table 34a in the RAM 34 in sequence to display it on the display unit through the operation of the plus key 17a or the minus key 17b and a step of, through the operation of the shutter key 15, determining a character that is being displayed when the shutter key is pressed as one character of input data."

Arai col.10 l.1–col.11 l.47

- "FIG. 11 shows an example of a picture displayed on the display unit and its associated additional data."

- "This figures shows a portrait of Hanako Suzuki displayed on the display unit 12 as picture data with 'Hanako Suzuki (name)' set as title data and "hanaco-suzuki@000.co.or.jp" as E-mail address data. In this display example, '18' at the upper right of the screen indicates the page number data associated with the picture data."

Arai col.13 ll.8–15

- "Hereinafter, the mail transmission procedure carried out by the CPU 46 in the personal computer 2 will be described with reference to a flowchart shown in FIG. 13."

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21) and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step T24)."

- "The CPU next makes a decision as to whether any one of the simultaneously displayed pictures has been specified with the mouse (step

54

Exhibit J-5

T25). When none of the pictures is specified, the CPU returns to step T24."

- "When the decision is that one of the pictures has been specified, the CPU 46 reads E-mail address data associated with the specified picture from the address file memory 42b and temporarily stores it in a predetermined area of the work memory 42c (step T26). The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27)."

- "The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27)."

- "The CPU 46 then goes into the transmit data create mode (step T28), creates transmit mail data on the basis of user's key inputs from the input unit 41 (step T29) and temporarily stores the created mail data into the transmit data memory 42a (step T30)."

- "Next, the CPU 46 reads the E-mail address data from the work memory 42c and reads the specified picture data, its associated title data, date data and memo data, and the mail data from the transmit data memory 42a, which, in turn, are sent to the communication unit 50."

- "The communication unit 50 connects the personal computer 2 to a computer network through a communication line according to a preset access code under the control of the CPU 46 and then sends the specified picture data and its associated title data, date data, memo data and the mail to a destination terminal addressed by the E-mail address data (step T31)."

Arai col.15 l.34–col.16 l.19

- "In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be transmitted together with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode."

Arai col.16 ll.42–49

- "The communication unit 50 connects the personal computer 2 to the computer network through a communication line and transmits the title data, date data, memo data, and untransmitted picture data to a destination terminal addressed by the E-mail address data (step T48)."

Exhibit J-5

Arai col.17 ll.33–37

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

- "This arrangement will be described below."

- "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."

- "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."

Arai col.20 ll.9–28

- "Next, the mail transmission procedure carried out by the CPU 36 in the digital camera 100 will be described with reference to a flowchart shown in FIG. 18."

- "When instructed by the key entry unit 35 to perform the mail transmission procedure, the CPU 36 calls a mail transmitting program from the ROM 33 into execution."

- "First, the CPU 36 performs an initial process such as initialization (step S61). After that, the CPU goes into the transmit picture specification mode (step S62). In this transmit picture specification mode, the CPU 36 first performs the processes identical to those in steps S2 to S6 in the previously described data entry procedure described in conjunction with FIGS. 8 and 9 (steps S63 to S67), whereby two or more pictures stored in the flash memory 31 are displayed in sequence on the display unit 12 by pressing the plus key 17a or the minus key 17b and a picture to be sent to a destination terminal is specified by pressing the shutter key 15."

- "In this case, picture data displayed on the display unit by operating the plus key or the minus key is one having at least E-mail address data as its associated additional data. The additional data is displayed simultaneously

Exhibit J-5

with the corresponding picture data."

- "Next, the CPU 36 makes a decision of whether there is more picture data to be transmitted on the basis of a key operation (step S68). When the effect key 16 is pressed to indicate that there is more picture data, the CPU returns to step S64 to continue the process of specifying picture data to be sent."

- "When the shutter key 15 is pressed and it is therefore decided that there is no more picture data to be sent, the CPU 36 drives the transmission unit 39 and the antenna ANT and dials to connect the digital camera 100 to the computer network through a communication line (step S69). The CPU then sends one or more items of picture data specified to be transmitted and their associated additional data (title data, date data, and memo data) read from the flash memory 31 to their respective destination terminals addressed by their respective associated E-mail address data (step S70)."

- "After that, the CPU disconnects the line between the digital camera and the computer network (step S71), terminating the mail transmission procedure."

- "The foregoing is the mail transmission procedure carried out by the CPU 36 in the digital camera 100."

Arai col.20 l.40–col.21 l.14

- "In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data."

Arai col.22 ll.23–29

*See also* Arai FIGS. 5, 8–9, 11–15, 17–20

The **Nokia 9110 Communicator** mobile phone "transmit[s] the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- Mail is started in the Internet main view by selecting Mail and pressing the **Select** command button.

Nokia 9110 Communicator User's Manual p. 89

57

Exhibit J-5

# To send mail

## To write new mail

1 Press **Write mail** in the Mail main view. An empty mail editor opens.

2 Write the message. You can change the font within the Mail settings.

3 When the message is ready to be sent, press **Recipient**. The Mail directory opens.

●

Nokia 9110 Communicator User's Manual p. 92

## To select a recipient

There are two ways to select a recipient for your mail message:

1 Select the contact(s) in the Mail directory with the selection frame and press **Select**. If a contact has several mail addresses, a pop-up box opens, listing the available mail addresses. Select an address and press **Select**. Or,

2 Enter the recipient's address manually by pressing **Enter address**. Remember that the mail address must contain the @ character, and that the address cannot contain accented characters.

The Mail envelope opens whenever you are about to send mail, see figure 3. All the field entries are editable.



*Figure 3*

●

Nokia 9110 Communicator User's Manual p. 92

## To add addresses to the To or Cc fields of the Mail envelope

1 Select whether to add a new recipient to the *To* or the *Cc* field by scrolling to the appropriate field.

2 Press **Add recipient**.

3 Select the recipients as described above.

> **Note:** Multiple addresses in the *To* and *Cc* fields must be separated by a comma.

●

Nokia 9110 Communicator User's Manual p. 93

58

Exhibit J-5

**To send mail upon request**

When you have several mail messages to send, you may want to use the *Upon request* option. This way you may send all your mail during the same data call.

1   Write your mail, select the recipient, press the Menu button and select *Send options.*

2   Select the *Send mail: Upon request* option and then press **Send** to send the mail.

3   Go to the Document outbox and press **Open**.

4   Press **Start** to send your mail.

You can also select the *During next connection* option, with which your mail will be sent automatically the next time you make a connection to the Internet access point your Remote mailbox uses.

- 

Nokia 9110 Communicator User's Manual p. 93

The **IBM Simon** mobile phone transmits "the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"



There are four special icon buttons that are at the bottom of every screen.  The icons are:

**Help**   Touch this icon to get information about how to use features on the current screen.

**Phone**   If the phone rings, gently extend the antenna and touch this icon to answer.  Touch this icon any other time to get to the main phone screen.

**Mobile Office**   Touch this icon to go directly to the Mobile Office screen.  From the Mobile Office screen you can select advanced communication features (Fax and Electronic Mail), personal organization features (Address Book, Calendar for appointments, To-Do list), special Simon features (System, Filer, Password), and other helpful tools (Time, Calculator, Sketch Pad, Note Pad).

- 

IBM Simon Users Manual p. 12

59

Exhibit J-5



IBM Simon Users Manual p. 34

Exhibit J-5

**Creating Mail**

To create a new E-mail message, touch the Create New Mail button on the main Mail screen. The Mail Address Menu appears. Use this screen to enter the cc:Mail addresses for the people you want to receive this message.

To get an E-mail address from the Address Book, touch the "Address To: (From Address Book)" button. The Address Book alphabetical index will appear. Touch the letter tab for the last name of the recipient, then touch the recipient's button to add him or her to the "To" list. If the recipient is not in your Address Book, you can touch the "Address To: (Type)" button to type the recipient's E-mail address with the on-screen keyboard. Each time you type a recipient's E-mail address and touch the Done key, a post office name form will appear. If the recipient uses your post office, just touch the Done key to continue. Otherwise, fill in the recipient's post office name then touch the Done key. Follow the same steps to add people to the carbon copy (cc) list with the "cc: (From Address Book)" and "cc: (Type)" buttons. You can put as many E-mail addresses as you like in the "To" and "cc" lists.

If you want the Mail feature to notify you when the recipients get the message, touch the Notify on Receipt box to check it.

Once you have finished addressing the message, touch the Type Message button. A message form appears with the on-screen keyboard. Use the keyboard to type the subject and contents of the message, and touch the Done key when you have finished the message. A menu will appear that will let you (1) put the message in the Ready to Send list, (2) put the message in the Saved Messages list, (3) quit without saving the message, or (4) return to the addressing menu. If you are ready to mail the message, put it in the Ready to Send list. If you still

- want to work on the message, put it in the Saved

Messages list. If you thought of someone else you need to send the message to, return to the addressing menu. Once you've typed a message, you can put it in the Saved Messages or Ready to Send list directly from the Mail Address Menu. You can move back and forth between the Mail Address Menu and the message form as many times as you need to before you put the message in the Saved

- Messages or Ready to Send list.

61

Exhibit J-5

> **Sending and Receiving Mail**
> Usually, you will want to send the messages in your
> Ready to Send list and also receive any messages
> waiting for you at the cc:Mail post office. To do this,
> touch the Send and Receive button on the main
> Mail screen. If you only want to send, just touch the
> Send button. To receive only, touch the Receive

IBM Simon Users Manual pp. 51–53

**Goodwin** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- The LCD screen presents menu images to the user to enable the selection of communications applications such as telephone, facsimile (FAX), or electronic mail (E-mail). For each of these applications, a corresponding keypad and presentation area is displayed. The user has the option of employing either a public switched telephone network link or a cellular telephone network link for any of these communications applications. However, the functions required to be performed in order to send or receive a cellular telephone network call are different from the functions required for a call over a public switched telephone network.

Goodwin col.2 ll.42–52

- FIG. 3 is an illustration of the appearance of the menu image 50M displayed on the display/touch overlay 112. The menu image 50M presents the user with communication application options such as voice communications, FAX communications, or E-MAIL communications. The user selects one of the communications applications by touching the touch overlay membrane overlying the displayed application option. The selected application identity is then stored in the work space 138 of the RAM 102, to be used by the interface program 180, as described in the flow diagram of FIGS. 4A to 4D.

Goodwin col.9 ll.35–45

- "Step 450: Access cellular FAX screen image file 184' and display cellular FAX screen image 50D on display 112 (FIG. 5D). FIG. 4D continues with the flow diagram of method 400. The steps are as follows:"

- "Step 460: Select E-MAIL receive function from menu on display/touch overlay screen 112 (FIG. 3)."

- "Step 462: Begin interface program 180 to access options register 136 (FIG. 1C), configure audio MUX, 160 and display screen image On display 112."

62

Exhibit J-5

- "Step 464: If option value in options register="000" (FIG. 1C) (Corresponding to PSTN cable connector 126(0)), Then configure the audio MUX 160 for path 60C to connect modem 170 from line 176 to line 174 and thru option attach connector 126(0) to the RJ11 PSTN cable 200."

- "Step 466: Access PSTN screen image file and display PSTN E-MAIL screen image 50E on display 112 (FIG. 5E)."

- "Step 468: If option value in options register="111" (FIG. 1D) (Corresponding to no connector default state 126(7)), Then configure the audio MUX 160 for path 60D to connect modem 170 from line 176 to line 177 to cellular telephone interface 114."

- "Step 470: Access cellular E-MAIL screen image file & display cellular E-MAIL screen image 50F on display 112 (FIG. 5F)."

- "The method then returns to the main program. The method 400 is carried out primarily through the execution of program instructions stored in the RAM 102 and executed by the CPU 106."

Goodwin col.10 l.51–col.11 l.12

- *See also* Goodwin FIGS. 2–5F


**Harris** teaches "transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode"

- "Other proposed multi-mode communication devices combine a portable radiotelephone with a personal digital assistant. In a first mode of operation, the device operates as a conventional radiotelephone. In a second mode of operation, a personal digital assistant mode, the device permits the user to, for example, write and store notes, view previously stored notes, fax a note, send a note via electronic mail, and/or access the Internet. In an overlapping mode, while viewing a stored note in the personal digital assistant mode, a user can place a radiotelephone call and view the note during the call. However, this device employs at least two displays and two keypads--one display and keypad for use primarily in the radiotelephone mode and the other display and keypad for use primarily in the personal digital assistant mode. Such redundancy adds sufficient size and cost to the device."

Harris col.1 ll.43–58

- "The communication link 106 can be a wireless connection or a wireline connection, such as a twisted wire pair, a coaxial cable, or the like. The communication link 106 supports data communications between the

communication devices 102 and 104. Such data communications include cellular radiotelephone service, paging service, two-way radio service, electronic mail service, wireless fax service, short message service, or the like. In the illustrated embodiment, data is communicated via the wireless communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.66–col.3 l.8

- "Upon detection of actuation of the power switch 131 on bus 127 and detection of the logic high level signal from the sensor 512 on the bus 191 from positioning the housings 108 and 110 as shown in FIG. 2, the controller 118 powers on, and configures, the communication device 104 in a telephone mode 700 of FIG. 7. In this mode, the controller 118 configures the display 184 (FIG. 2) to display a telephone keypad 206, a darkened telephone softkey 202, a phonebook softkey 203, a notes softkey 204, and a camera softkey 205. Telephonic communication is initiated via reception of a call or placement of a call. An incoming call is received by the user touching the touchscreen 186 at the telephone softkey 202 in response to an incoming call alert from the speaker 149 of FIG. 1. A call is placed by touching the display 184 at the numbers of the telephone keypad 206 to enter a desired phone number. Alternatively, placement of a call using a stored telephone number can be performed via a phonebook mode 702 (FIG. 7), as is discussed in greater detail with respect to FIG. 10 below."

Harris col.9 ll.17–35

- "Upon detection, during a call, of detachment of the housings 108 and 110 from the logic low level on all wires of the bus 191 and touching the touchscreen 186 at the notes softkey 204 via bus 166, the controller 118 configures the communication device in a note taking mode 732 of FIG. 7. The transition from the telephone mode 700 to the note taking mode 732 is represented by arrow 733."

- "In the note taking mode 732, the controller 118 configures the display 184 (FIG. 9) to display a menu level icon 902, provide a tablet area 904, and display the softkeys 202-205 with the telephone softkey 202 and the notes softkey 204 darkened. In this mode, the housing 110 can be positioned a distance from the housing 108. For example, the housing 110 can be positioned on a table while the housing 108 is positioned against the user's head. This facilitates entry of a handwritten note 906 on the tablet area 904 of the touchscreen 186 of the housing 110 while the housing 108 is positioned along between the user's ear and mouth to permit audible communication via the speaker 149 and the microphone 151. The handwritten note 906 is written by writing on the tablet area 904 of the touchscreen 186 with a stylus or other suitable device. Upon detection of touching the touchscreen 186 at the menu level icon 902 via bus 166, the controller 118 reconfigures the display 184 to display additional functions

Exhibit J-5

of the communication device 104 for accessing. For example, actuation of the menu level icon 902 can access the notes mode 704 of FIG. 7, which allows storage of the handwritten notes or creation of additional notes, as described in greater detail with respect to FIG. 11 below. Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 returns the communication device 104 to the telephone mode 700 (FIG. 7). The transition from the note taking mode 732 to the telephone mode 700 is represented by arrow 734."

- "Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 terminates an active call in the telephone mode 700. Upon detection of touching the touchscreen 186 at the phonebook softkey 203 or at the notes softkey 204 while a call is not active, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 (FIG. 7) to the phonebook mode 702 or the notes mode 704, respectively, as represented by respective arrow 708 or 710. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 to the camera mode 706 as represented by arrow 712."

Harris col.9 l.66–col.10 l.46

- "In the notes mode 704, the controller 118 configures the display 184 (FIG. 11) to display the softkey 202-205 with the notes softkey 204 darkened and the message "notes" followed by a list of functions 1102. The list of functions 1102 is stored in the memory 139 of the controller 118. Upon detection of touching the touchscreen 186 at the notes softkey 204 while a function (such as "Save Note") is highlighted by a cursor 1104, the controller 118 executes the function. Upon detection of right and left actuation of the toggle switch 129 via bus 127, the controller 118 configures the display 184 to move the cursor 1104 up and down the list of functions 1102, respectively. The "Save Note" function is also accessible from the note taking mode 732 (FIG. 9) via actuation of the menu level icon 902 as previously described. During execution of the "Save Note", the controller 118 stores a note, such as the handwritten note 906 written during the note taking mode 732, in the image memory 153 (FIG. 1). Also upon execution of a function, the controller 118 may configure the display 184 to display additional executable functions, such as, entry of an alphanumeric name for naming the note. Upon detection of touching the touchscreen 186 at the telephone softkey 202 or at the phonebook softkey 203 via bus 166, the controller 118 transitions operation of the communication device 104 from the notes mode 704 (FIG. 7) to the telephone mode 700 as represented by arrow 718 or the phonebook mode 702 as represented by arrow 720, respectively. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the notes

Exhibit J-5

| | |
|---|---|
| | mode 704 to the camera mode 706 as represented by arrow 722."<br><br>Harris col.11 ll.8–38<br><br>*See also* Harris FIGS. 2, 7–9, 11. |
| [e] transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. | **Yoshida** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"<br><br>• "(3-2) The Transmission of Electronic Mail"<br><br>• "If, for example, an electronic mail should be transmitted by the SMTP (simple mail transfer protocol), the SMTP client (hereinafter, simply referred to as a client) issues, at first, the request of connection to the SMTP server (hereinafter, simply referred to as a server). for the transmission and reception of an electronic mail (step S591)."<br><br>• "When the server is connected by this request, the server returns to the client a response code indicating 'connection OK'."<br><br>• "When the client recognizes the reception of this response code (step S592), it declares to the server the commencement of use by notifying the server of the client's domain name by means of the HELD command (step S593)."<br><br>• "Then, the server returns to the client the response code indicating 'normal', together with the domain name of the server when the server recognizes the domain name of the client."<br><br>• "When the client recognizes the reception of this response code and the domain name of the server (step S594), the client notifies the server of the From information by means of the MAIL command and declares the commencement of electronic mail transmission (step S595) by designating the user name (address) at the source of transmission."<br><br>• "Then, the server returns to the client the response code indicating 'normal' when the server recognizes that the user name (address) at the source of transmission is correct, and that the reception of this mail is ready by the reception of the 'from' information from the client and the user name at the source of transmission."<br><br>• "When the client recognizes the reception of this response code (step S596), the client designates the address of the mail for the server (step S597) by, means of the RCPT command."<br><br>• "Here, if the mail is to be sent to a plurality of parties, the plural mail |

66

Exhibit J-5

<table>
<tr>
<td></td>
<td>

addresses are designated in the step S597 accordingly."

- "Then, the server determines whether or not the mail address designated by the client is acceptable, and returns to the client the response code indicating 'normal' if the client can handle the address thus designated, and, otherwise, returns the code indicating that the mail will be transferred to another SMTP server."

- "When the client recognizes the reception of the normal response code (step S598), the client declares to the server the text transmission of the mail by means of the DATA command (step S599)."

- "If the reception is ready, the server returns to the client the response code indicating 'the admission of the mail transmission' (the response code 354) when the server receives from the client the declaration of the text transmission of the client's mail."

- "When the client recognizes the reception of this response code (step S600), the client transmits to the server the text of the mail (step S601). Then the client transmits the node indicated by <CR> <LF> <CR> <LF>, and the like to declare completion of the text transmission (step S602). Here, in accordance with the present embodiment, it may be possible for the client to attach an image file, which is the file of one or more photographed images, for example, or a file of received images, to the text of the mail."

- "Then, the server returns to the client the response code indicating that the server has completely complied with the client's request normally (the response code 250), when the server receives the client's declaration of the termination of the text transmission."

- "When the client recognizes the reception of this response code (step S603), the client declares to the server the termination of the transmission of the SMTP electronic mail (step S604)."

- "Then, the server returns to the client the response code indicating "termination" when the server receives the client's declaration of the termination."

- "When the client recognizes the reception of this response code (step S605), the TCP connection is cut off, to terminate the current process."

Yoshida col.19 l.44–col.20 l.53

*See also* Yoshida FIGS. 12–14

</td>
</tr>
</table>

67

Exhibit J-5

**Suso** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "When the 'transmission/reception' mode is designated by the cursor button 15 in the state shown in FIG. 6 and the determination button 16 is touched, the "transmission / reception" mode in the display state shown in FIG. 8(a) is set.  In this mode, the device is basically used as a telephone."

Suso col.6 ll.43–47.

- "When the other side connected as mentioned above is a television telephone, the device detects the fact by information from the other side and the state is changed to a state shown in FIG. 8(b).

- "That is, in the display/operation part 4 of the upper case 1, a display part 25a in which a self image obtained by the built-in video camera is displayed, a display part 25b in which an image of the other side sent from the other side is displayed, the menu button 23d, the F button 23a, and an other side/self button 25c are displayed. The other side/self button 25c is used to switch a mode for displaying the self image and the other side image in respective two regions of the display parts 25a and 25b as shown in the diagram, a mode for displaying only the self image, and a mode for displaying only the other side image each time the button 25c is touched. The modes are sequentially switched every touching operation.

- "In the display/operation part 5 of the lower case 2, as shown in the diagram, in addition to the transmission button 24b, the redial button 24c, and the end button 24d, an attachment button 26a, a handwriting memo button 26b, and the like are displayed.  In the embodiment, a memory in which various data is stored is also built in.  By touching the attachment button 26a, the data is read out and a child picture plane (sum nail [*sic*—thumbnail] display) in a proper place in the display/operation part 5. By touching cursor/scroll buttons 26c, the data displayed in the child picture plane can be scrolled. By adjusting the cursor on desired data and touching the transmission button 24b, the data can be transmitted to the other side."

- "The data can be properly inputted by touching the F button 23a and the ten-key 24a in the state shown in FIG. 8a."

- "In FIG. 8b, by touching the handwriting memo button 26b, a part of the display/operation part 5 becomes a picture plane of a memo and notes can be taken in the part. In this case as well, by touching the transmission button 24a, the memo can be transmitted to the other side. When the

memo is not transmitted, it can be erased by touching the clear button 26d. Alternatively, the memo can be stored into the memory by touching the storing button 26e."

Suso col.7 ll.19–59.

*See also* Suso FIGS. 8a–b

**Safai** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "The display 300 comprises a welcome message 301 and application selection icons. Preferably, the icons comprise a Mail icon 302, Print icon 304, Edit icon 306, and Settings icon 308. For purposes of clarity, FIG. 3 represents the icons as text labels. However, the icons may be displayed in pictorial form using pictures that suggest the function of the application program that is accessed using the icon. For example, the Mail icon 302 can comprise a picture of a letter or mailbox."

Safai col.7 l.66–col.8 l.7

- "Menu 400 comprises an Address button 402, a Choose Photo button 404, a Voice Message button 406, a Send Photo button 408, and a Done button 410. Each of the buttons 402-410 is used to select or activate a function of the transport application 230 associated with the name or label of the button. In one embodiment, each of the buttons 402-410 is associated with a subroutine or sub-function of the transport application 230 that is called by the CPU 210 when the button is selected or activated."

- "FIG. 5 is a flow diagram of an embodiment of the image transport application 230. Operation of the image transport application 230 initiates with displaying the top-level menu 400, as shown by block 502. In block 504, a message is addressed. In one embodiment, block 504 involves responding to a user's selection of the Address button 402. In response, message addressing involves the steps shown in blocks 506-520. Such steps will be described with reference to FIG. 4B, which is a block diagram of a display 412 generated during addressing steps of the image transport application, in one embodiment."

- "When a user selects the Address button 402, as represented by block 504, in response the transport application 230 displays an address entry screen on the display device 108, as indicated by block 506. In the preferred embodiment, display 412 is shown on the display device 108. Display 412 generally comprises an address entry field 414, a virtual keyboard 416, and

69

a Done button 418. A user of the digital camera specifies an address, to which one or more photos are to be sent, by entering the address in the address entry field 414. The address is entered by touching or pressing one or more keys of the virtual keyboard 416. The virtual keyboard 416 is a graphical representation of an alphanumeric keyboard."

- "Using keys on the virtual keyboard 416, a user enters letters, numbers and characters of an address 420. The address 420 may be an electronic address, such as an electronic mail address that follows the Internet addressing format. Alternatively, the address 420 is a physical address, such as a postal mail address. Any address format may be provided."

- "In one embodiment, a user may also enter text describing a subject of the photos or message. In this embodiment, display 412 further includes a subject data entry field next to the address entry field 414. A user may select the subject data entry field by tapping on it with a finger or stylus. In response, transport application 230 displays a cursor in the subject data entry field. The user may enter text for the subject line using the virtual keyboard 416. The transport application 230 displays each character in the subject data entry field as it is entered by the user. When the user selects the DONE button 418, the transport application stores the characters that were entered, for example, in a subject string variable associated with the address."

Safai col.8 l.28–col.9 l.13

- "The transport application 230 receives and stores the address 420, as shown by block 508. When the user has completed entry of the address 420, the user selects either the NEXT button 422 or the DONE button 418 of display 412."

Safai col.9 ll.25–30

- Generally, after entering one or more addresses, a user will next select one or more stored images, such as digital photos, to be sent to the one or more addresses. As shown in FIG. 5B, in block 522 a user selects the Choose Photo button 404 from menu 400. In response, in block 524 the transport application displays a photo select screen. FIG. 4C is a block diagram of a photo select screen 430 that is generated during the image selection step of the image transport application. The photo select screen 430 comprises a plurality of images 432a-432d, each of which is a small-size representation of a previously taken digital photo that is stored in the digital camera 100. Thus, the images 432a-432d comprise "thumbnail" views of photos that are stored in the camera. Although four (4) images 432a-432d are shown in FIG. 4C, this number is not critical, and any number of images can be shown in thumbnail form.

Exhibit J-5

Safai col.10 ll.24–39

- "Optionally, a user may record a voice message and associate the recorded voice message with the selected photos and addresses. To record and associate a voice message, the user selects the Voice Message button 406 from menu 400. FIG. 4D is a block diagram of a display 446 generated during a voice message step of the image transport application. The display 446 comprises a Record button 448, a Play button 450, and a DONE button 452. The voice message recorded by the user may be a commentary on one or more images, such as 'Hi, Grandma, here are the photos of the grandchildren,' or any other desired voice annotation for one or more images."

- "To record a voice message, the user taps or touches the Record button 448. In response, the transport application 230 begins receiving digitized voice information from the microphone 216 through the interface 218. In one embodiment, the transport application 230 calls one or more functions of the operating system 226 or kernel 222 to obtain digitized voice information from the interface 218. The user speaks into the microphone 216 and speaks any desired message. The digitized voice information is stored in the storage device 212 in association with the list of selected photos and the addresses entered by the user. For example, the digitized voice information is stored in a file in the storage device 212, using the file system provided by the operating system 226, and the name of the file is stored in an object that associates the name, the names of the selected photos, and the addresses."

Safai col.11 ll.27–55

- "After optionally recording a voice message, a user may dispatch the selected images to the entered addresses by selecting the Send Photo button 408. In response, the transport application displays a Send Message screen. FIG. 4E is a block diagram of a Send Message screen 454, comprising a confirmation box 456, message box 464, Send button 458, Cancel button 460, and Done button 462. The confirmation box 456 displays an address, the number of photos to be sent to that address, and an indication whether a voice message is attached. When the user has entered more than one address, the transport application will send the selected photos to each address in the list separately. In that case, each address is displayed in the confirmation box 456 separately."

Safai col.12 ll.1–14

- "When the Send button 458 is selected, in response, the transport application sends the selected photos to the destination address indicated in the confirmation box 456. A preferred process of sending messages will be described in the context of FIG. 6, which is a block diagram of an

Exhibit J-5

image transport system. Camera 100 is coupled through its communication port 214, such as a modem, and phone line 212 to the public switched telephone network (PSTN) 606. A service provider 600 is logically separated from camera 100. The service provider 600 has a server 601 that is coupled by a modem 604 to the PSTN 606. One or more services 602 are executed by the server 601. The services 602 preferably include a service of receiving and forwarding photos, as described herein. Other services can be provided, as described below."

Safai col.13 ll.10–24

- "Having received the photos, addresses, and voice message information, the server 601 determines what to do with them. In an embodiment, a process of the services 602 examines each address received from the camera 100 and parses the address. When the address is identified as an Internet address in the parsing process, then the service 602 forwards the photos by Internet electronic mail. In particular, the service 602 creates an Internet mail message as a package for the photos. The Internet address is designated as the address for the message. The electronic mail message contains a text greeting identifying the sender. Each digital photo is converted into an image file in a universal file format, such as TIFF, GIF, JPEG, etc. Each image file is attached to the Internet mail message as a file attachment. The service 602 then dispatches the Internet mail message over the network 608."

Safai col.14 ll.9–24

*See also* Safai FIGS. 3–6

**Parulski** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "The present invention is directed to overcoming one or more of the problems set forth above.  Briefly summarized, according to one aspect of the present invention, the camera and system of our invention meets this need by allowing the user to select 'downstream' services at the time of capture, using the camera's LCD screen and user interface. The digital camera includes a liquid crystal display (LCD) for viewing images captured from a CCD sensor and stored on a removable memory card. The LCD also presents a user interface (UI) that allows the user to create a print order "utilization file". As individual images are viewed, the user can decide how many (if any) prints to make of the image, the print size, and the print quality (low cost ink jet versus high quality thermal prints, for example). The memory card can then be inserted in a home printer, walk-up kiosk, or

72

Exhibit J-5

dropped off/mailed to a photofinisher, or the camera itself can be connected to the printer or kiosk via a wired or wireless (e.g., IrDA) link. The print order can then be automatically produced without any additional user intervention."

- "Alternately, a modem in the camera or card reader can transmit the utilization file and the image data to a print service provider, which can produce the prints and return them via mail to the user, or to a party designated by the user. The utilization file can alternately include e-mail addresses to allow images to be automatically sent to others, postal address information for sending print images, or albuming information to allow images to be placed in an on-line image database."

Parulski col.1 l.67–col.2 l.28

- "After placing the memory card 36 in the camera (or disconnecting the camera from the host PC 10), the user can operate the camera 12 to take numerous pictures, which are stored either in the internal memory 32 or in the memory card 36 (or in both). After taking pictures, the user reviews the images on the LCD screen 24, using the buttons 26 to scroll through the images. The user can then select the desired 'downstream services' (printing, e-mailing, and/or albuming) and compose the order using the options listed in FIG. 2.  These services and options are accessed from the memory card 36 and, for example, the keyword descriptors are assembled in a menu and displayed on the LCD screen 24. Selections among these services and options are made, for example, by reference to the keyword descriptors and actuation of the user buttons 26. The details of the order information is written into a 'utilization' file generated by the camera that identifies the order and includes pointers to the image files that store the images required to 'fulfill' the order.  The 'utilization' file is stored in the internal memory 32 or the memory card 36."

Parulski col.3 ll.25–44

- "Instead of, or in addition to, composing a print order, the user may choose to transmit one or more images to others. These images can include the 'creative' images and/or text described above. The user selects the images and the person(s) who will receive them, from the group of addresses loaded into the camera via the process described earlier (the software application running on the home PC 10). The e-mail order information is provided in the utilization file that gives the e-mail address and includes pointers to the image files that store the images required to 'fulfill' the e-mail order."

- If the camera includes a transmitter, e.g., a cellular connection in the communications interface 28, the camera could include and initiate a 'send' command that the user would enable after completing the e-mail

73

order. This command would automatically send the appropriate images to the appropriate user's e-mail accounts through the network 31 using the appropriate communications protocol (FTP, mailto, etc.). Alternately, the camera can be placed in a docking unit (not shown) containing the modem. The images can then be automatically transmitted to the service provider 14, when the camera is inserted into the dock. Alternately, the memory card 36 could be removed from the camera and placed in a kiosk, which would then transmit the images and bill the user's charge card."

Parulski col.4 ll.17–42

- "Instead of having the camera 12 communicate directly to the 'downstream' service provider 14 over the communications network 31, the communications network 31 from the camera 12 could alternately be connected to an internet service provider (ISP) (not shown) such as AOL (America On Line), Earthlink, Eznet, etc. The 'downstream' service provider 14 would then be connected to all ISPs via the internet, eliminating the need to maintain a separate communications network. The ISP would transfer the utilization file data and images needed to order prints and album images to the downstream service provider. The ISP could itself handle e-mailing of images to other users, using the data and images in the utilization file."

- "The utilization order information is provided in the utilization file. The general file organization is shown in FIG. 4, and a detailed example of the file contents of an elaborate utilization file is given in Appendix I. This file may be encrypted to prevent unauthorized use of the sensitive information, such as the user's credit card number. Referring to Appendix I, a Global information section (lines 2-26) provides the customer information (name, address, credit card), as well as the time the order was placed, and whether it has been processed or not."

Parulski col.4 l.59–col.5 l.14

- "An e-mail order section (lines 57-65) provides the e-mail address and a list of images that should be sent to this address.  An album order section (lines 67-72) provides a means for adding images to the users on-line photo album. The user can classify the images under a particular heading (e.g., "vacation" images) and indicate who is allowed to access the images via the internet."

- "A Creative Detail section (lines 74-90) defines each creative image, such as the image in FIG. 3. It also describes user defined text (line 81). Multiple templates and user text options may be downloaded from the host computer to a memory card that is then inserted into the camera, prior to taking pictures. The template (background) may be an identification code that is only added, for example, during printing. In this case, the template

Exhibit J-5

is not viewed when the image is displayed on the camera. Alternately, a low resolution version of the templates desired by the user can be stored in the camera, so that the user can preview the final composite image. A high resolution version of the template can be used by the service provider to print the final composite image. The user may decide to crop and rotate the image (lines 86-87) prior to inserting it into the creative background."

Parulski col.5 ll.27–50

*See also* Parulski FIGS. 1–4, Appendix I

**Arai** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "In the address file edit procedure, when instructed by a key operation to move to the capture mode, the CPU 46 performs communication procedure to capture address-related data that is added anew to address file data from external equipment (the digital camera 1 in this case). The picture data and its additional data transferred from the digital camera to the personal computer are associated with new storage number data and then stored in the address file memory 42b. Thereby, a new set of address-related data items is added to the address file data."

- "Also, the CPU 46, when instructed by the input unit 41 to make a mail transmission, performs mail transmission procedure which will be described later in conjunction with FIG. 13."

- "In the E-mail transmission procedure, the CPU selects sets of address-related data items containing E-mail addresses from the address file memory 42b and provides a batch display of the selected address-related data sets, each with picture data and its associated title data, memo data and E-mail address data, on the display unit in ascending order of storage number data. When one of the simultaneously displayed pictures is selectively specified with the mouse, the E-mail address data associated with the specified picture is read from the address file memory 42b. After that, the specified picture data, its associated title data, date data and memo data and mail are transmitted to the destination terminal over the communication cable and the computer network."

Arai col.9 ll.17–45

- "The communication unit 50 is a communication modem that performs data communication control when the personal computer is connected to a computer network by a communication cable or E-mail is sent to or

Exhibit J-5

received from a destination terminal over the computer network."

Arai col.9 col.61–65

- "Next, the operation will be described."

- "First, reference will be made to a flowchart illustrated in FIGS. 8 and 9 to describe the data entry procedure carried out by the CPU 36 in the digital camera 1."

- "When the mode switch 13 is operated to set the data entry mode, the CPU 36 calls the data entry procedure program stored in the ROM 33 into execution."

- "The CPU 36 first performs an initial process of developing the character data storage table 34a (see FIG. 4) stored in the ROM 33 in a predetermined area of the RAM 34 (step S1) and then performs a process of specifying picture data with which additional data, such as E-mail address data, is associated."

- "That is, the CPU 36 reads picture data assigned page number data "1" from among, for example, 64 frames of picture data stored in the flash memory 31, subjects the read picture data to decompression in the compression/decompression circuit 30, adds sync signals to the resulting picture data in the signal generator 25 to form a video signal, and outputs the video signal to the display unit 12 to display the picture on its screen (step S2)."

- "Next, the CPU 36 makes a decision of whether or not the shutter key 15 has been pressed (step S3). If the shutter key 15 is not pressed, then a decision is next made as to whether or not the plus key 17a or the minus key 17b has been pressed (step S4)."

- "If the decision is that neither the plus key nor the minus key is pressed, the procedure returns to step S3. If, on the other hand, the decision is that either of the plus key and the minus key has been pressed, the CPU reads the preceding or succeeding picture from the flash memory 31 depending on which key has been pressed. That is, when the plus key is pressed, the next picture data is read and displayed. For example, when the page number data of the currently displayed picture data is "1", the picture data of page number data "2" is read from the flash memory and then displayed on the display unit. When the minus key is pressed, on the other hand, picture data of page number data that precedes that of the currently displayed picture data by one is read from the flash memory and displayed (step S5). The procedure then returns to step S3."

- "The above-described control procedure allows the user to retrieve a

Exhibit J-5

desired picture with which additional data, such as E-mail address data, is associated while displaying each of multiple pictures stored in the flash memory 31 in the digital camera in sequence."

- "The CPU 36, upon deciding that the shutter key 15 was pressed in step S3, determines a picture displayed on the display unit 15 at the time the shutter key was pressed as a picture with which the additional data is to be associated (step S6)."

- "The CPU next makes a decision of which of date data, title data, E-mail data and memo data is to be set (steps S7 to S19). If no data is to be set, then the procedure goes to step S22. The CPU, upon deciding that data is to be set, enters a specified data set mode (step S11, S12, S13 or S14) and then carries out a data setting procedure (steps S15 to S22)."

- "That is, the CPU 36 first reads character data {character pullout} having coordinates of (X1, Y1) out of the character storage table 34a (see FIG. 4) in the RAM 34 and then displays it on the display unit 12 (step S15)."

- "The CPU next decides whether or not the shutter key 15 was pressed (step S16). If it is not, then the CPU makes a decision of whether or not the plus key 17a or the minus key 17b was pressed (step S17)."

- "When the decision is that none of the keys 17a and 17b is pressed, the CPU returns to step S16; otherwise, the CPU goes to step S18 in which the displayed character is switched to another depending on the key pressed. That is, when the plus key 17a is pressed, the value for X coordinate of the coordinates (Xn, Yn) of a character being displayed is incremented by one to display a character having coordinates of (Xn+1, Yn). For example, if the character that is currently displayed is {character pullout}"

- "(coordinates 'X1, Y1)), then the character {character pullout}"

- "(coordinates 'X2, Y1)) is displayed next. On the other hand, when the minus key 17b is pressed, the value for Y coordinate of the coordinates (Xn, Yn) of the character being displayed is incremented by one to display a character having coordinates of (Xn, Yn+1). For example, when the character that is currently displayed is {character pullout}"

- "(coordinates (Xn, Yn)), the character {character pullout}"

- "(coordinates (X1, Y2)) is displayed next. After that, the procedure returns to step S16."

- "The CPU 36, upon deciding in step S16 that the shutter key 15 was pressed, determines a character that was displayed at the time when the shutter key was pressed as one character in input data (step S19). After

77

Exhibit J-5

that, the CPU makes a decision of whether or not the shutter key was pressed again to indicate the termination of the data setting procedure (step S20). When the data setting procedure is continued, the procedure returns to step S16 to set the next character in input data."

- "When the termination of the data setting procedure is indicated in step S20, the CPU stores the set input data as one of date data, title data, E-mail address data and memo data specified in step S7, S8, S9, or S10 into a predetermined area of the RAM 34 (step S21) and then returns to step S7."

- "The ROM 33 in the digital camera 1 is stored with a Japanese FEP (Front End Processor) which permits Hiragana characters in input data to be translated into Kanji or Katakana characters."

- "Such a control procedure as described above allows the user to create and set date data, title data, E-mail address data, and memo data by repeating a step of reading each of corresponding characters from the character data storage table 34a in the RAM 34 in sequence to display it on the display unit through the operation of the plus key 17a or the minus key 17b and a step of, through the operation of the shutter key 15, determining a character that is being displayed when the shutter key is pressed as one character of input data."

Arai col.10 l.1–col.11 l.47

- "FIG. 11 shows an example of a picture displayed on the display unit and its associated additional data."

- "This figures shows a portrait of Hanako Suzuki displayed on the display unit 12 as picture data with 'Hanako Suzuki (name)' set as title data and "hanaco-suzuki@000.co.or.jp" as E-mail address data. In this display example, '18' at the upper right of the screen indicates the page number data associated with the picture data."

Arai col.13 ll.8–15

- "Hereinafter, the mail transmission procedure carried out by the CPU 46 in the personal computer 2 will be described with reference to a flowchart shown in FIG. 13."

- "When instructed by the input unit 41 to go to the mail transmission procedure, the CPU 46 calls a mail transmitting program from the storage medium 49 through the storage unit 48 into execution."

- "The CPU 46 first performs an initial process such as reading address file data stored in a predetermined area of the storage medium 49 and developing it in the address file memory 42b in the RAM 42 (step T21)

78

Exhibit J-5

and then going into the transmit picture specify mode (step T21). In this transmit picture specify mode, the CPU 46 first selects address-related data having E-mail address data from address file data developed in the address file memory 42b (step T23). The CPU then provides, on the display unit 47, a batch display of items of picture data and their associated title data, memo data and E-mail address data in the selected address-related data in ascending order of their storage number data (step T24)."

- "The CPU next makes a decision as to whether any one of the simultaneously displayed pictures has been specified with the mouse (step T25). When none of the pictures is specified, the CPU returns to step T24."

- "When the decision is that one of the pictures has been specified, the CPU 46 reads E-mail address data associated with the specified picture from the address file memory 42b and temporarily stores it in a predetermined area of the work memory 42c (step T26). The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27)."

- "The CPU then reads the specified picture data and its associated title data, date data and memo data from the address file memory 42b and stores them in the transmit data memory 42a (step T27)."

- "The CPU 46 then goes into the transmit data create mode (step T28), creates transmit mail data on the basis of user's key inputs from the input unit 41 (step T29) and temporarily stores the created mail data into the transmit data memory 42a (step T30)."

- "Next, the CPU 46 reads the E-mail address data from the work memory 42c and reads the specified picture data, its associated title data, date data and memo data, and the mail data from the transmit data memory 42a, which, in turn, are sent to the communication unit 50."

- "The communication unit 50 connects the personal computer 2 to a computer network through a communication line according to a preset access code under the control of the CPU 46 and then sends the specified picture data and its associated title data, date data, memo data and the mail to a destination terminal addressed by the E-mail address data (step T31)."

Arai col.15 l.34–col.16 l.19

- "In the above-described mail transmission procedure (FIG. 13), the CPU enters the transmit data create mode after a picture has been specified, and, in this mode mail created based on key inputs is transmitted together with the specified picture. Alternatively, the picture may be transmitted together

with its associated title data, date data and memo data immediately after it has been specified without going into the transmit data create mode."

Arai col.16 ll.42–49

- "The communication unit 50 connects the personal computer 2 to the computer network through a communication line and transmits the title data, date data, memo data, and untransmitted picture data to a destination terminal addressed by the E-mail address data (step T48)."

Arai col.17 ll.33–37

- "In the above-described embodiment, the personal computer 2 is arranged to transmit picture data transferred from the digital camera 1 to a destination terminal. Alternatively, the digital camera itself may be arranged to transmit picture data to a destination terminal without using the personal computer 2."

- "This arrangement will be described below."

- "FIG. 17 shows a circuit arrangement of a digital camera 100 having a telephone communication function."

- "A transmission unit 39, which is adapted to transmit E-mail to a destination terminal over a communication line and a computer network, comprises a frequency converter and a modem. The frequency converter provides frequency conversion by mixing a modulated signal from the modem to be described later and a local oscillator signal of a predetermined frequency output from a PLL synthesizer. The frequency-converted signal is radiated from an antenna ANT. In the modem, data from the DRAM 29 or the flash memory 31 is modulated and then output to the frequency converter."

Arai col.20 ll.9–28

- "Next, the mail transmission procedure carried out by the CPU 36 in the digital camera 100 will be described with reference to a flowchart shown in FIG. 18."

- "When instructed by the key entry unit 35 to perform the mail transmission procedure, the CPU 36 calls a mail transmitting program from the ROM 33 into execution."

- "First, the CPU 36 performs an initial process such as initialization (step S61). After that, the CPU goes into the transmit picture specification mode (step S62). In this transmit picture specification mode, the CPU 36 first performs the processes identical to those in steps S2 to S6 in the

previously described data entry procedure described in conjunction with FIGS. 8 and 9 (steps S63 to S67), whereby two or more pictures stored in the flash memory 31 are displayed in sequence on the display unit 12 by pressing the plus key 17a or the minus key 17b and a picture to be sent to a destination terminal is specified by pressing the shutter key 15."

- "In this case, picture data displayed on the display unit by operating the plus key or the minus key is one having at least E-mail address data as its associated additional data. The additional data is displayed simultaneously with the corresponding picture data."

- "Next, the CPU 36 makes a decision of whether there is more picture data to be transmitted on the basis of a key operation (step S68). When the effect key 16 is pressed to indicate that there is more picture data, the CPU returns to step S64 to continue the process of specifying picture data to be sent."

- "When the shutter key 15 is pressed and it is therefore decided that there is no more picture data to be sent, the CPU 36 drives the transmission unit 39 and the antenna ANT and dials to connect the digital camera 100 to the computer network through a communication line (step S69). The CPU then sends one or more items of picture data specified to be transmitted and their associated additional data (title data, date data, and memo data) read from the flash memory 31 to their respective destination terminals addressed by their respective associated E-mail address data (step S70)."

- "After that, the CPU disconnects the line between the digital camera and the computer network (step S71), terminating the mail transmission procedure."

- "The foregoing is the mail transmission procedure carried out by the CPU 36 in the digital camera 100."

Arai col.20 l.40–col.21 l.14

- "In the modification 2 of the mail transmission procedure of FIG. 20, in steps S94 and S95, only pictures shot are transmitted to destination terminals addressed by E-mail address data input in step S93. As an alternative, in step S93, title data and memo data may be inputted in addition to E-mail address data and, in step S97, the title data and memo data may be sent together with the picture data."

Arai col.22 ll.23–29

*See also* Arai FIGS. 5, 8–9, 11–15, 17–20

Exhibit J-5

The **Nokia 9110 Communicator** mobile phone "transmit[s] the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- Mail is started in the Internet main view by selecting Mail and pressing the **Select** command button.

Nokia 9110 Communicator User's Manual p. 89

## To send mail

### To write new mail

1  Press **Write mail** in the Mail main view. An empty mail editor opens.

2  Write the message. You can change the font within the Mail settings.

3  When the message is ready to be sent, press **Recipient**. The Mail directory opens.

Nokia 9110 Communicator User's Manual p. 92

### To select a recipient

There are two ways to select a recipient for your mail message:

1  Select the contact(s) in the Mail directory with the selection frame and press **Select**. If a contact has several mail addresses, a pop-up box opens, listing the available mail addresses. Select an address and press **Select**. Or,

2  Enter the recipient's address manually by pressing **Enter address**. Remember that the mail address must contain the @ character, and that the address cannot contain accented characters.

The Mail envelope opens whenever you are about to send mail, see figure 3. All the field entries are editable.



*Figure 3*

Nokia 9110 Communicator User's Manual p. 92

82

Exhibit J-5

**To add addresses to the To or Cc fields of the Mail envelope**

1  Select whether to add a new recipient to the *To* or the *Cc* field by scrolling to the appropriate field.

2  Press **Add recipient**.

3  Select the recipients as described above.

> **Note:** Multiple addresses in the *To* and *Cc* fields must be separated by a comma.

- 

Nokia 9110 Communicator User's Manual p. 93

Sending image as an email attachment:

First write the email and choose *Recipient* (or enter address). Then press *Attachment* from the right side of the display, then press *Add* and choose the downloaded files folder. Select the image from the list. After you have selected the image(s) you can see them in the list of attachments. Then press *Close* and now you can send the mail by pressing *Send* from the right side of the display

- 

Nokia 9110 Communicator Digital Camera Connectivity p. 2

**To send mail upon request**

When you have several mail messages to send, you may want to use the *Upon request* option. This way you may send all your mail during the same data call.

1  Write your mail, select the recipient, press the Menu button and select *Send options*.

2  Select the *Send mail: Upon request* option and then press **Send** to send the mail.

3  Go to the Document outbox and press **Open**.

4  Press **Start** to send your mail.

You can also select the *During next connection* option, with which your mail will be sent automatically the next time you make a connection to the Internet access point your Remote mailbox uses.

- 

Nokia 9110 Communicator User's Manual p. 93

The **IBM Simon** mobile phone transmits "the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

Exhibit J-5

There are four special icon buttons that are at the bottom of every screen. The icons are:

| Icon | | |
|---|---|---|
| ⑦ | **Help** | Touch this icon to get information about how to use features on the current screen. |
| ☎ | **Phone** | If the phone rings, gently extend the antenna and touch this icon to answer. Touch this icon any other time to get to the main phone screen. |
| 🗂 | **Mobile Office** | Touch this icon to go directly to the Mobile Office screen. From the Mobile Office screen you can select advanced communication features (Fax and Electronic Mail), personal organization features (Address Book, Calendar for appointments, To-Do list), special Simon features (System, Filer, Password), and other helpful tools (Time, Calculator, Sketch Pad, Note Pad). |

• 

IBM Simon Users Manual p. 12

Exhibit J-5



IBM Simon Users Manual p. 34

Exhibit J-5

## Creating Mail

To create a new E-mail message, touch the Create New Mail button on the main Mail screen. The Mail Address Menu appears. Use this screen to enter the cc:Mail addresses for the people you want to receive this message.

To get an E-mail address from the Address Book, touch the "Address To: (From Address Book)" button. The Address Book alphabetical index will appear. Touch the letter tab for the last name of the recipient, then touch the recipient's button to add him or her to the "To" list. If the recipient is not in your Address Book, you can touch the "Address To: (Type)" button to type the recipient's E-mail address with the on-screen keyboard. Each time you type a recipient's E-mail address and touch the Done key, a post office name form will appear. If the recipient uses your post office, just touch the Done key to continue. Otherwise, fill in the recipient's post office name then touch the Done key. Follow the same steps to add people to the carbon copy (cc) list with the "cc: (From Address Book)" and "cc: (Type)" buttons. You can put as many E-mail addresses as you like in the "To" and "cc" lists.

If you want the Mail feature to notify you when the recipients get the message, touch the Notify on Receipt box to check it.

Once you have finished addressing the message, touch the Type Message button. A message form appears with the on-screen keyboard. Use the keyboard to type the subject and contents of the message, and touch the Done key when you have finished the message. A menu will appear that will let you (1) put the message in the Ready to Send list, (2) put the message in the Saved Messages list, (3) quit without saving the message, or (4) return to the addressing menu. If you are ready to mail the message, put it in the Ready to Send list. If you still

- want to work on the message, put it in the Saved

Messages list. If you thought of someone else you need to send the message to, return to the addressing menu. Once you've typed a message, you can put it in the Saved Messages or Ready to Send list directly from the Mail Address Menu. You can move back and forth between the Mail Address Menu and the message form as many times as you need to before you put the message in the Saved

- Messages or Ready to Send list.

Exhibit J-5

> **Sending and Receiving Mail**
> Usually, you will want to send the messages in your Ready to Send list and also receive any messages waiting for you at the cc:Mail post office. To do this, touch the Send and Receive button on the main Mail screen. If you only want to send, just touch the Send button. To receive only, touch the Receive

- 

IBM Simon Users Manual pp. 51–53


**Goodwin** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- The LCD screen presents menu images to the user to enable the selection of communications applications such as telephone, facsimile (FAX), or electronic mail (E-mail). For each of these applications, a corresponding keypad and presentation area is displayed. The user has the option of employing either a public switched telephone network link or a cellular telephone network link for any of these communications applications. However, the functions required to be performed in order to send or receive a cellular telephone network call are different from the functions required for a call over a public switched telephone network.

Goodwin col.2 ll.42–52

- FIG. 3 is an illustration of the appearance of the menu image 50M displayed on the display/touch overlay 112. The menu image 50M presents the user with communication application options such as voice communications, FAX communications, or E-MAIL communications. The user selects one of the communications applications by touching the touch overlay membrane overlying the displayed application option. The selected application identity is then stored in the work space 138 of the RAM 102, to be used by the interface program 180, as described in the flow diagram of FIGS. 4A to 4D.

Goodwin col.9 ll.35–45

- "Step 450: Access cellular FAX screen image file 184' and display cellular FAX screen image 50D on display 112 (FIG. 5D). FIG. 4D continues with the flow diagram of method 400. The steps are as follows:"

- "Step 460: Select E-MAIL receive function from menu on display/touch overlay screen 112 (FIG. 3)."

- "Step 462: Begin interface program 180 to access options register 136 (FIG. 1C), configure audio MUX, 160 and display screen image On display 112."

87

- "Step 464: If option value in options register="000" (FIG. 1C) (Corresponding to PSTN cable connector 126(0)), Then configure the audio MUX 160 for path 60C to connect modem 170 from line 176 to line 174 and thru option attach connector 126(0) to the RJ11 PSTN cable 200."

- "Step 466: Access PSTN screen image file and display PSTN E-MAIL screen image 50E on display 112 (FIG. 5E)."

- "Step 468: If option value in options register="111" (FIG. 1D) (Corresponding to no connector default state 126(7)), Then configure the audio MUX 160 for path 60D to connect modem 170 from line 176 to line 177 to cellular telephone interface 114."

- "Step 470: Access cellular E-MAIL screen image file & display cellular E-MAIL screen image 50F on display 112 (FIG. 5F)."

- "The method then returns to the main program. The method 400 is carried out primarily through the execution of program instructions stored in the RAM 102 and executed by the CPU 106."

Goodwin col.10 l.51–col.11 l.12

- *See also* Goodwin FIGS. 2–5F


**Harris** teaches "transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode"

- "Other proposed multi-mode communication devices combine a portable radiotelephone with a personal digital assistant. In a first mode of operation, the device operates as a conventional radiotelephone. In a second mode of operation, a personal digital assistant mode, the device permits the user to, for example, write and store notes, view previously stored notes, fax a note, send a note via electronic mail, and/or access the Internet. In an overlapping mode, while viewing a stored note in the personal digital assistant mode, a user can place a radiotelephone call and view the note during the call. However, this device employs at least two displays and two keypads--one display and keypad for use primarily in the radiotelephone mode and the other display and keypad for use primarily in the personal digital assistant mode. Such redundancy adds sufficient size and cost to the device."

Harris col.1 ll.43–58

- "The communication link 106 can be a wireless connection or a wireline

connection, such as a twisted wire pair, a coaxial cable, or the like. The
communication link 106 supports data communications between the
communication devices 102 and 104. Such data communications include
cellular radiotelephone service, paging service, two-way radio service,
electronic mail service, wireless fax service, short message service, or the
like. In the illustrated embodiment, data is communicated via the wireless
communication link 106 as radio frequency (RF) signal energy."

Harris col.2 l.66–col.3 l.8

- "Upon detection of actuation of the power switch 131 on bus 127 and
  detection of the logic high level signal from the sensor 512 on the bus
  191 from positioning the housings 108 and 110 as shown in FIG. 2, the
  controller 118 powers on, and configures, the communication device 104
  in a telephone mode 700 of FIG. 7. In this mode, the controller 118
  configures the display 184 (FIG. 2) to display a telephone keypad 206, a
  darkened telephone softkey 202, a phonebook softkey 203, a notes
  softkey 204, and a camera softkey 205. Telephonic communication is
  initiated via reception of a call or placement of a call. An incoming call is
  received by the user touching the touchscreen 186 at the telephone
  softkey 202 in response to an incoming call alert from the speaker 149 of
  FIG. 1. A call is placed by touching the display 184 at the numbers of the
  telephone keypad 206 to enter a desired phone number. Alternatively,
  placement of a call using a stored telephone number can be performed
  via a phonebook mode 702 (FIG. 7), as is discussed in greater detail with
  respect to FIG. 10 below."

Harris col.9 ll.17–35

- "Upon detection, during a call, of detachment of the housings 108 and
  110 from the logic low level on all wires of the bus 191 and touching the
  touchscreen 186 at the notes softkey 204 via bus 166, the controller 118
  configures the communication device in a note taking mode 732 of FIG.
  7. The transition from the telephone mode 700 to the note taking mode
  732 is represented by arrow 733."

- "In the note taking mode 732, the controller 118 configures the display 184
  (FIG. 9) to display a menu level icon 902, provide a tablet area 904, and
  display the softkeys 202-205 with the telephone softkey 202 and the notes
  softkey 204 darkened. In this mode, the housing 110 can be positioned a
  distance from the housing 108. For example, the housing 110 can be
  positioned on a table while the housing 108 is positioned against the user's
  head. This facilitates entry of a handwritten note 906 on the tablet area 904
  of the touchscreen 186 of the housing 110 while the housing 108 is
  positioned along between the user's ear and mouth to permit audible
  communication via the speaker 149 and the microphone 151. The
  handwritten note 906 is written by writing on the tablet area 904 of the

Exhibit J-5

touchscreen 186 with a stylus or other suitable device. Upon detection of touching the touchscreen 186 at the menu level icon 902 via bus 166, the controller 118 reconfigures the display 184 to display additional functions of the communication device 104 for accessing. For example, actuation of the menu level icon 902 can access the notes mode 704 of FIG. 7, which allows storage of the handwritten notes or creation of additional notes, as described in greater detail with respect to FIG. 11 below. Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 returns the communication device 104 to the telephone mode 700 (FIG. 7). The transition from the note taking mode 732 to the telephone mode 700 is represented by arrow 734."

- "Upon detection of touching the touchscreen 186 at the telephone softkey 202 via bus 166, the controller 118 terminates an active call in the telephone mode 700. Upon detection of touching the touchscreen 186 at the phonebook softkey 203 or at the notes softkey 204 while a call is not active, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 (FIG. 7) to the phonebook mode 702 or the notes mode 704, respectively, as represented by respective arrow 708 or 710. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the telephone mode 700 to the camera mode 706 as represented by arrow 712."

Harris col.9 l.66–col.10 l.46

- "In the notes mode 704, the controller 118 configures the display 184 (FIG. 11) to display the softkey 202-205 with the notes softkey 204 darkened and the message "notes" followed by a list of functions 1102. The list of functions 1102 is stored in the memory 139 of the controller 118. Upon detection of touching the touchscreen 186 at the notes softkey 204 while a function (such as "Save Note") is highlighted by a cursor 1104, the controller 118 executes the function. Upon detection of right and left actuation of the toggle switch 129 via bus 127, the controller 118 configures the display 184 to move the cursor 1104 up and down the list of functions 1102, respectively. The "Save Note" function is also accessible from the note taking mode 732 (FIG. 9) via actuation of the menu level icon 902 as previously described. During execution of the "Save Note", the controller 118 stores a note, such as the handwritten note 906 written during the note taking mode 732, in the image memory 153 (FIG. 1). Also upon execution of a function, the controller 118 may configure the display 184 to display additional executable functions, such as, entry of an alphanumeric name for naming the note. Upon detection of touching the touchscreen 186 at the telephone softkey 202 or at the phonebook softkey 203 via bus 166, the controller 118 transitions operation of the communication device 104 from the notes mode 704 (FIG. 7) to the telephone mode 700 as represented by arrow 718 or the phonebook mode

90

Exhibit J-5

| | 702 as represented by arrow 720, respectively. Upon detection of the logic high level signal from the sensor 604 or 606 via bus 191, the controller 118 transitions operation of the communication device 104 from the notes mode 704 to the camera mode 706 as represented by arrow 722."

Harris col.11 ll.8–38

- *See also* Harris FIGS. 2, 7–9, 11 |