# EXHIBIT 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation<br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company<br><br>*Defendants*. | §<br>§<br>§<br>§ CIVIL ACTION NO. 11-CV-01846-LHK<br>§<br>§<br>§<br>§<br>§<br>§ |

**DECLARATION OF TONY GIVARGIS, PH.D.
IN SUPPORT OF APPLE'S PROPOSED CLAIM CONSTRUCTION
FOR U.S. PATENT NO. 7,698,711**

**I.   Introduction**

1. I have been retained as an expert in this case by Apple Inc. ("Apple"). In this Declaration I provide my opinions regarding the interpretation of the term "applet" as used in the claims of U.S. Patent No. 7,698,711 to Jeong ("the '711 patent").

**II.   Qualifications**

2. I received a Bachelor of Science degree in Computer Science from the University of California, Riverside, in 1997. In 2001, I received my Ph.D. degree in Computer Science, also from the University of California, Riverside. My doctoral thesis, completed under the supervision of Professor Frank Vahid, was titled "Design Space Exploration of Parameterized System-on-a-Chip Architectures" and related to computer-aided design optimization of highly integrated circuits on chip.

3. Since 2001, I have been a member of the Department of Computer Science faculty at the University of California, Irvine ("UC-Irvine"). From 2001-2007, I held the title Assistant Professor of Computer Science. I was promoted to Associate professor, with tenure, in 2007, and to full Professor in 2011. Beginning in 2011, in addition to my role as Professor of Computer Science, I was appointed Associate Dean for Student Affairs in the Donald Bren School of Information & Computer Sciences at UC-Irvine.

**DEFENDANT'S EXHIBIT
NO. 2634.001**
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By: _____