# EXHIBIT 13

# überthings, inc.
keepin' the world über safe since 1977 | **about** | **mobile**

DEFENDANT'S EXHIBIT
NO. 731.001

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

## Obama vs McCain: The top 150 terms

September 27, 2008



Created using **wordle.net**

## Octocat revelation at Pictoplasma.

September 6, 2008

überthings, inc. - keepin' the world über safe since 1977       Page 2 of 4



I've just had a fantastic day at the **Pictoplasma** conference in NYC watching hours of character art and design, from the rampantly hallucinogenic visions of **David Oreilly** and **Friends With You** to the simplified forms of **Akinori Oishi** and the prodigious output of **Studio AKA**.

One of the more interesting talks was David Oreilly's, where he showed a number of unseen animations and outed himself as the creator of the **Octocat** meme, before showing us the final episode. I won't give anything away, but try see it if you can.

And I thought he was just the guy that created the fake iPhone hologram video:



**iHologram – iPhone application** from **David OReilly** on **Vimeo**.

BONUS: Alba and I scored a box made by **Motomichi** for the apartment – sweet!

http://uberthings.com/                                          7/11/2012

Case 5:11-cv-01846-LHK   Document 1760-15   Filed 08/15/12   Page 4 of 5
Defendant's Exhibit No. 731 .003

## It's not the user's fault.

August 3, 2008

> Software is for humans, not for computers.
>
> Most people do not want a computer.
>
> To the user, the interface is the product.

Choice quotes from a thoroughly **excellent user-focused manifesto** on software development and interface design.

## my del.icio.us tags

July 26, 2008



**my del.icio.us tags**, originally uploaded by **michaelsharon**.

## Radiohead's "House of Cards" video

überthings, inc. - keepin' the world über safe since 1977                               Page 4 of 4

July 14, 2008



Probably one of the **most beautiful videos** I've seen in recent memory, made all the more memorable by a conspicuous lack of traditional equipment.

> No cameras or lights were used. Instead two technologies were used to capture 3D images: Geometric Informatics and Velodyne LIDAR. Geometric Informatics scanning systems produce structured light to capture 3D images at close proximity, while a Velodyne Lidar system that uses multiple lasers is used to capture large environments such as landscapes. In this video, 64 lasers rotating and shooting in a 360 degree radius 900 times per minute produced all the exterior scenes.

On top of all this, Google open sourced the **data and Processing code** used to generate it. Spectacular work, chaps (**Aaron**, Google and Radiohead). via **overstated** / **elatable**