# EXHIBIT 14

# '711 Patent

| CLAIM 9 | | PRIOR ART |
|---|---|---|
| B | including at least one applet; | |

by Qusay H. Mahmoud
June 2003

```
...
Player p;
VolumeControl vc;
try {
   p = Manager.createPlayer("http://server/somemusic.mp3");
   p.realize();
   // get volume control for player and set volume to max
   vc = (VolumeControl) p.getControl("VolumeControl");
   if(vc != null) {
      vc.setVolume(100);
   }
   // the player can start with the smallest latency
   p.prefetch();
   // non-blocking start
   p.start();
}
catch(IOException ioe) {
}
catch(MediaException e) {
}
...
```

# J2ME Tutorial

3/19/12 J2ME Tutorial: Introduction to J2ME

PLAINTIFF'S EXHIBIT NO. 114
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted: ________ By: ________

## J2ME Tutorial

send any comments / suggestions to michael@uberthings.com

- Introduction
- Tools
- Application De[v…]
- Provisioning
- Resources

### Introduction

This tutorial assumes tha[…] Java language.

**What is J2ME?**

J2ME stands for Java 2, M[…] which have limited proce[…] network connections. Th[…] among others.

A Sample Wireless Stack

- Profiles
- Configurations
- Java Virtual Machines
- Host Operating Syste[…]

**What is a J2ME Confi[…]**

A configuration defines t[…] broad range of implement[…]

**J2ME Connected, Limited Device Configuration (CLDC)**

- specifies the Java environment for mobile phone, pager and wireless devices
- CLDC devices are usually wireless
- 160 - 512k of memory available for Java
- typically has limited power or battery operated
- network connectivity, often wireless, intermittent, low-bandwidth (9600bps or less)

**J2ME Connected Device Configuration (CDC)**

- describes the Java environment for digital television set-top boxes, high end wireless devices and automotive telematics systems.

uberthings.com/mobile/ 1/7

APLNDC-WH-A0000025000

## Application Development

### MIDlets vs Applets

MIDlets are applets for mobile phones. Just like applets, they run in a protected sandbox - the KVM - but unlike applets, they are extremely limited. MIDP 1.0 is currently found on most Java-capable phones and is fairly restrictive. As an example - the KVM doesn't allow you to process floating point numbers yet and MIDlets written for MIDP 1.0 can't access anything outside of the sandbox without proprietary APIs from phone manufacturers. So, put your dreams of developing the ultimate MIDlet with hooks into every part of your phone OS on the backburner for a while. If you want to find out exactly how limited MIDP 1.0 is, you should probably **read the spec here.** Once you've done that you might want to check out **MIDP 2.0 and see what Sun has fixed** with that spec. For the time being we're going to write our first MIDlet - a full-featured "Hello MIDlet" application.

# '711 Patent

| | CLAIM 9 | PRIOR ART |
|---|---|---|
| **B** | including at least one applet; | ☐ |

(12) **United States Patent**
**Wong et al.**

BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to multimedia frameworks, and more particularly multimedia frameworks having a reduced footprint and capable of operating on mobile computing devices.

2. Description of the Related Art

Java, originally developed by Sun Microsystems, is an object-oriented, multithreaded, portable, platform-independent, secure programming environment used to develop, test and maintain software programs. Java programs have found extensive use on the World Wide Web, which is the Internet's multimedia information retrieval system. These programs include full-featured interactive, standalone applications, as well as smaller programs, known as applets, that run in a Java-enabled Web browser or applet viewer.