# EXHIBIT 15



# '711 Patent

## Tony Givargis



> 53. In addition to being computer and operating system independent, a property inherit in all Java applications, applets are executed by the host application using a restricted set of privileges, thus providing a high measure of security to the user.

DX 2631 Givargis Opening Expert Report, March 22, 2012 at 13-14 ¶ 5





# '711 Patent

> 53. In addition to being computer and operating system independent, a property inherit in all Java applications, applets are executed by the host application using a restricted set of privileges, thus providing a high measure of security to the user.

DX 2631 Givargis Opening Expert Report, March 22, 2012 at 13-14 ¶ 53

> Accordingly, the Court construes "applet" to mean "**An application designed to run within an application module**."

DX 2633 Claim Construction Order, Dkt. No. 849, April 4, 2012 at 11:5-6

SDX3922.004