# EXHIBIT 16

CONFIDENTIAL BUSINESS INFORMATION

Page 1

1        UNITED STATES INTERNATIONAL TRADE COMMISSION
2                      WASHINGTON, D.C.
3  In the Matter of                  )
4                                    )
5  CERTAIN ELECTRONIC DEVICES,       ) NO. 337-TA-794
6  INCLUDING WIRELESS                )
7  COMMUNICATION DEVICES,            )
8  PORTABLE MUSIC AND DATA           )
9  PROCESSING DEVICES AND            )
10 TABLET COMPUTERS                  )
11 ------------------------------
12
13
14                           ***
15            CONFIDENTIAL BUSINESS INFORMATION
16                           ***
17
18         VIDEOTAPED DEPOSITION OF GREG JOSWIAK
19                  PALO ALTO, CALIFORNIA
20              THURSDAY, FEBRUARY 23, 2012
21
22
23    Reported By:
24    Yvonne Fennelly, CCRR, CSR No. 5495
25    JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 2

1  UNITED STATES INTERNATIONAL TRADE COMMISSION
2  WASHINGTON, D.C.
3  In the Matter of              )
4                                )
5  CERTAIN ELECTRONIC DIGITAL    ) NO. 337-TA-796
6  MEDIA DEVICES AND             )
7  COMPONENTS THEREOF            )
8  ----------------------------  )
9                                )
10                               )
11
12              ***
13     CONFIDENTIAL BUSINESS INFORMATION
14              ***
15
16
17     VIDEOTAPED DEPOSITION OF GREG JOSWIAK
18            PALO ALTO, CALIFORNIA
19         THURSDAY, FEBRUARY 23, 2012
20
21
22
23  Reported By:
24  Yvonne Fennelly, CCRR, CSR No. 5495
25  JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 3

1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4
5  APPLE, INC.,                         )
6           Plaintiff,                  )
7   vs.                                 ) NO. 11-cv-01846-LHK
8  SAMSUNG ELECTRONICS, LTD.,           )
9  et al.,                              )
10          Defendants.                 )
11 ------------------------------
12
13                         ***
14              ATTORNEYS' EYES ONLY
15         PURSUANT TO THE PROTECTIVE ORDER
16                         ***
17
18
19       VIDEOTAPED DEPOSITION OF GREG JOSWIAK
20              PALO ALTO, CALIFORNIA
21           THURSDAY, FEBRUARY 23, 2012
22
23    Reported By:
24    Yvonne Fennelly, CCRR, CSR No. 5495
25    JOB NO. 46686

TSG Reporting - Worldwide - 877-702-9580

CONFIDENTIAL BUSINESS INFORMATION

Page 4

1        FEBRUARY 23, 2012

2           9:38 A.M.

3

4     Videotaped deposition of GREG JOSWIAK, held

5  at the offices of Wilmer Hale, 950 Page Mill

6  Road, Palo Alto, California, pursuant to Notice,

7  before Yvonne Fennelly, CCRR, CSR 5495.

CONFIDENTIAL BUSINESS INFORMATION

Page 5

1   A P P E A R A N C E S
2         MORRISON FOERSTER
3         Attorneys for Plaintiff
4             425 Market Street
5             San Francisco, California 94105
6         BY:   MICHAEL A. JACOBS, Esq.
7               JULIA D. KRIPKE, Esq.
8
9
10
11
12        WILMERHALE
13        Attorneys for Plaintiff
14            950 Page Mill Road
15            Palo Alto, California 94304
16        BY:   MARK D. SELWYN, Esq.
17
18
19
20
21
22
23
24
25

```
                                                              Page 6
 1     APPEARANCES (Continued):
 2
 3         QUINN EMANUEL
 4         Attorneys for Defendant
 5              50 California Street
 6              San Francisco, California 94111
 7
 8         BY:   VICTORIA F. MAROULIS, Esq.
 9               RENE UNGER, Esq.
10
11
12
13
14         APPLE INC.
15         Attorneys for Defendant
16              One Infinite Loop
17              Cupertino, California 95014
18         BY:   CYNDI WHEELER, ESQ.
19
20     ALSO PRESENT:
21              Frank Clare
22
23
24
25
```

CONFIDENTIAL BUSINESS INFORMATION

Page 7

1              Palo Alto, California

2            Thursday, February 23, 2012

3                      - - -

4            (Documents respectively marked

5             Exhibit 1, Exhibit 2, Exhibit 3,

6             and Exhibit 4 for identification.)

7            THE VIDEOGRAPHER:  This is the start

8    of disk labeled No. 1 on the video deposition of

9    Greg Joswiak, In the Matter of:  Certain

10   Electronic Devices, Including Wireless                  09:38AM

11   Communication Devices, Portable Music, and Data

12   Processing Devices and Tablet Computers.

13           And In the Matter of:  Certain

14   Electronic Media Devices and Components Thereof,

15   in the United States International Trade              09:39AM

16   Commission, Washington, D.C., Investigation

17   No. 337-TA-794 and Investigation No. 337-TA-796,

18   and Apple Incorporated versus Samsung

19   Electronics Company Limited, et al., in the

20   United States District Court, Northern District       09:39AM

21   of California, San Jose Division,

22   No. 11-CV-01846-LHK.

23           This deposition is being held at 950

24   Page Mill Road, Palo Alto, California, on

25   February 23rd, 2012, at approximately 9:39 a.m.        09:39AM

CONFIDENTIAL BUSINESS INFORMATION

Page 8

1    My name is Frank Clare.  I am the
2    legal video specialist from TSG Reporting,
3    Incorporated, headquartered at 747 Third Avenue,
4    New York, New York.
5    The court reporter is Yvonne Fennelly                09:40AM
6    in association with TSG Reporting.
7    Will counsel please introduce
8    yourselves.
9    MS. MAROULIS:  Victoria Maroulis with
10   Quinn Emanuel, counsel for Samsung.                   09:40AM
11   MR. JACOBS:  Michael Jacobs, Morrison
12   Foerster for Apple.
13   MR. SELWYN:  Mark Selwyn from Wilmer
14   Hale on behalf of Apple.
15   MS. WHEELER:  Cyndi Wheeler from                      09:40AM
16   Apple.
17   MS. KRIPKE:  Julia Kripke, Morrison
18   Foerster on behalf of Apple.
19   THE VIDEOGRAPHER:  Thank you.
20   The court reporter will now swear in                  09:40AM
21   the witness.
22   GREG JOSWIAK,
23   having been first duly sworn was
24   examined and testified as follows:
25   EXAMINATION                                           09:40AM

Page 9

```
1    BY MS. MAROULIS:
2         Q.   Good morning, Mr. Joswiak.  How are
3    you today?
4         A.   Pretty good, thank you.
5         Q.   As I mentioned, my name is Victoria          09:40AM
6    Maroulis.  I'm counsel for Samsung, and I'll be
7    asking you some questions today.
8              I understand you've been deposed
9    before?
10        A.   I have.                                      09:41AM
11        Q.   In that case, I will only briefly
12   remind you of the rules of the deposition.
13             Do you understand that you are
14   testifying today under oath?
15        A.   I do.                                        09:41AM
16        Q.   Do you understand that this
17   transcript can be used in court in the Northern
18   District of California or in the ITC proceedings
19   in Washington, D.C.?
20        A.   I do.                                        09:41AM
21        Q.   If there are any questions that I
22   ask, that you don't understand, please ask me to
23   rephrase them.
24             Will you do that?
25        A.   I will.                                      09:41AM
```

CONFIDENTIAL BUSINESS INFORMATION

Page 60

1        MS. MAROULIS:  One minute.
2        (Discussion off the record.)
3   BY MS. MAROULIS:
4        Q.   Okay.
5             What is your current position right                11:01AM
6   now in terms of its title?
7        A.   I'm the vice president of iPod,
8   iPhone, and iOS, and that's small I, Capital O,
9   Capital S, product marketing.
10       Q.   And when did you acquire this title               11:01AM
11  going back in your history at Apple?
12       A.   As I mentioned, I took on the iPod
13  part -- I went from hardware, vice president of
14  hardware product marketing to vice president of
15  iPod product marketing when we split the Mac and            11:01AM
16  iPod up in 2004.
17            I didn't publically acknowledge the
18  iPhone part until after we publically
19  acknowledged the iPhone, which was 2007, even
20  though my responsibilities included the iPhone.             11:02AM
21            And then somewhere over the course of
22  the last couple years, we officially added the
23  iOS designation, which is the operating system
24  that the iPhone, iPod Touch, and iPad run.
25       Q.   So you were in your current position              11:02AM

CONFIDENTIAL BUSINESS INFORMATION

Page 238

1    Q.   So sitting here right now, you're not
2    aware of any instance where a customer bought a
3    Samsung phone thinking that it's an Apple phone?
4    A.   I'm unaware of any data or survey or
5    research to that effect.                                04:25PM
6    Q.   Are you aware of any anecdotal
7    evidence from customers or sales personnel?
8    A.   Of somebody buying a Samsung thinking
9    it was an Apple?  I'm unaware of any data or
10   specific evidence to that effect.                       04:26PM
11   Q.   Whether all of your customer
12   interactions were formal or informal, have you
13   heard of anyone purchasing a Samsung phone
14   thinking it was an Apple phone?
15   A.   No, I mean, honestly, my issues are                04:26PM
16   less that they, Samsung, has created a
17   counterfeit that they're trying to pass off as
18   an Apple product.  It's more the fact that they,
19   in copying some of our designs, has led some
20   customers to feel they're getting something             04:26PM
21   that's very much like an iPhone when it is not.
22           MS. MAROULIS:  I move to strike the
23   witness's commentary on "counterfeit."
24   BY MS. MAROULIS:
25   Q.   Going back to my question, though,                 04:26PM

Page 273

1  Q.   And outside the survey context,
2  you're not aware of any anecdotal evidence that
3  consumers purchasing Samsung products thought
4  that the packaging indicated it was an Apple
5  product; correct?                                    05:20PM
6  A.   I'm unaware of any study to that
7  effect.
8  Q.   Okay.
9       One of the topics that we looked at
10 this morning, and if you need to consult            05:20PM
11 Exhibit 4, is No. 9, which is all facts
12 supporting Apple's belief that dilution of
13 Apple's trade dress has occurred or likely to
14 occur as a result of any Samsung or any actions
15 by Samsung.                                         05:20PM
16      Do you recall that?
17 A.   As far as what I'm responsible for,
18 for designation, yes.
19 Q.   Yes.
20      What evidence does Apple have that             05:20PM
21 there has been any dilution of Apple's trade
22 dress as a result of Samsung's action?
23 A.   So, again, I'll offer you this.  All
24 right?
25      When we created the iPod, we created           05:21PM

CONFIDENTIAL BUSINESS INFORMATION

Page 299

1  THE VIDEOGRAPHER: We're back on the          05:57PM
2  record at 5:57 p.m.
3  　　　This is the end of Disk 4 in the
4  deposition of Greg Joswiak. The four original
5  disks will be retained by TSG. We are off the
6  record at 5:57 p.m.                            05:57PM
7  　　　(Time noted: 5:57 p.m.)
8
9
10
11
12
13
14  _____
15  GREG JOSWIAK
16
17  Subscribed and sworn to before me
18  this __29__ day of __May__, 2012.
19  ------------------------------------------------
20
21
22
23
24
25