# EXHIBIT 17

Highly Confidential - Attorneys' Eyes Only

Page 255

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                    Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15       H I G H L Y   C O N F I D E N T I A L
16         A T T O R N E Y S'  E Y E S   O N L Y
17
18    VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                     VOLUME II
20               PALO ALTO, CALIFORNIA
21               SATURDAY, MAY 12, 2012
22
     BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
     CSR LICENSE NO. 9830
24
     JOB NO. 49053
25
```

Highly Confidential - Attorneys' Eyes Only

Page 344

1    And 870 refers again to the conversation with    11:07
2  Heonseok Lee.  Was that the same conversation as 869?    11:07
3    A    It is.    11:07
4    Q    And other than that conversation, do you have    11:07
5  any information regarding -- or any information to    11:07
6  support the position that the total cost to    11:07
7  design-around the product was $1.6 million?    11:07
8    A    No.    11:07
9    Q    And did he say to you the amount is one --    11:07
10  what did he -- what did Mr. Lee, Hoshin Lee,    11:07
11  translating Mr. Heonseok Lee's statements, say to you    11:08
12  regarding the $1.6 million?    11:08
13    A    That the amount in U.S. dollars was    11:08
14  $1.6 million.    11:08
15    Q    Did they give you any information on how they    11:08
16  calculated the $1.6 million?    11:08
17    A    They did not.    11:08
18    Q    Did they provide you any schedule that    11:08
19  reflects the calculation?    11:08
20    A    No.  If they did, you would have seen it.    11:08
21    Q    All right.    11:08
22       Are you aware of any documents at all that    11:08
23  support the calculation?    11:08
24    A    No.  Again, if I had seen documents that    11:08
25  support it, I would have probably looked at them,    11:08

Page 345

1  considered them and produced them.    11:08
2    Q    All right.    11:08
3       So is it accurate that essentially, the    11:08
4  totality of the information you have supporting the    11:08
5  $1.6 million was a statement on the phone that the    11:08
6  cost was $1.6 million --    11:08
7    A    Yes.    11:09
8    Q    -- in U.S. dollars?    11:09
9    A    Yes.    11:09
10    Q    So let's go to page -- paragraph 458 -- let    11:09
11  me back up.    11:09
12       The -- you understand the actual    11:09
13  design-around period was approximately 14 months,    11:09
14  based on what you said on 456; correct?    11:09
15    A    I do.    11:09
16    Q    But you don't use 14 months in your    11:09
17  calculation; correct?    11:09
18    A    I don't.    11:09
19    Q    You use instead a six-month number; correct?    11:09
20    A    I do.    11:09
21    Q    And the source of the six -- what is the    11:09
22  source of the six-month number?    11:09
23    A    It really should be footnoted to the same    11:10
24  conversation that occurred on April 12th, where I got    11:10
25  the $1.6 million and the actual time.    11:10

Page 346

1    Q    So this is from Heonseok Lee, being    11:10
2  translated by Hoshin Lee?    11:10
3    A    Yes.    11:10
4    Q    And what did he say as to -- that caused you    11:10
5  to put the six-month number?    11:10
6    A    Well, in a previous conversation, I had asked    11:10
7  Samsung to tell me what would be the time it would    11:10
8  take if you were under the gun to do it, if you were    11:10
9  under pressure to get the design done, because    11:10
10  otherwise, you would not get a product to market.  And    11:10
11  would that number be different than the 11 months that    11:10
12  it actually took.    11:10
13       And this is just the answer to that question    11:10
14  that I received, you know, a number of days later    11:10
15  after that request.    11:10
16    Q    Okay.  And what -- what did he say that    11:10
17  caused you to put it at six months?  Did he just say,    11:11
18  It would take six months?    11:11
19    A    You know, I think, based on my hypothetical,    11:11
20  you know, what would be the time that you believe    11:11
21  would have -- it would have taken to do this design.    11:11
22    Q    Did he provide any calculations to support    11:11
23  the six months?    11:11
24    A    No, not to me.    11:11
25    Q    Did he provide any engineering time lines to    11:11

Page 347

1  support the six months?    11:11
2    A    No.    11:11
3    Q    Did he provide any documents at all to    11:11
4  support the six months?    11:11
5    A    No.  Again, if he had, I would have clearly    11:11
6  produced them to you and discussed them in my report.    11:11
7    Q    Based on your experience in working with    11:11
8  Samsung, do you understand that -- that they would    11:11
9  understand if they gave you materials on which you    11:11
10  relied, it would need to be produced?    11:11
11    A    Yes.    11:11
12    Q    Did you ask them for any of those type of    11:11
13  documents?    11:11
14    A    No, because again, on all of these    11:12
15  design-arounds, it was my understanding that Samsung's    11:12
16  counsel was not looking to me to be the sponsor of    11:12
17  these numbers at trial, and it's just an input to me.    11:12
18  It's an assumption, but someone else needs to lay the    11:12
19  foundation.    11:12
20       And so whether they give me documents or    11:12
21  other things is really a waste of their time and money    11:12
22  because I'm not going to be independently saying these    11:12
23  numbers are accurate.    11:12
24    Q    And did you do anything to audit whether    11:12
25  they're accurate?    11:12

Page 548

1  regarding Samsung's products?                    17:31
2      A  No.                                       17:31
3      Q  Or the -- or Apple's products?            17:31
4      A  No.                                       17:31
5      Q  Have you written any articles that you think  17:31
6  specifically tie to the intellectual property that's  17:31
7  being asserted in this case?                     17:31
8      A  No.  I don't ever write articles.  It would  17:31
9  be specific to a particular intellectual property.  I  17:31
10 have a number of publications, I think eight, that  17:31
11 deal with how you calculate damages in patent   17:31
12 infringement cases, but none of them are tied to a  17:32
13 particular technology or product.                17:32
14     Q  The general methodology for calculating   17:32
15 damages in IP cases?                             17:32
16     A  Yes.                                      17:32
17        MR. OLSON:  One second.  We can stay in here.  17:32
18        THE WITNESS:  Thank you.                  17:32
19        MR. OLSON:  Mr. Wagner, it's not much solace  17:32
20 because I think it's only seven minutes, but I don't  17:32
21 have anymore questions for purposes of today.    17:32
22        I will make the statement that we, last night  17:32
23 at 7:00 p.m., received a supplemental report from  17:32
24 Quinn Emanuel with respect to -- signed by Mr. Wagner.  17:32
25        It is Apple's position that a supplemental  17:33

Page 549

1  report was not provided for within the rules or in the  17:33
2  order of the Court on April 23rd.  It's also Apple's  17:33
3  position -- or by the Court's schedule.          17:33
4         It's Apple's position that that report is  17:33
5  improper, untimely, and does not reflect an      17:33
6  appropriate effort to supplement or change the   17:33
7  opinions of Mr. Wagner.                          17:33
8         And we would reserve all rights regarding any  17:33
9  deposition or further examination of Mr. Wagner with  17:33
10 respect to the late supplementation.  And I will  17:33
11 anticipate in advance that Mr. Anderson will disagree  17:33
12 with that statement.                             17:33
13        We also object to and disagree, as previously  17:33
14 stated, with the use of any testimony or analysis in  17:33
15 what has been characterized during the deposition as  17:34
16 Tab 6 of both the initial report and the follow-on  17:34
17 report, given that the information used in that  17:34
18 analysis was not produced in discovery.          17:34
19        And we'd reserve any rights regarding that to  17:34
20 the extent that there is work by the Court or analysis  17:34
21 with respect to -- or any determination by the Court  17:34
22 that the information in those schedules could be used  17:34
23 for purposes of Mr. Wagner's testimony.          17:34
24        I otherwise don't have any further questions  17:34
25 or comments to the record.                       17:34

Page 550

1       I will, so that I don't have to say it     17:34
2  afterwards, agree, if Samsung wishes, to have the  17:34
3  transcript designated under the protective order,  17:34
4  including the exhibits thereto, if that is their  17:34
5  desire.                                          17:34
6         MR. ANDERSON:  Thank you.  We would like the  17:34
7  transcript designated highly confidential, attorneys'  17:35
8  eyes only, subject to the protective order.     17:35
9         Samsung disagrees with Apple's -- all of  17:35
10 Apple's positions.                               17:35
11        I will further note that Apple had the   17:35
12 opportunity to examine Mr. Wagner on issues both in  17:35
13 Mr. Musika's supplemental report and in Mr. Wagner's  17:35
14 responsive supplemental report to that at this  17:35
15 deposition.                                      17:35
16        I believe you did ask some questions about  17:35
17 it, and we will object to any attempt to continue the  17:35
18 deposition based on your desire to ask more questions  17:35
19 about it.                                        17:35
20        I have a short number of questions for   17:35
21 Mr. Wagner.  Would you like me to ask them now, or  17:35
22 would you like to take a break?                  17:35
23        MR. OLSON:  No.  Why don't you go ahead and  17:35
24 ask them now, and I'll pick up if I have any redirect.  17:35
25        MR. ANDERSON:  Okay.                      17:36

Page 551

1                                                  17:36
2           EXAMINATION BY MR. ANDERSON            17:36
3         MR. ANDERSON:  Mr. Wagner, I want to clarify  17:36
4  one point you made earlier this morning.         17:36
5      Q  Earlier this morning, there was a discussion  17:36
6  of designing around patents and whether Samsung had or  17:36
7  had not designed around some of the patents; do you  17:36
8  recall that?                                     17:36
9      A  I do.                                     17:36
10     Q  You -- I believe you mentioned that you   17:36
11 intended to testify to the jury that some of the  17:36
12 patents had been designed around; is that correct?  17:36
13        MR. OLSON:  Objection; leading.           17:36
14        THE WITNESS:  If permitted by the Court, yes.  17:36
15        MR. ANDERSON:  Q.  And then you were asked to  17:36
16 assume that you were not allowed to testify to the  17:36
17 jury that Samsung had designed around patents; do you  17:36
18 remember that?                                   17:36
19     A  I do.                                     17:36
20     Q  The question I would like to clarify is:  ==If==  17:36
21 ==you are told that you cannot testify to the jury that==  17:36
22 ==Samsung has designed around the patents, would that in==  17:36
23 ==any way change the -- your testimony as to the amount==  17:36
24 ==of damages appropriate under your positive analysis?==  17:37
25        MR. OLSON:  Objection; incomplete         17:37

Highly Confidential - Attorneys' Eyes Only

Page 552

1  hypothetical and leading.                              17:37
2        THE WITNESS:  No, as long as I'm permitted to    17:37
3  testify to the work I did in my report.  The fact that 17:37
4  I couldn't bolster it with the fact that these         17:37
5  design-arounds actually have been done and implemented 17:37
6  in commercial phones, it doesn't change the number.  I 17:37
7  think it makes the number not as strong, but it        17:37
8  wouldn't change the number.                            17:37
9        MR. ANDERSON:  No further questions.             17:37
10                                                        17:37
11        FURTHER EXAMINATION BY MR. OLSON                17:37
12        MR. OLSON:  Q.  Mr. Wagner, part of the work    17:37
13  you did in your report was based on information that  17:37
14  you received about whether or not Samsung could       17:38
15  actually design-around these products; correct?       17:38
16     A  Yes.                                            17:38
17     Q  When I said "these products," I meant these     17:38
18  IP; correct?                                          17:38
19     A  Yes.                                            17:38
20     Q  And that it included, in part, information      17:38
21  regarding a design-around for the '381 and a          17:38
22  design-around for the '163 patent; correct?           17:38
23     A  Yes.                                            17:38
24     Q  Do you believe that your report escapes any     17:38
25  limitation by which the Court has presented, in its   17:38

Page 553

1  order of May 4th, as to what Samsung may actually      17:38
2  testify regarding any actual design-around?            17:38
3        MR. ANDERSON:  Objection to the extent it        17:38
4  calls for a legal opinion.                             17:38
5        THE WITNESS:  If I have an opinion on this, I    17:38
6  don't think it matters.  I think what matters is what  17:39
7  the judge rules and decides, and I will follow those   17:39
8  rules.                                                 17:39
9        MR. OLSON:  Q.  And when, in this afternoon,     17:39
10  did you conclude that you could give testimony on this 17:39
11  subject, even if the information on an actual         17:39
12  design-around is excluded?                            17:39
13     A  That doesn't change the numbers in my report.   17:39
14  I don't think I've concluded that.  Again, I'm not    17:39
15  independently verifying any of these numbers.         17:39
16        But if I'm given numbers that I can use for     17:39
17  my testimony of hours and costs, I'm planning on using 17:39
18  those numbers, whether I can tell the jury that these 17:39
19  costs actually were incurred and actually designed    17:40
20  around the patents.                                   17:40
21     Q  And you believe that they are -- is it your     17:40
22  belief that the numbers that you received are in no   17:40
23  way derivative of the actual design-around efforts of 17:40
24  Samsung?                                              17:40
25     A  No.  I think in certain of them they are        17:40

Page 554

1  derivative.  In other ones, they are not.             17:40
2     Q  And do you believe that the numbers that you    17:40
3  have as to the '381 and '163 are, at least in part,   17:40
4  derivatives of Samsung's actual efforts?              17:40
5     A  Yes, I do.                                      17:40
6     Q  And what would be the basis for your            17:40
7  design-around times and costs if Samsung were not able 17:40
8  to offer evidence that derives from their actual      17:40
9  efforts to design-around the '381 and the '163 patent? 17:40
10        MR. ANDERSON:  Objection; incomplete           17:40
11  hypothetical.                                        17:40
12        THE WITNESS:  I'd need more information to     17:40
13  know.  If I have no other information, and it's      17:40
14  established that the only basis is the actual cost to 17:41
15  design-around those patents, I'd have to have other  17:41
16  information to know.                                 17:41
17        MR. OLSON:  I don't have any further           17:41
18  questions.                                           17:41
19        MR. ANDERSON:  None.                           17:41
20        MR. OLSON:  All right.  Same -- same           17:41
21  objections, but I don't think we need to repeat them. 17:41
22  Same response?                                       17:41
23        MR. ANDERSON:  Same response.                  17:41
24        THE VIDEOGRAPHER:  This is the end of today's  17:41
25  deposition.                                          17:41

Page 555

1        We are off the record at 5:40 p.m.             17:41
2        The master discs will be held by               17:41
3  TSG Reporting.                                       17:41
4        (WHEREUPON, the deposition ended at            17:41
5        the 5:40 p.m.)                                 17:41