| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Andrei Iancu (184973) |
| 2 | aiancu@irell.com |
|   | Alan J. Heinrich (212782) |
| 3 | aheinrich@irell.com |
|   | David A. Schwarz (159376) |
| 4 | dschwarz@irell.com |
|   | Jonathan Lange (238056) |
| 5 | jlange@irell.com |
|   | 1800 Avenue of the Stars, Suite 900 |
| 6 | Los Angeles, California 90067-4276 |
|   | Telephone:   (310) 277-1010 |
| 7 | Facsimile:    (310) 203-7199 |
| 8 | Attorneys for Nonparties |
|   | Research in Motion Corporation and |
| 9 | Research in Motion Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., | ) | Case No. 5:11-cv-01846-LHK |
| | ) | |
| Plaintiff, | ) | **NONPARTIES RESEARCH IN MOTION** |
| | ) | **CORPORATION AND RESEARCH IN** |
| vs. | ) | **MOTION LTD.'S STATEMENT IN** |
| | ) | **RESPONSE TO THE COURT'S ORDERS** |
| SAMSUNG ELECTRONICS CO., LTD.; | ) | **ON SEALING (Dkt. Nos. 1649, 1714)** |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 13, 2012, the Court entered an Order on RIM's motion for clarification regarding the Court's Order granting-in-part and denying-in-part the parties' and third parties' motions to seal. Dkt. No. 1714. The Court advised RIM "to consult with the parties regarding efforts made by the parties to preserve the confidentiality of the licensing compensation terms" and informed the parties and third parties of its understanding "that the parties are not going to introduce the licenses as evidence at trial and will rely on their licensing summary charts in which the compensation terms are redacted." *Id.* at 1:22-26.

RIM immediately sent a letter to the parties seeking assurances that the redacted compensation terms of licenses summarized in Trial Exhibit DX630 would not be disclosed in open court, either through witness testimony or disclosure of the underlying licenses themselves.

In response, Samsung made the following representations:

- Samsung will give the Court and jury an unredacted copy of DX630 and several demonstrative exhibits that refer to the payment terms contained in DX630.
- The version of DX630 that will be made public will have information in the "payments" and "monetary considerations" columns redacted. The demonstratives will not be entered into evidence or made public.
- Samsung will not refer at trial or in any publicly available filing to the redacted information.
- Samsung will inform witnesses that they are not to verbally disclose the redacted information.

Apple has yet to respond to RIM's request.

Dated: August 15, 2012                    Respectfully submitted,

                                                IRELL & MANELLA LLP

By:    /s/ *Jonathan Lange*
        Jonathan Lange

Attorneys for Nonparties
Research in Motion Corporation and
Research in Motion Ltd.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations