UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Honorable Lucy H. Koh**
Courtroom 1 - 5th Floor

# Civil Minute Order

Date: August 14, 2012                                     Time in Court: 6 hours and 57 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge and Irene Rodriguez

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, Michael Jacobs, Rachel Krevans, William Lee and Mark Selwyn
Defendant Attorney(s) present: Charles Verhoeven, William Price, Kevin Johnson, Victoria Maroulis and Michael Zeller
Third Party Attorney(s) present: Daniel Shvodian

## PROCEEDINGS:
### Jury Trial

8:46 AM: Hearing is held outside the presence of the jury.
9:05 AM: Hearing concludes.  Jury is summoned.
9:10 AM: Mr. Bogue is excused and not subject to recall.  Clifton Forlines is sworn and examined.
9:29 AM: Mr. Forlines is excused and not subject to recall.
9:32 AM: Jury is excused for break.  Hearing is held outside the presence of the jury.
9:37 AM: Proceedings resume. Woodward Yang is sworn and examined.
10:29 AM: Jury is excused for mid morning recess.  Hearing is held outside the presence of the jury.
10:38 AM: Court takes mid morning recess.
10:50 AM: Hearing is held outside the presence of the jury.
10:57 AM: Hearing concludes. Continue examination of Woodward Yang.
11:59 AM: Mr. Yang is excused subject to recall.  Jury is excused for lunch recess.  Hearing is held outside the presence of the jury.
12:12 PM: Court takes lunch recess.
12:58 PM: Hearing is held outside the presence of the jury.
1:23 PM: Hearing concludes.  Proceedings resume.  Jeeyeun Wang is sworn and examined. Korean interpreters sworn: James Yin Victory, Albert S. Kim and Ann Park.

**Continued Page 2**

2:36 PM: Ms. Wang is excused and not subject to recall.
2:39 PM: Video deposition of Roger Fidler is presented to the jury.
3:04 PM: Jury is excused for mid afternoon recess.  Hearing is held outside the presence of the jury.
3:05 PM: Court takes mid afternoon recess.
3:17 PM: Hearing is held outside the presence of the jury.
3:24 PM: Hearing concludes.  Itay Sherman is sworn and examined.
4:38 PM: Mr. Sherman is excused and not subject to recall.
4:40 PM: Jury is excused for the day.  Hearing is held outside the presence of the jury.
4:53 PM: Court is adjourned.  Resume trial 8/15/2012 at 8:30 a.m.


The following exhibits are admitted into evidence:
**Plaintiffs:** 210, 46.1, 2288, 46.2, 2031, 2257, 2267, 55, 2281, 562, 155, 150, 148
**Defendants:** 4103, 3951.004, 548, 693, 655.004, 665.001, 697, 655.002, 698, 1069, 1055, 3697.006, 3967.012, 1050, 1053, 1054, 1057, 1051, 1056, 1076, 1077, 533, 539, 1068, 3967.015, 3967.025, 1071, 3967.028, 3967.043, 645, 3967.012, 3967.003, 3967.005, 529, 621, 1074, 562