| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE UNTIMELY UNDISCLOSED TESTIMONY OF GREG CHAPMAN, EMILIE KIM AND SONY KEEPER OF RECORDS** |

1   I, Peter J. Kolovos, declare as follows:

2   1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

3   2. I submit this Declaration in Support of Apple Inc.'s Opposition to Samsung's Motion to Exclude Untimely Undisclosed Testimony of Greg Chapman, Emilie Kim and Sony Keeper of Records.

4   3. I understand that Apple began producing documents to Samsung from the custodial files of Mr. Greg Chapman on December 12, 2011, and has produced more than 6,500 documents in total from Mr. Chapman's custodial files.

5   4. Attached hereto as **Exhibit 1** is a true and accurate copy of a production letter from Matthew Hoff to Alex Lasher dated January 6, 2012, which includes the Bates range APL7940014158481-519.

6   5. Attached hereto as **Exhibit 2** is a true and accurate copy of the cover pleading for Apple Inc.'s Supplemental Identification of Custodians, Search Terms, and Document Retention Notices dated February 22, 2012.

7   6. Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts from the cover pleading for Apple's Inc.'s Invalidity Contentions dated October 7, 2011.

Dated: August 15, 2012        */s/ Peter J. Kolovos*
                              Peter J. Kolovos

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: August 15, 2012   */s/ Mark D. Selwyn*
Mark D. Selwyn