# Exhibit 1

# WILMERHALE

January 6, 2012

+1 617 526 6000 (t)
+1 617 526 5000 (f)
wilmerhale.com

**By Federal Express**

Alex Lasher, Esq.
c/o David Rudolph, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Re: *Certain Electronic Devices, Including Wireless Communication Devices, Portable Music and Data Processing Devices, and Tablet Computers*, Inv. No. 337-TA-794

Dear Mr. Lasher:

Enclosed please find one (1) disc containing Apple Inc.'s ("Apple") production of documents bearing Bates numbers **APL7940011890045 - APL7940014168835**. The production media has been encrypted and the password will be sent to you via email.

The production of documents contains Apple Confidential Business Information and should be treated accordingly under the Protective Order. Apple reserves the right to amend the designation of any documents contained in this production. In addition, in accordance with the Stipulation Among the Private Parties, Apple reserves the right to assert any applicable privilege with respect to any document produced through inadvertence.

If you have any questions or concerns, please let me know.

Very truly yours,

Matthew Hoff
Project Assistant

+1 617 526 5507
matthew.hoff@wilmerhale.com

Enclosure