# Exhibit 2

| | |
|---|---|
| 1 | WILLIAM F. LEE (*pro hac vice*) |
| | william.lee@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 3 | 60 State Street |
| | Boston, Massachusetts 02109 |
| 4 | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| 5 | |
| | MARK D. SELWYN (CA SBN 244180) |
| 6 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| 7 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| 8 | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| 9 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Case No. 11-CV-01846-LHK |
| | **APPLE INC.'S SUPPLEMENTAL IDENTIFICATION OF CUSTODIANS, SEARCH TERMS, AND DOCUMENT RETENTION NOTICES** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation, | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

Plaintiff and Counterclaim-defendant Apple Inc. ("Apple") hereby supplements its prior disclosures (served on October 7, 2011 and November 7, 2011) of custodians, search terms, and document retention notices. This disclosure does not constitute a waiver of attorney-client, work product, or any other applicable privilege or doctrine.

## SUPPLEMENTAL IDENTIFICATION OF CUSTODIANS & SEARCH TERMS

A list of custodians from whom documents were collected and the search terms applied to each custodians' documents is provided below:

| Custodian | Search Terms |
| --- | --- |
| Dicker, George | Exhibit I ('055 patent) |
| Grainger, Morgan | Exhibit I ('055 patent) |
| Alsina, Thomas | Exhibit C ('711 patent) |
| Chapman, Greg | Exhibit C ('711 patent) |
| Eguiluz, Hernan | Exhibit E ('893 patent) <br> Exhibit K ('460 patent) |
| Kim, Emilie | Exhibit E ('893 patent) <br> Exhibit K ('460 patent) |
| Salinas, Carlos | Exhibit E ('893 patent) <br> Exhibit K ('460 patent) |
| Wilkinson, Ian | Exhibit E ('893 patent) <br> Exhibit K ('460 patent) |
| Santamaria, Justin | Exhibit F ('871 patent) |
| Hieta, Saku | "PMB8878" or "PMB9801" or "8878" or "9801" or "Intel AND Chip" or "Intel AND Chipset" or "Intel AND Processor" or "Intel AND Baseband" or "Intel AND America" or "iPhone AND PMB" or "iPad AND PMB" or "MDM6610" or "6610" or "MDM" or "iPhone AND MDM" or "Qualcomm AND Chip" or "Qualcomm AND Chipset" or "Qualcomm AND Processor" or "Qualcomm AND Baseband" |
| Lancaster, Chuck | Exhibit M |
| Allen, Andy | Exhibit M |
| Joswiak, Greg | Exhibit M |
| Lutton, Chip | Exhibit N |
| Mavrakakis, Tom | Exhibit N |
| Workman, Helene Plotka | Exhibit N |

| | | |
|---|---|---|
| 1 | Singer, David | Exhibit N |
| 2 | Teksler, Boris | Exhibit N |
|   | Buckley, Mark | N/A (targeted production) |
| 3 | Dimpflmaier, Ron | Exhibit A ('516 patent) <br> Exhibit B ('604 patent) <br> Exhibit D ('792 patent) <br> Exhibit G ('867 patent) <br> Exhibit H ('001 patent) <br> Exhibit J ('410 patent) <br> Exhibit L ('941 patent) |
| 7 | Faheem, Faraz | Exhibit A ('516 patent) <br> Exhibit B ('604 patent) <br> Exhibit D ('792 patent) <br> Exhibit G ('867 patent) <br> Exhibit H ('001 patent) <br> Exhibit J ('410 patent) <br> Exhibit L ('941 patent) |
| 11 | Manning, Billy | Exhibit A ('516 patent) <br> Exhibit B ('604 patent) <br> Exhibit D ('792 patent) <br> Exhibit G ('867 patent) <br> Exhibit H ('001 patent) <br> Exhibit J ('410 patent) <br> Exhibit L ('941 patent) |
| 15 | Mishra, Puneet | Exhibit A ('516 patent) <br> Exhibit B ('604 patent) <br> Exhibit D ('792 patent) <br> Exhibit G ('867 patent) <br> Exhibit H ('001 patent) <br> Exhibit J ('410 patent) <br> Exhibit L ('941 patent) |
| 19 | Muresan, TB | Exhibit A ('516 patent) <br> Exhibit B ('604 patent) <br> Exhibit D ('792 patent) <br> Exhibit G ('867 patent) <br> Exhibit H ('001 patent) <br> Exhibit J ('410 patent) <br> Exhibit L ('941 patent) |
| 23 | Narang, Mohit | Exhibit A ('516 patent) <br> Exhibit B ('604 patent) <br> Exhibit D ('792 patent) <br> Exhibit G ('867 patent) <br> Exhibit H ('001 patent) <br> Exhibit J ('410 patent) <br> Exhibit L ('941 patent) |

| | |
|---|---|
| Sanguinetti, Louie | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Schell, Stephan | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Shi, Jason | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Sorensen, Robert | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Stewart, Cole | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Agile, iPhone_BOMs | N/A (non-human custodian) |
| Agile_K48_iPad_BOM Server | N/A (non-human custodian) |
| Server, hutch.apple.com | N/A (non-human custodian) |
| Specs_N3, iPhone_Specs | N/A (non-human custodian) |
| MRD, MRD | N/A (non-human custodian) |
| Server, Agile_iBook_MLB | N/A (non-human custodian) |
| Server, Agile_iSight_MLB | N/A (non-human custodian) |

**SUPPLEMENTAL DISCLOSURE OF DOCUMENT RETENTION NOTICES**

| Exhibit | Date Notice Was Sent to Recipient | List of Recipients |
|---|---|---|
| O | May 17, 2011 | *See* Exhibit FF |
| P | June 2, 2011 | *See* Exhibit FF |
| Q | June 28, 2011 | *See* Exhibit FF |
| R | August 1, 2011 | *See* Exhibit FF |
| S | August 1, 2011 | *See* Exhibit FF |
| T | August 2, 2011 | *See* Exhibit FF |
| U | August 22, 2011 | *See* Exhibit FF |
| V | August 23, 2011 | *See* Exhibit FF |
| W | August 31, 2011 | *See* Exhibit FF |
| X | September 16, 2011 | *See* Exhibit FF |
| Y | September 26, 2011 | *See* Exhibit FF |
| Z | September 30, 2011 | *See* Exhibit FF |
| AA | November 11, 2011 | *See* Exhibit FF |
| BB | January 30, 2012 | *See* Exhibit FF |
| CC | February 8, 2012 | *See* Exhibit FF |
| DD | February 14, 2012 | *See* Exhibit FF |
| EE | February 16, 2012 | *See* Exhibit FF |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 22, 2012 by e-mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*/s/ Mark D. Selwyn*
Mark D. Selwyn