# Exhibit 3

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |    HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (CA SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |
| | |
| | Attorneys for Plaintiff and |
| | Counterclaim-Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|       Plaintiffs, | |
|    vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S INVALIDITY CONTENTIONS** |
|       Defendants. | |

The following lists each item of prior art under 35 U.S.C. § 102(a), (b), and/or (g) by the name of the item and, to the extent now known, when the item became publicly known or was used, offered for sale, or sold, the identities of the persons or entities that made the item public, publicly used it, or made the offer for sale, and the identities of the person(s) or entities involved in, and the circumstances surrounding the making of, the invention.  Apple contends that the following descriptions are stated on information and belief, and are supported by the information and documents that will be produced by Apple and/or third parties.  As discovery is not complete, Apple continues to investigate these events.

      a)  Sony Ericsson W800i

The Sony Ericsson W800i mobile phone was offered for sale to the public or placed in public use by Sony Ericsson during the second quarter of 2005.

      b)  Sony Ericsson K700

The Sony Ericsson K700 mobile phone was offered for sale to the public or placed in public use by Sony Ericsson during the second quarter of 2004.

      c)  Nokia 3300

The Nokia 3300 mobile phone was offered for sale to the public or placed in public use by Nokia Corporation by August 10, 2003.

**IV. CLAIM CHARTS PURSUANT TO PATENT L.R. 3-3 (C)**

Individual claim charts that identify where each element of each asserted claim can be found in each item of prior art are attached hereto.  A listing of these claim charts is provided below:

 Exhibit A-1 through A-12:  Claim charts for the '604 patent

 Exhibit B-1 through B-8:  Claim charts for the '410 patent

 Exhibit C-1 through C-9:  Claim charts for the '055 patent