1 | STEVEN D. HEMMINGER (SBN 110665)
steve.hemminger@alston.com
2 | XAVIER M. BRANDWAJN (SBN 246218)
xavier.brandwajn@alston.com
3 | JENNIFER (CELINE) LIU (SBN 268990)
celine.liu@alston.com
4 | **ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
5 | Menlo Park, CA 94025-4008
Telephone:     650-838-2000
6 | Facsimile:      650-838-2001

7 | Attorneys for non-party
NOKIA CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF JENNIFER LIU** |
| v. | |
| SAMSUNG ELECTRONICS CO. LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company. | |
| Defendants. | |

1   TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Jennifer Liu, of the law firm of Alston & Bird LLP, enters her appearance as counsel of record for non-party Nokia Corporation.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Jennifer (Celine) Liu (SBN 268990)
> celine.liu@alston.com
> ALSTON & BIRD LLP
> 275 Middlefield Road, Suite 150
> Menlo Park, California 94025-4008
> Telephone: (650) 838-2000
> Facsimile: (650) 838-2001

DATED: August 15, 2012          Respectfully submitted,

ALSTON & BIRD LLP


By: _____/s/ Jennifer Liu_____
         Jennifer Liu

Attorneys for non-party
NOKIA CORPORATION

LEGAL02/33573663v1