1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                     UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
18 | Plaintiff, | **NOTICE OF APPEARANCE** |
19 | vs. | |
20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
21 | | |
22 | | |
23 | Defendants. | |
24 | | |

02198.51855/4912228.1

Case No. 11-cv-01846-LHK
NOTICE OF APPEARANCE

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Kara M. Borden of Quinn Emanuel Urquhart & Sullivan,

3  LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc. and Samsung Telecommunications America, LLC.

5    Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6  directed to:

7    Kara M. Borden (CA Bar No. 273776)
    karaborden@quinnemanuel.com
8    865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
9    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

10

11  DATED: August 15, 2012        QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
12

13

14                            By  */s/ Kara M. Borden*
                               Charles K. Verhoeven
15                               Kevin P.B. Johnson
                               Victoria F. Maroulis
16                               Edward DeFranco
17                               Michael T. Zeller
                               Attorneys for SAMSUNG ELECTRONICS CO.,
18                               LTD., SAMSUNG ELECTRONICS AMERICA,
                               INC., and SAMSUNG
19                               TELECOMMUNICATIONS AMERICA, LLC

20

21

22

23

24

25

26

27

28