| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Andrei Iancu (184973) |
| 2 | aiancu@irell.com |
|   | Alan J. Heinrich (212782) |
| 3 | aheinrich@irell.com |
|   | David A. Schwarz (159376) |
| 4 | dschwarz@irell.com |
|   | Jonathan Lange (238056) |
| 5 | jlange@irell.com |
|   | 1800 Avenue of the Stars, Suite 900 |
| 6 | Los Angeles, California 90067-4276 |
|   | Telephone:   (310) 277-1010 |
| 7 | Facsimile:    (310) 203-7199 |
| 8 | Attorneys for Nonparties |
|   | Research In Motion Corporation and |
| 9 | Research In Motion Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF JONATHAN LANGE ON BEHALF OF NONPARTIES RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | |
| Defendants. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOTICE OF APPEARANCE                                                                                          CASE NO. 5:11-CV-01846-LHK

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jonathan Lange, of the law firm of Irell & Manella LLP, enters his appearance as attorney of record for non-parties Research In Motion Corporation and Research In Motion Ltd.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Jonathan Lange (Cal. Bar No. 238056)
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067
> Telephone: 310-277-1010
> Facsimile: 310-203-7199
> Email: jlange@irell.com

Dated: August 15, 2012               Respectfully submitted,

                                     IRELL & MANELLA LLP


                                     By:   /s/ *Jonathan Lange*
                                             Jonathan Lange

                                     Attorneys for Nonparties
                                     Research in Motion Corporation and
                                     Research in Motion Ltd.