1  John P. Bovich (SBN 150688)
   Email: jbovich@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:  +1 415 543 8700
5  Facsimile:  +1 415 391 8269

6  Attorneys for NON-PARTY
   Siemens AG
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            San Jose Division

| 11 | APPLE INC., a California corporation, | No.: 11-cv-01846-LHK (PSG) |
|---|---|---|
| 12 | Plaintiff, | **NOTICE OF APPEARANCE OF JOHN P. BOVICH ON BEHALF OF NON-PARTY SIEMENS AG** |
| 13 | vs. | |
| 14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Honorable Lucy H. Koh |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

TO THE CLERK OF THE COURT AND TO ALL OF THE PARTIES:

PLEASE TAKE NOTICE that the following individual hereby appears in the above-entitled action as counsel for Non-Party Siemens AG

John P. Bovich (SBN 150688)
Email:  jbovich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

The undersigned respectfully requests to be included for the purpose of receiving pleadings, notices and orders from the Court.

DATED this the 15th day of August, 2012.

*/s/ John P. Bovich*
John P. Bovich
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
*Counsel for NON-PARTY Siemens AG*