| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | MARK D. SELWYN (SBN 244180) |
| RICHARD S.J. HUNG (CA SBN 197425) | mark.selwyn@wilmerhale.com |
| rhung@mofo.com | WILMER CUTLER PICKERING |
| JASON R. BARTLETT (CA SBN 214530) |   HALE AND DORR LLP |
| jasonbartlett@mofo.com | 950 Page Mill Road |
| MORRISON & FOERSTER LLP | Palo Alto, California 94304 |
| 425 Market Street | Telephone: (650) 858-6000 |
| San Francisco, California 94105-2482 | Facsimile: (650) 858-6100 |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | Attorneys for Plaintiff and |
| | Counterclaim-Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 11-CV-01846-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

I, Peter J. Kolovos, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. 1735), including portions of Samsung's Objections and Responses Regarding (1) Exhibits to Be Used With Stephen Gray, Richard Howarth, Vincent O'Brien, David Teece, and Andries Van Dam; and (2) Designated Deposition Testimony of Brian Agnetta and Shin Nishibori ("Samsung's Objections and Responses") (Dkt. 1735-1.)

3. Apple does not seek to seal the portions of Samsung's Objections and Responses submitted under seal by Samsung.

4. Filed concurrently with Samsung's motion to seal is the Declaration of Diane C. Hutnyan in Support of Samsung's Objections and Responses Regarding (1) Exhibits to Be Used With Richard Howarth, Andries Van Dam, Stephen Gray, Vincent O'Brien, and David Teece and (2) Designated Deposition Testimony of Shin Nishibori and Brian Agnetta (the "Hutnyan Declaration") (Dkt. 1735-2.)

5. Exhibit P to the Hutnyan Declaration contains excerpts from the Rebuttal Expert Report of Terry L. Musika, CPA, dated April 16, 2012. The heading before Paragraph 44 and Paragraphs 44-46 of Exhibit P (12:16-13:17) include information regarding the payment terms of Apple's licenses with various parties. Pursuant to the guidance provided by the Court's August 9, 2012 Order, these portions of Exhibit P should be sealed. (*See* Dkt. 1649 at 11 (citing *In re Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).)

6. Exhibit R to the Hutnyan Declaration contains the Declaration of Terry L. Musika, CPA in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories, dated May 31, 2012. Portions of Exhibit R

1   (specifically, page 3 lines 3-5; and page 3 line 15 through page 4 line 1) include information
2   regarding the payment terms of Apple's licenses with various parties.  Pursuant to the guidance
3   provided by the Court's August 9, 2012 Order, these portions of Exhibit P should be sealed.  (*See*
4   Dkt. 1649 at 11 (citing *In re Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).)
5         7. The relief requested by Apple is necessary and narrowly tailored to protect
6   Apple's confidential trade secret information regarding the payment terms of Apple's licenses.
7         8. I declare under the penalty of perjury under the laws of the United States of
8   America that the forgoing is true and correct to the best of my knowledge and that this
9   Declaration was executed this 15th day of August, 2012, at San Jose, California.

Dated:  August 15, 2012          */s/ Peter J. Kolovos*
                                      Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 15, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: August 15, 2012            */s/ Mark D. Selwyn*
                                   Mark D. Selwyn