[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>**STATUS UPDATE REGARDING SEALED LICENSING TERMS BY NON-PARTIES NOKIA CORPORATION, MOTOROLA MOBILITY LLC, INTERNATIONAL BUSINESS MACHINES CORPORATION, DOLBY LABORATORIES LICENSING CORPORATION AND SIEMENS AG** |

Non-parties Nokia Corporation ("Nokia"), Motorola Mobility LLC ("Motorola"), International Business Machines Corporation ("IBM"), Dolby Laboratories Licensing Corporation ("Dolby"), and Siemens AG ("Siemens") (collectively "non-parties") respectfully provide the Court with the following status update regarding the parties' communications regarding their sealed licensing terms. (*See* Dkt. Nos. 1328, 1378, 1400, 1486, 1498, 1649).

1. Early this morning, Samsung represented and agreed to the following:

> The version of TX 630 that the jury will see will be unredacted and will include the "Payments" and "Monetary Considerations" columns. The version of TX 630 that will be made public will have the information in those columns redacted.
>
> Samsung will follow the August 9 Order and, consistent with the Order, will not refer at trial or in any publicly available filing to the compensation terms and information that was sealed by the Court. Witnesses will not verbally disclose the license payment terms and

> Samsung will inform witnesses that they are not to talk about specific payment terms in order to comply with the Court's order.
>
> Samsung expects to introduce TX 630 and 631 into evidence during the direct examination of Samsung's expert David Teece. We anticipate that Mr. Teece will testify by this Thursday, August 16, though it is possible he may testify late tomorrow afternoon. During Mr. Teece's testimony, Samsung intends to publish to the jury and Court only (and not to those seated in the courtroom) several demonstrative exhibits that refer to the payment terms that the Court has sealed. The demonstratives will not be admitted into evidence or made public. The demonstratives will facilitate the communication of necessary information to the jury without the necessity of detailed verbal responses from the witness on the record.

Email of Melissa Dalziel, Quinn Emanuel Urquhart & Sullivan, LLP, dated August 15, 2012, 1:18 AM PT. In addition, Samsung has agreed to treat TX 77 and 82 under the same conditions as stated above.

2. Non-parties have repeatedly contacted counsel for Apple about this issue without response. However, it is currently the non-parties' understanding that Apple will abide by the Court's orders and its confidentiality obligations and will not disclose any sealed licensing information in any trial exhibit to any members of the public or media. The non-parties also understand that Apple will not seek to elicit any testimony which would publicly reveal any such sealed licensing information.

3. In the event that either Samsung or Apple should change course and attempt to disclose to the public in open court any sealed licensing information in any trial exhibit and/or attempt to elicit testimony which would publicly reveal any such sealed licensing information, non-parties respectfully request that they be given sufficient advance notice to object, seek a stay, and seek any further relief necessary to protect against public disclosure of their sealed information which the Court has determined to constitute valuable trade secrets.

| | | |
|---|---|---|
| 1 | DATED: August 15, 2012 | STEVEN D. HEMMINGER (SBN 110665) |
| | | steve.hemminger@alston.com |
| 2 | | XAVIER M. BRANDWAJN (SBN 246218) |
| | | xavier.brandwajn@alston.com |
| 3 | | JENNIFER (CELINE) LIU (SBN 268990) |
| | | celine.liu@alston.com |
| 4 | | **ALSTON & BIRD LLP** |
| | | 275 Middlefield Road, Suite 150 |
| 5 | | Menlo Park, CA 94025-4008 |
| | | Telephone:    650-838-2000 |
| 6 | | Facsimile:    650-838-2001 |

By: _____ */s/ Jennifer Liu* _____
          Jennifer Liu

ALSTON & BIRD LLP
Attorneys for Non-Party
NOKIA CORPORATION

DATED: August 15, 2012

DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
MARCUS T. HALL (SBN: 206495)
mthall@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

PETER J. CHASSMAN (pro hac vice)
pchassman@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2623
Facsimile: (713) 651-2700

By: _____ */s/ Jennifer A. Golinveaux* _____
          Jennifer A. Golinveaux

Attorneys for Non-Party
MOTOROLA MOBILITY LLC

STATUS UPDATE RE: SEALED LICENSING TERMS
BY NON-PARTIES NOKIA, MOTOROLA, IBM,           3                    Case No.: 11-CV-01846-LHK
DOLBY AND SIEMENS

| | | |
|---|---|---|
| 1 | DATED:  August 15, 2012 | Timothy Tully Scott (SBN 126971) |
| | | tscott@kslaw.com |
| 2 | | Geoffrey M. Ezgar (SBN 184243) |
| | | gezgar@kslaw.com |
| 3 | | Leo Spooner , III (SBN 241541) |
| | | lspooner@kslaw.com |
| 4 | | KING & SPALDING LLP |
| | | 333 Twin Dolphin Drive, Suite 400 |
| 5 | | San Francisco, CA 94065 |
| | | Telephone: 650-590-0700 |
| 6 | | Fax: 650-590-1900 |

By: _____/s/ Timothy T. Scott_____
Timothy T. Scott

Attorneys for Non-Parties
DOLBY LABORATORIES LICENSING
CORPORATION and
INTERNATIONAL BUSINESS MACHINES
CORPORATION

DATED:  August 15, 2012       John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

By: _____/s/ John P. Bovich_____
John P. Bovich

Attorneys for NON-PARTY
SIEMENS AG

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)3 regarding signatures, I, Jennifer Liu, attest that concurrence in the filing of this document has been obtained.

_____/s/  Jennifer Liu_____
Jennifer Liu