1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floorfdd
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 20           Plaintiff, | **SAMSUNG'S AUGUST 15, 2012 ROLLING LIST OF WITNESSES** |
| 21      vs. | |
| 22 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25           Defendants. | |

1 | Samsung's amended rolling list of its anticipated next eight witnesses is:

2 | 1. Dr. Ramamirtham Sukumar

3 | 2. Dr. Vincent O'Brien

4 | 3. Dr. David Teece

5 | 4. Timothy Sheppard

6 | 5. Michael Wagner

7 | 6. Richard Lutton (by deposition)

8 | 7. Greg Joswiak (by deposition)

9 | 8. Emilie Kim

10

11 | DATED: August 15, 2012              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
12

13

14 |                                      By /s/ *Victoria F. Maroulis*
                                              Victoria F. Maroulis
15 |                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                              LTD., SAMSUNG ELECTRONICS AMERICA,
16 |                                          INC. and SAMSUNG
                                              TELECOMMUNICATIONS AMERICA, LLC
17

18

19

20

21

22

23

24

25

26

27

28