United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff and Counterdefendant, | |
| v. | ORDER REGARDING MISCELLANEOUS ISSUES |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court made the following rulings on the record at trial:

- The Court approved Apple's redacted exhibit PX78.

- The parties shall file their respective stay motions with the Federal Circuit by Friday, August 17, 2012.

- The parties shall file exhibits excluded by the Court by Tuesday, August 21, 2012.

- The Court struck all demonstratives from the admitted exhibit list.

The Court issues the following two additional orders:

- The parties shall provide one Chambers Copy of all the trial transcripts in 3-ring binders.

- By Saturday, August 18, 2012 at 8:00 a.m. each party shall file a four-page statement explaining how the trial evidence changes the proposed jury instructions and verdict form.

**IT IS SO ORDERED.**

Dated: August 15, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
ORDER REGARDING MISCELLANEOUS ISSUES