1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

12 APPLE INC., a California corporation,                    CASE NO. 11-cv-01846-LHK

         Plaintiff,

13                                                         **JOINT SUBMISSION OF
                                                           ADMITTED EXHIBITS THROUGH
    vs.                                                    AUGUST 14, 2012**

14

15 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New

16 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,

17 LLC, a Delaware limited liability company,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

1  The parties submit herewith as Exhibit A their joint list of admitted exhibits through August 14, 2012.

Samsung did not interpret the Court's order as requiring that limitations that have not been given to the jury should be included in the list of admitted exhibits and therefore objects to their inclusion. Samsung continues to reserve all rights with respect to the 035 model.

Apple understood that all limiting orders should be tracked.

Dated: August 16, 2012

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By:   */s/ Jason R. Bartlett*
       Jason R. Bartlett

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

| | | |
|---|---|---|
| 1 | Dated: August 16, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | Charles K. Verhoeven (Cal. Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 3 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 4 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 5 | | |
| | | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| 6 | | kevinjohnson@quinnemanuel.com |
| | | Victoria F. Maroulis (Cal. Bar No. 202603) |
| 7 | | victoriamaroulis@quinnemanuel.com |
| | | 555 Twin Dolphin Drive 5th Floor |
| 8 | | Redwood Shores, California 94065 |
| | | Telephone: (650) 801-5000 |
| 9 | | Facsimile: (650) 801-5100 |
| 10 | | Michael T. Zeller (Cal. Bar No. 196417) |
| | | michaelzeller@quinnemanuel.com |
| 11 | | 865 S. Figueroa St., 10th Floor |
| | | Los Angeles, California 90017 |
| 12 | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| 13 | | |
| 14 | | |
| | | By:   */s/ Victoria Maroulis* |
| 15 | | Victoria Maroulis |
| 16 | | Attorneys for Defendants and Counterclaim-Plaintiffs |
| 17 | | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 18 | | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS |
| 19 | | AMERICA, LLC |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Jason R. Bartlett.

                                             */s/ Victoria Maroulis*