*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 3 | Apple and Samsung Smartphones | 8/6/2012 | |
| PX | 4 | Apple and Samsung Tablets | 8/6/2012 | |
| PX | 5 | Summary of Press Reports Regarding Samsung Tablet Designs | 8/7/2012 | OVERRULED. AS LONG AS A LIMITING INSTRUCTION IS THAT THEY'RE NOT OFFERED AND THEY SHOULD NOT BE CONSIDERED, THE CONTENTS SHOULD NOT BE CONSIDERED FOR THE TRUTH, THEY'RE ADMITTED. THE OBJECTION'S OVERRULED. (1524:22-1525:1)<br><br>These exhibits are not offered for the truth of the matter asserted and therefore are not hearsay.  Dkt. 1512 at 2:16. |
| PX | 6 | Summary of Press Reports Regarding Samsung Phone Designs | 8/7/2012 | OVERRULED. AS LONG AS A LIMITING INSTRUCTION IS THAT THEY'RE NOT OFFERED AND THEY SHOULD NOT BE CONSIDERED, THE CONTENTS SHOULD NOT BE CONSIDERED FOR THE TRUTH, THEY'RE ADMITTED. THE OBJECTION'S OVERRULED. (1524:22-1525:1)<br><br>These exhibits are not offered for the truth of the matter asserted and therefore are not hearsay.  Dkt. 1512 at 2:16. |
| PX | 7 | Photographs of accused Samsung devices | 8/6/2012 | |
| PX | 8 | Photographs of Apple products | 8/6/2012 | |
| PX | 10 | Design alternatives considered by Peter Bressler | 8/6/2012 | |
| PX | 11 | iPhone and iPad Advertisements | 8/3/2012 | |
| PX | 12 | iPhone Television Advertisements | 8/3/2012 | "[T]he advertisements and television programs are not being offered to prove the truth of the matter asserted, but rather are offered to establish fame, an element of the trade dress claim." Dkt. 1512 at 4:4-5. |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | **EXHIBIT NO.** | **DESCRIPTION** | **ADMITTED** | **Limiting Instruction** |
|---|---|---|---|---|
| PX | 13 | iPad Television Advertisements | 8/3/2012 | "[T]he advertisements and television programs are not being offered to prove the truth of the matter asserted, but rather are offered to establish fame, an element of the trade dress claim." Dkt. 1512 at 4:4-5. |
| PX | 14 | iPhone & iPad Media Clips | 8/3/2012 | "[T]he advertisements and television programs are not being offered to prove the truth of the matter asserted, but rather are offered to establish fame, an element of the trade dress claim." Dkt. 1512 at 4:4-5. |
| PX | 15 | Apple's Sales of iPhone and iPad | 8/3/2012 | |
| PX | 16 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |
| PX | 17 | Summary of iPhone and iPad News Coverage | 8/3/2012 | SO THIS IS ADMITTED AND YOU ARE NOT TO CONSIDER THIS FOR THE TRUTH OF WHAT'S ASSERTED IN THIS EXHIBIT.  YOU CAN CONSIDER IT OTHERWISE.  (605:10-13)<br><br>"[T]hese exhibits are not being offered to prove the truth of the matter asserted, but rather are being used to establish fame." Dkt. 1512 at 8-9. |
| PX | 21A | Screen captures considered by S. Kare | 8/7/2012 | |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 23 | Summary of Hal Poret's Secondary Meanings Surveys | 8/7/2012 | NOW, AS FOR PX 23, AND PX 30.2, AND 30.5, THE 30.2 WAS THE QUESTION THAT WAS ASKED IN THE SURVEY, 30.5 -- OH, THROUGH 30.5. SO THOSE WERE ACTUALLY THE SURVEY RESULTS AND THE QUESTIONS THAT WERE ASKED IN THE SURVEY, AS WELL AS PX 23, WHICH IS ALL OF THOSE COPIES OF THE PHONES AND THE TABLETS THAT WERE ACTUALLY USED IN THE SURVEY, BOTH AS CONTROL AND OTHERWISE, YOU MAY CONSIDER THIS SURVEY AS EVIDENCE THAT APPLE DESIGNS HAVE ACQUIRED SECONDARY MEANING, BUT YOU MAY NOT CONSIDER THE SURVEY AS EVIDENCE THAT THE APPLE DESIGNS ARE FAMOUS.  (1591:9-21)<br><br>"Accordingly, the jury may not apply the Poret survey findings to the issue of fame.  The Court will issue a limiting instruction that the jury may consider the Poret survey as evidence that the Apple designs have acquired secondary meaning, but the jury may not consider the Poret survey as evidence that the Apple designs are famous."  Dkt. 1596 at 3:19-21. |
| PX | 24 | Summary of Kent Van Liere's Association/Confusion Surveys: photos and placeholder for videos | 8/10/2012 | |
| PX | 24.5 | Summary of Kent Van Liere's Association/Confusion Surveys:  video shown to survey respondents featuring Galaxy Tab | 8/10/2012 | |
| PX | 24.6 | Summary of Kent Van Liere's Association/Confusion Surveys:  control video | 8/10/2012 | |
| PX | 25A.1 | Summary of Apple's damages calculations | 8/13/2012 | |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| **PX** | 28 | Summary of Samsung's fixed, variable, and non-product costs | 8/13/2012 | |
| **PX** | 30 | Summary of survey conducted by J. Hauser | 8/10/2012 | |
| **PX** | 31 | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 [UNDER SEAL] | 8/10/2012 | |
| **PX** | 33 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |
| **PX** | 34 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | 8/13/2012 | |
| **PX** | 36 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | 8/7/2012 | |
| **PX** | 38 | Presentation: Browser Zooming Methods UX Exploration Study | 8/10/2012 | |
| **PX** | 40 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | 8/6/2012 | |
| **PX** | 44 | Relative Evaluation Report on S1, iPhone, March 2, 2010 Product Engineering Team SW Verification Group | 8/7/2012 | |
| **PX** | 46 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | 8/10/2012 | |
| **PX** | 52 | Presentation: Samsung's Use of Apple Patents in Smartphones | 8/10/2012 | |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 54 | Presentation: Lessons from Apple Boston Consulting Group | 8/3/2012 | "The document is not offered for the truth of the matter asserted and therefore is not hearsay."  (Dkt. 1512 at 5:1) |
| PX | 55 | Presentation: Samsung mobile icon design for 2011 | 8/14/2012 | |
| PX | 56 | Presentation: Samsung  Q4 '10 Deep Dive | 8/7/2012 | |
| PX | 57 | Translation of selected pages from Presentation:  P5 Usability Evaluation Results<br>S/W Verification Group 1 | 8/10/2012 | |
| PX | 58 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | 8/3/2012 | |
| PX | 59 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | 8/6/2012 | |
| PX | 60 | Presentation: STA Competitive Situation Paradigm Shift | 8/3/2012 | |
| PX | 62 | Presentation:  iPhone 5 Counter Strategy | 8/3/2012 | "PX62 was not identified in response to Samsung's contention Interrogatory No. 7 regarding willfulness, and therefore may not be used for this purpose.  Apple may use this exhibit for other purposes, subject to further FRE 403 balancing." (Dkt. 1563 5:23-25) |
| PX | 64 | Video of Samsung infringement of '381 patent | 8/10/2012 | |
| PX | 66A | Video of Samsung infringement of '915 patent: Samsung Galaxy Tab 10.1 prepared by Singh | 8/10/2012 | |
| PX | 66B | Video of Samsung infringement of '915 patent: Samsung Vibrant phone prepared by Singh | 8/10/2012 | |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 69 | 2011 Wireless Smartphone Satisfatction Sture Management Report, March 2011 [Exhibit 1594 to Benner Deposition] | 8/13/2012 | |
| PX | 89 | Presentation: Samsung Q1 '11 Deep Dive Continuous Tracking (5/16/08 - 04/03/11) [Exhibit 1603 to Benner Desposition] | 8/13/2012 | SO EXHIBIT 89, WHICH IS THE DEEP DIVE DOCUMENT, MAY ONLY BE CONSIDERED FOR PURPOSES OF SHOWING INTENT, WILLFULNESS, AND KNOWLEDGE AND NOT FOR ANY OTHER PURPOSE. (2027:18-21). |
| PX | 127 | How To TV ad for original iPhone | 8/3/2012 | |
| PX | 128 | iPad Is Iconic TV ad for first-generation iPad | 8/3/2012 | |
| PX | 133 | "Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007 | 8/3/2012 | IT'S ADMITTED, AND THIS IS NOT FOR THE TRUTH OF WHAT IS STATED IN THE ARTICLE. YOU MAY CONSIDER IT OTHERWISE. (601:22-23; 602:3-4)  "These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles. These exhibits are being offered to show fame." (Dkt. 1512 at 4:19-20) |
| PX | 134 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal, June 27, 2007 | 8/3/2012 | SO THIS IS ADMITTED, BUT YOU ARE NOT TO CONSIDER THE CONTENTS OF THIS EXHIBIT FOR THEIR TRUTH. YOU CAN CONSIDER IT OTHERWISE. (606:21-24)  "These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles. These exhibits are being offered to show fame." Dkt. 1512 at 4:19-20. |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 135 | "Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover) | 8/3/2012 | THIS IS ADMITTED, BUT YOU'RE NOT TO CONSIDER IT FOR THE TRUTH OF WHAT'S ASSERTED IN THIS EXHIBIT. YOU MAY CONSIDER IT OTHERWISE.  (608:8-11)<br><br>"These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles. These exhibits are being offered to show fame."  Dkt. 1512 at 4:19-20. |
| PX | 138 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, The Wall Street Journal, January 25, 2010 | 8/3/2012 | YOU CANNOT CONSIDER THIS FOR THE TRUTH OF WHAT'S IN THE ARTICLE, BUT YOU CAN CONSIDER IT OTHERWISE.  (619:16-18)<br><br>"These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles. These exhibits are being offered to show fame."  Dkt. 1512 at 4:19-20. |
| PX | 140 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, USA Today, April 2, 2010 | 8/3/2012 | YOU CANNOT CONSIDER THIS EXHIBIT FOR THE TRUTH OF WHAT'S STATED IN THE EXHIBIT, BUT YOU CAN CONSIDER IT OTHERWISE.  (622:24-623:2)<br><br>"These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles. These exhibits are being offered to show fame."  Dkt. 1512 at 4:19-20. |

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| PX | 141 | "Laptop Killer?  Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010 | 8/3/2012 | YOU CANNOT  CONSIDER THIS EXHIBIT FOR THE TRUTH OF WHAT'S STATED IN THE ARTICLE, BUT YOU CAN CONSIDER IT OTHERWISE.  (621:24-622:2)<br><br>These exhibits are not hearsay because they are not being offered to prove the truth of the statements contained in the news articles. These exhibits are being offered to show fame.  Dkt. 1512 at 4:19-20. |
| PX | 142 | "Patent Office Highlights Jobs's Innovations," New York Times | 8/3/2012 | SO YOU CANNOT CONSIDER THIS EXHIBIT FOR THE TRUTH OF WHAT'S ASSERTED IN THE ARTICLE ITSELF, BUT YOU CAN CONSIDER IT OTHERWISE.  (610:1-4)<br><br>"Neither the exhibit nor the demonstrative is hearsay because it is not being offered to prove the truth of the matter asserted. " Dkt. 1563 at 5:13-14. |
| PX | 143 | iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 144 | iPhone Buyer Survey, FY11-Q1 | 8/3/2012 | |
| PX | 145 | iPhone Buyer Survey, FY11-Q2 | 8/3/2012 | |
| PX | 148 | Nokia Lumia 800 [Physical Device] | 8/14/2012 | |
| PX | 146 | iPhone Buyer Survey, FY11-Q3 | 8/3/2012 | |
| PX | 150 | Casio G'zOne Commando | 8/14/2012 | |
| PX | 155 | Sony Tablet S [Phyiscal Device] | 8/14/2012 | |
| PX | 158A | Demonstrative Research | 8/7/2012 | |
| PX | 162 | iPhone CAD | 7/31/2012 | |
| PX | 163 | Sketch of Phone | 7/31/2012 | |
| PX | 164 | Phone CAD | 7/31/2012 | |
| PX | 165 | Phone model 1017 | 7/31/2012 | |

## *Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | **EXHIBIT NO.** | **DESCRIPTION** | **ADMITTED** | **Limiting Instruction** |
|---|---|---|---|---|
| PX | 166 | Phone model 1015 | **7/31/2012** | |
| PX | 167 | Phone model 956 | **7/31/2012** | |
| PX | 168 | Phone model 961 | **7/31/2012** | |
| PX | 170 | Tablet model 1202 | **7/31/2012** | |
| PX | 171 | Tablet model 874 | **7/31/2012** | |
| PX | 173 | "Samsung Galaxy Tab 10.1 Wi-Fi: A Worthy Rival to the iPad 2," by Melissa J. Perenson; PCWorld, June 8, 2011 | 8/6/2012 | THIS IS NOT OFFERED FOR THE TRUTH OF WHAT'S IN THE ACTUAL ARTICLE, BUT YOU CAN CONSIDER IT FOR OTHER PURPOSES.  (1080:15-18) |
| PX | 174 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | 8/6/2012 | Not admitted for the truth of the matter asserted.  (1076:2-3) |
| PX | 194 | Email from Sungsik Lee dated March 2, 2010 | 8/13/2012 | |
| PX | 210 | Photos of the Diamondtouch System | 8/14/2012 | |
| DX | 511 | Japanese design patent JP D1241638 ("JP638") | 8/6/2012 | |
| DX | 518 | Video of LaunchTile running on an HP iPAQ device that was shown by Bederson at the CHI Conference and HP iPAQ device running LaunchTile | 8/13/2012 | |
| DX | 526 | Samsung F700 [Physical Device] | 8/6/2012 | THIS EXHIBIT, WHICH IS DX 526, CAN ONLY BE CONSIDERED FOR ALTERNATIVE DESIGN AND FUNCTIONALITY PURPOSES. IT CAN'T BE CONSIDERED FOR INVALIDITY PURPOSES OR OBVIOUSNESS.  (1084:1-4) |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| DX | 528 | XNav sourcecode | 8/13/2012 | |
| DX | 529 | Fidler, Roger. "The Tablet Newspaper Vision 1981 - 2010." [Ex. 266 to Fidler Dep. Tr.] | 8/14/2012 | |
| DX | 533 | iPhone User Guide for iOS 4.2 and 4.3 Software | 8/14/2012 | |
| DX | 539 | iPhone User Guide for iOS 5.1 Software | 8/14/2012 | |
| DX | 546 | Bederson et al.: Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics | 8/13/2012 | |
| DX | 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 through November 30, 2004, found on the MERL-Drive in the folders: MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch and MERL-rive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/forlines/fractal and MERL DiamondTouch Table with Mandelbrot files | 8/14/2012 | |
| DX | 562 | March 8, 2006 email from Howarth to Ive | 8/14/2012 | IT IS ADMITTED AND I JUST HAVE ONE INSTRUCTION, AND THAT IS THAT THE JURY MAY CONSIDER DX 562 AS TO FUNCTIONALITY, BUT NOT AS TO INVALIDITY OR NON-INFRINGEMENT.  (2606:4-7) |
| DX | 572.003 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| DX | 572.004 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 572.077 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 572.082 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 578 | April 14, 2010 Apple internal email chain and meeting agenda; subject line: "iPhone | 8/3/2012 | |
| DX | 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | 8/10/2012 | YOU MAY NOT CONSIDER THIS EVIDENCE TO PROVE OR DISPROVE THE VALIDITY OR INVALIDITY OF THE CLAIM OR THE AMOUNT OF THE DISPUTED CLAIM.  HOWEVER, YOU MAY CONSIDER THIS EVIDENCE FOR SOME OTHER PURPOSE, FOR EXAMPLE, WHETHER OR NOT SAMSUNG LACKED NOTICE OF APPLE'S INFRINGEMENT CLAIMS. (1969:15-22) |
| DX | 592 | ComTech United States Report Q410 | 8/3/2012 | |
| DX | 621 | Reuters Tablet Video [Ex. L to Fidler Decl. in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction] | 8/14/2012 | |
| DX | 645 | TAB  2 [SOURCE CODE] [UNDER SEAL] | 8/14/2012 | |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

|  | **EXHIBIT NO.** | **DESCRIPTION** | **ADMITTED** | **Limiting Instruction** |
|---|---|---|---|---|
| DX | 661 | MERL DiamondTouch Price List and Terms and Conditions of Sale dated 10/25/05 [Exhibit 2 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |
| DX | 662 | 12/12/2005 MERL DiamondTouch table and developers Kit Purchase Order [Exhibit 11 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |
| DX | 665 | Source Code to the TableClothes Application | 8/14/2012 | |
| DX | 687 | Apple Email regarding competitor products | 7/31/2012 | |
| DX | 693 | Mandelbrot source code | 8/14/2012 | |
| DX | 695 | 11/6/2003 email from Adam Bogue to Steve Hotelling re: DiamondTouch | 8/13/2012 | |
| DX | 696 | Forlines et al., "Experiences with an Observations of Direct-Touch Tabletops" [Bogue, Ex. 3] | 8/13/2012 | |
| DX | 697 | 1/14/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 7] | 8/14/2012 | |
| DX | 698 | 10/31/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 14] | 8/14/2012 | |
| DX | 713 | January 17, 2005 email from Alan Esenther to Chia Shen and Adam Bogue re: DTFlash on \\herc\diamondspace | 8/13/2012 | |
| DX | 727 | KR30-0418547, N.B. Certified translation has unique bates range following original | 8/6/2012 | |
| DX | 728 | JP D1241383, N.B. Certified translation has unique bates range following original | 8/6/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

|  | **EXHIBIT NO.** | **DESCRIPTION** | **ADMITTED** | **Limiting Instruction** |
|---|---|---|---|---|
| DX | 740 | Apple's 035 Prototype Photos from D'889 File History | 7/31/2012 | The 035 proto may be used for impeachment purposes and non-infringement purposes.  However, it is only admissible for impeachment and non-infringement and may not be used to argue invalidity.  Dkt. 1519 at 2:21-22.<br><br>Apple's 035 model may not be used for non-infringement purposes.  (1218:12-1223:2) |
| DX | 741 | Apple's 035 Prototype with an authenticating stipulation of fact | 7/31/2012 | The 035 proto may be used for impeachment purposes and non-infringement purposes.  However, it is only admissible for impeachment and non-infringement and may not be used to argue invalidity.  Dkt. 1519 at 2:21-22.<br><br>Apple's 035 model may not be used for non-infringement purposes.  (1218:12-1223:2) |
| DX | 751A | Non-infringement  Video [Video]: Samsung Vibrant phone | 8/10/2012 | |
| JX | 1000 | iPhone | 7/31/2012 | |
| JX | 1001 | iPhone 3G | 7/31/2012 | |
| JX | 1002 | iPhone 3GS | 7/31/2012 | |
| JX | 1003 | iPhone4 | 7/31/2012 | |
| JX | 1004 | iPad | 7/31/2012 | |
| JX | 1005 | iPad2 | 7/31/2012 | |
| JX | 1007 | Galaxy S (i9000) | 8/3/2012 | |
| JX | 1009 | Intercept [Physical Device] | 8/10/2012 | |
| JX | 1010 | Galaxy S Vibrant [Physical Device] | 8/6/2012 | |
| JX | 1011 | Galaxy S Captivate [Physical Device] | 8/6/2012 | |
| JX | 1012 | Galaxy S Epic 4G [Physical Device] | 8/6/2012 | |
| JX | 1013 | Galaxy S Fascinate [Physical Device] | 8/6/2012 | |
| JX | 1014 | Transform [Physical Device] | 8/10/2012 | |

*Apple, Inc. v Samsung et al.,*

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

|    | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|----|-------------|-------------|----------|----------------------|
| **JX** | 1015 | Galaxy S Mesmerize [Physical Device] | 8/6/2012 | |
| **JX** | 1016 | Galaxy S Continuum | 8/3/2012 | |
| **JX** | 1017 | Galaxy S Showcase 500 [Physical Device] | 8/6/2012 | |
| **JX** | 1019 | Galaxy S 4G | 8/3/2012 | |
| **JX** | 1020 | Gem [Physical Device] | 8/6/2012 | |
| **JX** | 1022 | Galaxy Prevail [Physical Device] | 8/6/2012 | |
| **JX** | 1023 | Nexus S 4G [Physical Device] | 8/10/2012 | |
| **JX** | 1024 | Replenish [Physical Device] | 8/10/2012 | |
| **JX** | 1025 | Droid Charge | 8/3/2012 | |
| **JX** | 1026 | Indulge [Physical Device] | 8/6/2012 | |
| **JX** | 1027 | Infuse 4G [Physical Device] | 8/3/2012 | |
| **JX** | 1028 | Exhibit 4G [Physical Device] | 8/10/2012 | |
| **JX** | 1030 | Galaxy Ace [Physical Device] | 8/6/2012 | |
| **JX** | 1031 | Galaxy S II (AT&T) [Physical Device] | 8/6/2012 | |
| **JX** | 1032 | Galaxy S II (i9100) [Physical Device] | 8/6/2012 | |
| **JX** | 1033 | Galaxy S II (T-Mobile) [Physical Device] | 8/6/2012 | |
| **JX** | 1034 | Galaxy S II (Epic 4G Touch) [Physical Device] | 8/6/2012 | |
| **JX** | 1035 | Galaxy S II (Skyrocket) [Physical Device] | 8/6/2012 | |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| **JX** | 1036 | Galaxy Tab 7.0 [Physical Device] | 8/10/2012 | |
| **JX** | 1037 | Galaxy Tab 10.1 (WiFi) [Physical Device] | 8/6/2012 | |
| **JX** | 1038 | Galaxy Tab 10.1 (4G LTE) [Physical Device] | 8/6/2012 | |
| **JX** | 1039 | US Trademark Reg for iPhone | 8/7/2012 | |
| **JX** | 1040 | Certified copy of US D504,889, issued May 10,2005 | 7/31/2012 | However, pursuant to Judge Grewal's Order, this evidence may not be used to establish invalidity of the D'677 patent.  Apple shall prepare a limiting instruction.  Dkt. 1519 at 2:27. |
| **JX** | 1041 | Certified copy of US D593,087, issued May 26,2009 | 7/31/2012 | |
| **JX** | 1042 | Certified copy of US D604,305, issued November 17, 2009 | 8/7/2012 | |
| **JX** | 1043 | Certified copy of US D604,305, issued November 17,2009 | 7/31/2012 | |
| **JX** | 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | 8/10/2012 | |
| **JX** | 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | 8/10/2012 | |
| **JX** | 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | 8/3/2012 | |
| **JX** | 1050 | Apple iPad 2 3G (iOS 4.x) - AT&T version | 8/14/2012 | |
| **JX** | 1051 | Apple iPad 2 3G (iOS 5.x) - AT&T version | 8/14/2012 | |
| **JX** | 1053 | Apple iPhone 3G (iOS 4.x) | 8/14/2012 | |
| **JX** | 1054 | Apple iPhone 3GS (iOS 4.x) | 8/14/2012 | |
| **JX** | 1055 | Apple iPhone 4 (iOS 4.x) - AT&T version | 8/14/2012 | |
| **JX** | 1056 | Apple iPhone 4 (iOS 5.x) - AT&T version | 8/14/2012 | |
| **JX** | 1057 | Apple iPod Touch (4th Gen.) (iOS 4.x) | 8/14/2012 | |

### Apple, Inc. v Samsung et al.,
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | **EXHIBIT NO.** | **DESCRIPTION** | **ADMITTED** | **Limiting Instruction** |
|---|---|---|---|---|
| **JX** | 1068 | U.S. Patent No. 7,456,893 | 8/14/2012 | |
| **JX** | 1069 | U.S. Patent No. 7,577,460 | 8/14/2012 | |
| **JX** | 1071 | U.S. Patent No. 7,698,711 | 8/14/2012 | |
| **JX** | 1074 | HP Compaq TC 1000 | 8/14/2012 | |
| **JX** | 1076 | Apple iPhone 3GS (iOS 5.x) | 8/14/2012 | |
| **JX** | 1077 | Apple iPod Touch (4th Gen.) (iOS 5.x) | 8/14/2012 | |
| **JX** | 1091 | MacWorld 2007 Video | 8/3/2012 | |
| **JX** | 1093 | LG Prada Phone | 8/3/2012 | FOR IMPEACHMENT OF MR. SCHILLER/NOT APPLICABLE TO OTHER WITNESSES:  SO THE LIMITING INSTRUCTION IS THAT THIS EXHIBIT, OR I GUESS THIS PHONE, IS ADMITTED, BUT IT IS NOT PRIOR ART FOR PURPOSES OF ANY INVALIDITY OF THE PATENTS. OKAY? SO YOU CAN CONSIDER IT.  (673:11-15) |
| **JX** | 1500 | STA's & SEA's US sales of accused products & Apple's sales & revenues of the accused products | 8/13/2012 | |
| **PX** | 2031 | Exhibit J of Samsung's Disclosure Of Asserted Claims And Infringement Contentions | 8/14/2012 | |
| **PX** | 2227 | 2005-08-25 Email from Bederson to John SanGiovanni re LAunchTiule source | 8/13/2012 | |
| **PX** | 2257 | Production Information | 8/14/2012 | |
| **PX** | 2261 | Samsung Icon Design for 2011 | 8/14/2012 **ID as 2267** | |
| **PX** | 2281 | iPhone Human Interface Guidelines | 8/14/2012 | |
| **PX** | 2288 | June 13, 2005 Swift File (Tablecloth/ Snapping Back) | 8/14/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| DX | 2517 | Email 11-18-08 Haining Zhang to Isable-staff re: Competitive Analysis | 8/3/2012 | |
| DX | 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | 8/3/2012 | |
| DX | 2522 | Email 1-24-11 Eddy Cue to Tim Cook re: Why I Just Dumped the iPad (Hing: Size Matters) | 8/3/2012 | |
| DX | 2524 | Email 10-5-05 Steve Jobs to Jony Ive, et al, re: =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-10_Bang_&_Olufsen_=93fas?= =?WINDOWS-252?Q?hionphone=94?= | 8/3/2012 | |
| DX | 2525 | Email 11-7-06 Tony Fadell to Steve Jobs, et al, re: Samsung Unveils New Communications Device (AP) | 8/3/2012 | |
| DX | 2526 | Nook Color tablet [used by Van Liere as control for survey] | 8/10/2012 | ADMITTED WITH A LIMITING INSTRUCTION THAT IT'S ADMITTED SOLELY TO ASSESS MR. VAN LIERE'S SURVEY. IT'S ADMITTED. (1722:4-7). |
| DX | 2528 | LG G2x [Physical Device] | 8/10/2012 | I'M GOING TO GIVE A LIMITING INSTRUCTION THAT THESE ARE TO BE CONSIDERED FOR THE PURPOSE OF EVALUATING HOW MR. PORET CHOSE HIS CONTROL DEVICES FOR THIS. (1671:4-7) |
| DX | 2529 | Motorola Zoom tablet [Physical Device] | 8/10/2012 | THAT'S GOING TO BE ADMITTED WITH A LIMITING INSTRUCTION THAT THIS IS SOLELY FOR PURPOSES OF CHALLENGING MR. PORET'S STUDY. (1686:2-5) |
| DX | 2534 | Motorola Atrix F159 [Physical Device] | 8/10/2012 | I'M GOING TO GIVE A LIMITING INSTRUCTION THAT THESE ARE TO BE CONSIDERED FOR THE PURPOSE OF EVALUATING HOW MR. PORET CHOSE HIS CONTROL DEVICES FOR THIS. (1671:4-7) |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Limiting Instruction |
|---|---|---|---|---|
| **DX** | 2538 | LG G-Slate tablet [Physical Device] | 8/10/2012 | |
| **DX** | 2557 | Video demonstrating two finger scrolling | 8/10/2012 | |