QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S PROFFER OF TESTIMONY OF MICHAEL J. WAGNER REGARDING HYPOTHETICAL DESIGN AROUND COSTS** |

1    I, Joby Martin, declare as follows:

2    I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").   I submit this declaration in support of Samsung's proffer of testimony of Michael J. Wagner regarding hypothetical design around costs.   I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

3    A true and correct copy of Exhibit 45 of the March 22, 2012 Corrected Expert Report of Terry L. Musika is attached hereto as Exhibit 1.

4    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.   Executed on the 16th of August, 2012, in San Jose, California.

             /s/ Joby Martin
             Joby Martin

1   **General Order 45 Attestation**

2       I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3   Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has

4   concurred in this filing.

5                                          */s/ Victoria Maroulis*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28