1  [COUNSEL LISTED ON SIGNATURE PAGES]
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                             SAN JOSE DIVISION
11

| | |
|---|---|
| 12  APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| 13                 Plaintiff, | **JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 14, 2012** |
| 14        v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18                 Defendants. | |

1  The parties submit herewith as Exhibit A their joint list of demonstrative exhibits
2  published to the jury at trial through August 14, 2012.
3
4  Dated: August 16, 2012

5  MORRISON & FOERSTER LLP          QUINN EMANUEL URQUHART &
6                                   SULLIVAN, LLP
7
8  By: */s/ Jason R. Bartlett*          By: */s/ Victoria F. Maroulis*
      HAROLD J. MCELHINNY              CHARLES K. VERHOEVEN
9     MICHAEL A. JACOBS                KEVIN P.B. JOHNSON
      RACHEL KREVANS                   VICTORIA F. MAROULIS
10    JENNIFER LEE TAYLOR              EDWARD DEFRANCO
      ALISON M. TUCHER                 MICHAEL T. ZELLER
11    RICHARD S.J. HUNG
      JASON R. BARTLETT                Attorneys for SAMSUNG ELECTRONICS
12                                   CO. LTD, SAMSUNG ELECTRONICS
      WILLIAM F. LEE                   AMERICA, INC., AND SAMSUNG
13    MARK D. SELWYN                   TELECOMMUNICATIONS AMERICA,
                                    LLC.
14 Attorneys for APPLE INC.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846-LHK

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| PDX | 29.36 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.37 | Singh | 8/10/2012 | |
| PDX | 29.39 | Singh | 8/10/2012 | |
| PDX | 29.41 | Singh | 8/10/2012 | |
| PDX | 29.42 | Singh | 8/10/2012 | |
| PDX | 29.43 | Singh | 8/10/2012 | |
| PDX | 29.44 | Singh | 8/10/2012 | |
| PDX | 29.45 | Singh | 8/10/2012 | |
| PDX | 30.02 | Poret | 8/7/2012 | |
| PDX | 30.03 | Poret | 8/10/2012 | |
| PDX | 30.04 | Poret | 8/7/2012 | |
| PDX | 30.05 | Poret | 8/10/2012 | |
| PDX | 31.02 | Van Liere | 8/10/2012 | |
| PDX | 31.03 | Van Liere | 8/10/2012 | |
| PDX | 31.04 | Van Liere | 8/10/2012 | |
| PDX | 31.05 | Van Liere | 8/10/2012 | |
| PDX | 32 | Teksler | 8/10/2012 | |
| PDX | 33.06 | Hauser | 8/10/2012 | |
| PDX | 34B.01 | Musika | 8/13/2012 | |
| PDX | 34B.02 | Musika | 8/13/2012 | |
| PDX | 34B.03 | Musika | 8/13/2012 | |
| PDX | 34B.04 | Musika | 8/13/2012 | |
| PDX | 34B.05 | Musika | 8/13/2012 | |
| PDX | 34B.06 | Musika | 8/13/2012 | |
| PDX | 34B.09 | Musika | 8/13/2012 | |
| PDX | 34B.11 | Musika | 8/13/2012 | |
| PDX | 34B.15 | Musika | 8/13/2012 | |
| PDX | 34B.16 | Musika | 8/13/2012 | |
| PDX | 34B.17 | Musika | 8/13/2012 | |
| PDX | 34B.18 | Musika | 8/13/2012 | |
| PDX | 34B.19 | Musika | 8/13/2012 | |
| PDX | 34B.20 | Musika | 8/13/2012 | |
| PDX | 34B.23 | Musika | 8/13/2012 | |
| PDX | 34B.24 | Musika | 8/13/2012 | |
| PDX | 34B.32 | Musika | 8/13/2012 | |
| PDX | 34B.42 | Musika | 8/13/2012 | |
| PDX | 34B.51 | Musika | 8/13/2012 | |
| PDX | 34B.56 | Musika | 8/13/2012 | |
| PDX | 34B.57 | Musika | 8/13/2012 | |
| PDX | 34B.58 | Musika | 8/13/2012 | |
| PDX | 34B.59 | Musika | 8/13/2012 | |
| PDX | 34B.60 | Musika | 8/13/2012 | |
| PDX | 34B.61 | Musika | 8/13/2012 | |
| PDX | 34B.62 | Musika | 8/13/2012 | |
| PDX | 34B.64 | Musika | 8/13/2012 | |
| PDX | 34B.65 | Musika | 8/13/2012 | |
| PDX | 34B.66 | Musika | 8/13/2012 | |
| PDX | 34B.67 | Musika | 8/13/2012 | |

<u>*Apple, Inc. v Samsung Electronics Co., Ltd.,*</u>
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846-LHK

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| PDX | 34B.70 | Musika | 8/13/2012 | |
| PDX | 34B.71 | Musika | 8/13/2012 | |
| PDX | 34B.72 | Musika | 8/13/2012 | |
| PDX | 34B.73 | Musika | 8/13/2012 | |
| PDX | 34B.74 | Musika | 8/13/2012 | |
| PDX | 34B.75 | Musika | 8/13/2012 | |
| PDX | 34B.76 | Musika | 8/13/2012 | |
| PDX | 41.1 | Bederson | 8/14/2012 | |
| PDX | 41.2 | Bederson | 8/14/2012 | |
| PDX | 46.01 | Bogue | 8/13/2012 | |
| SDX | 1069 | Yang | 8/14/2012 | |
| SDX | 2578.85 | Hauser | 8/10/2012 | |
| SDX | 2578.86 | Hauser | 8/10/2012 | |
| SDX | 2578.87 | Hauser | 8/10/2012 | |
| SDX | 3191 | Bressler | 8/6/2012 | |
| SDX | 3557 | Schiller | 8/3/2012 | |
| SDX | 3561 | Schiller | 8/3/2012 | |
| SDX | 3584 | Denison | 8/6/2012 | |
| SDX | 3585 | Denison | 8/6/2012 | |
| SDX | 3586 | Denison | 8/3/2012 | |
| SDX | 3705.101 | Poret | 8/7/2012 | |
| SDX | 3705.105 | Poret | 8/7/2012 | |
| SDX | 3705.109 | Poret | 8/7/2012 | |
| SDX | 3750 | Bressler | 8/6/2012 | |
| SDX | 3753 | Bressler | 8/6/2012 | |
| SDX | 3755 | Bressler | 8/6/2012 | |
| SDX | 3758 | Bressler | 8/6/2012 | |
| SDX | 3759 | Bressler | 8/6/2012 | |
| SDX | 3762 | Bressler | 8/6/2012 | |
| SDX | 3763 | Bressler | 8/6/2012 | |
| SDX | 3770 | Bressler | 8/6/2012 | |
| SDX | 3776 | Bressler | 8/6/2012 | |
| SDX | 3784 | Bressler | 8/6/2012 | |
| SDX | 3785 | Bressler | 8/6/2012 | |
| SDX | 3787 | Bressler | 8/6/2012 | |
| SDX | 3789 | Bressler | 8/6/2012 | |
| SDX | 3790 | Bressler | 8/6/2012 | |
| SDX | 3791 | Bressler | 8/6/2012 | |
| SDX | 3792 | Bressler | 8/6/2012 | |
| SDX | 3793 | Bressler | 8/6/2012 | |
| SDX | 3795 | Bressler | 8/6/2012 | |
| SDX | 3796 | Bressler | 8/6/2012 | |
| SDX | 3797 | Bressler | 8/6/2012 | |
| SDX | 3799 | Bressler | 8/6/2012 | |
| SDX | 3803 | Bressler | 8/6/2012 | |
| SDX | 3900.107 | Van Liere | 8/10/2012 | |
| SDX | 3900.129 | Van Liere | 8/10/2012 | |
| SDX | 3900.153 | Van Liere | 8/10/2012 | |
| SDX | 3909.004 | Musika | 8/13/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846-LHK

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|--------|-------------|---------|-----------|---|
| SDX | 3909.004 | Bederson | 8/14/2012 | |
| SDX | 3909.046 | Musika | 8/13/2012 | |
| SDX | 3909.049 | Musika | 8/13/2012 | |
| SDX | 3909.05 | Musika | 8/13/2012 | |
| SDX | 3909.053 | Musika | 8/13/2012 | |
| SDX | 3909.053 | Bederson | 8/14/2012 | |
| SDX | 3909.059 | Musika | 8/13/2012 | |
| SDX | 3909.50 | Musika | 8/13/2012 | |
| SDX | 3912.001 | Singh | 8/10/2012 | |
| SDX | 3912.007 | Singh | 8/10/2012 | |
| SDX | 3917.109 | Winer | 8/7/2012 | |
| SDX | 3918.101 | Balakrishnan | 8/10/2012 | |
| SDX | 3918.103 | Bederson | 8/10/2012 | |
| SDX | 3918.104 | Bederson | 8/10/2012 | |
| SDX | 3918.105 | Balakrishnan | 8/10/2012 | |
| SDX | 3918.106 | Balakrishnan | 8/10/2012 | |
| SDX | 3920.015 | Hauser | 8/10/2012 | |
| SDX | 3920.016 | Hauser | 8/10/2012 | |
| SDX | 3920.042 | Hauser | 8/10/2012 | |
| SDX | 3951.001 | Bederson | 8/14/2012 | |
| SDX | 3951.002 | Bederson | 8/14/2012 | |
| SDX | 3951.003 | Bederson | 8/13/2012 | |
| SDX | 3951.003 | Bederson | 8/14/2012 | |
| SDX | 3951.004 | Bederson | 8/13/2012 | |
| SDX | 3951.004 | Bederson | 8/14/2012 | |
| SDX | 3951.006 | Bederson | 8/14/2012 | |
| SDX | 3951.007 | Bederson | 8/13/2012 | |
| SDX | 3951.007 | Bederson | 8/14/2012 | |
| SDX | 3951.009 | Bederson | 8/13/2012 | |
| SDX | 3951.009 | Bederson | 8/14/2012 | |
| SDX | 3951.01 | Bederson | 8/13/2012 | |
| SDX | 3951.010 | Bederson | 8/14/2012 | |
| SDX | 3951.011 | Bederson | 8/14/2012 | |
| SDX | 3952.101 | Bogue | 8/13/2012 | |
| SDX | 3952.101 | Forlines | 8/14/2012 | |
| SDX | 3952.102 | Bogue | 8/13/2012 | |
| SDX | 3952.102 | Bederson | 8/14/2012 | |
| SDX | 3967.002 | Yang | 8/14/2012 | |
| SDX | 3967.003 | Yang | 8/14/2012 | |
| SDX | 3967.004 | Yang | 8/14/2012 | |
| SDX | 3967.005 | Yang | 8/14/2012 | |
| SDX | 3967.006 | Yang | 8/14/2012 | |
| SDX | 3967.007 | Yang | 8/14/2012 | |
| SDX | 3967.008 | Yang | 8/14/2012 | |
| SDX | 3967.009 | Yang | 8/14/2012 | |
| SDX | 3967.012 | Yang | 8/14/2012 | |
| SDX | 3967.013 | Yang | 8/14/2012 | |
| SDX | 3967.014 | Yang | 8/14/2012 | |
| SDX | 3967.015 | Yang | 8/14/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846-LHK

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| SDX | 3967.017 | Yang | 8/14/2012 | |
| SDX | 3967.018 | Yang | 8/14/2012 | |
| SDX | 3967.019 | Yang | 8/14/2012 | |
| SDX | 3967.020 | Yang | 8/14/2012 | |
| SDX | 3967.021 | Yang | 8/14/2012 | |
| SDX | 3967.022 | Yang | 8/14/2012 | |
| SDX | 3967.023 | Yang | 8/14/2012 | |
| SDX | 3967.024 | Yang | 8/14/2012 | |
| SDX | 3967.025 | Yang | 8/14/2012 | |
| SDX | 3967.026 | Yang | 8/14/2012 | |
| SDX | 3967.027 | Yang | 8/14/2012 | |
| SDX | 3967.028 | Yang | 8/14/2012 | |
| SDX | 3967.030 | Yang | 8/14/2012 | |
| SDX | 3967.031 | Yang | 8/14/2012 | |
| SDX | 3967.032 | Yang | 8/14/2012 | |
| SDX | 3967.033 | Yang | 8/14/2012 | |
| SDX | 3967.035 | Yang | 8/14/2012 | |
| SDX | 3967.036 | Yang | 8/14/2012 | |
| SDX | 3967.038 | Yang | 8/14/2012 | |
| SDX | 3967.039 | Yang | 8/14/2012 | |
| SDX | 3967.040 | Yang | 8/14/2012 | |
| SDX | 3967.041 | Yang | 8/14/2012 | |
| SDX | 3967.042 | Yang | 8/14/2012 | |
| SDX | 3967.043 | Yang | 8/14/2012 | |
| SDX | 3967.044 | Yang | 8/14/2012 | |
| SDX | 3967.045 | Yang | 8/14/2012 | |
| Samsung Opening Slide | 152 | Yang | 8/14/2012 | |
| SDX | 3970.01 | Sherman | 8/14/2012 | |
| SDX | 3970.01 | Sherman | 8/14/2012 | |
| SDX | 3970.012 | Sherman | 8/14/2012 | |
| SDX | 3970.014 | Sherman | 8/14/2012 | |
| SDX | 3970.016 | Sherman | 8/14/2012 | |
| SDX | 3970.017 | Sherman | 8/14/2012 | |
| SDX | 3970.02 | Sherman | 8/14/2012 | |
| SDX | 3970.03 | Sherman | 8/14/2012 | |
| SDX | 3970.04 | Sherman | 8/14/2012 | |
| SDX | 3970.05 | Sherman | 8/14/2012 | |
| SDX | 3970.06 | Sherman | 8/14/2012 | |
| SDX | 3970.07 | Sherman | 8/14/2012 | |
| SDX | 3970.08 | Sherman | 8/14/2012 | |
| SDX | 3970.09 | Sherman | 8/14/2012 | |
| SDX | 3972.012 | Wang | 8/14/2012 | |
| SDX | 3972.031 | Wang | 8/14/2012 | |
| SDX | 4102 | Bogue | 8/14/2012 | |
| SDX | 4103 | Bogue | 8/14/2012 | |
| SDX | 3811A | Bressler | 8/6/2012 | |
| SDX | 3811B | Bressler | 8/6/2012 | |
| N/A | N/A | Apple Opening Slides 1-108 | 7/31/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846-LHK

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| N/A | N/A | Samsung Opening Slides 3-4, 7-10, 22-26, 28, 30-31, 33-37, 41-43, 46-47, 50-54, 60-62, 66-67, 71-72, 74, 78, 80, 83-84, 86, 88, 89-92, 96-101, 105, 107, 109, 115-116, 118, 121, 123-125, 127-134, 137, 139, 144-148, 151, 153-155, 157 | 7/31/2012 | |