1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19         Plaintiff,                           **SAMSUNG'S ADMINISTRATIVE
                                                MOTION TO FILE DOCUMENTS
20    vs.                                       UNDER SEAL**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
           Defendants.
25

26

27

28

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2    Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3    America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4    seal:
5       1. Exhibit 7 to the Walker Declaration containing excerpts of the March 15, 2012
6          deposition of Seung-Ho Ahn;
7       2. Exhibit 10 to the Walker Declaration containing excerpts of the May 16, 2012
8          deposition of Bryan Agnetta;
9       3. Exhibit 11 to the Walker Declaration containing excerpts of the Rebuttal Expert
10         Report of Ravin Balakrishnan.
11
12   The above documents discuss and refer to information which has been designated as
13   CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective
14   Order.  Samsung expects that Apple, Intel and/or Microsoft will file the declaration required by
15   Civil Local Rule 79-5(d) establishing these documents as sealable.
16   Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
17   for *in camera* review and served on all parties.
18
19   DATED: August 16, 2012            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
20
21
22                                     By   */s/ Victoria Maroulis*
                                           Charles K. Verhoeven
23                                         Kevin P.B. Johnson
                                           Victoria F. Maroulis
24                                         Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
25                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
26                                         TELECOMMUNICATIONS AMERICA, LLC
27
28