QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEPOSITION DESIGNATIONS DISCLOSED ON AUGUST 15, 2012** |

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1.   I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.   Samsung's Objections And Responses Regarding Exhibits And Deposition Designations Disclosed On August 14, 2012 and supporting materials are being filed no later than 10:30 a.m. local time.

3.   Attached hereto as Exhibit 1 is a true and correct copy of Apple Inc's Objections and Responses to Interrogatory No. 36, dated March 10, 2012.

4.   Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Rebuttal Report of Dr. David J. Teece, Ph.D., dated April 16, 2012.

5.   Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Expert Report of Janusz A. Ordover, dated March 22, 2012.

6.   Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Opening Report of Dr. Edward Knightly Regarding U.S. Patent No. 7,675,941, dated March 22, 2012.

7.   Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Expert Report of Dr. Hyong S. Kim Regarding Invalidity of U.S. Patent No. 7,447,516, dated March 22, 2012.

8.   Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Expert Report of Peter Rossi, dated April 16, 2012.

9.   Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Opening Expert Report of Dr. Ramamirtham Sukumar, dated March 22, 2012.

10.   Attached hereto as Exhibit 8 is a true and correct copy of a letter from me to Mia Mazza, counsel for Apple, dated May 1, 2012.

1   11. Attached hereto as Exhibit 9 is a true and correct copy of a letter from me to
2   Peter J. Kolovos, counsel for Apple, dated May 9, 2012.
3   12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the
4   deposition of Dr. Michael Walker, dated May 2, 2012.
5   13. Attached hereto as Exhibit 11 is a true and correct copy of DX 503.
6   I declare under penalty of perjury under the laws of the State of California that the
7   foregoing is true and correct.
8   Executed August 16, 2012, at San Jose, California.

Diane C. Hutnyan