# EXHIBIT 7

Report


Results from A Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460, 893, 711, 871) and A Survey of World Clock Patented Feature Usage (Patented Feature 055)


March 22, 2012

Privacy Policy

0%  ▬▬▬▬▬  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $150 | $175 | $150 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

**Next  | >**

Need Help? Please Click Here.

Privacy Policy

0%  [====================]  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $200 | $200 | $175 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function |
| | ⊙ | ⊙ | ⊙ |

(You can hover your mouse over any of the features above to review their definitions.)



Need Help? Please Click Here.

Privacy Policy

0%  ▇▇▇▇▇▇▇  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

***(Keeping these assumptions in mind***, from the choices below, ***please select the iPhone 4 that you would most likely purchase.)***

| | | | |
|---|---|---|---|
| **Price:** | $200 | $225 | $225 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)



(You can hover your mouse over any of the features above to review their definitions.)

Need Help? Please Click Here.

Privacy Policy

0% ▓▓▓▓▓▓▓ 100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $150 | $150 | $250 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ⚪ | ⚪ | ⚪ |

(You can hover your mouse over any of the features above to review their definitions.)



(You can hover your mouse over any of the features above to review their definitions.)

Need Help? Please Click Here.

Privacy Policy

0%  ▬▬▬▬▬▬  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $225 | $250 | $225 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)



(You can hover your mouse over any of the features above to review their definitions.)

< | Back     Next | >

Need Help? Please Click Here.

Privacy Policy

0%  ▬▬▬▬▬  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $175 | $175 | $250 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)



(You can hover your mouse over any of the features above to review their definitions.)

Need Help? Please Click Here.

Privacy Policy

0%  ▕▬▬▬▬▬▬▬▏  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $250 | $175 | $200 |
| **E–mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)



(You can hover your mouse over any of the features above to review their definitions.)



Need Help? Please Click Here.

Privacy Policy

0%  ████████░░░░░░  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $200 | $225 | $250 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)



(You can hover your mouse over any of the features above to review their definitions.)

Need Help? Please Click Here.

Privacy Policy

0% ▭▭▭▭▭ 100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $225 | $250 | $150 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ⚪ | ⚪ | ⚪ |

(You can hover your mouse over any of the features above to review their definitions.)



Need Help? Please Click Here.

Privacy Policy

0%  ▮▮▮▮▮▮▮▮▮▮▮  100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase**.)*

| | | | |
|---|---|---|---|
| **Price:** | $200 | $200 | $150 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function |
| | ⚪ | ⚪ | ⚪ |

(You can hover your mouse over any of the features above to review their definitions.)



Need Help? Please Click Here.

Privacy Policy

0% ▬▬▬▬ 100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $175 | $175 | $250 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Music in Background:** | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)



(You can hover your mouse over any of the features above to review their definitions.)

Need Help? Please Click Here.

Privacy Policy

0% ▓▓▓▓▓▓▓ 100%

Please assume that you are in the process of purchasing an iPhone 4.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPhone 4 for yourself (or your family)

· Assume that the three products shown below are the **only iPhone 4 products** you can choose from.

· Assume that all other features of the iPhone 4 not shown to you are the same

(**Keeping these assumptions in mind**, from the choices below, **please select the iPhone 4 that you would most likely purchase.**)

| | | | |
|---|---|---|---|
| **Price:** | $225 | $200 | $150 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< |  Back      Next  | >

Need Help? Please Click Here.

---

**informed insights**
Privacy Policy

Thank you. That completes the survey. You can now close the window.

OK



Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

(**Keeping these assumptions in mind**, from the choices below, **please select the iPad 2 that you would most likely purchase.**)

| Price: | $500 | $550 | $450 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

Next  | >

Need Help? Please Click Here.



Privacy Policy

0%  ▬▬▬▬▬▬  100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPad 2 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $450 | $550 | $475 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< | Back    Next | >

Need Help? Please Click Here.



Privacy Policy



0%          100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPad 2 that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $475 | $450 | $450 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< | Back       Next | >

Need Help? Please Click Here.



Privacy Policy



0%  100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPad 2 that you would most likely purchase.**)*

| Price: | $525 | $500 | $550 |
|---|---|---|---|
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
|  | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< | Back    Next | >

Need Help? Please Click Here.



Privacy Policy



0%    100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

_(**Keeping these assumptions in mind**, from the choices below, **please select the iPad 2 that you would most likely purchase.**)_

| | | | |
|---|---|---|---|
| **Price:** | $500 | $550 | $475 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< |  Back    Next  | >

Need Help? Please Click Here.



Privacy Policy

0%  100%

Please assume that you are in the process of purchasing an iPad 2.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPad 2 for yourself (or your family)

· Assume that the three products shown below are the **only iPad 2 products** you can choose from.

· Assume that all other features of the iPad 2 not shown to you are the same

(***Keeping these assumptions in mind***, from the choices below, ***please select the iPad 2 that you would most likely purchase.***)

| | | | |
|---|---|---|---|
| **Price:** | $550 | $525 | $475 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< | Back     Next | >

Need Help? Please Click Here.





**Price:**

Price of a new (not refurbished) iPod Touch 8GB Portable Media player with WiFi.

*(Please click 'Next' (>) to continue...)*

Next | >

---

Privacy Policy

0% ▬▬▬▬ 100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPod Touch that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $200 | $250 | $150 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

*(You can hover your mouse over any of the features above to review their definitions.)*

Next | >

Need Help? Please Click Here.



Privacy Policy



0%　━━━━━━━━　100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPod Touch that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $150 | $250 | $175 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting you must exit the texting application to use a different function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< | Back     Next | >

Need Help? Please Click Here.



Privacy Policy



0%  100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

(***Keeping these assumptions in mind***, *from the choices below,* ***please select the iPod Touch that you would most likely purchase.***)

| | | | |
|---|---|---|---|
| **Price:** | $175 | $150 | $150 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< |  Back      Next  | >

Need Help? Please Click Here.



Privacy Policy

0%  100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

(***Keeping these assumptions in mind***, from the choices below, ***please select the iPod Touch that you would most likely purchase.***)

| | | | |
|---|---|---|---|
| **Price:** | $225 | $200 | $250 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< |  Back        Next  | >

Need Help? Please Click Here.



Privacy Policy

0%  100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

(***Keeping these assumptions in mind***, *from the choices below,* **please select the iPod Touch that you would most likely purchase.**)

| | | | |
|---|---|---|---|
| **Price:** | $200 | $250 | $175 |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off any time |
| **Window Dividing:** | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function | While texting, ability to divide the screen to show text message and another function |
| | ○ | ○ | ○ |

(You can hover your mouse over any of the features above to review their definitions.)

< |  Back     Next  | >

Need Help? Please Click Here.



Privacy Policy



0%                                                100%

Please assume that you are in the process of purchasing an iPod Touch.

For the purpose of this exercise, please keep the following parameters in mind:

· Please assume that you are going to **purchase** an iPod Touch for yourself (or your family)

· Assume that the three products shown below are the **only iPod Touch products** you can choose from.

· Assume that all other features of the iPod Touch not shown to you are the same

*(**Keeping these assumptions in mind**, from the choices below, **please select the iPod Touch that you would most likely purchase.**)*

| | | | |
|---|---|---|---|
| **Price:** | $250 | $225 | $175 |
| **E-mail Photo:** | Ability to send the photo in the body of an email | Ability to send the photo in the body of an email | Ability to send the photo as an attachment to an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off any time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time |
| **Window Dividing:** | While texting you must exit the texting application to use a different function | While texting you must exit the texting application to use a different function | While texting, ability to divide the screen to show text message and another function |
| | ◯ | ◯ | ◯ |

(You can hover your mouse over any of the features above to review their definitions.)

< |  Back      Next  | >

Need Help? Please Click Here.



R. Sukumar, Ph.D.                                    March 22, 2012