# EXHIBIT 8

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3666**

WRITER'S INTERNET ADDRESS
**dianehutnyan@quinnemanuel.com**

May 1, 2012

<u>VIA ELECTRONIC MAIL</u>

Mia Mazza, Esq.
Morrison Foerster
425 Market Street
San Francisco, California 94105-2482

Re:    Apple v. Samsung, N.D. Cal. Case No. 11-cv-1846-LHK (PSG)

Dear Mia:

At the deposition of Peter Rossi on April 27, 2012, Dr. Rossi testified that he relied on computations prepared by a consultant group, Financial Scholars, in preparing his report in this matter. Dr. Rossi further testified that Financial Scholars emailed the results of its computations to him. It does not appear, however, that Dr. Rossi or Apple have produced any such documents. Accordingly, please produce by no later than 12:00 p.m., May 3, 2012, any and all documents prepared by Financial Scholars that were considered or relied upon by Dr. Rossi in preparing his report.

Very truly yours,

*/s/ Diane C. Hutnyan*

Diane C. Hutnyan

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667