# EXHIBIT 9

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3666**

WRITER'S INTERNET ADDRESS
**dianehutnyan@quinnemanuel.com**

May 9, 2012

<u>VIA ELECTRONIC MAIL</u>

Peter J. Kolovos, Esq.
WilmerHale
60 State Street
Boston, Massachusetts 02109

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Peter,

I write in response to your May 8, 2012 letter regarding Apple's heavily redacted production of a document relied on by its expert, Dr. Peter Rossi, in reaching his opinions in this matter. The production consists of one document; an email from Tim Savage of Financial Scholars Group to Dr. Rossi. Yet Apple has redacted all of the text from the first page of the email without explanation, except to summarily state that Dr. Rossi did not rely on the redacted part of the email.

The redactions are not well taken. Dr. Rossi testified that he relied on Financial Scholars to undertake two tasks: "the computation of time regarding Dr. Sukumar's surveys and looking at the MVAI calculations of Dr. Sukumar." (Depo. Tr. of Peter Rossi, at 43:17-22). Both issues are addressed at length by Dr. Rossi in his Report and at his deposition. (Report, at 6-7 and 7-10; Depo. Tr. at 41:21-43:22; 236:12-237:9). Apple cannot now argue – contrary to Dr. Rossi's sworn testimony – that any data or information provided by Financial Scholars was not relied on by Dr. Rossi. Accordingly, Apple must immediately produce an unredacted copy of APLNDC-WH-A000031560-1565 or, in the alternative, explain in full detail the purported basis for the redactions. If Apple does not produce an unredacted copy of the document, or justify its extensive redactions, by 5:30 p.m., Friday, May 11, 2012, Samsung will move to strike portions of Dr. Rossi's report.

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

2

Finally, your letter erroneously asserts that Samsung failed to produce the "margin of error calculations" requested by an April 30, 2012 letter to Anthony Alden.  Those calculations were produced on May 2, 2012, in document Bates numbered SAMNDCA00402180.

Kind Regards,

*/s/ Diane C. Hutnyan*

Diane C. Hutnyan
02198.51855/4636554.4