| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Cal. Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive 5th Floor |
| | Redwood Shores, California 94065 |
| 8 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 10 | Michael T. Zeller (Cal. Bar No. 196417) |
| | michaelzeller@quinnemanuel.com |
| 11 | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS |
| 14 | CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF CURRAN M. WALKER IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEPOSITION DESIGNATIONS DISCLOSED ON AUGUST 15, 2012** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

# DECLARATION OF CURRAN M. WALKER

I, Curran M. Walker, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Joint Trial Exhibit 1064 in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of the April 16, 2012 Expert Rebuttal Report of Susan Kare.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the April 16, 2012 Expert Rebuttal Report of Karan Singh.

5. Attached hereto as Exhibit 4 is a true and correct copy of the April 27, 2012 deposition transcript of Karan Singh.

6. Attached hereto as Exhibit 5 is a true and correct copy of Appendix 3 to the March 22, 2012 Expert Report of Stephen Gray.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the February 2, 2012 deposition of Jungmin Yeo.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the March 15, 2012 deposition of Seung-Ho Ahn.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the March 5, 2012 deposition of Jun Won Lee.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the April 20, 2012 deposition of Karl Rosenbrock.

11. Attached hereto as Exhibit 10 is a true and correct copy of the May 16, 2012 deposition of Bryan Agnetta.

1        12.     Attached hereto as Exhibit 11 is a true and correct copy of Rebuttal Expert Report of Ravin Balakrishnan.

2        13.     Attached hereto as Exhibit 12 is a true and correct copy of Exhibit 2 to the Expert Rebuttal Report of Ravin Balakrishnan.

3        14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the April 20, 2012 deposition of Ravin Balarkishnan.

4        15.     Attached hereto as Exhibit 14 is a true and correct copy of Samsung's Invalidity Contentions, Exh. G-7, dated October 7, 2011.

5        16.     Attached hereto as Exhibit 15 is a true and correct copy of the March 22, 2012 Expert Report of Andries van Dam.

6        17.     Attached hereto as Exhibit 16 is a true and correct copy of a letter from Aaron Kaufman to Richard Hung, dated October 20, 2011.

7        18.     Attached hereto as Exhibit 17 is a true and correct copy of an email from Todd Briggs to Matthew Ahn, dated November 22, 2011.

8        19.     Attached hereto as Exhibit 18 is a true and correct copy of an email from Matthew Ahn to Mark Tung, dated May 24, 2012.

9        20.     Attached hereto as Exhibit 19 is a true and correct copy of an email from Matthew Ahn to Ketan Patel, dated July 29, 2012.

10       21.     Attached hereto as Exhibit 20 is a true and correct copy of an email from Matthew Ahn to the Quinn Emanuel "Samsung v. Apple" team, dated August 12, 2012.

11       22.     Attached hereto as Exhibit 21 is a true and correct copy of an email from Matthew Ahn to Todd Briggs, dated August 15, 2012.

12       23.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the March 2, 2012 deposition of Minhyouk Lee.

1    24.    Attached hereto as Exhibit 23 is a true and correct copy of an email from
2  Taryn Rawson to Diane Hutnyan, dated August 16, 2012.
3
4    I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.
6    Executed August 16, 2012, at San Jose, California.
7
8                                          */s/ Curran M. Walker*

02198.51855/4913113.1

-3-   Case No. 11-cv-01846-LHK
REQUEST TO STRIKE IMPROPER OPINION TESTIMONY OF CHRISTOPHER STRINGER AND REQUIRE ADVANCE DISCLOSURE OF OPINION TESTIMONY

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Curran Walker.


                                        */s/ Victoria Maroulis*