# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 2                        SAN JOSE DIVISION

 3    APPLE, INC., a California
      corporation,
 4                                              CASE NO.
              Plaintiff,                        11cv01846-LHK
 5
      v.
 6
      SAMSUNG ELECTRONICS, CO., LTD., a
 7    Korean business entity; SAMSUNG
      ELECTRONICS AMERICA, INC., a New
 8    York corporation; SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
 9    a Delaware limited liability
      company,
10
              Defendants.
11    _____

12    SAMSUNG ELECTRONICS, CO., LTD., a
      Korean business entity; SAMSUNG
13    ELECTRONICS AMERICA, INC., a New
      York corporation; SAMSUNG
14    TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability
15    company,

16            Counterclaim-Plaintiffs,

17    v.

18    APPLE, INC., a California
      corporation,
19
              Counterclaim-Defendant.
20

21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22             VIDEOTAPED PERSONAL DEPOSITION OF:
                          JUNGMIN YEO
23
                        February 2, 2012
24                         Kim & Chang
                        Seoul, South Korea
25                  9:51 a.m. - 3:29 p.m.
```

```
                                                      Page 2
 1  APPEARANCES:

 2  For the Plaintiff/Counterclaim-Defendant, Apple, Inc.

 3          MORRISON FOERSTER
 4          By:  Patrick Zhang, Esq.
            425 Market Street
 5          San Francisco, California 94105-2482
            (415) 268-7000
 6
            -and-
 7
            MORRISON FOERSTER
 8          By:  Sun Park, Esq.
            555 West 5th Street
 9          Suite 3500
            Los Angeles, California 90013-1024
10          (213) 892-5200

11

12  For the Defendants/Counterclaim-Plaintiffs, the Samsung
    entities:
13
            QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
14          By:  Eric E. Wall, Esq.
            50 California Street
15          22nd Floor
            San Francisco, California 94111
16          (415) 875-6600

17

18  Also present:

19          Rosa W. Kim, Samsung
            Jamie Wright, Lead Interpreter
20          Hyesun Sunny Lee, Check Interpreter
            RJ Buckler, Videographer
21          Michael E. Miller, Court Reporter

22

23

24

25
```

```
                                                      Page 3
 1                    I N D E X
    WITNESS:                                           PAGE
 2  JUNGMIN YEO

 3  Examination by BY MR. ZHANG                           6

 4

 5                   E X H I B I T S

 6  NUMBER        DESCRIPTION                          PAGE

 7  Exhibit 1343     "Stylist" Document                  12
                     (SAMNDCA10473738 - SAMNDCA10473741)
 8  Exhibit 1344 *   Apple iPad                          18

 9  Exhibit 1345 *   Samsung Galaxy Tab 10.1             35

10  Exhibit 1346 **  Samsung Tablet Model 1              50

11  Exhibit 1347 **  Samsung Tablet Model 14             54

12  Exhibit 1348 **  Samsung Tablet Model 17             54

13  Exhibit 1349     Color Photographs of Galaxy Tab 10.1b 58

14  Exhibit 1350     Blog Post from Samsung Website      60

15  Exhibit 1351     E-mail                              69
                     (SAMNDCA10472951 - SAMNDCA10472953)
16
    Exhibit 1352     E-mails                             71
17                   (SAMNDCA10247373 - SAMNDCA10247378)

18  Exhibit 1353     Best Buy Task Force Document        78
                     (SAMNDCA10154003 - SAMNDCA10154053)
19

20   * (Physical exhibit retained by counsel for Apple)
21  ** (Physical exhibit retained by counsel for Samsung)

22

23

24

25
```

```
                                                      Page 4
 1                    PROCEEDINGS

 2          (February 2, 2012 at 9:51 a.m.)

 3          THE VIDEOGRAPHER:  My name is RJ Buckler, a
 4  Certified Legal Video Specialist with American Realtime
 5  Court Reporters in Asia.  The date today is
 6  February 2nd, 2012, and the time is approximately 9:51.
 7          This deposition is being held in the office
 8  of Kim & Chang, located at the Daewoo office on the
 9  second floor in Seoul, South Korea.  The caption of this
10  case is Apple, Incorporated vs. Samsung
11  Electronics Co. Ltd., et al., held in the United States
12  District Court, Northern District of California, the
13  San Jose Division, with a case number of 11cv10846-LHK.
14          The name of the witness is JungMin Yeo,
15  testifying in her personal capacity.
16          The court reporter today is Mike Miller, also
17  with American Realtime Court Reporters in Asia.
18          At this time I would ask all counsel and
19  interpreters to please state their appearances and whom
20  they represent for the record.
21          MR. ZHANG:  Patrick Zhang from Morrison &
22  Foerster on behalf of Apple, and with me is Sun Park.
23          MR. WALL:  Eric Wall of Quinn Emanuel for the
24  Defendants.  With me, but not present in the room
25  currently, is Rosa Kim of Samsung Electronics.
```

```
                                                      Page 5
 1          LEAD INTERPRETER:  Jamie Wright, lead
 2  interpreter.
 3          CHECK INTERPRETER:  Hyesun Lee, checker
 4  interpreter, certified court interpreter.
 5          THE VIDEOGRAPHER:  Would counsel please state
 6  any stipulations for the record.
 7          MR. ZHANG:  We understand that the court
 8  reporter is not authorized to administer oaths in this
 9  venue.  Nevertheless, we request that he administer the
10  oath, and we stipulate that we waive any objection to
11  the validity of the deposition based on the oaths.
12          MR. WALL:  Defendants agree.
13          THE WITNESS:  I have a question:  Should I
14  look at the camera, or should I look at the counsels
15  specifically?
16          MR. WALL:  Please look at the camera.
17          THE WITNESS:  Yes.
18          THE VIDEOGRAPHER:  Thank you.  At this time,
19  our court reporter will swear in the witness and
20  interpreters and then we can proceed.
21          (Interpreters sworn.)
22
23
24
25
```

Page 6

1    JUNGMIN YEO,
2    having been first duly sworn, testified as follows:
3                        EXAMINATION
4    BY MR. ZHANG:
5        Q.   Good morning, Ms. Yeo.  Do you understand that
6    there's a litigation between Apple and Samsung that is
7    venued in California in a U.S. court?
8        A.   Yes.
9        Q.   Do you understand that we're here today to take
10   your testimony for purposes of that case?
11       A.   Yes.
12       Q.   And your attorney is going to make objections to
13   my questions from time to time, but unless your attorney
14   instructs you not to answer, you should answer my questions
15   fully and truthfully.  Do you understand that?
16       A.   Yes.
17       Q.   And of course you're welcome to take a break at
18   any time.  I just ask that if I have asked you a question,
19   that you answer the question fully before you request a
20   break.
21       A.   Yes.
22       Q.   Okay.  Is there any reason you can't give your
23   best testimony here today?
24       A.   No.
25       Q.   Have you been deposed previously in a U.S.

Page 7

1    litigation or any type of litigation?
2            (A discussion was had off the record between Lead
3    Interpreter and Check Interpreter in Korean.)
4        A.   By "deposition," you're meaning this sort of
5    setting?
6    BY MR. ZHANG:
7        Q.   Yes.
8        A.   This is my first time.
9        Q.   And have you previously provided a declaration
10   for purposes of any litigation?
11       A.   Well, other than this type of setting, I don't
12   think I provided such a thing.
13       Q.   What I mean is like an affidavit or a declaration
14   for another -- for a litigation.  Have you provided one?
15       A.   No.
16       Q.   Okay.  Can you describe your education after high
17   school for me?
18       A.   Do I have to tell you the name of the school?
19       Q.   Sure.  That would be good.
20       A.   I graduated from Dongdeok Women's University,
21   majoring in western painting.  After graduating from
22   Dongdeok Women's University, I entered SADI, the school
23   named SADI, that's the shorthand for Samsung Art & Design
24   Institute, and I studied product design there.
25       Q.   And what is -- what did you study in your course

Page 8

1    in product design at SADI?
2            MR. WALL:  Objection to form.
3        A.   So do you want me to tell you the exact names of
4    the courses that I took?
5    BY MR. ZHANG:
6        Q.   Well, let me ask differently:  Do you have an
7    understanding of what industrial design is?
8        A.   Yes.
9        Q.   Did you study industrial design while you were at
10   SADI?
11       A.   Well, in my school, they called my major as
12   product design, but to the extent that I know in Korea, they
13   use both industrial design and product design as something
14   similar.
15       Q.   I see.  So for purposes of our deposition today,
16   I'll use those two terms interchangeably, "industrial
17   design" and "product design."
18            What is your understanding of what is enveloped
19   by industrial design?
20            MR. WALL:  Objection to form.
21       A.   Well, the term "industrial design" is too broad
22   of a term, so people may have different meanings for that,
23   so it's difficult for me to describe that for you.
24   BY MR. ZHANG:
25       Q.   But do you have an understanding of what

Page 9

1    "industrial design" means?
2        A.   Can I take a moment?
3            (A discussion was had off the record between Lead
4    Interpreter and Check Interpreter in Korean.)
5        A.   I think this is a little bit difficult.  I think
6    there would be many different meanings for the term
7    "industrial design," but if the industrial design or product
8    design is something for the context of the company, I think
9    that it -- I think that means that it's something that is
10   about making something that can be used and produced for
11   people.
12   BY MR. ZHANG:
13       Q.   When you were at SADI, did you study
14   manufacturing of devices?
15       A.   I studied the process of manufacturing products.
16   It was part of my course.
17       Q.   And did you study having training in ergonomics
18   at SADI?
19       A.   Well, in terms of the name of the course, there
20   was a course named Human Factors, and I finished that
21   course.
22       Q.   And what did the Human Factors course involve
23   generally?
24       A.   As I said earlier, just like the industrial
25   design, this term also is a pretty broad term, so I would

Page 66

BY MR. ZHANG:
 Q. No, I asked you a question --
   CHECK INTERPRETER: Interjection --
BY MR. ZHANG:
 Q. -- which is: Are there multiple different designs possible for a tablet computer that is lightweight?
   MR. WALL: Objection to form, calls for speculation.
BY MR. ZHANG:
 Q. And you can answer the question however you honestly feel about it. And if the answer is that you don't know or that you're not aware unless you sit here and design one, then I'll take that answer.
   MR. WALL: Objection to form.
 A. The question was difficult for me because it seems to me that you're asking me whether that would be possible, would not be possible. So I just thought they might have to think about a way to do that, sitting here right now all of a sudden.
BY MR. ZHANG:
 Q. So let me ask it this way: As an industrial designer at Samsung, is it your testimony that there is only one possible tablet design for a thin tablet computer?
   MR. WALL: Objection to form, mischaracterizes testimony.

Page 67

 A. No.
BY MR. ZHANG:
 Q. And is it your testimony as an industrial designer at Samsung that there is only one possible design for a lightweight tablet computer?
 A.
   MR. WALL: Objection to form, mischaracterizes testimony.
 A. No.
BY MR. ZHANG:
 Q. And is it your testimony as an industrial designer at Samsung that there's only one possible design for a tablet computer that is easy to use by the consumer?
   MR. WALL: Objection to form, lacks foundation.
 A. No, I haven't said that.
BY MR. ZHANG:
 Q. And is it your testimony as an industrial designer at Samsung that there's only one possible design for a tablet computer that is easy to manufacture?
   MR. WALL: Objection to form, lacks foundation.
 A. No, I haven't said so.
BY MR. ZHANG:
 Q. And is it your testimony as an industrial

Page 68

designer at Samsung that there's only one possible design for a tablet computer that is acceptable to consumers?
   MR. WALL: Objection to form, lacks foundation.
 A. No.
BY MR. ZHANG:
 Q. So isn't it true that you had great freedom in terms of the design that you chose for the Galaxy Tab 10.1?
   MR. WALL: Objection to form, lacks foundation.
 A. I'm not sure about the meaning of "fairly great."
   LEAD INTERPRETER: Well, main interpreter interjecting, "fairly" was added by me.
 A. I think you talk about the freedom, the level of freedom, but I'm not really sure what you meant by that.
BY MR. ZHANG:
 Q. I mean that you had the freedom to design the Galaxy Tab 10.1 in a number of different ways; is that correct?
   MR. WALL: Objection to form.
 A. Yes.
BY MR. ZHANG:
 Q. Then can you explain why the Galaxy Tab 10.1 design looks so similar to the iPad 2 design?
   MR. WALL: Objection to form, lacks

Page 69

foundation, assumes facts not in evidence.
   CHECK INTERPRETER: Interpreter's interjection: "Why the design" -- it's not "why the designs are so similar." It's "why they look so similar."
   MR. WALL: And hold on. Same objections.
 A. I do not think so. That means I do not think that designs are same.
   MR. ZHANG: I'd like to mark as the next exhibit a document Bates-labeled SAMNDCA10472951.
   CHECK INTERPRETER: Alternative rendition: "I do not think the designs are similar."
   (JM Yeo Deposition Exhibit 1351 marked.)
BY MR. ZHANG:
 Q. If you could please just read the document and familiarize yourself with it.
   (Witness reviews document.)
 A. Yes, I've finished looking at it.
BY MR. ZHANG:
 Q. Do you recognize the document?
 A. No, I haven't -- this is my first time today that I'm looking at this document, that I see this document.
 Q. At the top of the first page, it refers to a report to the head of the business department about the P1 and P3 design mock-ups? Do you see that line, that's

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

86..87

Page 86

1  (Counsel representing this witness should arrange for reading and signing and thereafter distribute copies of the
2  signed Errata sheet to opposing counsel without involvement of the court reporter.)
3
4  STYLE OF CASE:      Apple v. Samsung (ND CAL)
5  DEPOSITION OF:      JUNGMIN YEO
6  TAKEN:              February 2, 2012
7                  E R R A T A   S H E E T
8  Page    Line  Change                Reason
9  ____    ____  _____
10 ____    ____  _____
11 ____    ____  _____
12 ____    ____  _____
13 ____    ____  _____
14 ____    ____  _____
15 ____    ____  _____
16 ____    ____  _____
17 ____    ____  _____
18 ____    ____  _____
19 ____    ____  _____
20 ____    ____  _____
21 ____    ____  _____
22
   I hereby certify that I have read my deposition and that it
23 is true and correct subject to any changes in form or substance entered here.
24 _____      _____
25 Date                        JUNGMIN YEO

Page 87

1              C E R T I F I C A T E
2  SEOUL              )
                      )
3  KOREA              )
4        I, Michael E. Miller, Registered Diplomate Reporter, Certified Realtime Reporter, do hereby certify
5  that the aforementioned witness was first duly sworn by me pursuant to stipulation of counsel to testify to the
6  truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages
7  are a true and correct transcription of my shorthand notes of said deposition.
8
9        I further certify that said deposition was taken at the time and place hereinabove set forth and that
10 the taking of said deposition was commenced and completed as hereinabove set out.
11       I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or
12 employee of any attorney or counsel of any party connected with the action, nor am I financially interested in the
13 action.
14       The foregoing certification of this transcript does not apply to any reproduction of the same by
15 any means unless under the direct control and/or direction of the certifying reporter.
16
17       IN WITNESS WHEREOF, I have hereunto set my
18 hand this February 3, 2012.
19
20
21                     _____
22                     MICHAEL E. MILLER
                       Certified Realtime Reporter
23                     Registered Diplomate Reporter
                       Realtime Systems Administrator
24
25

# ERRATA SHEET

NAME OF CASE: _____Apple v. Samsung Electronics Co. Ltd., No. 11-cv-1846_____

DATE OF DEPOSITION: _____FEBRUARY 2, 2012_____

NAME OF WITNESS: _____JUNGMIN YEO_____

Reason Codes:

    1.    To clarify the record.
    2.    To conform to the facts.
    3.    To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 10 | 20 | has difference | has differences | 1 |
| 36 | 12 | strong with the scratches | scratch resistant | 1 |
| 41 | 19-20 | broad term for me | broad a term for me | 1 |
| 44 | 11 | other | another | 1 |
| 44 | 21 | there is | there are | 1 |
| 45 | 6 | the feel of high-tech | a high-tech feel | 1 |
| 46 | 15 | those border | those borders | 1 |
| 57 | 3 | was year 2010 | was 2010 | 1 |
| 69 | 8 | that designs are same | that the designs are the same | 1 |
| | | | | |

Signed: _____*Jungmin*_____     Date: _May 23, 2012_
           Jungmin Yeo

02198.51855/4768463.1