# EXHIBIT 8

# In The Matter Of:

*CERTAIN ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES*

_____

*JUN WON LEE - Vol. 1*
*March 6, 2012*

_____

# *HIGHLY CONFIDENTIAL BUSINESS INFORMATION*

**MERRILL CORPORATION**
LegaLink, Inc.                    179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.

---o0o---


In the Matter of                        Inv. No. 337-TA-794

CERTAIN ELECTRONIC DEVICES,
INCLUDING WIRELESS COMMUNICATION
DEVICES, PORTABLE MUSIC AND DATA
PROCESSING DEVICES, AND TABLET
COMPUTERS
                                /



VIDEOTAPED DEPOSITION OF

JUN WON LEE
_____

Tuesday, March 06, 2012



HIGHLY CONFIDENTIAL BUSINESS INFORMATION










REPORTED BY:  RACHEL FERRIER, CSR 6948
                                (3-441886)



Merrill Corporation - Boston

617-542-0039                    www.merrillcorp.com/law

b3ddcce9-19ed-4459-ae89-1dc6748e3878

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE – 3/6/2012

Page 2

1          INDEX OF EXAMINATIONS
2    EXAMINATION BY                    PAGE
3    Mr. Selwyn                        6, 33
4    Mr. Weinstein                     143
5         EXHIBITS MARKED FOR IDENTIFICATION
6    NO.          DESCRIPTION          PAGE
7    Exhibit 1   Respondent Apple Inc.'s Third
              Notice of Deposition to
8             Complaints Samsung Electronics
              Co., LTD. and Samsung
9             Telecommunications America, LLC      16
10   Exhibit 2   U.S. Patent No. 7,706,348 B2      53
11   Exhibit 3   U.S. Patent No. 7,486,644 B2      53
12   Exhibit 4   Re-Amended Defence and
              Counterclaim                87
13
     Exhibit 5   Document entitled "Gresso
14            Avantgarde Grand Premiere -
              the timeless value"          92
15
     Exhibit 6   (None marked.)
16
     Exhibit 7   ETSI Addendum 1, 29th General
17            Assembly Specially Convened
              Meeting Nice, 18-19 November
18            1997                        124
19   Exhibit 8   Respondent Apple Inc.'s First
              Notice of Deposition to
20            Complaints Samsung Electronics
              Co., Ltd., and Samsung
21            Telecommunications America, LLC     135
22   Exhibit 9   Letter dated 4/21/11 to Derek
              Aberle from Yong-Tae Lee      138
23
     Exhibit 10   Letter dated 2/2/12 to Derek
24            Aberle from Jae Wan Chi       140
25

Page 4

1         BE IT REMEMBERED that, pursuant to the laws
2    governing the taking and use of depositions, on Tuesday,
3    March 06, 2012, commencing at 10:52 a.m. thereof, at
4    Morrison & Forester, 425 Market Street, San Francisco,
5    California 94105, before me, RACHEL FERRIER, a Certified
6    Shorthand Reporter, personally and JUN WON LEE, called
7    as a witness by Respondent, who, being by me first duly
8    sworn, was thereupon examined as a witness in said
9    action.
10         APPEARANCES OF COUNSEL
11   For the Complaints SAMSUNG ELECTRONICS CO., LTD. and
     SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:
12
          QUINN EMANUEL URQUHART & SULLIVAN, LLP
13        BY:  MARC K. WEINSTEIN, Attorney at Law
          NBF Hibiya Bldg, 25F
14        1-1-7 Uchisaiwai-cho
          Chiyoda-ku
15        Tokyo 100-0011, Japan
16   For the Respondent APPLE, INC.:
17        WILMER CUTLER PICKERING HALE and DORR
          BY:  MARK D. SELWYN, Attorney at Law
18        950 Page Mill Road
          Palo Alto, California 94304
19        Telephone:  650.858.6031
          Email:  mark.selwyn@wilmerhale.com
20
21
22   ALSO PRESENT:  JEFREE ANDERSON, Videographer
               JEFF MYUNG, Samsung
23             SUNHEE PAIK, Main Interpreter
               ALEX JO, Check Interpreter
24
25              ---o0o---

Page 3

1         EXHIBITS MARKED FOR IDENTIFICATION
2    NO.            DESCRIPTION          PAGE
3    Exhibit 11   License Agreement Between
              Nokia Corporation and Samsung
4             Electronics Co., Ltd., 6/18/10     141
5              ---o0o---
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1         SAN FRANCISCO, CALIFORNIA
2         TUESDAY, MARCH 06, 2012
3           10:52 A.M.
4            ---o0o---
10:51:23  5         PROCEEDINGS
6         THE VIDEOGRAPHER:  Here begins Volume 1,
7    Videotape No. 1 in the deposition of Jun Won Lee in The
8    Matter of Certain Electronic Devices, Including Wireless
9    Communication Devices, Portable Music and Data
10:51:34 10  Processing Devices, and Tablet Computers, Case
11   No. 337-TA-794.
12         Today's date March 6th, 2012.  The time on the
13   video monitor is 10:52 a.m.
14         The video operator today is Jefree Anderson, a
10:51:52 15  notary public contracted by Merrill Court Reporting,
16   San Francisco, California.
17         This video deposition is taking place at
18   Morrison & Foerster, LLP, in San Francisco, California.
19         Counsel, please identify yourselves and state
10:52:05 20  whom you represent.
21         MR. SELWYN:  Mark Selwyn from Wilmer Hale on
22   behalf of the respondent, Apple.
23         MR. WEINSTEIN:  Marc Weinstein of Quinn,
24   Emanuel on behalf of Samsung.  With me is Jeff Myung of
10:52:17 25  Samsung.

2 (Pages 2 to 5)

b3ddcce9-19ed-4459-ae89-1dc6748e3878

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 110

1  interjection, please.  Add "probably tagging,"
2  quote/unquote, "I believe so."
3      THE INTERPRETER:  In the previous answer.
4  BY MR. SELWYN:
17:00:11 5     Q   Why does Samsung have its patent prosecution
6  team attend ETSI meetings?
7      MR. WEINSTEIN:  Objection; outside the scope.
8      THE WITNESS:  They attend with the patent
9  engineers who present the technical article or
17:01:16 10  contributions before the meeting so that they can
11  understand and support at the time of the patent
12  application and prosecution.
13  BY MR. SELWYN:
14     Q   What do you mean "understand and support at the
17:01:34 15  time of the patent application and prosecution"?
16      MR. WEINSTEIN:  Same objection.
17      THE WITNESS:  If they understand the details of
18  the technology and also details of the standards that
19  were discussed in the meeting, it helps them draft the
17:02:21 20  application accurately.
21  BY MR. SELWYN:
22     Q   The patent application, you mean?
23      MR. WEINSTEIN:  Same objection.
24      THE WITNESS:  Correct.
17:02:34 25  BY MR. SELWYN:

Page 111

1     Q   Does it -- does having the patent prosecution
2  team at ETSI meetings with the engineers also assist
3  Samsung in disclosing its IPR to ETSI as early as
4  possible?
17:02:47 5      MR. WEINSTEIN:  Objection; vague and ambiguous.
6      THE WITNESS:  Generally, when a technical
7  contribution is presented in the meetings, the
8  application is to be filed as soon as possible, but the
9  disclosure to ETSI is not made at that time because the
17:04:34 10  standards can be determined two or three years after
11  that.  So once the standards are determined, the
12  prosecution team makes a decision as of that time.
13  BY MR. SELWYN:
14     Q   How big is Samsung's patent prosecution team?
17:05:01 15      MR. WEINSTEIN:  Objection; outside the scope.
16      THE WITNESS:  I don't know exactly, but within
17  the entire Samsung Electronics, I believe there are
18  about 200 people.
19  BY MR. SELWYN:
17:05:33 20     Q   And those 200 people attend ETSI meetings from
21  time to time; correct?
22      MR. WEINSTEIN:  Objection; mischaracterizes
23  prior testimony, lacks foundation, outside the scope.
24      THE WITNESS:  Not all of those 200 people
17:06:11 25  attend the meetings because everybody has a different

Page 112

1  area that they are responsible for, but there are about
2  20 to 30 people who are responsible for the
3  telecommunication standards.
4  BY MR. SELWYN:
17:06:27 5     Q   And do those 20 or 30 people who attend the
6  ETSI meetings try to draft patent applications that will
7  cover the standards that are discussed at the ETSI
8  meetings?
9      MR. WEINSTEIN:  Objection; vague and ambiguous,
17:07:03 10  lacks foundation, outside the scope.
11      THE WITNESS:  They don't personally prepare the
12  draft.  They use outside people to draft the
13  application.  But there are the people who are
14  responsible for controlling the outside people to make a
17:07:52 15  draft.
16  BY MR. SELWYN:
17     Q   And is it their goal to try to draft
18  applications or have applications drafted that will
19  cover the standards that are being discussed at the ETSI
17:08:11 20  meetings?
21      MR. WEINSTEIN:  Same objections.
22      THE WITNESS:  You can say that.
23  BY MR. SELWYN:
24     Q   How does Samsung determine when to disclose its
17:08:54 25  patents or other intellectual property to ETSI?

Page 113

1      MR. WEINSTEIN:  Objection; asked and answered.
2      THE WITNESS:  Those 20 to 30 people that I
3  mentioned earlier made the decision.
4  BY MR. SELWYN:
17:09:31 5     Q   How do they decide, those 20 to 30 people, the
6  timing of when to disclose pending patent applications,
7  issued patents, or other intellectual property to ETSI?
8      MR. WEINSTEIN:  Objection; lacks foundation.
9      THE WITNESS:  Those 20 to 30 people continue to
17:10:59 10  monitor the patents that they are handling, but the
11  important thing is that the standards have to be
12  determined, but once the standards are determined, each
13  person who handles the subject patents make a
14  decision -- makes a decision for the pending patent
17:11:27 15  application or issued patent.
16  BY MR. SELWYN:
17     Q   Makes a decision whether to disclose that
18  patent or patent application to ETSI?
19      MR. WEINSTEIN:  Same objection.
17:11:51 20      THE WITNESS:  To make the decision whether it
21  is essential or not.  That is important.  Once a patent
22  is determined essential to do so, we would classify them
23  separately from others, and we would collect several of
24  them to disclose as soon as possible.
17:12:53 25  BY MR. SELWYN:

29 (Pages 110 to 113)

b3ddcce9-19ed-4459-ae89-1dc6748e3878

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 114

1    Q  How soon --
2        THE INTERPRETER:  Interpreter would like to
3    make a correction:  To make the decision whether a
4    patent is essential or not is important.  Once a patent
17:13:31 5   is determined essential, we would like to classify them
6    separately from others and collect several of them
7    together to disclose as soon as possible.
8    BY MR. SELWYN:
9        Q  How soon after the standard has been determined
17:13:50 10  is the patent prosecution team supposed to make its
11   disclosure of Samsung's IPR to ETSI?
12       MR. WEINSTEIN:  Objection; lacks foundation.
13       THE WITNESS:  There is no fixed time, but it is
14   done periodically, commonly as often as once or twice a
17:14:56 15  year.
16   BY MR. SELWYN:
17       Q  Has there ever been an instance in which
18   Samsung has disclosed a pending patent application or an
19   issued patent to ETSI before the standard has been
17:15:27 20  determined or before the standard has been frozen?
21       MR. WEINSTEIN:  Objection; vague and ambiguous.
22       THE WITNESS:  I'm not sure if that has ever
23   happened, but if that happened, I believe that was a
24   stupid thing.
17:16:23 25  BY MR. SELWYN:

Page 115

1    Q  Why?
2        MR. WEINSTEIN:  Same objection.
3        THE WITNESS:  When the standard is not
4    determined, you cannot know if the patent is essential
17:16:52 5   or not, so there is no reason to disclose.
6    BY MR. SELWYN:
7        Q  Can you know whether the standard -- strike
8    that.
9        Can you know whether the patent application is
17:17:05 10  essential to the standard that's being considered?
11       MR. WEINSTEIN:  Objection; vague and ambiguous.
12   lacks foundation.
13       THE WITNESS:  Are we talking about these
14   patents?
17:17:36 15      MR. SELWYN:  Not at the moment.
16       THE WITNESS:  I don't understand the question
17   exactly, so which patent are you asking about being
18   essential or are or not?
19       MR. SELWYN:  No patent in particular.
17:17:56 20      MR. WEINSTEIN:  Same objections.
21       MR. SELWYN:  Let me ask a new question to
22   clarify.  Let me back up.
23       Q  Does Samsung know which members of its patent
24   prosecution teams attended meetings where the technology
17:18:40 25  that Samsung believes underlie patents marked as

Page 116

1    Exhibits 2 and 3 were discussed?
2        MR. WEINSTEIN:  Objection; vague and ambiguous,
3    outside the scope.
4        THE WITNESS:  I would not know such a specific
17:19:24 5   detail, but if I investigate, I can find out.
6    BY MR. SELWYN:
7        Q  How would you find out?
8        MR. WEINSTEIN:  Same objections.
9        THE WITNESS:  The prosecution history is stored
17:19:55 10  in the database, and also, if I find out who handled
11   these patents at the time, I can find out.
12   BY MR. SELWYN:
13       Q  And how long would that take you to do with
14   respect to, for example, these two patents?
17:20:07 15      MR. WEINSTEIN:  Objection; outside the scope.
16       THE WITNESS:  Probably can take two or three
17   days.
18       MR. WEINSTEIN:  Counsel, we have been going for
19   about an hour.  Is this a good time for a break?
17:20:34 20      MR. SELWYN:  Give me two more questions.
21       MR. WEINSTEIN:  Sure.
22   BY MR. SELWYN:
23       Q  Has Samsung ever investigated, in connection
24   with this case, which members of its patent prosecution
17:20:44 25  teams attended meetings where the technology that

Page 117

1    Samsung believes underlie Exhibits 2 and 3 were
2    discussed?
3        MR. WEINSTEIN:  Objection; outside the scope.
4        THE WITNESS:  I don't know such a specific
17:21:26 5   detail.
6    BY MR. SELWYN:
7        Q  What instructions were the members of the
8    patent prosecution teams who attended the meetings where
9    the technology that Samsung believes relates to
17:21:39 10  Exhibits 2 and 3 were discussed -- strike that.
11       What instructions did Samsung give to the
12   employees from the patent prosecution teams who attended
13   the ETSI meetings where the technology related to
14   Exhibit 2 and 3 were discussed about when to disclose
17:22:04 15  Samsung's IPR to ETSI?
16       MR. WEINSTEIN:  Objection; vague and ambiguous,
17   lacks foundation.
18       THE WITNESS:  I said I don't know who or
19   when --
17:23:35 20      THE INTERPRETER:  Interpreter's correction:  I
21   said I don't know who attended which meeting when
22   related to patents, but probably the -- since the reason
23   why the members are attending the ETSI meeting is --
24       The interpreter's correction:  One of the
17:23:54 25  reasons is --

30 (Pages 114 to 117)

Merrill Corporation - Boston
617-542-0039                        www.merrillcorp.com/law

b3ddcce9-19ed-4459-ae89-1dc6748e3878

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 126

1   BY MR. SELWYN:
2      Q   Well, do your best.  Give me the reasons that
3   you know of.
4         MR. WEINSTEIN:  Same objections.
18:05:15  5      THE WITNESS:  I think it is let the public know
6   promptly that somebody has IPR about the technology that
7   was determined as standard.
8   BY MR. SELWYN:
9      Q   Are there any other reasons that you know of
18:06:15 10  why ETSI requires that disclosure of IPR be made as
11  early as possible?
12        MR. WEINSTEIN:  Same objections.
13        THE WITNESS:  I have never given much thought
14  to it, particularly about that.
18:06:51 15 BY MR. SELWYN:
16     Q   Why not?
17        MR. WEINSTEIN:  Same objections.
18        THE WITNESS:  I didn't think those reasons were
19  really that important to me, or I didn't have any reason
18:07:18 20 to give much thought to it.
21  BY MR. SELWYN:
22     Q   Would you agree that one of the purposes of the
23  ETSI rules on disclosure of IPRs is to ensure that ETSI
24  and its members are able to determine whether to
18:07:49 25 standardize a technology with full knowledge of whether

Page 127

1   a pending patent application has claims that would read
2   on that technology?
3         MR. WEINSTEIN:  Objection.  Same objections.
4         THE WITNESS:  If you look at this document, the
18:10:48  5  technical proposal is made after the technical proposal
6   is adopted as essential or not.
7         THE INTERPRETER:  The interpreter's correction:
8   If you look at this document, the disclosure is made
9   after the technical proposal is adopted to be
18:11:38 10 essential -- to be essential, so I don't think that
11  applies here --
12        Well, let me do this again.
13        THE WITNESS:  If you look at this document, the
14  disclosure is made after the technical proposal is
18:12:35 15 adopted to be essential, so I don't agree with the
16  statement.
17  BY MR. SELWYN:
18     Q   What in Section 4 leads you to conclude that
19  the disclosure is made after the technical proposal is
18:12:54 20 adopted?
21        MR. WEINSTEIN:  Same objections.
22        THE WITNESS:  I think I gave you an incorrect
23  answer earlier.  So if you look at the contents of this
24  section, I believe -- I believe the -- that intention,
18:16:11 25 such intention was included --

Page 128

1         THE INTERPRETER:  Correction:  So if you look
2   at the contents of this section, I believe the intention
3   of the question is included.
4   BY MR. SELWYN:
18:16:45  5      Q   Does Section 4 of ETSI's IPR policy require
6   ETSI members to disclose IPR related to technical
7   proposals before or after those proposals are adopted?
8         MR. WEINSTEIN:  Objection; outside the scope.
9         THE WITNESS:  It doesn't say exclusively it has
18:17:35 10 to be done before or after, expressively.  It doesn't
11  say expressively it must be done before or after.
12  BY MR. SELWYN:
13     Q   Does Section 4 contain any language that would
14  allow an ETSI member who knows IPR might be essential to
18:18:13 15 a technical proposal to wait until after that proposal
16  has been adopted to disclose it to ETSI?
17        MR. WEINSTEIN:  Objection; outside the scope,
18  calls speculation.
19        THE WITNESS:  As I just said, it doesn't have a
18:19:39 20 specific -- it doesn't have any specific language that
21  expresses that it must be done before or after.
22  BY MR. SELWYN:
23     Q   Does Samsung believe that Section 4 would
24  require an ETSI member who submits a technical proposal
18:20:05 25 for a standard to disclose to ETSI any of that member's

Page 129

1   IPR that might be essential to that standard?
2         MR. WEINSTEIN:  Objection; vague and ambiguous,
3   lacks foundation, outside the scope.
4         THE WITNESS:  The question is very long, so I
18:21:24  5  don't understand exactly.  Would you repeat that,
6   please?
7         MR. SELWYN:  Sure.
8      Q   Does Samsung believe that Section 4 would
9   require an ETSI member who submits a technical proposal
18:21:35 10 for a standard to disclose to ETSI any of that member's
11  IPR that might be essential if the proposal is adopted?
12        MR. WEINSTEIN:  Same objections.
13        THE WITNESS:  Your question states exactly same
14  as what it says here in the language here.
18:22:53 15 BY MR. SELWYN:
16     Q   So is the answer to my question "yes"?
17        MR. WEINSTEIN:  Objection; outside the scope.
18        THE WITNESS:  Yes.
19  BY MR. SELWYN:
18:23:16 20     Q   Does Samsung believe that Section 4 allows an
21  ETSI member who submits a technical proposal for a
22  standard to wait to disclose to ETSI any of that
23  member's IPR that might be essential until after the
24  proposal is adopted?
18:23:35 25        MR. WEINSTEIN:  Objection; vague and ambiguous,

33 (Pages 126 to 129)

Merrill Corporation - Boston
617-542-0039                              www.merrillcorp.com/law

b3ddcce9-19ed-4459-ae89-1dc6748e3878

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE – 3/6/2012

Page 142

1 other source of information.
2 BY MR. SELWYN:
3    Q  What is the implied or effective rate that
4 Samsung is paying in this agreement for a license to
19:21:31 5 Samsung's declared essential UMTS patents?
6       MR. WEINSTEIN:  Objection; vague and ambiguous.
7 lacks foundation, outside the scope.
8       But, Counsel, I think you misstated the
9 question, because you are asking Samsung is paying for.
19:22:02 10       MR. SELWYN:  I did.  Thank you.  Let me reask
11 the question.
12    Q  What is the implied or effective rate that
13 Nokia is paying in this agreement for a license to
14 Samsung's declared essential UMTS patents?
19:22:28 15       MR. WEINSTEIN:  Objection; vague and ambiguous.
16 lacks foundation, outside the scope.
17       THE WITNESS:  Since Nokia didn't pay any
18 royalties, I cannot tell you how much that was.
19 BY MR. SELWYN:
19:22:54 20    Q  What is the implied or effective rate that
21 Motorola pays to Samsung for a license to Samsung's
22 declared essential UMTS patents?
23       MR. WEINSTEIN:  Same objections.
24       THE WITNESS:  I cannot know.
19:23:26 25 BY MR. SELWYN:

Page 143

1    Q  What is the implied or effective rate that
2 Ericsson pays to Samsung for a license to Samsung's
3 declared essential UMTS patents?
4       MR. WEINSTEIN:  Same objections.
19:23:56 5       THE WITNESS:  Same thing.  I cannot know.
6       MR. SELWYN:  It's now about 7:24.  I haven't
7 finished my questioning, but in light of the hour, we
8 have to suspend for the day.
9       I do want to pass the witness and give you an
19:24:12 10 opportunity to ask any questions you want based on the
11 testimony so far today.
12       MR. WEINSTEIN:  Thank you, Counsel.
13              EXAMINATION
14 BY MR. WEINSTEIN:
19:24:19 15    Q  Mr. Lee, did you testify earlier that the
16 prosecution team attends ETSI meetings?
17    A  Yes.
18    Q  For what purpose do they attend ETSI meetings?
19    A  It is for them to understand the contents of
19:25:18 20 the technology that is discussed in that standard
21 meeting, and also for them to understand the technical
22 contribution that is presented by us so that they can
23 make a draft and disclose as early as possible.
24       THE INTERPRETER:  Make a correction to the last
19:25:56 25 sentence.

Page 144

1       THE WITNESS:  So that they can make a draft as
2 early as possible and accurately.
3 BY MR. WEINSTEIN:
4    Q  Does the prosecution team draft patent
19:26:06 5 applications?
6       MR. SELWYN:  Objection.
7       THE WITNESS:  They do not personally prepare
8 the draft, but they hire outside people to have the
9 draft prepared.
19:26:42 10 BY MR. WEINSTEIN:
11    Q  For the --
12    A  And controlled outside people.
13    Q  For the people -- for the outside people who
14 draft the applications under the control of the
19:26:56 15 prosecution team, who are the inventors of those
16 applications?
17       MR. SELWYN:  Objection.
18       THE INTERPRETER:  For the outside people, who
19 are the inventors?
19:27:53 20       THE WITNESS:  Standard engineers who attend the
21 standard meetings.
22 BY MR. WEINSTEIN:
23    Q  Are the standard engineers employees of
24 Samsung?
19:28:05 25    A  Yes.

Page 145

1    Q  Do the -- does the prosecution team control
2 outside people to prepare applications for engineers
3 that are not employees of Samsung?
4       MR. SELWYN:  Objection.
19:28:28 5       THE WITNESS:  No.  That is not the case, but
6 the draft is prepared based on the disclosure of
7 invention that is prepared by the engineers in the
8 standard team.
9       THE CHECKER INTERPRETER:  "For invention
19:29:30 10 disclosure."
11 BY MR. WEINSTEIN:
12    Q  Is it correct that the prosecution team
13 oversees the preparation of applications for engineers
14 in the standard team based on their invention
19:29:41 15 disclosures?
16    A  Correct.
17    Q  How is the experience of prosecution team
18 members that attend ETSI meetings used with respect to
19 preparing applications for engineers in the standard
19:30:21 20 team based on their invention disclosures?
21       MR. SELWYN:  Objection.
22       THE WITNESS:  Once you stand the --
23       THE INTERPRETER:  Interpreter's correction:
24 Once you attend the standard meetings, you become aware
19:31:44 25 or become familiar with the contents of the technology,

37 (Pages 142 to 145)

b3ddcce9-19ed-4459-ae89-1dc6748e3878