# EXHIBIT 9

# In The Matter Of:

## CERTAIN ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICE

_____

### KARL HEINZ ROSENBROCK - Vol. 1
*April 20, 2012*

_____

## *CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
KARL HEINZ ROSENBROCK - 4/20/2012

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

----------------------------------x
In the Matter of                            )
CERTAIN ELECTRONIC DEVICES,                 )
INCLUDING WIRELESS COMMUNICATION            )  Inv. No.
DEVICES, PORTABLE MUSIC AND DATA            )  337-TA-794
PROCESSING DEVICES, AND TABLET              )
COMPUTERS                                   )
----------------------------------x

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

----------------------------------x
APPLE, INC., a California                   )
corporation,                                )
                  Plaintiff,                )
       v.                                   )
SAMSUNG ELECTRONICS CO., LTD., a            )  Case No.
Korean business entity; SAMSUNG             )  11-CV-01846-
ELECTRONICS AMERICA, INC., a New            )  LHK
York Corporation; SAMSUNG                   )
TELECOMMUNICATIONS AMERICA, LLC,            )
a Delaware limited liability                )
company,                                    )
                  Defendants.               )
----------------------------------x

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
KARL HEINZ ROSENBROCK - 4/20/2012

```
                                                    Page 2
 1       CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO
 2                   PROTECTIVE ORDER
 3
 4       VIDEOTAPED DEPOSITION OF KARL HEINZ ROSENBROCK
 5                    Washington, D.C.
 6                  Friday, April 20, 2012
 7                       9:08 a.m.
 8
 9
10
11    Job No.:  22-216012
12    Pages 1 - 282
13    Reported By:  Joan V. Cain
14
15         Videotaped Deposition of KARL HEINZ
16    ROSENBROCK, held at the law offices of:
17
18              WILMER CUTLER PICKERING HALE & DORR, LLP
19              1875 Pennsylvania Avenue, Northwest
20              Washington, D.C. 20006
21              (202) 663-6000
22
23         Pursuant to Notice, before Joan V. Cain, Court
24    Reporter and Notary Public in and for the District of
25    Columbia.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

KARL HEINZ ROSENBROCK - 4/20/2012

Page 3

```
 1                  A P P E A R A N C E S
 2
 3         ON BEHALF OF COMPLAINANTS:
 4             THOMAS D. PEASE, ESQUIRE
 5             DAVID LAWRENCE HECHT, ESQUIRE
 6             QUINN EMANUEL URQUHART & SULLIVAN, LLP
 7             22nd Floor
 8             51 Madison Avenue
 9             New York, New York 10010
10             Telephone:  (212) 849-7000
11
12         ON BEHALF OF RESPONDENT:
13             JOSEPH J. MUELLER, ESQUIRE
14             TIMOTHY D. SYRETT, ESQUIRE
15             WILMER CUTLER PICKERING HALE & DORR, LLP
16             60 State Street
17             Boston, Massachusetts 02109
18             Telephone:  (617) 526-6000
19         AND
20             RANDALL M. WEINSTEN, ESQUIRE
21             WILMER CUTLER PICKERING HALE & DORR, LLP
22             1875 Pennsylvania Avenue, Northwest
23             Washington, D.C. 20006
24             Telephone:  (202) 663-6000
25
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
KARL HEINZ ROSENBROCK - 4/20/2012

Page 103

```
11:34:29   1    pursued, that raises Section 4 issues, doesn't it,
11:34:34   2    Section 4 of the IPR policy?
11:34:36   3               MR. PEASE:  Objection.  Assumes facts not in
11:34:37   4    evidence.  Calls for a legal conclusion.
11:34:50   5               THE WITNESS:  Have I understood your
11:34:51   6    question?  You mean that's when in -- in having
11:34:54   7    lawyers there or are these lawyers, these prosecution
11:34:58   8    people here?
11:34:58   9    BY MR. MUELLER:
11:34:59  10         Q    I'll let the testimony speak for itself, but
11:35:01  11    Mr. Lee -- let's just look at what he said.  Page 112,
11:35:06  12    line 5, "Question:  And do those 20 or 30 people who
11:35:10  13    attend the ETSI meetings try to draft patent
11:35:14  14    applications that will cover the standards that are
11:35:16  15    discussed at the ETSI meetings"?
11:35:19  16               Answer, line 11:  "The Witness:  they don't
11:35:25  17    personally prepare the draft.  They use outside people
11:35:28  18    to draft the application.  But there are the people
11:35:31  19    who are responsible for controlling the outside people
11:35:32  20    that make a draft."
11:35:35  21               Do you see that?
11:35:35  22         A    Yeah.
11:35:35  23         Q    My question to you is, as an expert on ETSI
11:35:39  24    IPR policy, is this type of conduct, sending patent
11:35:42  25    lawyers to Working Group meetings, does that raise
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
KARL HEINZ ROSENBROCK - 4/20/2012

Page 173

```
14:33:15   1    okay, but that is not -- I have not said more.
14:33:18   2    BY MR. MUELLER:
14:33:18   3        Q    Understood.  But you understand what I'm
14:33:20   4    saying here, what the argument is?
14:33:22   5        A    Mm-hmm.
14:33:22   6             MR. PEASE:  Same objections.
14:33:23   7    BY MR. MUELLER:
14:33:23   8        Q    Now here's the question.  You are an ETSI
14:33:26   9    expert, correct?
14:33:27  10        A    Well, I'm an expert about ETSI history
14:33:33  11    and -- especially related to the policy of IPR, yeah.
14:33:36  12        Q    Right, the IPR policy you are an expert,
14:33:39  13    correct?
14:33:40  14        A    Yeah, to the extent it's relevant for ETSI
14:33:45  15    itself.
14:33:45  16        Q    Sure, understood.  ETSI IPR policy, correct?
14:33:48  17        A    Yeah.
14:33:48  18        Q    And this is a case in which you were
14:33:50  19    involved, isn't that right, the Ericsson case?
14:33:56  20        A    Yeah, but I was -- I think as far as I
14:33:59  21    recall I'm not sure whether I was involved in -- in
14:34:01  22    determining any matters regarding to the -- to the --
14:34:09  23    to the rate and so on.  I was providing legal advice
14:34:15  24    of Samsung in the respect of what -- how the policy
14:34:19  25    developed and so on.  I think that was my -- my main
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
KARL HEINZ ROSENBROCK - 4/20/2012

Page 275

| Time | # | |
|---|---|---|
| 17:41:11 | 1 | Q    -- by Samsung?  As part of your analysis in |
| 17:41:16 | 2 | this case, did you make any determination as to -- let |
| 17:41:19 | 3 | me withdraw that. |
| 17:41:20 | 4 | Sitting here today are you aware of the |
| 17:41:23 | 5 | dates on which the U.S. applications that led to those |
| 17:41:27 | 6 | patents that are listed in this chart were filed? |
| 17:41:32 | 7 | A    No, I have no idea, and I had also see no |
| 17:41:37 | 8 | reason to look at this.  I simply -- the only reason |
| 17:41:42 | 9 | why I looked at this table was -- the only reason why |
| 17:41:49 | 10 | I looked at this table was to -- to verify the |
| 17:41:58 | 11 | statement of Dr. Walker about his concerns that the |
| 17:42:06 | 12 | disclosure date was so late. |
| 17:42:08 | 13 | So I detected that these were several years |
| 17:42:15 | 14 | or 4 years and something like this or even less, and |
| 17:42:24 | 15 | I -- I felt that this was not unusual at all because |
| 17:42:26 | 16 | from what I have heard and learned so far, this is |
| 17:42:34 | 17 | very normal way of disclosing the individual IPRs |
| 17:42:43 | 18 | after the standard has been finalized and of course |
| 17:42:47 | 19 | also after the patents at the end have been accepted |
| 17:42:53 | 20 | as such. |
| 17:42:57 | 21 | Q    And just looking at the same chart in the |
| 17:43:00 | 22 | third column, first Samsung proposal, did you look at |
| 17:43:03 | 23 | any of the proposals that are listed in that column? |
| 17:43:05 | 24 | A    No, I have not. |
| 17:43:05 | 25 | Q    Are you familiar with the subject matter of |