# EXHIBIT 12

# EXHIBIT 2

*Apple Inc. v. Samsung*, No. 11-01846 LHK (PSG)
Documents Considered by Ravin Balakrishnan Ph.D
Opening Expert Report '381

| BEG BATES | END BATES |
|---|---|
| APLNDC00001101 | APLNDC00001102 |
| APLNDC00001103 | APLNDC00001123 |
| APLNDC00001126 | APLNDC00001192 |
| APLNDC-Y0000056289 | APLNDC-Y0000056566 |
| APLNDC-Y0000056784 | APLNDC-Y0000066728 |
| APLNDC-Y0000066320 | APLNDC-Y0000066320 |
| APLNDC-Y0000066418 | APLNDC-Y0000066418 |
| APLNDC-Y0000066729 | APLNDC-Y0000066827 |
| APLNDC-Y0000066798 | APLNDC-Y0000066798 |
| APLNDC-Y0000066800 | APLNDC-Y0000066800 |
| APLNDC-Y0000066820 | APLNDC-Y0000066821 |
| APLNDC-Y0000066830 | APLNDC-Y0000066909 |
| APLNDC-Y0000066835 | APLNDC-Y0000066835 |
| APLNDC-Y0000066836 | APLNDC-Y0000066836 |
| APLNDC-Y0000066850 | APLNDC-Y0000066850 |
| APLNDC-Y0000233006 | APLNDC-Y0000233019 |
| APLNDC-Y0000233020 | APLNDC-Y0000233020 |
| APLNDC-Y0000237572 | APLNDC-Y0000237573 |
| SAMNDCA00176053 | SAMNDCA00176171 |
| SAMNDCA00201771 | SAMNDCA00201780 |
| SAMNDCA00203811 | SAMNDCA00203879 |
| SAMNDCA00203880 | SAMNDCA00204010 |
| SAMNDCA00229011 | SAMNDCA00229108 |
| SAMNDCA00229399 | SAMNDCA002299409 |
| SAMNDCA00229449 | SAMNDCA00229451 |
| SAMNDCA00508318 | SAMNDCA00508411 |
| SAMNDCA00525347 | SAMNDCA00525349 |
| SAMNDCA00525353 | SAMNDCA00525356 |
| SAMNDCA00525362 | SAMNDCA00525362 |
| SAMNDCA10244357 | SAMNDCA10244412 |

*Apple Inc. v. Samsung*, No. 11-01846 LHK (PSG)
Documents Considered by Ravin Balakrishnan Ph.D
Opening Expert Report '381

| BEG BATES | END BATES |
|---|---|
| SAMNDCA10247283 | SAMNDCA10247372 |
| SAMNDCA10247549 | SAMNDCA10247549 |
| SAMNDCA10248844 | SAMNDCA10248913 |
| SAMNDCA10252803 | SAMNDCA10252841 |
| SAMNDCA10850604 | SAMNDCA10850606 |
| SAMNDCA10851706 | SAMNDCA10851707 |
| SAMNDCA10907803 | SAMNDCA10907803 |
| SAMNDCA10988469 | SAMNDCA10988504 |
| SAMNDCA10989107 | SAMNDCA10989179 |
| SAMNDCA10989363 | SAMNDCA10989379 |
| SAMNDCA10989840 | SAMNDCA10989941 |
| SAMNDCA10990627 | SAMNDCA10990713 |
| SAMNDCA10992025 | SAMNDCA10992057 |
| SAMNDCA10992072 | SAMNDCA10992131 |
| SAMNDCA10993206 | SAMNDCA10993226 |
| SAMNDCA10997825 | SAMNDCA10997879 |
| SAMNDCA10998016 | SAMNDCA10998035 |
| SAMNDCA10998214 | SAMNDCA10998214 |
| SAMNDCA10998232 | SAMNDCA10998232 |
| SAMNDCA11289451 | SAMNDCA11289473 |
| SAMNDCA11313301 | SAMNDCA11313303 |
| SAMNDCA11368776 | SAMNDCA11368776 |
| SAMNDCA11394122 | SAMNDCA11394126 |
| SAMNDCA11394125 | SAMNDCA11394132 |
| SAMNDCA-C000003501 | SAMNDCA-C000003549 |
| SAMNDCA-C000007702 | SAMNDCA-C000007746. |
| SAMNDCA-C000007781 | SAMNDCA-C000007786 |
| SAMNDCA-C000007890 | SAMNDCA-C000008007 |
| SAMNDCA-C000008045 | SAMNDCA-C000008180 |

*Apple Inc. v. Samsung*, No. 11-01846 LHK (PSG)
Documents Considered by Ravin Balakrishnan Ph.D
Opening Expert Report '381

| |
|---|
| '381 Patent, prosecution file history, file history for Reexamination Application No. 90/090,963 |
| Reply Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction (Dkt. No. 278) |
| 12/2/2011 Order Denying Motion for Preliminary Injunction |
| Deposition Transcript and Exhibits of Ioi Lam |
| Deposition Transcript and Exhibits of Sehyun Kim |
| Deposition Transcript and Exhibits of Seung Yun Lee |
| Deposition Transcript and Exhibits of Wookyun Koh |
| Deposition Transcript and Exhibits of Bas Ording |
| Apple source code |
| Samsung source code |
| http://developer.android.com |
| http://www.engadget.com/2011/04/28/samsung-galaxy-s-ii-review/ |
| http://androidcommunity.com/samsung-exhibit-4g-review-20110722/ |
| Samsung's responses to Apple Interrogatories Nos. 2, 16, 79 |
| http://forums.androidcentral.com/t-galaxy-s-ii/142833-2-3-6-browser-overscroll-glow-minor-issues-video.html |
| Samsung's Response to Apple's Opening Claim Construction Brief (Dkt. No. 542-2) |
| Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction (Dkt. No. 91) |
| Joint Statement of Person of Ordinary Skill in the Art and Report Regarding Meet and Confer on Disputed Claim Terms (Dkt. No. 650) |