# EXHIBIT 17

| **From:** | Todd Briggs |
|---|---|
| **Sent:** | Tuesday, November 22, 2011 8:19 PM |
| **To:** | 'Ahn, Deok Keun Matthew'; Victoria Maroulis; Samsung v. Apple; Aaron Kaufman |
| **Cc:** | 'Ho, Brian B.'; 'Hung, Richard S. J.'; 'Bartlett, Jason R.'; 'Monach, Andrew E.' |
| **Subject:** | RE: Apple v. Samsung -- inspection of invalidity contention references |

Matt,

Those dates work for the inspection.  Just let us know who will be coming to the inspections and what time they would like to arrive.  I don't believe we have a Micron Transport LT or the ATI Multimedia Center.   I'll let you know if I learn otherwise.

Thanks, Todd

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Tuesday, November 22, 2011 1:00 PM
**To:** Todd Briggs; Victoria Maroulis; Samsung v. Apple; Aaron Kaufman
**Cc:** Ho, Brian B.; Hung, Richard S. J.; Bartlett, Jason R.; Monach, Andrew E.
**Subject:** RE: Apple v. Samsung -- inspection of invalidity contention references

Todd,

Can you confirm if you have the Micron Transport LT computer (Ex. M-13) and the ATI Multimedia Center 7.1 (Ex. M-10) available for inspection?

We would like to inspect the Sony Trinitron and the NeXT Workstation in your Redwood Shores office on Monday, 11/28. In addition, we would like to inspect the DiamondTouch in your New York office on 12/1 or 12/2.

Please let me know if these dates work for your team.

best regards,

Matt

**From:** Ahn, Deok Keun Matthew
**Sent:** Thursday, November 10, 2011 3:50 PM
**To:** 'Todd Briggs'; Victoria Maroulis; Samsung v. Apple
**Cc:** Jacobs, Michael A.; Monach, Andrew E.; Ho, Brian B.; Hung, Richard S. J.; Bartlett, Jason R.
**Subject:** RE: Apple v. Samsung -- inspection of invalidity contention references

Thanks, Todd.  I will contact you later with proposed dates and times for the next few weeks.

Do you also have the Micron Transport LT computer (Ex. M-13) and the ATI Multimedia Center 7.1 (Ex. M-10)?

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Thursday, November 10, 2011 4:06 AM
**To:** Ahn, Deok Keun Matthew; Victoria Maroulis; Samsung v. Apple
**Cc:** Jacobs, Michael A.; Monach, Andrew E.; Ho, Brian B.; Hung, Richard S. J.; Bartlett, Jason R.
**Subject:** RE: Apple v. Samsung -- inspection of invalidity contention references

Matt:

We have in our possession the following items of prior art and can make them available for inspection at the locations noted below this week.

- The Sony Trinitron Monitor device at our Silicon Valley office.
- The NeXT Workstation device at our Silicon Valley office.
- The LaunchTile (HP iPaQ) device at our Silicon Valley office.
- The XNav (Sony Vaio) device at our Silicon Valley office.
- The MERL DiamondTouch device at our New York office.

Although you should have a copy of the LaunchTile and XNav code (which was attached to the Declaration of Ben Bederson), we can make that code available for inspection as well.  Please let us know if you have any other questions.

Todd

---

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Monday, November 07, 2011 2:11 PM
**To:** Todd Briggs; Victoria Maroulis; Samsung v. Apple
**Cc:** Jacobs, Michael A.; Monach, Andrew E.; Ho, Brian B.; Hung, Richard S. J.; Bartlett, Jason R.
**Subject:** RE: Apple v. Samsung -- inspection of invalidity contention references

Todd,

It wasn't clear to us from Samsung's invalidity contentions which devices/systems you have in your possession, and which you could make available for inspection.  If you could send us a list, we'd appreciate it.
Also, please let us know when we can come to your offices later this week.

thanks,

Matt

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, November 07, 2011 8:08 AM
**To:** Ahn, Deok Keun Matthew; Victoria Maroulis; Samsung v. Apple
**Cc:** Jacobs, Michael A.; Monach, Andrew E.; Ho, Brian B.; Hung, Richard S. J.; Bartlett, Jason R.
**Subject:** RE: Apple v. Samsung -- inspection of invalidity contention references

Matt,

We can make the DTFlash and NeXT systems available for inspection later this week.  What other systems are you interested in inspecting?

Todd

---

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Friday, November 04, 2011 3:21 PM
**To:** Todd Briggs; Victoria Maroulis; Samsung v. Apple
**Cc:** Jacobs, Michael A.; Monach, Andrew E.; Ho, Brian B.; Hung, Richard S. J.; Bartlett, Jason R.
**Subject:** Apple v. Samsung -- inspection of invalidity contention references

Todd,

We'd like to inspect the systems referenced in Samsung's invalidity contentions that you have in your possession, including the DTFlash and NeXT computer.  Can you let us know which systems you have, and when you can make them available for inspection?

Thanks,

Matt

**Deok Keun Matthew Ahn | Morrison & Foerster LLP**
425 Market Street, San Francisco, California  94105
dahn@mofo.com | tel: 415.268.6629 | fax: 415.276.7263

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by

reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------

------------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------