# EXHIBIT 19

| | |
|---|---|
| **From:** | Ahn, Deok Keun Matthew [DAhn@mofo.com] |
| **Sent:** | Sunday, July 29, 2012 1:15 PM |
| **To:** | Ketan Patel |
| **Cc:** | AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| **Subject:** | RE: Request to Inspect Singh Products |

Ketan,

We confirm that Apple's physical trial exhibits will be available for inspection from 3:00 – 5:00 in room 1405 at the Fairmont.
As there is no public wifi access at the Fairmont, which you suggested for the inspection site, please make arrangements with the hotel if you intend to connect to the internet from the Samsung Accused Products.

Please confirm the room number at the Marriott for the inspection of Samsung's physical trial exhibits.  If there are other Samsung physical trial exhibits that are not in your possession besides the Fidler tablet, please let us know now.

Best regards,

Matt

---

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Sunday, July 29, 2012 11:25 AM
**To:** Ahn, Deok Keun Matthew
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Matt,

Samsung will make the exhibits in our possession available for inspection today from 3:00 to 5:00 pm.  Please confirm that the exhibits in Apple's possession and the Singh exhibits requested below will be made available in a manner that will allow for testing of the accused functionality.

Regarding the Fidler tablet, if and when Mr. Fidler is confirmed as a testifying witness, Samsung will make the device available for inspection, yet again, at least 24 hours before his testimony.

Thanks,

Ketan

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Sunday, July 29, 2012 1:55 AM
**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Ketan,

We will be prepared to conduct our inspection of Samsung's physical trial exhibits and host Samsung's inspection of Apple's physical trial exhibits from 3:00 to 5:00 pm on Sunday.

1

We expect to host your review at the Fairmont and will provide you the exact details in the early afternoon. We will plan to conduct our inspection at the Marriot.

Your objection regarding the Galaxy S 4G is unfounded. As you are well aware, Samsung has already been informed of the substitution of this device, was afforded an opportunity to inspect it, and even questioned Dr. Balakrishnan about it. *See* R. Balakrishnan 7/12/12 Dep. Tr. at 14:14-21.

The Fidler tablet is a trial exhibit. If Apple is not afforded an opportunity to inspect Ex. 1075 before trial, we will move to exclude it.

Best regards,

Matt

---

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Saturday, July 28, 2012 7:30 PM
**To:** Ahn, Deok Keun Matthew
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Matt,

We can do the mutual inspection at 10 am tomorrow. We propose making Samsung's physical trial exhibits available at our hotel and Apple making the physical trial exhibits in its possession available at its hotel. Please confirm this time works tonight.

We also noticed that Apple unilaterally changed the joint exhibit list (Trial Exhibit 1019) this afternoon to use a different Galaxy S device. Pending our inspection of both Galaxy S devices, we object to Apple's unilateral change. We will need to inspect both devices tomorrow (the devices marked AS16 and AS469). Please confirm both will be available at the 10 am inspection.

As Apple's counsel is aware and as we have advised several times, we are not in possession, custody or control of Roger Fidler's tangibles. He is a third-party witness. Furthermore, Apple has inspected and photographed his items on several occasions, including before and after his deposition.

We will notify you if and when Mr. Fidler's physical tablet becomes available for Apple to inspect again. The DiamondTouch prior art will be available for inspection.

Regards,

Ketan

---

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Saturday, July 28, 2012 12:21 PM
**To:** Todd Briggs; Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Todd,

You have not responded to our proposal for a mutual simultaneous inspection of the physical trial exhibits in the other party's possession.

2

Are you agreeing to that or not?  To be clear, our request is not limited to "Samsung's products" on the exhibit list, the phrase used in Ketan's email of last night.

Our Samsung Accused Product trial exhibits are in San Francisco and we have requested for them to be delivered to San Jose today.

Please let us know when the physical trial exhibits in Samsung's possession, in full working order, will be available for our inspection and we can arrange for the logistics and timing of the mutual inspection.
This includes, for example, the Fidler tablet (Ex. 1075) and the DiamondTouch system.

Best regards,

Matt

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Saturday, July 28, 2012 11:05 AM
**To:** Ketan Patel; Ahn, Deok Keun Matthew
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Matt,

It is now 11 am and we have not heard back from you.  What time can we inspect the products today?  As you know, many if not all of these products are identified on the parties' joint exhibit list.  As such, we are entitled to access them as we prepare for trial.  You have now denied us access to these products for more that two days.

Todd

---

**From:** Ketan Patel
**Sent:** Friday, July 27, 2012 11:13 PM
**To:** 'Ahn, Deok Keun Matthew'
**Cc:** 'AppleMoFo'; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Matt,

We would like to inspect the Samsung accused products in Apple's possession tomorrow morning at 11 am.  You can bring the products to a conference room at our hotel or we can inspect the products at your hotel.  Please let us what you prefer.  During the inspection we will need Internet access for the products so we can fully inspect their functionality.  Since there are many products we intend to inspect, we will need approximately two hours to complete our inspection.

We can make Samsung's products available over the weekend as well.  We will get back to you on the time they will be available for inspection.  Please let us know if you have any proposals for logistics for this inspection.

Regards,

Ketan

---

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Friday, July 27, 2012 9:18 PM

**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Dear Ketan,

Since Samsung's counsel and experts have inspected Samsung Accused Products for dozens of hours on at least five different occasions over the last few weeks, we were surprised to receive yet another request on the eve of trial.
As an accommodation, and to avoid undue disruption of trial preparation, we would agree to a mutual reasonable and limited time for inspection of the opposing party's proposed physical trial exhibits this weekend. One hour should be more than sufficient.
Please let us know what you propose on the logistics and we will see whether we can make a mutual inspection work for all concerned.

Best regards,

Matt

---

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Friday, July 27, 2012 2:17 PM
**To:** Ahn, Deok Keun Matthew
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Matt,

This is now the third time that I have written requesting an opportunity to inspect the devices Dr. Singh relied upon to formulate his opinions and intends to rely upon at trial. We need a response.

Please confirm times on Friday and Saturday that these products will be made available.

Ketan

---

**From:** Ketan Patel
**Sent:** Thursday, July 26, 2012 10:11 PM
**To:** 'Ahn, Deok Keun Matthew'
**Cc:** 'AppleMoFo'; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Request to Inspect Singh Products

Hi Matt,

We have not yet received a response regarding the availability of these '915 and '163 related devices. Can you confirm if these devices can be made available for inspection either tomorrow or Saturday (July 26th) morning?

Thanks,

Ketan

---

**From:** Ketan Patel
**Sent:** Wednesday, July 25, 2012 10:41 PM
**To:** 'Ahn, Deok Keun Matthew'

4

**Cc:** 'AppleMoFo'; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** Request to Inspect Singh Products

Hi Matt,

Samsung would like to inspect the devices upon which Dr. Singh relied for his report and, to the extent that these devices are not the same, the devices in the Joint Exhibit List upon which he intends to rely at trial.

Can these devices be made available tomorrow (July 26th) or Friday (July 27th) at 10 am PDT?

Thanks,

**Ketan Patel**
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7467 Direct
212.849.7100 FAX
ketanpatel@quinnemanuel.com

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to

http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------