# EXHIBIT 20

| | |
|---|---|
| **From:** | Ahn, Deok Keun Matthew [DAhn@mofo.com] |
| **Sent:** | Sunday, August 12, 2012 4:53 PM |
| **To:** | Samsung v. Apple |
| **Cc:** | AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com) |
| **Subject:** | Apple v. Samsung - exhibits for use in court |

Counsel,

Please confirm that both the DiamondTouch system (DX548/DX655) and the IPAQ device with LaunchTile (DX518) will be brought to court on Monday, 8/13/12.
We request that you charge DX518, and will inspect these devices in court during the morning break (~10:30).

Best regards,

Matt

**Deok Keun Matthew Ahn | Morrison & Foerster LLP**
425 Market Street, San Francisco, California  94105
dahn@mofo.com | tel: 415.268.6629 | fax: 415.276.7263


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------