# EXHIBIT 21

# Kara Borden

| | |
|---|---|
| **From:** | Ahn, Deok Keun Matthew [DAhn@mofo.com] |
| **Sent:** | Wednesday, August 15, 2012 8:40 PM |
| **To:** | Todd Briggs; Samsung v. Apple |
| **Cc:** | AppleMoFo; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)' |
| **Subject:** | RE: Apple v. Samsung - Inspection of DiamondTouch |

Great, thanks.

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Wednesday, August 15, 2012 8:28 PM
**To:** Ahn, Deok Keun Matthew; Samsung v. Apple
**Cc:** AppleMoFo; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'
**Subject:** RE: Apple v. Samsung - Inspection of DiamondTouch

Matt,

The DiamondTouch system is at the Courthouse.  We can set it up during lunch tomorrow.

Thanks, Todd

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Wednesday, August 15, 2012 8:11 PM
**To:** Samsung v. Apple
**Cc:** AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)
**Subject:** Apple v. Samsung - Inspection of DiamondTouch

Counsel,

We would like to inspect the DiamondTouch system (DX548/DX655) tonight at 9:00 p.m.
Can you make it available at the Marriott?
If the device is in the courthouse, we would like to inspect it during the lunch recess tomorrow.
Please ensure that it is assembled and operational prior to the inspection.

Best regards,

Matt

**Deok Keun Matthew Ahn | Morrison & Foerster LLP**
425 Market Street, San Francisco, California  94105
dahn@mofo.com | tel: 415.268.6629 | fax: 415.276.7263

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------