# EXHIBIT 22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION

 3   APPLE, INC., a California
     corporation,
 4                                          CASE NO.
            Plaintiff,                      11cv01846-LHK
 5
     v.
 6
     SAMSUNG ELECTRONICS, CO., LTD.,
 7   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 8   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
 9   AMERICA, LLC, a Delaware limited
     liability company,
10
            Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD.,
     a Korean business entity;
13   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
14   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware limited
15   liability company,

16          Counterclaim-Plaintiffs,

17   v.
     APPLE, INC., a California
18   corporation,

19          Counterclaim-Defendant.

20

21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22            VIDEOTAPED PERSONAL DEPOSITION OF:
                         MINHYOUK LEE
23
                       March 2, 2012
24                      Kim & Chang
                     Seoul, South Korea
25                 9:03 A.M. - 3:47 P.M.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

1  APPEARANCES:

2

   For the Plaintiff/Counterclaim-Defendant, Apple, Inc.
3
                   MORRISON & FOERSTER, LLP
4                  BY: Peter J. Stern, Esq.
                       Stephanie Kim, Esq.
5                  425 Market Street
                   San Francisco, California 94105-2482
6                  (415) 268-7000

7


8  For the Defendants/Counterclaim-Plaintiffs, the Samsung
   entities:
9
                   QUINN EMANUEL URQUHART & SULLIVAN, LLP
10                 BY: Michael T. Zeller, Esq.
                   865 South Figueroa Street
11                 10th Floor
                   Los Angeles, California 90017
12                 (213) 443-3000

13

14  Also present:

15                 HanKil Kang, Samsung
                   Albert Park, Lead Interpreter
16                 Sue Mi Jones, Check Interpreter
                   Marc Friedman, Videographer
17                 Michael E. Miller, Court Reporter

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20

```
09:45:49   1    that have emotional appeal for as many people as possible?
09:45:53   2                 MR. ZELLER:  Assumes facts, vague, overbroad.
09:45:56   3         A.    As I repetitively say, Samsung is a company
09:46:45   4    that mass produces, and we cannot just focus on emotional
09:46:56   5    appeal alone.  Good manufacturing, that's a guideline for
09:47:02   6    design as well you see.  So just one aspect, we talk about
09:47:06   7    did you design towards this or not, I cannot say.
09:47:11   8                 CHECK INTERPRETER:  Interjection:  "As I
09:47:14   9    repeatedly say, there are many different elements in the
09:47:17  10    design, and Samsung is a company that does mass
09:47:21  11    production, and designers cannot really focus in on
09:47:25  12    emotional appeal only.  The mass production and thorough
09:47:30  13    guideline thereof is an important element, so you cannot
09:47:33  14    really make a judgment based on that alone."
09:47:36  15    BY MR. STERN:
09:47:37  16         Q.    Directing your attention to page 6 of this
09:47:39  17    document, Mr. Lee, with the Bates sequence ending in 333,
09:47:56  18    you see here a number of products listed.  Can you explain
09:47:59  19    to me, please, the relationship between these various
09:48:01  20    products?
09:48:13  21                 MR. ZELLER:  The question is overbroad and
09:48:16  22    vague.
09:48:16  23         A.    It's talking about the Galaxy S, yes.  The
09:48:29  24    Galaxy S.
09:48:30  25    BY MR. STERN:
```

```
09:48:30   1          Q.   Are all of the products listed on this page
09:48:35   2   variants of the Galaxy S design?
09:48:38   3          A.   Yes, Galaxy S products.
09:48:55   4          Q.   Do I understand that all of the products listed
09:48:58   5   on this page derive from a common Galaxy S design?
09:49:09   6          A.   It was not derived from the design, but from
09:49:19   7   the platform.
09:49:22   8          Q.   Do all the products listed on this page share a
09:49:27   9   common original design?
09:49:32  10               MR. ZELLER:  The question is vague.
09:49:33  11          A.   Yes, I believe so as well.
09:49:52  12   BY MR. STERN:
09:49:53  13          Q.   Directing your attention to the page ending in
09:50:05  14   Bates number 335 --
09:50:14  15               MR. ZELLER:  Just for the record, I think he's
09:50:16  16   saying that he agrees with me that the question is vague.
09:50:18  17   I don't think he's agreeing with the question just so we
09:50:22  18   have a clear record.
09:50:24  19               CHECK INTERPRETER:  Yes.
09:50:31  20               MR. STERN:  Okay.  Let me back up then.
09:50:33  21   BY MR. STERN:
09:50:36  22          Q.   Once more, with respect to page ending 333,
09:50:40  23   Mr. Lee, am I correct that you and your team designed a
09:50:50  24   product called the Galaxy S?
09:50:54  25          A.   My team and also another team was also there,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

```
09:51:14   1    yeah.
09:51:14   2         Q.   And was that Galaxy S design used to
09:51:18   3    manufacture various cell phone products that were sold in
09:51:21   4    various countries throughout the world?
09:51:23   5              CHECK INTERPRETER:  Correction.
09:51:39   6              (A discussion was had off the record between
09:51:40   7    Lead Interpreter and Check Interpreter in Korean.)
09:51:40   8              MR. ZELLER:  The question is vague.
09:51:56   9         A.   It's hard for me to exactly understand your
09:52:29   10   question regarding that.
09:52:33   11   BY MR. STERN:
09:52:34   12        Q.   This page lists a number of different products
09:52:38   13   under various product names, such as Captivate, Fascinate,
09:52:44   14   Vibrant and so on.  Are all the products listed on this
09:52:47   15   page based on the Galaxy S design?
09:52:55   16        A.   It is based on the Galaxy S platform.
09:53:21   17             CHECK INTERPRETER:  I think it's actually:
09:53:22   18   "Rather, they are based on the Galaxy S platform."
09:53:28   19   BY MR. STERN:
09:53:29   20        Q.   Directing your attention to Bates page ending
09:53:32   21   335, Mr. Lee, you see in the middle of the page, there is
09:53:39   22   a reference to an article from the Financial Times that
09:53:43   23   says, "Hopeful Samsung wheels out a would-be iPhone
09:53:49   24   killer."
09:54:08   25        A.   Yes, I see that.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

23

| | | |
|---|---|---|
| 09:54:11 | 1 | Q.   Was the Galaxy S designed to compete with the |
| 09:54:14 | 2 | iPhone? |
| 09:54:15 | 3 | A.   That is not the case. |
| 09:54:53 | 4 | (MH Lee Deposition Exhibit 2107 marked.) |
| 09:54:56 | 5 | BY MR. STERN: |
| 09:55:02 | 6 | Q.   You've been handed a one-page document that's |
| 09:55:05 | 7 | marked as Exhibit 2107, Mr. Lee.  It has Bates number |
| 09:55:09 | 8 | SAMNDCA10763590.  What is this document, Mr. Lee? |
| 09:55:24 | 9 | A.   It is a recommendation for 2010 iF Product |
| 09:55:43 | 10 | Design Awards. |
| 09:55:45 | 11 | Q.   Do you see your name listed as one of the |
| 09:55:48 | 12 | designers on this document for the Galaxy S? |
| 09:55:50 | 13 | A.   Yes. |
| 09:55:58 | 14 | Q.   In the section that is labeled "Concept |
| 09:56:03 | 15 | Summary," about three-quarters of the way down the page, |
| 09:56:07 | 16 | please take a look at that section, if you would. |
| 09:56:22 | 17 | (Witness reviews document.) |
| 09:56:23 | 18 | BY MR. STERN: |
| 09:56:23 | 19 | Q.   Could I ask you to please read the paragraph |
| 09:56:25 | 20 | that is next to the phrase "Concept Summary"? |
| 09:56:34 | 21 | A.   "Instead of dividing the design into several |
| 09:57:18 | 22 | partings, we wanted to express a single structure, |
| 09:57:28 | 23 | structural sense.  From 2-D pattern, Haptic, in the |
| 09:57:37 | 24 | parentheses, that is, 3-D pattern, that we -- this kind of |
| 09:57:42 | 25 | continuous progression through that, this is a progressed |

```
09:57:49    1    method -- a one-level progressed method of expression with
09:57:57    2    metallic coating and laser manufacturing, we have realized
09:58:11    3    a pattern with depth, and from a simply superficial
09:58:21    4    feeling, we have expressed a progressed mystique feeling."
09:58:35    5            CHECK INTERPRETER:  I'd like to note that the
09:58:40    6    main interpreter was asked to provide a side translation
09:58:44    7    impromptu.  As to the actual quality of the translation,
09:58:47    8    it will have to be -- undergo further proof work.
09:58:50    9            MR. STERN:  Sure.
09:58:51   10    BY MR. STERN:
09:58:51   11       Q.   Mr. Lee, do you see in the passage that you
09:58:53   12    just read, there's a reference to expression of a mystic
09:58:58   13    feeling in the phone?
09:59:04   14       A.   That is correct.
09:59:04   15       Q.   Does that accurately reflect one thing that you
09:59:07   16    were trying to achieve in the design of the Galaxy S?
09:59:19   17       A.   This one -- this one as well, to explain this,
10:00:09   18    when we say the laser manufacturing, this is talking about
10:00:13   19    the surface of the battery.  To easily explain, we have
10:00:18   20    transparent plastic, plastic transparent materials, and
10:00:22   21    then it's first coated, on the back side it's sprayed, and
10:00:26   22    then if you add laser to that, instead of getting black
10:00:29   23    and white, a simple black and white, you get a
10:00:32   24    multilayered kind of texture.
10:00:35   25            Is it too difficult?  Do you want me to break
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

25

| | | |
|---|---|---|
| 10:00:38 | 1 | it up? |
| 10:00:46 | 2 | So if it's not just a simple white and black |
| 10:00:49 | 3 | and has multilayers of color and it has that kind of a |
| 10:00:54 | 4 | feeling, that's what I would express as a mystique |
| 10:00:58 | 5 | feeling. |
| 10:00:58 | 6 | Q.   Do you remember receiving this award, Mr. Lee? |
| 10:01:01 | 7 | A.   Yes. |
| 10:01:07 | 8 | Q.   And this document reflects the award that you |
| 10:01:10 | 9 | received? |
| 10:01:15 | 10 | MR. ZELLER:  The question is vague. |
| 10:01:16 | 11 | A.   This is the recommendation template. |
| 10:01:30 | 12 | BY MR. STERN: |
| 10:01:31 | 13 | Q.   But the template was submitted on behalf of |
| 10:01:34 | 14 | your design team to receive the award; is that correct? |
| 10:01:38 | 15 | A.   This is not the team.  I personally did this |
| 10:02:18 | 16 | design, so it's my design, you see.  And working together, |
| 10:02:23 | 17 | there's other ancillary work that has to be taken care of |
| 10:02:28 | 18 | when doing this.  That's why you see the name of another |
| 10:02:31 | 19 | designer. |
| 10:02:33 | 20 | CHECK INTERPRETER:  Just one minor correction: |
| 10:02:36 | 21 | "This is not for the team." |
| 10:02:40 | 22 | THE WITNESS:  Have we been going on for an |
| 10:02:42 | 23 | hour? |
| 10:02:44 | 24 | MR. STERN:  Sure.  Should we take a break? |
| 10:02:47 | 25 | THE WITNESS:  I have to take a restroom break. |