| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF PETER KOLOVOS IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Peter Kolovos, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. I submit this Declaration in support of Apple's objections and responses to objections regarding the materials to be used during the examinations of the following witnesses: David Teece, Tim Williams, Woodward Yang, Seung-Ho Ahn, Richard Donaldson, Hyong Kim, Edward Knightly, Jun Won Lee, Terry Musika, Janusz Ordover, Karl Rosenbrock, Peter Rossi, Boris Teksler, and Michael Walker.

3. Attached hereto as **Exhibit 1** are excerpts from the Deposition Transcript of Seung-Ho Ahn.

4. Attached hereto as **Exhibit 2** are excerpts from Samsung's Opposition to Apple's Motion for Partial Summary Judgment [Dkt. 847], filed April 2, 2012.

5. Attached hereto as **Exhibit 3** are excerpts from the March 6, 2012 Deposition Transcript of Jun Won Lee.

6. Attached hereto as **Exhibit 4** is Apple's Third Notice of Deposition to Samsung.

7. Attached hereto as **Exhibit 5** are excerpts from the Rebuttal Expert Report of Terry L. Musika, CPA.

8. Attached hereto as **Exhibit 6** are excerpts from the Opening Expert Report of Dr. Edward W. Knightly.

9. Attached hereto as **Exhibit 7** are excerpts from the Expert Report of Dr. Janusz A. Ordover.

10. Attached hereto as **Exhibit 8** is an excerpt from the Amendments of the ETSI Interim Intellectual Property Rights Policy.

11. Attached hereto as **Exhibit 9** are excerpts from the ETSI Guide on Intellectual Property Rights.

12. Attached hereto as **Exhibit 10** are excerpts from the Opening Expert Report of Vincent E. O'Brien.

13. Attached hereto as **Exhibit 11** are excerpts from the Expert Report of Peter Rossi.

14. Attached hereto as **Exhibit 12** is a proposed redacted version of Apple's proposed demonstrative PDX37.6, identified as R/PDX37.6.

Dated: August 16, 2012     */s/ Peter Kolovos*
                            PETER KOLOVOS

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Peter Kolovos has concurred in this filing.

Dated: August 16, 2012           */s/ Mark D. Selwyn*
                                 MARK D. SELWYN