# EXHIBIT 3

# In The Matter Of:

## *CERTAIN ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES*

_____

## *JUN WON LEE - Vol. 1*
### *March 6, 2012*

_____

## *HIGHLY CONFIDENTIAL BUSINESS INFORMATION*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 7

|  |  |  |  |
|---|---|---|---|
|  | 1 | Q | Have you ever gone by any different names? |
|  | 2 | A | No. |
|  | 3 | Q | Do you understand that you are under oath |
|  | 4 | today? | |
| 10:53:14 | 5 | A | Yes, I do. |
|  | 6 | Q | Do you understand that you must give complete, |
|  | 7 | concrete, and truthful testimony just as if you were in | |
|  | 8 | a court of law? | |
|  | 9 | A | Yes, I do. |
| 10:53:34 | 10 | Q | By whom are you employed? |
|  | 11 | A | Samsung Electronics. |
|  | 12 | Q | For how long have you been employed by Samsung |
|  | 13 | Electronics? | |
|  | 14 | A | 27 years, approximately. |
| 10:53:52 | 15 | Q | What is your current title at Samsung? |
|  | 16 | A | Director of licensing. |
|  | 17 | Q | For how long have you held that position? |
|  | 18 | A | For last two years. |
|  | 19 | Q | What position did you hold before director of |
| 10:54:20 | 20 | licensing? | |
|  | 21 | A | Director of patent prosecution. |
|  | 22 | Q | For how long did you have that position? |
|  | 23 | A | About five years. |
|  | 24 | Q | What position did you hold before that? |
| 10:54:44 | 25 | A | Manager of licensing. |

Merrill Corporation - Boston
617-542-0039                                    www.merrillcorp.com/law

b3ddcce9-19ed-4459-ae89-1dc6748e3878

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 8

|  |  |  |
|---|---|---|
| 1 | Q | For how long did you hold that position? |
| 2 | A | I don't remember exactly, but I did for more than ten years. |
| 4 | Q | What position did you hold at Samsung prior to being manager of licensing? |
| 6 | A | Primarily handled prosecution and patent analysis. |
| 8 | Q | For how long did you have that position? |
| 9 | A | Probably about seven to eight years, approximately. |
| 11 | Q | What position did you hold at Samsung prior to that? |
| 13 | A | I was an engineer. |
| 14 | Q | For how long were you an engineer? |
| 15 | A | Two years after I joined the company. |
| 16 | Q | Was your first position at Samsung an engineer? |
| 17 | A | That is correct. |
| 18 | Q | Are you a named inventor on any patents? |
| 19 | A | When I was an engineer, there was a patent that was applied. |
| 21 | Q | On how many patents are you a named inventor? |
| 22 | A | It's been so long, I don't remember exactly, but maybe three to four, three patents. |
| 24 | Q | What is your educational background, sir? |
| 25 | A | I majored in electrical engineering. |

Timestamps: 10:55:25, 10:56:12, 10:56:27, 10:56:59, 10:57:25

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 9

|  |  |  |  |
|---|---|---|---|
|  | 1 | Q | And at what school or university? |
|  | 2 | A | Inha University in Korea. |
|  | 3 | Q | When did you receive your degree? |
|  | 4 | A | 1986. |
| 10:57:52 | 5 | Q | What degree did you receive? |
|  | 6 | A | It's a bachelor's degree in electrical engineering. |
|  | 8 | Q | Do you have any other degrees? |
|  | 9 | A | In 2003, I received a master of IP degree in |
| 10:58:42 | 10 | Franklin Pearson -- Pierce in Los Angeles. |
|  | 11 | Q | Have you ever published any articles, books, or papers? |
|  | 13 | A | No. |
|  | 14 | Q | Have you ever received any awards? |
| 10:59:14 | 15 | A | I don't remember anything particular. |
|  | 16 | Q | To whom do you report? |
|  | 17 | A | Currently, Jin Han Kwak, VP, vice president; and also Jae Hwan Ji, executive vice president; and Dr. Ahn. |
| 11:00:02 | 20 | Q | Does anyone report to you? |
|  | 21 | A | Yes, about three people who are working under me. |
|  | 23 | Q | What are their names and positions? |
|  | 24 | A | Jaehun Han, J-a-e-h-u-n, H-a-n, manager; |
| 11:01:04 | 25 | Woochan Jung, manager, W-o-o-c-h-a-n, J-u-n-g; Indong, |

Merrill Corporation - Boston
617-542-0039                                    www.merrillcorp.com/law

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 10

```
              1    I-n-d-o-n-g, K-a-n-g, principal or senior -- principal
              2    engineer?
              3         Q    What are your duties and responsibilities as
              4    director of licensing?
11:01:40      5         A    I handle patent licensing related to mobile
              6    phones.
              7         Q    What does that involve?
              8         A    When I receive a notice for the infringement of
              9    patents, I would ask a patent analysis team to analyze
11:02:35     10    the subject patents, and I would review the result from
             11    the analysis, and also I would have a technical meeting
             12    or business meetings with the patent inventors --
             13    engineers -- patent holders.
             14              THE INTERPRETER:  Correction:  I would have a
11:03:00     15    technical meeting and/or business meetings with the
             16    patent holders, patentees -- correction:  Patentees.
             17              MR. WEINSTEIN:  Counsel, can I just interject
             18    quickly that I just want it clear on the record that you
             19    have received notice of which topics for the notices of
11:03:29     20    deposition that he's been designated for for today?
             21              MR. SELWYN:  I've received notice that he's
             22    been designated for three topics from three separate --
             23    three topics, one from each of three notices.
             24              MR. WEINSTEIN:  Okay.  And that's Topic 16 of
11:03:40     25    the first notice, Topic 16 of the second notice, and
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 11

1  Topic 15 of the third notice?
2         MR. OLSON:  Topic 15 of the third notice,
3  Topic 16 of the first notice, and Topic 16 of the second
4  notice; is that right?
11:03:57    5         MR. WEINSTEIN:  That's my understanding.
6  BY MR. SELWYN:
7     Q   What else do you do as director of licensing?
8     A   And also, when there's patent litigation, I
9  would support the IP legal team, and also, if necessary,
11:04:59   10  I would move on to negotiations for a settlement with
11  the plaintiff.
12     Q   What else do you do as director of licensing?
13     A   That is it.
14     Q   Do you have any role or responsibility for
11:05:29   15  Samsung's policies, practices, or activities related to
16  the disclosure of intellectual property to ETSI or 3GPP?
17         MR. WEINSTEIN:  Objection; vague and ambiguous,
18  lacks foundation.
19         THE WITNESS:  That is something the prosecution
11:06:26   20  team does, and I used to do that when I was in the
21  prosecution team, but I currently do not handle that.
22  BY MR. SELWYN:
23     Q   During what period of time did you have a role
24  or a responsibility for Samsung's policies, practices,
11:06:45   25  and activities related to the disclosure of intellectual

Merrill Corporation - Boston
617-542-0039                                      www.merrillcorp.com/law

b3ddcce9-19ed-4459-ae89-1dc6748e3878

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 112

```
               1    area that they are responsible for, but there are about
               2    20 to 30 people who are responsible for the
               3    telecommunication standards.
               4    BY MR. SELWYN:
17:06:27       5         Q    And do those 20 or 30 people who attend the
               6    ETSI meetings try to draft patent applications that will
               7    cover the standards that are discussed at the ETSI
               8    meetings?
               9         MR. WEINSTEIN:  Objection; vague and ambiguous,
17:07:03      10    lacks foundation, outside the scope.
              11         THE WITNESS:  They don't personally prepare the
              12    draft.  They use outside people to draft the
              13    application.  But there are the people who are
              14    responsible for controlling the outside people to make a
17:07:52      15    draft.
              16    BY MR. SELWYN:
              17         Q    And is it their goal to try to draft
              18    applications or have applications drafted that will
              19    cover the standards that are being discussed at the ETSI
17:08:11      20    meetings?
              21         MR. WEINSTEIN:  Same objections.
              22         THE WITNESS:  You can say that.
              23    BY MR. SELWYN:
              24         Q    How does Samsung determine when to disclose its
17:08:54      25    patents or other intellectual property to ETSI?
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 113

```
              1               MR. WEINSTEIN:  Objection; asked and answered.
              2               THE WITNESS:  Those 20 to 30 people that I
              3     mentioned earlier made the decision.
              4     BY MR. SELWYN:
17:09:31      5        Q    How do they decide, those 20 to 30 people, the
              6     timing of when to disclose pending patent applications,
              7     issued patents, or other intellectual property to ETSI?
              8               MR. WEINSTEIN:  Objection; lacks foundation.
              9               THE WITNESS:  Those 20 to 30 people continue to
17:10:59     10     monitor the patents that they are handling, but the
             11     important thing is that the standards have to be
             12     determined, but once the standards are determined, each
             13     person who handles the subject patents make a
             14     decision -- makes a decision for the pending patent
17:11:27     15     application or issued patent.
             16     BY MR. SELWYN:
             17        Q    Makes a decision whether to disclose that
             18     patent or patent application to ETSI?
             19               MR. WEINSTEIN:  Same objection.
17:11:51     20               THE WITNESS:  To make the decision whether it
             21     is essential or not.  That is important.  Once a patent
             22     is determined essential to do so, we would classify them
             23     separately from others, and we would collect several of
             24     them to disclose as soon as possible.
17:12:53     25     BY MR. SELWYN:
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 114

| | | |
|---|---|---|
| | 1 | Q    How soon -- |
| | 2 | THE INTERPRETER:  Interpreter would like to |
| | 3 | make a correction:  To make the decision whether a |
| | 4 | patent is essential or not is important.  Once a patent |
| 17:13:31 | 5 | is determined essential, we would like to classify them |
| | 6 | separately from others and collect several of them |
| | 7 | together to disclose as soon as possible. |
| | 8 | BY MR. SELWYN: |
| | 9 | Q    How soon after the standard has been determined |
| 17:13:50 | 10 | is the patent prosecution team supposed to make its |
| | 11 | disclosure of Samsung's IPR to ETSI? |
| | 12 | MR. WEINSTEIN:  Objection; lacks foundation. |
| | 13 | THE WITNESS:  There is no fixed time, but it is |
| | 14 | done periodically, commonly as often as once or twice a |
| 17:14:56 | 15 | year. |
| | 16 | BY MR. SELWYN: |
| | 17 | Q    Has there ever been an instance in which |
| | 18 | Samsung has disclosed a pending patent application or an |
| | 19 | issued patent to ETSI before the standard has been |
| 17:15:27 | 20 | determined or before the standard has been frozen? |
| | 21 | MR. WEINSTEIN:  Objection; vague and ambiguous. |
| | 22 | THE WITNESS:  I'm not sure if that has ever |
| | 23 | happened, but if that happened, I believe that was a |
| | 24 | stupid thing. |
| 17:16:23 | 25 | BY MR. SELWYN: |