# EXHIBIT 10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE Inc.,<br><br>                Plaintiff,<br>   v.<br><br>SAMSUNG ELECTRONICS CO., Ltd,<br>SAMSUNG ELECTRONICS AMERICA, Inc.,<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC.<br><br>                Defendants. | **SUBJECT TO PROTECTIVE ORDER HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**<br><br>No. 11-cv-01846-LHK<br><br>**EXPERT REPORT OF VINCENT E. O'BRIEN**<br>*March 22, 2012* |

Subject to Protective Order
Contains Highly Confidential – Attorneys' Eyes Only Information

**Table 5:  Average Consumer Value of the Feature Patent Technologies**

| Patent | Description | iPhone | iPad | iPod |
|---|---|---:|---:|---:|
| '460 | Email Photo | $2.46 | $6.54 | $2.95 |
| '893 | Photo Gallery Bookmark | $4.06 | $8.98 | $6.42 |
| '711 | Music in Background | $20.52 | | |
| '871 | Window Dividing | $16.50 | $31.01 | $15.44 |

58.   I note that the survey results of the consumer value of each Feature Patent technology is in excess of the average price consumers typically pay for an app.  I have therefore limited the consumer value for each Feature Patent technology to an app price.  To be conservative, I have used the common price of $0.99 which is less than the average price paid.



17

Subject to Protective Order
Contains Highly Confidential – Attorneys' Eyes Only Information

## 6. SIGNATURE

76.  I certify that, to the best of my knowledge and belief:

- The statements of fact in this report are true and correct.
- The reported analyses, opinions and conclusions are limited only by the reported assumptions and are my personal, unbiased and professional analyses, opinions and conclusions.
- I have no personal interest or bias with respect to the parties involved.
- My compensation is not contingent on an action or event resulting from the analyses, conclusions or opinions of this report.

_____
Vincent E. O'Brien                                              March 22, 2012