# EXHIBIT 12

## Dr. Sukumar's Conjoint Screen

| | $150 | $175 | $150 |
|---|---|---|---|
| **Price:** | | | |
| **E-mail Photo:** | Ability to send the photo as an attachment to an email | Ability to send the photo as an attachment to an email | Ability to send the photo in the body of an email |
| **Photo Gallery Bookmark:** | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off only within a certain period of time | Ability to return to the photo gallery at the same place that you left off at any time |
| **Music in Background:** | The Ability to listen to music in the background, the phone indicating that music is playing. However the phone is slightly larger or thicker or consumes battery power faster. | Ability to listen to music in the background, the phone indicating that music is playing | Ability to listen to music in the background, the phone indicating that music is playing |
| **Other Feature** | Xxxxx xxxxxxx xxx xxxx xxxx xxx xxxxxx xxxxxxxxxxx xx xxx x xxxxxxxxx xxxxxxx | Xxxxx xxxxxxx, xxxxxxx xx xxxxxx xxx xxxxxx xx xxxx xxxx xxxxx xxx xxxxxxx xxxxxxxx | Xxxxx xxxxxxx, xxxxxxx xx xxxxxx xxx xxxxxx xx xxxx xxxx xxxxxx xxx xxxxxxx xxxxxxxx |
| | ○ | ○ | ○ |

R/ PDX37.6