| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS RE: TEECE, AHN, DONALDSON, KIM, KNIGHTLY, LEE, MUSIKA, ORDOVER, ROSENBROCK, ROSSI, TEKSLER, WALKER, AGNETTA, BALAKRISHNAN, BRESSLER, HONG, KARE, SINGH, STRINGER, AND YEO** |

I, Richard S.J. Hung, do hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Objections and Responses to Objections Regarding Teece, Ahn, Donaldson, Kim, Knightly, Lee, Musika, Ordover, Rosenbrock, Rossi, Teksler, Walker, Agnetta, Balakrishnan, Bressler, Hong, Kare, Singh, Stringer, And Yeo (the "Objections and Responses"). Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the *Apple v. Samsung*, No. 11-01846 trial transcript.

3. Attached as **Exhibit 2** is a true and correct copy of Samsung's Disclosure for Bryan Agnetta, served August 13, 2012.

4. Attached as **Exhibit 3** is a true and correct copy of Apple's Disclosure for Bryan Agnetta, served August 13, 2012.

5. Attached as **Exhibit 4** is a true and correct copy of Samsung's demonstrative SDX3953.062.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Ravin Balakrishnan, taken August 16, 2011.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the opening expert report of Ravin Balakrishnan, dated March 22, 2012.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Ravin Balakrishnan, taken April 20, 2012.

9. Attached as **Exhibit 8** is a true and correct copy of Samsung's demonstrative SDX4103.

10. Attached as **Exhibit 9** is a true and correct copy of deposition designation clip report for Won-Pyo Hong, taken April 19, 2012.

11. Attached as **Exhibit 10** is a true and correct copy an email from R. Barajas to Samsung counsel, dated August 5, 2012.

12. Attached as **Exhibit 11** is a true and correct copy of an email from C. Walker to Apple counsel and attachment, dated August 6, 2012.

13. Attached as **Exhibit 12** is a true and correct copy of an

14. Attached as **Exhibit 13** is a true and correct copy of excerpts from the rebuttal expert report of Dr. Karan Singh, dated April 16, 2012.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the expert report of Stephen Gray, dated March 22, 2012.

16. Attached as **Exhibit 15** is a true and correct copy of an email from D. Hutnyan to Apple counsel, dated August 16, 2012.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from the hearing transcript in *Apple v. Samsung*, No. 11-01846, dated June 29, 2012.

18. Attached as **Exhibit 17** is a true and correct copy of Apple's Objections and Responses to Samsung's Fourth Set of Interrogatories, dated March 10, 2012.

19. Attached as **Exhibit 18** is a true and correct copy of excerpts from the deposition transcript of Apple's deposition designation disclosure for Jungmin Yeo.

20. Attached as **Exhibit 19** is a true and correct copy of excerpts from the deposition transcript of Jungmin Yeo taken February 2, 2012.

21. Attached as **Exhibit 20** is a true and correct copy of excerpts from the deposition transcript of Bryan Agnetta, taken May 16, 2012.

22. Attached as **Exhibit 21** is a true and correct copy of excerpts from the deposition transcript of Minhyouk Lee, taken March 12, 2012.

23. Attached as **Exhibit 22** is a true and correct copy of an email from D. Hutnyan to Apple counsel, dated August 16, 2012.

24. Attached as **Exhibit 23** is a true and correct copy of Exhibit 1 to the opening report of Peter Bressler, dated March 22, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 16th day of August 2012, at San Jose, California.

*/s/ Richard S.J. Hung*
RICHARD S.J. HUNG

# ATTESTATION OF E-FILED SIGNATURE

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: August 16, 2012                  */s/ Michael A. Jacobs*
                                                         Michael A. Jacobs