# Exhibit 2

*Apple v. Samsung*, No. 11-cv-1846

## Bryan Agnetta Trial Exhibits

**Exhibits**
DX-561

**Deposition Designations To Be Played In Court**
6:9 to 6:11
7:16 to 7:24
8:5 to 8:10
10:21 to 10:22
11:5 to 11:9
11:12 to 11:19
12:15 to 12:18
14:1 to 14:7
15:11 to 15:12
15:13 to 15:14
15:21 to 16:19
16:21 to 16:21
29:22 to 30:2
31:2 to 31:4
31:6 to 31:17