# Exhibit 3

*Apple v. Samsung*, No. 11-01846
**Deposition Designation Disclosures**

**Bryan Agnetta (May 16, 2012):**

- 6:9-11
- 10:21-22
- 11:05-06
- 11:15-11:19
- 54:01-54:03
- 54:06-54:09
- 54:18-54:19
- 56:02-56:07

sf-3183856