Exhibit 4



# Prior Art: Microsoft (Agnetta) '632 Patent

- "Tilespace" concept developed by Microsoft user interface team no later than May 2005
- Patent priority date is September 16, 2005



**Dr. Agnetta**



Exh. 561

SDX3953.062