Exhibit 5

Confidential Attorneys' Eyes Only Outside Counsel

Page 1

1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3                SAN JOSE DIVISION
4
5  APPLE INC., a California corporation,
6
                 Plaintiff,
7
   vs.                              CASE NO. 11-CV-01846-LHK
8
   SAMSUNG ELECTRONICS CO., LTD.,
9  A Korean business entity;
   SAMSUNG ELECTRONICS AMERICA,
10 INC., a New York corporation;
   SAMSUNG TELECOMMUNICATIONS
11 AMERICA, LLC, a Delaware
   limited liability company,
12
                 Defendants.
13 _____/
14
15        C O N F I D E N T I A L
16     A T T O R N E Y S'  E Y E S  O N L Y
17       O U T S I D E   C O U N S E L
18
19  VIDEOTAPED DEPOSITION OF RAVIN BALAKRISHNAN, Ph.D.
20            SAN FRANCISCO, CALIFORNIA
21             TUESDAY, AUGUST 16, 2011
22
23 BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24 CSR LICENSE NO. 9830
25 JOB NO. 41176

Confidential Attorneys' Eyes Only Outside Counsel

Page 175

1  A   Because, as instructed by counsel, I -- I did
2  not rely on those facts to -- to form my opinion in
3  the -- in the -- in the declaration.
4  Q   So you're refusing to answer the question on
5  the basis of privilege because you didn't rely on
6  those facts?
7  A   I'm not sure what the legal term is, but if
8  what counsel just instructed is called privilege, I
9  would -- I would assume yes.
10 Q   Okay.  I'm just trying to understand where
11 you're drawing the boundary.  So you're not answering
12 the question because what -- basically, counsel told
13 you not to answer the question, because you didn't
14 rely on these facts in your -- forming your opinions?
15 A   That is correct, the --
16 Q   Okay.
17 A   -- 2005 date fact.
18 Q   Right.
19 A   Yes.
20 Q   Okay.  Did you look at any of the prototypes
21 or code that Mr. Ording generated for any of the
22 prototypes that he says relate to the technology in
23 the '381 patent?
24      MR. MONACH:  Same instruction.
25      THE WITNESS:  I did not look at that code.  I

Confidential Attorneys' Eyes Only Outside Counsel

Page 176

1  assume you mean the director code that Mr. Ording
2  produced at his deposition or discussed at his
3  deposition, I did not look at that code prior to
4  writing the declaration.
5          MR. JOHNSON:  Q.  Have you looked at it since
6  then?
7      A   Yes, I have, or portions of that code.
8      Q   Why?
9      A   In preparation for this dec- -- I'm sorry --
10 deposition today, and yesterday it was brought to my
11 attention, when I looked at the deposition transcript,
12 that some code was referred to and counsel produced
13 that code to me.
14     Q   Okay.  And do you have any opinions about
15 that code?
16         MR. MONACH:  Objection; vague and ambiguous.
17         THE WITNESS:  I have not had a chance to
18 study that code in any kind of detail to match it up
19 to the claims or do anything of that nature.
20         MR. JOHNSON:  Q.  Do you intend to do so?
21         MR. MONACH:  Objection; calls for
22 speculation.
23         THE WITNESS:  It might, if it's brought up
24 and --
25         MR. JOHNSON:  Q.  But you haven't --