Exhibit 6

Apple v. Samsung
Confidential – Attorneys' Eyes Only

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **REBUTTAL EXPERT REPORT OF RAVIN BALAKRISHNAN, PH.D. REGARDING VALIDITY OF U.S. PATENT NO. 7,469,381** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**\*\*CONFIDENTIAL – CONTAINS MATERIAL DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO A PROTECTIVE ORDER\*\***

Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction (Dkt. No. 278), as well as the exhibits thereto.

## II.     MATERIALS CONSIDERED

5.      In forming my opinions and views expressed in this report, I reviewed (1) the materials listed in Exhibit 2 to my opening expert report, (2) the materials identified in my declarations in support of Apple's Motion for a Preliminary Injunction, (3) the deposition transcripts and related exhibits of Clifton Forlines and Adam Bogue, (4) the Van Dam Report and related exhibits, (5) SAMNDCA35800-805, (6) SAMNDCA00035993-998, (7) Samsung's Patent Local Rule 3-3 and 3-4 Disclosures, (8) the articles identified below in footnotes 5 and 6, (9) Nokia Corporation's and Nokia Inc.'s Opening Brief in Support of their Motion to Stay Apple Inc.'s Patent Claims Pending Reexamination (Dkt. No. 87-40), and (10) the Order Construing Disputed Claim Terms of U.S. Patent Nos. 7,698,711; 6,493,002; 7,469,381; 7,663,607; 7,812,828; 7,844,915; and 7,853,891 (Dkt. No. 849).

6.      I previously reviewed the materials submitted by Samsung in support of its opposition to Apple's Motion for a Preliminary Injunction.

7.      I also reviewed portions of the Mitsubishi production from the hard drive labeled MERL00000001.

8.      I have also reviewed WO 03/081458 (SAMNDCA00001641-704) and U.S. Patent No. 7,872,640 to Lira (SAMNDCA00020541-575) ("Lira"), the Tablecloth program for the DiamondTouch system ("Tablecloth"), and the LaunchTile application running on an iPaq device ("LaunchTile").  Attached hereto as Exhibits R1 – R4 are videos demonstrating certain features of the LaunchTile software and Tablecloth program.

## III.    LEGAL PRINCIPLES

9.      I have not been asked to offer an opinion on the law; however, as an expert assisting the Court in determining validity, I understand that I am obliged to follow existing law. Attorneys for Apple have informed me of a number of legal principles, and my opinions in this report take into account my understanding of those principles.

1  page of the patent.  I understand that, to claim the benefit of the date of an earlier patent

2  application, the earlier application must disclose and support the subject matter of the claims.

3        30.      I understand that the "critical date" for a patent is one year before its priority date.

4        **E.**      **Reexamined Patents**

5        31.      I have been informed by counsel that a patent may undergo a reexamination

6  process in which the patentability of a patent's claims are reexamined on the basis of prior art

7  patents and printed publications.  I understand that reexamination may result in the rejection or

8  confirmation of patent claims.

9  **IV.**      **DETAILED OPINION**

10        **A.**      **Background of the '381 Patent**

11        32.      U.S. Patent no. 7,469,381 (APLNDC00022467-527) is titled List Scrolling and

12  Document Translation, Scaling and Rotation on a Touch-Screen Display.  The filing date of the

13  patent application (Application No. 11/956,969) is December 14, 2007, and its date of issue is

14  December 23, 2008.  There are a number of related patent applications to which the '381

15  application claims priority, the earliest of which is dated January 7, 2007.  I have reviewed

16  portions of the deposition transcript of Bas Ording, the named inventor of the '381 patent, and

17  understand that Mr. Ording conceived of his invention in early February 2005, and reduced it to

18  practice in a prototype by February 11, 2005.  (B. Ording 8/9/11 Dep. Tr. at 126:3 – 130:7.)

19        33.      The critical date for the claims of the '381 patent is January 7, 2006, one year

20  before the filing date of the first provisional application.

21        34.      I understand that on April 28, 2010, a Request for Reexamination was filed at the

22  request of Nokia Corporation (*see* Dkt. No. 87-40), which was then involved in a patent

23  infringement lawsuit with Apple regarding the '381 patent, with the Patent Office, asserting that a

24  substantial new question of patentability existed in light of certain patents and printed

25  publications.  (APLPROS0000019658-708.)  On July 14, 2010, the Patent Office granted this

26  request for ex parte reexamination.  On January 13, 2011, the Patent office issued a Notice of

27  Intent to Issue Ex Parte Reexamination Certificate, and confirmed that the identified patents and

28  printed publications, "either singularly or in combination fail to teach or suggest, 'in response to

# EXHIBIT 2

*Apple Inc. v. Samsung*, No. 11-01846 LHK (PSG)
Documents Considered by Ravin Balakrishnan Ph.D
Opening Expert Report '381

| BEG BATES | END BATES |
|---|---|
| APLNDC00001101 | APLNDC00001102 |
| APLNDC00001103 | APLNDC00001123 |
| APLNDC00001126 | APLNDC00001192 |
| APLNDC-Y0000056289 | APLNDC-Y0000056566 |
| APLNDC-Y0000056784 | APLNDC-Y0000066728 |
| APLNDC-Y0000066320 | APLNDC-Y0000066320 |
| APLNDC-Y0000066418 | APLNDC-Y0000066418 |
| APLNDC-Y0000066729 | APLNDC-Y0000066827 |
| APLNDC-Y0000066798 | APLNDC-Y0000066798 |
| APLNDC-Y0000066800 | APLNDC-Y0000066800 |
| APLNDC-Y0000066820 | APLNDC-Y0000066821 |
| APLNDC-Y0000066830 | APLNDC-Y0000066909 |
| APLNDC-Y0000066835 | APLNDC-Y0000066835 |
| APLNDC-Y0000066836 | APLNDC-Y0000066836 |
| APLNDC-Y0000066850 | APLNDC-Y0000066850 |
| APLNDC-Y0000233006 | APLNDC-Y0000233019 |
| APLNDC-Y0000233020 | APLNDC-Y0000233020 |
| APLNDC-Y0000237572 | APLNDC-Y0000237573 |
| SAMNDCA00176053 | SAMNDCA00176171 |
| SAMNDCA00201771 | SAMNDCA00201780 |
| SAMNDCA00203811 | SAMNDCA00203879 |
| SAMNDCA00203880 | SAMNDCA00204010 |
| SAMNDCA00229011 | SAMNDCA00229108 |
| SAMNDCA00229399 | SAMNDCA002299409 |
| SAMNDCA00229449 | SAMNDCA00229451 |
| SAMNDCA00508318 | SAMNDCA00508411 |
| SAMNDCA00525347 | SAMNDCA00525349 |
| SAMNDCA00525353 | SAMNDCA00525356 |
| SAMNDCA00525362 | SAMNDCA00525362 |
| SAMNDCA10244357 | SAMNDCA10244412 |

1

*Apple Inc. v. Samsung*, No. 11-01846 LHK (PSG)
Documents Considered by Ravin Balakrishnan Ph.D
Opening Expert Report '381

| BEG BATES | END BATES |
|---|---|
| SAMNDCA10247283 | SAMNDCA10247372 |
| SAMNDCA10247549 | SAMNDCA10247549 |
| SAMNDCA10248844 | SAMNDCA10248913 |
| SAMNDCA10252803 | SAMNDCA10252841 |
| SAMNDCA10850604 | SAMNDCA10850606 |
| SAMNDCA10851706 | SAMNDCA10851707 |
| SAMNDCA10907803 | SAMNDCA10907803 |
| SAMNDCA10988469 | SAMNDCA10988504 |
| SAMNDCA10989107 | SAMNDCA10989179 |
| SAMNDCA10989363 | SAMNDCA10989379 |
| SAMNDCA10989840 | SAMNDCA10989941 |
| SAMNDCA10990627 | SAMNDCA10990713 |
| SAMNDCA10992025 | SAMNDCA10992057 |
| SAMNDCA10992072 | SAMNDCA10992131 |
| SAMNDCA10993206 | SAMNDCA10993226 |
| SAMNDCA10997825 | SAMNDCA10997879 |
| SAMNDCA10998016 | SAMNDCA10998035 |
| SAMNDCA10998214 | SAMNDCA10998214 |
| SAMNDCA10998232 | SAMNDCA10998232 |
| SAMNDCA11289451 | SAMNDCA11289473 |
| SAMNDCA11313301 | SAMNDCA11313303 |
| SAMNDCA11368776 | SAMNDCA11368776 |
| SAMNDCA11394122 | SAMNDCA11394126 |
| SAMNDCA11394125 | SAMNDCA11394132 |
| SAMNDCA-C000003501 | SAMNDCA-C000003549 |
| SAMNDCA-C000007702 | SAMNDCA-C000007746. |
| SAMNDCA-C000007781 | SAMNDCA-C000007786 |
| SAMNDCA-C000007890 | SAMNDCA-C000008007 |
| SAMNDCA-C000008045 | SAMNDCA-C000008180 |

*Apple Inc. v. Samsung*, No. 11-01846 LHK (PSG)
Documents Considered by Ravin Balakrishnan Ph.D
Opening Expert Report '381

| |
|---|
| '381 Patent, prosecution file history, file history for Reexamination Application No. 90/090,963 |
| Reply Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction (Dkt. No. 278) |
| 12/2/2011 Order Denying Motion for Preliminary Injunction |
| Deposition Transcript and Exhibits of Ioi Lam |
| Deposition Transcript and Exhibits of Sehyun Kim |
| Deposition Transcript and Exhibits of Seung Yun Lee |
| Deposition Transcript and Exhibits of Wookyun Koh |
| Deposition Transcript and Exhibits of Bas Ording |
| Apple source code |
| Samsung source code |
| http://developer.android.com |
| http://www.engadget.com/2011/04/28/samsung-galaxy-s-ii-review/ |
| http://androidcommunity.com/samsung-exhibit-4g-review-20110722/ |
| Samsung's responses to Apple Interrogatories Nos. 2, 16, 79 |
| http://forums.androidcentral.com/t-galaxy-s-ii/142833-2-3-6-browser-overscroll-glow-minor-issues-video.html |
| Samsung's Response to Apple's Opening Claim Construction Brief (Dkt. No. 542-2) |
| Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction (Dkt. No. 91) |
| Joint Statement of Person of Ordinary Skill in the Art and Report Regarding Meet and Confer on Disputed Claim Terms (Dkt. No. 650) |