Exhibit 7

Page 1

1      IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4    APPLE, INC., a California Corporation

5    vs.                              CN:11-CV-01846-LHK

6    SAMSUNG ELECTRONICS COMPANY,

7    LTD, a Korean business entity; SAMSUNG

8    ELECTRONICS AMERICA, INC., a New

9    York Corporation; SAMSUNG

10   TELECOMMUNICATIONS AMERICA, LLC,

11   a Delaware Limited Liability Company.

12   _____/

13

14

15       The videorecorded deposition of RAVIN

16   BALAKRISHNAN, PH.D., was held on Friday, April 20,

17   2012, commencing at 9:07 A.M., at the Law Offices of

18   Quinn Emanuel, 1299 Pennsylvania Avenue, N.W., Suite

19   825, Washington, D.C., before Ronda J. Thomas, a

20   Notary Public.

21

22

23   REPORTED BY:

24   Ronda J. Thomas, RPR, CLR

25   JOB NO. 48807

Page 146

1  conception dates associated with the '381 patent?     02:37
2       MR. BUSEY: Objection.                            02:37
3   Q   You testified that you reviewed                  02:37
4  Mr. Ording's transcript.                              02:37
5   A   Parts of it, yes.                                02:37
6   Q   Okay. Do you do anything, other than             02:37
7  reviewing Mr. Ording's transcript, to confirm the     02:37
8  conception dates for the '381 patent?                 02:37
9       MR. BUSEY: Objection to form.                    02:37
10      (Witness reading.)                               02:38
11  A   Just the date was your question?                 02:38
12  Q   No, I'm asking you did you do anything to        02:38
13 confirm the conception date?                          02:38
14  A   Conception date?                                 02:38
15  Q   Yeah.                                            02:39
16  A   I just want to make sure it's the right --       02:39
17      (Witness reading.)                               02:39
18  A   Based on Mr. Ording's testimony, I               02:39
19 understand that his, the conception date was early    02:39
20 February 2005.                                        02:39
21  Q   And I'm asking separate and apart from           02:39
22 Mr. Ording's deposition testimony, did you do anything 02:39
23 to confirm that that date is accurate?                02:39
24  A   Not beyond that.                                 02:39
25  Q   Okay. Did you -- he refers to a prototype        02:39

Page 147

1  as well in his deposition, right?                     02:39
2   A   That's right.                                    02:39
3   Q   Did you review the prototype to confirm          02:39
4  that it embodies the '381 patent?                     02:39
5   A   I did not look at that prototype.                02:39
6   Q   So you're relying on Mr. Ording's                02:39
7  transcript for the conception and reduction to practice 02:39
8  dates?                                                02:39
9   A   For the conception date and reduction to        02:39
10 practice dates, yes.                                  02:40
11  Q   Are those conceptions -- is the conception       02:40
12 date and the reduction to practice date relevant to   02:40
13 your validity opinions in any way?                    02:40
14      (Witness reading.)                               02:40
15  A   It's -- so there's issues with regards to        02:41
16 the date of some of the prior art relative to the date 02:41
17 of the '381 patent, if that's the kind, the issue    02:41
18 you're getting at.                                    02:41
19  Q   Well, I'm just asking you generally whether     02:41
20 the conception dates and reduction to practice dates  02:41
21 are relevant to your validity opinions in anyway?     02:41
22  A   They wouldn't change the validity opinions       02:41
23 in that I still believe these, the relevant references 02:41
24 we discuss here in response to Dr. Van Dam's assertions 02:42
25 are not invalidating the patent whether, you know, on 02:42

Page 148

1  top of that.                                          02:42
2       The, for example, the Diamond, DTFlash           02:42
3  Tablecloth application and the DiamondTouch, there's an 02:42
4  issue about the date of that. But the, the fact that 02:42
5  it still doesn't do, regardless of the date, it doesn't 02:42
6  invalidate the patent, that opinion would not change  02:42
7  regardless of the date.                               02:42
8   Q   The -- your report discusses the LaunchTile      02:42
9  and XNav prior art, the Lira prior art and the        02:42
10 DTFlash/Tablecloth prior art, correct?                02:42
11  A   That's correct. Yes.                             02:42
12  Q   Were any of those three -- strike that.          02:42
13      None of those three references was               02:42
14 discussed during the request for re-examination, right? 02:42
15  A   Of the '381 patent, the one that Nokia did?      02:43
16  Q   Right.                                           02:43
17  A   Just let me doublecheck that.                    02:43
18      (Witness reading.)                               02:44
19  A   I do not believe I've made that, any claim       02:44
20 that Lira was disclosed.                              02:44
21  Q   Or LaunchTile?                                   02:45
22  A   Or LaunchTile or Tablecloth.                     02:45
23  Q   Of those three references, how do you rank       02:45
24 them?                                                 02:45
25      What's the best piece of prior art? What's      02:45

Page 149

1  the worst out of those three?                         02:45
2       MR. BUSEY: Objection. What's this, a             02:45
3  gambling house? Ambiguous and confusing.              02:45
4   A   I don't consider any of them to be prior         02:45
5  art -- sorry, invalidating prior art.                 02:45
6   Q   How do you rank them?                            02:45
7       MR. BUSEY: Same objection.                       02:45
8   A   By what criteria?                                02:45
9   Q   By closest prior art of the three?               02:45
10  A   I haven't done the ranking.                      02:45
11  Q   I'm asking you.                                  02:45
12  A   Or thought about ranking.                        02:45
13      MR. BUSEY: Objection.                            02:45
14  A   I would still ask you for a criteria?            02:45
15 What's your criteria, match to each element of the    02:45
16 claims?                                               02:45
17  Q   Yeah, closest to matching the elements of        02:45
18 the claims.                                           02:45
19      MR. BUSEY: Objection. Beyond the scope.          02:45
20 Confusing. And ambiguous.                             02:45
21  A   I don't think any of them -- sorry.              02:45
22      MR. BUSEY: Go ahead.                             02:45
23  A   I don't think any of them match the              02:45
24 elements of the claims. It would be difficult to rank 02:46
25 them.                                                 02:46