# Exhibit 8



# Diamond Touch Table



SDX4103