Exhibit 9

**Case Clip(s) Detailed Report**
**Wednesday, August 15, 2012, 9:33:27 PM**

## Apple v. Samsung Video DB

 **Hong, Won-Pyo (Vol. 01) - 04/19/2012 [Hong, Won-Pyo]**               **1 CLIP  (RUNNING 00:01:43.131)**

 APPLE_AFFIRMATIVE                                                

**HONW_APPLE**                    **5 SEGMENTS  (RUNNING 00:01:43.131)**

**1. PAGE 8:21 TO 8:23  (RUNNING 00:00:07.395)**

```
21      Q.   Would you please state your full name for
22  the record?
23      A.   W-o-n-P-y-o.  H-o-n-g.  Won-Pyo Hong.
```

**2. PAGE 10:14 TO 10:20  (RUNNING 00:00:17.227)**

```
14      Q.   Okay.  Sir, by whom are you employed?
15      A.   Samsung Electronics.
16      Q.   And what is your current title?
17      A.   Executive vice president.
18      Q.   And -- and what is the position that you
19  currently hold?
20      A.   Head of our global product strategy.
```

**3. PAGE 94:13 TO 94:16  (RUNNING 00:00:09.500)**

```
13      Q.   Now I'm -- based on your expertise and
14  experience, isn't it true that, in order to be
15  successful in the marketplace, a phone has to have
16  rounded corners?
```

**4. PAGE 94:19 TO 95:06  (RUNNING 00:00:32.881)**

```
19          THE WITNESS:  Again, we need to be more
20  specific.
21      Q.   BY MR. McELHINNY:  Okay.
22      A.   What -- how much curvature will be called
23  rounded shape or not rounded shape?  And that's very
24  ambiguous argument.  So I cannot agree with you --
25      Q.   BY MR. McELHINNY:  All right.
00095:01    A.   -- by saying only that part.
02      Q.   Let me try the opposite.
03          Isn't it true that a phone with sharp corners,
04  pointed corners --
05      A.   Go ahead.
06      Q.   -- cannot be successfully used by consumers?
```

**5. PAGE 95:10 TO 95:17  (RUNNING 00:00:36.128)**

```
10          THE WITNESS:  That's very -- very general
11  statement.  I cannot agree.  Because one of Samsung
12  phones which we launched had very sharp corner.  And
13  to my judgment, it was relatively successful.  So,
14  again, depending on which market you're talking to,
15  which market segment or age segment you are referring
16  to, we have totally different opinion or feedback.
17  So that's very general statement.
```

|  |
|---|
| **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:43.131)** |