# Exhibit 10

# Hung, Richard S. J.

| | |
|---|---|
| **From:** | rbarajas@mofo.com |
| **Sent:** | Sunday, August 05, 2012 7:43 PM |
| **To:** | Samsungv.Apple@quinnemanuel.com; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo |
| **Cc:** | WHAppleSamsungParalegalTeam@wilmerhale.com; sibrinakhan@quinnemanuel.com; giseledarwish@quinnemanuel.com; reneunger@quinnemanuel.com; geoffreygrundy@quinnemanuel.com |
| **Subject:** | Apple v. Samsung, No. 11-01846: Apple's Disclosure - Hauser, Musika, Singh, Teksler & Depo. Designations |

Counsel:

Attached is Apple's disclosure and demonstratives for John Hauser, Terry Musika, Karan Singh, Boris Teksler and deposition designations.

Also attached are PX69, PX89, and PX90.

Rosemary Barajas
Senior Litigation Paralegal
Morrison | Foerster LLP
425 Market Street | San Francisco | 94105
Tel: 415.268.6744
Mobile: 415.690.5221

File(s) will be available for download until **04 September 2012**:

File: Day 5 Disclosure.zip, 71,308.88 KB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com

Accellion File Transfer