# Exhibit 11

## Hung, Richard S. J.

| | |
|---|---|
| **From:** | Curran Walker [curranwalker@quinnemanuel.com] |
| **Sent:** | Monday, August 06, 2012 2:56 PM |
| **To:** | AppleMoFo; 'WH Apple Samsung NDCal Service' |
| **Cc:** | Samsung NDCal Paralegals |
| **Subject:** | Apple v. Samsung -- Disclosures for Musika, Hauser, Singh, Teksler and counter designations |

Counsel,

Cross examination disclosures for Musika, Hauser, Singh and Teksler are available for download from the ftp site below, in addition to our counter-designations for the deposition designations Apple disclosed. Although we have included objections in the spreadsheet, Samsung reserves the right to assert additional objections, including objections to the exhibits disclosed on the deposition designation disclosure, and Samsung will disclose high priority objections to the designations and exhibits disclosed therein pursuant to the agreed upon schedule.

http://webftp.quinnemanuel.com
user name:      ftp544
password:       s2ncti0n

Best regards,

**Curran M. Walker | Quinn Emanuel Urquhart & Sullivan, LLP** | 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017
Direct: +1.213.443.3702 | Main Phone: +1.213.443.3000 | Main Fax: +1.213.443.3100 | E-mail: curranwalker@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Materials for Cross Examination of Terry Musika**

PX15
PX28
PX102
PX103
PX143
PX144
PX145
PX146
PX180
PX181
PX182
DX534
DX535
DX536
DX537
DX541
DX542
DX544
DX572
DX581
DX586
DX587
DX589
DX592
DX594
DX595
DX601
DX605
DX614
DX616
DX617
DX676
DX701
DX702
DX703
DX704
DX753
DX754
DX755
DX756
DX757
DX758
DX759

DX760
DX761
DX762
DX763
DX764
DX765-781
DX783
JX1001
JX1002
JX1003
JX1004
JX1005
JX1006
JX1011
JX1027
JX1035
JX1036
JX1500
DX2526
SDX3909
SDX3901
October 13, 2011 Reply Declaration of Terry Musika in Support of Apple's Motion for a Preliminary Injunction
March 22, 2012 Expert Report of Terry Musika
May 8, 2012 Supplemental Expert Report of Terry Musika
April 16, 2012 Rebuttal Expert Report of Terry Musika
Deposition of Terry Musika
March 22, 2012 Expert report of Kent Van Liere
Deposition of Kent Van Liere
March 22, 2012 Expert report of John Hauser
Deposition of John Hauser
September 20, 2007, 8:30 a.m. Transcript of Jury Trial Proceedings, *UniRam Tech., Inc. v. Taiwan Semiconductor Mfg. Co., Ltd.*, Case No. C-04-1268-VRW, pp. 1621-1719
April 3, 2012 Deposition of Tony Blevins

**Materials for Cross Examination of Karan Singh**

JX1000
JX1001
JX1002
JX1003
JX1004
JX1005
JX1006
JX1007
JX1009
JX1010
JX1011
JX1012
JX1013
JX1014
JX1015
JX1016
JX1019
JX1020
JX1022
JX1023
JX1024
JX1025
JX1026
JX1027
JX1028
JX1030
JX1031
JX1032
JX1033
JX1036
JX1037
JX1044
JX1046
JX1048
JX1049
PX31
PX38
PX44
PX49
PX65
PX66
DX2557
PDX29.1-.52
SDX3912.1

SDX3912.2
SDX3912.3
SDX3912.4
SDX3912.5
SDX3912.6
SDX3912.7
SDX3912.8
10/25/2011 Singh deposition transcript
4/26/2012 Singh deposition transcript
4/27/2012 Singh deposition transcript
Expert Report of Karan Singh, Ph.D. Regarding Infringement of U.S. Patents Nos. 7,864,163, 7,844,915 and 7,853,891, and all exhibits
Rebuttal expert report of Dr. Karan Singh, Ph.D. Regarding Validity of U.S. Patents Nos. 7,864,163, 7,844,915 and 7,853,891, and all exhibits
All deposition transcripts of the inventors of the '163 and '915 patents
Trial testimony of Scott Forstall and Justin Denison
7/31/2012 Trial Transcript (Apple's opening statement) and related demonstratives

## Materials for Cross Examination of Boris Teksler

PX51
PX52
PX79
DX503
DX531
DX588
DX593
DX598
DX2575
SDX3915

02198.51855/4894632.1

**Materials for Cross Examination of John Hauser**

Hauser Report and exhibits
Flash Audio Test.swf
Phone Camera A.swf
Phone Camera B.swf
Phone Camera C.swf
Phone Camera D.swf
Phone Connectivity A.swf
Phone Connectivity B.swf
Phone Connectivity C.swf
Phone Connectivity D.swf
Phone Touchscreen A.swf
Phone Touchscreen B.swf
Phone Touchscreen C.swf
Phone Touchscreen D.swf
Tablet Camera A.swf
Tablet Camera B.swf
Tablet Camera C.swf
Tablet Camera D.swf
Tablet Connectivity A.swf
Tablet Connectivity B.swf
Tablet Connectivity C.swf
Tablet Connectivity D.swf
Tablet Touchscreen A.swf
Tablet Touchscreen B.swf
Tablet Touchscreen C.swf
Tablet Touchscreen D.swf
PX-30.1
AVSS_FIT.TXT, AVSS4.CSV
AVSS4.LOG, AVSS8.CSV
AVSS8.LOG, AVSS12.CSV
AVSS12.LOG, HOLDOUTCALCS.M
AVSS_MONO_SCRUB.SAS7BDAT
AVST_MONO_SCRUB.SAS7BDAT
WTP_SPHONE_MONO_SCRUB.XLS
WTP_TABLET_MONO_SCRUB.XLS
HEADER.SAS, IMPORT_DRA.SAS, WTP_SPHONE.SAS
WTP_TABLET.SAS, HOLDOUT EXCLUDING 4.RAR
HOLDOUT EXCLUDING 8.RAR
HOLDOUT EXCLUDING 12.RAR
ALL CHOICE TASKS.RAR, AVSS_FINAL COUNTS1.XLS
AVSS_FINAL MERGE LOG.TXT, AVSS_FINAL.ATT
AVSS_FINAL.CBCHB, AVSS_FINAL.CHO, AVSS_FINAL.DAT
AVSS_FINAL.IDX, AVSS_FINAL.QNR

AVSS_FINAL.SMT
SAMSUNG SMARTPHONE SCRUBBING FLAGS 3-09-12 W RESP NO.CSV
SAMSUNG TABLET SCRUBBING FLAGS 3-09-12 W RESP NO..CSV, AVSS.OLD
AVST.OLD, AVSS.CHO, AVST.CHO
CHO SCRUB.DO
AVST12.CSV, AVST12.LOG
AVST4.CSV, AVST4.LOG
AVST8.CSV, AVST8.LOG
AVST_FIT.TXT, AVST_FINAL COUNTS1.XLS
AVST_FINAL MERGE LOG.TXT, AVST_FINAL.ATT, AVST_FINAL.CBCHB
AVST_FINAL.CHO, AVST_FINAL.DAT, AVST_FINAL.IDX, AVST_FINAL.QNR,
AVST_FINAL.SMT
FINAL SURVEY DATA SET.XLSX
APLNDC-Y0000028850 - APLNDC-Y0000028945
AAPOR Report on Online Panels (June 2010)
Getting Started with Conjoint Analysis (second edition) by Bryan K. Orme

Hauser Demonstratives