# Exhibit 18

*Apple v. Samsung*, No. 11-01846
**Deposition Designation Disclosures**

**Jungmin Yeo (February 2, 2012)**
- 6:5
- 20:22-24
- 66:21-23
- 67:1
- 67:11-13
- 67:16-20
- 67:23-68:2
- 68:5

sf-3183682