Exhibit 19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3   APPLE, INC., a California
     corporation,
 4                                              CASE NO.
             Plaintiff,                         11cv01846-LHK
 5
     v.
 6
     SAMSUNG ELECTRONICS, CO., LTD., a
 7   Korean business entity; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
 8   York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
 9   a Delaware limited liability
     company,
10
             Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD., a
     Korean business entity; SAMSUNG
13   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
14   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability
15   company,

16           Counterclaim-Plaintiffs,

17   v.

18   APPLE, INC., a California
     corporation,
19
             Counterclaim-Defendant.
20
21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22             VIDEOTAPED PERSONAL DEPOSITION OF:
                         JUNGMIN YEO
23
                        February 2, 2012
24                        Kim & Chang
                       Seoul, South Korea
25                  9:51 a.m. - 3:29 p.m.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

```
 1    APPEARANCES:

 2
      For the Plaintiff/Counterclaim-Defendant, Apple, Inc.
 3
                   MORRISON FOERSTER
 4                 By:  Patrick Zhang, Esq.
                   425 Market Street
 5                 San Francisco, California 94105-2482
                   (415) 268-7000
 6
                          -and-
 7
                   MORRISON FOERSTER
 8                 By:  Sun Park, Esq.
                   555 West 5th Street
 9                 Suite 3500
                   Los Angeles, California 90013-1024
10                 (213) 892-5200

11

12    For the Defendants/Counterclaim-Plaintiffs, the Samsung
      entities:
13
                   QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
14                 By:  Eric E. Wall, Esq.
                   50 California Street
15                 22nd Floor
                   San Francisco, California 94111
16                 (415) 875-6600

17

18    Also present:

19                 Rosa W. Kim, Samsung
                   Jamie Wright, Lead Interpreter
20                 Hyesun Sunny Lee, Check Interpreter
                   RJ Buckler, Videographer
21                 Michael E. Miller, Court Reporter

22

23

24

25
```

```
 1                       I N D E X
     WITNESS:                                                 PAGE
 2   JUNGMIN YEO

 3   Examination by BY MR. ZHANG                              6

 4
                         E X H I B I T S
 5
     NUMBER           DESCRIPTION                             PAGE
 6
     Exhibit 1343     "Stylist" Document                      12
 7                    (SAMNDCA10473738 - SAMNDCA10473741)

 8   Exhibit 1344 *   Apple iPad                              18

 9   Exhibit 1345 *   Samsung Galaxy Tab 10.1                 35

10   Exhibit 1346 **  Samsung Tablet Model 1                  50

11   Exhibit 1347 **  Samsung Tablet Model 14                 54

12   Exhibit 1348 **  Samsung Tablet Model 17                 54

13   Exhibit 1349     Color Photographs of Galaxy Tab 10.1b   58

14   Exhibit 1350     Blog Post from Samsung Website          60

15   Exhibit 1351     E-mail                                  69
                      (SAMNDCA10472951 - SAMNDCA10472953)
16
     Exhibit 1352     E-mails                                 71
17                    (SAMNDCA10247373 - SAMNDCA10247378)

18   Exhibit 1353     Best Buy Task Force Document            78
                      (SAMNDCA10154003 - SAMNDCA10154053)
19

20
      * (Physical exhibit retained by counsel for Apple)
21   ** (Physical exhibit retained by counsel for Samsung)

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

```
 1                      PROCEEDINGS

 2             (February 2, 2012 at 9:51 a.m.)

 3             THE VIDEOGRAPHER:  My name is RJ Buckler, a

 4   Certified Legal Video Specialist with American Realtime

 5   Court Reporters in Asia.  The date today is

 6   February 2nd, 2012, and the time is approximately 9:51.

 7             This deposition is being held in the office

 8   of Kim & Chang, located at the Daewoo office on the

 9   second floor in Seoul, South Korea.  The caption of this

10   case is Apple, Incorporated vs. Samsung

11   Electronics Co. Ltd., et al., held in the United States

12   District Court, Northern District of California, the

13   San Jose Division, with a case number of 11cv10846-LHK.

14             The name of the witness is JungMin Yeo,

15   testifying in her personal capacity.

16             The court reporter today is Mike Miller, also

17   with American Realtime Court Reporters in Asia.

18             At this time I would ask all counsel and

19   interpreters to please state their appearances and whom

20   they represent for the record.

21             MR. ZHANG:  Patrick Zhang from Morrison &

22   Foerster on behalf of Apple, and with me is Sun Park.

23             MR. WALL:  Eric Wall of Quinn Emanuel for the

24   Defendants.  With me, but not present in the room

25   currently, is Rosa Kim of Samsung Electronics.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

```
 1              LEAD INTERPRETER:  Jamie Wright, lead
 2   interpreter.
 3              CHECK INTERPRETER:  Hyesun Lee, checker
 4   interpreter, certified court interpreter.
 5              THE VIDEOGRAPHER:  Would counsel please state
 6   any stipulations for the record.
 7              MR. ZHANG:  We understand that the court
 8   reporter is not authorized to administer oaths in this
 9   venue.  Nevertheless, we request that he administer the
10   oath, and we stipulate that we waive any objection to
11   the validity of the deposition based on the oaths.
12              MR. WALL:  Defendants agree.
13              THE WITNESS:  I have a question:  Should I
14   look at the camera, or should I look at the counsels
15   specifically?
16              MR. WALL:  Please look at the camera.
17              THE WITNESS:  Yes.
18              THE VIDEOGRAPHER:  Thank you.  At this time,
19   our court reporter will swear in the witness and
20   interpreters and then we can proceed.
21              (Interpreters sworn.)
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

```
 1                         JUNGMIN YEO,
 2       having been first duly sworn, testified as follows:
 3                          EXAMINATION
 4  BY MR. ZHANG:
 5       Q.   Good morning, Ms. Yeo.  Do you understand that
 6  there's a litigation between Apple and Samsung that is
 7  venued in California in a U.S. court?
 8       A.   Yes.
 9       Q.   Do you understand that we're here today to take
10  your testimony for purposes of that case?
11       A.   Yes.
12       Q.   And your attorney is going to make objections to
13  my questions from time to time, but unless your attorney
14  instructs you not to answer, you should answer my questions
15  fully and truthfully.  Do you understand that?
16       A.   Yes.
17       Q.   And of course you're welcome to take a break at
18  any time.  I just ask that if I have asked you a question,
19  that you answer the question fully before you request a
20  break.
21       A.   Yes.
22       Q.   Okay.  Is there any reason you can't give your
23  best testimony here today?
24       A.   No.
25       Q.   Have you been deposed previously in a U.S.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

```
 1   prepare myself, and I recognize it as a recommendation
 2   regarding Galaxy Ace.
 3        Q.   Do you recall that -- actually, let me ask you
 4   this.
 5             Did you work on the Galaxy Ace?
 6             MR. WALL:  Objection to form.
 7        A.   Yes.
 8   BY MR. ZHANG:
 9        Q.   What was the approximate time frame of your
10   involvement?
11        A.   Can I take a moment?
12             It's year 2011.
13        Q.   And you worked on it with Mr. Jinsoo Kim; is that
14   correct?
15             MR. WALL:  Objection to form, assumes facts
16   not in evidence.
17        A.   Yes, that's written here.
18   BY MR. ZHANG:
19        Q.   And you'll see on the front page that it's also
20   written that the Galaxy Ace is described as a clean and
21   simple design.  Would you agree with that statement?
22             MR. WALL:  Objection to form, calls for
23   opinion.
24        A.   Can I take a moment?
25             Yes, because it says on the first page "clean,"
```

```
 1              MR. WALL:  Objection to form, calls for
 2   opinion testimony.
 3        A.    In my personal thought, yes, there is.
 4   BY MR. ZHANG:
 5        Q.    What phones are you thinking of?
 6        A.    Galaxy S II.
 7        Q.    Any others?
 8        A.    I haven't given a deep thought about it.
 9        Q.    You also worked on the Galaxy Tab 10.1; is that
10   correct?
11        A.    Yes.
12        Q.    And would you consider the Galaxy Tab 10.1 to be
13   an example of minimal design?
14              MR. WALL:  Objection to form, calls for
15   opinion testimony.
16              THE WITNESS:  Can you repeat your question?
17              MR. ZHANG:  Do you want to retranslate the
18   question?
19              MR. WALL:  And please repeat my objection.
20        A.    Well, when I was asked in the very beginning
21   about the word "minimal," I was just thinking of one part of
22   that word.  But now you want me to give an answer using the
23   term in the very broader sense, so it's hard for me or
24   difficult for me to give an answer.
25              But if I can use the definition that I used when
```

1   Q.   Did you go through many iterations of the
2   Galaxy Ace design before you settled on the final
3   commercially released design?
4   A.   Yes.
5   Q.   What about for the Galaxy Tab 10.1?  How long
6   would you say you personally spent working on the design of
7   the Galaxy Tab 10.1?
8   A.   Well, just like the case with Galaxy 8, we're not
9   doing -- just like the Galaxy Ace case, we're not just
10  involved with one project, so it's hard to count the time.
11          (A discussion was had off the record between Lead
12  Interpreter and Check Interpreter in Korean.)
13          MR. ZHANG:  Can I just make a request of the
14  translators?  If the check translator has an alternate
15  rendition, please just give that rendition on the record
16  and then we'll just move on.
17          CHECK INTERPRETER:  "I was not the only one
18  who was working on the project."  Alternative rendition.
19          MR. ZHANG:  Thank you.
20  BY MR. ZHANG:
21  Q.   Aside from the Galaxy Tab 10.1 and the
22  Galaxy Ace, what other products have you worked on at
23  Samsung?
24          MR. WALL:  And, Counsel, are you just talking
25  about released projects?  This comes into the discussion

```
 1  we had during the last deposition.
 2            MR. ZHANG:  Yes.
 3            MR. WALL:  Okay.  Thank you.
 4       A.   So I think you're asking me about the designs
 5  that I was involved in, but do you want me to give out all
 6  the designs that I worked on or what do you --
 7  BY MR. ZHANG:
 8       Q.   Yes.
 9       A.   -- what do you want?
10            So there were Galaxy 7.0, Galaxy -- Galaxy
11  Tab 7.0, Galaxy Tab 8.9, Galaxy Tab 7.0 Plus, Galaxy
12  Tab 10.1, Nexus S, Galaxy Ace.  And do you also want me to
13  talk about the products that I was involved in right after I
14  joined Samsung?
15       Q.   Yes, please.
16       A.   So this was a product that we co-worked with
17  Japan's NTT DOCOMO.  I don't know what it was actually --
18  what was its name when it was actually released, but do
19  you -- is it okay for me to give you the project name for
20  it?
21       Q.   That's fine.
22       A.   So there was one product named Granvia, spelling
23  is G-R-A-N-V-I-A.  It's a project name.  And there was
24  another model that was released globally.  It's Orsay, it's
25  O-R-S-A-Y, and both of those were mobile phones with QWERTY
```

1  keys.

2       Q.    For the Galaxy Tab -- actually, is it okay if I
3  refer to the Samsung tablets in general to encompass all the
4  tablets that you just mentioned, that you have worked on at
5  Samsung?

6       A.    Well, since I don't know what kind of questions
7  you're going to ask me, I think we have to think situation
8  by situation.

9       Q.    Okay.  So was Jinsoo Kim the lead designer that
10 you worked with on all of the Galaxy tablets that you just
11 mentioned?

12      A.    He is a lead designer, and also a co-designer.
13 Well, we don't actually use the term "lead designer" amongst
14 us, so I don't know what it actually means, but we call it
15 co-designer.

16      Q.    Do you report to Mr. Kim?

17      A.    Yes.  He's my boss.

18      Q.    And did you report to Mr. Kim for all of the
19 tablet designs that you just mentioned?

20            MR. WALL:  Objection to form.

21      A.    Yes.

22 BY MR. ZHANG:

23      Q.    Were there any other designers, industrial
24 designers, that you worked with on the Galaxy Tab 10.1?

25      A.    No.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

85

1  trend changes, I didn't say that I check each and every one
2  of those new products myself.  I -- what I meant was when
3  there's a TV commercial on it, I just watch it on TV or
4  sometimes if I go out to the department store, if they have
5  displayed a new product, then I just look around them.
6          So it's not like when they put out a new product
7  I go out to the marketplace right away and look at it.  I
8  don't do it that way.  So it's not such type of research or
9  study.
10         MR. ZHANG:  Okay.  I don't have any other
11 questions.
12         MR. WALL:  No questions from defendants.
13         MR. ZHANG:  Great.  Thank you for your time.
14         THE VIDEOGRAPHER:  And we're going off the
15 record at the end of Tape 5.  The time is 3:29.
16         (Off the record at 3:29 p.m.)