# Exhibit 20

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

_____

| | |
|---|---|
| APPLE INC., a California corporation, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| vs. ) | 11-cv-01846- |
| ) | LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean ) | |
| business entity; SAMSUNG ELECTRONICS ) | |
| AMERICA, INC., a New York corporation; ) | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

_____

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF BRYAN AGNETTA

Seattle, Washington

May 16, 2012

Reported by:
Connie Recob, CCR, RMR, CRR, CLR
CCR No. 2631
Ref: 7440

TransPerfect Legal Solutions
212-400-8845  -  Depo@TransPerfect.com

Page 2

1    BE IT REMEMBERED that on Wednesday, May 16,
2  2012, at 1191 Second Avenue, Suite 2000, Seattle, Washington,
3  at 8:37 a.m., before Connie Recob, CCR, RMR, CRR, CLR,
4  appeared BRYAN AGNETTA, the witness herein;
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 3

```
 1                      APPEARANCES
 2
 3       For the Plaintiff:
 4                    ERIC W. OW, ESQ.
                      Morrison Foerster
 5                    425 Market Street
                      San Francisco, California  94105
 6                    (415) 268-6741
                      (415) 268-7522 Fax
 7                    eow@mofo.com
 8
         For the Defendant:
 9
                      PATRICK T. SCHMIDT, ESQ.
10                    Quinn Emanuel
                      10th Floor
11                    865 South Figueroa Street
                      Los Angeles, California  90017
12                    (213) 443-3191
                      (213) 443-3100 Fax
13                    patrickschmidt@quinnemanuel.com
14
         For the Witness and Microsoft:
15
                      GARY H. LEVIN, ESQ.
16                    Woodcock Washburn
                      Cira Centre, 12th Floor
17                    2929 Arch Street
                      Philadelphia, Pennsylvania  19104
18                    (215) 568-3100
                      (215) 568-3439 Fax
19                    levin@woodcock.com
20
         Also Present:
21
                      Kurt Schultz, Videographer
22                    Paul Bawel, Senior Attorney Microsoft
23
24
25
```

HIGHLY CONFIDENTIAL

Page 5

1            WHEREUPON, the following proceedings were
2    had, to wit:
3                       <<<<<<  >>>>>>
4
5                THE VIDEOGRAPHER:  This is Tape No. 1 in
6    the videotaped deposition of Bryan Agnetta in the matter of
7    Apple versus Samsung Electronics in US District Court,
8    Northern District of California, San Jose Division,
9    No. 11-cv-01846-LHK.  This deposition is being held at
10   Frommer Lawrence and Haug in Seattle at 1191 Second Avenue on
11   May 16th, 2012 at 8:37 a.m.  My name is Kurt Schultz from the
12   firm of TransPerfect Legal Solutions and I am the legal video
13   specialist.  The court reporter is Connie Recob in
14   association with TransPerfect.
15        Counsel may introduce themselves.
16                MR. SCHMIDT:  Patrick Schmidt from Quinn
17   Emanuel for Samsung.
18                MR. LEVIN:  Gary Levin from Woodcock
19   Washburn for Microsoft and Mr. Agnetta.
20                MR. BAWEL:  Paul Bawel, inhouse counsel
21   for Microsoft and for Bryan Agnetta.
22                MR. OW:  Eric Ow from Morrison & Foerster
23   for Apple.
24                THE VIDEOGRAPHER:  The court reporter can
25   now swear the witness in.

Page 54

1  Q.  (BY MR. OW) Also, when you have an active tile as shown in
2      Figure 6, is the entire field of tiles enlarged or is it only
3      the one tile that's active?
4              MR. SCHMIDT:  Objection to the extent it
5      calls for a legal opinion.
6              THE WITNESS:  It's only the active tile
7      that is enlarged.
8  Q.  (BY MR. OW) And is that true of all of the embodiments in
9      this patent?
10 A.  To the best --
11             MR. LEVIN:  I'll object to the question
12     to the extent it's -- it's calling for Mr. Agnetta to impose
13     any sort of limitation on the claims of the patent, but you
14     may answer.
15             MR. SCHMIDT:  And I will object to the
16     extent it calls for a legal opinion or construction of the
17     patent.
18             THE WITNESS:  To the best of my
19     knowledge, yes.
20 Q.  (BY MR. OW) Now, Mr. Agnetta, we talked about your background
21     earlier but I just wanted to confirm a few things.
22         You do not have a bachelor's degree in computer
23     science, correct?
24 A.  I do not have a bachelor's degree in computer science.
25 Q.  And do you have a bachelor's degree in electrical

Page 55

```
 1        engineering?
 2   A.   I do not.
 3   Q.   Have you programmed in any programming languages?
 4   A.   I've started to teach myself.
 5   Q.   At the time of the patent have you programmed --
 6   A.   No.
 7   Q.   -- any programming languages?
 8                      MR. OW:  I have no further questions.
 9                      MR. SCHMIDT:  If I can redirect with two
10        or three questions.
11                      THE VIDEOGRAPHER:  Let's get a microphone
12        on you.
13
14                      FURTHER EXAMINATION
15        BY MR. SCHMIDT:
16   Q.   Mr. Agnetta, you said that it is only the tile that's
17        selected that's enlarged into active view?
18   A.   I did, yes.
19   Q.   I'm not asking you to construe the patent, but based on your
20        understanding of the subject matter is there anything in the
21        patent that would limit this method to only enlarging one
22        tile?
23                      MR. OW:  Objection; form, calls for a
24        legal conclusion, calls for expert testimony.
25                      THE WITNESS:  Based on what's in the
```

HIGHLY CONFIDENTIAL

Page 56

1     patent, no, we wouldn't limit that.
2 Q.  (BY MR. SCHMIDT) And one more question: When a tile is
3     selected and enlarged in active view, would you say that the
4     entire tile space itself has been enlarged? In other words,
5     would you say that the enlargement of a component within the
6     whole results in the enlargement of the whole?
7 A.  I would not say that.
8                     MR. SCHMIDT: No further questions.
9                     MR. LEVIN: I have none.
10                    THE VIDEOGRAPHER: Any other questions?
11     No? That concludes the deposition. It consists of one tape
12     and the time is 9:52 a.m. Thank you.
13                         (Signature reserved.)
14                     (Deposition concluded at 9:52 a.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 57

```
 1      STATE OF WASHINGTON )
                            ) ss
 2      County of Snohomish )

 3              I, the undersigned Washington Certified Court
        Reporter, pursuant to RCW 5.28.010 authorized to
 4      Administer oaths and affirmations in and for the State of
        Washington, do hereby certify:
 5
                That the annexed and foregoing deposition of BRYAN
 6      AGNETTA was taken before me and completed on May 16, 2012,
        and thereafter was transcribed under my direction;
 7
                I further certify that according to CR 30 (e) the
 8      witness was given the opportunity to examine, read and sign
        the deposition after the same was transcribed, unless
 9      indicated in the record that the review was reserved;

10              I further certify that I am not a relative or employee
        of any such attorney or counsel, and that I am not
11      financially interested in the said action or the outcome
        thereof;
12
                I further certify that the witness before examination
13      was by me duly sworn to testify the truth, the whole truth
        and nothing but the truth;
14
                I further certify that the deposition, as transcribed,
15      is a full, true and correct transcript of the testimony,
        including questions and answers, and all objections, motions
16      and exceptions of counsel made and taken at the time of the
        foregoing examination and was prepared pursuant to Washington
17      Administrative Code 308-14-135, the transcript preparation
        format guideline;
18
                I further certify that I am herewith securely sealing
19      the said deposition and promptly delivering the same to
        Attorney PATRICK T. SCHMIDT.
20
                IN WITNESS WHEREOF, I have hereunto set my hand this
21      21st day of May, 2012.

22

23      _____
        Connie Recob, Certified Court Reporter No. 2631
24           in and for the State of Washington,
                residing at Stanwood, Washington.
25           My CCR certification expires 4/8/13.
```

HIGHLY CONFIDENTIAL

Page 58

1        DEPOSITION ERRATA SHEET

2

3    Our Assignment No.  7440

4    Case Caption:  APPLE vs. SAMSUNG

5

6          DECLARATION UNDER PENALTY OF PERJURY

7

8              I declare under penalty of perjury

9            that I have read the entire transcript of

10           my Deposition taken in the captioned matter

11              or the same has been read to me, and

12             the same is true and accurate, save and

13            except for changes and/or corrections, if

14            any, as indicated by me on the DEPOSITION

15           ERRATA SHEET hereof, with the understanding

16          that I offer these changes as if still under oath.

17

18       Signed on the _____ day of _____, 2012.

19

20              _____

21

22                     BRYAN AGNETTA

23

24

25