# Exhibit 21

**Case Clip(s) Detailed Report**
**Wednesday, August 15, 2012, 12:43:44 PM**

## Apple v. Samsung Video DB

---

 **Lee, Minhyouk (Vol. 01) - 03/03/2012**                                           1 CLIP  (RUNNING 00:03:47.679)

 APPLE_AFFIRMATIVES_FULL

| LEEM1 | 6 SEGMENTS  (RUNNING 00:03:47.679) |  |

**1. PAGE 7:15 TO 7:17  (RUNNING 00:00:08.960)**

```
    15       Q.    Could you please state your name for the
    16   record?
    17       A.    My name is Minhyouk Lee.
```

**2. PAGE 12:23 TO 13:02  (RUNNING 00:00:30.113)**

```
    23       Q.    And what position did you take on in 2010?
    24       A.    In December 2010 I started holding a
    25   position of vice-president.
 00013:01     Q.    Vice-president of what, Mr. Lee?
    02       A.    Of design team.
```

**3. PAGE 13:07 TO 13:12  (RUNNING 00:00:52.040)**

```
    07       Q.    In your role as a designer at Samsung,
    08   Mr. Lee, did you have some involvement in the design of
    09   a product platform called Galaxy S?
    10       A.    Yes, I have been leading the design as I've
    11   been involved in the design of the project called
    12   Galaxy S Project.
```

**4. PAGE 15:03 TO 15:05  (RUNNING 00:00:23.706)**

```
    03       Q.    Mr. Lee, do you recognize the Vibrant as one
    04   of the phones that derives from the Galaxy S platform?
    05       A.    Yes.
```

**5. PAGE 21:24 TO 22:02  (RUNNING 00:00:33.702)**

```
    24             Is it your testimony, Mr. Lee, that the
    25   corner shape of the Vibrant that you have in your hand
 00022:01   is the only corner shape that was capable of
    02   accommodating the components within that phone?
```

**6. PAGE 22:05 TO 22:13  (RUNNING 00:01:19.158)**

```
    05       A.    You can shape the corners in thousands and
    06   tens of thousands different ways, which can differ or
    07   vary from a hardware perspective or from a mechanical
    08   perspective as well, or even from design perspective.
    09             So in other words, mechanical side, hardware
    10   side and design side would put together their inputs
    11   and ideas and come to an agreeable solution which would
    12   reflect their cooperative inputs to come up with the
    13   most reasonable idea for production.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:47.679)**