# Exhibit 22

| | |
|---|---|
| **From:** | Diane Hutnyan <dianehutnyan@quinnemanuel.com> |
| **Sent:** | Thursday, August 16, 2012 2:45 AM |
| **To:** | Rawson, Taryn S. |
| **Cc:** | AppleMoFo; Samsung NDCal Paralegals; 'WH Apple Samsung NDCal Service' |
| **Subject:** | Apple v. Samsung:  Ordover/Bressler |

Counsel:

Samsung with draws its designation of DX618 for Ordover and its designation of the Musika Opening Report for Donaldson.

Samsung is willing to accept Apple's offer and withdraw DX593 in exchange for withdrawal of PX82.

In addition, Samsung designates the following Bressler cross examination items that were accidentally left off of his disclosure list earlier this evening.
- 11/4/11 Deposition (NDCA) of Douglas Satzger
- 2/9/12 Deposition (ITC) of Douglas Satzger
- 2/22/12 Deposition (NDCA) of Douglas Satzger

Kind regards