# Exhibit 23

Exhibit 1

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| BEG BATES | END BATES |
|---|---|
| APL-ITC796-X0000003306 | APL-ITC796-X0000003666 |
| APL-ITC796-0000458644 | APL-ITC796-0000458703 |
| APLNDC00014225 | APLNDC00014228 |
| APLNDC00014230 | APLNDC00014231 |
| APLNDC00014237 | APLNDC00014244 |
| APLNDC0002303105 | APLNDC00023 |
| APLNDC0002303106 | APLNDC0002303134 |
| APLNDC0002329800 | APLNDC0002329801 |
| APLNDC0002336678 | APLNDC0002336679 |
| APLNDC0002454404 | APLNDC0002454412 |
| APLNDC00030426 | APLNDC00031274 |
| APLNDC00030442 | APLNDC00030804 |
| APLNDC00030805 | APLNDC00030914 |
| APLNDC00030915 | APLNDC00031274 |
| APLNDC00031275 | APLNDC00031354 |
| APLNDC00032001 | APLNDC00032008 |
| APLNDC00032013 | APLNDC00032356 |
| APLNDC00032357 | APLNDC00032466 |
| APLNDC00032467 | APLNDC00032472 |
| APLNDC00032473 | APLNDC00032478 |
| APLNDC-NCCX00000641 | APLNDC-NCCX00000650 |
| APLNDC-Y0000048846 | APLNDC-Y0000048853 |
| APLNDC-Y0000135683 | APLNDC-Y0000135789 |
| APLNDC-Y0000149044 | APLNDC-Y0000149045 |
| APLNDC-Y0000149048 | APLNDC-Y0000149049 |
| APLNDC-Y0000149050 | APLNDC-Y0000149050 |
| APLNDC-Y0000232341 | APLNDC-Y0000232345 |
| APLNDC-Y0000232346 | APLNDC-Y0000232350 |
| APLNDC-Y0000232351 | APLNDC-Y0000232357 |
| APLNDC-Y0000232358 | APLNDC-Y0000232364 |
| APLNDC-Y0000232365 | APLNDC-Y0000232373 |
| APLNDC-Y0000232374 | APLNDC-Y0000232380 |
| APLNDC-Y0000232389 | APLNDC-Y0000232395 |
| APLNDC-Y0000233095 | APLNDC-Y0000233103 |
| APLNDC-Y0000233104 | APLNDC-Y0000233112 |
| APLNDC-Y0000233113 | APLNDC-Y0000233120 |
| APLNDC-Y0000233121 | APLNDC-Y0000233128 |
| APLNDC-Y0000233129 | APLNDC-Y0000233136 |
| APLNDC-Y0000233137 | APLNDC-Y0000233144 |
| APLNDC-Y0000233145 | APLNDC-Y0000233152 |
| APLNDC-Y0000233153 | APLNDC-Y0000233162 |

sf-3133314

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| BEG BATES | END BATES |
|---|---|
| APLNDC-Y0000233163 | APLNDC-Y0000233172 |
| APLNDC-Y0000233173 | APLNDC-Y0000233182 |
| APLNDC-Y0000233183 | APLNDC-Y0000233192 |
| APLNDC-Y0000233193 | APLNDC-Y0000233202 |
| APLNDC-Y0000233203 | APLNDC-Y0000233211 |
| APLNDC-Y0000233212 | APLNDC-Y0000233217 |
| APLNDC-Y0000233218 | APLNDC-Y0000233222 |
| APLNDC-Y0000233223 | APLNDC-Y0000233226 |
| APLNDC-Y0000233227 | APLNDC-Y0000233236 |
| APLNDC-Y0000233237 | APLNDC-Y0000233247 |
| APLNDC-Y0000233248 | APLNDC-Y0000233257 |
| APLNDC-Y0000233258 | APLNDC-Y0000233266 |
| APLNDC-Y0000233267 | APLNDC-Y0000233276 |
| APLNDC-Y0000233277 | APLNDC-Y0000233285 |
| APLNDC-Y0000233286 | APLNDC-Y0000233295 |
| APLNDC-Y0000233296 | APLNDC-Y0000233305 |
| APLNDC-Y0000233306 | APLNDC-Y0000233314 |
| APLNDC-Y0000233315 | APLNDC-Y0000233316 |
| APLNDC-Y0000233317 | APLNDC-Y0000233318 |
| APLNDC-Y0000233319 | APLNDC-Y0000233321 |
| APLNDC-Y0000233322 | APLNDC-Y0000233322 |
| APLNDC-Y0000233325 | APLNDC-Y0000233336 |
| APLNDC-Y0000233347 | APLNDC-Y0000233351 |
| APLNDC-Y0000233352 | APLNDC-Y0000233352 |
| APLNDC-Y0000233353 | APLNDC-Y0000233353 |
| APLNDC-Y0000233354 | APLNDC-Y0000233354 |
| APLNDC-Y0000233355 | APLNDC-Y0000233356 |
| APLNDC-Y0000233357 | APLNDC-Y0000233358 |
| APLNDC-Y0000233359 | APLNDC-Y0000233359 |
| APLNDC-Y0000233360 | APLNDC-Y0000233362 |
| APLNDC-Y0000233363 | APLNDC-Y0000233363 |
| APLNDC-Y0000233364 | APLNDC-Y0000233364 |
| APLNDC-Y0000233365 | APLNDC-Y0000233367 |
| APLNDC-Y0000233368 | APLNDC-Y0000233370 |
| APLNDC-Y0000233371 | APLNDC-Y0000233375 |
| APLNDC-Y0000233376 | APLNDC-Y0000233378 |
| APLNDC-Y0000233379 | APLNDC-Y0000233380 |
| APLNDC-Y0000233381 | APLNDC-Y0000233385 |
| APLNDC-Y0000233386 | APLNDC-Y0000233392 |
| APLNDC-Y0000233393 | APLNDC-Y0000233396 |
| APLNDC-Y0000233397 | APLNDC-Y0000233400 |

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| BEG BATES | END BATES |
|---|---|
| APLNDC-Y0000233401 | APLNDC-Y0000233412 |
| APLNDC-Y0000233413 | APLNDC-Y0000233413 |
| APLNDC-Y0000233414 | APLNDC-Y0000233414 |
| APLNDC-Y0000233415 | APLNDC-Y0000233415 |
| APLNDC-Y0000233416 | APLNDC-Y0000233416 |
| APLNDC-Y0000233417 | APLNDC-Y0000233421 |
| APLNDC-Y0000233422 | APLNDC-Y0000233424 |
| APLNDC-Y0000233425 | APLNDC-Y0000233429 |
| APLNDC-Y0000233442 | APLNDC-Y0000233444 |
| APLNDC-Y0000233445 | APLNDC-Y0000233449 |
| APLNDC-Y0000233450 | APLNDC-Y0000233454 |
| APLNDC-Y0000233455 | APLNDC-Y0000233471 |
| APLNDC-Y0000233472 | APLNDC-Y0000233481 |
| APLNDC-Y0000233482 | APLNDC-Y0000233488 |
| APLNDC-Y0000233495 | APLNDC-Y0000233501 |
| APLNDC-Y0000233502 | APLNDC-Y0000233565 |
| APLNDC-Y0000233566 | APLNDC-Y0000233599 |
| APLNDC-Y0000233600 | APLNDC-Y0000233610 |
| APLNDC-Y0000233611 | APLNDC-Y0000233617 |
| APLNDC-Y0000233618 | APLNDC-Y0000233619 |
| APLNDC-Y0000233620 | APLNDC-Y0000233621 |
| APLNDC-Y0000233622 | APLNDC-Y0000233631 |
| APLNDC-Y0000233632 | APLNDC-Y0000233646 |
| APLNDC-Y0000233647 | APLNDC-Y0000233652 |
| APLNDC-Y0000233653 | APLNDC-Y0000233668 |
| APLNDC-Y0000233669 | APLNDC-Y0000233670 |
| APLNDC-Y0000233671 | APLNDC-Y0000233683 |
| APLNDC-Y0000233684 | APLNDC-Y0000233684 |
| APLNDC-Y0000233685 | APLNDC-Y0000233695 |
| APLNDC-Y0000233696 | APLNDC-Y0000233701 |
| APLNDC-Y0000233702 | APLNDC-Y0000233712 |
| APLNDC-Y0000233713 | APLNDC-Y0000233714 |
| APLNDC-Y0000233715 | APLNDC-Y0000233723 |
| APLNDC-Y0000233724 | APLNDC-Y0000233733 |
| APLNDC-Y0000233734 | APLNDC-Y0000233743 |
| APLNDC-Y0000233744 | APLNDC-Y0000233753 |
| APLNDC-Y0000233754 | APLNDC-Y0000233762 |
| APLNDC-Y0000233754 | APLNDC-Y0000233762 |
| APLNDC-Y0000233763 | APLNDC-Y0000233772 |
| APLNDC-Y0000233773 | APLNDC-Y0000233782 |
| APLNDC-Y0000233783 | APLNDC-Y0000233790 |

sf-3133314

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| BEG BATES | END BATES |
|---|---|
| APLNDC-Y0000233791 | APLNDC-Y0000233798 |
| APLNDC-Y0000233799 | APLNDC-Y0000233806 |
| APLNDC-Y0000233807 | APLNDC-Y0000233814 |
| APLNDC-Y0000233815 | APLNDC-Y0000233824 |
| APLNDC-Y0000233825 | APLNDC-Y0000233834 |
| APLNDC-Y0000233835 | APLNDC-Y0000233844 |
| APLNDC-Y0000233845 | APLNDC-Y0000233853 |
| APLNDC-Y0000233854 | APLNDC-Y0000233862 |
| APLNDC-Y0000233863 | APLNDC-Y0000233872 |
| APLNDC-Y0000233873 | APLNDC-Y0000233881 |
| APLNDC-Y0000233882 | APLNDC-Y0000233891 |
| APLNDC-Y0000233892 | APLNDC-Y0000233901 |
| APLNDC-Y0000233902 | APLNDC-Y0000233910 |
| APLNDC-Y0000233911 | APLNDC-Y0000233919 |
| APLNDC-Y0000233920 | APLNDC-Y0000233928 |
| APLNDC-Y0000233929 | APLNDC-Y0000233937 |
| APLNDC-Y0000233938 | APLNDC-Y0000233946 |
| APLNDC-Y0000233947 | APLNDC-Y0000233956 |
| APLNDC-Y0000233957 | APLNDC-Y0000233966 |
| APLNDC-Y0000233967 | APLNDC-Y0000233978 |
| APLNDC-Y0000233979 | APLNDC-Y0000233988 |
| APLNDC-Y0000233989 | APLNDC-Y0000233993 |
| APLNDC-Y0000233994 | APLNDC-Y0000234003 |
| APLNDC-Y0000234004 | APLNDC-Y0000234012 |
| APLNDC-Y0000234013 | APLNDC-Y0000234021 |
| APLNDC-Y0000234022 | APLNDC-Y0000234031 |
| APLNDC-Y0000234041 | APLNDC-Y0000234049 |
| APLNDC-Y0000234050 | APLNDC-Y0000234051 |
| APLNDC-Y0000234052 | APLNDC-Y0000234054 |
| APLNDC-Y0000234055 | APLNDC-Y0000234057 |
| APLNDC-Y0000234182 | APLNDC-Y0000234183 |
| APLNDC-Y0000234924 | APLNDC-Y0000234927 |
| APLNDC-Y0000234928 | APLNDC-Y0000234931 |
| APLNDC-Y0000235988 | APLNDC-Y0000235989 |
| APLNDC-Y0000236215 | APLNDC-Y0000236218 |
| APLNDC-Y0000236219 | APLNDC-Y0000236226 |
| APLNDC-Y0000236659 | APLNDC-Y0000236660 |
| APLNDC-Y0000236661 | APLNDC-Y0000236668 |
| APLNDC-Y0000236669 | APLNDC-Y0000236676 |
| APLNDC-Y0000236677 | APLNDC-Y0000236684 |
| APLNDC-Y0000236685 | APLNDC-Y0000236692 |

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| BEG BATES | END BATES |
|---|---|
| APLNDC-Y0000236693 | APLNDC-Y0000236700 |
| APLNDC-Y0000236701 | APLNDC-Y0000236708 |
| APLNDC-Y0000236709 | APLNDC-Y0000236716 |
| APLNDC-Y0000236717 | APLNDC-Y0000236724 |
| APLNDC-Y0000236725 | APLNDC-Y0000236732 |
| APLNDC-Y0000236733 | APLNDC-Y0000236740 |
| APLNDC-Y0000236741 | APLNDC-Y0000236748 |
| APLNDC-Y0000236749 | APLNDC-Y0000236756 |
| APLNDC-Y0000236757 | APLNDC-Y0000236765 |
| APLNDC-Y0000236766 | APLNDC-Y0000236774 |
| APLNDC-Y0000236775 | APLNDC-Y0000236777 |
| APLNDC-Y0000236778 | APLNDC-Y0000236779 |
| APLNDC-Y0000236780 | APLNDC-Y0000236789 |
| APLNDC-Y0000236799 | APLNDC-Y0000236809 |
| APLNDC-Y0000236810 | APLNDC-Y0000236810 |
| APLNDC-Y0000236811 | APLNDC-Y0000236813 |
| APLNDC-Y0000236814 | APLNDC-Y0000236814 |
| APLNDC-Y0000236815 | APLNDC-Y0000236815 |
| SAMDCA10202827 | SAMDCA10202874 |
| SAMNDCA00020291 | SAMNDCA00020293 |
| SAMNDCA00176172 | SAMNDCA00176202 |
| SAMNDCA00191811 | SAMNDCA00191987 |
| SAMNDCA00202336 | SAMNDCA00202380 |
| SAMNDCA00202335 | SAMNDCA00202335 |
| SAMNDCA00326380 | SAMNDCA00326382 |
| SAMNDCA00326383 | SAMNDCA00326385 |
| SAMNDCA00376531 | SAMNDCA00376574 |
| SAMNDCA00530405 | SAMNDCA00530490 |
| SAMNDCA00530410 | SAMNDCA00530432 |
| SAMNDCA10105070 | SAMNDCA10105124 |
| SAMNDCA10131459 | SAMNDCA10131459 |
| SAMNDCA10154003 | SAMNDCA10154053 |
| SAMNDCA10774801 | SAMNDCA10774805 |
| SAMNDCA10763589 | SAMNDCA10763589 |
| SAMNDCA10808187 | SAMNDCA10808195 |
| SAMNDCA10808682 | SAMNDCA10808758 |
| SAMNDCA10907800 | SAMNDCA10907802 |
| SAMNDCA10911088 | SAMNDCA10911093 |
| SAMNDCA00202336 | SAMNDCA00202380 |
| SAMNDCA00203016 | SAMNDCA00203053 |
| SAMNDCA00203092 | SAMNDCA00203179 |

sf-3133314

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| BEG BATES | END BATES |
|---|---|
| SAMNDCA00237929 | SAMNDCA00237972 |
| SAMNDCA00249029 | SAMNDCA00249120 |

| |
|---|
| CDR 000048061 |
| EU Reg. 000569157-0005 |
| JP 0887388 |
| JP 0921403 |
| JP D1142127 |
| JP D1178470 |
| JP D1204221 |
| JP D1241383 |
| JP D1241638 |
| JP D1280315 |
| JP D1295003 |
| JP D1302929 |
| Korean Design Patent KR30-0418547 |
| Korean Design Patent KR30-0394921 |
| Korean Design Patent KR30-0452985 |
| Korean Design Patent KR30-0304216 |
| Korean Design Patent KR30-0398307 |
| U.S. Patent No. 597,983 |
| U.S. Patent No. 6,919,678 |
| U.S. Patent No. 7,688,574 |
| U.S. Patent No. D337,569 |
| U.S. Patent No. D412,157 |
| U.S. Patent No. D459,881 |
| U.S. Patent No. D461,802 |
| U.S. Patent No. D463,797 |
| U.S. Patent No. D464,344 |
| U.S. Patent No. D497,364 |
| U.S. Patent No. D500,037 |
| U.S. Patent No. D514,590 |
| U.S. Patent No. D534,516 |
| U.S. Patent No. D534,516 |
| U.S. Patent No. D555'131 |
| U.S. Patent No. D560,192 |
| U.S. Patent No. D561,155 |
| U.S. Patent No. D561,156 |
| U.S. Patent No. D562,794 |
| U.S. Patent No. D593,550 |
| U.S. Patent No. D616,857 |
| U.S. Patent No. D616,857 |
| U.S. Patent No. D620,895 |
| U.S. Patent No. D624,046 |

sf-3133314

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| |
|---|
| U.S. Patent No. D629,780 |
| U.S. Patent No. D638,815 |
| Declaration of Itay Sherman In Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction |
| Declaration of Roger Fidler In Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction |
| Expert Report of Itay Sherman accompanying Exhibits |
| Deposition Transcript of Fletcher Rothkopf Dated February 29, 2012 |
| Deposition Transcript of Christopher Stringer Dated August 3, 2011 |
| Deposition Transcript of Christopher Stringer Dated November 4, 2011 |
| Deposition Transcript of Itay Sherman Dated September 15, 2011 |
| Deposition Transcript of Justin Denison Dated September 21, 2011 |
| Deposition Transcript of Roger Fidler  Dated Sep. 23, 2011 |
| Deposition Transcript of Jonathan Ive Dated December 1, 2011 |
| Deposition Transcript of Bo-Ra Kim Dated January 11, 2012 |
| Deposition Transcript of Jinsoo Kim Dated February 2, 2012 |
| Deposition Transcript of Jun Min Yeo Dated February 2, 2012 |
| Deposition Transcript of Hangil Song Dated February 8, 2012 |
| Deposition Transcript of Gi Young Lee Dated February 16, 2012 |
| Deposition Transcript of Richard Dinh Dated February 16, 2012 |
| Deposition Transcript of Douglas Satzger Dated February 22, 2012 |
| Deposition Transcript of Yunjung Lee Dated February 23, 2012 |
| Deposition Transcript of Phil Hobson Dated February 28, 2012 |
| Deposition Transcript of Seung Hun Yoo Dated February 28, 2012 |
| Deposition Transcript of Seogguen Kim Dated February 29, 2012 |
| Deposition Transcript of Tang Yew Tan Dated March 2, 2012 |
| Deposition Transcript of Minhyouk Lee Dated March 3, 2012 |
| Deposition Transcript of Tang Yew Tan Dated March 5, 2012 |
| Deposition Transcript of Dong Hoon Chang Dated March 7, 2012 |
| Deposition Transcript of Sean Roarty Dated March 7, 2012 |
| Deposition Transcript of Christopher D. Prest Dated March 8, 2012 |
| Deposition Transcript of Evans Hankey Dated March 15, 2012 |
| Deposition Transcript of Ricardo Vilas Boas Dated March 16, 2012 |
| "Apple Introduces the New iPhone 3G," Apple Inc. Press Release, June 9, 2008 (http://www.apple.com/pr/library/2008/06/09Apple-Introduces-the-New-iPhone-3G.html) |
| "Apple iPhone Will Fail in a Late, Defensive Move, Matthew Lynn, Bloomberg, January 14, 2007, http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aRelVKWbMAv0 |
| "Apple iPod touch," Tim Gideon, PC Mag, September 12, 2007, (http://www.pcmag.com/article/print/214617) |
| "Apple Launches iPhone 4S, iOS 5 & iCloud," Apple Inc. Press Release, October 4, 2011, (http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html) |
| "Apple must show patents valid in Samsung case: judge," Dan Levine, Reuters, October 14, 2011, (http://www.reuters.com/article/2011/10/14/us-apple-samsung-lawsuit-idUSTRE79C79C20111014) |
| "Apple packs all kinds of high-tech goodies into iPhone," USA Today, January 10, 2007, |

sf-3133314

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| |
|---|
| (http://www.usatoday.com/tech/products/2007-01-09-iphone-goodies_x.htm) |
| "Apple Presents iPhone 4," Apple Inc. Press Release, June 7, 2010 |
| "Apple Should Pull the Plug On the iPhone," John Dvorak, Marketwatch, March 28, 2007, http://www.marketwatch.com/story/apple-should-pull-the-plug-on-the-iphone |
| "Apple stock hits new high on analyst optimism over iPod, possible iPhone," Business News - Associated Press, |
| "Apple Storms Cellphone Field --- Cingular to Offer Service For High-End iPhone; Obstacles: Price, Rivals," Li Yuan and Pui-Wing Tam, The Wall Street Journal, January 10, 2007. |
| "Apple unveils all-in-one iPhone," Ellen Lee, San Francisco Chronicle, January 9, 2007, (http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2007/01/09BUGIBNFK493.DTL) |
| "Apple unveils all-in-one iPhone," Jon Swartz, USA Today, January 10, 2007, (http://www.usatoday.com/educate/college/business/articles/20070114.htm) |
| "Apple unveils faster iPhone with new features," Ryan Kim, San Francisco Chronicle, June 9, 2009, (http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/06/08/BUVS1832VA.DTL) |
| "Apple's iPhone: Is It Worth It?" Nick Wingfield and Li Yuan, The Wall Street Journal, January 10, 2007, (http://online.wsj.com/public/article/SB1168396369125722211-G0t5odKXrWS0oe0B6yWp…) |
| "Apple's new iPhone 3G: Still not perfect, but really close," USA Today, July 10, 2008, (http://www.usatoday.com/tech/columnist/edwardbaig/2008-07-08-iphone-3g-review_N.htm) |
| "As New iPad Debut Nears, Some See Decline of PCs," N.Y. Times, March 5, 2012 (http://www.nytimes.com/2012/03/06/technology/as-new-ipad-debut-nears-some-see-decline-of-pcs.html) |
| "As Smartphone Prices Fall, Retailers Are Leaving Money on the Table," NPD Group, November 14, 2011 (https://www.npd.com/wps/portal/npd/us/news/pressreleases/pr_111114a) |
| "AT&T to Expand Tablet Portfolio," Samsung Press Release, September 16, 2010. |
| "Buzz Powers iPad Launch, but Will It Be Enough?" Geoffrey A. Fowler and Ben Worthen, The Wall Street Journal, April 3, 2010, (http://online.wsj.com/article/SB10001424052702303450704575160223189781954.html) |
| "Casio G'zOne Commando," Armando Rodriguez, PCWorld, May 2, 2011, http://www.pcworld.com/article/226883/casio_gzone_commando_review_a_super_durable_android_smartphone.ht |
| "Casio G'zOne Commando," CNET, http://reviews.cnet.com/smartphones/casio-g-zone-commando/4505-6452_7 |
| "Casio G'zOne Commando," PCMag, Jamie Lendino, May 9, 2011, |
| "Choices, Choices: Slim, Sleek and Fits in a Pocket; Or Built-In Slide-Out Speakers," Samsung U.S. News Center, January 8, 2007, |
| "Fans snap up iPads after waiting overnight," Ryan Kim, San Francisco Chronicle, April 4, 2010, (http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2010/04/03/BUFA1CPFHO.DTL) |
| "Flashback: Steve Ballmer's First take on the iPhone, January 2007," Henry Blodget, Business Insider, June 30, 2010, http://articles.businessinsider.com/2010-06-30/tech/29972743_1_phones-macworld-interviewer. |
| "For iPad, Lines but No Shortage," Geoffrey A. Fowler and Shira Ovide, The Wall Street Journal, April 5, 2010, (http://online.wsj.com/article/SB10001424052702303912104575164222266106354.html) |
| "For iPhone, the 'New' Is Relative," David Pogue, The New York Times, July 9, 2008, (http://www.nytimes.com/2008/07/09/technology/personaltech/09pogue.html?pagewanted=all) |
| "Inside Mobile: Becoming Part of the Apple iPad Generation," J. Gerry Purdy, eWeek, April 4, |

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| |
|---|
| 2010, (http://www.eweek.com/c/a/Mobile-and-Wireless/INSIDE-MOBILE-Becoming-Part-of-the-Apple-iPad-Generation/) |
| "iPad 2 Sends Galaxy Tab Back to the Drawing Board," NBC Bay Area, March 21, 2012, (http://www.nbcbayarea.com/blogs/press-here/iPad-2-Sends-Galaxy-Tab-Back-to-the-Drawing-Board |
| "Iphone 3G S cements Apple's place at the top," Ryan Kim, San Francisco Chronicle - Technology Review, June |
| "iPhone launch," The New York Times - Science/Technology, (http://www.nytimes.com/2007/06/28/news/28iht |
| "Iphone set for June 29 debut; Apple won't accept pre-orders," Jefferson Graham, USA Today, June 5, 2007 |
| "iWeapon; AT&T plans to use its exclusive iPhoney rights to gain the upper hand in the battle for wireless companies," Leslie Cauley, USA Today, May 22, 2007 |
| "Jobs expected to ring in Apple's new iPhone," Ellen Lee, San Francisco Chronicle, June 9, 2008, (http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/06/08/BUPF11383C.DTL) |
| "Journal Exchange - The Informed Reader: Insights and Items of Interest from Other Sources," The Wall Street |
| "LG Optimus T," Jamie Lendino, PCMag, Nov. 23, 2010, http://www.pcmag.com/article2/0,2817,2373001,00.asp. |
| "Newer, Faster, Cheaper iPhone 3G," Walter S. Mossberg, The Wall Street Journal, July 9, 2008, (http://online.wsj.com/article/SB12155574070437313.html) |
| "No-Contract Options Multiply," Consumer Reports, January 2011 (http://www.consumerreports.org/cro/magazinearchive/2011/january/electronics/best-cell-plans-and-providers/no-contract-cell-phones/index.htm). |
| "Nokia Lumia 800 Review," TechRadar, March 8, 2012, http://www.techradar.com/reviews/phones/mobile |
| "Nokia Lumia 800 Review," Vlad Savov, The Verge, November 3, 2011, |
| "Pantech Crossover Review," Brad Molen, Engadget, June 7, 2011, |
| "Samsung Access SGH-A827," CNET News.com, May 9, 2008, (http://reviews.cnet.com/cell-phones/samsungaccess-sgh-a827/4505-6454_7-32909896.html) |
| "Samsung BlackJack II Review," CNET News.com, December 6, 2007, (http://reviews.cnet.com/smartphones/samsung-blackjack-ii-black/4505-6452_7-32717959.html) |
| "Samsung BlackJack SGH-i607," CNET News.com, November 13, 2006, (http://reviews.cnet.com/smartphones/samsung-blackjack-sgh-i607/4505-6452_7-32143267.html) |
| "Samsung considers Galaxy Tab 10.1 overhaul following iPad 2 unveiling," Zach Epstein, Boy Genius Review, March 4, 2011, (http://www.bgr.com/2011/03/04/samsung-considers-galaxy-tab-10-1-overhaul-following-ipad-2 |
| "Samsung Galaxy S Keynote & Samsung Mobile Unpacked at CTIA Wireless 2010," Samsung Press Release, March 31, 2010, (http://www.samsung.com/us/news/newsRead.do?news_seq=18436&page=1) |
| "Samsung Galaxy S review," TechRadar, July 20, 2011, (http://www.techradar.com/reviews/phones/mobile |
| "Samsung Galaxy Tab," Samsung Press Release, September 16, 2010. |
| "Samsung MM-A800," CNET News.com, 2005 (http://reviews.cnet.com/Samsung_MM-A800/4505-6454_7 |
| "Samsung SCH-i730," CNET News.com, 2005, (http://reviews.cnet.com/4505-6452_7- |

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| |
|---|
| 31313312.html) |
| "Samsung YP-K3: The K5's Little Brother, Sans Speaker," Gizmodo.com, November 30, 2006, (http://gizmodo.com/218232/samsung-ypk3-the-k5s-little-brother-sans-speaker?tag=gadgetsportablemedia) |
| "Sony Ericsson Xperia Arc S Review," Mat Smith, Engadget, November 6, 2011, http://www.engadget.com/2011/11/06/sony-ericsson-xperia-arc-s-review/ |
| "Sony Ericsson Xperia Arc S Review," TechRadar, October 13, 2011, http://www.techradar.com/reviews/phones/mobile-phones/sony-ericsson-xperia-arc-s-1033402/review |
| "The book of Jobs," The Economist, January 30, 2010. |
| "The Futurist: We Predict the iPhone Will Bomb," Seth Porges, TechCrunch, June 7, 2007, http://techcrunch.com/2007/06/07/the-futurist-we-predict-the-iphone-will-bomb/ |
| "The Next Big Thing - Samsung Galaxy S II (90 sec commercial)," uploaded by samsungmobileusa on November 22, 2011, available at http://www.youtube.com/watch?v=X4VHzNEWIqA&feature=relmfu. |
| "Think Really Different," Daniel Lyons, Newsweek Inc., April 5, 2010. |
| "US judge: Samsung's products infringe on Apple design patents," Chris Foresman, Ars Technica, (http://arstechnica.com/apple/news/2011/10/samsung-may-face-us-injunction.ars) |
| "Verizon Wireless Puts Samsung Galaxy Tab In Stores in November," Samsung Press Release, October 20, 2010. |
| "Why the Apple Phone Will Fail, and Fail Badly," Bill Ray, The Register, December 23, 2006, http://www.theregister.co.uk/2006/12/23/iphone_will_fail/page2.html; |
| Adrian Kingsley-Hughes, "The Big iPod touch Review," ZDNet, Nov. 23, 2007, http://www.zdnet.com/blog/hardware/the-big-ipod-touch-review/971?tag=content;siu-container |
| Apple iPhone, Sascha Segan & Tim Gideon, PCMag, Jan. 22, 2008, Apple's |
| Best phones: Motorola Droid Razr http://reviews.cnet.com/2300-6454_7-10010647.html |
| Best Smart Phones of 2006- Cnet Review http://reviews.cnet.com/4321-6452_7-6555456.html |
| Best Smart Phones of 2007 – Cnet Review http://reviews.cnet.com/4321-6452_7-6600061.html |
| Best Smart Phones of 2008 – Cnet Review. http://reviews.cnet.com/2300-6452_7-10000055.html |
| Best Smart Phones of 2009 http://www.cnet.com/8301-17918_1-10416044-85.html |
| Chris Davies, "HTC Hero review," Slashgear, July 21, 2009, http://www.slashgear.com/htc-hero-review-2149880/ |
| CNET, "Apple iPod touch," http://reviews.cnet.com/mp3-players/apple-ipod-touch-first/4505-6490_7-32595956.html#reviewPage1 |
| CNET, "Nokia N8," http://reviews.cnet.com/smartphones/nokia-n8-dark-gray/4505-6452_7-34150875.html#reviewPage1 |
| CNET, "Pantech Crossover," http://reviews.cnet.com/smartphones/pantech-crossover-at-t/4505-6452_7 |
| CNET, "Sony Ericsson Xperia X10," Mar. 22, 2010, http://reviews.cnet.com/smartphones/sony-ericsson-xperia-x10/4505-6452_7- |

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| |
|---|
| 33881317.html#reviewPage1 |
| CNET, LG Thrive,<br>http://www.zdnet.com/reviews/product/smartphones/lg-thrive-at-t/34640319. |
| Comparison: Softbank Aquos Fulltouch 931SH vs. Sharp 03 WS020SH [2],<br>http://pdadb.net/index.php?m=pdacomparer&id1=1557&id2=1373&id3=511&del_id=511 (last visited Apr. 1, 2012) |
| David Pogue, "Appeal of iPad 2 is a Matter of Emotions," New York Times, March 9, 2011,<br>http://www.nytimes.com/2011/03/10/technology/personaltech/10pogue.html?_r=3 |
| Don Reisinger, "10 Reasons Why the iPad Would Fail Without the Apple Logo," eWeek.com, Jan. 28, 2010, http://www.eweek.com/c/a/Mobile-and-Wireless/10-Reasons-Why-the-iPad-Would-Fail-Without-the-Apple-Logo-428320/1/ |
| Eliane Fiolet, "Galaxy Tab 10.1 Review," Ubergizmo, May 21, 2011,<br>http://www.ubergizmo.com/2011/05/galaxy-tab-10-1-review/ |
| Gareth Beavis, "Sony Ericsson Xperia X10 review," TechRadar, Dec. 2, 2010,<br>http://www.techradar.com/reviews/phones/mobile-phones/sony-ericsson-xperia-x10-679702/review |
| GSMArena, HTC Hero Review: Born to Rise, August 6, 2009,<br>http://www.gsmarena.com/htc_hero-review-382p2.php |
| http://reviews.cnet.com/smartphones/lg-optimus-t-burgundy/4505-6452_7 |
| http://store.apple.com/us/browse/home/shop_ipad/ipad_accessories/cases |
| http://www.gsmarena.com/sony_ericsson_xperia_x10-pictures-2964.php |
| http://www.phonearena.com/news/Samsung-announces-iPhone-rival---F700-is-5-megapixel-beast_id1768 |
| http://www.samsung.com/us/mobile/cell-phones/SCH-R915ZKACRI |
| http://www.samsung.com/us/mobile/galaxy-tab-accessories#containe |
| iPhone Webpage, http://www.apple.com/iphone/compare-iphones/, (last visited Apr. 4, 2012) |
| Jenna Wortham, "Rebellious Tinkerers Dress Up the iPhone's Uniform," New York Times, April 1, 2012, http://www.nytimes.com/2012/04/02/technology/dressing-up-the-iphones-dull-uniform.html. |
| Jeremy Muncy, "5 Reasons Why the iPad Fails to Impress," WebProNews, Feb. 1, 2010,<br>http://www.webpronews.com/5-reasons-why-the-ipad-fails-to-impress-2010-02 |
| John V., "Samsung Galaxy Tab 10.1 vs Apple iPad 2," Phonearena.com, June 15, 2011,<br>http://www.phonearena.com/reviews/Samsung-Galaxy-Tab-10.1-vs-Apple-iPad-2_id2765 |
| Nokia Lumia 800 Specifications, Nokia, http://www.nokia.com/gb-en/products/phone/lumia800/specifications/. |
| Nokia X5-01 Review: Round the Square, GSMArena, November 1, 2010,<br>http://www.gsmarena.com/nokia_x5_01 |
| Phonearena, "Sony Ericsson Xperia X10 mini Review," June 8, 2010,<br>http://www.phonearena.com/reviews/Sony-Ericsson-Xperia-X10-mini-Review_id2453 |
| Photographs of GriDPAD 2050, Buxton Collection, (http://research.microsoft.com/en- |
| Photographs of Panasonic Toughpad, Police: The Law Enforcement Magazine,<br>(http://www.policemag.com/channel/technology/news/print/story/2011/11/08/Panasonic-introduces-rugged-android- |

Exhibit 1
Materials Considered in Reply Report of Peter W. Bressler.

| |
|---|
| Photographs of Sony Xperia S, Sony Mobile, (http://www.sonymobile.com/global-en/products/phones/xperia-s/) |
| Rick Broida, "How to hold an iPad comfortably in one hand." CNET, Mar. 7, 2011, http://reviews.cnet.com/8301-31747_7-20040287-243.html |
| Ryan Block, "iPod touch Review," Engadget, Sep. 22, 2007, http://www.engadget.com/2007/09/22/ipod-touch-review/. |
| Samsung Media Alerts (Jan. 8, 2007), http://www.samsung.com/us/news/newsRead.do?news_group=productnews&news_type=consumerproduct&news_ctgry=mp3&news_seq=3483 |
| Samsung Products Webpage, http://www.samsung.com/us/mobile/cell-phones/all-products (last visited Apr. 4, |
| Samsung Replenish™ (Boost Mobile) Android Smartphone webpage, http://www.samsung.com/us/mobile/cell-phones/SPH-M580ZKABST (last visited Apr. 4, 2012) |
| Samsung Transfix™ (Cricket) Android Smartphone webpage, http://www.samsung.com/us/mobile/cell-phones/SCH-R730NBACRI (last visited Apr. 4, 2012) |
| Sascha Segan & Tim Gideon, Apple iPhone, PCMag, Jan. 22, 2008, http://www.pcmag.com/article2/0,2817,2082265,00.asp |
| Scott Moritz, "Apple's Netbook Foray Will Flop," The Street, Mar. 24, 2009, http://www.thestreet.com/print/story/10476593.html |
| Softbank 825SH Pantone Specs and Features, http://mobiledevicenet.blogspot.com/2011/05/softbank-825sh |
| Sony Ericsson Xperia Arc S, CNET, http://reviews.cnet.com/smartphones/sony-ericsson-xperia-arc/4505-6452_7 |
| Strategic Brand Management 8, Kevin Lane Keller, (3d ed., Upper Saddle River, NJ: Pearson Education, 2008) |
| TheTechTonic.com, Sony Ericsson Xperia Arc S Review, http://www.thetechtonic.com/sony-ericsson-xperia-arc-s- |
| Thinnest Mobile Tablets," Samsung Press Release, March 22, 2011. |
| Top smartphones of 2010 http://reviews.cnet.com/2300-6452_7-10005785.html |
| Vlad Savov, "Nokia N8 Review," Engadget, Oct. 14, 2010, http://www.engadget.com/2010/10/14/nokia-n8-review/ |
| Photos and/or actual products of all electronic devices/models listed in my report. |

sf-3133314