| | |
|---|---|
| 1  HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
|    hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2  MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
|    mjacobs@mofo.com |    HALE AND DORR LLP |
| 3  RACHEL KREVANS (CA SBN 116421) | 60 State Street |
|    rkrevans@mofo.com | Boston, Massachusetts 02109 |
| 4  JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
|    jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| 5  ALISON M. TUCHER (CA SBN 171363) | |
|    atucher@mofo.com | MARK D. SELWYN (SBN 244180) |
| 6  RICHARD S.J. HUNG (CA SBN 197425) | mark.selwyn@wilmerhale.com |
|    rhung@mofo.com | WILMER CUTLER PICKERING |
| 7  JASON R. BARTLETT (CA SBN 214530) |    HALE AND DORR LLP |
|    jasonbartlett@mofo.com | 950 Page Mill Road |
| 8  MORRISON & FOERSTER LLP | Palo Alto, California 94304 |
|    425 Market Street | Telephone: (650) 858-6000 |
| 9  San Francisco, California 94105-2482 | Facsimile: (650) 858-6100 |
|    Telephone: (415) 268-7000 | |
| 10 Facsimile: (415) 268-7522 | Attorneys for Plaintiff and |
| | Counterclaim-Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 11-CV-01846-LHK |
|           Plaintiff, | |
|           vs. | **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|           Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|           Counterclaim-Plaintiffs, | |
|           v. | |
| APPLE INC., a California corporation, | |
|           Counterclaim-Defendant. | |

1	In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves for an order to seal the following documents:

    1.	Confidential portions of Apple's Objections and Responses to Objections Regarding David Teece, Tim Williams, Woodward Yang, Seung-Ho Ahn, Richard Donaldson, Hyong Kim, Edward Knightly, Jun Won Lee, Terry Musika, Janusz Ordover, Karl Rosenbrock, Peter Rossi, Boris Teksler, Michael Walker, Ravin Balakrishnan, Peter Bressler, Won Pyo Hong, Bryan Agnetta, Susan Kare, Minhyouk Lee, Karan Singh, Christopher Stringer, Jungmin Yeo ("Apple's Objections and Responses").

    2.	Exhibit 1 to the Declaration of Peter J. Kolovos in Support of Apple's Objections and Responses is a true and accurate excerpt from the deposition testimony of Seung-Ho Ahn dated March 15, 2012.

    3.	Exhibit 2 to the Declaration of Peter J. Kolovos in Support of Apple's Objections and Responses is a true and accurate excerpt from Samsung's Opposition to Apple's Motion for Partial Summary Judgment dated April 2, 2012.

Items 1-3 above contain information that Intel has designated confidential or highly confidential pursuant to the Protective Order in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Intel will file a declaration and accompanying Proposed Order attempting to establish good cause to permit the sealing of these materials.

Dated: August 16, 2012        MORRISON & FOERSTER LLP

                                By:  /s/ *Michael A. Jacobs*
                                   Michael A. Jacobs

                                Attorneys for Plaintiff
                                APPLE INC.