1  John P. Bovich (SBN 150688)
   Email:  jbovich@reedsmith.com
2  James A. Daire (SBN 239637)
   Email:  jdaire@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
5  Facsimile:     +1 415 391 8269

6  Attorneys for NON-PARTY
   Siemens AG

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            San Jose Division

| 11 | APPLE INC., a California corporation, | No.: 11-cv-01846-LHK (PSG) |
|----|----------------------------------------|----------------------------|
| 12 | Plaintiff, | **NOTICE OF APPEARANCE OF JAMES A. DAIRE ON BEHALF OF NON-PARTY SIEMENS AG** |
| 13 | vs. | |
| 14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Honorable Lucy H. Koh |
| 17 | Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL OF THE PARTIES:

PLEASE TAKE NOTICE that the following individual hereby appears in the above-entitled action as counsel for Non-Party Siemens AG

James A. Daire (SBN 239637)
Email:  jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

The undersigned respectfully requests to be included for the purpose of receiving pleadings, notices and orders from the Court.

DATED this the 16th day of August, 2012.

*/s/ James A. Daire*
James A. Daire
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
*Counsel for NON-PARTY Siemens AG*