UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: C 11-1846 LHK (PSG) |
| Plaintiff, | **FURTHER ORDER RE: ATTORNEY ADMISSION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket Nos. 1604, 1623)** |
| Defendants. | |

The court has reviewed counsel's declaration in response to the court's question about her standing to practice in this court. This declaration makes clear that the court's records were in fact accurate that counsel was not admitted in this district at the time she presented argument in support of her client's motion for an adverse inference jury instruction.

The court has previously alluded to the importance of bar admission in this district. And yet it is not lost on the court that sometimes even highly-skilled advocates simply make mistakes without any nefarious intent. Counsel's declaration, with its explanation and apology, persuades the court that this is one of those times. Under such circumstances, a further sanction would serve no meaningful purpose. The court will simply trust that going forward compliance with the local rules of this court and especially the orders of the presiding judge will not be an issue.

1    We do pay attention to these things.

2    **IT IS SO ORDERED.**

3    August 16, 2012

4    _____/s/_____
     PAUL S. GREWAL
5    United States Magistrate Judge

2

Case No.: 11-1846 LHK (PSG)
**FURTHER ORDER RE: ATTORNEY ADMISSION**