| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE'S BRIEF IN SUPPORT OF JUDGMENT AS A MATTER OF LAW REGARDING FIDLER TABLET** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  The Federal Circuit's determination that the Fidler tablet cannot serve as a primary
2  reference in an obviousness analysis of the D'889 is law of the case.  See *Preminger v. Peake*,
3  552 F.3d 757, 765 (9th Cir. 2008) (earlier decision on preliminary injunction remains "law of the
4  case").  "A fully considered appellate ruling on an issue of law made on a preliminary injunction
5  appeal . . . become[s] the law of the case for further proceedings in the trial court on remand and
6  in any subsequent appeal."  18 Charles Alan Wright & Arthur R. Miller, Federal Practice and
7  Procedure § 4478.5 (2002).

8  Obviousness is an issue of law.  *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 427 (2007).
9  The Federal Circuit fully considered it, deciding that the Fidler tablet was not a proper primary
10 reference.  *Apple Inc. v. Samsung Elecs. Co.*, 678 F.3d 1314, 1331-32 (Fed. Cir. 2012).  Based on
11 the "visual impressions" that this device and the TC 1000 make, the Federal Circuit held that it
12 was "legal error" to accept Samsung's argument that the Fidler tablet was a primary reference
13 and that the D'889 was obvious in light of it and the TC1000.  678 F.3d at 1332.[1]

14 This Court can and should heed the unequivocal language of the Federal Circuit's
15 decision and determine that the Fidler tablet cannot serve as a primary reference as a matter of
16 law.

18 Dated: August 16, 2012              MORRISON & FOERSTER LLP

20                                     By:   */s/ Michael A. Jacobs*
                                             Michael A. Jacobs

22                                     Attorneys for Plaintiff and
                                       Counterclaim-Defendant
                                       APPLE INC.

---

[1] It was this error of law that was an abuse of discretion.  *Id.*; see also *Procter & Gamble Co. v. Kraft Foods Global, Inc.*, 549 F.3d 842, 845 (Fed. Cir. 2008).

APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW RE FIDLER
CASE NO. 11-CV-01846-LHK (PSG)
pa-1547317                                                                                          1