UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff and Counterdefendant, | |
| v. | ORDER REGARDING MISCELLANEOUS ISSUES |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court made the following rulings on the record at trial:

- The Court approved Samsung's proffer regarding the testimony of Michael Wagner and overruled Apple's objection.

- The Court approved of Samsung's proposed redactions for DX631.  The Court approved of Samsung's proposed redactions to DX630, except that Samsung agreed to unredact the length of the license term.

- The parties shall bring all admitted exhibits that will be presented to the jury on Monday, August 20, 2012.

- The Court asked the parties to identify evidence in the record that supports the giving of proposed disputed jury instruction numbers 36 and 37.  By August 17, 2012 at 8:00 a.m., the parties shall file their list of evidence citations.

- On Saturday, August 18, 2012 at 8:00 a.m. the parties shall file motions for judgment as a matter of law, not to exceed 5 pages.  The 8-page responses shall be filed no later than 8:00 a.m. on Sunday, August 19, 2012.  The parties shall come prepared to discuss these motions on Monday, August 20, 2012.

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING MISCELLANEOUS ISSUES

- On Saturday, August 18, 2012 at 8:00 a.m. the parties shall file their statement narrowing their claims.

**IT IS SO ORDERED.**

Dated: August 16, 2012

_____
LUCY H. KOH
United States District Judge