[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 15, 2012** |

1     The parties submit herewith as Exhibit A their joint list of demonstrative exhibits

2 published to the jury at trial through August 15, 2012.

3     The parties are continuing to meet and confer and may revise the list.

4

5

6 Dated: August 17, 2012

7 MORRISON & FOERSTER LLP      QUINN EMANUEL URQUHART & SULLIVAN, LLP

8

9

10 By: */s/ Jason R. Bartlett*      By: */s/ Victoria F. Maroulis*
    HAROLD J. MCELHINNY      CHARLES K. VERHOEVEN
11     MICHAEL A. JACOBS      KEVIN P.B. JOHNSON
    RACHEL KREVANS      VICTORIA F. MAROULIS
12     JENNIFER LEE TAYLOR      EDWARD DEFRANCO
    ALISON M. TUCHER      MICHAEL T. ZELLER
13     RICHARD S.J. HUNG
    JASON R. BARTLETT      Attorneys for SAMSUNG ELECTRONICS
14     CO. LTD, SAMSUNG ELECTRONICS
    WILLIAM F. LEE      AMERICA, INC., AND SAMSUNG
15     MARK D. SELWYN      TELECOMMUNICATIONS AMERICA, LLC.

16 Attorneys for APPLE INC.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION OF DEMONSTRATIVE EXHIBITS DISPLAYED TO THE JURY THROUGH AUGUST 15, 2012
CASE NO. 11-CV-01846-LHK (PSG)
sf-3183350

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Submission of Demonstrative Exhibits Displayed to the Jury Through August 15, 2012.  In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  August 17, 2012                    */s/ Michael A. Jacobs*
                                                                Michael A. Jacobs

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| PDX | 1.1 | Schiller | 8/3/2012 | |
| PDX | 3 | Schiller | 8/3/2012 | |
| PDX | 5.1 | Schiller | 8/3/2012 | |
| PDX | 6.1 | Schiller | 8/3/2012 | |
| PDX | 7.1 | Schiller | 8/3/2012 | |
| PDX | 8.1 | Schiller | 8/3/2012 | |
| PDX | 9.1 | Schiller | 8/3/2012 | |
| PDX | 10.1 | Schiller | 8/3/2012 | |
| PDX | 10.2 | Schiller | 8/3/2012 | |
| PDX | 13.1 | Schiller | 8/3/2012 | |
| PDX | 14.01 | Kare | 8/7/2012 | |
| PDX | 14.06 | Kare | 8/7/2012 | |
| PDX | 14.07 | Kare | 8/7/2012 | |
| PDX | 14.12 | Kare | 8/7/2012 | |
| PDX | 14.13 | Kare | 8/7/2012 | |
| PDX | 14.14 | Kare | 8/7/2012 | |
| PDX | 14.15 | Kare | 8/7/2012 | |
| PDX | 14.16 | Kare | 8/7/2012 | |
| PDX | 14.17 | Kare | 8/7/2012 | |
| PDX | 14.18 | Kare | 8/7/2012 | |
| PDX | 14.19 | Kare | 8/7/2012 | |
| PDX | 14.20 | Kare | 8/7/2012 | |
| PDX | 14.21 | Kare | 8/7/2012 | |
| PDX | 14.22 | Kare | 8/7/2012 | |
| PDX | 14.23 | Kare | 8/7/2012 | |
| PDX | 14.25 | Kare | 8/7/2012 | |
| PDX | 14.26 | Kare | 8/7/2012 | |
| PDX | 14.27 | Kare | 8/7/2012 | |
| PDX | 14.29 | Kare | 8/7/2012 | |
| PDX | 14.30 | Kare | 8/7/2012 | |
| PDX | 15 | Denison | 8/3/2012 | |
| PDX | 16.1 | Schiller | 8/3/2012 | |
| PDX | 25 | Forstall | 8/3/2012 | |
| PDX | 26.01 | Bressler | 8/6/2012 | |
| PDX | 26.04 | Bressler | 8/6/2012 | |
| PDX | 26.06 | Bressler | 8/7/2012 | |
| PDX | 26.07 | Bressler | 8/7/2012 | |
| PDX | 26.12 | Bressler | 8/7/2012 | |
| PDX | 26.13 | Bressler | 8/7/2012 | |
| PDX | 26.14 | Bressler | 8/7/2012 | |
| PDX | 26.18 | Bressler | 8/7/2012 | |
| PDX | 26.19 | Bressler | 8/7/2012 | |
| PDX | 26.51 | Sherman | 8/14/2012 | |
| PDX | 26.52 | Sherman | 8/14/2012 | |
| PDX | 26.57 | Sherman | 8/14/2012 | |
| PDX | 26.62 | Sherman | 8/14/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| PDX | 27.01 | Balakrishnan | 8/10/2012 | |
| PDX | 27.03 | Balakrishnan | 8/10/2012 | |
| PDX | 27.07 | Balakrishnan | 8/10/2012 | |
| PDX | 27.09 | Balakrishnan | 8/10/2012 | |
| PDX | 27.10 | Balakrishnan | 8/10/2012 | |
| PDX | 27.12 | Balakrishnan | 8/10/2012 | **UNDER SEAL** |
| PDX | 27.14 | Balakrishnan | 8/10/2012 | **UNDER SEAL** |
| PDX | 27.16 | Balakrishnan | 8/10/2012 | |
| PDX | 27.18 | Balakrishnan | 8/10/2012 | |
| PDX | 27.20 | Balakrishnan | 8/10/2012 | |
| PDX | 27.22 | Balakrishnan | 8/10/2012 | |
| PDX | 27.24 | Balakrishnan | 8/10/2012 | |
| PDX | 27.25 | Balakrishnan | 8/10/2012 | |
| PDX | 27.25 | Denison | 8/10/2012 | |
| PDX | 27.29 | Balakrishnan | 8/10/2012 | |
| PDX | 27.30 | Balakrishnan | 8/10/2012 | |
| PDX | 27.31 | Balakrishnan | 8/10/2012 | **UNDER SEAL** |
| PDX | 27.33 | Balakrishnan | 8/10/2012 | **UNDER SEAL** |
| PDX | 27.34 | Balakrishnan | 8/10/2012 | **UNDER SEAL** |
| PDX | 27.35 | Balakrishnan | 8/10/2012 | **UNDER SEAL** |
| PDX | 27.36 | Balakrishnan | 8/10/2012 | **UNDER SEAL** |
| PDX | 27.37 | Balakrishnan | 8/10/2012 | |
| PDX | 27.38 | Balakrishnan | 8/10/2012 | |
| PDX | 27.39 | Balakrishnan | 8/10/2012 | |
| PDX | 28.02 | Winer | 8/7/2012 | |
| PDX | 28.05 | Winer | 8/7/2012 | |
| PDX | 28.06 | Winer | 8/7/2012 | |
| PDX | 28.11 | Winer | 8/7/2012 | |
| PDX | 28.12 | Winer | 8/7/2012 | |
| PDX | 28.17 | Winer | 8/7/2012 | |
| PDX | 28.18 | Winer | 8/7/2012 | |
| PDX | 28.28 | Winer | 8/7/2012 | |
| PDX | 29.04 | Singh | 8/10/2012 | |
| PDX | 29.05 | Singh | 8/10/2012 | |
| PDX | 29.06 | Singh | 8/10/2012 | |
| PDX | 29.08 | Singh | 8/10/2012 | |
| PDX | 29.10 | Singh | 8/10/2012 | |

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| PDX | 29.12 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.13 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.14 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.16 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.18 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.20 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.21 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.22 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.23 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.24 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.25 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.26 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.27 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.28 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.29 | Singh | 8/10/2012 | |
| PDX | 29.30 | Singh | 8/10/2012 | |
| PDX | 29.32 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.34 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.35 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.36 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.37 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.39 | Singh | 8/10/2012 | UNDER SEAL |

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| PDX | 29.41 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.42 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.43 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.44 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.45 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 30.02 | Poret | 8/7/2012 | |
| PDX | 30.03 | Poret | 8/10/2012 | |
| PDX | 30.04 | Poret | 8/7/2012 | |
| PDX | 30.05 | Poret | 8/10/2012 | |
| PDX | 31.02 | Van Liere | 8/10/2012 | |
| PDX | 31.03 | Van Liere | 8/10/2012 | |
| PDX | 31.04 | Van Liere | 8/10/2012 | |
| PDX | 31.05 | Van Liere | 8/10/2012 | |
| PDX | 32 | Teksler | 8/10/2012 | |
| PDX | 33.06 | Hauser | 8/10/2012 | |
| PDX | 34B.01 | Musika | 8/13/2012 | |
| PDX | 34B.02 | Musika | 8/13/2012 | |
| PDX | 34B.03 | Musika | 8/13/2012 | |
| PDX | 34B.04 | Musika | 8/13/2012 | |
| PDX | 34B.05 | Musika | 8/13/2012 | |
| PDX | 34B.06 | Musika | 8/13/2012 | |
| PDX | 34B.09 | Musika | 8/13/2012 | |
| PDX | 34B.11 | Musika | 8/13/2012 | |
| PDX | 34B.15 | Musika | 8/13/2012 | |
| PDX | 34B.16 | Musika | 8/13/2012 | |
| PDX | 34B.17 | Musika | 8/13/2012 | |
| PDX | 34B.18 | Musika | 8/13/2012 | |
| PDX | 34B.19 | Musika | 8/13/2012 | |
| PDX | 34B.20 | Musika | 8/13/2012 | |
| PDX | 34B.23 | Musika | 8/13/2012 | |
| PDX | 34B.24 | Musika | 8/13/2012 | |
| PDX | 34B.32 | Musika | 8/13/2012 | |
| PDX | 34B.42 | Musika | 8/13/2012 | |
| PDX | 34B.51 | Musika | 8/13/2012 | |
| PDX | 34B.56 | Musika | 8/13/2012 | |
| PDX | 34B.57 | Musika | 8/13/2012 | |
| PDX | 34B.58 | Musika | 8/13/2012 | |
| PDX | 34B.59 | Musika | 8/13/2012 | |
| PDX | 34B.60 | Musika | 8/13/2012 | |
| PDX | 34B.61 | Musika | 8/13/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| PDX | 34B.62 | Musika | 8/13/2012 | |
| PDX | 34B.64 | Musika | 8/13/2012 | |
| PDX | 34B.65 | Musika | 8/13/2012 | |
| PDX | 34B.66 | Musika | 8/13/2012 | |
| PDX | 34B.67 | Musika | 8/13/2012 | |
| PDX | 34B.70 | Musika | 8/13/2012 | |
| PDX | 34B.71 | Musika | 8/13/2012 | |
| PDX | 34B.72 | Musika | 8/13/2012 | |
| PDX | 34B.73 | Musika | 8/13/2012 | |
| PDX | 34B.74 | Musika | 8/13/2012 | |
| PDX | 34B.75 | Musika | 8/13/2012 | |
| PDX | 34B.76 | Musika | 8/13/2012 | |
| PDX | 41.1 | Bederson | 8/14/2012 | |
| PDX | 41.2 | Bederson | 8/14/2012 | |
| PDX | 46.01 | Bogue | 8/13/2012 | |
| SDX | 1069 | Yang | 8/14/2012 | |
| SDX | 2578.85 | Hauser | 8/10/2012 | |
| SDX | 2578.86 | Hauser | 8/10/2012 | |
| SDX | 2578.87 | Hauser | 8/10/2012 | |
| SDX | 3191 | Bressler | 8/6/2012 | |
| SDX | 3557 | Schiller | 8/3/2012 | |
| SDX | 3561 | Schiller | 8/3/2012 | |
| SDX | 3584 | Denison | 8/6/2012 | |
| SDX | 3585 | Denison | 8/6/2012 | |
| SDX | 3586 | Denison | 8/3/2012 | |
| SDX | 3705.101 | Poret | 8/7/2012 | |
| SDX | 3705.105 | Poret | 8/7/2012 | |
| SDX | 3705.109 | Poret | 8/7/2012 | |
| SDX | 3750 | Bressler | 8/6/2012 | |
| SDX | 3753 | Bressler | 8/6/2012 | |
| SDX | 3755 | Bressler | 8/6/2012 | |
| SDX | 3758 | Bressler | 8/6/2012 | |
| SDX | 3759 | Bressler | 8/6/2012 | |
| SDX | 3762 | Bressler | 8/6/2012 | |
| SDX | 3763 | Bressler | 8/6/2012 | |
| SDX | 3770 | Bressler | 8/6/2012 | |
| SDX | 3776 | Bressler | 8/6/2012 | |
| SDX | 3784 | Bressler | 8/6/2012 | |
| SDX | 3785 | Bressler | 8/6/2012 | |
| SDX | 3787 | Bressler | 8/6/2012 | |
| SDX | 3789 | Bressler | 8/6/2012 | |
| SDX | 3790 | Bressler | 8/6/2012 | |
| SDX | 3791 | Bressler | 8/6/2012 | |
| SDX | 3792 | Bressler | 8/6/2012 | |
| SDX | 3793 | Bressler | 8/6/2012 | |

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED |
|--------|-------------|---------|-----------|
| SDX | 3795 | Bressler | 8/6/2012 |
| SDX | 3796 | Bressler | 8/6/2012 |
| SDX | 3797 | Bressler | 8/6/2012 |
| SDX | 3799 | Bressler | 8/6/2012 |
| SDX | 3803 | Bressler | 8/6/2012 |
| SDX | 3900.107 | Van Liere | 8/10/2012 |
| SDX | 3900.129 | Van Liere | 8/10/2012 |
| SDX | 3900.153 | Van Liere | 8/10/2012 |
| SDX | 3909.004 | Musika | 8/13/2012 |
| SDX | 3909.004 | Bederson | 8/14/2012 |
| SDX | 3909.046 | Musika | 8/13/2012 |
| SDX | 3909.049 | Musika | 8/13/2012 |
| SDX | 3909.053 | Musika | 8/13/2012 |
| SDX | 3909.053 | Bederson | 8/14/2012 |
| SDX | 3909.059 | Musika | 8/13/2012 |
| SDX | 3909.50 | Musika | 8/13/2012 |
| SDX | 3912.001 | Singh | 8/10/2012 |
| SDX | 3912.007 | Singh | 8/10/2012 |
| SDX | 3917.109 | Winer | 8/7/2012 |
| SDX | 3918.101 | Balakrishnan | 8/10/2012 |
| SDX | 3918.103 | Bederson | 8/10/2012 |
| SDX | 3918.104 | Bederson | 8/10/2012 |
| SDX | 3918.105 | Balakrishnan | 8/10/2012 |
| SDX | 3918.106 | Balakrishnan | 8/10/2012 |
| SDX | 3920.015 | Hauser | 8/10/2012 |
| SDX | 3920.016 | Hauser | 8/10/2012 |
| SDX | 3920.042 | Hauser | 8/10/2012 |
| SDX | 3951.001 | Bederson | 8/13/2012 |
| SDX | 3951.002 | Bederson | 8/13/2012 |
| SDX | 3951.003 | Bederson | 8/13/2012 |
| SDX | 3951.003 | Bederson | 8/14/2012 |
| SDX | 3951.004 | Bederson | 8/13/2012 |
| SDX | 3951.004 | Bederson | 8/14/2012 |
| SDX | 3951.007 | Bederson | 8/13/2012 |
| SDX | 3951.007 | Bederson | 8/14/2012 |
| SDX | 3951.009 | Bederson | 8/13/2012 |
| SDX | 3951.009 | Bederson | 8/14/2012 |
| SDX | 3951.001 | Bederson | 8/13/2012 |
| SDX | 3951.010 | Bederson | 8/13/2012 |
| SDX | 3952.101 | Bogue | 8/13/2012 |
| SDX | 3952.101 | Forlines | 8/14/2012 |
| SDX | 3952.102 | Bogue | 8/13/2012 |
| SDX | 3952.102 | Bederson | 8/14/2012 |
| SDX | 3967.002 | Yang | 8/14/2012 |
| SDX | 3967.003 | Yang | 8/14/2012 |
| SDX | 3967.004 | Yang | 8/14/2012 |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| SDX | 3967.005 | Yang | 8/14/2012 | |
| SDX | 3967.006 | Yang | 8/14/2012 | |
| SDX | 3967.007 | Yang | 8/14/2012 | |
| SDX | 3967.008 | Yang | 8/14/2012 | |
| SDX | 3967.009 | Yang | 8/14/2012 | |
| SDX | 3967.012 | Yang | 8/14/2012 | |
| SDX | 3967.013 | Yang | 8/14/2012 | |
| SDX | 3967.014 | Yang | 8/14/2012 | |
| SDX | 3967.015 | Yang | 8/14/2012 | |
| SDX | 3967.017 | Yang | 8/14/2012 | |
| SDX | 3967.018 | Yang | 8/14/2012 | |
| SDX | 3967.019 | Yang | 8/14/2012 | |
| SDX | 3967.020 | Yang | 8/14/2012 | |
| SDX | 3967.021 | Yang | 8/14/2012 | |
| SDX | 3967.022 | Yang | 8/14/2012 | |
| SDX | 3967.023 | Yang | 8/14/2012 | |
| SDX | 3967.024 | Yang | 8/14/2012 | |
| SDX | 3967.025 | Yang | 8/14/2012 | |
| SDX | 3967.026 | Yang | 8/14/2012 | |
| SDX | 3967.027 | Yang | 8/14/2012 | |
| SDX | 3967.028 | Yang | 8/14/2012 | |
| SDX | 3967.030 | Yang | 8/14/2012 | |
| SDX | 3967.031 | Yang | 8/14/2012 | |
| SDX | 3967.032 | Yang | 8/14/2012 | |
| SDX | 3967.033 | Yang | 8/14/2012 | |
| SDX | 3967.034 | Yang | 8/14/2012 | |
| SDX | 3967.035 | Yang | 8/14/2012 | |
| SDX | 3967.036 | Yang | 8/14/2012 | |
| SDX | 3967.038 | Yang | 8/14/2012 | |
| SDX | 3967.039 | Yang | 8/14/2012 | |
| SDX | 3967.040 | Yang | 8/14/2012 | |
| SDX | 3967.041 | Yang | 8/14/2012 | |
| SDX | 3967.042 | Yang | 8/14/2012 | |
| SDX | 3967.043 | Yang | 8/14/2012 | |
| SDX | 3967.044 | Yang | 8/14/2012 | |
| SDX | 3967.045 | Yang | 8/14/2012 | |
| SDX | 3970.01 | Sherman | 8/14/2012 | |
| SDX | 3970.012 | Sherman | 8/14/2012 | |
| SDX | 3970.014 | Sherman | 8/14/2012 | |
| SDX | 3970.016 | Sherman | 8/14/2012 | |
| SDX | 3970.016 | Sherman | 8/14/2012 | |
| SDX | 3970.02 | Sherman | 8/14/2012 | |
| SDX | 3970.03 | Sherman | 8/14/2012 | |
| SDX | 3970.04 | Sherman | 8/14/2012 | |
| SDX | 3970.05 | Sherman | 8/14/2012 | |

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| SDX | 3970.06 | Sherman | 8/14/2012 | |
| SDX | 3970.07 | Sherman | 8/14/2012 | |
| SDX | 3970.08 | Sherman | 8/14/2012 | |
| SDX | 3970.09 | Sherman | 8/14/2012 | |
| SDX | 3972.012 | Wang | 8/14/2012 | |
| SDX | 3972.031 | Wang | 8/14/2012 | |
| SDX | 4102 | Bogue | 8/14/2012 | |
| SDX | 4103 | Bogue | 8/14/2012 | |
| SDX | 3811A | Bressler | 8/6/2012 | |
| SDX | 3811B | Bressler | 8/6/2012 | |
| N/A | N/A | Apple Opening Slides 1-108 | 7/31/2012 | |
| N/A | N/A | Samsung Opening Slides 3-4, 7-10, 22-26, 28, 30-31, 33-37, 41-43, 46-47, 50-54, 60-62, 66-67, 71-72, 74, 78, 80, 83-84, 86, 88, 89-92, 96-101, 105, 107, 109, 115-116, 118, 121, 123-125, 127-134, 137, 139, 144-148, 151, 153-155, 157 | 7/31/2012 | |
| SDX | 684.001 | Kim | 8/15/2012 | |
| SDX | 3964.015A | Van Dam | 8/15/2012 | |
| SDX | 3964.026 | Van Dam | 8/15/2012 | |
| SDX | 3964.027 | Van Dam | 8/15/2012 | |
| SDX | 3964.028 | Van Dam | 8/15/2012 | |
| SDX | 3964.029 | Van Dam | 8/15/2012 | |
| SDX | 3964.030 | Van Dam | 8/15/2012 | |
| SDX | 3964.031 | Van Dam | 8/15/2012 | |
| SDX | 3964.032 | Van Dam | 8/15/2012 | |
| SDX | 3964.033 | Van Dam | 8/15/2012 | |
| SDX | 3964.034 | Van Dam | 8/15/2012 | |
| SDX | 3964.035 | Van Dam | 8/15/2012 | |
| SDX | 3964.036 | Van Dam | 8/15/2012 | |
| SDX | 3964.037 | Van Dam | 8/15/2012 | |
| SDX | 3964.038 | Van Dam | 8/15/2012 | |
| SDX | 3966.002 | Williams | 8/15/2012 | |
| SDX | 3966.005 | Williams | 8/15/2012 | |
| SDX | 3966.009 | Williams | 8/15/2012 | |
| SDX | 3966.016 | Williams | 8/15/2012 | |
| SDX | 3966.101 | Williams | 8/15/2012 | |
| SDX | 3966.102 | Williams | 8/15/2012 | |
| SDX | 3966.103 | Williams | 8/15/2012 | |
| SDX | 3966.104 | Williams | 8/15/2012 | |
| SDX | 3966.105 | Williams | 8/15/2012 | UNDER SEAL |

*Apple, Inc. v Samsung Electronics Co., Ltd.,*
USDC Northern District of CA, San Jose Division

Exhibit A: Published Demonstrative List

| PREFIX | EXHIBIT NO. | WITNESS | PUBLISHED | |
|---|---|---|---|---|
| SDX | 3966.106 | Williams | 8/15/2012 | UNDER SEAL |
| SDX | 3966.107 | Williams | 8/15/2012 | |
| SDX | 3666.108 | Williams | 8/15/2012 | |
| SDX | 3973.009 | Kim | 8/15/2012 | |
| SDX | 3973.010 | Kim | 8/15/2012 | |
| PDX | 26.10 | Bressler | 8/6/2012 | |
| SDX | 3964.043 | Van Dam | 8/15/2012 | |
| SDX | 3966.006 | Williams | 8/15/2012 | |
| SDX | 3966.007 | Williams | 8/15/2012 | |
| SDX | 3966.008 | Williams | 8/15/2012 | |
| SDX | 3966.01 | Williams | 8/15/2012 | |
| SDX | 3966.017 | Williams | 8/15/2012 | |
| SDX | 3966.018 | Williams | 8/15/2012 | |
| SDX | 3966.019 | Williams | 8/15/2012 | UNDER SEAL |
| SDX | 3966.021 | Williams | 8/15/2012 | |
| SDX | 3966.022 | Williams | 8/15/2012 | |
| SDX | 3966.023 | Williams | 8/15/2012 | |
| SDX | 3966.024 | Williams | 8/15/2012 | |
| SDX | 3966.025 | Williams | 8/15/2012 | |
| SDX | 3966.026 | Williams | 8/15/2012 | |
| SDX | 3966.027 | Williams | 8/15/2012 | |
| SDX | 3966.028 | Williams | 8/15/2012 | |
| SDX | 3966.029 | Williams | 8/15/2012 | |
| SDX | 3966.03 | Williams | 8/15/2012 | |
| SDX | 3966.032 | Williams | 8/15/2012 | |
| SDX | 3966.034 | Williams | 8/15/2012 | UNDER SEAL |