# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
### Honorable Lucy H. Koh
Courtroom 1 - 5th Floor

## Civil Minute Order

Date: August 15, 2012                    Time in Court: 6 hours and 49 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge and Irene Rodriguez

---

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER: CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, Michael Jacobs, Rachel Krevans, William Lee, Mark Selwyn
Defendant Attorney(s) present: Charles Verhoeven, Albert Bedecarre, William Price, Kevin Johnson, Victoria Maroulis, Michael Zeller, John Quinn
Intervenor Attorney(s) present: Karl Olson

---

## PROCEEDINGS:
### Jury Trial

8:40 AM: Hearing is held outside the presence of the jury.
9:05 AM: Jury is summoned.
9:09 AM: Video deposition of Marcus Paltian is presented to the jury.
9:19 AM: Video deposition of Andre Zorn is presented to the jury.
9:34 AM: Tim Williams is sworn and examined.
10:30 AM: Jury is excused for mid morning recess.  Hearing is held outside the presence of the jury.
10:32 AM: Court takes mid morning recess.
10:51 AM: Proceedings resume.  Continue examination of Tim Williams.
11:54 AM: Mr. Williams is excused and subject to recall.
11:56 AM: Jinsoo Kim is sworn and examined.  Korean interpreters, previously sworn, present: James Yim Victory, Ann Park and Albert Kim.
12:03 PM: Court takes lunch recess.
1:03 PM: Hearing is held outside the presence of the jury.
1:16 PM: Continue examination of Jinsoo Kim.
2:20 PM: Ms. Kim is excused and not subject to recall.
2:26 PM: Richard Howarth is sworn and examined.
2:34 PM: Mr. Howarth is excused.
2:35 PM: Andries Van Dam is sworn and examined.
2:52 PM: Court takes mid afternoon recess.
3:07 PM: Continue examination of Andries Van Dam

3:36 PM: Mr. Van Dam is excused and not subject to recall.
3:41 PM: Jury is excused for short recess.  Hearing is held outside the presence of the jury.
3:47 PM: Proceedings resume.  Stephen Gray is sworn and examined.
4:32 PM: Mr. Gray is excused and not subject to recall.  Jury is excused for the day.
4:33 PM: Hearing is held outside the presence of the jury.
5:03 PM: Court is adjourned.  Resume trial 8/16/2012.


The following exhibits are admitted into evidence:
**Plaintiffs:** 2011, 43, 42
**Defendants:** 636, 635, 1083, 557, 1073, 3966.104, 3966.105, 3966.106, 1070, 107, 3666.108, 635A, 635B, 685, 3973.009, 684.001, 3973.010, 621A, 2627, 712, 717, 3964.015A, 2964.026-038, 655, 548, 550, 561, 1081