UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Honorable Lucy H. Koh**
Courtroom 1 - 5th Floor

# Civil Minute Order

Date: August 16, 2012          Time in Court: 7 hours and 19 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge and Irene Rodriguez

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, Michael Jacobs, Rachel Krevans, William Lee, Mark Selwyn
Defendant Attorney(s) present: Charles Verhoeven, William Price, Kevin Johnson, Victoria Maroulis, Michael Zeller

## PROCEEDINGS:
### Jury Trial

8:33 AM: Hearing is held outside the presence of the jury.
9:08 AM: Jury is summoned. Timothy Sheppard is sworn and examined.
9:25 AM: Mr. Sheppard is excused and not subject to recall.
9:27 AM: Michael Wagner is sworn and examined.
10:29 AM: Mr. Wagner is excused subject to recall.  Court takes mid morning recess.
10:46 AM: Hearing is held outside the presence of the jury.
10:59 AM: Proceedings resume.  Jury is summoned.
11:01 AM: Ramamirtham Sukumar is sworn and examined.
11:10 AM: Mr. Sukumar is excused and not subject to recall.
11:11 AM: Vincent O'Brien is sworn and examined.
11:33 AM: Mr. O'Brien is excused not subject to recall.
11:35 AM: David Teece is sworn and examined.
12:01 PM: Court takes lunch recess.
1:01 PM: Hearing is held outside the presence of the jury.
1:05 PM: Proceedings resume.  Continue examination of David Teece.
1:13 PM: Mr. Teece is excused subject to recall.
1:17 PM: Tony Blevins is sworn and examined.
1:24 PM: Mr. Blevins is excused and not subject to recall.
1:25 PM: Emilie Kim is sworn and examined.
1:38 PM: Ms. Kim is excused and not subject to recall.

**Continued Page 2**

1:39 PM: Paul Dourish is sworn and examined.
2:11 PM: Mr. Dourish is excused and not subject to recall.
2:12 PM: Tony Givargis is sworn and examined.
2:43 PM: Mr. Givargis is excused and not subject to recall.
2:44 PM: Jury is excused for mid afternoon recess.  Hearing is held outside the presence of the jury.
3:24 PM: Court takes mid afternoon recess.
3:46 PM: Proceedings resume.  Mani Srivastava is sworn and examined.
4:23 PM: Mani Srivastava is excused and not subject to recall.
4:25 PM: Hyoung Kim is sworn and examined.
4:35 PM: Jury is excused for the day.  Hearing is held outside the presence of the jury.
4:37 PM: Court takes recess.
5:00 PM: Hearing re rule 50 motions and motion to strike held.
5:54 PM: Court is adjourned.  Resume trial 8/17/2012.


The following exhibits are admitted into evidence:
**Plaintiffs:** 180, 186, 195, 35, 80, 121, 112, 125, 117, 116, 91, 119, 118, 120
**Defendants:** 676, 753, 754.502 *(page 2)*, 781, 1018, 69, 78, 647, 648