1  STEVEN D. HEMMINGER (SBN 110665)
   steve.hemminger@alston.com
2  XAVIER M. BRANDWAJN (SBN 246218)
   xavier.brandwajn@alston.com
3  JENNIFER (CELINE) LIU (SBN 268990)
   celine.liu@alston.com
4  **ALSTON & BIRD LLP**
   275 Middlefield Road, Suite 150
5  Menlo Park, CA 94025-4008
   Telephone:    650-838-2000
6  Facsimile:    650-838-2001

7  Attorneys for non-party
   NOKIA CORPORATION
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

| | |
|---|---|
| 14  APPLE INC., a California corporation, | Case No. 5:11-cv-01846-LHK |
| 15        Plaintiff, | **NOTICE OF APPEARANCE OF XAVIER M. BRANDWAJN** |
| 16     v. | |
| 17  SAMSUNG ELECTRONICS CO. LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company. | |
| 21        Defendants. | |

1    TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Xavier M. Brandwajn, of the law firm of Alston & Bird

3    LLP, enters his appearance as counsel of record for non-party Nokia Corporation.

4    Copies of all pleadings, papers, correspondence, and electronic filing notices should be

5    directed to:

   Xavier M. Brandwajn (SBN 246218)
   xavier.brandwajn@alston.com
   ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
   Menlo Park, California 94025-4008
   Telephone: (650) 838-2000
   Facsimile: (650) 838-2001

DATED:  August 17, 2012         Respectfully submitted,

                                ALSTON & BIRD LLP


                                By:      /s/ Xavier M. Brandwajn
                                      Xavier M. Brandwajn
                                      Attorneys for non-party
                                      NOKIA CORPORATION

LEGAL02/33576818v1