1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3
                    UNITED STATES DISTRICT COURT
4
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
5

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **JOINT STATEMENT REGARDING CLEANING AND RE-LABELING OF THE JOINT PHYSICAL EXHIBITS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    In accordance with the Court's request that the parties file a statement regarding any
2  changes to admitted exhibits (R.T., 8/7/2012 at 1420:16-20), Apple and Samsung hereby file this
3  joint statement informing the Court of the parties' intent to clean and re-label the admitted joint
4  physical exhibits with smaller exhibit labels.   The exhibits that the parties will clean and re-label
5  are: JX1000-5, 1007, 1009-20, 1022-28, 1030-32, 1033-38, 1050-51, 1053-57, 1074, 1076-77, and
6  1093.   The new labels will have the same identifying information as the old labels, and will be
7  affixed permanently in the same manner as the larger labels.   The parties respectfully request that
8  they be permitted to clean and re-label the admitted joint physical exhibits identified above.

11 Dated: August 17, 2012

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

| | |
|---|---|
| | By: /s/ Michael A. Jacobs |
| | Michael A. Jacobs |
| | Attorneys for Plaintiff and Counterclaim-Defendant |
| | APPLE INC. |

Dated: August 17, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By: /s/ Albert P. Bedecarre
Albert P. Bedecarre
Attorneys for Defendants and Counterclaim-Plaintiffs
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

1 | **General Order 45 Attestation**

2 |     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3 | Declaration. In compliance with General Order 45(X)(B), I hereby attest that Anne Abramowitz

4 | has concurred in this filing.

5 |                                           */s/ Victoria Maroulis*