1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
7  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
10 Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC
12

13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                                SAN JOSE DIVISION

16

17 | APPLE INC., a California corporation, | Case No.    11-cv-01846-LHK

18 |         Plaintiff,                    | **DECLARATION OF MARC J. PERNICK IN SUPPORT OF APPLE'S RESPONSES TO THE COURT'S QUESTIONS REGARDING JURY INSTRUCTIONS**

19 |     v.                                |

20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

23 |         Defendants.

I, MARC J. PERNICK, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Responses to the Court's Questions Regarding Jury Instructions.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt from Apple Inc.'s September 12, 2011 Objections and Responses to Samsung Electronics Co. Ltd.'s First Set of Interrogatories to Apple Inc.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from the March 22 Expert Report of Terry L. Musika, CPA and Exhibit 15 thereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of August, 2012 at San Jose, California.

/s/ *Marc J. Pernick*
Marc J. Pernick

PERNICK DECL. ISO APPLE'S RESPONSES TO THE COURT'S QUESTIONS REGARDING JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK
sf-3185089

1

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Marc J. Pernick has concurred in this filing.

Dated: August 17, 2012        /s/ Michael A. Jacobs
                              Michael A. Jacobs