UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING MISCELLANEOUS ISSUES |

The Court issued the following orders on the record at trial regarding procedural matters:

- By Saturday, August 18, 2012, at 10:00 a.m., each party shall file a redlined version of its proposed final jury instructions that illustrates how, if at all, the party's proposed instruction deviates from any model jury instructions. The parties shall also e-mail a soft copy of the document to the Court's CRD e-mail address, lhkcrd@cand.uscourts.gov.

- By Saturday, August 18, 2012, at noon, the parties shall file as a joint submission a revised proposed verdict form, and shall also e-mail a soft copy of the document to the Court's CRD e-mail address. The parties' joint submission, not to exceed 20 pages, shall identify what portions are disputed and what portions are undisputed.

- By Saturday, August 18, 2012, at 8:00 p.m., the parties shall file as a joint submission an updated, final admitted exhibit list, including applicable limiting instructions, and shall also e-mail a soft copy of the document to the Court's CRD e-mail address.

- The Court will file tentative final jury instructions by Sunday, August 19, 2012.  Each party shall file no more than 8 high priority objections, not to exceed 16 pages total, by Monday, August 20, 2012, at 8:00 a.m.
- The jury instruction conference is scheduled for Monday, August 20, 2012, at noon.
- The parties shall file objections to closing demonstratives by Monday, August 20, 2012, at 5:00 p.m.  Any additional objections that arise from the outcome of the jury instruction conference shall be filed by August 20, 2012, at 8:00 p.m.

The Court hereby gives notice that in order to give the parties as much advance notice as possible, the Court may file instructions on a rolling basis as they are prepared.

**IT IS SO ORDERED.**

Dated: August 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge