| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Michael T. Zeller (Cal. Bar No. 196417)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS<br>CO., LTD., SAMSUNG ELECTRONICS<br>AMERICA, INC. and SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br>LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No.   11-cv-01846-LHK (PSG)<br><br>**JOINT STATEMENT REGARDING CASE NARROWING** |

1  Pursuant to the Court's August 16, 2012 Order Regarding Miscellaneous Issues (Dkt.
2  No. 1795), the parties have met and conferred about case narrowing, but have not been able to
3  narrow their cases further.

5  Dated: August 18, 2012

6  MORRISON & FOERSTER LLP                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

8  By: */s/ Michael A. Jacobs*                By: */s/ Victoria F. Maroulis*

9     HAROLD J. MCELHINNY                       CHARLES K. VERHOEVEN
   MICHAEL A. JACOBS                           KEVIN P.B. JOHNSON
10    JENNIFER LEE TAYLOR                          VICTORIA F. MAROULIS
   ALISON M. TUCHER                            EDWARD DEFRANCO
11    RICHARD S.J. HUNG                            MICHAEL T. ZELLER
   JASON R. BARTLETT

   Attorneys for APPLE INC.                    Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

JOINT STATEMENT REGARDING CASE NARROWING
11-cv-01846-LHK (PSG)
sf-3176295

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Statement Regarding Jury Binder. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: August 18, 2012            */s/ Michael A. Jacobs*
                                  Michael A. Jacobs