# EXHIBIT A

Apple Inc. v. Samsung Electronics Co., Ltd., et al.
**Samsung Products Accused of Infringing/Diluting Apple's Alleged Asserted Intellectual Property**

| Exh. | Accused Products | Utility Patents | | | Design Patents | | | | Trade Dress | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | '163 | '381 | '915 | 'D087 | 'D305 | 'D677 | 'D889 | iPhone 3G | iPhone / iPhone 3G / iPhone 4 | iPad & iPad 2 | '983 |
| JX1011 | 1 Captivate | x | x | x | | x | | | x | x | | x |
| JX1016 | 2 Continuum | x | x | x | | x | | | x | x | | x |
| JX1025 | 3 Droid Charge | x | x | x | | x | | | x | x | | x |
| JX1012 | 4 Epic 4G | x | x | x | | x | | | x | x | | x |
| JX1028 | 5 Exhibit 4G | x | x | x | | | | | | | | |
| JX1013 | 6 Fascinate | x | x | x | | x | x | | x | x | | x |
| JX1030 | 7 Galaxy Ace* | x | x | x | | | x | | | x | | |
| JX1022 | 8 Galaxy Prevail | x | x | x | | | | | x | x | | x |
| JX1032 | 9 Galaxy S (i9000)* | x | x | x | x | x | x | | x | x | | x |
| JX1019 | 10 Galaxy S 4G | x | x | x | x | x | x | | x | x | | x |
| JX1031 | 11 Galaxy S II (AT&T) | x | x | x | x | | x | | x | x | | x |
| JX1007 | 12 Galaxy S II (i9100)* | x | x | x | x | | x | | x | x | | x |
| JX1033 | 13 Galaxy S II (T-Mobile) | x | | x | | | x | | x | x | | x |
| JX1034 | 14 Galaxy S II (Epic 4G Touch) | | | | x | | x | | x | x | | x |
| JX1035 | 15 Galaxy S II (Skyrocket) | | | | x | | x | | x | x | | x |
| JX1017 | 16 Galaxy S Showcase (i500) | | | | | x | x | | x | x | | x |
| JX1036 | 17 Galaxy Tab | x | x | x | | | | | | | | |
| JX1037 | 18 Galaxy Tab 10.1 (WiFi) | x | x | x | | | | x | | | x | |
| JX1038 | 19 Galaxy Tab 10.1 (4G LTE) | x | x | x | | | | x | | | x | |
| JX1020 | 20 Gem | x | x | x | | x | | | | | | |
| JX1026 | 21 Indulge | x | x | x | | x | | | | | | |
| JX1027 | 22 Infuse 4G | x | x | x | x | x | x | | x | x | | x |
| JX1009 | 23 Intercept | x | x | x | | | | | | | | |
| JX1015 | 24 Mesmerize | x | x | x | | x | x | | x | x | | x |
| JX1023 | 25 Nexus S 4G | x | x | x | | | | | | | | |
| JX1024 | 26 Replenish | x | x | x | | | | | | | | |
| JX1014 | 27 Transform | x | | x | | | | | | | | |
| JX1010 | 28 Vibrant | x | x | x | x | x | x | | x | x | | x |

---

* Accused against Samsung Electronics Co., Ltd only.