1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                       UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,   | CASE NO. 11-cv-01846-LHK (PSG)
20 |         Plaintiff,                      | **SAMSUNG'S REDLINED VERSION OF ITS PROPOSED FINAL JURY INSTRUCTIONS**
21 |     vs.                                 |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
23 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
24 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
25 |
   |         Defendants.
26

27

28

02198.51855/4917335.1

Case No. 11-cv-01846-LHK (PSG)
SAMSUNG'S REDLINED VERSION OF ITS PROPOSED FINAL JURY INSTRUCTIONS

1    Pursuant to the Court's August 17, 2012 Order Regarding Miscellaneous Issues [Dkt. No.
2 1814], Samsung files a redlined version of its proposed final jury instructions that illustrates how
3 its proposed instructions deviate from the indicated model jury instructions.  The redlined version
4 is attached hereto as Exhibit 1.
5    Text in red strikethrough indicates that Samsung has made deletions to the indicated model
6 instruction.  Text in blue indicates where Samsung has inserted language into the indicated model
7 instruction.  Text in green indicates where language in the model has been moved in Samsung's
8 proposed instructions.

10   DATED: August 18, 2012              QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By /s/ *Victoria F. Maroulis*
                                           Victoria F. Maroulis
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC. and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC