HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Cal. Bar No. 177129)
Victoria F. Maroulis (Cal. Bar No. 202603)
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Michael T. Zeller (Cal. Bar No. 196417)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendant. | Case No.   11-cv-01846-LHK (PSG)<br><br>**JOINT STATEMENT REGARDING SUMMARY CHART OF ACCUSED SAMSUNG PRODUCTS** |

1     Pursuant to the Court's direction on August 17, 2012, the parties have met and conferred
2 regarding a chart summarizing the accused Samsung products. Attached as Exhibit A is Apple's
3 proposed chart. Attached as Exhibit B is Samsung's proposed chart.
4     The primary differences between the parties' proposed charts are: (1) Apple's is a single
5 page; and (2) Samsung's lists specific applications and Android version numbers. Apple believes
6 that a shorter chart will be more useful to the Court and the jury and does not think that it is
7 necessary or appropriate to list specific applications or Android version numbers. Samsung
8 disputes that Apple's chart accurately represents the accused products and respectfully refers the
9 Court to Samsung's forthcoming revised verdict form. Samsung also disputes that the Gem has
10 been properly accused of infringing the '381 patent.
11     The parties propose to discuss their charts with the Court at the August 20, 2012, hearing
12 regarding jury instructions and other issues.

14 Dated: August 18, 2012

15 MORRISON & FOERSTER LLP                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

17 By: /s/ Michael A. Jacobs              By: /s/ Victoria F. Maroulis

18  HAROLD J. MCELHINNY                    CHARLES K. VERHOEVEN
    MICHAEL A. JACOBS                      KEVIN P.B. JOHNSON
19  JENNIFER LEE TAYLOR                    VICTORIA F. MAROULIS
    ALISON M. TUCHER                       EDWARD DEFRANCO
20  RICHARD S.J. HUNG                      MICHAEL T. ZELLER
    JASON R. BARTLETT
21                                         Attorneys for SAMSUNG ELECTRONICS
    Attorneys for APPLE INC.               CO. LTD, SAMSUNG ELECTRONICS
22                                         AMERICA, INC., AND SAMSUNG
                                           TELECOMMUNICATIONS AMERICA,
23                                         LLC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Statement Regarding Jury Binder.  In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  August 18, 2012                    */s/ Michael A. Jacobs*
                                            Michael A. Jacobs