# Exhibit B

# Apple v. Samsung
# Samsung Products Accused of Infringing Apple Utility Patents

| Samsung Product | '381 Patent (Claim 19) Web Browser Application | '381 Patent (Claim 19) Gallery Application | '381 Patent (Claim 19) Contacts Application | '915 Patent (Claim 8) Web Browser Application | '163 Patent (Claim 50) Web Browser Application |
|---|---|---|---|---|---|
| Captivate (JX 1011) Android Version: 2.1-update1 |  | x |  | x | x |
| Continuum (JX 1016) Android Version: 2.1-update1 |  | x |  | x | x |
| Droid Charge (JX 1025) Android Version: 2.2.1 |  | x |  | x | x |
| Epic 4G (JX 1012) Android Version: 2.2.1 |  | x |  | x | x |
| Exhibit 4G (JX 1028) Android Version: 2.3.3 | x | x |  | x | x |
| Fascinate (JX 1013) Android Version: 2.2.2 |  | x | x | x | x |
| Galaxy Ace (JX 1030) Android Version: 2.2.1 *(Asserted against SEC only)* | x | x |  | x | x |
| Galaxy Prevail (JX 1022) Android Version: 2.2.2 |  | x |  | x | x |
| Galaxy S (i9000) (JX 1007) |  | x |  | x | x |

| Samsung Product | '381 Patent (Claim 19) Web Browser Application | '381 Patent (Claim 19) Gallery Application | '381 Patent (Claim 19) Contacts Application | '915 Patent (Claim 8) Web Browser Application | '163 Patent (Claim 50) Web Browser Application |
|---|---|---|---|---|---|
| Android Version: 2.2.1 *(Asserted against SEC only)* | | | | | |
| Galaxy S II (i9100) (JX 1032) Android Version: 2.3.3 *(Asserted against SEC only)* | x | x | | x | x |
| Galaxy S II (AT&T) (JX 1031) Android Version: 2.3.4 | x | x | x | x | x |
| Galaxy S II (T-Mobile) (JX 1033) Android Version: 2.3.5 | | | | x | x |
| Galaxy S 4G (JX 1019) Android Version: 2.2.1 | | x | x | x | x |
| Gem (JX 1020) Android Version: 2.1-update1 | | | | x | x |
| Indulge (JX 1026) Android Version: 2.2.1 | | x | | x | x |
| Infuse 4G (JX 1027) Android Version: 2.2.1 | | x | | x | x |
| Intercept (JX 1009) Android Version: 2.2.2 | | | | x | x |
| Mesmerize (JX 1015) Android Version: 2.1-update1 | | x | | x | x |

| Samsung Product | '381 Patent (Claim 19) Web Browser Application | '381 Patent (Claim 19) Gallery Application | '381 Patent (Claim 19) Contacts Application | '915 Patent (Claim 8) Web Browser Application | '163 Patent (Claim 50) Web Browser Application |
|---|---|---|---|---|---|
| Nexus S 4G (JX 1023) Android Version: 2.3.4 | | x | | x | x |
| Replenish (JX 1024) Android Version: 2.2.2 | | x | | x | x |
| Transform (JX 1014) Android Version: 2.2.2 | | | | x | x |
| Vibrant (JX 1010) Android Version: 2.1-update1 | | x | x | x | x |
| Galaxy Tab 7.0 (JX 1036) Android Version: 2.3.5 | | x | | x | x |
| Galaxy Tab 10.1 (JX 1037) Android Version: 3.1 | x | x | | x | x |

x = Accused Product

**Apple v. Samsung**
**Samsung Products Accused of Infringing Apple Design Patents**
**and of Infringing and/or Diluting Apple's Alleged Trade Dress**

| Accused Samsung Product | D'677 Patent | D'087 Patent | D'889 Patent | D'305 Patent | Claimed iPhone Trade Dress (dilution) | Claimed iPhone 3 Trade Dress (dilution) | Registered iPhone Trade Dress (dilution) | Claimed iPad & iPad2 Trade Dress (dilution and infringement) |
|---|---|---|---|---|---|---|---|---|
| Captivate (AT&T) (JX 1011) | | | | x | x | x | x | |
| Continuum (AT&T) (JX 1016) | | | | x | x | x | x | |
| Droid Charge (Verizon) (JX 1025) | | | | x | x | x | x | |
| Galaxy Ace (JX 1030) *(Asserted against SEC only)* | | | | | x | | | |
| Epic 4G (Sprint) (JX 1012) | | | | x | x | x | x | |
| Galaxy S II (i9100)  (JX 1032) *(Asserted against SEC only)* | x | x | | x | x | x | x | |
| Galaxy S (i9000) (JX 1007) *(Asserted against SEC only)* | x | x | | x | x | x | x | |
| Galaxy Prevail (JX 1022) | | | | | X | x | x | |
| Fascinate (Verizon) (JX 1013) | x | | | x | x | x | x | |

| Accused Samsung Product | D'677 Patent | D'087 Patent | D'889 Patent | D'305 Patent | Claimed iPhone Trade Dress (dilution) | Claimed iPhone 3 Trade Dress (dilution) | Registered iPhone Trade Dress (dilution) | Claimed iPad & iPad2 Trade Dress (dilution and infringement) |
|---|---|---|---|---|---|---|---|---|
| Galaxy S 4G (T-Mobile) (JX 1019) | x | x |  | x | x | x | x |  |
| Galaxy S II (AT&T) (JX 1031) | x | x |  |  | x | x | x |  |
| Galaxy S II (T-Mobile) (JX 1033) | x |  |  |  | x | x | x |  |
| Galaxy S II Skyrocket (JX 1035) | x | x |  |  | x | x | x |  |
| Galaxy S II Epic 4G Touch (JX 1034) | x | x |  |  | x | x | x |  |
| Gem (U.S. Cellular) (JX 1020) |  |  |  | x |  |  |  |  |
| Indulge (Cricket Communications) (JX 1026) |  |  |  | x |  |  |  |  |
| Infuse 4G (AT&T) (JX 1027) | x | x |  | x | x | x | x |  |
| Mesmerize (US Cellular)(JX 1015) | x |  |  | x | x | x | x |  |
| Showcase i500 (C-Spire) (JX 1017) | x |  |  | x | x | x | x |  |
| Vibrant (T-Mobile) (JX 1010) | x | x |  | x | x | x | x |  |

| Accused Samsung Product | D'677 Patent | D'087 Patent | D'889 Patent | D'305 Patent | Claimed iPhone Trade Dress (dilution) | Claimed iPhone 3 Trade Dress (dilution) | Registered iPhone Trade Dress (dilution) | Claimed iPad & iPad2 Trade Dress (dilution and infringement) |
|---|---|---|---|---|---|---|---|---|
| Galaxy Tab 10.1 (logo on front) | | | x | | | | | x |
| Galaxy Tab 10.1 (no logo on front) | | | x | | | | | x |

x = Accused Product