UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>QUESTION REGARDING JURY INSTRUCTION NO. 23 |

The Court requests that the parties file a response to the question below by 8 a.m. on Sunday, August 19, 2012.

Proposed Instruction No. 23 – Equitable Defenses – Equitable Estoppel.  Why is the equitable estoppel defense, addressed in Joint Undisputed Instruction 23, appropriate for the jury?

**IT IS SO ORDERED.**

Dated: August 18, 2012

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge