# Exhibit A

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S SECOND REVISED DRAFT OF PROPOSED SPECIAL VERDICT FORM** |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

# FINDINGS ON APPLE'S CLAIMS

## APPLE'S UTILITY AND DESIGN PATENT CLAIMS AGAINST SAMSUNG

**1. For each of the following products, has Apple proven that it is more likely than not that Samsung infringed the indicated Apple utility patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). You do not have to provide an answer for any cell that has gray shading.)

| Accused Samsung Product | '381 Patent (Claim 19) | '915 Patent (Claim 8) | '163 Patent (Claim 50) |
|---|---|---|---|
| Intercept (JX1009) | ▨ | | |
| Vibrant (JX1010) | | | |
| Captivate (JX1011) | | | |
| Epic 4G (JX1012) | | | |
| Fascinate (JX1013) | | | |
| Galaxy Ace (JX1030) [SEC only] | | | |
| Galaxy S (i9000) (JX1007) [SEC only] | | | |
| Galaxy S II (AT&T) (JX1031) | | | |
| Galaxy S II (i9100) (JX1032) [SEC only] | | | |
| Galaxy S II (T-Mobile) (JX1033) | ▨ | | |
| Transform (JX1014) | ▨ | | |
| Mesmerize (JX1015) | | | |
| Continuum (JX1016) | | | |
| Galaxy Tab (original or 7.0) (JX1036) | | | |
| Galaxy S 4G (JX1019) | | | |
| Gem (JX1020) | | | |
| Galaxy Prevail (JX1022) | | | |
| Nexus S 4G (JX1023) | | | |
| Replenish (JX1024) | | | |
| Droid Charge (JX1025) | | | |
| Infuse 4G (JX1027) | | | |
| Indulge (JX1026) | | | |
| Galaxy Tab 10.1 (WiFi and 4G LTE) (JX1037 & JX1038) | | | |
| Exhibit 4G (JX1028) | | | |

2. **For each of the following products, has Apple proven that it is more likely than not that Samsung infringed the indicated Apple design patents?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). You do not have to provide an answer for any cell that has gray shading.)

| Accused Samsung Product | D'677 Patent | D'087 Patent | D'305 Patent |
|---|---|---|---|
| Vibrant (JX1010) | | | |
| Captivate (JX1011) | ▓ | ▓ | |
| Epic 4G (JX1012) | ▓ | ▓ | |
| Fascinate (JX1013) | | ▓ | |
| Galaxy Ace (JX1030) [SEC only] | | ▓ | ▓ |
| Galaxy S (i9000) (JX1007) [SEC only] | | | |
| Galaxy S II (AT&T) (JX1031) | | | ▓ |
| Galaxy S II (i9100) (JX1032) [SEC only] | | | ▓ |
| Galaxy S II (T-Mobile) (JX1033) | | ▓ | ▓ |
| Galaxy SII (Epic 4G Touch) (JX1034) | | | ▓ |
| Galaxy S II (Skyrocket) (JX1035) | | | ▓ |
| Galaxy S (Showcase i500) (JX1017) | | ▓ | |
| Mesmerize (JX1015) | | | |
| Continuum (JX1016) | ▓ | | |
| Galaxy S 4G (JX1019) | | | |
| Gem (JX1020) | ▓ | ▓ | |
| Droid Charge (JX1025) | ▓ | | |
| Infuse 4G (JX1027) | | | |
| Indulge (JX1026) | ▓ | ▓ | |

| Accused Samsung Product | D'889 Patent |
|---|---|
| Galaxy Tab 10.1 (WiFi and 4G LTE) (JX1037 & JX1038) | |

3. **If in response to Question No. 1 or Question No. 2 you found that Samsung has infringed any Apple patent(s), has Apple proven that it is highly probable that Samsung's infringement was willful?**

   Yes _____ (for Apple)    No _____ (for Samsung)

4. **Has Samsung proven that it is highly probable that Apple's asserted utility and/or design patent claims are invalid?**

   '381 Patent (Claim 19)      Yes _____ (for Samsung)  No _____ (for Apple)

   '915 Patent (Claim 8)       Yes _____ (for Samsung)  No _____ (for Apple)

   '163 Patent (Claim 50)      Yes _____ (for Samsung)  No _____ (for Apple)

   D'677 Patent               Yes _____ (for Samsung)  No _____ (for Apple)

   D'087 Patent               Yes _____ (for Samsung)  No _____ (for Apple)

   D'889 Patent               Yes _____ (for Samsung)  No _____ (for Apple)

   D'305 Patent               Yes _____ (for Samsung)  No _____ (for Apple)

5. **Which of the Samsung entities do you find liable for patent infringement?**

   Samsung Electronics Co., Ltd.                      Yes _____ No _____

   Samsung Electronics America, Inc.                  Yes _____ No _____

   Samsung Telecommunications America, LLC            Yes _____ No _____

APPLE'S SECOND REVISED DRAFT OF PROPOSED SPECIAL VERDICT FORM
CASE NO. 11-CV-01846-LHK
pa-1547512

3

**APPLE'S TRADE DRESS CLAIMS AGAINST SAMSUNG**

**Apple's Registered Trade Dress:**

6. Has Samsung proven that it is more likely than not that Apple's <u>registered</u> iPhone-related trade dress is not valid?

   Yes _____ (for Samsung)   No _____ (for Apple)

**Apple's Unregistered Trade Dress:**

7. Has Apple proven that it is more likely than not that Apple's <u>unregistered</u> iPad-related trade dress is valid?

   Yes _____ (for Apple)   No _____ (for Samsung)

8. Has Apple proven that it is more likely than not that Apple's <u>unregistered</u> iPhone 3G trade dress is valid?

   Yes _____ (for Apple)   No _____ (for Samsung)

9. Has Apple proven that it is more likely than not that Apple's <u>unregistered</u> combination iPhone trade dress is valid?

   Yes _____ (for Apple)   No _____ (for Samsung)

**10. For each of the following products, has Apple proven that it is more likely than not that Samsung diluted and/or infringed the indicated Apple trade dress?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).  You do not have to provide an answer for any cell that has gray shading.)

| Accused Samsung Product | iPhone 3G Trade Dress Dilution | Combination iPhone Trade Dress Dilution | Registered iPhone Trade Dress Dilution |
|---|---|---|---|
| Vibrant (JX1010) | | | |
| Captivate (JX1011) | | | |
| Epic 4G (JX1012) | | | |
| Fascinate (JX1013) | | | |
| Galaxy S (i9000) (JX1007)    [SEC only] | | | |
| Galaxy S II (AT&T) (JX1031) | | | |
| Galaxy S II (i9100) (JX1032)    [SEC only] | | | |
| Galaxy S II (T-Mobile) (JX1033) | | | |
| Galaxy S II (Epic 4G Touch) (JX1034) | | | |
| Galaxy S II (Skyrocket) (JX1035) | | | |
| Galaxy S (Showcase i500) (JX1017) | | | |
| Mesmerize (JX1015) | | | |
| Continuum (JX1016) | | | |
| Galaxy S 4G (JX1019) | | | |
| Galaxy Prevail (JX1022) | | | |
| Galaxy Ace (JX1030)   [SEC only] | _(shaded)_ | | _(shaded)_ |
| Droid Charge (JX1025) | | | |
| Infuse 4G (JX1027) | | | |

| Accused Samsung Product | iPad Trade Dress Dilution | iPad Trade Dress Infringement |
|---|---|---|
| Galaxy Tab 10.1 (WiFi and 4G LTE) (JX1037 & JX1038) | | |

**11.   Which of the Samsung entities do you find liable for Apple's trade dress claims?**

    Samsung Electronics Co., Ltd.                        Yes _____ No _____

    Samsung Electronics America, Inc.                 Yes _____ No _____

    Samsung Telecommunications America, LLC    Yes _____ No _____

**12.   If in response to Question No. 10 you found that Samsung has infringed or diluted any Apple trade dress, has Apple proven that it is more likely than not that Samsung's infringement was willful?**

                Yes _____ (for Apple)     No _____ (for Samsung)

**DAMAGES TO APPLE FROM SAMSUNG**

**13.   What is the dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?**

        $_____.

**FINDINGS ON SAMSUNG'S CLAIMS**

**SAMSUNG'S UTILITY PATENT CLAIMS AGAINST APPLE**

**14.   For each of the following products, has Samsung proven that it is more likely than not that Apple infringed the indicated Samsung utility patent claims?**

  (Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).  You do not have to provide an answer for any cell that contains gray shading.)

| Accused Apple Product | '516 Patent | | '941 Patent | | '711 Patent | '893 Patent | '460 Patent |
|---|---|---|---|---|---|---|---|
| | Claim 15 | Claim 16 | Claim 10 | Claim 15 | Claim 9 | Claim 10 | Claim 1 |
| iPhone 3G (JX1053) | ▓ | ▓ | ▓ | ▓ | | ▓ | |
| iPhone 3GS (JX1054 & JX1076) | ▓ | ▓ | ▓ | ▓ | | | |
| iPhone 4 (JX1055 & JX1056) | | | | | | | |
| iPad 2 3G (JX1050 & JX1051) | | | | | ▓ | | |
| iPod Touch 4th Generation (JX1057 & JX1077) | ▓ | ▓ | ▓ | ▓ | | | |

15. **If in response to Question No. 14 you found that Apple has infringed any Samsung patent(s), has Samsung proven that it is highly probable that Apple's infringement was willful?**

        Yes _____ (for Samsung)  No _____ (for Apple)

16. **Has Apple proven that it is highly probable that Samsung's asserted utility patent claims are invalid?**

   <u>'516 Patent</u>

     Claim 15:   Yes _____ (for Apple)   No _____ (for Samsung)
     Claim 16:   Yes _____ (for Apple)   No _____ (for Samsung)

   <u>'941 Patent</u>

     Claim 10:   Yes _____ (for Apple)   No _____ (for Samsung)
     Claim 15:   Yes _____ (for Apple)   No _____ (for Samsung)

   <u>'711 Patent</u>

     Claim 9:    Yes _____ (for Apple)   No _____ (for Samsung)

   <u>'893 Patent</u>

     Claim 10:   Yes _____ (for Apple)   No _____ (for Samsung)

   <u>'460 Patent</u>

     Claim 1:    Yes _____ (for Apple)   No _____ (for Samsung)

**<u>DAMAGES TO SAMSUNG FROM APPLE</u>**

17. **What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's utility patent infringement claims on the '516 and '941 patents?**

     $_____.

18. **What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's utility patent infringement claims on the '711, '893, and '460 patents?**

    $_____.

# FINDINGS ON APPLE'S COUNTERCLAIMS AGAINST SAMSUNG

## BREACH OF CONTRACT CLAIMS AND ANTITRUST

19. **Has Apple proven that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard or by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?**

    Yes _____ (for Apple)    No _____ (for Samsung)

20. **Has Apple proven that Samsung has violated Section 2 of the Sherman Antitrust Act by monopolizing one or more technology markets related to the UMTS standard?**

    Yes _____ (for Apple)    No _____ (for Samsung)

21. **If you answered "Yes" to Question No. 19 or Question No. 20, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's antitrust violation and/or breach of contract?**

    $_____.

**PATENT EXHAUSTION AND EQUITABLE ESTOPPEL**

**22.** Has Apple proven that it is more likely than not that Samsung is barred by patent exhaustion or equitable estoppel from enforcing the following Samsung patents against Apple?

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Samsung Patent | Exhaustion | Equitable Estoppel |
| --- | --- | --- |
| '516 Patent | | |
| '941 Patent | | |

**WAIVER**

**23.** Has Apple proven by clear and convincing evidence that Samsung has waived its rights to enforce the following Samsung patents against Apple?

'516 Patent       Yes _____ (for Apple)       No _____ (for Samsung)

'941 Patent       Yes _____ (for Apple)       No _____ (for Samsung)

Have the presiding juror sign and date this form.

Signed:_____ Date:_____
                                                                                                                                        PRESIDING JUROR