1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **JOINT SUBMISSION OF ADMITTED TRIAL EXHIBITS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

The parties submit herewith as Exhibit A the list of admitted exhibits that the parties could agree on. The parties continue to meet and confer with respect to a handful of exhibits as to which they have a disagreement:  SDX 3918.103-106, SDX 3951.002, .004, .007, .010, SDX 3952.101-.102, SDX 3966.104-108, SDX 3973.009-010 and DX 2538. Samsung reserves all rights with respect to these exhibits.

Dated: August 18, 2012

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By:    */s/ Jason R. Bartlett*
      Jason R. Bartlett

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

| | | |
|---|---|---|
| 1 | Dated: August 18, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | Charles K. Verhoeven (Cal. Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 3 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 4 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 5 | | |
| | | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| 6 | | kevinjohnson@quinnemanuel.com |
| | | Victoria F. Maroulis (Cal. Bar No. 202603) |
| 7 | | victoriamaroulis@quinnemanuel.com |
| | | 555 Twin Dolphin Drive 5th Floor |
| 8 | | Redwood Shores, California 94065 |
| | | Telephone: (650) 801-5000 |
| 9 | | Facsimile: (650) 801-5100 |
| 10 | | Michael T. Zeller (Cal. Bar No. 196417) |
| | | michaelzeller@quinnemanuel.com |
| 11 | | 865 S. Figueroa St., 10th Floor |
| | | Los Angeles, California 90017 |
| 12 | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |

13

14

15   By:   */s/ Victoria Maroulis*
              Victoria Maroulis

16       Attorneys for Defendants and
         Counterclaim-Plaintiffs
17       SAMSUNG ELECTRONICS CO.,
         LTD., SAMSUNG ELECTRONICS
18       AMERICA, INC. and SAMSUNG
         TELECOMMUNICATIONS
19       AMERICA, LLC

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Jason R. Bartlett.

*/s/ Victoria Maroulis*