HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S STATEMENT CONCERNING JURY INSTRUCTION ON EQUITABLE ESTOPPEL**<br><br>Date: August 20, 2012<br>Time: 8:00 a.m.<br>Place: Courtroom 8 - 4th Floor<br>Judge: Hon. Lucy H. Koh |

Apple files this statement in response to the Court's request for the parties' views as to why the equitable estoppel defense, addressed in Joint Undisputed Instruction 23, is appropriate for the jury. (Dkt. 1824.)

Equitable estoppel is, as its name makes clear, an equitable defense to be decided by the Court. However, it is appropriate and common for courts to submit equitable defenses to a jury for advisory verdicts. *See, e.g.*, Fed. R. Civ. P. 39(c); Federal Practice and Procedure, 9 Fed. Prac. & Proc. Civ. § 2335 (Wright and Miller 3d ed.); *Qualcomm Incorporated v. Broadcom Corp.*, 548 F. 3d 1004, 1009 (Fed. Cir. 2008) (noting that jury had returned advisory verdict on equitable defense of waiver). Indeed, equitable estoppel is submitted to juries for advisory opinions often enough that there is a model jury instruction for the defense in the Federal Circuit Bar Association Model Patent Jury Instructions. *See* Instruction B.5.3, "Equitable Estoppel." In this case, the evidence related to equitable estoppel has already been presented to the jury in connection with the Apple's antitrust and breach of contract claims. (*See* JX1070, JX1073, JX1083, JX1084, JX1085, PX70, PX72, PX74, PX84, PX101, PX104, PX122, PX193, DX549, DX557, DX613, DX685, H. Kim (Tr. at 3322-32, 3414-22, 3431-34), Knightly (Tr. at 3435-53, 3460-64), Williams (Tr. at 2676-2785), Walker (Tr. at 3477-3530), Ahn (PX218); J.W. Lee (PX219).) Because the jury has the relevant evidence before it, an instruction on equitable estoppel is appropriate, and Apple respectfully requests that the Court submit the question to the jury for an advisory verdict.

Dated: August 18, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
Mark D. Selwyn

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

APPLE'S STATEMENT CONCERNING JURY INSTRUCTION ON EQUITABLE ESTOPPEL
CASE NO. 11-CV-01846-LHK (PSG)

1