**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>           Plaintiff and Counterdefendant,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER RE: APPLE'S REQUEST FOR DEVICE USE DIRECTION<br><br>(re: dkt. #1834) |

Apple has filed a Request for Direction to Jury Regarding Use of Internet on Devices in Evidence During Deliberations. *See* ECF No. 1834. Apple indicates that Samsung opposes this request. *Id.* at 2. By 5:00 p.m. today, August 19, 2012, Samsung shall file a response to Apple's request, not to exceed 2 pages.

**IT IS SO ORDERED.**

Dated: August 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER RE: APPLE'S REQUEST FOR DEVICE USE DIRECTION