| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | hmcelhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | mjacobs@mofo.com |
| 3 | RACHEL KREVANS (CA SBN 116421) |
| | rkrevans@mofo.com |
| 4 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | jtaylor@mofo.com |
| 5 | ALISON M. TUCHER (CA SBN 171363) |
| | atucher@mofo.com |
| 6 | RICHARD S.J. HUNG (CA SBN 197425) |
| | rhung@mofo.com |
| 7 | JASON R. BARTLETT (CA SBN 214530) |
| | jasonbartlett@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 9 | San Francisco, California  94105-2482 |
| | Telephone:  (415) 268-7000 |
| 10 | Facsimile:  (415) 268-7522 |

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF MARC J. PERNICK** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

NOTICE OF APPEARANCE OF MARC J. PERNICK
CASE NO. 11-CV-01846-LHK
sf-3185267

PLEASE TAKE NOTICE that attorney Marc J. Pernick of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 160591) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned case.

>Marc J. Pernick
>Morrison & Foerster LLP
>755 Page Mill Road
>Palo Alto, CA 94304
>Phone: (650) 813-5600
>Fax: (650) 494-0792
>Email: MPernick@mofo.com

Dated: August 19, 2012            MORRISON & FOERSTER LLP

By:   */s/ Marc J. Pernick*
      Marc J. Pernick

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

NOTICE OF APPEARANCE OF MARC J. PERNICK
CASE NO. 11-CV-01846-LHK
sf-3185267

1