QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S HIGH PRIORITY OBJECTIONS TO TENTATIVE FINAL JURY INSTRUCTIONS** |

Samsung hereby submits its non-binding statement of the topics and jury instruction numbers that will likely be the subject of Samsung's high priority objections to the Court's Tentative Final Jury Instructions (Dkt. Nos. 1826-1828, 1838).

- **Instruction No. 21**—Samsung objects that these instructions fail to mention that the jury must consider whether the baseband processor chips were actually delivered to Apple in the United States to determine whether a sale was made in the United States.

- **Instruction No. 34.1—**Samsung objects that the instruction fails to inform the jury that copying is not equivalent to infringement.

- **Instruction No. 39—**Samsung objects that the instruction as worded uses an incorrect legal standard regarding functionality and fails to give the jury any guidance on how to treat functional elements even if the design as whole is found non-functional.

- **Instruction No. 42**—Samsung objects that the instruction fails to accurately reflect the law, including by not instructing that Apple may obtain Samsung's profits from sales of products found to infringe Apple's design patents only to the extent that lost profits have not been awarded on those sales. While Samsung maintains its objection that Apple is required to elect between lost profits and infringer's profits as remedies, to the extent the Court disagrees, it should add limiting language to Instruction No. 42 to make clear that infringer's profits may only be awarded on infringing sales that are not already subject to a lost profits remedy. Otherwise, there is a serious risk of double-counting.

- **Instruction Nos.40-43**—Samsung objects that the instruction as worded incorrectly instructs the jury that it may award both lost profits and infringer's profits.

- **Instruction No. 51—**Samsung objects that the instruction as worded misstates Ninth Circuit precedent concerning functionality.

- **Instruction No. 55—**Samsung objects that the instruction as worded includes language that misstates the law regarding association and the weighing of the statutory factors to assess dilution.

- **Missing Instruction**—Samsung objects that the instructions received thus far do not include Samsung's proposed instruction No. 61.2 regarding statutory notice. (Dkt. No. 1818 p. 6). This instruction is derived from Ninth Circuit Model Instruction No. 15.24 and should be given here.

1
2
3  DATED: August 19, 2012          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
4
5                                    By */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis
6                                       Attorneys for SAMSUNG ELECTRONICS
                                        CO., LTD., SAMSUNG ELECTRONICS
7                                       AMERICA, INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28