UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING LODGING EXHIBITS AND DEMONSTRATIVES |

Per the parties' request, the Court ordered the parties to file by Tuesday, August 21, 2012, excluded exhibits and demonstratives to ensure a complete record for appeal. The Court revises its previous ruling in the following respect. Excluded exhibits and demonstratives should be lodged with Ms. Martha Parker Brown and not filed.

**IT IS SO ORDERED.**

Dated: August 19, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge