QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S NOTICE OF LODGING OF DEPOSITION TESTIMONY** |

02198.51855/4917620.2

Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE OF LODGING OF DEPOSITION TESTIMONY

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby lodge the following clip reports of deposition testimony played in Court:

1. Counter-designations of deposition testimony of Jun Won Lee marked as defendants' Exhibit No. 800 (*see* August 13, 2012 Trial Transcript, at 2025:11-13).   This is attached as Exhibit A and was lodged on the record at trial.

2. Counter-designations of deposition testimony of Dong Hoon Chang marked as defendants' Exhibit No. 801 (*see* August 13, 2012 Trial Transcript, at 2026:15-17).   This is attached as Exhibit B and was lodged on the record at trial.

3. Counter-designations of deposition testimony of Timothy Benner marked as defendants' Exhibit No. 802 (*see* August 13, 2012 Trial Transcript, at 2029:7-9).   This is attached as Exhibit C and was lodged on the record at trial.

4. Deposition testimony of Andre Zorn marked as defendants' Exhibit No. 803 (*see* August 15, 2012 Trial Transcript, at 2671:21-23).   This is attached as Exhibit D and was lodged on the record at trial.

5. Deposition testimony of Markus Paltian marked as defendants' Exhibit No. 804 (*see* August 15, 2012 Trial Transcript, at 2670:22-2671:4).   This is attached as Exhibit E and was lodged on the record at trial.

6. Deposition testimony of Roger Fidler marked as defendants' Exhibit No. 805 (*see* August 14, 2012 Trial Transcript at 2558:21-2559:3).   This is attached as Exhibit F and was lodged on the record at trial.

7. Deposition testimony played during the cross-examination of Peter Bressler on August 6, 2012 (Defendant's Exhibit No. 807).   This is attached as Exhibit G.

8. Deposition testimony played during the cross-examination of Hal Poret on August 7, 2012 (Defendant's Exhibit No. 808).   This is attached as Exhibit H.

9. Deposition testimony played during the cross-examination of Russell Winer on August 7, 2012 (Defendant's Exhibit No. 809).   This is attached as Exhibit I.

1   10. Deposition testimony played during the cross-examination of Peter Bressler on August 17,
2   2012 (Defendant's Exhibit No. 810).    This is attached as Exhibit J.
3
4   DATED: August 19, 2012            QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
5
                                      By  /s/ Victoria F. Maroulis
6                                         Charles K. Verhoeven
7                                         Victoria F. Maroulis
                                          Kevin P.B. Johnson
8                                         Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS
9                                         CO., LTD., SAMSUNG ELECTRONICS
                                          AMERICA, INC., and SAMSUNG
10                                        TELECOMMUNICATIONS AMERICA, LLC