# EXHIBIT A

## JWLee-Samsung-Counters

| Designation | Source | ID |
|---|---|---|
| 32:8 - 32:8 | **Lee Jun Won 2012-03-05 (00:00:05)**<br>32:8 Q   What did Samsung say in response? | JWLee-Samsung.1 |
| 32:10 - 32:12 | **Lee Jun Won 2012-03-05 (00:00:37)**<br>32:10 THE WITNESS:  Samsung contended that there was<br>32:11 no such infringement and also requested the evidences<br>32:12 for the contention of the infringement. | JWLee-Samsung.2 |
| 55:20 - 55:21 | **Lee Jun Won 2012-03-05 (00:00:16)**<br>55:20 Q   Okay.  And in those first two meetings you<br>55:21 attended, did Apple mention its trade dress? | JWLee-Samsung.3 |
| 55:23 - 56:2 | **Lee Jun Won 2012-03-05 (00:00:43)**<br>55:23 THE WITNESS:  I cannot remember everything<br>55:24 exactly, and also I'm not confident if I heard<br>55:25 everything that they said, but as far as I could<br>56:1 remember or as far as I know, I don't think there was<br>56:2 such assertions. | JWLee-Samsung.4 |

Samsung Counters = 00:01:44
**Total Time = 00:01:44**

DEFENDANT'S EXHIBIT NO.
800
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs

Date Admitted:_____ By:_____

2012-08-13

1/1