# EXHIBIT C

## Benner-Samsung-Counters

| Designation | Source | ID |
|---|---|---|
| 36:16 - 36:19 | **Benner Timothy 2012-02-22 (00:00:12)**<br>36:16  Q. Is it STA's testimony that physical -- the   09:45<br>36:17 physical appearance of a smartphone is unimportant   09:45<br>36:18 to consumer decision making of smartphones in any   09:45<br>36:19 consumer segment?  Is it unimportant?   09:45 | Benner-Samsung.1 |
| 36:21 - 37:1 | **Benner Timothy 2012-02-22 (00:00:27)**<br>36:21 THE WITNESS:  I think my objection is with   09:45<br>36:22 using the word "important," because it deals in   09:45<br>36:23 absolutes.  It seems like it's either the most   09:45<br>36:24 important or the least important the way you're   09:45<br>36:25 phrasing the question, and I've stated that it's of   09:45<br>37:1 relative importance.  It is an aspect.   09:45 | Benner-Samsung.2 |
| 40:5 - 40:7 | **Benner Timothy 2012-02-22 (00:00:08)**<br>40:5 You mentioned that you could think of a   09:49<br>40:6 survey in which physical appearance was of lesser   09:49<br>40:7 importance.  Please tell me about that survey.   09:49 | Benner-Samsung.3 |
| 40:10 - 40:16 | **Benner Timothy 2012-02-22 (00:00:23)**<br>40:10 THE WITNESS:  The specifics that I'm   09:49<br>40:11 thinking of is within particular groups where   09:49<br>40:12 looking at purchase decision elements, the ranking   09:49<br>40:13 or the rating of physical appearance is of less   09:49<br>40:14 importance to factors such as price, such as   09:49<br>40:15 operating system, such as of a plethora of other   09:50<br>40:16 things, or of equal importance.   09:50 | Benner-Samsung.4 |
| 43:10 - 43:11 | **Benner Timothy 2012-02-22 (00:00:03)**<br>43:10   Q. What other elements fit into that same   09:52<br>43:11 group?   09:52 | Benner-Samsung.5 |
| 43:13 - 43:24 | **Benner Timothy 2012-02-22 (00:01:02)**<br>43:13 THE WITNESS:  There are elements such   09:53<br>43:14 as -- I mentioned operating system, I've mentioned   09:53<br>43:15 price, I've mentioned appearance.   09:53<br>43:16 There is things like brand.  There is also   09:53<br>43:17 availability at particular carriers.  There is   09:53<br>43:18 just -- a lot of the features internal to the   09:53<br>43:19 operating system, the screen quality, the speed of   09:53<br>43:20 the processor, what network it's on, ratings on   09:53<br>43:21 line, word of mouth, salesperson.   09:53<br>43:22 There's more.  I can't give you an   09:53<br>43:23 exhaustive list off the top of my head, but it goes   09:54<br>43:24 on.   09:54 | Benner-Samsung.6 |
| 60:22 - 60:25 | **Benner Timothy 2012-02-22 (00:00:06)**<br>60:22   Q. Do you see a similar chart that looks like   10:32<br>60:23 a 2009 study that says "Reasons for choosing hand   10:32<br>60:24 set brand"?   10:32<br>60:25   A. Yes.   10:32 | Benner-Samsung.7<br>B1594.58 |
| 61:13 - 61:16 | **Benner Timothy 2012-02-22 (00:00:10)** | Benner-Samsung.8 |

DEFENDANT'S EXHIBIT NO.
802
United States District Court
Northern District of California
No  11-CV-01846-LHK (PSG)
Apple Inc  v  Samsung Elecs.

Date Admitted: _____ By _____

**Benner-Samsung-Counters**

| Designation | Source | ID |
|---|---|---|
| 61:24 - 61:25 | 61:13 Q. Does this mean that 45 percent of the 10:33<br>61:14 respondents said that the reason for choosing a 10:33<br>61:15 handset brand because they liked the style? 10:33<br>61:16 A. No. It says "a" reason. 10:33<br>**Benner Timothy 2012-02-22 (00:00:08)** | Benner-Samsung.9 |
| 62:2 - 62:4 | 61:24 Q. Do you disagree that consumers ranked 10:33<br>61:25 highly the physical appearance of a smartphone? 10:34<br>**Benner Timothy 2012-02-22 (00:00:08)**<br>62:2 THE WITNESS: This is not a ranking 10:34<br>62:3 question, this is merely a yes-or-no question in 10:34<br>62:4 the form that it was asked. 10:34 | Benner-Samsung.10 |
| 147:14 - 147:19 | **Benner Timothy 2012-02-22 (00:00:15)**<br>147:14 MR. ROBINSON: Q. The misattribution that 01:53<br>147:15 occurred between the Samsung Galaxy Tab 01:53<br>147:16 advertisement and I guess misattributed to Apple, 01:53<br>147:17 that was because the advertisements were confusing, 01:53<br>147:18 they were similar, the Samsung advertisements and 01:53<br>147:19 Apple advertisements? 01:53 | Benner-Samsung.11 |
| 147:23 - 148:13 | **Benner Timothy 2012-02-22 (00:00:51)**<br>147:23 THE WITNESS: I take issue with your 01:53<br>147:24 statement of it's confusing, the way it was said 01:53<br>147:25 similarly confusing. The issue wasn't that it was 01:53<br>148:1 confusing, the issue was that the iPad had been 01:53<br>148:2 very firmly established in the marketplace, and so 01:53<br>148:3 when people saw an ad on TV that had a large 01:53<br>148:4 tablet-like display, the immediate reaction is it 01:54<br>148:5 must be an iPad. 01:54<br>148:6 This is at a time when -- breaking into 01:54<br>148:7 the market, so it's actually not unexpected to see 01:54<br>148:8 that, because very few people that Samsung was 01:54<br>148:9 making these products, and growing that awareness, 01:54<br>148:10 changing from one to the next, is the natural 01:54<br>148:11 progression of trying to break in and make people 01:54<br>148:12 become more aware of Samsung as a tablet 01:54<br>148:13 manufacturer. 01:54 | Benner-Samsung.12 |

Samsung Counters = 00:03:58
**Total Time = 00:03:58**

**Documents Shown**
B1594