# EXHIBIT D

**Zorn-Samsung-Samsung-Affirmative**

| Designation | Source | ID |
|---|---|---|
| 7:7 - 7:12 | **Zorn Andre 2012-03-20 (00:00:26)**<br>7:7  Q. Mr. Zorn, thank you for coming today.  Could you please<br>7:8 state your name and address for the record.<br>7:9  A. My name is Andre Zorn, and I live in Holzkirchen, 83607,<br>7:10 Germany.<br>7:11  Q. And where do you work currently?<br>7:12  A. Currently I'm working at Intel Mobile Communications. | Zorn-Samsung.1 |
| 9:2 - 9:16 | **Zorn Andre 2012-03-20 (00:01:06)**<br>9:2  Q. Okay.  And you understand that you're here today<br>9:3 testifying on behalf of IMC?<br>9:4  A. Yes.<br>9:5  Q. And which topics are you prepared to testify about<br>9:6 today?<br>9:7  A. It is the alternative E-bit interpretation feature.<br>9:8  Q. Okay.  And what is the alternative E-bit interpretation?<br>9:9  A. It's a feature which is introduced -- introduced 3GPP<br>9:10 standardization, specification, starting with release 6,<br>9:11 and we have to implement from a UE perspective as<br>9:12 a mandatory feature.<br>9:13  Q. And when you say you had to implement from the UE<br>9:14 perspective as a mandatory feature, what do you mean by<br>9:15 that?<br>9:16  A. It means that -- | Zorn-Samsung.2 |
| 9:18 - 9:25 | **Zorn Andre 2012-03-20 (00:00:34)**<br>9:18  A. So it means that each UE which is compliant with the<br>9:19 3GPP standardization, release 6 onwards, has to fulfill<br>9:20 this requirement, which is inside the specification, the<br>9:21 3GPP specification.<br>9:22 BY MR. MACK:<br>9:23  Q. Do you know specifically which 3GPP specification the<br>9:24 alternative E-bit is inside?<br>9:25  A. Yes, it is the 3GPP technical specification 25.322. | Zorn-Samsung.3 |
| 10:5 - 10:15 | **Zorn Andre 2012-03-20 (00:00:40)**<br>10:5  Q. Okay.  The release 6 version of the specification, how<br>10:6 many times have you read 25.322?<br>10:7  A. How many times?  Several times, so I don't know exactly<br>10:8 the number.<br>10:9  Q. More than 20 times?<br>10:10  A. I used it for -- for implementing the code we are using<br>10:11 in our protocols there, so I had to read it several<br>10:12 times, and I had to read several parts more often than<br>10:13 other parts, of course.  So I cannot say a determined<br>10:14 number which is 20, or something like this.  But -- you<br>10:15 know. | Zorn-Samsung.4 |
| 11:23 - 11:25 | **Zorn Andre 2012-03-20 (00:00:10)**<br>11:23 You mentioned -- you mentioned earlier about | Zorn-Samsung.5 |

**DEFENDANT'S EXHIBIT NO. 803**
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By: _____

| | Zorn-Samsung-Samsung-Affirmative | |
|---|---|---|
| **Designation** | **Source** | **ID** |
| 12:2 - 12:6 | 11:24 implementing the E-bit interpretation, which was<br>11:25 a mandatory feature; do you remember that?<br>**Zorn Andre 2012-03-20 (00:00:12)**<br>12:2   A. Yes, I implemented what was written in the specification<br>12:3 and standardization, the 3GPP specification.<br>12:4 BY MR. MACK:<br>12:5   Q. And why did you implement what was written in the 3GPP<br>12:6 specification? | Zorn-Samsung.6 |
| 12:8 - 13:8 | **Zorn Andre 2012-03-20 (00:01:33)**<br>12:8   A. Because in the 3GPP specifications, there are mandatory<br>12:9 and there are optional features.  Mandatory features<br>12:10 have to be implemented by each UE, because<br>12:11 it's mandatory feature, and it is necessary to<br>12:12 communicate with the network in a correct way.  And<br>12:13 that's why it's necessary to implement it in the way<br>12:14 like it is described in that technical specification.<br>12:15 BY MR. MACK:<br>12:16   Q. Are you also familiar with the alternative E-bit<br>12:17 interpretation?<br>12:18   A. Yes.<br>12:19   Q. And is that also a mandatory feature in release 6 of the<br>12:20 3GPP standard?<br>12:21   A. Yes, it is.<br>12:22   Q. And were you also responsible for implementing the<br>12:23 alternative E-bit interpretation in IMC's products?<br>12:24   A. Yes, I am.<br>12:25   Q. Which products, specifically, were you responsible for<br>13:1 with regard to the level 2 and level 3 functionality?<br>13:2   A. Starting with release 5 protocol stack version, so all<br>13:3 products based on release 5 and above, I was responsible<br>13:4 for the radio link control.<br>13:5   Q. And which products specifically are release 5 and above<br>13:6 products that IMC currently sells?<br>13:7   A. They are -- release 6 is this X-Gold 616 product, and<br>13:8 release 5 is 606 X-Gold. | Zorn-Samsung.7 |
| 20:4 - 20:7 | **Zorn Andre 2012-03-20 (00:00:21)**<br>20:4   Q. You have in front of you what's been marked Intel<br>20:5 exhibit 8.  Is this a copy of the 3GPP technical<br>20:6 specification 25.322 that you've read before?<br>20:7   A. It looks so, yeah. | Zorn-Samsung.8 |
| 23:14 - 23:15 | **Zorn Andre 2012-03-20 (00:00:07)**<br>23:14 Is it important for the protocol stack to be<br>23:15 compliant with release 6? | Zorn-Samsung.9 |
| 23:17 - 23:25 | **Zorn Andre 2012-03-20 (00:00:28)**<br>23:17   A. Yes, I think it's very important.<br>23:18 BY MR. MACK: | Zorn-Samsung.10 |

| | Zorn-Samsung-Samsung-Affirmative | |
|---|---|---|
| **Designation** | **Source** | **ID** |
| | 23:19  Q. And why do you think it's very important?<br>23:20  A. Because otherwise the communication with the network<br>23:21 cannot work.  It is very important to have<br>23:22 a standardization and to have the requirements fulfilled<br>23:23 on both sides; otherwise it wouldn't be possible that<br>23:24 networks and UEs from different vendors could work<br>23:25 together. | |
| 29:5 - 29:16 | **Zorn Andre 2012-03-20 (00:00:33)**<br>29:5  Q. So is it possible for a user equipment to be release 6<br>29:6 compliant and not implement the alternative E-bit<br>29:7 interpretation?<br>29:8   A. It's not possible, because the network decides whether<br>29:9 to use it or not.  And if the network decides to use it,<br>29:10 or configures it, then it is -- has to be used; other --<br>29:11 if we haven't implemented, then it will not be able to<br>29:12 reassemble the SDUs at the network site.<br>29:13  Q. So communication would fail if you did not --<br>29:14  A. Yes.<br>29:15  Q. -- support the alternative E-bit interpretation?<br>29:16  A. Yeah. | Zorn-Samsung.11 |
| 29:19 - 29:19 | **Zorn Andre 2012-03-20 (00:00:03)**<br>29:19  A. Yeah.  Most probably it will fail. | Zorn-Samsung.12 |
| 29:20 - 30:4 | **Zorn Andre 2012-03-20 (00:00:26)**<br>29:20 BY MR. MACK:<br>29:21   Q. Then if you look just below, into the two boxes, do you<br>29:22 see the box "Normal E-bit Interpretation"?<br>29:23   A. Yes.<br>29:24  Q. And then you see, below that, the "Alternative E-bit<br>29:25 Interpretation"?<br>30:1   A. Yes.<br>30:2   Q. Are both of these interpretations implemented in the<br>30:3 X-Gold 616?<br>30:4   A. Both are implemented, yes. | Zorn-Samsung.13 |
| 37:25 - 38:17 | **Zorn Andre 2012-03-20 (00:01:05)**<br>37:25  Q. All right.  And then another instance, if you look on<br>38:1 the flip side of the next page, on page 32, do you see,<br>38:2 beneath the all-capital note, the next paragraph down:<br>38:3 "In the case where the 'alternative E-bit<br>38:4 interpretation' is configured for [unacknowledged mode]<br>38:5 RLC and an RLC PDU contains a segment of an SDU but<br>38:6 neither the first octet nor the last octet of this SDU:"<br>38:7   A. Yes.<br>38:8   Q. Does that define another special predefined length<br>38:9 indicator?<br>38:10   A. Yes.<br>38:11  Q. And it's shown -- shown here as all ones, and then | Zorn-Samsung.14 |

| Designation | Source | ID |
|---|---|---|
| | **Zorn-Samsung-Samsung-Affirmative** | |
| | 38:12 a zero bit at the end?<br>38:13  A. Yes.  Mm-hmm.<br>38:14  Q. In developing the -- the layer 2 and layer 3<br>38:15 functionality for the X-Gold 616, did you support this<br>38:16 last predefined length indicator?<br>38:17  A. Yes, I did. | |
| 39:5 - 39:7 | **Zorn Andre 2012-03-20 (00:00:07)**<br>39:5  Q. So you would use this length indicator when the PDU<br>39:6 contained an intermediate segment of an SDU?<br>39:7  A. Yes. | Zorn-Samsung.15 |
| 40:3 - 40:8 | **Zorn Andre 2012-03-20 (00:00:31)**<br>40:3  Q. So in looking at section 9225 of exhibit 8, labeled<br>40:4 "Extension Bit," and looking at section 9228, labeled<br>40:5 "Length Indicator," of exhibit 8, is there anything in<br>40:6 these two sections that you have not implemented in the<br>40:7 layer 2 code for the X-Gold 616?<br>40:8  A. No. | Zorn-Samsung.16 |
| 41:17 - 41:17 | **Zorn Andre 2012-03-20 (00:00:04)**<br>41:17 MR. MACK:  I'll introduce as exhibit number 9 -- exhibit 9 | Zorn-Samsung.17 |
| 41:18 - 41:20 | **Zorn Andre 2012-03-20 (00:00:14)**<br>41:18 is what's been -- is bearing Bates 750DOC000698<br>41:19 through 872.<br>41:20 (Intel exhibit 9 marked for identification.) | Zorn-Samsung.18 |
| 41:22 - 42:1 | **Zorn Andre 2012-03-20 (00:00:18)**<br>41:22  Q. This document is entitled "UMTS RLC Detailed Design<br>41:23 Description."  Have you seen this document before?<br>41:24  A. Yes, I've seen it.<br>41:25  Q. Have you -- did you author any part of this document?<br>42:1  A. I created it, together with my colleague Manfred Duer. | Zorn-Samsung.19 |
| 59:20 - 59:24 | **Zorn Andre 2012-03-20 (00:00:44)**<br>59:20  Q. So I think you have in front of you two source code<br>59:21 files, the first file, urlc_ul_um.c.  And that is from<br>59:22 Bates 750DOC000269 through 000288.<br>59:23 And the second file, urlc_dl_um.c.  And that goes<br>59:24 from Bates 750DOC000289 through 000322. | Zorn-Samsung.20 |
| 59:25 - 60:3 | **Zorn Andre 2012-03-20 (00:00:09)**<br>59:25 Do you -- do you recognize these two modules?<br>60:1  A. Yes.  It's my code.<br>60:2  Q. And did you write the entirety of both of these modules?<br>60:3  A. Yes. | Zorn-Samsung.21 |

Samsung Affirmative = 00:10:04
**Total Time = 00:10:04**