# EXHIBIT E

**Paltian-Samsung-Affirmative**

| Designation | Source | ID |
|---|---|---|
| 7:12 - 7:18 | **Paltian Markus 2012-03-20 (00:00:24)**<br>7:12 Could you please state your name and business    08:01<br>7:13 address for the record.    08:01<br>7:14  A. My name is Markus Paltian, and my office is located in   08:01<br>7:15 Duisburg in Dusseldorfer Landstrasse in Germany.    08:01<br>7:16  Q. Where do you currently work?    08:01<br>7:17  A. Yeah, IMC, Intel Mobile Communications, in the   08:02<br>7:18 development center in Duisburg.    08:02 | Paltian-Samsung.1 |
| 10:22 - 10:24 | **Paltian Markus 2012-03-20 (00:00:08)**<br>10:22  Q. But you are familiar with structure and operation of the   08:07<br>10:23 X-Gold 616 as it relates to the uplink power control?   08:07<br>10:24  A. Yes. Very much.    08:07 | Paltian-Samsung.2 |
| 17:15 - 17:21 | **Paltian Markus 2012-03-20 (00:00:21)**<br>17:15  Q. Have you ever reviewed technical specifications that    08:20<br>17:16 were published by 3GPP?    08:20<br>17:17  A. The "technical specifications," you mean -- okay, the   08:20<br>17:18 standardization documents; yes, of course. That's my   08:20<br>17:19 daily business.    08:20<br>17:20  Q. Okay. And how do you use those -- those standardization   08:20<br>17:21 documents in your daily business?    08:20 | Paltian-Samsung.3 |
| 17:23 - 18:2 | **Paltian Markus 2012-03-20 (00:00:33)**<br>17:23  A. I read them through, let's say 20 times, at least    08:20<br>17:24 the relevant parts of the documents, or I read them as   08:20<br>17:25 a whole one once, and then the relevant parts many and   08:20<br>18:1 many times. And -- yeah, then I figure out what is the   08:20<br>18:2 expected behavior of my firmware part.    08:21 | Paltian-Samsung.4 |
| 18:5 - 18:7 | **Paltian Markus 2012-03-20 (00:00:13)**<br>18:5  Q. Okay. And do you try to make the firmware that you   08:21<br>18:6 develop at IMC match the expected behaviour of the    08:21<br>18:7 firmware as it's described in the 3GPP standard?    08:21 | Paltian-Samsung.5 |
| 18:14 - 18:15 | **Paltian Markus 2012-03-20 (00:00:05)**<br>18:14  A. Yeah, of course, I did this. The opposite would --   08:21<br>18:15 wouldn't be good.    08:21 | Paltian-Samsung.6 |
| 19:17 - 19:18 | **Paltian Markus 2012-03-20 (00:00:08)**<br>19:17  Q. Yeah. Is it important for the firmware that you develop   08:23<br>19:18 at IMC to be interoperable with the 3GPP standard?    08:23 | Paltian-Samsung.7 |
| 19:20 - 19:21 | **Paltian Markus 2012-03-20 (00:00:12)**<br>19:20  A. Yeah, of course it is. So this is the prerequisite    08:23<br>19:21 to -- to sell the product.    08:23 | Paltian-Samsung.8 |
| 21:8 - 21:10 | **Paltian Markus 2012-03-20 (00:00:07)**<br>21:8  Q. Okay. So it's part of your job to make the firmware   08:26<br>21:9 that you develop to comply with the 3GPP standard;    08:26<br>21:10 right?    08:26 | Paltian-Samsung.9 |
| 21:12 - 21:15 | **Paltian Markus 2012-03-20 (00:00:08)**<br>21:12  A. Yes.    08:26<br>21:13 BY MR. MACK:    08:26 | Paltian-Samsung.10 |

DEFENDANT'S EXHIBIT NO. 804<br>United States District Court<br>Northern District of California<br>No. 11-CV-01846-LHK (PSG)<br>Apple Inc v. Samsung Elecs.<br>Date Admitted:_____ By:_____

## Paltian-Samsung-Affirmative

| Designation | Source | ID |
|---|---|---|
| | 21:14  Q. Okay. And how important is it that your firmware  08:26<br>21:15 complies with the 3GPP standard?  08:26 | |
| 21:18 - 21:18 | **Paltian Markus 2012-03-20 (00:00:04)**<br>21:18  A. Yeah, I think it's most — most important.  08:26 | Paltian-Samsung.11 |
| 52:24 - 53:7 | **Paltian Markus 2012-03-20 (00:00:32)**<br>52:24 (Intel exhibit 4 marked for identification.)  09:25<br>52:25 BY MR. MACK:<br>53:1  Q. Okay. This exhibit 4 is entitled "X-Gold 61x Product  09:25<br>53:2 Specification." Do you see that?  09:25<br>53:3  A. Mm-hmm.  09:25<br>53:4  Q. And have you seen this particular product specification  09:25<br>53:5 before?  09:25<br>53:6  A. I think yes. Not in a printed version, but I have — I  09:25<br>53:7 have seen the electronic version.  09:25 | Paltian-Samsung.12 |
| 78:9 - 78:11 | **Paltian Markus 2012-03-20 (00:00:21)**<br>78:9  Q. I'm going to hand you what's been marked as Intel  10:19<br>78:10 exhibit 5. It's a document entitled "3GPP TS 25.214,"  10:19 | Paltian-Samsung.13 |
| 79:8 - 79:9 | **Paltian Markus 2012-03-20 (00:00:05)**<br>79:8  Q. Well, have you read this technical specification before?  10:20<br>79:9  A. I've read it many times, yes.  10:20 | Paltian-Samsung.14 |
| 89:8 - 89:12 | **Paltian Markus 2012-03-20 (00:00:21)**<br>89:8  Q. Could you turn to page 25 of this document, the section  10:38<br>89:9 entitled "Maximum and minimum power limits."  10:39<br>89:10  A. Mm-hmm.  10:39<br>89:11  Q. Have you read this section before?  10:39<br>89:12  A. Yes.  10:39 | Paltian-Samsung.15 |
| 96:2 - 96:4 | **Paltian Markus 2012-03-20 (00:00:13)**<br>96:2  Q. Okay. This -- this second paragraph that you read to  10:53<br>96:3 yourself, is that paragraph implemented in the firmware  10:53<br>96:4 that you developed for the X-Gold 616?  10:53 | Paltian-Samsung.16 |
| 96:6 - 96:16 | **Paltian Markus 2012-03-20 (00:00:40)**<br>96:6  A. On -- yes, so the functionality that is described here  10:53<br>96:7 for using the E-DPDCH gain factors is implemented in the  10:53<br>96:8 firmware that I wrote.  10:54<br>96:9 BY MR. MACK:<br>96:10  Q. Okay. So at least the first sentence -- we'll leave out  10:54<br>96:11 the second sentence for now, but at least the first  10:54<br>96:12 sentence, that just talks about reducing the gain  10:54<br>96:13 factors on the E-DPDCH channels when the user equipment  10:54<br>96:14 exceeds its maximum allowed transmit power, that part is  10:54<br>96:15 implemented in the firmware that you developed for the  10:54<br>96:16 X-Gold 616?  10:54 | Paltian-Samsung.17 |
| 96:18 - 96:18 | **Paltian Markus 2012-03-20 (00:00:02)**<br>96:18  A. Yes.  10:54 | Paltian-Samsung.18 |
| 110:10 - 110:17 | **Paltian Markus 2012-03-20 (00:00:27)** | Paltian-Samsung.19 |

**Paltian-Samsung-Affirmative**

| Designation | Source | ID |
|---|---|---|
| | 110:10  Q. But other than the misbehavior that you just described, 11:22<br>110:11  for all the other cases, is this sentence -- is the 11:22<br>110:12  sentence that says, "Any scaling, and any reduction in 11:22<br>110:13  ... gain factors as described above, shall only be 11:22<br>110:14  applied or changed at a DPCCH slot boundary," was that 11:22<br>110:15  implemented in the firmware that you developed for the 11:23<br>110:16  X-Gold 616? 11:23<br>110:17  A. Yes. 11:23 | |
| 111:22 - 112:11 | **Paltian Markus 2012-03-20 (00:01:21)**<br>111:22  Q. So do you see this -- this is this class -- well, first 11:25<br>111:23  off, do you recognize this source code? 11:25<br>111:24  A. Yes. 11:25<br>111:25  Q. And what do you recognize this source code to be? 11:25<br>112:1  A. You know, this is part of the uplink power control 11:26<br>112:2  firmware source codes -- source codes, and this -- the 11:26<br>112:3  class, it is given here.  It's responsible for 11:26<br>112:4  implementing the calculation of the reduced gain factors 11:26<br>112:5  in the case of maximum transmit power, when the firmware 11:26<br>112:6  is supposed to reduce the beta ED or the ED gains. 11:26<br>112:7  Q. So this is the class that's responsible for reducing the 11:26<br>112:8  enhanced -- the E-DPDCH transmit power gains in the case 11:26<br>112:9  where the total transmit power exceeds the maximum 11:26<br>112:10  allowed? 11:27<br>112:11  A. Yes. 11:27 | Paltian-Samsung.20 |
| 112:24 - 113:11 | **Paltian Markus 2012-03-20 (00:00:42)**<br>112:24  Q. And if you look at the Bates numbers at the bottom 11:28<br>112:25  right, the 750DOC000003, that's just three -- do you see 11:28<br>113:1  the function that's -- there's a function called "Reduce 11:28<br>113:2  E-DPDCH Gains."  Do you see that function? 11:28<br>113:3  A. Yes. 11:28<br>113:4  Q. Is that the function that's called when the total 11:28<br>113:5  transmit power of the user equipment exceeds the maximum 11:28<br>113:6  allowed power? 11:28<br>113:7  A. Yes. 11:28<br>113:8  Q. And did you write this function? 11:28<br>113:9  A. Yes. 11:28<br>113:10  Q. Did you write all of it? 11:28<br>113:11  A. Yes. 11:28 | Paltian-Samsung.21 |

Samsung Affirmative = 00:07:17
**Total Time = 00:07:17**