# EXHIBIT G

**Deposition Testimony Played During the Cross Examination of Peter Bressler**

| Trial Transcript | Deposition Testimony |
|---|---|
| 1103:6 | Deposition of Peter Bressler, dated April 24, 2012 (Bressler Depo.), 145:24-146:7 |
| 1195:25 | Bressler Depo., 19:3-9 |
| 1198:4 | Bressler Depo., 210:14-24 |
| 1199:19 | Bressler Depo., 209:9-21 |
| 1201:4 | Bressler Depo., 212:25-213:4 |
| 1210:22 | Bressler Depo., 171:24-172:4 |
| 1212:10 | Bressler Depo., 168:18-169:2 |

DEFENDANT'S EXHIBIT NO.
807
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:________ By:________

# Apple v Samsung



## Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter] 7 CLIPS (RUNNING 00:02:46.415)



### Did anyone inform you that courts ...

**PB-01903** **1 SEGMENT (RUNNING 00:00:19.750)**



**1. PAGE 19:03 TO 19:09 (RUNNING 00:00:19.750)**

Q. Did anyone inform you that courts
also used language where functionality is
analyzed as to whether or not the element is
primarily functional as opposed to primarily
ornamental?
A. I don't recall being familiar with
those specific terms.

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]** 7 CLIPS (RUNNING 00:02:46.415)

I'm trying to find out. We'll get to ...



**PB145L24** 1 SEGMENT (RUNNING 00:00:26.937)

**1. PAGE 145:24 TO 146:07 (RUNNING 00:00:26.937)**

```
Q. I'm trying to find out. We'll get to
other opinions you have. I'm trying to find a
baseline here right now.
Please tell me, In your expert
opinion, do you believe that consumers get
confused during the course of their purchasing
decisions and confuse Apple devices with
Samsung devices or vice versa?
A. I do not know if they get confused.
```

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]** 7 CLIPS (RUNNING 00:02:46.415)

 With respect to the competitive ...

**PB-16818** **2 SEGMENTS (RUNNING 00:00:22.394)** 

**1. PAGE 168:18 TO 168:22 (RUNNING 00:00:15.644)**

Q. With respect to the competitive phones that you looked at, what did you do to try and determine what the differences in cost were from a manufacturing or production perspective?

**2. PAGE 168:25 TO 169:02 (RUNNING 00:00:06.750)**

A. I did not do anything specific on each phone to determine a comparable manufacturing cost of each phone.

 Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter] 7 CLIPS (RUNNING 00:02:46.415)

Do you have any information for the ...

PB-17124 1 SEGMENT (RUNNING 00:00:20.241)



1. PAGE 171:24 TO 172:04 (RUNNING 00:00:20.241)

Q. Do you have any information for the other phones, these 10 competitive phones that you identified, as to whether any product feature of those phones affected the cost of the article?
A. No.

# Apple v Samsung



## Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter] 7 CLIPS (RUNNING 00:02:46.415)

 Using your definition of "functional" ...



**PB-20909 3 SEGMENTS (RUNNING 00:00:31.750)**

**1. PAGE 209:09 TO 209:11 (RUNNING 00:00:15.000)**

Q. Using your definition of "functional" in your analysis, is the use of a cover that is transparent over a display functional?

**2. PAGE 209:14 TO 209:18 (RUNNING 00:00:12.000)**

A. I believe it is not exclusively functional.
Q. And therefore, by your definition, it is not functional; correct?
A. Correct.

**3. PAGE 209:20 TO 209:21 (RUNNING 00:00:04.750)**

A. It is not functional as we've defined it relative to a design patent.

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]** 7 CLIPS (RUNNING 00:02:46.415)

Let me try it this way. In your ...

**PB-21014** **2 SEGMENTS (RUNNING 00:00:26.750)** 

**1. PAGE 210:14 TO 210:17 (RUNNING 00:00:17.750)**

Q. Let me try it this way. In your view, is the incorporation of a display element functional as you've defined the term for smartphones?

**2. PAGE 210:20 TO 210:24 (RUNNING 00:00:09.000)**

A. Given the way it's been defined here, no.
Q. And when you say "here," you're talking about in your expert analysis.
A. That's correct.

**Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]** 7 CLIPS (RUNNING 00:02:46.415)

 In your view, is the location of the ...

PB-21225 1 SEGMENT (RUNNING 00:00:18.593)



**1. PAGE 212:25 TO 213:04 (RUNNING 00:00:18.593)**

Q. In your view, is the location of the speaker or the receiver aperture in the upper portion of the front face of a smartphone functional as you have used that term?
A. No.

**TOTAL: 7 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:02:46.415)**