# EXHIBIT H

## Deposition Testimony Played During the Cross Examination of Hal Poret

| Trial Transcript | Deposition Testimony |
| --- | --- |
| 1612:5 | Deposition of Hal Poret, dated April 19, 2012 (Poret Depo.), 165:9-16 |

DEFENDANT'S EXHIBIT NO.
808
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.

Date Admitted _____ By: _____

Apple v Samsung



**Poret, Hal (Vol. 01) - 04/19/2012 [Poret, Hal]**          1 CLIP  (RUNNING 00:00:38.000)

Okay.  So you cannot get from the chart in     14:40 ...

HP-16509                    1 SEGMENT  (RUNNING 00:00:38.000)

1. PAGE 165:09 TO 165:16  (RUNNING 00:00:38.000)

```
09       Q.  Okay.  So you cannot get from the chart in      14:40
10   paragraph 91 to secondary meaning; is that right?       14:40
11       A.  You cannot get -- you cannot use that chart     14:40
12   to say what the secondary meaning level was in July of  14:40
13   2010 nor can you do anything that Dr. Jacoby did with   14:40
14   these numbers in his report.                            14:40
15           It's just a broad brush common sense look at    14:40
16   the pattern.                                            14:40
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:38.000)