# EXHIBIT I

## Deposition Testimony Played During the Cross Examination of Russell Winer

| Trial Transcript | Deposition Testimony |
|---|---|
| 1533:1 | Deposition of Russell Winer, dated April 27, 2012 (Winer Depo.), 35:7-15 |
| 1535:24 | Winer Depo., 258:23-259:03 |

DEFENDANT'S EXHIBIT NO.
809
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.

Date Admitted _____ By _____

## Apple v Samsung

Winer, Russell (Vol. 01) - 04/27/2012 [Winer, Russell]         2 CLIPS  (RUNNING 00:00:43.409)

Do you believe that consumers out     09:46AM ...

RW-03507                    1 SEGMENT  (RUNNING 00:00:19.991)             

1. PAGE 35:07 TO 35:15 (RUNNING 00:00:19.991)

```
07      Q.   Do you believe that consumers out        09:46AM
08   there in the real world have actually bought     09:46AM
09   Apple devices thinking they are Samsung          09:46AM
10   devices?                                         09:46AM
11      A.   I have no evidence of that.              09:46AM
12      Q.   I am asking about your belief.           09:46AM
13   Do you believe it?                               09:46AM
14      A.   I have no response.  I have no           09:46AM
15   idea.                                            09:47AM
```

## Apple v Samsung

 **Winer, Russell (Vol. 01) - 04/27/2012 [Winer, Russell]**  2 CLIPS (RUNNING 00:00:43.409)

Please tell me your expert          03:10PM ...

RW-25823                1 SEGMENT (RUNNING 00:00:23.418)

1. PAGE 258:23 TO 259:03 (RUNNING 00:00:23.418)

```
         23      Q.   Please tell me your expert           03:10PM
         24   opinion as to what objective quantification  03:10PM
         25   has been as to the number of purchasers who  03:10PM
   00259:01   bought a Samsung device in lieu of buying an 03:10PM
         02   Apple device?                                03:10PM
         03      A.   I can't quantify that.               03:10PM
```

TOTAL: 2 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:00:43.409)