# EXHIBIT J

**Deposition Testimony Played During the Cross Examination of Peter Bressler**
**August 17, 2012**

| Trial Transcript | Deposition Testimony |
|---|---|
| 3609:25 | Deposition of Peter Bressler, dated April 24, 2012 (Bressler Depo.), 176:18-25 |
| 3611:4 | Bressler Depo., 177:1-5 |
| 3612:6 | Bressler Depo., 121:6-13 |

**DEFENDANT'S EXHIBIT**
**NO. 810.001**
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By: _____

**Case Clip(s) Detailed Report**
Friday, August 17, 2012, 6:56:56 PM

## Apple v Samsung NDCA

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**   **3 CLIPS  (RUNNING 00:00:38.869)**

 In the eyes of the ordinary observer, ...

PB-12106                         **1 SEGMENT  (RUNNING 00:00:16.377)** 

**1. PAGE 121:06 TO 121:13 (RUNNING 00:00:16.377)**

```
06       Q.    In the eyes of the ordinary observer,
07   is the design shown in the '889 design patent
08   the same or substantially the same as the first
09   iPad?
10       A.    I think the ordinary observer would
11   see significant similarities, but I don't think
12   they would see them as being substantially the
13   same.
```

 Do you believe that the use of a ...

PB-17618                        **2 SEGMENTS  (RUNNING 00:00:12.638)** 

**1. PAGE 176:18 TO 176:20 (RUNNING 00:00:10.391)**

```
18       Q.    Do you believe that the use of a
19   rectangular shape with rounded corners for
20   electronic devices is proprietary to Apple?
```

**2. PAGE 176:24 TO 176:25 (RUNNING 00:00:02.247)**

```
24       A.    That element by itself, I do not
25   believe is.
```

 Do you believe that the use of a ...

PB-17701                        **2 SEGMENTS  (RUNNING 00:00:09.854)** 

**1. PAGE 177:01 TO 177:03 (RUNNING 00:00:08.865)**

```
00177:01      Q.    Do you believe that the use of a
     02   large display screen for an electronic device
     03   is proprietary to Apple?
```

**2. PAGE 177:05 TO 177:05 (RUNNING 00:00:00.989)**

```
05       A.    No.
```

**TOTAL: 3 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:00:38.869)**