UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING INFORMATION FOR DAMAGES INSTRUCTIONS |

The Court requests that each party file a statement, by 9:00 a.m. on Monday, August 20, 2012, which includes the following information:

- Each party shall provide a chart indicating which types of damages (lost profits, reasonable royalties, or defendant's profits) each party is seeking with respect to each intellectual property right asserted.

- Each party shall also provide a proposed chart that corresponds with final jury instruction number 61.3.  The chart should demonstrate to the jury when the jury may award more than one damage award for devices that infringe multiple intellectual property rights, and when multiple damage awards result in forbidden duplicative recovery.

- Apple shall indicate for which claims (and which accused devices) it is electing Samsung's profits as damages.

**IT IS SO ORDERED.**

Dated: August 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING INFORMATION FOR DAMAGES INSTRUCTIONS