QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | CASE NO. 11-cv-01846-LHK <br><br> **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE COURT ORDER AND TO CORRECT THE ADMITTED EXHIBIT LIST** |

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of SDX 3973.009.

3. Attached hereto as **Exhibit B** is a true and correct copy of SDX 3973.010.

4. Manually filed herewith as **Exhibit C** is a true and correct copy of PX 24.5.

5. Manually filed herewith as **Exhibit D** is a true and correct copy of PX 24.6.

6. Manually filed herewith as **Exhibit E** is a true and correct copy of PX 24.7.

7. Manually filed herewith as **Exhibit F** is a true and correct copy of PX 64.

8. Manually filed herewith as **Exhibit G** is a true and correct copy of PX 66A.

9. Manually filed herewith as **Exhibit H** is a true and correct copy of PX 66B.

10. Manually filed herewith as **Exhibit I** is a true and correct copy of DX 751A.

11. Manually filed herewith as **Exhibit J** is a true and correct copy of DX 2557.

12. Manually filed herewith as **Exhibit K** is a true and correct copy of SDX 3918.103.

13. Manually filed herewith as **Exhibit L** is a true and correct copy of SDX 3918.104.

14. Manually filed herewith as **Exhibit M** is a true and correct copy of SDX 3918.105.

15. Manually filed herewith as **Exhibit N** is a true and correct copy of SDX 3918.106.

16. Manually filed herewith as **Exhibit O** is a true and correct copy of SDX 3952.101.

17. Manually filed herewith as **Exhibit P** is a true and correct copy of SDX 3952.102.

18. Manually filed herewith as **Exhibit Q** is a true and correct copy of SDX 3967.006.

19. Manually filed herewith as **Exhibit R** is a true and correct copy of SDX 3967.012.

20. Manually filed herewith as **Exhibit S** is a true and correct copy of SDX 3967.015.

21. Manually filed herewith as **Exhibit T** is a true and correct copy of SDX 3967.025.

22. Manually filed herewith as **Exhibit U** is a true and correct copy of SDX 3967.028.

23. Manually filed herewith as **Exhibit V** is a true and correct copy of SDX 3967.043.

24. Manually filed herewith as **Exhibit W** is a true and correct copy of DX 556.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 19, 2012, at San Jose, California.

*/s/ Diane C. Hutnyan*

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Diane Hutnyan.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Victoria Maroulis