

# January 6, 2010 Email re: P3





SDX3973.009