

# January 6, 2010 Email re: P3



SDX3973.010