UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Honorable Lucy H. Koh**
Courtroom 1 - 5th Floor

## Civil Minute Order

Date: August 17, 2012                                    Time in Court: 6 hours and 10 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge and Irene Rodriguez

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, Michael Jacobs, Rachel Krevans, William Lee, Mark Selwyn
Defendant Attorney(s) present: Charles Verhoeven, William Price, Kevin Johnson, Victoria Maroulis, Michael Zeller

**PROCEEDINGS:**
**Jury Trial**

8:35 AM: Hearing is held outside the presence of the jury.
9:05 AM: Jury is summoned.  Continue examination of Hyoung Kim, previously sworn.
9:25 AM: Mr. Kim is excused and not subject to recall.  Edward Knightly is sworn and examined.
9:57 AM: Mr. Knightly is excused and not subject to recall.
9:58 AM: Susan Kare is sworn and examined.
10:11 AM: Ms. Kare is excused and not subject to recall.
10:12 AM: Michael Walker is sworn and examined.
10:28 AM: Court takes mid morning recess.
10:47 AM: Hearing is held outside the presence of the jury.
10:50 AM: Proceedings resume.  Continue examination of Michael Walker.
11:31 AM: Mr. Walker is excused and not subject to recall.
11:32 AM: Richard Donaldson is sworn and examined.
11:47 AM: Mr. Donaldson is excused and not subject to recall.
11:48 AM: Video deposition of Seung-Ho Ann is presented to the jury.
11:55 AM: Video deposition of Jun Won Lee is presented to the jury.
12:04 PM: Jury is excused for lunch recess.  Hearing is held outside the presence of the jury.
12:13 PM: Court takes lunch recess.

**Continued Page 2**

1:13 PM: Hearing is held outside the presence of the jury.
1:24 PM: Proceedings resume.
1:25 PM: Janusz Ordover is sworn and examined.
1:47 PM: Mr. Ordover is excused and not subject to recall.
1:50 PM: Peter Bressler is sworn and examined.
2:18 PM: Mr. Bressler is excused and not subject to recall.
2:19 PM: Karan Singh is sworn and examined.
2:37 PM: Mr. Singh is excused and not subject to recall.
2:38 PM: Ravin Balakrishnan is sworn and examined.
2:46 PM: Mr. Balakrishnan is excused and not subject to recall.
2:47 PM: Jury is excused for mid afternoon recess.  Hearing is held outside presence of jury.
2:48 PM: Court takes mid afternoon recess.
3:04 PM: Hearing is held outside the presence of the jury.
3:07 PM: Jury is summoned.  Plaintiff rests.
3:08 PM: David Teece is sworn and examined.
3:21 PM: Mr. Teece is excused.  Tim Williams is sworn and examined.
3:28 PM: Mr. Williams is excused.
3:29 PM: Woodward Yang is sworn and examined.
3:38 PM: Mr. Yang is excused.  Jury is excused for the day and instructed to return 8/21/12 at
9:00 a.m.  Jury is instructed not to discuss case.
3:39 PM: Court takes recess.
3:46 PM: Proceedings resume.  Hearing held regarding rule 50 motions.
4:27 PM: Court is adjourned.  Counsel to be present 8/20/12 at 12:00 p.m.

The following exhibits are admitted into evidence:
**Plaintiffs:** 100, 104, 1060, 97, 2277, 2278, 74, 1085, 101, 72, 84, 122, 193, 1084, 70, 81, 1078, 1048, 1049, 1047, 1066
**Defendants:** 613, 549