| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | MARK D. SELWYN (SBN 244180) |
| RICHARD S.J. HUNG (CA SBN 197425) | mark.selwyn@wilmerhale.com |
| rhung@mofo.com | WILMER CUTLER PICKERING |
| JASON R. BARTLETT (CA SBN 214530) | HALE AND DORR LLP |
| jasonbartlett@mofo.com | 950 Page Mill Road |
| MORRISON & FOERSTER LLP | Palo Alto, California 94304 |
| 425 Market Street | Telephone: (650) 858-6000 |
| San Francisco, California 94105-2482 | Facsimile: (650) 858-6100 |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S STATEMENT REGARDING UPDATES AND PATCHES THAT RELATE TO ATTEMPTS TO DESIGN AROUND THE PATENTS-IN-SUIT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In accordance with the Court's order in Dkt. No. 1844, Apple states the following.

To the best of Apple's knowledge, design arounds were not automatically installed on the accused Samsung products used in this litigation. Instead, notifications like those depicted below appeared periodically to prompt users to install updates.



Manually updating Samsung phones to Android version 2.3.5 or above resulted in the appearance of the "blue glow" design around for the '381 patent that was excluded by Judge Grewal. (Dkt. No. 898 at 9.) Because certain accused Samsung products in evidence have active mobile data connections that will cause those devices to connect to the Internet any time those devices are powered on, the instruction to decline update requests should be provided to the jury out of an abundance of caution.

With respect to the accused Apple products, there are no updates or patches that attempt to design around the Samsung patents-in-suit.

Dated:  August 20, 2012          MORRISON & FOERSTER LLP

By:  */s/ Michael A. Jacobs*
Michael A. Jacobs

APPLE'S STATEMENT RE: UPDATES AND PATCHES THAT RELATE TO DESIGN AROUND ATTEMPTS
CASE NO. 11-cv-01846-LHK
sf-3185307