QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S RESPONSE TO ORDER RE: APPLE'S REQUEST FOR DIRECTION TO JURY REGARDING USE OF INTERNET ON DEVICES IN EVIDENCE DURING DELIBERATIONS** |

On Sunday, August 19, 2012 the Court requested that Samsung file a statement explaining how updates or patches can be automatically or inadvertently installed. (Dkt. 1844 at 1). Such software updates or patches may occur in two ways.

First, there are system updates. These updates may affect, among other things, the native browser, gallery, and contacts list. For this type of update, the user usually presses a button, which will cause the upgrade to occur. A user who is unfamiliar with the operation of the device could inadvertently press this button or press the button intentionally without understanding that it will change the behavior of the device. Additionally, in at least two situations an update can occur without user intervention. If the phone is activated through AT&T or T-Mobile, and if an update has been previously declined three times, the system update can automatically occur the fourth time; the user has no choice. If a system update occurs under any situation, it may include design-arounds or other changes that can alter the behavior of the native browser, gallery, and contacts list on the devices.

Second, certain applications may automatically update without user intervention if the option for "Auto-update apps" is set, for example, in Android Marketplace, which is the Android app store. Such updates may not require user intervention to download and install automatically.

The risk that a juror will inadvertently install an update that will contain a design-around is real. Samsung reiterates its concern and asks the Court to disallow internet access entirely on these devices.

1 | DATED: August 20, 2012        Respectfully submitted,

2                                 QUINN EMANUEL URQUHART &
3                                 SULLIVAN, LLP

4

5                                     By /s/ *Victoria Maroulis*
                                         Charles K. Verhoeven
6                                        Kevin P.B. Johnson
                                         Victoria F. Maroulis
7                                        Michael T. Zeller
8                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
9                                        INC. and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28