# Exhibit A

# Remedies for Apple's Asserted Intellectual Property

| Available Remedies | UTILITY PATENTS | | | DESIGN PATENTS | | | | TRADE DRESS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | '163 | '381 | '915 | 'D087 | 'D305 | 'D677 | 'D889 | iPhone 3G | iPhone/iPhone 3G/iPhone 4 | iPad & iPad2 | '983 |
| Samsung's Profits (Trade Dress) | | | | | | | | X | X | X | X |
| Samsung's Profits (Design Patent) | | | | X | X | X | X | | | | |
| Apple's Lost Profits | X | X | X | X | | X | X | X | X | X | X |
| Reasonable Royalties | X | X | X | X | X | X | X | | | | |