# Exhibit B

# Samsung Products Accused of Infringing/Diluting Apple's Asserted Intellectual Property

*The color coded instructions listed below apply for each accused product separately.  Each product should be evaluated individually with respect to the patents and individual remedies:

| Exhibit | Accused Products | UTILITY PATENTS | | | DESIGN PATENTS | | | | TRADE DRESS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | '163 | '381 | '915 | 'D087 | 'D305 | 'D677 | 'D889 | iPhone 3G | iPhone/ iPhone 3G/ iPhone 4 | iPad & iPad2 | '983 |
| JX 1011 | 1. Captivate | X | X | X | | X | | | X | X | | X |
| JX 1016 | 2. Continuum | X | X | X | | X | | | X | X | | X |
| JX 1025 | 3. Droid Charge | X | X | X | | X | | | X | X | | X |
| JX 1012 | 4. Epic 4G | X | X | X | | X | | | X | X | | X |
| JX 1028 | 5. Exhibit 4G | X | X | X | | | | | | | | |
| JX 1013 | 6. Fascinate | X | X | X | | X | X | | X | X | | X |
| JX 1030 | 7. Galaxy Ace* | X | X | X | | | X | | | X | | |
| JX 1022 | 8. Galaxy Prevail | X | X | X | | | | | X | X | | X |
| JX 1032 | 9. Galaxy S (i9000)* | X | X | X | X | X | X | | X | X | | X |
| JX 1019 | 10. Galaxy S 4G | X | X | X | X | X | X | | X | X | | X |
| JX 1031 | 11. Galaxy S II (AT&T) | X | X | X | X | | X | | X | X | | X |
| JX 1007 | 12. Galaxy S II (i9100)* | X | X | X | X | | X | | X | X | | X |
| JX 1033 | 13. Galaxy S II (T-Mobile) | X | | X | | | X | | X | X | | X |
| JX 1034 | 14. Galaxy S II (Epic 4G Touch) | | | | X | | X | | X | X | | X |
| JX 1035 | 15. Galaxy S II (Skyrocket) | | | | X | | X | | X | X | | X |
| JX 1017 | 16. Galaxy S Showcase (i500) | | | | | X | X | | X | X | | X |
| JX 1036 | 17. Galaxy Tab | X | X | X | | | | | | | | |
| JX 1037 | 18. Galaxy Tab 10.1 (WiFi and LTE) | X | X | X | | | | X | | | X | |
| JX 1038 | 19. Galaxy Tab 10.1 (4G LTE) | | | | | | | X | | | X | |
| JX 1020 | 20. Gem | X | X | X | | X | | | | | | |
| JX 1026 | 21. Indulge | X | X | X | | X | | | | | | |
| JX 1027 | 22. Infuse 4G | X | X | X | X | X | X | | X | X | | X |
| JX 1009 | 23. Intercept | X | | X | | | | | | | | |
| JX 1015 | 24. Mesmerize | X | X | X | | X | X | | X | X | | X |
| JX 1023 | 25. NeXus S 4G | X | X | X | | | | | | | | |
| JX 1024 | 26. Replenish | X | X | X | | | | | | | | |
| JX 1014 | 27. Transform | X | | X | | | | | | | | |
| JX 1010 | 28. Vibrant | X | X | X | X | X | X | | X | X | | X |

* You should award Apple a reasonable royalty for each violation but only if you have not awarded Samsung's profits for any asset stated in the *blue* or *green* columns.

* If you award Samsung's profits to Apple, you are done for that product.  If you award a reasonable royalty, you may also award a reasonable royalty for infringement of one or more utility patents.

* If you award either Apple's profits or Samsung's profits to Apple, you are done for that product.  If you award neither, consider the remedies stated in the columns to the left.