# Exhibit D

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5
      APPLE INC., A CALIFORNIA    ) C-11-01846 LHK
 6    CORPORATION,                )
                                  ) SAN JOSE, CALIFORNIA
 7              PLAINTIFF,        )
                                  ) AUGUST 16, 2012
 8         VS.                    )
                                  ) VOLUME 10
 9    SAMSUNG ELECTRONICS CO.,    )
      LTD., A KOREAN BUSINESS     ) PAGES 2966-3386
10    ENTITY; SAMSUNG             )
      ELECTRONICS AMERICA,        )
11    INC., A NEW YORK            )
      CORPORATION; SAMSUNG        )
12    TELECOMMUNICATIONS          )
      AMERICA, LLC, A DELAWARE    )
13    LIMITED LIABILITY           )
      COMPANY,                    )
14                                )
                DEFENDANTS.       )
15    _____

16             TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22

23  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
24                           IRENE RODRIGUEZ, CSR, CRR
                             CERTIFICATE NUMBER 8074
25
```

1  USED FOR TRADE DRESS VIOLATIONS?
2  A    YES.  AND, AGAIN, WE CAN SEE IN THE
3  ENUMERATION, ONE, DEFENDANT'S PROFITS, THAT WOULD
4  BE SAMSUNG AGAIN; AND DAMAGES SUSTAINED BY
5  PLAINTIFF, THAT WOULD BE LOST PROFITS; AND COSTS OF
6  THE ACTION.  I'M NOT GIVING ANY OPINION ON THAT
7  THIRD PIECE.
8  Q    AND IF WE COULD SEE SLIDE 34B.74.  THIS ONE IS
9  JUST HEADED PATENT DAMAGES.
10          WHAT IS THIS TEST?
11 A    YES.  AND THIS TEST BASICALLY SAYS THAT UNDER
12 A UTILITY PATENT, THE PATENTEE IS ENTITLED TO
13 DAMAGES ADEQUATE TO COMPENSATE FOR INFRINGEMENT,
14 BUT UNDER NO EVENT LESS THAN A REASONABLE ROYALTY.
15          SO THAT'S WHY YOU USE THOSE TWO FORMS,
16 LOST PROFITS OR, IN THE ALTERNATIVE, A REASONABLE
17 ROYALTY.
18 Q    OKAY.  YOU'VE TALKED, MR. MUSIKA, ABOUT THREE
19 DIFFERENT FORMS OF DAMAGES AND 22 MILLION PHONES
20 AND TABLETS.
21          DID YOU DO ANYTHING TO MAKE SURE THAT YOU
22 WERE NOT DOUBLE COUNTING THE DAMAGES FOR ANY ONE OF
23 THOSE PHONES AND TABLETS?
24 A    I DID.
25 Q    WHAT DID YOU DO?

1   A     WELL, IT'S -- IT'S -- IT'S EASY TO VISUALIZE,
2   BUT IT'S HARD TO IMAGINE.
3         BUT THE CALCULATION REALLY HAD TO BE DONE
4   ON A PHONE-BY-PHONE, TABLET-BY-TABLET BASIS.  EACH
5   PHONE, EACH TABLET DESERVES OR GETS ITS OWN DAMAGE,
6   AND SO THAT CALCULATION HAD TO BE DONE INDIVIDUALLY
7   ON EACH ONE OF THOSE PRODUCTS.
8   Q     AND HOW DID YOU DECIDE, FOR EACH ONE OF THOSE
9   PRODUCTS, WHICH OF THE THREE DIFFERENT KINDS OF
10  DAMAGES YOU DESCRIBED SHOULD BE ASSIGNED TO IT?
11  A     WELL, THERE WERE SEVERAL CRITERIA.  ONE WE
12  JUST WENT THROUGH, WHICH IS THE FORM OF DAMAGES.
13        ANOTHER WOULD BE THE TIME PERIOD IN
14  WHICH -- NOT ALL SALES OCCURRED AT THE SAME TIME.
15  THEY OCCURRED AT DIFFERENT TIMES.
16        AND NOT ALL THE INTELLECTUAL PROPERTY,
17  WHETHER IT WAS A UTILITY PATENT OR A DESIGN PATENT,
18  THEY DIDN'T ALL ISSUE AT ONCE.  SO THEY ISSUED AT
19  VARIOUS POINTS IN TIME.
20        SO IT'S REALLY THE INTERSECTION OF WHEN
21  SOMETHING WAS SOLD, WHICH FORM OF DAMAGES -- WHICH
22  FORM OF INTELLECTUAL PROPERTY IT IS ACCUSED OF, AND
23  THEN MAKING THAT CALCULATION ON, AGAIN, A
24  UNIT-BY-UNIT BASIS.
25  Q     OKAY.  COULD WE SEE SLIDE 34B.56.

1           WHAT HAVE YOU DEPICTED ON THIS SLIDE,
2    MR. MUSIKA?
3    A    I THINK THIS IS GOING TO HELP SHOW AND EXPLAIN
4    WHAT I WAS JUST BRIEFLY TRYING TO EXPLAIN.
5           I'VE GOT 22 PHONES AT THE TOP, AND THINK
6    OF THESE AS EITHER PHONES OR TABLETS, IT DOESN'T
7    MATTER.  BUT EACH ONE OF THOSE REPRESENTS A MILLION
8    UNITS TO TRY AND KEEP US ORIENTED ON THE 22 MILLION
9    TOTAL UNITS.
10          AND SO AS WE JUST WENT THROUGH, I HAVE
11   THREE FORMS OF DAMAGE.  EACH ONE OF THOSE PHONES,
12   EACH ONE OF THOSE 22 MILLION PHONES, HAS TO GO IN
13   ONE OF THOSE CATEGORIES, BUT NOT TWO CATEGORIES.
14   IF WE PUT IT IN TWO CATEGORIES, THEN WE'RE GOING TO
15   END UP WITH DOUBLE COUNTING.
16   Q    OKAY.  CAN YOU JUST WALK US THROUGH,
17   UNDERSTANDING THIS IS A SIMPLIFICATION, WALK US
18   THROUGH THE ALLOCATION THAT YOU MADE.
19   A    WELL, THE ALLOCATION THAT I MADE WAS I, I
20   FIRST -- I THINK THE NEXT SLIDE IS GOING TO SHOW
21   THE AMOUNT OF 17 MILLION UNITS SHOULD SLIDE DOWN,
22   AND I CALCULATED THEM AS SAMSUNG'S PROFITS.  THAT'S
23   THE UNJUST GAIN.  SO I'M USING THAT FORM OF DAMAGES
24   FOR APPROXIMATELY 17 MILLION OF THE TOTAL 22
25   MILLION.

1   Q    OKAY.  HOW MANY OF THE 5 MILLION LEFT DID YOU
2   PUT IN THE APPLE LOST PROFITS DAMAGES CATEGORY?
3   A    I PUT TWO INTO THE LOST PROFITS CATEGORY, SO
4   WE SHOULD HAVE TWO OF THOSE SLIDE DOWN, AND 2
5   MILLION, APPROXIMATELY, COME DOWN THERE.
6            AND THAT, OF COURSE, LEAVES THE 3
7   MILLION, AND YOU CAN OF COURSE GUESS WHERE THOSE
8   GO, DOWN TO THE REASONABLE ROYALTY.
9            AND WE CAN SEE VERY CLEARLY THAT NO
10  INDIVIDUAL PRODUCT HAS HAD MORE THAN ONE DAMAGE
11  CALCULATED ON IT.
12  Q    OKAY.  THAT LOOKED EASY.
13           CAN YOU DESCRIBE FOR THE JURY THE ACTUAL
14  AMOUNT OF EFFORT THAT IT TOOK TO MAKE THESE
15  ALLOCATIONS AND THEN MAKE THOSE ONE, ONE PHONE BY
16  ONE TABLET DAMAGES CALCULATIONS THAT YOU MADE.
17  A    IT -- I CAN ASSURE YOU, IT'S NOT ME SITTING AT
18  A DESK WITH A CALCULATOR DOING 22 MILLION
19  CALCULATIONS.
20           IN FACT, BECAUSE OF THE VARIOUS
21  COMBINATIONS, THERE ARE LITERALLY HUNDREDS OF
22  MILLIONS OF CALCULATIONS, AND SO THE ONLY WAY,
23  PRACTICALLY, TO DO THIS IS TO WRITE A COMPUTER
24  PROGRAM.
25           AND SO OVER THE LAST YEAR AND A HALF TO

1    TWO YEARS, I HAVE HAD A TEAM OF 20 PEOPLE,
2    ECONOMISTS, PROGRAMMERS, STATISTICIANS AND C.P.A.'S
3    DEVELOPING A MODEL THAT IS DYNAMIC ENOUGH TO TAKE
4    IN ALL 22 MILLION AND MAKE CHANGES AND ADJUSTMENTS,
5    SINCE THIS PROCESS WENT ON FOR A YEAR AND A HALF,
6    AS NEW PRODUCTS CAME IN AND WENT OUT.
7              AND ABOUT 7,000 TOTAL PROFESSIONAL HOURS
8    WERE DEDICATED TOWARDS THE CREATION AND OPERATION
9    OF THAT COMPUTER MODEL.
10   Q    THAT SOUNDS EXPENSIVE.  WAS IT EXPENSIVE?
11   A    IT WAS VERY EXPENSIVE.
12   Q    WHAT DID IT COST TOTAL FOR YOUR TEAM OF 23
13   PEOPLE?
14   A    20 PEOPLE, OVER MORE THAN A YEAR AND A HALF,
15   THAT 7,000 HOURS, WAS APPROXIMATELY $1,750,000.
16   Q    OKAY.  LET'S GO BACK TO THE FIRST CATEGORY YOU
17   TALKED ABOUT, THE SAMSUNG PROFIT CATEGORY.
18             ONCE YOU HAD ALLOCATED 17 MILLION PHONES
19   AND TABLETS TOTAL INTO THAT CATEGORY, WHAT WAS THE
20   NEXT STEP IN DETERMINING THE DAMAGES FOR THOSE 17
21   MILLION DEVICES?
22   A    WELL, IT'S, IT'S MAKING THE ACTUAL
23   CALCULATIONS.  IT'S FIGURING OUT HOW MUCH -- WE NOW
24   KNOW THE UNITS, BUT HOW MUCH DID SAMSUNG ACTUALLY
25   MAKE ON THOSE 17 MILLION?

1    DIRECTLY ATTRIBUTABLE TO THE PRODUCTION AND/OR SALE
2    OF THE ACCUSED DEVICES.
3             AND THIS IS -- AGAIN, THIS ISN'T MY
4    CONSTRUCTION.  THIS IS REALLY GENERALLY ACCEPTED
5    ACCOUNTING PRINCIPALS AND THIS IS DIRECTLY FROM
6    THEIR STATEMENTS.
7             AND THAT GETS US, IF WE DEDUCT THE COST
8    OF GOODS SOLD FROM THE SALES, WE GET A GROSS PROFIT
9    NUMBER AND PERCENTAGE.
10   Q    AND WHAT'S THE GROSS PROFIT PERCENTAGE?
11   A    GROSS PROFIT PERCENTAGE IS, IN THIS STATEMENT
12   IS 39.2 PERCENT.
13   Q    WHAT WAS THE AVERAGE GROSS PROFIT AMOUNT THAT
14   YOU FOUND IN SAMSUNG'S FINANCIAL RECORDS FOR THE $8
15   BILLION IN SALES OF THE ACCUSED PRODUCTS IN THE
16   UNITED STATES?
17   A    ALL RIGHT.  THE ACCUSED PRODUCTS HAVE SLIGHTLY
18   LOWER GROSS PROFIT PERCENTAGE.  PER MY
19   RECOLLECTION, THE OVERALL GROSS PROFIT PERCENTAGE
20   ON JUST THE ACCUSED PRODUCTS WAS APPROXIMATELY 35.5
21   PERCENT.
22   Q    OKAY.  YOU SAID A COUPLE MINUTES AGO THAT IF
23   WE MOVE DOWN THIS SAME PAGE OF EXHIBIT 28, WE'RE
24   GOING TO SEE SOME OTHER KINDS OF EXPENSES.
25   A    YES.

# Apple's Damages Based on Samsung's Phone and Tablet Sales

**SAMSUNG'S PROFITS**



**$ 2.481 B**

**APPLE'S LOST PROFITS**

**REASONABLE ROYALTIES**



PDX 34B.64

