# Exhibit E

1                 UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5

     APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
6    CORPORATION,                )
                                 )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,        )
                                 )  AUGUST 16, 2012
8          VS.                   )
                                 )  VOLUME 10
9    SAMSUNG ELECTRONICS CO.,    )
     LTD., A KOREAN BUSINESS     )  PAGES 2966-3386
10   ENTITY; SAMSUNG             )
     ELECTRONICS AMERICA,        )
11   INC., A NEW YORK            )
     CORPORATION; SAMSUNG        )
12   TELECOMMUNICATIONS          )
     AMERICA, LLC, A DELAWARE    )
13   LIMITED LIABILITY           )
     COMPANY,                    )
14                               )
               DEFENDANTS.       )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24                            IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25

1    Q      AND THE OTHER KEY ASSUMPTION IS THAT YOUR

2    ASSESSMENT OF SAMSUNG'S PROFITS ATTRIBUTABLE TO THE

3    INFRINGING PRODUCTS IS CORRECT.   TRUE, SIR?

4    A      I AGREE WITH THAT.

5    Q      AND JUST TO MAKE THIS KIND OF EASY FOR THE

6    JURY, YOUR CALCULATION OF SAMSUNG'S -- OF SAMSUNG'S

7    PROFITS WAS WHAT PERCENT?

8    A      FOR THAT CALCULATION, IT'S ABOUT 12 PERCENT.

9    Q      AND WHETHER MR. MUSIKA'S CALCULATION OF

10   SAMSUNG'S PROFITS, THE PERCENTAGE, THE

11   CORRESPONDING PERCENTAGE, WAS ABOUT 35.9 PERCENT.

12   IS THAT TRUE, SIR?

13   A      I THOUGHT IT WAS 35.5, BUT YOU MAY BE RIGHT.

14   Q      I'LL TAKE 35.5.   IF YOU APPLY MR. MUSIKA'S

15   CALCULATION OF SAMSUNG'S PROFITABILITY TO ALL THE

16   OTHER INFORMATION ON WHICH YOU REPLIED FOR YOUR

17   $519 MILLION CALCULATION, WHAT NUMBER DO YOU GET?

18   A      I HAVEN'T MADE THE CALCULATION.   IF YOU MADE

19   THE CALCULATION, AND FOR ONCE YOU GUYS DO IT RIGHT,

20   BECAUSE YOU GUYS ALWAYS SEEM TO DO IT WRONG -- I'M

21   SORRY.   IN MR. SHEPPARD'S DEPOSITION, WHEN YOU

22   TRIED TO RECREATE HIS INFORMATION, YOU MADE A $900

23   MILLION MISTAKE.

24            MR. JACOBS:   I'M SORRY, YOUR HONOR.   I

25   MOVE TO STRIKE.