QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S RESPONSE TO ORDER REGARDING INFORMATION FOR DAMAGES INSTRUCTIONS** |

Samsung respectfully responds to the Court's order requesting information for damages instructions (Dkt. No. 1851) as follows:

Samsung seeks only one type of damages, namely a reasonable royalty, and asserts only utility patents.   The chart below provides the requested information corresponding to final jury instruction number 61.3.

| Samsung's Patents | Type of award | Amount of award |
|---|---|---|
| U.S. Patent No. 7,577,460 | Reasonable royalty | |
| U.S. Patent No. 7,456,893 | Reasonable royalty | |
| U.S. Patent No. 7,698,711 | Reasonable royalty | |
| U.S. Patent Nos. 7,447,516 and/or 7,675,941* | Reasonable royalty | |
| **TOTAL** | | |

*Samsung contends that infringement of one or both of the '516 and '941 patents (Samsung's high speed data patents) entitles it to the same range of reasonable royalty award.

Samsung seeks a separate reasonable royalty award for infringement of each of the four patent categories above on each infringing device.   Separate reasonable royalty awards for infringement of different utility patents by the same device do not result in a forbidden duplicative recovery.

1  DATED: August 20, 2012                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
2
3                                        By  */s/ Victoria F. Maroulis*
                                            Charles K. Verhoeven
4                                           Victoria F. Maroulis
                                            Kevin P.B. Johnson
5                                           Michael T. Zeller
                                            Attorneys for SAMSUNG ELECTRONICS
6                                           CO., LTD., SAMSUNG ELECTRONICS
                                            AMERICA, INC., and SAMSUNG
7                                           TELECOMMUNICATIONS AMERICA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28