1   HAROLD J. MCELHINNY (CA SBN 66781)        WILLIAM F. LEE
    hmcelhinny@mofo.com                        william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)         WILMER CUTLER PICKERING
    mjacobs@mofo.com                           HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)            60 State Street
    rkrevans@mofo.com                          Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)       Telephone: (617) 526-6000
    jtaylor@mofo.com                           Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com                           MARK D. SELWYN (SBN 244180)
6   RICHARD S.J. HUNG (CA SBN 197425)         mark.selwyn@wilmerhale.com
    rhung@mofo.com                             WILMER CUTLER PICKERING
7   JASON R. BARTLETT (CA SBN 214530)         HALE AND DORR LLP
    jasonbartlett@mofo.com                     950 Page Mill Road
8   MORRISON & FOERSTER LLP                   Palo Alto, California 94304
    425 Market Street                          Telephone: (650) 858-6000
9   San Francisco, California  94105-2482     Facsimile: (650) 858-6100
    Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17   APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK

18                  Plaintiff,                    **APPLE'S SUPPLEMENTAL**
                                                  **STATEMENT REGARDING UPDATES**
19          v.                                    **AND PATCHES THAT RELATE TO**
                                                  **ATTEMPTS TO DESIGN AROUND THE**
20   SAMSUNG ELECTRONICS CO., LTD., a             **PATENTS-IN-SUIT**
     Korean business entity; SAMSUNG
21   ELECTRONICS AMERICA, INC., a New York
     corporation; SAMSUNG
22   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,
23
                    Defendants.
24

25

26

27

28

1      In accordance with the Court's order in Dkt. No. 1844, and in response to Samsung's

2  statement (Dkt. No. 1858), Apple further states the following.

3      The accused Samsung products in evidence have been in use for approximately a year, and

4  they have all been connected to the Internet at one time or another.  Some of these periodically

5  display the update prompts depicted in Apple's statement.  Again, to the best of Apple's

6  knowledge, design arounds were not automatically installed on the accused Samsung products used

7  in this litigation.

8      If Samsung's request to the Court "to disallow internet access entirely on these devices" is

9  borne of genuine concern that the products may "inadvertently install an update that will contain a

10  design-around," and not from any desire to prevent the jury from confirming infringement on the

11  Web Browser application – which requires an Internet connection to operate – then Apple proposes

12  that PDX 27.24, 27.39, 29.5, 29.6, 29.20, 29.21, 29.22, 29.23, 29.24, 29.27, 29.28, 29.41, 29.42,

13  29.43, 29.44, and 29.45, which were previously admitted into evidence, be re-admitted into

14  evidence.  As an example, attached as Exhibit A is a version of PDX 29.22 that has removed from it

15  the title "'915 Infringing Smartphones," and has instead the title "'915 Patent Evidence."  The

16  exhibit is otherwise unchanged.  Similar changes would be made to the other exhibit titles.

17      These exhibits depict the Web Browser application in the accused Samsung products in

18  action.  Samsung cannot have it both ways: it cannot deny the jury access to videos demonstrating

19  the accused functionalities ***and*** deny them the opportunity to confirm infringement on the devices

20  themselves.

21      Accordingly, Apple requests that the Court provide the jury with the directions requested in

22  Dkt. No. 1834, or alternatively, re-admit into evidence the exhibits enumerated above.

23

24   Dated:  August 20, 2012                    MORRISON & FOERSTER LLP

25

26                                              By:  */s/  Michael A. Jacobs*
                                                Michael A. Jacobs

27

28

APPLE'S SUPP. STATEMENT RE: UPDATES AND PATCHES THAT RELATE TO DESIGN AROUND ATTEMPTS
CASE NO. 11-cv-01846-LHK

sf-3185356