# EXHIBIT A

# '915 Patent Evidence



Click to Play

**Fascinate**



(JX1013)

**Galaxy S i9000**



(JX1007)

**Gem**



(JX1020)

**Indulge**



(JX1026)

**Infuse 4G**



(JX1027)

**Intercept**



(JX1009)

PDX29.22