**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff and Counterdefendant, | |
| v. | ORDER MODIFYING HEARING TIME |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The jury instruction conference will take place today, August 20, 2012, at 1:00 p.m., rather than at noon.

**IT IS SO ORDERED.**

Dated: August 20, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER MODIFYING HEARING TIME