QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S SUPPLEMENTAL STATEMENT REGARDING USE OF INTERNET ON DEVICES IN EVIDENCE DURING DELIBERATIONS** |

Samsung understands and shares Apple's concerns regarding the ability of the jurors to use the accused Samsung devices while preventing any inadvertent updating that could possibly install design-arounds. Because Samsung agrees that the jurors should ideally have the ability to use the accused devices with minimal risk of inadvertent updates, Samsung has investigated and considered the parties' concerns further, and proposes the following solution.

To the best of Samsung's understanding, automatic updating, without any user intervention, can only occur via the AT&T and T-Mobile mobile networks. The parties will identify all devices that have been activated on these networks, and will remove their subscriber identity module (SIM) cards. This will prevent these devices from performing automatic updates.

After this preventative measure has been taken, Samsung will agree with Apple's proposed Device Handling Instructions. (Dkt. 1834 at Exhibit 1). Samsung believes that careful instructions to the jury combined with the removal of the possibility of automatic updates outside the control of users will be sufficient to ensure the integrity of the accused devices.

DATED: August 20, 2012         Respectfully submitted,

                               QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By /s/ *Victoria Maroulis*
                                  Charles K. Verhoeven
                                  Kevin P.B. Johnson
                                  Victoria F. Maroulis
                                  Michael T. Zeller
                                  Attorneys for SAMSUNG ELECTRONICS CO.,
                                  LTD., SAMSUNG ELECTRONICS AMERICA,
                                  INC. and SAMSUNG
                                  TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4918942.1

-1-                               Case No. 11-cv-01846-LHK
SAMSUNG'S SUPP STATEMENT RE: USE OF INTERNET ON DEVICES IN EVIDENCE