**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | |
| v. ) | ORDER MODIFYING HEARING TIME |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | |
| a New York corporation; and ) | |
| SAMSUNG TELECOMMUNICATIONS ) | |
| AMERICA, LLC, a Delaware limited liability ) | |
| company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |

The Court intends to file the Tentative Verdict Form by 1:00 p.m. today and would like to give the parties an opportunity to review it before the hearing. Accordingly, the jury instruction conference will take place today, August 20, 2012, at 1:30 p.m., rather than at 1:00 p.m. The Court apologizes for any inconvenience.

**IT IS SO ORDERED.**

Dated: August 20, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER MODIFYING HEARING TIME