[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**CORRECTED JOINT SUBMISSION OF ADMITTED TRIAL EXHIBITS** |

The parties request the following changes be made to the list of admitted exhibits found at Dkt. No. 1852:

- Change the description for PX 64 from "Video of Samsung infringement of '381 patent" to "Video Demonstration of Samsung Phones and Tablet"[1];

- Change the description for PX 66A from "Video of Samsung infringement of '915 patent: Samsung Galaxy Tab 10.1 prepared by Singh" to "Video Demonstration of Samsung Tablet"[2];

- Change the description for PX 66B from "Video of Samsung infringement of '915 patent: Samsung Vibrant phone prepared by Singh" to "Video Demonstration of Samsung Phone"[3];

- Consolidate entries DX 572.003, DX 572.004, DX 572.077, and DX 572.082 into one entry;

- Change the description for DX 645 from "Tab 2" to "Apple iOS Source Code";

- Change the description for JX 1017 from "Galaxy S Showcase 500 [Physical Device]" to "Galaxy S Showcase i500 [Physical Device]";

- Add the notation "[Physical Device]" to the end of the descriptions for each of the following entries: JX 1000, JX 1001, JX 1002, JX 1003, JX 1004, JX 1005, JX 1007, JX 1016, JX 1019, and JX 1025;

- Change the description for DX 2529 from "Motorola Zoom tablet [Physical Device]" to "Motorola Xoom tablet [Physical Device]"; and

---

[1]  Samsung has also brought a Motion to Enforce and Correct the Admitted Exhibit List that may result in further modifications to the Admitted Exhibit List. (*See* Dkt. No. 1853.) As Samsung explains in its motion, Samsung's position is that PX 64, PX 66A and PX 66B should be removed from the admitted exhibit list. Apple objects to removing PX 64 from the admitted exhibit list, but does not object to removing PX 66A and PX 66B. (*See* Dkt. No. 1866 at 2.) If the Court disagrees with Samsung's motion, then the descriptions of these exhibits should be corrected as set forth above.

[2]  *Id.*

[3]  *Id.*

- Change the description for JX 1043 from "Certified copy of US D604,305, issued November 17, 2009" to "Certified copy of US D618,677, issued June 29, 2010."

Dated: August 20, 2012

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By:  */s/ Jason R. Bartlett*
       Jason R. Bartlett

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

| | |
|---|---|
| Dated: August 20, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By: */s/ Victoria Maroulis*
    Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Jason R. Bartlett.

                                         */s/ Victoria Maroulis*