**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11   APPLE, INC., a California corporation,           )   Case No.: 11-CV-01846-LHK
                                                      )
12                            Plaintiff,              )   ORDER REGARDING SAMSUNG'S
            v.                                        )   MOTION TO CORRECT EXHIBIT
13                                                    )   LIST; FINAL EXHIBIT LIST
     SAMSUNG ELECTRONICS CO., LTD.,                   )
14   a Korean corporation;                            )
     SAMSUNG ELECTRONICS AMERICA, INC., )
15   a New York corporation;                          )
     SAMSUNG TELECOMMUNICATIONS                       )
16   AMERICA, LLC,                                    )
     a Delaware limited liability company,            )
17                                                    )
                             Defendants.              )
18                                                    )
     _____        )
19                                                    )
     SAMSUNG ELECTRONICS CO., LTD.,                   )
20   a Korean corporation;                            )
     SAMSUNG ELECTRONICS AMERICA, INC., )
21   a New York corporation;                          )
     SAMSUNG TELECOMMUNICATIONS                       )
22   AMERICA, LLC,                                    )
     a Delaware limited liability company,            )
23                                                    )
                     Counterclaim-Plaintiffs,         )
24          v.                                        )
                                                      )
25   APPLE, INC., a California corporation,           )
                                                      )
26                   Counterclaim-Defendant.          )
     _____        )

27

28

                                    1
Case No.: 11-CV-01846-LHK
ORDER REGARDING SAMSUNG'S MOTION TO CORRECT EXHIBIT LIST; FINAL EXHIBIT LIST

1    Samsung filed a motion to correct the admitted exhibit list. *See* ECF No. 1853. At the final

2    jury instruction conference, the Court GRANTED in part and DENIED in part Samsung's request

3    to strike certain exhibits from the final admitted exhibit list. The Court GRANTED Samsung's

4    motion with respect to PX66A, PX66B, PX64, DX751A, and DX2557, for the reasons stated on

5    the record. The Court DENIED Samsung's request with respect to PX24.5, PX24.6, and PX24.7

6    for the reasons stated on the record. Additionally, the Court GRANTED Samsung's request to

7    include DX556 and DX900 to the final exhibit list for the reasons stated on the record. DX 900

8    will consist of the English and Korean versions of Chul-Kwi Kim's January 6, 2010 e-mail to Jin-

9    soo Kim, which were admitted into evidence as demonstratives bearing the numbers SDX3973.009

10   and SDX3973.010. Samsung will provide a copy of DX900 to Apple for approval.

11    The Court hereby files the final admitted exhibit list that will be given to the jury at the

12   beginning of their deliberations. Two versions of the final admitted exhibit list are attached as

13   exhibits to this Order.

14    Exhibit A is the jury's admitted exhibits list.

15   **IT IS SO ORDERED.**

16   Dated: August 20, 2012                              _____

17                                                        LUCY H. KOH
                                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1

**EXHIBIT A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Case No.: 11-CV-01846-LHK
ORDER REGARDING SAMSUNG'S MOTION TO CORRECT EXHIBIT LIST; FINAL EXHIBIT LIST

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 3 | Apple and Samsung Smartphones | 8/6/2012 | |
| PX | 4 | Apple and Samsung Tablets | 8/6/2012 | |
| PX | 5 | Summary of Press Reports Regarding Samsung Tablet Designs | 8/7/2012 | Do not consider for truth of the matter asserted. |
| PX | 6 | Summary of Press Reports Regarding Samsung Phone Designs | 8/7/2012 | Do not consider for truth of the matter asserted. |
| PX | 7 | Photographs of accused Samsung devices | 8/6/2012 | |
| PX | 8 | Photographs of Apple products | 8/6/2012 | |
| PX | 10 | Design alternatives considered by Peter Bressler | 8/6/2012 | |
| PX | 11 | iPhone and iPad Advertisements | 8/3/2012 | |
| PX | 12 | iPhone Television Advertisements | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 13 | iPad Television Advertisements | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 14 | iPhone & iPad Media Clips | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 15 | Apple's Sales of iPhone and iPad | 8/3/2012 | |
| PX | 16 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 17 | Summary of iPhone and iPad News Coverage | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 21A | Screen captures considered by S. Kare | 8/7/2012 | |
| PX | 23 | Summary of Hal Poret's Secondary Meanings Surveys | 8/7/2012 | Do not consider as evidence that Apple trade dress was famous.  You may consider for some other purpose; for example, whether or not Apple's designs acquired secondary meaning. |
| PX | 24 | Summary of Kent Van Liere's Association/Confusion Surveys: photos and placeholder for videos | 8/10/2012 | |
| PX | 25A.1 | Summary of Apple's damages calculations | 8/13/2012 | |
| PX | 28 | Summary of Samsung's fixed, variable, and non-product costs | 8/13/2012 | |
| PX | 30 | Summary of survey conducted by J. Hauser | 8/10/2012 | |
| PX | 31 | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 | 8/10/2012 | |
| PX | 33 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |
| PX | 34 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | 8/13/2012 | |
| PX | 35 | Email from J. Boltello re: Additional wallpapers for Genie | 8/16/2012 | |
| PX | 36 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | 8/7/2012 | |
| PX | 38 | Presentation: Browser Zooming Methods UX Exploration Study | 8/10/2012 | |
| PX | 40 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | 8/6/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 42 | Translation of Email from Hyun Kim regarding PI/P3 Division Head Design Report Meeting Minutes, dated February 16, 2010 | 8/15/2012 | |
| PX | 43 | Translation of Email from Ki Hyun Seo regarding Team Leader's Directives at the Executives' Meeting 2/22 (Mon) | 8/15/2012 | |
| PX | 44 | Relative Evaluation Report on S1, iPhone, March 2, 2010 Product Engineering Team SW Verification Group | 8/7/2012 | |
| PX | 46 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | 8/10/2012 | |
| PX | 52 | Presentation: Samsung's Use of Apple Patents in Smartphones | 8/10/2012 | |
| PX | 54 | Presentation: Lessons from Apple Boston Consulting Group | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 55 | Presentation: Samsung mobile icon design for 2011 | 8/14/2012 | |
| PX | 56 | Presentation: Samsung  Q4 '10 Deep Dive | 8/7/2012 | |
| PX | 57 | Translation of selected pages from Presentation:  P5 Usability Evaluation Results S/W Verification Group 1 | 8/10/2012 | |
| PX | 58 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | 8/3/2012 | |
| PX | 59 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | 8/6/2012 | |
| PX | 60 | Presentation: STA Competitive Situation Paradigm Shift | 8/3/2012 | |
| PX | 62 | Presentation:  iPhone 5 Counter Strategy | 8/3/2012 | Do not consider as evidence that Samsung's conduct was willful; however, you may consider it for some other purpose. |

Apple, Inc. v Samsung et al.,

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 69 | 2011 Wireless Smartphone Satisfatction Sture Management Report, March 2011 [Exhibit 1594 to Benner Deposition] | 8/13/2012 | |
| PX | 70 | 3GPP TSG-RAN WG1 Meeting #42, R1-050995 London, UK,  29 August – 2 September, 2005, Approved Report of 3GPP TSG RAN WG1 #41 in Athens (Athens, Greece, 09 – 13 May, 2005) | 8/17/2012 | |
| PX | 72 | TSG-RAN WG2 Meeting #48, R2-052063, London, 29 August - 02 Sep 2005, Approved minutes of the 47 TSG-RAN WG2 meeting (Athens Greece, 09-13 May 2005) | 8/17/2012 | |
| PX | 74 | Addendum 1 ETSI/GA 29(97)/SCM/3, Amendments to the ETSI Interim Intellectual Property Rights Policy | 8/17/2012 | |
| PX | 78 | Intel Invoices to Apple (12/22/11-12/29/11) | 8/16/2012 | |
| PX | 80 | Letter from SW Kim to B. Teksler, dated July 25, 2011 | 8/16/2012 | |
| PX | 81 | Patent Cross License Agreement between Intel and Samsung with Amendments 1 & 2 | 8/17/2012 | |
| PX | 84 | 3GPP Website Screenshots | 8/17/2012 | |
| PX | 89 | Presentation: Samsung Q1 '11 Deep Dive Continuous Tracking (5/16/08 - 04/03/11) [Exhibit 1603 to Benner Desposition] | 8/13/2012 | You may only consider as evidence of knowledge, willfulness, or intent.  Do not consider for any other purpose. |
| PX | 91 | U.S. Patent No. 6,928,648 Wong | 8/16/2012 | |
| PX | 97 | U.S. Patent No. 6,819,658 - Agarwal | 8/17/2012 | |
| PX | 100 | Japanese Patent Application No. 2002-190774 and English translation | 8/17/2012 | |
| PX | 101 | 3GPP TSG-RAN WG2 Meeting #47 Tdoc R2-051680, Athens, Greece, May 9-13, 2005, Change Request | 8/17/2012 | |
| PX | 104 | Email from Juho Lee to 3GPP, dated June 18, 2004, attaching R1-040697, R1-040689, R-1040690, and R1-040696 | 8/17/2012 | |
| PX | 112 | KR 10-2004-0013792 and English translation | 8/16/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 113.4, 113.5 | Sony Ericsson Affidavit of Lee Hill with Attachment | 8/16/2012 | |
| PX | 116 | Sony Ericsson Mobile Comm. AB, "Sony K700 User Guide" (1st Ed.) March 2004 | 8/16/2012 | |
| PX | 117 | Sony Press Releases, dated March 9, 2004 and March 21, 2004 | 8/16/2012 | |
| PX | 118 | U.S. Patent No. 6,009,336 - Harris | 8/16/2012 | |
| PX | 119 | U.S. Patent No. 6,069,648 - Suso | 8/16/2012 | |
| PX | 120 | U.S. Patent No. 6,690,417 - Yoshida | 8/16/2012 | |
| PX | 121 | Source Code Files, Camera and Photos Functionality (See Appendix 1 for Bates Numbers) | 8/16/2012 | |
| PX | 122 | Samsung ETSI IPR Statements | 8/17/2012 | |
| PX | 125 | Sony Ericsson K700i mobile phone [Physical Device] | 8/16/2012 | |
| PX | 127 | How To TV ad for original iPhone | 8/3/2012 | |
| PX | 128 | iPad Is Iconic TV ad for first-generation iPad | 8/3/2012 | |
| PX | 133 | "Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 134 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal, June 27, 2007 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 135 | "Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover) | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 138 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, The Wall Street Journal, January 25, 2010 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 140 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, USA Today, April 2, 2010 | 8/3/2012 | Do not consider for the truth of the matter asserted. |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 141 | "Laptop Killer?  Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 142 | "Patent Office Highlights Jobs's Innovations," New York Times | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 143 | Excerpts from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.04 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.06 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.12 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.16 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.22 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.25 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.82 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 144 | Excerpts from iPhone Buyer Survey, FY11-Q1 | 8/3/2012 | |
| PX | 145 | Excerpt from iPhone Buyer Survey, FY11-Q2 | 8/3/2012 | |
| PX | 146 | Excerpt from iPhone Buyer Survey, FY11-Q3 | 8/3/2012 | |
| PX | 148 | Nokia Lumia 800 [Physical Device] | 8/14/2012 | |
| PX | 150 | Casio G'zOne Commando | 8/14/2012 | |
| PX | 155 | Sony Tablet S [Physical Device] | 8/14/2012 | |
| PX | 158A | User Interface Alternative Designs - Blackberry Torch 9850 | 8/7/2012 | |
| PX | 162 | iPhone CAD | 7/31/2012 | |
| PX | 163 | Sketch of Phone | 7/31/2012 | |
| PX | 164 | Phone CAD | 7/31/2012 | |
| PX | 165 | Phone model 1017 | 7/31/2012 | |
| PX | 166 | Phone model 1015 | 7/31/2012 | |
| PX | 167 | Phone model 956 | 7/31/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 168 | Phone model 961 | 7/31/2012 | |
| PX | 170 | Tablet model 1202 | 7/31/2012 | |
| PX | 171 | Tablet model 874 | 7/31/2012 | |
| PX | 173 | "Samsung Galaxy Tab 10.1 Wi-Fi: A Worthy Rival to the iPad 2," by Melissa J. Perenson; PCWorld, June 8, 2011 | 8/6/2012 | Do not consider for the truth of the matter asserted. |
| PX | 174 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | 8/6/2012 | Do not consider for the truth of the matter asserted. |
| PX | 180 | Samsung's Financial Spreadsheet | 8/16/2012 | |
| PX | 186 | Translation of email from H. T. Han regarding "Domestig Galaxy Tab Main Horzontal Deployment Items." dated 2010-20-27 [typo: 2010-10-27] | 8/16/2012 | |
| PX | 193 | Juho Lee's August 12, 2004 e-mail and attachment Samsung Proposal R1-040859 at TSG RAN WG1 #38 (Aug. 12, 2004) | 8/17/2012 | |
| PX | 194 | Email from Sungsik Lee dated March 2, 2010 | 8/13/2012 | |
| PX | 195 | Email from Sangwook Han dated October 28, 2010 | 8/16/2012 | |
| PX | 210 | Photos of the Diamondtouch System | 8/14/2012 | |
| DX | 511 | Japanese design patent JP D1241638 ("JP638") | 8/6/2012 | |
| DX | 518 | Video of LaunchTile running on an HP iPAQ device that was shown by Bederson at the CHI Conference and HP iPAQ device running LaunchTile | 8/13/2012 | |
| DX | 526 | Samsung F700 [Physical Device] | 8/6/2012 | Do not consider as evidence of invalidity or non-infringement.  However, you may consider as evidence of alternative designs and functionality. |
| DX | 528 | XNav sourcecode | 8/13/2012 | |
| DX | 529 | Fidler, Roger.  "The Tablet Newspaper Vision 1981 - 2010."  [Ex. 266 to Fidler Dep. Tr.] | 8/14/2012 | |
| DX | 533 | iPhone User Guide for iOS 4.2 and 4.3 Software | 8/14/2012 | |
| DX | 539 | iPhone User Guide for iOS 5.1 Software | 8/14/2012 | |
| DX | 546 | Bederson et al.: Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics | 8/13/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| DX | 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 through November 30, 2004, found on the MERL-Drive in the folders: MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch and MERL-rive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/forlines/fractal and MERL DiamondTouch Table with Mandelbrot files | 8/14/2012 | |
| DX | 549 | Samsung's December 14, 1998 Declaration to ETSI | 8/17/2012 | |
| DX | 550 | Nomura Yasuhiro patent Japanese application and translation | 8/15/2012 | |
| DX | 556 | 2006 Jeffrey Han demonstration video | 8/20/2012 | |
| DX | 557 | 3GPP standard TS 25.322 version 6.4.0 (Release 6)] | 8/15/2012 | |
| DX | 561 | U.S. Patent Appl. No. 60/718187 (Flynt Provisional Application for Enhanced Portable Device Navigation Tools); U.S. Patent No. 7,933,632 ("Flynt Patent") | 8/15/2012 | |
| DX | 562 | March 8, 2006 email from Howarth to Ive | 8/14/2012 | Do not consider as evidence of invalidity or non-infringement.  However, you may consider as evidence of functionality. |
| DX | 572 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 578 | April 14, 2010 Apple internal email chain and meeting agenda; subject line: "iPhone 'firsts'" | 8/3/2012 | |
| DX | 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | 8/10/2012 | Do not consider this evidence to prove or disprove the validity or invalidity of a claim or the amount of a disputed claim.  However, you may consider this as evidence of whether or not Samsung lacked notice of Apple's infringement claims. |
| DX | 592 | ComTech United States Report Q410 | 8/3/2012 | |
| DX | 613 | ETSI Guide on IPRs, September 1-2, 2004 | 8/17/2012 | |

Apple, Inc. v Samsung et al.,

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| DX | 621A | Reuter Tablet Video | 8/15/2012 | |
| DX | 630 | Teece Expert Report of 3/22/2012 - Exs. 3A, 3B | 8/16/2012 | |
| DX | 631 | Teece Expert Report of 4/2/2012 - Exs R4A-R4E | 8/16/2012 | |
| DX | 635A | Intel Source Code for X-GOLD  Processors | 8/15/2012 | |
| DX | 635B | RLC Detail Design Spec | 8/15/2012 | |
| DX | 636 | Infineon X-GOLD 61x Product Specification | 8/15/2012 | |
| DX | 645 | Apple iOS Source Code | 8/14/2012 | |
| DX | 647 | iPhone App testing including mail and photos | 8/16/2012 | |
| DX | 648 | iPad App testing including mail and photos | 8/16/2012 | |
| DX | 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: TableCloth source code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla;  Screenshot of Diamond Touch-Flash Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm TableCloth screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 (Trac decl. Ex. 25) and MERL DiamondTouch Table with Tablecloth files | 8/15/2012 | |
| DX | 661 | MERL DiamondTouch Price List and Terms and Conditions of Sale dated 10/25/05 [Exhibit 2 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |
| DX | 662 | 12/12/2005 MERL DiamondTouch table and developers Kit Purchase Order [Exhibit 11 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |
| DX | 676 | Financial Spreadsheet | 8/16/2012 | |
| DX | 684.001 | Photographic Summary of Samsung Devices | 8/15/2012 | |
| DX | 685 | TSG-RAN WG1 #38, Prague, Czechs, 16th - 20th August 2004, Power control at the maximum power limit for E-DCH | 8/15/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| DX | 687 | January 20, 2011 Apple Email regarding competitor products | 7/31/2012 | |
| DX | 693 | Mandelbrot source code | 8/14/2012 | |
| DX | 695 | 11/6/2003 email from Adam Bogue to Steve Hotelling re: DiamondTouch | 8/13/2012 | |
| DX | 696 | Forlines et al., "Experiences with an Observations of Direct-Touch Tabletops" [Bogue, Ex. 3] | 8/13/2012 | |
| DX | 697 | 1/14/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 7] | 8/14/2012 | |
| DX | 698 | 10/31/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 14] | 8/14/2012 | |
| DX | 712 | February 25, 2011 Internal Apple Email Regarding Competitive Phone Tracker | 8/15/2012 | |
| DX | 713 | January 17, 2005 email from Alan Esenther to Chia Shen and Adam Bogue re: DTFlash on \\herc\diamondspace | 8/13/2012 | |
| DX | 717 | Samsung Galaxy Tab 10.1 Take-Apart | 8/15/2012 | |
| DX | 727 | KR30-0418547, N.B. Certified translation has unique bates range following original | 8/6/2012 | |
| DX | 728 | JP D1241383, N.B. Certified translation has unique bates range following original | 8/6/2012 | |
| DX | 740 | Apple's 035 Prototype Photos from D'889 File History | 7/31/2012 | Do not consider for non-infringement or invalidity.  You may consider as impeachment evidence. |
| DX | 741 | Apple's 035 Prototype with an authenticating stipulation of fact | 7/31/2012 | Do not consider for non-infringement or invalidity.  You may consider as impeachment evidence. |
| DX | 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | 8/16/2012 | |
| DX | 754.502 | Apple 10-K Forms, 2007-2011 | 8/16/2012 | |
| DX | 754.545 | Apple 10-K Forms, 2007-2011 | 8/16/2012 | |
| DX | 781 | Summaries of Samsung Profits Pursuant to FRE 1006 | 8/16/2012 | |
| DX | 900 | January 6, 2010 e-mail to Jinsoo Kim | 8/20/2012 | |
| JX | 1000 | iPhone [Physical Device] | 7/31/2012 | |
| JX | 1001 | iPhone 3G [Physical Device] | 7/31/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| JX | 1002 | iPhone 3GS [Physical Device] | 7/31/2012 | |
| JX | 1003 | iPhone4 [Physical Device] | 7/31/2012 | |
| JX | 1004 | iPad [Physical Device] | 7/31/2012 | |
| JX | 1005 | iPad2 [Physical Device] | 7/31/2012 | |
| JX | 1007 | Galaxy S (i9000) [Physical Device] | 8/3/2012 | |
| JX | 1009 | Intercept [Physical Device] | 8/10/2012 | |
| JX | 1010 | Galaxy S Vibrant [Physical Device] | 8/6/2012 | |
| JX | 1011 | Galaxy S Captivate [Physical Device] | 8/6/2012 | |
| JX | 1012 | Galaxy S Epic 4G [Physical Device] | 8/6/2012 | |
| JX | 1013 | Galaxy S Fascinate [Physical Device] | 8/6/2012 | |
| JX | 1014 | Transform [Physical Device] | 8/10/2012 | |
| JX | 1015 | Galaxy S Mesmerize [Physical Device] | 8/6/2012 | |
| JX | 1016 | Galaxy S Continuum [Physical Device] | 8/3/2012 | |
| JX | 1017 | Galaxy S Showcase i500 [Physical Device] | 8/6/2012 | |
| JX | 1018 | Nexus S [Physical Device] | 8/16/2012 | |
| JX | 1019 | Galaxy S 4G [Physical Device] | 8/3/2012 | |
| JX | 1020 | Gem [Physical Device] | 8/6/2012 | |
| JX | 1022 | Galaxy Prevail [Physical Device] | 8/6/2012 | |
| JX | 1023 | Nexus S 4G [Physical Device] | 8/10/2012 | |
| JX | 1024 | Replenish [Physical Device] | 8/10/2012 | |
| JX | 1025 | Droid Charge [Physical Device] | 8/3/2012 | |
| JX | 1026 | Indulge [Physical Device] | 8/6/2012 | |
| JX | 1027 | Infuse 4G [Physical Device] | 8/3/2012 | |
| JX | 1028 | Exhibit 4G [Physical Device] | 8/10/2012 | |
| JX | 1030 | Galaxy Ace [Physical Device] | 8/6/2012 | |
| JX | 1031 | Galaxy S II (AT&T) [Physical Device] | 8/6/2012 | |
| JX | 1032 | Galaxy S II (i9100) [Physical Device] | 8/6/2012 | |
| JX | 1033 | Galaxy S II (T-Mobile) [Physical Device] | 8/6/2012 | |
| JX | 1034 | Galaxy S II (Epic 4G Touch) [Physical Device] | 8/6/2012 | |
| JX | 1035 | Galaxy S II (Skyrocket) [Physical Device] | 8/6/2012 | |
| JX | 1036 | Galaxy Tab 7.0 [Physical Device] | 8/10/2012 | |
| JX | 1037 | Galaxy Tab 10.1 (WiFi) [Physical Device] | 8/6/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| JX | 1038 | Galaxy Tab 10.1 (4G LTE) [Physical Device] | 8/6/2012 | |
| JX | 1039 | US Trademark Reg for iPhone | 8/7/2012 | |
| JX | 1040 | Certified copy of US D504,889, issued May 10,2005 | 7/31/2012 | Do not consider this as evidence that the D'677 patent is invalid. |
| JX | 1041 | Certified copy of US D593,087, issued May 26,2009 | 7/31/2012 | |
| JX | 1042 | Certified copy of US D604,305, issued November 17, 2009 | 8/7/2012 | |
| JX | 1043 | Certified copy of US D618,677, issued June 29, 2010 | 7/31/2012 | |
| JX | 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | 8/10/2012 | |
| JX | 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | 8/10/2012 | |
| JX | 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | 8/3/2012 | |
| JX | 1047 | Certified file history of US 7,469,381, issued December 23, 2008 | 8/17/2012 | |
| JX | 1048 | Certified file history of US 7,844,915, issued November 30, 2010 | 8/17/2012 | |
| JX | 1049 | Certified file history of US 7,864,163, issued January 4, 2011 | 8/17/2012 | |
| JX | 1050 | Apple iPad 2 3G (iOS 4.x) - AT&T version | 8/14/2012 | |
| JX | 1051 | Apple iPad 2 3G (iOS 5.x) - AT&T version | 8/14/2012 | |
| JX | 1053 | Apple iPhone 3G (iOS 4.x) | 8/14/2012 | |
| JX | 1054 | Apple iPhone 3GS (iOS 4.x) | 8/14/2012 | |
| JX | 1055 | Apple iPhone 4 (iOS 4.x) - AT&T version | 8/14/2012 | |
| JX | 1056 | Apple iPhone 4 (iOS 5.x) - AT&T version | 8/14/2012 | |
| JX | 1057 | Apple iPod Touch (4th Gen.) (iOS 4.x) | 8/14/2012 | |
| JX | 1060 | File wrapper for 7,675,941 (including file histories of U.S. Patent App. No. 11/417,219, Korean Patent App. 10-2004-0042300, Korean Patent App. 10-2004-0062190, Korean Patent App. 10-2004-0073552, Korean Patent App. 10-2004-0093947, Korean Patent App. 10-2005-0029192), Korean Patent App. 10-2005-0037774). | 8/17/2012 | |

Apple, Inc. v Samsung et al.,

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| JX | 1066 | File wrapper for U.S. Patent No. 7,577,460 (including U.S. App. Nos. 11/493,754, 11/003,222, and 09/540,830 and KR App. No. 1999-11179) | 8/17/2012 | |
| JX | 1068 | U.S. Patent No. 7,456,893 | 8/14/2012 | |
| JX | 1069 | U.S. Patent No. 7,577,460 | 8/14/2012 | |
| JX | 1070 | U.S. Patent No. 7,675,941 | 8/15/2012 | |
| JX | 1071 | U.S. Patent No. 7,698,711 | 8/14/2012 | |
| JX | 1073 | U.S. Patent No. 7,447,516 | 8/15/2012 | |
| JX | 1074 | HP Compaq TC 1000 | 8/14/2012 | |
| JX | 1076 | Apple iPhone 3GS (iOS 5.x) | 8/14/2012 | |
| JX | 1077 | Apple iPod Touch (4th Gen.) (iOS 5.x) | 8/14/2012 | |
| JX | 1078 | Fiddler 1994 Tablet Replica | 8/17/2012 | |
| JX | 1081 | U.S. Patent No. 7,327,349 | 8/15/2012 | |
| JX | 1083 | 3GPP TS 25.214 v.6.6.0 (2005-2006) | 8/15/2012 | |
| JX | 1084 | 3GPP TSG RAN WG1 Meeting #41 Athens, Greece, 9-13 May 2005, Change Request | 8/17/2012 | |
| JX | 1085 | 3GPP TSG-RAN2 Meeting #47, Athens, Greece, 09th - 13th May 2005, Tdoc R2-051311 | 8/17/2012 | |
| JX | 1091 | MacWorld 2007 Video | 8/3/2012 | |
| JX | 1093 | LG Prada Phone | 8/3/2012 | Do not consider this exhibit as prior art to the D'305 patent. |
| JX | 1500 | STA's & SEA's US sales of accused products & Apple's sales & revenues of the accused products | 8/13/2012 | |
| PX | 2011 | Exhibit M of Samsung's Disclosure Of Asserted Claims And Infringement Contentions | 8/15/2012 | |
| PX | 2031 | Exhibit J of Samsung's Disclosure Of Asserted Claims And Infringement Contentions | 8/14/2012 | |
| PX | 2227 | 2005-08-25 Email from Bederson to John SanGiovanni re LAunchTiule source | 8/13/2012 | |
| PX | 2257 | Production Information | 8/14/2012 | |
| PX | 2261 | Samsung Icon Design for 2011 | 8/14/2012 | |
| PX | 2277 | Pantech Hotshot | 8/17/2012 | |
| PX | 2278 | Blackberry Storm | 8/17/2012 | |
| PX | 2281 | iPhone Human Interface Guidelines | 8/14/2012 | |

**Apple, Inc. v Samsung et al.,**

USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

| | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 2288 | June 13, 2005 Swift File (Tablecloth/ Snapping Back) | 8/14/2012 | |
| DX | 2517 | Email 11-18-08 Haining Zhang to Isable-staff re: Competitive Analysis | 8/3/2012 | |
| DX | 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | 8/3/2012 | |
| DX | 2522 | Email 1-24-11 Eddy Cue to Tim Cook re: Why I Just Dumped the iPad (Hing: Size Matters) | 8/3/2012 | |
| DX | 2524 | Email 10-5-05 Steve Jobs to Jony Ive, et al, re: =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-10_Bang_&_Olufsen_=93fas?= =?WINDOWS-252?Q?hionphone=94?= | 8/3/2012 | |
| DX | 2525 | Email 11-7-06 Tony Fadell to Steve Jobs, et al, re: Samsung Unveils New Communications Device (AP) | 8/3/2012 | |
| DX | 2526 | Nook Color tablet [used by Van Liere as control for survey] | 8/10/2012 | Do not consider for any purpose except to evaluate Dr. Van Liere's survey. |
| DX | 2528 | LG G2x [Physical Device] | 8/10/2012 | Do not consider for any purpose except to evaluate how Mr. Poret chose his control devices. |
| DX | 2529 | Motorola Xoom tablet [Physical Device] | 8/10/2012 | Do not consider for any purpose except to evaluate Mr. Poret's study. |
| DX | 2534 | Motorola Atrix F159 [Physical Device] | 8/10/2012 | Do not consider for any purpose except to evaluate how Mr. Poret chose his control devices. |
| DX | 2627 | 3GSM Congress Trade Show Report | 8/15/2012 | Do not consider as evidence of invalidity or non-infringement. However, you may consider as evidence of alternative designs and functionality. The date on the document is incorrect. The correct date is 2007. |