QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S COMMENT ON FINAL VERDICT FORM** |

| | |
|---|---|
| 1 | Samsung hereby submits this comment in response to the Verdict Form filed by the Court |
| 2 | this evening.  (Dkt. No. 1878.)  As discussed at the hearing earlier today, Samsung Electronics |
| 3 | America, Inc. ("SEA") is only accused of selling one of the products at issue in this litigation, the |
| 4 | Galaxy Tab 10.1 (WiFi).  Thus, Samsung believes that the Court intended to either omit or black- |
| 5 | out SEA from Questions 5-7 and 15-17, and black-out SEA from all rows in Question 3 other than |
| 6 | the row for the Galaxy Tab 10.1. (WiFi).  For the same reason, SEA should be blacked-out from |
| 7 | the top three rows in Question 19. |
| 8 | Additionally, Samsung believes that the Verdict Form contains the following typographical |
| 9 | errors: |

- Question 9 should read "would induce SEA or **_STA_** to infringe the D'677, D'087, D'305 and/or D'889 patents."
- Questions 27 and 28 should read "the total dollar amount that Samsung is entitled to receive from Apple for **_Samsung's_** utility patent infringement claims . . ."

Finally, Samsung requests that the Court add "if any" after the term "claims" in Question 22.

DATED: August 20, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
 Charles K. Verhoeven
 Victoria F. Maroulis
 Kevin P.B. Johnson
 Michael T. Zeller
 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC