| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **APPLE'S COMMENTS ON REVISED FINAL JURY INSTRUCTIONS (DKT. NO. 1883)** |

APPLE'S COMMENTS ON REVISED FINAL JURY INSTRUCTIONS
CASE NO. 11-CV01846-LHK (PSG)
pa-1547752

1   Apple has reviewed the Court's Revised Final Jury Instructions (Dkt. No. 1883) and,
2 without waiving any of its objections to the Final Jury Instructions, alerts the Court to the
3 following typographical errors.

4   1.   The instructions should not be characterized as disputed or undisputed.

5   2.   Sources for all instructions should be deleted.

6   3.   In Instruction No. 10, the heading "Apple's Proposed Instruction" should be deleted.
7 This change should be made globally.

8   4.   The footnote in Instruction No. 20 should be deleted.

9   5.   In Instruction No. 40, at line 8, the word "an" should be inserted between the words
10 "of" and "infringing."

11   6.   In Instruction No. 47, at line 2, the reference to "iPhone 3" should be replaced with
12 "iPhone 3G."  In addition, the references to the "iPad2" at lines 3 and 5 should be replaced with
13 "iPad 2."  These changes should be made globally.  (*See, e.g.,* Instruction No. 57 at line 3.)

14   7.   In Instruction No. 58, at line 13, the words "for registered trade dress claims" should
15 be inserted after the word "damages."

17   Dated: August 20, 2012                    MORRISON & FOERSTER LLP

19                                              By:   /s/ *Michael A. Jacobs*
20                                                    MICHAEL A. JACOBS

21                                              Attorneys for Plaintiff
                                                APPLE INC.