HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S COMMENTS ON VERDICT FORM (DKT. NO. 1878)** |

Apple has reviewed the Court's verdict form (Dkt. No. 1878) and, without waiving any of its objections to the verdict form, alerts the Court to the following typographical errors.

1. On the caption page, at line 10 and line 24, there should be no comma after "Apple."

2. In Question 3, the column for SEA should be dark except for the cell for the Galaxy Tab 10.1 (WiFi) (JX 1037). SEA only sells this product.

3. In Question 4, the rows for the Galaxy Ace (JX 1030), Galaxy S (i9000) (JX 1007), and Galaxy SII (i9100) (JX 1032) should be deleted.

4. In Questions 5-7, the column for SEA should either be deleted entirely or be dark throughout. SEA does not sell these products.

5. In Question 8, for purposes of formatting consistency, we suggest underlining the word "Patent" at the end of the question.

6. In Question 9, the reference to "SEC" in line 4 should be "STA." In addition, the rows for the Galaxy Ace (JX 1030), Galaxy S (i9000) (JX 1007), and Galaxy SII (i9100) (JX 1032) should be deleted.

7. In Questions 13 and 14, the references to the "iPhone 3 Trade Dress" should be "iPhone 3G Trade Dress."

8. In Questions 15-17, the column for SEA should either be deleted entirely or be dark throughout. SEA does not sell these products. Furthermore, in Question 16 and its preamble, the three references to the "iPhone 3 Trade Dress" should be "iPhone 3G Trade Dress."

9. There are a handful of places where instead of referring to "iPad2" without a space before the numeral, Apple asks that the Court add a space so that the references are to the "iPad 2." This occurs in the preamble to Question 18, in Question 20 and in its preamble, at the bottom of the table within Question 24, and in the table for Question 29.

10. In Questions 25, 26, and 33, the references to the "'914 Patent" should be changed to the "'941 Patent."

Dated: August 20, 2012

MORRISON & FOERSTER LLP

By: /s/ *Michael A. Jacobs*
    MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.