HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Cal. Bar No. 177129)
Victoria F. Maroulis (Cal. Bar No. 202603)
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Michael T. Zeller (Cal. Bar No. 196417)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**JOINT STIPULATION TO WITHDRAW ECF NO. 1834 AND ECF NO. 1837 AND TO PROVIDE SUBSTITUTE DIRECTION TO JURY REGARDING USE OF INTERNET ON DEVICES IN EVIDENCE DURING DELIBERATIONS** |

1 | *Additional attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.*

2

3 | WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING

4 | HALE AND DORR LLP
60 State Street

5 | Boston, MA 02109
Telephone: (617) 526-6000

6 | Facsimile: (617) 526-5000

7 | MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com

8 | WILMER CUTLER PICKERING
HALE AND DORR LLP

9 | 950 Page Mill Road
Palo Alto, California 94304

10 | Telephone: (650) 858-6000

11 | Facsimile: (650) 858-6100

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to the parties' agreement, Apple and Samsung hereby file this joint stipulation to
2  withdraw the previously filed proposed Device Handling Directions (Dkt. 1834 at Exhibit 1) and
3  Samsung's Opposition to Apple's Request for Direction to Jury Regarding Use of Internet on
4  Devices in Evidence During Deliberations (Dkt. 1837).   Instead, the parties request that the Court
5  provide to the jury copies of the revised Device Handling Directions attached hereto as Exhibit 1
6  for use during deliberations.

7

8  Dated:   August 20, 2012

9  MORRISON & FOERSTER LLP                QUINN EMANUEL URQUHART &
10                                         SULLIVAN, LLP

11

12
   By:  /s/   Michael A. Jacobs             By:  /s/   Victoria Maroulis
13     HAROLD J. MCELHINNY                     CHARLES K. VERHOEVEN
       MICHAEL A. JACOBS                       KEVIN P.B. JOHNSON
14     JENNIFER LEE TAYLOR                     VICTORIA F. MAROULIS
       ALISON M. TUCHER                        EDWARD DEFRANCO
15     RICHARD S.J. HUNG                       MICHAEL T. ZELLER
       JASON R. BARTLETT
16                                             Attorneys for SAMSUNG ELECTRONICS
       WILLIAM F. LEE                          CO. LTD, SAMSUNG ELECTRONICS
17     MARK D. SELWYN                          AMERICA, INC., AND SAMSUNG
                                               TELECOMMUNICATIONS AMERICA,
18     Attorneys for APPLE INC.                LLC.

19
20
21
22
23
24
25
26
27
28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____, 2012        By: _____
                                                   The Honorable Lucy H. Koh
                                                   United States District Judge

1  **General Order 45 Attestation**

2      I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3  Stipulation and Request.    In compliance with General Order 45(X)(B), I hereby attest that

4  Michael A. Jacobs has concurred in this filing.

5                                                                            */s/ Victoria F. Maroulis*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28