| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF LODGING DEPOSITION TESTIMONY** |

APPLE'S NOTICE OF LODGING DEPOSITION TESTIMONY
No. 11-cv-01846-LHK (PSG)
sf-3185592

1  TO:     THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that Plaintiff Apple Inc. ("Apple") hereby lodges the following

3  clip reports of deposition testimony played in Court:

4      1. Deposition testimony of Jun Won Lee marked as Plaintiff's Exhibit No. 201 (*see*

5         August 13, 2012 Trial Transcript, at 2025:19-21).  This is attached as Exhibit A and

6         was lodged on the record at trial.

7      2. Deposition testimony of Dong Hoon Chang marked as Plaintiff's Exhibit No. 202 (*see*

8         August 13, 2012 Trial Transcript, at 2026:3-5).  This is attached as Exhibit B and was

9         lodged on the record at trial.

10     3. Deposition testimony of Timothy Benner marked as Plaintiff's Exhibit No. 203 (*see*

11        August 13, 2012 Trial Transcript, at 2028:9-11).  This is attached as Exhibit C and

12        was lodged on the record at trial.

13     4. Deposition testimony of Timothy Sheppard marked as Plaintiff's Exhibit No. 204 (*see*

14        August 13, 2012 Trial Transcript, at 2030:1-3).  This is attached as Exhibit D and was

15        lodged on the record at trial.

16     5. Counter-designations of deposition testimony of Roger Fidler marked as Plaintiff's

17        Exhibit No. 205 (*see* August 14, 2012 Trial Transcript, at 2565:20-22).  This is

18        attached as Exhibit E and was lodged on the record at trial.

19     6. Counter-designations of deposition testimony of Markus Paltian marked as Plaintiff's

20        Exhibit No. 208 (*see* August 15, 2012 Trial Transcript, at 2671:2-4).  This is attached

21        as Exhibit F and was lodged on the record at trial.

22     7. Counter-designations of deposition testimony of Andre Zorn marked as Plaintiff's

23        Exhibit No. 209 (*see* August 15, 2012 Trial Transcript, at 2672:5-7).  This is attached

24        as Exhibit G and was lodged on the record at trial.

25     8. Deposition testimony of Jeong-Seok Oh marked as Plaintiff's Exhibit No. 211 (*see*

26        August 14, 2012 Trial Transcript at 2449:24-2450:3).  This is attached as Exhibit H.

27     9. Deposition testimony of Jeong-Seok Oh marked as Plaintiff's Exhibit No. 212 (*see*

28        August 14, 2012 Trial Transcript at 2456:14-19).  This is attached as Exhibit I.

10. Deposition testimony of Sang-Ryul Park marked as Plaintiff's Exhibit No. 213 (*see* August 14, 2012 Trial Transcript at 2457:4-11).  This is attached as Exhibit J.

11. Deposition testimony of Seung-Ho Ahn marked as Plaintiff's Exhibit No. 218 (*see* August 17, 2012 Trial Transcript at 3547:22-24).  This is attached as Exhibit K and was lodged on the record at trial.

12. Deposition testimony of Jun Won Lee marked as Plaintiff's Exhibit No. 220 (*see* August 17, 2012 Trial Transcript at 3548:22-24).  This is attached as Exhibit L and was lodged on the record at trial.

Dated: August 20, 2012               MORRISON & FOERSTER LLP

                                     By:   /s/ *Michael A. Jacobs*
                                           Michael A. Jacobs

                                           Attorneys for Plaintiff
                                           APPLE INC.