# Exhibit A

**Case Clip(s) Detailed Report**
**Friday, August 10, 2012, 12:44:15 PM**

## Apple v. Samsung

 **Lee, JunWon (Vol. 01) - 03/05/2012 [Lee, Jun Won]**       **1 CLIP  (RUNNING 00:05:47.234)**

 APPLE_AFFIRMATIVE_FULL

| **LEEJ1** | **16 SEGMENTS  (RUNNING 00:05:47.234)** |



**1. PAGE 7:25 TO 8:01 (RUNNING 00:00:04.067)**

```
         25      Q   Good morning, Mr. Lee.
   00008:01      A   Good morning.
```

**2. PAGE 9:01 TO 9:02 (RUNNING 00:00:07.834)**

```
   00009:01      Q   Okay.  Who is your employer?
         02      A   Samsung Electric -- Electronics.
```

**3. PAGE 9:06 TO 9:11 (RUNNING 00:00:34.100)**

```
         06      Q   What is your job title?
         07      A   Director of licensing.
         08      Q   What are your duties and responsibilities as
         09   director of licensing?
         10      A   The licensing-related work in relation to
         11   mobile phones.
```

**4. PAGE 18:18 TO 18:19 (RUNNING 00:00:24.100)**

```
         18      Q   Okay.  What was the event that occurred after
         19   which you got involved in Apple licensing matters?
```

**5. PAGE 18:21 TO 18:23 (RUNNING 00:00:25.800)**

```
         21          THE WITNESS:  It was after -- it was after the
         22   first contact from Apple about our infringement of a
         23   patent.
```

**6. PAGE 27:18 TO 27:19 (RUNNING 00:00:14.333)**

```
         18      Q   Okay.  You testified earlier that you met with
         19   Apple; correct?
```

**7. PAGE 27:21 TO 27:23 (RUNNING 00:00:04.833)**

```
         21          THE WITNESS:  Correct.
         22   BY MR. HEYISON:
         23      Q   On how many occasions?
```

**8. PAGE 27:25 TO 27:25 (RUNNING 00:00:03.966)**

```
         25          THE WITNESS:  Three times, approximately.
```

**9. PAGE 28:02 TO 28:03 (RUNNING 00:00:06.733)**

```
         02      Q   When was the first meeting and when was the
         03   last?
```

**10. PAGE 28:05 TO 28:07 (RUNNING 00:00:29.267)**

```
         05          THE WITNESS:  I don't remember the meeting
         06   date.  I have to look at the record.  Anyway, I met
         07   three times in 2010 before the lawsuit.
```

**11. PAGE 31:15 TO 31:16 (RUNNING 00:00:15.900)**

```
         15      Q   Please tell me in as much detail as you can
         16   what Apple said and what Samsung said.
```

---

**PLAINTIFF'S EXHIBIT NO. 201**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____  By:_____

**Case Clip(s) Detailed Report**
**Friday, August 10, 2012, 12:44:15 PM**

## Apple v. Samsung

**12. PAGE 31:18 TO 31:23 (RUNNING 00:00:50.900)**

```
18              THE WITNESS:  Samsung mostly was listening to
19    what Apple said in the first meeting.  Apple was talking
20    about Samsung's smartphone infringed Apple phone's
21    patents and design, so they were complaining about our
22    infringement about Apple's patent and design in their
23    phone.
```

**13. PAGE 33:21 TO 33:24 (RUNNING 00:00:32.833)**

```
21         Q    Okay.  So at that first meeting that you
22    attended, Mr. Lee, do you recall Apple stating that
23    Samsung had copied Apple's products?
24         A    Yes.
```

**14. PAGE 37:06 TO 37:07 (RUNNING 00:00:31.401)**

```
06              I'm going to mark, as Exhibit No. 1, a document
07    titled "Samsung's Use of Apple Patents in Smartphones."
```

**15. PAGE 37:21 TO 37:25 (RUNNING 00:00:41.367)**

```
21         Q    Mr. Lee, you testified earlier that you thought
22    that Apple made a written presentation at the first
23    meeting you attended.
24              Is this the written presentation that Apple
25    provided at that meeting?
```

**16. PAGE 38:02 TO 38:05 (RUNNING 00:00:19.800)**

```
02              THE WITNESS:  I don't remember the contents of
03    this document entirely, but it appears to be the one.
04              MR. HEYISON:  Okay.
05              THE WITNESS:  To my recollection.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:47.234)**