# Exhibit B

Case Clip(s) Detailed Report
Friday, August 10, 2012, 12:44:47 PM

# Apple v. Samsung

 **Chang, Dong Hoon (Vol. 01) - 03/07/2012**  1 CLIP  (RUNNING 00:03:04.878)

 APPLE_AFFIRMATIVE_FULL



**CHAD1**        6 SEGMENTS  (RUNNING 00:03:04.878)

**1.  PAGE 8:15 TO 8:16  (RUNNING 00:00:09.933)**

```
    15    Q.    Please state your name for the record.
    16    A.    Yes, my name is Dong Hoon Chang.
```

**2.  PAGE 12:08 TO 12:14  (RUNNING 00:00:49.166)**

```
    08    Q.    What is your current position at Samsung?
    09    A.    Presently I serve as the head of the Mobile
    10  Design Group; the ITC [sic] Design Group, meaning
    11  computer design group; and the Digital Image Group, for
    12  cameras that is; and the corporate design group's
    13  design strategy team leader -- corporate design
    14  center's design strategy team leader.
```

**3.  PAGE 157:20 TO 157:22  (RUNNING 00:00:44.506)**

```
    20          Did you consider any of Apple's patents, not
    21  just design patents, any Apple patents, when you were
    22  designing the Galaxy phone?
```

**4.  PAGE 158:05 TO 158:10  (RUNNING 00:00:48.933)**

```
    05    A.    Yes.
    06          As far as the design aspects, we within
    07  design did not take into consideration anything like
    08  that.  And here what you say is a utility patent, I
    09  think you are speaking about things on the UX side of
    10  things.  Those things we did pay some attention to.
```

**5.  PAGE 158:18 TO 158:19  (RUNNING 00:00:12.440)**

```
    18    Q.    What Apple patents did you pay attention to
    19  on the UX side?
```

**6.  PAGE 158:23 TO 158:25  (RUNNING 00:00:19.900)**

```
    23    A.    For instance, such things as bounce, the
    24  bouncing effect that you referenced earlier, or unlock,
    25  those things we did consider.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:04.878)**

---

**PLAINTIFF'S EXHIBIT NO. 202**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____  By:_____