Exhibit C

**Case Clip(s) Detailed Report**
**Friday, August 10, 2012, 12:45:08 PM**

# Apple v. Samsung

 **Benner, Timothy (Vol. 01) - 02/22/2012**                                    **1 CLIP  (RUNNING 00:03:44.466)**

 APPLE_AFFIRMATIVE_FULL

| **BENT1** | **13 SEGMENTS  (RUNNING 00:03:44.466)** |

**1. PAGE 8:15 TO 8:17 (RUNNING 00:00:03.667)**

```
        15            Could you please state your full name for     09:12
        16   the record.                                            09:12
        17       A.   Timothy John Benner.                          09:12
```

**2. PAGE 14:05 TO 14:07 (RUNNING 00:00:10.067)**

```
        05       Q.   And what is your current title?               09:19
        06       A.   Senior manager, Consumer -- sorry --          09:19
        07   Senior Manager, Consumer Insights and Analytics.       09:19
```

**3. PAGE 14:09 TO 14:11 (RUNNING 00:00:05.000)**

```
        09            Do your current job duties involve            09:19
        10   consumer research?                                     09:19
        11       A.   Yes.                                          09:19
```

**4. PAGE 30:13 TO 30:17 (RUNNING 00:00:17.533)**

```
        13       Q.   Please explain to me, as you would to the     09:38
        14   jury, in simple terms, STA's position on whether       09:38
        15   the physical appearance of a smartphone is or is       09:38
        16   not an important factor in consumer purchasing         09:38
        17   decisions.                                             09:38
```

**5. PAGE 30:21 TO 30:25 (RUNNING 00:00:25.300)**

```
        21            THE WITNESS:  I would say that physical       09:38
        22   appearance is a factor in the decision -- purchase     09:38
        23   decisions.  I cannot rate the relative importance      09:38
        24   across all of consumers because it varies in           09:38
        25   importance by consumer group or segment.               09:38
```

**6. PAGE 37:24 TO 38:02 (RUNNING 00:00:11.800)**

```
        24            Mr. Benner, can you name a single survey      09:47
        25   which Samsung has received that shows that the         09:47
    00038:01 physical appearance of a smartphone is unimportant     09:47
        02   to consumer purchasing behavior?                       09:47
```

**7. PAGE 38:04 TO 38:07 (RUNNING 00:00:08.933)**

```
        04            THE WITNESS:  I cannot.                       09:47
        05            MR. ROBINSON:  Q.  Why is that, sir?          09:47
        06       A.   Because appearance is an aspect of choice     09:47
        07   in almost every decision.                              09:47
```

**8. PAGE 59:10 TO 59:11 (RUNNING 00:00:05.467)**

```
        10            Do you have Exhibit 1594 front of you?        10:31
        11       A.   Yes.                                          10:31
```

**9. PAGE 60:22 TO 61:04 (RUNNING 00:00:20.900)**

```
        22       Q.   Do you see a similar chart that looks like    10:32
        23   a 2009 study that says "Reasons for choosing hand      10:32
        24   set brand"?                                            10:32
        25       A.   Yes.                                          10:32
    00061:01     Q.   What is the criteria at the top?  Could       10:32
        02   you read that for me, and the percentage into the      10:33
```

PLAINTIFF'S EXHIBIT NO. 203
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
**Friday, August 10, 2012, 12:45:08 PM**

## Apple v. Samsung

```
    03   record.                                                10:33
    04        A.   Liked overall design/style, 45.              10:33
```

**10. PAGE 127:14 TO 127:18 (RUNNING 00:00:31.167)**

```
    14             I'm going to hand what you has been           01:24
    15   premarked as Exhibit 1603.  This is entitled            01:24
    16   Samsung Q1 '11 Deep Dive, Continuous Tracking, with     01:24
    17   Bates stamp SAMNDCA00352115 through 352182.             01:24
    18             Do you recognize Exhibit 1603?                01:24
```

**11. PAGE 127:19 TO 127:19 (RUNNING 00:00:02.933)**

```
    19        A.   Yes.                                          01:24
```

**12. PAGE 142:22 TO 142:23 (RUNNING 00:00:08.966)**

```
    22             Could I have you turn please to page 26 of    01:46
    23   this report Bates SAMNDCA00352140.                      01:46
```

**13. PAGE 145:07 TO 146:01 (RUNNING 00:01:12.733)**

```
    07        Q.   So, yes, in response to this prompt then,     01:49
    08   looking at -- having looked at the display of the       01:50
    09   Samsung Galaxy Tab still photo advertisement            01:50
    10   images, nearly half of the respondents said they        01:50
    11   thought they had seen an Apple advertisement?           01:50
    12        A.   What they thought, they said, was it was      01:50
    13   an advertisement for the Apple brand.                   01:50
    14             In this case, this was done at a time when    01:50
    15   the Galaxy Tab had just been introduced and the         01:50
    16   iPad had been in the market for some time, and this     01:50
    17   is -- the sample that we're looking at here is a        01:50
    18   smaller sample, so there is more variation in           01:50
    19   there.                                                  01:50
    20        Q.   What was the sample size?                     01:50
    21        A.   For the people who recognized the             01:50
    22   Galaxy -- the Samsung Tab ad, 448.                      01:50
    23        Q.   But this result shows, does it not, that      01:51
    24   the misattribution back to Apple was significant at     01:51
    25   the 95 percent confidence level, right?                 01:51
00146:01        A.   Yes.                                        01:51
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:44.466)**