Exhibit D

**Case Clip(s) Detailed Report**
**Friday, August 10, 2012, 10:06:36 PM**

## Apple v. Samsung Video DB

 **Sheppard, Tim (Vol. 01) - 12/21/2011 [Sheppard, Tim]**          **1 CLIP  (RUNNING 00:01:32.433)**

APPLE_AFFIRMATIVE_FULL

SHET2                          **9 SEGMENTS  (RUNNING 00:01:32.433)**          

**1.  PAGE 6:12 TO 6:14  (RUNNING 00:00:03.900)**

```
    12        Q.   Can you please state your name for
    13   the record.
    14        A.   My name is Tim Sheppard.
```

**2.  PAGE 19:23 TO 20:04  (RUNNING 00:00:18.333)**

```
    23        Q.   Do you understand that you're here
    24   to testify as a corporate witness for the
    25   knowledge of STA on certain topics, and you're
 00020:01   also going to be the corporate witness to
    02   testify on behalf of SEC on certain topics?
    03   Do you understand that?
    04        A.   Yes.
```

**3.  PAGE 32:25 TO 33:01  (RUNNING 00:00:03.082)**

```
    25        Q.   You are the controller?
 00033:01        A.   Uh-huh.
```

**4.  PAGE 33:06 TO 33:09  (RUNNING 00:00:10.140)**

```
    06        Q.   Sure.  Is the only title that you
    07   hold at STA controller?
    08        A.   I believe I have the title vice
    09   president of finance and operations.
```

**5.  PAGE 64:23 TO 64:25  (RUNNING 00:00:08.011)**

```
    23        Q.   Do you know why you would be
    24   designated to testify on behalf of SEC for
    25   this topic?
```

**6.  PAGE 65:03 TO 65:11  (RUNNING 00:00:25.867)**

```
    03        A.   Again, I'm responsible for -- I
    04   understand the logistics process, and I -- my
    05   team is responsible for importing devices.
    06   BY MS. YOHANNAN:
    07        Q.   For STA, correct?
    08        A.   For STA from SEC.
    09        Q.   Okay.  And so what makes you
    10   qualified to testify about this process on
    11   behalf of SEC?
```

**7.  PAGE 65:13 TO 65:14  (RUNNING 00:00:04.100)**

```
    13        A.   The SEC only sells product through
    14   STA into the United States.
```

**8.  PAGE 188:09 TO 188:10  (RUNNING 00:00:04.300)**

```
    09        Q.   Does STA have a role in setting
    10   wholesale price?
```

**9.  PAGE 188:12 TO 188:17  (RUNNING 00:00:14.700)**

```
    12        A.   Direct responsibility, no.  SEC
    13   sets the wholesale price.
    14   BY MS. YOHANNAN:
```

**PLAINTIFF'S EXHIBIT NO. 204**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 204.2

**Case Clip(s) Detailed Report**
**Friday, August 10, 2012, 10:06:36 PM**

## Apple v. Samsung Video DB

```
15        Q.   SEC sets the wholesale price for a
16  product being sold to a carrier?
17        A.   Yes.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:32.433) |
| --- |