Exhibit E

Case Clip(s) Detailed Report

# Apple v. Samsung Video DB

Sunday, August 12, 2012, 8:42:25 PM

**PLAINTIFF'S EXHIBIT NO. 205**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
Sunday, August 12, 2012, 8:42:25 PM

## Apple v. Samsung Video DB

📁 **Fidler, Roger F. (Vol. 01) - 09/23/2011 [Fidler, Roger]**   **1 CLIP  (RUNNING 00:06:09.092)**

🎬 Apple_Counters

**_APPLE_FIDLER_COUNTE       15 SEGMENTS  (RUNNING 00:06:09.092)**   

**1. PAGE 9:10 TO 9:13  (RUNNING 00:00:08.839)**

```
10            Q.   How -- how did you create that tablet?
11            A.   It's just created from plastic, pieces that
12  I found to be able to represent what a tablet might be
13  like.
```

**2. PAGE 17:13 TO 17:21  (RUNNING 00:00:17.554)**

```
13            Q.   So it looks to me like there's three layers
14  to the mock-up?
15            A.   Uh-huh.
16            Q.   What -- what do those three layers consist
17  of?
18            A.   They're just plastic sheets that I was
19  using.  I was trying to keep a weight of about one
20  pound.  I felt that that's probably the appropriate
21  weight for a device that a person would carry.
```

**3. PAGE 18:08 TO 18:15  (RUNNING 00:00:15.429)**

```
08            Q.   Are the dimensions of the Plexiglas the
09  same as the dimensions of the overall mock-up?
10            A.   No.
11            Q.   They are smaller than the overall mock-up?
12            A.   Yes.
13            Q.   How much smaller?
14            A.   Probably about half to three-quarter of an
15  inch.
```

**4. PAGE 28:19 TO 29:02  (RUNNING 00:00:26.801)**

```
19            Q.   Okay.  And how did you anticipate that it
20  would work if there wasn't a stylus?
21            A.   That really wasn't my intent when I
22  developed this.  My -- my focus was on how newspapers
23  might evolve to adapt to tablets.  So my assumption
24  was that tablets would evolve through manufacturers in
25  a variety of ways, but I felt this was the right
00029:01  shape, the right weight that would be expected for
     02  people to be able to read a newspaper on a tablet.
```

**5. PAGE 32:24 TO 33:09  (RUNNING 00:00:17.082)**

```
24            Q.   What's the front of it covered with, the
25  front, in front of --
00033:01            A.   Oh, it's -- again, it's Plexiglas.
     02            Q.   Plexiglas?
     03            A.   Uh-huh.
     04            Q.   And is the size of the Plexiglas the same
     05  size as the front?
     06            A.   No.
     07            Q.   What's the size of the Plexiglas in
     08  relation to the size of the front?
     09            A.   Slightly smaller.
```

**6. PAGE 33:10 TO 33:18  (RUNNING 00:00:27.738)**

```
10            Q.   Is -- I understood that the -- never mind.
```

**Case Clip(s) Detailed Report**
**Sunday, August 12, 2012, 8:42:25 PM**

## Apple v. Samsung Video DB

```
       11              Is it the same size as the display -- or
       12  why don't you illustrate for me, point to where the
       13  Plexiglas goes.
       14        A.    The Plexiglas is here, and it has a slight
       15  frame for holding.
       16        Q.    Does the Plexiglas extend under the frame
       17  at all?
       18        A.    It does not.
```

**7. PAGE 39:21 TO 40:02  (RUNNING 00:00:29.638)**

```
       21        Q.    Did Knight-Ridder ever develop a working
       22  device based upon prototype?
       23        A.    Within Knight-Ridder there was no intent to
       24  actually become a manufacturer or to have devices
       25  manufactured specifically for us.  So our focus was
 00040:01  entirely on the user interface and on how newspapers
       02  would actually be displayed on a device like this.
```

**8. PAGE 47:15 TO 48:05  (RUNNING 00:00:38.774)**

```
       15        Q.    So also during our break we got a
       16  screwdriver and we unscrewed the back of --
       17        A.    Uh-huh.  Uh-huh.
       18        Q.    -- back of the 1994 mock-up --
       19        A.    Uh-huh.
       20        Q.    -- because I had asked you a question about
       21  the size of the Plexiglas.
       22        A.    Uh-huh.
       23        Q.    Can you tell me what we found regarding the
       24  size of the Plexiglas when we unscrewed it and opened
       25  it up?
 00048:01        A.    Yes.  I -- I -- I do stand corrected.  In
       02  this model in fact, the manufacturer, the creator of
       03  the device did put a lip around the edge for the
       04  Plexiglas to lay against.  So it did -- did actually
       05  go under the display.
```

**9. PAGE 48:16 TO 49:05  (RUNNING 00:00:31.168)**

```
       16        Q.    You referred to drawings in that answer.
       17        A.    I'm sorry?
       18        Q.    You referred to drawings in your answer.
       19  You said in the drawings that were created I was
       20  always attempting to create a device that had a flat
       21  screen.  What drawings are those?
       22        A.    I created drawings for the manufacturer to
       23  be able to create this tablet.  And he created several
       24  different prototypes to be able to show us.
       25        Q.    So when you referred to drawings, you mean
 00049:01  the drawings you gave to the manufacturer?
       02        A.    Yes.  Uh-huh.
       03        Q.    Did you give those drawings to anyone else?
       04        A.    No.  I -- I don't have those copies
       05  anymore.
```

**10. PAGE 158:14 TO 159:04  (RUNNING 00:00:47.481)**

```
       14  there.  Did you take any design classes?
       15        A.    No, although I taught information design at
       16  Kent State University.
       17        Q.    What is information design?
       18        A.    Long story.  Think of information
       19  architecture as building the building.  Information
       20  design is more like the interior designer working
       21  within the structures that have been established.  And
       22  so it's designing the organization of elements.  It's
       23  understanding typography, presentation, all that.
       24        Q.    So is this like designing the organization,
```

**Case Clip(s) Detailed Report**
Sunday, August 12, 2012, 8:42:25 PM

## Apple v. Samsung Video DB

```
              25   the elements within -- within --
      00159:01       A.    Within an information space.
              02       Q.    And is that like newspapers or websites or
              03   whatever?
              04       A.    Could be any of those things, uh-huh.
```

**11. PAGE 159:22 TO 159:25  (RUNNING 00:00:08.656)**

```
              22       Q.    (By Ms. Taylor)  Are you being compensated
              23   in connection with your deposition?
              24       A.    For my time.
              25       Q.    And how much are you being paid per hour?
```

**12. PAGE 160:07 TO 160:15  (RUNNING 00:00:29.984)**

```
              07       A.    I'm being paid per hour.
              08       Q.    Yes.  How much?
              09       A.    Last time we agreed I think $220 an hour.
              10       Q.    Did you get any payment in connection with
              11   the -- any work you've done on this case before your
              12   deposition today?
              13       A.    It's retroactive to the beginning of our
              14   relationship for gathering material and being able to
              15   this --
```

**13. PAGE 167:23 TO 168:09  (RUNNING 00:00:33.005)**

```
              23       Q.    -- can you tell me mechanically how you
              24   made it appear as if it was --
              25       A.    Functioning.
      00168:01       Q.    Functioning, yes.
              02       A.    Uh-huh.  Just the tricks of videography,
              03   being able to splice in the images that we had
              04   produced for the videographer.  So as I said, we had
              05   multiple tablets.
              06             We would have the pages that you saw there,
              07   and he would -- I don't know all the details of how
              08   they did it back then because they didn't have all the
              09   tools that we have today.
```

**14. PAGE 169:01 TO 169:13  (RUNNING 00:00:20.643)**

```
      00169:01       Q.    Okay.  In some of the screens it looked
              02   like somebody was touching it with a stylus --
              03       A.    Uh-huh.
              04       Q.    -- and then slowly the page would start
              05   turning.
              06       A.    Uh-huh.  Uh-huh.
              07       Q.    Can you tell me how that was done?
              08       A.    I don't know how he did it.  Didn't ask
              09   him.
              10       Q.    But it was not -- it was nonfunctioning?
              11       A.    It was nonfunctioning.  Everything was
              12   nonfunctioning.  Everything were all the tricks of
              13   videography.
```

**15. PAGE 341:01 TO 341:05  (RUNNING 00:00:16.300)**

```
      00341:01       Q.    Okay.  What's a thin form factor?
              02       A.    I'm sorry, what is --
              03       Q.    What is a thin form factor?
              04       A.    Anything that I consider less than an inch
              05   in thickness.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:09.092)**