# Exhibit F

Case Clip(s) Detailed Report

# Apple v. Samsung Video DB

Tuesday, August 14, 2012, 7:30:36 PM

**PLAINTIFF'S EXHIBIT NO. 208**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
Tuesday, August 14, 2012, 7:30:36 PM

## Apple v. Samsung Video DB

 **Paltian, Markus (Vol. 01) - 03/20/2012 [Paltian, Markus]**          1 CLIP  (RUNNING 00:01:31.461)

 Apple_counters

```
_APPLE_PALTIAN_COUNTERS        4 SEGMENTS  (RUNNING 00:01:31.461)

1. PAGE 135:05 TO 135:08  (RUNNING 00:00:13.322)

         05   Q.   Okay.  And, sir, if you take a look -- and so let me    12:24
         06        just ask you this:  Is that how you implemented the     12:24
         07        total transmit power in the firmware for the 616        12:24
         08        baseband processor, the calculation?                    12:24

2. PAGE 135:10 TO 135:12  (RUNNING 00:00:19.969)

         10   A.   Yeah, so when we -- when calculated total transmit      12:24
         11        power, we are aware of this fact, that this is the      12:25
         12        transmit power of all physical channels.                12:25

3. PAGE 136:07 TO 136:13  (RUNNING 00:00:35.078)

         07   Q.   So and total transmit power, sir, is not -- I just want 12:26
         08        to make sure I'm clear on this:  Total transmit power is 12:26
         09        not calculated based on summing only certain of those   12:26
         10        channels, or a certain subset of those channels; is that 12:26
         11        correct?                                                12:26
         12   A.   You have to consider all -- all channels when you want  12:26
         13        to calculate the result for the overall transmit power. 12:27

4. PAGE 144:14 TO 144:22  (RUNNING 00:00:23.092)

         14   Q.   Okay.  But you haven't done any type of study, have you, 12:44
         15        to determine in actual practice how often the second    12:44
         16        paragraph of 5.1.2.6 --                                 12:44
         17   A.   No, that's --                                           12:44
         18   Q.   -- is implemented -- let me just finish my question --  12:44
         19   A.   Sorry.                                                  12:44
         20   Q.   -- is implemented in a user equipment that's got the 616 12:44
         21        baseband processor in it?                               12:44
         22   A.   No.                                                     12:44
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:31.461)**