# Exhibit G

Case Clip(s) Detailed Report

# Apple v. Samsung Video DB

Tuesday, August 14, 2012, 7:31:00 PM

**PLAINTIFF'S EXHIBIT NO. 209**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
**Tuesday, August 14, 2012, 7:31:00 PM**

## Apple v. Samsung Video DB

 **Zorn, Andre (Vol. 01) - 03/20/2012 [Zorn, Andre]**                        **1 CLIP  (RUNNING 00:00:19.405)**

 Apple_Counters



　_APPLE_ZORN_COUNTERS          3 SEGMENTS  (RUNNING 00:00:19.405)

**1. PAGE 91:22 TO 91:23 (RUNNING 00:00:06.651)**

```
          22    Q.   Okay.  Do you know -- do you have any information as to
          23         whether any network implements the alternative E-bit?
```

**2. PAGE 92:01 TO 92:04 (RUNNING 00:00:10.917)**

```
    00092:01    A.   I don't know whether any does use it or not.
          02    BY MR. GUNTHER:
          03    Q.   Okay.  So for example, AT&T:  Do you have any idea
          04         whether AT&T implements the alternative E-bit --
```

**3. PAGE 92:06 TO 92:06 (RUNNING 00:00:01.837)**

```
          06    A.   I don't know.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:19.405) |
|---|