# Exhibit H

**Case Clip(s) Detailed Report**
**Tuesday, August 14, 2012, 11:02:06 PM**

---

## Apple v. Samsung

---

 **Oh, Jeong-seok (Vol. 01) - 11/11/2011**                               **1 CLIP  (RUNNING 00:01:06.467)**


39:22-41:3

| | |  |
|---|---|---|
| **YANG1** | **2 SEGMENTS  (RUNNING 00:01:06.467)** | |

**1. PAGE 40:19 TO 40:25 (RUNNING 00:00:51.500)**

```
19   Q:   During the course of your work on the invention
20    that's described in the 460 patent, did you prepare
21    documents of any kind?
22   A:   Yes.
23   Q:   What happened to those documents?
24   A:   I don't recall.
25   Q:   Did you destroy them?
```

**2. PAGE 41:03 TO 41:03 (RUNNING 00:00:14.967)**

```
03   A:   Yeah, I believe them to have been discarded.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:06.467)**

---

**PLAINTIFF'S EXHIBIT NO. 211**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____