# Exhibit I

**Case Clip(s) Detailed Report**
**Tuesday, August 14, 2012, 11:02:31 PM**

## Apple v. Samsung

 **Oh, Jeong-seok (Vol. 01) - 11/11/2011**                                     1 CLIP  (RUNNING 00:01:31.996)

 48:4-49:3

**YANG2**                        **5 SEGMENTS  (RUNNING 00:01:31.996)**                                

**1. PAGE 48:04 TO 48:04 (RUNNING 00:00:11.289)**

    04   Q:   Could you practice your invention by reading

**2. PAGE 48:05 TO 48:05 (RUNNING 00:00:11.000)**

    05        the language in Claim 1 of U.S. patent 460?

**3. PAGE 48:09 TO 48:09 (RUNNING 00:00:03.874)**

    09   A:   I don't know.

**4. PAGE 48:21 TO 48:24 (RUNNING 00:00:19.666)**

    21   Q:   I'm giving you an opportunity now to read the
    22        20 lines that comprise Claim 1 on patent 460. Is that
    23        language clear and unambiguous to you as the co-inventor
    24        on the invention that's described in the patent?

**5. PAGE 49:02 TO 49:03 (RUNNING 00:00:46.167)**

    02   A:   I don't quite know just based upon this
    03        passage.


                                              **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:31.996)**

PLAINTIFF'S EXHIBIT NO. 212
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____