# Exhibit J

**Case Clip(s) Detailed Report**
**Tuesday, August 14, 2012, 11:02:45 PM**

# Apple v. Samsung

 **Park, Sang-Ryul (Vol. 01) - 11/18/2011 [Park, Sang-Ryul]**                    **1 CLIP  (RUNNING 00:00:48.600)**

 19:10-15

**YANG3**                    **2 SEGMENTS  (RUNNING 00:00:48.600)**                    

**1. PAGE 19:10 TO 19:12  (RUNNING 00:00:31.400)**

```
10           MS. WHELAN:  Q.  So just to confirm,
11   although you are an inventor of the '460 patent, you
12   cannot explain what Claim 1 means?
```

**2. PAGE 19:14 TO 19:15  (RUNNING 00:00:17.200)**

```
14           THE WITNESS:  Although I do understand, it
15   will be hard for me to explain or define.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:48.600)**

PLAINTIFF'S EXHIBIT NO. 213
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____