Exhibit K

Case Clip(s) Detailed Report

# Apple v. Samsung Video DB

Thursday, August 16, 2012, 12:05:01 PM

**PLAINTIFF'S EXHIBIT NO. 218**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Case Clip(s) Detailed Report
Thursday, August 16, 2012, 12:05:01 PM

## Apple v. Samsung Video DB

 **Ahn, Seung-ho (Vol. 01) - 03/15/2012**                    1 CLIP  (RUNNING 00:07:35.440)

FRAND



**AHNS_FRAND_V4**                    **13 SEGMENTS  (RUNNING 00:07:35.440)**

**1. PAGE 7:10 TO 7:13  (RUNNING 00:00:22.533)**

```
10  Q:   Could you please state and spell your full
11   name for the record?
12  A:   Yes, my name is Seung-Ho Ahn. A-H-N
13    S-E-U-N-G-H-O.
```

**2. PAGE 23:25 TO 24:04  (RUNNING 00:00:32.067)**

```
        25  Q:   Mr. Ahn, are you the highest ranking
00024:01   licensing executive at Samsung?
        02  A:   Yes.
        03  Q:   To whom do you report?
        04  A:   That is the CEO.
```

**3. PAGE 31:24 TO 32:21  (RUNNING 00:02:44.121)**

```
        24   The court reporter has marked as Ahn Exhibit 1 a
        25   document entitled "Patent Cross License Agreement
00032:01   Between Samsung Electronics Co., Ltd., and Intel
        02   Corporation"; as Ahn Exhibit 2 a document entitled
        03   "Amendment Number 1 to the Patent Cross License
        04   Agreement Between Samsung and Intel Corporation Having
        05   an Effective Date of January 1, 1993"; and as Ahn
        06   Exhibit 3, a document with a letter on the cover and
        07   right behind the letter is the actual agreement and
        08   this is "Amendment Number 2 With an Effective Date of
        09   July 1, 2004 To The Patent Cross License Agreement
        10   Between Samsung Electronics Co., Ltd. and Intel
        11   Corporation."
        12   Mr. Ahn, have you seen these before?
        13  A:   I don't think I've looked through all of
        14   them.
        15  Q:   But you have seen these before?
        16  A:   I'm not sure -- considering the title page
        17   all look similar to each other, I'm not sure whether
        18   I've seen this exactly or not.
        19  Q:   Mr. Ahn, do you understand that the
        20   agreement, the patent cross license agreement between
        21   Samsung and Intel, has expired? --
```

**4. PAGE 32:23 TO 32:23  (RUNNING 00:00:04.084)**

```
        23  A:   Yes, that's what I heard.
```

**5. PAGE 98:06 TO 98:08  (RUNNING 00:00:26.200)**

```
        06  Q:   Have you made any effort to familiarize
        07   yourself with the requirements of fair, reasonable and
        08   non-discriminatory licensing?
```

**6. PAGE 98:10 TO 98:10  (RUNNING 00:00:02.034)**

```
        10  A:   No.
```

**7. PAGE 100:20 TO 100:22  (RUNNING 00:00:37.000)**

```
        20   Dr. Ahn, as head of licensing at Samsung, have
        21   you personally taken any steps to ensure that Samsung
        22   complies with its FRAND commitments?
```

**CONFIDENTIAL**                                                                                    **page 1**

**Case Clip(s) Detailed Report**
**Thursday, August 16, 2012, 12:05:01 PM**

## Apple v. Samsung Video DB

**8.  PAGE 100:24 TO 101:04  (RUNNING 00:00:43.233)**

```
          24  A:    I am the head of the IP center and I have not
          25   taken any such steps.
   00101:01  BY MR. MUELLER:
          02  Q:    Do you know of anyone at the IP center who
          03   has taken steps to ensure that Samsung complies with
          04   its FRAND commitments?
```

**9.  PAGE 101:07 TO 101:08  (RUNNING 00:00:16.134)**

```
          07  A:    I have never verified whether somebody does
          08   that.
```

**10.  PAGE 117:21 TO 118:02  (RUNNING 00:00:39.400)**

```
          21  Q:    Mr. Ahn, do you know anything about how the
          22   2.4% number was derived?
          23  A:    No.
          24  Q:    Do you know any reason or basis to support
          25   that number?
   00118:01  A:    Personally, I do not -- there is nothing I
          02   know.
```

**11.  PAGE 128:15 TO 128:17  (RUNNING 00:00:37.467)**

```
          15  Q:    Can you give me any reason why any of the
          16   patents asserted by Samsung in any jurisdiction are
          17   important from a technological perspective?
```

**12.  PAGE 128:18 TO 128:18  (RUNNING 00:00:01.600)**

```
          18  A:    No.
```

**13.  PAGE 130:10 TO 130:13  (RUNNING 00:00:29.567)**

```
          10  Q:    Do you have any knowledge as to whether or
          11   not Samsung played an important role in developing the
          12   cellar telecommunication system?
          13  A:    No, I do -- not really know.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:35.440) |
| --- |