# Exhibit L

Case Clip(s) Detailed Report

# Apple v. Samsung Video DB

Thursday, August 16, 2012, 12:01:54 PM

**PLAINTIFF'S EXHIBIT NO. 220**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
**Thursday, August 16, 2012, 12:01:54 PM**

# Apple v. Samsung Video DB

## Lee_ITC, Jun Won (Vol. 02) - 03/06/2012

**1 CLIP (RUNNING 00:05:05.000)**

### APPLE_AFFIRMATIVE

**_JWLEE_APPLE_AFF** **18 SEGMENTS (RUNNING 00:05:05.000)**

**1. PAGE 6:24 TO 6:25 (RUNNING 00:00:09.000)**

Q What is your full name?
A Jun Won Lee, J-u-n, W-o-n, L-e-e.

**2. PAGE 11:14 TO 11:16 (RUNNING 00:00:07.000)**

Q Do you have any role or responsibility for Samsung's policies, practices, or activities related to the disclosure of intellectual property to ETSI or 3GPP?

**3. PAGE 11:19 TO 12:01 (RUNNING 00:00:26.000)**

THE WITNESS: That is something the prosecution team does, and I used to do that when I was in the prosecution team, but I currently do not handle that.
BY MR. SELWYN:
Q During what period of time did you have a role or a responsibility for Samsung's policies, practices, and activities related to the disclosure of intellectual property to ETSI or 3GPP?

**4. PAGE 12:03 TO 12:08 (RUNNING 00:00:33.000)**

THE WITNESS: As I told you earlier, for those five years when I was working in the prosecution team earlier as a -- as a director.
BY MR. SELWYN:
Q Was that approximately 2005 to 2010?
A Yes.

**5. PAGE 108:15 TO 108:16 (RUNNING 00:00:10.000)**

Q Does Samsung's prosecution team attend ETSI meetings?

**6. PAGE 108:18 TO 108:18 (RUNNING 00:00:00.000)**

THE WITNESS: They do.

**7. PAGE 111:14 TO 111:14 (RUNNING 00:00:00.000)**

Q How big is Samsung's patent prosecution team?

**8. PAGE 111:16 TO 111:18 (RUNNING 00:00:07.000)**

THE WITNESS: I don't know exactly, but within the entire Samsung Electronics, I believe there are about 200 people.

**9. PAGE 111:20 TO 111:21 (RUNNING 00:00:03.000)**

Q And those 200 people attend ETSI meetings from time to time; correct?

**10. PAGE 111:24 TO 112:03 (RUNNING 00:00:14.000)**

THE WITNESS: Not all of those 200 people attend the meetings because everybody has a different area that they are responsible for, but there are about 20 to 30 people who are responsible for the telecommunication standards.




**Case Clip(s) Detailed Report**
**Thursday, August 16, 2012, 12:01:54 PM**

## Apple v. Samsung Video DB

**11. PAGE 112:05 TO 112:08 (RUNNING 00:00:35.000)**

```
05        Q    And do those 20 or 30 people who attend the
06   ETSI meetings try to draft patent applications that will
07   cover the standards that are discussed at the ETSI
08   meetings?
```

**12. PAGE 112:11 TO 112:20 (RUNNING 00:01:04.000)**

```
11             THE WITNESS:  They don't personally prepare the
12   draft.  They use outside people to draft the
13   application.  But there are the people who are
14   responsible for controlling the outside people to make a
15   draft.
16   BY MR. SELWYN:
17        Q    And is it their goal to try to draft
18   applications or have applications drafted that will
19   cover the standards that are being discussed at the ETSI
20   meetings?
```

**13. PAGE 112:22 TO 112:22 (RUNNING 00:00:00.000)**

```
22             THE WITNESS:  You can say that.
```

**14. PAGE 112:24 TO 112:25 (RUNNING 00:00:04.000)**

```
24        Q    How does Samsung determine when to disclose its
25   patents or other intellectual property to ETSI?
```

**15. PAGE 113:02 TO 113:03 (RUNNING 00:00:11.000)**

```
02             THE WITNESS:  Those 20 to 30 people that I
03   mentioned earlier made the decision.
```

**16. PAGE 114:09 TO 114:11 (RUNNING 00:00:08.000)**

```
09        Q    How soon after the standard has been determined
10   is the patent prosecution team supposed to make its
11   disclosure of Samsung's IPR to ETSI?
```

**17. PAGE 114:13 TO 114:20 (RUNNING 00:00:43.000)**

```
13             THE WITNESS:  There is no fixed time, but it is
14   done periodically, commonly as often as once or twice a
15   year.
16   BY MR. SELWYN:
17        Q    Has there ever been an instance in which
18   Samsung has disclosed a pending patent application or an
19   issued patent to ETSI before the standard has been
20   determined or before the standard has been frozen?
```

**18. PAGE 114:22 TO 114:24 (RUNNING 00:00:31.000)**

```
22             THE WITNESS:  I'm not sure if that has ever
23   happened, but if that happened, I believe that was a
24   stupid thing.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:05.000)**