| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Charles K. Verhoeven (Cal. Bar No. 170151) <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> Kevin P.B. Johnson (Cal. Bar No. 177129) <br> Victoria F. Maroulis (Cal. Bar No. 202603) <br> 555 Twin Dolphin Drive 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Michael T. Zeller (Cal. Bar No. 196417) <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 <br><br> Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>           Plaintiff, <br><br>     v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>           Defendant. | Case No.   11-cv-01846-LHK (PSG) <br><br> **JOINT NOTICE REGARDING EQUIPMENT** |

JOINT NOTICE REGARDING EQUIPMENT <br>
11-cv-01846-LHK <br>
sf-3176295

Pursuant to the Court's August 19, 2012 Order, the parties inform the Court that an Elmo and a television are available for the jury's use in the jury deliberation room to enable the jurors to see the devices simultaneously. After the closing arguments have completed, the parties' technical staff can connect the Elmo and the television in the jury deliberation room.

Dated: August 21, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Michael A. Jacobs* | By: */s/ Todd Briggs* |
| HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>JENNIFER LEE TAYLOR<br>ALISON M. TUCHER<br>RICHARD S.J. HUNG<br>JASON R. BARTLETT<br><br>Attorneys for APPLE INC. | CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>EDWARD DEFRANCO<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Statement Regarding Jury Binder. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: August 21, 2012                                  */s/ Michael A. Jacobs*
                                                                        Michael A. Jacobs