United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff, ) | REFORMATTED FINAL EXHIBIT LIST |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| a Korean corporation; ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | |
| a New York corporation; ) | |
| SAMSUNG TELECOMMUNICATIONS ) | |
| AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| a Korean corporation; ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | |
| a New York corporation; ) | |
| SAMSUNG TELECOMMUNICATIONS ) | |
| AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Counterclaim-Plaintiffs, ) | |
| v. ) | |
| ) | |
| APPLE, INC., a California corporation, ) | |
| ) | |
| Counterclaim-Defendant. ) | |
| ) | |

1

Case No.: 11-CV-01846-LHK
REFORMATTED FINAL EXHIBIT LIST

1    Attached as Exhibit A is a reformatted final exhibit list.  The content of the exhibit list has
2  not changed.
3  **IT IS SO ORDERED.**
4  Dated: August 21, 2012

                                              LUCY H. KOH
                                              United States District Judge

**United States District Court**
For the Northern District of California

2

Case No.: 11-CV-01846-LHK
REFORMATTED FINAL EXHIBIT LIST

**EXHIBIT A**

Case No.: 11-CV-01846-LHK
REFORMATTED FINAL EXHIBIT LIST

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|  | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 3 | Apple and Samsung Smartphones | 8/6/2012 | |
| PX | 4 | Apple and Samsung Tablets | 8/6/2012 | |
| PX | 5 | Summary of Press Reports Regarding Samsung Tablet Designs | 8/7/2012 | Do not consider for truth of the matter asserted. |
| PX | 6 | Summary of Press Reports Regarding Samsung Phone Designs | 8/7/2012 | Do not consider for truth of the matter asserted. |
| PX | 7 | Photographs of accused Samsung devices | 8/6/2012 | |
| PX | 8 | Photographs of Apple products | 8/6/2012 | |
| PX | 10 | Design alternatives considered by Peter Bressler | 8/6/2012 | |
| PX | 11 | iPhone and iPad Advertisements | 8/3/2012 | |
| PX | 12 | iPhone Television Advertisements | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 13 | iPad Television Advertisements | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 14 | iPhone & iPad Media Clips | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 15 | Apple's Sales of iPhone and iPad | 8/3/2012 | |
| PX | 16 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |
| PX | 17 | Summary of iPhone and iPad News Coverage | 8/3/2012 | Do not consider for truth of the matter asserted. |
| PX | 21A | Screen captures considered by S. Kare | 8/7/2012 | |
| PX | 23 | Summary of Hal Poret's Secondary Meanings Surveys | 8/7/2012 | Do not consider as evidence that Apple trade dress was famous.  You may consider for some other purpose; for example, whether or not Apple's designs acquired secondary meaning. |
| PX | 24 | Summary of Kent Van Liere's Association/Confusion Surveys: photos and placeholder for videos | 8/10/2012 | |
| PX | 25A.1 | Summary of Apple's damages calculations | 8/13/2012 | |
| PX | 28 | Summary of Samsung's fixed, variable, and non-product costs | 8/13/2012 | |
| PX | 30 | Summary of survey conducted by J. Hauser | 8/10/2012 | |
| PX | 31 | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 | 8/10/2012 | |
| PX | 33 | iPhone and iPad Advertising Expenditures | 8/3/2012 | |
| PX | 34 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | 8/13/2012 | |
| PX | 35 | Email from J. Boltello re: Additional wallpapers for Genie | 8/16/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
Admitted Exhibit List

|    | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|----|----|----|----|----|
| PX | 36 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | 8/7/2012 | |
| PX | 38 | Presentation: Browser Zooming Methods UX Exploration Study | 8/10/2012 | |
| PX | 40 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | 8/6/2012 | |
| PX | 42 | Translation of Email from Hyun Kim regarding PI/P3 Division Head Design Report Meeting Minutes, dated February 16, 2010 | 8/15/2012 | |
| PX | 43 | Translation of Email from Ki Hyun Seo regarding Team Leader's Directives at the Executives' Meeting 2/22 (Mon) | 8/15/2012 | |
| PX | 44 | Relative Evaluation Report on S1, iPhone, March 2, 2010 Product Engineering Team SW Verification Group | 8/7/2012 | |
| PX | 46 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | 8/10/2012 | |
| PX | 52 | Presentation: Samsung's Use of Apple Patents in Smartphones | 8/10/2012 | |
| PX | 54 | Presentation: Lessons from Apple Boston Consulting Group | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 55 | Presentation: Samsung mobile icon design for 2011 | 8/14/2012 | |
| PX | 56 | Presentation: Samsung Q4 '10 Deep Dive | 8/7/2012 | |
| PX | 57 | Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1 | 8/10/2012 | |
| PX | 58 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | 8/3/2012 | |
| PX | 59 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | 8/6/2012 | |
| PX | 60 | Presentation: STA Competitive Situation Paradigm Shift | 8/3/2012 | |
| PX | 62 | Presentation: iPhone 5 Counter Strategy | 8/3/2012 | Do not consider as evidence that Samsung's conduct was willful; however, you may consider it for some other purpose. |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|  | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| PX | 69 | 2011 Wireless Smartphone Satisfatction Sture Management Report, March 2011 [Exhibit 1594 to Benner Deposition] | 8/13/2012 | |
| PX | 70 | 3GPP TSG-RAN WG1 Meeting #42, R1-050995 London, UK, 29 August – 2 September, 2005, Approved Report of 3GPP TSG RAN WG1 #41 in Athens (Athens, Greece, 09 – 13 May, 2005) | 8/17/2012 | |
| PX | 72 | TSG-RAN WG2 Meeting #48, R2-052063, London, 29 August - 02 Sep 2005, Approved minutes of the 47 TSG-RAN WG2 meeting (Athens Greece, 09-13 May 2005) | 8/17/2012 | |
| PX | 74 | Addendum 1 ETSI/GA 29(97)/SCM/3, Amendments to the ETSI Interim Intellectual Property Rights Policy | 8/17/2012 | |
| PX | 78 | Intel Invoices to Apple (12/22/11-12/29/11) | 8/16/2012 | |
| PX | 80 | Letter from SW Kim to B. Teksler, dated July 25, 2011 | 8/16/2012 | |
| PX | 81 | Patent Cross License Agreement between Intel and Samsung with Amendments 1 & 2 | 8/17/2012 | |
| PX | 84 | 3GPP Website Screenshots | 8/17/2012 | |
| PX | 89 | Presentation: Samsung Q1 '11 Deep Dive Continuous Tracking (5/16/08 - 04/03/11) [Exhibit 1603 to Benner Desposition] | 8/13/2012 | You may only consider as evidence of knowledge, willfulness, or intent. Do not consider for any other purpose. |
| PX | 91 | U.S. Patent No. 6,928,648 Wong | 8/16/2012 | |
| PX | 97 | U.S. Patent No. 6,819,658 - Agarwal | 8/17/2012 | |
| PX | 100 | Japanese Patent Application No. 2002-190774 and English translation | 8/17/2012 | |
| PX | 101 | 3GPP TSG-RAN WG2 Meeting #47 Tdoc R2-051680, Athens, Greece, May 9-13, 2005, Change Request | 8/17/2012 | |
| PX | 104 | Email from Juho Lee to 3GPP, dated June 18, 2004, attaching R1-040697, R1-040689, R-1040690, and R1-040696 | 8/17/2012 | |
| PX | 112 | KR 10-2004-0013792 and English translation | 8/16/2012 | |
| PX | 113.4, 113.5 | Sony Ericsson Affidavit of Lee Hill with Attachment | 8/16/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|    | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|----|-------------|-------------|----------|------------------------------|
| PX | 116 | Sony Ericsson Mobile Comm. AB, "Sony K700 User Guide" (1st Ed.) March 2004 | 8/16/2012 | |
| PX | 117 | Sony Press Releases, dated March 9, 2004 and March 21, 2004 | 8/16/2012 | |
| PX | 118 | U.S. Patent No. 6,009,336 - Harris | 8/16/2012 | |
| PX | 119 | U.S. Patent No. 6,069,648 - Suso | 8/16/2012 | |
| PX | 120 | U.S. Patent No. 6,690,417 - Yoshida | 8/16/2012 | |
| PX | 121 | Source Code Files, Camera and Photos Functionality (See Appendix 1 for Bates Numbers) | 8/16/2012 | |
| PX | 122 | Samsung ETSI IPR Statements | 8/17/2012 | |
| PX | 125 | Sony Ericsson K700i mobile phone [Physical Device] | 8/16/2012 | |
| PX | 127 | How To TV ad for original iPhone | 8/3/2012 | |
| PX | 128 | iPad Is Iconic TV ad for first-generation iPad | 8/3/2012 | |
| PX | 133 | "Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 134 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal, June 27, 2007 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 135 | "Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover) | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 138 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, The Wall Street Journal, January 25, 2010 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 140 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, USA Today, April 2, 2010 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 141 | "Laptop Killer? Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010 | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 142 | "Patent Office Highlights Jobs's Innovations," New York Times | 8/3/2012 | Do not consider for the truth of the matter asserted. |
| PX | 143 | Excerpts from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.04 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.06 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.12 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.16 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.22 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |

Apple, Inc. v Samsung et al.,
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|    | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|----|------|---|---|---|
| PX | 143.25 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 143.82 | Excerpt from iPhone Buyer Survey, FY10-Q4 | 8/3/2012 | |
| PX | 144 | Excerpts from iPhone Buyer Survey, FY11-Q1 | 8/3/2012 | |
| PX | 145 | Excerpt from iPhone Buyer Survey, FY11-Q2 | 8/3/2012 | |
| PX | 146 | Excerpt from iPhone Buyer Survey, FY11-Q3 | 8/3/2012 | |
| PX | 148 | Nokia Lumia 800 [Physical Device] | 8/14/2012 | |
| PX | 150 | Casio G'zOne Commando | 8/14/2012 | |
| PX | 155 | Sony Tablet S [Physical Device] | 8/14/2012 | |
| PX | 158A | User Interface Alternative Designs - Blackberry Torch 9850 | 8/7/2012 | |
| PX | 162 | iPhone CAD | 7/31/2012 | |
| PX | 163 | Sketch of Phone | 7/31/2012 | |
| PX | 164 | Phone CAD | 7/31/2012 | |
| PX | 165 | Phone model 1017 | 7/31/2012 | |
| PX | 166 | Phone model 1015 | 7/31/2012 | |
| PX | 167 | Phone model 956 | 7/31/2012 | |
| PX | 168 | Phone model 961 | 7/31/2012 | |
| PX | 170 | Tablet model 1202 | 7/31/2012 | |
| PX | 171 | Tablet model 874 | 7/31/2012 | |
| PX | 173 | "Samsung Galaxy Tab 10.1 Wi-Fi: A Worthy Rival to the iPad 2," by Melissa J. Perenson; PCWorld, June 8, 2011 | 8/6/2012 | Do not consider for the truth of the matter asserted. |
| PX | 174 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | 8/6/2012 | Do not consider for the truth of the matter asserted. |
| PX | 180 | Samsung's Financial Spreadsheet | 8/16/2012 | |
| PX | 186 | Translation of email from H. T. Han regarding "Domestig Galaxy Tab Main Horzontal Deployment Items." dated 2010-20-27 [typo: 2010-10-27] | 8/16/2012 | |
| PX | 193 | Juho Lee's August 12, 2004 e-mail and attachment Samsung Proposal R1-040859 at TSG RAN WG1 #38 (Aug. 12, 2004) | 8/17/2012 | |
| PX | 194 | Email from Sungsik Lee dated March 2, 2010 | 8/13/2012 | |
| PX | 195 | Email from Sangwook Han dated October 28, 2010 | 8/16/2012 | |
| PX | 210 | Photos of the Diamondtouch System | 8/14/2012 | |
| DX | 511 | Japanese design patent JP D1241638 ("JP638") | 8/6/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|    | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|----|---|---|---|---|
| DX | 518 | Video of LaunchTile running on an HP iPAQ device that was shown by Bederson at the CHI Conference and HP iPAQ device running LaunchTile | 8/13/2012 | |
| DX | 526 | Samsung F700 [Physical Device] | 8/6/2012 | Do not consider as evidence of invalidity or non-infringement. However, you may consider as evidence of alternative designs and functionality. |
| DX | 528 | XNav sourcecode | 8/13/2012 | |
| DX | 529 | Fidler, Roger. "The Tablet Newspaper Vision 1981 - 2010." [Ex. 266 to Fidler Dep. Tr.] | 8/14/2012 | |
| DX | 533 | iPhone User Guide for iOS 4.2 and 4.3 Software | 8/14/2012 | |
| DX | 539 | iPhone User Guide for iOS 5.1 Software | 8/14/2012 | |
| DX | 546 | Bederson et al.: Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics | 8/13/2012 | |
| DX | 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 through November 30, 2004, found on the MERL-Drive in the folders: MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch and MERL-rive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/forlines/fractal and MERL DiamondTouch Table with Mandelbrot files | 8/14/2012 | |
| DX | 549 | Samsung's December 14, 1998 Declaration to ETSI | 8/17/2012 | |
| DX | 550 | Nomura Yasuhiro patent Japanese application and translation | 8/15/2012 | |
| DX | 556 | 2006 Jeffrey Han demonstration video | 8/20/2012 | |
| DX | 557 | 3GPP standard TS 25.322 version 6.4.0 (Release 6)] | 8/15/2012 | |
| DX | 561 | U.S. Patent Appl. No. 60/718187 (Flynt Provisional Application for Enhanced Portable Device Navigation Tools); U.S. Patent No. 7,933,632 ("Flynt Patent") | 8/15/2012 | |
| DX | 562 | March 8, 2006 email from Howarth to Ive | 8/14/2012 | Do not consider as evidence of invalidity or non-infringement. However, you may consider as evidence of functionality. |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|  | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| DX | 572 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | 8/13/2012 | |
| DX | 578 | April 14, 2010 Apple internal email chain and meeting agenda; subject line: "iPhone 'firsts'" | 8/3/2012 | |
| DX | 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | 8/10/2012 | Do not consider this evidence to prove or disprove the validity or invalidity of a claim or the amount of a disputed claim. However, you may consider this as evidence of whether or not Samsung lacked notice of Apple's infringement claims. |
| DX | 592 | ComTech United States Report Q410 | 8/3/2012 | |
| DX | 613 | ETSI Guide on IPRs, September 1-2, 2004 | 8/17/2012 | |
| DX | 621A | Reuter Tablet Video | 8/15/2012 | |
| DX | 630 | Teece Expert Report of 3/22/2012 - Exs. 3A, 3B | 8/16/2012 | |
| DX | 631 | Teece Expert Report of 4/2/2012 - Exs R4A-R4E | 8/16/2012 | |
| DX | 635A | Intel Source Code for X-GOLD Processors | 8/15/2012 | |
| DX | 635B | RLC Detail Design Spec | 8/15/2012 | |
| DX | 636 | Infineon X-GOLD 61x Product Specification | 8/15/2012 | |
| DX | 645 | Apple iOS Source Code | 8/14/2012 | |
| DX | 647 | iPhone App testing including mail and photos | 8/16/2012 | |
| DX | 648 | iPad App testing including mail and photos | 8/16/2012 | |
| DX | 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: TableCloth source code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; Screenshot of Diamond Touch-Flash Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm TableCloth screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 (Trac decl. Ex. 25) and MERL DiamondTouch Table with Tablecloth files | 8/15/2012 | |
| DX | 661 | MERL DiamondTouch Price List and Terms and Conditions of Sale dated 10/25/05 [Exhibit 2 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|   | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| DX | 662 | 12/12/2005 MERL DiamondTouch table and developers Kit Purchase Order [Exhibit 11 to Adam Bogue 3/9/12 Deposition] | 8/13/2012 | |
| DX | 676 | Financial Spreadsheet | 8/16/2012 | |
| DX | 684.001 | Photographic Summary of Samsung Devices | 8/15/2012 | |
| DX | 685 | TSG-RAN WG1 #38, Prague, Czechs, 16th - 20th August 2004, Power control at the maximum power limit for E-DCH | 8/15/2012 | |
| DX | 687 | January 20, 2011 Apple Email regarding competitor products | 7/31/2012 | |
| DX | 693 | Mandelbrot source code | 8/14/2012 | |
| DX | 695 | 11/6/2003 email from Adam Bogue to Steve Hotelling re: DiamondTouch | 8/13/2012 | |
| DX | 696 | Forlines et al., "Experiences with an Observations of Direct-Touch Tabletops" [Bogue, Ex. 3] | 8/13/2012 | |
| DX | 697 | 1/14/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 7] | 8/14/2012 | |
| DX | 698 | 10/31/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 14] | 8/14/2012 | |
| DX | 712 | February 25, 2011 Internal Apple Email Regarding Competitive Phone Tracker | 8/15/2012 | |
| DX | 713 | January 17, 2005 email from Alan Esenther to Chia Shen and Adam Bogue re: DTFlash on \\herc\diamondspace | 8/13/2012 | |
| DX | 717 | Samsung Galaxy Tab 10.1 Take-Apart | 8/15/2012 | |
| DX | 727 | KR30-0418547, N.B. Certified translation has unique bates range following original | 8/6/2012 | |
| DX | 728 | JP D1241383, N.B. Certified translation has unique bates range following original | 8/6/2012 | |
| DX | 740 | Apple's 035 Prototype Photos from D'889 File History | 7/31/2012 | Do not consider for non-infringement or invalidity. You may consider as impeachment evidence. |
| DX | 741 | Apple's 035 Prototype with an authenticating stipulation of fact | 7/31/2012 | Do not consider for non-infringement or invalidity. You may consider as impeachment evidence. |
| DX | 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | 8/16/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|  | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| DX | 754.502 | Apple 10-K Forms, 2007-2011 | 8/16/2012 | |
| DX | 754.545 | Apple 10-K Forms, 2007-2011 | 8/16/2012 | |
| DX | 781 | Summaries of Samsung Profits Pursuant to FRE 1006 | 8/16/2012 | |
| DX | 900 | January 6, 2010 e-mail to Jinsoo Kim | 8/20/2012 | |
| JX | 1000 | iPhone [Physical Device] | 7/31/2012 | |
| JX | 1001 | iPhone 3G [Physical Device] | 7/31/2012 | |
| JX | 1002 | iPhone 3GS [Physical Device] | 7/31/2012 | |
| JX | 1003 | iPhone4 [Physical Device] | 7/31/2012 | |
| JX | 1004 | iPad [Physical Device] | 7/31/2012 | |
| JX | 1005 | iPad2 [Physical Device] | 7/31/2012 | |
| JX | 1007 | Galaxy S (i9000) [Physical Device] | 8/3/2012 | |
| JX | 1009 | Intercept [Physical Device] | 8/10/2012 | |
| JX | 1010 | Galaxy S Vibrant [Physical Device] | 8/6/2012 | |
| JX | 1011 | Galaxy S Captivate [Physical Device] | 8/6/2012 | |
| JX | 1012 | Galaxy S Epic 4G [Physical Device] | 8/6/2012 | |
| JX | 1013 | Galaxy S Fascinate [Physical Device] | 8/6/2012 | |
| JX | 1014 | Transform [Physical Device] | 8/10/2012 | |
| JX | 1015 | Galaxy S Mesmerize [Physical Device] | 8/6/2012 | |
| JX | 1016 | Galaxy S Continuum [Physical Device] | 8/3/2012 | |
| JX | 1017 | Galaxy S Showcase i500 [Physical Device] | 8/6/2012 | |
| JX | 1018 | Nexus S [Physical Device] | 8/16/2012 | |
| JX | 1019 | Galaxy S 4G [Physical Device] | 8/3/2012 | |
| JX | 1020 | Gem [Physical Device] | 8/6/2012 | |
| JX | 1022 | Galaxy Prevail [Physical Device] | 8/6/2012 | |
| JX | 1023 | Nexus S 4G [Physical Device] | 8/10/2012 | |
| JX | 1024 | Replenish [Physical Device] | 8/10/2012 | |
| JX | 1025 | Droid Charge [Physical Device] | 8/3/2012 | |
| JX | 1026 | Indulge [Physical Device] | 8/6/2012 | |
| JX | 1027 | Infuse 4G [Physical Device] | 8/3/2012 | |
| JX | 1028 | Exhibit 4G [Physical Device] | 8/10/2012 | |
| JX | 1030 | Galaxy Ace [Physical Device] | 8/6/2012 | |
| JX | 1031 | Galaxy S II (AT&T) [Physical Device] | 8/6/2012 | |
| JX | 1032 | Galaxy S II (i9100) [Physical Device] | 8/6/2012 | |
| JX | 1033 | Galaxy S II (T-Mobile) [Physical Device] | 8/6/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|    | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|----|-------------|-------------|----------|------------------------------|
| JX | 1034 | Galaxy S II (Epic 4G Touch) [Physical Device] | 8/6/2012 | |
| JX | 1035 | Galaxy S II (Skyrocket) [Physical Device] | 8/6/2012 | |
| JX | 1036 | Galaxy Tab 7.0 [Physical Device] | 8/10/2012 | |
| JX | 1037 | Galaxy Tab 10.1 (WiFi) [Physical Device] | 8/6/2012 | |
| JX | 1038 | Galaxy Tab 10.1 (4G LTE) [Physical Device] | 8/6/2012 | |
| JX | 1039 | US Trademark Reg for iPhone | 8/7/2012 | |
| JX | 1040 | Certified copy of US D504,889, issued May 10,2005 | 7/31/2012 | Do not consider this as evidence that the D'677 patent is invalid. |
| JX | 1041 | Certified copy of US D593,087, issued May 26,2009 | 7/31/2012 | |
| JX | 1042 | Certified copy of US D604,305, issued November 17, 2009 | 8/7/2012 | |
| JX | 1043 | Certified copy of US D618,677, issued June 29, 2010 | 7/31/2012 | |
| JX | 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | 8/10/2012 | |
| JX | 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | 8/10/2012 | |
| JX | 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | 8/3/2012 | |
| JX | 1047 | Certified file history of US 7,469,381, issued December 23, 2008 | 8/17/2012 | |
| JX | 1048 | Certified file history of US 7,844,915, issued November 30, 2010 | 8/17/2012 | |
| JX | 1049 | Certified file history of US 7,864,163, issued January 4, 2011 | 8/17/2012 | |
| JX | 1050 | Apple iPad 2 3G (iOS 4.x) - AT&T version | 8/14/2012 | |
| JX | 1051 | Apple iPad 2 3G (iOS 5.x) - AT&T version | 8/14/2012 | |
| JX | 1053 | Apple iPhone 3G (iOS 4.x) | 8/14/2012 | |
| JX | 1054 | Apple iPhone 3GS (iOS 4.x) | 8/14/2012 | |
| JX | 1055 | Apple iPhone 4 (iOS 4.x) - AT&T version | 8/14/2012 | |
| JX | 1056 | Apple iPhone 4 (iOS 5.x) - AT&T version | 8/14/2012 | |
| JX | 1057 | Apple iPod Touch (4th Gen.) (iOS 4.x) | 8/14/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division

Case No. 11-cv-01846 (LHK)

**Admitted Exhibit List**

|  | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|---|---|---|---|---|
| JX | 1060 | File wrapper for 7,675,941 (including file histories of U.S. Patent App. No. 11/417,219, Korean Patent App. 10-2004-0042300, Korean Patent App. 10-2004-0062190, Korean Patent App. 10-2004-0073552, Korean Patent App. 10-2004-0093947, Korean Patent App. 10-2005-0029192), Korean Patent App. 10-2005-0037774). | 8/17/2012 | |
| JX | 1066 | File wrapper for U.S. Patent No. 7,577,460 (including U.S. App. Nos. 11/493,754, 11/003,222, and 09/540,830 and KR App. No. 1999-11179) | 8/17/2012 | |
| JX | 1068 | U.S. Patent No. 7,456,893 | 8/14/2012 | |
| JX | 1069 | U.S. Patent No. 7,577,460 | 8/14/2012 | |
| JX | 1070 | U.S. Patent No. 7,675,941 | 8/15/2012 | |
| JX | 1071 | U.S. Patent No. 7,698,711 | 8/14/2012 | |
| JX | 1073 | U.S. Patent No. 7,447,516 | 8/15/2012 | |
| JX | 1074 | HP Compaq TC 1000 | 8/14/2012 | |
| JX | 1076 | Apple iPhone 3GS (iOS 5.x) | 8/14/2012 | |
| JX | 1077 | Apple iPod Touch (4th Gen.) (iOS 5.x) | 8/14/2012 | |
| JX | 1078 | Fiddler 1994 Tablet Replica | 8/17/2012 | |
| JX | 1081 | U.S. Patent No. 7,327,349 | 8/15/2012 | |
| JX | 1083 | 3GPP TS 25.214 v.6.6.0 (2005-2006) | 8/15/2012 | |
| JX | 1084 | 3GPP TSG RAN WG1 Meeting #41 Athens, Greece, 9-13 May 2005, Change Request | 8/17/2012 | |
| JX | 1085 | 3GPP TSG-RAN2 Meeting #47, Athens, Greece, 09th - 13th May 2005, Tdoc R2-051311 | 8/17/2012 | |
| JX | 1091 | MacWorld 2007 Video | 8/3/2012 | |
| JX | 1093 | LG Prada Phone | 8/3/2012 | Do not consider this exhibit as prior art to the D'305 patent. |
| JX | 1500 | STA's & SEA's US sales of accused products & Apple's sales & revenues of the accused products | 8/13/2012 | |
| PX | 2011 | Exhibit M of Samsung's Disclosure Of Asserted Claims And Infringement Contentions | 8/15/2012 | |
| PX | 2031 | Exhibit J of Samsung's Disclosure Of Asserted Claims And Infringement Contentions | 8/14/2012 | |
| PX | 2227 | 2005-08-25 Email from Bederson to John SanGiovanni re LAunchTiule source | 8/13/2012 | |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

|    | EXHIBIT NO. | DESCRIPTION | ADMITTED | Court's Limiting Instruction |
|----|------|-------------|----------|------------------------------|
| PX | 2257 | Production Information | 8/14/2012 | |
| PX | 2261 | Samsung Icon Design for 2011 | 8/14/2012 | |
| PX | 2277 | Pantech Hotshot | 8/17/2012 | |
| PX | 2278 | Blackberry Storm | 8/17/2012 | |
| PX | 2281 | iPhone Human Interface Guidelines | 8/14/2012 | |
| PX | 2288 | June 13, 2005 Swift File (Tablecloth/ Snapping Back) | 8/14/2012 | |
| DX | 2517 | Email 11-18-08 Haining Zhang to Isable-staff re: Competitive Analysis | 8/3/2012 | |
| DX | 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | 8/3/2012 | |
| DX | 2522 | Email 1-24-11 Eddy Cue to Tim Cook re: Why I Just Dumped the iPad (Hing: Size Matters) | 8/3/2012 | |
| DX | 2524 | Email 10-5-05 Steve Jobs to Jony Ive, et al, re: =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-10_Bang_&_Olufsen_=93fas?= =?WINDOWS-252?Q?hionphone=94?= | 8/3/2012 | |
| DX | 2525 | Email 11-7-06 Tony Fadell to Steve Jobs, et al, re: Samsung Unveils New Communications Device (AP) | 8/3/2012 | |
| DX | 2526 | Nook Color tablet [used by Van Liere as control for survey] | 8/10/2012 | Do not consider for any purpose except to evaluate Dr. Van Liere's survey. |
| DX | 2528 | LG G2x [Physical Device] | 8/10/2012 | Do not consider for any purpose except to evaluate how Mr. Poret chose his control devices. |
| DX | 2529 | Motorola Xoom tablet [Physical Device] | 8/10/2012 | Do not consider for any purpose except to evaluate Mr. Poret's study. |
| DX | 2534 | Motorola Atrix F159 [Physical Device] | 8/10/2012 | Do not consider for any purpose except to evaluate how Mr. Poret chose his control devices. |
| DX | 2627 | 3GSM Congress Trade Show Report | 8/15/2012 | Do not consider as evidence of invalidity or non-infringement. However, you may consider as evidence of alternative designs and functionality. The date on the document is incorrect. The correct date is 2007. |