| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:   (415) 268-7000 <br> Facsimile:   (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Charles K. Verhoeven (Cal. Bar No. 170151) <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> Kevin P.B. Johnson (Cal. Bar No. 177129) <br> Victoria F. Maroulis (Cal. Bar No. 202603) <br> 555 Twin Dolphin Drive 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Michael T. Zeller (Cal. Bar No. 196417) <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 <br><br> Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK (PSG) <br><br> **JOINT STIPULATION TO WITHDRAW ECF NO. 1834 AND ECF NO. 1837 AND TO PROVIDE SUBSTITUTE DIRECTION TO JURY REGARDING USE OF INTERNET ON DEVICES IN EVIDENCE DURING DELIBERATIONS** |

*Additional attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.*

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Pursuant to the parties' agreement, Apple and Samsung hereby file this joint stipulation to withdraw the previously filed proposed Device Handling Directions (Dkt. 1834 at Exhibit 1) and Samsung's Opposition to Apple's Request for Direction to Jury Regarding Use of Internet on Devices in Evidence During Deliberations (Dkt. 1837).   Instead, the parties request that the Court provide to the jury copies of the revised Device Handling Directions attached hereto as Exhibit 1 for use during deliberations.

Dated:   August 20, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:  /s/  *Michael A. Jacobs*<br>    HAROLD J. MCELHINNY<br>    MICHAEL A. JACOBS<br>    JENNIFER LEE TAYLOR<br>    ALISON M. TUCHER<br>    RICHARD S.J. HUNG<br>    JASON R. BARTLETT<br><br>    WILLIAM F. LEE<br>    MARK D. SELWYN<br><br>    Attorneys for APPLE INC. | By:  /s/  *Victoria Maroulis*<br>    CHARLES K. VERHOEVEN<br>    KEVIN P.B. JOHNSON<br>    VICTORIA F. MAROULIS<br>    EDWARD DEFRANCO<br>    MICHAEL T. ZELLER<br><br>    Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court will include these directions
2 in the Final Jury Instructions.

3 Dated: ___August 21___, 2012    By: _____*Lucy H. Koh*_____
                                        The Honorable Lucy H. Koh
4                                       United States District Judge

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Stipulation and Request. In compliance with General Order 45(X)(B), I hereby attest that Michael A. Jacobs has concurred in this filing.

/s/ _Victoria F. Maroulis_

# Exhibit 1

## **Device Handling Directions**

The physical devices you received are evidence in this trial.

You may use them in your deliberations, and may connect to the Internet through the Web Browser application, but must not alter or modify the devices in any way.

Some of the devices have SIM cards in their packaging. These SIM cards are not to be inserted into the phones.

Some of the devices have a mobile data connection, and you will not need to take any additional action to use the Web Browser application.

Others must first be connected to the Court's Wi-Fi network to access the Internet.

Once connected, you must decline any software update notifications that may be presented to you.

You also must not download any content, such as apps, music, photographs, or games, to the devices.

*Connecting to the Internet*

To connect a device to the Court's Wi-Fi network, select "USDCSJ01" from the list of available wireless networks, as depicted below.



From the Applications menu, select the Web Browser application.



From the Court's Wi-Fi log in page, scroll to the bottom and click on the blue "Connect!" button.





*Declining System Update Notifications*

Some devices may display a "System update" or "Software update" notification like the ones below.





If you see such a screen, *you must decline the request to update the system*. Select "Install later" or press the "home" or "back" button to exit the notification screen.

