QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S COMMENT ON REVISED FINAL JURY INSTRUCTIONS** |

1   Samsung hereby submits this comment in response to the Revised Final Jury Instructions
2   filed by the Court this evening.   (Dkt. No. 1883.)

- Instruction No. 45 abbreviates the names of the Samsung entities, SEC, STA and SEA.   Because all other instructions spell out the full names of these entities, Samsung believes that Instruction No. 45 should do so as well, to avoid confusion.
- Instruction No. 47 omits the word "is."   This instruction should read "Samsung denies that it infringed Apple's asserted iPad-related trade dress and, as already stated, contends it *is* unprotectable."
- Apple's comment #7 is substantive, not just typographical.

DATED: August 21, 2012        QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By */s/ Victoria F. Maroulis*
                                 Charles K. Verhoeven
                                 Victoria F. Maroulis
                                 Kevin P.B. Johnson
                                 Michael T. Zeller
                                 Attorneys for SAMSUNG ELECTRONICS
                                 CO., LTD., SAMSUNG ELECTRONICS
                                 AMERICA, INC., and SAMSUNG
                                 TELECOMMUNICATIONS AMERICA, LLC