United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER DENYING WITHOUT |
| v. ) | PREJUDICE APPLE'S MOTION |
| ) | REGARDING CLOSING ARGUMENT |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| a Korean corporation; ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | |
| a New York corporation; ) | |
| SAMSUNG TELECOMMUNICATIONS ) | |
| AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |

Apple filed a motion requesting that the Court "instruct Samsung in advance of closing arguments that it may not argue based on excluded evidence" in violation of pre-trial or trial rulings. After reviewing the parties' submissions, the Court DENIES, without prejudice, Apple's motion. The Court presumes that as officers of the court, the attorneys will comply with all pre-trial and trial rulings in this case. If Samsung raises an argument based on evidence or theories previously struck by the Court, Apple may timely object to Samsung's closing argument.

**IT IS SO ORDERED.**

Dated: August 21, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge