QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S NOTICE OF FILING OF EXCLUDED EXHIBITS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby file the following exhibits, slides, demonstratives and deposition testimony to which the Court sustained objections and/or excluded during the course of the trial.  Samsung has also provided the Court with a citation to a place in the record where the Court ruled on the exhibit.

1. APL-ITC796-00000442 (Apple's D'678 patent).  The Court ruled on this exhibit in Dkt. No. 1519.  This is attached as Exhibit 1.
2. Excerpts from the Deposition of Bryan Agnetta, dated May 16, 2012.  The Court ruled on this testimony in Dkt. No. 1749.  This is attached as Exhibit 2.
3. Excerpts from the Deposition of Timothy Benner, dated February 22, 2012.  The Court ruled on this testimony at Dkt. No. 1662.  This is attached as Exhibit 3.
4. Excerpts from the Deposition of Greg Joswiak, dated February 23, 2012.  The Court ruled on this testimony at Dkt. No. 1774.  This is attached as Exhibit 4.
5. Excerpts from the Deposition of Richard Lutton, dated July 26, 2011.  The Court ruled on this testimony at Dkt. No. 1774.  This is attached as Exhibit 5.
6. Excerpts from the Deposition of Shin Nishibori, dated May 2, 2012.  The Court ruled on this testimony at Dkt. Nos. 1749 and 1519.  This is attached as Exhibit 6.
7. Excerpts from the Deposition of Douglas Satzger, dated November 8, 2011.  The Court ruled on this testimony at Dkt. No. 1798.  This is attached as Exhibit 7.
8. Defendant's Exhibit No. 2552.  The Court ruled on this exhibit at Dkt. No. 1596.  This is attached as Exhibit 8.
9. Defendant's Exhibit No. 2556.  The Court ruled on this exhibit at Dkt. No. 1596.  This is attached as Exhibit 9.
10. Defendant's Exhibit No. 2558.  The Court ruled on this exhibit at Trial Transcript (Tr.) 1034:12-1044:15.  This is attached as Exhibit 10.

11. Defendant's Exhibit No. 2576.   The Court ruled on this exhibit at Dkt. Nos. 1668 and 1798.   This is attached as Exhibit 11.

12. Defendant's Exhibit No. 2602.   The Court ruled on this exhibit at Dkt. No. 1720.   This is attached as Exhibit 12.

13. Defendant's Exhibit No. 2606.   The Court ruled on this exhibit at Dkt. No. 1690.   This is attached as Exhibit 13.

14. Defendant's Exhibit No. 2607.   The Court ruled on this exhibit at Dkt. No. 1690.   This is attached as Exhibit 14.

15. Defendant's Exhibit No. 2635.   The Court ruled on this exhibit at Dkt. No. 1774.   This is attached as Exhibit 15.

16. Defendant's Exhibit No. 2649.   The Court ruled on this exhibit at Dkt. No. 1798.   This is attached as Exhibit 16.

17. Defendant's Exhibit No. 2652.   The Court ruled on this exhibit at Dkt. No. 1798.   This is attached as Exhibit 17.

18. Defendant's Exhibit No. 504.   The Court ruled on this exhibit at Dkt. No. 1519.   This is attached as Exhibit 18.

19. Defendant's Exhibit No. 531.   The Court ruled on this exhibit at Dkt. No. 1774.   This is attached as Exhibit 19.

20. Defendant's Exhibit No. 565.   The Court ruled on this exhibit at Dkt. No. 1798.   This is attached as Exhibit 20.

21. Defendant's Exhibit No. 579.   The Court ruled on this exhibit at Dkt. No. 1749.   This is attached as Exhibit 21.

22. Defendant's Exhibit No. 599.   The Court ruled on this exhibit at Dkt. No. 1798.   This is attached as Exhibit 22.

23. Defendant's Exhibit No. 616.   The Court ruled on this exhibit at Dkt. No. 1774.   This is attached as Exhibit 23.

24. Defendant's Exhibit No. 623.   The Court ruled on this exhibit at Dkt. No. 1519.   This is attached as Exhibit 24.

25. Defendant's Exhibit No. 624.    The Court ruled on this exhibit at Dkt. No. 1519.    This is attached as Exhibit 25.

26. Defendant's Exhibit No. 627.    The Court ruled on this exhibit at Dkt. No. 1511.    This is attached as Exhibit 26.

27. Defendant's Exhibit No. 628.    The Court ruled on this exhibit at Dkt. Nos. 1456, 1519, and 1596.    This is attached as Exhibit 27.

28. Defendant's Exhibit No. 629.    The Court ruled on this exhibit at Dkt. Nos. 1511 and 1563.    This is attached as Exhibit 28.

29. Defendant's Exhibit No. 649.    The Court ruled on this exhibit at Dkt. Nos. 1519 and 1563.    This is attached as Exhibit 29.

30. Defendant's Exhibit No. 678.    The Court ruled on this exhibit at Dkt. No. 1519.    This is attached as Exhibit 30.

31. Defendant's Exhibit No. 684.    The Court ruled on this exhibit at Tr. 2792:12-2801:18.    This is attached as Exhibit 31.

32. Defendant's Exhibit No. 689.    The Court ruled on this exhibit at Dkt. No. 1720.    This is attached as Exhibit 32.

33. Defendant's Exhibit No. 690.    The Court ruled on this exhibit at Dkt. No. 1519.    This is attached as Exhibit 33.

34. Defendant's Exhibit No. 715.    The Court ruled on this exhibit at Tr. 712:15-22.    This is attached as Exhibit 34.

35. Defendant's Exhibit No. 743.    The Court ruled on this exhibit at Dkt. No. 1519.    This is attached as Exhibit 35.

36. Defendant's Exhibit No. 759.    The Court ruled on this exhibit at Dkt. No. 1798.    This is attached as Exhibit 36.

37. Deposition of Karan Singh in ITC 796, dated October 25, 2011.    The Court ruled on this testimony at Dkt. No. 1650.    This is attached as Exhibit 37.

38. ITC Exhibit RX-1894C.    The Court ruled on this exhibit at Dkt. No. 1519.    This is attached as Exhibit 38.

1  39. Excerpts from ITC Hearing Transcripts for Peter Bressler, dated May 31, 2012 and June 1,
2      2012. The Court ruled on this testimony at Dkt. No. 1798. This is attached as Exhibit
3      39.
4  40. Excerpts from the Deposition of Jun Won Lee, dated March 5, 2012. The Court ruled on
5      this testimony at Dkt. No. 1650. This is attached as Exhibit 40.
6  41. Samsung Objections to 30(b)(6) Notice, dated August 31, 2011. The Court ruled on this
7      exhibit at Dkt. No. 1563. This is attached as Exhibit 41.
8  42. Samsung's Opening Slides 11-19. The Court ruled on these slides at Dkt. Nos. 1456 and
9      1510. This is attached as Exhibit 42.
10 43. Samsung's Opening Slide 136. The Court ruled on this slide at Dkt. No. 1456. This is
11     attached as Exhibit 43.
12 44. Samsung's Opening Slide 140. The Court ruled on this slide at Dkt. No. 1456. This is
13     attached as Exhibit 44.
14 45. Samsung's Opening Slide 159. The Court ruled on this slide at Dkt. No. 1456. This is
15     attached as Exhibit 45.
16 46. Samsung's Opening Slide 164. The Court ruled on this slide at Dkt. No. 1456. This is
17     attached as Exhibit 46.
18 47. Samsung's Opening Slide 165. The Court ruled on this slide at Dkt. No. 1456. This is
19     attached as Exhibit 47.
20 48. Samsung's Opening Slide 166. The Court ruled on this slide at Dkt. No. 1456. This is
21     attached as Exhibit 48.
22 49. Samsung's Opening Slide 168. The Court ruled on this slide at Dkt. No. 1456. This is
23     attached as Exhibit 49.
24 50. Samsung's Opening Slides 20-21. The Court ruled on this slide at Dkt. Nos. 1456 and
25     1510. This is attached as Exhibit 50.
26 51. Samsung's Opening Slide 24. The Court ruled on this slide at Dkt. No. 1456. This is
27     attached as Exhibit 51.
28

1   52. Samsung's Opening Slide 29.   The Court ruled on this slide at Dkt. Nos. 1456 and 1510.
2        This is attached as Exhibit 52.
3   53. Samsung's Opening Slides 38-40.   The Court ruled on these slides at Dkt. No. 1456.
4        This is attached as Exhibit 53.
5   54. Samsung's Opening Slides 48-49.   The Court ruled on these slides at Dkt. No. 1456.
6        This is attached as Exhibit 54.
7   55. Samsung's Opening Slide 50.   The Court ruled on this slide at Dkt. No. 1456.   This is
8        attached as Exhibit 55.
9   56. Samsung's Opening Slide 51.   The Court ruled on this slide at Dkt. Nos. 1456 and 1510.
10       This is attached as Exhibit 56.
11  57. Samsung's Opening Slide 60.   The Court ruled on this slide at Dkt. No. 1456.   This is
12       attached as Exhibit 57.
13  58. Samsung's Opening Slide 77.   The Court ruled on this slide at Dkt. No. 1456.   This is
14       attached as Exhibit 58.
15  59. Samsung's Opening Slide 86.   The Court ruled on this slide at Dkt. No. 1456.   This is
16       filed manually herewith as Exhibit 59.
17  60. Samsung's Opening Slide 9.   The Court ruled on this slide at Dkt. Nos. 1456 and 1510.
18       This is attached as Exhibit 60.
19  61. Samsung's Demonstrative 3705.   The Court ruled on this demonstrative at Tr. 1261:3-8
20       and 1270:16-18.   This is attached as Exhibit 61.
21  62. Samsung's Demonstrative 3706.   The Court ruled on this demonstrative at Tr. 1261:3-8
22       and 1270:19-21.   This is attached as Exhibit 62.
23  63. Samsung's Demonstrative 3707.   The Court ruled on this demonstrative at Tr. 1261:3-8
24       and 1275:10-1276:2.   This is attached as Exhibit 63.
25  64. Samsung's Demonstrative 3708.   The Court ruled on this demonstrative at Tr. 1261:3-8
26       and 1276:5-14.   This is attached as Exhibit 64.
27  65. Samsung's Demonstrative 3709.   The Court ruled on this demonstrative at Tr. 1261:3-8
28       and 1276:18-21.   This is attached as Exhibit 65.

1   66. Samsung's Demonstrative 3710.   The Court ruled on this demonstrative at Tr. 1261:3-8
2       and 1276:18-24.   This is attached as Exhibit 66.
3   67. Samsung's Demonstrative 3711.   The Court ruled on this demonstrative at Tr. 1261:3-8.
4       This is attached as Exhibit 67.
5   68. Samsung's Demonstrative 3712.   The Court ruled on this demonstrative at Tr. 1261:3-8.
6       This is attached as Exhibit 68.
7   69. Samsung's Demonstrative 3713.   The Court ruled on this demonstrative at Tr. 1261:3-8,
8       1276:25-1277:9, 1278:2-4, and 1279:1-9.   This is attached as Exhibit 69.
9   70. Samsung's Demonstratives 3756, 3757, 3760, 3761, 3764, 3765, 3766, 3767, 3769, 3771,
10      3772, 3773, 3774, 3775, 3811.   The Court ruled on these demonstratives at Tr. 1085:4-11.
11      This is attached as Exhibit 70.
12  71. Samsung's Demonstrative 3916.03.   The Court ruled on this demonstrative at Dkt. No.
13      1798.   This is attached as Exhibit 71.
14  72. Samsung's Demonstratives 3917.119-3917.122.   The Court ruled on this demonstrative at
15      Dkt. No. 1596.   This is attached as Exhibit 72.
16  73. Samsung's Demonstratives 3920.001-3920.002.   The Court ruled on this demonstrative at
17      Dkt. No. 1665.   This is attached as Exhibit 73.
18  74. Samsung's Demonstrative 3951.003.   The Court ruled on this demonstrative at Tr.
19      2235:10-2236:07.   This is attached as Exhibit 74.
20  75. Samsung's Demonstrative 3951.006.   The Court ruled on this demonstrative at Tr.
21      2225:23-2226:15.   This is attached as Exhibit 75.
22  76. Samsung's Demonstrative 3956.022.   The Court ruled on this demonstrative at Dkt. No.
23      1749.   This is attached as Exhibit 76.
24  77. Samsung's Demonstrative 3960.003.   The Court ruled on this demonstrative at Dkt. No.
25      1749.   This is attached as Exhibit 77.
26  78. Samsung's Demonstrative 3963.010.   The Court ruled on this demonstrative at Dkt. No.
27      1749.   This is attached as Exhibit 78.
28

1  79. Samsung's Demonstrative 3964.043.  The Court ruled on this demonstrative at Tr.
2      2870:23-2871:7.  This is attached as Exhibit 79.
3  80. Samsung's Demonstrative 3967.002.  The Court ruled on this demonstrative at Tr.
4      2434:15-2435:10.  This is attached as Exhibit 80.
5  81. Samsung's Demonstrative 3972.023.  The Court ruled on this demonstrative at Dkt. No.
6      1720.  This is attached as Exhibit 81.
7  82. Samsung's Demonstrative 3972.027.  The Court ruled on this demonstrative at Dkt. No.
8      1720.  This is attached as Exhibit 82.
9  83. Samsung's Demonstratives 3918.103, 3918.104, 3918.105, 3918.106. The Court ruled on
10     these demonstratives at Dkt. No. 1775.  These demonstratives are filed manually herewith
11     as Exhibit 83-3918.103, 83-3918.104, 83-3918.105, and 83-3918.106 respectively.
12 84. Samsung's Demonstratives 3951.001, 3951.002, 3951.004, 3951.007, 3951.009, 3951.010.
13     The Court ruled on these demonstratives at Dkt. No. 1775.  This is attached as Exhibit 84.
14 85. Samsung's Demonstratives 3952.101 and 3952.102. The Court ruled on these
15     demonstratives at Dkt. No. 1775.  These demonstratives are filed manually herewith as
16     Exhibit 85-3952.101 and 85-3952.102.
17 86. Samsung's Demonstratives 3964.15A and 3964.26-.38 The Court ruled on these
18     demonstratives at Dkt. No. 1775.  Exhibit 86-3964.26-.38 is attached, and 86-3964.15A is
19     filed manually herewith.
20 87. Samsung's Demonstratives 3966.104, 3966.105, 3966.106, 3966.107, 3966.108. The Court
21     ruled on this demonstrative at Dkt. No. 1775.  This is attached as Exhibit 87.
22 88. Samsung's Demonstratives 3967.003, 3967.005, 3967.006, 3967.012, 3967.015, 3967.025,
23     3967.028, 3967.043. The Court ruled on these demonstratives at Dkt. No. 1775.  This is
24     attached as Exhibit 88.
25 89. Samsung's Demonstratives 4102 and 4103.  The Court ruled on these demonstratives
26     exhibit at Dkt. No. 1775.  This is attached as Exhibit 89.
27
28

1  DATED: August 21, 2012            QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
2

3                                    By  */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
4                                       Victoria F. Maroulis
                                        Kevin P.B. Johnson
5                                       Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS
6                                       CO., LTD., SAMSUNG ELECTRONICS
                                        AMERICA, INC., and SAMSUNG
7                                       TELECOMMUNICATIONS AMERICA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28