# EXHIBIT 1



D 7298014

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 27, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D618,678*
ISSUE DATE: *June 29, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

APL-ITC796-0000000442



US00D618678S

(12) **United States Design Patent** | (10) Patent No.: | **US D618,678 S**
Andre et al. | (45) Date of Patent: ** | **Jun. 29, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/332,683**

(22) Filed: **Feb. 23, 2009**

**Related U.S. Application Data**

(60) Division of application No. 29/282,831, filed on Jul. 30, 2007, which is a continuation of application No. 29/270,887, filed on Jan. 5, 2007, now Pat. No. Des. 580,387.

(51) **LOC (9) Cl.** ............................................... **14-02**

(52) **U.S. Cl.** ........................................................ **D14/341**

(58) **Field of Classification Search** ............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/247–248, 137, 147, 218, 341–347; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S    5/1987  Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EM    000569157-0005    5/2006

(Continued)

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design of an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device in accordance with the present invention;

FIG. **2** is a rear perspective view of the electronic device of FIG. **1**;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a top view thereof;

FIG. **6** is bottom view thereof;

FIG. **7** is a left side view thereof; and,

FIG. **8** is a right side view thereof.

As indicated above, the article of manufacture is an electronic device. Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone).

The broken lines show portions of the electronic device which form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



APL-ITC796-0000000443

**US D618,678 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D337,569 S | | 7/1993 | Kando |
| D420,354 S | | 2/2000 | Morales |
| D424,535 S | | 5/2000 | Peltola |
| D456,023 S | | 4/2002 | Andre et al. |
| 6,501,967 B1 | * | 12/2002 | Makela et al. ................ 455/567 |
| D489,731 S | | 5/2004 | Huang |
| D496,645 S | * | 9/2004 | Yoo et al. .............. D14/138 G |
| D498,754 S | | 11/2004 | Blyth |
| D499,423 S | | 12/2004 | Bahroocha et al. |
| D502,173 S | | 2/2005 | Jung et al. |
| D504,889 S | | 5/2005 | Andre et al. |
| D505,950 S | | 6/2005 | Summit et al. |
| D507,003 S | | 7/2005 | Pai et al. |
| D514,121 S | | 1/2006 | Johnson |
| D514,590 S | | 2/2006 | Naruki |
| D519,116 S | | 4/2006 | Tanaka et al. |
| D519,523 S | | 4/2006 | Chiu et al. |
| D520,020 S | | 5/2006 | Senda et al. |
| D528,542 S | | 9/2006 | Luminosu et al. |
| D528,561 S | | 9/2006 | Ka-Wei et al. |
| D529,045 S | | 9/2006 | Shin |
| D532,791 S | | 11/2006 | Kim |
| D534,143 S | | 12/2006 | Lheem |
| D535,281 S | | 1/2007 | Yang |
| D536,691 S | | 2/2007 | Park |
| D536,962 S | | 2/2007 | Tanner |
| D538,822 S | | 3/2007 | Andre et al. |
| D541,298 S | | 4/2007 | Andre et al. |
| D541,299 S | | 4/2007 | Andre et al. |
| D541,785 S | | 5/2007 | Hwang et al. |
| D546,313 S | | 7/2007 | Lheem |
| D548,732 S | | 8/2007 | Cebe et al. |
| D548,747 S | | 8/2007 | Andre et al. |
| D554,098 S | | 10/2007 | Lee |
| D556,211 S | | 11/2007 | Howard |
| D557,238 S | | 12/2007 | Kim |
| 7,303,424 B2 | | 12/2007 | Tu et al. |
| D558,460 S | | 1/2008 | Yu et al. |
| D558,726 S | * | 1/2008 | Wang et al. .......... D14/138 AD |
| D558,756 S | | 1/2008 | Andre et al. |
| D558,757 S | | 1/2008 | Andre et al. |
| D558,758 S | | 1/2008 | Andre et al. |
| D558,792 S | | 1/2008 | Chigira |
| D560,683 S | | 1/2008 | Lee |
| D560,686 S | | 1/2008 | Kim |
| D561,153 S | | 2/2008 | Hong et al. |
| D561,204 S | | 2/2008 | Toh |
| D561,782 S | | 2/2008 | Kim |
| D562,285 S | | 2/2008 | Lim |
| D563,432 S | | 3/2008 | Kim |
| D563,929 S | | 3/2008 | Park |
| D575,259 S | * | 8/2008 | Kim et al. ........... D14/138 AD |
| 7,409,059 B2 | * | 8/2008 | Fujisawa ............... 379/433.13 |
| D580,387 S | | 11/2008 | Andre et al. |
| D581,922 S | | 12/2008 | Andre et al. |
| D583,346 S | * | 12/2008 | Jung et al. .......... D14/138 AD |
| D585,411 S | * | 1/2009 | Eaton .................... D14/138 G |
| D586,800 S | * | 2/2009 | Andre et al. ............... D14/341 |

| | | | |
|---|---|---|---|
| 2004/0132499 A1 | | 7/2004 | Abe |
| 2004/0166907 A1 | | 8/2004 | Yajima |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. |
| 2005/0130715 A1 | | 6/2005 | Fujisawa |
| 2006/0094464 A1 | * | 5/2006 | Kyou et al. ............. 455/556.1 |
| 2006/0281501 A1 | | 12/2006 | Zuo et al. |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. |
| 2008/0004083 A1 | * | 1/2008 | Ohki et al. ................. 455/566 |
| 2008/0004085 A1 | | 1/2008 | Jung et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| JP | 2004 290256 | 10/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0452432 | 7/2007 |

OTHER PUBLICATIONS

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

LG KE850 Prada, announced Jan. 2007, onlinel, [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena. com>.

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack. com>.

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet,<URL:http://www.engadget. com>L1 D.

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,832, Andre at al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/328,018, Andre et al., Electronic Device, filed Nov. 18, 2008.

Hilon LG DMB MP3 FM35,,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http:// hilon.com.cn.autobak/a8810005549.

eFashion Magazine, 2004, vol. No. 12 p. 60, China.

eFashion Magazine, (Jun. 1, 2005), vol. No. 119, p. 45, China.

eFashion Magazine, (Apr. 2006), vol. No. 172 p. 26, China.

Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL2007300148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL2007300148719.0, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

* cited by examiner



*FIG. 1*



*FIG. 2*

APL-ITC796-0000000445

**U.S. Patent**     Jun. 29, 2010     Sheet 2 of 2     US D618,678 S



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

APL-ITC796-0000000446

# EXHIBIT 2

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

_____

APPLE INC., a California corporation,          )
                                               )
                                               )
               Plaintiff,                      ) Case No.
                                               )
          vs.                                  ) 11-cv-01846-
                                               ) LHK
SAMSUNG ELECTRONICS CO., LTD., a Korean        )
business entity; SAMSUNG ELECTRONICS           )
AMERICA, INC., a New York corporation;         )
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,       )
a Delaware limited liability company,          )
                                               )
                                               )
               Defendants.                     )
                                               )
                                               )

_____

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF BRYAN AGNETTA

Seattle, Washington

May 16, 2012

Reported by:
Connie Recob, CCR, RMR, CRR, CLR
CCR No. 2631
Ref: 7440

HIGHLY CONFIDENTIAL

Page 14

1    Q.   Okay.  Do you have any recollection of when you conceived of

2         the ideas you believe you contributed to in this patent?

3                        MR. LEVIN:  You may answer.

4                        THE WITNESS:  Within the span of months I

5         have an idea.

6    Q.   (BY MR. SCHMIDT) Can you please tell me when?

7    A.   It's prior -- at least prior to early May of 2005.

8    Q.   You said prior early May --

9    A.   Prior.

10   Q.   -- 2005?

11   A.   That's the latest it would absolutely be.

12   Q.   And because you said within a couple months, it could have

13        been as early as March; do I understand you correctly?

14                       MR. OW:  Objection; calls for

15        speculation.

16                       THE WITNESS:  Am I supposed to answer if

17        he objects?

18   Q.   (BY MR. SCHMIDT) Yes.

19   A.   It could have been.

20   Q.   Okay.

21   A.   Yes.

22   Q.   Do you understand what it means to reduce an invention to

23        practice?

24   A.   It was explained to me yesterday.

25                       THE WITNESS:  You explained that to me

# EXHIBIT 3

Attorneys' Eyes Only

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


APPLE INC., a California        )
Corporation,                    )
                                )
        Plaintiff,              )
                                )
vs.                             )No. 11-CV-01846-LHK
                                )
SAMSUNG ELECTRONICS CO., LTD. , )
a Korean business entity;       )
SAMSUNG ELECTRONICS AMERICA,    )
INC., a New York corporation;   )
SAMSUNG TELECOMMUNICATIONS      )
AMERICA, LLC, a Delaware   )
limited liability company,      )
                                )
        Defendants,             )
_____  )


      HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

          DEPOSITION OF TIMOTHY BENNER

          WEDNESDAY, FEBRUARY 22, 2012


REPORTED BY:  JUDIE A. NICHOLAS, CSR NO. 12229

JOB NO:  46809

Page 38

1    physical appearance of a smartphone is unimportant      09:47

2    to consumer purchasing behavior?                        09:47

3           MS. CARUSO:  Objection:  Vague.                  09:47

4           THE WITNESS:  I cannot.                          09:47

5           MR. ROBINSON:  Q.  Why is that, sir?             09:47

6      A.  Because appearance is an aspect of choice         09:47

7    in almost every decision.                               09:47

8      Q.  Are there any surveys, to your knowledge,         09:47

9    that show the physical appearance of a smartphone       09:47

10   is not an important consideration driving consumer      09:47

11   purchases of smartphones?                               09:47

12          MS. CARUSO:  Objection:  Asked and               09:47

13   answered, and vague.                                    09:47

14          THE WITNESS:  I answered that question.          09:47

15   That was the same question.                             09:47

16          MR. ROBINSON:  Q.  And your answer was no;       09:47

17   is that right?                                          09:47

18          MS. CARUSO:  Objection:  Mischaracterizes        09:47

19   the prior testimony.                                    09:47

20          THE WITNESS:  My answer was no to the            09:47

21   previous question.                                      09:47

22          MR. ROBINSON:  Q.  The answer is no, you         09:47

23   can't think of a single survey which shows that the     09:48

24   physical appearance of a smartphone is unimportant      09:48

25   to consumer purchasing decisions; is that right?        09:48

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 39

1        MS. CARUSO:  Objection.                        09:48

2        THE WITNESS:  I can think of a single         09:48

3   survey that shows that it is of lesser importance.  09:48

4        MR. ROBINSON:  Q.  But in answer to the       09:48

5   question that was pending, your answer would be no;  09:48

6   is that right?                                     09:48

7        A.  What is the question as pending?          09:48

8        MR. ROBINSON:  Could we have the question     09:48

9   read back, please?                                 09:48

10       THE REPORTER:  Question:  "The answer is      09:47

11  no, you can't think of a single survey which shows  09:48

12  that the physical appearance of a smartphone is    09:48

13  unimportant to consumer purchasing decisions; is   09:48

14  that right?"                                        09:48

15       THE WITNESS:  The question is "No, I can't    09:48

16  think of"?  That is the question?                  09:48

17       MR. ROBINSON:  Q.  And your answer was?       09:48

18       A.  My answer was that was the question.  You  09:48

19  asked if that was the question and I said yes.     09:48

20       Q.  Mr. Benner, you understand that -- you're  09:48

21  testifying here as though you were testifying      09:49

22  before the jury, right?                            09:49

23       A.  I understand that, yes.                   09:49

24       Q.  Okay.  Do you feel like you're giving me  09:49

25  forthright answers to my questions, sir?           09:49

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 170

1          MS. CARUSO:  Objection:  Lacks foundation;    02:34
2    calls for speculation.                               02:34
3          THE WITNESS:  It would be the strategy         02:34
4    group.                                               02:34
5          MR. ROBINSON:  Q.  Who is involved with        02:34
6    the strategy group?                                  02:34
7       A.  As mentioned earlier, Justin Denison and      02:34
8    his team.                                            02:34
9       Q.  Thank you.                                    02:34
10         I have no further questions at this time,      02:34
11   subject to the same reservations and the same        02:34
12   objection by counsel --                              02:34
13         MS. CARUSO:  Yes.  This time we're getting      02:34
14   out of here.                                         02:34
15         THE VIDEOGRAPHER:  This marks the end of        02:34
16   Disk Number 2 of 2, and concludes today's            02:34
17   deposition of Timothy Benner.  The time is           02:34
18   2:35 p.m., and we are off the record.                02:34
19                    (The deposition adjourned
20                     at 2:35 p.m.)
21                    --oOo--
22
23          Signed under penalty of perjury:
24
25                    Timothy Benner

TSG Reporting - Worldwide          877-702-9580

c5923e74-ace0-4a4b-9a3e-301208fea0d7

# ERRATA SHEET

NAME OF CASE: _____ Apple, Inc., v. Samsung Electronics Co. et. al., No. 11-cv-01846-LHK _____

DATE OF DEPOSITION: _____ February 22, 2012 _____

NAME OF WITNESS: _____ Timothy Benner _____

Reason Codes:

      1.      To clarify the record.
      2.      To conform to the facts.
      3.      To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 16 | 3 | Not really now. | Not really, no. | 3 |
| 18 | 23-24 | the record; beyond the scope. A. Compound. It was -- | the record; beyond the scope. Compound. A. It was -- | 3 |
| 30 | 24 | across all of consumers because it varies in | across all consumers because it varies in | 1 |
| 40 | 21 | A. The survey is our tracking survey has | A. The survey is our tracking survey, which has | 1 |
| 43 | 3-4 | Some it's more important, some it's less important. | For some it's more important, for some it's less important. | 1 |
| 43 | 16 | There is things like brand. | There are things like brand. | 1 |
| 43 | 20-21 | ratings on line, | ratings online, | 3 |
| 56 | 20 | It's in the front of the | It's on the front | 1 |
| 57 | 7 | There is no numeric titles | There are no numeric titles | 1 |
| 58 | 16 | but it was a reason that it went into their | but it was a reason that went into their | 1 |
| 86 | 6 | by the research vendor who conducted the actual | created by the research vendor who conducted the actual | 1 |
| 100 | 5 | of both the validity and reliability of it worked | of what both the validity and reliability of the survey was | 1 |
| 100 | 21-23 | Can you rephrase back to the question before, because the similarity is one that it doesn't say anything. | Can you rephrase the question before, because the similarity one doesn't say anything. | 1 |
| 104 | 3-4 | This document appears to be - - appears to be produced by our strategy group | It is my understanding that this document is a SEC document that included some input from our product planning team at | 1 |

Highly Confidential - Attorneys' Eyes Only

Page 2

| | | | STA. | |
|---|---|---|---|---|
| 105 | 8 | THE VIDEOGRAPHER: The time is 11:56 a.m. | THE VIDEOGRAPHER: The time is 11:46 a.m. | 3 |
| 111 | 11 | THE WITNESS: It does explore objections. | THE WITNESS: It does explore options. | 3 |
| 113 | 19 | it's a high level | it's a high level document | 1 |
| 117 | 17 | in 2010, and there's different launches globally in | in 2010, and there's different launch dates globally than in the US | 1 |
| 119 | 2 | was | were | 3 |
| 122 | 3 | of these | of whether these | 1 |
| 122 | 9 | the surveys are are saying | the surveys are saying | 3 |
| 122 | 11 | release, and usually relating | release, usually relating | 1 |
| 123 | 22 | what a positioning research | what positioning research | 3 |
| 126 | 2 | asking is, is there more than one. There's one | asking is: "Is there more than one?" There's one | 3 |
| 140 | 19 | Mob!le's | Mobile's | 3 |
| 143 | 20 | AT | at | 3 |
| 143 | 23 | photo which shows basically stills of the different | photo which shows stills of the different | 1 |
| 144 | 18 | Q. Those who saw -- is it at photo array what | Q. Those who saw -- is it a photo array that | 3 |
| 145 | 12 | A. What they thought, they said, was it was | A. What they thought, they said, was that it was | 1 |
| 146 | 7 | execution -- misattribution was declined -- I'm | execution -- misattribution declined -- I'm | 1 |
| 148 | 8 | that, because very few people that Samsung was | that, because very few people knew that Samsung was | 3 |
| 150 | 11 | match mine up to there is. | match mine up to theirs. | 3 |
| 152 | 18 | A. Yes, it does. | A. Yes, it is. | 3 |
| 156 | 14 | report to him, Serena Yang and Nibha Jane. Those | report to him, Serena Yang and Nibha Jain. Those | 3 |
| 157 | 14 | quirdy | qwerty | 3 |
| 157 | 15 | quirdy | qwerty | 3 |
| 163 | 11 | at which this appears to be a flat printout of? | of which this appears to be a flat printout of? | 3 |
| 163 | 15 | by Hall & Partners because they are the one that do | by Hall & Partners because they are the ones that do | 3 |
| 166 | 22 | similar to that in our proprietary search. I'm not | similar to that in our proprietary research. I'm not | 3 |
| 168 | 6 | level matrix on the economy and some behavior in | level indicies on the economy and some behavior in | 3 |
| 169 | 15 | the carriers in terms of just the | the carriers in terms of just | 3 |

Highly Confidential - Attorneys' Eyes Only

Page 3

| | | help of their | the health of their | |
|---|---|---|---|---|
| | | | | |
| | | | | |

Signed: _____     Date: 05/24/12

Timothy Benner

Attorneys' Eyes Only

Page 171

1        I, JUDIE A. NICHOLAS, a Certified

2   Shorthand Reporter of the State of California, duly

3   authorized to administer oaths, do hereby certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were duly sworn; that a record

8   of the proceedings was made by me using machine

9   shorthand which was thereafter transcribed under my

10  direction; that the foregoing transcript is a true

11  record of the testimony given.

12        Further, that if the foregoing pertains to

13  the original transcript of a deposition in a

14  Federal Case, before completion of the proceedings,

15  review of the transcript (X) was ( ) was not

16  required.

17        I further certify that I am neither

18  financially interested in the action nor a relative

19  or employee of any attorney or party to this

20  action.

21        IN WITNESS WHEREOF, I have this date

22  subscribed my name.

23  Dated: 2/23/2012

24  _____

25  JUDIE A. NICHOLAS, CSR #12229

# EXHIBIT 4

CONFIDENTIAL BUSINESS INFORMATION

1    UNITED STATES INTERNATIONAL TRADE COMMISSION

2             WASHINGTON, D.C.

3   In the Matter of          )

4                         )

5   CERTAIN ELECTRONIC DEVICES,   ) NO. 337-TA-794

6   INCLUDING WIRELESS         )

7   COMMUNICATION DEVICES,      )

8   PORTABLE MUSIC AND DATA     )

9   PROCESSING DEVICES AND      )

10  TABLET COMPUTERS          )

11  ---------------------------

12

13

14                  ***

15        CONFIDENTIAL BUSINESS INFORMATION

16                  ***

17

18     VIDEOTAPED DEPOSITION OF GREG JOSWIAK

19         PALO ALTO, CALIFORNIA

20       THURSDAY, FEBRUARY 23, 2012

21

22

23   Reported By:

24   Yvonne Fennelly, CCRR, CSR No. 5495

25   JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 238

1       Q.    So sitting here right now, you're not

2   aware of any instance where a customer bought a

3   Samsung phone thinking that it's an Apple phone?

4       A.    I'm unaware of any data or survey or

5   research to that effect.                          04:25PM

6       Q.    Are you aware of any anecdotal

7   evidence from customers or sales personnel?

8       A.    Of somebody buying a Samsung thinking

9   it was an Apple?  I'm unaware of any data or

10  specific evidence to that effect.                 04:26PM

11      Q.    Whether all of your customer

12  interactions were formal or informal, have you

13  heard of anyone purchasing a Samsung phone

14  thinking it was an Apple phone?

15      A.    No, I mean, honestly, my issues are     04:26PM

16  less that they, Samsung, has created a

17  counterfeit that they're trying to pass off as

18  an Apple product.  It's more the fact that they,

19  in copying some of our designs, has led some

20  customers to feel they're getting something       04:26PM

21  that's very much like an iPhone when it is not.

22          MS. MAROULIS:  I move to strike the

23  witness's commentary on "counterfeit."

24  BY MS. MAROULIS:

25      Q.    Going back to my question, though,      04:26PM

CONFIDENTIAL BUSINESS INFORMATION

Page 299

```
 1              THE VIDEOGRAPHER:  We're back on the        05:57PM

 2      record at 5:57 p.m.

 3              This is the end of Disk 4 in the

 4      deposition of Greg Joswiak.  The four original

 5      disks will be retained by TSG.  We are off the

 6      record at 5:57 p.m.                                05:57PM

 7              (Time noted:  5:57 p.m.)

 8

 9

10

11

12

13

14                    _____

15                    GREG JOSWIAK

16

17      Subscribed and sworn to before me

18      this  29   day of   May  , 2012.

19      ------------------------------------------------

20

21

22

23

24

25
```

Name of Case:         *In the Matter of Certain Electronic Devices,*  Inv. No. 337-TA-794

Date of deposition:   February 23, 2012 and February 24, 2012

Name of witness:      Greg Joswiak

Reason Codes:

1.   To clarify the record.
2.   To conform to the facts.
3.   To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 22 | 21 | to appear | to prepare | 3 |
| 161 | 9 | marking | marketing | 3 |
| 163 | 12 | 57560.7 | 57560 | 3 |
| 199 | 20 | Jos@Apple.com | Joz@Apple.com | 3 |
| 199 | 23 | Jos, Josie | Joz, Jozie | 3 |
| 200 | 13 | killer, killer | killer killer | 3 |
| 201 | 20 | killer, killer | killer killer | 3 |
| 205 | 23 | Jos | Joz | 3 |
| 219 | 15 | Bourcher | Becherer | 3 |
| 233 | 20 | Johnny | Jony | 3 |
| 453 | 19 | Night | Knight | 3 |
| 453 | 22 | Night | Knight | 3 |
| 454 | 19 | Night | Knight | 3 |
| 458 | 6 | Marcom | MarComm | 3 |
| 462 | 2 | U-Tube.  We have a U-Tube | YouTube.  We have a YouTube | 3 |
| 462 | 3 | U-Tube. | YouTube. | |

Dated: _My 29_ , 2012

_____
Greg Joswiak

CONFIDENTIAL BUSINESS INFORMATION

Page 300

1                    C E R T I F I C A T E

2

3    STATE OF CALIFORNIA          )

4                                 )   ss:

5    COUNTY OF CONTRA COSTA       )

6

7              I, YVONNE FENNELLY, CCRR, CSR 5495,

8    within and for the State of California, do

9    hereby certify:

10             That GREG JOSWIAK, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by such witness.

14             I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage; and that I am in no way

17   interested in the outcome of this matter.

18             IN WITNESS WHEREOF, I have hereunto

19   set my hand this 23rd day of February, 2012.

20

21

22   _____

     YVONNE FENNELLY, CCRR, CSR NO. 5495

23

24

25

# EXHIBIT 5

Confidential - Attorneys' Eyes Only

Page 1

1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4

5   APPLE INC., a California
    corporation,
6

                 Plaintiff,
7

    vs.                          CASE NO. 11-CV-01846-LHK
8

    SAMSUNG ELECTRONICS CO., LTD.,
9   A Korean business entity;
    SAMSUNG ELECTRONICS AMERICA,
10  INC., a New York corporation;
    SAMSUNG TELECOMMUNICATIONS
11  AMERICA, LLC, a Delaware
    limited liability company,
12

                 Defendants.
13  _____/

14

15           C O N F I D E N T I A L
16     A T T O R N E Y S'   E Y E S   O N L Y
17        O U T S I D E    C O U N S E L
18

19   VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON, JR.
20           REDWOOD SHORES, CALIFORNIA
21            TUESDAY, JULY 26, 2011
22

23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 40668

Confidential - Attorneys' Eyes Only

Page 161

1    Q    Can you give me an example?

2    A    If I flip through these patents, something

3  might come back to my mind on a specific patent.

4    Q    But you don't remember anything --

5    A    If I'm --

6    Q    -- now?

7    A    -- if I'm just sitting here cold and I'm not

8  looking at the details of the patents, I'm not sure

9  I'm gonna remember anything.  It's the kind of thing

10  that I might very well remember if I -- if I spent

11  more time looking at the -- at the claim charts to

12  remind myself.

13          MR. JOHNSON:  Let me mark, as Exhibit 10, a

14  document with production page APLND369 through '387.

15          (Document marked Lutton Exhibit 10

16           for identification.)

17          MR. JOHNSON:  Q.  Can you tell me what this

18  is?

19    A    This appears to be a copy of the presentation

20  that -- that Samsung gave to -- to Apple at or in

21  connection with that -- with that meeting.

22    Q    Do you remember who from Samsung gave the

23  presentation?

24    A    No, I don't.

25    Q    And I have -- I've counted up all these

Confidential - Attorneys' Eyes Only

1   patents, too, that are listed here, and there -- there

2   are 100, and you just take my word for it.

3           Do you -- do you remember whether Samsung

4   specifically discussed any of these patents?

5       A   Well, my general recollection was that they

6   indicated to us that -- that they have a very large

7   portfolio and that they had picked a hundred sample

8   patents, and KJ had sent me, I think, in advance of

9   the meeting, a spreadsheet with the 100 patents;

10  and -- and then, in the meeting, I think they gave us

11  a slightly more detailed version of a presentation,

12  which -- which highlighted ten patents, seven of which

13  they claimed were essential to one of the telephony

14  standards, and three of which were sort of general --

15  more general, if you will, feature patents or patents

16  that related to features of -- of the iPhone.

17      Q   I haven't seen any production by Apple of the

18  spreadsheet that you just mentioned or the claim

19  charts --

20      A   Yeah.

21      Q   -- so we'd request that those be produced.

22          MR. MONACH:  I'm pretty confident you got

23  the -- the list, which is 100 patent numbers.

24          MR. JOHNSON:  Well, I have this list.

25          MR. MONACH:  Yeah.  I think there's another.

Confidential - Outside Attorneys' Eyes Only

Page 340

CERTIFICATE OF REPORTER

1

2

3

4

5      I, ANDREA M. IGNACIO HOWARD, hereby certify

6  that the witness in the foregoing deposition was by me

7  duly sworn to tell the truth, the whole truth, and

8  nothing but the truth in the within-entitled cause;

9

10      That said deposition was taken in shorthand

11  by me, a Certified Shorthand Reporter of the State of

12  California, and was thereafter transcribed into

13  typewriting, and that the foregoing transcript

14  constitutes a full, true and correct report of said

15  deposition and of the proceedings which took place;

16

17      That I am a disinterested person to the said

18  action.

19

20      IN WITNESS WHEREOF, I have hereunto set my

21  hand this 27th day of July, 2011.

22

23  _____

24  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

25



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Tuesday, November 01, 2011

RE:  Apple Inc v. Samsung Electronics Company Limited

Kevin P. B. Johnson Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065

Dear Mr. Johnson,

Enclosed please find the Original errata from the deposition of Richard Lutton, Jr.("the deponent") on 7/26/2011.

If you have any questions, please let us know.

Sincerely,

Dean Kongslie

Confidential - Attorneys' Eyes Only

Page 339

```
1                    J U R A T

2

3          I, RICHARD J. LUTTON, JR., do hereby certify

4     under penalty of perjury that, I have read the

5     foregoing transcript of my deposition taken on

6     July 26, 2011; that I have made such corrections as

7     appear noted herein in ink, initialed by me; that my

8     testimony as contained herein, as corrected, is true

9     and correct.

10
                                9
11          DATED this _____ day of _September_, 2011,

12     at _Cupertino CA_____.

13

14

15

16

17

18     _____

19               SIGNATURE OF WITNESS

20

21

22

23

24

25
```

# EXHIBIT 6

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 1

1     UNITED STATES INTERNATIONAL TRADE COMMISSION

2                    Washington, D.C.

3    In the Matter of           )
                                 )
4    CERTAIN ELECTRONIC DIGITAL  )   Inv. No. 337-TA-796
     MEDIA DEVICES AND           )
5    COMPONENTS THEREOF          )
                                 )

6

7

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11   APPLE INC., a California    ) CIVIL NO.  11-CV-01846-LHK
     corporation,               )
12                               )
                  Plaintiff,     )
13                               )
         vs.                     )
14                               )
     SAMSUNG ELECTRONICS CO.,    )
15   LTD., a Korean business     )
     entity; SAMSUNG ELECTRONICS )
16   AMERICA, INC., a New York   )
     corporation; and SAMSUNG    )
17   TELECOMMUNICATIONS AMERICA, )
     LLC, a Delaware limited     )
18   liability company,          )
                                 )
19                 Defendants.    )
                                 )

20

21       CONFIDENTIAL BUSINESS INFORMATION

22     HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

23     VIDEOTAPED DEPOSITION OF SHIN NISHIBORI

24       MAY 2, 2012        HONOLULU, HAWAII

25   TSG JOb # 49110    Reporter: ADRIANNE IGE KURASAKI

1  Name of Case:          *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-1846 LHK;

2                         *Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-

3                         TA-796

4  Date of deposition:    April 14, 2012

5  Name of witness:       Shin Nishibori

6  Reason Codes:

7        1.    To clarify the record.
        2.    To conform to the facts.
8        3.    To correct transcription errors.
        4.    Adopting corrected or check interpretation.
9

10

| Page | Lines | Now Reads | Should Read | Reason |
|------|-------|-----------|-------------|--------|
| 9 | 16-17 | I don't work full time for Apple, but I'm an employee of Apple. | Yes. I'm employed and I am in the condition of medical leave absence. | 4 |
| 11 | 13 | What does it mean "report" in Japanese? | Jonathan Ive. | 3 |
| 13 | 10-15 | For this product, in the course of proceeding the project to create the product, I have made a model, a prototype. However, when it comes to the final product, the finishing product that came out on the market, I did not make a model. Wait. | For this product, in the -- in going forward with this project, I did make some models. However, as for the product, the final product, the design of the final product, the product that became the product as – became the first product, I did not make models for that. Wait, just a minute. | 4 |
| 14 | 15-20 | In order to develop a project, there's a leader and then there's some people underneath or something like that, and to create some type of group to do the development. And that will be the core group of the development. So I'd like to say that I was not in that group. | In developing the product, there is a leader and there are several team – project team members, depending on the project. I don't know how many people would be in the team. However, these people became – become the main group to work on this. And in such a manner, the product development is conducted. What I'm saying is I was not in that group. | 4 |
| 16 | 3-12 | It was not the product that I was leading, so I do not have the knowledge or – or I don't understand how many design contributed to the final project. However, in the course of designing | It was not the product that I was leading, so I do not have the knowledge or – or I don't understand how my design contributed to the final product. In the course of coming up with | 4 |

| | | | | |
|---|---|---|---|---|
| | | the project, I made the model that changed the flow of direction that – which triggered to change the flow. So, although it was not a final project, I think that I can say that I was involved in the project. | the product, I did make a model or models that – that changed the – that triggered the change in the course. So it was not in the final product. However, I did – I can say I did affect the flow of the project as a result. | |
| 18 | 15-18 | This is the one I brought up my idea and made the blueprint – no, actually, I gave the blueprints to the CAD person and then had them do it. | This is the one for which I came up with the idea. And I did not make the drawings, but I had the CAD person make the drawings. I asked them to do it in connection with this. And then this is certainly the picture of that product. | 4 |
| 22 | 11-12 | I do not remember specific dates. I do not remember. | I do not remember specific dates. I do not remember to that extent. | 4 |
| 23 | 7-15 | And he said, "You can just do this on your side of your job. Just relax and enjoy doing this. But can you start – can you try working on to create something that represents something that if Sony attempts to create an iPhone." That's what he told me. But because of my English, I'm not sure if I clearly understood him. But this was what I understood. | He said, "You can do this as an aside of your job and enjoy – I want you to enjoy doing this. But if Sony were to make an iPhone, what would it be like? Would you make it for me?" And because my English – because of my English, I'm not sure if I clearly understood him, but this is what I understood. | 4 |
| 25 | 21 | So, yes, that's true. | So, yes, that's true. And then I went forward with it. | 4 |
| 30 | 5 | Hai. | Yes. | 1 |
| 31 | 15-19 | If you're asking about the location of CAD system and Apple – then it is. | If you're asking about the location of the CAD system at Apple company, if that's where it was made, then, no doubt, it was made there. | 4 |
| 33 | 5 | CAD image | CAD drawing | 1 |
| 35 | 13 | Yes. | I do not know. | 1, 4 |
| 36 | 3 | Yes. | Correct. | 1 |
| 37 | 17-23 | And I had some image in my head about what Sony products are; so, for example, switches or things like that that's specific to Sony. So – but roughly, what I included in this drawing is what if – what would Sony would do – what would Sony do. | So based on my recollection, I put in what Sony would do in my image that I had in mind. I put in the details. | 4 |

| | | | | |
|---|---|---|---|---|
| 38 | 20-25 | No.  For one year, this is my personal matters.  But the reason I resigned from Panasonic is that – because I wanted to do design or work as a designer.  So for one years, I did not do anything, just anything to do with design. | No, this is personal.  But I quit Panasonic because I quit – I thought I'm going to quit – I was going to quit being a designer.  So I did not do any design activities at all for one year. | 4 |
| 40 | 17-18 | As far the mobile devices, I did not work on them at all. | As for the mobile devices, I did not do design at all. | 4 |
| 41 | 11-15 | I was in the innovative development section.  For example, not only just on the products, I was – my section was engaged in making suggestions to – new suggestions to the world, that type of thing. | Since I was in the advanced development section, I was involved in not only in the products but in ideas to be proposed.  It was a section which those ideas were thought of. | 4 |
| 42 | 10-11 | What you referred to just now, I did not work. | I did not design what you referred to just now. | 1 |
| 42 | 19-24 | No, I did not do any follow-up.  After I received the model and then handed over to Jonathan Ive, I went to China for business trip.  In other words, I just left the model there.  So I did not know what the decision was made afterwards. | No, I didn't do any looking.  After I received the model and then – and I handed over that model to Jonathan Ive, I went on a business trip to China, so I just left that model – make and model and left the model.  So I don't know what happened to – as to the decision.  I don't know.  I don't understand what happened. | 4 |
| 43 | 22-44:2 | In terms of design and the knowledge, I have knowledge – general knowledge, as a general, ordinary user of how Sony has been like.  However, of course, I do not have a specific knowledge what Sony's products are like. | In terms of Sony design, I did not have any knowledge.  But what I had the knowledge of was as a general user, I had the knowledge of Sony products.  And so in that sense, I had knowledge of Sony's design.  Of course, it's not that I had any knowledge of Sony design. | 4 |
| 44 | 18-24 | General familiarity, yeah.  In general, I'm not sure – quite sure what "general familiarity" means that as – I liked Sony's products since I was a child and so I have seen the development over time.  But I don't think I understand your question really well in terms of -- | General familiarity.  I don't know whether or not I had that general familiarity.  Since my childhood, I have seen Sony products.  So, of course, I have seen Sony products.  And I don't think I understand your question fully. | 4 |
| 45 | 8-16 | If I may tell you a little bit more specifically.  In terms of, for example, let's say that Sony's Walkman had this type of button or they were using a jog dial or things | If I may tell you a little bit more specific details.  In my mental impression that I had was that Sony Walkman, for example, had buttons of this type or Sony | 4 |

| | | | | |
|---|---|---|---|---|
| | | like that, that type of image in details were in my mind and how Sony is like. So that's all I can say from how I know about Sony. But, I'm sorry, I'm not quite following what you're wanting to ask me about. | product had the jog dial of this type. Not that I had anything in mind that Sony design is such-and-such. It's just that I tried to express the impression I had of Sony products by such details. And so that's what I tried to express. But with that said, I don't quite understand your question any more than that. | |
| 46 | 25 | project | product | 4 |
| 48 | 8-13 | As for the Sony mobile devices, I'm repeating that I did not look at it while I was working on the design, so I do not remember what I looked at. However, I might have touched on the Sony device that was sold in the market. But as I say, I do not remember. | As for Sony mobile devices, I repeat what I said. It's not the case that I was looking at any mobile devices while working on the design. I don't remember what I may have seen at that time. But it's possible I touched a phone that was sold in the market placed by Sony at that time. However, I don't recall at all. | 4 |
| 50 | 6-11 | Yes, similarly, I went on the business trip right after this, so I do not remember what was happening around this time. I might have took – taken a glimpse of it, that was on the table or something, but that's about it. | Similarly, well, to be honest, I went on a business trip around that time, so I don't know what was going on around that time. But it's possible I might have had a – I might have glanced at it, it being on a table or something like that. In that sense, I might have seen it. | 4 |
| 51 | 9-13 | I wasn't there. Honestly, I wasn't there at that time so I was not even in the iPhone project, so I do not know. But then Richard was the project leader, so I think it's best to ask Richard the question. | I was not there at that time. To be honest, I was not even on the iPhone project, so I have no idea at all. But Richard was the project leader, so it's best to ask Richard. | 4 |
| 53 | 16-54:1 | I'm not too sure about what Jonathan Ive referring to – in terms of Jonathan Ive referring to change of direction and so forth. But what I have in my recollection is that as the final product, I'm – what I mean is the initial iPhone product, there was the time that this was considered in progress. It was in the development phase, the one with the silver and the extrusion type of thing. That's what I can say. | I don't quite understand when you say Jonathan Ive changing direction or other. My other understanding is that what became the final product – well, I mean the first iPhone product, at one point that design was – for that product was this type. In other words, there was silver and extrusion molding type of design. At one point, it was considered to be that, that we were going forward with that. And in the words of Richard, it was extrusion or extruder shape. | 4 |

| 55 | 1-7 | Well, again, I'm not quite sure what this general direction and so forth. But it is true that this project – I mean, this model was in the development. But I – as I repeatedly say that I do not know what Jonathan Ive's decision was, so I did not know what it was. | I don't know what the general direction is. I have no doubt, though, that this was something that the – that was in progress prior to that. However, I don't quite understand when you say Jonathan Ive making decision, you know. I repeat myself. But as for that part, I cannot answer. | 4 |

Signed: _____          Date: 5/25/2012

**SHIN NISHIBORI**

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 58

1                    WITNESS CERTIFICATE

2

3           I, SHIN NISHIBORI, do hereby certify

4    that I have read the foregoing pages, inclusive,

5    and corrections, if any, were noted by me; and

6    that same is now a true and correct transcript

7    of my testimony.

8           Dated _____5 / 25 / 2012_____

9           _____

            SHIN NISHIBORI

10

11

12

13

14

15           Signed before me this _____

16    day of _____, 20_____.

17

18

19    _____

20

21

22    Certain Electronic Digital Media Devices, Case 337-TA-796/

      Apple Inc. v Samsung Electronics Company, Ltd., et al.,

23    Civil No. 11-CV-01846

      Videotaped Deposition of SHIN NISHIBORI

24    Taken on May 2, 2012.

25

Confidential Business Information
Highly Confidential Attorney's Eyes Only

## Page 2

1        CONFIDENTIAL BUSINESS INFORMATION
2     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
3        VIDEOTAPED DEPOSITION OF SHIN NISHIBORI
4
5        Taken on behalf of Defendants, Samsung Electronics
6    Co., Ltd., Samsung Electronics America, Inc., and Samsung
7    Telecommunications, LLC, at The Halekulani Hotel, 2199
8    Kalia Road, Honolulu, Hawaii, commencing at 10:04 a.m., on
9    Wednesday, May 2, 2012.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    BEFORE:    ADRIANNE IGE KURASAKI, CSR 388
            Registered Professional Reporter
25        Hawaii CSR #388; California CSR #11470

## Page 3

1    APPEARANCES:
2      For Defendants and Counterclaim Plaintiffs:
3        MICHAEL T. ZELLER, ESQ.
         Quinn Emanuel Urquhart & Sullivan
4        865 South Figueroa Street
         Los Angeles, California  90017
5
6
7
         For Plaintiff and Counterclaim Defendant:
8
         JENNIFER LEE TAYLOR, ESQ.
9        Morrison & Foerster
         425 Market Street
10       San Francisco, California  94105
11
12
13    Also present:  Derek Bryant, Legal Video Specialist
           Ayano Nishimura, Official Interpreter
14         Sadaaki Matsutani, Check Interpreter
           Cindy Wheeler, Apple Inc.
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1        INDEX OF EXAMINATIONS
2                          PAGE
3    SHIN NISHIBORI
4      Examination by Mr. Zeller            6
5
6
7          E X H I B I T S
8    NO.    DESCRIPTION              PAGE
9    Exhibit 1  Images of Sony device, File list    7
           (Bates APLNDC-NCC00000274 to
10         APLNDC-NCC00000281)
11
      Exhibit 2  Various photos of Sony device
12         (Bates APL-ITC796-X0000016675 to
           APL-ITC796-X0000016693)
13
      Exhibit 3  E-mail communication to Jonathan Ive    49
14         from Richard Howarth dated 3/8/2006
           (Bates APLNDC0003040119 to
15         APLNDC0003040124)
16
17
18
19
20
21
22
23
24
25

## Page 5

1    WEDNESDAY, MAY 2, 2012          10:03 A.M.
2        THE VIDEOGRAPHER:  This is the start of    10:03AM
3    Tape No. 1.  Videotaped Deposition of Shin    10:03AM
4    Nishibori in the matter of Certain Electronic    10:03AM
5    Digital Media Devices and Components Thereof.    10:03AM
6    This is Apple versus Samsung, in the U.S.    10:03AM
7    District Court, Northern District Court of San    10:03AM
8    Jose Division, No. 11-CV-01846-LHK.    10:03AM
9        This deposition is being held at The    10:04AM
10   Halekulani Hotel, 2199 Kalia Road, Honolulu,    10:04AM
11   Hawaii on May the 2nd, 2012, at approximately    10:04AM
12   10:04 a.m.              10:04AM
13       My name is Derek Bryant.  I am the Legal    10:04AM
14   Video Specialist from TSG Reporting, Inc.,    10:04AM
15   headquartered at 747 Third Avenue, New York,    10:04AM
16   New York.              10:04AM
17       The court reporter is Adrianne Kurasaki    10:04AM
18   in association with TSG Reporting.          10:04AM
19       Counsel, please introduce yourselves.    10:04AM
20       MR. ZELLER:  Mike Zeller for Samsung.    10:04AM
21       MS. TAYLOR:  Jennifer Taylor for Apple.    10:04AM
22       MS. WHEELER:  Cindy Wheeler from Apple.    10:04AM
23       THE VIDEOGRAPHER:  Will the court    10:04AM
24   reporter please swear in the interpreters and    10:04AM
25   then the witness.              10:04AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 6

1        AYANO NISHIMURA,          10:04AM
2        called as the official interpreter for  10:04AM
3   the witness, being first duly sworn to interpret  10:04AM
4   the following testimony from English to     10:04AM
5   Japanese and from Japanese to English.      10:04AM
6        SADAAKI MATSUTANI,          10:04AM
7        called as a check interpreter for   10:04AM
8   the witness, being first duly sworn to check   10:04AM
9   the following testimony from English to     10:04AM
10  Japanese and from Japanese to English.      10:04AM
11       SHIN NISHIBORI,           10:05AM
12       called as a witness on behalf of    10:05AM
13  Defendants and Counterclaim Plaintiffs,     10:05AM
14  Samsung Electronics Co., Ltd., Samsung      10:05AM
15  Electronics America, Inc., and Samsung      10:05AM
16  Telecommunications, LLC, being first duly   10:05AM
17  sworn to tell the truth, the whole truth, and  10:05AM
18  nothing but the truth, was examined and     10:05AM
19  testified as follows:             10:05AM
20       EXAMINATION             10:05AM
21  BY MR. ZELLER:                10:05AM
22  Q    Good morning.              10:05AM
23  A    Good morning.              10:05AM
24  Q    If you could please tell us your full  10:05AM
25  name for the record.             10:05AM

Page 7

1   A    Shin Nishibori.             10:05AM
2   Q    Have you ever gone by any other name?  10:05AM
3   A    No.                    10:05AM
4   Q    Have you ever had your deposition taken  10:05AM
5   before?                    10:05AM
6   A    No.                    10:05AM
7   Q    Have you ever given live testimony in   10:05AM
8   any kind of legal proceeding?         10:05AM
9   A    No.                    10:05AM
10  Q    Today, here we have a process that we   10:05AM
11  call a deposition, and I'm sure your attorney  10:05AM
12  has explained all this to you.        10:06AM
13       I just want to give a few reminders to  10:06AM
14  you so that hopefully it'll make the process as  10:06AM
15  easy and comfortable for you as possible.   10:06AM
16       First, and most importantly, if there's  10:06AM
17  any question that I ask you here that's unclear  10:06AM
18  or you don't hear all of it, please speak up and  10:06AM
19  let us know, because we'll be happy to repeat  10:06AM
20  the question or rephrase it so that it's a clear  10:06AM
21  question to you.                10:06AM
22  A    Okay.                   10:07AM
23  Q    Also, any time that you feel like you   10:07AM
24  need to take a break, please speak up and we   10:07AM
25  will do that.                 10:07AM

Page 8

1   A    Yes.                    10:07AM
2   Q    The only thing I would ask is that we   10:07AM
3   not do that while there is a pending question.  10:07AM
4       (The Check Interpreter speaks in Japanese.)  10:07AM
5       INTERPRETED ANSWER: Okay.       10:07AM
6   BY MR. ZELLER:                10:07AM
7   Q    And I'm sure you know the question --   10:07AM
8   the format here today is question and answer.  10:07AM
9   So I'll ask you questions and then ask that you  10:07AM
10  answer them to the best of your ability.    10:07AM
11       Your attorney may object to the question  10:08AM
12  from time to time. But in general, you should  10:08AM
13  go ahead and answer the question unless your  10:08AM
14  attorney is instructing you not to answer.   10:08AM
15       Also, you'll want to make sure that you  10:08AM
16  hear and you allow me to finish my entire   10:08AM
17  question before you begin to answer so that you  10:08AM
18  have an understanding of what it is that I'm   10:08AM
19  asking. Also, the court reporter can't take  10:08AM
20  down more than one person at a time.      10:08AM
21  A    Okay. Yes, I'll try my best to answer  10:09AM
22  when the interpreter finishes her interpreting  10:09AM
23  so that I won't overlap, anyway.       10:09AM
24  Q    Exactly. I appreciate that.     10:09AM
25       And then, finally, if you have any   10:09AM

Page 9

1   questions about the process, just please speak  10:09AM
2   up and we can try and address it or you can   10:09AM
3   speak with your attorney about it, if that's the  10:09AM
4   appropriate way. But I want to make sure that,  10:09AM
5   again, everything is as easy as possible for you  10:09AM
6   today.                     10:09AM
7       (The Check Interpreter speaks in Japanese.)  10:09AM
8       INTERPRETED ANSWER: If I may? If I may  10:09AM
9   ask you one point, because I have a hard --   10:10AM
10  sometimes I am hard of hearing, so I would ask  10:10AM
11  the interpreter to speak, even in Japanese,   10:10AM
12  slowly to me.                 10:10AM
13  BY MR. ZELLER:                10:10AM
14  Q    Absolutely. I appreciate that.    10:10AM
15       Are you currently employed by Apple?   10:10AM
16  A    I don't work full time for Apple, but  10:10AM
17  I'm an employee of Apple.           10:10AM
18       THE INTERPRETER: May the interpreter  10:10AM
19  correct her own interpretation?        10:10AM
20       INTERPRETED ANSWER: Yes. I'm employed  10:10AM
21  and I am in the condition of medical leave   10:10AM
22  absence.                    10:10AM
23       MS. TAYLOR: I'd like to make one point.  10:11AM
24  Shin, if the Interpreter asks you to repeat your  10:11AM
25  answer, you should repeat the same answer.   10:11AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 10

1  Don't change your answer, because then she may   10:11AM
2  have misunderstood.                              10:11AM
3      ENGLISH ANSWER: Ah, ah. Okay.               10:11AM
4      MS. TAYLOR: Go ahead.                        10:11AM
5  BY MR. ZELLER:                                   10:11AM
6      Q   When did you first begin to work for     10:11AM
7  Apple?                                           10:11AM
8      A   July the 1st, 2002.                      10:11AM
9      Q   And you began as an industrial designer?  10:11AM
10     A   Yes.                                     10:11AM
11     Q   Is that currently your title there with  10:11AM
12  Apple, industrial designer?                     10:11AM
13     A   I'm currently on leave. However, I --    10:12AM
14  up until July the 8th of last year, I was       10:12AM
15  working as an industrial designer.              10:12AM
16     Q   And once you went out on leave, did your  10:12AM
17  title change?                                    10:12AM
18     A   Well, to be honest, I'm not too sure if   10:12AM
19  it changed. I don't have a recognition. I'd     10:12AM
20  like to believe it didn't change, but I do not  10:12AM
21  know for sure.                                   10:12AM
22     Q   And also, I appreciate that. And today,  10:12AM
23  too, when I ask you questions, I'm really asking  10:13AM
24  to the best of your knowledge. So if there's    10:13AM
25  information you don't have, I understand that.   10:13AM

Page 11

1      A   Okay.                                    10:13AM
2      Q   But so far as you know, you've had the   10:13AM
3  position or title of industrial designer with    10:13AM
4  Apple since you started up until today?          10:13AM
5      A   I do not know that's up until today.     10:13AM
6      Q   Right. But again, as far -- you don't    10:13AM
7  know of any reason why your position or title    10:13AM
8  has changed?                                     10:14AM
9      A   I don't know.                            10:14AM
10     Q   When you started there at Apple on       10:14AM
11  July 1st, 2002 as an industrial designer, who   10:14AM
12  did you report to?                              10:14AM
13     A   What does it mean "report" in Japanese?  10:14AM
14      THE INTERPRETER: If I may. The              10:14AM
15  interpreter is speaking.                         10:14AM
16      I interpreted it, but may the               10:14AM
17  interpreter repeat the interpretation again for  10:14AM
18  what it means "report" -- what "report" means in  10:14AM
19  Japanese?                                        10:14AM
20      (Whereupon, the Interpreter translates.)    10:14AM
21      INTERPRETED ANSWER: Jonathan Ive.           10:14AM
22  BY MR. ZELLER:                                   10:14AM
23     Q   Has Mr. Ive been the person you reported  10:14AM
24  to there at Apple the whole time you've worked  10:14AM
25  for Apple?                                       10:15AM

Page 12

1      (The Check Interpreter speaks in Japanese.)  10:15AM
2      INTERPRETED ANSWER: Well, I do not have      10:15AM
3  a full understanding of what it means of         10:15AM
4  reporting to, what type of reporting or what     10:15AM
5  kind of report I was going to give to him.       10:15AM
6  BY MR. ZELLER:                                    10:15AM
7      Q   Did you have a supervisor?                10:15AM
8      A   Jonathan Ive was my direct.              10:15AM
9      Q   And that's the kind of sense I mean of   10:15AM
10  reporting is someone who is your supervisor.     10:15AM
11     A   Yes, I understand.                        10:15AM
12     Q   Has Mr. Ive been your supervisor the     10:15AM
13  entire time since you've been working for Apple  10:16AM
14  since July 1st, 2002?                            10:16AM
15     A   Well, first of all, up until last year,  10:16AM
16  as I told you before, up until July the 8th of  10:16AM
17  last year, Jonathan Ive was my supervisor for   10:17AM
18  sure. However, if you ask me for the whole time  10:17AM
19  up until today, I do not have a recognition     10:17AM
20  about it, so I do not know.                      10:17AM
21     Q   Have you had any supervisor -- any       10:17AM
22  direct supervisor other than Mr. Ive that you   10:17AM
23  know of?                                         10:17AM
24     A   No.                                      10:17AM
25     Q   As a designer there at Apple, did you    10:17AM

Page 13

1  work on the design for the first iPhone?         10:17AM
2      A   When you say "the first," are you        10:18AM
3  referring to which model, the one that's -- that  10:18AM
4  came out on the market as a product?            10:18AM
5      Q   Yes, I'm referring to the first          10:18AM
6  generation iPhone that was announced in the      10:18AM
7  January 2007 time period.                        10:18AM
8      MS. TAYLOR: Shin, let her translate.        10:19AM
9      (Whereupon, the Interpreter translates.)    10:19AM
10      INTERPRETED ANSWER: For this product,       10:19AM
11  in the course of proceeding the project to      10:19AM
12  create the product, I have made a model, a       10:19AM
13  prototype. However, when it comes to the final  10:19AM
14  product, the finishing product that came out on  10:19AM
15  the market, I did not make a model. Wait.       10:19AM
16      THE CHECK INTERPRETER: Proposed             10:19AM
17  correction: "For this product, in the -- in     10:19AM
18  going forward with this project, I did make some  10:19AM
19  models. However, as for the product, the final  10:19AM
20  product, the design of the final product, the   10:19AM
21  product that became the product as -- became the  10:19AM
22  first product, I did not make models for that."  10:19AM
23  And then the witness said, "Wait, just a         10:20AM
24  minute."                                         10:20AM
25  BY MR. ZELLER:                                   10:20AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

## Page 14

1  Q    Was that the end of your answer or was    10:20AM
2  there more you were going to add?    10:20AM
3  A    Your question was, "Did you design the    10:20AM
4  first iPhone?"    10:20AM
5       And my answer will be: I was involved    10:20AM
6  in the project of making the first iPhone.    10:20AM
7  However, I did not design the actual iPhone that    10:20AM
8  came out.    10:20AM
9       And also, I'd like to add that I was not    10:21AM
10 in the -- I didn't belong to the project team.    10:21AM
11 However, I participated in a meeting or    10:21AM
12 brainstorming that would cast out the ideas and    10:21AM
13 talk about it. I was there.    10:21AM
14 Q    What do you mean by "the project team"?    10:21AM
15 A    In order to develop a project, there's a    10:21AM
16 leader and then there's some people underneath    10:22AM
17 or something like that, and to create some type    10:22AM
18 of group to do the development. And that will    10:22AM
19 be the core group of the development. So I'd    10:22AM
20 like to say that I was not in that group.    10:22AM
21      THE CHECK INTERPRETER: Proposed    10:22AM
22 correction: "In developing the product, there    10:22AM
23 is a leader and there are several team --    10:22AM
24 project team members, depending on the project.    10:22AM
25 I don't know how many people would be in the    10:22AM

## Page 15

1  team. However, these people became -- become    10:22AM
2  the main group to work on this. And in such a    10:22AM
3  manner, the product development is conducted.    10:22AM
4  What I'm saying is I was not in that group."    10:22AM
5  BY MR. ZELLER:    10:22AM
6  Q    Were you one person who contributed to    10:22AM
7  the look of the hardware or the exterior of the    10:22AM
8  first iPhone?    10:23AM
9  A    I do not know.    10:23AM
10 Q    Were you one of the Apple designers who    10:23AM
11 contributed to the look of the hardware or the    10:23AM
12 exterior of any generation of iPhone?    10:23AM
13      MS. TAYLOR: Go ahead.    10:23AM
14      (Whereupon, the Interpreter translates.)    10:23AM
15      MS. TAYLOR: Objection. Vague and    10:24AM
16 ambiguous.    10:24AM
17      INTERPRETED ANSWER: So there's an    10:24AM
18 objection and...    10:24AM
19 BY MR. ZELLER:    10:24AM
20 Q    You should answer the question.    10:24AM
21 A    I do not know.    10:24AM
22 Q    Is there any generation of iPhone that    10:24AM
23 you can say you were an Apple designer who    10:24AM
24 contributed to the look of?    10:24AM
25      (The Check Interpreter speaks in Japanese.)    10:25AM

## Page 16

1       MS. TAYLOR: Wait. Objection. Vague    10:25AM
2  and ambiguous.    10:25AM
3       INTERPRETED ANSWER: It was not the    10:25AM
4  product that I was leading, so I do not have the    10:25AM
5  knowledge or -- or I don't understand how my    10:25AM
6  design contributed to the final project.    10:25AM
7       However, in the course of designing the    10:26AM
8  project, I made the model that changed the flow    10:26AM
9  of direction that -- which triggered to change    10:26AM
10 the flow. So, although it was not a final    10:26AM
11 project, I think that I can say that I was    10:26AM
12 involved in the project.    10:26AM
13      THE CHECK INTERPRETER: The lead    10:26AM
14 interpreter said "project" or "final project"    10:26AM
15 twice.    10:26AM
16      THE INTERPRETER: Final -- final    10:26AM
17 product. I'm sorry, let me make the correction.    10:26AM
18 Final product.    10:26AM
19      THE CHECK INTERPRETER: Proposed    10:26AM
20 correction: There were two instances of that.    10:26AM
21 It should be incorporated in -- the correction    10:27AM
22 should be made for the whole answer.    10:27AM
23      "In the course of coming up with the    10:27AM
24 product, I did make a model or models that --    10:27AM
25 that changed the -- that triggered the change in    10:27AM

## Page 17

1  the course. So it was not in the final product.    10:27AM
2  However, I did -- I can say I did affect the    10:27AM
3  flow of the project as a result."    10:27AM
4  BY MR. ZELLER:    10:27AM
5  Q    And the project that you're referring to    10:27AM
6  here is the first iPhone project?    10:27AM
7  A    So when you said the word "project,"    10:27AM
8  that means that the project that I had my    10:28AM
9  influence on; correct?    10:28AM
10 Q    Correct.    10:28AM
11 A    That is the first iPhone.    10:28AM
12      MR. ZELLER: Let's please mark as    10:28AM
13 Exhibit 1 a series of images, CAD images along    10:28AM
14 with file path information produced by Apple.    10:28AM
15 And, for the record, this was previously    10:28AM
16 identified as Exhibit 1172.    10:28AM
17      (Exhibit No. 1 marked for identification.)    10:28AM
18 BY MR. ZELLER:    10:29AM
19 Q    Do you recognize the images that are    10:29AM
20 shown here on Exhibit 1?    10:29AM
21 A    Yes.    10:29AM
22 Q    And is this a representation of a design    10:29AM
23 that became a model that you were referring to    10:29AM
24 that changed the flow or course of the first    10:29AM
25 iPhone project?    10:29AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 18

1    MS. TAYLOR: Objection. Vague and     10:29AM
2    ambiguous.                            10:29AM
3        Shin, chotto matte. She needs to   10:30AM
4    translate the objection.              10:30AM
5    (Whereupon, the Interpreter translates.)   10:30AM
6        INTERPRETED ANSWER: Rather than saying   10:30AM
7    change of flow or change the course, I would   10:30AM
8    like -- what I recognize is that it is something   10:30AM
9    that influenced the project, in my   10:30AM
10   understanding.                        10:30AM
11   BY MR. ZELLER:                        10:30AM
12   Q   Let me rephrase it, then. Let me ask   10:30AM
13   first, do you recognize what's depicted here in   10:30AM
14   Exhibit 1 as something you've worked on?   10:30AM
15   A   This is the one I brought up my idea and   10:31AM
16   made the blueprint -- no, actually, I gave the   10:31AM
17   blueprints to the CAD person and then had them   10:31AM
18   do it.                                10:31AM
19   THE CHECK INTERPRETER: No blueprint was   10:31AM
20   mentioned.                            10:31AM
21   "This is the one for which I came up   10:31AM
22   with the idea. And I did not make the drawings,   10:31AM
23   but I had the CAD person make the drawings. I   10:31AM
24   asked them to do it in connection with this.   10:31AM
25   And then this is certainly the picture of that   10:31AM

Page 19

1    product."                             10:31AM
2        THE INTERPRETER: Yes, the Interpreter   10:31AM
3    will make a correction to her own     10:31AM
4    interpretation, that the changing of the word   10:32AM
5    "blueprint" to "drawings."            10:32AM
6        THE CHECK INTERPRETER: The proposed   10:32AM
7    correction still stands.              10:32AM
8        In connection with these proposed   10:32AM
9    corrections, the checking interpreter asked the   10:32AM
10   lead interpreter whether or not she intends to   10:32AM
11   accept it or not. All she has to say is   10:32AM
12   accepted or not accepted. That's all she has to   10:32AM
13   say.                                  10:32AM
14   MR. ZELLER: That's not -- that hasn't   10:32AM
15   been the process. The lead interpreter doesn't   10:32AM
16   have to do that.                      10:32AM
17   THE CHECK INTERPRETER: Okay. All   10:32AM
18   right.                                10:32AM
19   MR. ZELLER: She can take it into   10:32AM
20   account or not. But I mean, there's history to   10:32AM
21   this, so I don't want to argue with you. But, I   10:32AM
22   didn't set any of these ground rules so I don't   10:32AM
23   really feel like I'm in a position to try and   10:32AM
24   make any changes today.               10:32AM
25   MS. TAYLOR: Could someone explain to   10:32AM

Page 20

1    Shin really quickly. You're just talking about   10:32AM
2    translation rules.                    10:32AM
3        MR. ZELLER: Sure.                 10:32AM
4        MS. TAYLOR: Go ahead, Miss.        10:32AM
5    (Whereupon, the Interpreter translates.)   10:32AM
6    BY MR. ZELLER:                        10:33AM
7    Q   So let me just rephrase it and see if I   10:33AM
8    understand correctly.                 10:33AM
9        You prepared handwritten drawings that   10:33AM
10   reflected the design that you came up with and   10:33AM
11   you gave those to the CAD operator?   10:33AM
12   A   I did not do the handwritten drawing.   10:33AM
13   Q   Did you -- first let me ask, do you   10:33AM
14   remember the CAD operator you worked with on   10:33AM
15   this?                                 10:33AM
16   A   Yes. Yes. His name was Carlos, but   10:33AM
17   he's no -- unfortunately, he passed away.   10:34AM
18   Q   Did you work with any other CAD   10:34AM
19   operators on the images that we have here as   10:34AM
20   Exhibit 1?                            10:34AM
21   A   I don't think so.                 10:34AM
22   Q   How did you communicate to the CAD   10:34AM
23   operator your idea for the design?   10:34AM
24   A   First of all, I did the sketch by hand.   10:35AM
25   And in order to communicate the size, I sat down   10:35AM

Page 21

1    next to him and talked to him and asked him   10:35AM
2    about it. And I think I used the rough sketch   10:35AM
3    or sometimes thumbnail sketches to explain the   10:35AM
4    measurements.                         10:35AM
5        And he listened and tried to understand   10:35AM
6    my poor English, so I tried my best to   10:35AM
7    communicate with him.                 10:35AM
8    Q   So it was a combination of sketches as   10:35AM
9    well as oral direction that you gave him?   10:35AM
10   A   Yes.                              10:36AM
11   Q   And you'll see reflected here in   10:36AM
12   Exhibit 1 that there are -- there's a second   10:36AM
13   page here that has some file listings. Do you   10:36AM
14   see that?                             10:36AM
15   A   Yes.                              10:36AM
16   Q   And you'll see that the second page has   10:36AM
17   at the top there Sony Style, very top.   10:36AM
18   A   Yes.                              10:36AM
19   Q   And then you'll see that there are   10:36AM
20   various dates on here from March of 2006. Do   10:36AM
21   you see that?                         10:36AM
22   A   Yes.                              10:37AM
23   Q   And is this the time period that you   10:37AM
24   recall working on these designs?   10:37AM
25   (The Check Interpreter speaks in Japanese.)   10:37AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 22

1      INTERPRETED ANSWER: Yes, it was a very   10:37AM
2 short time period because I was doing this on   10:37AM
3 the side of my project. So the idea itself was   10:37AM
4 about two days. And I worked with Carlos for   10:37AM
5 the drawing rendering. And so would be two   10:38AM
6 weeks. So if it's longer than this, it was   10:38AM
7 around two weeks that it took.   10:38AM
8 BY MR. ZELLER:   10:38AM
9   Q   And was the March of 2006 time period   10:38AM
10 when you began working on this design idea here?   10:38AM
11   A   I do not remember specific dates. I do   10:38AM
12 not remember.   10:38AM
13      THE CHECK INTERPRETER: "To that   10:38AM
14 extent."   10:38AM
15 BY MR. ZELLER:   10:38AM
16   Q   Is it fair to say that you recall first   10:38AM
17 coming up with the idea for the design and then   10:38AM
18 working very soon thereafter on these designs   10:38AM
19 that are in Exhibit 1?   10:38AM
20   (The Check Interpreter speaks in Japanese.)   10:39AM
21      MS. TAYLOR: Objection. Vague.   10:39AM
22 Translate.   10:39AM
23   (Whereupon, the Interpreter translates.)   10:39AM
24      INTERPRETED ANSWER: Well, may I explain   10:39AM
25 how the direction of this process -- rather, may   10:40AM

Page 23

1 I explain how this idea came out?   10:40AM
2 BY MR. ZELLER:   10:40AM
3   Q   Please.   10:40AM
4   A   First, Jonathan Ive talked to me.   10:40AM
5 "Well, Shin, I have something to talk to you   10:40AM
6 about."   10:40AM
7      And he said, "You can just do this on   10:41AM
8 your side of your job. Just relax and enjoy   10:41AM
9 doing this. But can you start -- can you try   10:41AM
10 working on to create something that represents   10:41AM
11 something that if Sony attempts to create an   10:41AM
12 iPhone."   10:41AM
13      That's what he told me. But because of   10:41AM
14 my English, I'm not sure if I clearly understood   10:41AM
15 him. But this was what I understood.   10:41AM
16      THE CHECK INTERPRETER: Proposed   10:41AM
17 correction: "He said, 'You can do this as an   10:41AM
18 aside of your job and enjoy -- I want you to   10:42AM
19 enjoy doing this. But if Sony were to make an   10:42AM
20 iPhone, what would it be like? Would you make   10:42AM
21 it for me?' And because my English -- because   10:42AM
22 of my English, I'm not sure if I clearly   10:42AM
23 understood him, but this is what I understood."   10:42AM
24      THE INTERPRETER: May the interpreter   10:42AM
25 ask the witness to repeat his answer again?   10:42AM

Page 24

1      INTERPRETED ANSWER: Your question, your   10:43AM
2 last question is about did you come up with an   10:43AM
3 idea and started with this. However, I'd like   10:43AM
4 to say that it came -- first came from Jonathan   10:43AM
5 Ive --   10:43AM
6      THE INTERPRETER: I'm sorry. Strike   10:43AM
7 that.   10:43AM
8      INTERPRETED ANSWER: Your last question   10:43AM
9 was about did you come up with an idea and then   10:43AM
10 started the project and then did the rendering   10:43AM
11 or CAD. But it's not. I'd like to say that it   10:43AM
12 came from Jonathan Ive first and then I came up   10:43AM
13 with an idea and it started then.   10:43AM
14      MS. TAYLOR: Were you correcting your   10:44AM
15 interpretation or did he strike his answer?   10:44AM
16      THE INTERPRETER: Yes, I said -- when   10:44AM
17 the Interpreter said "strike that," the   10:44AM
18 interpreter was correcting the entire   10:44AM
19 interpretation, yes. So anything after "strike   10:44AM
20 that" is my interpretation.   10:44AM
21      MR. ZELLER: The witness didn't say   10:44AM
22 "strike that"?   10:44AM
23      THE INTERPRETER: No.   10:44AM
24 BY MR. ZELLER:   10:44AM
25   Q   So just so we have a clear understanding   10:44AM

Page 25

1 of this, so as you understood the conversation   10:44AM
2 you had with Mr. Ive, Mr. Ive was the one who   10:44AM
3 came up with the idea to say what would Sony do.   10:44AM
4 And that was the project that you started on?   10:44AM
5   (The Check Interpreter speaks in Japanese.)   10:44AM
6      INTERPRETED ANSWER: Well, it is not   10:45AM
7 that Jony came up with specific design idea to   10:45AM
8 me. But we did have a conversation and this is   10:45AM
9 what Jony said. And there's not -- what I just   10:45AM
10 told you is all, everything. And there's   10:45AM
11 nothing other than that.   10:45AM
12 BY MR. ZELLER:   10:45AM
13   Q   Let me try it this way: Mr. Ive gave   10:45AM
14 you the general direction to work on an idea for   10:46AM
15 what Sony would do and then you came up with the   10:46AM
16 specific design idea?   10:46AM
17   A   Right. I do not know who had the   10:46AM
18 original idea. But it is true that the   10:46AM
19 direction came from Ive. He asked me to make   10:46AM
20 something -- he request me -- requested me to   10:47AM
21 make something like that. So, yes, that's true.   10:47AM
22      THE CHECK INTERPRETER: "And then I went   10:47AM
23 forward with it."   10:47AM
24 BY MR. ZELLER:   10:47AM
25   Q   And then what you did, in terms of   10:47AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 26

```
1   coming up with the specific design idea, at    10:47AM
2   least one part of it is there in Exhibit 1?    10:47AM
3       (The Check Interpreter speaks in Japanese.)    10:47AM
4       MR. ZELLER:  It sounds like this is too    10:48AM
5   complicated to translate, so let me strike that    10:48AM
6   question.  I'll ask a simpler question    10:48AM
7   hopefully.    10:48AM
8   BY MR. ZELLER:    10:48AM
9   Q   After Mr. Ive gave you the general    10:48AM
10  direction to work on this Sony design project,    10:48AM
11  you came up with the specifics of it including    10:48AM
12  what's there in Exhibit 1?    10:48AM
13  A   There are two things -- I mean, I have    10:49AM
14  two answers or two things that bothers me, the    10:49AM
15  answer.    10:49AM
16      First of all, it was not a project.  And    10:49AM
17  we are assigned with separate projects for each    10:49AM
18  person.  But what I was asked to do is to do it    10:49AM
19  on the side, just to find some time to do this,    10:49AM
20  to create this.    10:49AM
21      However, it is true that the -- that's    10:49AM
22  shown on Exhibit 1 regards to the rendering and    10:50AM
23  drawing, I did the design and idea.    10:50AM
24  Q   Then let me strike the word "project"    10:50AM
25  and try it a slightly different way.    10:50AM
```

Page 27

```
1       After Mr. Ive gave you the general    10:50AM
2   direction, that's when you then came up with the    10:50AM
3   specifics of the design that's shown in    10:50AM
4   Exhibit 1?    10:50AM
5       (The Check Interpreter speaks in Japanese.)    10:50AM
6       INTERPRETED ANSWER:  The question that    10:51AM
7   you asked, my answer is yes.    10:51AM
8       And the one that the interpreter just    10:51AM
9   said that looks like Sony --    10:51AM
10      THE INTERPRETER:  The interpreter    10:51AM
11  apologize that it's a slip of tongue.    10:51AM
12  "But the answer is no.  The first    10:51AM
13  question, my answer is yes."    10:51AM
14      THE CHECK INTERPRETER:  "To your current    10:51AM
15  question, the answer is yes.  But to the    10:51AM
16  question that Madam Interpreter stated    10:51AM
17  involving -- including Sony, whatnot, that -- my    10:51AM
18  answer to that is no."    10:51AM
19      MR. ZELLER:  I think there was something    10:51AM
20  lost in translation, so let me --    10:51AM
21      MS. TAYLOR:  Let me help for just a    10:51AM
22  moment.  She translated it incorrectly, so --    10:51AM
23  and he translated it correctly.  So I think    10:52AM
24  we're clear.  It's "yes" to your question.    10:52AM
25      MR. ZELLER:  Right.    10:52AM
```

Page 28

```
1       MS. TAYLOR:  Do you want to make it    10:52AM
2   clear?    10:52AM
3       MR. ZELLER:  I do.  I do.    10:52AM
4   BY MR. ZELLER:    10:52AM
5   Q   Let me just repeat it, and so we'll have    10:52AM
6   a clear record.  I appreciate your patience on    10:52AM
7   this.  But we do want to make sure everyone    10:52AM
8   is -- that we all have the same understanding.    10:52AM
9       After Mr. Ive gave you the general    10:52AM
10  direction, that's when you came up with the    10:52AM
11  specifics of the design that's shown in    10:52AM
12  Exhibit 1?    10:52AM
13  A   Yes, that's correct.    10:52AM
14  Q   Did you have a name for these designs    10:53AM
15  that you were working on that are shown here in    10:53AM
16  Exhibit 1?  Was there some term you used to    10:53AM
17  identify them?    10:53AM
18  A   I do not remember.    10:53AM
19  Q   As we talked about on the second page of    10:53AM
20  Exhibit 1, it has the words Sony Style.  Was    10:53AM
21  that a way you used to describe these designs,    10:53AM
22  Sony Style?    10:53AM
23      (Whereupon, the Interpreter translates.)    10:53AM
24      THE CHECK INTERPRETER:  "Sony Style."    10:54AM
25      INTERPRETED ANSWER:  As the specific    10:54AM
```

Page 29

```
1   name to call it, I do not have a clear    10:54AM
2   recollection.  As what Jonathan Ive said to me    10:54AM
3   is that "If Sony were to make that, what would    10:55AM
4   it be like.  And please make something based on    10:55AM
5   your idea."    10:55AM
6       So it might have been like -- to be    10:55AM
7   stated as Sony-like or Sony Style or something    10:55AM
8   like that.    10:55AM
9       But however, I do not have a    10:55AM
10  recollection that -- whether I was the one who    10:55AM
11  named the file or not.  I'm sorry.    10:55AM
12      MR. ZELLER:  Let's please mark as    10:55AM
13  Exhibit 2 some additional images produced by    10:55AM
14  Apple.  And these bear Bates numbers    10:55AM
15  APL-ITC796-X000016675 through 16693.    10:55AM
16      THE INTERPRETER:  It's not in here, is    10:56AM
17  it?    10:56AM
18      MR. ZELLER:  I'm sorry?    10:56AM
19      THE INTERPRETER:  It's not in here, is    10:56AM
20  it?    10:56AM
21      MR. ZELLER:  No, no.  I'm marking a new    10:56AM
22  one.    10:56AM
23      (Exhibit No. 2 marked for identification.)    10:56AM
24  BY MR. ZELLER:    10:56AM
25  Q   And please let us know when you've had a    10:57AM
```

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 30

1    chance to look at the images in Exhibit 2.    10:57AM
2    A    Okay.                                    10:57AM
3    Q    Do you recognize what these images are?  10:57AM
4    (The Check Interpreter speaks in Japanese.)   10:57AM
5        INTERPRETED ANSWER: Hai.                   10:57AM
6    BY MR. ZELLER:                                 10:57AM
7    Q    Please tell us what you recognize them    10:57AM
8    as.                                            10:57AM
9    A    It is -- these are renderings that I      10:57AM
10   created based on my own thoughts or my         10:57AM
11   understanding of Sony-like designs -- Sony's   10:57AM
12   design, based on the request of Jonathan Ive.  10:58AM
13   Q    And then when we looked at Exhibit 1, we   10:58AM
14   saw that there were some file dates for March of 10:58AM
15   2006.                                          10:58AM
16   (The Check Interpreter speaks in Japanese.)    10:58AM
17       THE CHECK INTERPRETER: The witness         10:58AM
18   said, "Yes."                                   10:58AM
19       MR. ZELLER: Give me the translation.       10:58AM
20       THE INTERPRETER: Sorry.                    10:58AM
21       INTERPRETED ANSWER: Yes.                   10:58AM
22   BY MR. ZELLER:                                 10:58AM
23   Q    Do you recall whether or not the          10:58AM
24   renderings in Exhibit 2 were done at the same  10:58AM
25   time as these renderings in Exhibit 1 or were  10:58AM

Page 31

1    they done later on?                            10:58AM
2    A    In my recollection, the ones listed here  10:59AM
3    from one, two, three, four, five, six, seven,  10:59AM
4    are the ones here, listed as jpegs here.       10:59AM
5    Q    So you think these are the same images?   10:59AM
6    A    I think they are the same.                10:59AM
7    Q    And I take it that the Sony-like designs  10:59AM
8    that were done in CAD form that you worked on  10:59AM
9    with the CAD operator, were they on Apple's CAD 10:59AM
10   system?                                        10:59AM
11       MS. TAYLOR: Objection. Vague.              11:00AM
12       INTERPRETED ANSWER: Well, I'm not too      11:00AM
13   sure about what you're referring to as "CAD    11:00AM
14   system," whether you're calling it as the      11:00AM
15   software company. If you're asking about the   11:00AM
16   location of CAD system and Apple --            11:00AM
17       MS. TAYLOR: Wait, wait.                    11:01AM
18       THE CHECK INTERPRETER: She's not done.     11:01AM
19       INTERPRETED ANSWER: -- then it is.         11:01AM
20       THE CHECK INTERPRETER: "If you're          11:01AM
21   asking about the location of the CAD system at 11:01AM
22   Apple company, if that's where it was made,    11:01AM
23   then, no doubt, it was made there."            11:01AM
24   BY MR. ZELLER:                                 11:01AM
25   Q    Was the -- were these CAD images on any   11:01AM

Page 32

1    other computer there at Apple, like your own   11:01AM
2    computer that you know of, other than the CAD  11:01AM
3    operator's computer?                           11:01AM
4    I'm sorry. Let me withdraw that.               11:01AM
5        THE INTERPRETER: Yes, I'm so sorry.        11:01AM
6    If the interpreter may ask for a few minutes of 11:01AM
7    break, that would be wonderful.               11:01AM
8        MR. ZELLER: Sure. Absolutely. Yeah.        11:01AM
9    We'll do that.                                 11:01AM
10       THE VIDEOGRAPHER: Off the record. It's     11:01AM
11   11:02 a.m.
12   (A recess was taken from 11:02 a.m. to 11:11 a.m.)
13       THE VIDEOGRAPHER: This will be the         11:11AM
14   start of Tape No. 2. We are on the record. It  11:11AM
15   is now 11:12 a.m.                              11:12AM
16   BY MR. ZELLER:                                 11:12AM
17   Q    Focusing your attention on the CAD        11:12AM
18   renderings that we've marked as Exhibits 1 and 11:12AM
19   2. Do you know what computers those CAD images 11:12AM
20   were on?                                       11:12AM
21   A    I'm sorry, this is what Carlos did, so    11:12AM
22   the only knowledge that I have is that was done 11:12AM
23   by -- or on Carlos' computer.                  11:12AM
24   Q    Do you remember whether those CAD images  11:12AM
25   were ever on your computer?                    11:13AM

Page 33

1    A    For this picture -- well, I had the need  11:13AM
2    to send these pictures to Jonathan Ive, who was 11:13AM
3    on business trip, by e-mail. So I incorporated 11:13AM
4    those pictures into my computers. However, it  11:13AM
5    was not the CAD image. It was on jpeg.         11:14AM
6    Q    So there were jpeg images of the CAD      11:14AM
7    renderings that were made and then you e-mailed 11:14AM
8    those to Mr. Ive?                              11:14AM
9    A    Right.                                    11:14AM
10   Q    Were any of those jpeg images the ones    11:14AM
11   that are here in Exhibit 2?                     11:14AM
12   A    Yes, these are the ones that was sent to  11:14AM
13   him.                                           11:14AM
14   Q    Are they all of the jpegs?                11:14AM
15   A    I'm not sure if it's all.                 11:14AM
16   Q    Let me try it this way: Of the jpegs      11:15AM
17   that you sent, do you recognize these as being 11:15AM
18   the jpegs that you sent, all of these pages?   11:15AM
19   A    I'd like to confirm, what do you mean     11:15AM
20   "sent," mean to sent to Jonathan Ive; correct? 11:15AM
21   Q    Right.                                    11:15AM
22   A    It was very difficult to send everything  11:16AM
23   by e-mail, so I'm sure I selected some and     11:16AM
24   omitted some and sent it to him by e-mail.     11:16AM
25       I believe that the ones I sent to him     11:16AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 34

```
1   was the one -- were the ones that could show     11:16AM
2   details.  Because as -- the details, for         11:16AM
3   example, the buttons and switches, are the ones   11:17AM
4   that I had represented Sony's image to express.   11:17AM
5   That is why.                                      11:17AM
6      Q    So if I understand correctly, with        11:17AM
7   respect to the images in Exhibit 2, you sent at   11:17AM
8   least some subset of them to Mr. Ive as jpegs?    11:17AM
9      A    Yes.                                       11:17AM
10     Q    And I take it when you sent that, you      11:17AM
11  did a cover e-mail that went with the images?     11:17AM
12     A    Not in my recollection.                    11:18AM
13     Q    When you say not in your recollection,     11:18AM
14  you just sent -- how did you transmit them to     11:18AM
15  Mr. Ive?                                          11:18AM
16     A    In my recollection, it was quite simple,   11:19AM
17  addressed to Jony, and it was about -- it was     11:19AM
18  regarding Sony and I came up with a rendering,    11:19AM
19  please take a look at it.  It was a very simple   11:19AM
20  paragraph.  And I selected some pictures out of   11:19AM
21  it and then I put it onto the mail application    11:19AM
22  and sent it off to him.                           11:19AM
23     Q    If I understand then correctly, you       11:19AM
24  attached at least some of these images as jpegs   11:19AM
25  to an e-mail that you sent to Mr. Ive over        11:19AM
```

Page 35

```
1   Apple's e-mail system?                           11:19AM
2      A    Yes, that's correct.                      11:20AM
3      Q    And then your e-mail had the text that    11:20AM
4   you described?                                    11:20AM
5      A    Yes.  Yes.                                11:20AM
6      Q    Do you remember, was anyone other than    11:20AM
7   yourself and Mr. Ive on this e-mail?             11:20AM
8      A    Well, it's not clear.  I'm on -- I had a  11:20AM
9   direct communication with Jonathan Ive only and  11:21AM
10  I was really doing this on the side, so I do not  11:21AM
11  think so.  But this is -- maybe.                  11:21AM
12     Q    Do you remember one way or another?       11:21AM
13     A    Yes.                                       11:21AM
14          THE INTERPRETER:  The interpreter will    11:21AM
15  repeat the question.                              11:21AM
16          INTERPRETED ANSWER:  Are you asking who   11:21AM
17  was in or who was not in?                         11:21AM
18          MR. ZELLER:  Well, I'm just trying to     11:21AM
19  make sure I understand your last answer.         11:21AM
20          If you could translate.                   11:21AM
21      (Whereupon, the Interpreter translates.)      11:21AM
22          INTERPRETED ANSWER:  If I answer          11:21AM
23  clearly, I do not know.                           11:21AM
24  BY MR. ZELLER:                                    11:21AM
25     Q    That's what I wanted to make sure is you  11:21AM
```

Page 36

```
1   just don't have a clear memory one way or         11:22AM
2   another whether anyone else was on the e-mail?    11:22AM
3      A    Yes.  But one thing I'd like to point     11:22AM
4   out is that nobody was on this project --         11:22AM
5   rather, it's not a project.  It is a Sony thing.  11:22AM
6   Sony story.                                       11:23AM
7          Nobody else was involved.  So I just       11:23AM
8   assumed that nobody else is involved or heard     11:23AM
9   anything or involved in the e-mail.  But I        11:23AM
10  didn't really -- I do not really see the actual   11:23AM
11  e-mail myself, so I don't -- I can't answer       11:23AM
12  hundred percent.                                  11:23AM
13     Q    Did you actually type up the e-mail to    11:23AM
14  Mr. Ive and send it to him or did someone else    11:23AM
15  do that?                                          11:23AM
16     A    Myself.  I did it myself.                 11:23AM
17     Q    Do you recall about how much time passed  11:23AM
18  between the time you got the general direction    11:23AM
19  from Mr. Ive to do this work and when you         11:23AM
20  came up with these CAD images that are            11:23AM
21  Exhibits 1 and 2?                                 11:23AM
22     A    Yes.  Yes, from the idea to the           11:24AM
23  completion of the sketch, it probably took        11:24AM
24  between one week to ten days.  I would say less   11:24AM
25  than ten days.                                    11:24AM
```

Page 37

```
1          And the reason is that -- that I was       11:25AM
2   trying to accelerate the process was that         11:25AM
3   Jonathan Ive was on business trip and I wanted    11:25AM
4   to finish creating the model before he returns.   11:25AM
5   So I was sending him e-mails and then I -- and    11:25AM
6   then I got his confirmations.  And then from the  11:25AM
7   very short turnaround time, I sent the model to   11:26AM
8   the outsourcing company to make it and then       11:26AM
9   completed it.                                     11:26AM
10     Q    At the time when Mr. Ive gave you the     11:26AM
11  general direction, were you familiar with Sony    11:26AM
12  designs?                                          11:26AM
13     A    Part of the reason is that I worked for   11:27AM
14  Panasonic for nine years.  And my latter half of  11:27AM
15  my employment, for four and a half years, I was   11:27AM
16  involved in the audio division.  And a part of    11:27AM
17  me, I have a respect for Sony products.  And I    11:27AM
18  had some image in my head about what Sony         11:28AM
19  products are; so, for example, switches or        11:28AM
20  things like that that's specific to Sony.         11:28AM
21          So -- but roughly, what I included in     11:28AM
22  this drawing is what if -- what would Sony would  11:28AM
23  do -- what would Sony do.  For example, the jog   11:28AM
24  shuttle or the buttons and layout and how the     11:28AM
25  brand is placed on and so forth.                  11:28AM
```

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 38

1   (The Check Interpreter speaks in Japanese.)   11:28AM
2       THE CHECK INTERPRETER: "So based on my   11:28AM
3   recollection, I put in what Sony would do in my   11:29AM
4   image that I had in mind. I put in the   11:29AM
5   details."   11:29AM
6   BY MR. ZELLER:   11:29AM
7       Q    When you worked for Panasonic, was that   11:29AM
8   in Japan?   11:29AM
9       A    Yes.   11:29AM
10      Q    And what years did you work for   11:29AM
11  Panasonic?   11:29AM
12      A    From April 1989 to March 1998.   11:29AM
13      Q    And then after that, did you work for   11:29AM
14  other companies as a designer?   11:29AM
15      A    No, as a freelance designer. I launched   11:30AM
16  my own company.   11:30AM
17      Q    So then you were a freelance designer   11:30AM
18  with your own company starting from March of   11:30AM
19  1998?   11:30AM
20      A    No. For one year, this is my personal   11:30AM
21  matters. But the reason I resigned from   11:30AM
22  Panasonic is that -- because I wanted to do   11:30AM
23  design or work as a designer. So for one year,   11:31AM
24  I did not do anything, just anything to do with   11:31AM
25  design.   11:31AM

Page 39

1       THE CHECK INTERPRETER: Proposed   11:31AM
2   correction: "No, this is personal. But I quit   11:31AM
3   Panasonic because I quit -- I thought I'm going   11:31AM
4   to quit -- I was going to quit being a designer.   11:31AM
5   So I did not do any design activities at all for   11:31AM
6   one year."   11:31AM
7       THE INTERPRETER: May the interpreter --   11:31AM
8   (The Check Interpreter speaks in Japanese.)   11:31AM
9       THE INTERPRETER: The Interpreter meant   11:31AM
10  to say -- meant to interpret "I wanted to do --   11:31AM
11  to quit design." Yes. She meant to say "quit   11:31AM
12  designing."   11:31AM
13      THE CHECK INTERPRETER: So she means she   11:31AM
14  accepts the checking interpreter rendition.   11:31AM
15  BY MR. ZELLER:   11:31AM
16      Q    Let me just make sure we have a clear   11:31AM
17  record. When you left Panasonic in March of   11:31AM
18  1998, what was your next job after that?   11:31AM
19      A    I did not do anything from 1998 -- I did   11:33AM
20  not do anything for one year starting from 1998.   11:33AM
21  And after that, I was engaged in store designs   11:33AM
22  and product designs.   11:33AM
23      At the same time, I operated some   11:33AM
24  business about doing a cafe and some product   11:33AM
25  sales or retail, for example, some like daily   11:33AM

Page 40

1   merchandise, like a design store.   11:33AM
2       Q    Did you work as a designer for any   11:33AM
3   company between the time period of 1998 when you   11:33AM
4   left Panasonic and then when you started up at   11:33AM
5   Apple in July of 2002?   11:34AM
6       A    I have accepted some jobs from   11:34AM
7   companies. However, I did not belong to any   11:34AM
8   company.   11:34AM
9       Q    So if I understand you, during the time   11:34AM
10  period from about 1999 until 2002, at least from   11:34AM
11  time to time you did freelance design work?   11:34AM
12      A    Yes.   11:35AM
13      Q    And did you work on any mobile device   11:35AM
14  design in that time period?   11:35AM
15      MS. TAYLOR: Objection. Vague.   11:35AM
16  (The Check Interpreter speaks in Japanese.)   11:35AM
17      INTERPRETED ANSWER: As far the mobile   11:35AM
18  devices, I did not work on them at all.   11:35AM
19      THE CHECK INTERPRETER: "As for the   11:35AM
20  mobile devices, I did not do design at all."   11:35AM
21      INTERPRETED ANSWER: However, I worked   11:36AM
22  on the design of kitchen tools.   11:36AM
23  BY MR. ZELLER:   11:36AM
24      Q    What kinds of products did you work on   11:36AM
25  when you were at Panasonic?   11:36AM

Page 41

1       A    You're asking about Panasonic?   11:36AM
2       Q    Yes.   11:36AM
3       A    That air-conditioning related division   11:36AM
4   and audio/visual division, I worked for both of   11:36AM
5   them.   11:36AM
6       Q    And what are the kinds of products that   11:36AM
7   you worked on when you were with the   11:36AM
8   audio/visual division of Panasonic?   11:36AM
9       A    The design of audio, and also I worked   11:37AM
10  on the design of products marketed towards   11:37AM
11  overseas. I was in the innovative development   11:37AM
12  section. For example, not only just on the   11:38AM
13  products, I was -- my section was engaged in   11:38AM
14  making suggestions to -- new suggestions to the   11:38AM
15  world, that type of thing.   11:38AM
16      THE CHECK INTERPRETER: Proposed   11:38AM
17  correction: "Since I was in the advanced   11:38AM
18  development section, I was involved in not only   11:38AM
19  in the products but in ideas to be proposed. It   11:38AM
20  was a section which those ideas were thought   11:38AM
21  of."   11:38AM
22  BY MR. ZELLER:   11:38AM
23      Q    Prior to the time that you started   11:38AM
24  working for Apple in 2002, had you worked on any   11:38AM
25  type of design for mobile electronic devices?   11:39AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 42

1    A    What you're referring to as mobile    11:39AM
2  electronic devices, if you're referring to those  11:39AM
3  as the mobile phones or maybe mobile devices    11:39AM
4  such as PDA, my answer is no, I didn't work on    11:39AM
5  it.    11:39AM
6    Q    All right.  I made it wrong.  If there    11:39AM
7  was any kind of portable electronic device    11:40AM
8  whether a mobile phone, a tablet computer,    11:40AM
9  laptop, or PDA as you mentioned.    11:40AM
10    A    What you referred to just now, I did not    11:40AM
11  work.    11:40AM
12    Q    Until you went to Apple?    11:40AM
13    A    Right.    11:40AM
14    Q    And in terms of what you -- well, after    11:40AM
15  Mr. Ive gave you the general direction to work    11:40AM
16  on this design, did you do anything further to    11:40AM
17  find out what Sony designs looked like?    11:41AM
18    (The Check Interpreter speaks in Japanese.)    11:41AM
19    INTERPRETED ANSWER:  No, I did not do    11:42AM
20  any follow-up.  After I received the model and    11:42AM
21  then handed over to Jonathan Ive, I went to    11:42AM
22  China for business trip.  In other words, I just    11:42AM
23  left the model there.  So I did not know what    11:42AM
24  the decision was made afterwards.    11:42AM
25    THE CHECK INTERPRETER:  Proposed    11:42AM

Page 43

1  correction:  No follow-up was mentioned.  "No, I    11:42AM
2  didn't do any looking.  After I received the    11:42AM
3  model and then -- and I handed over that model    11:42AM
4  to Jonathan Ive, I went on a business trip to    11:42AM
5  China, so I just left that model -- make and    11:42AM
6  model and left the model.  So I don't know what    11:42AM
7  happened to -- as to the decision.  I don't    11:42AM
8  know.  I don't understand what happened."    11:42AM
9  BY MR. ZELLER:    11:42AM
10    Q    You mentioned before that you had a    11:42AM
11  general familiarity with Sony design, as of the    11:42AM
12  time that Mr. Ive gave you the general    11:43AM
13  direction?    11:43AM
14    MS. TAYLOR:  Objection.    11:43AM
15  Mischaracterizes the testimony.    11:43AM
16    (The Check Interpreter speaks in Japanese.)    11:43AM
17    THE INTERPRETER:  May the interpreter    11:44AM
18  repeat what the question is?    11:44AM
19    (Whereupon, the Interpreter translates.)    11:44AM
20    MS. TAYLOR:  And same objection.    11:44AM
21  Mischaracterizes the testimony.    11:44AM
22    INTERPRETED ANSWER:  In terms of design    11:44AM
23  and the knowledge, I have knowledge -- general    11:44AM
24  knowledge, as a general, ordinary user of how    11:45AM
25  Sony has been like.  However, of course, I do    11:45AM

Page 44

1  not have a specific knowledge what Sony's    11:45AM
2  products are like.    11:45AM
3    THE CHECK INTERPRETER:  Design.  Design    11:45AM
4  desu.    11:45AM
5    "In terms of Sony design, I did not have    11:45AM
6  any knowledge.  But what I had the knowledge of    11:45AM
7  was as a general user, I had the knowledge of    11:45AM
8  Sony products.  And so in that sense, I had    11:45AM
9  knowledge of Sony's design.  Of course, it's not    11:45AM
10  that I had any knowledge of Sony design."    11:45AM
11  BY MR. ZELLER:    11:45AM
12    Q    All right.  I'm not sure we're on the    11:45AM
13  same page, so let me retry this.    11:45AM
14    When you had this conversation with    11:46AM
15  Mr. Ive where he gave you the general direction,    11:46AM
16  did you have a general familiarity with the    11:46AM
17  way -- the look of Sony products?    11:46AM
18    A    General familiarity, yeah.    11:47AM
19    In general, I'm not sure -- quite sure    11:47AM
20  what "general familiarity" means that as -- I    11:47AM
21  liked Sony's products since I was a child and so    11:47AM
22  I have seen the development over time.  But I    11:47AM
23  don't think I understand your question really    11:47AM
24  well in terms of --    11:48AM
25    THE CHECK INTERPRETER:  Proposed    11:48AM

Page 45

1  correction:  "General familiarity.  I don't know    11:48AM
2  whether or not I had that general familiarity.    11:48AM
3  Since my childhood, I have seen Sony products.    11:48AM
4  So, of course, I have seen Sony products.  And I    11:48AM
5  don't think I understand your question fully."    11:48AM
6  BY MR. ZELLER:    11:48AM
7    Q    I'll rephrase it.    11:48AM
8    A    If I may tell you a little bit more    11:49AM
9  specifically.  In terms of, for example, let's    11:49AM
10  say that Sony's Walkman had this type of button    11:49AM
11  or they were using a jog dial or things like    11:49AM
12  that, that type of image in details were in my    11:49AM
13  mind and how Sony is like.  So that's all I can    11:49AM
14  say from how I know about Sony.  But, I'm sorry,    11:49AM
15  I'm not quite following what you're wanting to    11:49AM
16  ask me about.    11:49AM
17    THE CHECK INTERPRETER:  Proposed    11:49AM
18  correction:  "If I may tell you a little bit    11:49AM
19  more specific details.  In my mental impression    11:49AM
20  that I had was that Sony Walkman, for example,    11:50AM
21  had buttons of this type or Sony product had the    11:50AM
22  jog dial of this type.  Not that I had anything    11:50AM
23  in mind that Sony design is such-and-such.  It's    11:50AM
24  just that I tried to express the impression I    11:50AM
25  had of Sony products by such details.  And so    11:50AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 46

1  that's what I tried to express. But with that   11:50AM
2  said, I don't quite understand your question any   11:50AM
3  more than that."   11:50AM
4  BY MR. ZELLER:   11:50AM
5     Q   Let me try it this way: Focusing on   11:50AM
6  that time period when Mr. Ive gave you the   11:50AM
7  general direction, you had seen at least some   11:50AM
8  Sony products?   11:50AM
9     A   Well, there's -- there's no situation   11:51AM
10  that I created this design looking at Sony   11:51AM
11  products. However, it is correct that I   11:51AM
12  expressed what I have in my mind as the image of   11:51AM
13  what Sony is in the form of buttons and other   11:51AM
14  details.   11:51AM
15     Q   Do you recall which type of Sony mobile   11:52AM
16  devices you had seen as of the time Mr. Ive gave   11:52AM
17  you this general direction?   11:52AM
18     A   I do not remember.   11:52AM
19     Q   As of the time when Mr. Ive gave you   11:52AM
20  this general direction, had you seen any kind of   11:52AM
21  Sony communication device, portable   11:52AM
22  communication device?   11:52AM
23     MS. TAYLOR: Objection. Vague.   11:53AM
24     INTERPRETED ANSWER: I do not have a   11:53AM
25  recollection that I saw the project with my own   11:53AM

Page 47

1  eyes directly. I might have some images or   11:53AM
2  memory that -- of the products I had seen   11:53AM
3  before. But it is not that I looked at the   11:53AM
4  project directly with my own eyes.   11:53AM
5     THE CHECK INTERPRETER: Proposed   11:53AM
6  correction: The lead interpreter said   11:53AM
7  "project." The checking interpreter believes   11:53AM
8  she misspoke.   11:54AM
9     THE INTERPRETER: Product. Product.   11:54AM
10     THE CHECK INTERPRETER: Product.   11:54AM
11     INTERPRETED ANSWER: For example, for   11:54AM
12  example like this, I had -- I remembered Sony   11:54AM
13  used this type of camera. They used to have a   11:54AM
14  tiny little camera like this. So I remember --   11:54AM
15  I had some memory that they used the type of   11:54AM
16  camera like this at that time. But, however, it   11:54AM
17  is not that I looked at product and worked on   11:54AM
18  the design.   11:54AM
19  BY MR. ZELLER:   11:54AM
20     Q   All right. I think you're getting a   11:55AM
21  little ahead of my question. What I'm trying to   11:55AM
22  find out is something specific. Do you remember   11:55AM
23  which Sony mobile devices you had seen as of the   11:55AM
24  time or before the time Mr. Ive gave you this   11:55AM
25  general direction?   11:55AM

Page 48

1     MS. TAYLOR: Objection. Vague.   11:55AM
2     INTERPRETED ANSWER: That's what I do   11:56AM
3  not remember.   11:56AM
4  BY MR. ZELLER:   11:56AM
5     Q   Do you remember which Sony mobile   11:56AM
6  devices you saw after Mr. Ive gave you the   11:56AM
7  general direction?   11:56AM
8     A   As for the Sony mobile devices, I'm   11:56AM
9  repeating that I did not look at it while I was   11:56AM
10  working on the design, so I do not remember what   11:57AM
11  I looked at. However, I might have touched on   11:57AM
12  the Sony device that was sold in the market.   11:57AM
13  But as I say, I do not remember.   11:57AM
14     THE CHECK INTERPRETER: Proposed   11:57AM
15  correction: "As for Sony mobile devices, I   11:57AM
16  repeat what I said. It's not the case that I   11:57AM
17  was looking at any mobile devices while working   11:57AM
18  on the design. I don't remember what I may have   11:57AM
19  seen at that time. But it's possible I touched   11:57AM
20  a phone that was sold in the market placed by   11:57AM
21  Sony at that time. However, I don't recall at   11:57AM
22  all."   11:57AM
23     MR. ZELLER: Let's please mark as   11:58AM
24  Exhibit 3 a multipage document. First page is   11:58AM
25  an e-mail from Richard Howarth dated March 8,   11:58AM

Page 49

1  2006, with images attached.   11:58AM
2     (Exhibit No. 3 marked for identification.)   11:58AM
3  BY MR. ZELLER:   11:58AM
4     Q   You're not on this cover e-mail?   11:58AM
5     ENGLISH ANSWER: No, I never seen this   11:58AM
6  e-mail so I don't know that (In English.)   11:58AM
7  BY MR. ZELLER:   11:58AM
8     Q   But I did want to ask you about the   11:58AM
9  pictures. If you can look at those, please.   11:58AM
10  And you'll see with the page ending 121 at the   11:58AM
11  bottom, there's a number of pages of images.   11:58AM
12  Let me take these one by one for a moment.   11:59AM
13     Focusing your attention on this page   11:59AM
14  that ends on 121, do you recognize what's on the   11:59AM
15  left-hand side here?   11:59AM
16     A   No.   11:59AM
17     Q   Is this a model that you worked on?   11:59AM
18     A   No, it is not.   11:59AM
19     Q   Directing your attention to the next   11:59AM
20  page, which is 122. Do you recognize what's on   11:59AM
21  the right-hand side as being something you   11:59AM
22  worked on?   11:59AM
23     A   It's not whether I worked on the design.   12:00PM
24  I have seen this -- I might have seen the camera   12:00PM
25  part. It's close to what I worked on, but it is   12:00PM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 50

1   not what I actually worked on.            12:00PM
2   Q    And then directing your attention to the   12:00PM
3   next page, 123 is the ending.  Is the same true   12:00PM
4   on the image of the left?            12:00PM
5        MS. TAYLOR:  Objection.  Vague.      12:01PM
6        INTERPRETED ANSWER:  Yes, similarly, I   12:01PM
7   went on the business trip right after this, so I   12:01PM
8   do not remember what was happening around this   12:01PM
9   time.  I might have took -- taken a glimpse of   12:01PM
10  it, that was on the table or something, but   12:01PM
11  that's about it.            12:01PM
12       THE CHECK INTERPRETER:  Proposed   12:01PM
13  correction:  "Similarly, well, to be honest, I   12:01PM
14  went on a business trip around that time, so I   12:02PM
15  don't know what was going on around that time.   12:02PM
16  But it's possible I might have had a -- I might   12:02PM
17  have glanced at it, it being on a table or   12:02PM
18  something like that.  In that sense, I might   12:02PM
19  have seen it."            12:02PM
20  BY MR. ZELLER:            12:02PM
21  Q    And then is the same true of the image   12:02PM
22  on the last page with respect to the model on   12:02PM
23  top?            12:02PM
24  A    Yes.            12:02PM
25  Q    Do you know where the model that's shown   12:02PM

Page 51

1   here that we've been talking about so far, the   12:02PM
2   one that's mostly black came from within Apple?   12:02PM
3        (The Check Interpreter speaks in Japanese.)   12:02PM
4        INTERPRETED ANSWER:  I do not know.   12:03PM
5   BY MR. ZELLER:            12:03PM
6   Q    Do you know who worked on this model   12:03PM
7   that we've been talking about, the one that's   12:03PM
8   substantially black with the silver color on it?   12:03PM
9   A    I wasn't there.  Honestly, I wasn't   12:04PM
10  there at that time so I was not even in the   12:04PM
11  iPhone project, so I do not know.  But then   12:04PM
12  Richard was the project leader, so I think it's   12:04PM
13  best to ask Richard the question.      12:04PM
14       THE CHECK INTERPRETER:  I was not --   12:04PM
15  proposed correction:  "I was not there at that   12:04PM
16  time.  To be honest, I was not even on the   12:04PM
17  iPhone project, so I have no idea at all.  But   12:04PM
18  Richard was the project leader, so it's best to   12:04PM
19  ask Richard."            12:04PM
20  BY MR. ZELLER:            12:04PM
21  Q    When you say "Richard," you're referring   12:04PM
22  to Mr. Howarth who was the leader for the first   12:04PM
23  iPhone project?            12:04PM
24  A    Yes.            12:05PM
25  Q    And focusing your attention on the model   12:05PM

Page 52

1   that's on the right-hand side on this page   12:05PM
2   ending 121, is that a model you saw?      12:05PM
3   A    I've seen it, yes.            12:05PM
4   Q    And was this the direction that was the   12:05PM
5   design for the iPhone, the first iPhone as of   12:05PM
6   that time?            12:05PM
7        MS. TAYLOR:  Objection.  Vague and   12:05PM
8   ambiguous.            12:05PM
9        INTERPRETED ANSWER:  I'm not quite sure   12:06PM
10  what you mean by saying "first."  However, I   12:06PM
11  have a recollection that there was a time that   12:06PM
12  we're proceeding with this design.      12:06PM
13  BY MR. ZELLER:            12:06PM
14  Q    Let me try and ask maybe a better   12:06PM
15  question.  Focusing on this model that's on the   12:06PM
16  right-hand side on page 121, was this at one   12:06PM
17  point a design that people were working on as   12:06PM
18  part of the first iPhone project?      12:06PM
19  A    The word the "people were working,"   12:07PM
20  that's sort of -- that sort of bothers me.   12:07PM
21  There's a time that we gathered around the table   12:07PM
22  and then casting our ideas.  And then at that   12:07PM
23  time, this design was in progress as a part of   12:07PM
24  the design.  But I'm not quite sure what you're   12:07PM
25  asking by "people."            12:08PM

Page 53

1   Q    Focusing on this design that's on the   12:08PM
2   right-hand side on page ending 121 --      12:08PM
3        ENGLISH ANSWER:  Yeah.            12:08PM
4   BY MR. ZELLER:            12:08PM
5   Q    -- was this the design direction that   12:08PM
6   the industrial design group was working on, or   12:08PM
7   at least some people within industrial design   12:08PM
8   were working on prior to the time that Mr. Ive   12:08PM
9   gave you the general direction?      12:08PM
10       MS. TAYLOR:  Objection.  Vague and   12:09PM
11  ambiguous.            12:09PM
12       Chotto matte.            12:09PM
13       THE INTERPRETER:  May the interpreter   12:09PM
14  ask for clarification for one terminology that   12:09PM
15  the deponent used?            12:09PM
16       INTERPRETED ANSWER:  I'm not too sure   12:10PM
17  about what Jonathan Ive referring to -- in terms   12:10PM
18  of Jonathan Ive referring to change of direction   12:10PM
19  and so forth.  But what I have in my   12:10PM
20  recollection is that as the final product,   12:10PM
21  I'm -- what I mean is the initial iPhone   12:10PM
22  product, there was the time that this was   12:10PM
23  considered in progress.  It was in the   12:10PM
24  development phase, the one with the silver and   12:10PM
25  the extrusion type of thing.  That's what I can   12:11PM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 54

1    say.                            12:11PM
2         THE CHECK INTERPRETER: Proposed    12:11PM
3    correction: "I don't quite understand when you   12:11PM
4    say Jonathan Ive changing direction or other.   12:11PM
5    My other understanding is that what became the   12:11PM
6    final product -- well, I mean the first iPhone   12:11PM
7    product, at one point that design was -- for   12:11PM
8    that product was this type. In other words,   12:11PM
9    there was silver and extrusion molding type of   12:11PM
10   design. At one point, it was considered to be   12:11PM
11   that, that we were going forward with that. And   12:11PM
12   in the words of Richard, it was extrusion or   12:11PM
13   extruder shape."                  12:12PM
14        INTERPRETED ANSWER: I'd like to add one  12:12PM
15   more point. I surely am sorry, but in terms of   12:12PM
16   even the final product, for the final product, I   12:12PM
17   was in the direction -- I was on the business   12:12PM
18   trip and I did not have any knowledge about it.   12:12PM
19   BY MR. ZELLER:                    12:12PM
20        Q    Focusing on this extrusion model that's   12:12PM
21   shown here in Exhibit 3, was this a model that   12:13PM
22   some people within industrial design were   12:13PM
23   working on prior to the time that Mr. Ive gave   12:13PM
24   you the general direction that we talked about?   12:13PM
25        MS. TAYLOR: Objection. Vague.    12:13PM

Page 55

1         INTERPRETED ANSWER: Well, again, I'm   12:14PM
2    not quite sure what this general direction and   12:14PM
3    so forth. But it is true that this project -- I   12:14PM
4    mean, this model was in the development. But   12:14PM
5    I -- as I repeatedly say that I do not know what   12:14PM
6    Jonathan Ive's decision was, so I did not know   12:14PM
7    what it was.                      12:14PM
8         THE CHECK INTERPRETER: Proposed    12:14PM
9    correction: "I don't know what the general   12:14PM
10   direction is. I have no doubt, though, that   12:14PM
11   this was something that the -- that was in   12:14PM
12   progress prior to that. However, I don't quite   12:14PM
13   understand when you say Jonathan Ive making   12:14PM
14   decision, you know. I repeat myself. But as   12:15PM
15   for that part, I cannot answer.     12:15PM
16        MR. TAYLOR: I would like to note, it's   12:15PM
17   past two hours and Dr. Blevins has told us that   12:15PM
18   Shin should not attend a deposition that's more   12:15PM
19   than two hours.                   12:15PM
20        MR. ZELLER: That's actually not what it   12:15PM
21   says. I mean, you know our position on that.   12:15PM
22   BY MR. ZELLER:                    12:15PM
23        Q    I'm trying to find out just timing. And   12:15PM
24   let me clarify something --        12:15PM
25        MS. TAYLOR: We're going off the record.  12:15PM

Page 56

1    Shin, it's two hours.             12:15PM
2         MR. ZELLER: Let the record reflect that  12:15PM
3    this is not only in the middle of the line of   12:15PM
4    questioning but interrupting a question.   12:15PM
5         MS. TAYLOR: No, actually, I made the   12:15PM
6    point before you started your question.   12:15PM
7         THE VIDEOGRAPHER: We're going off the   12:15PM
8    record?                           12:15PM
9         MR. ZELLER: Yeah, we're going off.   12:15PM
10   Over my objection, we're going off.   12:15PM
11        THE VIDEOGRAPHER: End of Tape 2. Off  12:15PM
12   the record. It's 12:15 p.m.        12:15PM
13    (A recess was taken at 12:15 p.m. to 12:19 p.m.)  12:15PM
14        THE VIDEOGRAPHER: Back on the record.   12:19PM
15   It is 12:19 p.m.                  12:19PM
16        MR. ZELLER: Let the record reflect that   12:19PM
17   the witness and counsel for the witness have   12:19PM
18   left. They -- I asked Apple's counsel to at   12:19PM
19   least come back to the deposition, go back on   12:19PM
20   the record and state that they were leaving. I   12:19PM
21   repeatedly asked her that and she declined.   12:19PM
22        So, accordingly, I'm coming back on the   12:19PM
23   record to make that clear, and that we did ask   12:20PM
24   Apple's counsel to at least do the courtesy of   12:20PM
25   making clear that they were leaving. But again,   12:20PM

Page 57

1    there's -- unfortunately, Apple's counsel would   12:20PM
2    not do so despite being asked repeatedly.   12:20PM
3         So at this point, obviously Samsung   12:20PM
4    reserves its rights. We've also attempted to   12:20PM
5    engage counsel during the break on to what   12:20PM
6    degree Mr. Nishibori could proceed further   12:20PM
7    today, whether after a break or otherwise or   12:20PM
8    proceed tomorrow or any other time. And   12:20PM
9    unfortunately, again, Apple's counsel refused to   12:20PM
10   respond.                          12:20PM
11        So at this point, I'm reserving our   12:21PM
12   rights and our objections. We'll go off the   12:21PM
13   record.                           12:21PM
14        THE VIDEOGRAPHER: This is the end of   12:21PM
15   Tape 2. We're going off the record. It is   12:21PM
16   12:21 p.m.                        12:21PM
17        (Deposition terminated at 12:21 p.m.)   12:21PM
18
19
20
21
22
23
24
25

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 58

WITNESS CERTIFICATE

1
2
3    I, SHIN NISHIBORI, do hereby certify
4    that I have read the foregoing pages, inclusive,
5    and corrections, if any, were noted by me; and
6    that same is now a true and correct transcript
7    of my testimony.
8        Dated _____
9        _____
        SHIN NISHIBORI
10
11
12
13
14
15        Signed before me this _____
16    day of _____, 20_____.
17
18
19    _____
20
21
22    Certain Electronic Digital Media Devices, Case 337-TA-796/
     Apple Inc. v Samsung Electronics Company, Ltd., et al.,
23    Civil No. 11-CV-01846
     Videotaped Deposition of SHIN NISHIBORI
24    Taken on May 2, 2012
25

Page 59

CERTIFICATE

1
2
3    I, ADRIANNE IGE KURASAKI, C.S.R., in and for the
     State of Hawaii, do hereby certify:
4        That on Wednesday, May 2, 2012, at 10:03 a.m.,
     appeared before me SHIN NISHIBORI, the witness whose
5    testimony is contained herein; that, prior to being
     examined, the witness was by me duly sworn or affirmed;
6    that the proceedings were taken down by me in computerized
     machine shorthand and were thereafter reduced to print
7    under my supervision; that the foregoing represents, to
     the best of my ability, a true and correct transcript of
8    the proceedings had in the foregoing matter.
9
10        I further certify that I am not counsel for any of
     the parties hereto, nor in any way interested in the
     outcome of the cause named in the caption.
11
12        This 57-page Deposition of SHIN NISHIBORI, dated
     May 2, 2012, was subscribed and sworn to before me this
13    2nd day of May, 2012, in the First Circuit of the State of
     Hawaii, by Adrianne Ige Kurasaki.
14
15
16
17
18    _____
     Adrianne Ige Kurasaki, CSR 388
19    State of Hawaii
20
21
22
23
24
25

Page 60

1    NAME OF CASE:
2    DATE OF DEPOSITION:
3    NAME OF WITNESS:
4    Reason Codes:
5        1. To clarify the record.
6        2. To conform to the facts.
7        3. To correct transcription errors.
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10    Page _____ Line _____ Reason _____
11    From _____ to _____
12    Page _____ Line _____ Reason _____
13    From _____ to _____
14    Page _____ Line _____ Reason _____
15    From _____ to _____
16    Page _____ Line _____ Reason _____
17    From _____ to _____
18    Page _____ Line _____ Reason _____
19    From _____ to _____
20    Page _____ Line _____ Reason _____
21    From _____ to _____
22    Page _____ Line _____ Reason _____
23    From _____ to _____
24
25        _____

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page  1

---

**A**

**ability (2)**
8:10 59:7
**absence (1)**
9:22
**Absolutely (2)**
9:14 32:8
**accelerate (1)**
37:2
**accept (1)**
19:11
**accepted (3)**
19:12,12 40:6
**accepts (1)**
39:14
**account (1)**
19:20
**activities (1)**
39:5
**actual (2)**
14:7 36:10
**add (3)**
14:2,9 54:14
**additional (1)**
29:13
**address (1)**
9:2
**addressed (1)**
34:17
**Adrianne (6)**
1:25 2:24 5:17 59:2
59:13,17
**advanced (1)**
41:17
**affect (1)**
17:2
**affirmed (1)**
59:5
**ah (2)**
10:3,3
**ahead (5)**
8:13 10:4 15:13 20:4
47:21
**air-conditioning (1)**
41:3
**al (1)**
58:22
**allow (1)**
8:16
**ambiguous (5)**
15:16 16:2 18:2 52:8
53:11
**America (4)**

1:16,17 2:6 6:15
**Angeles (1)**
3:4
**announced (1)**
13:6
**answer (64)**
8:5,8,10,13,14,17,21
9:8,20,25,25 10:1,3
11:21 12:2 13:10
14:1,5 15:17,20
16:3,22 18:6 22:1
22:24 23:25 24:1,8
24:15 25:6 26:15
27:6,7,12,13,15,18
28:25 30:5,21 31:12
31:19 35:16,19,22
35:22 36:11 40:17
40:21 42:4,19 43:22
46:24 47:11 48:2
49:5 50:6 51:4 52:9
53:3,16 54:14 55:1
55:15
**answers (1)**
26:14
**anyway (1)**
8:23
**APLNDC-NCC000...**
4:9
**APLNDC-NCC000...**
4:10
**APLNDC00030401...**
4:14
**APLNDC00030401...**
4:15
**APL-ITC796-X000...**
4:12
**APL-ITC796-X000...**
4:12
**APL-ITC796-X000...**
29:15
**apologize (1)**
27:11
**APPEARANCES (1)**
3:1
**appeared (1)**
59:4
**Apple (28)**
1:11 3:14 5:6,21,22
9:15,16,17 10:7,12
11:4,10,24,25 12:13
12:25 15:10,23
17:14 29:14 31:16
31:22 32:1 40:5

41:24 42:12 51:2
58:22
**Apple's (6)**
31:9 35:1 56:18,24
57:1,9
**application (1)**
34:21
**appreciate (4)**
8:24 9:14 10:22 28:6
**appropriate (1)**
9:4
**approximately (1)**
5:11
**April (1)**
38:12
**argue (1)**
19:21
**aside (1)**
23:18
**asked (9)**
18:24 19:9 21:1 25:19
26:18 27:7 56:18,21
57:2
**asking (7)**
8:19 10:23 31:15,21
35:16 41:1 52:25
**asks (1)**
9:24
**assigned (1)**
26:17
**association (1)**
5:18
**assumed (1)**
36:8
**attached (2)**
34:24 49:1
**attempted (1)**
57:4
**attempts (1)**
23:11
**attend (1)**
55:18
**attention (5)**
32:17 49:13,19 50:2
51:25
**attorney (4)**
7:11 8:11,14 9:3
**ATTORNEYS (2)**
1:22 2:2
**audio (2)**
37:16 41:9
**audio/visual (2)**
41:4,8

**Avenue (1)**
5:15
**Ayano (2)**
3:13 6:1
**a.m (8)**
2:8 5:1,12 32:11,12
32:12,15 59:4

---

**B**

**B (1)**
4:7
**back (4)**
56:14,19,19,22
**based (4)**
29:4 30:10,12 38:2
**Bates (4)**
4:9,12,14 29:14
**bear (1)**
29:14
**began (2)**
10:9 22:10
**behalf (2)**
2:5 6:12
**believe (2)**
10:20 33:25
**believes (1)**
47:7
**belong (2)**
14:10 40:7
**best (7)**
8:10,21 10:24 21:6
51:13,18 59:7
**better (1)**
52:14
**bit (2)**
45:8,18
**black (2)**
51:2,8
**Blevins (1)**
55:17
**blueprint (2)**
18:16,19 19:5
**blueprints (1)**
18:17
**bothers (2)**
26:14 52:20
**bottom (1)**
49:11
**brainstorming (1)**
14:12
**brand (1)**
37:25
**break (4)**

7:24 32:7 57:5,7
**brought (1)**
18:15
**Bryant (2)**
3:13 5:13
**business (11)**
1:15,21 2:1 33:3 37:3
39:24 42:22 43:4
50:7,14 54:17
**button (1)**
45:10
**buttons (4)**
34:3 37:24 45:21
46:13

---

**C**

**CAD (22)**
17:13 18:17,23 20:11
20:14,18,22 24:11
31:8,9,9,13,16,21
31:25 32:2,17,19,24
33:5,6 36:20
**cafe (1)**
39:24
**California (5)**
1:9,11 2:25 3:4,10
**call (2)**
7:11 29:1
**called (3)**
6:2,7,12
**calling (1)**
31:14
**camera (4)**
47:13,14,16 49:24
**caption (1)**
59:10
**Carlos (4)**
20:16 22:4 32:21,23
**case (3)**
48:16 58:22 60:1
**cast (1)**
14:12
**casting (1)**
52:22
**cause (1)**
59:10
**Certain (3)**
1:4 5:4 58:22
**certainly (1)**
18:25
**CERTIFICATE (2)**
58:1 59:1
**certify (3)**

---

Confidential Business Information
Highly Confidential Attorney's Eyes Only

58:3 59:3,9
**chance (1)**
30:1
**change (8)**
10:1,17,20 16:9,25
18:7,7 53:18
**changed (5)**
10:19 11:8 16:8,25
17:24
**changes (1)**
19:24
**changing (2)**
19:4 54:4
**check (51)**
3:14 6:7,8 8:4 9:7
12:1 13:16 14:21
15:25 16:13,19
18:19 19:6,17 21:25
22:13,20 23:16 25:5
25:22 26:3 27:5,14
28:24 30:4,16,17
31:18,20 38:1,2
39:1,8,13 40:16,19
41:16 42:18,25
43:16 44:3,25 45:17
47:5,10 48:14 50:12
51:3,14 54:2 55:8
**checking (3)**
19:9 39:14 47:7
**child (1)**
44:21
**childhood (1)**
45:3
**China (2)**
42:22 43:5
**chotto (2)**
18:3 53:12
**Cindy (2)**
3:14 5:22
**Circuit (1)**
59:12
**Civil (2)**
1:11 58:23
**clarification (1)**
53:14
**clarify (2)**
55:24 60:5
**clear (11)**
7:20 24:25 27:24 28:2
28:6 29:1 35:8 36:1
39:16 56:23,25
**clearly (3)**
23:14,22 35:23

**close (1)**
49:25
**Codes (1)**
60:4
**color (1)**
51:8
**combination (1)**
21:8
**come (3)**
24:2,9 56:19
**comes (1)**
13:13
**comfortable (1)**
7:15
**coming (4)**
16:23 22:17 26:1
56:22
**commencing (1)**
2:8
**COMMISSION (1)**
1:1
**communicate (3)**
20:22,25 21:7
**communication (4)**
4:13 35:9 46:21,22
**companies (2)**
38:14 40:7
**company (9)**
1:18 31:15,22 37:8
38:16,18 40:3,8
58:22
**completed (1)**
37:9
**completion (1)**
36:23
**complicated (1)**
26:5
**Components (2)**
1:5 5:5
**computer (6)**
32:1,2,3,23,25 42:8
**computerized (1)**
59:6
**computers (2)**
32:19 33:4
**condition (1)**
9:21
**conducted (1)**
15:3
**CONFIDENTIAL (...**
1:21,22 2:1,2
**confirm (1)**
33:19

**confirmations (1)**
37:6
**conform (1)**
60:6
**connection (2)**
18:24 19:8
**considered (2)**
53:23 54:10
**contained (1)**
59:5
**contributed (4)**
15:6,11,24 16:6
**conversation (3)**
25:1,8 44:14
**core (1)**
14:19
**corporation (2)**
1:11,16
**correct (10)**
9:19 17:9,10 28:13
33:20 35:2 46:11
58:6 59:7 60:7
**correcting (2)**
24:14,18
**correction (19)**
13:17 14:22 16:17,20
16:21 19:3,7 23:17
39:2 41:17 43:1
45:1,18 47:6 48:15
50:13 51:15 54:3
55:9
**corrections (2)**
19:9 58:5
**correctly (4)**
20:8 27:23 34:6,23
**counsel (8)**
5:19 56:17,18,24 57:1
57:5,9 59:9
**Counterclaim (3)**
3:2,7 6:13
**course (9)**
13:11 16:7,23 17:1,24
18:7 43:25 44:9
45:4
**court (6)**
1:8 5:7,7,17,23 8:19
**courtesy (1)**
56:24
**cover (2)**
34:11 49:4
**create (5)**
13:12 14:17 23:10,11
26:20

**created (2)**
30:10 46:10
**creating (1)**
37:4
**CSR (4)**
2:24,25,25 59:17
**current (1)**
27:14
**currently (3)**
9:15 10:11,13
**C.S.R (1)**
59:2

---

**D**

**daily (1)**
39:25
**DATE (1)**
60:2
**dated (4)**
4:14 48:25 58:8 59:11
**dates (3)**
21:20 22:11 30:14
**day (2)**
58:16 59:12
**days (3)**
22:4 36:24,25
**decision (4)**
42:24 43:7 55:6,14
**declined (1)**
56:21
**Defendant (1)**
3:7
**Defendants (4)**
1:19 2:5 3:2 6:13
**degree (1)**
57:6
**Delaware (1)**
1:17
**depending (1)**
14:24
**depicted (1)**
18:13
**deponent (1)**
53:15
**deposition (12)**
1:23 2:3 5:3,9 7:4,11
55:18 56:19 57:17
58:23 59:11 60:2
**Derek (2)**
3:13 5:13
**describe (1)**
28:21
**described (1)**

35:4
**DESCRIPTION (1)**
4:8
**design (57)**
13:1,20 14:3,7 16:6
17:22 20:10,23
22:10,17 25:7,16
26:1,10,23 27:3
28:11 30:12 38:23
38:25 39:5,11 40:1
40:11,14,20,22 41:9
41:10,25 42:16
43:11,22 44:3,3,5,9
44:10 45:23 46:10
47:18 48:10,18
49:23 52:5,12,17,23
52:24 53:1,5,6,7
54:7,10,16,22
**designer (13)**
10:9,12,15 11:3,11
12:25 15:23 38:14
38:15,17,23 39:4
40:2
**designers (1)**
15:10
**designing (2)**
16:7 39:12
**designs (10)**
21:24 22:18 28:14,21
30:11 31:7 37:12
39:21,22 42:17
**despite (1)**
57:2
**desu (1)**
44:4
**details (7)**
34:2,2 38:5 45:12,19
45:25 46:14
**develop (1)**
14:15
**developing (1)**
14:22
**development (8)**
14:18,19 15:3 41:11
41:18 44:22 53:24
55:4
**device (7)**
4:9,11 40:13 42:7
46:21,22 48:12
**devices (14)**
1:4 5:5 40:18,20
41:25 42:2,3 46:16
47:23 48:6,8,15,17

Confidential Business Information
Highly Confidential Attorney's Eyes Only

58:22
**dial (2)**
45:11,22
**different (1)**
26:25
**difficult (1)**
33:22
**Digital (3)**
1:4 5:5 58:22
**direct (3)**
12:8,22 35:9
**directing (2)**
49:19 50:2
**direction (27)**
16:9 21:9 22:25 25:14
25:19 26:10 27:2
28:10 36:18 37:11
42:15 43:13 44:15
46:7,17,20 47:25
48:7 52:4 53:5,9,18
54:4,17,24 55:2,10
**directly (2)**
47:1,4
**District (4)**
1:8,9 5:7,7
**division (6)**
1:10 5:8 37:16 41:3,4
41:8
**document (1)**
48:24
**doing (5)**
22:2 23:9,19 35:10
39:24
**doubt (2)**
31:23 55:10
**Dr (1)**
55:17
**drawing (4)**
20:12 22:5 26:23
37:22
**drawings (4)**
18:22,23 19:5 20:9
**duly (4)**
6:3,8,16 59:5
**D.C (1)**
1:2

_____
E
**E (1)**
4:7
**easy (2)**
7:15 9:5
**electronic (6)**

1:4 5:4 41:25 42:2,7
58:22
**Electronics (7)**
1:14,15 2:5,6 6:14,15
58:22
**Emanuel (1)**
3:3
**employed (2)**
9:15,20
**employee (1)**
9:17
**employment (1)**
37:15
**ends (1)**
49:14
**engage (1)**
57:5
**engaged (2)**
39:21 41:13
**English (12)**
6:4,5,9,10 10:3 21:6
23:14,21,22 49:5,6
53:3
**enjoy (3)**
23:8,18,19
**entire (3)**
8:16 12:13 24:18
**entity (1)**
1:15
**errors (1)**
60:7
**ESQ (2)**
3:3,8
**et (1)**
58:22
**Exactly (1)**
8:24
**Examination (2)**
4:4 6:20
**EXAMINATIONS ...**
4:1
**examined (2)**
6:18 59:5
**example (9)**
34:3 37:19,23 39:25
41:12 45:9,20 47:11
47:12
**Exhibit (29)**
4:9,11,13 17:13,16,17
17:20 18:14 20:20
21:12 22:19 26:2,12
26:22 27:4 28:12,16
28:20 29:13,23 30:1

30:13,24,25 33:11
34:7 48:24 49:2
54:21
**Exhibits (2)**
32:18 36:21
**explain (4)**
19:25 21:3 22:24 23:1
**explained (1)**
7:12
**express (3)**
34:4 45:24 46:1
**expressed (1)**
46:12
**extent (1)**
22:14
**exterior (2)**
15:7,12
**extruder (1)**
54:13
**extrusion (4)**
53:25 54:9,12,20
**eyes (4)**
1:22 2:2 47:1,4
**e-mail (16)**
4:13 33:3,23,24 34:11
34:25 35:1,3,7 36:2
36:9,11,13 48:25
49:4,6
**e-mailed (1)**
33:7
**e-mails (1)**
37:5

_____
F
**facts (1)**
60:6
**fair (1)**
22:16
**familiar (1)**
37:11
**familiarity (6)**
43:11 44:16,18,20
45:1,2
**far (4)**
11:2,6 40:17 51:1
**feel (2)**
7:23 19:23
**Figueroa (1)**
3:4
**file (5)**
4:9 17:14 21:13 29:11
30:14
**final (14)**

13:13,19,20 16:6,10
16:14,16,18,18 17:1
53:20 54:6,16,16
**finally (1)**
8:25
**find (4)**
26:19 42:17 47:22
55:23
**finish (2)**
8:16 37:4
**finishes (1)**
8:22
**finishing (1)**
13:14
**first (32)**
6:3,8,16 7:16 10:6
12:15 13:1,2,5,22
14:4,6 15:8 17:6,11
17:24 18:13 20:13
20:24 22:16 23:4
24:4,12 26:16 27:12
48:24 51:22 52:5,10
52:18 54:6 59:12
**five (1)**
31:3
**flow (5)**
16:8,10 17:3,24 18:7
**focusing (7)**
32:17 46:5 49:13
51:25 52:15 53:1
54:20
**Foerster (1)**
3:9
**following (3)**
6:4,9 45:15
**follows (1)**
6:19
**follow-up (2)**
42:20 43:1
**foregoing (3)**
58:4 59:7,8
**form (2)**
31:8 46:13
**format (1)**
8:8
**forth (3)**
37:25 53:19 55:3
**forward (3)**
13:18 25:23 54:11
**four (2)**
31:3 37:15
**Francisco (1)**
3:10

**freelance (3)**
38:15,17 40:11
**full (3)**
6:24 9:16 12:3
**fully (1)**
45:5
**further (3)**
42:16 57:6 59:9

_____
G
**gathered (1)**
52:21
**general (29)**
8:12 25:14 26:9 27:1
28:9 36:18 37:11
42:15 43:11,12,23
43:24 44:7,15,16,18
44:19,20 45:1,2
46:7,17,20 47:25
48:7 53:9 54:24
55:2,9
**generation (3)**
13:6 15:12,22
**getting (1)**
47:20
**give (3)**
7:13 12:5 30:19
**given (1)**
7:7
**glanced (1)**
50:17
**glimpse (1)**
50:9
**go (6)**
8:13 10:4 15:13 20:4
56:19 57:12
**going (12)**
12:5 13:18 14:2 39:3
39:4 50:15 54:11
55:25 56:7,9,10
57:15
**Good (2)**
6:22,23
**ground (1)**
19:22
**group (6)**
14:18,19,20 15:2,4
53:6

_____
H
**H (1)**
4:7
**Hai (1)**

Confidential Business Information
Highly Confidential Attorney's Eyes Only

30:5
**Halekulani (2)**
2:7 5:10
**half (2)**
37:14,15
**hand (1)**
20:24
**handed (2)**
42:21 43:3
**handwritten (2)**
20:9,12
**happened (2)**
43:7,8
**happening (1)**
50:8
**happy (1)**
7:19
**hard (2)**
9:9,10
**hardware (2)**
15:7,11
**Hawaii (7)**
1:24 2:8,25 5:11 59:3
    59:13,18
**head (1)**
37:18
**headquartered (1)**
5:15
**hear (2)**
7:18 8:16
**heard (1)**
36:8
**hearing (1)**
9:10
**held (1)**
5:9
**help (1)**
27:21
**hereto (1)**
59:10
**HIGHLY (2)**
1:22 2:2
**history (1)**
19:20
**honest (3)**
10:18 50:13 51:16
**Honestly (1)**
51:9
**Honolulu (3)**
1:24 2:8 5:10
**hopefully (2)**
7:14 26:7
**Hotel (2)**

2:7 5:10
**hours (3)**
55:17,19 56:1
**Howarth (3)**
4:14 48:25 51:22
**hundred (1)**
36:12
_____
**I**
**idea (20)**
18:15,22 20:23 22:3
    22:10,17 23:1 24:3
    24:9,13 25:3,7,14
    25:16,18 26:1,23
    29:5 36:22 51:17
**ideas (4)**
14:12 41:19,20 52:22
**identification (3)**
17:17 29:23 49:2
**identified (1)**
17:16
**identify (1)**
28:17
**Ige (5)**
1:25 2:24 59:2,13,17
**image (8)**
33:5 34:4 37:18 38:4
    45:12 46:12 50:4,21
**images (21)**
4:9 17:13,13,19 20:19
    29:13 30:1,3 31:5
    31:25 32:19,24 33:6
    33:10 34:7,11,24
    36:20 47:1 49:1,11
**importantly (1)**
7:16
**impression (2)**
45:19,24
**included (1)**
37:21
**including (2)**
26:11 27:17
**inclusive (1)**
58:4
**incorporated (2)**
16:21 33:3
**incorrectly (1)**
27:22
**INDEX (1)**
4:1
**industrial (8)**
10:9,12,15 11:3,11
    53:6,7 54:22

**influence (1)**
17:9
**influenced (1)**
18:9
**information (4)**
1:21 2:1 10:25 17:14
**initial (1)**
53:21
**innovative (1)**
41:11
**instances (1)**
16:20
**instructing (1)**
8:14
**intends (1)**
19:10
**interested (1)**
59:10
**INTERNATIONA...**
1:1
**interpret (2)**
6:3 39:10
**interpretation (6)**
9:19 11:17 19:4 24:15
    24:19,20
**interpreted (36)**
8:5 9:8,20 11:16,21
    12:2 13:10 15:17
    16:3 18:6 22:1,24
    24:1,8 25:6 27:6
    28:25 30:5,21 31:12
    31:19 35:16,22
    40:17,21 42:19
    43:22 46:24 47:1
    48:2 50:6 51:4 52:9
    53:16 54:14 55:1
**interpreter (106)**
3:13,14 6:2,7 8:4,22
    9:7,11,18,18,24
    11:14,15,17,20 12:1
    13:9,16 14:21 15:14
    15:25 16:13,14,16
    16:19 18:5,19 19:2
    19:2,6,9,10,15,17
    20:5 21:25 22:13,20
    22:23 23:16,24,24
    24:6,16,17,18,23
    25:5,22 26:3 27:5,8
    27:10,10,14,16
    28:23,24 29:16,19
    30:4,16,17,20 31:18
    31:20 32:5,6 35:14
    35:14,21 38:1,2

39:1,7,7,8,8,9,13,14
40:16,19 41:16
42:18,25 43:16,17
43:17,19 44:3,25
45:17 47:5,6,7,9,10
48:14 50:12 51:3,14
53:13,13 54:2 55:8
**interpreters (1)**
5:24
**interpreting (1)**
8:22
**interrupting (1)**
56:4
**introduce (1)**
5:19
**Inv (1)**
1:4
**involved (7)**
14:5 16:12 36:7,8,9
    37:16 41:18
**involving (1)**
27:17
**iPhone (21)**
13:1,6 14:4,6,7 15:8
    15:12,22 17:6,11,25
    23:12,20 51:11,17
    51:23 52:5,5,18
    53:21 54:6
**it'll (1)**
7:14
**Ive (47)**
4:13 11:21,23 12:8,12
    12:17,22 23:4 24:5
    24:12 25:2,2,13,19
    26:9 27:1 28:9 29:2
    30:12 33:2,8,20
    34:8,15,25 35:7,9
    36:14,19 37:3,10
    42:15,21 43:4,12
    44:15 46:6,16,19
    47:24 48:6 53:8,17
    53:18 54:4,23 55:13
**Ive's (1)**
55:6
_____
**J**
**January (1)**
13:7
**Japan (1)**
38:8
**Japanese (24)**
6:5,5,10,10 8:4 9:7,11
    11:13,19 12:1 15:25

21:25 22:20 25:5
26:3 27:5 30:4,16
38:1 39:8 40:16
42:18 43:16 51:3
**Jennifer (2)**
3:8 5:21
**job (4)**
1:25 23:8,18 39:18
**jobs (1)**
40:6
**jog (3)**
37:23 45:11,22
**Jonathan (20)**
4:13 11:21 12:8,17
    23:4 24:4,12 29:2
    30:12 33:2,20 35:9
    37:3 42:21 43:4
    53:17,18 54:4 55:6
    55:13
**Jony (3)**
25:7,9 34:17
**Jose (2)**
1:10 5:8
**jpeg (3)**
33:5,6,10
**jpegs (6)**
31:4 33:14,16,18 34:8
    34:24
**July (6)**
10:8,14 11:11 12:14
    12:16 40:5
_____
**K**
**Kalia (2)**
2:8 5:10
**kind (5)**
7:8 12:5,9 42:7 46:20
**kinds (2)**
40:24 41:6
**kitchen (1)**
40:22
**know (33)**
7:19 8:7 10:21 11:2,5
    11:7,9 12:20,23
    14:25 15:9,21 25:17
    29:25 32:2,19 35:23
    42:23 43:6,8 45:1
    45:14 49:6 50:15,25
    51:4,6,11 55:5,6,9
    55:14,21
**knowledge (13)**
10:24 16:5 32:22
    43:23,23,24 44:1,6

Confidential Business Information
Highly Confidential Attorney's Eyes Only

44:6,7,9,10 54:18
**Korean (1)**
1:15
**Kurasaki (6)**
1:25 2:24 5:17 59:2
59:13,17

**L**

**laptop (1)**
42:9
**launched (1)**
38:15
**layout (1)**
37:24
**lead (4)**
16:13 19:10,15 47:6
**leader (5)**
14:16,23 51:12,18,22
**leading (1)**
16:4
**leave (3)**
9:21 10:13,16
**leaving (2)**
56:20,25
**LEE (1)**
3:8
**left (7)**
39:17 40:4 42:23 43:5
43:6 50:4 56:18
**left-hand (1)**
49:15
**legal (3)**
3:13 5:13 7:8
**let's (4)**
17:12 29:12 45:9
48:23
**liability (1)**
1:18
**liked (1)**
44:21
**limited (1)**
1:17
**line (9)**
56:3 60:8,10,12,14,16
60:18,20,22
**list (1)**
4:9
**listed (2)**
31:2,4
**listened (1)**
21:5
**listings (1)**
21:13

little (4)
45:8,18 47:14,21
**live (1)**
7:7
**LLC (3)**
1:17 2:7 6:16
**location (2)**
31:16,21
**longer (1)**
22:6
**look (8)**
15:7,11,24 30:1 34:19
44:17 48:9 49:9
**looked (5)**
30:13 42:17 47:3,17
48:11
**looking (3)**
43:2 46:10 48:17
**looks (1)**
27:9
**Los (1)**
3:4
**lost (1)**
27:20

**M**

**machine (1)**
59:6
**Madam (1)**
27:16
**mail (1)**
34:21
**main (1)**
15:2
**making (4)**
14:6 41:14 55:13
56:25
**manner (1)**
15:3
**March (7)**
21:20 22:9 30:14
38:12,18 39:17
48:25
**mark (3)**
17:12 29:12 48:23
**marked (4)**
17:17 29:23 32:18
49:2
**market (5)**
3:9 13:4,15 48:12,20
**marketed (1)**
41:10
**marking (1)**

29:21
**Matsutani (2)**
3:14 6:6
**matte (2)**
18:3 53:12
**matter (3)**
1:3 5:4 59:8
**matters (1)**
38:21
**mean (12)**
11:13 12:9 14:14
19:20 26:13 33:19
33:20 52:10 53:21
54:6 55:4,21
**means (6)**
11:18,18 12:3 17:8
39:13 44:20
**meant (3)**
39:9,10,11
**measurements (1)**
21:4
**Media (3)**
1:4 5:5 58:22
**medical (1)**
9:21
**meeting (1)**
14:11
**members (1)**
14:24
**memory (1)**
36:1 47:2,15
**mental (1)**
45:19
**mentioned (4)**
18:20 42:9 43:1,10
**merchandise (1)**
40:1
**MICHAEL (1)**
3:3
**middle (1)**
56:3
**Mike (1)**
5:20
**mind (4)**
38:4 45:13,23 46:12
**minute (1)**
13:24
**minutes (1)**
32:6
**Mischaracterizes (2)**
43:15,21
**misspoke (1)**
47:8

**misunderstood (1)**
10:2
**mobile (14)**
40:13,17,20 41:25
42:1,3,3,8 46:15
47:23 48:5,8,15,17
**model (25)**
13:3,12,15 16:8,24
17:23 37:4,7 42:20
42:23 43:3,3,5,6,6
49:17 50:22,25 51:6
51:25 52:2,15 54:20
54:21 55:4
**models (3)**
13:19,22 16:24
**molding (1)**
54:9
**moment (2)**
27:22 49:12
**morning (2)**
6:22,23
**Morrison (1)**
3:9
**multipage (1)**
48:24

**N**

**name (8)**
5:13 6:25 7:2 20:16
28:14 29:1 60:1,3
**named (2)**
29:11 59:10
**need (2)**
7:24 33:1
**needs (1)**
18:3
**never (1)**
49:5
**new (5)**
1:16 5:15,16 29:21
41:14
**nine (1)**
37:14
**Nishibori (12)**
1:23 2:3 4:3 5:4 6:11
7:1 57:6 58:3,9,23
59:4,11
**Nishimura (2)**
3:13 6:1
**Northern (2)**
1:9 5:7
**note (1)**
55:16

**noted (1)**
58:5
**number (1)**
49:11
**numbers (1)**
29:14

**O**

**object (1)**
8:11
**objection (17)**
15:15,18 16:1 18:1,4
22:21 31:11 40:15
43:14,20 46:23 48:1
50:5 52:7 53:10
54:25 56:10
**objections (1)**
57:12
**obviously (1)**
57:3
**official (2)**
3:13 6:2
**Okay (7)**
7:22 8:5,21 10:3 11:1
19:17 30:2
**omitted (1)**
33:24
**once (1)**
10:16
**ones (7)**
31:2,4 33:10,12,25
34:1,3
**operated (1)**
39:23
**operator (4)**
20:11,14,23 31:9
**operators (1)**
20:19
**operator's (1)**
32:3
**oral (1)**
21:9
**order (2)**
14:15 20:25
**ordinary (1)**
43:24
**original (1)**
25:18
**outcome (1)**
59:10
**outsourcing (1)**
37:8
**overlap (1)**

TSG Reporting - Worldwide   877-702-9580

Confidential Business Information
Highly Confidential Attorney's Eyes Only

8:23
**overseas (1)**
41:11

_____
**P**
**page (23)**
4:2,8 21:13,16 28:19
44:13 48:24 49:10
49:13,20 50:3,22
52:1,16 53:2 60:8
60:10,12,14,16,18
60:20,22
**pages (3)**
33:18 49:11 58:4
**Panasonic (10)**
37:14 38:7,11,22 39:3
39:17 40:4,25 41:1
41:8
**paragraph (1)**
34:20
**part (7)**
26:2 37:13,16 49:25
52:18,23 55:15
**participated (1)**
14:11
**parties (1)**
59:10
**passed (2)**
20:17 36:17
**path (1)**
17:14
**patience (1)**
28:6
**PDA (2)**
42:4,9
**pending (1)**
8:3
**people (8)**
14:16,25 15:1 52:17
52:19,25 53:7 54:22
**percent (1)**
36:12
**period (8)**
13:7 21:23 22:2,9
40:3,10,14 46:6
**person (6)**
8:20 11:23 15:6 18:17
18:23 26:18
**personal (2)**
38:20 39:2
**phase (1)**
53:24
**phone (2)**

42:8 48:20
**phones (1)**
42:3
**photos (1)**
4:11
**picture (2)**
18:25 33:1
**pictures (4)**
33:2,4 34:20 49:9
**placed (2)**
37:25 48:20
**Plaintiff (2)**
1:12 3:7
**Plaintiffs (2)**
3:2 6:13
**please (15)**
5:19,24 6:24 7:18,24
9:1 17:12 23:3 29:4
29:12,25 30:7 34:19
48:23 49:9
**point (10)**
9:9,23 36:3 52:17
54:7,10,15 56:6
57:3,11
**poor (1)**
21:6
**portable (2)**
42:7 46:21
**position (4)**
11:3,7 19:23 55:21
**possible (4)**
7:15 9:5 48:19 50:16
**prepared (1)**
20:9
**present (1)**
3:13
**previously (1)**
17:15
**print (1)**
59:6
**prior (5)**
41:23 53:8 54:23
55:12 59:5
**probably (1)**
36:23
**proceed (2)**
57:6,8
**proceeding (3)**
7:8 13:11 52:12
**proceedings (2)**
59:6,8
**process (6)**
7:10,14 9:1 19:15

22:25 37:2
**produced (2)**
17:14 29:13
**product (33)**
13:4,10,12,14,14,17
13:19,20,20,21,21
13:22 14:22 15:3
16:4,17,18,24 17:1
19:1 39:22,24 45:21
47:9,9,10,17 53:20
53:22 54:6,7,8,16
**products (17)**
37:17,19 40:24 41:6
41:10,13,19 44:2,8
44:17,21 45:3,4,25
46:8,11 47:2
**Professional (1)**
2:24
**progress (3)**
52:23 53:23 55:12
**project (39)**
13:11,18 14:6,10,14
14:15,24,24 16:6,8
16:11,12,14,14 17:3
17:5,6,7,8,25 18:9
22:3 24:10 25:4
26:10,16,24 36:4,5
46:25 47:4,7 51:11
51:12,17,18,23
52:18 55:3
**projects (1)**
26:17
**proposed (18)**
13:16 14:21 16:19
19:6,8 23:16 39:1
41:16,19 42:25
44:25 45:17 47:5
48:14 50:12 51:15
54:2 55:8
**prototype (1)**
13:13
**put (3)**
34:21 38:3,4
**p.m (6)**
56:12,13,13,15 57:16
57:17

_____
**Q**
**question (31)**
7:17,20,21 8:3,7,8,11
8:13,17 14:3 15:20
24:1,2,8 26:6,6 27:6
27:13,15,16,24

35:15 43:18 44:23
45:5 46:2 47:21
51:13 52:15 56:4,6
**questioning (1)**
56:4
**questions (3)**
8:9 9:1 10:23
**quickly (1)**
20:1
**Quinn (1)**
3:3
**quit (6)**
39:2,3,4,4,11,11
**quite (9)**
34:16 44:19 45:15
46:2 52:9,24 54:3
55:2,12

_____
**R**
**read (1)**
58:4
**really (7)**
10:23 19:23 20:1
35:10 36:10,10
44:23
**reason (13)**
11:7 37:1,13 38:21
60:4,8,10,12,14,16
60:18,20,22
**recall (6)**
21:24 22:16 30:23
36:17 46:15 48:21
**received (2)**
42:20 43:2
**recess (2)**
32:12 56:13
**recognition (2)**
10:19 12:19
**recognize (8)**
17:19 18:8,13 30:3,7
33:17 49:14,20
**recollection (10)**
29:2,10 31:2 34:12,13
34:16 38:3 46:25
52:11 53:20
**record (17)**
6:25 17:15 28:6 32:10
32:14 39:17 55:25
56:2,8,12,14,16,20
56:23 57:13,15 60:5
**reduced (1)**
59:6
**referred (1)**

42:10
**referring (10)**
13:3,5 17:5,23 31:13
42:1,2 51:21 53:17
53:18
**reflect (2)**
56:2,16
**reflected (2)**
20:10 21:11
**refused (1)**
57:9
**regarding (1)**
34:18
**regards (1)**
26:22
**Registered (1)**
2:24
**related (1)**
41:3
**relax (1)**
23:8
**remember (16)**
20:14 22:11,12 28:18
32:24 35:6,12 46:18
47:14,22 48:3,5,10
48:13,18 50:8
**remembered (1)**
47:12
**reminders (1)**
7:13
**rendering (4)**
22:5 24:10 26:22
34:18
**renderings (5)**
30:9,24,25 32:18 33:7
**rendition (1)**
39:14
**repeat (10)**
7:19 9:24,25 11:17
23:25 28:5 35:15
43:18 48:16 55:14
**repeatedly (3)**
55:5 56:21 57:2
**repeating (1)**
48:9
**rephrase (4)**
7:20 18:12 20:7 45:7
**report (5)**
11:12,13,18,18 12:5
**reported (1)**
11:23
**reporter (5)**
1:25 2:24 5:17,24

Confidential Business Information
Highly Confidential Attorney's Eyes Only

8:19
**reporting (5)**
5:14,18 12:4,4,10
**representation (1)**
17:22
**represented (1)**
34:4
**represents (2)**
23:10 59:7
**request (2)**
25:20 30:12
**requested (1)**
25:20
**reserves (1)**
57:4
**reserving (1)**
57:11
**resigned (1)**
38:21
**respect (3)**
34:7 37:17 50:22
**respond (1)**
57:10
**result (1)**
17:3
**retail (1)**
39:25
**retry (1)**
44:13
**returns (1)**
37:4
**Richard (8)**
4:14 48:25 51:12,13
51:18,19,21 54:12
**right (11)**
11:6 16:19:18 25:17
27:25 33:9,21 42:6
42:13 44:12 47:20
50:7
**rights (2)**
57:4,12
**right-hand (4)**
49:21 52:1,16 53:2
**Road (2)**
2:8 5:10
**rough (1)**
21:2
**roughly (1)**
37:21
**rules (2)**
19:22 20:2

**S**

**S (1)**
4:7
**Sadaaki (2)**
3:14 6:6
**sales (1)**
39:25
**Samsung (13)**
1:14,15,16 2:5,6,6 5:6
5:20 6:14,14,15
57:3 58:22
**San (3)**
1:10 3:10 5:7
**sat (1)**
20:25
**saw (4)**
30:14 46:25 48:6 52:2
**saying (3)**
15:4 18:6 52:10
**says (1)**
55:21
**second (3)**
21:12,16 28:19
**section (4)**
41:12,13,18,20
**see (8)**
20:7 21:11,14,16,19
21:21 36:10 49:10
**seen (14)**
44:22 45:3,4 46:7,16
46:20 47:2,23 48:19
49:5,24,24 50:19
52:3
**selected (2)**
33:23 34:20
**send (3)**
33:2,22 36:14
**sending (1)**
37:5
**sense (3)**
12:9 44:8 50:18
**sent (13)**
33:12,17,18,20,20,24
33:25 34:7,10,14,22
34:25 37:7
**separate (1)**
26:17
**series (1)**
17:13
**set (1)**
19:22
**seven (1)**
31:3
**shape (1)**

54:13
**Shin (18)**
1:23 2:3 4:3 5:3 6:11
7:1 9:24 13:8 18:3
20:1 23:5 55:18
56:1 58:3,9,23 59:4
59:11
**short (2)**
22:2 37:7
**shorthand (1)**
59:6
**show (1)**
34:1
**shown (7)**
17:20 26:22 27:3
28:11,15 50:25
54:21
**shuttle (1)**
37:24
**side (9)**
22:3 23:8 26:19 35:10
49:15,21 52:1,16
53:2
**Signed (1)**
58:15
**silver (3)**
51:8 53:24 54:9
**similarly (2)**
50:6,13
**simple (2)**
34:16,19
**simpler (1)**
26:6
**situation (1)**
46:9
**six (1)**
31:3
**size (1)**
20:25
**sketch (3)**
20:24 21:2 36:23
**sketches (2)**
21:3,8
**slightly (1)**
26:25
**slip (1)**
27:11
**slowly (1)**
9:12
**software (1)**
31:15
**sold (2)**
48:12,20

**Sony (52)**
4:9,11 21:17 23:11,19
25:3,15 26:10 27:9
27:17 28:20,22,24
29:3,7 34:18 36:5,6
37:11,17,18,20,22
37:23 38:3 42:17
43:11,25 44:5,8,10
44:17 45:3,4,13,14
45:20,21,23,25 46:8
46:10,13,15,21
47:12,23 48:5,8,12
48:15,21
**Sony's (6)**
30:11 34:4 44:1,9,21
45:10
**Sony-like (3)**
29:7 30:11 31:7
**soon (1)**
22:18
**sorry (10)**
16:17 24:6 29:11,18
30:20 32:4,5,21
45:14 54:15
**sort (2)**
52:20,20
**sounds (1)**
26:4
**South (1)**
3:4
**speak (5)**
7:18,24 9:1,3,11
**speaking (1)**
11:15
**speaks (17)**
8:4 9:7 12:1 15:25
21:25 22:20 25:5
26:3 27:5 30:4,16
38:1 39:8 40:16
42:18 43:16 51:3
**Specialist (2)**
3:13 5:14
**specific (9)**
22:11 25:7,16 26:1
28:25 37:20 44:1
45:19 47:22
**specifically (1)**
45:9
**specifics (3)**
26:11 27:3 28:11
**stands (1)**
19:7
**start (3)**

5:2 23:9 32:14
**started (9)**
11:4,10 24:3,10,13
25:4 40:4 41:23
56:6
**starting (2)**
38:18 39:20
**state (4)**
56:20 59:3,12,18
**stated (2)**
27:16 29:7
**STATES (2)**
1:1,8
**store (2)**
39:21 40:1
**story (1)**
36:6
**Street (2)**
3:4,9
**strike (7)**
24:6,15,17,19,22 26:5
26:24
**Style (5)**
21:17 28:20,22,24
29:7
**subscribed (1)**
59:12
**subset (1)**
34:8
**substantially (1)**
51:8
**such-and-such (1)**
45:23
**suggestions (2)**
41:14,14
**Sullivan (1)**
3:3
**supervision (1)**
59:7
**supervisor (6)**
12:7,10,12,17,21,22
**sure (25)**
7:11 8:7,15 9:4 10:18
10:21 12:18 20:3
23:14,22 28:7 31:13
32:8 33:15,23 35:19
35:25 39:16 44:12
44:19,19 52:9,24
53:16 55:2
**surely (1)**
54:15
**swear (1)**
5:24

Confidential Business Information
Highly Confidential Attorney's Eyes Only

| | | | | |
|---|---|---|---|---|
| **switches (2)** | 44:5,24 45:9 53:17 | 57:7 | **TSG (3)** | 4:11 21:20 |
| 34:3 37:19 | 54:15 | **told (4)** | 1:25 5:14,18 | **versus (1)** |
| **sworn (5)** | **testified (1)** | 12:16 23:13 25:10 | **turnaround (1)** | 5:6 |
| 6:3,8,17 59:5,12 | 6:19 | 55:17 | 37:7 | **Video (2)** |
| **system (5)** | **testimony (7)** | **tomorrow (1)** | **twice (1)** | 3:13 5:14 |
| 31:10,14,16,21 35:1 | 6:4,9 7:7 43:15,21 | 57:8 | 16:15 | **VIDEOGRAPHER...** |
| | 58:7 59:5 | **tongue (1)** | **two (11)** | 5:2,23 32:10,13 56:7 |
| ————— **T** ————— | **text (1)** | 27:11 | 16:20 22:4,5,7 26:13 | 56:11,14 57:14 |
| **T (2)** | 35:3 | **tools (1)** | 26:14,14 31:3 55:17 | **Videotaped (4)** |
| 3:3 4:7 | **Thereof (2)** | 40:22 | 55:19 56:1 | 1:23 2:3 5:3 58:23 |
| **table (3)** | 1:5 5:5 | **top (3)** | **type (15)** | **vs (1)** |
| 50:10,17 52:21 | **thing (5)** | 21:17,17 50:23 | 12:4 14:17 36:13 | 1:13 |
| **tablet (1)** | 8:2 36:3,5 41:15 | **touched (2)** | 41:15,25 45:10,12 | |
| 42:8 | 53:25 | 48:11,19 | 45:21,22 46:15 | ————— **W** ————— |
| **take (7)** | **things (4)** | **TRADE (1)** | 47:13,15 53:25 54:8 | **wait (5)** |
| 7:24 8:19 19:19 31:7 | 26:13,14 37:20 45:11 | 1:1 | 54:9 | 13:15,23 16:1 31:17 |
| 34:10,19 49:12 | **think (12)** | **transcript (2)** | | 31:17 |
| **taken (7)** | 16:11 20:21 21:2 | 58:6 59:7 | ————— **U** ————— | **Walkman (2)** |
| 2:5 7:4 32:12 50:9 | 27:19,23 31:5,6 | **transcription (1)** | **unclear (1)** | 45:10,20 |
| 56:13 58:24 59:6 | 35:11 44:23 45:5 | 60:7 | 7:17 | **want (8)** |
| **talk (2)** | 47:20 51:12 | **translate (5)** | **underneath (1)** | 7:13 8:15 9:4 19:21 |
| 14:13 23:5 | **Third (1)** | 13:8 18:4 22:22 26:5 | 14:16 | 23:18 28:1,7 49:8 |
| **talked (4)** | 5:15 | 35:20 | **understand (15)** | **wanted (4)** |
| 21:1 23:4 28:19 54:24 | **thought (2)** | **translated (2)** | 10:25 12:11 16:5 20:8 | 35:25 37:3 38:22 |
| **talking (3)** | 39:3 41:20 | 27:22,23 | 21:5 34:6,23 35:19 | 39:10 |
| 20:1 51:1,7 | **thoughts (1)** | **translates (9)** | 40:9 43:8 44:23 | **wanting (1)** |
| **Tape (4)** | 30:10 | 11:20 13:9 15:14 18:5 | 45:5 46:2 54:3 | 45:15 |
| 5:3 32:14 56:11 57:15 | **three (1)** | 20:5 22:23 28:23 | 55:13 | **Washington (1)** |
| **Taylor (30)** | 31:3 | 35:21 43:19 | **understanding (7)** | 1:2 |
| 3:8 5:21,21 9:23 10:4 | **thumbnail (1)** | **translation (3)** | 8:18 12:3 18:10 24:25 | **wasn't (2)** |
| 13:8 15:13,15 16:1 | 21:3 | 20:2 27:20 30:19 | 28:8 30:11 54:5 | 51:9,9 |
| 18:1 19:25 20:4 | **time (48)** | **transmit (1)** | **understood (5)** | **way (10)** |
| 22:21 24:14 27:21 | 7:23 8:12,12,20 9:16 | 34:14 | 23:14,15,23,23 25:1 | 9:4 25:13 26:25 28:21 |
| 28:1 31:11,17 40:15 | 11:24 12:13,18 13:7 | **tried (4)** | **unfortunately (3)** | 33:16 35:12 36:1 |
| 43:14,20 46:23 48:1 | 21:23 22:2,9 26:19 | 21:5,6 45:24 46:1 | 20:17 57:1,9 | 44:17 46:5 59:10 |
| 50:5 52:7 53:10 | 30:25 36:17,18 37:7 | **triggered (2)** | **UNITED (2)** | **Wednesday (3)** |
| 54:25 55:16,25 56:5 | 37:10 39:23 40:3,9 | 16:9,25 | 1:1,8 | 2:9 5:1 59:4 |
| **team (5)** | 40:11,11,14 41:23 | **trip (7)** | **Urquhart (1)** | **week (1)** |
| 14:10,14,23,24 15:1 | 43:12 44:22 46:6,16 | 33:3 37:3 42:22 43:4 | 3:3 | 36:24 |
| **Telecommunicatio...** | 46:19 47:16,24,24 | 50:7,14 54:18 | **user (2)** | **weeks (2)** |
| 1:17 2:7 6:16 | 48:19,21 50:9,14,15 | **true (8)** | 43:24 44:7 | 22:6,7 |
| **tell (5)** | 51:10,16 52:6,11,21 | 25:18,21 26:21 50:3 | **U.S (1)** | **went (8)** |
| 6:17,24 30:7 45:8,18 | 52:23 53:8,22 54:23 | 50:21 55:3 58:6 | 5:6 | 10:16 25:22 34:11 |
| **ten (2)** | 57:8 | 59:7 | | 42:12,21 43:4 50:7 |
| 36:24,25 | **timing (1)** | **truth (3)** | ————— **V** ————— | 50:14 |
| **term (1)** | 55:23 | 6:17,17,18 | **v (1)** | **we'll (4)** |
| 28:16 | **tiny (1)** | **try (9)** | 58:22 | 7:19 28:5 32:9 57:12 |
| **terminated (1)** | 47:14 | 8:21 9:2 19:23 23:9 | **Vague (12)** | **we're (8)** |
| 57:17 | **title (4)** | 25:13 26:25 33:16 | 15:15 16:1 18:1 22:21 | 27:24 44:12 52:12 |
| **terminology (1)** | 10:11,17 11:3,7 | 46:5 52:14 | 31:11 40:15 46:23 | 55:25 56:7,9,10 |
| 53:14 | **today (9)** | **trying (4)** | 48:1 50:5 52:7 | 57:15 |
| **terms (8)** | 7:10 8:8 9:6 10:22 | 35:18 37:2 47:21 | 53:10 54:25 | **we've (4)** |
| 25:25 42:14 43:22 | 11:4,5 12:19 19:24 | 55:23 | **various (2)** | 32:18 51:1,7 57:4 |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 9

| | | | | |
|---|---|---|---|---|
| **whatnot (1)** | **York (3)** | 6:17,18,19,20,21,22 | 14:16,17,18,19,20,21 | 22:5,6,7,8,9,10,11,12 |
| 27:17 | 1:16 5:15,16 | 6:23,24,25 7:1,2,3,4 | 14:22,23,24,25 15:1 | 22:13,14,15,16,17 |
| **Wheeler (3)** | | 7:5,6,7,8,9,10,11 | 15:2,3,4,5,6,7 | 22:18,19 |
| 3:14 5:22,22 | _____ **Z** _____ | **10:06AM (10)** | **10:23AM (7)** | **10:39AM (5)** |
| **withdraw (1)** | | 7:12,13,14,15,16,17 | 15:8,9,10,11,12,13,14 | 22:20,21,22,23,24 |
| 32:4 | **Zeller (70)** | 7:18,19,20,21 | **10:24AM (10)** | **10:40AM (7)** |
| **witness (14)** | 3:3 4:4 5:20,20 6:21 | **10:07AM (14)** | 15:15,16,17,18,19,20 | 22:25 23:1,2,3,4,5,6 |
| 5:25 6:3,8,12 13:23 | 8:6 9:13 10:5 11:22 | 7:22,23,24,25 8:1,2,3 | 15:21,22,23,24 | **10:41AM (11)** |
| 23:25 24:21 30:17 | 12:6 13:25 15:5,19 | 8:4,5,6,7,8,9,10 | **10:25AM (7)** | 23:7,8,9,10,11,12,13 |
| 56:17,17 58:1 59:4 | 17:4,12,18 18:11 | **10:08AM (10)** | 15:25 16:1,2,3,4,5,6 | 23:14,15,16,17 |
| 59:5 60:3 | 19:14,19 20:3,6 | 8:11,12,13,14,15,16 | **10:26AM (14)** | **10:42AM (8)** |
| **wonderful (1)** | 22:8,15 23:2 24:21 | 8:17,18,19,20 | 16:7,8,9,10,11,12,13 | 23:18,19,20,21,22,23 |
| 32:7 | 24:24 25:12,24 26:4 | **10:09AM (13)** | 16:14,15,16,17,18 | 23:24,25 |
| **word (4)** | 26:8 27:19,25 28:3 | 8:21,22,23,24,25 9:1 | 16:19,20 | **10:43AM (13)** |
| 17:7 19:4 26:24 52:19 | 28:4 29:12,18,21,24 | 9:2,3,4,5,6,7,8 | **10:27AM (12)** | 24:1,2,3,4,5,6,7,8,9 |
| **words (4)** | 30:6,19,22 31:24 | **10:10AM (13)** | 16:21,22,23,24,25 | 24:10,11,12,13 |
| 28:20 42:22 54:8,12 | 32:8,16 35:18,24 | 9:9,10,11,12,13,14,15 | 17:1,2,3,4,5,6,7 | **10:44AM (17)** |
| **work (19)** | 38:6 39:15 40:23 | 9:16,17,18,19,20,21 | **10:28AM (10)** | 24:14,15,16,17,18,19 |
| 9:16 10:6 13:1 15:2 | 41:22 43:9 44:11 | **10:11AM (16)** | 17:8,9,10,11,12,13,14 | 24:20,21,22,23,24 |
| 20:18 25:14 26:10 | 45:6 46:4 47:19 | 9:22,23,24,25 10:1,2 | 17:15,16,17 | 24:25 25:1,2,3,4,5 |
| 36:19 38:10,13,23 | 48:4,23 49:3,7 | 10:3,4,5,6,7,8,9,10 | **10:29AM (10)** | **10:45AM (8)** |
| 40:2,11,13,18,24 | 50:20 51:5,20 52:13 | 10:11,12 | 17:18,19,20,21,22,23 | 25:6,7,8,9,10,11,12 |
| 42:4,11,15 | 53:4 54:19 55:20,22 | **10:12AM (10)** | 17:24,25 18:1,2 | 25:13 |
| **worked (19)** | 56:2,9,16 | 10:13,14,15,16,17,18 | **10:30AM (12)** | **10:46AM (6)** |
| 11:24 18:14 20:14 | | 10:19,20,21,22 | 18:3,4,5,6,7,8,9,10,11 | 25:14,15,16,17,18,19 |
| 22:4 31:8 37:13 | _____ **#** _____ | **10:13AM (10)** | 18:12,13,14 | **10:47AM (9)** |
| 38:7 40:21 41:4,7,9 | **#11470 (1)** | 10:23,24,25 11:1,2,3 | **10:31AM (14)** | 25:20,21,22,23,24,25 |
| 41:24 47:17 49:17 | 2:25 | 11:4,5,6,7 | 18:15,16,17,18,19,20 | 26:1,2,3 |
| 49:22,23,25 50:1 | **#388 (1)** | **10:14AM (17)** | 18:21,22,23,24,25 | **10:48AM (9)** |
| 51:6 | 2:25 | 11:8,9,10,11,12,13,14 | 19:1,2,3 | 26:4,5,6,7,8,9,10,11 |
| **working (15)** | | 11:15,16,17,18,19 | **10:32AM (27)** | 26:12 |
| 10:15 12:13 21:24 | _____ **1** _____ | 11:20,21,22,23,24 | 19:4,5,6,7,8,9,10,11 | **10:49AM (9)** |
| 22:10,18 23:10 | **1 (21)** | **10:15AM (13)** | 19:12,13,14,15,16 | 26:13,14,15,16,17,18 |
| 28:15 41:24 48:10 | 4:9 5:3 17:13,17,20 | 11:25 12:1,2,3,4,5,6,7 | 19:17,18,19,20,21 | 26:19,20,21 |
| 48:17 52:17,19 53:6 | 18:14 20:20 21:12 | 12:8,9,10,11,12 | 19:22,23,24,25 20:1 | **10:50AM (9)** |
| 53:8 54:23 | 22:19 26:2,12,22 | **10:16AM (4)** | 20:2,3,4,5 | 26:22,23,24,25 27:1,2 |
| **world (1)** | 27:4 28:12,16,20 | 12:13,14,15,16 | **10:33AM (11)** | 27:3,4,5 |
| 41:15 | 30:13,25 32:18 | **10:17AM (10)** | 20:6,7,8,9,10,11,12 | **10:51AM (17)** |
| **wrong (1)** | 36:21 60:5 | 12:17,18,19,20,21,22 | 20:13,14,15,16 | 27:6,7,8,9,10,11,12 |
| 42:6 | **1st (3)** | 12:23,24,25 13:1 | **10:34AM (7)** | 27:13,14,15,16,17 |
| | 10:8 11:11 12:14 | **10:18AM (6)** | 20:17,18,19,20,21,22 | 27:18,19,20,21,22 |
| _____ **X** _____ | **10:03 (2)** | 13:2,3,4,5,6,7 | 20:23 | **10:52AM (16)** |
| | 5:1 59:4 | **10:19AM (15)** | **10:35AM (11)** | 27:23,24,25 28:1,2,3 |
| **X (1)** | **10:03AM (7)** | 13:8,9,10,11,12,13,14 | 20:24,25 21:1,2,3,4,5 | 28:4,5,6,7,8,9,10,11 |
| 4:7 | 5:2,3,4,5,6,7,8 | 13:15,16,17,18,19 | 21:6,7,8,9 | 28:12,13 |
| | **10:04 (2)** | 13:20,21,22 | **10:36AM (12)** | **10:53AM (10)** |
| _____ **Y** _____ | 2:8 5:12 | **10:20AM (11)** | 21:10,11,12,13,14,15 | 28:14,15,16,17,18,19 |
| **yeah (4)** | **10:04AM (27)** | 13:23,24,25 14:1,2,3 | 21:16,17,18,19,20 | 28:20,21,22,23 |
| 32:8 44:18 53:3 56:9 | 5:9,10,11,12,13,14,15 | 14:4,5,6,7,8 | 21:21 | **10:54AM (4)** |
| **year (7)** | 5:16,17,18,19,20,21 | **10:21AM (7)** | **10:37AM (8)** | 28:24,25 29:1,2 |
| 10:14 12:15,17 38:20 | 5:22,23,24,25 6:1,2 | 14:9,10,11,12,13,14 | 21:22,23,24,25 22:1,2 | **10:55AM (13)** |
| 38:23 39:6,20 | 6:3,4,5,6,7,8,9,10 | 14:15 | 22:3,4 | 29:3,4,5,6,7,8,9,10,11 |
| **years (3)** | **10:05AM (26)** | **10:22AM (17)** | **10:38AM (15)** | 29:12,13,14,15 |
| 37:14,15 38:10 | 6:11,12,13,14,15,16 | | | |

TSG Reporting - Worldwide    877-702-9580

Confidential Business Information
Highly Confidential Attorney's Eyes Only

**10:56AM (9)**
29:16,17,18,19,20,21
  29:22,23,24
**10:57AM (12)**
29:25 30:1,2,3,4,5,6,7
  30:8,9,10,11
**10:58AM (15)**
30:12,13,14,15,16,17
  30:18,19,20,21,22
  30:23,24,25 31:1
**10:59AM (9)**
31:2,3,4,5,6,7,8,9,10
**11-CV-01846 (1)**
58:23
**11-CV-01846-LHK ...**
1:11 5:8
**11:00AM (6)**
31:11,12,13,14,15,16
**11:01AM (18)**
31:17,18,19,20,21,22
  31:23,24,25 32:1,2
  32:3,4,5,6,7,8,9
**11:02 (2)**
32:11,12
**11:11 (1)**
32:12
**11:11AM (2)**
32:13,14
**11:12 (1)**
32:15
**11:12AM (10)**
32:15,16,17,18,19,20
  32:21,22,23,24
**11:13AM (5)**
32:25 33:1,2,3,4
**11:14AM (11)**
33:5,6,7,8,9,10,11,12
  33:13,14,15
**11:15AM (6)**
33:16,17,18,19,20,21
**11:16AM (6)**
33:22,23,24,25 34:1,2
**11:17AM (9)**
34:3,4,5,6,7,8,9,10,11
**11:18AM (4)**
34:12,13,14,15
**11:19AM (11)**
34:16,17,18,19,20,21
  34:22,23,24,25 35:1
**11:20AM (7)**
35:2,3,4,5,6,7,8
**11:21AM (17)**
35:9,10,11,12,13,14

35:15,16,17,18,19
  35:20,21,22,23,24
  35:25
**11:22AM (5)**
36:1,2,3,4,5
**11:23AM (16)**
36:6,7,8,9,10,11,12
  36:13,14,15,16,17
  36:18,19,20,21
**11:24AM (4)**
36:22,23,24,25
**11:25AM (6)**
37:1,2,3,4,5,6
**11:26AM (6)**
37:7,8,9,10,11,12
**11:27AM (5)**
37:13,14,15,16,17
**11:28AM (10)**
37:18,19,20,21,22,23
  37:24,25 38:1,2
**11:29AM (12)**
38:3,4,5,6,7,8,9,10,11
  38:12,13,14
**11:30AM (8)**
38:15,16,17,18,19,20
  38:21,22
**11:31AM (21)**
38:23,24,25 39:1,2,3
  39:4,5,6,7,8,9,10,11
  39:12,13,14,15,16
  39:17,18
**11:33AM (11)**
39:19,20,21,22,23,24
  39:25 40:1,2,3,4
**11:34AM (7)**
40:5,6,7,8,9,10,11
**11:35AM (9)**
40:12,13,14,15,16,17
  40:18,19,20
**11:36AM (13)**
40:21,22,23,24,25
  41:1,2,3,4,5,6,7,8
**11:37AM (3)**
41:9,10,11
**11:38AM (13)**
41:12,13,14,15,16,17
  41:18,19,20,21,22
  41:23,24
**11:39AM (7)**
41:25 42:1,2,3,4,5,6
**11:40AM (10)**
42:7,8,9,10,11,12,13
  42:14,15,16

**11:41AM (2)**
42:17,18
**11:42AM (18)**
42:19,20,21,22,23,24
  42:25 43:1,2,3,4,5,6
  43:7,8,9,10,11
**11:43AM (5)**
43:12,13,14,15,16
**11:44AM (7)**
43:17,18,19,20,21,22
  43:23
**11:45AM (15)**
43:24,25 44:1,2,3,4,5
  44:6,7,8,9,10,11,12
  44:13
**11:46AM (4)**
44:14,15,16,17
**11:47AM (6)**
44:18,19,20,21,22,23
**11:48AM (9)**
44:24,25 45:1,2,3,4,5
  45:6,7
**11:49AM (12)**
45:8,9,10,11,12,13,14
  45:15,16,17,18,19
**11:50AM (14)**
45:20,21,22,23,24,25
  46:1,2,3,4,5,6,7,8
**11:51AM (6)**
46:9,10,11,12,13,14
**11:52AM (8)**
46:15,16,17,18,19,20
  46:21,22
**11:53AM (10)**
46:23,24,25 47:1,2,3
  47:4,5,6,7
**11:54AM (12)**
47:8,9,10,11,12,13,14
  47:15,16,17,18,19
**11:55AM (7)**
47:20,21,22,23,24,25
  48:1
**11:56AM (8)**
48:2,3,4,5,6,7,8,9
**11:57AM (13)**
48:10,11,12,13,14,15
  48:16,17,18,19,20
  48:21,22
**11:58AM (14)**
48:23,24,25 49:1,2,3
  49:4,5,6,7,8,9,10,11
**11:59AM (11)**
49:12,13,14,15,16,17

49:18,19,20,21,22
**1172 (1)**
17:16
**12:00PM (7)**
49:23,24,25 50:1,2,3
  50:4
**12:01PM (9)**
50:5,6,7,8,9,10,11,12
  50:13
**12:02PM (15)**
50:14,15,16,17,18,19
  50:20,21,22,23,24
  50:25 51:1,2,3
**12:03PM (5)**
51:4,5,6,7,8
**12:04PM (15)**
51:9,10,11,12,13,14
  51:15,16,17,18,19
  51:20,21,22,23
**12:05PM (10)**
51:24,25 52:1,2,3,4,5
  52:6,7,8
**12:06PM (10)**
52:9,10,11,12,13,14
  52:15,16,17,18
**12:07PM (6)**
52:19,20,21,22,23,24
**12:08PM (10)**
52:25 53:1,2,3,4,5,6,7
  53:8,9
**12:09PM (6)**
53:10,11,12,13,14,15
**12:10PM (9)**
53:16,17,18,19,20,21
  53:22,23,24
**12:11PM (13)**
53:25 54:1,2,3,4,5,6,7
  54:8,9,10,11,12
**12:12PM (8)**
54:13,14,15,16,17,18
  54:19,20
**12:13PM (5)**
54:21,22,23,24,25
**12:14PM (13)**
55:1,2,3,4,5,6,7,8,9
  55:10,11,12,13
**12:15 (2)**
56:12,13
**12:15PM (25)**
55:14,15,16,17,18,19
  55:20,21,22,23,24
  55:25 56:1,2,3,4,5,6
  56:7,8,9,10,11,12

56:13
**12:19 (2)**
56:13,15
**12:19PM (9)**
56:14,15,16,17,18,19
  56:20,21,22
**12:20PM (13)**
56:23,24,25 57:1,2,3
  57:4,5,6,7,8,9,10
**12:21 (2)**
57:16,17
**12:21PM (7)**
57:11,12,13,14,15,16
  57:17
**121 (5)**
49:10,14 52:2,16 53:2
**122 (1)**
49:20
**123 (1)**
50:3
**16693 (1)**
29:15
**1989 (1)**
38:12
**1998 (6)**
38:12,19 39:18,19,20
  40:3
**1999 (1)**
40:10

_____
2
**2 (19)**
1:24 2:9 4:11 5:1
  29:13,23 30:1,24
  32:14,19 33:11 34:7
  36:21 56:11 57:15
  58:24 59:4,12 60:6
**2nd (2)**
5:11 59:12
**20 (1)**
58:16
**2002 (6)**
10:8 11:11 12:14 40:5
  40:10 41:24
**2006 (4)**
21:20 22:9 30:15 49:1
**2007 (1)**
13:7
**2012 (8)**
1:24 2:9 5:1,11 58:24
  59:4,12,12
**2199 (2)**
2:7 5:10

Confidential Business Information
Highly Confidential Attorney's Eyes Only

**3**

**3 (5)**
4:13 48:24 49:2 54:21
60:7
**3/8/2006 (1)**
4:14
**337-TA-796 (2)**
1:4 58:22
**388 (2)**
2:24 59:17

**4**

**425 (1)**
3:9
**49 (1)**
4:13
**49110 (1)**
1:25

**5**

**57-page (1)**
59:11

**6**

**6 (1)**
4:4

**7**

**7 (1)**
4:9
**747 (1)**
5:15

**8**

**8 (1)**
48:25
**8th (2)**
10:14 12:16
**865 (1)**
3:4

**9**

**90017 (1)**
3:4
**94105 (1)**
3:10

# EXHIBIT 7

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 1

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,
6
                 Plaintiff,
7
     vs.                          CASE NO.  11-cv-01846-LHK
8
     SAMSUNG ELECTRONICS CO.,
9    LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13               Defendants.
     _____/
14

15

16        H I G H L Y   C O N F I D E N T I A L

17         A T T O R N E Y S'   E Y E S   O N L Y

18

19    VIDEOTAPED DEPOSITION OF DOUGLAS SATZGER

20          REDWOOD SHORES, CALIFORNIA

21          TUESDAY, NOVEMBER 8, 2011

22

23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24   CSR LICENSE NO. 9830

25   JOB NO. 42999

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 2

```
1        TUESDAY, NOVEMBER 8, 2011
2              9:30 a.m.
3
4
5
6    VIDEOTAPED DEPOSITION OF DOUGLAS SATZGER,
7    taken at QUINN EMANUEL URQUHART &
8    SULLIVAN, LLP, 555 Twin Dolphin Drive,
9    Suite 560, Redwood Shores, California,
10   Pursuant to Notice, before me,
11   ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
12   CSR License No. 9830.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1    A P P E A R A N C E S:
2
3
4        FOR APPLE INC.:
5        MORRISON & FOERSTER
6        By:  RICHARD HUNG, Esq.
7        425 Market Street
8        San Francisco, California 94105
9
10
11
12
13       FOR THE DEPONENT:
14       COOPER & SCULLY
15       By:  DEREK DAVIS, R.PH., J.D.
16       100 California Street
17       San Francisco, California 94111
18
19
20
21
22
23
24
25
```

Page 4

```
1    A P P E A R A N C E S:  (Continued.)
2
3
4        FOR SAMSUNG ELECTRONICS CO. LTD:
5        QUINN EMANUEL URQUHART & SULLIVAN
6        By:  MICHAEL ZELLER, Esq.
7        SCOTT HALL, Esq.
8        865 South Figueroa Street
9        Los Angeles, California 90017
10
11
12
13       ALSO PRESENT:  Alan Dias, Videographer
14           Erica Tierney, Apple, Inc.
15             ---oOo---
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1        REDWOOD SHORES, CALIFORNIA
2        TUESDAY, NOVEMBER 8, 2011
3              9:30 a.m.
4
5
6
7        THE VIDEOGRAPHER:  Good morning.  This is the
8    start of Disc No. 1 of the videotaped deposition of
9    Douglas Satzger in the matter of Apple, Inc., versus
10   Samsung Electronics.
11       In the United States District Court, Northern
12   District of California, San Jose Division.  Case
13   No. 511-cv-01846.
14       We are located today at 555 Twin Dolphin
15   Drive in the city of Redwood Shores, California.
16   Today is November 8, 2011, and the time is 9:30 a.m.
17       My name is Alan Dias from TSG Reporting.
18   Here with me is Andrea Ignacio, also from TSG
19   Reporting.
20       Counsel, would you please identify yourselves
21   for the record.
22       MR. ZELLER:  Mike Zeller for Samsung.
23       MR. HALL:  Scott Hall for Samsung.
24       MR. DAVIS:  Derek Davis here for the witness.
25       MR. HUNG:  Richard Hung, Morrison & Foerster,
```

HIGHLY   CONFIDENTIAL-ATTORNEYS'   EYES   ONLY

Page 6

1 for Apple, Inc.
2      MS. TIERNEY:  Erica Tierney, Apple, Inc.
3      THE VIDEOGRAPHER:  Will the court reporter
4 please swear in the witness.
5
6           DOUGLAS SATZGER,
7       having been sworn as a witness,
8      by the Certified Shorthand Reporter,
9           testified as follows:
10
11
12      EXAMINATION BY MR. ZELLER
13      MR. ZELLER:  Q.  Good morning.
14   A  Good morning.
15   Q  If you could please tell us your full name
16 for the record.
17   A  Douglas Bernard Satzger.
18   Q  And have you ever gone by any other name?
19   A  No.
20   Q  You are currently employed?
21   A  No.
22   Q  When were you last employed?
23   A  Last day at HP was September 19th.
24   Q  Of this year?
25   A  Yes.  Sorry.  2011.

Page 7

1   Q  And how long had you worked for HP?
2   A  HP was just over a year, 13 months.
3      Before that, it was Palm.  HP acquired Palm.
4   Q  And what was your -- your duties and
5 responsibilities when you were there at HP?
6   A  I was the senior director of industrial
7 design.
8   Q  And what was your position or
9 responsibilities when you were with Palm?
10   A  I was a -- I think I was just senior
11 designer.
12   Q  When HP acquired Palm and then you began
13 working for HP, did the nature of your duties change?
14   A  Yes.
15   Q  Were they broader?
16   A  Yes.
17   Q  They were both in the areas of industrial
18 design?
19   A  Yes.
20   Q  And when did you start with Palm?
21   A  In March 2009.
22   Q  And prior to that, you worked for Apple?
23   A  Yes.
24   Q  That was from the 1996 through 2008 time
25 period?

Page 8

1   A  Yes.
2   Q  And did you -- just focusing on when you left
3 Apple, did you have a title?
4   A  Yeah.  I was the creative lead for color and
5 finishes.
6   Q  And how long had you had that particular
7 title when you were at Apple?
8   A  It's -- I think it was probably five years.
9   Q  So approximately the 2003 to 2008 time
10 period?
11   A  Uh-huh.
12   Q  I'm sorry.  You need to give an audible
13 response so the court reporter can take it down.
14   A  Yes.
15      MR. DAVIS:  Yeah, the court reporter has
16 trouble with "uh-huh" and "huh-uh."
17      THE WITNESS:  Yeah.
18      MR. DAVIS:  It looks funny.
19      MR. ZELLER:  Q.  And prior to that time, had
20 you -- did you have responsibility for color and
21 finishes, or was it -- was it a different
22 responsibility?
23   A  I was responsible for color and finishes, and
24 I was a -- one of the team members of the design team.
25   Q  You had more of a dual role prior to 2003?

Page 9

1   A  Be a -- being a member of the design team,
2 everybody had collaborative -- worked as a
3 collaborative team on pretty much all products.  We
4 were a small group, and I was -- my specific focus was
5 color materials.
6   Q  And I -- maybe this is just partly I'm not
7 following entirely the terminology.
8      So when you were -- when you had this
9 position as the creative lead for color and finishes,
10 were you still part of the design team?
11   A  Yes.
12   Q  But during that time period, the 2003 to 2008
13 time period, you were more focused on -- on color and
14 finishes?
15   A  Yes.
16   Q  And is that distinguished from other aspects
17 of the -- the industrial design of the products?
18   A  In Apple?
19   Q  Yes.
20   A  The color team works with the design team.
21 There are two people within it.  They are members of
22 the design team who are responsible for all aspects of
23 color materials and finishes for every product at
24 Apple.
25   Q  And please tell me, generally speaking, what

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 10

1    did that mean when you were there at Apple, materials
2    and finishes -- color and finishes, rather?
3        A   What did it mean?
4            We spec'd materials, designed and spec'd
5    finishes.  We helped the rest of the design team
6    understand material processes to allow us to design
7    future products or product.
8        Q   And when you say "spec'd materials," is
9    that -- is that for materials only for particular
10   parts of the products, like the exterior of it, or
11   does it include the interior components, too?
12       A   Exterior.
13       Q   During this time period from the 2003 to 2008
14   time period, when you were the creative lead for color
15   and finishes, did you have contribution to the -- the
16   design of the shape of Apple products that were in
17   development at that time?
18       A   Yes.
19       Q   And how did that -- how did that relate to
20   your responsibilities as the creative lead for color
21   and finishes?
22       A   How did it relate?
23           As I said, I was part of the design team.
24   And in collaborative team time, we would work on
25   product design.

Page 11

1            The other way it related is that my
2    responsibility was to inform the team of new
3    materials, how they could be processed and how they
4    might benefit the product from an aesthetic point of
5    view.
6        Q   You mentioned "from an aesthetic point of
7    view."
8            Did you have any responsibility for materials
9    when you were in this position insofar as it pertained
10   to manufacturing costs?
11       A   No.
12       Q   Was there somebody who was, as you are aware
13   or as far as you knew, had responsibility or, as part
14   of their duties, assessed whether particular materials
15   would have an impact on manufacturing costs?
16       A   Yes.
17       Q   Who was that person?
18       A   I don't know.
19       Q   Was -- was there a position or a team that
20   you could --
21       A   Operations team.
22           MR. DAVIS:  Let him get his entire question
23   out.
24           THE WITNESS:  I'm sorry.
25           MR. DAVIS:  He might not have been done.

Page 12

1    You're okay.
2            MR. ZELLER:  Q.  And so we have a clear
3    record on this, the operations team, from your
4    perspective, was the group that assessed whether or
5    not materials that were proposed to be used for
6    designs would have an impact on manufacturing costs?
7        A   Yes.
8        Q   And did you liaison with the operations team
9    on that issue, or was there somebody else from the
10   design group who did that?
11       A   I did weekly, as well as others in the design
12   team.
13       Q   Was there some type of regularly scheduled
14   meeting?
15       A   In that time frame, no.
16       Q   Were there at other time frames some regular
17   meetings between -- and I'm talking about regularly
18   scheduled meetings -- between operations and the
19   design group as it related to materials?
20       A   In the, let's see, 2000 -- no, sorry -- '97,
21   early 2000, probably 2001, when we were rebuilding
22   Apple with Steve, we had regular weekly meetings with
23   operations, engineering and IT.
24       Q   And so if I understand it, then, after the
25   2001 time period, they were no longer, say, regularly

Page 13

1    scheduled, but you did then have meetings on an
2    as-needed basis?
3        A   Yes.  Pardon me.  It's a --
4        Q   Focusing on the 2003 to 2008 time period,
5    when there were these meetings with operations, were
6    minutes generated of some kind, or agendas?
7        A   I would expect so, yes.
8        Q   Do you recall what kind of written materials
9    were -- were generated either before or as a -- as a
10   result of these meetings?
11       A   Probably an outline of, you know, the
12   discussion -- or the tasks that we needed to perform.
13       Q   That's your best recollection?
14       A   It is, yeah.
15       Q   Was there somebody in the group who was
16   responsible for creating the outline?
17       A   Yes.
18       Q   Do you remember who that was?
19       A   I do not, no.
20       Q   And I'm sorry.  I suppose I should have been
21   clear on this.
22           Was that an operations group responsibility,
23   or the design team did that?
24       A   Initially, it was the design team, and then
25   it became more formal and became -- I think that --

4

HIGHLY  CONFIDENTIAL-ATTORNEYS'  EYES  ONLY

Page 14

1  sorry -- PD led.  He was the sort of meeting lead.
2      Q  One aspect that we talked about of the -- the
3  materials is the impact on manufacturing costs.
4      A  Uh-huh.
5      Q  Was there -- was there a group within --
6  well, let me ask it this way:  Were you responsible
7  during this 2003 to 2008 time period, when you were
8  creative lead for color and finishes, for assessing
9  whether or not the particular materials that were
10  being considered for use would interfere with the
11  usability or function of a -- of a product?
12      MR. HUNG:  Objection; form.
13      THE WITNESS:  I am -- could you restate.
14  Sorry.
15      MR. ZELLER:  Sure.  Maybe I can try it with a
16  specific example.
17      Q  At some point in the development of, let's
18  say, the -- the first iPod Touch --
19      A  Right.
20      Q  -- there were plastic materials that were
21  used in the area of the antenna because of concern
22  that -- that a metal casing there, a metal surround
23  there, would diminish or interfere in some way with
24  the antenna function; do you recall that?
25      A  Yes.

Page 15

1      Q  And so in terms of, say, the back-and-forth
2  on the decision, what to do about -- you know, what
3  materials to use in that antenna region, was that
4  something you were a participant in?
5      A  To -- to a very little degree.
6      Q  And so who was -- who was the lead, from your
7  perspective, on that in terms of just assessing what
8  was the most efficient or the -- the best functional
9  materials to use there?
10      A  It would be the antenna team.
11      MR. DAVIS:  The antenna team?
12      THE WITNESS:  Yeah, that's...
13      MR. ZELLER:  Q.  And do you recall during
14  that time period who -- who was the lead of the -- the
15  antenna team?  Not necessarily just --
16      A  I don't know.
17      Q  -- on that, but on anything?
18      A  I don't know.
19      Q  Do you recall any of the members of the
20  antenna team?
21      A  Huh-uh.  By face, but not by name.
22      Q  Do you recall where they kind of fit into the
23  overall company?  Were they part of engineering or
24  operations, or can you tell me --
25      A  Engineering.

Page 16

1      MR. DAVIS:  Are you doing okay?
2      THE WITNESS:  Uh-huh.
3      MR. DAVIS:  I hear you clearing your throat.
4      THE WITNESS:  Yeah.  I've got to have a
5  bottle.  Just as long as we have more waters in the
6  room, I'll be okay.
7      MR. ZELLER:  Sure.  And -- yeah, we'll make
8  sure of that, too.  And also, whenever you want to
9  take a break, you know, I'm happy to accommodate that.
10  We'll do that.  I'd just prefer if it's not while
11  there's a pending question.  But -- but, you know, I
12  want to make sure that this is as easy as possible.
13      THE WITNESS:  Uh-huh.
14      MR. ZELLER:  Q.  Generally speaking, was the
15  engineering team the group that was responsible for
16  assessing whether or not materials that were used for
17  Apple products had an effect on the -- well, I'm
18  sorry.  Let me -- let me strike that and start over.
19      Generally speaking, was the engineering team
20  the group that was responsible for assessing the
21  effect or potential effect that proposed materials had
22  on the -- the function or efficiency of the product?
23      MR. HUNG:  Objection; vague; foundation.
24      THE WITNESS:  Yeah.  I -- I don't know.
25      MR. ZELLER:  Q.  Let me try it this way:  Did

Page 17

1  it matter or did it depend on the -- the particular
2  kind of issue that was involved?
3      A  Yeah.
4      Q  Another specific example -- I'm sort of
5  following up on this -- would be the durability of
6  materials.
7      Were you, in this position as creative lead
8  for color and finishes, responsible for assessing or
9  making decisions as to what materials to use for Apple
10  products insofar as their durability or reliability
11  was concerned?
12      A  No.
13      Q  There was a group during this 2003 to 2008
14  time period that conducted drop testing and other
15  kinds of durability testing?
16      A  Yes.
17      MR. HUNG:  Objection.
18      MR. ZELLER:  Q.  Was there anyone else that
19  you know of besides that group that conducted any kind
20  of durability testing on -- on materials or proposed
21  materials for Apple products?
22      A  Not that I know of.
23      Q  As -- as part of your responsibilities when
24  you were the creative lead for color and finishes, did
25  you receive copies of drop testing reports?

HIGHLY   CONFIDENTIAL-ATTORNEYS' EYES ONLY

---

Page 18

1    MR. HUNG:  Objection; assumes facts.
2    THE WITNESS:  No.
3    MR. ZELLER:  Q.  Did you ever see them?
4    A  I had a technical lead that I worked with for
5  color, and he -- he received most of that.  And in --
6  in some of our team meetings we would -- or we would
7  always discuss those -- those things for our
8  understanding.
9    Q  Oh, I see.
10    So typically when you -- when you -- you
11  learned information from the drop testing reports, it
12  was being orally summarized for you?
13    A  Yes.
14    Q  As opposed to actually getting the reports
15  and reading them yourself?
16    A  Right.
17    Q  Who was the technical lead you mentioned?
18    A  Ron Moller.
19    Q  Can you spell that for me, please.
20    A  M-O-L-L-E-R.
21    Q  It's a man?
22    A  Yes.
23    Q  Is he still with Apple?
24    A  As far as I know.
25    Q  And generally speaking, what was your

---

Page 19

1  understanding of his -- his responsibilities back in
2  the 2003 to 2008 time period?
3    A  He was the industrial design technical color
4  materials lead who had a liaison with engineering and
5  operations.
6    Q  Were there other kinds of technical reports
7  besides the drop testing reports that you were
8  generally aware that -- that he received?
9    MR. HUNG:  Objection; assumes facts;
10  foundation.
11    THE WITNESS:  I don't -- I don't know.
12    MR. ZELLER:  Q.  Generally speaking, in the
13  course of -- setting aside this particular individual,
14  are there other categories of technical reports that
15  you're aware of being generated that related to the
16  technical aspects of materials besides the drop
17  testing reports?
18    MR. HUNG:  Objection; vague.
19    THE WITNESS:  There's the standard material
20  reports.
21    MR. ZELLER:  Q.  And what are those?
22    A  The standard reports would be the
23  specifications and material from the supplier.  If,
24  for instance, you used polycarbonate, you would
25  understand what the grade was through the suppliers.

---

Page 20

1  I'm not -- I don't remember what they're called or if
2  they have a specific name of those reports.
3    Q  Were those -- were those reports typically
4  generated by the supplier, or were they internal to --
5  to Apple?
6    A  The supplier.
7    Q  Are there other kinds of technical reports
8  that you can recall being generated as it related to
9  materials besides the drop testing and then these
10  supplier reports you mentioned?
11    MR. HUNG:  Assumes facts.
12    THE WITNESS:  I don't know if the color
13  control specification would be a technical support --
14  report.
15    MR. ZELLER:  Q.  And generally speaking, what
16  are the color control specification reports?
17    A  Apple has a guideline for production
18  manufacturing to control a color within a specific
19  tolerance range.  Those reports would define if a
20  material is acceptable or outside that range.
21    Q  Other than the ones you've mentioned so far,
22  were there any other technical reports that were
23  generated that related to the materials or the
24  potential materials for -- for designs that were in
25  development?

---

Page 21

1    A  Not that I know of.
2    Q  The supplier reports that you mentioned, the
3  standard material reports, did those typically go to
4  you or to someone else within Apple?
5    A  Someone else.
6    Q  Who is the person who typically got those?
7    A  Typically somebody in PD, probably in the
8  tooling group, who understood the tooling relative to
9  materials.
10    Q  During this time period we've been focusing
11  on, the 2003 to 2008 time period, was the tooling
12  group located here in California, or was there one
13  that was in Asia?
14    MR. HUNG:  Objection; foundation; calls for
15  speculation.
16    THE WITNESS:  Both places.
17    MR. ZELLER:  Q.  And the tooling group that
18  you're referring to that received the reports, was
19  that the U.S. one?  The Asian one?  Both of them?
20    MR. HUNG:  Foundation.
21    THE WITNESS:  I'd assume both, but I don't
22  know.
23    MR. ZELLER:  Q.  That's your best
24  understanding?
25    A  Yes.

---

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

Page 22

1    Q  And also just one ground rule of depositions
2  is that I don't want you to speculate or guess on
3  anything.
4    A  Uh-huh.
5    Q  If -- if you do have an understanding or
6  expectation about something, I think I'm also entitled
7  to that, and we can just make it explicit that that's
8  what it is.  But -- but if I ask you a question and
9  it's just a sheer guess, you should just say I -- I
10  don't know without --
11    A  Okay.
12    Q  -- it would be a guess.
13    A  Okay.
14    Q  Does that make sense?
15    A  Yeah.
16    Q  Thanks.  Okay.
17    During the time period when you worked at
18  Apple, did you have involvement with the -- the design
19  of tablet computers?
20    A  Involvement, yes.
21    Q  Did you also have involvement with the --
22  design of any version of the iPod Touch?
23    A  Yes.
24    Q  Which versions did you have involvement with?
25    A  The iPod Touch?

Page 23

1    Q  Yes.
2    A  The first and second generation.
3    Q  Did you work on the design for any iPhone
4  when you were at Apple?
5    A  Yes.
6    Q  Which versions of the iPhone?
7    A  The first gen, the 3G, 3GS.
8    Q  Prior to working at Apple, you were at IDEO?
9    A  Yes.
10    Q  That was from May 1987 to August 1996,
11  approximately?
12    A  With a break in between there, yes.
13    Q  How long was the break?
14    A  Two years.
15    Q  And what -- what years were those?
16    A  '93 and '95.
17    Q  Did you do any -- anything -- well, let me
18  strike that.
19    Did you have employment during that gap?
20    A  Yes.
21    Q  What did you do?
22    A  I worked for Thomson Consumer Electronics.
23    Q  Focusing on the time that you were working
24  for IDEO during those two stints, did you do any work
25  for Apple?

Page 24

1    A  Yes.
2    Q  What products did you work on?
3    A  I don't know the names.  It was some work on
4  the laptops, work on the Macintosh, and concepts for
5  the 20th anniversary Mac, and some cables and
6  connectors work.
7    Q  With respect to the Apple designs that you
8  worked on when you were at IDEO, did any of them
9  involve flat panel displays?
10    A  Laptops and the 20th anniversary Mac.
11    Q  Let's please mark as Exhibit 1172 a multipage
12  document bearing Bates Nos. SATGER000001
13  through '000111.
14    (Document marked Exhibit 1172
15    for identification.)
16  MR. ZELLER: Q.  Please let me know when
17  you've had an opportunity to look through
18  Exhibit 1172, and -- and tell me if you recognize what
19  this is.
20    A  I do, yes.
21  MR. DAVIS:  You should look through it to
22  make sure.
23  THE WITNESS:  Okay.  All of it?  Sorry.  I
24  need my glasses and --
25  MR. DAVIS:  Are they in your car?

Page 25

1  THE WITNESS:  They're just in my coat over
2  there, one of the pockets.  Yeah, thanks.  Yeah, thank
3  you.
4    Yes.
5  MR. ZELLER: Q.  And what do you recognize
6  Exhibit 1172 as?
7    A  Sketches.
8    Q  Are these sketches you prepared when you were
9  at Apple?
10    A  Yes.
11    Q  And during the -- the time period when you
12  were at Apple, did -- was it your usual practice to --
13  to have a sketchbook that you put down your ideas and
14  concepts and proposed designs in?
15    A  Yes.
16    Q  And did you -- did you keep all those
17  sketchbooks, or -- or what was your practice in terms
18  of retaining them?
19    A  Kept them filed, yes, regularly.
20    Q  As of the time when you left Apple, did you
21  have all your sketchbooks back -- going back to when
22  you started with Apple?
23    A  No.
24    Q  Was there some -- some time period you didn't
25  have still?

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

Page 26

1    A  Probably '96, probably through 2003 or '4, I
2  would assume.
3    Q  And the time periods you're referring to are
4  the ones that, as of the time you left Apple in 2008,
5  you no longer had?
6    A  No.
7    Q  I'm sorry.  Am I misunderstanding what you
8  were saying, or what was the time period you were
9  identifying?
10   A  I don't -- I don't have -- I don't know where
11  they are.  I don't even -- early -- let's see.
12      In an early part of my time at Apple, we
13  didn't use sketchbooks.  It was not as controlled.  A
14  lot of sketching was done on 8 and a half by 11 -- 11
15  print paper.
16   Q  I think I understand.  Let me break this down
17  a little bit, then.
18      Starting in approximately the 2003 or 2004
19  time period, that's when you started to use
20  sketchbooks and keep those sketchbooks on a regular
21  basis?
22   A  Uh-huh.
23      MR. DAVIS:  You have to answer with a yes.
24      THE WITNESS:  Yes.  Sorry.
25      MR. ZELLER:  Q.  And then when you left Apple

Page 27

1  in 2008, did you still have all those sketchbooks
2  going back to the beginning of when you had started
3  using sketchbooks?
4    A  I had a portion of them that I recall.
5    Q  Which ones did you no longer have?
6    A  I don't know.  I don't know exactly.
7    Q  Do you recall which ones you did have?  Is
8  there some way you can tell me about the -- the time
9  period or which ones?
10   A  I'm trying.  The ones that are here, but
11  probably the later years I was there.
12   Q  When you left Apple, did you give the company
13  your sketchbooks?
14   A  Yes.
15   Q  Was there a particular person who took
16  custody of them?
17   A  No.
18   Q  As of the time when you left Apple, where did
19  you keep the sketchbooks stored?
20   A  Sorry.  Say that again.
21   Q  During the -- when you left Apple in 2008 --
22   A  Yeah.
23   Q  -- where were the -- where did you physically
24  keep your sketchbooks?
25   A  We had storage areas in the office and

Page 28

1  outside the office that would store any archived
2  books.  Primarily, these would stay in the internal
3  office storage.
4    Q  And when you left Apple, did you specifically
5  turn over the sketchbooks to somebody, or did you just
6  leave them in the -- the storage areas for the
7  company?
8    A  Some of them are left in storage and...
9    Q  I -- maybe I asked a bad question.
10      Let me try it this way:  When you left Apple,
11  did you actually physically hand over the sketchbooks
12  to somebody specific, or --
13   A  No.
14   Q  -- were they just left --
15   A  No.
16   Q  -- with your materials?
17   A  They were left, yeah.  I left fairly quickly.
18   Q  Focusing in on the time period before 2003 or
19  2004 when you began as a practice keeping the
20  sketchbooks, if I understood you correctly before,
21  sketches and the like that you did tended to be more
22  on loose paper?
23   A  Yes.
24   Q  Did you have a practice about retaining or --
25  or not retaining those pages?

Page 29

1    A  I think for a period of time that, you know,
2  we -- we moved offices in that time frame.
3    Q  Do you recall what -- what year that was?
4    A  Let's see.  Trying to -- I think it was -- we
5  moved into the campus in 2001.
6    Q  With respect to the loose page sketches,
7  we'll call them, did you -- did you have files where
8  you kept those sketches for the ones that you did
9  keep?
10   A  I think originally I did, yes.
11   Q  As of the time you left Apple, did you still
12  have any of those files of the loose page sketches?
13   A  No.
14   Q  Do you know what happened to them in the
15  meantime?
16   A  I do not.
17   Q  I know you mentioned that there was a move --
18   A  Yes.
19   Q  -- between offices.  Did you still have
20  those -- those files with the loose page sketches
21  after the move?
22   A  Not that I recall.  There -- like I said,
23  there's storage spaces for archived stuff.  And a lot
24  of that -- and I don't know if any of my stuff was in
25  there, but transitioned directly to sort of a holding

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

---

Page 30

1   archive storage space.
2       Q   So when the move occurred, some of the files
3   were just sent directly to an archive?
4       A   Storage.
5       Q   As opposed to being moved to the new
6   offices --
7           MR. DAVIS:  Foundation.
8           MR. ZELLER:  Q.  -- as you understood it?
9       A   I -- I don't know where they were moved,
10  actually.  I'm not sure if they -- we had -- we had
11  off-site, we had in-office, and we had on-campus
12  storage.  I don't recall.
13      Q   Did you ever see an index or -- or a database
14  or other list of files that you had that were in
15  archive?
16      A   No.
17      Q   If you wanted to find out, back in the time
18  period when you were working at Apple, whether or not
19  any of your files were in archive, is there somebody
20  you would ask?
21      A   No.
22      Q   Do you recall the last time that you saw any
23  of the loose page sketches you did?
24      A   My recollection is when we were on Valley
25  Green.

Page 31

1       Q   And those were the old offices before --
2       A   Old office, yeah.
3           MR. DAVIS:  You stepped over him a little
4   bit.
5           THE WITNESS:  Oh, yeah.
6           MR. DAVIS:  Just make sure you let him finish
7   his question, but you're fine.
8           MR. ZELLER:  Directing your attention back to
9   Exhibit 1172.
10      Q   Among these pages, did you see any pages that
11  relate to any tablet computer design?
12      A   No.
13      Q   I take it at some point you -- you do recall
14  doing some sketches or drawings of tablet computer
15  designs or potential tablet computer designs when you
16  were at Apple?
17      A   I -- yes.
18      Q   Do you have any idea where those are?
19      A   I do not.
20      Q   I'm going to show you what was previously
21  marked as Exhibit 8, which is a copy of United States
22  Design Patent 504,889.  And please let me know when
23  you've had a chance to look at the '889 design patent.
24      A   Pardon me.
25      Q   Do you recognize the '889 design patent as a

Page 32

1   patent you're a named inventor on?
2       A   Yes.
3       Q   Focusing on the design that's shown here in
4   the '889 design patent, did you create sketches of --
5   of this design?
6       A   Yes.
7       Q   And I take it you didn't see any of those
8   sketches here in 1172?
9       A   No.
10      Q   Do you have any -- any idea or knowledge or
11  information as to where any of the sketches that you
12  prepared in connection with the '889 design patent
13  design are?
14      A   No.
15      Q   Do you have any idea where they were as of
16  the time you left Apple in 2008?
17      A   No.
18      Q   Do you have any knowledge or information --
19  well, let me try it this way:  If -- if -- as of the
20  time in 2008 when you left Apple, is there any place
21  you can think of you would go and ask and look?
22      A   Yes.
23      Q   What -- what did you have in mind for that?
24      A   I would search the in-office storage for any
25  of my file boxes, and then the other on-campus storage

Page 33

1   and any of my file boxes.
2       Q   And I know I'd asked about the sketchbooks
3   previously specifically.
4           But more generally, when you left Apple in
5   2008, did you turn over everything that was there in
6   your -- your office or left everything there in your
7   office for -- for Apple to -- to keep?
8       A   Yes.
9       Q   So everything and anything that was still
10  there at your office back in 2008 was -- was left for
11  Apple?
12      A   Except for my personal stuff.
13      Q   All your work-related materials?
14      A   Yes.
15      Q   Focusing your attention on the '889 design
16  patent, what, from your perspective as a named
17  inventor, was new or original about the design that's
18  shown here?
19          MR. HUNG:  Objection --
20          MR. DAVIS:  Overly broad.
21          MR. HUNG:  -- objection; calls for a legal
22  conclusion; vague; calls for expert testimony.
23          THE WITNESS:  The interface.
24          MR. ZELLER:  Q.  What do you mean by "the
25  interface"?

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

## Page 34

1    A  It's a handheld single-screen mobile device.
2    Q  Anything else that, from your perspective as
3  an inventor, was new or original about the design
4  that's shown here in the '889 design patent as of the
5  time that it was invented?
6       MR. HUNG:  Same objections.
7       THE WITNESS:  From these drawings, no.
8       MR. ZELLER:  Q.  Did you ever see any
9  mock-ups of the '889 design?
10   A  Yes.
11   Q  I'm talking about three-dimensional mock-ups.
12   A  Yes.
13   Q  And did you see those in the course of your
14 duties there at Apple?
15   A  Yes.
16   Q  Did you yourself work on any of those
17 mock-ups?
18   A  From a color and materials point of view.
19   Q  And generally speaking, what did you do in
20 connection with the mock-ups?
21   A  As far as mock-ups, my responsibility was to
22 work with the designer and to find color material
23 breakup.
24   Q  Generally speaking, working in the -- well,
25 let's -- if we could just perhaps focus on the tablet

## Page 35

1  computer mock-ups that you worked on in the 2003/2004
2  time period.
3    A  Right.
4    Q  With respect to those mock-ups, was -- was it
5  intended that the color of the model was intended to
6  be accurate for -- for that particular design?
7       MR. HUNG:  Objection; assumes facts; vague.
8       THE WITNESS:  No.
9       MR. ZELLER:  Q.  If you could perhaps, then,
10 tell me:  Generally speaking, then, what was the --
11 the purpose of your involvement in working with the
12 designer to find the color materials?
13   A  Could you restate it.  What was --
14   Q  I can restate the question.  I'm trying to
15 get an understanding here.
16      You said that your involvement was to work
17 with the designer and find color materials --
18   A  Uh-huh.
19   Q  -- if I understood it correctly, in
20 connection with these tablet computer mock-ups that
21 you worked on in the 2003/2004 time period?
22   A  Right.
23   Q  And what was your understanding of -- of what
24 your goal was, your individual goal, with respect to
25 these color materials?

## Page 36

1    A  When building a mockup for a concept, we
2  would try to represent a very neutral color palette
3  that would simulate the materials that we would
4  potentially use, but not distract from the design
5  qualities, the aesthetic product --
6    Q  Oh, I see.  So the --
7    A  -- many times.
8    Q  -- so generally speaking, the goal was that
9  the mockup was to simulate the materials that would be
10 involved, but not the color itself?
11      MR. HUNG:  Objection; vague.
12      THE WITNESS:  Yes.
13      MR. ZELLER:  All right.
14 Do you have the 035 mockup?
15      MR. HUNG:  No.
16      MR. ZELLER:  Okay.
17      MR. HUNG:  I didn't actually -- we didn't
18 receive an e-mail, I think, asking us to bring it to
19 this depo.
20      MR. ZELLER:  We've asked for it to be
21 available for all of the interim depositions.
22 Do you have these?
23      MR. HALL:  Yes.
24      Would you please mark as Exhibit 1173 a
25 multipage document consisting of photographs of the --

## Page 37

1  what people call the 035 mockup.
2       (Document marked Exhibit 1173
3       for identification.)
4       MR. ZELLER:  All right.
5    Q  And so you know, what we've marked as
6  Exhibit 1173 are photographs of a mockup -- an Apple
7  mockup that has generally been identified as the 035
8  mockup.
9    A  Uh-huh, yes.
10   Q  And based on these photographs, are you able
11 to tell me whether this is a mockup you recall?
12   A  Yes.
13   Q  And is this something that you worked on when
14 you were at Apple?
15   A  Yes.
16   Q  With respect to the 035 mockup, was that in
17 connection with the design that's shown here in the
18 '889 design patent?
19   A  Yes.
20   Q  Is the 035 mock-up, that's depicted in
21 these -- these photographs, the design that is
22 depicted here in the '889 design patent?
23      MR. HUNG:  Objection; calls for a legal
24 conclusion; foundation.
25      MR. DAVIS:  Calls for speculation.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

---

Page 38

1    THE WITNESS: Based on what I know, yes.
2    MR. ZELLER: Q. Was the 035 mock-up of the
3 tablet computer design one that you worked on
4 simulating the materials for?
5    A. Yes.
6    Q. Do you recall what you did any more
7 specifically on the 035 mockup?
8    A. Gave a general spec for color callouts.
9    Q. And please tell me what that means.
10    A. The lead designer would prepare a file for a
11 model maker to build a physical model, and along with
12 that file would be a color specification document.
13 Part A is color A. Part B is color B.
14    Q. The file that you were --
15    A. Specs.
16    Q. Oh, I'm sorry. I didn't mean to cut you off.
17    A. Part of the specification.
18    Q. The file that you were referring to is a
19 computer file for the model build?
20    A. The file for a -- for the CAD document is a
21 computer file. The file for a color spec within Apple
22 was a handwritten document with bullet points or
23 balloons pointing at different parts.
24    Q. Was the handwritten document then given to
25 the -- the model makers?

---

Page 39

1    A. Yes.
2    Q. Now, you mentioned that the computer file was
3 a CAD file?
4    A. Yes.
5    Q. In order to build the 035 prototype, did that
6 CAD file have to be translated into some other kind of
7 file?
8    MR. HUNG: Objection; foundation.
9    THE WITNESS: I don't know.
10    MR. ZELLER: Q. Focusing on the 035 model
11 for a moment, was that one built in any -- in any of
12 its components by a rapid prototyping machine?
13    MR. HUNG: Objection; foundation.
14    THE WITNESS: No.
15    MR. ZELLER: Q. It was all done by -- by
16 hand?
17    A. Yes.
18    Q. In your prior answer, you'd mentioned that
19 the lead designer prepared the file -- the CAD file
20 for the model maker.
21    MR. HUNG: Go ahead.
22    MR. ZELLER: Q. Do you know who that lead
23 designer was in this particular instance for the 035
24 mockup?
25    A. I don't.

---

Page 40

1    Q. Is there anyone else you can recall, whether
2 in the design group or in the model making group or
3 anywhere else in the company, that you remember having
4 involvement with the actual creation of the 035
5 mockup?
6    A. No.
7    Q. Directing your attention to the '889 design
8 patent, you'll see that it has a filing date of
9 March 17, 2004. That's in the first --
10    A. Okay.
11    Q. -- column on the first page, about halfway
12 down; do you see that?
13    A. Yes.
14    Q. Prior to the time that this patent was
15 applied for, were you interviewed about what your
16 contribution was for the patent?
17    A. No.
18    MR. HUNG: Caution the witness not to reveal
19 communications with any Apple attorneys while you were
20 at Apple.
21    MR. DAVIS: Let me know if you think there's
22 any privileged discussions that you had with
23 attorneys, and we'll assert an objection.
24    THE WITNESS: Okay.
25    MR. ZELLER: Q. Prior to the time that this

---

Page 41

1 patent was filed, which is dated here March 17, 2004,
2 did you have any communications with an attorney named
3 Tracy-Gene Durkin?
4    A. No.
5    Q. You'll see in the second column on the first
6 page a reference to a law firm Beyer Weaver & Thomas;
7 do you see that?
8    A. Yes.
9    Q. Did you have any communications with that law
10 firm prior to March 17, 2004?
11    A. No.
12    Q. Did you have any communications with Quin
13 Hoellwarth prior to the filing of this -- this
14 application as it pertained to the '889 design patent?
15    A. No.
16    Q. Do you recall having any contact with any
17 attorney or any patent agent as it related to the
18 '889 design patent application?
19    A. No.
20    Q. Directing your attention to Figure 1 of
21 the '889 design patent, you'll see that there is a
22 rectangular shape on the interior front of this; do
23 you see that?
24    A. Yes.
25    Q. Do you know what that depicts?

---

HIGHLY   CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 42

1    MR. HUNG:  Objection; calls for a legal
2 conclusion; calls for expert testimony.
3    THE WITNESS:  Active area.
4    MR. ZELLER:  Q.  And can you tell me if those
5 lines depicting that -- that boundary are broken
6 lines?
7    A  Which lines?
8    Q  The ones that we're talking about are the --
9 is that interior rectangular set of lines.
10    MR. HUNG:  Objection; calls for a legal
11 conclusion.
12    MR. DAVIS:  Vague as to "broken lines."
13    THE WITNESS:  They appear to be.
14    MR. ZELLER:  Q.  Do you know one way or
15 another whether -- well, let me -- let me step back
16 for a moment.
17    You'll see on the first page under the
18 description field where it's discussing Figure 9, it
19 says:
20    "The broken lines being shown are for
21 illustrative purposes only and form no part of the
22 claimed design."
23    Do you see that language?
24    A  Yes.
25    Q  Do you know one way or another whether the

Page 43

1 lines that we're discussing here in Figure 1, which is
2 that interior rectangular set of lines, is part of the
3 claimed design or not?
4    MR. HUNG:  Objection; calls for a legal
5 conclusion; calls for expert testimony.
6    THE WITNESS:  I don't know.
7    MR. HUNG:  Vague.
8    MR. ZELLER:  Q.  Directing your attention to
9 Figure 2, you'll see that on the interior part of the
10 tablet design that's shown here, there are three sets
11 of diagonal lines?
12    A  Yes.
13    Q  And then if you look at Figure 4, which is
14 another perspective of the bottom, you'll see it
15 doesn't have those lines.
16    A  Yes.
17    Q  Do you know why that is?
18    MR. HUNG:  Objection; foundation.
19    THE WITNESS:  No.
20    MR. ZELLER:  Q.  Directing your attention to
21 Figure 6.
22    A  Yes.
23    Q  You'll see on the right-hand side that there
24 is a -- a portion of it that's generally circular?
25    A  Uh-huh.

Page 44

1    Q  It looks like it might be a representation of
2 a hole?
3    A  Yes.
4    Q  Do you know what that is?
5    A  No.
6    MR. HUNG:  Objection; calls for a legal
7 conclusion.
8    MR. ZELLER:  Q.  Do you know if those are
9 broken lines or not?
10    MR. HUNG:  Same objections.
11    THE WITNESS:  It's a combination.  It looks
12 like both.
13    MR. ZELLER:  Q.  So some of those lines are
14 broken and some are not broken?
15    MR. HUNG:  Same objection.
16    THE WITNESS:  It looks that way.
17    MR. ZELLER:  Q.  Directing your attention to
18 Figure 9, you'll see that there is, on the interior
19 surface again, a set of lines that are rectangular
20 lines, at least in part -- you can't see the whole
21 portion of it -- that runs on the interior of the
22 front surface; do you see that?
23    A  Okay.  Point.
24    Q  It's -- let's do this.
25    A  Yes.

Page 45

1    Q  And for the record, what I'll do is I'll mark
2 a new version of this.
3    What's the next number?
4    THE REPORTER:  1174.
5    MR. ZELLER:  Let's please mark as
6 Exhibit 1174 a copy of United States Design Patent
7 504,889.  And this one has a handwritten label that
8 I've attached to this or put on this document.  It has
9 the letter A in Figure 9, along with an arrow pointing
10 to a particular portion of that -- of that tablet.
11    This will help us have a clear record then.
12    THE WITNESS:  Okay.
13    (Document marked Exhibit 1174
14     for identification.)
15    MR. ZELLER:  Q.  Directing your attention to
16 the arrow with the label A in Figure 9 of this version
17 of the '889 design patent that we've marked as
18 Exhibit 1174, you'll see that there's that interior
19 rectangular line again.
20    A  Yes.
21    Q  Is -- does that also, in your -- from your
22 perspective, depict the boundary between the active
23 area of the display and the nonactive area?
24    A  Yes.
25    Q  With respect to Figure 9, are those lines

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 46

1  broken?

2       MR. HUNG:  Objection; calls for a legal

3  conclusion.

4       THE WITNESS:  Yes.

5       MR. ZELLER:  And for the record, I'm adding a

6  new notation to Figure 9 with an arrow, and the label

7  is B.

8       Q  So showing you again Exhibit 1174, which has

9  now an arrow with a label B, you'll see it's -- it's

10  pointing to a top portion of the tablet from the

11  perspective of the person there holding it; do you see

12  that?

13       A  Yeah.  I'm not sure what line it's pointing

14  to.  It's pointing to a line and it's on top of the

15  line.  So you're talking about the top edge?

16       Q  Here.  I'll hopefully make it a little bit

17  clearer.  It's a pretty fine line there.

18       A  Yeah.

19       Q  So what I'm really pointing to is that --

20  that area.  You'll see the top -- the top portion of

21  the device from the perspective of the -- the

22  individual holding it in Figure 9 --

23       A  Yes.

24       Q  -- you'll see that it's somewhat tapered

25  there.

Page 47

1       A  No.

2       Q  Do you see how the lines get closer on that

3  top portion as they move away in comparison to the --

4  the corner -- the top corner that's closest to you?

5       A  Those lines don't, no.  I don't see that.

6       Q  You'll see -- and I'll mark this to hopefully

7  clear this up -- but you'll see how it somewhat tapers

8  going this direction?

9       A  Yes.

10       Q  And that's -- that's, again, focusing on this

11  top edge or top portion of the device; do you see

12  that?

13       A  "Top" meaning?

14       Q  From the perspective of the individual

15  holding it in Figure 9.

16       A  But top of the object meaning the top -- so

17  if this was the object, this would be the top?

18       Q  Yes, exactly.

19       A  Okay.  Yes.  Not the top like this is the

20  top?

21       Q  Right.  Precisely.  Not the -- not the top

22  front surface, but the -- the -- the top edge of

23  the -- the profile.

24       A  Yes.

25       Q  The top profile of the design.

Page 48

1       So we have a clear record, then, directing

2  your attention to the edge that is the top profile

3  view of the device -- and by "top," we mean from the

4  perspective of the individual depicted in Figure 9

5  holding the device -- do you have an understanding as

6  to why those lines are tapered?

7       MR. HUNG:  Objection; the document speaks for

8  itself; calls for a legal conclusion; misstates --

9       THE WITNESS:  No.

10       MR. ZELLER:  Do you have another copy

11  of '889?

12       Thanks.

13       MR. DAVIS:  Are you okay?

14       THE WITNESS:  Yeah.  More water would be

15  good.

16       MR. ZELLER:  Sure.  Did you want to take a

17  minute?

18       MR. DAVIS:  Why don't we take a break.

19       THE WITNESS:  That would be great.

20       MR. ZELLER:  Yeah.  We've been going for over

21  an hour now.

22       THE WITNESS:  Yeah.  Thanks.  Do you have

23  access to water?

24       MR. ZELLER:  Oh, sure.

25       THE VIDEOGRAPHER:  This is the end of Disc

Page 49

1  No. 1, Volume I.  We are off the record at 10:37 a.m.

2       (Recess taken.)

3       THE VIDEOGRAPHER:  This is the beginning of

4  Disc No. 2, Volume I.  We are back on the record at

5  10:54 a.m.

6       You may proceed.

7       MR. DAVIS:  Before we get too far, I want

8  to -- there's one correction we need to put on the

9  record about the documents that, I think, in

10  discussing this off the record with my client, we want

11  to make sure the record is clear about the documents

12  he has in his possession versus the documents that

13  were left at Apple.

14       I'm not sure if it was entirely clear to him

15  what you were asking in terms of his retention of

16  sketchbooks.  It -- just so you have a clear record,

17  he has retained six sketchbooks from Apple that

18  contain a certain amount of his own personal

19  information that he kept in those -- in those

20  sketchbooks.  They have been maintained confidentially

21  by him at his home in his attic, but he pulled them

22  once he got the subpoena.

23       They were turned over to Apple.  We turned

24  color copies of the sketchbooks of what we thought

25  were the pertinent pages to Apple.  And those -- Apple

HIGHLY   CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 50

1  then sorted out what was objectionable or not from
2  their perspective, and those were produced to you.
3      You're free to ask him whatever questions you
4  want to about that, but I didn't want you to walk away
5  from the deposition thinking that he had left all of
6  his sketchbooks with Apple in terms of the originals.
7      MR. ZELLER: I appreciate that.
8      Q  Let me ask you first then: Is generally what
9  your counsel described factually correct, from your
10  perspective?
11     A  Yes.
12     Q  Then with respect to the six sketchbooks that
13  you had, you turned those over to Apple in connection
14  with this case?
15     A  The color copies, uh-huh.
16     Q  And you still have, then, the original
17  sketchbooks?
18     A  Yes.
19     Q  And then directing your attention back to
20  Exhibit 1172, do you recognize whether the pages from
21  1172 include any pages from those six sketchbooks?
22     A  Yes.
23     Q  And -- and do you also recognize that other
24  pages are from other sketchbooks of yours other than
25  those six sketchbooks that you still had?

Page 51

1      A  No.
2      Q  So as far as you can ascertain, everything in
3  Exhibit 1172 were in the six sketchbooks that you had
4  at -- at your home in the attic?
5      A  Yes.
6      Q  And that you then turned over color copies to
7  Apple of?
8      A  Yes.
9      Q  Focusing on Exhibit 1172, there are various
10  dates that are reflected in -- on these pages; did you
11  see that?
12     A  Yes.
13     Q  Generally speaking, do the pages that are
14  reflected here in Exhibit 1172 pertain to work that
15  you did in 2006 or after?
16     A  I don't know.
17     Q  With respect to the six sketchbooks that you
18  still had in your possession, are they dated on the
19  front or on the inside cover, or is it -- are they
20  dated in some way that would allow you to tell the
21  time period?
22     A  No.  Only from the dates on some of the
23  pages.
24     Q  So, for example, on '000002, which is the
25  third page of -- or excuse me -- the second page of

Page 52

1  Exhibit 1172, there's a date on there of 9/19/06.
2      A  Yes.
3      Q  That's the kind of date you're referring to
4  where it's on the actual page itself?
5      A  Yes.
6      Q  With respect to the six sketchbooks that you
7  had in your possession, do you know if any of those
8  related at all to the 2003 or 2004 time period?
9      A  No, other -- unless I review the dates in
10  them.
11     Q  Approximately how many sketchbooks did you
12  leave in Apple's possession as of the time you left in
13  2008?
14     A  I don't know.
15     Q  Do you remember if there were any?
16     A  I'm sure there are some, but I don't -- I
17  don't know.
18     Q  As of the time that you left Apple, did
19  you -- did you have a company computer?
20     A  I -- when I left, I turned in all my
21  computers that I had that I used from Apple.
22     Q  And as of that time, what did you have?
23     A  I'm sorry.  Since that time?
24     Q  No.  I'm sorry.  As of that time.
25     A  Okay.

Page 53

1      Q  And let me just back up for a second.
2      A  Okay.
3      Q  Focusing on the time when you left Apple,
4  just before you left Apple --
5      A  Okay.
6      Q  -- you had one or more computers that you
7  used for work?
8      A  Yes.
9      Q  How many did you have?
10     A  Used for work, I had one.
11     Q  Was it a desktop or a laptop?
12     A  A laptop.
13     Q  Do you recall the model?
14     A  It was a 15-inch MacBook Pro.
15     Q  About how long had you used that computer for
16  work?
17     A  Probably a year and a half.
18     Q  Prior to that time, did you have a work
19  computer?
20     A  Prior to that, did I?  Yes.
21     Q  Was that a desktop or a laptop?
22     A  A laptop.
23     Q  Do you recall what that model was?
24     A  It was a 17-inch PowerBook.
25     Q  About how long did you use that computer for

HIGHLY   CONFIDENTIAL-ATTORNEYS'  EYES  ONLY

Page 54

1  work?
2     A   Maybe two years.
3     Q   And was the -- were the files that you had on
4  the 17-inch PowerBook migrated onto the 15-inch
5  MacBook Pro?
6     A   Yes.
7     Q   Prior to the time that you began using the
8  17-inch PowerBook, did you have a work computer?
9     A   Yes.
10    Q   What did you use prior to that time?
11    A   It was -- it was a -- another -- I don't know
12  the size.  It was the PowerBook.
13    Q   About how long did you use that PowerBook?
14    A   Probably two years.
15    Q   That's your best recollection?
16    A   Yes.
17    Q   And then just working backwards, that -- that
18  was somewhere in the roughly 2004 to 2006 time period?
19    A   The last one?
20    Q   No.  The last one we were talking about,
21  the -- the PowerBook.
22    A   The last one we were talking about would have
23  been 2001 to 2002 kind of time frame.
24    Q   Okay.  We'll come back, then, to the
25  chronology and make sure we're all on the same page.

Page 55

1     A   Okay.
2     Q   With respect to the -- the PowerBook that you
3  last mentioned, you said you thought you used it about
4  two years?
5     A   Uh-huh.
6     Q   All right.
7        Do you recall which laptop you were using in
8  the time period of 2003/2004?
9     A   Probably the Titanium.
10    Q   Is that one of the three that you've
11  mentioned so far, or is that a different computer
12  you're referring to?
13    A   It's the third one, I think, yeah.  There was
14  the MacBook Pro, the PowerBook 17-inch, and then the
15  Titanium.
16    Q   I see.
17        The last PowerBook you were mentioning is the
18  Titanium?
19    A   Yeah.  Second to last, I think.  Did you ask
20  about three or four?
21    Q   Right.  I asked about 2003/2004.
22    A   Yeah.
23    Q   Just so we have it in one place, to make sure
24  I'm on the same page here, so you had the -- as of the
25  time you left, you had the 15-inch MacBook Pro?

Page 56

1     A   Uh-huh.
2     Q   Prior to that time, you had the 17-inch
3  PowerBook, and then prior to that you had the
4  Titanium?
5     A   Yes.
6     Q   All right.
7        And then was the data that you had, the files
8  that you had on the Titanium, migrated to the 17-inch
9  PowerBook?
10    A   Yes.
11    Q   So as -- as of the time you left in 2008,
12  it's your expectation that the hard drive for the
13  15-inch MacBook Pro had your files going back at least
14  a few years?
15    A   I think they were -- the computers were
16  cleaned, probably erased.  I don't recall.
17    Q   And which computers are you referring to?
18    A   MacBook Pro.
19        The others, I don't know what they did.
20    Q   I take it that when you left Apple, you
21  turned in the 15-inch MacBook Pro --
22    A   Yes.
23    Q   -- and its hard drive?
24    A   Yes.
25    Q   And is it your understanding from there that

Page 57

1  the -- the hard drive was erased?
2     A   My understanding is that it was returned
3  erased.
4     Q   What's that understanding based on?
5     A   We -- when I was there on the last day, we
6  erased the -- I know that I erased the PowerBook --
7  not PowerBook -- MacBook Pro.
8     Q   Did you run a particular program on the --
9  the hard drive to do that?
10    A   Whatever the standard, you know, sweep the
11  disc program is, yeah.
12    Q   And was it your understanding you were doing
13  this to -- to comply with some direction by Apple or
14  some Apple policy?
15    A   More about my personal things that are on it.
16    Q   So if I understand the sequence, then, is
17  that in the process of your departure from Apple, you
18  ran a cleaning program that erased files -- and we'll
19  talk about which ones here in a moment -- from the
20  hard drive of the 15-inch MacBook Pro before you
21  turned it back over to Apple?
22    A   Yes.
23    Q   And it was -- was it Apple's actual computer?
24    A   Yes.
25    Q   And then with respect to the files that --

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 58

1  that you erased, did you -- did you target the files
2  that you're erasing to -- to be your personal files,
3  or -- or did you wipe everything off of it?
4      A  Wiped everything.
5      Q  Was there an image of that hard drive made
6  prior to the time it was wiped?
7      A  We backed up not very regularly in the
8  office.  The files that I typically created were --
9  were on a database.  It was a color materials project
10  specifications that were my primary, I guess, work
11  that would be on my computer.
12      Q  Focusing on that backup process for a moment,
13  I understand you're saying you didn't do it regularly,
14  but in those instances where you -- you backed up the
15  -- the hard drive, did you do it to an Apple server or
16  a network?
17      A  It was usually an Apple server or network.
18      Q  Was there a name for that server at that time
19  period?
20      A  I have no idea.  Sorry.
21      Q  In those instances when you backed up your
22  files from the -- the laptop, did you -- did you back
23  up everything that was there from the hard drive onto
24  that server, or did --
25      A  No.

Page 59

1      Q  -- you select files?
2      A  Primarily, my work files were typically Excel
3  spreadsheets.
4      Q  Do you recall where any of those backups
5  were -- were kept?  In other words, a file path or
6  server path?
7          MR. DAVIS:  Let him finish his questions.
8          THE WITNESS:  Okay.
9          MR. DAVIS:  Make sure you understand it.
10          THE WITNESS:  No, I don't.
11          MR. ZELLER:  Q.  Did you tend to back it up
12  to the same path?
13      A  Yes.
14      Q  During the time period when you were at
15  Apple, did you conduct company business by e-mail?
16      A  Yes.
17      Q  What was your e-mail address back then?
18      A  satzer@apple.com.
19      Q  Were your e-mails -- well, let me ask this:
20  Focusing on the time that you left Apple, were your
21  e-mails stored or backed up to an Apple server?
22      A  I would assume so, yes.  I don't know.  I'm
23  not very technical.
24      Q  Do you recall if you ever backed up your
25  e-mails that were on your hard drive of the laptop to

Page 60

1  any Apple server?
2      A  No.
3      Q  Other than the Excel spreadsheets that you
4  mentioned that were backed up to the Apple servers
5  that you mentioned, were there other work-related
6  files that you had on the 15-inch MacBook Pro as of
7  the time that you left Apple?  And, of course, prior
8  to the time that it was --
9      A  Yeah.
10      Q  -- it was wiped?
11      A  I -- if they were product-related or
12  project-related sketches.  Travel/meeting minutes
13  would likely be on that computer or -- but not backed
14  up.  The things that were backed up were the
15  specifications that I created for the products.  Those
16  are the only things that I was concerned about as an
17  employee.
18      Q  What -- what product- or project-related
19  sketches were on the MacBook Pro that weren't backed
20  up?
21      A  Not many sketches.  Did I say sketches?
22      Q  I thought you said --
23      A  Specifications.
24      Q  I see.
25      A  Yeah.

Page 61

1      Q  Then focusing on the sketches that were there
2  on the MacBook Pro, were those backed up?
3      A  There never really sketches on the
4  products.  For me personally, I didn't do CAD work.
5  So from the sketchbook, translating into CAD or having
6  somebody else translate and getting them to me, that
7  never happened --
8      Q  So -- I'm sorry.  Go ahead.
9      A  -- for me.
10      Q  Okay.
11      A  Yeah.
12      Q  I think I need to clear something up here --
13      A  Okay.
14      Q  -- for the record because you're saying there
15  weren't really sketches.  So it doesn't --
16      A  Okay.
17      Q  -- it doesn't, I don't think, help fully
18  clarify the record.
19      A  Okay.
20      Q  So can you tell me, to the best of your
21  memory, were there any files on the MacBook Pro, prior
22  to the time that you wiped it, that were of sketches
23  for any Apple project?
24      A  No.
25      Q  So other than what you mentioned, were there

HIGHLY   CONFIDENTIAL-ATTORNEYS'   EYES   ONLY

Page 62

1   any other categories of work-related files that you
2   had on the 15-inch MacBook Pro prior to the time that
3   it was wiped but was not backed up to Apple's servers
4   or computers?
5      A   Not that I recall.
6      Q   Prior to the time that you ran the -- the
7   wiping program, did you tell anyone else at Apple you
8   were going to do that?
9      A   Yes.
10     Q   And who did you inform?
11     A   My boss.
12     Q   Who was that at the time?
13     A   Jonathan Ive.
14     Q   And what did Mr. Ive say?
15     A   He requested the computers be returned.  He
16   asked for the passwords.  And I told him that I would
17   return them wiped.
18     Q   Did he tell you not to do that?
19     A   No.
20     Q   Focusing on the time period when you were
21   there at Apple -- and let's perhaps narrow it down to
22   the 2004 to 2008 time period -- did you regularly
23   communicate with others there at Apple by e-mail?
24     A   Yes.
25     Q   Did you do that in connection with the iPod

Page 63

1   Touch projects?
2      A   Yes.
3      Q   Did you do that in connection with the tablet
4   computer projects?
5      A   Very little.
6      Q   Did you do that in connection with the iPhone
7   projects?
8      A   Yes.
9      Q   And you said "very little" with respect to
10   the tablet computer projects.  Is that because it was
11   earlier in time?
12     A   Yes.
13     Q   And just over time, you tended to communicate
14   more and more by e-mail?
15     A   Yes.
16        MR. DAVIS:  The American way.
17        THE WITNESS:  I'm a terrible e-mail
18   communicator.
19        MR. HUNG:  Mike, while you're showing him the
20   CAD drawings, can I mark the transcript as "Highly
21   Confidential AEO"?
22        MR. ZELLER:  All right.
23     Q   I'm going to show you what was previously
24   marked as Exhibit 1170, which is a collection of CAD
25   drawings.

Page 64

1        MR. HUNG:  Mike, can we go off the record for
2   a second just to talk about this.
3        MR. ZELLER:  Okay.
4        MR. DAVIS:  Take your time and review the
5   whole thing.
6        THE VIDEOGRAPHER:  We are off the record at
7   11:18 a.m.
8        (Recess taken.)
9        THE VIDEOGRAPHER:  We are back on the video
10   record at 11:25 a.m.
11        You may proceed.
12        MR. HUNG:  While we were off the record,
13   Mr. Zeller and I discussed the exhibit placed before
14   Mr. Satzger.  And I understand that these appear to be
15   CAD files that he created while he was at Apple.  To
16   the extent that they weren't, we have no objection to
17   using these CAD files today with Mr. Satzger.
18        We understand that Mr. Zeller has agreed that
19   it will not change the highly confidential AEO status
20   by virtue of our disclosure of this document to
21   Mr. Satzger if the document was created after his
22   departure.
23        MR. ZELLER:  Yeah, that's agreed.
24        Obviously, whether this is properly
25   designated AEO in the first instance is a different

Page 65

1   issue that obviously I take no position on at this
2   point.
3        But I agree that showing these materials to
4   Mr. Satzger is not and won't be argued to be a -- a
5   reason why they should not be designated AEO.
6        MR. HUNG:  Thank you.
7        MR. ZELLER:  Q.  Directing your attention to
8   Exhibit 1170, and I'm going to ask you some questions
9   about specific pages.  But --
10     A   Okay.
11     Q   -- do you recognize some of these pages to
12   relate to tablet computer designs that were in
13   development when you were at Apple?
14     A   Yes.
15     Q   Directing your attention -- well, do you --
16   do you recognize whether any of the tablet computer
17   CAD drawings that are shown here in Exhibit 1170
18   depict the mockup that is in the photographs we marked
19   as Exhibit 1173?
20     A   I'm not sure.
21     Q   Do you recognize any of the CAD drawings on
22   Exhibit 1170 as CAD drawings for the 035 mockup?
23     A   I don't, no.
24     Q   Directing your attention to the second page
25   of Exhibit 1170, which for the record is

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

---

**Page 66**

1  APLNDC-NCC0000259.
2      A   Yes.
3      Q   You'll see that as part of this, there are
4  small blue rectangles that look like lined-up
5  dominoes?
6      A   Yes.
7      Q   Do you know what those are?
8      A   Not from this file, no.
9      Q   Generally speaking, do you recall -- well,
10  setting aside this particular page, do you have a
11  general understanding as to what is depicted here?
12      A   Generally, yes.
13      Q   And generally speaking, what's your
14  understanding of what's depicted?
15      A   It's a CAD drawing of a tablet computer.
16      Q   If you could for a moment go back to
17  Exhibit 1173, which are the photographs of the 035
18  mockup.  If you could specifically take a look at the
19  page that ends with '5885.
20      A   Yes.
21      Q   You'll see that this is a close-up of one
22  corner of the mockup.
23      A   Yes.
24      Q   And you'll see that there are what appear to
25  be holes of some kind.

---

**Page 67**

1      A   Yes.
2      Q   Do you know what those holes are -- are
3  supposed to depict?
4      A   In the early models, there were ventilation
5  and sound.
6      Q   The holes were for both ventilation and
7  sound?
8      A   My recollection, yes.
9      Q   And I take it, going back for a moment, then,
10  to the second page of Exhibit 1170, do you have an
11  understanding as to whether those blue rectangles that
12  are lined up like dominoes has any relationship to
13  vents or holes for sound?
14          MR. HUNG:  Objection; foundation.
15          THE WITNESS:  No.  This is a different file.
16          MR. ZELLER:  Q.  It's a different design than
17  the 035 --
18      A   Yes.
19      Q   -- mockup?
20      A   Yep.
21      Q   And you'll see that on other pages here,
22  pages ending '260, '261, '262, '263, '264, that there
23  are other CAD drawings that also depict those blue
24  rectangles that are lined up like dominoes?
25      A   Yes.

---

**Page 68**

1      Q   And I take it that you don't have an
2  understanding as to what those are?
3      A   No.
4          MR. HUNG:  Can I interrupt for one second.
5  I'm not sure if this was intentional.  The version
6  that I have of 1170 is missing, for example,
7  pages '257 and '258.  Did you mean 1170 to be all of
8  the pages sequentially ordered between a certain Bates
9  range?
10          MR. DAVIS:  Oh, yeah, there are a couple of
11  page numbers missing.
12          MR. ZELLER:  It's a compilation.
13          MR. HUNG:  Okay.
14          MR. ZELLER:  It's not intended -- it's not
15  intended to be sequential of Bates numbering.
16      Q   Directing your attention to the 035 mockup,
17  is it your understanding that there were CAD drawings
18  created for that -- that mockup?
19      A   Yes.
20      Q   But the drawings -- the CAD drawings you see
21  in Exhibit 1170 don't correspond to the 035 mockup, as
22  best -- as best as you can tell?
23      A   Best I can tell, yes.
24      Q   Directing your attention to Exhibit 1170,
25  will you please take a look at the page ending '265.

---

**Page 69**

1      A   Yeah, yes.
2      Q   You'll see that as part of the file name
3  there at the top are the words "Sony Chmfer,"
4  C-H-M-F-E-R, and then there's additional information
5  after that.
6      A   Yes.
7      Q   Do you know what Sony Chmfer is?
8      A   I do not.
9      Q   Do you know what's being depicted on this
10  page?
11      A   No.
12      Q   If you'd go to the next page of Exhibit 1170,
13  which is page '267.
14      A   Yes.
15      Q   Do you know what is depicted here?
16      A   Yes.
17      Q   And what is this?
18      A   It's a concept model that was built in the
19  early stages of the iPhone.
20      Q   And you'll see that the word "Sony" appears
21  on two of the drawings there.
22      A   Yes.
23      Q   Do you have an understanding as to why Sony's
24  name is on there?
25      A   In the design process, a lot of times to

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 70

1  understand ideas and try to stay away from a design
2  aesthetic or a language.  I -- I recall this being a,
3  what would Sony do if they were to build an iPhone.
4      Q   So generally speaking, the purpose of the
5  exercise was to create designs that were expressed in
6  what people perceived to be Sony's design language?
7      A   Yes.
8      Q   Do you have an understanding as to where
9  the -- the directive to undertake that exercise came
10  from?
11      A   I don't recall.
12      Q   Do you have any recollection of what its
13  origins were?  In other words, who suggested it or how
14  it arose?
15      A   I don't.
16      Q   Were there other exercises that were done
17  when you were there at Apple where designers were
18  creating designs or potential designs to be expressed
19  in the language of other companies besides Sony, of
20  course?
21      A   Yes.
22      Q   Which other companies do you recall?
23      A   IWC.  I forget the name of the other.
24  Typically, high-end wristwatch manufacturers looking
25  at the technologies and materials built.  Omega is

Page 71

1  another one.
2      Q   Any others you can remember?
3      A   No.
4      Q   You mentioned IWC.
5      A   Yes.
6      Q   What company is that?
7      A   International Watch Company.
8      Q   Focusing for a moment on the exercise of
9  putting together designs there at Apple in the Sony
10  design language, do you recall who was involved with
11  that project?
12      MR. HUNG:  Objection; assumes facts.
13      Go ahead.  You can answer.
14      THE WITNESS:  The -- the entire design team
15  as a whole would have been involved in it.
16      MR. ZELLER:  Q.  Let me try it this way:  Did
17  everyone on the team create sketches or drawings, as
18  best as you recall and as you understood it, that --
19  that embodied designs and potential designs in the
20  Sony design language?
21      MR. HUNG:  Objection; foundation.
22      THE WITNESS:  I don't know.
23      MR. ZELLER:  Q.  Do you recall if you ever
24  created sketches or drawings for the exercise?
25      A   I did not.

Page 72

1      Q   Were there any three-dimensional models or
2  prototypes that were created in connection with the
3  Sony design language exercise?
4      A   I know of one.
5      Q   Which one do you remember?
6      A   '267, page '267.
7      Q   And for the record, you're referring to the
8  page ending '267 that's part of Exhibit 1170?
9      A   Yes.
10      Q   Was this a -- a mockup that the Apple model
11  shop made?
12      A   I don't know where it was built.
13      Q   Was there a particular designer who you
14  recall being the lead or having principal involvement
15  in the creation of the model?
16      A   Shin Nishibori, I think, was the -- the main
17  person on this one.
18      Q   What do you recall about the context in which
19  you saw the model?  In other words, was it at a
20  meeting?  If you could perhaps tell me a little of the
21  circumstances you remember.
22      A   Typically, a model would come in, and the --
23  it would be presented to the team as it's unwrapped
24  from a model shop during the design sessions.
25      Q   The design sessions you're referring to, were

Page 73

1  those the regularly scheduled meetings that the design
2  team had?
3      A   Yes.
4      Q   And those, during the time period -- focusing
5  on the 2003 to 2008 time period -- were generally
6  weekly?
7      A   Weekly.
8      Q   Directing your attention to the page
9  numbered '292, part of Exhibit 1170.
10      MR. DAVIS:  You said '292?
11      MR. ZELLER:  Yes, '292.
12      Q   Do you know what's depicted here on
13  page '292?
14      A   No.
15      Q   Next page is '294.  Do you know what that is?
16      A   No.
17      Q   Please take a look at '296.  Do you know what
18  this is?
19      A   No.
20      Q   If you could please take a look at the
21  remaining pages of this exhibit, and -- and let me
22  know if there are any other -- well, let me rephrase
23  it.
24      Taking a look at the rest of the pages of
25  this exhibit, can you please let me know if you

HIGHLY   CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 74

1 recognize what's depicted in any of the other pages.
2    A  '302 -- page '302 is the original iPhone,
3 iPhone 1.  And '342 is the iPad.
4    Q  This is the first iPad?
5    A  No.  This would be the -- well --
6    MR. HUNG:  Foundation.
7    THE WITNESS:  -- again, I'm not positive.
8 Sorry.  This would have happened after I left if this
9 was an iPad.  This looks like the second generation
10 iPad.
11    MR. ZELLER:  All right.
12    Q  So with respect to '342, you're not sure
13 about that one?
14    A  Correct.
15    Q  Are there any other remaining pages of this
16 exhibit that you recognize?
17    A  '398 is the glass for the fourth generation
18 iPhone.  It looks -- but it says iPod.  I don't know.
19    Q  Any others that you recognize?
20    A  '400 looks like a glass for the front of
21 an -- of a iPhone.  '408 looks like the original
22 tablet design.  And the others, no.
23    Q  So '408 is a CAD drawing that relates to one
24 of the tablet computer designs?
25    A  I can't say that for certain.

Page 75

1    Q  Does '409 relate to the tablet computer
2 designs?
3    MR. HUNG:  Foundation.
4    THE WITNESS:  Relative to '408, it looks that
5 way, yes.
6    MR. ZELLER:  Q.  Let me try it this way:  Do
7 you recognize, and I'm saying from your own knowledge,
8 whether '408 or '409 relate to any tablet computer
9 design?
10    A  No, I don't know for sure.
11    Q  Is the same true of '411?
12    A  Yes.
13    Q  Is the same true of '412?
14    A  Yes.
15    Q  Is the same true of '413?
16    A  Yes.
17    Q  Do you know a Paul Kunkel, K-U-N-K-E-L?
18    A  I know the name.
19    Q  Have you seen a book called AppleDesign
20 before?
21    A  Yes.
22    Q  Did you ever happen to work with Mr. Kunkel?
23    A  He interviewed me, yes.
24    Q  Was that in connection with the AppleDesign
25 book?

Page 76

1    A  Yes.
2    Q  Do you know a Rick English?
3    A  Yes.
4    Q  He was the photographer of the -- for the
5 book?
6    MR. HUNG:  Foundation.
7    THE WITNESS:  I think he was a photographer
8 for the book.
9    MR. ZELLER:  Q.  Did you know Mr. English
10 apart from that?
11    A  Yes.
12    Q  And how did you know Mr. English?
13    A  Matrix and IDEO.
14    Q  Was he --
15    A  My wife worked for him.
16    Q  Did he perform photography work for Matrix
17 and IDEO?
18    A  Yes.
19    MR. ZELLER:  What's the next number?
20    THE REPORTER:  1175.
21    MR. ZELLER:  1175.
22    Let's please mark as Exhibit 1175 a one-page
23 document, which is a photocopy of page 144 from the
24 AppleDesign book.
25    ///

Page 77

1    (Document marked Exhibit 1175
2    for identification.)
3    MR. ZELLER:  Q.  And also, for the record, I
4 have -- I have a copy of the actual book that I'll
5 provide to you as well because I have a particular
6 page I wanted to ask you about.
7    A  This is the -- can I look at this?
8    Q  Yes, absolutely.  You're free to look at it
9 as much as you'd like.  Just as you know --
10    A  This is a hardbound --
11    Q  -- as you're reviewing it -- I'm sorry?
12    A  -- this is a hardbound version of it.  Okay.
13    Q  Have you seen this book before?
14    A  Yes.
15    Q  And what I've done is I've marked as
16 Exhibit 1175 a particular page from the AppleDesign
17 book --
18    A  Yes.
19    Q  -- page 144.
20    A  Yes.
21    Q  You'll see -- and you're free, of course, to
22 consult the original of the book that I have also put
23 in front of you -- but you'll see that there is a
24 photograph on page 190 -- or excuse me -- at page 144
25 that is called "195" --

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 78

1    A  Yes.
2    Q  -- which is the picture at the bottom; do you
3  see that?
4    A  Yes.
5    Q  You'll see that there's a flat panel display
6  screen that's depicted there?
7    A  Uh-huh, yes.
8    Q  Are you familiar with that?
9    A  No.
10    Q  You'll see that there are names that are
11  associated with the -- the design for that
12  photograph --
13    A  Yes.
14    Q  -- that's numbered 195, and it says:
15       "Showing the desktop brain box, flat panel
16  display, and keyboard, industrial design, Apple
17  computer:  Gavin Ivester."
18    A  Ivester.  Ivester.
19    Q  Then "that," it looks like, T-H-A-T?
20    A  Uh-huh.
21    Q  Do you know what that is?
22    A  No.
23    Q  Then Tony Guido and Sigmar Willnauer?
24    A  Willnauer.
25    Q  And do you know those other designers?

Page 79

1    A  Only Gavin.
2    Q  And how do you know him?
3    A  Socially, and he did a little contract work
4  for Apple, after he'd left, for me, in the imaging
5  group.
6    Q  Was he working for a company, or was he doing
7  that on his own?
8    A  It was a -- I think it was incorporated, his
9  company consultant firm.
10    Q  Are you still in touch with him?
11    A  No.
12    Q  Do you know where he was last?
13    A  No.
14    Q  Other than seeing this flat panel display
15  that's in the AppleDesign book itself, had you seen it
16  before?
17    A  I have not.
18    Q  Do you have any knowledge or information
19  about the product or the flat panel display that's
20  depicted here in 195?
21    A  No.
22    Q  I'll move this out of your way and make life
23  easier.
24       Directing your attention to Exhibit 1174,
25  which is the marked-up copy of the '889 design patent.

Page 80

1  On Figure 1 I've put some additional arrows and
2  labels, this time with the letter C.
3       MR. HUNG:  Thank you.
4       MR. ZELLER:  Q.  And the intention there is,
5  anyway, with the label C and the arrows, is to point
6  out that there is a darker, thicker line that runs
7  part of the perimeter of the -- the front face of the
8  device; do you see that?
9    A  Yes.
10    Q  Do you have any knowledge or understanding as
11  to what that thicker, darker line depicts?
12    A  No.
13    Q  Directing your attention to Figure 9, you'll
14  see also on the -- on portions of the perimeter area
15  of the front face, there's also a darker, thicker line
16  that runs in that area?
17    A  Yes.
18    Q  If it helps, I can label that one, too.
19    A  I see.  You can.  That will be fine, yeah.
20    Q  And for the record, what I'm doing is for
21  Figure 9, I am drawing an additional arrow with the
22  label C that points to a portion of a darker, thicker
23  line on the front surface of the device.  And in fact,
24  I've put the label and the arrow C in two places to
25  depict that.

Page 81

1       Directing your attention to Figure 9 of
2  Exhibit 1174, you'll see that there are two arrows
3  that are labeled C?
4    A  Yes.
5    Q  And the intention there is to point to a
6  darker, thicker line that runs at least part of the
7  perimeter of the front face of the device; do you see
8  that?
9    A  Yes.
10    Q  Do you know what that darker, thicker line
11  depicts?
12    A  No.
13    Q  Do you know if that darker, thicker line
14  depicts a gap or a groove?
15    A  No.
16    Q  You don't know one way or another?
17    A  I don't.
18    Q  And is the same true of the other figure that
19  is labeled C, which is Figure --
20    A  Figure 1.
21    Q  -- Figure 1?
22    A  Yes.
23       Do you need this?
24    Q  Uh-huh.
25       You mentioned that you were interviewed for

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

Page 82

1  the AppleDesign book?
2      A  Yes.
3      Q  When did that occur?
4      A  Shortly after I was hired.
5      Q  And generally speaking --
6      A  It would be --
7      Q  -- when you were interviewed, did you provide
8  information about the Apple products you had worked
9  on; was that the purpose of it?
10     A  No.
11     Q  What was the general purpose of the
12  interview?
13     A  More of a bio on me.  It was a very short
14  description of my past in the back of that book.
15     Q  Do you have a general understanding as to
16  where the computers and other devices that are in the
17  photos came from?
18         MR. HUNG:  Objection; foundation.
19         THE WITNESS:  Maybe clarify general idea.
20         MR. ZELLER:  Sure.
21     Q  And maybe it's too general of a question, but
22  I -- you'll notice that -- and you're free to look, of
23  course, at as much of the book as you'd like -- but
24  you'll notice that, obviously, there are a number of
25  product photos --

Page 83

1      A  Yes.
2      Q  -- and concept photos over a number of
3  years --
4      A  Yes.
5      Q  -- from Apple?
6      A  Yes.
7      Q  Do you know what the source of -- of these
8  devices generally were for the photography?
9         MR. HUNG:  Objection; foundation.
10         THE WITNESS:  No.
11         MR. ZELLER:  Q.  Do you know if they even
12  came from Apple, as opposed to some other source?
13     A  No, I don't.
14     Q  Does -- does Apple have some kind of resource
15  that allows it to go back and -- and look at devices
16  that it had manufactured in years past?
17         MR. HUNG:  Foundation.
18         THE WITNESS:  I don't know.
19         MR. ZELLER:  Q.  Do you know, does it have a
20  museum or an archive of some kind that has that -- has
21  that history in it?
22     A  I don't know.
23         MR. ZELLER:  Why don't we take a couple of
24  minutes.
25         MR. DAVIS:  Sure.

Page 84

1         THE VIDEOGRAPHER:  We're off the record at
2  11:57 a.m.
3         (Recess taken.)
4         THE VIDEOGRAPHER:  We are back on the record
5  at 12:08 p.m.
6      You may proceed.
7         MR. ZELLER:  I'm showing you what has been
8  previously marked as Exhibit 6, which is a copy of
9  United States Design Patent 593,087.
10     Q  Do you recognize the '087 design patent as a
11  patent that you're a named inventor on?
12     A  Yes.
13     Q  You'll see that this application was filed
14  July 30th, 2007.
15     A  Yes.
16     Q  Prior to that time, did you have any
17  communication with any attorney or patent agent as it
18  pertained to the application for the '087 design
19  patent?
20     A  No.
21     Q  What, from your perspective as an inventor,
22  was new or original about the design that's shown in
23  the '087 design patent as of the time it was invented?
24         MR. DAVIS:  Objection; calls for a legal
25  conclusion; and it's overly broad.

Page 85

1      Subject to that, you can answer.
2         THE WITNESS:  Well, it was a new direction
3  for handheld phones.
4         MR. ZELLER:  Q.  In what way?
5      A  Every way.
6      Q  Is there anything about the design that you
7  can identify in particular that, in your view, was new
8  or original about it as of the time it was invented?
9      A  Size, interface, the aesthetic, the design,
10  the materials used, absence of most all moving parts.
11     Q  Anything else?
12     A  No.
13     Q  In your answer you mentioned the interface.
14  What do you mean by that?
15     A  There's no keyboard.
16     Q  So the fact that it's a touch screen?
17     A  The fact that it is a touch screen.
18     Q  Another aspect that you mentioned was what
19  you said was the aesthetic.
20     A  Yes.
21     Q  What do you mean by that here with respect to
22  the '087 design?
23     A  The physical design of the product is
24  something that had never been done.
25     Q  Is there something that -- in specific that

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

Page 86

1  you can identify about the design that, in your view,
2  had not been done before, or is it just the overall
3  design?
4      A  The materials, the way the materials were
5  used to manufacture, the way they were, you know,
6  assembled.
7      Q  What about the materials, from your
8  perspective as an inventor, was new or original as it
9  pertains to the '087 design?
10         MR. HUNG:  Objection; calls for a legal
11  conclusion.
12         THE WITNESS:  The processes used and the --
13  the qualities that were instilled in the product.
14         MR. ZELLER:  Q.  What qualities are you
15  referring to?
16      A  Precision, accuracy, tolerancing, controls.
17      Q  Anything else?
18      A  Finishes.
19      Q  Anything else?
20      A  No.
21      Q  Another part of what, from your perspective
22  as an inventor, you considered to be new or -- or
23  original was what you called the absence of most all
24  moving parts.
25      A  Yes.

Page 87

1      Q  Please tell me what you mean by that.
2      A  No physical keyboard, no slide, no flip, no
3  hinge, no access to a battery.  All those things
4  remove detail and quality issues.
5      Q  And when you say they remove "quality
6  issues," what do you mean by that?
7      A  If you manufacture a product that is, one,
8  unaccessible and, two, doesn't change shape because of
9  the hinge, that assembly can be a lot high -- more
10  highly toleranced, and the quality of the product can
11  be greater.
12      Q  Anything else, other than what we've talked
13  about, from your perspective as an inventor, was new
14  or original about the '087 design?
15         MR. HUNG:  Objection; calls for a legal
16  conclusion.
17         THE WITNESS:  No.
18         MR. ZELLER:  I'm going to show you what was
19  previously marked as Exhibit 7, which is a copy of
20  United States Design Patent 618,677.
21      Q  Please let me know when you've had an
22  opportunity to review that design patent.
23      A  Okay.  Yes.
24      Q  Do you recognize the '677 design patent as a
25  patent you're a named inventor on?

Page 88

1      A  Yes.
2      Q  You'll see the date of the application for
3  this design patent was November 18, 2008.
4      A  Yes.
5      Q  Did -- did you have any communications with
6  any attorney or patent agent prior to the time that
7  the '677 design patent was applied for?
8      A  No.
9      Q  Directing your attention to the design that's
10  shown here in the '677 design patent, what, from your
11  perspective as an inventor, was -- was new or original
12  about this design?
13         MR. HUNG:  Objection; calls for a legal
14  conclusion.
15         MR. ZELLER:  As of the time it was invented.
16         MR. DAVIS:  And it's overly broad.
17         Go ahead.
18         THE WITNESS:  The single-face interface.
19         MR. ZELLER:  Q.  Anything else?
20      A  No.
21      Q  And by "interface," you're referring here to
22  the fact that it's a touch screen?
23      A  Yes.
24      Q  If you could, please, put the '087 design
25  patent and the '677 design patent in front of you.

Page 89

1         From your perspective, is the design that's
2  shown here in the '677 design patent the same
3  essential design or the -- substantially the same
4  design that's shown in the '087 design patent, or do
5  you consider them to be different designs?
6         MR. HUNG:  Objection; compound; calls for a
7  legal conclusion; calls for expert testimony.
8         THE WITNESS:  They look similar.  I don't
9  know if they're exactly the same.
10         MR. ZELLER:  Q.  When comparing the
11  '677 design patent to the '087 design patent, is there
12  anything that you see in the '677 design patent that
13  you consider to be new or original as compared to
14  what's already in the '087 design?
15         MR. HUNG:  Objection; calls for a legal
16  conclusion; calls for expert testimony.
17         MR. DAVIS:  Lacks foundation as to this
18  witness.
19         THE WITNESS:  I don't know what the patents
20  are about, actually.  Don't know enough about them.
21         MR. ZELLER:  Q.  Well, based on the -- the
22  comparison that you can make that you have in front of
23  you -- and let me just step back for a moment so we
24  have a clear record.
25         You have in front of you the designs that are

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 90

1  shown in the '087 design patent and the design that is
2  shown in the '677 design patent?
3      A  Yes.
4      Q  And so based on all the information that you
5  have, and based on your review of these drawings --
6      A  Yes.
7      Q  -- is there anything that you can point to
8  and can say was new or original in the '677 design as
9  compared to the '087 one?
10     MR. HUNG:  Same objections.
11     MR. DAVIS:  Same objection.
12     THE WITNESS:  I can only assume.
13     MR. ZELLER:  Q.  When you say "only assume,"
14  does that mean that you can't identify anything, or
15  that you do see something?
16     A  I can only assume that this is a patent for
17  the device, and this is a patent for the screen.
18     Q  And so we have a clear record, when you say
19  the "patent for the device," you're referring to
20  the '087 design patent; and then the "patent for the
21  screen," you're referring to the '677 design patent?
22     A  Yes.
23     Q  So other than that difference, is there
24  anything that you see that the '677 design patent has
25  that you would consider to be new or original or -- or

Page 91

1  different from --
2      A  No.
3      Q  -- the design that's shown in the '087 --
4      A  Sorry.
5      Q  -- design patent?
6      A  No.
7      MR. HUNG:  Objection; calls for an expert
8  opinion; calls for a legal conclusion; compound.
9      MR. ZELLER:  I'll show you what's previously
10  marked as Exhibit 751, which is a copy of United
11  States Design Patent 622,270.
12     Q  Please let me know when you've had a chance
13  to review the '270 design patent.
14     A  Okay.
15     Q  Do you recognize the '270 design patent as a
16  design patent that you're a named inventor on?
17     A  Yes.
18     Q  You'll see the filing date of this design
19  patent application was October 1st, 2009?
20     A  Yes.
21     Q  Did you have any communications with any
22  attorney or patent agent as it pertained to the
23  application that led to the '270 design patent?
24     A  No.
25     Q  What, from your perspective as a named

Page 92

1  inventor, do you believe was new or original about the
2  design shown here in the '270 design patent as of the
3  time that it was invented?
4      MR. HUNG:  Objection; calls for a legal
5  conclusion; calls for expert testimony.
6      THE WITNESS:  It's the first of its kind.
7  Again, it's -- nothing exists like this in the market.
8      MR. ZELLER:  Q.  And in what way, from your
9  perspective?
10     A  Again, the interface, the -- the design of
11  it, the qualities and aspects of the design features.
12     Q  What qualities and aspects of the design
13  features are you referring to?
14     A  The materials and finishes, again; the
15  single-point interface; and the absence of access and
16  moving parts, again.
17     Q  When you say "the absence of access," you're
18  referring to the fact that the -- the end user can't
19  get access to the battery?
20     A  Battery or any other storage.
21     Q  And again, in this context, when you use the
22  word "interface," you're referring to the fact that
23  it's a touch screen?
24     A  Yes.
25     Q  What about the materials, from your

Page 93

1  perspective, was new or original --
2      MR. HUNG:  Objection; calls --
3      MR. ZELLER:  Q.  -- in connection with
4  the '270 design patent?
5      MR. HUNG:  Objection; calls for a legal
6  conclusion; calls for expert testimony.
7      MR. DAVIS:  Lacks foundation.
8      THE WITNESS:  The use of multiple different
9  metals and the glass.
10     MR. ZELLER:  Q.  Anything else about the
11  materials?
12     A  No.
13     Q  Focusing on the -- the drawings that are here
14  in the '270 design patent, is the use of the multiple
15  metals shown here in some way, as you understand it?
16     MR. HUNG:  Objection; calls for a legal
17  conclusion; calls for expert testimony.
18     THE WITNESS:  No.
19     MR. ZELLER:  Q.  I'm going to show you what
20  was previously marked as Exhibit 429, which is another
21  copy of the '270 design patent, but this one has some
22  handwritten --
23     A  Okay.
24     Q  -- markings on it.  And it might be useful,
25  too, if you have the '270 design patent in front of

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 94

1  you, the clean version, just in case.
2      A  Yeah.  Okay.
3      Q  Direct your attention to Figure 1 and
4  Figure 2 of Exhibit 429, which is the marked-up
5  version of the '270 design patent.
6      A  Yes.
7      Q  You'll see that there are various areas that
8  are labeled A.
9      A  Yes.
10      Q  And you'll see within those -- those circled
11  areas there are lines -- short lines in there.
12      A  Yes.
13      Q  Do you know what any of those depict?
14      A  No.
15      Q  Directing your attention to Figure 4 of the
16  '270 design patent, you'll see in the upper left-hand
17  corner there's a quasi-rectangular shape.  It's, of
18  course, rounded where the --
19      A  Figure 4, yes.
20      Q  -- where the corner is; do you know what that
21  depicts?
22      MR. HUNG:  Objection; calls for a legal
23  conclusion.
24      THE WITNESS:  The antenna.
25      MR. ZELLER:  Q.  And does that line depict

Page 95

1  the fact that there is a different material over that
2  antenna area?
3      MR. HUNG:  Same objection; calls for expert
4  testimony.
5      THE WITNESS:  Possibly.  I --
6      MR. ZELLER:  Q.  Is that your understanding?
7      A  Yes.
8      Q  And that generally quasi-rectangular area
9  we're talking about in Figure 4 is an area where
10  plastic, as opposed to metal, was used on the iPod
11  Touch design for the -- for the antenna?
12      A  Yes.
13      Q  And the reason that was done was -- as we
14  talked about earlier today, was because having metal
15  in that region would interfere or at least reduce the
16  efficiency of the antenna itself?
17      MR. HUNG:  Objection; compound.
18      THE WITNESS:  Yes.
19      MR. ZELLER:  Q.  Direct your attention to
20  Figure 5 of Exhibit 429, which is the mock -- the
21  marked-up version of the '270 design patent, you'll
22  see that there is an arrow pointing to a sloped area
23  with the label B.
24      A  Yes.
25      Q  Do you know what that sloped area is?

Page 96

1      MR. HUNG:  Objection; calls for a legal
2  conclusion; also expert testimony.
3      THE WITNESS:  The bezel.
4      MR. ZELLER:  All right.
5      Q  And when you use "bezel" in this context, are
6  you talking about the metal surround kind of bezel, or
7  are you talking about the part of the display screen?
8      A  The metal surround.
9      Q  Was the first iPod Touch -- well, let me
10  strike -- strike that.
11      In terms of the iPod Touch that actually went
12  to market, did it have that kind of slope there on the
13  bezel?
14      A  Yes.
15      Q  Directing your attention to Figure 9, you'll
16  see that there is a line with the label D and an
17  arrow.
18      A  Yes.
19      Q  Do you know what that line is?
20      A  No.
21      MR. HUNG:  Objection; calls for expert
22  testimony; calls for --
23      MR. ZELLER:  Q.  Do you have any
24  understanding as to what it is?
25      A  No.

Page 97

1      MR. DAVIS:  Give him just a little time.
2      THE WITNESS:  Yeah.  I'm --
3      MR. DAVIS:  He's got objections to assert.
4      THE WITNESS:  -- realizing.
5      MR. ZELLER:  So why don't we take a couple of
6  minutes.  I think I'm probably done.  I'll check my
7  notes and --
8      THE WITNESS:  Okay.
9      MR. ZELLER:  -- see if there's anything else.
10      THE VIDEOGRAPHER:  We're off the record at
11  12:31 p.m.
12      (Recess taken.)
13      THE VIDEOGRAPHER:  We are back on the record
14  at 12:40 p.m.
15      You may proceed.
16      MR. ZELLER:  Q.  Have you ever had any
17  communications with Tracy-Gene Durkin?
18      A  No.
19      Q  Have you ever had any communications with
20  anyone at the law firm of Sterne Kessler?
21      MR. HUNG:  Foundation.
22      THE WITNESS:  Sterne -- who is Sterne
23  Kessler?
24      MR. ZELLER:  Q.  If you can take a look at
25  the '270 design patent.  If you look on the second

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 98

1 page, in the second column about halfway down, you'll
2 see there's a reference to Sterne, Kessler,
3 Goldstein & Fox.
4     A  No.
5     Q  Did you ever have any communications with any
6 attorney or patent agent prior to the filing of any
7 AppleDesign patent application that you were a named
8 inventor on?
9     A  No.
10    Q  Oh, and one other housekeeping matter I
11 forgot to ask you about: Where do you currently
12 reside?
13    A  Menlo Park.
14       MR. DAVIS:  You guys know very well where he
15 lives.
16       MR. ZELLER:  Maybe collectively, but I don't.
17       MR. DAVIS:  No, no, I understood.
18       MR. ZELLER:  Q.  And so you're currently a
19 California resident?
20    A  Yes.
21       MR. ZELLER:  That's all I have for you.
22 Thank you.
23       THE WITNESS:  All right.
24 Thank you.
25       MR. HUNG:  Can you give me one second, Mike,

Page 99

1 to see if I have anything else?
2       Let's go off the record for one second.
3       THE VIDEOGRAPHER:  We are off the record at
4 12:42 p.m.
5       (Recess taken.)
6       THE VIDEOGRAPHER:  We are back on the record
7 at 12:45 p.m.
8       You may proceed.
9       MR. HUNG:  I have no questions for
10 Mr. Satzger.
11       Thank you, Mr. Satzger.
12       THE WITNESS:  Thank you.
13       MR. ZELLER:  Thanks.
14       THE VIDEOGRAPHER:  This is the end of today's
15 deposition.  We are off the record at 12:46 --
16       MR. DAVIS:  Actually, before we go off the
17 record, I just want to talk about review, time for
18 review and correction.
19       What I would propose is that -- I guess,
20 under federal rules, the court reporter would
21 ordinarily send me the original transcript.  And I'll
22 have Mr. Satzger review it, if you guys don't mind,
23 having 30 days, unless you guys want to reconvene, if
24 that's okay with you.
25       MR. ZELLER:  That sounds find to me.

Page 100

1       MR. DAVIS:  And then I'll return the original
2 to the court reporter.
3       MR. ZELLER:  And obviously if he needs more
4 time, depending on what his schedule is, just raise it
5 with us.
6       MR. DAVIS:  Okay.  And the only -- the only
7 other thing I was going to do, I'm going to return to
8 you, just because I'm not part of your protective
9 order, that type of thing, all of these documents that
10 are theoretically confidential.  I assume they'll be
11 part of the record, but I just -- I'm not going to
12 retain a copy of those separately in my file.  And if
13 I need them, I assume, for purposes of correction,
14 they'll either be attached or I can contact you; is
15 that -- is that okay?
16       MR. ZELLER:  Certainly.  And obviously, with
17 respect to materials like that, we would consult with
18 Apple as well.
19       MR. DAVIS:  Okay.
20       MR. ZELLER:  I assume there wouldn't be an
21 issue on that.  And also, I believe that the original
22 transcript that will be sent out for review should at
23 least have a copy of the exhibits.
24       MR. DAVIS:  Okay.  Yeah.  I just -- assuming
25 that -- assuming that's the case, then I shouldn't

Page 101

1 need to.  It would only be in connection with any
2 corrections to his deposition.
3       Thank you.
4       MR. HUNG:  The only thing that I want to
5 clarify is that today's deposition, because it's in
6 our case, is conducted pursuant to the interim
7 protective order or any other order that was
8 subsequently entered.
9       So I heard you, Mr. Davis, but we're still,
10 of course, under the protective order and the
11 confidentiality obligations and things like that for
12 this deposition.
13       MR. DAVIS:  No, and I'm going to abide by
14 the -- you know, I won't disclose any of this outside
15 of this proceeding.  I just want to make sure that I
16 don't retain anything that would be considered
17 confidential in my file.
18       MR. ZELLER:  All right.  Thank you.
19       THE VIDEOGRAPHER:  This is the end of today's
20 deposition.  We are off the record at 12:48 p.m.
21       The master disc will be held by TSG
22 Reporting.
23       (WHEREUPON, the deposition ended at
24       12:48 p.m.)
25             ---oOo---

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 102

1    J U R A T
2
3
4    I, DOUGLAS SATZGER, do hereby certify
5    under penalty of perjury that I have read the
6    foregoing transcript of my deposition taken
7    on November 8, 2011; that I have made such
8    corrections as appear noted herein in ink,
9    initialed by me; that my testimony as
10   contained herein, as corrected, is true and
11   correct.
12
13
14   DATED this ____ day of _____, 2011,
15   at _____, California.
16
17
18
19   _____
20   DOUGLAS SATZGER
21
22
23
24
25

Page 103

1              CERTIFICATE OF REPORTER
2
3
4        I, ANDREA M. IGNACIO HOWARD, hereby certify
5    that the witness in the foregoing deposition was by me
6    duly sworn to tell the truth, the whole truth, and
7    nothing but the truth in the within-entitled cause;
8
9        That said deposition was taken in shorthand
10   by me, a Certified Shorthand Reporter of the State of
11   California, and was thereafter transcribed into
12   typewriting, and that the foregoing transcript
13   constitutes a full, true and correct report of said
14   deposition and of the proceedings which took place;
15
16       That I am a disinterested person to the said
17   action.
18
19       IN WITNESS WHEREOF, I have hereunto set my
20   hand this 8th day of November, 2011.
21
22       _____
23   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25

Page 104

1              I N D E X
2    DEPOSITION OF DOUGLAS SATZGER
3
4         EXAMINATION
5                           PAGE
6         BY MR. ZELLER            6
7
8         E X H I B I T S
9    EXHIBIT                      PAGE
10   Exhibit 1172  Sketches, Bates Nos.      24
11        SATZGER000001 - '111; 11 pgs.
12   Exhibit 1173  Colored Copies of the 035      37
13        Prototype, Bates Nos.
14        APLNDC-X00005851 - '52; '83 -
15        '87; 7 pgs.
16   Exhibit 1174  United States Design Patent No.   45
17        US D504,889 S; 5 pgs.
18   Exhibit 1175  Colored Copies of Portable      77
19        Concepts Twister Portable
20        Computer; 1 pg.
21            ---oOo---
22
23   P R E V I O U S L Y  M A R K E D  E X H I B I T S
24   Exhibit 1170; Lutton Exhibit 6 - 8
25   Durkin Exhibit 429; Russell-Clarke Exhibit 751

Page 105

1         E R R A T A   S H E E T
2
3        I Douglas Satzger make the following
4    changes to my deposition taken in the matter of Apple,
5    Inc., vs. Samsung Electronics, et al., taken on
6
7    November 8, 2011:
8
9    Page    Line    Change
10   ____    ____    _____
11   ____    ____    _____
12   ____    ____    _____
13   ____    ____    _____
14   ____    ____    _____
15   ____    ____    _____
16   ____    ____    _____
17   ____    ____    _____
18   ____    ____    _____
19   ____    ____    _____
20   ____    ____    _____
21   ____    ____    _____
22   ____    ____    _____
23   ____    ____    _____
24   DATE:_____    _____
25            DOUGLAS SATZGER

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 1

**A**

**abide (1)**
101:13
**able (1)**
37:10
**absence (4)**
85:10 86:23 92:15,17
**absolutely (1)**
77:8
**acceptable (1)**
20:20
**access (5)**
48:23 87:3 92:15,17
92:19
**accommodate (1)**
16:9
**accuracy (1)**
86:16
**accurate (1)**
35:6
**acquired (2)**
7:3,12
**action (1)**
103:17
**active (2)**
42:3 45:22
**actual (4)**
40:4 52:4 57:23 77:4
**adding (1)**
46:5
**additional (3)**
69:4 80:1,21
**address (1)**
59:17
**AEO (4)**
63:21 64:19,25 65:5
**aesthetic (6)**
11:4,6 36:5 70:2 85:9
85:19
**agendas (1)**
13:6
**agent (5)**
41:17 84:17 88:6
91:22 98:6
**agree (1)**
65:3
**agreed (2)**
64:18,23
**ahead (4)**
39:21 61:8 71:13
88:17
**al (1)**
105:5
**Alan (2)**

**4:12 5:17**
**allow (2)**
10:6 51:20
**allows (1)**
83:15
**AMERICA (1)**
1:11
**American (1)**
63:16
**AMERICA,INC (1)**
1:10
**amount (1)**
49:18
**Andrea (5)**
1:23 2:11 5:18 103:4
103:23
**Angeles (1)**
4:8
**anniversary (2)**
24:5,10
**answer (5)**
26:23 39:18 71:13
85:1,13
**antenna (11)**
14:21,24 15:3,10,11
15:15,20 94:24 95:2
95:11,16
**anyway (1)**
80:5
**apart (1)**
76:10
**APLNDC-NCC000...**
66:1
**APLNDC-X000005...**
104:14
**appear (4)**
42:13 64:14 66:24
102:8
**appears (1)**
69:20
**Apple (94)**
1:5 3:4 4:13 5:9 6:1,2
7:22 8:3,7 9:18,24
10:1,16 12:22 16:17
17:9,21 18:23 20:5
20:17 21:4 22:18
23:4,8,25 24:7 25:9
25:12,20,22 26:4,12
26:25 27:12,18,21
28:4,10 29:11 30:18
31:16 32:16,20 33:4
33:7,11 34:14 37:6
37:14 38:21 40:19
40:20 49:13,17,23

**49:25,25 50:6,13**
51:7 52:18,21 53:3
53:4 56:20 57:13,14
57:17,21 58:15,17
59:15,20,21 60:1,4
60:7 61:23 62:7,21
62:23 64:15 65:13
70:17 71:9 72:10
78:16 79:4 82:8
83:5,12,14 100:18
105:4
**AppleDesign (7)**
75:19,24 76:24 77:16
79:15 82:1 98:7
**Apple's (3)**
52:12 57:23 62:3
**application (8)**
41:14,18 84:13,18
88:2 91:19,23 98:7
**applied (2)**
40:15 88:7
**appreciate (1)**
50:7
**approximately (4)**
8:9 23:11 26:18 52:11
**archive (5)**
30:1,3,15,19 83:20
**archived (2)**
28:1 29:23
**area (12)**
14:21 42:3 45:23,23
46:20 80:14,16 95:2
95:8,9,22,25
**areas (5)**
7:17 27:25 28:6 94:7
94:11
**argued (1)**
65:4
**arose (1)**
70:14
**arrow (8)**
45:9,16 46:6,9 80:21
80:24 95:22 96:17
**arrows (3)**
80:1,5 81:2
**ascertain (1)**
51:2
**Asia (1)**
21:13
**Asian (1)**
21:19
**aside (2)**
19:13 66:10
**asked (5)**

**28:9 33:2 36:20 55:21**
62:16
**asking (2)**
36:18 49:15
**aspect (2)**
14:2 85:18
**aspects (5)**
9:16,22 19:16 92:11
92:12
**assembled (1)**
86:6
**assembly (1)**
87:9
**assert (2)**
40:23 97:3
**assessed (2)**
11:14 12:4
**assessing (5)**
14:8 15:7 16:16,20
17:8
**associated (1)**
78:11
**assume (9)**
21:21 26:2 59:22
90:12,13,16 100:10
100:13,20
**assumes (5)**
18:1 19:9 20:11 35:7
71:12
**assuming (2)**
100:24,25
**as-needed (1)**
13:2
**attached (2)**
45:8 100:14
**attention (24)**
31:8 33:15 40:7 41:20
43:8,20 44:17 45:15
48:2 50:19 65:7,15
65:24 68:16,24 73:8
79:24 80:13 81:1
88:9 94:3,15 95:19
96:15
**attic (2)**
49:21 51:4
**attorney (6)**
41:2,17 84:17 88:6
91:22 98:6
**attorneys (2)**
40:19,23
**audible (1)**
8:12
**August (1)**
23:10

**available (1)**
36:21
**aware (3)**
11:12 19:8,15
**a.m (8)**
2:2 5:3,16 49:1,5 64:7
64:10 84:2

**B**

**B (7)**
38:13,13 46:7,9 95:23
104:8,23
**back (26)**
19:1 25:21,21 27:2
30:17 31:8 33:10
42:15 49:4 50:19
53:1 54:24 56:13
57:21 58:22 59:11
59:17 64:9 66:16
67:9 82:14 83:15
84:4 89:23 97:13
99:6
**backed (11)**
58:7,14,21 59:21,24
60:4,13,14,19 61:2
62:3
**backup (1)**
58:12
**backups (1)**
59:4
**backwards (1)**
54:17
**back-and-forth (1)**
15:1
**bad (1)**
28:9
**balloons (1)**
38:23
**based (6)**
37:10 38:1 57:4 89:21
90:4,5
**basis (2)**
13:2 26:21
**Bates (5)**
24:12 68:8,15 104:10
104:13
**battery (3)**
87:3 92:19,20
**bearing (1)**
24:12
**began (3)**
7:12 28:19 54:7
**beginning (2)**
27:2 49:3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

**believe (2)**
92:1 100:21
**benefit (1)**
11:4
**Bernard (1)**
6:17
**best (9)**
13:13 15:8 21:23
54:15 61:20 68:22
68:22,23 71:18
**Beyer (1)**
41:6
**bezel (4)**
96:3,5,6,13
**bio (1)**
82:13
**bit (3)**
26:17 31:4 46:16
**blue (3)**
66:4 67:11,23
**book (13)**
75:19,25 76:5,8,24
77:4,13,17,22 79:15
82:1,14,23
**books (1)**
28:2
**boss (1)**
62:11
**bottle (1)**
16:5
**bottom (2)**
43:14 78:2
**boundary (2)**
42:5 45:22
**box (1)**
78:15
**boxes (2)**
32:25 33:1
**brain (1)**
78:15
**break (5)**
16:9 23:12,13 26:16
48:18
**breakup (1)**
34:23
**bring (1)**
36:18
**broad (3)**
33:20 84:25 88:16
**broader (1)**
7:15
**broken (7)**
42:5,12,20 44:9,14,14
46:1

**build (4)**
38:11,19 39:5 70:3
**building (1)**
36:1
**built (4)**
39:11 69:18 70:25
72:12
**bullet (1)**
38:22
**business (2)**
1:9 59:15

———————
C

**C (9)**
1:16 3:1 4:1 80:2,5,22
80:24 81:3,19
**cables (1)**
24:5
**CAD (18)**
38:20 39:3,6,19 61:4
61:5 63:20,24 64:15
64:17 65:17,21,22
66:15 67:23 68:17
68:20 74:23
**California (15)**
1:2,5,20 2:9 3:8,16,17
4:8 5:1,12,15 21:12
98:19 102:15
103:11
**call (2)**
29:7 37:1
**called (4)**
20:1 75:19 77:25
86:23
**callouts (1)**
38:8
**calls (35)**
21:14 33:21,22 37:23
37:25 42:1,2,10
43:4,5 44:6 46:2
48:8 84:24 86:10
87:15 88:13 89:6,7
89:15,16 91:7,8
92:4,5 93:2,5,6,16
93:17 94:22 95:3
96:1,21,22
**campus (1)**
29:5
**car (1)**
24:25
**case (6)**
1:7 5:12 50:14 94:1
100:25 101:6
**casing (1)**

14:22
**categories (2)**
19:14 62:1
**cause (1)**
103:7
**Caution (1)**
40:18
**CCRR (3)**
1:23 2:11 103:23
**certain (1)**
49:18 68:8 74:25
**Certainly (1)**
100:16
**CERTIFICATE (1)**
103:1
**Certified (2)**
6:8 103:10
**certify (2)**
102:4 103:4
**chance (2)**
31:23 91:12
**change (4)**
7:13 64:19 87:8 105:9
**changes (1)**
105:4
**check (1)**
97:6
**Chmfer (2)**
69:3,7
**chronology (1)**
54:25
**circled (1)**
94:10
**circular (1)**
43:24
**circumstances (1)**
72:21
**city (1)**
5:15
**claimed (2)**
42:22 43:3
**clarify (3)**
61:18 82:19 101:5
**clean (1)**
94:1
**cleaned (1)**
56:16
**cleaning (1)**
57:18
**clear (11)**
12:2 13:21 45:11 47:7
48:1 49:11,14,16
61:12 89:24 90:18
**clearer (1)**

46:17
**clearing (1)**
16:3
**client (1)**
49:10
**closer (1)**
47:2
**closest (1)**
47:4
**close-up (1)**
66:21
**CLR (3)**
1:23 2:11 103:23
**coat (1)**
25:1
**collaborative (3)**
9:2,3 10:24
**collection (1)**
63:24
**collectively (1)**
98:16
**color (36)**
8:4,20,23 9:5,9,13,20
9:23 10:2,14,20
14:8 17:8,24 18:5
19:3 20:12,16,18
34:18,22 35:5,12,17
35:25 36:2,10 38:8
38:12,13,13,21
49:24 50:15 51:6
58:9
**Colored (2)**
104:12,18
**column (1)**
40:11 41:5 98:1
**combination (1)**
44:11
**come (2)**
54:24 72:22
**communicate (2)**
62:23 63:13
**communication (1)**
84:17
**communications (9)**
40:19 41:2,9,12 88:5
91:21 97:17,19 98:5
**communicator (1)**
63:18
**companies (2)**
70:19,22
**company (11)**
1:12 15:23 27:12 28:7
40:3 52:19 59:15
71:6,7 79:6,9

**compared (2)**
89:13 90:9
**comparing (1)**
89:10
**comparison (2)**
47:3 89:22
**compilation (1)**
68:12
**comply (1)**
57:13
**components (2)**
10:11 39:12
**compound (3)**
89:6 91:8 95:17
**computer (28)**
31:11,14,15 35:1,20
38:3,19,21 39:2
52:19 53:15,19,25
54:8 55:11 57:23
58:11 60:13 63:4,10
65:12,16 66:15
74:24 75:1,8 78:17
104:20
**computers (8)**
22:19 52:21 53:6
56:15,17 62:4,15
82:16
**concept (3)**
36:1 69:18 83:2
**concepts (3)**
24:4 25:14 104:19
**concern (1)**
14:21
**concerned (2)**
17:11 60:16
**conclusion (20)**
33:22 37:24 42:2,11
43:5 44:7 46:3 48:8
84:25 86:11 87:16
88:14 89:7,16 91:8
92:5 93:6,17 94:23
96:2
**conduct (1)**
59:15
**conducted (3)**
17:14,19 101:6
**confidential (4)**
63:21 64:19 100:10
101:17
**confidentiality (1)**
101:11
**confidentially (1)**
49:20
**connection (12)**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

32:12 34:20 35:20
37:17 50:13 62:25
63:3,6 72:2 75:24
93:3 101:1
**connectors (1)**
24:6
**consider (3)**
89:5,13 90:25
**considered (3)**
14:10 86:22 101:16
**consisting (1)**
36:25
**constitutes (1)**
103:13
**consult (2)**
77:22 100:17
**consultant (1)**
79:9
**Consumer (1)**
23:22
**contact (2)**
41:16 100:14
**contain (1)**
49:18
**contained (1)**
102:10
**context (3)**
72:18 92:21 96:5
**Continued (1)**
4:1
**contract (1)**
79:3
**contribution (2)**
10:15 40:16
**control (3)**
20:13,16,18
**controlled (1)**
26:13
**controls (1)**
86:16
**COOPER (1)**
3:14
**copies (6)**
17:25 49:24 50:15
51:6 104:12,18
**copy (11)**
31:21 45:6 48:10 77:4
79:25 84:8 87:19
91:10 93:21 100:12
100:23
**corner (5)**
47:4,4 66:22 94:17,20
**corporation (2)**
1:5,10

**correct (4)**
50:9 74:14 102:11
103:13
**corrected (1)**
102:10
**correction (3)**
49:8 99:18 100:13
**corrections (2)**
101:2 102:8
**correctly (2)**
28:20 35:19
**correspond (1)**
68:21
**costs (4)**
11:10,15 12:6 14:3
**counsel (2)**
5:20 50:9
**couple (3)**
68:10 83:23 97:5
**course (8)**
19:13 34:13 60:7
70:20 77:21 82:23
94:18 101:10
**court (7)**
1:1 5:11 6:3 8:13,15
99:20 100:2
**cover (1)**
51:19
**create (3)**
32:4 70:5 71:17
**created (7)**
58:8 60:15 64:15,21
68:18 71:24 72:2
**creating (2)**
13:16 70:18
**creation (2)**
40:4 72:15
**creative (7)**
8:4 9:9 10:14,20 14:8
17:7,24
**CSR (4)**
1:23,24 2:12 103:23
**currently (3)**
6:20 98:11,18
**custody (1)**
27:16
**cut (1)**
38:16
**C-H-M-F-E-R (1)**
69:4

**_____ D _____**

**D (4)**
1:16 96:16 104:1,23

**darker (7)**
80:6,11,15,22 81:6,10
81:13
**data (1)**
56:7
**database (2)**
30:13 58:9
**date (6)**
40:8 52:1,3 88:2
91:18 105:24
**dated (4)**
41:1 51:18,20 102:14
**dates (3)**
51:10,22 52:9
**Davis (46)**
3:15 5:24,24 8:15,18
11:22,25 15:11 16:1
16:3 24:21,25 26:23
30:7 31:3,6 33:20
37:25 40:21 42:12
48:13,18 49:7 59:7
59:9 63:16 64:4
68:10 73:10 83:25
84:24 88:16 89:17
90:11 93:7 97:1,3
98:14,17 99:16
100:1,6,19,24 101:9
101:13
**day (4)**
6:23 57:5 102:14
103:20
**days (1)**
99:23
**decision (1)**
15:2
**decisions (1)**
17:9
**Defendants (1)**
1:13
**define (1)**
20:19
**degree (1)**
15:5
**Delaware (1)**
1:11
**departure (2)**
57:17 64:22
**depend (1)**
17:1
**depending (1)**
100:4
**depict (2)**
45:22 65:18 67:3,23
80:25 94:13,25

**depicted (11)**
37:20,22 48:4 66:11
66:14 69:9,15 73:12
74:1 78:6 79:20
**depicting (1)**
42:5
**depicts (5)**
41:25 80:11 81:11,14
94:21
**depo (1)**
36:19
**DEPONENT (1)**
3:13
**deposition (16)**
1:19 2:6 5:8 50:5
99:15 101:2,5,12,20
101:23 102:6 103:5
103:9,14 104:2
105:4
**depositions (2)**
22:1 36:21
**Derek (2)**
3:15 5:24
**described (1)**
50:9
**description (2)**
42:18 82:14
**design (132)**
7:7,18 8:24 9:1,10,17
9:20,22 10:5,6,16
10:23,25 12:10,11
12:19 13:23,24 19:3
31:22,23,25 32:3,4
32:5,12,13 33:15,17
34:3,4,9 35:6 36:4
37:17,18,21,22 38:3
40:2,7 41:14,18,21
42:22 43:3,10 45:6
45:17 47:25 67:16
69:25 70:1,6 71:10
71:14,20 72:3,24,25
73:1 74:22 75:9
78:11,16 79:25 84:9
84:10,18,22,23 85:6
85:9,22,23 86:1,3,9
87:14,20,22,24 88:3
88:7,9,10,12,24,25
89:1,2,3,4,4,11,11
89:12,14 90:1,1,2,8
90:20,21,24 91:3,5
91:11,13,15,16,18
91:23 92:2,2,10,11
92:12 93:4,14,21,25

**_____ (right column) _____**
94:5,16 95:11,21
97:25 104:16
**designated (2)**
64:25 65:5
**designed (1)**
10:4
**designer (8)**
7:11 34:22 35:12,17
38:10 39:19,23
72:13
**designers (2)**
70:17 78:25
**designs (17)**
12:6 20:24 24:7 25:14
31:15,15 65:12 70:5
70:18,18 71:9,19,19
74:24 75:2 89:5,25
**desktop (3)**
53:11,21 78:15
**detail (1)**
87:4
**development (4)**
10:17 14:17 20:25
65:13
**device (10)**
34:1 46:21 47:11 48:3
48:5 80:8,23 81:7
90:17,19
**devices (3)**
82:16 83:8,15
**diagonal (1)**
43:11
**Dias (2)**
4:12 5:17
**difference (1)**
90:23
**different (10)**
8:21 38:23 55:11
64:25 67:15,16 89:5
91:1 93:8 95:1
**diminish (1)**
14:23
**Direct (2)**
94:3 95:19
**directing (21)**
31:8 40:7 41:20 43:8
43:20 44:17 45:15
48:1 50:19 65:7,15
65:24 68:16,24 73:8
79:24 80:13 81:1
88:9 94:15 96:15
**direction (3)**
47:8 57:13 85:2
**directive (1)**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 4

70:9
**directly (2)**
29:25 30:3
**director (1)**
7:6
**disc (5)**
5:8 48:25 49:4 57:11
101:21
**disclose (1)**
101:14
**disclosure (1)**
64:20
**discuss (1)**
18:7
**discussed (1)**
64:13
**discussing (3)**
42:18 43:1 49:10
**discussion (1)**
13:12
**discussions (1)**
40:22
**disinterested (1)**
103:16
**display (6)**
45:23 78:5,16 79:14
79:19 96:7
**displays (1)**
24:9
**distinguished (1)**
9:16
**distract (1)**
36:4
**District (4)**
1:1,2 5:11,12
**Division (2)**
1:3 5:12
**document (15)**
24:12,14 36:25 37:2
38:12,20,22,24 45:8
45:13 48:7 64:20,21
76:23 77:1
**documents (4)**
49:9,11,12 100:9
**doing (5)**
16:1 31:14 57:12 79:6
80:20
**Dolphin (2)**
2:8 5:14
**dominoes (3)**
66:5 67:12,24
**Douglas (10)**
1:19 2:6 5:9 6:6,17
102:4,20 104:2

105:3,25
**drawing (3)**
66:15 74:23 80:21
**drawings (16)**
31:14 34:7 63:20,25
65:17,21,22 67:23
68:17,20,20 69:21
71:17,24 90:5 93:13
**drive (11)**
2:8 5:15 56:12,23
57:1,9,20 58:5,15
58:23 59:25
**drop (6)**
17:14,25 18:11 19:7
19:16 20:9
**dual (1)**
8:25
**duly (1)**
103:6
**durability (4)**
17:5,10,15,20
**Durkin (3)**
41:3 97:17 104:25
**duties (4)**
7:4,13 11:14 34:14
**D504,889 (1)**
104:17

————————
E
————————

**E (16)**
1:16,17,17,17 3:1,1
4:1,1 104:1,8,23,23
104:23 105:1,1,1
**earlier (2)**
63:11 95:14
**early (5)**
12:21 26:11,12 67:4
69:19
**easier (1)**
79:23
**easy (1)**
16:12
**edge (4)**
46:15 47:11,22 48:2
**effect (3)**
16:17,21,21
**efficiency (2)**
16:22 95:16
**efficient (1)**
15:8
**either (2)**
13:9 100:14
**Electronics (6)**
1:8,9 4:3 5:10 23:22

105:5
**EMANUEL (2)**
2:7 4:4
**embodied (1)**
71:19
**employed (2)**
6:20,22
**employee (1)**
60:17
**employment (1)**
23:19
**ended (1)**
101:23
**ends (1)**
66:19
**engineering (6)**
12:23 15:23,25 16:15
16:19 19:4
**English (3)**
76:2,9,12
**entered (1)**
101:8
**entire (2)**
11:22 71:14
**entirely (2)**
9:7 49:14
**entitled (1)**
22:6
**entity (1)**
1:9
**erased (7)**
56:16 57:1,3,6,6,18
58:1
**erasing (1)**
58:2
**Erica (2)**
4:13 6:2
**Esq (3)**
3:6 4:5,6
**essential (1)**
89:3
**et (1)**
105:5
**everybody (1)**
9:2
**exactly (3)**
27:6 47:18 89:9
**EXAMINATION (2)**
6:12 104:4
**example (4)**
14:16 17:4 51:24 68:6
**Excel (2)**
59:2 60:3
**excuse (2)**

51:25 77:24
**exercise (5)**
70:5,9 71:8,24 72:3
**exercises (1)**
70:16
**exhibit (55)**
24:11,14,18 25:6 31:9
31:21 36:24 37:2,6
45:6,13,18 46:8
50:20 51:3,9,14
52:1 63:24 64:13
65:8,17,19,22,25
66:17 67:10 68:21
68:24 69:12 72:8
73:9,21,25 74:16
76:22 77:1,16 79:24
81:2 84:8 87:19
91:10 93:20 94:4
95:20 104:9,10,12
104:16,18,24,24,25
104:25
**exhibits (1)**
100:23
**exists (1)**
92:7
**expect (1)**
13:7
**expectation (2)**
22:6 56:12
**expert (12)**
33:22 42:2 43:5 89:7
89:16 91:7 92:5
93:6,17 95:3 96:2
96:21
**explicit (1)**
22:7
**expressed (2)**
70:5,18
**extent (1)**
64:16
**exterior (2)**
10:10,12
**e-mail (6)**
36:18 59:15,17 62:23
63:14,17
**e-mails (3)**
59:19,21,25

————————
F
————————

**F (1)**
1:16
**face (4)**
15:21 80:7,15 81:7
**fact (7)**

80:23 85:16,17 88:22
92:18,22 95:1
**facts (5)**
18:1 19:9 20:11 35:7
71:12
**factually (1)**
50:9
**fairly (1)**
28:17
**familiar (1)**
78:8
**far (7)**
11:13 18:24 20:21
34:21 49:7 51:2
55:11
**features (2)**
92:11,13
**federal (1)**
99:20
**field (1)**
42:18
**Figueroa (1)**
4:7
**figure (29)**
41:20 42:18 43:1,9,13
43:21 44:18 45:9,16
45:25 46:6,22 47:15
48:4 80:1,13,21
81:1,18,19,20,21
94:3,4,15,19 95:9
95:20 96:15
**file (22)**
32:25 33:1 38:10,12
38:14,18,19,20,21
38:21 39:2,3,6,7,19
39:19 59:5 66:8
67:15 69:2 100:12
101:17
**filed (3)**
25:19 41:1 84:13
**files (22)**
29:7,12,20 30:2,14,19
54:3 56:7,13 57:18
57:25 58:1,2,8,22
59:1,2 60:6 61:21
62:1 64:15,17
**filing (4)**
40:8 41:13 91:18 98:6
**find (5)**
30:17 34:22 35:12,17
99:25
**fine (3)**
31:7 46:17 80:19
**finish (2)**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

31:6 59:7
**finishes (16)**
8:5,21,23 9:9,14,23
  10:2,2,5,15,21 14:8
  17:8,24 86:18 92:14
**firm (4)**
41:6,10 79:9 97:20
**first (12)**
14:18 23:2,7 40:9,11
  41:5 42:17 50:8
  64:25 74:4 92:6
  96:9
**fit (1)**
15:22
**five (1)**
8:8
**flat (5)**
24:9 78:5,15 79:14,19
**flip (1)**
87:2
**focus (2)**
9:4 34:25
**focused (1)**
9:13
**focusing (18)**
8:2 13:4 21:10 23:23
  28:18 32:3 33:15
  39:10 47:10 51:9
  53:3 58:12 59:20
  61:1 62:20 71:8
  73:4 93:13
**Foerster (2)**
3:5 5:25
**following (3)**
9:7 17:5 105:3
**follows (1)**
6:9
**foregoing (3)**
102:6 103:5,12
**forget (1)**
70:23
**forgot (1)**
98:11
**form (2)**
14:12 42:21
**formal (1)**
13:25
**foundation (20)**
16:23 19:10 21:14,20
  30:7 37:24 39:8,13
  43:18 67:14 71:21
  74:6 75:3 76:6
  82:18 83:9,17 89:17
  93:7 97:21

**four (1)**
55:20
**fourth (1)**
74:17
**Fox (1)**
98:3
**frame (2)**
12:15 29:2 54:23
**frames (1)**
12:16
**Francisco (2)**
3:8,17
**free (4)**
50:3 77:8,21 82:22
**front (14)**
41:22 44:22 47:22
  51:19 74:20 77:23
  80:7,15,23 81:7
  88:25 89:22,25
  93:25
**full (2)**
6:15 103:13
**fully (1)**
61:17
**function (3)**
14:11,24 16:22
**functional (1)**
15:8
**funny (1)**
8:18
**future (1)**
10:7

_____

**G**

**G (1)**
1:16
**gap (2)**
23:19 81:14
**Gavin (2)**
78:17 79:1
**gen (1)**
23:7
**general (6)**
38:8 66:11 82:11,15
  82:19,21
**generally (24)**
9:25 16:14,19 18:25
  19:8,12 20:15 33:4
  34:19,24 35:10 36:8
  37:7 43:24 50:8
  51:13 66:9,12,13
  70:4 73:5 82:5 83:8
  95:8
**generated (6)**

13:6,9 19:15 20:4,8
  20:23
**generation (3)**
23:2 74:9,17
**getting (2)**
18:14 61:6
**give (4)**
8:12 27:12 97:1 98:25
**given (1)**
38:24
**glass (3)**
74:17,20 93:9
**glasses (1)**
24:24
**go (12)**
21:3 32:21 39:21 61:8
  64:1 66:16 69:12
  71:13 83:15 88:17
  99:2,16
**goal (3)**
35:24,24 36:8
**going (16)**
25:21 27:2 31:20 47:8
  48:20 56:13 62:8
  63:23 65:8 67:9
  87:18 93:19 100:7,7
  100:11 101:13
**Goldstein (1)**
98:3
**good (4)**
5:7 6:13,14 48:15
**grade (1)**
19:25
**great (1)**
48:19
**greater (1)**
87:11
**Green (1)**
30:25
**groove (1)**
81:14
**ground (1)**
22:1
**group (17)**
9:4 12:4,10,19 13:15
  13:22 14:5 16:15,20
  17:13,19 21:8,12,17
  40:2,2 79:5
**guess (5)**
22:2,9,12 58:10 99:19
**guideline (1)**
20:17
**Guido (1)**
78:23

**guys (3)**
98:14 99:22,23

_____

**H**

**H (5)**
1:16,16 104:8,23
  105:1
**half (2)**
26:14 53:17
**halfway (2)**
40:11 98:1
**Hall (4)**
4:6 5:23,23 36:23
**hand (3)**
28:11 39:16 103:20
**handheld (2)**
34:1 85:3
**handwritten (4)**
38:22,24 45:7 93:22
**happen (1)**
75:22
**happened (3)**
29:14 61:7 74:8
**happy (1)**
16:9
**hard (9)**
56:12,23 57:1,9,20
  58:5,15,23 59:25
**hardbound (2)**
77:10,12
**hear (1)**
16:3
**heard (1)**
101:9
**held (1)**
101:21
**help (2)**
45:11 61:17
**helped (1)**
10:5
**helps (1)**
80:18
**hereunto (1)**
103:19
**high (1)**
87:9
**highly (3)**
63:20 64:19 87:10
**high-end (1)**
70:24
**hinge (2)**
87:3,9
**hired (1)**
82:4

**history (1)**
83:21
**Hoellwarth (1)**
41:13
**holding (5)**
29:25 46:11,22 47:15
  48:5
**hole (1)**
44:2
**holes (4)**
66:25 67:2,6,13
**home (2)**
49:21 51:4
**hopefully (2)**
46:16 47:6
**hour (1)**
48:21
**housekeeping (1)**
98:10
**HOWARD (4)**
1:23 2:11 103:4,23
**HP (7)**
6:23 7:1,2,3,5,12,13
**huh-uh (1)**
8:16 15:21
**Hung (70)**
3:6 5:25,25 14:12
  16:23 17:17 18:1
  19:9,18 20:11 21:14
  21:20 33:19,21 34:6
  35:7 36:11,15,17
  37:23 39:8,13,21
  40:18 42:1,10 43:4
  43:7,18 44:6,10,15
  46:2 48:7 63:19
  64:1,12 65:6 67:14
  68:4,13 71:12,21
  74:6 75:3 76:6 80:3
  82:18 83:9,17 86:10
  87:15 88:13 89:6,15
  90:10 91:7 92:4
  93:2,5,16 94:22
  95:3,17 96:1,21
  97:21 98:25 99:9
  101:4

_____

**I**

**idea (5)**
31:18 32:10,15 58:20
  82:19
**ideas (2)**
25:13 70:1
**identification (4)**
24:15 37:3 45:14 77:2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

**identified (1)**
37:7
**identify (4)**
5:20 85:7 86:1 90:14
**identifying (1)**
26:9
**IDEO (5)**
23:8,24 24:8 76:13,17
**Ignacio (5)**
1:23 2:11 5:18 103:4
103:23
**illustrative (1)**
42:21
**image (1)**
58:5
**imaging (1)**
79:4
**impact (3)**
11:15 12:6 14:3
**include (2)**
10:11 50:21
**incorporated (1)**
79:8
**index (1)**
30:13
**individual (5)**
19:13 35:24 46:22
47:14 48:4
**industrial (5)**
7:6,17 9:17 19:3
78:16
**inform (2)**
11:2 62:10
**information (8)**
18:11 32:11,18 49:19
69:4 79:18 82:8
90:4
**initialed (1)**
102:9
**Initially (1)**
13:24
**ink (1)**
102:8
**inside (1)**
51:19
**insofar (2)**
11:9 17:10
**instance (3)**
19:24 39:23 64:25
**instances (2)**
58:14,21
**instilled (1)**
86:13
**intended (4)**

35:5,5 68:14,15
**intention (2)**
80:4 81:5
**intentional (1)**
68:5
**interface (9)**
33:23,25 85:9,13
88:18,21 92:10,15
92:22
**interfere (1)**
14:10,23 95:15
**interim (2)**
36:21 101:6
**interior (8)**
10:11 41:22 42:9 43:2
43:9 44:18,21 45:18
**internal (2)**
20:4 28:2
**International (1)**
71:7
**interrupt (1)**
68:4
**interview (1)**
82:12
**interviewed (3)**
40:15 75:23 81:25
82:7
**invented (5)**
34:5 84:23 85:8 88:15
92:3
**inventor (13)**
32:1 33:17 34:3 84:11
84:21 86:8,22 87:13
87:25 88:11 91:16
92:1 98:8
**involve (1)**
24:9
**involved (4)**
17:2 36:10 71:10,15
**involvement (8)**
22:18,20,21,24 35:11
35:16 40:4 72:14
**in-office (2)**
30:11 32:24
**iPad (4)**
74:3,4,9,10
**iPhone (9)**
23:3,6 63:6 69:19
70:3 74:2,3,18,21
**iPod (8)**
14:18 22:22,25 62:25
74:18 95:10 96:9,11
**issue (4)**
12:9 17:2 65:1 100:21

**issues (2)**
87:4,6
**Ive (2)**
62:13,14
**Ivester (3)**
78:17,18,18
**IWC (2)**
70:23 71:4

_____

**J**

**J (1)**
102:1
**JOB (1)**
1:25
**Jonathan (1)**
62:13
**Jose (2)**
1:3 5:12
**July (1)**
84:14
**J.D (1)**
3:15

_____

**K**

**K (1)**
104:23
**keep (6)**
25:16 26:20 27:19,24
29:9 33:7
**keeping (1)**
28:19
**kept (4)**
25:19 29:8 49:19 59:5
**Kessler (3)**
97:20,23 98:2
**keyboard (3)**
78:16 85:15 87:2
**kind (14)**
13:6,8 15:22 17:2,19
39:6 52:3 54:23
66:25 83:14,20 92:6
96:6,12
**kinds (3)**
17:15 19:6 20:7
**knew (1)**
11:13
**know (94)**
11:18 13:11 15:2,16
15:18 16:9,11,24
17:19,22 18:24
19:11 20:12 21:1,22
22:10 24:3,16 26:10
27:6,6 29:1,14,17
29:24 30:9 31:22

33:2 37:5 38:1 39:9
39:22 40:21 41:25
42:14,25 43:6,17
44:4,8 51:16 52:7
52:14,17 54:11
56:19 57:6,10 59:22
66:7 67:2 69:7,9,15
71:22 72:4,12 73:12
73:15,17,22,25
74:18 75:10,17,18
76:2,9,12 77:9
78:21,25 79:2,12
81:10,13,16 83:7,11
83:18,19,22 86:5
87:21 89:9,19,20
91:12 94:13,20
95:25 96:19 98:14
101:14
**knowledge (5)**
32:10,18 75:7 79:18
80:10
**Korean (1)**
1:9
**Kunkel (2)**
75:17,22
**K-U-N-K-E-L (1)**
75:17

_____

**L**

**L (4)**
1:16,16,17 104:23
**label (10)**
45:7,16 46:6,9 80:5
80:18,22,24 95:23
96:16
**labeled (3)**
81:3,19 94:8
**labels (1)**
80:2
**Lacks (2)**
89:17 93:7
**language (7)**
42:23 70:2,6,19 71:10
71:20 72:3
**laptop (7)**
53:11,12,21,22 55:7
58:22 59:25
**laptops (2)**
24:4,10
**law (3)**
41:6,9 97:20
**lead (17)**
8:4 9:9 10:14,20 14:1
14:8 15:6,14 17:7

17:24 18:4,17 19:4
38:10 39:19,22
72:14
**learned (1)**
18:11
**leave (2)**
28:6 52:12
**led (2)**
14:1 91:23
**left (33)**
8:2 25:20 26:4,25
27:12,18,21 28:4,8
28:10,14,17,17
29:11 32:16,20 33:4
33:6,10 49:13 50:5
52:12,18,20 53:3,4
55:25 56:11,20
59:20 60:7 74:8
79:4
**left-hand (1)**
94:16
**legal (20)**
33:21 37:23 42:1,10
43:4 44:6 46:2 48:8
84:24 86:10 87:15
88:13 89:7,15 91:8
92:4 93:5,16 94:22
96:1
**letter (2)**
45:9 80:2
**let's (11)**
12:20 14:17 24:11
26:11 29:4 34:25
44:24 45:5 62:21
76:22 99:2
**liability (1)**
1:12
**liaison (2)**
12:8 19:4
**License (2)**
1:24 2:12
**life (1)**
79:22
**limited (1)**
1:11
**line (16)**
45:19 46:13,14,15,17
80:6,11,15,23 81:6
81:10,13 94:25
96:16,19 105:9
**lined (2)**
67:12,24
**lined-up (1)**
66:4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 7

**lines (20)**
42:5,6,7,9,12,20 43:1
43:2,11,15 44:9,13
44:19,20 45:25 47:2
47:5 48:6 94:11,11
**list (1)**
30:14
**little (9)**
15:5 26:17 31:3 46:16
63:5,9 72:20 79:3
97:1
**lives (1)**
98:15
**LLC (1)**
1:11
**LLP (1)**
2:8
**located (2)**
5:14 21:12
**long (7)**
7:1 8:6 16:5 23:13
53:15,25 54:13
**longer (3)**
12:25 26:5 27:5
**look (18)**
24:17,21 31:23 32:21
43:13 66:4,18 68:25
73:17,20,24 77:7,8
82:22 83:15 89:8
97:24,25
**looking (1)**
70:24
**looks (10)**
8:18 44:1,11,16 74:9
74:18,20,21 75:4
78:19
**loose (5)**
28:22 29:6,12,20
30:23
**Los (1)**
4:8
**lot (4)**
26:14 29:23 69:25
87:9
**Lutton (1)**
104:24

_____
**M**

**M (5)**
1:23 2:11 103:4,23
104:23
**Mac (2)**
24:5,10
**MacBook (14)**

53:14 54:5 55:14,25
56:13,18,21 57:7,20
60:6,19 61:2,21
62:2
**machine (1)**
39:12
**Macintosh (1)**
24:4
**main (1)**
72:16
**maintained (1)**
49:20
**maker (2)**
38:11 39:20
**makers (1)**
38:25
**making (2)**
17:9 40:2
**man (1)**
18:21
**manufacture (2)**
86:5 87:7
**manufactured (1)**
83:16
**manufacturers (1)**
70:24
**manufacturing (5)**
11:10,15 12:6 14:3
20:18
**March (4)**
7:21 40:9 41:1,10
**mark (7)**
24:11 36:24 45:1,5
47:6 63:20 76:22
**marked (14)**
24:14 31:21 37:2,5
45:13,17 63:24
65:18 77:1,15 84:8
87:19 91:10 93:20
**marked-up (3)**
79:25 94:4 95:21
**market (3)**
3:7 92:7 96:12
**markings (1)**
93:24
**master (1)**
101:21
**material (7)**
10:6 19:19,23 20:20
21:3 34:22 95:1
**materials (49)**
9:5,23 10:1,4,8,9 11:3
11:8,14 12:5,19
13:8 14:3,9,20 15:3

15:9 16:16,21 17:6
17:9,20,21 19:4,16
20:9,23,24 21:9
28:16 33:13 34:18
35:12,17,25 36:3,9
38:4 58:9 65:3
70:25 85:10 86:4,4
86:7 92:14,25 93:11
100:17
**Matrix (2)**
76:13,16
**matter (4)**
5:9 17:1 98:10 105:4
**mean (11)**
10:1,3 33:24 38:16
48:3 68:7 85:14,21
87:1,6 90:14
**meaning (2)**
47:13,16
**means (1)**
38:9
**meeting (3)**
12:14 14:1 72:20
**meetings (8)**
12:17,18,22 13:1,5,10
18:6 73:1
**member (1)**
9:1
**members (3)**
8:24 9:21 15:19
**memory (1)**
61:21
**Menlo (1)**
98:13
**mentioned (17)**
11:6 18:17 20:10,21
21:2 29:17 39:2,18
55:3,11 60:4,5
61:25 71:4 81:25
85:13,18
**mentioning (1)**
55:17
**metal (6)**
14:22,22 95:10,14
96:6,8
**metals (2)**
93:9,15
**MICHAEL (1)**
4:5
**migrated (2)**
54:4 56:8
**Mike (4)**
5:22 63:19 64:1 98:25
**mind (2)**

32:23 99:22
**minute (1)**
48:17
**minutes (4)**
13:6 60:12 83:24 97:6
**missing (2)**
68:6,11
**misstates (1)**
48:8
**misunderstanding (1)**
26:7
**mobile (1)**
34:1
**mock (1)**
95:20
**mockup (21)**
36:1,9,14 37:1,6,7,8
37:11,16 38:7 39:24
40:5 65:18,22 66:18
66:22 67:19 68:16
68:18,21 72:10
**mock-up (2)**
37:20 38:2
**mock-ups (8)**
34:9,11,17,20,21 35:1
35:4,20
**model (16)**
35:5 38:11,11,19,25
39:10,20 40:2 53:13
53:23 69:18 72:10
72:15,19,22,24
**models (2)**
67:4 72:1
**Moller (1)**
18:18
**moment (8)**
39:11 42:16 57:19
58:12 66:16 67:9
71:8 89:23
**months (1)**
7:2
**morning (3)**
5:7 6:13,14
**Morrison (2)**
3:5 5:25
**move (5)**
29:17,21 30:2 47:3
79:22
**moved (4)**
29:2,5 30:5,9
**moving (3)**
85:10 86:24 92:16
**multipage (2)**
24:11 36:25

**multiple (2)**
93:8,14
**museum (1)**
83:20
**M-O-L-L-E-R (1)**
18:20

_____
**N**

**N (7)**
1:16,16,17,17 3:1 4:1
104:1
**name (10)**
5:17 6:15,18 15:21
20:2 58:18 69:2,24
70:23 75:18
**named (8)**
32:1 33:16 41:2 84:11
87:25 91:16,25 98:7
**names (2)**
24:3 78:10
**narrow (1)**
62:21
**nature (1)**
7:13
**necessarily (1)**
15:15
**need (7)**
8:12 24:24 49:8 61:12
81:23 100:13 101:1
**needed (1)**
13:12
**needs (1)**
100:3
**network (2)**
58:16,17
**neutral (1)**
36:2
**never (3)**
61:3,7 85:24
**new (19)**
1:10 11:2 30:5 33:17
34:3 45:2 46:6
84:22 85:2,7 86:8
86:22 87:13 88:11
89:13 90:8,25 92:1
93:1
**Nishibori (1)**
72:16
**nonactive (1)**
45:23
**Northern (2)**
1:2 5:11
**Nos (3)**
24:12 104:10,13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 8

**notation (1)**
46:6
**noted (1)**
102:8
**notes (1)**
97:7
**notice (3)**
2:10 82:22,24
**November (8)**
1:21 2:1 5:2,16 88:3
102:7 103:20 105:7
**number (4)**
45:3 76:19 82:24 83:2
**numbered (2)**
73:9 78:14
**numbering (1)**
68:15
**numbers (1)**
68:11

_____
**O**

**O (4)**
1:16,17,17 104:23
**object (2)**
47:16,17
**objection (46)**
14:12 16:23 17:17
18:1 19:9,18 21:14
33:19,21 35:7 36:11
37:23 39:8,13 40:23
42:1,10 43:4,18
44:6,15 46:2 48:7
64:16 67:14 71:12
71:21 82:18 83:9
84:24 86:10 87:15
88:13 89:6,15 90:11
91:7 92:4 93:2,5,16
94:22 95:3,17 96:1
96:21
**objectionable (1)**
50:1
**objections (4)**
34:6 44:10 90:10 97:3
**obligations (1)**
101:11
**obviously (5)**
64:24 65:1 82:24
100:3,16
**occur (1)**
82:3
**occurred (1)**
30:2
**October (1)**
91:19

**office (8)**
27:25 28:1,3 31:2
33:6,7,10 58:8
**offices (4)**
29:2,19 30:6 31:1
**off-site (1)**
30:11
**Oh (7)**
18:9 31:5 36:6 38:16
48:24 68:10 98:10
**okay (38)**
12:1 16:1,6 22:11,13
22:16 24:23 36:16
40:10,24 44:23
45:12 47:19 48:13
52:25 53:2,5 54:24
55:1 59:8 61:10,13
61:16,19 64:3 65:10
68:13 77:12 87:23
91:14 93:23 94:2
97:8 99:24 100:6,15
100:19,24
**old (2)**
31:1,2
**Omega (1)**
70:25
**once (1)**
49:22
**ones (9)**
20:21 26:4 27:5,7,9
27:10 29:8 42:8
57:19
**one-page (1)**
76:22
**on-campus (2)**
30:11 32:25
**oOo (3)**
4:15 101:25 104:21
**operations (9)**
11:21 12:3,8,18,23
13:5,22 15:24 19:5
**opinion (1)**
91:8
**opportunity (2)**
24:17 87:22
**opposed (4)**
18:14 30:5 83:12
95:10
**orally (1)**
18:12
**order (5)**
39:5 100:9 101:7,7,10
**ordered (1)**
68:8

**ordinarily (1)**
99:21
**original (20)**
33:17 34:3 50:16 74:2
74:21 77:22 84:22
85:8 86:8,23 87:14
88:11 89:13 90:8,25
92:1 93:1 99:21
100:1,21
**originally (1)**
29:10
**originals (1)**
50:6
**origins (1)**
70:13
**outline (2)**
13:11,16
**outside (3)**
20:20 28:1 101:14
**overall (2)**
15:23 86:2
**overly (3)**
33:20 84:25 88:16

_____
**P**

**P (5)**
3:1,1 4:1,1 104:23
**page (37)**
29:6,12,20 30:23
40:11 41:6 42:17
51:25,25 52:4 54:25
55:24 65:24 66:10
66:19 67:10 68:11
68:25 69:10,12,13
72:6,8 73:8,13,15
74:2 76:23 77:6,16
77:19,24,24 98:1
104:5,9 105:9
**pages (20)**
28:25 31:10,10 49:25
50:20,21,24 51:10
51:13,23 65:9,11
67:21,22 68:7,8
73:21,24 74:1,15
**palette (1)**
36:2
**Palm (5)**
7:3,3,9,12,20
**panel (5)**
24:9 78:5,15 79:14,19
**paper (2)**
26:15 28:22
**Pardon (2)**
13:3 31:24

**Park (1)**
98:13
**part (23)**
9:10 10:23 11:13
15:23 17:23 26:12
38:13,13,17 42:21
43:2,9 44:20 66:3
69:2 72:8 73:9 80:7
81:6 86:21 96:7
100:8,11
**participant (1)**
15:4
**particular (16)**
8:6 10:9 11:14 14:9
17:1 19:13 27:15
35:6 39:23 45:10
57:8 66:10 72:13
77:5,16 85:7
**partly (1)**
9:6
**parts (5)**
10:10 38:23 85:10
86:24 92:16
**passwords (1)**
62:16
**patent (71)**
31:22,23,25 32:1,4,12
33:16 34:4 37:18,22
40:8,14,16 41:1,14
41:17,18,21 45:6,17
79:25 84:9,10,11,17
84:19,23 87:20,22
87:24,25 88:3,6,7
88:10,25,25 89:2,4
89:11,11,12 90:1,2
90:16,17,19,20,20
90:21,24 91:5,11,13
91:15,16,19,22,23
92:2 93:4,14,21,25
94:5,16 95:21 97:25
98:6,7 104:16
**patents (1)**
89:19
**path (3)**
59:5,6,12
**Paul (1)**
75:17
**PD (2)**
14:1 21:7
**penalty (1)**
102:5
**pending (1)**
16:11
**people (3)**

**9:21 37:1 70:6**
**perceived (1)**
70:6
**perform (2)**
13:12 76:16
**perimeter (3)**
80:7,14 81:7
**period (35)**
7:25 8:10 9:12,13
10:13,14 12:25 13:4
14:7 15:14 17:14
19:2 21:10,11 22:17
25:11,24 26:8,19
27:9 28:18 29:1
30:18 35:2,21 51:21
52:8 54:18 55:8
58:19 59:14 62:20
62:22 73:4,5
**periods (1)**
26:3
**perjury (1)**
102:5
**person (6)**
11:17 21:6 27:15
46:11 72:17 103:16
**personal (4)**
33:12 49:18 57:15
58:2
**personally (1)**
61:4
**perspective (21)**
12:4 15:7 33:16 34:2
43:14 45:22 46:11
46:21 47:14 48:4
50:2,10 84:21 86:8
86:21 87:13 88:11
89:1 91:25 92:9
93:1
**pertain (1)**
51:14
**pertained (4)**
11:9 41:14 84:18
91:22
**pertains (1)**
86:9
**pertinent (1)**
49:25
**pg (1)**
104:20
**pgs (3)**
104:11,15,17
**phones (1)**
85:3
**photocopy (1)**

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 9

76:23
**photograph (2)**
77:24 78:12
**photographer (2)**
76:4,7
**photographs (6)**
36:25 37:6,10,21
65:18 66:17
**photography (2)**
76:16 83:8
**photos (3)**
82:17,25 83:2
**physical (3)**
38:11 85:23 87:2
**physically (2)**
27:23 28:11
**picture (1)**
78:2
**place (3)**
32:20 55:23 103:14
**placed (1)**
64:13
**places (2)**
21:16 80:24
**Plaintiff (1)**
1:6
**plastic (2)**
14:20 95:10
**please (20)**
5:20 6:4,15 9:25
18:19 24:11,16
31:22 36:24 38:9
45:5 68:25 73:17,20
73:25 76:22 87:1,21
88:24 91:12
**pockets (1)**
25:2
**point (10)**
11:4,6 14:17 31:13
34:18 44:23 65:2
80:5 81:5 90:7
**pointing (7)**
38:23 45:9 46:10,13
46:14,19 95:22
**points (2)**
38:22 80:22
**policy (1)**
57:14
**polycarbonate (1)**
19:24
**Portable (2)**
104:18,19
**portion (9)**
27:4 43:24 44:21

45:10 46:10,20 47:3
47:11 80:22
**portions (1)**
80:14
**position (6)**
7:8 9:9 11:9,19 17:7
65:1
**positive (1)**
74:7
**possession (4)**
49:12 51:18 52:7,12
**possible (1)**
16:12
**Possibly (1)**
95:5
**potential (5)**
16:21 20:24 31:15
70:18 71:19
**potentially (1)**
36:4
**PowerBook (13)**
53:24 54:4,8,12,13,21
55:2,14,17 56:3,9
57:6,7
**practice (4)**
25:12,17 28:19,24
**Precisely (1)**
47:21
**Precision (1)**
86:16
**prefer (1)**
16:10
**prepare (1)**
38:10
**prepared (3)**
25:8 32:12 39:19
**PRESENT (1)**
4:12
**presented (1)**
72:23
**pretty (2)**
9:3 46:17
**previously (7)**
31:20 33:3 63:23 84:8
87:19 91:9 93:20
**Primarily (2)**
28:2 59:2
**primary (1)**
58:10
**principal (1)**
72:14
**print (1)**
26:15
**prior (23)**

7:22 8:19,25 23:8
39:18 40:14,25
41:10,13 53:18,20
54:7,10 56:2,3 58:6
60:7 61:21 62:2,6
84:16 88:6 98:6
**privileged (1)**
40:22
**Pro (14)**
53:14 54:5 55:14,25
56:13,18,21 57:7,20
60:6,19 61:2,21
62:2
**probably (12)**
8:8 12:21 13:11 21:7
26:1,1 27:11 53:17
54:14 55:9 56:16
97:6
**proceed (5)**
49:6 64:11 84:6 97:15
99:8
**proceeding (1)**
101:15
**proceedings (1)**
103:14
**process (3)**
57:17 58:12 69:25
**processed (1)**
11:3
**processes (2)**
10:6 86:12
**produced (1)**
50:2
**product (14)**
9:23 10:7,25 11:4
14:11 16:22 36:5
60:18 79:19 82:25
85:23 86:13 87:7,10
**production (1)**
20:17
**products (12)**
9:3,17 10:7,10,16
16:17 17:10,21 24:2
60:15 61:4 82:8
**product-related (1)**
60:11
**profile (3)**
47:23,25 48:2
**program (4)**
57:8,11,18 62:7
**project (3)**
58:9 61:23 71:11
**projects (4)**
63:1,4,7,10

**project-related (2)**
60:12,18
**properly (1)**
64:24
**propose (1)**
99:19
**proposed (4)**
12:5 16:21 17:20
25:14
**protective (3)**
100:8 101:7,10
**prototype (2)**
39:5 104:13
**prototypes (1)**
72:2
**prototyping (1)**
39:12
**provide (2)**
77:5 82:7
**pulled (1)**
49:21
**purpose (4)**
35:11 70:4 82:9,11
**purposes (2)**
42:21 100:13
**pursuant (2)**
2:10 101:6
**put (7)**
25:13 45:8 49:8 77:22
80:1,24 88:24
**putting (1)**
71:9
**p.m (7)**
84:5 97:11,14 99:4,7
101:20,24

_____

**Q**

**qualities (5)**
36:5 86:13,14 92:11
92:12
**quality (3)**
87:4,5,10
**quasi-rectangular (2)**
94:17 95:8
**question (7)**
11:22 16:11 22:8 28:9
31:7 35:14 82:21
**questions (4)**
50:3 59:7 65:8 99:9
**quickly (1)**
28:17
**Quin (1)**
41:12
**QUINN (2)**

2:7 4:4

_____

**R**

**R (8)**
1:17 3:1 4:1 102:1
104:23,23 105:1,1
**raise (1)**
100:4
**ran (2)**
57:18 62:6
**range (3)**
20:19,20 68:9
**rapid (1)**
39:12
**read (1)**
102:5
**reading (1)**
18:15
**realizing (1)**
97:4
**really (3)**
46:19 61:3,15
**reason (2)**
65:5 95:13
**rebuilding (1)**
12:21
**recall (33)**
13:8 14:24 15:13,19
15:22 20:8 27:4,7
29:3,22 30:12,22
31:13 37:11 38:6
40:1 41:16 53:13,23
55:7 56:16 59:4,24
62:5 66:9 70:2,11
70:22 71:10,18,23
72:14,18
**receive (2)**
17:25 36:18
**received (3)**
18:5 19:8 21:18
**Recess (5)**
49:2 64:8 84:3 97:12
99:5
**recognize (15)**
24:18 25:5 31:25
50:20,23 65:11,16
65:21 74:1,16,19
75:7 84:10 87:24
91:15
**recollection (5)**
13:13 30:24 54:15
67:8 70:12
**reconvene (1)**
99:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**record (36)**
5:21 6:16 12:3 45:1
45:11 46:5 48:1
49:1,4,9,10,11,16
61:14,18 64:1,6,10
64:12 65:25 72:7
77:3 80:20 84:1,4
89:24 90:18 97:10
97:13 99:2,3,6,15
99:17 100:11
101:20
**rectangles (3)**
66:4 67:11,24
**rectangular (5)**
41:22 42:9 43:2 44:19
45:19
**reduce (1)**
95:15
**Redwood (4)**
1:20 2:9 5:1,15
**reference (2)**
41:6 98:2
**referring (15)**
21:18 26:3 38:18 52:3
55:12 56:17 72:7,25
86:15 88:21 90:19
90:21 92:13,18,22
**reflected (2)**
51:10,14
**region (2)**
15:3 95:15
**regular (3)**
12:16,22 26:20
**regularly (8)**
12:13,17,25 25:19
58:7,13 62:22 73:1
**relate (6)**
10:19,22 31:11 65:12
75:1,8
**related (7)**
11:1 12:19 19:15 20:8
20:23 41:17 52:8
**relates (1)**
74:23
**relationship (1)**
67:12
**relative (2)**
21:8 75:4
**reliability (1)**
17:10
**remaining (2)**
73:21 74:15
**remember (2)**
13:18 20:1 40:3 52:15

71:2 72:5,21
**remove (2)**
87:4,5
**rephrase (1)**
73:22
**report (2)**
20:14 103:13
**reporter (10)**
6:3,8 8:13,15 45:4
76:20 99:20 100:2
103:1,10
**Reporting (3)**
5:17,19 101:22
**reports (19)**
17:25 18:11,14 19:6,7
19:14,17,20,22 20:2
20:3,7,10,16,19,22
21:2,3,18
**represent (1)**
36:2
**representation (1)**
44:1
**requested (1)**
62:15
**reside (1)**
98:12
**resident (1)**
98:19
**resource (1)**
83:14
**respect (15)**
24:7 29:6 35:4,24
37:16 45:25 50:12
51:17 52:6 55:2
57:25 63:9 74:12
85:21 100:17
**response (1)**
8:13
**responsibilities (5)**
7:5,9 10:20 17:23
19:1
**responsibility (7)**
8:20,22 11:2,8,13
13:22 34:21
**responsible (7)**
8:23 9:22 13:16 14:6
16:15,20 17:8
**rest (2)**
10:5 73:24
**restate (3)**
14:13 35:13,14
**result (1)**
13:10
**retain (2)**

100:12 101:16
**retained (1)**
49:17
**retaining (3)**
25:18 28:24,25
**retention (1)**
49:15
**return (3)**
62:17 100:1,7
**returned (2)**
57:2 62:15
**reveal (1)**
40:18
**review (9)**
52:9 64:4 87:22 90:5
91:13 99:17,18,22
100:22
**reviewing (1)**
77:11
**Richard (2)**
3:6 5:25
**Rick (1)**
76:2
**right (15)**
14:19 18:16 35:3,22
36:13 37:4 47:21
55:6,21 56:6 63:22
74:11 96:4 98:23
101:18
**right-hand (1)**
43:23
**role (1)**
8:25
**Ron (1)**
18:18
**room (1)**
16:6
**roughly (1)**
54:18
**rounded (1)**
94:18
**RPR (3)**
1:23 2:11 103:23
**rule (1)**
22:1
**rules (1)**
99:20
**run (1)**
57:8
**runs (4)**
44:21 80:6,16 81:6
**Russell-Clarke (1)**
104:25
**R.PH (1)**

3:15

---

**S**

**S (9)**
1:17,17 3:1 4:1 104:8
104:17,23,23 105:1
**Samsung (8)**
1:8,9,10 4:3 5:10,22
5:23 105:5
**San (4)**
1:3 3:8,17 5:12
**SATGER000001 (1)**
24:12
**Satzger (17)**
1:19 2:6 5:9 6:6,17
64:14,17,21 65:4
99:10,11,22 102:4
102:20 104:2 105:3
105:25
**satzger@apple.com...**
59:18
**SATZGER000001 (1)**
104:11
**saw (2)**
30:22 72:19
**saying (4)**
26:8 58:13 61:14 75:7
**says (3)**
42:19 74:18 78:14
**schedule (1)**
100:4
**scheduled (4)**
12:13,18 13:1 73:1
**Scott (2)**
4:6 5:23
**screen (8)**
78:6 85:16,17 88:22
90:17,21 92:23 96:7
**SCULLY (1)**
3:14
**search (1)**
32:24
**second (14)**
23:2 41:5 51:25 53:1
55:19 64:2 65:24
67:10 68:4 74:9
97:25 98:1,25 99:2
**see (69)**
12:20 18:3,9 26:11
29:4 30:13 31:10
32:7 34:8,13 36:6
40:8,12 41:5,7,21
41:23 42:17,23 43:9
43:14,23 44:18,20

44:22 45:18 46:9,11
46:20,24 47:2,5,6,7
47:11 51:11 55:16
60:24 66:3,21,24
67:21 68:20 69:2,20
77:21,23 78:3,5,10
80:8,14,19 81:2,7
84:13 88:2 89:12
90:15,24 91:18 94:7
94:10,16 95:22
96:16 97:9 98:2
99:1
**seeing (1)**
79:14
**seen (3)**
75:19 77:13 79:15
**select (1)**
59:1
**send (1)**
99:21
**senior (2)**
7:6,10
**sense (1)**
22:14
**sent (2)**
30:3 100:22
**separately (1)**
100:12
**September (1)**
6:23
**sequence (1)**
57:16
**sequential (1)**
68:15
**sequentially (1)**
68:8
**server (7)**
58:15,17,18,24 59:6
59:21 60:1
**servers (2)**
60:4 62:3
**sessions (2)**
72:24,25
**set (4)**
42:9 43:2 44:19
103:19
**sets (1)**
43:10
**setting (2)**
19:13 66:10
**shape (4)**
10:16 41:22 87:8
94:17
**sheer (1)**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 11

22:9
**Shin (1)**
72:16
**shop (2)**
72:11,24
**Shores (4)**
1:20 2:9 5:1,15
**short (2)**
82:13 94:11
**shorthand (3)**
6:8 103:9,10
**Shortly (1)**
82:4
**show (5)**
31:20 63:23 87:18
91:9 93:19
**showing (5)**
46:8 63:19 65:3 78:15
84:7
**shown (16)**
32:3 33:18 34:4 37:17
42:20 43:10 65:17
84:22 88:10 89:2,4
90:1,2 91:3 92:2
93:15
**side (1)**
43:23
**Sigmar (1)**
78:23
**similar (1)**
89:8
**simulate (2)**
36:3,9
**simulating (1)**
38:4
**single-face (1)**
88:18
**single-point (1)**
92:15
**single-screen (1)**
34:1
**six (7)**
49:17 50:12,21,25
51:3,17 52:6
**size (2)**
54:12 85:9
**sketchbook (2)**
25:13 61:5
**sketchbooks (28)**
25:17,21 26:13,20,20
27:1,3,13,19,24
28:5,11,20 33:2
49:16,17,20,24 50:6
50:12,17,21,24,25

51:3,17 52:6,11
**sketches (23)**
25:7,8 28:21 29:6,8
29:12,20 30:23
31:14 32:4,8,11
60:12,19,21,21 61:1
61:3,15,22 71:17,24
104:10
**sketching (1)**
26:14
**slide (1)**
87:2
**slope (1)**
96:12
**sloped (2)**
95:22,25
**small (2)**
9:4 66:4
**Socially (1)**
79:3
**somebody (8)**
11:12 12:9 13:15 21:7
28:5,12 30:19 61:6
**somewhat (2)**
46:24 47:7
**Sony (8)**
69:3,7,20 70:3,19
71:9,20 72:3
**Sony's (2)**
69:23 70:6
**sorry (20)**
6:25 8:12 11:24 12:20
13:20 14:1,14 16:18
24:23 26:7,24 27:20
38:16 52:23,24
58:20 61:8 74:8
77:11 91:4
**sort (3)**
14:1 17:4 29:25
**sorted (1)**
50:1
**sound (3)**
67:5,7,13
**sounds (1)**
99:25
**source (2)**
83:7,12
**South (1)**
4:7
**space (1)**
30:1
**spaces (1)**
29:23
**speaking (15)**

9:25 16:14,19 18:25
19:12 20:15 34:19
34:24 35:10 36:8
51:13 66:9,13 70:4
82:5
**speaks (1)**
48:7
**spec (2)**
38:8,21
**specific (8)**
9:4 14:16 17:4 20:2
20:18 28:12 65:9
85:25
**specifically (4)**
28:4 33:3 38:7 66:18
**specification (4)**
20:13,16 38:12,17
**specifications (4)**
19:23 58:10 60:15,23
**Specs (1)**
38:15
**speculate (1)**
22:2
**speculation (2)**
21:15 37:25
**spec'd (3)**
10:4,4,8
**spell (1)**
18:19
**spreadsheets (2)**
59:3 60:3
**stages (1)**
69:19
**standard (4)**
19:19,22 21:3 57:10
**start (3)**
5:8 7:20 16:18
**started (3)**
25:22 26:19 27:2
**Starting (1)**
26:18
**State (1)**
103:10
**States (8)**
1:1 5:11 31:21 45:6
84:9 87:20 91:11
104:16
**status (1)**
64:19
**stay (2)**
28:2 70:1
**step (2)**
42:15 89:23
**stepped (1)**

31:3
**Sterne (4)**
97:20,22,22 98:2
**Steve (1)**
12:22
**stints (1)**
23:24
**storage (11)**
27:25 28:3,6,8 29:23
30:1,4,12 32:24,25
92:20
**store (1)**
28:1
**stored (2)**
27:19 59:21
**Street (3)**
3:7,16 4:7
**strike (4)**
16:18 23:18 96:10,10
**stuff (3)**
29:23,24 33:12
**Subject (1)**
85:1
**subpoena (1)**
49:22
**subsequently (1)**
101:8
**substantially (1)**
89:3
**suggested (1)**
70:13
**Suite (1)**
2:9
**SULLIVAN (2)**
2:8 4:4
**summarized (1)**
18:12
**supplier (5)**
19:23 20:4,6,10 21:2
**suppliers (1)**
19:25
**support (1)**
20:13
**suppose (1)**
13:20
**supposed (1)**
67:3
**sure (23)**
14:15 16:7,8,12 24:22
30:10 31:6 46:13
48:16,24 49:11,14
52:16 54:25 55:23
59:9 65:20 68:5
74:12 75:10 82:20

83:25 101:15
**surface (4)**
44:19,22 47:22 80:23
**surround (3)**
14:22 96:6,8
**swear (1)**
6:4
**sweep (1)**
57:10
**sworn (2)**
6:7 103:6

_____
**T**

**T (8)**
1:16,17,17 102:1
104:8,23 105:1,1
**tablet (19)**
22:19 31:11,14,15
34:25 35:20 38:3
43:10 45:10 46:10
63:3,10 65:12,16
66:15 74:22,24 75:1
75:8
**take (18)**
8:13 16:9 31:13 32:7
48:16,18 56:20 64:4
65:1 66:18 67:9
68:1,25 73:17,20
83:23 97:5,24
**taken (10)**
2:7 49:2 64:8 84:3
97:12 99:5 102:6
103:9 105:4,5
**talk (3)**
57:19 64:2 99:17
**talked (3)**
14:2 87:12 95:14
**talking (9)**
12:17 34:11 42:8
46:15 54:20,22 95:9
96:6,7
**tapered (2)**
46:24 48:6
**tapers (1)**
47:7
**target (1)**
58:1
**tasks (1)**
13:12
**team (30)**
8:24,24 9:1,3,10,20
9:20,22 10:5,23,24
11:2,19,21 12:3,8
12:12 13:23,24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 12

15:10,11,15,20
16:15,19 18:6 71:14
71:17 72:23 73:2
**technical (10)**
18:4,17 19:3,6,14,16
20:7,13,22 59:23
**technologies (1)**
70:25
**TELECOMMUNI...**
1:11
**tell (18)**
6:15 9:25 15:24 24:18
27:8 35:10 37:11
38:9 42:4 51:20
61:20 62:7,18 68:22
68:23 72:20 87:1
103:6
**tend (1)**
59:11
**tended (2)**
28:21 63:13
**terminology (1)**
9:7
**terms (6)**
15:1,7 25:17 49:15
50:6 96:11
**terrible (1)**
63:17
**testified (1)**
6:9
**testimony (12)**
33:22 42:2 43:5 89:7
89:16 92:5 93:6,17
95:4 96:2,22 102:9
**testing (8)**
17:14,15,20,25 18:11
19:7,17 20:9
**thank (9)**
25:2 65:6 80:3 98:22
98:24 99:11,12
101:3,18
**thanks (6)**
22:16 25:2 48:12,22
99:13
**theoretically (1)**
100:10
**thicker (7)**
80:6,11,15,22 81:6,10
81:13
**thing (4)**
64:5 100:7,9 101:4
**things (6)**
18:7 57:15 60:14,16
87:3 101:11

**think (21)**
7:10 8:8 13:25 22:6
26:16 29:1,4,10
32:21 36:18 40:21
49:9 55:13,19 56:15
61:12,17 72:16 76:7
79:8 97:6
**thinking (1)**
50:5
**third (2)**
51:25 55:13
**Thomas (1)**
41:6
**Thomson (1)**
23:22
**thought (3)**
49:24 55:3 60:22
**three (3)**
43:10 55:10,20
**three-dimensional (2)**
34:11 72:1
**throat (1)**
16:3
**Tierney (3)**
4:13 6:2,2
**time (89)**
5:16 7:24 8:9,19 9:12
9:13 10:13,14,17,24
12:15,16,25 13:4
14:7 15:14 17:14
19:2 21:10,11 22:17
23:23 25:11,20,24
26:3,4,8,12,19 27:8
27:18 28:18 29:1,2
29:11 30:17,22
32:16,20 34:5 35:2
35:21 40:14,25
51:21 52:8,12,18,22
52:23,24 53:3,18
54:7,10,18,23 55:8
55:25 56:2,11 58:6
58:18 59:14,20 60:7
60:8 61:22 62:2,6
62:12,20,22 63:11
63:13 64:4 73:4,5
80:2 84:16,23 85:8
88:6,15 92:3 97:1
99:17 100:4
**times (2)**
36:7 69:25
**Titanium (5)**
55:9,15,18 56:4,8
**title (2)**
8:3,7

**today (4)**
5:14,16 64:17 95:14
**today's (3)**
99:14 101:5,19
**told (1)**
62:16
**tolerance (1)**
20:19
**toleranced (1)**
87:10
**tolerancing (1)**
86:16
**Tony (1)**
78:23
**tooling (4)**
21:8,8,11,17
**top (21)**
46:10,14,15,20,20
47:3,4,11,11,13,16
47:16,17,19,20,21
47:22,25 48:2,3
69:3
**touch (12)**
14:18 22:22,25 63:1
79:10 85:16,17
88:22 92:23 95:11
96:9,11
**Tracy-Gene (2)**
41:3 97:17
**transcribed (1)**
103:11
**transcript (5)**
63:20 99:21 100:22
102:6 103:12
**transitioned (1)**
29:25
**translate (1)**
61:6
**translated (1)**
39:6
**translating (1)**
61:5
**Travel/meeting (1)**
60:12
**trouble (1)**
8:16
**true (6)**
75:11,13,15 81:18
102:10 103:13
**truth (3)**
103:6,6,7
**try (8)**
14:15 16:25 28:10
32:19 36:2 70:1

71:16 75:6
**trying (3)**
27:10 29:4 35:14
**TSG (3)**
5:17,18 101:21
**TUESDAY (3)**
1:21 2:1 5:2
**turn (2)**
28:5 33:5
**turned (7)**
49:23,23 50:13 51:6
52:20 56:21 57:21
**Twin (2)**
2:8 5:14
**Twister (1)**
104:19
**two (10)**
9:21 23:14,24 54:2,14
55:4 69:21 80:24
81:2 87:8
**type (2)**
12:13 100:9
**typewriting (1)**
103:12
**typically (9)**
18:10 20:3 21:3,6,7
58:8 59:2 70:24
72:22
**T-H-A-T (1)**
78:19

---

**U**

**U (2)**
102:1 104:23
**uh-huh (16)**
8:11,16 14:4 16:2,13
22:4 26:22 35:18
37:9 43:25 50:15
55:5 56:1 78:7,20
81:24
**unaccessible (1)**
87:8
**understand (11)**
10:6 12:24 19:25
26:16 57:16 58:13
59:9 64:14,18 70:1
93:15
**understanding (22)**
18:8 19:1 21:24 22:5
35:15,23 48:5 56:25
57:2,4,12 66:11,14
67:11 68:2,17 69:23
70:8 80:10 82:15
95:6 96:24

**understood (6)**
21:8 28:20 30:8 35:19
71:18 98:17
**undertake (1)**
70:9
**United (8)**
1:1 5:11 31:21 45:6
84:9 87:20 91:10
104:16
**unwrapped (1)**
72:23
**upper (1)**
94:16
**URQUHART (2)**
2:7 4:4
**usability (1)**
14:11
**use (14)**
14:10 15:3,9 17:9
26:13,19 36:4 53:25
54:10,13 92:21 93:8
93:14 96:5
**useful (1)**
93:24
**user (1)**
92:18
**usual (1)**
25:12
**usually (1)**
58:17
**U.S (1)**
21:19

---

**V**

**V (1)**
104:23
**vague (7)**
16:23 19:18 33:22
35:7 36:11 42:12
43:7
**Valley (1)**
30:24
**various (2)**
51:9 94:7
**ventilation (2)**
67:4,6
**vents (1)**
67:13
**version (8)**
22:22 45:2,16 68:5
77:12 94:1,5 95:21
**versions (2)**
22:24 23:6
**versus (2)**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 13

5:9 49:12
**video (1)**
64:9
**Videographer (15)**
4:12 5:7 6:3 48:25
49:3 64:6,9 84:1,4
97:10,13 99:3,6,14
101:19
**videotaped (3)**
1:19 2:6 5:8
**view (6)**
11:5,7 34:18 48:3
85:7 86:1
**virtue (1)**
64:20
**Volume (2)**
49:1,4
**vs (2)**
1:7 105:5

___

**W**

**walk (1)**
50:4
**want (12)**
16:8,12 22:2 48:16
49:7,10 50:4,4
99:17,23 101:4,15
**wanted (2)**
30:17 77:6
**Watch (1)**
71:7
**water (2)**
48:14,23
**waters (1)**
16:5
**way (23)**
11:1 14:6,23 16:25
27:8 28:10 32:19
42:14,25 44:16
51:20 63:16 71:16
75:5,6 79:22 81:16
85:4,5 86:4,5 92:8
93:15
**Weaver (1)**
41:6
**weekly (4)**
12:11,22 73:6,7
**went (1)**
96:11
**weren't (3)**
60:19 61:15 64:16
**we'll (6)**
16:7,10 29:7 40:23
54:24 57:18

**we're (7)**
42:8 43:1 54:25 84:1
95:9 97:10 101:9
**we've (6)**
21:10 36:20 37:5
45:17 48:20 87:12
**WHEREOF (1)**
103:19
**wife (1)**
76:15
**Willnauer (2)**
78:23,24
**wipe (1)**
58:3
**wiped (6)**
58:4,6 60:10 61:22
62:3,17
**wiping (1)**
62:7
**within-entitled (1)**
103:7
**witness (77)**
5:24 6:4,7 8:17 11:24
14:13 15:12 16:2,4
16:13,24 18:2 19:11
19:19 20:12 21:16
21:21 24:23 25:1
26:24 31:5 33:23
34:7 35:8 36:12
38:1 39:9,14 40:18
40:24 42:3,13 43:6
43:19 44:11,16
45:12 46:4 48:9,14
48:19,22 59:8,10
63:17 67:15 71:14
71:22 74:7 75:4
76:7 82:19 83:10,18
85:2 86:12 87:17
88:18 89:8,18,19
90:12 92:6 93:8,18
94:24 95:5,18 96:3
97:2,4,8,22 98:23
99:12 103:5,19
**word (2)**
69:20 92:22
**words (4)**
59:5 69:3 70:13 72:19
**work (23)**
10:24 23:3,24 24:2,3
24:4,6 34:16,22
35:16 51:14 53:7,10
53:16,18 54:1,8
58:10 59:2 61:4
75:22 76:16 79:3

**worked (13)**
7:1,22 9:2 18:4 22:17
23:22 24:8 35:1,21
37:13 38:3 76:15
82:8
**working (8)**
7:13 23:8,23 30:18
34:24 35:11 54:17
79:6
**works (1)**
9:20
**work-related (3)**
33:13 60:5 62:1
**wouldn't (1)**
100:20
**wristwatch (1)**
70:24
**written (1)**
13:8

___

**X**

**X (3)**
104:1,8,23

___

**Y**

**Y (5)**
1:16,17,17,17 104:23
**yeah (35)**
8:4,15,17 13:14 15:12
16:4,7,24 17:3
22:15 25:2,2 27:22
28:17 31:2,5 46:13
46:18 48:14,20,22
55:13,19,22 57:11
60:9,25 61:11 64:23
68:10 69:1 80:19
94:2 97:2 100:24
**year (4)**
6:24 7:2 29:3 53:17
**years (10)**
8:8 23:14,15 27:11
54:2,14 55:4 56:14
83:3,16
**Yep (1)**
67:20
**York (1)**
1:10

___

**Z**

**Zeller (108)**
4:5 5:22,22 6:12,13
8:19 12:2 14:15
15:13 16:7,14,25
17:18 18:3 19:12,21

20:15 21:17,23
24:16 25:5 26:25
30:8 31:8 33:24
34:8 35:9 36:13,16
36:20 37:4 38:2
39:10,15,22 40:25
42:4,14 43:8,20
44:8,13,17 45:5,15
46:5 48:10,16,20,24
50:7 59:11 63:22
64:3,13,18,23 65:7
67:16 68:12,14
71:16,23 73:11
74:11 75:6 76:9,19
76:21 77:3 80:4
82:20 83:11,19,23
84:7 85:4 86:14
87:18 88:15,19
89:10,21 90:13 91:9
92:8 93:3,10,19
94:25 95:6,19 96:4
96:23 97:5,9,16,24
98:16,18,21 99:13
99:25 100:3,16,20
101:18 104:6

___

**0**

**000002 (1)**
51:24
**000111 (1)**
24:13
**035 (17)**
36:14 37:1,7,16,20
38:2,7 39:5,10,23
40:4 65:22 66:17
67:17 68:16,21
104:12
**087 (14)**
84:10,18,23 85:22
86:9 87:14 88:24
89:4,11,14 90:1,9
90:20 91:3

___

**1**

**1 (10)**
5:8 41:20 43:1 49:1
74:3 80:1 81:20,21
94:3 104:20
**1st (1)**
91:19
**10:37 (1)**
49:1
**10:54 (1)**
49:5

**100 (1)**
3:16
**11 (3)**
26:14,14 104:11
**11-cv-01846-LHK (1)**
1:7
**11:18 (1)**
64:7
**11:25 (1)**
64:10
**11:57 (1)**
84:2
**111 (1)**
104:11
**1170 (14)**
63:24 65:8,17,22,25
67:10 68:6,7,21,24
69:12 72:8 73:9
104:24
**1172 (13)**
24:11,14,18 25:6 31:9
32:8 50:20,21 51:3
51:9,14 52:1 104:10
**1173 (6)**
36:24 37:2,6 65:19
66:17 104:12
**1174 (8)**
45:4,6,13,18 46:8
79:24 81:2 104:16
**1175 (6)**
76:20,21,22 77:1,16
104:18
**12:08 (1)**
84:5
**12:31 (1)**
97:11
**12:40 (1)**
97:14
**12:42 (1)**
99:4
**12:45 (1)**
99:7
**12:46 (1)**
99:15
**12:48 (2)**
101:20,24
**13 (1)**
7:2
**144 (3)**
76:23 77:19,24
**15-inch (8)**
53:14 54:4 55:25
56:13,21 57:20 60:6
62:2

___

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**17 (3)**
40:9 41:1,10
**17-inch (6)**
53:24 54:4,8 55:14
56:2,8
**18 (1)**
88:3
**19th (1)**
6:23
**190 (1)**
77:24
**195 (3)**
77:25 78:14 79:20
**1987 (1)**
23:10
**1996 (2)**
7:24 23:10

**2**

**2 (3)**
43:9 49:4 94:4
**20th (2)**
24:5,10
**2000 (2)**
12:20,21
**2001 (4)**
12:21,25 29:5 54:23
**2002 (1)**
54:23
**2003 (14)**
8:9,25 9:12 10:13
13:4 14:7 17:13
19:2 21:11 26:1,18
28:18 52:8 73:5
**2003/2004 (4)**
35:1,21 55:8,21
**2004 (8)**
26:18 28:19 40:9 41:1
41:10 52:8 54:18
62:22
**2006 (2)**
51:15 54:18
**2007 (1)**
84:14
**2008 (21)**
7:24 8:9 9:12 10:13
13:4 14:7 17:13
19:2 21:11 26:4
27:1,21 32:16,20
33:5,10 52:13 56:11
62:22 73:5 88:3
**2009 (2)**
7:21 91:19
**2011 (9)**

1:21 2:1 5:2,16 6:25
102:7,14 103:20
105:7
**24 (1)**
104:10
**257 (1)**
68:7
**258 (1)**
68:7
**260 (1)**
67:22
**261 (1)**
67:22
**262 (1)**
67:22
**263 (1)**
67:22
**264 (1)**
67:22
**265 (1)**
68:25
**267 (4)**
69:13 72:6,6,8
**270 (12)**
91:13,15,23 92:2 93:4
93:14,21,25 94:5,16
95:21 97:25
**292 (4)**
73:9,10,11,13
**294 (1)**
73:15
**296 (1)**
73:17

**3**

**3G (1)**
23:7
**3GS (1)**
23:7
**30 (1)**
99:23
**30th (1)**
84:14
**302 (2)**
74:2,2
**342 (2)**
74:3,12
**37 (1)**
104:12
**398 (1)**
74:17

**4**

**4 (5)**

26:1 43:13 94:15,19
95:9
**400 (1)**
74:20
**408 (4)**
74:21,23 75:4,8
**409 (2)**
75:1,8
**411 (1)**
75:11
**412 (1)**
75:13
**413 (1)**
75:15
**425 (1)**
3:7
**429 (4)**
93:20 94:4 95:20
104:25
**42999 (1)**
1:25
**45 (1)**
104:16

**5**

**5 (2)**
95:20 104:17
**504,889 (2)**
31:22 45:7
**511-cv-01846 (1)**
5:13
**52 (1)**
104:14
**555 (2)**
2:8 5:14
**560 (1)**
2:9
**5885 (1)**
66:19
**593,087 (1)**
84:9

**6**

**6 (4)**
43:21 84:8 104:6,24
**618,677 (1)**
87:20
**622,270 (1)**
91:11
**677 (11)**
87:24 88:7,10,25 89:2
89:11,12 90:2,8,21
90:24

**7**

**7 (2)**
87:19 104:15
**751 (2)**
91:10 104:25
**77 (1)**
104:18

**8**

**8 (9)**
1:21 2:1 5:2,16 26:14
31:21 102:7 104:24
105:7
**8th (1)**
103:20
**83 (1)**
104:14
**865 (1)**
4:7
**87 (1)**
104:15
**889 (16)**
31:23,25 32:4,12
33:15 34:4,9 37:18
37:22 40:7 41:14,18
41:21 45:17 48:11
79:25

**9**

**9 (13)**
42:18 44:18 45:9,16
45:25 46:6,22 47:15
48:4 80:13,21 81:1
96:15
**9/19/06 (1)**
52:1
**9:30 (3)**
2:2 5:3,16
**90017 (1)**
4:8
**93 (1)**
23:16
**94105 (1)**
3:8
**94111 (1)**
3:17
**95 (1)**
23:16
**96 (1)**
26:1
**97 (1)**
12:20
**9830 (3)**
1:24 2:12 103:23

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 102

1              J U R A T

2

3

4    I, DOUGLAS SATZGER, do hereby certify

5    under penalty of perjury that I have read the

6    foregoing transcript of my deposition taken

7    on November 8, 2011; that I have made such

8    corrections as appear noted herein in ink,

9    initialed by me; that my testimony as

10   contained herein, as corrected, is true and

11   correct.

12

13

14   DATED this _21_ day of _NOVEMBER_, 2011,

15   at _225 APDEN RD. MENLO PARK_ California.

16

17

18

19   _____

20           DOUGLAS SATZGER

21

22

23

24

25

| | | |
|---|---|---|
| 1 | Name of Case: | *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-1846 LHK |
| 2 | Date of deposition: | November 8, 2011 |
| 3 | Name of witness: | Douglas Satzger |
| 4 | Reason Codes: | |

5         1.      To clarify the record.
            2.      To conform to the facts.
6         3.      To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 12 | 23 | OPERATIONS, ENG. AND IT | OPERATIONS, ENG. AND TD | Incorrect |
| 34 | 22 | TO ~~WHEN~~ FIND COLOR | TO DEFINE COLOR | Incorrect |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: November 21, 2011

DOUGLAS SATZGER