# EXHIBIT 14

DEFENDANT'S EXHIBIT NO. 2607.001

# EXHIBIT 1

**DEFENDANT'S EXHIBIT
NO. 2607.001**

United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By: _____

DEFENDANT'S EXHIBIT NO. 2607.002

Case 5:11-cv-01846-LHK   Document 1898-4   Filed 08/21/12   Page 3 of 34
Case 5:11-cv-01846-LHK   Document 1898-4   Filed 08/21/12   Page 3 of 34

| DOCUMENT | DATE OF PRODUCTION |
|---|---|
| SAMNDCA00523329 | October 7, 2011 |
| SAMNDCA00523359 | October 7, 2011 |
| SAMNDCA00523361 | October 7, 2011 |
| SAMNDCA00523363 | October 7, 2011 |
| SAMNDCA00523385 | October 7, 2011 |
| SAMNDCA00523404 | October 7, 2011 |
| SAMNDCA00523406 | October 7, 2011 |
| SAMNDCA00523408 | October 7, 2011 |
| SAMNDCA00523425 | October 7, 2011 |
| SAMNDCA00523446 | October 7, 2011 |
| SAMNDCA00523467 | October 7, 2011 |
| SAMNDCA00523488 | October 7, 2011 |
| SAMNDCA00523509 | October 7, 2011 |
| SAMNDCA00523537 | October 7, 2011 |
| SAMNDCA00523541 | October 7, 2011 |
| SAMNDCA00523568 | October 7, 2011 |
| SAMNDCA00523592 | October 7, 2011 |
| SAMNDCA00523619 | October 7, 2011 |
| SAMNDCA00523636 | October 7, 2011 |
| SAMNDCA00523667 | October 7, 2011 |
| SAMNDCA00523669 | October 7, 2011 |
| SAMNDCA00523671 | October 7, 2011 |
| SAMNDCA00523694 | October 7, 2011 |

| SAMNDCA00523696 | October 7, 2011 |
|---|---|
| SAMNDCA00523698 | October 7, 2011 |
| SAMNDCA00523718 | October 7, 2011 |
| SAMNDCA00523720 | October 7, 2011 |
| SAMNDCA00523722 | October 7, 2011 |
| SAMNDCA00523744 | October 7, 2011 |
| SAMNDCA00523772 | October 7, 2011 |
| SAMNDCA00523776 | October 7, 2011 |
| SAMNDCA00523780 | October 7, 2011 |
| SAMNDCA00523803 | October 7, 2011 |
| SAMNDCA00523833 | October 7, 2011 |
| SAMNDCA00523835 | October 7, 2011 |
| SAMNDCA00523837 | October 7, 2011 |
| SAMNDCA00523856 | October 7, 2011 |
| SAMNDCA00523888 | October 7, 2011 |
| SAMNDCA00523890 | October 7, 2011 |
| SAMNDCA00523892 | October 7, 2011 |
| SAMNDCA00523920 | October 7, 2011 |
| SAMNDCA00523922 | October 7, 2011 |
| SAMNDCA00523924 | October 7, 2011 |
| SAMNDCA00524029 | October 7, 2011 |
| SAMNDCA00524039 | October 7, 2011 |
| SAMNDCA00524049 | October 7, 2011 |
| SAMNDCA00524059 | October 7, 2011 |

DEFENDANT'S EXHIBIT NO. 2607.004

| | |
|---|---|
| SAMNDCA00524069 | October 7, 2011 |
| SAMNDCA00524097 | October 7, 2011 |
| S-ITC-000113380 | November 14, 2011 |
| S-ITC-000113382 | November 14, 2011 |
| S-ITC-000113394 | November 14, 2011 |
| S-ITC-005191853 | December 13, 2011 |
| S-ITC-005207737 | December 13, 2011 |
| S-ITC-005208909 | December 13, 2011 |
| S-ITC-005199065 | December 13, 2011 |
| S-ITC-005209056 | December 13, 2011 |
| S-ITC-005209534 | December 13, 2011 |
| S-ITC-005210551 | December 13, 2011 |
| S-ITC-003036270 | December 13, 2011 |
| S-ITC-005211446 | December 13, 2011 |
| S-ITC-005211549 | December 13, 2011 |
| S-ITC-005216929 | December 13, 2011 |
| S-ITC-005218392 | December 13, 2011 |
| S-ITC-005218453 | December 13, 2011 |
| S-ITC-005219178 | December 13, 2011 |
| S-ITC-005190581 | December 13, 2011 |
| S-ITC-005208769 | December 13, 2011 |
| S-ITC-005234989 | December 13, 2011 |
| S-ITC-005235497 | December 14, 2011 |
| S-ITC-005235837 | December 14, 2011 |

| | |
|---|---|
| S-ITC-005236524 | December 14, 2011 |
| S-ITC-005234992 | December 14, 2011 |
| S-ITC-005235496 | December 14, 2011 |
| S-ITC-005236458 | December 14, 2011 |
| S-ITC-005188676 | December 15, 2011 |
| S-ITC-007274013 | December 21, 2011 |
| S-ITC-007274022 | December 21, 2011 |
| S-ITC-007274032 | December 21, 2011 |
| S-ITC-007274044 | December 21, 2011 |
| S-ITC-007274057 | December 21, 2011 |
| S-ITC-007274068 | December 21, 2011 |
| S-ITC-007274083 | December 21, 2011 |
| S-ITC-007274094 | December 21, 2011 |
| S-ITC-007274110 | December 21, 2011 |
| S-ITC-007274120 | December 21, 2011 |
| S-ITC-007274136 | December 21, 2011 |
| S-ITC-007274145 | December 21, 2011 |
| S-ITC-007274160 | December 21, 2011 |
| S-ITC-007274169 | December 21, 2011 |
| S-ITC-007274185 | December 21, 2011 |
| S-ITC-007274194 | December 21, 2011 |
| S-ITC-007274209 | December 21, 2011 |
| S-ITC-007274218 | December 21, 2011 |
| S-ITC-007274232 | December 21, 2011 |

| S-ITC-007274241 | December 21, 2011 |
| S-ITC-007274250 | December 21, 2011 |
| S-ITC-007274260 | December 21, 2011 |
| S-ITC-007274354 | December 21, 2011 |
| SAMNDCA00280201 | January 22, 2012 |
| SAMNDCA00280212 | January 22, 2012 |
| SAMNDCA00280222 | January 22, 2012 |
| SAMNDCA00280232 | January 22, 2012 |
| SAMNDCA00280242 | January 22, 2012 |
| SAMNDCA00280252 | January 22, 2012 |
| SAMNDCA00280261 | January 22, 2012 |
| SAMNDCA00280270 | January 22, 2012 |
| SAMNDCA00280279 | January 22, 2012 |
| SAMNDCA00280288 | January 22, 2012 |
| SAMNDCA00280297 | January 22, 2012 |
| SAMNDCA00280306 | January 22, 2012 |
| SAMNDCA00280315 | January 22, 2012 |
| SAMNDCA00280324 | January 22, 2012 |
| SAMNDCA00280333 | January 22, 2012 |
| SAMNDCA00280342 | January 22, 2012 |
| SAMNDCA00280351 | January 22, 2012 |
| SAMNDCA00280360 | January 22, 2012 |
| SAMNDCA00280369 | January 22, 2012 |
| SAMNDCA00280378 | January 22, 2012 |

| SAMNDCA00280387 | January 22, 2012 |
|---|---|
| SAMNDCA00280396 | January 22, 2012 |
| SAMNDCA00280404 | January 22, 2012 |
| SAMNDCA00280412 | January 22, 2012 |
| SAMNDCA00280421 | January 22, 2012 |
| SAMNDCA00280430 | January 22, 2012 |
| SAMNDCA00280439 | January 22, 2012 |
| SAMNDCA00280448 | January 22, 2012 |
| SAMNDCA00280457 | January 22, 2012 |
| SAMNDCA00280466 | January 22, 2012 |
| SAMNDCA00280476 | January 22, 2012 |
| SAMNDCA00280486 | January 22, 2012 |
| SAMNDCA00280495 | January 22, 2012 |
| SAMNDCA00280504 | January 22, 2012 |
| SAMNDCA00280514 | January 22, 2012 |
| SAMNDCA00280524 | January 22, 2012 |
| SAMNDCA00280534 | January 22, 2012 |
| SAMNDCA00280544 | January 22, 2012 |
| SAMNDCA00280555 | January 22, 2012 |
| SAMNDCA00280567 | January 22, 2012 |
| SAMNDCA00280579 | January 22, 2012 |
| SAMNDCA00280591 | January 22, 2012 |
| SAMNDCA00280603 | January 22, 2012 |
| SAMNDCA00280616 | January 22, 2012 |

| | |
|---|---|
| SAMNDCA00280629 | January 22, 2012 |
| SAMNDCA00280642 | January 22, 2012 |
| SAMNDCA00280655 | January 22, 2012 |
| SAMNDCA00280668 | January 22, 2012 |
| SAMNDCA00280679 | January 22, 2012 |
| SAMNDCA00280691 | January 22, 2012 |
| SAMNDCA00280704 | January 22, 2012 |
| SAMNDCA00280717 | January 22, 2012 |
| SAMNDCA00280732 | January 22, 2012 |
| SAMNDCA00280747 | January 22, 2012 |
| SAMNDCA00280762 | January 22, 2012 |
| SAMNDCA00280778 | January 22, 2012 |
| SAMNDCA00280794 | January 22, 2012 |
| SAMNDCA00280809 | January 22, 2012 |
| SAMNDCA00280824 | January 22, 2012 |
| SAMNDCA00280839 | January 22, 2012 |
| SAMNDCA00280855 | January 22, 2012 |
| SAMNDCA00280871 | January 22, 2012 |
| SAMNDCA00280887 | January 22, 2012 |
| SAMNDCA00280903 | January 22, 2012 |
| SAMNDCA00280918 | January 22, 2012 |
| SAMNDCA00280933 | January 22, 2012 |
| SAMNDCA00280946 | January 22, 2012 |
| SAMNDCA00280962 | January 22, 2012 |

| | |
|---|---|
| SAMNDCA00280978 | January 22, 2012 |
| SAMNDCA00280994 | January 22, 2012 |
| SAMNDCA00281009 | January 22, 2012 |
| SAMNDCA00281024 | January 22, 2012 |
| SAMNDCA00281039 | January 22, 2012 |
| SAMNDCA00281053 | January 22, 2012 |
| SAMNDCA00281068 | January 22, 2012 |
| SAMNDCA00281082 | January 22, 2012 |
| SAMNDCA00281096 | January 22, 2012 |
| SAMNDCA00281110 | January 22, 2012 |
| SAMNDCA00281123 | January 22, 2012 |
| SAMNDCA00281136 | January 22, 2012 |
| SAMNDCA00281149 | January 22, 2012 |
| S-ITC-010562595 | January 23, 2012 |
| S-ITC-010562605 | January 23, 2012 |
| S-ITC-000127345 | January 25, 2012 |
| S-ITC-003036248 | January 25, 2012 |
| S-ITC-003036249 | January 25, 2012 |
| S-ITC-003036252 | January 25, 2012 |
| S-ITC-500013572 | January 25, 2012 |
| S-ITC-500011779 | January 25, 2012 |
| S-ITC-500006360 | January 25, 2012 |
| S-ITC-500006719 | January 25, 2012 |
| S-ITC-500006929 | January 25, 2012 |

DEFENDANT'S EXHIBIT NO. 2607.010

| | |
|---|---|
| S-ITC-500007022 | January 25, 2012 |
| S-ITC-500007352 | January 25, 2012 |
| S-ITC-500007575 | January 25, 2012 |
| S-ITC-500008145 | January 25, 2012 |
| S-ITC-500008391 | January 25, 2012 |
| S-ITC-500010940 | January 25, 2012 |
| S-ITC-500009587 | January 25, 2012 |
| S-ITC-500009634 | January 25, 2012 |
| S-ITC-500010167 | January 25, 2012 |
| S-ITC-500006310 | January 25, 2012 |
| S-ITC-500008872 | January 25, 2012 |
| S-ITC-500010872 | January 25, 2012 |
| S-ITC-500011212 | January 25, 2012 |
| S-ITC-500013682 | January 25, 2012 |
| S-ITC-500013698 | January 25, 2012 |
| S-ITC-500016783 | January 25, 2012 |
| S-ITC-500016831 | January 25, 2012 |
| S-ITC-500018516 | January 25, 2012 |
| S-ITC-500018605 | January 25, 2012 |
| S-ITC-500018661 | January 25, 2012 |
| S-ITC-500016203 | January 25, 2012 |
| S-ITC-500016262 | January 25, 2012 |
| S-ITC-500016266 | January 25, 2012 |
| S-ITC-500030715 | January 25, 2012 |

DEFENDANT'S EXHIBIT NO. 2607.011

| S-ITC-500029831 | January 25, 2012 |
|---|---|
| S-ITC-500005506 | January 25, 2012 |
| S-ITC-500000538 | January 25, 2012 |
| S-ITC-500000628 | January 25, 2012 |
| S-ITC-500000657 | January 25, 2012 |
| S-ITC-500000702 | January 25, 2012 |
| S-ITC-500000742 | January 25, 2012 |
| S-ITC-500000773 | January 25, 2012 |
| S-ITC-500000864 | January 25, 2012 |
| S-ITC-500000920 | January 25, 2012 |
| S-ITC-500005433 | January 25, 2012 |
| S-ITC-500014887 | January 25, 2012 |
| S-ITC-500013442 | January 25, 2012 |
| S-ITC-500031303 | January 25, 2012 |
| S-ITC-500031194 | January 25, 2012 |
| S-ITC-500000176 | January 25, 2012 |
| S-ITC-003036123 | January 25, 2012 |
| S-ITC-500005400 | January 25, 2012 |
| S-ITC-500005634 | January 25, 2012 |
| S-ITC-500005958 | January 25, 2012 |
| S-ITC-500006118 | January 25, 2012 |
| S-ITC-500007221 | January 25, 2012 |
| S-ITC-500008578 | January 25, 2012 |
| S-ITC-500008720 | January 25, 2012 |

| S-ITC-500008898 | January 25, 2012 |
|---|---|
| S-ITC-500022218 | January 25, 2012 |
| S-ITC-500022673 | January 25, 2012 |
| S-ITC-500015430 | January 25, 2012 |
| S-ITC-500008298 | January 25, 2012 |
| S-ITC-500010117 | January 25, 2012 |
| S-ITC-500010184 | January 25, 2012 |
| S-ITC-500010284 | January 25, 2012 |
| S-ITC-500010638 | January 25, 2012 |
| S-ITC-500011040 | January 25, 2012 |
| S-ITC-500012271 | January 25, 2012 |
| S-ITC-500012273 | January 25, 2012 |
| S-ITC-500014611 | January 25, 2012 |
| S-ITC-500014711 | January 25, 2012 |
| S-ITC-500015030 | January 25, 2012 |
| S-ITC-500015056 | January 25, 2012 |
| S-ITC-500029559 | January 25, 2012 |
| S-ITC-500010584 | January 25, 2012 |
| S-ITC-500030493 | January 25, 2012 |
| S-ITC-500030370 | January 25, 2012 |
| S-ITC-500006584 | January 25, 2012 |
| S-ITC-500009276 | January 25, 2012 |
| S-ITC-500009643 | January 25, 2012 |
| S-ITC-500010076 | January 25, 2012 |

| S-ITC-500010801 | January 25, 2012 |
|---|---|
| S-ITC-500016797 | January 25, 2012 |
| S-ITC-500017228 | January 25, 2012 |
| S-ITC-500017280 | January 25, 2012 |
| S-ITC-500017331 | January 25, 2012 |
| S-ITC-500017382 | January 25, 2012 |
| S-ITC-500017437 | January 25, 2012 |
| S-ITC-500017539 | January 25, 2012 |
| S-ITC-500017605 | January 25, 2012 |
| S-ITC-500017658 | January 25, 2012 |
| S-ITC-500017784 | January 25, 2012 |
| S-ITC-500018622 | January 25, 2012 |
| S-ITC-500018691 | January 25, 2012 |
| S-ITC-500021144 | January 25, 2012 |
| S-ITC-500021629 | January 25, 2012 |
| S-ITC-500028870 | January 25, 2012 |
| S-ITC-500030713 | January 25, 2012 |
| S-ITC-500011271 | January 25, 2012 |
| S-ITC-500011303 | January 25, 2012 |
| S-ITC-500014192 | January 25, 2012 |
| S-ITC-500015838 | January 25, 2012 |
| S-ITC-500015970 | January 25, 2012 |
| S-ITC-003036303 | January 26, 2012 |
| S-ITC-003036304 | January 26, 2012 |

DEFENDANT'S EXHIBIT NO. 2607.014

| | |
|---|---|
| S-ITC-003036308 | January 26, 2012 |
| S-ITC-500031707 | January 26, 2012 |
| S-ITC-500032007 | January 26, 2012 |
| S-ITC-500032106 | January 26, 2012 |
| S-ITC-500032621 | January 26, 2012 |
| S-ITC-500032727 | January 26, 2012 |
| S-ITC-500032992 | January 26, 2012 |
| S-ITC-500033194 | January 26, 2012 |
| S-ITC-500034516 | January 26, 2012 |
| S-ITC-500035031 | January 26, 2012 |
| S-ITC-500031651 | January 26, 2012 |
| S-ITC-500032462 | January 26, 2012 |
| S-ITC-500033272 | January 26, 2012 |
| S-ITC-500034654 | January 26, 2012 |
| S-ITC-500034736 | January 26, 2012 |
| S-ITC-500035505 | January 26, 2012 |
| S-ITC-500036293 | January 26, 2012 |
| S-ITC-500036345 | January 26, 2012 |
| S-ITC-500034904 | January 26, 2012 |
| S-ITC-500032514 | January 26, 2012 |
| S-ITC-500036771 | January 26, 2012 |
| SAMNDCA00322161 | February 3, 2012 |
| SAMNDCA00322177 | February 3, 2012 |
| SAMNDCA00322193 | February 3, 2012 |

| SAMNDCA00322209 | February 3, 2012 |
|---|---|
| SAMNDCA00322239 | February 3, 2012 |
| SAMNDCA00322284 | February 3, 2012 |
| SAMNDCA00322319 | February 3, 2012 |
| SAMNDCA00322349 | February 3, 2012 |
| SAMNDCA00322374 | February 3, 2012 |
| SAMNDCA00322398 | February 3, 2012 |
| SAMNDCA00322446 | February 3, 2012 |
| SAMNDCA00322475 | February 3, 2012 |
| SAMNDCA00323946 | February 3, 2012 |
| SAMNDCA00325495 | February 9, 2012 |
| SAMNDCA00354292 | February 28, 2012 |
| SAMNDCA00354386 | February 28, 2012 |
| SAMNDCA00354601 | February 28, 2012 |
| SAMNDCA00367772 | March 8, 2012 |
| SAMNDCA00367792 | March 8, 2012 |
| SAMNDCA00367810 | March 8, 2012 |
| SAMNDCA00367880 | March 8, 2012 |
| SAMNDCA00367988 | March 8, 2012 |
| SAMNDCA00368102 | March 8, 2012 |
| SAMNDCA00368176 | March 8, 2012 |
| SAMNDCA00368326 | March 8, 2012 |
| SAMNDCA00368392 | March 8, 2012 |
| SAMNDCA00368506 | March 8, 2012 |

| SAMNDCA00368613 | March 8, 2012 |
| SAMNDCA00368684 | March 8, 2012 |
| SAMNDCA00368753 | March 8, 2012 |
| SAMNDCA00368847 | March 8, 2012 |
| SAMNDCA00368916 | March 8, 2012 |
| SAMNDCA00368998 | March 8, 2012 |
| SAMNDCA00369092 | March 8, 2012 |
| SAMNDCA00369186 | March 8, 2012 |
| SAMNDCA00369308 | March 8, 2012 |
| SAMNDCA00369412 | March 8, 2012 |
| SAMNDCA00369505 | March 8, 2012 |
| SAMNDCA00369604 | March 8, 2012 |
| SAMNDCA00369690 | March 8, 2012 |
| SAMNDCA00369774 | March 8, 2012 |
| SAMNDCA00369857 | March 8, 2012 |
| SAMNDCA00369971 | March 8, 2012 |
| SAMNDCA00370117 | March 8, 2012 |
| SAMNDCA00372946 | March 8, 2012 |
| SAMNDCA00373139 | March 8, 2012 |
| SAMNDCA00373532 | March 8, 2012 |

# EXHIBIT 15

DEFENDANT'S EXHIBIT NO. 2635.001

Case 5:11-cv-01846-LHK   Document 1898-4   Filed 08/21/12   Page 19 of 34
Machine Translated document. KIPRIS

# KR Unexamined Patent Publication(A)

## Bibliographic Data

| | |
|---|---|
| Int.Cl. | H04B 1/40 |
| Application No | 10-2002-0046863 |
| Application Date | 2002-08-08 |
| Unexamined Publication No | 10-2004-0013792 |
| Unexamined Publication Date | 2004-02-14 |
| Agent | PARK, Jang Won |
| Inventor | CHOI,JaeYoung |
| Applicant | LG Electronics Inc. |
| Title of Invention | PHOTO DISPLAY METHOD FOR MOBILE PHONE |

**DEFENDANT'S EXHIBIT NO. 2635.001**

United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:

## Abstract

The invention relates to the mobile telephone having the camera function. And particularly, it is in the appropriate the mobile telephone photograph ticket about method to convenient and rapidly appreciate photographs stamped with the camera added in the mobile telephone. There is a problem that the menu of the several steps has to be passed so that the photo album function of the mobile telephone in which the conventional camera function is added appreciate picture. And manipulation inconvenients in order to refer to the photograph of many amounts since to selecting the desired photograph after the screen which indicates the photograph list in order to successively appreciate photographs. This kind of problem is taken into account. And the present invention has the effect that as to the photograph display method of the mobile telephone in which the camera function has, the continuous screen can be appreciated it easies to the simple key stroke, picture can be appreciated through the step of indicating photograph according to the selection of user it indicates built in if the regular picture impression menu which is not the slide show menu among the predetermined for hour step of advancing to the photograph display menu which with pressing includes the slide show menu: and detailed picture display menu among the step of consecutively indicating automatic, passively, photographs user wants if it selects and detailed picture display menu the slide show menu is selected.

## Representative drawing

Fig. 4

## Description

### ■ Background Art

The invention relates to the mobile telephone having the camera function. And particularly, it is in the appropriate the mobile telephone photograph ticket about method to convenient and rapidly appreciate photographs stamped with the camera added in the mobile telephone.

In the mobile telephone being used currently, the communications speed betters. The various functions is added while the internal memory and processing speed increase. Among them, it became possible to appreciate the moving picture as well as photograph through the enlargement of the display device and improvement of the display level.

It owes to the power generation and the rapid supply of this mobile telephone and gratuitously regarded functions gradually take column in convention. For example, in the camera function in which the application insufficient, the use for the first time widens in isotonic according to the improvement of the resolution to the active area of the existing digital camera.

The mobile telephone having the internal camera the attachable camera is attached with equipping the additional image sensor related module according to the expansion of the display function of the mobile telephone and internal conduct capability and memory to the existing function of the mobile telephone the mobile telephone was used as the use of the digital camera was already commercialized.

And then, in order to explain the basic manipulation of the mobile telephone having camera function, the simple manipulation part is at looked.

It divides into the display and key handling part if the folder type portable phone (100) is spread as shown in fig. 1. Power source / cancel key (20) performing the manu key (10) serving as of the additional function key, and the cancel role of the return to the power source manipulation and former step or the previous key input menu is called the key handling part is at looked, the send key (30) for the beginning of the call and termination, the camera key (40) for the operation of camera, the direction key (50) for direction and selection (confirmation), and the numeric key (60) for number and character input exist. Of course, the number of function keies and the concrete key arrangement can be different according to design. Moreover, it is built in the folder type portable phone (100) or the camera (non illustration) can be attachably/detachably added.

As described above, because of the mobile telephone having camera function, the camera key (40) which specially serves as the camera shutter operation button exists. In this is the camera mode, it serves as the shutter operation button of camera. And it functions in the moving image photographing mode the record button.

That is, photograph is printed like the common camera on pressing the camera key (40). Since the moving picture photographing shows performance and the usage frequency which therefore compares the memory problem to camera and is limited, the camera key (40) is elementarily used as the photograph shooting dragon. It is used for the video storage after selecting the moving image photographing mode in menu. Of course, it is not applied to the mobile telephone having the recording for moving picture function is all camera functions.

As described above, photographs getting to the photography through the camera key (40) are successively saved in the memory of the mobile telephone. In order to confirm this, a plurality of menus has to be selected like the procedure illustrated in fig. 2.

Referring to Figure 2, the menu selection procedure for the photograph impression is at looked. This could be different according to the instrument of the mobile telephone. However, it showed through a plurality of menus to the procedure of the screens displayed on the actual screen understanding is helped it is similar to select the photograph impression.

Firstly, if menu is selected, the part including the content like the screen (D10) is marked among a plurality of menus. The second menu for photograph and moving picture multimedia is selected. If the multimedia menu is selected, the submenu is marked like the screen (D20). the third is selected among these for the photograph impression.

According to the selection of the detailed picture impression menu, the content of the saved photoes was presently marked on the memory. And it indicated by the list of for convenience numbers. According to the kinds, it can be marked as graphic or the table. And it has according to the case the number drawing expressed in the small drawing (the thumbnail :thumnail). Moreover, the store name of photograph can be rightly recorded by user.

The photograph which comes under if number or the name of the photograph for to looking at is inputted among detailed pictures becomes with the display (D40). At this time, if the other photograph tries to be at looked, the picture in which the number of the photograph which wants after returning through the power source / cancel key to the previous panel (D30) is inputted and coming under is appreciated. Or with pressing the verification key it can return to the previous panel (D30). Rightly, the photograph selection at the photograph list as described above can be included through the pointer manipulation using the direction key which is not the simple number key input.

As described above, the case for to referring to the photograph in which photographs are at looked successively or wanting. If it is the case, with the screen (D40) and the photograph selection screen (D30) in which photograph is marked being moved alternately and selecting photograph it possibles.

Since becoming rich as the supplementary feature of the mobile telephone and the album function of photograph and the above-described camera function belonging among the number many menus to one, in case use frequents, manipulation can troublesome.

■ Summary of Invention

Effects of the Invention

As described above, the present invention has the effect that the hotkey function is annexed to the camera key. The continuous screen can be appreciated. Picture can be easily appreciated through the simple key stroke by annexing the slide show function with through this easily approaching to the photograph impression menu.

■ Brief explanation of the drawing

Figure 1 is a schematic diagram of the mobile telephone in which the camera function is added.

Fig. 2 the scene change sequence diagram for the conventional photograph impression.

Figure 3 is a scene change sequence diagram for the photograph impression of the invention one preferred embodiment.

Figure 4 is flowchart of the invention one preferred embodiment.

The description *** of the symbol about the main part of *** drawing.

10: manu key 20: power source / cancel key.

30: send key 40: camera key.

50: direction / verification key 60: numeric keies.

100: mobile telephone.

APLNDC-WH0000003580

■ Technical Task

As described above, there is a problem that the menu of the several steps has to be passed so that the photo album function of the mobile telephone in which the conventional camera function is added appreciate picture. And manipulation inconvenients in order to refer to the photograph of many amounts since to selecting the desired photograph after the screen which indicates the photograph list in order to successively appreciate photographs.

This kind of problem is taken into account. And an object of the present invention to provide the method in the photograph ticket at the mobile telephone which rapidly indicates the menus for the photograph impression by using the camera key as the shortcut key.

Moreover, an object of the present invention to provide the method in the photograph ticket at the mobile telephone which does not indicate the photograph list, and in which the slide show function in which photographs are converted from the state where photograph is marked according to the direction key or the delay time is added.

■ Structure & Operation of the Invention

The invention for achieving the purpose as described above comprises the step of indicating photograph according to the selection of user it indicates the photograph list which is built in if the regular picture impression menu which is not the slide show menu among the predetermined for hour step of advancing to the photograph display menu which with pressing includes the slide show menu: and detailed picture display menu among the step of consecutively indicating automatic, passively, photographs user wants if it selects and detailed picture display menu the slide show menu is selected as to the photograph display method of the mobile telephone in which the camera function has.

Moreover, the invention characterizes to more include the step of establishing the function of the slide show among the slide show execution.

As described above, the invention relates to the kind of the concrete method for display visual signal shown in the detailed explanation the photo album function of the mobile telephone in which the camera function is added is improved or the menus. And it hopes to pay attention to the thing that it is not limited.

And then, the invention is explained now particularly through the working example of the present invention.

Firstly, the invention explains the change part of the function key which is aforesaid since it internals, being of course the change silver of the photo album and being put through the change of the function key and to maximizing the offset of user of the mobile telephone.

The operation of the camera key (40) is varied among the function keies illustrated in Figure 1 and the long key is permitted. That is, according to the conventional camera key (40) is their selection, picture is stamped immediately and this is stored in the memory. However, at the moment when the operation of the camera key (40) being varied and the camera key (40) being pressed and taking off, picture is stamped and this is stored in the memory. According to that, while the camera key (40) burns, the other task is designated. Here, if the long key is used, the camera key (40) is pressed and if the predetermined time (for example, 1.5 second) passes, this is recognized as the long key and the predetermined shortcut menu is outputted.

In the predetermined shortcut menu, menus referring to photographs printed by camera and can appreciate are in a row arranged. Menu and in the present preferred embodimentsimply general 'slide show' menu are shown. 'the photograph impression' menu as described above the menu showing the photograph list and selects this and indicates the corresponding photograph. And 'the slide show' the function which consecutively indicates photographs through the manipulation of the predetermined time or the direction key.

Of course, this functions are mixed and since user selects the photograph designated in list, the manual slide show function embodies. In other words, by the photograph list nots being passed from the photograph after which user designates and using the direction key / delay time, the next photograph is outputted successively. And function including sleep etc. can be used through combination with the other function keies among the continuous output. In this case, if the shortcut key is pressed, the screen in which the photograph list instead of directly lists the menu screen can appear.

In above-described menus, the menus about the other functions using camera together can appear. It can be also marked for example, the functions such as 'moving picture viewing' and 'moving picture series viewing' as menu.

As described above, since establishments of being added like the delay time setting of the screen progressing, the consecutively generating method, the arbitrary change over etc. in the slide show function the notification technique, it so deeply does not comment to the supplementary features of such slide show. In this is the development stage, the function in which developer wants can be established at its convenience.

Moreover, the establishment of 'slide show' can be edited among the performance of 'slide show' function through the manipulation of the proper function key. For example the successive progressing, whether it can establish whether the progressing randomizing. The delay time can be established in the progressing according to the time delay. Moreover, also whether the screen which informs the termination of photograph after the output of the whole event if this is outputted repeatedly again will be outputted or not can establish.

Therefore, the common kernel at these working examples can approach the point called the addition of the menu which successively can indicate photographs while doing not do the photograph list the display and this menu to the use of the shortcut key using the long key to the to the utmost fast time. User can enforce the photograph search and impression through the application of such invention to the minimum key stroke.

One is observed referring to Figure 3 among the above-described working example.

Figure 3 is a sequence diagram showing the scene changes for these and shortcut menus applied to the present invention. And as described above, it hopes to pay attention to of the thing called such menus and the example which screen configurations are simple.

As described above, if the camera key is pressed in a long queue, the screen (D100) in which shortcut menus are marked appears. In the screen (D100), menu and general 'slide show' menu appear. Here, 'the slide show establishment' menu can be added. And this can be selected between the execution of the submenu of 'the slide show' menu or the slide show.

Firstly, in the present screen (D100), if the first 'the photograph impression' menu is selected, while the screen (D200) appears, the list of the saved photoes lists on the memory. Through this, if the desired photograph is selected, the corresponding photograph appears like the screen (D300). In this state, in spite of not returning to the screen (D200) by using the direction key, photograph can be indicated consecutively. And it again can return to the listing view (D200) by pressing the verification key.

Of course, after 'the photograph impression' menu indicates one photograph like convention, the other photograph is selected according to the input of user only when again returning to the listing view (D200).

Now, in the screen (D100) in which shortcut menus are marked, in case the second 'slide show' menu is selected, the photograph saved in the memory is indicated immediately in the screen (D400). And the next photograph is indicated in the next screen (D500) after the predetermined time automatically passes by. Here, according to the input of the user which is not the delay of the time, screen can be converted. And the photo in which in the for the first time marked photograph, the storage time just most olds or the storage address is most, the previous. It can be again marked from the photograph which user most finally appreciates. Or according to the intention of designer, it successively can indicate from the photograph most printed by the up-to-dateness in the photographing time by the reverse order.

The intention of the present invention hopes to pay attention to the establishment of being concrete or the to be not the operation method thing of the slide show. While minimizing input or the key stroke of user, it more efficients, the Representation, and the invention are put through the establishment of user for the photograph display, or the function of the user input being accepted directly and consecutively indicating photographs in the screen in which photograph is marked is annexed.

Figure 4 is a flowchart about the invention working example stating before. Through this, the example of the application of the present invention will be able to be confirmed.

Firstly, by the long key pressing the fixed shortcut key the predetermined for hour and using camera, it is included of 3rd step, 4th step, and 5th step of indicating the corresponding photograph according to the selection of user it indicates the photograph list. As to 3rd step, for a plurality of menus appreciating saved contents, next photographs is successively marked in the state displayed on the marked first step:, the second step which in case the slide show example is selected of a plurality of menus, indicates the predetermined first screen. And the first screen through the manipulation of the predetermined delay time or the direction key. As to 4th step, it closes in the sequential display step if the key input of user shows termination, and the other photographs is and then marked if it does not ***. 5th step of indicating the corresponding photograph according to the selection of user it indicates the photograph list in case the general photograph impression menu is selected in the first step, comes under.

'the photograph impression' indicates like convention only one photograph while flowchart just exists only 'the photograph impression', and 'slide show' menu. It again turns back around for the display of the other photograph to list.

It is preferable that the advantage of the present invention can be obtained in case of using the above-described working example according to flowchart. However, the direction key input is accepted for the smooth use of user in all photograph display screens.

While the mobile telephone function betters, when the normal computer and data sharing possible, the slide show function as described above can be quoted in the other application or the application function in which the slide show function is required. For example, the microsoft office file is inserted. It can be quoted in case of inserting the Hangul office file.

## Scope of Claims

### Claim 1:

The method in the mobile telephone photograph ticket comprising: the predetermined for hour step of advancing to the photograph display menu which with pressing includes the slide show menu the camera key as to the photograph display method, of the mobile telephone in which the camera function has: the step of consecutively indicating automatic, passively, photographs user wants if it selects the slide show menu among the detailed picture display menu: the step of indicating photograph according to the selection of user it indicates the photograph list which is built in if the regular picture impression menu which is not the slide show menu is selected of the detailed picture display menu.

### Claim 2:

The method in the mobile telephone photograph ticket which more includes the step of establishing the function of the slide show for the execution of the slide show as to the first claim.

## Drawing

DEFENDANT'S EXHIBIT NO. 2635.005

Machine Translated document. KIPRIS

■ Fig. 1



■ Fig. 2



■ Fig. 3



■ Fig. 4

APLNDC-WH0000003583



## Legal Status

| Date | Type of Document | Status |
|------|------------------|--------|
| 2002.08.08 | Patent Application | 수리 (Acceptance) |
| 2003.10.16 | Notification of change of applicant's information | 수리 (Acceptance) |
| 2007.08.08 | [Request for Examination] Request for Examination (Request for Preferential Examination) | 수리 (Acceptance) |
| 2008.04.25 | Notification of reason for refusal | 발송처리완료 (Dispatched) |
| 2008.07.29 | Decision to Refuse a Patent | 발송처리완료 (Dispatched) |
| 2008.08.08 | Notification of change of applicant's information | 수리 (Acceptance) |
| 2009.04.27 | Notification of change of applicant's information | 수리 (Acceptance) |
| 2009.11.03 | Notification of change of applicant's information | 수리 (Acceptance) |

## Disclaimer

This English text above is machine translation provided by KIPI for information only.

It cannot be used for legal purposes or distributed to the public without prior written consent of the KIPI.

KIPI does not warrant that this translation is accurate, complete, or free from defects, and nor is KIPI responsible for any damage related to this translation.

Not-translated word will be marked with asterisks (***).

(PDF Creation Date : 2011.09.23)

# EXHIBIT 16

US006498590B1

(12) **United States Patent**
   Dietz et al.

(10) Patent No.:     **US 6,498,590 B1**
(45) Date of Patent:          **Dec. 24, 2002**

(54) **MULTI-USER TOUCH SURFACE**

(75) Inventors: **Paul H. Dietz**, Hopkinton, MA (US);
   **Darren L. Leigh**, Belmont, MA (US)

(73) Assignee: **Mitsubishi Electric Research
   Laboratories, Inc.**, Cambridge, MA
   (US)

( * ) Notice:    Subject to any disclaimer, the term of this
   patent is extended or adjusted under 35
   U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/864,833**

(22) Filed:    **May 24, 2001**

(51) **Int. Cl.**[7] ............................................. **H01Q 21/00**
(52) **U.S. Cl.** ......................... **343/893**; 343/853; 323/904
(58) **Field of Search** ........................... 343/700 MS, 718,
   343/812, 841, 853, 893; 370/401, 465,
   466, 480, 481; 323/904; 340/286.1, 286.2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

6,335,678  B1 *  1/2002  Heutschi ................. 340/286.01
6,341,133  B1 *  1/2002  Kawamoto et al. ......... 370/352

* cited by examiner

*Primary Examiner*—Tan Ho
(74) *Attorney, Agent, or Firm*—Dirk Brinkman; Andrew J.
Curtin

(57)           **ABSTRACT**

A multi-user touch system includes a surface on which are
a pattern of mounted antennas. A transmitter transmits
uniquely identifiable signals to each antenna. Receivers are
capacitively coupled to different users, the receivers are
configured to receive the uniquely identifiable signals. A
processor then associates a specific antenna with a particular
users when multiple users simultaneously touch any of the
antennas.

**26 Claims, 3 Drawing Sheets**



DEFENDANT'S EXHIBIT
NO. 2649
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:          By:

DEFENDANTS' EXHIBIT NO. 2649.002
Case 5:11-cv-01846-LHK  Document 1898-4  Filed 08/21/12  Page 27 of 34



**FIG. 1**

DEFENDANTS' EXHIBIT NO. 2649.003



FIG. 2



FIG. 3

DEFENDANTS' EXHIBIT NO. 2649.004



FIG. 4

US 6,498,590 B1

1

# MULTI-USER TOUCH SURFACE

## FIELD OF THE INVENTION

The present invention relates generally to the field of touch sensitive surfaces, and more particularly to large-scale, multi-user touch surfaces.

## BACKGROUND OF THE INVENTION

Touch screens are widely used to present a user with an intuitive pointing interface. For example, touch screens are used in automatic teller machines, scientific and industrial control kiosks, public kiosks, and hand held computing devices, to name but a few common touch applications. Touch screens can use resistive, capacitive, acoustic, or infrared sensors. In most touch screen applications, the touch sensitive surface is permanently mounted on a display device such as a cathode ray tube (CRT), or a liquid crystal display (LCD).

During operation of most prior art touch screens, a formatted image is rear projected through the touch screen while a transmitter drives signals across the x- and y-axis of the touch screen. As the user touches the screen with a finger or stylus, pointing out specific parts of the image, receivers detect the location of specific x- and y-coordinates of where the screen is touched. The receivers are coupled to processes that can then take appropriate actions in response to the touching and the currently displayed image.

Recently, there has been interest in extending touch technologies to electronic whiteboard applications. There, the main difference is one of scale. As stated above, traditional touch screen are designed for use with small displays and a single user, whereas whiteboards are large displays, generally used in group situations.

While it is possible to scale up touch screen, specifically with acoustic signals, prior art touch screens do not differentiate among the touches by multiple users. Also, most prior art touch screen cannot distinguish multiple, none identify simultaneous touches by one or multiple users.

While electronic whiteboards are useful for group discussions, turning the interactive surface into a table that a number of users can be seated around would facilitate longer work sessions. A problem with this arrangement is that users tend to put items on tables, such as books, paper, and cups. For pressure sensitive surfaces, static objects generate spurious touch points. In a single touch system, any such object causes the surface to malfunction.

Therefore, an improved interactive touch surface should have the following characteristics: detects multiple, simultaneous touches, detects which user is touching each location, objects left on the touch surface should not interfere with normal operation, withstand normal use without frequent repair or recalibration, not require additional devices, e.g. no special stylus, body transmitters, and the like, and be inexpensive.

## SUMMARY OF THE INVENTION

It is an object of the invention to provide a multi-user, large-scale touch surface. It is another object of the invention to provide a touch system that can uniquely associate multiple simultaneous touches with multiple users. It is also an object of the invention to differentiate multiple simultaneous touches by a single user. It is also desired to have a touch surface that can operate independent of a display device.

2

The invention provides a multi-user touch system that includes a touch sensitive surface with touch sensitive locations. The basic idea behind the invention is to have the users complete a capacitively coupled circuit running from the touch point on the touch surface to devices embedded in the environment. For example, an interactive display table contains an array of antennas, each transmitting a unique signal. When a user touches near a particular antenna, the transmitted signal is capacitively coupled to that user. If the user is sitting or standing on a conducting electrode, the signal will also be capacitively coupled to that electrode. A receiver connected to that electrode can thus detect which antennas the user is touching near. Of course, the system can also work in reverse, with the table being an array of receiving antennas and the user coupling signal from a unique transmitter in a chair or floor plate.

With proper design, capacitive coupling through the human body is reliable. One consideration is to operate via "near field," i.e., capacitive, coupling. By limiting the transmitting frequencies so that the antennas are very short compared with a quarter wavelength, very little energy is radiated. Thus, for reasonable sized tables, frequencies are in the sub-MHz. range to prevent EMI compatibility problems.

More particularly, a transmitter is coupled to multiple antennas mounted on a surface to transmit uniquely identifiable signals to the antennas. Receivers are capacitively coupled to different users, and configured to receive the uniquely identifiable signals. When multiple users simultaneously touch any of the antennas, each touched antenna is associated with a particular user.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic of a multi-user touch screen according to the invention.

FIG. 2 a block diagram of a receiver according to the invention;

FIG. 3 is a block diagram of a touch screen used in one embodiment of the present invention; and

FIG. 4 is a schematic of the capacitive coupling according to the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Our invention provides a touch sensitive system that enables multiple users to simultaneously touch a surface, and to associate the location of each touch or multiple simultaneous touches with a specific user. Our touch system capacitively couples a signal between locations on the touch surface and users so that unique touched locations can be identified with specific users. Thus, multiple users can simultaneously interact with a touch surface.

System Structure

As shown in FIG. 1, a preferred embodiment of our invention can use a tabletop 101 to display an arbitrary image, not shown. The tabletop is fitted with conductive rows 102 and columns 103 of touch sensitive pads 105. The pads, as will be described in greater detail act as antennas. The conductive touch pads 105 form a touch sensitive surface 300 that coincides with the displayed image. In the arrangement shown, the rows and columns are arranged in a diamond pattern, although it should be understood that other geometric patterns are also possible, as described below.

The conductive rows and columns of pads can be deposited on, for example, a laminated substrate using techniques

US 6,498,590 B1

**3**

similar to those used to fabricate printed circuit boards. The size and separation of the touch pads determine the effective resolution of the touch locations.

A transmitter **120** individually supplies uniquely identifiable electronic signals, described below, to the rows and columns of touch pads. As shown, the transmitter **120** includes a microprocessor **110**, shift registers **111**, latches **112**, and drivers **113**. There is a set of registers, latches, and drivers for the for the rows and columns of touch pads **105**.

In addition, there are chairs **121**–**122** arranged around the table, one for each user. The chairs include conductive parts, for example, the arms, legs, or seat. The conductive parts of each chairs are electrically connected to individual receivers **200**. It should be understood that other conductive items can also be used to identify users, e.g. conductive floor mats, wristbands, belts, etc. However, we prefer conductive chairs because they form a non-obtrusive, natural setting where users can easily operate the system in comfort. The receivers **200** are coupled to a processor **150** that controls the overall operation of the system **100**. See FIG. **4** for a simplified schematic of the system of FIG. **1**.

FIG. **2** shows the receiver **200** in greater detail. The receiver **200** includes an amplifier **210** connected to a synchronous demodulator **220**. The output of the demodulator is coupled to an analog-to-digital convertor **200**, which in turn is coupled to a microprocessor **240**. The microprocessor receives synchronization signals **119** from the microcontroller **110** of the transmitter, and produces location coordinates for the processor via a serial, e.g., RS-232, interface **250**.

FIG. **3** shows the details of the touch sensitive surface **300**. In one embodiment of the invention, the touch surface is constructed as a two-layer printer circuit board with edge connectors **311**–**312** connected to the respective touch pads. The layers include a first insulator layer **301**, a row layer **302**, a second insulator layer **303**, a column layer **304**, and a mechanical support layer **305**.

Antenna Patterns

There are a number of antenna patterns possible for the touch sensitive surface or antennas. Here we describe the more interesting ones. In a "full matrix" pattern, there are a very large number of antennas arranged in a regular grid. Such a matrix of individually driven antenna "pixels" allows an unambiguous determination of multiple touch locations, even for a single user.

Minor variations on the full matrix include the use of hexagons, triangles or some other tessellating geometry. There is no reason why the antennas must be on a flat surface. For some applications, the surface can conform to any appropriately shaped object. It such cases irregular patterns of antennas may be desired. Highly irregular patterns might also be useful for some applications where the pattern corresponds to some arbitrary image.

In practice, the full matrix pattern may not be needed for many applications. Although the simultaneous, multi-user feature is desired, perhaps it is sufficient for each user to indicate at most a single touch point, or a bounding box. This functionality can be obtained with a simple row and column pattern, as shown in FIG. **1**, that drastically reduces the number of antennas.

Designing a row/column pattern is not trivial. The problem is that antennas also shield. So arranging a sheet of row conductors (antennas) and then covering the conductors with a sheet of column conductors will shield the row conductors anywhere they overlap. We have found the connected diamond pattern shown in FIG. **1** to be a good choice. This pattern has the interesting property that the row conductors

**4**

are identical to the column conductors, rotated by ninety degrees. This allowed us to design a single conductor pattern and use it for both rows and columns, saving manufacturing costs.

In practice, a user's touch will most likely span multiple rows and multiple columns with different degrees of coupling. These can be used to estimate a centroid for the point of touch, to obtain location with a higher resolution than the row and column spacing. However, an alternative way of using this information is to present a bounding box for the touch event, defined by the min and max rows and columns of antennas significantly coupled.

This leads to an interesting use of the device. A single user can touch two points to define a bounding box. This is a very natural way of selecting a rectangular area in graphics design systems. In practice, we suggest using two modes of operation: when the coupled area is small, presume the user is indicating a point, when the coupled area it large, presume that the user is trying to specify a bounding box. The end result is that even this simplified row/column design allows simultaneous multi-touch use for all users.

Of course, it would be an advantage when the row/column pattern can distinguish multiple touches from a single user. The problem is that given two X and two Y coordinates, the system cannot tell if the intended touches are (X1, Y1) and (X2, Y2) or (X1, Y2) and (X2, Y1). In most cases, timing information can be used to disambiguate the two cases. If (X1, Y1) and (X2, Y2) are coupled successively, we can estimate the pairings.

Analog Antennas

The purpose of the antenna arrays (conductive touch pads) is to generate coupling patterns that are location dependent in a simple manner. Alternatively, this can be accomplished using resistive sheets driven from multiple points.

The easiest way to think about this is to consider a one-dimensional case. A resistive strip is driven by an oscillator, first on one end, and then on the opposite end, each time grounding the undriven side. This produces a signal that linearly decreases in amplitude moving towards ground. Switching the driven side flips the direction of this linear drop. By looking at the ratio of the coupled signal during the two cases, touch locations can be determined.

This can be extended to multiple dimensions. Signals can be applied so as to drop linearly in the X dimension and then in the Y dimension. However, this cannot be accomplished by merely putting strip conductors on the edge of a resistive sheet the unused conductors will short along the desired dimension. One partial solution is to break the strip conductors into a series of small connection points that can be disconnected when driving the other axis. A more practical approach places the conductors in the four corners, and calibrate for the non-linear field patterns that result.

System Operation

During operation, images can be projected onto the table. The projection can be overhead projection, or rear projection when the touch surface is transparent or translucent. For many applications, such as, games or industrial control, the image can be fixed on the touch sensitive surface by other means, or a mix of fixed and projected images can be used. If the touch surface is mounted on a wall, as described below, the projection can be conventional, or any other projection means can be used.

In the case the surface is mounted on a table top, users sitting in the conductive chairs **121**–**122** cause a capacitive coupling between the transmitter and the receivers **200** when the touch surface is touched by a body part, e.g., fingers or

US 6,498,590 B1

5

toes, or a conductive pointers held by the users. In effect, the user couples the transmitter to the receivers via the touch screen.

The coupled signal is analyzed to determine the locations that are capacitively coupled to each chair and hence the unique locations pointed at by each seated user can be identified.

The system can be understood with the aid of a simplified equivalent circuit as shown in FIG. 4. $C_{table}$ 401 represents the capacitance between the user's finger and a transmitting antenna of the surface. $C_{chair}$ 402 represents the capacitance between the user and a conducting chair. The coupling capacitance is the series combination of these two capacitances:

$$C_{coupling} = (C_{table} * C_{chair})/(C_{table} + C_{chair})$$

Because the coupling area of a finger is very small compared to the entire upper torso in a conducting chair, $C_{table}$ tends to be very small compared to $C_{chair}$. Thus, the $C_{coupling}$ is approximately equal to $C_{table}$. This means that the precise capacitive coupling via the chair is inconsequential. In the case the coupling is via a conducting floor plate, the coupling area of feet is far smaller, but still very large compared to a finger. One might think that thick-soled shoes might be problematic because they dramatically increase the spacing between the conductors. However, we have found that we get more than sufficient coupling, partially because the thick rubber soles have a high dielectric constant increasing the capacitance.

For the system to work well, we prefer fairly independent coupling paths among the users. This constraint is violated if two or more users, or their chairs are touching, or are in very close physical proximity. In this regard, social norms of "personal space" are sufficient to keep the inter-user coupling acceptably small.

However, this behavior can be explicitly exploited. By touching another user, or the user's chair, the touches of either user are interpreted as touches for both users. Typically, the coupling "through" a second user is considerably weaker, and thus it is possible to determine a "primary" user versus "shared" users. This provides a simple and intuitive mechanism for users to jointly indicate a selection.

As noted above, the system can work in one of two ways—the touch surface can be a large array of antennas transmitting uniquely identifiable signals to a small number of receivers associated with particular users, or a large array of antennas receiving a small number of uniquely identifiable signals from transmitters associated with particular users. We have found the former to be a superior configuration for a number of reasons. Primary, the transmitter can be driven with logic level signals that are easy to generate in large number. Receivers are somewhat more complex to implement. Thus, we chose the configuration that minimizes the number of receivers.

There are many ways of generating uniquely identifiable signals, as described in detail below. In signal processing terms, we can use an orthogonal set of signals. For example, every antenna is driven at a different frequency. A receiver that is coupled to a number of antennas then identifies a particular user by examining the spectrum of the received signal. However, generating the numerous frequencies required for a large array can be relatively expensive.

Time division multiplexing is another option. In this case, each antenna is separately driven in turn by a fixed frequency, and the timing of the received signals is used to determine which antennas are presently coupled. This sys-

6

tem is very simple to implement because the receivers are particularly simple because they are looking for a single frequency. However, this technique may not be appropriate for very large arrays. The problem is a fairly subtle one caused by the interplay of the various constraints.

For high responsivity, the entire array must be scanned ten to a hundred times per second. However, as noted above, practical modulating frequencies are limited to the sub-MHz. range. This leaves very few modulation cycles per antenna, making receiver design difficult, especially considering of other interfering sources of noise.

There are ways of reducing the scan time that help to extend the practicality of time division multiplexing schemes. Large numbers of antennas can be driven simultaneously to see if there is coupling from any of them. Thus, binary search patterns may be used to locate particular touch points in roughly logarithmic time. However, this is not as straight forward as at first implied. In general, there will be degrees of coupling to multiple antennas, so in practice, these searches narrow down the candidate areas, which are then searched exhaustively.

As anyone familiar with telephone systems will note, in addition to time and frequency division multiplexing, code division multiplexing can be considered. In fact, this turns out to be a particularly elegant approach for large arrays. A simple generating polynomial is used to generate a pseudo random bit sequence with the property that the autocorrelation of this sequence is extremely small everywhere except at zero. This sequence is then fed into a long shift register to generate a binary tapped delay line with one tap per an antenna. The taps directly modulate the antennas. The receiver then cross-correlates the received signal with the original sequence. Each lag in the cross-correlation signal corresponds to the coupling from a particular antenna. This allows all of the couplings to be determined by a single calculation.

The advantage of this code division multiplexing scheme is that it scales extremely well to large numbers of antennas. Adding antennas merely requires adding extra taps on the shift register. On the receiver side, FFT and other techniques can dramatically decrease the difficulty of the cross-correlation calculation. Unlike time division multiplexing, the effective antenna integration time remains long and constant with increasing number of antennas, avoiding noise issues.

Transmitting and Receiving

The capacitive coupling of our system relies on near field coupling. Therefore, far field radiation by the touch sensitive screen should be minimized to maximize the signal to noise ratio (SNR) at the receivers 200. For this reason, the frequencies of the transmitted signals are kept low, e.g., under 1 MHz for practical table sizes. This has an important impact on the design of the system. At lower frequencies, integration time required at the receiver increases to achieve a usable SNR. As an advantage the frequencies are well below frequencies of the radio spectrum, making our system useable in environments where RF signals could interfere with the operation of other equipment.

Time Division Multiplexing

In a time division multiplexed transmitting scheme, each row and then each column of pads is individually driven, in turn, so that the number of individual transmitters can be relatively small. By measuring the times when the transmitted signals are present at the receivers 200, the rows and columns coupled are readily differentiated. This can be accomplished with the synchronization signals 119.

US 6,498,590 B1

**7**

Code Division Multiplexing

Time synchronized signals are not the only easily separable signals. With code division multiplexing, orthogonal spreading codes at the transmitter allow multiple signals to occupy the same frequency bandwidth. In the receivers **200**, the multiple signals are then separated by correlating them with the original spreading code. With a properly chosen pseudo random noise (PRN) bit sequence, the autocorrelation function is very small everywhere except at zero.

Thus, by driving each row and column of pads by the same PRN bit sequence, but each sequence with a unique time delay, received signals can easily be separated by cross-correlating with the original sequence.

Therefore, a single PRN bit sequence is generated for the transmitter using a polynomial function. The PRN sequence is passed through a shift register to provide time delays. Then, the transmitted signals are spread by the PRN sequence from taps off the shift register and transmitted by the different receivers.

The code division multiplexed scheme has many advantages. First, locations on the entire table can be determined by one cross-correlation per receiver. Second, the effective integration time can be very long compared to the time division scheme. Third, the system is robust to many types of interference due to the spread spectrum operation.

Resistive Touch Screen

Rather than using detailed patterns of rows and columns pads, a single resistive substrate can also be used as the touch sensitive surface, as described above. In this case, a very small number of transmitters are used, for example one at each corner, or one at each side. The resistive drop across the substrate is different for each transmitter, so the relative amounts of signal capacitively coupled up to a user can be used to determine the touch location.

Alternative Embodiments

In an alternative embodiment, the electrical signals are driven in reverse so that the chairs **121–122** are coupled to unique transmitters, and the rows and columns are coupled to a single receiver.

In yet another embodiment, each unique location on the table can be individually coupled to a transmitter or a receiver. This arrangement enables the identification of multiple touch points by a single user.

In this design with individually addressable locations, there may not be sufficient time to integrate the signal over each location while still maintaining a reasonable overall update rate. In this case, we use a code division multiplexed scheme. By analyzing the received codes, the touch locations can be determined. Code division multiplexing allows sufficient integration time because time sliced integration for each location is not required.

Timing signals can also be used to disambiguate multiple simultaneous touches. Other geometric patters, such as a triangular mesh, also allow for multiple unambiguous touch locations. Note that the mesh spacing should be sufficiently small so that a fingertip spans at least one row and one column, yet large enough to maximize capacitive coupling.

Applications

The system according to our invention can be used in any of the interactive applications described above, but now we enable multiple users to operate the system simultaneously. In addition, the system can be used for a whole new genre of interactive games where multiple users either compete with each other, or collaborate to solve an unknown problem.

One of the key features of the system is its ability to detect multiple touches allowing a number of people to simulta-

**8**

neously interact with the system. For some cases, the identity of the user may be unimportant. Thus a single receiver can be used. A whimsical example can be a digital finger paint mural - a wall that allows users to finger paint messages and art that slowly change color and decay with time.

This system works by projecting digital video onto a full matrix of touch pads, with the adjacent floor being a single receiving electrode. Interestingly, the system can also be implemented with a row/column touch wall. In this case, the floor is partitioned into many separate receivers so as to provide each user with an independent coupling path. The system can scan all of these receivers for coupling, so that users can walk freely about.

The other key feature of the system according to the invention is the ability to determine which user is currently touching near the antennas. This is a very powerful feature that can be used many ways. For example, we generated a multi-player game where different colored objects appear on the surface, often simultaneously, and the player must quickly touch the objects that are a particular color. The first player to do this correctly for each object gets points credited to his or her score. Hitting the wrong color deletes points. This game is only possible via the identification feature of our invention.

The ability for simultaneous, identifying interaction opens some interesting possibilities. One of the more intriguing ideas is the ability to generate virtual personal work areas. Although the system is designed for group collaboration on a common surface, in practice, individuals may want to "break away" to briefly address some subset of the problem, and then wish to integrate their result into the whole. When these situations arise, the system can generate a virtual personal work area in front of the appropriate user that only responds to that user. The user can then manipulate objects in this space, without impacting the larger work effort of other users but for the loss of some screen space. Because these virtual personal work areas are software defined, they can be generated and destroyed on the fly, in any shape as desired.

The concept of virtual personal work areas can be extended to special "privileged objects." A privileged object is an icon that allows only certain classes of users to perform certain operations with that object. For example, a plumber and an electrician may be viewing the same house plan, but only the plumber can modify the piping and only the electrician can modify the wiring.

Although the invention has been described by way of examples of preferred embodiments, it is to be understood that various other adaptations and modifications may be made within the spirit and scope of the invention. Therefore, it is the object of the appended claims to cover all such variations and modifications as come within the true spirit and scope of the invention.

We claim:

1. A multi-user touch system, comprising:

a touch sensitive surface including a plurality of antennas mounted thereon;

a transmitter configured to transmit uniquely identifiable signals to each antenna;

plurality of receivers, each receiver capacitively coupled to a different user, the receivers configured to receive the uniquely identifiable signals;

means for associating a specific antenna with a particular user when multiple users simultaneously touch any of the plurality of antennas.

DEFENDANTS' EXHIBIT NO. 2649.009
Case 5:11-cv-01846-LHK   Document 1898-4   Filed 08/21/12   Page 34 of 34

US 6,498,590 B1

**2**. The system of claim **1** wherein the touch sensitive surface further comprises:

a plurality of conductive pads arranged in rows and columns.

**3**. The system of claim **2** wherein the plurality of conductive pads are arranged on a laminated substrate.

**4**. The system of claim **2** wherein the means for associating further comprises:

means for driving the uniquely identifiable signals to each antenna in turn; and

means for measuring times when the transmitted signals are present at the receivers to differentiate the antennas.

**5**. The system of claim **1** wherein each receiver further comprises:

an amplifier connected to a synchronous demodulator;

an analog-to-digital converter coupled an output of the synchronous demodulator.

**6**. The system of claim **1** wherein the transmitter and each receiver are connected to a processor for associating the specific antenna with each particular user.

**7**. The system of claim **1** wherein the surface is disposed on a table top.

**8**. The system of claim **1** wherein the surface is mounted on a wall.

**9**. The system of claim **1** wherein the surface conforms to an arbitrary shaped object.

**10**. The system of claim **1** wherein the antennas are arranged in a regular pattern.

**11**. The system of claim **1** wherein the antennas are arranged in an irregular pattern.

**12**. The system of claim **1** further comprising:

means for associating two antennas with the particular user when the particular user simultaneously touches two antennas.

**13**. The system of claim **12** wherein the two antennas define a bounding box.

**14**. The system of claim **1** wherein the particular user simultaneously couples multiple antennas, and further comprising:

means for estimating a centroid of the plurality of antennas.

**15**. The system of claim **1** wherein each receiver capacitively coupled to a different user uses near field coupling, and frequencies of the uniquely identifiable signals are substantially under 1 MHz to maximize a signal to noise ratio at the receivers.

**16**. The system of claim **1** wherein another user touches the particular user while the particular user touches any of the plurality of antennas, and further comprising:

means for associating the specific antenna with the particular user and the other user.

**17**. The system of claim **1** wherein the means for associating further comprises:

means for generating orthogonal spreading codes in the transmitter;

means for modifying the transmitted signals according to the spreading codes; and

means for separating the transmitted signals according by correlation with the spreading codes.

**18**. The system of claim **17** further comprising:

means for generating a pseudo random noise bit sequence using a polynomial function;

a shift register coupled to the means for generating; and

a plurality of taps coupled to the shift register to provide time delays of the pseudo random noise bit sequence and to modify the transmitted signals according to the time delayed pseudo random noise bit sequence.

**19**. The system of claim **1** wherein the plurality of antennas are a single resistive substrate, and a plurality of transmitters are coupled to the resistive substrate.

**20**. The system of claim **1** wherein the transmitted signals are driven in reverse by coupling one transmitter to each user, and coupling the antennas to a single receiver.

**21**. The system of claim **1** wherein each antenna is coupled to a unique transmitter and associated unique receiver to differentiate multiple simultaneous touches by a single user.

**22**. The system of claim **1** further including timing signals to differentiate multiple simultaneous touches by a single user.

**23**. A method for operating a multi-user touch system, comprising:

transmitting uniquely identifiable signals to a plurality of antennas mounted on a surface;

receiving the uniquely identifiable signals when users capacitively coupled the transmitted signal by touching the antennas; and

associating specific touched antennas with particular users when multiple users simultaneously touch any of the plurality of antennas.

**24**. The method of claim **23** wherein the receivers are capacitively coupled to the users via conductive chairs.

**25**. The method of claim **23** wherein the capacitive coupling uses near field coupling, and frequencies of the uniquely identifiable signals are under 1 MHz to maximize a signal to noise ratio at the receivers.

**26**. The method of claim **23** wherein the plurality of antennas are mounted on a tabletop, and further comprising:

projecting an image onto the tabletop.

*   *   *   *   *