# EXHIBIT 19

DEFENDANT'S EXHIBIT
NO. 531.001

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

APLNDC00000898



# Samsung Patents

# Relevant to Apple

## Samsung Electronics Co.

## IP Center

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

SAMSUNG

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000899

# Samsung's Innovation Leads the Cellular Industry

- **1969** Samsung Electronics Co. established

- **1996** CDMA cellular phone & N/W developed and launched

- **1999** World's 1st develop MP3 phone, TV phone and watch phone

- **2000** World's 1st CDMA2000 1X cellular services commercialized

- **2004** World's 1st develop and demonstrate Mobile WiMAX

- **2005** World's 1st Satellite and Terrestrial DMB phone launched







*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

1

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000900

2





- **2006**   Best in Show Award (CTIA, USA)
- **2007**   iF Communication Design Award (Germany)
         Best GSM Mobile Handset Award (World Congress, Spain)
- **2008**   iF Communication Design Award (Germany)
         G-mark Design Award (Japan)
- **2009**   iF Product 2009 Design Award (Germany)
- **2010**   IDEA Design Award (USA)
         iF Product 2010 Design Award (Germany)

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000901

3

# Samsung Participates in Many Standard Organizations

















*Samsung Proprietary & Confidential
For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000902



# Samsung Leadership in Key/Major Standard Groups

|  | Chairman | Board |
|---|---|---|
| 3GPP | 4 | - |
| 3GPP2 | 2 | 1 |

|  | Chairman | Board |
|---|---|---|
| WiMAX | 4 | 1 |
| OMA | 4 | - |

❖ 3GPP   Radio Access Network WG 1
Radio Access Network WG 2
GSM EDGE RAN WG
GSM EDGE RAN WG 3

❖ 3GPP2   Technical Spec Group - A
(Access Network Interface)
Technical Spec Group – A2
(A N I Femto)

❖ WiMAX   Network Working Group
NWG Security Sub WG
Regulatory Working Group
Technical Working Group

❖ OMA   Messaging Working Group
Strategic Planning Committee
BroadCAST
Digital Rights

(Source by ETSI - Sep 1, 2010)

4

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000903

# Samsung Contribution in Telecommunication Standard



## Mobile WiMAX

Intel 16%

Samsung 20%

LG 12%

etc 52%

## 3GPP (LTE)

Samsung 9%

Huawei 7%

Nokia 7%

Ericsson 6%

LG 8%

Qualcomm 6%

etc 57%

5

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000904

6

SAMSUNG

# Samsung ETSI Standard Patents

| Project | Patents |
| --- | --- |
| 3GPP (WCDMA) | 543 |
| 3GPP (LTE) | 261 |
| 3GPP (UMTS) | 175 |
| GSM | 13 |
| etc | 6 |
| Total | 998 |

(Source by ETSI - Sep 1, 2010)

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000905

# Samsung ETSI Standard Patents

※ ETSI : European Telecommunications Standards Institute

## 3GPP (WCDMA)



## 3GPP (LTE)



*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

7

Highly Confidential -
Attorneys' Eyes Only

**DEFENDANT'S EXHIBIT NO. 531.009**

APLNDC00000906



# Samsung holds over 93,000 Worldwide Issued Patents including 23,689 US Patents

3,397 Issued US Patents

10,846 Issued US Patents

1,908 Issued US Patents

3,852 Issued US Patents

3,686 Issued US Patents

Semiconductor

Cell Phone

Camera etc

Computer CE

LCD Display

**23,689 Samsung US Patents**

(Sep, 2010)

*Samsung Proprietary & Confidential For Settlement Purpose Only*

8

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

# List of Top 10 Organization Receiving Most U.S. Patents

| Rank | 2009 Company | Patents | 2008 Company | Patents | 2007 Company | Patents | 2006 Company | Patents | 2005 Company | Patents |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | IBM | 4,914 | IBM | 4,186 | IBM | 3,148 | IBM | 3,621 | IBM | 2,941 |
| 2 | Samsung Electronics | 3,611 | Samsung Electronics | 3,515 | Samsung Electronics | 2,725 | Samsung Electronics | 2,451 | Canon | 1,828 |
| 3 | Microsoft | 2,906 | Canon | 2,114 | Canon | 1,987 | Canon | 2,366 | HP | 1,797 |
| 4 | Canon | 2,206 | Microsoft | 2,030 | Matsushita | 1,941 | Matsushita | 2,229 | Matsushita | 1,688 |
| 5 | Panasonic | 1,829 | Intel | 1,776 | Intel | 1,865 | HP | 2,099 | Samsung Electronics | 1,641 |
| 6 | Toshiba | 1,696 | Matsushita | 1,745 | Microsoft | 1,637 | Intel | 1,959 | Micron | 1,561 |
| 7 | Sony | 1,680 | Toshiba | 1,609 | Toshiba | 1,549 | Sony | 1,771 | Intel | 1,549 |
| 8 | Intel | 1,537 | Fujitsu | 1,494 | Sony | 1,481 | Hitachi | 1,732 | Hitachi | 1,271 |
| 9 | Seiko Epson | 1,330 | Sony | 1,485 | Micron | 1,476 | Toshiba | 1,672 | Toshiba | 1,258 |
| 10 | HP | 1,273 | HP | 1,424 | HP | 1,470 | Micron | 1,610 | Fujitsu | 1,154 |

(Source by USPTO)

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

9

APLNDC00000907

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000908

**10**

SAMSUNG

# Apple iPhone sales continues to grow



(Source by Strategy Analytics, May 2010)

Samsung Proprietary & Confidential
For Settlement Purpose Only

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000909

# Samsung Patents Infringed by Apple iPhone

SAMSUNG

- Sample Samsung Patents List infringed by Apple iPhone using WCDMA (1)



iPhone 3G(s)  iPhone 4

**11**

### Cellular and wireless

- UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz)
- GSM/EDGE (850, 900, 1800, 1900 MHz)
- 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)
- Bluetooth 2.1 + EDR wireless technology

http://www.apple.com/iphone/specs.html
http://www.apple.com/iphone/compare-iphones/

- US 6,437,714 (Turbo encoder)
- US 6,920,602 (Code block segmentation)
- US 6,928,604 (Turbo encoder)
- US 7,706,348 (TFCI)
- US 7,386,001 (Transport CH multiplexing)
- US 7,451,383 (Rate matching)
- US 7,050,410 (Transport CH multiplexing)
- US 6,397,367 (Rate matching)
- US 6,154,652 (Compressed mode)
- US 6,385,437 (Compressed mode)
- US 7,362,867 (Scrambling)
- US 7,221,695 (Scrambling)
- US 6,674,739 (Random access)
- US 6,598,202 (Interleaving)
- US 6,487,693 (Coding)

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

**DEFENDANT'S EXHIBIT NO. 531.013**

APLNDC00000910

# SAMSUNG

- Sample Samsung Patents List infringed by Apple iPhone using WCDMA (2)

- US 6,493,333 (Compressed mode)
- US 6,493,815 (Interleaving)
- US 6,567,391 (Power control)
- US 6,609,003 (Multi antenna)
- US 6,668,343 (Interleaving)
- US 6,707,788 (Spreading)
- US 6,728,229 (Cell search)
- US 6,741,578 (Cell search)
- US 7,085,254 (Gating transmission)
- US 6,289,486 (Turbo encoding)
- US 7,072,324 (Multi antenna)



iPhone 3G(s)    iPhone 4

### Cellular and wireless

- UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz)

- GSM/EDGE (850, 900, 1800, 1900 MHz)
- 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)
- Bluetooth 2.1 + EDR wireless technology

http://www.apple.com/iphone/specs.html
http://www.apple.com/iphone/compare-iphones/

12

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

**DEFENDANT'S EXHIBIT NO. 531.014**

APLNDC00000911

**SAMSUNG**

- *Sample Samsung Patents List infringed by Apple iPhone using HSDPA*



iPhone 3G(s)     iPhone 4

**Cellular and wireless**

- UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz)
- GSM/EDGE (850, 900, 1800, 1900 MHz)
- 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)
- Bluetooth 2.1 + EDR wireless technology

http://www.apple.com/iphone/specs.html
http://www.apple.com/iphone/compare-iphones/

**13**

- US 7,164,650 (Code allocation)
- US 7,200,792 (Interleaving)
- US 7,093,178 (Retransmission)
- US 7,027,782 (Retransmission)
- US 7,146,552 (Retransmission)
- US 7,180,953 (Symbol mapping)
- US 7,280,606 (Symbol mapping)
- US 7,283,509 (Retransmission)
- US 7,362,733 (Symbol mapping)
- US 7,496,079 (Symbol mapping)
- US 7,573,852 (Symbol mapping)
- US 7,782,973 (Symbol mapping)
- US 7,676,731 (Retransmission)

*Samsung Proprietary & Confidential
For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000912

Samsung Proprietary & Confidential
For Settlement Purpose Only

**SAMSUNG**

- *Sample Samsung Patents List infringed by Apple iPhone using HSUPA*



14

### Cellular and wireless

- UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz)
  - GSM/EDGE (850, 900, 1800, 1900 MHz)
  - 802.11 b/g/n Wi-Fi (802.11 n 2.4GHz only)
  - Bluetooth 2.1 + EDR wireless technology

http://www.apple.com/iphone/specs.html
http://www.apple.com/iphone/compare-iphones/

- US 6,751,772 (Rate matching)
- US 7,512,153 (Data rate control)
- US 7,668,563 (Power control)
- US 7,606,212 (Power control)
- US 7,447,516 (Power control)
- US 7,733,832 (Control information)
- US 7,756,087 (Retransmission)
- US 7,639,650 (Channel allocation)
- US 7,209,749 (Scheduling)
- US 7,609,635 (Data rate control)
- US 7,643,844 (Data rate control)
- US 7,675,941 (Packet data unit)
- US 7,701,921 (Data rate control)
- US 7,561,550 (Scheduling)
- US 7,480,269 (Data rate control)
- US 7,486,644 (convolution coding)
- US 7,573,854 (Scheduling)

Highly Confidential -
Attorneys' Eyes Only



APLNDC00000913

**SAMSUNG**

- Sample Samsung Patents List *infringed by Apple iPhone using WiFi*

- US 7,339,916 (Ack transmission)
- US 5,745,769 (Multiple connection)
- US 6,859,656 (Tx power optimization)
- US 7,263,357 (Roaming service)
- US 7,433,314 (Ack configuration)
- US 7,301,890 (Multiple antenna)
- US 7,388,920 (Multiple antenna)
- US 7,505,527 (Multiple antenna)
- US 7,599,363 (Block ack)

**15**

iPhone 4

iPhone 3G(S)

### Cellular and wireless

- UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz)

- GSM/EDGE (850, 900, 1800, 1900 MHz)

- 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)

- Bluetooth 2.1 + EDR wireless technology

http://www.apple.com/iphone/specs.html
http://www.apple.com/iphone/compare-iphones/

*Samsung Proprietary & Confidential
For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000914

**SAMSUNG**

• *Sample Samsung Patents List potential ly infringed by Apple using LTE*

• US 6,910,110 (Interleaving)
• US 7,697,622 (Multi antenna)
• US 6,289,486 (Coding)
• US 7,342,882 (Uplink retransmission)
• US 7,065,060 (data rate control)

16

Next generation iPhone

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000915

17

**SAMSUNG**

- Sample Samsung Patents List *infringed by Apple iPhone using key-function (1)*



iPhone 4

iPhone 3G Ⓢ

- US 5,625,275 (Power management)
- US 6,122,369 (Communication process)
- US 6,170,064 (System display)
- US 6,172,477 (Battery charging)
- US 6,216,008 (Transmitting message)
- US 6,292,179 (Input system)
- US 6,532,372 (Data communication)
- US 6,542,897 (Customer support system)
- US 6,738,514 (Character recognition)
- US 6,771,980 (Dialing method)
- US 6,879,843 (Data download)
- US 6,882,860 (Call alert)
- US 6,977,687 (Controlling a focus)
- US 6,944,440 (Voice message)
- US 7,009,626 (Document processing)

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000916

**SAMSUNG**

- Sample Samsung Patents List *infringed by Apple iPhone using key-function (2)*



iPhone 4

iPhone 3G Ⓢ

18

- US 7,047,040 (Portable computer)
- US 7,069,055 (Display world time))
- US 7,079,871 (Display data)
- US 7,092,734 (Software download)
- US 7,136,676 (Data display)
- US 7,177,415 (Telephone connection)
- US 7,352,361 (Image display)
- US 7,450,114 (Document panning)
- US 7,515,941 (Telephone number search)
- US 7,526,323 (Communication system)
- US 7,526,585 (Multi tasking)
- US 7,535,415 (Image recording)
- US 7,564,448 (Touch screen system)
- US 7,577,460 (Communication system)
- US 7,652,627 (System for GPS)

*Samsung Proprietary & Confidential*
*For Settlement Purpose Only*

Highly Confidential -
Attorneys' Eyes Only

# EXHIBIT 20

DEFENDANT'S EXHIBIT
NO. 565.001

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

**EUROPEAN COMMISSION**
COMPETITION DIRECTORATE-GENERAL

Information, Communication and Media
The Director

Brussels, 21.06.06  D 004040
COMP/C-3/NB/vb  D(2006)*D465

REGISTERED WITH ADVICE OF DELIVERY

Mr. Karl Heinz Rosenbrock
Director General, ETSI
650 route des Lucioles
F - 06921 Sophia Antipolis

Subject:   **ETSI IPR group discussions**

Dear Mr. Rosenbrock,

I am writing with regard to the ongoing discussions within ETSI on possible changes to its IPR rules. As you are aware, we have always stressed that it is for ETSI to design these rules in the most appropriate and efficient way, subject of course to them being in conformity with the EC's competition régime. In this context, we have been following ETSI's ongoing discussions with interest.

I should first stress that we strongly welcome apparent moves towards specific mechanisms which will encourage and govern the early declaration and identification of essential patents in the standard-setting process. As you know, this was the principal area of concern in our patent ambush case (Case 37926) which was closed in December 2005 following changes by ETSI to its IPR rules.

We are also interested in the ongoing discussions on *ex ante* royalty setting, and it is in this area that we have specific questions. In my letter to you of 9 December 2005, I highlighted that when subject to appropriate safeguards,[1] an *ex ante* licensing regime could bring pro-competitive benefits. More specifically, a "pure" *ex ante* régime for a particular standard, where competition on the basis of both technology and price occurs while the standard is being developed, has the potential of bringing the price down to the competitive level, and avoiding the possibility of *ex post* monopoly pricing once one technology from many has been chosen for the standard (and once lock-in to that standard has occurred).

---

[1]   This relates in particular to the need to avoid the risk of price collusion.

European Commission, B-1049 Brussels – Belgium - Telephone: (32-2) 299.11.11
Office: J-70  4/136 · Telephone: direct line (32-2) 296.65.69 – Fax: (32-2) 295.01.28
E-mail: Comp-Greffe-Antitrust@cec.eu.int

**CONFIDENTIAL BUSINESS INFORMATION**
**SUBJECT TO PROTECTIVE ORDER AND PARTIES' SOURCE CODE AGT.**
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

**SS 03033391**

S-794-ITC-003053503

However, according to our information, this type of "pure" *ex ante* model does not appear to be favoured in the context of ETSI's ongoing discussions. One "*ex ante*" model that is being put forward appears to be that of an *ex ante* collective royalty cap, whereby the total royalty that can be charged for all the patents that are essential in a particular standard is capped in advance at an overall percentage of the licensee's product revenues. Our understanding is that the percentage royalty that each essential patent holder would then receive would be the proportion of the royalty cap that his essential patents constitute compared to the overall number of essential patents in the standard (i.e. that if the overall royalty cap is 6% of product revenues, and if there are 3 essential patents in the standard, each patent holder would receive 2% of the licensee's product revenues).

Whilst we appreciate the desire on the part of licensees for certainty in the royalties that they will have to pay (and that these royalties should not be unreasonable or excessive), we would be concerned that any such approach risks negating the possible benefits of a "pure" *ex ante* régime. More specifically, whereas a "pure" *ex ante* régime has the potential to bring the price down to the competitive level through competition on the basis of price (as well as technology), a collective *ex ante* royalty cap régime in combination with the royalty allocation mechanism outlined in the preceding paragraph does not appear to allow for any such price competition. Indeed, it would appear to precisely preclude any such price competition from occurring, since the price of each essential patent is fixed in advance as a mathematical function of: (i) the collective royalty cap that is set; and (ii) the number of essential patents that are included in a standard.[2]

In light of the need for ETSI's IPR rules to comply with the EC's competition régime, I would therefore urge ETSI to bear the considerations that I have outlined in this letter in mind in its ongoing discussions, as well as to keep us informed on the evolution of these discussions.

Yours sincerely,

Ángel Tradacete Cocera

cc.   Mr. Ayral, DG Enterprise
       Mrs. Pons, DG Enterprise

---

[2] This also appears to give rise to an ancillary concern, namely that the *ex ante* incentives to innovate of prospective licensors risk being undermined if the royalty they will receive is set in advance according to such a mathematical formula, and not decided as a result of market forces.

2

CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER AND PARTIES' SOURCE CODE AGT.
CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

SS 03033392

S-794-ITC-003053504