# EXHIBIT 23

**DEFENDANT'S EXHIBIT
NO. 616.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____By:_____

DFD 12-8-06
09:11

503160 DFD

XL6121712

9001610109

180-598600A

ICN-DF00

ETA

1217/00

936-93607127-0

12/07 8:19

15:37

13/9/51 ICM OM



## PICK UP ORDER/D.O.

*POD Dock#5*
*12-8-06*
*14:50* ✓

**Exel Global Logistics Inc**

# exel

DATE: 12/06/06

| IMPORTING CARRIER | FROM PORT OF ORIGIN AIRPORT | OUR REF NUMBER | ARRIVAL DATE | FREE TIME EXP |
|---|---|---|---|---|
| KOREAN AIR LINES CO | | 02DFA106360727000-01 | 12/07/06 | 0/00/00 |

LOCATION OF MERCHANDISE
KOREAN AIR 1640 W. 23RD, ST 300 DFW AIRPORT, TX 75261

**DELIVER TO** →
SAMSUNG TELECOMMUNICATIONS
611 S ROYAL LANE, DOCK #6
COPPELL, TEXAS 75019

THE CARRIER OF CARTMAN TO WHOM THIS ORDER IS ASSIGNED WILL BE RESPONSIBLE FOR ANY STORAGE AND DEMURRAGE CHARGES RESULTING FROM NEGLIGENCE.

IMPORTANT: NOTIFY US AT ONCE IF DELIVERY CANNOT BE EFFECTED AS INSTRUCTED

| BROKER/IMPORTED NAME | AUTHORIZED SIGNATURE | FREIGHT CHARGES |
|---|---|---|
| SAMSUNG TELECOMMUNICATIONS | | ☐ COD  ☐ PREPAID ☐ COLLECT  ☐ BANK RELEASE |

**TRUCKING COMPANY NAME** → DHL

DATE & SIGNATURE OF RECEIVER

NO. PKGS. RECD. 90 CTNS

IS AUTHORIZED TO PICK UP THE MERCHANDISE INDICATED BELOW.

| MARKS & NUMBERS | ENTRY NUMBER | PKGS. BY ENTRY | IMPORTING CARRIER & B/L OR AWB NO. | DESCRIPTION OF GOODS & WT. |
|---|---|---|---|---|
| 5934612 | 336-9360727-0 | 90 | 1805986509 | CELLULAR PHONES |

U.S. Customs cleared 00/00/00.
CELLULAR PHONES.

Please provide Proof of Delivery (POD) ASAP
Our fax number is 9727451351.

3 PLTS  STC  90 CTNS  @  860 LBS

SGH-T319NBWTMB

THANKS
LIZ

*IN: 14:50*
*UL: 14:55*
*OUT: 3:50*

CONSOLIDATION SERVICES ARE SUBJECT TO THE COMPANY'S CONDITIONS OF CONTRACT AS PRINTED ON THE REVERSE OF THE COMPANY'S INTERNATIONAL HOUSE AIR WAYBILL OF BY AIR OR THE COMPANY'S BILL OF LADING IF BY SEA. ANY OTHER SERVICE IS SUBJECT TO THE COMPANY'S STANDARD TRADING CONDITIONS PRINTED ON THE REVERSE SIDE OF OUR INVOICE AND ARE AVAILABLE UPON REQUEST.

**PACKAGE COUNT VALIDATION**

DATE _____   NO. OF PKGS.

AGENT OF DELIVERING CARRIER _____ (NAME) _____ (TITLE)

DELIVERED QUANTITIES VERIFIED _____ (SIGNATURE OF CUSTOMS OFFICER) _____ (BADGE NO.)

| CUSTOMS PERMIT | PKG NOS HELD BY U.S CUSTOMS TO FOLLOW | GO NO |
|---|---|---|
| ☐ ATTACHED  ☐ LODGED WITH U.S. CUSTOMS | | |

RECEIVED IN GOOD ORDER

PER _____   DATE _____

CL-C-1010-C (6/05)

Confidential Business Information - Subject to Protective Order
Confidential Business Information -- Subject to Protective Order

SS 03140441

S-794-ITC-005276702

**Amy York**

| | |
|---|---|
| **From:** | Mira Joo [mira.joo@dhl.com] |
| **Sent:** | Wednesday, December 06, 2006 8:21 PM |
| **To:** | Prealert Sel |
| **Cc:** | a.york@samsung.com; afolz@sta.samsung.com; b.atwood@samsung.com; 聽鬭濁; 蚓鬭柔; 橋桁橋; Diane Kim; Edward Kim; 聰彈摘; ellen_mk.lee@samsung.com; 內聽脫; Exel-US-DFW LION ALERT; GC Yim; 蕃慢聽; 鎌砲借; HoChang Choi; 坊完託; 惹砲借; 失停喜; j.um@dhl.com; 蕃駐蕷; James Jo; 蚓酎鐸; 歧酎濁; Jason Hayes; 蚓酎牧; 歧停縮; jen.h.lee@samsung.com; Jennifer Lea; 暢筆聽; jinsuk69.lee@samsung.com; 蚓亭保; k.noh@samsung.com; Karen Warkentine; 蕎嬉停; 惹較汰; 歧勘; meimey.lee@samsung.com; MJ Song; mose.lee@samsung.com; neocjh@samsung.com; ns.ahn@samsung.com; ohgyun.kwon@samsung.com; 內柔慢; Ricky Hayes; robbie.herring@us.dhl.com; 坊榛聽; SPIKE LEE; 責拭申; sunhaeng.kim@samsung.com; 坦親終; 筆託賈; 積筆洗; YoungHo Shim 膨積; PRE-ALERTS FOR STA * DFW 06DEC06 * with AC- 9S930 FLT DELAY. |
| **Subject:** | |
| **Attachments:** | pic32391.jpg |



pic32391.jpg (69 KB)

Dear All

9S930  FLT DELAY AS BELOW SKDL.

MAWB NO.:  180-5986 5175

180-5986 5094

FLT SKDL : ICN/DFW BY 9S930 ON  07Dec06 16:00- 07Dce06 21:00

[[ My Email address has been changed to mira. joo@dhl.com ]]

Thks+B.Rgds

Mira Joo/ Supervisor
Air Export

DHL Global Forwarding
5flm Yonsei Severance bldg,84-11
5Ga Namdaemun-ro, Jung-Gu
Seoul Korea 100-753

DID  +82 2 2185 3514
FAX +82 2 558 4954~7
E-mail : mira.joo@dhl.com

1

Confidential Business Information - Subject to Protective Order

Confidential Business Information -- Subject to Protective Order

SS 03140442

S-794-ITC-005276703

| 180 | SEL | 59865094 | | HAWB 5934612 |
|---|---|---|---|---|

| Shipper's Name and Address | | | Not Negotiable    DHL GLOBAL FORWARDING KOREA |
|---|---|---|---|
| SAMSUNG ELECTRONICS CO LTD<br>SAMSUNG MAIN BLDG<br>250 2 KA TYEPYUNG RO<br>SEOUL 100742<br>KOREA | | Shipper's Account Number | **Air Waybill**<br>Issued by    **DHL Global Forwarding (Korea) Ltd.**<br>5fl Yonsei Severance bldg, 84-11, 5-Ga, Namdaemun-ro, Jung-Gu, Seoul, Korea 100-753<br>Telephone +82 2 2600 5500 Facsimile +82 2 2693 8071 |
| | | | Copies 1,2 and 3 of this Air Waybill are originals and have the same validity. |
| Consignee's Name and Address | Consignee's Account Number | | It is agreed that the goods described herein are accepted in apparent good order and condition |
| SAMSUNG TELECOMMUNICATIONS<br>DOCK DOORS A AND B<br>1000 KLEIN ST SUITE 200<br>PLANO TX 75074<br>USA | | | (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |
| Issuing Carrier's Agent Name and City | | Accounting Information | |
| DHL GLOBAL FORWARDING KOREA<br><br>SEOUL | | SHPR S7920      CNSE A003SDFW<br>INV.NO.:<br>7001610109 | |
| Agent's IATA Code | Account No. | | |
| 173-1912 0011 | | | |
| Airport of Departure(Addr. of First Carrier) and Requested Routing | | Reference Number | Optional Shipping Information |
| INCHEON AIRPORT, KOREA | | | |

| to | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DFW | 9S | | | | | | KRW | | X | X | NVD | NVD |

| Airport of Destination | Requested Flight/Date | | Amount of Insurance | INSURANCE–If Carrier offers insurance, and such insurance is |
|---|---|---|---|---|
| DALLAS, TX | 0930/ 7 | | NIL | requested in accordance with the conditions thereof indicate amount to be insured in figures in box marked "Amount of Insurance". |

Handling Information

NOTIFY:EXEL GLOBAL LOGISTICS INC.
611 S. ROYAL LANE, SUITE 100,COPPEL
TX 75019 & 1000 KLEIN ST SUITE ***

| SCI |
|---|
| LIC |

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class<br>Commodity | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 3 | 390.0K | Q | 4413 | 635.0 | 3750 | 2381250 | MOBILE PHONE<br><br>SGH-T319,NAVY BLUE,TMB 450 PC<br>SGH-T319NBWTMB<br>L/C NO.: 1256932 4500046347<br>FREIGHT PREPAID |

***200 DOCK DOORS A & B PLANO TEXAS
75074

DIMS          (CM)
3 122 X102 X102

| 3 | 390.0K | 90 PIECES (S.L.A.C) | 2381250 | VOLUME    3.807864 |
|---|---|---|---|---|

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 2381250 | | | P SCA      381000 P SSF      82550 |

| Valuation Charge |
|---|

| Tax |
|---|

| Total Other Charges Due Agent | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the |
|---|---|
| 463550 | consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| Total Other Charges Due Carrier | |
| | DGF   FOR: SAMSUNG ELECTRONICS CO LTD<br>JINNY UM<br>_____<br>signature of shipper or his Agent |

| Total Prepaid | Total Collect |
|---|---|
| 2844800 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|
| | |

| For Carrier's Use only | Charges at Destination | Total Collect Charges |
|---|---|---|
| at Destination | | |

07 DEC 06      SEOUL
Executed on(Date)    at(Place)    Signature of Issuing Carrier or its Agent

180 SEL 59865094                    HAWB 5934612

ORIGINAL 2 (FOR CONSIGNEE)

CASS-Korea

**Confidential Business Information - Subject to Protective Order**
Confidential Business Information -- Subject to Protective Order

**SS 03140443**
S-794-ITC-005276704

# COMMERCIAL INVOICE

| SHIPPER/EXPORT<br>SAMSUNG ELECTRONICS CO. LTD.<br>SAMSUNG MAIN BLDG<br>250, 2-KA, TAEPYUNG-RO<br>CHUNG-KU, 100-742 SEOUL, KOREA | INVOICE NO.& DATE<br>7001610109          20061206 |
|---|---|
| | CONTRACT/LC NO.&DATE<br>1250932 4500046347<br>20061122 |
| CONSIGNEE<br>SAMSUNG TELECOMMUNICATIONS 1000 KLEIN ST.<br>SUITE 200 DOCK DOORS<br>A & B PLANO TEXAS 75074 | BUYER( IF OTHER THAN CONSIGNEE )<br>STA<br>SAMSUNG TELECOMMUNICATIONS AMERICA<br>1301 E. LOOKOUT DR., RICHARDSON TX<br>75082,USA MR.K J NAM(972-761-7162) |
| DEPARTURE DATE<br>20061207 | VESSEL/FLIGHT<br>9S936 |
| PORT OF LOADING<br>INCHEON AIRPORT | TERMS OF DELIVERY AND PAYMENT<br>CPT  DALLAS   BL 1-15=15TH OF NEXT M/16 |
| PORT OF DELIVERY<br>DALLAS | SHIPPING MARKS |
| OTHER REFERENCE<br>0081263224 | |
| L/C ISSUING BANK | |

| Goods Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| SGH-T319,NAVY BLUE,TMB<br><br>SGH-T319NBWTMB 4500046347<br>( SGH-T319 ) | 450 PC | USD 110.8400 | USD 49878.00 |
| TOTAL | 450.000 PC | | USD 49878.00 |

| Additional Information |
|---|

| Extension Information |
|---|

SIGNED BY

Confidential Business Information - Subject to Protective Order
Confidential Business Information -- Subject to Protective Order

SS 03140444
S-794-ITC-005276705

# PACKING LIST

| SHIPPER/EXPORT<br>SAMSUNG ELECTRONICS CO. LTD.<br>SAMSUNG MAIN BLDG<br>250, 2-KA, TAEPYUNG-RO<br>CHUNG-KU, 100-742 SEOUL, KOREA | PACKING LIST NO.& DATE<br>7001610109          20061206 |
|---|---|
| | CONTRACT/LC NO.&DATE<br>1250932 4500046347<br>20061122 |
| CONSIGNEE<br>SAMSUNG TELECOMMUNICATIONS 1000 KLEIN ST.<br>SUITE 200 DOCK DOORS<br>A & B PLANO TEXAS 75074 | BUYER( IF OTHER THAN CONSIGNEE )<br>STA<br>SAMSUNG TELECOMMUNICATIONS AMERICA<br>1301 E. LOOKOUT DR., RICHARDSON TX<br>75082,USA MR.K J NAM(972-761-7162) |

| DEPARTURE DATE<br>20061207 | | VESSEL/FLIGHT<br>9S936 |
|---|---|---|
| PORT OF LOADING<br>INCHEON AIRPORT | PORT OF DELIVERY<br>DALLAS | TERMS OF DELIVERY AND PAYMENT<br>CPT  DALLAS  P |
| OTHER REFERENCE<br>0081263224    COUNTRY OF ORGIN : REPUBLIC OF KOREA | | SHIPPING MARKS<br>MADE IN KOREA |
| L/C ISSUING BANK | | C/T Q'TY : 1-<br>PRINTED AND MANUFACTURED |
| IDC SURVEY FLAG | X-RAY PASSAGE FLAG | IN KOREA COUNTRY OF SEOUL<br>KOREA |

| Goods Description | Quantity | Packing | Carton | Net Wgt | Gross Wgt | Measurement |
|---|---|---|---|---|---|---|
| SGH-T319,NAVY BLUE,TMB<br>SGH-T319NBWTMB<br>( SGH-T319 ) | 450.000PC | 3.00PAL | 90.000C/T | 302.850KGM | 380.000KGM | 3.600MTQ |
| **TOTAL** | 450.000PC | 3.00PAL | 90.000C/T | 302.850KGM | 380.000KGM | 3.600MTQ |

| No. | Width | Length | Height | Quantity |
|---|---|---|---|---|
| | | | | |

| Additional Information |
|---|
| |

| Extension Information |
|---|
| |

**Confidential Business Information - Subject to Protective Order**

Confidential Business Information -- Subject to Protective Order

**SS 03140445**

S-794-ITC-005276706

PAGE- 1   150641121906

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**

**ENTRY SUMMARY**

Payment Due: 121906
7001610109

CHB#:69                                      336
RADIXGRPINT DBA DHL GLBL FWDG

600 FREEPORT PARKWAY SUITE 200
COPPELL, TX 75019

| ① Entry No. | ② Entry Type Code | ③ Entry Summary Date |
|---|---|---|
| 9360727-0 | 01 ABI/A | 684 |

| 4. Entry Date | ⑤ Port Code |
|---|---|
| 12/07/06 | 5501 |
| | 12/19/06 |

| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. |
|---|---|---|
| 891 | 8 | 02DFAI06360727 |

9. Ultimate Consignee Name and Address

| 10. Consignee No. | ⑪ Importer of Record Name and Address | ⑫ Importer No. |
|---|---|---|
| SAME | SAMSUNG TELECOMMUNICATIONS<br>1301 E LOOKOUT DR ATTN: AP<br>RICHARDSON TX 75082 | 55-0304041TX |

ABI Summary Status:
PAPERLESS - FILER RETAIN RECORDS

TX
*State*

| ⑬ Exporting Country | 14. Export Date |
|---|---|
| KR | 12/07/06 |

| ⑮ Country of Origin | 16. Missing Documents |
|---|---|
| KR | |

| ⑰ I.T. No. | ⑱ I.T. Date |
|---|---|

| ⑲ B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| 18059865094 | 40 | KRSAMELE250SEO | |

| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. |
|---|---|---|
| KE  KOREAN AIR LINES CO | V249 KOREAN AIR | |

| 26. U.S. Port of Unlading | 27. Import Date | V/F/T # 4245 |
|---|---|---|
| 5501 | 12/07/06 | |

| ㉘ Line No. | ㉙ Description of Merchandise | 31. (A) Gross Weight (B) Manifest Qty. | ㉜ Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | ㉟ Duty and I.R. Tax |  |
|---|---|---|---|---|---|---|---|
| | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | | | | | Dollars | Cents |
| | MASTER BILLS<br>18059865094 | HOUSE BILLS<br>5934612<br>90 CTNS | | RELATED | | QUANTITY & UOM<br>90 CTNS | |
| 001 | OTHER, RADIO PHONES, OTHER<br>8525.20.9070 | 390 | INVOICE 1<br>450 NO | 47301<br>C2577 | 7001610109<br>FREE<br>.21% | | |
| | MERCHANDISE PROCESSING FEE<br>I.V.     49878.00 USD<br>DED MMV    2576.51<br>ADJ VALUE  47301.00 | | | | | 99.33 | |

BLOCK 39 SUMMARY:
MPF       499              99.33
TOTAL:                     99.33
TOTAL ENTERED VAL         47301

| ㊳ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|---|
| I declare that I am the<br>☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☒ owner or purchaser or agent thereof.<br>I further declare that the merchandise<br>☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief. | A. Liq. Code | B. Ascertained Duty | ㊲ Duty | 0.00 |
| | | C. Ascertained Tax | ㊳ Tax | |
| | | D. Ascertained Other | ㊴ Other | 99.33 |
| I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | | E. Ascertained Total | ㊵ Total | 99.33 |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | ㊶ Signature of Declarant, Title, and Date | | 12/19/06  ATTY-IN-FACT | |

LL_DFW          JLL_DFW          PAGE-    RECORD

Customs Form 7501 (112295)

**Confidential Business Information - Subject to Protective Order**        **SS 03140446**
Confidential Business Information -- Subject to Protective Order        S-794-ITC-005276707

PAGE- 1    130654121906    X

| | | |
|---|---|---|
| CHB#:69                          336 | **ENTRY SUMMARY** | Payment Due: 121906 |

**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

RADIXGRPINT DBA DHL GLBL FWDG

600 FREEPORT PARKWAY SUITE 200
COPPELL, TX 75019

| | |
|---|---|
| ① Entry No. 9360727-0 | ② Entry Type Code 01 ABI/A |
| ③ Entry Summary Date 684 | |
| 4. Entry Date 12/07/06 | ⑤ Port Code 5501 |
| ⑥ Bond No. 891 | 7. Bond Type Code 8 |
| 12/19/06 | 8. Broker/Importer File No. 02DFAI06360727 |

9. Ultimate Consignee Name and Address

| ⑩ Consignee No. SAME | ⑪ Importer of Record Name and Address | ⑫ Importer No. 65-0304041TX |
|---|---|---|

SAMSUNG TELECOMMUNICATIONS
1301 E LOOKOUT DR ATTN: AP

RICHARDSON TX 75082

ABI Summary Status:
PAPERLESS - FILER RETAIN RECORDS

TX
State

| ⑬ Exporting Country KR | 14. Export Date 12/07/06 |
|---|---|
| ⑮ Country of Origin KR | 16. Missing Documents |
| ⑰ I.T. No. | ⑱ I.T. Date |

| ⑲ B L or AWB No. 18059865094 | 20. Mode of Transportation 40 | 21. Manufacturer I.D. KRSAMELE250SEO | 22. Reference No. |
|---|---|---|---|
| ㉓ Importing Carrier KE    KOREAN AIR LINES CO | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. V249 KOREAN AIR | |
| ㉖ U.S. Port of Unlading 5501 | ㉗ Import Date 12/07/06 | V/F/T # 4245 | |

| ㉘ Line No. | ㉙ Description of Merchandise | | | 33. A Entered Value B. CHGS C. Relationship | 34. A T.S.U.S.A. Rate | ㉟ Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 30. A T.S.U.S.A. No. B. ADA CVD Case No. | 31. A Gross Weight B. Manifest Qty. | ㉜ A Net Quantity in T.S.U.S.A. Units | | A. ADA/CVD Rate B. I.R.C Rate C. Visa No. | Dollars \| Cents |

MASTER BILLS          HOUSE BILLS                                    QUANTITY & UOM
18059865094          5934612                                              90 CTNS
                     90 CTNS                                RELATED
001                             INVOICE 1                          7001610109
     OTHER, RADIO PHONES, OTHER                     47301
     8525.20.9070         390        450 NO         C2577           FREE
     MERCHANDISE PROCESSING FEE                                     .21%              99.33
       I.V.              49878.00 USD
       DED MMV            2576.51
       ADJ VALUE          47301.00

BLOCK 39 SUMMARY:
MPF          499                99.33
TOTAL:                          99.33
TOTAL ENTERED VAL              47301

| ㊱ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | **U.S. CUSTOMS USE** | | TOTALS |
|---|---|---|---|

I declare that I am the
☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.  OR  ☒ owner or purchaser or agent thereof.

I further declare that the merchandise
☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.  OR  ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| A. Liq. Code | B. Ascertained Duty | ㊲ Duty 0.00 |
|---|---|---|
| | C. Ascertained Tax | ㊳ Tax |
| | D. Ascertained Other | ㊴ Other 99.33 |
| | E. Ascertained Total | ㊵ Total 99.33 |

㊶ Signature of Declarant, Title, and Date
12/19/06
ATTY-IN-FACT

JLL_DFW          JLL_DFW          PAGE-   RECORD

Customs Form 7501 (112295)

**Confidential Business Information - Subject to Protective Order**

Confidential Business Information -- Subject to Protective Order

SS 03140447

S-794-ITC-005276708

# EXHIBIT 24



DEFENDANT'S EXHIBIT
NO. 623.001

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____By:_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEFENDANT'S EXHIBIT NO. 623.002



| Name | Date Modified | Size | Kind |
|---|---|---|---|
| 1.jpg | Mar 7, 2006 3:47 PM | 61 KB | JPEG image |
| 2.jpg | Mar 7, 2006 3:47 PM | 49 KB | JPEG image |
| 3.jpg | Mar 7, 2006 3:47 PM | 41 KB | JPEG image |
| 4.jpg | Mar 7, 2006 3:47 PM | 41 KB | JPEG image |
| 5.jpg | Mar 7, 2006 3:48 PM | 37 KB | JPEG image |
| 6.jpg | Mar 7, 2006 3:48 PM | 49 KB | JPEG image |
| 7.jpg | Mar 7, 2006 3:48 PM | 61 KB | JPEG image |
| 8.jpg | Mar 7, 2006 3:48 PM | 57 KB | JPEG image |
| 9.jpg | Mar 7, 2006 3:48 PM | 66 KB | JPEG image |
| 10.jpg | Mar 7, 2006 3:48 PM | 74 KB | JPEG image |
| 11.jpg | Mar 7, 2006 3:49 PM | 45 KB | JPEG image |
| 12.jpg | Mar 7, 2006 3:49 PM | 57 KB | JPEG image |
| 13.jpg | Mar 7, 2006 3:49 PM | 53 KB | JPEG image |
| 14.jpg | Mar 7, 2006 3:49 PM | 66 KB | JPEG image |
| 15.jpg | Mar 7, 2006 4:57 PM | 57 KB | JPEG image |
| 16.jpg | Mar 7, 2006 4:57 PM | 57 KB | JPEG image |
| 17.jpg | Mar 7, 2006 4:57 PM | 49 KB | JPEG image |
| 18.jpg | Mar 7, 2006 4:57 PM | 53 KB | JPEG image |
| 19.jpg | Mar 7, 2006 4:58 PM | 66 KB | JPEG image |
| 20.jpg | Mar 8, 2006 5:58 PM | 61 KB | JPEG image |
| 21.jpg | Mar 8, 2006 5:58 PM | 49 KB | JPEG image |
| 23.jpg | Mar 8, 2006 5:58 PM | 57 KB | JPEG image |
| 24.jpg | Mar 8, 2006 5:58 PM | 53 KB | JPEG image |
| 25.jpg | Mar 8, 2006 5:58 PM | 74 KB | JPEG image |
| 26.jpg | Mar 8, 2006 5:59 PM | 74 KB | JPEG image |
| 27.jpg | Mar 8, 2006 5:59 PM | 70 KB | JPEG image |
| 28.jpg | Mar 8, 2006 5:59 PM | 70 KB | JPEG image |
| 29.jpg | Mar 8, 2006 5:59 PM | 66 KB | JPEG image |
| 30.jpg | Mar 8, 2006 5:59 PM | 49 KB | JPEG image |
| 31.jpg | Mar 8, 2006 5:59 PM | 41 KB | JPEG image |
| 32.jpg | Mar 8, 2006 5:59 PM | 45 KB | JPEG image |
| comparo.psd | Mar 8, 2006 9:37 AM | 5.9 MB | Adobe ...ument |
| comparo2.psd | Mar 13, 2006 10:03 AM | 7 MB | Adobe ...ument |
| sony style8.psd | Mar 14, 2006 2:14 PM | 6.1 MB | Adobe ...ument |
| VIEW1.jpg | Mar 8, 2006 6:00 PM | 692 KB | JPEG image |

sony style

1 of 35 selected, 214.15 GB available

▼ DEVICES
iDisk
MBP-ID
BOOTCAMP
Source

▼ PLACES
Desktop
R01
Applications
Documents

▼ SEARCH FOR
Today
Yesterday
Past Week
All Images
All Movies
All Documents

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000275



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000281



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 25

**DEFENDANT'S EXHIBIT
NO. ＊＆＇$$%**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____By:_____

**Braun Product**     **Apple Product**

   

   

   

   





SAMNDCA00403392

1960s Braun Products Hold the Secrets to Apple's Future                    Page 1 of 3



SAMNDCA00403201

1960s Braun Products Hold the Secrets to Apple's Future

• Good design is durable.

• Good design is consequent to the last detail.

• Good design is concerned with the environment.

• Good design is as little design as possible.

Ive's inspiration on Rams' design principles goes beyond the philosophy and gets straight into a direct homage to real products created decades ago. Amazing pieces of industrial design that still today remain fresh, true classics that have survived the test of time.

The similarities between products from Braun and Apple are sometimes uncanny, others more subtle, but there's always a common root that provides the new Apple objects not only with a beautiful simplicity but also with a close familiarity.





Braun Atelier TV and latest iMac 24.




Braun T1000 radio and PowerMac G5/Mac Pro.




Detail of the radio perforated aluminum surface.





Braun T3 pocket radio and Apple iPod.





Braun L60 sound system and Apple iPod Hi-Fi.



Braun LE1 speaker and Apple iMac.

In the Mood for a TV Marathon? All 13 Episodes of *Battleground* Are Available Right Now on Hulu




Air Force Accidentally Fills Entire Hangar with Foam


The Worst Phones You Can Buy


Police Tasings Might Finally Be Ruled Brutality


What's the Mailing Address of the International Space Station?


The Epic Drama of Alan Rickman Making Tea in Super Slow-Mo


Dirtbag Racist Firefighter Demoted For Idiotic Facebook Rant About Trayvon Martin


Brilliant Thieves Steal $500,000 In Medical Equipment Loaded With Flesh-Eating Bacteria


Air-Conditioned Flak Jackets Could Keep Cops Cool In the Summer


Brave Blogger Confronts Evil Newspaper Editor Who Plagiarized His Post


What the Hell Is Under This TV Reporter's Dress?


This Animation Explains How Your Gmail Is Sent


Mountain Biking Down 1,000 Steps Is as Terrifying as It Sounds


Hang This Portable Swing Kit Anywhere for an Instant Playground on the Go


Lenovo Thinkpad X1 Carbon: The Ultralight, Semi-Rugged Carbon Fiber Ultrabook


Report: Google Glasses Will Be Lamer Than Promised

**Defendant's Exhibit No. 624 .005**

Some people will probably call these examples a "rip-off" but, in a world where industrial design and art are constantly being recycled into new work, I just see Apple's products as a great evolution to classic concepts. Now, as I look at Rams' work I can't help but to wonder: which of these old Braun designs will Apple revive next? Is there a MacBook Air—the rumored ultra-slim wire-free portable that seems to be the favorite bet for tomorrow's keynote's—in there?

Hopefully, we'll discover at least some answers tomorrow. See you at Macworld! [Design Museum, Dieter Rams and O Globo Online]

*Contact Jesus Diaz:*

* Greenpeace Invades Apple's Headquarters
* ESPN Might Be Coming to the Apple TV
* Someday Buying a Vibrator Will Be as Boring as Buying an iPod





SAMNDCA00403203