# EXHIBIT 26