# EXHIBIT 28