# EXHIBIT 36
# Part 1

**DEFENDANT'S EXHIBIT
NO. 689.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____ By:_____

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Cal. Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16              UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19              Plaintiff,

20      vs.                                      **DECLARATION OF ROGER FIDLER**

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New             **Date: October 13, 2011**
    York corporation; SAMSUNG                    **Time: 1:30 pm**
23  TELECOMMUNICATIONS AMERICA,                  **Place: Courtroom 8, 4th Floor**
    LLC, a Delaware limited liability company,   **Judge: Hon. Lucy H. Koh**
24
                Defendants.
25

26

27

28
                                                              Case No. 11-cv-01846-LHK
    **DECLARATION OF ROGER FIDLER**

EXHIBIT
245
WKD  9-23-11
PENGAD 800-631-6989

1  I, Roger Fidler, declare:

2  1.  I make this declaration to bring to the Court's attention certain facts relating to the

3  designs of tablet devices I have worked on since 1981 and also the interactions I had with Apple

4  relating to tablet devices.  I have personal knowledge of the facts set forth in this declaration and,

5  if called upon as a witness, I could and would testify to such facts under oath.

6  **Personal Background**

7  2.  I am currently the Program Director for Digital Publishing and Director of the

8  Digital Publishing Alliance at the Donald W. Reynolds Journalism Institute at the University of

9  Missouri in Columbia, Missouri.

10  3.  I attended the University of Oregon from 1962-1966 and earned a Master's Degree

11  in Journalism and Mass Communication from Kent State University in 1999.  I was a professor

12  of Journalism and Information Design at Kent State from 1996 until joining the Reynolds

13  Journalism Institute in 2004.  I was inducted into the University of Oregon School of

14  Journalism's Hall of Achievement in 2004.  I am a founding member of the Society of News

15  Design, fellow of the World Technology Network, and member of the Gutenberg Society.

16  4.  I began working in the newspaper industry in 1961, and worked as a science writer,

17  reporter, copy editor, graphics editor, designer and computer systems manager.  I joined Knight-

18  Ridder Newspapers in 1974 as graphics editor for The Detroit Free Press.  I moved to Knight-

19  Ridder corporate offices in 1979.  In 1992, I founded the Knight-Ridder Information Design Lab

20  ("IDL") in Boulder, Colorado, and served as the Knight-Ridder Director of New Media until IDL

21  closed and I resigned in 1995.  From 1979 until 1983, I was a key member in the development of

22  Knight-Ridder's videotex online service that was eventually known as Viewtron, a centralized

23  system for providing and displaying interactive content to end-users.  During my time at Knight-

24  Ridder, I conceived and directed two successful companies: the Knight-Ridder Graphics Network

25  in 1983, the first computer-based news graphics service, and PressLink in 1985, the first global

26  intranet for the newspaper industry.

27

28

Case No. 11-cv-01846-LHK

**DECLARATION OF ROGER FIDLER**

**Defendant's Exhibit No. 689.003**

1
2
3 <u>**Tablet Publications and Prototypes**</u>

4     5.     I have long been interested in the future of newspapers and the development of
5 interactive, easy to read, portable electronic tablets.   I first wrote about the idea of a tablet device
6 in 1981, when I wrote an essay entitled "Videotex services will become mature businesses ... ."
7 for the Associated Press Managing Editors (APME) which solicited ideas for how newspapers
8 might look in the year 2000.   APME published these ideas in a Special Report titled "The
9 Changing Newspaper: Year 2000."   In that essay, I suggested:

10     One solution for newspapers may be the development of portable, flat-screen displays. ...
11     [G]iven another 10 or 15 years, flat screens may have high-resolution displays and
12     probably will be as ubiquitous as video tubes are today. . . . As an added enhancement,
13     these units could have tactile controls.   If they did, front pages for all sections could be
14     summary capsules.   When readers wanted to read the whole story, they would simply
15     press the capsule or tease headline and the complete story would instantly appear on the
16     screen.

17 The essay included photographs of prototypes of a digital newspaper displayed on a tablet that I
18 anticipated.   A copy of that essay, including the prototype images, is attached as Exhibit A.

19     6.     Since the 1981 article, I have discussed and displayed my tablet designs and vision
20 for the future of digital publishing at media conferences worldwide and on various television and
21 radio programs, including CNN, the MacNeil-Lehrer NewsHour, NPR Morning Edition, Beyond
22 2000, Monitor Radio, and other programs in Canada, Australia, Germany, Japan, Spain, Singapore,
23 Malaysia, and Brazil.   Articles about my work have appeared in dozens of newspapers and
24 magazines around the world, including *The New York Times*, *The Wall Street Journal*, *USA Today*,
25 *Los Angeles Times*, *Scientific American*, *Business Week*, *U.S. News & World Report*, *Business 2.0*,
26 *Playboy*, *MacWorld*, *MacWeek*, *Economist* (England), *Focus* (Germany), *Gente and Noticias*

27
28

**DECLARATION OF ROGER FIDLER** ▆▆▆▆▆▆▆▆▆▆

1   (Argentina), *i-Magazine* (The Netherlands), *Suomen Lehdistō* (Finland), *Aera and Asahi Shimbun*

2   (Japan), *El Mundo, El Periódico* and *El País* (Spain).

3       The 1981 Tablet

4       7.     In 1981, I learned about the invention of active matrix liquid crystal displays,

5   which led me to design and create a mockup within a year of the 1981 essay's publication, of a

6   tablet device. ("the 1981 Tablet").   Photographs of this prototype are attached as Exhibits B-D.

7   From my first conception of a tablet device, I have always envisioned it with a touch screen and

8   instant-on/instant-off functionality.   I displayed the 1981 Tablet during speaking engagements at

9   newspaper conferences in the United States, Asia, Australia, and Europe.   The 1981 Tablet was

10   shown in a *New York Times Sunday Business Edition* article by John Markoff, published on June

11   28, 1992, titled "A Media Pioneer's Quest: Portable Electronic Newspapers," a copy of which is

12   attached as Exhibit E.   The 1981 Tablet also was shown in an article titled "Enter the E-Paper" in

13   the August 1993 issue of the magazine *Presstime*, a copy of which is attached as Exhibit F.   I

14   also brought the 1981 Tablet with me when I appeared on the MacNeil-Lehrer NewsHour on

15   December 27, 1991, and displayed it on that program.   Since creating the 1981 Tablet, I have

16   displayed it in my office, except when I am traveling with it.

17       The 1990 Tablet

18       8.     For years after my 1981 essay was published, I continued to pursue the idea of the

19   tablet for reading of newspapers in the electronic form.   In 1990, in collaboration with Raychem

20   Corporation, I produced an animated video featuring a tablet device to demonstrate how a tablet

21   newspaper might function ("the 1990 Tablet").   This tablet included a touch screen and instant-

22   on/instant-off functionality.   In the video, a person uses the 1990 Tablet to read a news article

23   and checks the weather and airplane fares by touching the headings for news, weather, and travel.

24   A digital copy of the 1990 Video is attached as Exhibit G.

25       9.     In the Fall 1990, I presented the 1990 Video to a group of executives at Knight-

26   Ridder and to Alan Kay, who was an Apple Fellow at Apple Computer at the time.

27   **Apple's Direct Exposure to My Work With Tablets**

28

1    10.    In 1992 Knight-Ridder established its Information Design Lab in Boulder,

2  Colorado.   From 1992 until 1995, I was both Corporate Director of New Media for Knight-

3  Ridder and the Director of the IDL.   Apple Computer had a laboratory in the same building and

4  on the same floor.   The IDL worked with Apple on news content for Apple's Newton product,

5  until IDL shut down in 1995.

6    11.    During the time IDL and Apple collaborated, Apple personnel were exposed to my

7  tablet ideas and prototypes.   Additionally, IDL employed Dr. Curt Stevens as its lead software

8  engineer.  Dr. Stevens designed and developed prototype software for Knight-Ridder's

9  Newspaper of the Future, intended for a high resolution, full-color, flat panel tablet.   Following

10  IDL's closure, Dr. Stevens moved to Cupertino and started working for Apple.

11    12.    In its October 25, 1993 issue, the magazine *Forbes ASAP* published a photograph

12  of me with the 1981 Tablet in an article titled "Digital Darkhorse—Newspapers" by George Gilder

13  ("the 1993 Forbes ASAP Article").   The article states that "the new world of converging

14  technologies" will be "served à la carte on a flat-panel screen" and refers to me as "king of the flat

15  panel."   The article discusses my work at the IDL and notes that "an Apple Computer media

16  center" was "[d]own the hall."   A copy of the 1993 Forbes ASAP Article is attached as Exhibit H.

17    The 1994 Tablet and Video

18    13.    In 1994, while at the IDL, I designed and produced another tablet mockup ("the

19  1994 Tablet"), photographs of which are attached as Exhibits I-K.   Although I had always

20  envisioned the tablet to have touch screen functionality, the technology available at the time let us

21  to believe that a stylus might be required in the short term.   So we showed the 1994 Tablet as

22  operating with the help of a stylus.   Members of the Apple lab viewed this tablet shortly after its

23  creation.

24    14.    Also in 1994, a videographer under my supervision made a video for the IDL titled

25  "The Tablet Newspaper, A Vision for the Future" ("the 1994 Video").   The 1994 Video

26  prominently features the 1994 Tablet.   Although the 1994 Tablet was not a working device,

27

28

-4-           Case No. 11-cv-01846-LHK

**DECLARATION OF ROGER FIDLER**

1   through editing, the 1994 Video shows how I envisioned the tablet would eventually function.   A
2   digital copy of the 1994 Video is attached as Exhibit L.

3       15.   More than 200 copies of the 1994 Video were distributed to various newspaper
4   organizations and media outlets.   Members of the Apple lab viewed the 1994 Video shortly after
5   its creation.

6   **The 1996 Toshiba Tablet**

7       16.   Starting in 1994, I provided Toshiba with specifications that they could use to
8   create a working electronic tablet.   Two Toshiba executives presented me with an operational
9   prototype in 1996 at Kent State.   A photograph of this presentation is attached as Exhibit M.
10  Also in the photograph are then-Kent State University president Carol Cartwright, and then-Dean
11  of the Kent State Journalism School, Pam Creedon.   Additional photographs of that Toshiba
12  tablet are attached as Exhibits N-P.

13  **Mediamorphisis**

14      17.   In 1997 I authored the book <u>Mediamorphosis: Understanding New Media</u>.   This
15  book describes my work with the tablets and my efforts to promote the electronic newspaper
16  reading devices.   In this book, I predicted the future use of iPad-like devices and described a
17  scenario in Chapter 9 of a newspaper reader using a touch screen interactive device.   An excerpt
18  of that chapter is attached as Exhibit Q.

19      I declare under penalty of perjury that the foregoing is true and correct.
20      Executed in Columbia, Missouri on August 16 2011.

21

22

23  By: _____
24      Roger Fidler

25

26

27

28
                        -5-   Case No. 11-cv-01846-LHK
**DECLARATION OF ROGER FIDLER**

Defendant's Exhibit No. 689.007

# Exhibit A



# Predicting e-readers in 1981: A look back at the future



January 14th, 2010

By Roger Fidler

**Newspapers in the Year 2000: "Videotex services will become mature businesses…"**

*(This report written was originally published by APME in 1981. Republished here with permission.)*

**Related:** Matt Mansfield interviews Roger Fidler 15 years after his original vision for a newspaper tablet device.

The appearance of newspapers at the beginning of the next century may be affected more by technology and economics than by the inspirations of editors and designers. That's not to say editors and designers won't play significant roles, they almost certainly will; however, the product itself may be radically altered by forces already being felt.

**Defendant's Exhibit No. 689.010**

Through our imperfect eyes into the future, here are some of the developments that can be seen within the next two decades.

## Videotex services will mature



1981 PROTOTYPE: The front page of a portable, flat-screen unit might include summary capsules of top stories. The design attempts to maintain the sense of immediacy typical of newspapers. By pressing a capsule such as the one in the lower right, the unit would instantly display the complete story shown on the right. The user could also page through the newspaper sequentially or utilize the news or ad indexes.

- Videotex services will become mature businesses providing subscribers with the most current news and advertising as well as general information, games, education and messaging. All of this plus the ability to pay bills and order products directly will undoubtedly alter our perceptions of what is current information. Until now, most readers have accepted the five to 30-hour lag for breaking stories in daily newspapers. Even though television news can respond more quickly, it has not significantly diminished that acceptance. In fact, studies show that television news with its microbursts of information tends to whet appetites for the more detailed information found in newspapers.

  Videotex may change all of that. With these services, readers will have their appetites for detail in print satiated instantly; so by the time their newspapers finally arrive, the contents will be obviously dated and repetitious.

- The abundant sources of fresh water required for making newsprint will be drying up at a time when the

**Defendant's Exhibit No. 689.011**

costs of labor and energy to cut, transport and process pulpwood may be inordinately expensive. So it is conceivable that by the end of the century, most newspapers may be unable to afford newsprint made from pulpwood. Whether newsprint made from other materials such as kenaf (a fiber plant) or plastic will be more affordable is difficult to project. Even if a cheaper newsprint is found, we may discover that a resource and environment-conscious public will reject newspapers in their present form because they could be seen as wasteful.

• The switch from daily home delivery to occasional single copy sales is likely to continue at an accelerated pace. Readers will give a host of reasons such as fear of crime (not wanting burglars to know when they're not at home), unreliable delivery, alternative sources of information, competition for time and money. Attempts to overcome these problems individually probably will have little effect, because the real reason for the switch is more basic. Newspapers printed on paper and delivered hours after the events have occurred may no longer fit our society's needs and lifestyles.

So does this mean newspapers will become an endangered media within 20 years? Are we all destined to be videotex editors and designers or…unemployed? Well, don't put away your pica rule and coffee mug yet. There is hope.



PROTOTYPE, SCREEN 2:
Pages of special interest to the user could be stored in a personal memory file or if a printed copy was required, a page could be output on a separate printer.

## Differentiating newspapers from other media

Before projecting into the future, it is important to understand the characteristics that differentiate newspapers from other media and information services. The most significant characteristics are as follows.

1. Newspapers prioritize current information. They attempt to give some order to the apparent chaos of world events and the flow of new data.
2. Newspapers are an efficient browsing medium. They make it possible for readers to scan and select from

**Defendant's Exhibit No. 689.012**

a multitude of diverse stories and advertisements in seconds. Because browsing can be done quickly and easily, readers frequently encounter and assimilate bits of information outside their normal realm of interests.

3. Newspapers are inexpensive. Even with the recent rate increases, they are still a bargain for readers and advertisers.
4. Newspapers are an effective medium for intrusive advertising. Advertisers are exposed to a large audience that is actively seeking information. Readers, on the other hand, are given the option of turning ads off instantly just by turning the pages.
5. Newspapers are portable. They can be read almost anywhere.
6. Newspapers can be read and reread at each individual's reading pace.
7. Newspapers can be saved and clipped. Sending clippings to friends and family, keeping scrapbooks and using coupons are activities ideally suited to newspapers.

If these characteristics accurately define newspaper, then videotex is not truly an electronic newspaper as it is so often called. It doesn't prioritize information, it can't be easily browsed, it won't be cheap, advertising is non-intrusive, it requires a constant hookup to an information outlet, and it can't be clipped and saved. Actually, videotex is something entirely new. It is probably best defined as an electronic information and ordering service.

## Videotex unlikely to replace newspapers

Videotex will certainly impact newspapers, but if we can find a way around the time and cost of printing and distribution, it is unlikely to totally replace newspapers.

One solution for newspapers may be the development of portable, flat-screen displays. Large-scale integrated circuits are now being developed to supplement or replace video display tubes, but the resolution is still very coarse. However, given another 10 or 15 years, flat screens may have high-resolution displays and probably will be as ubiquitous as video tubes are today.

Assuming the costs of electronic hardware and memory will continue their steady decline, newspapers might be able to offer subscribers portable, flat-screen displays at a relatively low cost. If newspapers could eliminate the escalating high costs of printing and distributing their products, they could well afford to subsidize the units.

Instead of having a videotex-type link to a central database, these units would include a memory large enough to store several hundred pages. Users could then load the units via an information outlet in a few minutes and take them wherever they would normally read a newspaper.

Portable, flat-screen displays could have all of the characteristics previously given for newspapers and more. These would be truly electronic newspapers that could be continuously updated so that readers would no longer be tied to the fixed morning or evening delivery.

As an added enhancement, these units could have tactile controls. If they did, front pages for all sections could be summary capsules. When readers wanted to read the whole story, they would simply press the capsule or tease headline and the complete story would instantly appear on the screen.

Such units would significantly alter the way newspapers are designed and packaged, but the basic principles would probably remain the same.

Defendant's Exhibit No. 689.013

Defendant's Exhibit No. 689.014

# Exhibit B



THE MIAMI HERALD                                                                    100¢

# Construction begins for Moonbase Beta
## Slain pair's kin demand justice
## Yankees split double-header with Cubs

**Spaceport proposed**

PARIS (AP) — They call Brickell the "the Wall Street of the Dopies" and say South American drug smugglers launder their huge profits through some accommodating Miami banks. The Reagan administration, frustrated that the traditional undercover "buy-and-bust" tactics have failed to put a major dent in drug traffic.

**Typhoon kills 511**

TOKYO (KNT) — As terrified customers watched, federal agents produced search warrants and then rifled through records seeking evidence that the banks were laundering illegal drug money. The raiders found enough evidence to charge three men, including Kattan Kassin, the alleged kingpin of the biggest laundering operation in South Florida, with conspiracy and banking law violations.

**Gold passes $2500**

LONDON (AP) — Law enforcement officials say the government's crackdown on drug financiers in South Florida — code-named "Operation Greenback" — has uncovered so-called "paper trails" showing that millions of dollars have been laundered here.

**Mexico seeks summit**

MEXICO CITY (AP) — During 1978, the Federal Reserve Bank of Miami had a $9 billion cash surplus, the largest in the nation. Treasury officials estimate that during that year, smugglers laundered more than $100 million through Miami banks — a figure some authorities say is conservative.

*Julian Bond, Democrat's 2000 presidential candidate.*

## Bond wins on first ballot

WASHINGTON (KNT) — To about two dozen Miami area banks may have been used by smugglers at one time or another to launder money. Agents have examined records at more than 15 banks.

During 1978, the Federal Reserve Bank of Miami had a $9 billion cash surplus, the largest in the nation. Treasury officials estimate that during that year, smugglers laundered more than $100 million that millions of dollars have been laundered here.

Following such a paper trail left by reputed drug financier Isaac Kattan Kassin, some 30 armed agents from the Internal Revenue Enforcement Administration, accompanied by television crews, earlier this year stormed into Great American Bank and the Bank of Miami and ordered patrons and employees to "freeze."

## Sudden plate shift puzzles scientists

MIAMI (AP) — To Miami's stodgy banking community, Brickell Avenue is an address that exudes prestige and means money — the place where businessmen and bankers wheel and deal with billions of dollars pouring in from Latin America and Europe.

Bank officials angrily called the raids "gross publicity stunts" and said they gave Miami's financial community an undeserved black eye.

The Treasury Department says about two dozen Miami area banks may have been used by smugglers at one time or another to launder money.

*Monday's shift in Pacific plate caused widespread damage.*

Mockups of an e-reader and digital newspaper front pages created by Roger Fidler in 1981 to illustrate an essay he wrote for an KPME special report titled The Changing Newspaper — Year 2000. In that essay, Fidler predicted that online services would become electronic businesses and that people would read newspapers on portable magazine-size devices in the first decade of the 21st century.

DATE/TIME  7:15  7:28a
PAGES LOADED  143
PAGES SAVED  24

NEXT PAGE
PREVIOUS PAGE
NEWS INDEX   AD INDEX

SAVE  GET
1  2
3  4
5  6
7  8
9  0
CLR  PRINT

Defendant's Exhibit No. 689.016

# Exhibit C



**Defendant's Exhibit No. 689.019**

# Exhibit D



Defendant's Exhibit No. 689.022

# Exhibit E

**Defendant's Exhibit No. 689.024**
Case 5:11-cv-01846-LHK   Document 1898-15   Filed 08/21/12   Page 25 of 30

# A Media Pioneer's Quest: Portable Electronic Newspapers

### New technologies offer an alternative to conventional publishing.

**By JOHN MARKOFF**

IN a favorite dream, Roger Fidler envisions a row of commuters reaching into their briefcases on their ride to work. Instead of pulling out the morning paper, each grabs a thin, tablet-sized computer and a pen.

With the flick of a switch, a newspaper front page appears — in color and bright, crisp type — on each brilliantly-powered computer screen. With a tap of the pen, the reader calls up stories, flips pages, turns a photo into a television news replay, or simply browses, scanning the sports pages, features, comics, even doing the crossword puzzle or making reservations from a restaurant ad. The paper's read? About the same as the price of a newspaper subscription today.

Because of a string of technological advances, Mr. Fidler, who in taking a year from his job as director of new media technology at Knight-Ridder to describe his vision in a book, says his dream of a popular, portable electronic newspaper is now about five years away. He calls the coming transformation "media metaphasis."

Mr. Fidler began his quest in the late 1970's as a member of the team at Knight-Ridder Inc. that set out to create an electronic newspaper, called Viewtron, proved a financial disaster. When the company ended the project in 1986, many said the failure was proof that such futuristic newspaper substitutes would never displace conventional ink-on-paper.

Mr. Fidler admits that he carries some scars on his back from the failure, a hazard of being a pioneer. But now he has a prototype of his new product that he shows top executives in the newspaper business. Developed independent of Knight-Ridder, it is a model of a notebook-sized, pen-based computer that displays a sharp flyby 11-inch newspaper front page and offers the user a multitude of reading, printing and viewing possibilities.

Mr. Fidler, 49, believes that by later this decade lightweight pen-based computers will have become sufficiently inexpensive and technologically advanced to reinvent the newspaper. He is urging the nation's newspapers to develop a software standard so that a reader could view a flyer's newspaper on any of the flat panel systems now being developed by computer makers.

To a newspaper industry troubled by declining readership and an eroding advertising base, Mr. Fidler brings a message that publications can be revitalized by a new set of converging technologies. These include cheaper flat-panel displays, larger computer memories, cheaper chips that consume less power, and digital communications systems.

Many executives and industry analysts agree that it is finally possible to reinvent of a reasonable alternative to conventional newspapers.

"This is a new world for delivering information," said Jonathan Seybold, president of Seybold Inc., a publishing industry consulting firm based in Malibu, Calif. "I can't see any reason why anyone would want to read a newspaper for a video screen, but since are a lot of reasons to read a different product on a screen that you could carry around."

Thomas Winship, editor of the Boston Globe until 1985 and now chairman of the Center for Foreign Journalists, said: "I think this will be the salvation for the traditional serious newspapers. The main thing is to convince editors and publishers not to fear this technology."

Today, major newspaper companies, including Knight-Ridder, Washington Post, New York Times, Tribune and Hearst, are exploring new ideas in electronic publishing.

But many newspaper veterans are skeptical about any sudden transition to an electronic newspaper. "When you're dealing with high-value information for business and professional people, electronic information is workable," said Walter Baer, deputy vice president for domestic research at the Rand Corporation, who worked for the Times Mirror Company during the 1980's. "But most consumers don't find information so valuable that they want to pay more than 50 cents for the newspaper. Everything will be around until well after the turn of the century."

What appeals most to newspaper publishers, however, is that Mr. Fidler's proposed standard relies on the computer screen most of the "look and feel" of today's newspapers. Mr. Fidler also argues that readers prefer news organized and edited by news organizations for many readers to buy personalized electronic newspapers developed by some researchers.

"Many publishers are hearing that newspapers will be obsolete in the future," he said in a recent interview at the Freedom Forum Media Studies Center at Columbia University, where he has spent the past year on a writing fellowship. "That's not my vision. I see newspapers evolving from ink-on-paper, but there will be a renaissance of typography and design and the packaging of information in the new electronic medium."

Mr. Fidler says it will be possible to computerize all the features of today's newspapers and add the same activity offered by computers, all for a price no higher than a newspaper subscription today.

In Mr. Fidler's newspaper of the future, the reader will conceivably use front page to pick who stories or sections to view, tapping a headline with the pen to read a whole story or tapping a menu item to call up sports to do the crossword puzzle or even see an article in large type. Similarly, again, it would expand to fill the entire page. Because the system is potentially interactive, a reader could tap an ad for a restaurant or theater to contact that establishment's computer or and request a reservation.

Moreover, the system could blend text and video, so that a user could watch a segment from the evening news and read as accompanying story.

The key, Mr. Fidler says, is portability. To be workable, it must be possible to read it anywhere, from the train to the water cooler.

And the key to portability, he said, is clear and bright flat-panel displays at low cost. Optimists in the computer industry have been predicting the imminent arrival of these screens for

### A reader could display stories by tapping their headlines.

more than a decade, but obstacles that include a short battery life have held back advances.

In consumer electronics, the liquid flat backs in the dream," said Paul Saffo, a publishing consultant at the Institute for the Future, in Menlo Park, Calif. "It's likely that adequate panel computers will arrive at a low cost well after 1995, and a more applicable scenario is around 2000."

Some flat-panel designers are more optimistic. The first flat displays, used as laptop computers, in the 1980's, were crude affairs that required perfect lighting and offered only a narrow viewing angle, but that is changing rapidly. At I.B.M.'s Thomas J. Watson Research Laboratory, researchers say that while flat-panel screens will not match the image resolution of ink-on-paper until the turn of the century, studies show they should reach a clarity equal to that of the printed page within two years.

In addition, new digital technologies potentially make transmission of an electronic newspaper far less costly than conventional distribution. Mr. Fidler argues that his electronic newspaper could be digitally transmitted to the reader's portable computer via cable television network, direct broadcast satellite transmission, high-speed digital telephone networks or digital cellular telephone transmission.

"It's happening sooner than later," said Walter Bender, director of the



Roger Fidler holds a notebook computer that could soon display newspapers electronically.

*Paul S. Conrad/The New York Times*

electronic publishing group at M.I.T.'s Media Laboratory. "The entertainment industry is pushing toward a digital communications infrastructure and I and I and those panels will just go that."

The Viewtron project in the late 1970's was designed to offer the news on a computer terminal transmitted to homes via telephone lines. The aim of such a "videotex" system was to create a computerized and tailored newspaper that offered features along with interactive services like electronic shopping, but poor performance, high costs and consumer indifference doomed the project.

In the past six years, there have been a number of attempts to offer similar services, but despite the fact that there are more than 20 million computers in homes, there have been no working videotex successes so far. For example, Prodigy Services, the joint venture of I.B.M. and Sears, is still not profitable after an investment of almost $1 billion, even though it has nearly a million subscribers.

Mr. Fidler argues that the missing element in the earlier ventures has been portability. He says that will change by the middle of the decade when pen-based computers will be inexpensive and widely used for a variety of functions. Many electronic experts believe such devices must be priced at less than $500 to be attractive to a mass audience.

Skeptical until recently, major newspaper publishers have begun to learn to think about the entity Mr. Fidler said, especially since Judge Harold H. Greene freed the regional telephone companies last year to provide information services.

"In the past year, there has been a dramatic shift," he said. "Publishers are looking for new ways to deliver themselves against a new competitor that could potentially be very damaging."

Experiments with new technologies are going on at Times-Mirror newspapers and The San Jose Mercury, owned by Knight-Ridder. And The Chicago Tribune has service an ultimate with an electronic information service to make its news available electronically to subscribers.

"Newspapers have taken their heads out of the sand," said John Morton, a newspaper analyst at Lynch, Jones & Ryan, a brokerage firm. "They need to get their hands in it and be prepared to take advantage of strong consumer demand when it emerges."

## The Electronic Front Page

Pages retain a traditional look, though individual newspapers can be differentiated by typography, design and content.



1. Headlines and abstracts are linked to stories inside

2. Graphics and maps can be animated.

3. Still photos could be linked to full-motion video and audio segments.

4. A menu along the bottom allows pages or stories to be modified, saved or printed.

5. Pages can be turned one at a time by touching the dog ear icon with pen.

6. Readers can skip to a desired department, like weather or sports, by touching heading with pen.

7. Expanded versions of these departments can be added or deleted based on the reader's interests.

*Source: Knight-Ridder*

## Will Your MAC Bond Be Called July 1st?

# Getting answers about called MAC bonds is as easy as visiting your nearest Citibank.

*Investing Through Citibank*

On July 1st, over $750 million in New York City Municipal Assistance Corporation (MAC) bonds will be called.

If you're the owner of a called bond, your investment will stop earning interest on that date.

To find out if this affects you, bring your bond and series numbers to one of over 215 neighborhood Citibank branches and speak with a licensed Investment Consultant from Citicorp Investment Services.

If your bond is one of those being called, they'll guide you through the redemption process. They'll help you choose what's right for you from a wide variety of tax-free



investments. Everything from tax-free money market funds to triple tax-free Unit Investment Trusts to tax-free municipal bond funds.

## 1-800-248-4937

Keep your money working for you. Stop by any branch or call 1-800-248-4937, ext. 1115, seven days a week.

**NOT JUST BANKING, CITIBANKING®**
**CITIBANK®**

Investment Consultants are licensed representatives of Citicorp Investment Services, member NASD/SIPC. Securities are not bank deposits and are not FDIC insured. For special TDD phone service for speech and hearing impaired, call 1-800-992-9833. ©1992 Citibank, N.A.

**Defendant's Exhibit No. 689.025**

# Exhibit F

**Life After Viewtron?**

# Enter the E-Paper

**Technology, money and consumer savvy bring electronic newspapers near at hand**

'm a Trekkie," confesses long-time newspaper publisher Uzal H. Martz Jr., "and you don't see [Star Trek characters] using much paper. They use electronic tablets. I would imagine the further out you go, the less newsprint" newspapers will use, muses the president and publisher of the Pottsville (Pa.) Republican.

For years, ponderers like Martz have anticipated the electronic newspaper, first as the stuff of fantasy, then as bold forays where no one had gone before.

Those pioneers paid a price: Experiments in the early 1980s, such as Knight-Ridder Inc.'s Viewtron videotex project, lost millions of dollars (Presstime, Aug. 1991, p. 12). But the advent of more powerful, less expensive computers; new ways of delivering information electronically, and greater consumer familiarity with the electronic world have emboldened the brave, or maybe foolhardy, anew. As a result, the E-paper—whatever it may be—is near at hand.

"What people have talked about for 10 or 15 years we can now really see happening," says Kathleen Criner, NAA senior vice president of industry development and diversity.

The leaps forward have led telephone, cable-TV, computer, entertainment and, yes, newspaper companies to form ambitious partnerships to help deliver information. In the latest example, Cox Enterprises Inc. has linked up with BellSouth Corp. and Prodigy Services Co. (see sidebar, p. 19) to electronically expand its avenues of communication.

Other options resulting from this new-media mania include sophisticated, two-way home televisions, wireless "personal digital assistants" and systems to deliver the news both on newsprint and electronically.

"Everyone's making another run at" the electronic newspaper, says Elizabeth St.J. Loker, vice president of systems and engineering for The Washington Post. "We're all dancing around that fire once more."

Newspaper executives still worry about getting burned again. They are divided about how fast, and even *if*, electronic delivery will replace the ink-on-paper product. More agreement, and worry, has emerged that advertisers may abandon print in favor of electronic-message delivery.

Yet even as they grapple with such concerns, as well as the bigger question of whether the marketplace is ready, fast-moving events have convinced newspaper executives and others to get on with the enterprise. "Nothing has to be invented" to create an electronic newspaper, notes George W. Wilson, president of the Concord (N.H.) Monitor. The discussion is not "whether it's here, but . . . what it will be."

## TECHNOLOGY TAKES OFF

Driving new-media excursions is the increasing power, and decreasing prices, of computer equipment. Walter R. Bender, principal research scientist at The Media Laboratory, Massachusetts Institute of Technology, cites one example: the $2,000, 3.8-pound ThinkPad portable minicomputer that IBM unveiled in June.

"There's more power in that little box than there was in my whole lab back in 1981 when I built my first electronic newspaper," says Bender, who works with MIT's "News in the Future" consortium (Presstime, May 1993, p. 54).

Computermakers increasingly can pack more information into less space. In fact, Wilson expects computer capability to double every 18 months. Also, people can more easily use the technology, thanks to advances like Macintosh's and Microsoft Windows' icon-based interfaces. Perhaps most importantly, consumers are more ready than ever to receive information electronically (see chart, p. 20).

Similarly, distribution channels have improved. Telephone and cable-TV companies compress their signals to squeeze much more data through their lines. Wireless technologies such as paging and personal communications services have also advanced (Presstime, July 1993, p. 36).

These changes prompted Wilson to crisscross the country, interviewing top executives of technology companies. His findings laid the foundation for "The New Media Landscape" presentation at several NAA meetings this year (Presstime, May 1993, p. 46).

"My concerns are very similar to those of a CEO of a large newspaper company," says Wilson, owner of three small New England dailies and a weekly. "That is why I've tried to educate myself on what's coming."

## PROTOTYPICAL BEHAVIOR

As media companies enter unchartered space, they discover new worlds of consumer-information systems, some of which even resemble newspapers.

Phone and cable companies have focused on home television that doubles as a computer screen, with the remote control evolving as a kind of computer mouse to choose options (Presstime, April 1993, p. 8).

**18**

Wireless communicators like pager manufacturer Motorola Inc. are developing alternatives. Gannett Co. already uses Motorola's NewsStream device to deliver USA Today headlines to pagers and portable personal computers. Later this year, Motorola will release NewsCard, which could download enough information to duplicate a medium-size daily newspaper, says Bradley S. Davis, director of strategic marketing for Motorola subsidiary EMBARC.

Another wireless option is the "personal digital assistant." One is already on the market from American Telephone & Telegraph Co. and partner EO Corp. More than simple pagers, PDAs can offer two-way communication, handle personal-organizing functions and send facsimiles.

"Handheld wireless reading devices will proliferate," predicts Tim Bajarin, president of Creative Strategies Research International, a consulting and market-research firm in Santa Clara, Calif. "There may be as many as 20 million out within three to seven years," costing perhaps as little as $100 to $300 apiece.

Newspaper companies also are considering interactive multimedia through CD-ROM (Compact Disk-Read Only Memory) technology. The Washington Post Co.'s Newsweek Interactive publishes stories from both the magazine and the Post (Presstime, Feb. 1993, p. 7). Tribune Co.



**Fidler acts out a morning ritual with coffee and his E-paper prototype.**
Photo by Knight-Ridder Inc.

spokesmen say the company's recent purchase of Compton's Multimedia Publishing Group—whose encyclopedia is available on interactive, multimedia CD-ROM—may lead to similar newspaper presentation.

Roger F. Fidler, director of the Knight-Ridder Information Design Laboratory in Boulder, Colo., has developed a prototype to transfer a newspaper's traditional print interface to a handheld, tablet-size computer screen. His model "retains the typography and design of a newspaper so that browsing ability . . . is maintained," he says, "but the browsing mode is a map to information . . . behind the headlines." By the touch of a finger, electronic pen or even voice commands, a reader gets more information, and perhaps even sound, pictures and full-motion video. Or, the reader in a hurry can prepare a summary of the news based on preprogrammed interests. "We'll not reduce the news to USA Today [length]," says Fidler. "You can have it both ways."

This model also raises the potential for advertising, he says. "It would blend the best of video with the best of print into a compelling product," he says.

Fidler predicts a device like this will be available, and affordable, in seven to 10 years for as little as $200.

Will non-electronic media then still have a place?

## Cox Seeks Power in Partnerships

**W**hile media companies puzzle over the electronic-information future, Cox Enterprises Inc. of Atlanta has formed two partnerships to bring it together with other newspaper companies.

On the heels of Cox's July 7 announcement of a national consortium with Prodigy Services Co.'s computer network, Newspaper Division President David E. Easterly says the companies will develop a "turnkey, low-cost" system over which Cox dailies and other newspapers could transmit local information to personal computers. Excited about the potential of joining Prodigy—itself a joint venture of IBM Corp. and Sears, Roebuck and Co.—Easterly cites Prodigy's 130 local user connections, which he says greatly reduce expensive long-distance connections.

Prodigy's system also resembles the traditional newspaper page by running "substantial display advertising including colorful graphics" in tandem with the information it distributes, he notes.

Finally, Prodigy has more users than any other on-line system, says Easterly, including 50,000 in the Atlanta area and 60,000 in south Florida.

"This system might work across all newspaper sizes," he says. "It could be an ideal system for small newspapers to try, given its low cost, even if they have only 1,000 users."

Cox's Atlanta Journal and Constitution and The Palm Beach Post in West Palm Beach, Fla., will offer the service later this year. The Austin American-Statesman will join shortly thereafter. They will provide services such as electronic bulletin boards, local-service directories and expansions of local stories. Cox expects so much interest in an Atlanta Braves chat line, for example, that

each team member will get his own bulletin board.

On another front, Cox and BellSouth Corp. gained two partners in their joint venture to develop and market electronic-information services based on newspaper classified and Yellow-Pages advertising. Morris Communications Corp. of Augusta, Ga., and Landmark Communications Inc. of Norfolk agreed in principle to join a Southeastern U.S. consortium Cox is forming with the regional Bell telephone company.

Initially, consumers will connect with the service by dialing a single number on conventional telephones. Independently, Cox is experimenting with a single-number phone service in West Palm Beach (Presstime, Dec. 1992, pp. 31, 37). Eventually, callers to the joint-venture service will be able to obtain information by personal computer, screenphone or other electronic means.                    **—W.P.**

**Defendant's Exhibit No. 689.028**

1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9 |
Michael T. Zeller (Bar No. 196417)
10 | michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 | Los Angeles, California 90017
Telephone: (213) 443-3000
12 | Facsimile: (213) 443-3100

13 | Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
14 | INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
15 |

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 |

19 | APPLE INC., a California corporation,

20 | Plaintiff,

CASE NO. 11-cv-01846-LHK

21 | vs.

**MANUAL FILING NOTIFICATION FOR EXHIBIT G TO DECLARATION OF ROGER FIDLER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**

22 | SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
23 | ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
24 | TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

25 |

26 | Defendant.

27 |

28 |