# EXHIBIT 33

**DEFENDANT'S EXHIBIT
NO. 690.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____By:_____



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016675





CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016676



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016677



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016678



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016679



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016680



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

**APL-ITC796-X0000016681**



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016682



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016683



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016684



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016685



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016686



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016687



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016688



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016689



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016690



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016691



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016692



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016693