# EXHIBIT 52


Case 5:11-cv-01846-LHK   Document 1898-26   Filed 08/21/12   Page 2 of 2

# Consumers Are Not Confused



**Home Button Patent Application** (Exh. 628)



The Home Screen button has been a **prominent, consistent, and unmistakable** feature of Apple product design for five years, since Apple announced the first version of the iPhone device in January 2007. It has appeared on all five versions of the iPhone, on all four generations of the iPod Touch, and on both versions of the iPad.