# EXHIBIT 54



# Design Patent Infringement



"We hold, therefore, that if,
in the eye of an ordinary observer, giving such
attention as a purchaser usually gives,
two designs are substantially the same, if the
resemblance is such as to deceive such an
observer, inducing him to purchase one
supposing it to be the other,
the first one patented is infringed by the other."

*Gorham Co. v. White*, 81 US 511, 528 (1872)



# Design Patent Infringement

"Under the ordinary observer test, an accused device infringes upon a design patent if in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the design of the accused device and the patented design are substantially the same.  The designs are substantially the same, if the resemblance between the accused device's design and the patented design is such as to deceive an ordinary observer, inducing him to purchase one supposing it to be other."

**Order No.1425 (July 27, 2012)**

# EXHIBIT 55



# Rectangular Portable Devices with Rounded Corners and Large Screens Before D'087

JP D1241638

JP D1241383

KR30-0418547

LG Prada

D'087

# EXHIBIT 56



# The Ordinary Observer Could Tell The Difference

## D'087 Patent

*Front surface is flat – glass is **flush** with surrounding bezel*

FIG. 6

## Infuse 4G

*Front surface is not flat – Housing **protrudes** above glass*

## Vibrant

*Front surface is not flat – Bezel **protrudes** above glass*



# EXHIBIT 57



# D'305 is NOT a Utility Patent



 

D'305, Fig. 1

# EXHIBIT 58

# The Ordinary Observer Could Tell The Difference

| | D'889 | Galaxy Tab 10.1 |
|---|---|---|
| Screen border width | 1/20 length | 1/14 length |
| Screen Aspect ratio | 4:3 | 5:3 |
| Edge profile | | |
| Depth of device | 1/15 length | 1/30 length |
| Orientation | Portrait | Landscape |

# EXHIBIT 59



# FractalZoom Prior Art



Exh. 655

# EXHIBIT 60



# Rectangular Portable Devices Before The iPad

**USD461,802**

**HP TC1000**

**1994 Fidler**

**JPD1142127**

**iPad**
**(Jan. 27, 2010)**

# EXHIBIT 61



D’305, Fig. 1

JX 1042

**Continuum**

JX 1016

**Droid Charge**

JX 1025

**Galaxy S 4G**

JX 1019

**Epic 4G**

JX 1012

# EXHIBIT 62





JX 1042

D'305, Fig. 1



JX 1025

Droid Charge

# EXHIBIT 63







JX 1042

D’305, Fig. 1

JX 1025

Droid Charge

# EXHIBIT 64





JX 1042

D’305, Fig. 1

JX 1020

Gem

# EXHIBIT 65





JX 1042

D'305, Fig. 1



JX 1020

Gem

# EXHIBIT 66





JX 1042

D’305, Fig. 1

JX 1016

Continuum

# EXHIBIT 67





JX 1042

D’305, Fig. 1

JX 1016

Continuum

# EXHIBIT 68



## D'305 Patent

JX 1042

- Different Icons
- Random v. Alphabetically Arranged Icons
- No Page Indicators v. Page Indicators
- Home Page v. Application Screen

## Samsung Showcase Applications Screen

JX 1017