# EXHIBIT 69

# Cross Examination of Mani Srivastava

# U.S. Patent No. 7,577,460: Claim 1



**1**. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function;

entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode;

sequentially displaying other images stored in a memory through the use of scroll keys;

transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and

transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.

Exh. 1069 ('460 Patent, Claim 1)

# U.S. Patent No. 7,577,460

1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

Exh. 1069 ('460 Patent, Claim 1)



SDX3913.03

# Function 1: Send E-mail with Message Only

US 7,577,460 B2

13

For packet transmission, the portable phone controller **32** reads still image data of about 40 Kbytes in 512 byte units from the first memory **22** of the camera unit **2** and temporarily stores the read data in the fourth memory **36** of the portable phone unit **4**. Then, the 512-byte long image data is appended to the message (tile and contents) of an E-mail and the resulting message is loaded in the data block of 536 bytes. In this manner, the image data is transmitted in packets.

Assuming that the still image of about 40 Kbytes and the contents of the E-mail are about 60 Kbytes, the MVP can transmit data of about 70 Kbytes including data and a header of a packet for about 60 seconds at 9600 bps (≈70 Kbytess8). Here, 9600 bps is a data transmission rate in a CDMA system.

Referring back to FIG. **5**, the MVP **500** connects to the PPP server **504** through the base station **502** and a PPP service provider **504** and then to the E-mail server **516** using the TCP/IP protocol. The MVP **500** can upload an E-mail having image data enclosed therein to the E-mail server **516** using the POP server **520** of the E-mail server, or download an E-mail or an E-mail having image data enclosed therein from the E-mail server **516** using the SMTP server **518** of the E-mail server **516**.

Upon receipt of an E-mail, the E-mail server **516** notifies a terminal of the other party, for example, the PC **608** or the MVP **600** of the arrival of the E-mail.

Referring to FIG. **10**, there is shown a flowchart illustrating a control operation for reception of an E-mail and image data in the MVP according to the embodiment of the present invention. Upon receipt of an E-mail in step **1000**, the portable phone controller **32** of the MVP displays a message notifying receipt of the E-mail and a server phone number on the color LCD **48** in step **1002**. If the user enters the send key in the key pad **34** to check an E-mail message, the portable phone controller **32** establishes a call with the E-mail server in step **1006**. In step **1008**, the portable phone controller **32** downloads the tile of the E-mail and displays it on the color LCD **48** in step **1008**. When the user presses a specific key to read the E-mail message in step **1010**, the portable phone controller **32** downloads message contents, information about the presence or absence of enclosed image data, and the file size of the enclosed image, and displays the downloaded information on the color LCD **48** in step **1012**.

Then, when the user requests downloading the enclosed image in step **1014**, the portable phone controller **32** downloads the enclosed image in step **1016**. In step **1018**, the

portable phone controller **3** load is completed. Upon c portable phone controller **3** completed downloading on the other hand, if the downl phone controller **32** determi entered in step **1022**. To s reason as a long download ti key. The portable phone cont end key has been entered in key, the portable phone con

As described above, the h as both a general portable digital camera. Accordingly images, transmit/receive im nication.

While the invention has reference to a certain prefer understood by those skilled form and details may be made the spirit and scope of the appended claims.

What is claimed is:

**1**. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function;

entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode;

sequentially displaying other images stored in a memory through the use of scroll keys;

transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and

transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.

＊ ＊ ＊ ＊ ＊

Exh. 1069 ('460 Patent, Claim 1)

---

> entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function;

> transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and



Exh. 1055

entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode;

transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.

Exh. 1069 ('460 Patent, Claim 1)



Exh. 1055

# Function 3: Scroll Through Photos

sequentially displaying other images stored in a memory through the use of scroll keys;



Exh. 1069 ('460 Patent, Claim 1)

# U.S. Patent No. 7,577,460: "mode"

**March 22, 2012**
**Srivastava Report**

CONTAINS INFORMATION DESIGNATED AS
SAMSUNG HIGHLY CONFIDENTIAL INFORMATION

1   Infringement Contentions deviate from plain meaning.  Specifically, I believe Samsung's
2   apparent construction of "mode" and "sub-mode" deviates from the plain meaning to include
3   applications (also known as "apps") within the meaning of "mode" and "sub-mode."  Samsung's
4   apparent construction of "mode" and "sub-mode" does not distinguish those claim terms.  My
5   understanding of the plain meaning of the term "mode" is a distinct state of operation or setting
6   of a device or of an application.  My understanding of the plain meaning of the term "sub-mode"
7   is a mode that is subordinate to a higher level mode, and has a restricted or specialized set of
8   functionality.  Except as expressly specified in this report, all invalidity arguments are applicable
9   under both my understanding and Samsung's understanding of the terms "mode" and "sub-
10  mode."  The indefiniteness analysis presented below applies regardless of whether my
11  understanding or Samsung's understanding of the terms "mode" and "sub-mode" is assumed.
12  These statements apply equally to the analysis contained in the body of my report and the
13  attached claim charts even if not expressly stated in the charts (Exhibits 3A-3B, 4A-4F, 5A-5G,
14  6A-6C, 7A-7C, 8A-8C, and 9).  I have provided claim charts as Exhibits 3A-3B, 4A-4F, 5A-5G,
15  6A-6C, 7A-7C, 8A-8C, and 9 that identify where the elements of the asserted claims are found in
16  various prior art references.  I have attached the claim charts as exhibits to this report for ease of
17  reference, but it should be understood that they are part of this Report, and are expressly
18  incorporated into the Report.
19      64.     Although I have cited particular portions of the references discussed, these
20  citations are intended to assist the reader in understanding the various bases and prior art
21  teachings used in my conclusions.  They are not intended to be an exhaustive recitation of every
22  portion of these references in which these teachings may be found.  A person of ordinary skill in
23  the art would understand that the citations are merely exemplary, and that similar teachings may
24  be found at other pages or places in the references discussed, as well as in other prior art
25  references.
26      A.      Claim 1 of the '460 Patent is Anticipated by U.S. Patent No. 6,069,648 to Suso
27  et al.
28

- 22 -

> My understanding of the plain meaning of the term "mode" is a distinct state of operation or setting of a device or of an application.

Srivastava Initial Report at ¶ 63

# EXHIBIT 70



**D'087 Patent**　　　　　　　　**Epic 4G Touch**











# D'087 Patent

# Vibrant











## Initial iPhone

## Vibrant

*Front surface is flat – glass is **flush** with surrounding bezel*

*Front surface is not flat – Bezel **protrudes** above glass*







## Initial iPhone

*Front surface is flat – glass is **flush** with surrounding bezel*



## Epic 4G Touch

*Front surface is not flat – Bezel **protrudes** above glass*







# Samsung Fascinate



[RPX-144]



# D'087 Patent

## Samsung Galaxy SII T-Mobile







# D'087 Patent

## Fascinate







# D'087 Patent



# Galaxy S2 Skyrocket





# D'087 Patent
## LG Prada
# Mesmerize







# D'677 Patent

## LG Prada

# Mesmerize









## Mesmerize



 ] ≠ [ 



## Fascinate



 ] ≠ [ 



## Showcase



 ] ≠ [



## D'677 Patent



## Samsung Galaxy SII T-Mobile

*Camera*

*Sensors*

*Writing*

*Menu Key*

*Home Key*

*Back Key*

*Search Key*



SDX3775



D'087



Fascinate



Infuse 4G



S2 (T-Mobile)



# EXHIBIT 71

# Apple's Responses to Requests for Admission





**REQUEST FOR ADMISSION NO. 1824:**

Admit that U.S. Patent No. 5,835,721 was issued by the U.S. Patent and Trademark Office on November 10, 1998.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1824:**

Apple admits Request No. 1824.

**REQUEST FOR ADMISSION NO. 1828:**

Admit that 3GPP TS 04.60 Release 1999 was frozen at a meeting on December 17, 1999.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1828:**

Apple admits Request No. 1828.

**REQUEST FOR ADMISSION NO. 1846:**

Admit that APPLE disclosed U.S. Patent No. 5,835,721 as essential, or likely to become essential, with respect to the 3GPP TS 04.60 V8.27.0 Technical Specification more than six years after the technical specification was published.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1846:**

Apple admits Request No. 1846, but denies that such disclosure was untimely under the relevant facts and circumstances.

3/10/12 Apple Resp. to Samsung's RFA [1824; 1828; 1846]

SDX3916.03

# EXHIBIT 72



**Droid Charge
Applications Screen**

**Droid Charge
Homescreen**



SDX3917.119



**Droid Charge
Homescreen**

SDX3917.120



SDX3917.121



**Droid Charge**
**Applications Screen**



SDX3917.122



**Droid Charge
Applications Screen**



**iPhone Trademark
Registration**