# EXHIBIT 88

# Asserted Samsung Patents

## U.S. Patent No. 7,577,460

- PORTABLE COMPOSITE COMMUNICATION TERMINAL FOR TRANSMITTING/RECEIVING AND IMAGES AND COMMUNICATION SYSTEM THEREOF
- **E-mail; E-mail with Photo; Scrolling Photos**



## U.S. Patent No. 7,456,893

- METHOD OF CONTROLLING DIGITAL IMAGE PROCESSING APPARATUS FOR EFFICIENT REPRODUCTION AND DIGITAL IMAGE PROCESSING APPARATUS USING THE METHOD
- **Photo Album Bookmark**



## U.S. Patent No. 7,698,711

- MULTI-TASKING APPARATUS AND METHOD IN PORTABLE TERMINAL
- **Music in Background**



SDX3967.003

# Accused Apple Products: '460 Patent



**iPhone 4**

JX 1055, JX 1056



**iPhone 3G**

JX 1053



**iPhone 3GS**

JX 1053, JX 1076



**iPod Touch 4th Gen**

JX 1057, JX 1077



**iPad 2**

JX 1050, JX 1051

# U.S. Patent No. 7,577,460: Claim 1



iPhone 4 - JX1055

# U.S. Patent No. 7,577,460: Claim 1



iPhone 3G - JX1053



iPhone 3GS - JX1054



iPod Touch - JX1057



iPad 2 3G - JX1050

# U.S. Patent No. 7,456,893: Claim 10



iPhone 4 - JX1055

SDX3967.015

# U.S. Patent No. 7,698,711



## MULTI-TASKING APPARATUS AND METHOD IN PORTABLE TERMINAL

### Priority Date: Aug. 30, 2005



**Background Music**

# EXHIBIT 89



# Diamond Touch Table





## Diamond Touch Table

