**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. 11-CV-01846 LHK |
| Plaintiff, | **ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO. LTD., ET AL, | |
| Defendant. | |

IT IS HEREBY ORDERED that lunch shall be provided for the jurors in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury during deliberations effective August 22, 2012 until such time as a verdict is rendered.

**IT IS SO ORDERED.**

Dated: August 21, 2012

_Lucy H. Koh_
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE