# EXHIBIT 1

United States District Court
Northern District Of California
San Jose Division

Case No. 11-cv-01846-LHK-PSG

Apple Inc.

vs.

Samsung Electronics Co., Ltd., et al.

# JURY BINDER

Document 1904-1

United States District Court
Northern District Of California
San Jose Division

11-cv-01846-LHK-PSG

Apple Inc.
vs.
Samsung Electronics Co., Ltd.,
et al.

**JURY BINDER**