# EXHIBIT 2

# *Apple Inc. v. Samsung Electronics, Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC, Case No. 11-cv-1846*

## Jury Binder

***Trial Dates and Times, Lists of Attorneys and Witnesses***

    1.    Trial Dates and Times

    2.    Apple Attorneys and Witnesses

    3.    Samsung Attorneys and Witnesses

***Statement Accompanying the Federal Judicial Center Video, "An Introduction to the Patent System."***

***Preliminary Jury Instructions***

***Chart of Asserted Utility Patent Claims and Terms Construed By The Court***

***Glossary of Terms***

***Asserted Patents and Trade Dresses***

  <u>Apple Design Patents</u>

| | | |
|---|---|---|
| 4. | U.S. D504,889 | Electronic Device |
| 5. | U.S. D593,087 | Electronic Device |
| 6. | U.S. D618,677 | Electronic Device |
| 7. | U.S. D604,305 | Graphic User Interface for a Display Screen or Portion Thereof |

  <u>Apple Utility Patents</u>

| | | |
|---|---|---|
| 8. | U.S. Patent 7,469,381 | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display |
| 9. | U.S. Patent 7,844,915 | Application Programming Interfaces for Scrolling Operations |

| 10. | U.S. Patent 7,864,163 | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents |

Apple Trade Dresses

| 11. | U.S. Registration No. 3,470,983 |
| 12. | Unregistered Trade Dresses |

Samsung Utility Patents

| 13. | U.S. Patent No. 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data Using Pre- Defined Length Indicator in a Mobile Communication System |
| 14. | U.S. Patent No. 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service |
| 15. | U.S. Patent No. 7,577,460 | Portable Composite Communication Terminal for Transmitting/Receiving and Images, and Operation Method and Communication System Thereof |
| 16. | U.S. Patent No. 7,456,893 | Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method |
| 17. | U.S. Patent No. 7,698,711 | Multi-Tasking Apparatus and Method in Portable Terminal |

***Witness Photos***

***Final Jury Instructions***

***Juror Notes***