# EXHIBIT 3

# Apple Inc. v. Samsung Elecs. Co., Ltd., et al., No. 11-cv-1846

Schedule of Trial Dates & Times

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 29 | 30<br><br>Trial<br>9:00-4:30 | 31<br><br>Trial<br>9:00-4:30 | 1<br><br>No Court | 2<br><br>No Court | 3<br><br>Trial<br>9:00-4:30 | 4 |
| 5 | 6<br><br>Trial<br>9:00-4:30 | 7<br><br>Trial<br>9:00-4:30 | 8<br><br>No Court | 9<br><br>No Court | 10<br><br>Trial<br>9:00-4:30 | 11 |
| 12 | 13<br><br>Trial<br>9:00-4:30 | 14<br><br>Trial<br>9:00-4:30 | 15<br><br>Trial<br>9:00-4:30 | 16<br><br>Trial<br>9:00-4:30 | 17<br><br>Trial<br>9:00-4:30 | 18 |
| 19 | 20<br><br>Trial<br>9:00-4:30 | 21<br><br>Trial<br>9:00-4:30 | 22<br><br>Jury Deliberations<br>9:00-4:30 | 23<br><br>Jury Deliberations<br>9:00-4:30 | 24<br><br>Jury Deliberations<br>9:00-4:30 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

2

# LIST OF APPLE ATTORNEYS

**Morrison & Foerster LLP**

- Harold J. McElhinny
- Michael A. Jacobs
- Rachel Krevans

**Wilmer Cutler Pickering Hale and Dorr LLP**

- William F. Lee
- Mark D. Selwyn
- Joseph J. Mueller

# APPLE'S LIST OF WITNESSES

*Witnesses Apple Will Call To Testify Live:*

1. Ravin Balakrishnan
2. Tony Blevins
3. Peter Bressler
4. Justin Denison
5. Richard Donaldson
6. Paul Dourish
7. Scott Forstall
8. Tony Givargis
9. Susan Kare
10. Hyong Kim
11. Edward Knightly
12. Terry Musika
13. Janusz Ordover
14. Phil Schiller
15. Karan Singh
16. Mani Srivastava
17. Chris Stringer
18. Boris Teksler
19. Michael Walker
20. Russell Winer

*Witnesses Apple May Call To Testify Live:*

1. Freddy Anzures
2. Tom Beyer
3. Robert Brunner
4. Mark Buckley
5. Greg Chapman
6. Greg Christie
7. John Hauser
8. Alan Hedge
9. Arthur Lee Hill IV
10. Greg Joswiak
11. Emilie Kim
12. Richard J. Lutton
13. Bas Ording
14. Andrew Platzer
15. Hal Poret
16. Karl Heinz Rosenbrock
17. Peter Rossi
18. Peter Schroepfer
19. Jaegwan Shin
20. Ed Sittler
21. Dale Sohn
22. Sanjay Sood
23. Michael Tchao
24. Kent Van Liere
25. Bruce "BJ" Watrous

<u>*Witnesses Apple May Call To Testify By Deposition:*</u>

1. Seung-Ho Ahn
2. Timothy Benner
3. Dong Hoon Chang
4. Benjamin Cheung
5. Joon-Young Cho
6. Nara Cho
7. Sung Ho Choi
8. Gee-Sung Choi
9. Minhyung Chung
10. Cira Conley
11. Justin Denison
12. Sung-Ho Eun
13. Won Pyo Hong
14. Moon-Sang Jeong
15. Wookyun Kho
16. Seongwoo Kim
17. Soeng-Hun Kim
18. Young-Bum Kim
19. Yong-Jun Kwak
20. Ioi Lam
21. JuHo Lee
22. Jun Won Lee
23. Kiwon Lee
24. MinHyouk Lee
25. Sangeun Lee

26. Qi Ling
27. Kihyung Nam
28. Jeong Seok Oh
29. Markus Paltian
30. Hyoung Shin Park
31. Junho Park
32. Sang-Ryul Park
33. Seunggun Park
34. Todd Pendleton
35. Sean Roarty
36. Brian Rosenberg
37. Karl Heinz Rosenbrock
38. Dongseok Ryu
39. MinCheol Schin
40. Tim Sheppard
41. Jaegwan Shin
42. Dale Sohn
43. Himke Van Der Velde
44. Gert-Jan Van Lieshout
45. JungMin Yeo

3

# LIST OF SAMSUNG ATTORNEYS

**Quinn, Emanuel, Urquhart & Sullivan, LLP**

- DeFranco, Edward J.
- Goldstein, Ryan S.
- Johnson, Kevin
- Maroulis, Victoria F.
- Nelson, David A
- Price, William C.
- Quinn, John B.
- Verhoeven, Charles K.
- Zeller, Michael T.

# SAMSUNG'S LIST OF WITNESSES

*Witnesses Samsung May Call Live:*

1. Robert John Anders
2. Benjamin Bederson
3. Timothy Benner
4. Adam Bogue
5. Imran Chaudhri
6. Sung Ho Choi
7. Justin Denison
8. Sung-Ho Eun
9. Roger Fidler
10. Clifton Forlines
11. Stephen Gray
12. Wong Pyo Hong
13. Steve Hotelling
14. Richard Howarth
15. Jacob Jacoby
16. Moon-Sang Jeong
17. Jeffrey Johnson
18. Michael Kamins
19. Chang-Ik Kim
20. Emilie Kim
21. Jin Soo Kim
22. Young-Bum Kim
23. Min-Hyouk Lee
24. Sam Lucente

25. George Mantis
26. Christopher Mount
27. Vince O'Brien
28. Jeong-Seok Oh
29. Hyoung Shin Park
30. Jaewoo Park
31. Arthur Rangel
32. Karl Heinz Rosenbrock
33. Fletcher Rothkopf
34. Dongseok Ryu
35. Douglas Satzger
36. Timothy Sheppard
37. Itay Sherman
38. Jong-wook Shim
39. Jaehwang Sim
40. Steven Sinclair
41. Dale Sohn
42. Eric Stasik
43. David Teece
44. Andries Van Dam
45. Gert-Jan Van Lieshout
46. Michael Wagner
47. Jeeyuen Wang
48. Tim Williams
49. Woodward Yang
50. Sun-young Yi

*Witnesses Samsung May Call By Deposition:*

1. Bryan Agnetta
2. Fred Anzures
3. Priya Balasubramanian
4. Benjamin Bederson
5. Tony Blevins
6. Adam Bogue
7. Andrew Bright
8. Mark Buckley
9. Stephanie Chen
10. Greg Christie
11. Daniel Coster
12. Daniele De Iuliis
13. Roger Fidler
14. Clifton Forlines
15. Jared Gosler
16. Jefferson Han
17. Saku Hieta
18. Quin Hoellwarth
19. Greg Joswiak
20. Eric Jue
21. Duncan Kerr
22. Richard "Chip" Lutton
23. Stan Ng
24. Shin Nishibori
25. Marcus Paltian

3

26. Andrew Platzer
27. Matthew Rohrbach
28. Fletcher Rothkopf
29. Steven Sinclair
30. David Singer
31. Michael Tchao
32. Boris Teksler
33. Sissie Twiggs
34. Kent Van Liere
35. Vince Voron
36. Michael Walker
37. B.J. Watrous
38. Eugene Whang
39. Tamara Whiteside
40. Richard Williamson
41. Russell Winer
42. Cooper Woodring
43. Steve Zadesky
44. Rico Zorkendorfer
45. Andre Zorn