# EXHIBIT 6

# LIST OF SAMSUNG ATTORNEYS

**Quinn, Emanuel, Urquhart & Sullivan, LLP**

- DeFranco, Edward J.
- Goldstein, Ryan S.
- Johnson, Kevin
- Maroulis, Victoria F.
- Nelson, David A
- Price, William C.
- Quinn, John B.
- Verhoeven, Charles K.
- Zeller, Michael T.

# SAMSUNG'S LIST OF WITNESSES

*Witnesses Samsung May Call Live:*

1. Robert John Anders
2. Benjamin Bederson
3. Timothy Benner
4. Adam Bogue
5. Imran Chaudhri
6. Sung Ho Choi
7. Justin Denison
8. Sung-Ho Eun
9. Roger Fidler
10. Clifton Forlines
11. Stephen Gray
12. Wong Pyo Hong
13. Steve Hotelling
14. Richard Howarth
15. Jacob Jacoby
16. Moon-Sang Jeong
17. Jeffrey Johnson
18. Michael Kamins
19. Chang-Ik Kim
20. Emilie Kim
21. Jin Soo Kim
22. Young-Bum Kim
23. Min-Hyouk Lee
24. Sam Lucente

25. George Mantis
26. Christopher Mount
27. Vince O'Brien
28. Jeong-Seok Oh
29. Hyoung Shin Park
30. Jaewoo Park
31. Arthur Rangel
32. Karl Heinz Rosenbrock
33. Fletcher Rothkopf
34. Dongseok Ryu
35. Douglas Satzger
36. Timothy Sheppard
37. Itay Sherman
38. Jong-wook Shim
39. Jaehwang Sim
40. Steven Sinclair
41. Dale Sohn
42. Eric Stasik
43. David Teece
44. Andries Van Dam
45. Gert-Jan Van Lieshout
46. Michael Wagner
47. Jeeyuen Wang
48. Tim Williams
49. Woodward Yang
50. Sun-young Yi


## Witnesses Samsung May Call By Deposition:

1. Bryan Agnetta
2. Fred Anzures
3. Priya Balasubramanian
4. Benjamin Bederson
5. Tony Blevins
6. Adam Bogue
7. Andrew Bright
8. Mark Buckley
9. Stephanie Chen
10. Greg Christie
11. Daniel Coster
12. Daniele De Iuliis
13. Roger Fidler
14. Clifton Forlines
15. Jared Gosler
16. Jefferson Han
17. Saku Hieta
18. Quin Hoellwarth
19. Greg Joswiak
20. Eric Jue
21. Duncan Kerr
22. Richard "Chip" Lutton
23. Stan Ng
24. Shin Nishibori
25. Marcus Paltian

26. Andrew Platzer
27. Matthew Rohrbach
28. Fletcher Rothkopf
29. Steven Sinclair
30. David Singer
31. Michael Tchao
32. Boris Teksler
33. Sissie Twiggs
34. Kent Van Liere
35. Vince Voron
36. Michael Walker
37. B.J. Watrous
38. Eugene Whang
39. Tamara Whiteside
40. Richard Williamson
41. Russell Winer
42. Cooper Woodring
43. Steve Zadesky
44. Rico Zorkendorfer
45. Andre Zorn

4