# EXHIBIT 8

## GLOSSARY OF TERMS

| Terms | Definitions |
|---|---|
| 3GPP | The Third Generation Partnership Project. |
| Base Station | In a cellular communications system, a base station is a device responsible for radio transmission and reception to or from the user equipment, such as computers, mobile phones, and tablets. |
| Behold 3 | Samsung's internal product name for the Vibrant phone (model number SGH-T959). |
| Downlink | A radio link for the transmission of signals wirelessly from a base station to a UE, such as a computer, mobile phone, or tablet. |
| ETSI | The European Telecommunications Standards Institute. |
| FRAND terms and conditions | In relation to licensing or license terms, FRAND means "fair, reasonable, and non-discriminatory terms and conditions." This term is used in the ETSI Intellectual Property Rights Policy. |
| Garnett | Samsung's internal product name for the Continuum phone (model number SCH-i400). |
| GSM | Global System for Mobile communications standard |
| GUI | Graphical User Interface. |
| Hawk | Samsung's internal product name for the Exhibit 4G phone (model number SGH-T759). |
| HCI | Human Computer Interaction |
| IPR | Intellectual Property Rights |
| K48 / K48M | Apple's internal product name for the iPad |
| K93 / K94 / K95 | Apple's internal product name for the iPad 2 |
| M68 | Apple's internal product name for the iPhone |
| N81 | Apple's internal product name for the iPod touch (4th generation) |
| N82 | Apple's internal product name for the iPhone 3G |
| N88 | Apple's internal product name for the iPhone 3GS |
| N90 / N92 | Apple's internal product name for the iPhone 4 |
| P1 | Samsung's internal product name for the Galaxy Tab 7.0 tablet (model numbers GT-P1000; GT-P1010; SCH-i800). |
| P2 | Apple's internal name for the iPhone project |
| P4 | Samsung's internal product name for the Galaxy Tab 10.1 tablet (model numbers GT-P7500; GT-P7510; SCH-i905). |
| P5 | Samsung's internal product name for the Galaxy Tab 8.9 tablet (model numbers GT-P7300; GT-P7310). |
| PTO | The United States Patent and Trademark Office. |
| SEA | Samsung Electronics America, Inc., a wholly owned United States subsidiary of Samsung Electronics Company, Ltd. that sells products to various electronics retailers. |
| SEC | Samsung Electronics Company, Ltd, the Korean parent company for the Samsung companies. |

| Seine | Samsung's internal product name for the Galaxy S II phone series (model number SCH-i9100). |
|---|---|
| Source Code | Written instructions for a computer, mobile phone, or tablet that can be read by a person. |
| STA | Samsung Telecommunications America LLC, a wholly owned United States subsidiary of SEC that sells products to United States telecommunications carriers, such as AT&T, Verizon, T-Mobile, Sprint, etc. |
| Stealth V | Samsung's internal product name for the Droid Charge (model number SCH-i510). |
| System of Record | The accounting system used by companies to store financial data. |
| UE (user equipment) | A device that allows a user to access network services; the UE can be, for example, a computer, a mobile phone, or a tablet. |
| UI | User interface. |
| UMTS | Universal Mobile Telecommunications Standard. |
| Uplink | A radio link for the transmission of signals wirelessly from a UE (such as a computer, mobile phone, or tablet) to a base station. |
| UX | User experience. |
| Victory | Samsung's internal product name for the Epic 4G phone (model number SPH-D700). |
| Vins-Q | Samsung's internal product name for the Intercept phone (model numbers SPH-M810; SPH-M910). |