# EXHIBIT 9

**4**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**July 19, 2011**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D504,889*
ISSUE DATE: *May 10, 2005*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**



**M. TARVER**
Certifying Officer

**JOINT TRIAL EXHIBIT NO. 1040**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Joint Trial Exhibit No. 1040.2



US00D504889S

(12) **United States Design Patent**      (10) Patent No.:      **US D504,889 S**
Andre et al.                             (45) Date of Patent:      ** **May 10, 2005**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Anthony Whang**, San Francisco, CA (US); **Rico Zörkendörfer**, San Francisco, CA (US)

(73) Assignee: **Apple Computer, Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/201,636**

(22) Filed: **Mar. 17, 2004**

(51) LOC (7) Cl. .................................... **14-02**
(52) U.S. Cl. ........................................ **D14/341**
(58) Field of Search ...................... D14/341–346, D14/374, 424; D19/26, 59, 60; 345/104, 156, 168, 173; 434/307 R, 308, 309, 317; 178/18.03; 349/12

(56) **References Cited**

U.S. PATENT DOCUMENTS

D345,346 S * 3/1994 Alfonso et al. ............ D14/341

D396,452 S * 7/1998 Naruki ...................... D14/424
D451,505 S * 12/2001 Iseki et al. .................. D14/341
D453,333 S * 2/2002 Chen ......................... D14/374
D458,252 S * 6/2002 Palm et al. ................. D14/343

OTHER PUBLICATIONS

Andre et al., U.S. Appl. No. 29/180,558 entitled "Electronic Device", filed Mar. 17, 2004.
"HP Compaq Tablet PC tc1100", downloaded Aug. 27, 2004.
"Tablet PC V1100", downloaded Aug. 27, 2004.
"ViewPad 1000", downloaded Aug. 27, 2004.

* cited by examiner

Primary Examiner—Freda S. Nunn
(74) Attorney, Agent, or Firm—Beyer Weaver & Thomas, LLP

(57) **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view of an electronic device in accordance with the present design;
FIG. 2 is a bottom perspective view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a right side view thereof;
FIG. 7 is an upper side view thereof;
FIG. 8 is a lower side view thereof; and,
FIG. 9 is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative puposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032468

Joint Trial Exhibit No. 1040.3

**U.S. Patent**    May 10, 2005    Sheet 1 of 4    **US D504,889 S**



FIG. 1

FIG. 2

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032469

Joint Trial Exhibit No. 1040.4

**U.S. Patent**     May 10, 2005     Sheet 2 of 4     **US D504,889 S**



*FIG. 3*



*FIG. 4*

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032470

Joint Trial Exhibit No. 1040.5

**U.S. Patent**        May 10, 2005        Sheet 3 of 4        US D504,889 S



## FIG. 5



## FIG. 6



## FIG. 7



## FIG. 8

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032471

Joint Trial Exhibit No. 1040.6

**U.S. Patent**     May 10, 2005     Sheet 4 of 4     **US D504,889 S**



*FIG. 9*

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032472

5



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**July 19, 2011**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D593,087*
ISSUE DATE: *May 26, 2009*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*M Tarver*

**M. TARVER**
**Certifying Officer**

JOINT TRIAL EXHIBIT NO. 1041
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

APLNDC00030426

Joint Trial Exhibit No. 1041.2



US00D593087S

(12) **United States Design Patent**
Andre et al.

(10) Patent No.: **US D593,087 S**
(45) Date of Patent: ** May 26, 2009

(54) **ELECTRONIC DEVICE**

(75) Inventors: Bartley K. Andre, Menlo Park, CA (US); Daniel J. Coster, San Francisco, CA (US); Daniele De Iuliis, San Francisco, CA (US); Richard P. Howarth, San Francisco, CA (US); Jonathan P. Ive, San Francisco, CA (US); Steve Jobs, Palo Alto, CA (US); Duncan Robert Kerr, San Francisco, CA (US); Shin Nishibori, San Francisco, CA (US); Matthew Dean Rohrbach, San Francisco, CA (US); Douglas B. Satzger, Menlo Park, CA (US); Calvin Q. Seid, Palo Alto, CA (US); Christopher J. Stringer, Portola Valley, CA (US); Eugene Antony Whang, San Francisco, CA (US); Rico Zorkendorfer, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/282,833**

(22) Filed: **Jul. 30, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. 29/270,880, filed on Jan. 5, 2007, now Pat. No. Des. 558,756.

(51) LOC (9) Cl. .................................................. 14-03
(52) U.S. Cl. .............. **D14/341; D14/203.7; D14/138 G**
(58) Field of Classification Search ................ D14/137, D14/138, 147, 191, 218, 247–248, 341–347, D14/496, 138.R, 138 AA, 138 AB, 138 AC, D14/138 AD, 138 C, 138 G; D10/65, 78, D10/104; D13/168; D18/7; 455/556.1, 455/566, 575.1, 575.3; 345/169
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D289,873 S | 5/1987 | Gemmell et al. | |
| D337,569 S | 7/1993 | Kando | |
| D420,354 S * | 2/2000 | Morales | D14/191 |
| D424,535 S | 5/2000 | Peltola | |
| D456,023 S | 4/2002 | Andre et al. | |
| D489,731 S | 5/2004 | Huang | |
| D498,754 S | 11/2004 | Blyth | |
| D499,423 S | 12/2004 | Bahroocha et al. | |
| D502,173 S | 2/2005 | Jung et al. | |
| D504,889 S | 5/2005 | Andre et al. | |
| D505,950 S | 6/2005 | Summit et al. | |
| D507,003 S | 7/2005 | Pai et al. | |
| D514,121 S | 1/2006 | Johnson | |
| D514,590 S | 2/2006 | Naruki | |
| D519,116 S | 4/2006 | Tanaka et al. | |
| D519,523 S | 4/2006 | Chiu et al. | |
| D520,020 S | 5/2006 | Senda et al. | |
| D528,542 S | 9/2006 | Luminosu et al. | |
| D528,561 S | 9/2006 | Ka-Wei et al. | |
| D529,045 S | 9/2006 | Shin | |
| D532,791 S | 11/2006 | Kim | |
| D534,143 S | 12/2006 | Lheem | |
| D535,281 S | 1/2007 | Yang | |
| D536,691 S | 2/2007 | Park | |
| D536,962 S * | 2/2007 | Tanner | D9/424 |
| D538,822 S | 3/2007 | Andre et al. | |
| D541,298 S | 4/2007 | Andre et al. | |
| D541,299 S | 4/2007 | Andre et al. | |
| D541,785 S * | 5/2007 | Hwang et al. | D14/138 |
| D546,313 S | 7/2007 | Lheem | |
| D548,732 S | 8/2007 | Cebe et al. | |
| D548,747 S | 8/2007 | Andre et al. | |
| D554,098 S * | 10/2007 | Lee | D14/138 |
| D556,211 S | 11/2007 | Howard | |
| D557,238 S | 12/2007 | Kim | |
| 7,303,424 B2 * | 12/2007 | Tu et al. | 439/372 |
| D558,460 S * | 1/2008 | Yu et al. | D6/308 |
| D558,756 S | 1/2008 | Andre et al. | |
| D558,757 S | 1/2008 | Andre et al. | |
| D558,758 S * | 1/2008 | Andre et al. | D14/341 |
| D558,792 S | 1/2008 | Chigira | |
| D560,683 S * | 1/2008 | Lee | D14/496 |
| D560,686 S | 1/2008 | Kim et al. | |
| D561,153 S | 2/2008 | Hong et al. | |
| D561,204 S | 2/2008 | Toh | |



Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030427

# US D593,087 S
Page 2

| | | | | |
|---|---|---|---|---|
| D561,782 S | * | 2/2008 | Kim | D14/496 |
| D562,285 S | * | 2/2008 | Lim | D14/138 |
| D563,432 S | * | 3/2008 | Kim | D14/496 |
| D563,929 S | * | 3/2008 | Park | D14/138 |
| 2004/0132499 A1 | * | 7/2004 | Abe | 455/566 |
| 2004/0166907 A1 | * | 8/2004 | Yajima | 455/575.3 |
| 2004/0223004 A1 | * | 11/2004 | Lincke et al. | 345/649 |
| 2005/0130715 A1 | | 6/2005 | Fujisawa | |
| 2006/0281501 A1 | | 12/2006 | Zuo et al. | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 000569157-0005 | 5/2006 |
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0452432 | 6/2007 |

## OTHER PUBLICATIONS

Samsung F490, announced Jan. 2008, [online], [retrieved on Jan. 18, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG KF700, announced Feb. 2008, [online], [retrieved on Mar. 21, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Mobiz Apple iPhone Review, posted Apr. 30, 2007, [online], [retrieved on Nov. 5, 2008]. Retrieved from Internet ,<URL: http://mobchina.blogspot.com/2007_04_01_archive.html>.*

U.S. Appl. No. 29/270,887, Andre et al., Electronic Device, filed Jun. 8, 2007.

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,834, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.

LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL: http://www.mobilewhack.com>.

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL: http://www.engadget.com>.

iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/iPod_U2_Special_Edition, Oct. 2004.

"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.

Hilon LG DMB MP3 FM35, posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a88100005549>, 18 pgs.

eFashion Magazine, 2004, vol. No. 12, p. 60, China.

eFashion Magazine, Jun. 1, 2005, vol. No. 119, p. 45, China.

eFashion Magazine, Apr. 2006, vol. No. 172, p. 26, China.

Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

Notification and Request for Invalidation of Chinese Patent ZL200730148719.0, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.

U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 6, 2008.

U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.

U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.

U.S. Appl. No. 29/324,130, Andre et al., Electronic Device, filed Sep. 5, 2008.

U.S. Appl. No. 29/324,137, Andre et al., Electronic Device, filed Sep. 6, 2008.

U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.

* cited by examiner

*Primary Examiner*—Jeffrey D Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57)        **CLAIM**

The ornamental design for an electronic device, substantially as shown and described.

## DESCRIPTION

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;

FIG. 2 is a rear perspective view of the electronic device in FIG. 1;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a top view thereof;

FIG. 6 is a bottom view thereof;

FIG. 7 is a left side view thereof;

FIG. 8 is a right side view thereof;

FIG. 9 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 10 is a rear perspective view of the electronic device in FIG. 9;

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

# US D593,087 S
## Page 3

FIG. 11 is a front view thereof;

FIG. 12 is a rear view thereof;

FIG. 13 is a top view thereof;

FIG. 14 is bottom view thereof;

FIG. 15 is a left side view thereof;

FIG. 16 is a right side view thereof,

FIG. 17 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 18 is a rear perspective view of the electronic device in FIG. 17;

FIG. 19 is a front view thereof;

FIG. 20 is a rear view thereof;

FIG. 21 is a top view thereof;

FIG. 22 is bottom view thereof;

FIG. 23 is a left side view thereof;

FIG. 24 is a right side view thereof,

FIG. 25 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 26 is a rear perspective view of the electronic device in FIG. 25;

FIG. 27 is a front view thereof;

FIG. 28 is a rear view thereof;

FIG. 29 is a top view thereof;

FIG. 30 is bottom view thereof;

FIG. 31 is a left side view thereof;

FIG. 32 is a right side view thereof;

FIG. 33 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 34 is a rear perspective view of the electronic device in FIG. 33;

FIG. 35 is a front view thereof;

FIG. 36 is a rear view thereof;

FIG. 37 is a top view thereof;

FIG. 38 is bottom view thereof;

FIG. 39 is a left side view thereof;

FIG. 40 is a right side view thereof;

FIG. 41 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 42 is a rear perspective view of the electronic device in FIG. 41;

FIG. 43 is a front view thereof;

FIG. 44 is a rear view thereof;

FIG. 45 is a top view thereof;

FIG. 46 is bottom view thereof;

FIG. 47 is a left side view thereof; and,

FIG. 48 is a right side view thereof.

The broken lines showing the remainder of the electronic device are directed to environment. The broken lines, within the claimed design, in embodiments 1, 2, and 4 that depict an elongated oval shape and the broken lines, within the claimed design, in embodiments 2, 3, and 6 that depict a circle shape are superimposed on a continuous surface and are for illustrative purposes only. The broken lines, within the claimed design, in embodiments 1, 3, and 5 that depict a large rectangular shape, indicate a non claimed shape below the continuous front surface and are for illustrative purposes only. None of the broken lines form a part of the claimed design.

**1 Claim, 12 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030429

Joint Trial Exhibit No. 1041.5

**U.S. Patent**     May 26, 2009     Sheet 1 of 12     **US D593,087 S**



**FIG. 1**



**FIG. 2**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030430

Joint Trial Exhibit No. 1041.6

**U.S. Patent**      May 26, 2009      Sheet 2 of 12      **US D593,087 S**



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7       FIG. 8

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030431

Joint Trial Exhibit No. 1041.7

**U.S. Patent**     May 26, 2009     Sheet 3 of 12     US D593,087 S



**FIG. 9**



**FIG. 10**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030432

Joint Trial Exhibit No. 1041.8

**U.S. Patent**          May 26, 2009          Sheet 4 of 12          US D593,087 S



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15          FIG. 16

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030433

Joint Trial Exhibit No. 1041.9

**U.S. Patent**          May 26, 2009          Sheet 5 of 12          US D593,087 S



**FIG. 17**



**FIG. 18**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030434

Joint Trial Exhibit No. 1041.10

**U.S. Patent**       May 26, 2009       Sheet 6 of 12       US D593,087 S



FIG. 19

FIG. 20

FIG. 21

FIG. 22

FIG. 23       FIG. 24

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030435

Joint Trial Exhibit No. 1041.11

**U.S. Patent**          May 26, 2009          Sheet 7 of 12          **US D593,087 S**



**FIG. 25**



**FIG. 26**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030436

Joint Trial Exhibit No. 1041.12

**U.S. Patent**       May 26, 2009       Sheet 8 of 12       US D593,087 S



FIG. 27

FIG. 28

FIG. 29

FIG. 30

FIG. 31      FIG. 32

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030437

Joint Trial Exhibit No. 1041.13

**U.S. Patent**     May 26, 2009     Sheet 9 of 12     US D593,087 S



**FIG. 33**



**FIG. 34**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030438

Joint Trial Exhibit No. 1041.14

**U.S. Patent**        May 26, 2009        Sheet 10 of 12        **US D593,087 S**



FIG. 35

FIG. 36

FIG. 37

FIG. 38

FIG. 39        FIG. 40

APLNDC00030439

Joint Trial Exhibit No. 1041.15

**U.S. Patent**          May 26, 2009          Sheet 11 of 12          US D593,087 S



**FIG. 41**



**FIG. 42**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030440

Joint Trial Exhibit No. 1041.16

**U.S. Patent**   May 26, 2009   Sheet 12 of 12   US D593,087 S



FIG. 43

FIG. 44

FIG. 45

FIG. 46

FIG. 47   FIG. 48

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030441

6



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D618,677*
ISSUE DATE: *June 29, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

JOINT TRIAL EXHIBIT NO. 1043
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____   By:_____

APLNDC00032473

Joint Trial Exhibit No. 1043.2



US00D618677S

(12) **United States Design Patent**
Andre et al.

(10) Patent No.: **US D618,677 S**
(45) Date of Patent: ** **Jun. 29, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/328,018**

(22) Filed: **Nov. 18, 2008**

**Related U.S. Application Data**

(60) Division of application No. 29/282,834, filed on Jul. 30, 2007, now Pat. No. Des. 581,922, which is a continuation of application No. 29/270,888, filed on Jan. 5, 2007, now Pat. No. Des. 558,758.

(51) **LOC (9) Cl.** ...................................... **14-02**

(52) **U.S. Cl.** .................. D14/341; D14/248; D14/203.7

(58) **Field of Classification Search** ............... D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D13/168; D18/6, 7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S    5/1987  Gemmell et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EM    000569157-0005    5/2006
(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design of an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;

FIG. 2 is a rear perspective view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a top view thereof;

FIG. 6 is a bottom view thereof;

FIG. 7 is a left side view thereof; and,

FIG. 8 is a right side view thereof.

The claimed surface of the electronic device is illustrated with the color designation for the color black.

The electronic device is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item or toy.

**1 Claim, 2 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032474

Joint Trial Exhibit No. 1043.3

# US D618,677 S
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D337,569 S | | 7/1993 | Kando |
| D410,440 S | * | 6/1999 | Carnell .................... D14/346 |
| D424,535 S | | 5/2000 | Peltola |
| D455,433 S | * | 4/2002 | Alviar et al. ............... D14/441 |
| D456,023 S | | 4/2002 | Andre et al. |
| D458,252 S | * | 6/2002 | Palm et al. ................. D14/343 |
| D469,413 S | * | 1/2003 | To et al. .................... D14/126 |
| D489,731 S | | 5/2004 | Huang |
| D498,754 S | | 11/2004 | Blyth |
| D499,423 S | | 12/2004 | Bahroocha et al. |
| D502,173 S | | 2/2005 | Jung et al. |
| D504,889 S | | 5/2005 | Andre et al. |
| D505,950 S | | 6/2005 | Summit et al. |
| D507,003 S | | 7/2005 | Pai et al. |
| D514,121 S | | 1/2006 | Johnson |
| D514,590 S | | 2/2006 | Naruki |
| D519,116 S | | 4/2006 | Tanaka et al. |
| D519,523 S | | 4/2006 | Chiu et al. |
| D520,020 S | | 5/2006 | Senda et al. |
| 7,042,712 B2 | * | 5/2006 | Ghosh et al. ............... 361/679.03 |
| D528,542 S | | 9/2006 | Luminosu et al. |
| D528,561 S | | 9/2006 | Ka-Wei et al. |
| D529,045 S | | 9/2006 | Shin |
| D532,791 S | | 11/2006 | Kim |
| D534,143 S | | 12/2006 | Lheem |
| D535,281 S | | 1/2007 | Yang |
| D536,691 S | | 2/2007 | Park |
| D536,962 S | | 2/2007 | Tanner |
| D538,822 S | | 3/2007 | Andre et al. |
| D541,298 S | | 4/2007 | Andre et al. |
| D541,299 S | | 4/2007 | Andre et al. |
| D541,785 S | | 5/2007 | Hwang et al. |
| D546,313 S | | 7/2007 | Lheem |
| D548,732 S | | 8/2007 | Cebe et al. |
| D548,747 S | | 8/2007 | Andre et al. |
| D554,098 S | | 10/2007 | Lee |
| D556,211 S | | 11/2007 | Howard |
| D557,238 S | | 12/2007 | Kim |
| 7,303,424 B2 | | 12/2007 | Tu et al. |
| D558,460 S | | 1/2008 | Yu et al. |
| D558,756 S | | 1/2008 | Andre et al. |
| D558,757 S | | 1/2008 | Andre et al. |
| D558,758 S | | 1/2008 | Andre et al. |
| D558,792 S | | 1/2008 | Chigira |
| D559,220 S | | 1/2008 | Lee et al. |
| D560,192 S | | 1/2008 | Lee et al. |
| D560,683 S | | 1/2008 | Lee |
| D560,686 S | | 1/2008 | Kim |
| D561,153 S | | 2/2008 | Hong et al. |
| D561,204 S | | 2/2008 | Toh |
| D561,782 S | | 2/2008 | Kim |
| D562,285 S | | 2/2008 | Lim |
| D563,432 S | | 3/2008 | Kim |
| D563,929 S | | 3/2008 | Park |
| D568,309 S | * | 5/2008 | Cebe et al. ................. D14/341 |
| D573,143 S | * | 7/2008 | Park et al. ................. D14/341 |
| D574,015 S | * | 7/2008 | Masui ...................... D14/341 |
| 7,409,059 B2 | * | 8/2008 | Fujisawa ................. 379/433.13 |
| D579,930 S | * | 11/2008 | Maskatia ................. D14/341 |
| D580,387 S | | 11/2008 | Andre et al. |
| D581,922 S | | 12/2008 | Andre et al. |
| D584,738 S | * | 1/2009 | Kim et al. ................. D14/496 |
| D586,800 S | * | 2/2009 | Andre et al. ............... D14/341 |
| D589,979 S | * | 4/2009 | Andre et al. ............... D14/496 |
| 2004/0132499 A1 | | 7/2004 | Abe |
| 2004/0166907 A1 | | 8/2004 | Yajima |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. |
| 2005/0130715 A1 | | 6/2005 | Fujisawa |
| 2006/0281501 A1 | | 12/2006 | Zuo et al. |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. |

| | | | |
|---|---|---|---|
| 2008/0004083 A1 | * | 1/2008 | Ohki et al. ................. 455/566 |
| 2008/0004085 A1 | | 1/2008 | Jung et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| JP | 2004 290256 | 10/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |

## OTHER PUBLICATIONS

U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.

Hilon LG DMB MP3 FM35, posted on Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL:http://hilon.com.en.autobak/a8810005549>.

eFashion Magazine, 2004, vol. No. 12, p. 60, China.

eFashion Magazine, Jun. 1, 2005, vol. No. 119, p. 45, China.

eFashion Magazine, Apr. 2006, vol. No. 142, p. 26, China.

Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL200730148719.0, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.

U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.

U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 5, 2008.

U.S. Appl. No. 29/324,130, Andre et al., Electronic Device, filed Sep. 6, 2008.

U.S. Appl. No. 29/324,137, Andre et al., Electronic Device, filed Sep. 9, 2008.

U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.

U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

APLNDC00032475

Joint Trial Exhibit No. 1043.4

# US D618,677 S
### Page 3

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
LG DE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, <URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, <URL:http://www.engadget.com>.

* cited by examiner

APLNDC00032476

Joint Trial Exhibit No. 1043.5

**U.S. Patent**       Jun. 29, 2010      Sheet 1 of 2        **US D618,677 S**



**FIG. 1**



**FIG. 2**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032477

Joint Trial Exhibit No. 1043.6

**U.S. Patent**          Jun. 29, 2010          Sheet 2 of 2          **US D618,677 S**



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7          FIG. 8

APLNDC00032478

7



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

July 19, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D604,305*
ISSUE DATE: *November 17, 2009*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*M. Tarver*

M. TARVER
Certifying Officer

JOINT TRIAL EXHIBIT NO. 1042
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC00030421

Joint Trial Exhibit No. 1042.2

US00D604305S

(12) **United States Design Patent**
Anzures et al.

(10) Patent No.: **US D604,305 S**
(45) Date of Patent: ●● *Nov. 17, 2009

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventors: Freddy Anzures, San Francisco, CA (US); Imran Chaudhri, San Francisco, CA (US)

(73) Assignee: Apple Inc., Cupertino, CA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/281,460

(22) Filed: Jun. 23, 2007

(51) LOC (9) Cl. ............................................... 32-00
(52) U.S. Cl. .................................................. D14/486
(58) Field of Classification Search .......... D14/485–95; D18/24–33; D19/6, 52; D20/11; D21/324–33; 715/700–867, 973–77
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D295,877 S | 5/1988 | Wells-Papanek et al. | |
| 5,214,756 A | 5/1993 | Franklin et al. | |
| 5,555,364 A | 9/1996 | Goldstein | |
| D390,548 S | 2/1998 | Maekawa et al. | |
| D392,266 S | 3/1998 | Snyder et al. | |
| D418,826 S | 1/2000 | Pavely et al. | |
| D420,993 S | 2/2000 | Decker | |
| D438,213 S | 2/2001 | Herget et al. | |
| D441,763 S | 5/2001 | Kahn et al. | |
| D445,428 S | 7/2001 | Pattenden | |
| D462,076 S | 8/2002 | Robbin et al. | |
| D472,244 S | 3/2003 | Wasko | |
| 6,731,316 B2 | 5/2004 | Herigstad et al. | |
| D507,577 S * | 7/2005 | Totten et al. | D14/486 |
| 6,983,424 B1 | 1/2006 | Dutta | |
| D540,340 S * | 4/2007 | Cummins | D14/486 |
| D544,875 S | 6/2007 | Wang et al. | |
| D548,239 S * | 8/2007 | Rimas-Ribikauskas et al. | D14/485 |
| D552,620 S * | 10/2007 | Sato et al. | D14/486 |
| D555,660 S * | 11/2007 | Noviello et al. | D14/486 |
| D559,261 S * | 1/2008 | Jung et al. | D14/486 |
| D564,530 S * | 3/2008 | Kim et al. | D14/486 |
| D565,586 S | 4/2008 | Shin et al. | |
| D565,588 S | 4/2008 | Sherry | |
| D567,171 S * | 4/2008 | Yo et al. | D13/110 |
| D568,900 S | 5/2008 | Seo et al. | |
| D569,383 S | 5/2008 | Jung et al. | |
| D574,009 S | 7/2008 | DelPosta | |
| D574,388 S * | 8/2008 | Amendariz et al. | D14/486 |
| D574,391 S * | 8/2008 | Kwag | D14/486 |
| D576,171 S | 9/2008 | Amendariz et al. | |
| D579,946 S | 11/2008 | Lee et al. | |
| D580,949 S | 11/2008 | Durate | |
| D581,424 S | 11/2008 | Hong | |
| D585,075 S | 1/2009 | Flynt et al. | |
| D587,720 S * | 3/2009 | Noviello et al. | D14/485 |

FOREIGN PATENT DOCUMENTS

JP      D1235127      4/2005

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

*Primary Examiner*—Melanie H Tung
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described.

**DESCRIPTION**

The patent file contains at least one drawing executed in color. Copies of this patent with a color drawing will be provided by the Office upon request and payment of the necessary fee.

FIG. 1 is a front view of a graphical user interface for a display screen or portion thereof showing our new design; and,

FIG. 2 is a front view of a second embodiment thereof.

The broken line showing of a display screen in both views forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**
**(1 of 2 Drawing Sheet(s) Filed in Color)**



APLNDC00030422

Joint Trial Exhibit No. 1042.3

# US D604,305 S
Page 2

## OTHER PUBLICATIONS

U.S. Appl. No. 29/281,695, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 28, 2007.

U.S. Appl. No. 29/281,747, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.

U.S. Appl. No. 29/282,835, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,837, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,838, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,839, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,840, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,841, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,942, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,843, Azzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/283,656, Chaudhri, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 20, 2007.

U.S. Appl. No. 29/294,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/303,019, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 8, 2008.

U.S. Appl. No. 29/302,063, Azzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 9, 2008.

U.S. Appl. No. 29/302,217, Azzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 11, 2008.

U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 16, 2008.

U.S. Appl. No. 29/304,584, Azzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Mar. 4, 2008.

U.S. Appl. No. 29/317,755, Azzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 20, 2008.

U.S. Appl. No. 29/319,389, Azzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 8, 2008.

U.S. Appl. No. 29/319,397, Azzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,434, Azzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/321,374, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 15, 2008.

U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,196, Chaudhri et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,935, Azzures et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.

U.S. Appl. No. 29/326,396, Christie et al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.

U.S. Appl. No. 29/333,233 Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.

U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.

U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interfaces and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.

U.S. Appl. No. 29/335,282, Sepulveda et al., and Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

"PDAs with a built-in wireless LAN, using the Nursing Support System", *Casio News Release*, http://www.casio.co.jp/release/2003/nns.html, dated Jan. 28, 2003.

* cited by examiner

Joint Trial Exhibit No. 1042.4

**U.S. Patent**     Nov. 17, 2009     Sheet 1 of 2     US D604,305 S



# FIG. 1

Joint Trial Exhibit No. 1042.5

**U.S. Patent**       Nov. 17, 2009       Sheet 2 of 2              **US D604,305 S**



# FIG. 2

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

Joint Trial Exhibit No. 1042.6

*REPLACEMENT SHEET*
Sheet 1 of 2
Appl. No. 29/281,460; Filed: June 23, 2007
Dkt. No. 2607.0100000(P5540US1); Group Unit: 2911
Tel. No. 202-371-2600
For: Graphical User Interfaces For A Display Screen or Portion Thereof *(as amended)*



**FIG. 1**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000237385

Joint Trial Exhibit No. 1042.7

REPLACEMENT SHEET
Sheet 2 of 2
Appl. No. 29/281,460; Filed: June 23, 2007
Dkt. No. 1607.0100002(P5548US1); Group Unit: 2911
Tel. No. 202-371-2600
For: Graphical User Interfaces For A Display Screen or Portion Thereof *(as amended)*



**FIG. 2**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000237386

Plaintiff's Exhibit No. 1042.8



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

July 20, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF:

*PETITION FOR ACCEPTANCE OF COLOR DRAWINGS DATED MAY 18,*
*2009 FOR*
**SERIAL NUMBER: 29/281,460**
**FILING DATE: June 23, 2007**

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Plaintiff's Exhibit No. 1042.9

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Confirmation No.: 1415 |
| ANZURES et al | Art Unit: 2911 |
| Appl. No.: 29/281,460 | Examiner: Tung, Melanie H. |
| Filed: June 23, 2007 | Atty. Docket: 2607.0100006(P5548US1) |
| For:  **Graphical User Interface for a**  **Display Screen or Portion Thereof**  ***(as amended)*** | |

## Petition for Acceptance of Color Drawings
## Under 37 C.F.R. § 1.84(a)(2)

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Submitted herewith are two (2) sheets of replacement drawings (Figures 1 and 2) for the above-captioned application.  Applicants request that these drawings be entered to replace the drawings submitted with the original application.  Identification of the drawings is provided in accordance with 37 C.F.R. § 1.84(c).

Figure 1 submitted herewith is in color drawing.  Applicants petition for acceptance of Figure 1 as a color drawing.  It is necessary to present Figure 1 in color because color is the most effective manner to communicate color of the features shown in Figure 1.  Therefore, color is the only practical medium by which to disclose the subject matter of Figure 1 sought to be patented.

Three (3) sets of the color drawings are submitted herewith.  Also, the specification has been amended to include the language recited in 37 C.F.R. § 1.84(a)(2)(iii).  Accordingly, Applicants hereby petition that Figure 1 be accepted. Early written notice of acceptance of this petition is earnestly solicited.

Plaintiff's Exhibit No. 1042.10

- 2 -                                ANZURES *et al*
                                    Appl. No. 29/281,460

The petition fee (37 C.F.R. § 1.17(h)) is provided.  The U.S. Patent and
Trademark Office is hereby authorized to charge any fee deficiency, or credit any
overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: __May 18, 2009__

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

960807_1.DOC

Plaintiff's Exhibit No. 1042.11



FIGURE 1



FIGURE 2



FIGURE 3

Plaintiff's Exhibit No. 1042.12



FIGURE 4



FIGURE 5



FIGURE 6



FIGURE 7



FIGURE 8

Plaintiff's Exhibit No. 1042.13



**FIGURE 9**



**FIGURE 10**



**FIGURE 11**



**FIGURE 12**



**FIGURE 13**



**FIGURE 14**

Plaintiff's Exhibit No. 1042.14



FIGURE 15



FIGURE 16



FIGURE 17



FIGURE 18



FIGURE 19



FIGURE 20

Plaintiff's Exhibit No. 1042.15



FIGURE 21



FIGURE 22



FIGURE 23



FIGURE 24

Plaintiff's Exhibit No. 1042.16



**FIGURE 25**



**FIGURE 26**



**FIGURE 27**



**FIGURE 28**

Plaintiff's Exhibit No. 1042.17



**FIGURE 29**



**FIGURE 30**



**FIGURE 31**



**FIGURE 32**

Plaintiff's Exhibit No. 1042.18



FIGURE 33



FIGURE 34

FIGURE 35

Plaintiff's Exhibit No. 1042.19



**FIGURE 40**



**FIGURE 41**



**FIGURE 42**



**FIGURE 43**

Plaintiff's Exhibit No. 1042.20



**FIGURE 44**



**FIGURE 45**



**FIGURE 46**



**FIGURE 47**

Plaintiff's Exhibit No. 1042.21



**FIGURE 48**



**FIGURE 49**



**FIGURE 50**



**FIGURE 51**

Plaintiff's Exhibit No. 1042.22



**FIGURE 52**



**FIGURE 53**



**FIGURE 54**



**FIGURE 55**

Plaintiff's Exhibit No. 1042.23



**FIGURE 56**



**FIGURE 57**



**FIGURE 58**



**FIGURE 59**

Plaintiff's Exhibit No. 1042.24



**FIGURE 60**



**FIGURE 61**



**FIGURE 62**



**FIGURE 63**

Plaintiff's Exhibit No. 1042.25



**FIGURE 64**



**FIGURE 65**



**FIGURE 66**

Plaintiff's Exhibit No. 1042.26



**FIGURE 67**



**FIGURE 68**



**FIGURE 69**



**FIGURE 70**

Plaintiff's Exhibit No. 1042.27



FIGURE 71



FIGURE 72



FIGURE 73



FIGURE 74

Plaintiff's Exhibit No. 1042.28



**FIGURE 75**



**FIGURE 76**



**FIGURE 77**



**FIGURE 78**

Plaintiff's Exhibit No. 1042.29



**FIGURE 79**



**FIGURE 80**



**FIGURE 81**



**FIGURE 82**

Plaintiff's Exhibit No. 1042.30



**FIGURE 83**



**FIGURE 84**



**FIGURE 85**



**FIGURE 86**

Plaintiff's Exhibit No. 1042.31



FIGURE 87



FIGURE 88



FIGURE 89



FIGURE 90

Plaintiff's Exhibit No. 1042.32



**FIGURE 91**



**FIGURE 92**



**FIGURE 93**



**FIGURE 94**

Plaintiff's Exhibit No. 1042.33



**FIGURE 95**



**FIGURE 96**



**FIGURE 97**



**FIGURE 98**

Plaintiff's Exhibit No. 1042.34



**FIGURE 99**



**FIGURE 100**



**FIGURE 101**



**FIGURE 102**

Plaintiff's Exhibit No. 1042.35



FIGURE 103



FIGURE 104



FIGURE 105



FIGURE 106

Plaintiff's Exhibit No. 1042.36



**FIGURE 107**



**FIGURE 108**



**FIGURE 109**

Plaintiff's Exhibit No. 1042.37



**FIGURE 110**



**FIGURE 111**



**FIGURE 112**



**FIGURE 113**

Plaintiff's Exhibit No. 1042.38





**FIGURE 114**     **FIGURE 115**

Plaintiff's Exhibit No. 1042.39



**FIGURE 116**



**FIGURE 117**



**FIGURE 118**



**FIGURE 119**

Plaintiff's Exhibit No. 1042.40



**FIGURE 120**



**FIGURE 121**



**FIGURE 122**

Plaintiff's Exhibit No. 1042.41



FIGURE 123



FIGURE 124



FIGURE 125

Plaintiff's Exhibit No. 1042.42



**FIGURE 126**



**FIGURE 127**



**FIGURE 128**



**FIGURE 129**

Plaintiff's Exhibit No. 1042.43



**FIGURE 130**



**FIGURE 131**



**FIGURE 132**



**FIGURE 133**

Plaintiff's Exhibit No. 1042.44





FIGURE 134

FIGURE 135

Plaintiff's Exhibit No. 1042.45



**FIGURE 136**



**FIGURE 137**



**FIGURE 138**

Plaintiff's Exhibit No. 1042.46



**FIGURE 139**



**FIGURE 140**



**FIGURE 141**



**FIGURE 142**

Plaintiff's Exhibit No. 1042.47



FIGURE 143



FIGURE 144



FIGURE 145



FIGURE 146