# EXHIBIT 11

Joint Trial Exhibit No. 1044.4

**U.S. Patent**          **Nov. 30, 2010**          **Sheet 1 of 37**          **US 7,844,915 B2**

100

```
┌─────────────────────────────┐
│     RECEIVE A USER INPUT     │
│            102               │
└─────────────────────────────┘
              │
              ▼
┌─────────────────────────────┐
│   CREATE AN EVENT OBJECT IN  │
│   RESPONSE TO THE USER INPUT │
│            104               │
└─────────────────────────────┘
              │
              ▼
┌─────────────────────────────┐
│ DETERMINE WHETHER THE EVENT  │
│ OBJECT INVOKES A SCROLL OR   │
│      GESTURE OPERATION       │
│            106               │
└─────────────────────────────┘
              │
              ▼
┌─────────────────────────────┐
│  ISSUE AT LEAST ONE SCROLL   │
│ OR GESTURE CALL BASED ON     │
│  INVOKING THE SCROLL OR      │
│     GESTURE OPERATION        │
│            108               │
└─────────────────────────────┘
              │
              ▼
┌─────────────────────────────┐
│ RESPOND TO AT LEAST ONE      │
│ SCROLL CALL, IF ISSUED,      │
│ SCROLL A WINDOW HAVING A     │
│ VIEW ASSOCIATED WITH THE     │
│ EVENT OBJECT BASED ON AN     │
│ AMOUNT OF A SCROLL WITH THE  │
│ SCROLL STOPPED AT A          │
│ PREDETERMINED POSITION IN    │
│ RELATION TO THE USER INPUT   │
│            110               │
└─────────────────────────────┘
              │
              ▼
┌─────────────────────────────┐
│ RESPOND TO AT LEAST ONE      │
│ GESTURE CALL, IF ISSUED,     │
│ CHANGE A VIEW ASSOCIATED     │
│ WITH THE EVENT OBJECT BASED  │
│ ON RECEIVING A PLURALITY OF  │
│ INPUT POINTS IN THE FORM OF  │
│ THE USER INPUT               │
│            112               │
└─────────────────────────────┘
```

# FIG. 1

Joint Trial Exhibit No. 1044.5

200

TRANSFER A SET BOUNCE CELL
202

SET AT LEAST ONE OF MAXIMUM AND
MINIMUM BOUNCE VALUES
204

CAUSE A SLIGHT BOUNCE OF A SCROLLED
REGION IN AN OPPOSITE DIRECTION OF A
SCROLL BASED ON A REGION PAST AN EDGE
OF A CONTENT BEING VISIBLE IN A DISPLAY
REGION AT THE END OF THE SCROLL
206

## FIG. 2

300

TRANSFER A RUBBERBAND CALL TO CAUSE
RUBBERBANDING A SCROLLED REGION
DISPLAYED WITHIN A DISPLAY REGION
302

TRANSFER AN EDGE RUBBERBAND CALL TO
SET DISPLACEMENT VALUES FOR AT LEAST
ONE EDGE OF THE DISPLAY REGION
304

## FIG. 3

Joint Trial Exhibit No. 1044.6

**U.S. Patent**      **Nov. 30, 2010**      **Sheet 3 of 37**      **US 7,844,915 B2**



**FIG. 4**

APLNDC00025385

Joint Trial Exhibit No. 1044.7



## FIG. 5A

APLNDC00025386

Joint Trial Exhibit No. 1044.8

**U.S. Patent**          Nov. 30, 2010          Sheet 5 of 37          **US 7,844,915 B2**



**FIG. 5B**

APLNDC00025387

Joint Trial Exhibit No. 1044.9

**U.S. Patent**     Nov. 30, 2010     Sheet 6 of 37     US 7,844,915 B2



**FIG. 5C**

APLNDC00025388

Joint Trial Exhibit No. 1044.10

**U.S. Patent**     **Nov. 30, 2010**     **Sheet 7 of 37**     **US 7,844,915 B2**



**FIG. 6A**

Joint Trial Exhibit No. 1044.11

**U.S. Patent**  Nov. 30, 2010  Sheet 8 of 37  **US 7,844,915 B2**



**FIG. 6B**

APLNDC00025390

Case 5:11-cv-01846-LHK   Document 1904-11   Filed 08/21/12   Page 10 of 121

Joint Trial Exhibit No. 1044.12



FIG. 6C

APLNDC00025391

Joint Trial Exhibit No. 1044.13

**U.S. Patent**    Nov. 30, 2010    Sheet 10 of 37    US 7,844,915 B2



**FIG. 6D**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025392

Joint Trial Exhibit No. 1044.14

**U.S. Patent**     Nov. 30, 2010     Sheet 11 of 37     US 7,844,915 B2

700

```
┌─────────────────────────────────────┐
│  TRANSFER A DIRECTIONAL SCROLL CALL  │
│ TO DETERMINE IF DIRECTIONAL SCROLLING│
│              IS ENABLED              │
│                 702                  │
└─────────────────────────────────────┘
                   │
                   ▼
┌─────────────────────────────────────┐
│  TRANSFER A DIRECTIONAL SCROLL ANGLE │
│ CALL TO SET A SCROLL ANGLE FOR LOCKING│
│  THE SCROLLING IN AT LEAST ONE OF A  │
│  VERTICAL OR A HORIZONTAL DIRECTION  │
│                 704                  │
└─────────────────────────────────────┘
                   │
                   ▼
┌─────────────────────────────────────┐
│  LOCK THE SCROLLING IN THE HORIZONTAL│
│   DIRECTION IF A USER INPUT FORMS AN │
│ ANGLE WITH A HORIZONTAL DIRECTION THAT│
│ IS LESS THAN OR EQUAL TO A FIRST SCROLL│
│                 ANGLE                │
│                 706                  │
└─────────────────────────────────────┘
                   │
                   ▼
┌─────────────────────────────────────┐
│   LOCK THE SCROLLING IN THE VERTICAL │
│   DIRECTION IF A USER INPUT FORMS AN │
│ ANGLE WITH A VERTICAL DIRECTION THAT │
│  IS LESS THAN OR EQUAL TO A SECOND   │
│              SCROLL ANGLE            │
│                 708                  │
└─────────────────────────────────────┘
```

# FIG. 7

APLNDC00025393

Joint Trial Exhibit No. 1044.15

**U.S. Patent**     Nov. 30, 2010     Sheet 12 of 37     US 7,844,915 B2



**FIG. 8**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025394

Joint Trial Exhibit No. 1044.16

**U.S. Patent**   Nov. 30, 2010   Sheet 13 of 37   US 7,844,915 B2

900

TRANSFER A DECELERATION SCROLL CALL
TO SET A DECELERATION FACTOR FOR A
DRAG USER INPUT THAT INVOKES A SCROLL
902

SLOW THE SCROLL TO A STOP BASED
ON THE SPEED OF THE DRAG USER INPUT
904

**FIG. 9**

1000

TRANSFER A SCROLL HYSTERESIS CALL TO
DETERMINE WHETHER THE USER INPUT
INVOKES A SCROLL
1002

SET THE HYSTERESIS VALUE FOR
DETERMINING WHETHER A USER INPUT
INVOKES A SCROLL
1004

**FIG. 10**

Joint Trial Exhibit No. 1044.17

**U.S. Patent**        Nov. 30, 2010        Sheet 14 of 37        US 7,844,915 B2



1100

```
TRANSFER A SCROLL INDICATOR CALL TO
DETERMINE WHETHER AT LEAST ONE
SCROLL INDICATOR ATTACHES TO A SCROLL
REGION OR A WINDOW EDGE
1102
```

```
OPTIONALLY ATTACH SCROLL INDICATORS
TO A SCROLL REGION BASED ON
THE SCROLL INDICATOR CALL
1104
```

```
OPTIONALLY ATTACH SCROLL INDICATORS
TO A WINDOW EDGE BASED ON
THE SCROLL INDICATOR CALL
1106
```

**FIG. 11**

1200

```
TRANSFER AN INADVERTENT USER INPUT
CALL TO DETERMINE WHETHER THE USER
INPUT WAS INADVERTENT
1202
```

```
IGNORE THE INADVERTENT USER INPUT
BASED ON THE INADVERTENT USER INPUT
CALL
1204
```

**FIG. 12**

APLNDC00025396

Joint Trial Exhibit No. 1044.18

**U.S. Patent**          Nov. 30, 2010          Sheet 15 of 37          US 7,844,915 B2



1300

TRANSFER A HANDLE GESTURE EVENT CALL
1302

TRANSFER A GESTURE CHANGE CALL IN
RESPONSE TO THE HANDLE GESTURE
EVENT CALL
1304

**FIG. 13**

1400

TRANSFER A SCALING TRANSFORM CALL
TO DETERMINE A SCALING TRANSFORM
FOR A VIEW ASSOCIATED WITH A USER
INPUT HAVING A PLURALITY OF INPUT POINTS
1402

TRANSFER A SCALING GESTURE START
CALL
1404

TRANSFER A SCALING GESTURE PROGRESS
CALL
1406

TRANSFER A SCALING GESTURE END
CALL
1408

**FIG. 14**

Joint Trial Exhibit No. 1044.19

**U.S. Patent**          Nov. 30, 2010          Sheet 16 of 37          US 7,844,915 B2



**FIG. 15**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025398

FIG. 16B

FIG. 16A

APLNDC00025399

Joint Trial Exhibit No. 1044.20

Joint Trial Exhibit No. 1044.21

**U.S. Patent**          Nov. 30, 2010          Sheet 18 of 37          US 7,844,915 B2



FIG. 16C

APLNDC00025400

Joint Trial Exhibit No. 1044.22

1700



TRANSFER A ROTATION TRANSFORM CALL
TO DETERMINE A ROTATION TRANSFORM
FOR A VIEW ASSOCIATED WITH A USER
INPUT HAVING A PLURALITY OF INPUT POINTS
<u>1702</u>

TRANSFER A START ROTATION GESTURE
CALL
<u>1704</u>

TRANSFER ROTATION GESTURE
PROCESS CALL
<u>1706</u>

TRANSFER A ROTATION GESTURE END
CALL
<u>1708</u>

**FIG. 17**

APLNDC00025401

Joint Trial Exhibit No. 1044.23

**U.S. Patent**          Nov. 30, 2010          Sheet 20 of 37          US 7,844,915 B2



FIG. 18

APLNDC00025402

Joint Trial Exhibit No. 1044.24

**U.S. Patent**         Nov. 30, 2010         Sheet 21 of 37         **US 7,844,915 B2**



1900



START AT LEAST TWO ANIMATIONS
1902

DETERMINE THE PROGRESS OF EACH
ANIMATION
1904

UPDATE EACH OF AT LEAST TWO
ANIMATIONS BASED ON A SINGLE TIMER
1906

**FIG. 19**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025403

Joint Trial Exhibit No. 1044.25

**U.S. Patent**     Nov. 30, 2010     Sheet 22 of 37     **US 7,844,915 B2**



FIG. 20

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025404

Joint Trial Exhibit No. 1044.26

**U.S. Patent**   Nov. 30, 2010   Sheet 23 of 37   US 7,844,915 B2

2100

```
┌─────────────────────────────────────┐
│        SET ATTRIBUTES OF VIEWS       │
│   INDEPENDENTLY WITH EACH VIEW BEING  │
│      ASSOCIATED WITH  PROCESS         │
│                 2102                  │
└─────────────────────────────────────┘
                  │
                  ▼
┌─────────────────────────────────────┐
│    TRANSFER A SYNCHRONIZATION CALL    │
│   TO SYNCHRONIZE ANIMATIONS FOR THE   │
│     MULTIPLE VIEWS OF THE DISPLAY     │
│                 2104                  │
└─────────────────────────────────────┘
                  │
                  ▼
┌─────────────────────────────────────┐
│       TRANSFER A SYNCHRONIZATION      │
│        CONFIRMATION MESSAGE WHEN A     │
│   SYNCHRONIZATION FLAG IS ENABLED BASED│
│   ON THE LIST OF THE PROCESS BEING    │
│              SYNCHRONIZED             │
│                 2106                  │
└─────────────────────────────────────┘
                  │
                  ▼
┌─────────────────────────────────────┐
│        UPDATE THE ATTRIBUTES          │
│     OF THE VIEWS INDEPENDENTLY        │
│                 2108                  │
└─────────────────────────────────────┘
                  │
                  ▼
┌─────────────────────────────────────┐
│    TRANSFER A START ANIMATION CALL TO │
│     DRAW THE REQUESTED ANIMATIONS     │
│                 2110                  │
└─────────────────────────────────────┘
```

# FIG. 21

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025405

Joint Trial Exhibit No. 1044.27

**U.S. Patent**     Nov. 30, 2010     **Sheet 24 of 37**     US 7,844,915 B2



**FIG. 22A**



**FIG. 22B**

APLNDC00025406

Joint Trial Exhibit No. 1044.28



2300

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS WITH A
LAYER BEING ASSOCIATED WITH A
VIEW AND OWNING THE VIEW
2302

REMOVE THE LAYER FROM THE DATA
STRUCTURE
2304

SWITCH OWNERSHIP OF THE VIEW
FROM THE LAYER TO THE VIEW
2306

**FIG. 23**

2400

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS WITH A
LAYER BEING ASSOCIATED WITH A
VIEW
2402

STORE THE DATA STRUCTURE IN MEMORY
2404

MAINTAIN A RETAINED COUNT OF THE
NUMBER OF REFERENCES TO THE VIEW
FROM OTHER OBJECTS
2406

DEALLOCATE THE VIEW FROM MEMORY
IF THE RETAINED COUNT IS ZERO
2408

**FIG. 24**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025407

Joint Trial Exhibit No. 1044.29

**U.S. Patent**     Nov. 30, 2010     Sheet 26 of 37     US 7,844,915 B2



**FIG. 25A**



**FIG. 25B**

APLNDC00025408

Joint Trial Exhibit No. 1044.30

**U.S. Patent**          Nov. 30, 2010          Sheet 27 of 37          US 7,844,915 B2

2600

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS ASSOCIATED
WITH THE USER INTERFACE OF THE
DEVICE
2402

DETERMINE WHETHER EACH LAYER OF THE
DATA STRUCTURE IS ASSOCIATED WITH
MEDIA OR NON-MEDIA CONTENT
2604

DETACH MEDIA CONTENT FROM THE DATA
STRUCTURE
2606

STORE MEDIA CONTENT IN A FIRST
MEMORY LOCATION
2608

STORE NON-MEDIA CONTENT IN A SECOND
MEMORY LOCATION
2610

COMPOSITE THE MEDIA AND NON-MEDIA
CONTENT FOR DISPLAY ON THE
DEVICE
2612

**FIG. 26**

APLNDC00025409

Joint Trial Exhibit No. 1044.31

**U.S. Patent**     Nov. 30, 2010     Sheet 28 of 37     US 7,844,915 B2



**FIG. 27**

APLNDC00025410

Case 5:11-cv-01846-LHK   Document 1904-11   Filed 08/21/12   Page 30 of 121

Joint Trial Exhibit No. 1044.32



**FIG. 28**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025411

Joint Trial Exhibit No. 1044.33

**U.S. Patent**          Nov. 30, 2010          Sheet 30 of 37          US 7,844,915 B2



FIG. 29

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025412

Joint Trial Exhibit No. 1044.34

**U.S. Patent**      Nov. 30, 2010      Sheet 31 of 37      **US 7,844,915 B2**



**FIG. 30A**

**FIG. 30B**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025413

APLNDC000025414



**FIG. 31**

Joint Trial Exhibit No. 1044.35

Joint Trial Exhibit No. 1044.36

**U.S. Patent**     Nov. 30, 2010     Sheet 33 of 37     **US 7,844,915 B2**



**FIG. 32**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025415

Joint Trial Exhibit No. 1044.37

**U.S. Patent**     Nov. 30, 2010     Sheet 34 of 37     US 7,844,915 B2



FIG. 33A

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025416

Joint Trial Exhibit No. 1044.38

**U.S. Patent**　　　Nov. 30, 2010　　　Sheet 35 of 37　　　US 7,844,915 B2



**FIG. 33B**

APLNDC00025417

Joint Trial Exhibit No. 1044.39

**U.S. Patent**     **Nov. 30, 2010**     **Sheet 36 of 37**     **US 7,844,915 B2**



# FIG. 33C

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC000254T8

Joint Trial Exhibit No. 1044.40

U.S. Patent     Nov. 30, 2010     Sheet 37 of 37     US 7,844,915 B2

3400

```
┌────────────────────────────┐
│ CONSTRUCT A HIERARCHY OF   │
│  VIEWS OPERATING ON TOP OF │
│    A HIERARCHY OF LAYERS   │
│            3402            │
└────────────────────────────┘
             │
             ▼
┌────────────────────────────┐
│ PROVIDE ACCESS TO THE      │
│ HIERARCHY OF VIEWS WITHOUT │
│ PROVIDING ACCESS TO THE    │
│ HIERARCHY OF LAYERS        │
│            3404            │
└────────────────────────────┘
```

# FIG. 34

APLNDC00025419

Joint Trial Exhibit No. 1044.41

US 7,844,915 B2

| 1 | 2 |

## APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS

### FIELD OF THE DISCLOSURE

This disclosure relates to application programming interfaces that provide scrolling operations.

### COMPUTER PROGRAM LISTING

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent & Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

Applicant has submitted herewith Computer Program Listings which are included as Appendix A, attached.

### BACKGROUND OF THE DISCLOSURE

An API is a source code interface that a computer system or program library provides in order to support requests for services from a software application. An API is specified in terms of a programming language that can be interpretative or compiled when an application is built, rather than an explicit low level description of how data is laid out in memory. The software that provides the functionality described by an API is said to be an implementation of the API.

Various devices such as electronic devices, computing systems, portable devices, and handheld devices have software applications. The API interfaces between the software applications and user interface software to provide a user of the device with certain features and operations. A user may desire certain operations such as scrolling, selecting, gesturing, and animating operations for a display of the device.

Scrolling is the act of sliding a directional (e.g., horizontal or vertical) presentation of content, such as text, drawings, or images, across a screen or display window. In a typical graphical user interface, scrolling is done with the help of a scrollbar or using keyboard shortcuts, often the arrow keys. Gesturing is a type of user input with two or more input points. Animating operations include changing content within a given time period.

The various types of devices may have a limited display size, user interface, software, API interface and/or processing capability which limits the ease of use of the devices. User interfaces of devices implement APIs in order to provide requested functionality and features. These user interfaces can have difficulty interpreting the various types of user inputs and providing the intended functionality associated with the user inputs.

### SUMMARY OF THE DESCRIPTION

At least certain embodiments of the present disclosure include one or more application programming interfaces in an environment with user interface software interacting with a software application. Various function calls or messages are transferred via the application programming interfaces between the user interface software and software applications. Example application programming interfaces transfer function calls to implement scrolling, gesturing, and animating operations for a device.

At least certain embodiments of the present disclosure include an environment with user interface software interacting with a software application. A method for operating through an application programming interface (API) in this environment includes transferring a set bounce call. The method further includes setting at least one of maximum and minimum bounce values. The set bounce call causes a bounce of a scrolled region in an opposite direction of a scroll based on a region past an edge of the scrolled region being visible in a display region at the end of the scroll.

At least certain embodiments of the present disclosure include an environment with user interface software interacting with a software application. A method for operating through an application programming interface (API) in this environment includes transferring a rubberband call. Rubberbanding a scrolled region within a display region occurs by a predetermined maximum displacement when the scrolled region exceeds a display edge. The method further includes transferring an edge rubberband call to set displacement values for at least one edge of the display (e.g., top and bottom edges, left and right edges).

At least certain embodiments of the present disclosure include gesture operations for a display of a device. The gesture operations include performing a scaling transform such as a zoom in or zoom out in response to a user input having two or more input points. The gesture operations also include performing a rotation transform to rotate an image or view in response to a user input having two or more input points.

At least certain embodiments of the present disclosure include a method for performing animations for a display of a device. The method includes starting at least one animation. The method further includes determining the progress of each animation. The method further includes completing each animation based on a single timer. The single timer can be based on a redraw interval of the display hardware.

Various devices which perform one or more of the foregoing methods and machine readable media which, when executed by a processing system, cause the processing system to perform these methods, are also described.

Other methods, devices and machine readable media are also described.

### BRIEF DESCRIPTION OF THE DRAWINGS

The disclosure is described by way of example with reference to the accompanying drawings, wherein:

FIG. 1 is flow chart of a method for responding to a user input of a data processing device;

FIG. 2 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 3 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 4 is a schematic diagram illustrating an embodiment of user interface of a portable electronic device 400 having a touch-sensitive display 408;

FIG. 5A-5C illustrate at least some embodiments of user interface of a portable electronic device 400 having a touch-sensitive display;

FIG. 6A-6D illustrate the scrolling of a list of items to a terminus of the list, at which point an area beyond the terminus is displayed and the list is then scrolled in an opposite direction until the area beyond the terminus is no longer displayed, in accordance with some embodiments;

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025420

Joint Trial Exhibit No. 1044.42

US 7,844,915 B2

3

FIG. 7 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 8 illustrates first and second scroll angles for locking a scroll of a display of a device in a horizontal or vertical direction according to certain teachings of the present disclosure;

FIG. 9 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 10 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 11 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 12 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 13 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 14 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 15 illustrates a display of a device having a scaling transform of a view;

FIGS. 16A and 16B illustrate a display of a device with a view having a first and a second scaling factor;

FIG. 16C illustrates changing a view from a scale factor of 2x to a scale factor of 1x in at least some embodiments of the present disclosure;

FIG. 17 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 18 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIG. 19 is a flow chart of a method for animating views displayed on a display of a device;

FIG. 20 is a flow chart of a method for animating views displayed on a display of a device;

FIG. 21 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

FIGS. 22A and 22B illustrate synchronizing the resizing of windows of a display of a device;

FIG. 23 illustrates a method for switching ownership of a view of an application displayed on a display of a data processing device;

FIG. 24 illustrates a method for memory management of a view of an application displayed on a display of a device;

FIGS. 25A and 25B illustrate a data structure having a hierarchy of layers with a layer being associated with a view;

FIG. 26 illustrates a method for compositing media and non-media content of user interface for display on a device;

FIG. 27 illustrates a data structure or layer tree having a hierarchy of layers;

FIG. 28 is a perspective view of a device in accordance with one embodiment of the present disclosure;

FIG. 29 is a perspective view of a device in accordance with one embodiment of the present disclosure;

FIGS. 30A and 30B illustrate a device 3070 according to one embodiment of the disclosure;

FIG. 31 is a block diagram of a system in which embodiments of the present disclosure can be implemented;

4

FIG. 32 shows another example of a device in accordance with one embodiment of the present disclosure;

FIG. 33A is a perspective view of a device in a first configuration (e.g. in a laptop configuration) in accordance with one embodiment of the present disclosure;

FIG. 33B is a perspective view of the device of FIG. 33A in a second configuration (e.g. a transition configuration) in accordance with one embodiment of the present disclosure;

FIG. 33C is a perspective view of the device of FIG. 33A in a third configuration (e.g., a tablet configuration) in accordance with one embodiment of the present disclosure; and

FIG. 34 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure.

DETAILED DESCRIPTION

Various embodiments and aspects of the disclosure will be described with reference to details discussed below, and the accompanying drawings will illustrate the various embodiments. The following description and drawings are illustrative of the disclosure and are not to be construed as limiting the disclosure. Numerous specific details are described to provide a through understanding of various embodiments of the present disclosure. However, in certain instances, well-known or conventional details are not described in order to provide a concise discussion of embodiments of the present disclosure.

Some portions of the detailed descriptions which follow are presented in terms of algorithms which include operations on data stored within a computer memory. An algorithm is generally a self-consistent sequence of operations leading to a desired result. The operations typically require or involve physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the following discussion, it is appreciated that throughout the description, discussions utilizing terms such as "processing" or "computing" or "calculating" or "determining" or "displaying" or the like, can refer to the action and processes of a data processing system, or similar electronic device, that manipulates and transforms data represented as physical (electronic) quantities within the system's registers and memories into other data similarly represented as physical quantities within the system's memories or registers or other such information storage, transmission or display devices.

The present disclosure can relate to an apparatus for performing one or more of the operations described herein. This apparatus may be specially constructed for the required purposes, or it may comprise a general purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a machine (e.g. computer) readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), erasable programmable ROMs (EPROMs), electrically erasable programmable ROMs (EEPROMs), flash memory, mag-

APLNDC00025421

US 7,844,915 B2

5

netic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a bus.

A machine-readable medium includes any mechanism for storing information in a form readable by a machine (e.g., a computer). For example, a machine-readable medium includes read only memory ("ROM"); random access memory ("RAM"); magnetic disk storage media; optical storage media; flash memory devices; etc.

At least certain embodiments of the present disclosure include one or application programming interfaces in an environment with user interface software interacting with a software application. Various function calls or messages are transferred via the application programming interfaces between the user interface software and software applications. Transferring the function calls or messages may include issuing, initiating, invoking or receiving the function calls or messages. Example application programming interfaces transfer function calls to implement scrolling, gesturing, and animating operations for a device having a display region. An API may also implement functions having parameters, variables, or pointers. An API may receive parameters as disclosed or other combinations of parameters. In addition to the APIs disclosed, other APIs individually or in combination can perform similar functionality as the disclosed APIs.

The display region is a form of a window. A window is a display region which may not have a border and may be the entire display region or area of a display. In some embodiments, a display region may have at least one window and/or at least one view (e.g., web, text, or image content). A window may have at least one view. The methods, systems, and apparatuses disclosed can be implemented with display regions, windows, and/or views.

At least certain embodiments of the present disclosure include scrolling operations for scrolling a display of a device. The scrolling operations include bouncing a scrolled region in an opposite direction of a scroll when a scroll completes, rubberbanding a scrolled region by a predetermined maximum displacement when the scrolled region exceeds a display edge, and setting a scrolling angle that locks the scroll in a horizontal or vertical direction.

At least certain embodiments of the present disclosure include gesture operations for a display of a device. The gesture operations include performing a scaling transform such as a zoom in or zoom out in response to a user input having two or more input points. The gesture operations also include performing a rotation transform to rotate an image or view in response to a user input having two or more input points.

At least certain embodiments of the present disclosure include a method for performing animations for a display of a device. The method includes starting at least one animation. The method further includes determining the progress of each animation. The method further includes completing each animation based on a single timer. The single timer can be based on a redraw interval of the display hardware.

At least certain embodiments of the disclosure may be part of a digital media player, such as a portable music and/or video media player, which may include a media processing system to present the media, a storage device to store the media and may further include a radio frequency (RF) transceiver (e.g., an RF transceiver for a cellular telephone) coupled with an antenna system and the media processing system. In certain embodiments, media stored on a remote storage device may be transmitted to the media player through the RF transceiver. The media may be, for example, one or more of music or other audio, still pictures, or motion pictures.

6

The portable media player may include a media selection device, such as a click wheel input device on an iPod® or iPod Nano® media player from Apple Computer, Inc. of Cupertino, Calif., a touch screen input device, pushbutton device, movable pointing input device or other input device. The media selection device may be used to select the media stored on the storage device and/or the remote storage device. The portable media player may, in at least certain embodiments, include a display device which is coupled to the media processing system to display titles or other indicators of media being selected through the input device and being presented, either through a speaker or earphone(s), or on the display device, or on both display device and a speaker or earphone(s). In some embodiments, the display device and input device are integrated while in other embodiments the display device and input device are separate devices. Examples of a portable media player are described in published U.S. patent application Nos. 2003/0095096 and 2004/0224638, both of which are incorporated by reference.

Embodiments of the disclosure described herein may be part of other types of data processing systems, such as, for example, entertainment systems or personal digital assistants (PDAs), or general purpose computer systems, or special purpose computer systems, or an embedded device within another device, or cellular telephones which do not include media players, or multi touch tablet devices, or other multi touch devices, or devices which combine aspects or functions of these devices (e.g., a media player, such as an iPod®, combined with a PDA, an entertainment system, and a cellular telephone in one device). In this disclosure, electronic devices and consumer devices are types of devices.

FIG. 1 is flow chart of a method for responding to a user input of a device. The method 100 includes receiving a user input at block 102. The user input may be in the form of an input key, button, wheel, touch, or other means for interacting with the device. The method 100 further includes creating an event object in response to the user input at block 104. The method 100 further includes determining whether the event object invokes a scroll or gesture operation at block 106. For example, a single touch that drags a distance across a display of the device may be interpreted as a scroll operation. In one embodiment, a two or more finger touch of the display may be interpreted as a gesture operation. In certain embodiments, determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. The method 100 further includes issuing at least one scroll or gesture call based on invoking the scroll or gesture operation at block 108. The method 100 further includes responding to at least one scroll call, if issued, by scrolling a window having a view (e.g., web, text, or image content) associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input at block 110. For example, an input may end at a certain position on a display of the device. The scrolling may continue until reaching a predetermined position in relation to the last input received from the user. The method 100 further includes responding to at least one gesture call, if issued, by changing a view associated with the event object based on receiving a plurality of input points in the form of the user input at block 112.

In certain embodiments of the present disclosure scroll operations include attaching scroll indicators to a content edge of a display. Alternatively, the scroll indicators can be attached to the display edge. In some embodiments, user input in the form of a mouse/finger down causes the scroll indicators to be displayed on the display edge, content edge, or window edge of the scrolled region. If a mouse/finger up is

Joint Trial Exhibit No. 1044.44

US 7,844,915 B2

7

then detected, the scroll indicators are faded out from the display region, content edge, or window edge of the scrolled region.

In certain embodiments of the present disclosure, gesture operations include responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input. Gesture operations may also include scaling a view associated with the event object by zooming in or zooming out based on receiving the user input.

In some embodiments, a device includes a display region having multiple views or windows. Each window may have a multiple views including superviews and subviews. It is necessary to determine which window, view, superview, or subview is contacted by a user input in the form of a mouse up, mouse down, or drag, etc. An API can set various modes for making this determination. In one embodiment, a pass mode sends mouse down, mouse up, and drag inputs to the nearest subview. In another embodiment, an intercept on drag mode sends a drag input to the superview while mouse up and down inputs are sent to the subview. In another embodiment, an intercept mode sends all drag, mouse up and down inputs to the superview. The superview may be scroller software operating as a subclass of a view software. The subview may be view software operating as a subclass of the user interface software.

FIG. 2 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a bounce operation. The method 200 for providing a bounce operation includes transferring a set bounce call at block 202. The method 200 further includes setting at least one of maximum and minimum bounce values at block 204. The minimum and maximum bounce values may be associated with at least one edge of a display that has received a user input. The method 200 further includes causing a bounce of a scrolled region in an opposite direction of a scroll based on a region past the scrolled region being visible in a display region at the end of the scroll at block 206. The scrolled region may be a content region.

In certain embodiments of the present disclosure, transferring the set bounce call is either one of issuing, initiating, invoking or receiving the set bounce call.

FIG. 3 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a rubberband operation. The method 300 for providing a rubberband operation includes transferring a rubberband call to cause rubberbanding a scrolled region displayed within a display at block 302. The method 300 further includes transferring an edge rubberband call to set displacement values for at least one edge of the display at block 304. In some embodiments, the displacement values are set for top and bottom edges, left and right edges, or all edges.

Rubberbanding a scrolled region according to the method 300 occurs by a predetermined maximum displacement value when the scrolled region exceeds a display edge of a display of a device based on the scroll. If a user scrolls content of the display making a region past the edge of the content visible in the display, then the displacement value limits the maximum amount for the region outside the content. At the end of the scroll, the content slides back making the region outside of the content no longer visible on the display.

8

In certain embodiments of the present disclosure, transferring the rubberband call is either one of issuing, initiating, invoking or receiving the rubberband call.

FIG. 4 is a schematic diagram illustrating an embodiment of user interface of a portable electronic device 400 having a touch-sensitive display 408. The display 408 may include a window 410. The window 410 may include one or more displayed objects, such as information objects 412-1 to 412-4. In an exemplary embodiment, the information objects 412 may correspond to contact information for one or more individuals in a list of items. The displayed objects may be moved in response to detecting or determining movement 414 of a point of contact with the display, such as that associated with one or more digits 416 of a user (which are not drawn to Scale in FIG. 4). In some embodiments, movement of the displayed objects may be accelerated in response to detecting or determining accelerated movement of the point of contact. While embodiment 400 includes one window 410, in other embodiments there may be two or more display windows. In addition, while embodiment 400 illustrates movement 414 in a particular direction, in other embodiments movement of the displayed objects may be in response to movement 414 in one or more other directions, or in response to a scalar (i.e., a determined or detected movement independent of the direction).

FIGS. 5A-5C illustrate the scrolling of a list of items on a device to a terminus of the list, at which point one or more displayed items at the end of the list smoothly bounce off the end of the display, reverse direction, and then optionally come to a stop. FIG. 5A is a schematic diagram illustrating an embodiment of user interface of a portable electronic device 400 having a touch-sensitive display. One or more displayed objects, such as information object 412-1 may be a distance 512-1 from a terminus 514 of the list of items which is an edge of a scrolled region and may be moving with a velocity 510-1 while the list is being scrolled. Note that the terminus 514 is a virtual boundary associated with the displayed objects, as opposed to a physical boundary associated with the window 410 and/or the display 408. As illustrated in FIG. 5B, when the one or more displayed objects, such as the information object 412-1, reach or intersect with the terminus 514, the movement corresponding to the scrolling may stop, i.e., the scrolling velocity may be zero at an instant in time. As illustrated in FIG. 5C, the one or more displayed objects, such as the information 412-1, may subsequently reverse direction. At a time after the intersection with the terminus 514, the information object 412-1 may have velocity 510-2 and may be a distance 512-2 from the terminus 514. In some embodiments, the magnitude of velocity 510-2 may be less than the magnitude of velocity 510-1 when the distance 512-2 equals the distance 512-1, i.e., the motion of the one or more displayed objects is damped after the scrolling list reaches and "bounces" at its terminus.

In at least some embodiments of the present disclosure, the method 200 performs the bounce operations described in FIGS. 5A-5C. The bounce call transferred at block 202 determines whether a bounce operation is enabled. The maximum and minimum bounces values determine the amount of bouncing of the scrolled region in an opposite direction of the scroll.

FIGS. 6A-6D illustrate the scrolling of a list of items to a terminus of the list, at which point an area beyond the terminus is displayed and the list is then scrolled in an opposite direction until the area beyond the terminus is no longer displayed, in accordance with some embodiments. The rubberband operation of method 300 is illustrated in the example of FIGS. 6A-6D with the listed items being email messages.

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025423

US 7,844,915 B2

9

FIGS. 6A-6D illustrate an exemplary user interface 3500A for managing an inbox in accordance with some embodiments. An analogous user interface may be used to display and manage other mailboxes (e.g., drafts, sent, trash, personal, etc.). In addition, other types of lists are possible, including but not limited to lists of instant message conversations, favorite phone numbers, contact information, labels, email folders, email addresses, physical addresses, ringtones, or album names.

If the list of emails fills more than the allotted screen area, the user may scroll through the emails using vertically upward and/or vertically downward swipe gestures on the touch screen. In the example of FIG. 6A, a portion of a list of emails is displayed in the screen area, including a top displayed email 3530 from Bruce Walker and a bottom displayed email 3532 from Kim Brook. A user performs a vertically downward swipe gesture 3514 to scroll toward the top of the list. The vertically downward gesture 3514 need not be exactly vertical; a substantially vertical gesture is sufficient. In some embodiments, a gesture within a predetermined angle of being perfectly vertical results in vertical scrolling.

As a result of detecting the vertically downward gesture 3514, in FIG. 6B the displayed emails have shifted down, such that the previous bottom displayed email 3532 from Kim Brook is no longer displayed, the previous top displayed email 3530 from Bruce Walker is now second from the top, and the email 3534 from Aaron Jones, which was not displayed in FIG. 6A, is now displayed at the top of the list.

In this example, the email 3534 from Aaron Jones is the first email in the list and thus is the terminus of the list. Upon reaching this email 3534, in response to continued detection of the vertically downward gesture 3514, an area 3536 (FIG. 6C) above the first email 3534 (i.e., beyond the terminus of the list) is displayed. In some embodiments, the area displayed beyond the terminus of the list is visually indistinct from the background of the list. In FIG. 6C, both the area 3536 and the background of the emails (e.g., emails 3534 and 3530) are white and thus are visually indistinct.

Once vertically downward gesture 3514 is complete, such that a corresponding object is no longer detected on or near the touch screen display, the list is scrolled in an opposite direction until the area 3536 is no longer displayed. FIG. 6D illustrates the result of this scrolling in the opposite direction, the email 3534 from Aaron Jones is now displayed at the top of the screen area allotted to the list and the area 3536 is not displayed.

In the example of FIGS. 6A-6D, a vertically downward gesture resulted in display of an area beyond the first item in the list. As described in FIG. 3, the values for the predetermined maximum displacement (e.g., display of an area beyond the first item in the list) are set at block 304 for top and bottom edges or at block 306 for all edges of the window.

Similarly, a vertically upward gesture may result in display of an area beyond the last item of the list, if the vertically upward gesture continues once the list has been scrolled to the last item. The last item may be considered a terminus of the list, similar to the first item. As discussed above, the gesture need not be exactly vertical to result in vertical scrolling; a gesture within a predefined range of angles from perfectly vertical is sufficient.

FIG. 7 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a directional scrolling operation. The method 700 for operating through an application programming interface (API) includes

10

transferring a directional scroll angle call to determine if directional scrolling is enabled at block 702. The method 700 further includes transferring a directional scroll angle call to set a scroll angle for locking the scrolling in at least one of a vertical or a horizontal direction at block 704. The method 700 further includes locking the scrolling in the horizontal direction if a user input forms an angle with a horizontal direction that is less than or equal to a first scroll angle at block 706. The method 700 further includes locking the scrolling in the vertical direction if a user input forms an angle with the vertical direction that is less than or equal to a second scroll angle at block 708.

In certain embodiments, a user input in the form of a drag forms an angle with the horizontal direction that is less than the first scroll angle. In this case, the user presumably intends to scroll in the horizontal direction. The scrolling will be locked in the horizontal direction until the user input exceeds the first scroll angle. A second scroll angle may be used for locking the user input in the vertical direction. The second scroll angle may be set equal to the first scroll angle.

FIG. 8 illustrates first and second scroll angles for locking a scroll of a display of a device in a horizontal or vertical direction. The horizontal direction 802 and vertical direction 804 are in reference to a window or a display of a device. As discussed in the method 700, a user input such as a drag movement forming an angle with the horizontal direction 802 less than or equal to the first scrolling angle 806 or 808 will lock the user input in the horizontal direction. In a similar manner, a user input forming an angle with the vertical direction 810 less than or equal to the second scrolling angle 810 or 812 will lock the user input in the vertical direction. The first and second scrolling angles may be set at the same angle or at different angles as well. For example, the first and second scrolling angles may be set at 25 degrees. A user input less than or equal to 25 degrees with respect to the horizontal or vertical direction will lock the scrolling in the appropriate direction.

In some embodiments, the horizontal and vertical locking angles can be determined in part by the aspect of the content. For example, content in the form of a tall page may receive a larger vertical locking angle compared to the horizontal locking angle.

FIG. 9 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a deceleration scroll operation. The method 900 for providing the deceleration scroll operation includes transferring a deceleration scroll call to set a deceleration factor for a drag user input at block 902. The method 900 further includes slowing the scroll to a stop based on the speed of the drag user input and the deceleration factor at block 904.

In certain embodiments, a user input in the form of a drag invokes a scroll operation for a certain time period. The user input has a certain speed. The scroll of the scrolled region of a window or a display region of a display of a device will be stopped after the user input stops by applying a deceleration factor to the speed of the user input during the drag movement.

FIG. 10 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a scroll hysteresis operation. The method 1000 for providing the scroll hysteresis operation includes transferring a scroll

Joint Trial Exhibit No. 1044.46

US 7,844,915 B2

11

hysteresis call to determine whether a user input invokes a scroll at block 1002. The method 1000 further includes setting a hysteresis value for determining whether a user input invokes a scroll at block 1004.

In certain embodiments, a user input in the form of a drag over a certain distance across a display or window within a display of a device invokes a scroll operation. The hysteresis value determines the certain distance which the user input must drag across the display or window prior to invoking a scroll operation. A user input that does not drag the certain predetermined distance will not invoke a scroll operation and may be considered a mouse up or down input or other type of input.

FIG. 11 illustrates details of all application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to attach a scroll indicator to a scroll region edge or a window edge of a device. In some embodiments, the scroll region edge is associated with a content edge. The window or display edge may be associated with the edge of a display region. The method 1100 for providing the scroll indicator includes transferring a scroll indicator call to determine whether at least one scroll indicator attaches to an edge of a scroll region or a window edge at block 1102. A scroll indicator may be displayed on any display edge, window edge or scroll region edge. The method 1100 further includes optionally attaching at least one scroll indicator to the edge of the scroll region based on the scroll indicator call at block 1104. Alternatively, the method 1100 further includes optionally attaching at least one scroll indicator to the window edge of the view based on the scroll indicator call at block 1106.

In some embodiments, the operations of method 1100 can be altered, modified, combined, or deleted. For example, block 1104 can be deleted. Likewise, block 1106 can be deleted from the method 1100. Alternatively, the order of block 1104 and block 1106 can be switched. Other methods having various operations that have been disclosed within the present disclosure can also be altered, modified, rearranged, collapsed, combined, or deleted.

In certain embodiments of the present disclosure, transferring the scroll indicator call is either one of issuing, initiating, invoking or receiving the scroll indicator call. For example, the user interface software (e.g., software kit or library) may receive the scroll indicator call from the software application.

FIG. 12 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to determine if an inadvertent user input contacts a view of a display of a device. The method 1200 includes transferring an inadvertent user input call to determine whether the user input was inadvertent at block 1202. The method 1200 further includes ignoring the inadvertent user input call at block 1204. In one embodiment, the inadvertent user input call comprises a thumb detection call to determine whether the user input was an inadvertent thumb.

In certain embodiments of the present disclosure, transferring the inadvertent user input call is either one of issuing, initiating, invoking or receiving the inadvertent user input call.

A gesture API provides an interface between an application and user software in order to handle gesturing. Gesturing may include scaling, rotating, or other changes to a view, window,

12

or display. A mask may merely permit certain changes while limiting or not permitting other changes. Events of all kinds come into the application via a graphics framework. They are enqueued, collaeced if necessary and dispatched. If the events are system level events (e.g., application should suspend, device orientation has chanted, etc) they are routed to the application having an instance of a class of the user interface software. If the events are hand events based on a user input, the events are routed to the window they occurred over. The window then routes these events to the appropriate control by calling the instance's mouse and gesture methods. The control that receives a mouse down or mouse entered function will continue to get all future calls until the hand is lifted. If a second finger is detected, the gesture methods or functions are invoked. These functions may include start, change, and end gesture calls. The control that receives start gesture call will be sent all future change gesture calls until the gesture ends.

FIG. 13 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a gesture operation. The method 1300 for providing the gesture operation includes transferring a handle gesture event call at block 1302. The method 1300 further includes transferring a gesture change call in response to the handle gesture event call at block 1304.

In certain embodiments, a user input in the form of two or more points is received by a display of a device. A multi-touch driver of the device receives the user input and packages the event into an event object. A window server receives the event object and determines whether the event object is a gesture event object. If the window server determines that a gesture event object has been received, then user interface software issues or transfers the handle gesture call at block 1302 to a software application associated with the view. The software application confirms that a gesture event has been received and passes the handle gesture call to a library of the user interface software. The window server also associates the gesture event object with the view that received the user input. The library responds by transferring a gesture change call in response to the handle gesture event call at block 1304.

In one embodiment, a window or view associated with the user input receives the change call in order to perform the gesture event. The user software that provides the view receives a gesture start event call, a gesture changed event call, a zoom to scale setting for the view, and a gesture end call. The gesture calls receive an input of a gesture event which may be base event having a type such as a hand event, keyboard event, system event, etc. A delegate associated with the application receives a start gesture call, gesture did change call, and gesture did finish call. The user software is dynamically linking into the application during the run time of the gesture process.

In some embodiments, the gesture changed function call contains the following information about the gesture:

the number of fingers currently down;

the number of fingers initially down;

the rotation of the hand;

the scale of the hand;

the translation of the hand;

the position of the inner and outermost fingers; and

the pressure of the first finger.

APLNDC00025425

Joint Trial Exhibit No. 1044.47

US 7,844,915 B2

13

In other embodiments, more information about each finger down may be included as follows.

the stage of the finger (just touch down, fully pressed, lifting off, etc);

the position of the finger;

the proximity of the finger (how hard you're touching);

the orientation of the finger (what angle the ovoid is at);

the length of the major and minor axis,

the velocity of the finger; and

the eccentricity of the finger's ovoid.

A gesture event object may be a chord event object having a chord count (e.g., number of fingers contacted the view or display), a chord start event, a chord change event, and a chord end event. A chord change event may include a scaling or rotation transform.

FIG. 14 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a scaling transform of a display region, window, or view of a display of a device. The method 1400 for providing the scaling transform includes transferring a scaling transform call to determine a scaling transform for a view associated with a user input having a plurality of input points at block 1402. The method 1400 further includes transferring a scaling gesture start call at block 1404. The method 1400 further includes transferring a scaling gesture progress call at block 1406. The method 1200 further includes transferring a scaling gesture end call at block 1408.

In certain embodiments, a user input in the form of two or more input points (e.g., fingers) moves together or apart to invoke a gesture event that performs a scaling transform on the view associated with the user input. A scale transform includes a minimum and maximum scale factor. FIG. 15 illustrates a display 1502 of a device having a scaling transform of a view. The view 1504 (e.g., web, text, or image content) has a first scale factor. A user input (e.g., two fingers moving apart) associated with the view 1504 is interpreted as a gesture event to zoom out from view 1504 to view 1508 having a second scale factor that exceeds the maximum scale factor of the view 1516. A snapback flag determines whether the zoom out can proceed past the maximum scale factor to view 1508 prior to snapping back to the maximum scale factor associated with view 1516.

FIG. 16A illustrates a display 1604 of a device having a first scaling factor of a view 1616. A user input (e.g., two fingers 1608 and 1610 moving together) associated with the view 1614 is interpreted as a gesture event to zoom in from view 1614 to view 1664 having a second scale factor as illustrated in FIG. 16B. The dashed regions 1602 and 1650 represent the total area of the content with the only content being displayed in the display area 1604 and 1652. In performing the scaling transform from FIG. 16A to FIG. 16B, the center of the gesture event, center 1612 for FIG. 16A and center 1660 for FIG. 16B, remains in the same position with respect to the display 1604. The scroll indicator 1606 shrinks to become scroll indicator 1654 during the transform to indicate that a smaller portion of the content 1650 is being displayed on display 1604 as a result of the zoom in operation. The dashed region 1650 is larger than the dashed region 1602

14

to represent that a larger portion of content is not being displayed on display 1652 in FIG. 16B as a result of the zoom in operation.

In at least some embodiments of the present disclosure, a user desires to change a view 1670 from a scale factor of 2× to a scale factor of 1× as illustrated in FIG. 16C. A first set of user inputs 1672 and 1674 that move to the second set of user inputs 1676 and 1678 will decrease the scale factor from 2× to 1×. It may be desirable for the user to scale from 2× to 1× without having to move the user inputs a large distance across the view 1670. In an environment with user interface software interacting with a software application, a gesture scaling transform flag may be set in order to determine a scaling transform for a view associated with a user input having a plurality of input points. The scaling transform flag scales either from a current scale factor to a minimum scale factor or from the current scale factor to a maximum scale factor. For example, a flag may be set at the position associated with a 1.5× scale factor and a third set of user inputs 1680 and 1682. A user desiring to change the scale factor from 2× to 1× would only have to move his fingers, the user inputs, from the first set 1672 and 1674 to the third set 1680 and 1682 if the gesture scaling transform flag has been set at a scale factor of 1.5×.

FIG. 17 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to provide a rotation transform of a view, window, or display region of a display of a device. The method 1700 for providing the rotation transform includes transferring a rotation transform call to determine a rotation transform for a view associated with a user input having a plurality of input points at block 1702. The method 1700 further includes transferring a scaling gesture start call at block 1704. The method 1700 further includes transferring a scaling gesture progress call at block 1706. The method 1700 further includes transferring a scaling gesture end call at block 1708.

In certain embodiments, a user input in the form of two or more input points rotates to invoke a gesture event that performs a rotation transform on the view associated with the user input. The rotation transform includes a minimum and maximum degree of rotation for associated minimum and maximum rotation views. The user input may temporarily rotate a view past a maximum degree of rotation prior to the view snapping back to the maximum degree of rotation.

FIG. 18 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application in order to notify a delegate of at least one animation associated with a display region, window, or view of a display of a device. A delay in the animation may be specified by the API. Also, multiple animations may be assigned priority by the API. The method 1800 for notifying the delegate includes determining whether any animation occurs at block 1802. The method 1800 further includes checking the progress of an animation at block 1804. If progress has occurred, then the next state (e.g., position, opacity, or transform) of the animation can be calculated at block 1806. If progress has completed at block 1806, then at block 1808 it is determined whether the view associated with the completed animation is associated with a delegate. If so, a delegate call is transferred to notify the delegate of the animation for the view at block 1810. The delegate operating

US 7,844,915 B2

15

under the control of the software application can change other views in response to the view being modified by the animation.

In certain embodiments, software invokes an animation that performs a scaling transform on the view associated with the user input. A display may include numerous views. The view being increased in size by the scaling transform may obstruct other views in which case the other views may need to be reduced in size. Alternatively, the view being decreased in size by the scaling transform may create additional area for other views to increase in size.

FIG. 19 is flow chart of a method for animating a display region, windows, or views displayed on a display of a device. The method 1900 includes starting at least two animations at block 1902. The method 1900 further includes determining the progress of each animation at block 1904. The method 1900 further includes completing each animation based on a single timer at block 1906.

In certain embodiments of the present disclosure, the single timer includes a timer based on a redraw interval which is a time period between the display of a current frame and a next frame of the display of the device. In this case, changes in animation are updated to the display during the redraw interval in order to display the chances during the next frame of the display. The progress of each animation may be calculated periodically or based upon a progress call.

The method 1900 may further include determining whether each animation is associated with a delegate. The delegate is then notified of the animation. Other views not associated with an animation may be changed depending on the software application controlling the delegate.

FIG. 20 is flow chart of a method for animating a display region, windows, or views displayed on a display of a device. The method 2000 includes providing a single animation timer at block 2002. The method 2000 further includes animating a plurality of animations with the single animation timer at block 2004. For example, a single timer may control all animations which occur simultaneously. The animations may include a transform, a frame, and an opacity animation. A animation transform may include a scaling or rotation transform. A frame animation may include resizing of a frame. An opacity animation changes the opacity from opaque to transparent or vice versa.

FIG. 21 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with multiple software applications or processes in order to synchronize animations associated with multiple views or windows of a display of a device. The method 2100 for synchronizing the animations includes setting attributes of views independently with each view being associated with a process at block 2102. For example, an attribute or property of a view may include a position, size, opacity, etc. An animation alters one or more attributes from a first state to a second state. The method 2100 further includes transferring a synchronization call to synchronize animations for the multiple views of the display at block 2104. The synchronization call may include input parameters or arguments such as an identification of the synchronization of the processes and a list of the processes that are requesting animation of the multiple views. In one embodiment, the synchronization call includes the identification and the number of processes that are requesting animation. In one embodiment, each application or process sends a synchronization call at different times. The method 2100 further includes transferring a synchronization confirmation message when a synchronization flag is

16

enabled at block 2106. The synchronization flag can be enabled when the processes to be synchronized have each sent messages to a window server operating the user interface software. The method 2100 further includes updating the attributes of the views from a first state to a second state at block 2108. In one embodiment, the window server receives the updated attributes from each process at different times. The method 2100 further includes transferring a start animation call to draw the requested animations when both processes have updated attributes associated with the second state at block 2110.

In some embodiments, a first data structure or layer tree represents a hierarchy of layers that correspond to the views or windows of the processes. A second data structure or render tree represents a similar copy of the layer tree. However, the render tree is not updated until the independent processes have completed their separate animations. At this time, the render tree updates and redraws the screen with the new animations.

FIGS. 22A and 22B illustrate synchronizing the resizing of views or windows of a display of a device. For example, a window 2210 associated with a first process with a first attribute may increase in size by changing from a first state, window 2210 in FIG. 22A, to a second state window 2210 in FIG. 22B. At approximately the same time, a second window 2220 may decrease in size in proportion to the increase in size of the first window 2210. The method 2100 provides synchronization of the resizing of the windows 2210 and 2220 illustrated in FIGS. 22A and 22B. The animations in changing from the first state to the second state may occur incrementally and occur with the synchronization of method 2100.

FIG. 23 illustrates a method for switching ownership of a view of an application displayed on a display of a data processing device. The method 2300 includes constructing a data structure having a hierarchy of layers with a layer being associated with a view and owning the view at block 2302. The layers may be content, windows, video, images, text, media, or any other type of object for user interface of the application. The method 2300 further includes removing the layer from the data structure at block 2304. The method 2300 further includes switching ownership of the view from the layer to the view at block 2306.

In some embodiments, each layer from the data structure is associated with a view. The layer associated with the view sends a delegate function call to the view in order to generate content provided by the view. A first pointer reference points from the layer to the view. A second pointer reference points from the view to the layer. The number of references pointing to an object such as the view is defined as the retained count of the object. The view may receive notification that the layer will be removed from the data structure. Removing the layer from the data structure may occur based on the view associated with the layer being removed from the display of the device. When the layer is removed from the data structure or layer tree the pointer from the layer to the view will be removed. The view will have a retained count of zero and be deallocated or removed from memory if the ownership of the view is not reversed. The view will have a retained count of at least one if ownership is reversed.

FIG. 24 illustrates a method for memory management of a view of an application displayed on a display of a device. The method 2400 includes constructing a data structure having a hierarchy of layers with at least one layer being associated with the view at block 2402. The method 2400 further includes storing the data structure in memory at block 2404. The method 2400 further includes maintaining a retained count of the number of references to the view from other

Joint Trial Exhibit No. 1044.49

US 7,844,915 B2

17

objects at block 2406. The method 2400 further includes deallocating the view from memory if the retained count is zero at block 2408. As discussed above, the retained count of the view will be decremented if the layer is removed from the data structure. Removing the layer from the data structure may occur based on the view associated with the layer being removed from the display of the device.

FIGS. 25A and 25B illustrate a data structure having a hierarchy of layers with a layer being associated with a view. The data structure includes layers 2502, 2504, and 2506. Layer 2506 is associated with the view 2510. The layer 2506 associated with the 2510 view sends a delegate call to the view in order to generate content provided by the view. A first pointer reference 2508 points from the layer 2506 to the view 2510. A second pointer reference 2512 points from the view 2510 to the layer 2506. A third pointer reference 2532 may point from user interface (UI) controller 2530 to the view 2510. The UI controller 2530 may control operations associated with the view 2510 such as scrolling the view 2510 in response to a user input. The view 2510 in FIG. 25A has a retained count of two based on the pointer references 2508 and 2532.

If the layer 2506 is removed from the data structure as illustrated in FIG. 25B, then the pointer 2508 is removed. View 2510 will have a lower retained count as illustrated in FIG. 25B. If view 2510 has a retained count of zero, then the memory storing the view 2510 will be deallocated.

FIG. 26 illustrates a method for compositing media and non-media content of user interface for display on a device. The method 2600 includes constructing a data structure having a hierarchy of layers associated with the user interface of the device at block 2602. The method 2600 further includes determining whether each layer of the data structure is associated with media or non-media content at block 2604. The data structure or layer tree is traversed in order to determine whether each of the layers of the data structure is associated with media or non-media content. The method 2600 further includes detaching a layer associated with media content from the data structure at block 2606. The method 2600 further includes storing media content in a first memory location at block 2606. The method 2600 further includes storing non-media content in a second memory location at block 2608. The method 2600 further includes compositing the media and non-media content for display on the device at block 2610.

In some embodiments, compositing the media and non-media content includes retrieving the media content from the first memory location, retrieving the non-media content from the second memory location, and scanning the media and non-media content directly to the display. The memory location can be any type of memory located in cache, main memory, a graphics processing unit, or other location within a device. The media content may include video, video plug-in, audio, image, or other time varying media. The media content may be in the form of a YUV model with the Y representing a luminance component (the brightness) and U and V representing chrominance (color) components. The media content may be scanned to the display at a rate of substantially twenty to forty frames per second. The media content may be scaled prior to being scanned to the display of the device.

The non-media content may include content, views, and images that do not require frequent updating. The non-media content may be in the form of a RGB model which is an additive model in which red, green, and blue (often used in additive light models) are combined in various ways to repro-

18

duce other colors. The non-media content may be scanned to the display at a slower rate compared to the media content.

FIG. 27 illustrates a data structure or layer tree having a hierarchy of layers. The layers can be associated with media and non-media content. For example, layer 2704 is associated with media content 2706 such as a video. Layer 2710 is associated with non-media content 2712 which may be user interface view for the video. Layers 2720, 2730, and 2740 are associated with non-media content 2722, 2732, and 2742, respectively, that forms the components of the non-media content 2712. The method 2600 will determine whether each layer of the data structure is associated with media or non-content. Any layers associated with media content such as layer 2704 will be removed from the data structure and processed in a separate memory location.

In some embodiments, the methods, systems, and apparatuses of the present disclosure can be implemented in various devices including electronic devices, consumer devices, data processing devices, desktop computers, portable computers, wireless devices, cellular devices, tablet devices, handheld devices, multi touch devices, multi touch data processing devices, any combination of these devices, or other like devices. FIGS. 4-6 and 28-33 illustrate examples of a few of these devices.

FIG. 28 illustrates a device 2800 according to one embodiment of the disclosure. FIG. 28 shows a wireless device in a telephone configuration having a "candy-bar" style. In FIG. 28, the wireless device 2800 may include a housing 2832, a display device 2834, an input device 2836 which may be an alphanumeric keypad, a speaker 2838, a microphone 2840 and an antenna 2842. The wireless device 2800 also may include a proximity sensor 2844 and an accelerometer 2846. It will be appreciated that the embodiment of FIG. 28 may use more or fewer sensors and may have a different form factor from the form factor shown in FIG. 28.

The display device 2834 is shown positioned at an upper portion of the housing 2832, and the input device 2836 is shown positioned at a lower portion of the housing 2832. The antenna 2842 is shown extending from the housing 2832 at an upper portion of the housing 2832. The speaker 2838 is also shown at an upper portion of the housing 2832 above the display device 2834. The microphone 2840 is shown at a lower portion of the housing 2832, below the input device 3286. It will be appreciated that the speaker 2838 and microphone 2840 can be positioned at any location on the housing, but are typically positioned in accordance with a user's ear and mouth, respectively.

The display device 2834 may be, for example, a liquid crystal display (LCD) which does not include the ability to accept inputs or a touch input screen which also includes an LCD. The input device 2836 may include, for example, buttons, switches, dials, sliders, keys or keypad, navigation pad, touch pad, touch screen, and the like. Any well-known speaker, microphone and antenna can be used for speaker 2838, microphone 2840 and antenna 2842, respectively.

The data acquired from the proximity sensor 2844 and the accelerometer 2846 can be combined together, or used alone, to gather information about the user's activities. The data from the proximity sensor 2844, the accelerometer 2846 or both can be used, for example, to activate/deactivate a display backlight, initiate commands, make selections, control scrolling, gesturing, animating or other movement in a display, control input device settings, or to make other changes to one or more settings of the device. In certain embodiments of the present disclosure, the device 2800 can be used to implement at least some of the methods discussed in the present disclosure.

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025428

Joint Trial Exhibit No. 1044.50

US 7,844,915 B2

19

FIG. 29 shows a device 2950 in accordance with one embodiment of the disclosure. The device 2950 may include a housing 2952, a display/input device 2954, a speaker 2956, a microphone 2958 and an optional antenna 2960 (which may be visible on the exterior of the housing or may be concealed within the housing). The device 2950 also may include a proximity sensor 2962 and an accelerometer 2964. The device 2950 may be a cellular telephone or a device which is an integrated PDA and a cellular telephone or a device which is an integrated media player and a cellular telephone or a device which is both an entertainment system (e.g. for playing games) and a cellular telephone, or the device 2950 may be other types of devices described herein. In one particular embodiment, the device 2950 may include a cellular telephone and a media player and a PDA, all contained within the housing 2952. The device 2950 may have a form factor which is small enough that it fits within the hand of a normal adult and is light enough that it can be carried in one hand by an adult. It will be appreciated that the term "portable" means the device can be easily held in an adult user's hands (one or both); for example, a laptop computer and an iPod are portable devices.

In one embodiment, the display/input device 2954 may include a multi-point touch input screen in addition to being a display, such as an LCD. In one embodiment, the multi-point touch screen is a capacitive sensing medium configured to detect multiple touches (e.g., blobs on the display from a user's face or multiple fingers concurrently touching or nearly touching the display) or near touches (e.g., blobs on the display) that occur at the same time and at distinct locations in the plane of the touch panel and to produce distinct signals representative of the location of the touches on the plane of the touch panel for each of the multiple touches.

In certain embodiments of the present disclosure, the device 2800 can be used to implement at least some of the methods discussed in the present disclosure.

FIGS. 30A and 30B illustrate a device 3070 according to one embodiment of the disclosure. The device 3070 may be a cellular telephone which includes a hinge 3087 that couples a display housing 3089 to a keypad housing 3091. The hinge 3087 allows a user to open and close the cellular telephone so that it can be placed in at least one of two different configurations shown in FIGS. 30A and 30B. In one particular embodiment, the hinge 3087 may rotatably couple the display housing to the keypad housing. In particular, a user can open the cellular telephone to place it in the open configuration shown in FIG. 30A and can close the cellular telephone to place it in the closed configuration shown in FIG. 30B. The keypad housing 3091 may include a keypad 3095 which receives inputs (e.g. telephone number inputs or other alphanumeric inputs) from a user and a microphone 3097 which receives voice input from the user. The display housing 3089 may include, on its interior surface, a display 3093 (e.g. an LCD) and a speaker 3098 and a proximity sensor 3084; on its exterior surface, the display housing 3089 may include a speaker 3096, a temperature sensor 3094, a display 3088 (e.g. another LCD), an ambient light sensor 3092, and a proximity sensor 3084A. Hence, in this embodiment, the display housing 3089 may include a first proximity sensor on its interior surface and a second proximity sensor on its exterior surface.

In at least certain embodiments, the device 3070 may contain components which provide one or more of the functions of a wireless communication device such as a cellular telephone, a media player, an entertainment system, a PDA, or other types of devices described herein. In one implementation of an embodiment, the device 3070 may be a cellular

20

telephone integrated with a media player which plays MP3 files, such as MP3 music files.

Each of the devices shown in FIGS. 4, 5A, 5B, 5C, 6A, 6B, 6C, 6D, 28, 29, 30A and 30B may be a wireless communication device, such as a cellular telephone, and may include a plurality of components which provide a capability for wireless communication. FIG. 31 shows an embodiment of a wireless device 3070 which includes the capability for wireless communication. The wireless device 3070 may be included in any one of the devices shown in FIGS. 4, 5A, 5B, 5C, 6A, 6B, 6C, 6D, 28, 29, 30A and 30B, although alternative embodiments of those devices of FIGS. 4, 5A, 5B, 5C, 6A, 6B, 6C, 6D, 28, 29, 30A and 308 may include more or fewer components than the Wireless device 3070.

Wireless device 3070 may include an antenna system 3101. Wireless device 3070 may also include a digital and/or analog radio frequency (RF) transceiver 3102, coupled to the antenna system 3101, to transmit and/or receive voice, digital and/or media signals through antenna system 3101.

Wireless device 3070 may also include a digital processing system 3103 to control the digital RF transceiver and to manage the voice, digital and/or media signals. Digital processing system 3103 may be a general purpose processing device, such as a microprocessor or controller for example. Digital processing system 3103 may also be a special purpose processing device, such as an ASIC (application specific integrated circuit), FPGA (field-programmable gate array) or DSP (digital signal processor). Digital processing system 3103 may also include other devices, as are known in the art, to interface with other components of wireless device 3070. For example, digital processing system 3103 may include analog-to-digital and digital-to-analog converters to interface with other components of wireless device 3070. Digital processing system 3103 may include a media processing system 3109, which may also include a general purpose or special purpose processing device to manage media, such as files of audio data.

Wireless device 3070 may also include a storage device 3104, coupled to the digital processing system, to store data and/or operating programs for the Wireless device 3070. Storage device 3104 may be, for example, any type of solid-state or magnetic memory device.

Wireless device 3070 may also include one or more input devices 3105, coupled to the digital processing system 3103, to accept user inputs (e.g., telephone numbers, names, addresses, media selections, etc.) Input device 3105 may be, for example, one or more of a keypad, a touchpad, a touch screen, a pointing device in combination with a display device or similar input device.

Wireless device 3070 may also include at least one display device 33106, coupled to the digital processing system 3103, to display information such as messages, telephone call information, contact information, pictures, movies and/or titles or other indicators of media being selected via the input device 3105. Display device 3106 may be, for example, an LCD display device. In one embodiment, display device 3106 and input device 3105 may be integrated together in the same device (e.g., a touch screen LCD such as a multi-touch input panel which is integrated with a display device, such as an LCD display device). The display device 3106 may include a backlight 3106A to illuminate the display device 3106 under certain circumstances. It will be appreciated that the wireless device 3070 may include multiple displays.

Wireless device 3070 may also include a battery 3107 to supply operating power to components of the system including digital RF transceiver 3102, digital processing system 3103, storage device 3104, input device 3105, microphone

APLNDC00025429

US 7,844,915 B2

**21**

310A, audio transducer 3108, media processing system 3109, sensor(s) 3110, and display device 3106. Battery 3107 may be, for example, a rechargeable or non-rechargeable lithium or nickel metal hydride battery. Wireless device 3070 may also include audio transducers 3108, which may include one or more speakers, and at least one microphone 3105A. In certain embodiments of the present disclosure, the wireless device 3070 can be used to implement at least some of the methods discussed in the present disclosure.

FIG. 32 shows another example of a device according to an embodiment of the disclosure. This device 3200 may include a processor, such as microprocessor 3202, and a memory 3204, which are coupled to each other through a bus 3206. The device 3200 may optionally include a cache 3208 which is coupled to the microprocessor 3202. This device may also optionally include a display controller and display device 3210 which is coupled to the other components through the bus 3206. One or more input/output controllers 3212 are also coupled to the bus 3206 to provide an interface for input/ output devices 3214 and to provide an interface for one or more sensors 3216 which are for sensing user activity. The bus 3206 may include one or more buses connected to each other through various bridges, controllers, and/or adapters as is well known in the art. The input/output devices 3214 may include a keypad or keyboard or a cursor control device such as a touch input panel. Furthermore, the input/output devices 3214 may include a network interface which is either for a wired network or a wireless network (e.g. an RF transceiver). The sensors 3216 may be any one of the sensors described herein including, for example, a proximity sensor or an ambient light sensor. In at least certain implementations of the device 3200, the microprocessor 3202 may receive data from one or more sensors 3216 and may perform the analysis of that data in the manner described herein. For example, the data may be analyzed through an artificial intelligence process or in the other ways described herein. As a result of that analysis, the microprocessor 3202 may then automatically cause an adjustment in one or more settings of the device.

In certain embodiments of the present disclosure, the device 3200 can be used to implement at least some of the methods discussed in the present disclosure.

FIGS. 33A-C show another example of a device according to at least certain embodiments of the disclosure. FIG. 33A illustrates a laptop device 3300 with a keyboard 3302, a body 3304, a display frame 3306, and a display 3308. The laptop device 3300 can be converted into a tablet device as illustrated in FIG. 33B and FIG. 33C. FIG. 33B illustrates the conversion of the laptop device into a tablet device. An edge of a display frame 3306 containing a display 3358 is slide within the body 3354 across the top of a keyboard 3352 until forming a tablet device as illustrated in FIG. 33C. The tablet device with a display 2362 and a display frame 3366 rests on top of a body 3360.

In certain embodiments of the present disclosure, the laptop device 3300 can be used to implement at least some of the methods discussed in the present disclosure.

FIG. 34 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure. The application programming interface operates in an environment with user interface software interacting with a software application. In some embodiments, a hierarchy of views operates on top of a hierarchy of layers within the user interface software. The API operates as illustrated in method 3400 that includes constructing a hierarchy of views operating on top of a hierarchy of layers at block 3402. The method 3400 further includes providing access to the hierarchy of views without providing access to

**22**

the hierarchy of layers at block 3404. An application may interact with the hierarchy of views via the API without accessing the hierarchy of layers operating below the hierarchy of views.

In some embodiments, a platform provides various scrolling, gesturing, and animating operations. The platform includes hardware components and an operating system. The hardware components may include a processing unit coupled to an input panel and a memory coupled to the processor. The operating system includes one or more programs that are stored in the memory and configured to be executed by the processing unit. One or more programs include various instructions for transferring function calls or messages through an application programming interface in order to perform various scrolling, gesturing, and animating operations.

In an embodiment, the one or more programs include instructions for transferring a bounce call through an API to cause a bounce of a scrolled region in an opposite direction of a scroll based on a region past an edge of the scrolled region being visible in a display region at the end of the scroll. In an embodiment, the one or more programs include instructions for transferring a rubberband call through an API to cause a rubberband effect on a scrolled region by a predetermined maximum displacement when the scrolled region exceeds a display edge based on a scroll. In an embodiment, the one or more programs include instructions for transferring a directional scroll call through an API to set a scroll angle for locking the scrolling in at least one of a vertical or a horizontal direction.

In an embodiment, the one or more programs include instructions for transferring a scroll hysteresis call through an API to determine whether a user input invokes a scroll. In an embodiment, the one or more programs include instructions for transferring a deceleration scroll call through an API to set a deceleration factor for a user input based on the user input invoking a scroll. In an embodiment, the one or more programs include instructions for transferring a scroll indicator call through an API to determine whether at least one scroll indicator attaches to a content edge or a display edge of a display region.

In some embodiments, the platform includes a framework containing a library of software code. The framework interacts with the programs of the platform to provide application programming interfaces for performing various scrolling, gesturing, and animating operations. The framework also includes associated resources (e.g., images, text, etc.) that are stored in a single directory.

In an embodiment, the library of the framework provides an API for specifying a bounce operation to cause a bounce of a scrolled region in an opposite direction of a scroll based on a region past an edge of the scrolled region being visible in a display region at the end of the scroll. In an embodiment, the library of the framework provides an API for specifying a rubberband operation that has a rubberband effect on a scrolled region by a predetermined maximum displacement when the scrolled region exceeds a display edge based on a scroll. In an embodiment, the library of the framework provides an API for specifying a directional scroll operation to set a scroll angle for locking the scrolling in at least one of a vertical or a horizontal direction.

In an embodiment, the library of the framework provides an API for specifying a scroll hysteresis operation to determine whether a user input invokes a scroll. In an embodiment, the library of the framework provides an API for specifying a deceleration scroll operation to set a deceleration factor for a user input based on the user input invoking a scroll. In an

APLNDC00025430

Joint Trial Exhibit No. 1044.52

US 7,844,915 B2

23

embodiment, the library of the framework provides an API for specifying a scroll indicator operation to determine whether at least one scroll indicator attaches to a content edge or a display edge of a display region.

In the foregoing specification, the disclosure has been described with reference to specific exemplary embodiments thereof. It will be evident that various modifications may be made thereto without departing from the broader spirit and scope of the disclosure as set forth in the following claims. The specification and drawings are, accordingly, to be regarded in an illustrative sense rather than a restrictive sense.

What is claimed is:

1. A machine implemented method for scrolling on a touch-sensitive display of a device comprising:

receiving a user input, the user input is one or more input points applied to the touch-sensitive display that is integrated with the device;

creating an event object in response to the user input;

determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;

issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and

responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.

2. The method as in claim 1, further comprising:

rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.

3. The method as in claim 1, further comprising: attaching scroll indicators to a content edge of the window.

4. The method as in claim 1, further comprising: attaching scroll indicators to the window edge.

5. The method as in claim 1, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

6. The method as in claim 1, further comprising:

responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

7. The method as in claim 1, wherein the device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

8. A machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method comprising:

24

receiving a user input, the user input is one or more input points applied to a touch-sensitive display that is integrated with the data processing system;

creating an event object in response to the user input;

determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;

issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and

responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.

9. The medium as in claim 8, further comprising:

rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll.

10. The medium as in claim 8, further comprising: attaching scroll indicators to a content edge of the view.

11. The medium as in claim 8, further comprising: attaching scroll indicators to a window edge of the view.

12. The medium as in claim 8, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

13. The medium as in claim 8, further comprising:

responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

14. The medium as in claim 8, wherein the data processing system is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

15. An apparatus, comprising:

means for receiving, through a hardware device, a user input on a touch-sensitive display of the apparatus, the user input is one or more input points applied to the touch-sensitive display that is integrated with the apparatus;

means for creating an event object in response to the user input;

means for determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;

means for issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

means for responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025431

Joint Trial Exhibit No. 1044.53

US 7,844,915 B2

25

means for responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.

16. The apparatus as in claim 15, further comprising:
means for rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.

17. The apparatus as in claim 15, further comprising:
means for attaching scroll indicators to a content edge of the window.

18. The apparatus as in claim 15, further comprising:
means for attaching scroll indicators to the window edge.

26

19. The apparatus as in claim 15, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

20. The apparatus as in claim 15, further comprising:
means for responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

21. The apparatus as in claim 15, wherein the apparatus is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

*  *  *  *  *

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025432

**10**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 28, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,864,163*

ISSUE DATE: *January 04, 2011*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



N. WILLIAMS

Certifying Officer

JOINT TRIAL EXHIBIT NO. 1046
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

APLNDC00027870

Joint Trial Exhibit No. 1046.2



US007864163B2

(12) **United States Patent**
Ording et al.

(10) Patent No.: **US 7,864,163 B2**
(45) Date of Patent: **Jan. 4, 2011**

(54) **PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS**

(75) Inventors: **Bas Ording**, San Francisco, CA (US); **Scott Forstall**, Mountain View, CA (US); **Greg Christie**, San Jose, CA (US); **Stephen O. Lemay**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US); **Richard Williamson**, Los Gatos, CA (US); **Chris Blumenberg**, San Francisco, CA (US); **Marcel Van Os**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 688 days.

(21) Appl. No.: **11/850,013**

(22) Filed: **Sep. 4, 2007**

(65) **Prior Publication Data**
US 2008/0094368 A1    Apr. 24, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/937,993, filed on Jun. 29, 2007, provisional application No. 60/946,715, filed on Jun. 27, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/824,769, filed on Sep. 6, 2006.

(51) Int. Cl.
*G06F 3/041*    (2006.01)
(52) U.S. Cl. .......................... 345/173; 715/234; 715/781

(58) Field of Classification Search ......... 345/173–178; 178/18.01–18.09, 18.11; 715/810, 828–831, 715/234, 781, 700
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,025,842 A    2/2000 Filetto et al. ................. 345/345
(Continued)

FOREIGN PATENT DOCUMENTS

EP    0476972 A2    3/1992
(Continued)

OTHER PUBLICATIONS

Milic-Frayling, N. et al., "Smartview: Enhanced Document Viewer for Mobile Devices," Microsoft Technical Report, Nov. 15, 2002, URL: ftp://ftp.research.microsoft.com/pub/tr/tr-2002-114.pdf, retrieved Dec. 17, 2007.
(Continued)

*Primary Examiner*—Stephen G Sherman
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

A computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content, and detecting a first gesture at a location on the displayed portion of the structured electronic document. A first box in the plurality of boxes at the location of the first gesture is determined. The first box on the touch screen display is enlarged and substantially centered.

**61 Claims, 29 Drawing Sheets**



APLNDC00027871

Joint Trial Exhibit No. 1046.3

# US 7,864,163 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,073,036 A | 6/2000 | Heikkinen et al. | 455/575 |
| 6,177,936 B1 | 1/2001 | Cragun | 345/540 |
| 6,199,082 B1 | 3/2001 | Ferrel et al. | 707/522 |
| 6,243,080 B1 | 6/2001 | Molne | 345/173 |
| 6,262,732 B1 | 7/2001 | Coleman et al. | 345/348 |
| 6,326,970 B1 | 12/2001 | Mott et al. | 345/439 |
| 6,349,410 B1 | 2/2002 | Lortz | 725/110 |
| 6,359,615 B1 | 3/2002 | Singh | 345/173 |
| 6,411,283 B1 | 6/2002 | Murphy | 345/173 |
| 6,466,198 B1 | 10/2002 | Feinstein | 345/158 |
| 6,466,203 B2 | 10/2002 | Van Ee | 345/173 |
| 6,489,975 B1 | 12/2002 | Patil et al. | 345/781 |
| 6,570,583 B1 | 5/2003 | Kung et al. | 345/661 |
| 6,613,100 B2 | 9/2003 | Miller | 715/526 |
| 6,639,584 B1 | 10/2003 | Li | 345/173 |
| 6,771,250 B1 | 8/2004 | Oh | 345/156 |
| 6,928,461 B2 | 8/2005 | Tuli | 709/203 |
| 7,054,965 B2 | 5/2006 | Bell et al. | 710/72 |
| 7,075,512 B1 | 7/2006 | Fabre et al. | 345/156 |
| 7,149,549 B1 | 12/2006 | Ortiz et al. | 455/566 |
| 7,166,791 B2 | 1/2007 | Robbin et al. | 84/477 |
| 7,346,855 B2 | 3/2008 | Hellyar et al. | 715/783 |
| 7,461,353 B2 | 12/2008 | Rohrabaugh et al. | 715/815 |
| 2002/0152283 A1 | 10/2002 | Dutta et al. | 709/218 |
| 2003/0033331 A1 | 2/2003 | Sena et al. | 707/513 |
| 2003/0095135 A1 | 5/2003 | Kaasila et al. | 345/173 |
| 2003/0095155 A1 | 5/2003 | Johnson | 345/864 |
| 2003/0164861 A1 | 9/2003 | Barhanson et al. | 345/815 |
| 2003/0193524 A1 | 10/2003 | Bates et al. | 345/786 |
| 2004/0103371 A1 | 5/2004 | Chen et al. | 715/513 |
| 2004/0143796 A1 | 7/2004 | Lerner et al. | 715/538 |
| 2004/0169674 A1 | 9/2004 | Linjama | 345/702 |
| 2004/0201595 A1 | 10/2004 | Manchester | 345/649 |
| 2005/0071364 A1 | 3/2005 | Xie et al. | 707/102 |
| 2005/0071778 A1 | 3/2005 | Tokkonen | 715/822 |
| 2005/0079896 A1 | 4/2005 | Kokko et al. | 345/702 |
| 2005/0093826 A1 | 5/2005 | Huh | 345/168 |
| 2005/0114788 A1 | 5/2005 | Fabritius | 715/767 |
| 2005/0166232 A1 | 7/2005 | Lamkin et al. | 725/43 |
| 2005/0177783 A1 | 8/2005 | Agrawala et al. | 715/512 |
| 2005/0285880 A1 | 12/2005 | Lai et al. | 345/660 |
| 2006/0026521 A1 | 2/2006 | Hotelling et al. | 715/702 |
| 2006/0033761 A1 | 2/2006 | Suen et al. | 345/660 |
| 2006/0064647 A1 | 3/2006 | Tapuska et al. | 715/800 |
| 2006/0085743 A1 | 4/2006 | Baudisch et al. | 715/526 |
| 2006/0097991 A1 | 5/2006 | Hotelling et al. | 345/173 |
| 2006/0101354 A1 | 5/2006 | Hashimoto et al. | 715/863 |
| 2006/0125799 A1 * | 6/2006 | Hillis et al. | 345/173 |
| 2006/0143574 A1 | 6/2006 | Ito et al. | 715/800 |
| 2006/0146016 A1 | 7/2006 | Chan et al. | 345/156 |
| 2006/0146038 A1 | 7/2006 | Park et al. | 345/173 |
| 2006/0197753 A1 | 9/2006 | Hotelling | 345/173 |
| 2006/0277588 A1 | 12/2006 | Harrington et al. | 725/135 |
| 2006/0284852 A1 * | 12/2006 | Hofmeister et al. | 345/173 |
| 2007/0038612 A1 | 2/2007 | Sull et al. | 707/3 |
| 2007/0152984 A1 | 7/2007 | Ording et al. | 345/173 |
| 2007/0155434 A1 | 7/2007 | Jobs et al. | 455/565 |
| 2007/0157228 A1 | 7/2007 | Bayer et al. | 725/34 |
| 2007/0250768 A1 * | 10/2007 | Funakami et al. | 715/521 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 651 544 A2 | 5/1995 |
| EP | 0 701 220 A1 | 3/1996 |
| EP | 0880090 A2 | 11/1998 |
| EP | 0 990 202 A1 | 4/2000 |
| EP | 1 049 305 A1 | 11/2000 |
| EP | 1 517 228 A2 | 3/2005 |
| EP | 1 632 874 A2 | 3/2006 |
| EP | 1 752 880 A1 | 2/2007 |
| JP | 11 143604 | 5/1999 |
| JP | 2000181436 | 6/2000 |
| JP | 2005 267049 | 9/2005 |
| WO | WO 99/54807 A1 | 10/1999 |
| WO | WO 02/46903 A1 | 6/2002 |
| WO | WO 02/082418 A2 | 10/2002 |
| WO | WO 02/093542 A1 | 11/2002 |
| WO | WO 02093542 A1 * | 11/2002 |
| WO | WO 03/052626 A1 | 6/2003 |
| WO | WO 2004/021166 A1 | 3/2004 |
| WO | WO 2004/040481 A1 | 5/2004 |
| WO | WO 2005/036416 A2 | 4/2005 |
| WO | WO 2005/074268 A1 | 8/2005 |
| WO | WO 2005/106684 A1 | 11/2005 |
| WO | WO 2006/003591 A2 | 1/2006 |

## OTHER PUBLICATIONS

Holmquist, L., "The Zoom Browser Showing Simultaneous Detail and Overview in Large Documents," Human IT, 1998, URL : http://www.hb.se/bhs/ith/3-98/leh.htm, retrieved Dec. 17, 2007.

Khella, A. et al., "Pocket PhotoMesa: A Zoomable Image Browser for PDAs," Proceedings of the 3rd International Conference on Mobile and Ubiquitous Multimedia, Oct. 29, 2004, pp. 19-24, URL: http://delivery.acm.org/10.1145/1060000/1052384/p19-khella.pdf?key1=1052384&key2=2419987911&co11=GUIDE&d1=GUIDE&CFID=47073625&CFTOKEN=65767142, retrieved Dec. 17, 2007.

Invitation to Pay Additional Fees for International Application PCT/US2007/077644, dated Jan. 23, 2008.

Cooper, A., "The Inmates Are Running the Asylum," Sams Publishing, 1999, pp. 138-147.

European Search Report dated Jan. 26, 2010, received in European Application No. 09171787.6-2212, which corresponds to U.S. Appl. No. 11/850,013.

Versiontracker, "Photogather—7.2.6. Hi-res Image Viewer & Editor for Palm," printed Jun. 12, 2006, 5 pages, http://www.versiontracker.com/dyn/moreinfo/palm/4624.

Office Action dated Sep. 28, 2009, received in Australian Patent Application No. 2009100760, which corresponds to U.S. Appl. No. 11/850,013.

Agarwal, A., "iTunesInlineVideo," Digital Inspiration—The Tech Guide, 27 pages, http//:labnol.blogspot.com/2006_09_17_labnol_archive.html.

Ahmad I. et al., "Content-Based Image Retrieval on Mobile Devices," Proc. Of SPIE-IS&T Electronic Imaging, vol. 5684, 2005, 10 pages.

Alam, H. et al., "Web Document Manipulation for Small Screen Devices: A Review," 4 pages, http://www.csc.liv.ac.uk/~wda2003/Papers/Section_II/Paper_8.pdf, 2003.

Apparao, V. et al., "Level 1 Document Object Model Specification," W3C Working Draft Jul. 20, 1998, 3 pages, http://www.w3.org/TR/WD-DOM/.

Bos, B. et al., "3 Conformance: Requirements and Recommendations," Cascading Style Sheets, level 2 CSS2 Specification, W3C Recommendation, May 12, 1998, 6 pages, http://www.w3.org/TR/CSS21/conform.html#doctree.

Chen, L. et al., "DRESS: A Slicing Tree Based Web Representation for Various Display Sizes," Microsoft Research, Technical Report MSR-TR-2002-126, Nov. 16, 2002, 9 pages.

Eyemodule, "Turn Your Handspring™ Handheld into a Digital Camera," User's Manual, www.eyemodule.com, 9 pages, 2000.

Fling, B., "Designing for Mobile, Bringing Design Down to Size," Copyright© 2006 Blue Flavor.

Hart, K., "Rewriting the Web for Mobile Phones," washingtonpost.com, Jul. 26, 2006, 2 pages, http://www.washingtonpost.com/wp-dyn/content/article/2006/07/25/AR2006072501517_pf.html.

Hinckley et al., "Input/Output Devices and Interaction Techniques," Microsoft Research, 79 pages, 2003.

Laakko, T. et al., "Adapting Web Content to Mobile User Agents," IEEE Internet Computing, vol. 9, Issue 2, Mar./Apr. 2005, 8 pages.

Opera Software, "Download the Opera Mobile™ Browser," 5 pages, http://www.opera.com/products/mobile/products/, 2006.

APLNDC00027872

**US 7,864,163 B2**
Page 3

Opera Software, "Opera 7.60 for Series 60 Mobile," http://jp.opera.com/support/tutorials/s60/760/O760manual.pdf, 2009.

Palme, J. et al., "MIME Encapsulation of Aggregate Documents, such as HTML," The Internet Society, 1999, 24 pages.

Raman, B. et al., "Application-specific Workload Shaping in Multi-media-enabled Personal Mobile Devices," CODES + ISSS' 06, Oct. 22-25, 2006, Seoul, Korea, Copyright 2006 ACM, 6 pages.

Robie, J., "What is the Document Object Model?" Texcel Research, 5 pages, http://www.w3.org TR-DOM/introduction.html, 2006.

Rohrer, T., "Metaphors We Compute by: Bringing Magic into Interface Design," http://www.uoregon.edu/-uophil/metaphor/gui4web.htm, printed Jun. 13, 2006, 7 pages.

Roto, V. et al. "Minimap—A Web Page Visualization Method for Mobile Phones," CHI 2006, Nokia Research Center, Apr. 22-27, 2006, 10 pages.

Salmre, I., "Chapter 2, Characteristics of Mobile Applications," Salme_02.fm, pp. 19-36, Dec. 20, 2004.

Schreiner, T., "High DPI in IE: Tip & Mystery Solved," Tony Schreiner's Weblog, May 2004, 2 pages, http://blogs.msdn.com/tonyschr/archive/2004/05/05/126305.aspx.

Stampfli, T., "Exploring Full-Screen Mode in Flash Player 9," Jan. 5, 2007, http://web.archive.org/web20070105231635/http://www.adobe.com/devnet/flashplayer/articles/full₁₃ screen_mode.html.

Stanek, W. et al., "Chapter 9, Video and Animation Plug-Ins," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet edu.pk/taimoor/books/1-57521-198-X/index.htm.

Stanek, W. et al., "Chapter 22, Adding Multimedia to Your Web Site," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet.edu.pk/taimoor/books/1-57521-198-X/index.htm.

Surfin'Safari, "XUL," 7 pages, Oct. 2003, http://weblogs.mozillazine.org/hyatt/archives/2003_10.html.

w3 schools.com, "Multimedia Video Formats," www.w3sschools.com/media/media_videoformats.asp?output=print, 2006.

w3schools.com, "Playing QuickTime Movies," http://www.w3schools.com/media/media_quicktime.asp?output=print, 2006.

w3schools.com, "Playing Videos On The Web," www.w3schools.com/media/media_browservideos.asp?out=print, 2006.

Wave Technologies, "Certified Internet Webmaster Foundations Study Guide," Wave Technologies Internation, Inc., a Thomson Learning company, copyright 1988-2000.

Warabino, T. et al., "Video Transcoding Proxy for 3Gwireless Mobile Internet Access," IEEE Communications Magazine, vol. 38, Issue 10, Oct. 2000, 6 pages.

weblogs, "Chapter 1: Downloading and Building WebCore," WebCore documentation, 2 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter1.html, 2006.

weblogs, "Chapter 2: An Overview of WebCore," WebCore documentation, 3 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter2.html, 2006.

webmasterworld.com, "Page Zooming with IE," webmasterworld.com, Jul. 2004, 7 pages, http://www.webmasterworld.com/forum83/4179.htm.

Wikipedia, "Comparison of Layout Engines," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/Comparison_of_layout_engines, 2005.

Wikipedia, "KDE," Wikipedia, the free encyclopedia, 9 pages, http://en.wikipedia.org/wiki/KDE, 2004.

Wikipedia, "KHTML," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/KDHTML, 2004.

Wikipedia, "List of Layout Engines," 1 page, http://en.wikipedia.org/wiki/List_of_layout_engines, 2005.

Wobbrock, J. et al., "WebThumb: Interaction Techniques for Small-Screen Browsers," Human Computer Interaction Institute and School of Design, Carnegie Mellon University, {jrock, forlizzi, scott.hudson, bam}@cs.cmu.edu, Oct. 27-30, 2002, 4 pages.

Yin, X. et al., "Using Link Analysis to Improve Layout on Mobile Devices," WWW2004, May 17-22, 2004, 7 pages, http://www.iw3c2.org/WWW2004/docs/1p338.pdf.

Xiao, X. et al., "Slicing*-Tree Based Web Page Transformation for Small Displays," CIKM'05, Oct. 31-Nov. 5, 2005, Bremen, Germany, 2 pages.

Xie, X. et al., "Efficient Browsing of Web Search Results on Mobile Devices Based on Block Importance Model," Microsoft Research Asia, mgx03@mails.tsinghua.edu.cn, 10 pages, 2005.

Zhiwei et al., "Zoom Selector: A Pen-based Interaction Technique for Small Target Selection," Transactions of the Information Processing Society of Japan, Aug. 2004, vol. 45, No. 8, pp. 2087-2097, Inf. Process. Soc. Japan, ISSN 0387-5806.

International Search Report and Written Opinion for International Application No. PCT/US2007/088893, mailed Jul. 11, 2008.

Designing Interfaces.com, "Animated Transition," http://designinginterfaces.com/Animated_Transition, printed Oct. 16, 2006, 2 pages.

Alejandre, S., "Graphing Linear Equations," http://mathforum.org/alejandre/palm/times.palm.html, printed Jun. 12, 2006, 3 pages.

Baudisch, P., "Collapse-to-Zoom: Viewing Web Pages on Small Screen Devices by Interactively Removing Irrelevant Content," Oct. 24-27, 2004; 4 pages.

Bitstream®, "ThunderHawk Pocket PC Edition for End Users," http://www.bitstream.com/wireless/products/pocketpc/faq_using.html; printed Jun. 12, 2006, 4 pages.

Buyukkokten, O. et al., "Power Browser: Efficient Web Browsing for PDAs," Digital Libraries Lab (InfoLab), Stanford University, Stanford, CA, 8 pages, 2002.

Chen, H. et al., "A Novel Navigation and Transmission Technique for Mobile Handheld Devices," 8 pages, 2002.

Chen, Y., "Detecting Web Pages Structure for Adaptive Viewing on Small Form Factor Devices," Microsoft Research, i-yuchen@microsoft.com, May 20-24, 2003, 9 pages.

Coolsmartphone, "Orange SPV C600 Review," http://www.coolsmartphone.com/article569.html, Apr. 14, 2006, 58 pages.

Getgreg, "JeffHau's Multiple Touch Point Dreams the Stuff Dreams are Made of," http://www.theyshoulddothat.com2006/08/jeff_hanns_multiple_touch_poin.html>, Aug. 16, 2006, 2 pages.

Han, J., "Talks Jeff Han: Unveiling the Genius of Multi-touch Interface Design," Ted Ideas Worth Spreading, May 11, 2002, 4 pages. inhttp://www.ted.com/index.php/talks/view/id/65>, Aug. 6, 2006, 1 page.

Karlson et al., "AppLens and Lunch Tile: Two Designs for One-handed Thumb Use on Small Devices," http://heil.cs.umd.edu/trs/2004-37.html, printed Jun. 12, 2006, 11 pages.

Landragin, F., "The Role of Gesture in Multimodal Referring Actions," Proceedings of the Fourth IEEE International Conference on Multimodal Interfaces, http://ieeexplore.iee.org/ie15/8346i/26309/01166988pdf?arnumber=1166988&>, 2002, 6 pages.I.

Lie, H., "Cascading Style Sheets," http://people.opera.com/howcome/2006/phd/css.pdf, 2005, pp. 243-247.

Milic-Frayling, N. et al., "Smartview: Flexible Viewing of Web Page Contents," The Eleventh International World Wide Web Conference, http://www2002.org/CDROM/poster/172/>, May 11, 2002, 4 pages.

Opera Software, "Opera for Mobile, The Full Web Anytime, Anywhere," www.opera.com/mobile, Jan. 2006, 7 pages.

Opera Software, "Opera for S60 Tutorial," http://www.opera.com/support/tutorials/260/, Apr. 5, 2006, 5 pages.

Opera—Press Releases Database, "The New Opera Browser for Series 60 Features Zoom and Password Manager," Nov. 14, 2005, 3 pages.

Opera Software, "Opera for Windows Mobile Smartphone 2003 Tutorial," http://www.opera.com/support/tutorials/winmobile, Apr. 5, 2005, 4 pages.

Opera Software, "Opera 8.5 Beta 2 for Windows Mobile, Pocket PC," http://www.opera.com/products/mobile/products/winmobileppc, Apr. 5, 2006, 2 pages.

Opera, "Opera 8.5 for S60 Phones-Get the Full Internet Experience on Your Mobile Phone," http://www.symbian-freak.com/news/1105/opera.htm, Apr. 5, 2006, 3 pages.

International Search Report and Written Opinion for International Application No. PCT/US2007/077644, mailed May 30, 2008.

International Search Report and Written Opinion dated Jun. 30, 2008, received in International Application PCT/US2007/088879 which corresponds to U.S. Appl. No. 11/620,647.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027873

Joint Trial Exhibit No. 1046.5

## US 7,864,163 B2
### Page 4

Office Action dated Nov. 17, 2009, received in U.S. Appl. No. 11/620,647.

Office Action dated Jun. 24, 2010, received in U.S. Appl. No. 11/620,647.

Examiner's Report dated Mar. 24, 2010, received in Australian Patent Application No. 2007292383, which corresponds to U.S. Appl. No. 11/850,013, 2 pages.

Office Action dated Jun. 7, 2010, received in German Patent Application No. 11 2007 002 107.1-53, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Jun. 21, 2010, received in European Application No. 07 814 690.9-2212, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 13, 2010, received in Chinese Patent Application No. 200780004122.6, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 19, 2010, received in European Application No. 07 814 690.9; which corresponds to U.S. Appl. No. 11/850,013.

* cited by examiner

APLNDC00027874

Joint Trial Exhibit No. 1046.6

**U.S. Patent**       Jan. 4, 2011       Sheet 1 of 29       US 7,864,163 B2



Figure 1A

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027875

Joint Trial Exhibit No. 1046.7

U.S. Patent          Jan. 4, 2011          Sheet 2 of 29          US 7,864,163 B2



Figure 1B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027876

Joint Trial Exhibit No. 1046.8

**U.S. Patent**          Jan. 4, 2011          Sheet 3 of 29          US 7,864,163 B2



Figure 2

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027877

Joint Trial Exhibit No. 1046.9

**U.S. Patent**        Jan. 4, 2011        Sheet 4 of 29        **US 7,864,163 B2**



**Figure 3**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027878

Joint Trial Exhibit No. 1046.10

**U.S. Patent**          Jan. 4, 2011          Sheet 5 of 29          **US 7,864,163 B2**



**Figure 4A**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

Joint Trial Exhibit No. 1046.11

**U.S. Patent**        Jan. 4, 2011        Sheet 6 of 29        US 7,864,163 B2



Figure 4B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027880

Joint Trial Exhibit No. 1046.12

**U.S. Patent**          Jan. 4, 2011          Sheet 7 of 29          US 7,864,163 B2



Figure 5A

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027881

Joint Trial Exhibit No. 1046.13

**U.S. Patent**          Jan. 4, 2011          Sheet 8 of 29          US 7,864,163 B2



**Figure 5B**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027882

Joint Trial Exhibit No. 1046.14

**U.S. Patent**        **Jan. 4, 2011**        **Sheet 9 of 29**        **US 7,864,163 B2**



Figure 5C

APLNDC00027883

Case 5:11-cv-01846-LHK   Document 1904-11   Filed 08/21/12   Page 67 of 121

Joint Trial Exhibit No. 1046.15



**Figure 5D**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027884

Joint Trial Exhibit No. 1046.16

**U.S. Patent**          **Jan. 4, 2011**      **Sheet 11 of 29**        **US 7,864,163 B2**



**Figure 5E**

Joint Trial Exhibit No. 1046.17

**U.S. Patent**  Jan. 4, 2011  Sheet 12 of 29  US 7,864,163 B2



**Figure 5F**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027886

Joint Trial Exhibit No. 1046.18

**U.S. Patent**      Jan. 4, 2011      Sheet 13 of 29      US 7,864,163 B2



Figure 5G

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027887

Joint Trial Exhibit No. 1046.19

**U.S. Patent**       Jan. 4, 2011       Sheet 14 of 29       US 7,864,163 B2



Figure 5H

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027888

Joint Trial Exhibit No. 1046.20

**U.S. Patent**        **Jan. 4, 2011**        **Sheet 15 of 29**        **US 7,864,163 B2**



**Figure 5I**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027889

Joint Trial Exhibit No. 1046.21

**U.S. Patent**　　　**Jan. 4, 2011**　　　**Sheet 16 of 29**　　　**US 7,864,163 B2**



Figure 5J

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027890

Joint Trial Exhibit No. 1046.22



**Figure 5K**

APLNDC00027891

Joint Trial Exhibit No. 1046.23

**U.S. Patent**          Jan. 4, 2011          Sheet 18 of 29          US 7,864,163 B2



**Figure 5L**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027892

Joint Trial Exhibit No. 1046.24

**U.S. Patent**     **Jan. 4, 2011**     **Sheet 19 of 29**     **US 7,864,163 B2**



**Figure 5M**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027893

Joint Trial Exhibit No. 1046.25

**U.S. Patent**        Jan. 4, 2011        Sheet 20 of 29        US 7,864,163 B2



6000

6002
Determine borders, margins, and/or paddings for a plurality of boxes that are specified in a structured electronic document (e.g., a web page) (e.g., an HTML or XML document).

6004
Adjust the borders, margins, and/or paddings for the plurality of boxes for display on a touch screen display of a portable electronic device.

6006
Display, on the touch screen display of the portable electronic device, at least a portion of the structured electronic document comprising the plurality of boxes of content.

6008
Scale the document width to fit within the touch screen display width independent of the document length.

6010
Detect a first gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) at a location on the displayed portion of the structured electronic document.

6012
Determine a first box in the plurality of boxes at the location of the first gesture.

6014
In a render tree associated with the structured electronic document, traverse down the render tree to determine a first node that corresponds to the detected location of the first gesture.

6016
Traverse up the render tree from the first node to a closest parent node that contains a logical grouping of content.

6018
Identify content corresponding to the closest parent node as the first box.

6020
Enlarge and substantially center the first box on the touch screen display.

6022
Simultaneously zoom and translate the first box.

6024
Expand the first box so that its width is substantially the same as the width of the touch screen display.

A

**Figure 6A**

APLNDC00027894

Joint Trial Exhibit No. 1046.26

**U.S. Patent**          **Jan. 4, 2011**          **Sheet 21 of 29**          **US 7,864,163 B2**



**Figure 6B**

APLNDC00027895

Joint Trial Exhibit No. 1046.27

**U.S. Patent**        Jan. 4, 2011        **Sheet 22 of 29**        **US 7,864,163 B2**



**Figure 6C**

APLNDC00027896

Joint Trial Exhibit No. 1046.28

**U.S. Patent**          Jan. 4, 2011          Sheet 23 of 29          US 7,864,163 B2



Figure 7A

APLNDC00027897

Joint Trial Exhibit No. 1046.29

**U.S. Patent**        Jan. 4, 2011        Sheet 24 of 29        US 7,864,163 B2



Figure 7B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027898

Joint Trial Exhibit No. 1046.30

**U.S. Patent**        Jan. 4, 2011        Sheet 25 of 29        **US 7,864,163 B2**



Figure 7C

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027899

Joint Trial Exhibit No. 1046.31

**U.S. Patent**          Jan. 4, 2011          Sheet 26 of 29          US 7,864,163 B2



Figure 7D

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027900

Joint Trial Exhibit No. 1046.32

**U.S. Patent**          Jan. 4, 2011          Sheet 27 of 29          US 7,864,163 B2



Figure 7E

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027901

Joint Trial Exhibit No. 1046.33

**U.S. Patent**  Jan. 4, 2011  Sheet 28 of 29  US 7,864,163 B2



Figure 7F

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027902

Joint Trial Exhibit No. 1046.34

**U.S. Patent**          **Jan. 4, 2011**          **Sheet 29 of 29**          **US 7,864,163 B2**



8000

8002
Display, on a touch screen display of a portable electronic device, at least a portion of a structured electronic document (e.g., a web page) (e.g., an HTML or XML document) comprising content.

8004
Detect a first gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on an item of inline multimedia content (e.g., video and/or audio content) in the displayed portion of the structured electronic document.

8006
In response to detecting the first gesture, enlarge the item of inline multimedia content on the touch screen display. Cease to display other content in the structured electronic document besides the enlarged item of inline multimedia content.

8008
While the enlarged item of inline multimedia content is displayed, detect a second gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on the touch screen display.

8010
In response to detecting the second gesture, display one or more playback controls (e.g., play, pause, sound volume, and/or playback progress bar icons) for playing the enlarged item of inline multimedia content.

8012
Detect a third gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on one of the playback controls.

8014
In response to detecting the third gesture, play the enlarged item of inline multimedia content.

8016
Detect a fourth gesture (e.g., a tap gesture on a playback completion icon) on the touch screen display.

8018
Display, again, at least the portion of the structured electronic document.

**Figure 8**

APLNDC00027903

Joint Trial Exhibit No. 1046.35

US 7,864,163 B2

**1**

## PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS

### RELATED APPLICATIONS

This application claims priority to U.S. Provisional Patent Application Nos. 60/937,993, "Portable Multifunction Device," filed Jun. 29, 2007; 60/946,715, "Portable Electronic Device, Method, And Graphical User Interface For Displaying Structured Electronic Documents," filed Jun. 27, 2007; 60/879,469, "Portable Multifunction Device," filed Jan. 8, 2007; 60/879,253, "Portable Multifunction Device," filed Jan. 7, 2007; and 60/824,769, "Portable Multifunction Device," filed Sep. 6, 2006. All of these applications are incorporated by referenced herein in their entirety.

This application is related to the following applications: (1) U.S. patent application Ser. No. 10/188,182, "Touch Pad For Handheld Device," filed Jul. 1, 2002; (2) U.S. patent application Ser. No. 10/722,948, "Touch Pad For Handheld Device," filed Nov. 25, 2003; (3) U.S. patent application Ser. No. 10/643,256, "Movable Touch Pad With Added Functionality," filed Aug. 18, 2003; (4) U.S. patent application Ser. No. 10/654,108, "Ambidextrous Mouse," filed Sep. 2, 2003; (5) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (6) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed Jul. 30, 2004; (7) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices" filed Jan. 18, 2005; (8) U.S. patent application Ser. No. 11/057,050, "Display Actuator," filed Feb. 11, 2005; (9) U.S. Provisional Patent Application No. 60/658,777, "Multi-Functional Hand-Held Device," filed Mar. 4, 2005; (10) U.S. patent application Ser. No. 11/367, 749, "Multi-Functional Hand-Held Device," filed Mar. 3, 2006; and (11) U.S. patent application No. 60/947,155, "Portable Electronic Device, Method, And Graphical User Interface For Displaying Inline Multimedia Content," filed Jun. 29, 2007. All of these applications are incorporated by reference herein in their entirety.

### TECHNICAL FIELD

The disclosed embodiments relate generally to portable electronic devices, and more particularly, to portable electronic devices that display structured electronic documents such as web pages on a touch screen display.

### BACKGROUND

As portable electronic devices become more compact, and the number of functions performed by a given device increase, it has become a significant challenge to design a user interface that allows users to easily interact with a multifunction device. This challenge is particular significant for handheld portable devices, which have much smaller screens than desktop or laptop computers. This situation is unfortunate because the user interface is the gateway through which users receive not only content but also responses to user actions or behaviors, including user attempts to access a device's features, tools, and functions. Some portable communication devices (e.g., mobile telephones, sometimes called mobile phones, cell phones, cellular telephones, and the like) have resorted to adding more pushbuttons, increasing the density of push buttons, overloading the functions of pushbuttons, or using complex menu systems to allow a user to access, store

**2**

and manipulate data. These conventional user interfaces often result in complicated key sequences and menu hierarchies that must be memorized by the user.

Many conventional user interfaces, such as those that include physical pushbuttons, are also inflexible. This may prevent a user interface from being configured and/or adapted by either an application running on the portable device or by users. When coupled with the time consuming requirement to memorize multiple key sequences and menu hierarchies, and the difficulty in activating a desired pushbutton, such inflexibility is frustrating to most users.

In particular, it is slow and tedious to navigate in structured electronic documents (e.g., web pages) in portable electronic devices with small screens using conventional input devices (e.g., 5-way toggle switches). Moreover, it is cumbersome to control and view multimedia content within such documents on portable electronic devices.

Accordingly, there is a need for portable electronic devices with more transparent and intuitive user interfaces for viewing and navigating structured electronic documents and multimedia content within such documents. Such interfaces increase the effectiveness, efficiency and user satisfaction with activities like web browsing on portable electronic devices.

### SUMMARY

The above deficiencies and other problems associated with user interfaces for portable devices are reduced or eliminated by the disclosed portable multifunction device. In some embodiments, the device has a touch-sensitive display (also known as a "touch screen") with a graphical user interface (GUI), one or more processors, memory and one or more modules, programs or sets of instructions stored in the memory for performing multiple functions. In some embodiments, the user interacts with the GUI primarily through finger contacts and gestures on the touch-sensitive display. In some embodiments, the functions may include telephoning, video conferencing, e-mailing, instant messaging, blogging, digital photographing, digital videoing, web browsing, digital music playing, and/or digital video playing. Instructions for performing these functions may be included in a computer readable storage medium or other computer program product configured for execution by one or more processors.

In one aspect of the invention, a computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises: displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; detecting a first gesture at a location on the displayed portion of the structured electronic document; determining a first box in the plurality of boxes at the location of the first gesture; and enlarging and substantially centering the first box on the touch screen display.

In another aspect of the invention, a graphical user interface on a portable electronic device with a touch screen display comprises: at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content. In response to detecting a first gesture at a location on the portion of the structured electronic document, a first box in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display.

In another aspect of the invention, a portable electronic device comprises: a touch screen display, one or more pro-

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

Joint Trial Exhibit No. 1046.36

US 7,864,163 B2

3

cessors, memory, and one or more programs. The one or more programs are stored in the memory and configured to be executed by the one or more processors. The one or more programs include instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content. The one or more programs also include: instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document; instructions for determining a first box in the plurality of boxes at the location of the first gesture; and instructions for enlarging and substantially centering the first box on the touch screen display.

In another aspect of the invention, a computer program product comprises a computer readable storage medium and a computer program mechanism (e.g., one or more computer programs) embedded therein. The computer program mechanism comprises instructions, which when executed by a portable electronic device with a touch screen display, cause the device: to display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; to detect a first gesture at a location on the displayed portion of the structured electronic document; to determine a first box in the plurality of boxes at the location of the first gesture; and to enlarge and substantially center the first box on the touch screen display.

In another aspect of the invention, a portable electronic device with a touch screen display comprises: means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; means for detecting a first gesture at a location on the displayed portion of the structured electronic document; means for determining a first box in the plurality of boxes at the location of the first gesture; and means for enlarging and substantially centering the first box on the touch screen display.

The disclosed embodiments allow users to more easily view and navigate structured electronic documents and multimedia content within such documents on portable electronic devices.

BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the aforementioned embodiments of the invention as well as additional embodiments thereof, reference should be made to the Description of Embodiments below, in conjunction with the following drawings in which like reference numerals refer to corresponding parts throughout the figures.

FIGS. 1A and 1B are block diagrams illustrating portable multifunction devices with touch-sensitive displays in accordance with some embodiments.

FIG. 2 illustrates a portable multifunction device having a touch screen in accordance with some embodiments.

FIG. 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.

FIGS. 4A and 4B illustrate exemplary user interfaces for a menu of applications on a portable multifunction device in accordance with some embodiments.

FIGS. 5A-5M illustrate exemplary user interfaces for a browser in accordance with some embodiments.

FIGS. 6A-6C are flow diagrams illustrating a process for displaying structured electronic documents such as web

4

pages on a portable electronic device with a touch screen display in accordance with some embodiments.

FIGS. 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

FIG. 8 is a flow diagram illustrating a process for displaying inline multimedia content on a portable electronic device with a touch screen display in accordance with some embodiments.

DESCRIPTION OF EMBODIMENTS

Reference will now be made in detail to embodiments, examples of which are illustrated in the accompanying drawings. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well-known methods, procedures, components, circuits, and networks have not been described in detail so as not to unnecessarily obscure aspects of the embodiments.

It will also be understood that, although the terms first, second, etc. may be used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another. For example, a first gesture could be termed a second gesture, and, similarly, a second gesture could be termed a first gesture, without departing from the scope of the present invention.

The terminology used in the description of the invention herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. As used in the description of the invention and the appended claims, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will also be understood that the term "and/or" as used herein refers to and encompasses any and all possible combinations of one or more of the associated listed items. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Embodiments of a portable multifunction device, user interfaces for such devices, and associated processes for using such devices are described. In some embodiments, the device is a portable communications device such as a mobile telephone that also contains other functions, such as PDA and/or music player functions.

The user interface may include a physical click wheel in addition to a touch screen or a virtual click wheel displayed on the touch screen. A click wheel is a user-interface device that may provide navigation commands based on an angular displacement of the wheel or a point of contact with the wheel by a user of the device. A click wheel may also be used to provide a user command corresponding to selection of one or more items, for example, when the user of the device presses down on at least a portion of the wheel or the center of the wheel. Alternatively, breaking contact with a click wheel image on a touch screen surface may indicate a user command corresponding to selection. For simplicity, in the discussion that follows, a portable multifunction device that includes a touch screen is used as an exemplary embodiment. It should be understood, however, that some of the user interfaces and associated processes may be applied to other devices, such as

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027905

US 7,864,163 B2

5

personal computers and laptop computers, which may include one or more other physical user-interface devices, such as a physical click wheel, a physical keyboard, a mouse and/or a joystick.

The device supports a variety of applications, such as one or more of the following: a telephone application, a video conferencing application, an e-mail application, an instant messaging application, a blogging application, a photo management application, a digital camera application, a digital video camera application, a web browsing application, a digital music player application, and/or a digital video player application.

The various applications that may be executed on the device may use at least one common physical user-interface device, such as the touch screen. One or more functions of the touch screen as well as corresponding information displayed on the device may be adjusted and/or varied from one application to the next and/or within a respective application. In this way, a common physical architecture (such as the touch screen) of the device may support the variety of applications with user interfaces that are intuitive and transparent.

The user interfaces may include one or more soft keyboard embodiments. The soft keyboard embodiments may include standard (QWERTY) and/or non-standard configurations of symbols on the displayed icons of the keyboard, such as those described in U.S. patent application Ser. Nos. 11/459,606, "Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, and 11/459,615, "Touch Screen Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, the contents of which are hereby incorporated by reference. The keyboard embodiments may include a reduced number of icons (or soft keys) relative to the number of keys in existing physical keyboards, such as that for a typewriter. This may make it easier for users to select one or more icons in the keyboard, and thus, one or more corresponding symbols. The keyboard embodiments may be adaptive. For example, displayed icons may be modified in accordance with user actions, such as selecting one or more icons and/or one or more corresponding symbols. One or more applications on the portable device may utilize common and/or different keyboard embodiments. Thus, the keyboard embodiment used may be tailored to at least some of the applications. In some embodiments, one or more keyboard embodiments may be tailored to a respective user. For example, one or more keyboard embodiments may be tailored to a respective user based on a word usage history (lexicography, slang, individual usage) of the respective user. Some of the keyboard embodiments may be adjusted to reduce a probability of a user error when selecting one or more icons, and thus one or more symbols, when using the soft keyboard embodiments.

Attention is now directed towards embodiments of the device. FIGS. 1A and 1B are block diagrams illustrating portable multifunction devices 100 with touch-sensitive displays 112 in accordance with some embodiments. The touch-sensitive display 112 is sometimes called a "touch screen" for convenience, and may also be known as or called a touch-sensitive display system. The device 100 may include a memory 102 (which may include one or more computer readable storage mediums), a memory controller 122, one or more processing units (CPU's) 120, a peripherals interface 118, RF circuitry 108, audio circuitry 110, a speaker 111, a microphone 113, an input/output (I/O) subsystem 106, other input or control devices 116, and an external port 124. The device 100 may include one or more optical sensors 164. These components may communicate over one or more communication buses or signal lines 103.

6

It should be appreciated that the device 100 is only one example of a portable multifunction device 100, and that the device 100 may have more or fewer components than shown, may combine two or more components, or a may have a different configuration or arrangement of the components. The various components shown in FIGS. 1A and 1B may be implemented in hardware, software or a combination of both hardware and software, including one or more signal processing and/or application specific integrated circuits.

Memory 102 may include high-speed random access memory and may also include non-volatile memory, such as one or more magnetic disk storage devices, flash memory devices, or other non-volatile solid-state memory devices. Access to memory 102 by other components of the device 100, such as the CPU 120 and the peripherals interface 118, may be controlled by the memory controller 122.

The peripherals interface 118 couples the input and output peripherals of the device to the CPU 120 and memory 102. The one or more processors 120 run or execute various software programs and/or sets of instructions stored in memory 102 to perform various functions for the device 100 and to process data.

In some embodiments, the peripherals interface 118, the CPU 120, and the memory controller 122 may be implemented on a single chip, such as a chip 104. In some other embodiments, they may be implemented on separate chips.

The RF (radio frequency) circuitry 108 receives and sends RF signals, also called electromagnetic signals. The RF circuitry 108 converts electrical signals to/from electromagnetic signals and communicates with communications networks and other communications devices via the electromagnetic signals. The RF circuitry 108 may include well-known circuitry for performing these functions, including but not limited to an antenna system, an RF transceiver, one or more amplifiers, a tuner, one or more oscillators, a digital signal processor, a CODEC chipset, a subscriber identity module (SIM) card, memory, and so forth. The RF circuitry 108 may communicate with networks, such as the Internet, also referred to as the World Wide Web (WWW), an intranet and/or a wireless network, such as a cellular telephone network, a wireless local area network (LAN) and/or a metropolitan area network (MAN), and other devices by wireless communication. The wireless communication may use any of a plurality of communications standards, protocols and technologies, including but not limited to Global System for Mobile Communications (GSM), Enhanced Data GSM Environment (EDGE), wideband code division multiple access (W-CDMA), code division multiple access (CDMA), time division multiple access (TDMA), Bluetooth, Wireless Fidelity (Wi-Fi) (e.g., IEEE 802.11a, IEEE 802.11b, IEEE 802.11g and/or IEEE 802.11n), voice over Internet Protocol (VoIP), Wi-MAX, a protocol for email (e.g., Internet message access protocol (IMAP) and/or post office protocol (POP)), instant messaging (e.g., extensible messaging and presence protocol (XMPP), Session Initiation Protocol for Instant Messaging and Presence Leveraging Extensions (SIMPLE), and/or Instant Messaging and Presence Service (IMPS)); and/or Short Message Service (SMS)), or any other suitable communication protocol, including communication protocols not yet developed as of the filing date of this document.

The audio circuitry 110, the speaker 111, and the microphone 113 provide an audio interface between a user and the device 100. The audio circuitry 110 receives audio data from the peripherals interface 118, converts the audio data to an electrical signal, and transmits the electrical signal to the speaker 111. The speaker 111 converts the electrical signal to human-audible sound waves. The audio circuitry 110 also

APLNDC00027906

Joint Trial Exhibit No. 1046.38

US 7,864,163 B2

7

receives electrical signals converted by the microphone 113 from sound waves. The audio circuitry 110 converts the electrical signal to audio data and transmits the audio data to the peripherals interface 118 for processing. Audio data may be retrieved from and/or transmitted to memory 102 and/or the RF circuitry 108 by the peripherals interface 118. In some embodiments, the audio circuitry 110 also includes a headset jack (e.g. 212, FIG. 2). The headset jack provides an interface between the audio circuitry 110 and removable audio input/output peripherals, such as output-only headphones or a head-set with both output (e.g., a headphone for one or both ears) and input (e.g., a microphone).

The I/O subsystem 106 couples input/output peripherals on the device 100, such as the touch screen 112 and other input/control devices 116, to the peripherals interface 118. The I/O subsystem 106 may include a display controller 156 and one or more input controllers 160 for other input or control devices. The one or more input controllers 160 receive/send electrical signals from/to other input or control devices 116. The other input/control devices 116 may include physical buttons (e.g., push buttons, rocker buttons, etc.), dials, slider switches, joysticks, click wheels, and so forth. In some alternate embodiments, input controller(s) 160 may be coupled to any (or none) of the following: a keyboard, infrared port, USB port, and a pointer device such as a mouse. The one or more buttons (e.g., 208, FIG. 2) may include an up/down button for volume control of the speaker 111 and/or the microphone 113. The one or more buttons may include a push button (e.g., 206, FIG. 2). A quick press of the push button may disengage a lock of the touch screen 112 or begin a process that uses gestures on the touch screen to unlock the device, as described in U.S. patent application Ser. No. 11/322,549, "Unlocking a Device by Performing Gestures on an Unlock Image," filed Dec. 23, 2005, which is hereby incorporated by reference. A longer press of the push button (e.g., 206) may turn power to the device 100 on or off. The user may be able to customize a functionality of one or more of the buttons. The touch screen 112 is used to implement virtual or soft buttons and one or more soft keyboards.

The touch-sensitive touch screen 112 provides an input interface and an output interface between the device and a user. The display controller 156 receives and/or sends electrical signals from/to the touch screen 112. The touch screen 112 displays visual output to the user. The visual output may include graphics, text, icons, video, and any combination thereof (collectively termed "graphics"). In some embodiments, some or all of the visual output may correspond to user-interface objects, further details of which are described below.

A touch screen 112 has a touch-sensitive surface, sensor or set of sensors that accepts input from the user based on haptic and/or tactile contact. The touch screen 112 and the display controller 156 (along with any associated modules and/or sets of instructions in memory 102) detect contact (and any movement or breaking of the contact) on the touch screen 112 and converts the detected contact into interaction with user-interface objects (e.g., one or more soft keys, icons, web pages or images) that are displayed on the touch screen. In an exemplary embodiment, a point of contact between a touch screen 112 and the user corresponds to a finger of the user.

The touch screen 112 may use LCD (liquid crystal display) technology, or LPD (light emitting polymer display) technology, although other display technologies may be used in other embodiments. The touch screen 112 and the display controller 156 may detect contact and any movement or breaking thereof using any of a plurality of touch sensing technologies now known or later developed, including but not limited to

8

capacitive, resistive, infrared, and surface acoustic wave technologies, as well as other proximity sensor arrays or other elements for determining one or more points of contact with a touch screen 112.

A touch-sensitive display in some embodiments of the touch screen 112 may be analogous to the multi-touch sensitive tablets described in the following U.S. Pat. Nos. 6,323,846 (Westerman et al.), 6,570,557 (Westerman et al.), and/or 6,677,932 (Westerman), and/or U.S. Patent Publication 2002/0015024A1, each of which is hereby incorporated by reference. However, a touch screen 112 displays visual output from the portable device 100, whereas touch sensitive tablets do not provide visual output.

A touch-sensitive display in some embodiments of the touch screen 112 may be as described in the following applications: (1) U.S. patent application Ser. No. 11/381,313, "Multipoint Touch Surface Controller," filed May 2, 2006; (2) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (3) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed Jul. 30, 2004; (4) U.S. patent application Ser. No. 11/048,264, "Gestures For Touch Sensitive Input Devices," filed Jan. 31, 2005; (5) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices," filed Jan. 18, 2005; (6) U.S. patent application Ser. No. 11/228,758, "Virtual Input Device Placement On A Touch Screen User Interface," filed Sep. 16, 2005; (7) U.S. patent application Ser. No. 11/228,700, "Operation Of A Computer With A Touch Screen Interface," filed Sep. 16, 2005; (8) U.S. patent application Ser. No. 11/228,737, "Activating Virtual Keys Of A Touch-Screen Virtual Keyboard," filed Sep. 16, 2005; and (9) U.S. patent application Ser. No. 11/367,749, "Multi-Functional Hand-Held Device," filed Mar. 3, 2006. All of these applications are incorporated by reference herein.

The touch screen 112 may have a resolution in excess of 100 dpi. In an exemplary embodiment, the touch screen has a resolution of approximately 160 dpi. The user may make contact with the touch screen 112 using any suitable object or appendage, such as a stylus, a finger, and so forth. In some embodiments, the user interface is designed to work primarily with finger-based contacts and gestures, which are much less precise than stylus-based input due to the larger area of contact of a finger on the touch screen. In some embodiments, the device translates the rough finger-based input into a precise pointer/cursor position or command for performing the actions desired by the user.

In some embodiments, in addition to the touch screen, the device 100 may include a touchpad (not shown) for activating or deactivating particular functions. In some embodiments, the touchpad is a touch-sensitive area of the device that, unlike the touch screen, does not display visual output. The touchpad may be a touch-sensitive surface that is separate from the touch screen 112 or an extension of the touch-sensitive surface formed by the touch screen.

In some embodiments, the device 100 may include a physical or virtual click wheel as an input control device 116. A user may navigate among and interact with one or more graphical objects (henceforth referred to as icons) displayed in the touch screen 112 by rotating the click wheel or by moving a point of contact with the click wheel (e.g., where the amount of movement of the point of contact is measured by its angular displacement with respect to a center point of the click wheel). The click wheel may also be used to select one or more of the displayed icons. For example, the user may press down on at least a portion of the click wheel or an associated button. User commands and navigation commands

APLNDC00027907

Joint Trial Exhibit No. 1046.39

US 7,864,163 B2

9

provided by the user via the click wheel may be processed by an input controller 160 as well as one or more of the modules and/or sets of instructions in memory 102. For a virtual click wheel, the click wheel and click wheel controller may be part of the touch screen 112 and the display controller 156, respectively. For a virtual click wheel, the click wheel may be either an opaque or semitransparent object that appears and disappears on the touch screen display in response to user interaction with the device. In some embodiments, a virtual click wheel is displayed on the touch screen of a portable multifunction device and operated by user contact with the touch screen.

The device 100 also includes a power system 162 for powering the various components. The power system 162 may include a power management system, one or more power sources (e.g., battery, alternating current (AC)), a recharging system, a power failure detection circuit, a power converter or inverter, a power status indicator (e.g., a light-emitting diode (LED)) and any other components associated with the generation, management and distribution of power in portable devices.

The device 100 may also include one or more optical sensors 164. FIGS. 1A and 1B show an optical sensor coupled to an optical sensor controller 158 in I/O subsystem 106. The optical sensor 164 may include charge-coupled device (CCD) or complementary metal-oxide semiconductor (CMOS) phototransistors. The optical sensor 164 receives light from the environment, projected through one or more lens, and converts the light to data representing an image. In conjunction with an imaging module 143 (also called a camera module), the optical sensor 164 may capture still images or video. In some embodiments, an optical sensor is located on the back of the device 100, opposite the touch screen display 112 on the front of the device, so that the touch screen display may be used as a viewfinder for either still and/or video image acquisition. In some embodiments, an optical sensor is located on the front of the device so that the user's image may be obtained for videoconferencing while the user views the other video conference participants on the touch screen display. In some embodiments, the position of the optical sensor 164 can be changed by the user (e.g., by rotating the lens and the sensor in the device housing) so that a single optical sensor 164 may be used along with the touch screen display for both video conferencing and still and/or video image acquisition.

The device 100 may also include one or more proximity sensors 166. FIGS. 1A and 1B show a proximity sensor 166 coupled to the peripherals interface 118. Alternately, the proximity sensor 166 may be coupled to an input controller 160 in the I/O subsystem 106. The proximity sensor 166 may perform as described in U.S. patent application Ser. No. 11/241,839, "Proximity Detector In Handheld Device," filed Sep. 30, 2005; Ser. No. 11/240,788, "Proximity Detector In Handheld Device," filed Sep. 30, 2005; Ser. No. 11/620,702, filed Jan. 7, 2007, "Using Ambient Light Sensor To Augment Proximity Sensor Output," Ser. No. 11/586,862, filed Oct. 24, 2006, "Automated Response To And Sensing Of User Activity In Portable Devices," and Ser. No. 11/638,251, filed Dec. 12, 2006, "Methods And Systems For Automatic Configuration Of Peripherals," which are hereby incorporated by reference. In some embodiments, the proximity sensor turns off and disables the touch screen 112 when the multifunction device is placed near the user's ear (e.g., when the user is making a phone call). In some embodiments, the proximity sensor keeps the screen off when the device is in the user's pocket, purse, or other dark area to prevent unnecessary battery drainage when the device is in a locked state.

10

The device 100 may also include one or more accelerometers 168. FIGS. 1A and 1B show an accelerometer 168 coupled to the peripherals interface 118. Alternately, the accelerometer 168 may be coupled to an input controller 160 in the I/O subsystem 106. The accelerometer 168 may perform as described in U.S. Patent Publication No. 20050190059, "Acceleration-based Theft Detection System for Portable Electronic Devices," and U.S. Patent Publication No. 20060017692, "Methods And Apparatuses For Operating A Portable Device Based On An Accelerometer," both of which are which are incorporated herein by reference. In some embodiments, information is displayed on the touch screen display in a portrait view or a landscape view based on an analysis of data received from the one or more accelerometers.

In some embodiments, the software components stored in memory 102 may include an operating system 126, a communication module (or set of instructions) 128, a contact/motion module (or set of instructions) 130, a graphics module (or set of instructions) 132, a text input module (or set of instructions) 134, a Global Positioning System (GPS) module (or set of instructions) 135, and applications (or set of instructions) 136.

The operating system 126 (e.g., Darwin, RTXC, LINUX, UNIX, OS X, WINDOWS, or an embedded operating system such as VxWorks) includes various software components and/or drivers for controlling and managing general system tasks (e.g., memory management, storage device control, power management, etc.) and facilitates communication between various hardware and software components.

The communication module 128 facilitates communication with other devices over one or more external ports 124 and also includes various software components for handling data received by the RF circuitry 108 and/or the external port 124. The external port 124 (e.g., Universal Serial Bus (USB), FIREWIRE, etc.) is adapted for coupling directly to other devices or indirectly over a network (e.g., the Internet, wireless LAN, etc.). In some embodiments, the external port is a multi-pin (e.g., 30-pin) connector that is the same as, or similar to and/or compatible with the 30-pin connector used on iPod (trademark of Apple Computer, Inc.) devices.

The contact/motion module 130 may detect contact with the touch screen 112 (in conjunction with the display controller 156) and other touch sensitive devices (e.g., a touchpad or physical click wheel). The contact/motion module 130 includes various software components for performing various operations related to detection of contact, such as determining if contact has occurred, determining if there is movement of the contact and tracking the movement across the touch screen 112, and determining if the contact has been broken (i.e., if the contact has ceased). Determining movement of the point of contact may include determining speed (magnitude), velocity (magnitude and direction), and/or an acceleration (a change in magnitude and/or direction) of the point of contact. These operations may be applied to single contacts (e.g., one finger contacts) or to multiple simultaneous contacts (e.g., "multitouch"/multiple finger contacts). In some embodiments, the contact/motion module 130 and the display controller 156 also detects contact on a touchpad. In some embodiments, the contact/motion module 130 and the controller 160 detects contact on a click wheel.

The graphics module 132 includes various known software components for rendering and displaying graphics on the touch screen 112, including components for changing the intensity of graphics that are displayed. As used herein, the term "graphics" includes any object that can be displayed to a user, including without limitation text, web pages, icons

APLNDC00027908

Joint Trial Exhibit No. 1046.40

US 7,864,163 B2

11

(such as user-interface objects including soft keys), digital images, videos, animations and the like.

The text input module 134, which may be a component of graphics module 132, provides soft keyboards for entering text in various applications (e.g., contacts 137, e-mail 140, IM 141, blogging 142, browser 147, and any other application that needs text input).

The GPS module 135 determines the location of the device and provides this information for use in various applications (e.g., to telephone 138 for use in location-based dialing, to camera 143 and/or blogger 142 as picture/video metadata, and to applications that provide location-based services such as weather widgets, local yellow page widgets, and map/ navigation widgets).

The applications 136 may include the following modules (or sets of instructions), or a subset or superset thereof:

a contacts module 137 (sometimes called an address book or contact list);

a telephone module 138;

a video conferencing module 139;

an e-mail client module 140;

an instant messaging (IM) module 141;

a blogging module 142;

a camera module 143 for still and/or video images;

an image management module 144;

a video player module 145;

a music player module 146;

a browser module 147;

a calendar module 148;

widget modules 149, which may include weather widget 149-1, stocks widget 149-2, calculator widget 149-3, alarm clock widget 149-4, dictionary widget 149-5, and other widgets obtained by the user, as well as user-created widgets 149-6;

widget creator module 150 for making user-created widgets 149-6;

search module 151;

video and music player module 152, which merges video player module 145 and music player module 146;

notes module 153; and/or map module 154.

Examples of other applications 136 that may be stored in memory 102 include other word processing applications, JAVA-enabled applications, encryption, digital rights management, voice recognition, and voice replication.

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the contacts module 137 may be used to manage an address book or contact list, including: adding name(s) to the address book; deleting name(s) from the address book; associating telephone number(s), e-mail address(es), physical address(es) or other information with a name; associating an image with a name; categorizing and sorting names; providing telephone numbers or e-mail addresses to initiate and/ or facilitate communications by telephone 138, video conference 139, e-mail 140, or IM 141; and so forth.

In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the telephone module 138 may be used to enter a sequence of characters corresponding to a telephone number, access one or more telephone numbers in the address book 137, modify a telephone number that has been entered, dial a respective telephone number, conduct a conversation and disconnect or hang up when the conversation is completed. As noted above, the wireless communication may use any of a plurality of communications standards, protocols and technologies.

12

In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, optical sensor 164, optical sensor controller 158, contact module 130, graphics module 132, text input module 134, contact list 137, and telephone module 138, the videoconferencing module 139 may be used to initiate, conduct, and terminate a video conference between a user and one or more other participants.

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the e-mail client module 140 may be used to create, send, receive, and manage e-mail. In conjunction with image management module 144, the e-mail module 140 makes it very easy to create and send e-mails with still or video images taken with camera module 143.

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the instant messaging module 141 may be used to enter a sequence of characters corresponding to an instant message, to modify previously entered characters, to transmit a respective instant message (for example, using a Short Message Service (SMS) or Multimedia Message Service (MMS) protocol for telephony-based instant messages or using XMPP, SIMPLE, or IMPS for Internet-based instant messages), to receive instant messages and to view received instant messages. In some embodiments, transmitted and/or received instant messages may include graphics, photos, audio files, video files and/or other attachments as are supported in a MMS and/or an Enhanced Messaging Service (EMS). As used herein, "instant messaging" refers to both telephony-based messages (e.g., messages sent using SMS or MMS) and Internet-based messages (e.g., messages sent using XMPP, SIMPLE, or IMPS).

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, text input module 134, image management module 144, and browsing module 147, the blogging module 142 may be used to send text, still images, video, and/or other graphics to a blog (e.g., the user's blog).

In conjunction with touch screen 112, display controller 156, optical sensor(s) 164, optical sensor controller 158, contact module 130, graphics module 132, and image management module 144, the camera module 143 may be used to capture still images or video (including a video stream) and store them into memory 102, modify characteristics of a still image or video, or delete a still image or video from memory 102.

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, text input module 134, and camera module 143, the image management module 144 may be used to arrange, modify or otherwise manipulate, label, delete, present (e.g., in a digital slide show or album), and store still and/or video images.

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, audio circuitry 110, and speaker 111, the video player module 145 may be used to display, present or otherwise play back videos (e.g., on the touch screen or on an external, connected display via external port 124).

In conjunction with touch screen 112, display system controller 156, contact module 130, graphics module 132, audio circuitry 110, speaker 111, RF circuitry 108, and browser module 147, the music player module 146 allows the user to download and play back recorded music and other sound files stored in one or more file formats, such as MP3 or AAC files.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027909

US 7,864,163 B2

13

In some embodiments, the device 100 may include the functionality of an MP3 player, such as an iPod (trademark of Apple Computer, Inc.).

In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, and text input module 134, the browser module 147 may be used to browse the Internet, including searching, linking to, receiving, and displaying web pages or portions thereof, as well as attachments and other files linked to web pages. Embodiments of user interfaces and associated processes using browser module 147 are described further below.

In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, e-mail module 140, and browser module 147, the calendar module 148 may be used to create, display, modify, and store calendars and data associated with calendars (e.g., calendar entries, to do lists, etc.).

In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, and browser module 147, the widget modules 149 are mini-applications that may be downloaded and used by a user (e.g., weather widget 149-1, stocks widget 149-2, calculator widget 149-3, alarm clock widget 149-4, and dictionary widget 149-5) or created by the user (e.g., user-created widget 149-6). In some embodiments, a widget includes an HTML (Hypertext Markup Language) file, a CSS (Cascading Style Sheets) file, and a JavaScript file. In some embodiments, a widget includes an XML (Extensible Markup Language) file and a JavaScript file (e.g., Yahoo! Widgets).

In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, and browser module 147, the widget creator module 150 may be used by a user to create widgets (e.g., turning a user-specified portion of a web page into a widget).

In conjunction with touch screen 112, display system controller 156, contact module 130, graphics module 132, and text input module 134, the search module 151 may be used to search for text, music, sound, image, video, and/or other files in memory 102 that match one or more search criteria (e.g., one or more user-specified search terms).

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the notes module 153 may be used to create and manage notes, to do lists, and the like.

In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, GPS module 135, and browser module 147, the map module 154 may be used to receive, display, modify, and store maps and data associated with maps (e.g., driving directions; data on stores and other points of interest at or near a particular location; and other location-based data).

Each of the above identified modules and applications correspond to a set of instructions for performing one or more functions described above. These modules (i.e., sets of instructions) need not be implemented as separate software programs, procedures or modules, and thus various subsets of these modules may be combined or otherwise re-arranged in various embodiments. For example, video player module 145 may be combined with music player module 146 into a single module (e.g., video and music player module 152, FIG. 1B). In some embodiments, memory 102 may store a subset of the modules and data structures identified above. Furthermore, memory 102 may store additional modules and data structures not described above.

14

In some embodiments, the device 100 is a device where operation of a predefined set of functions on the device is performed exclusively through a touch screen 112 and/or a touchpad. By using a touch screen and/or a touchpad as the primary input/control device for operation of the device 100, the number of physical input/control devices (such as push buttons, dials, and the like) on the device 100 may be reduced.

The predefined set of functions that may be performed exclusively through a touch screen and/or a touchpad include navigation between user interfaces. In some embodiments, the touchpad, when touched by the user, navigates the device 100 to a main, home, or root menu from any user interface that may be displayed on the device 100. In such embodiments, the touchpad may be referred to as a "menu button." In some other embodiments, the menu button may be a physical push button or other physical input/control device instead of a touchpad.

FIG. 2 illustrates a portable multifunction device 100 having a touch screen 112 in accordance with some embodiments. The touch screen may display one or more graphics within user interface (UI) 200. In this embodiment, as well as others described below, a user may select one or more of the graphics by making contact or touching the graphics, for example, with one or more fingers 202 (not drawn to scale in the figure). In some embodiments, selection of one or more graphics occurs when the user breaks contact with the one or more graphics. In some embodiments, the contact may include a gesture, such as one or more taps, one or more swipes (from left to right, right to left, upward and/or downward) and/or a rolling of a finger (from right to left, left to right, upward and/or downward) that has made contact with the device 100. In some embodiments, inadvertent contact with a graphic may not select the graphic. For example, a swipe gesture that sweeps over an application icon may not select the corresponding application when the gesture corresponding to selection is a tap.

The device 100 may also include one or more physical buttons, such as "home" or menu button 204. As described previously, the menu button 204 may be used to navigate to any application 136 in a set of applications that may be executed on the device 100. Alternatively, in some embodiments, the menu button is implemented as a soft key in a GUI in touch screen 112.

In one embodiment, the device 100 includes a touch screen 112, a menu button 204, a push button 206 for powering the device on/off and locking the device, volume adjustment button(s) 208, a Subscriber Identity Module (SIM) card slot 210, a head set jack 212, and a docking/charging external port 124. The push button 206 may be used to turn the power on/off on the device by depressing the button and holding the button in the depressed state for a predefined time interval; to lock the device by depressing the button and releasing the button before the predefined time interval has elapsed; and/or to unlock the device or initiate an unlock process. In an alternative embodiment, the device 100 also may accept verbal input for activation or deactivation of some functions through the microphone 113.

Attention is now directed towards embodiments of user interfaces ("UI") and associated processes that may be implemented on a portable multifunction device 100:

FIG. 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments. In some embodiments, user interface 300 includes the following elements, or a subset or superset thereof:

Unlock image 302 that is moved with a finger gesture to unlock the device;

Arrow 304 that provides a visual cue to the unlock gesture;

Joint Trial Exhibit No. 1046.42

US 7,864,163 B2

15

Channel 306 that provides additional cues to the unlock gesture;
Time 308;
Day 310;
Date 312; and
Wallpaper image 314.

In some embodiments, the device detects contact with the touch-sensitive display (e.g., a user's finger making contact on or near the unlock image 302) while the device is in a user-interface lock state. The device moves the unlock image 302 in accordance with the contact. The device transitions to a user-interface unlock state if the detected contact corresponds to a predefined gesture, such as moving the unlock image across channel 306.

Conversely, the device maintains the user-interface lock state if the detected contact does not correspond to the predefined gesture. As noted above, processes that use gestures on the touch screen to unlock the device are described in U.S. patent application Ser. No. 11/322,549, "Unlocking A Device By Performing Gestures On An Unlock Image," filed Dec. 23, 2005, and 11/322,550, "Indication Of Progress Towards Satisfaction Of A User Input Condition," filed Dec. 23, 2005, which are hereby incorporated by reference.

FIGS. 4A and 4B illustrate exemplary user interfaces for a menu of applications on a portable multifunction device in accordance with some embodiments. In some embodiments, user interface 400A includes the following elements, or a subset or superset thereof:

Signal strength indicator(s) 402 for wireless communication(s), such as cellular and Wi-Fi signals;
Time 404;
Battery status indicator 406;
Tray 408 with icons for frequently used applications, such as one or more of the following:
Phone 138, which may include an indicator 414 of the number of missed calls or voicemail messages;
E-mail client 140, which may include an indicator 410 of the number of unread e-mails;
Browser 147; and
Music player 146; and
Icons for other applications, such as one or more of the following:
IM 141;
Image management 144;
Camera 143;
Video player 145;
Weather 149-1;
Stocks 149-2;
Blog 142;
Calendar 148;
Calculator 149-3;
Alarm clock 149-4;
Dictionary 149-5; and
User-created widget 149-6.

In some embodiments, user interface 400B includes the following elements, or a subset or superset thereof:
402, 404, 406, 141, 148, 144, 143, 149-3, 149-2, 149-1, 149-4, 410, 414, 138, 140, and 147, as described above;
Map 154;
Notes 153;
Settings 412, which provides access to settings for the device 100 and its various applications 136, as described further below; and
Video and music player module 152, also referred to as iPod (trademark of Apple Computer, Inc.) module 152.

In some embodiments, UI 400A or 400B displays all of the available applications 136 on one screen so that there is no

16

need to scroll through a list of applications (e.g., via a scroll bar). In some embodiments, as the number of applications increase, the icons corresponding to the applications may decrease in size so that all applications may be displayed on a single screen without scrolling. In some embodiments, having all applications on one screen and a menu button enables a user to access any desired application with at most two inputs, such as activating the menu button 204 and then activating the desired application (e.g., by a tap or other finger gesture on the icon corresponding to the application).

FIGS. 5A-5M illustrate exemplary user interfaces for a browser in accordance with some embodiments.

In some embodiments, user interfaces 3900A-3900M (in FIGS. 5A-5M, respectively) include the following elements, or a subset or superset thereof:
402, 404, and 406, as described above;
Previous page icon 3902 that when activated (e.g., by a finger tap on the icon) initiates display of the previous web page;
Web page name 3904;
Next page icon 3906 that when activated (e.g., by a finger tap on the icon) initiates display of the next web page;
URL (Uniform Resource Locator) entry box 3908 for inputting URLs of web pages;
Refresh icon 3910 that when activated (e.g., by a finger tap on the icon) initiates a refresh of the web page;
Web page 3912 or other structured document, which is made of blocks 3914 of text content and other graphics (e.g., images and inline multimedia);
Settings icon 3916 that when activated (e.g., by a finger tap on the icon) initiates display of a settings menu for the browser;
Bookmarks icon 3918 that when activated (e.g., by a finger tap on the icon) initiates display of a bookmarks list or menu for the browser;
Add bookmark icon 3920 that when activated (e.g., by a finger tap on the icon) initiates display of a UI for adding bookmarks (e.g., UI 3900F, FIG. 5F, which like other UIs and pages, can be displayed in either portrait or landscape view);
New window icon 3922 that when activated (e.g., by a finger tap on the icon) initiates display of a UI for adding new windows to the browser (e.g., UI 3900G, FIG. 5G);
Vertical bar 3962 (FIG. 5H) for the web page 3912 or other structured document that helps a user understand what portion of the web page 3912 or other structured document is being displayed;
Horizontal bar 3964 (FIG. 5H) for the web page 3912 or other structured document that helps a user understand what portion of the web page 3912 or other structured document is being displayed;
Share icon 3966 that when activated (e.g., by a finger tap on the icon) initiates display of a UI for sharing information with other users (e.g., UI 3900K, FIG. 5K);
URL clear icon 3970 (FIG. 5I) that when activated (e.g., by a finger tap on the icon) clears any input in URL entry box 3908;
Search term entry box 3972 (FIG. 5I) for inputting search terms for web searches;
URL suggestion list 3974 that displays URLs that match the input in URL entry box 3908 (FIG. 5I), wherein activation of a suggested URL (e.g., by a finger tap on the suggested URL) initiates retrieval of the corresponding web page;
URL input keyboard 3976 (FIGS. 5I and 5M) with period key 3978, backslash key 3980, and ".com" key 3982 that make it easier to enter common characters in URLs;

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027911

US 7,864,163 B2

17

Search term clear icon 3984 that when activated (e.g., by a finger tap on the icon) clears any input in search term entry box 3972;

Email link icon 3986 (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains a link to be shared with one or more other users;

Email content icon 3988 (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains content to be shared with one or more other users;

IM link icon 3990 (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an IM that contains a link to be shared with one or more other users; and

Cancel icon 3992 (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) cancels the sharing UI (e.g., UI 3900K, FIG. 5K) and displays the previous UI.

In some embodiments, in response to a predefined gesture by the user on a block 3914 (e.g., a single tap gesture or a double tap gesture), the block is enlarged and centered (or substantially centered) in the web page display. For example, in response to a single tap gesture 3923 on block 3914-5, block 3914-5 may be enlarged and centered in the display, as shown in UI 3900C, FIG. 5C. In some embodiments, the width of the block is scaled to fill the touch screen display. In some embodiments, the width of the block is scaled to fill the touch screen display with a predefined amount of padding along the sides of the display. In some embodiments, a zooming animation of the block is displayed during enlargement of the block. Similarly, in response to a single tap gesture 3925 on block 3914-2, block 3914-2 may be enlarged with a zooming animation and two-dimensionally scrolled to the center of the display (not shown).

In some embodiments, the device analyzes the render tree of the web page 3912 to determine the blocks 3914 in the web page. In some embodiments, a block 3914 corresponds to a render node that is: a replaced inline; a block; an inline block; or an inline table.

In some embodiments, in response to the same predefined gesture by the user on a block 3914 (e.g., a single tap gesture or a double tap gesture) that is already enlarged and centered, the enlargement and/or centering is substantially or completely reversed. For example, in response to a single tap gesture 3929 (FIG. 5C) on block 3914-5, the web page image may zoom out and return to UI 3900A, FIG. 5A.

In some embodiments, in response to a predefined gesture (e.g., a single tap gesture or a double tap gesture) by the user on a block 3914 that is already enlarged but not centered, the block is centered (or substantially centered) in the web page display. For example, in response to a single tap gesture 3927 (FIG. 5C) on block 3914-4, block 3914-4 may be centered (or substantially centered) in the web page display. Similarly, in response to a single tap gesture 3935 (FIG. 5C) on block 3914-6, block 3914-6 may be centered (or substantially centered) in the web page display. Thus, for a web page display that is already enlarged, in response to a predefined gesture, the device may display in an intuitive manner a series of blocks that the user wants to view. This same gesture may initiate different actions in different contexts (e.g., (1) zooming and/or enlarging in combination with scrolling when the web page is reduced in size, UI 3900A and (2) reversing the enlargement and/or centering if the block is already centered and enlarged).

In some embodiments, in response to a multi-touch 3931 and 3933 de-pinching gesture by the user (FIG. 5C), the web

18

page may be enlarged. Conversely, in response to a multi-touch pinching gesture by the user, the web page may be reduced.

In some embodiments, in response to a substantially vertical upward (or downward) swipe gesture by the user, the web page (or, more generally, other electronic documents) may scroll one-dimensionally upward (or downward) in the vertical direction. For example, in response to an upward swipe gesture 3937 by the user that is within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll one-dimensionally upward in the vertical direction.

Conversely, in some embodiments, in response to a swipe gesture that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally (i.e., with simultaneous movement in both the vertical and horizontal directions). For example, in response to an upward swipe gesture 3939 (FIG. 5C) by the user that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally along the direction of the swipe 3939.

In some embodiments, in response to a multi-touch 3941 and 3943 rotation gesture by the user (FIG. 5C), the web page may be rotated exactly 90° (UI 3900D, FIG. 5D) for landscape viewing, even if the amount of rotation in the multi-touch 3941 and 3943 rotation gesture is substantially different from 90°. Similarly, in response to a multi-touch 3945 and 3947 rotation gesture by the user (UI 3900D, FIG. 5D), the web page may be rotated exactly 90° for portrait viewing, even if the amount of rotation in the multi-touch 3945 and 3947 rotation gesture is substantially different from 90°.

Thus, in response to imprecise gestures by the user, precise movements of graphics occur. The device behaves in the manner desired by the user despite inaccurate input by the user. Also, note that the gestures described for UI 3900C, which has a portrait view, are also applicable to UIs with a landscape view (e.g., UI 3900D, FIG. 5D) so that the user can choose whichever view the user prefers for web browsing.

FIGS. 6A-6C are flow diagrams illustrating a process 6000 for displaying structured electronic documents such as web pages on a portable electronic device with a touch screen display (e.g., device 100) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display. The structured electronic document comprises a plurality of boxes of content (e.g., blocks 3914, FIG. 5A) (6006).

In some embodiments, the plurality of boxes is defined by a style sheet language. In some embodiments, the style sheet language is a cascading style sheet language. In some embodiments, the structured electronic document is a web page (e.g., web page 3912, FIG. 5A). In some embodiments, the structured electronic document is an HTML or XML document.

In some embodiments, displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the touch screen display width independent of the document length (6008).

In some embodiments, the touch screen display is rectangular with a short axis and a long axis (also called the minor axis and major axis); the display width corresponds to the short axis (or minor axis) when the structured electronic document is seen in portrait view (e.g., FIG. 5C); and the display width corresponds to the long axis (or major axis) when the structured electronic document is seen in landscape view (e.g., FIG. 5D).

In some embodiments, prior to displaying at least a portion of a structured electronic document, borders, margins, and/or paddings are determined for the plurality of boxes (6002) and

US 7,864,163 B2

19

adjusted for display on the touch screen display (6004). In some embodiments, all boxes in the plurality of boxes are adjusted. In some embodiments, just the first box is adjusted. In some embodiments, just the first box and boxes adjacent to the first box are adjusted.

A first gesture is detected at a location on the displayed portion of the structured electronic document (e.g., gesture 3923, FIG. 5A) (6010). In some embodiments, the first gesture is a finger gesture. In some embodiments, the first gesture is a stylus gesture.

In some embodiments, the first gesture is a tap gesture. In some embodiments, the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

A first box (e.g., Block 5 3914-5, FIG. 5A) in the plurality of boxes is determined at the location of the first gesture (6012). In some embodiments, the structured electronic document has an associated render tree with a plurality of nodes and determining the first box at the location of the first gesture comprises: traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture (6014); traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content (6016); and identifying content corresponding to the closest parent node as the first box (6018). In some embodiments, the logical grouping of content comprises a paragraph, an image, a plugin object, or a table. In some embodiments, the closest parent node is a replaced inline, a block, an inline block, or an inline table.

The first box is enlarged and substantially centered on the touch screen display (e.g., Block 5 3914-5, FIG. 5C) (6020). In some embodiments, enlarging and substantially centering comprises simultaneously zooming and translating the first box on the touch screen display (6022). In some embodiments, enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display (6024).

In some embodiments, text in the enlarged first box is resized to meet or exceed a predetermined minimum text size on the touch screen display (6026). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (6028); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box (6030); and if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size (6032). In some embodiments, the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging. In some embodiments, the resizing occurs during the enlarging. In some embodiments, the resizing occurs after the enlarging.

For example, suppose the predetermined minimum text size is an 18-point font and the scale factor is determined to be two. In that case, the minimum text size for text in the first box is 18 divided by 2, or 9. If text in the first box is in a 10-point font, its text size is not increased, because 10 is greater than the 9-point minimum. Once the scale factor is applied, the text will be displayed in a 20-point font, which is greater than the predetermined minimum text size of 18. If, however, text in the first box is in an 8-point font, application of the scale factor would cause the text to be displayed in a 16-point font, which is less than the predetermined minimum text size of 18. Therefore, since 8 is less than 9, the text size is increased to at least a 9-point font and displayed in at least an 18-point font after application of the scale factor.

20

In some embodiments, text in the structured electronic document is resized to meet or exceed a predetermined minimum text size on the touch screen display (6026; FIG. 6B). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (6028); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document (6030); and if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size (6032). In some embodiments, the text resizing comprises: identifying boxes containing text in the plurality of boxes; determining a scale factor by which the first box will be enlarged; dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box to accommodate the resized text.

In some embodiments, a second gesture (e.g., gesture 3929, FIG. 5C) is detected on the enlarged first box (6034). In response to detecting the second gesture, the displayed portion of the structured electronic document is reduced in size (6036). In some embodiments, the first box returns to its size prior to being enlarged (6038).

In some embodiments, the second gesture and the first gesture are the same type of gesture. In some embodiments, the second gesture is a finger gesture. In some embodiments, the second gesture is a stylus gesture.

In some embodiments, the second gesture is a tap gesture. In some embodiments, the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

In some embodiments, while the first box is enlarged, a third gesture (e.g., gesture 3927 or gesture 3935, FIG. 5C) is detected on a second box other than the first box (6040). In response to detecting the third gesture, the second box is substantially centered on the touch screen display (6042). In some embodiments, the third gesture and the first gesture are the same type of gesture. In some embodiments, the third gesture is a finger gesture. In some embodiments, the third gesture is a stylus gesture.

In some embodiments, the third gesture is a tap gesture. In some embodiments, the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

In some embodiments, a swipe gesture (e.g., gesture 3937 or gesture 3939, FIG. 5C) is detected on the touch screen display (6044; FIG. 6C). In response to detecting the swipe gesture, the displayed portion of the structured electronic document is translated on the touch screen display (6046). In some embodiments, the translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display (6048). In some embodiments, the swipe gesture is a finger gesture. In some embodiments, the swipe gesture is a stylus gesture.

In some embodiments, a fifth gesture (e.g., multi-touch gesture 3941/3943, FIG. 5C) is detected on the touch screen display (6050). In response to detecting the fifth gesture, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (6052). In some embodiments, the fifth gesture is a finger gesture. In some

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027913

Joint Trial Exhibit No. 1046.45

US 7,864,163 B2

21

embodiments, the fifth gesture is a multifinger gesture. In some embodiments, the fifth gesture is a twisting gesture.

In some embodiments, a change in orientation of the device is detected (6054). For example, the one or more accelerometers 168 (FIGS. 1A-1B) detect a change in orientation of the device. In response to detecting the change in orientation of the device, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (6056).

In some embodiments, a multi-finger de-pinch gesture (e.g., multi-touch gesture 3931/3933, FIG. 5C) is detected on the touch screen display (6058). In response to detecting the multi-finger de-pinch gesture, a portion of the displayed portion of the structured electronic document is enlarged on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture (6060).

While the content display process 6000 described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process 6000 can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

A graphical user interface (e.g., UI 3900A, FIG. 5A) on a portable electronic device with a touch screen display comprises at least a portion of a structured electronic document (e.g., web page 3912, FIG. 5A). The structured electronic document comprises a plurality of boxes of content (e.g., blocks 3914, FIG. 5A). In response to detecting a first gesture (e.g., gesture 3923, FIG. 5A) at a location on the portion of the structured electronic document, a first box (e.g., Block 5 3914-5, FIG. 5A) in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display (e.g., Block 5 3914-5, FIG. 5C).

In some embodiments, in response to a tap or other predefined user gesture on URL entry box 3908, the touch screen displays an enlarged entry box 3926 and a keyboard 616 (e.g., UI 3900B, FIG. 5B in portrait viewing and UI 3900E, FIG. 5E in landscape viewing). In some embodiments, the touch screen also displays:

Contextual clear icon 3928 that when activated (e.g., by a finger tap on the icon) initiates deletion of all text in entry box 3926;

a search icon 3930 that when activated (e.g., by a finger tap on the icon) initiates an Internet search using the search terms input in box 3926; and

Go to URL icon 3932 that when activated (e.g., by a finger tap on the icon) initiates acquisition of the web page with the URL input in box 3926;

Thus, the same entry box 3926 may be used for inputting both search terms and URLs. In some embodiments, whether or not clear icon 3928 is displayed depends on the context.

UI 3900G (FIG. 5G) is a UI for adding new windows to an application, such as the browser 147. UI 3900G displays an application (e.g., the browser 147), which includes a displayed window (e.g., web page 3912-2) and at least one hidden window (e.g., web pages 3912-1 and 3934-3 and possibly other web pages that are completely hidden off-screen). UI 3900G also displays an icon for adding windows to the application (e.g., new window or new page icon 3936). In response to detecting activation of the icon 3936 for adding windows, the browser adds a window to the application (e.g., a new window for a new web page 3912).

22

In response to detecting a gesture on the touch screen display, a displayed window in the application is moved off the display and a hidden window is moved onto the display. For example, in response to detecting a tap gesture 3949 on the left side of the screen, the window with web page 3912-2 is moved partially or fully off-screen to the right, the window with web page 3912-3 is moved completely off-screen, partially hidden window with web page 3912-1 is moved to the center of the display, and another completely hidden window with a web page (e.g., 3912-0) may be moved partially onto the display. Alternatively, detection of a left-to-right swipe gesture 3951 may achieve the same effect.

Conversely, in response to detecting a tap gesture 3953 on the right side of the screen, the window with web page 3912-2 is moved partially or fully off-screen to the left, the window with web page 3912-1 is moved completely off-screen, partially hidden window with web page 3912-3 is moved to the center of the display, and another completely hidden window with a web page (e.g., 3912-4) may be moved partially onto the display. Alternatively, detection of a right-to-left swipe gesture 3951 may achieve the same effect.

In some embodiments, in response to a tap or other predefined gesture on a delete icon 3934; the corresponding window 3912 is deleted. In some embodiments, in response to a tap or other predefined gesture on Done icon 3938, the window in the center of the display (e.g., 3912-2) is enlarged to fill the screen.

Additional description of adding windows to an application can be found in U.S. patent application Ser. No. 11/620, 647, "Method, System, And Graphical User Interface For Viewing Multiple Application Windows," filed Jan. 5, 2007, the content of which is hereby incorporated by reference.

FIGS. 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

In some embodiments, user interfaces 4000A-4000F (in FIGS. 7A-7F, respectively) include the following elements, or a subset or superset thereof:

402, 404, 406, 3902, 3906, 3910, 3912, 3918, 3920, 3922, as described above;

inline multimedia content 4002, such as QuickTime content (4002-1), Windows Media content (4002-2), or Flash content (4002-3);

other types of content 4004 in the structured document, such as text;

Exit icon 4006 that when activated (e.g., by a finger tap on the icon) initiates exiting the inline multimedia content player UI (e.g., UI 4000B or 4000F) and returning to another UI (e.g., UI 4000A, FIG. 7A);

Lapsed time 4008 that shows how much of the inline multimedia content 4002 has been played, in units of time;

Progress bar 4010 that indicates what fraction of the inline multimedia content 4002 has been played and that may be used to help scroll through the inline multimedia content in response to a user gesture;

Remaining time 4012 that shows how much of the inline multimedia content 4002 remains to be played, in units of time;

Downloading icon 4014 that indicates when inline multimedia content 4002 is being downloaded or streamed to the device;

Fast Reverse/Skip Backwards icon 4016 that when activated (e.g., by a finger tap on the icon) initiates reversing or skipping backwards through the inline multimedia content 4002;

Play icon 4018 that when activated (e.g., by a finger tap 4026 (FIG. 7C) on the icon) initiates playing the inline

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027914

Joint Trial Exhibit No. 1046.46

US 7,864,163 B2

23

multimedia content 4002, either from the beginning or from where the inline multimedia content was paused;

Fast Forward/Skip Forward icon 4020 that initiates forwarding or skipping forwards through the inline multimedia content 4002;

Volume adjustment slider icon 4022 that that when activated (e.g., by a finger tap on the icon) initiates adjustment of the volume of the inline multimedia content 4002; and

Pause icon 4024 that when activated (e.g., by a finger tap on the icon) initiates pausing the inline multimedia content 4002.

FIG. 8 is a flow diagram illustrating a process 8000 for displaying inline multimedia content on a portable electronic device with a touch screen display (e.g., device 100) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display (8002). The structured electronic document comprises content (e.g., content 4002 and 4004, FIG. 7A). In some embodiments, the structured electronic document is a web page (e.g., web page 3912). In some embodiments, the structured electronic document is an HTML or XML document.

A first gesture (e.g., gesture 4028, FIG. 7A) is detected on an item of inline multimedia content (e.g., content 4002-1, FIG. 7A) in the displayed portion of the structured electronic document (8004). In some embodiments, the inline multimedia content comprises video and/or audio content. In some embodiments, the content can be played with a QuickTime, Windows Media, or Flash plugin.

In response to detecting the first gesture, the item of inline multimedia content is enlarged on the touch screen display and other content (e.g., content 4004 and other content 4002 besides 4002-1, FIG. 7A) in the structured electronic document besides the enlarged item of inline multimedia content ceases to be displayed (e.g., UI 4000B, FIG. 7B or UI 4000F, FIG. 7F) (8006).

In some embodiments, enlarging the item of inline multimedia content comprises animated zooming in on the item. In some embodiments, enlarging the item of inline multimedia content comprises simultaneously zooming and translating the item of inline multimedia content on the touch screen display. In some embodiments, enlarging the item of inline multimedia content comprises rotating the item of inline multimedia content by 90° (e.g., from UI 4000A, FIG. 7A to UI 4000B, FIG. 7B).

In some embodiments, the item of inline multimedia content has a full size; the touch screen display has a size; and enlarging the item of inline multimedia content comprises enlarging the item of inline multimedia content to the smaller of the full size of the item and the size of the touch screen display.

In some embodiments, enlarging the item of inline multimedia content comprises expanding the item of inline multimedia content so that the width of the item of inline multimedia content is substantially the same as the width of the touch screen display (e.g., UI 4000B, FIG. 7B or UI 4000F, FIG. 7F).

In some embodiments, ceasing to display other content in the structured electronic document besides the item of inline multimedia content comprises fading out the other content in the structured electronic document besides the item of inline multimedia content.

While the enlarged item of inline multimedia content is displayed, a second gesture is detected on the touch screen display (e.g., gesture 4030, FIG. 7B) (8008).

24

In response to detecting the second gesture, one or more playback controls for playing the enlarged item of inline multimedia content are displayed (8010). In some embodiments, the one or more playback controls comprise a play icon (e.g., icon 4018, FIG. 7C), a pause icon (e.g., icon 4024, FIG. 7E), a sound volume icon (e.g., icon 4022), and/or a playback progress bar icon (e.g., icon 4010).

In some embodiments, displaying one or more playback controls comprises displaying one or more playback controls on top of the enlarged item of inline multimedia content (e.g., playback controls 4016, 4018, 4020, and 4022 are on top of enlarged inline multimedia content 4002-1 in FIG. 7C). In some embodiments, the one or more playback controls are superimposed on top of the enlarged item of inline multimedia content. In some embodiments, the one or more playback controls are semitransparent.

In some embodiments, an instruction in the structured electronic document to automatically start playing the item of inline multimedia content is overridden, which gives the device time to download more of the selected inline multimedia content prior to starting playback.

A third gesture is detected on one of the playback controls (e.g., gesture 4026 on play icon 4018, FIG. 7C) (8012).

In response to detecting the third gesture, the enlarged item of inline multimedia content is played (8014). In some embodiments, playing the enlarged item of inline multimedia content comprises playing the enlarged item of inline multimedia content with a plugin for a content type associated with the item of inline multimedia content.

In some embodiments, while the enlarged item of inline multimedia content is played, the one or more playback controls cease to be displayed (e.g., FIG. 7D, which no longer displays playback controls 4016, 4018, 4020, and 4022, but still shows 4006, 4008, 4010, and 4012). In some embodiments, all of the playback controls cease to be displayed. In some embodiments, ceasing to display the one or more playback controls comprises fading out the one or more playback controls. In some embodiments, the display of the one or more playback controls is ceased after a predetermined time. In some embodiments, the display of the one or more playback controls is ceased after no contact is detected with the touch screen display for a predetermined time.

In some embodiments, a fourth gesture is detected on the touch screen display (8016). In response to detecting the fourth gesture, at least the portion of the structured electronic document is displayed again (e.g., FIG. 7A) (8018). In some embodiments, the fourth gesture comprises a tap gesture on a playback completion icon, such as a done icon (e.g., gesture 4032 on done icon 4006, FIG. 7D). In some embodiments, the item of inline multimedia content returns to its size prior to being enlarged.

In some embodiments, the first, second, and third gestures are finger gestures. In some embodiments, the first, second, and third gestures are stylus gestures.

In some embodiments, the first, second, and third gestures are tap gestures. In some embodiments, the tap gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

While the multimedia display process 8000 described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process 8000 can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

APLNDC00027915

Joint Trial Exhibit No. 1046.47

US 7,864,163 B2

25

A graphical user interface on a portable electronic device with a touch screen display comprises: at least a portion of a structured electronic document, wherein the structured electronic document comprises content; an item of inline multimedia content in the portion of the structured electronic document; and one or more playback controls. In response to detecting a first gesture on the item of inline multimedia content, the item of inline multimedia content on the touch screen display is enlarged, and display of other content in the structured electronic document besides the enlarged item of inline multimedia content is ceased. In response to detecting a second gesture on the touch screen display while the enlarged item of inline multimedia content is displayed, the one or more playback controls for playing the enlarged item of inline multimedia content are displayed. In response to detecting a third gesture on one of the playback controls, the enlarged item of inline multimedia content is played.

The foregoing description, for purpose of explanation, has been described with reference to specific embodiments. However, the illustrative discussions above are not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings. The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

1. A computer-implemented method, comprising:

at a portable electronic device with a touch screen display;

displaying at least a portion of a web page on the touch screen display, wherein the web page comprises a plurality of boxes of content;

detecting a first finger tap gesture at a location on the displayed portion of the web page;

determining a first box in the plurality of boxes at the location of the first finger tap gesture; and

enlarging and translating the web page so as to substantially center the first box on the touch screen display, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display;

resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display;

while the first box is enlarged, detecting a second finger tap gesture on a second box other than the first box; and

in response to detecting the second finger tap gesture, translating the web page so as to substantially center the second box on the touch screen display.

2. A computer-implemented method, comprising:

at a portable electronic device with a touch screen display;

displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

detecting a first gesture at a location on the displayed portion of the structured electronic document;

determining a first box in the plurality of boxes at the location of the first gesture;

enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

26

in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

3. The method of claim 2, including: prior to displaying at least a portion of a structured electronic document,

determining borders, margins, and/or paddings for the plurality of boxes that are specified in the structured electronic document; and

adjusting the borders, margins, and/or paddings for the plurality of boxes for display on the touch screen display.

4. The method of claim 2, wherein the structured electronic document is a web page.

5. The method of claim 2, wherein the structured electronic document is an HTML or XML document.

6. The method of claim 2, wherein:

the structured electronic document has a document width and a document length;

the touch screen display has a display width; and

displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length.

7. The method of claim 6, wherein:

the touch screen display is rectangular with a short axis and a long axis;

the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and

the display width corresponds to the long axis when the structured electronic document is seen in landscape view.

8. The method of claim 2, wherein the plurality of boxes are defined by a style sheet language.

9. The method of claim 8, wherein the style sheet language is a cascading style sheet language.

10. The method of claim 2, wherein the first gesture is a finger gesture.

11. The method of claim 2, wherein the first gesture is a stylus gesture.

12. The method of claim 2, wherein the first gesture is a tap gesture.

13. The method of claim 12, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

14. The method of claim 2, wherein:

the structured electronic document has an associated render tree with a plurality of nodes; and determining the first box at the location of the first gesture comprises:

traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture;

traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content; and

identifying content corresponding to the closest parent node as the first box.

15. The method of claim 14, wherein the logical grouping of content comprises a paragraph, an image, a plugin object, or a table.

16. The method of claim 14, wherein the closest parent node is a replaced inline, a block, an inline block, or an inline table.

17. The method of claim 2, wherein enlarging and translating the structured electronic document comprises display-

APLNDC00027916

Joint Trial Exhibit No. 1046.48

US 7,864,163 B2

27

ing at least a portion of the second box of the plurality of boxes of content on the touch screen display.

18. The method of claim 2, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display.

19. The method of claim 2, including resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display.

20. The method of claim 19, wherein the text resizing comprises:

determining a scale factor by which the first box will be enlarged;

dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box; and

if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size.

21. The method of claim 20, wherein: the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging.

22. The method of claim 19, wherein the resizing occurs during the enlarging.

23. The method of claim 19, wherein the resizing occurs after the enlarging.

24. The method of claim 2, including resizing text in the structured electronic document to meet or exceed a predetermined minimum text size on the touch screen display.

25. The method of claim 24, wherein the text resizing comprises:

determining a scale factor by which the first box will be enlarged;

dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and

if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size.

26. The method of claim 24, wherein the text resizing comprises:

identifying boxes containing text in the plurality of boxes;

determining a scale factor by which the first box will be enlarged;

dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and

for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box.

27. The method of claim 2, including:

detecting a third gesture on the enlarged second box; and in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document.

28. The method of claim 27, wherein the first box returns to its size prior to being enlarged.

29. The method of claim 27, wherein the third gesture and the first gesture are the same type of gesture.

28

30. The method of claim 27, wherein the third gesture is a finger gesture.

31. The method of claim 27, wherein the third gesture is a stylus gesture.

32. The method of claim 27, wherein the third gesture is a tap gesture.

33. The method of claim 32, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

34. The method of claim 2, wherein the second gesture and the first gesture are the same type of gesture.

35. The method of claim 2, wherein the second gesture is a finger gesture.

36. The method of claim 2, wherein the second gesture is a stylus gesture.

37. The method of claim 2, wherein the second gesture is a tap gesture.

38. The method of claim 37, wherein the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

39. The method of claim 2, including:

detecting a swipe gesture on the touch screen display; and in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display.

40. The method of claim 39, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display.

41. The method of claim 39, wherein the swipe gesture is a finger gesture.

42. The method of claim 39, wherein the swipe gesture is a stylus gesture.

43. The method of claim 2, including:

detecting a fifth gesture on the touch screen display,

in response to detecting the fifth gesture, rotating the displayed portion of the structured electronic document on the touch screen display by 90° .

44. The method of claim 43, wherein the fifth gesture is a finger gesture.

45. The method of claim 44, wherein the fifth gesture is a multifinger gesture.

46. The method of claim 45, wherein the fifth gesture is a twisting gesture.

47. The method of claim 2, including:

detecting a change in orientation of the device,

in response to detecting the change in orientation of the device, rotating the displayed portion of the structured electronic document on the touch screen display by 90°

48. The method of claim 2, including:

detecting a multi-finger de-pinch gesture on the touch screen display,

in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.

49. A graphical user interface on a portable electronic device with a touch screen display, comprising:

at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content;

APLNDC00027917

US 7,864,163 B2

**29**

wherein:

in response to detecting a first gesture at a location on the portion of the structured electronic document:

a first box in the plurality of boxes at the location of the first gesture is determined;

the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display;

while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

50. A portable electronic device, comprising:

a touch screen display;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:

instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document;

instructions for determining a first box in the plurality of boxes at the location of the first gesture;

instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

instruction for, while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

instructions for, in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

51. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

detect a first gesture at a location on the displayed portion of the structured electronic document;

determine a first box in the plurality of boxes at the location of the first gesture;

enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display;

while the first box is enlarged, detect a second gesture on a second box other than the first box; and

in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display.

52. A portable electronic device with a touch screen display, comprising:

means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

**30**

means for detecting a first gesture at a location on the displayed portion of the structured electronic document;

means for determining a first box in the plurality of boxes at the location of the first gesture;

means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

means for, while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

means for, in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

53. A portable electronic device, comprising:

a touch screen display;

one or more processors;

memory; and

a program, wherein the program is stored in the memory and configured to be executed by the one or more processors, the program including instructions for:

displaying a user interface on the touch screen display, wherein the user interface includes:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application;

while displaying the displayed window and the one or more partially hidden windows, detecting a gesture on the touch screen display;

in response to detecting the gesture,

moving the displayed window partially or fully off the touch screen display, and

moving a first partially hidden window into full view on the touch screen display; and

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

54. The portable electronic device of claim 53, wherein the detected gesture is a swipe gesture.

55. The portable electronic device of claim 53, including: in response to detecting the gesture, moving a second partially hidden window off the touch screen display.

56. The portable electronic device of claim 53, wherein the detected gesture is a left-to-right swipe gesture, including:

in response to detecting the left-to-right swipe gesture:

moving the displayed window partially off-screen to the right,

moving the first partially hidden window into full view on the touch screen display, and

moving a second partially hidden window completely off-screen.

57. The portable electronic device of claim 53, wherein the user interface is displayed in response to activation of an icon for initiating display of the user interface, and wherein the icon for initiating display of the user interface indicates the number of windows in the application.

58. The portable electronic device of claim 53, wherein the displayed window and the one or more partially hidden windows are displayed prior to detecting the gesture.

59. A computer-implemented method, comprising:

at a portable electronic device with a touch screen display:

displaying a user interface on the touch screen display, wherein the user interface includes:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application;

Joint Trial Exhibit No. 1046.50

US 7,864,163 B2

**31**

while displaying the displayed window and the one or more partially hidden windows, detecting a gesture on the touch screen display;

in response to detecting the gesture,

moving the displayed window partially or fully off the touch screen display, and

moving a first partially hidden window into full view on the touch screen display; and,

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

60. A graphical user interface on a portable electronic device with a touch screen display, the graphical user interface comprising:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application; wherein:

while displaying the displayed window and the one or more partially hidden windows, a gesture is detected on the touch screen display;

in response to detecting the gesture:

the displayed window is moved partially or fully off the touch screen display, and

a first partially hidden window is moved into full view on the touch screen display; and,

**32**

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

61. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display a user interface on the touch screen display, wherein the user interface includes:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application;

while displaying the displayed window and the one or more partially hidden windows, detect a gesture on the touch screen display;

in response to detecting the gesture,

move the displayed window partially or fully off the touch screen display, and

move a first partially hidden window into full view on the touch screen display; and

in response to detecting a gesture on an icon, enlarge a window of the application in the center of the touch screen display.

* * * * *

APLNDC00027919

Joint Trial Exhibit No. 1046.51

### UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 7,864,163 B2 | Page 1 of 2 |
| APPLICATION NO. | : 11/850013 | |
| DATED | : January 4, 2011 | |
| INVENTOR(S) | : Ording et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Claim 2, column 25, line 66, between the words "enlarged," and "a second" insert
--detecting--, and at the end of the line, delete "is detected".

Claim 2, column 26, line 1, between the words "gesture," and "the structured" insert
--translated--.

Claim 2, column 26, line 2, delete "is translated".

Claim 50, column 29, line 34, between the words "enlarged," and "a second" insert
--detecting--.

Claim 50, column 29, line 35, delete "is detected".

Claim 50, column 29, line 38, between the words "gesture," and "the structured" insert
--translating--, and at the end of the line delete "is translated".

Claim 52, column 30, line 8, between the words "enlarged" and "a second" insert
--detecting--.

Claim 52, column 30, line 9, delete "is detected".

Claim 52, column 30, line 10, between the words "gesture," and "the structured" insert
--translating--.

Claim 52, column 30, line 11, delete "is translated".

Claim 53, column 30, line 35, between the words "icon," and "a window" insert --enlarging--.

Claim 53, column 30, line 37, delete "is enlarged".

Signed and Sealed this
Fifteenth Day of March, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

APLNDC00027920

Joint Trial Exhibit No. 1046.52

**CERTIFICATE OF CORRECTION (continued)**     Page 2 of 2
U.S. Pat. No. 7,864,163 B2

Claim 59, column 31, line 9, between the words "icon," and "a window" insert --enlarging--.

Claim 59, column 31, line 11 delete "is enlarged".

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027921

**11**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 27, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,470,983* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 22, 2008*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**P. R. GRANT**

Certifying Officer

**JOINT TRIAL EXHIBIT NO. 1039**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC-Y0000182281

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,470,983

Registered July 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER



APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRO-
NIC DEVICES COMPRISED OF A MOBILE PHONE,
DIGITAL AUDIO AND VIDEO PLAYER, HAND-
HELD COMPUTER, PERSONAL DIGITAL ASSIS-
TANT, ELECTRONIC PERSONAL ORGANIZER,
POCKET COMPUTER FOR NOTE-TAKING, ELEC-
TRONIC CALENDAR, CALCULATOR, AND CAM-
ERA, AND CAPABLE OF PROVIDING ACCESS TO
THE INTERNET AND SENDING AND RECEIVING
ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO,
TEXT, IMAGES, GRAPHICS AND MULTIMEDIA
FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SMS", APART FROM THE MARK
AS SHOWN.

THE COLOR(S) BLACK, BLUE, BROWN, BROWN-
GRAY, GRAY-GREEN, GREEN, ORANGE, RED,
SILVER, TAN, WHITE AND YELLOW IS/ARE
CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURA-
TION OF A RECTANGULAR HANDHELD MOBILE
DIGITAL ELECTRONIC DEVICE WITH ROUNDED
SILVER EDGES, A BLACK FACE, AND AN ARRAY
OF 16 SQUARE ICONS WITH ROUNDED EDGES.
THE TOP 12 ICONS APPEAR ON A BLACK BACK-
GROUND, AND THE BOTTOM 4 APPEAR ON A
SILVER BACKGROUND. THE FIRST ICON DE-
PICTS THE LETTERS "SMS" IN GREEN INSIDE A

WHITE SPEECH BUBBLE ON A GREEN BACK-
GROUND; THE SECOND ICON IS WHITE WITH A
THIN RED STRIPE AT THE TOP; THE THIRD ICON
DEPICTS A SUNFLOWER WITH YELLOW PETALS,
A BROWN CENTER, AND A GREEN STEM IN
FRONT OF A BLUE SKY; THE FOURTH ICON
DEPICTS A CAMERA LENS WITH A BLACK BAR-
REL AND BLUE GLASS ON A SILVER BACK-
GROUND; THE FIFTH ICON DEPICTS A TAN
TELEVISION CONSOLE WITH BROWN KNOBS
AND A GRAY-GREEN SCREEN; THE SIXTH ICON
DEPICTS A WHITE GRAPH LINE ON A BLUE
BACKGROUND; THE SEVENTH ICON DEPICTS A
MAP WITH YELLOW AND ORANGE ROADS, A PIN
WITH A RED HEAD, AND A RED-AND- BLUE
ROAD SIGN WITH THE NUMERAL "280" IN
WHITE; THE EIGHTH ICON DEPICTS AN ORANGE
SUN ON A BLUE BACKGROUND, WITH THE
TEMPERATURE IN WHITE; THE NINTH ICON
DEPICTS A WHITE CLOCK WITH BLACK AND
RED HANDS AND NUMERALS ON A BLACK
BACKGROUND; THE TENTH ICON DEPICTS
THREE BROWN-GRAY CIRCLES AND ONE OR-
ANGE CIRCLE ON A BLACK BACKGROUND
WITH A WHITE BORDER, WITH THE MATHEMA-
TICAL SYMBOLS FOR ADDITION, SUBTRACTION,
MULTIPLICATION, AND THE EQUAL SIGN DIS-
PLAYED IN WHITE ON THE CIRCLES; THE ELE-
VENTH ICON DEPICTS A PORTION OF A YELLOW
NOTEPAD WITH BLUE AND RED RULING, WITH
BROWN BINDING AT THE TOP; THE TWELFTH
ICON DEPICTS THREE SILVER GEARS OVER A
THATCHED BLACK-AND-SILVER BACK-
GROUND; THE THIRTEENTH ICON DEPICTS A
WHITE TELEPHONE RECEIVER AGAINST A
GREEN BACKGROUND; THE FOURTEENTH ICON
DEPICTS A WHITE ENVELOPE OVER A BLUE SKY

WITH WHITE CLOUDS; THE FIFTEENTH ICON
DEPICTS A WHITE COMPASS WITH A WHITE-
AND-RED NEEDLE OVER A BLUE MAP; THE
SIXTEENTH ICON DEPICTS THE DISTINCTIVE
CONFIGURATION OF APPLICANT'S MEDIA
PLAYER DEVICE IN WHITE OVER AN ORANGE
BACKGROUND.

SEC. 2(F).

SER. NO. 77-303,282, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY

Apple alleges, and Samsung denies, that Samsung has infringed and/or diluted the following unregistered trade dresses claimed by Apple:

# iPhone 3G trade dress

- A rectangular product with four evenly rounded corners;
- A flat clear surface covering the front of the product;
- The appearance of a metallic bezel around the flat clear surface;
- A display screen under the clear surface;
- Under the clear surface, substantial black borders above and below the display screen and narrower black borders on either side of the screen;
- When the device is on, a row of small dots on the display screen;
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and
- When the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed.

# Combination iPhone trade dress
# (iPhone / iPhone 3G / iPhone 4)

- A rectangular product with four evenly rounded corners;
- A flat clear surface covering the front of the product;
- A display screen under the clear surface;
- Under the clear surface, substantial neutral (black or white) borders above and below the display screen and narrower neutral borders on either side of the screen;
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and
- When the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed.

# iPad/iPad 2 trade dress

- A rectangular product with four evenly rounded corners;
- A flat clear surface covering the front of the product;
- The appearance of a metallic rim around the flat clear surface;
- A display screen under the clear surface;
- Under the clear surface, substantial neutral (black or white) borders on all sides of the display screen; and
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen.

**12**

Apple alleges, and Samsung denies, that Samsung has infringed and/or diluted the following unregistered trade dresses claimed by Apple:

# iPhone 3G trade dress

- A rectangular product with four evenly rounded corners;
- A flat clear surface covering the front of the product;
- The appearance of a metallic bezel around the flat clear surface;
- A display screen under the clear surface;
- Under the clear surface, substantial black borders above and below the display screen and narrower black borders on either side of the screen;
- When the device is on, a row of small dots on the display screen;
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and
- When the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed.

# Combination iPhone trade dress
# (iPhone / iPhone 3G / iPhone 4)

- A rectangular product with four evenly rounded corners;
- A flat clear surface covering the front of the product;
- A display screen under the clear surface;
- Under the clear surface, substantial neutral (black or white) borders above and below the display screen and narrower neutral borders on either side of the screen;
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and
- When the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed.

# iPad/iPad 2 trade dress

- A rectangular product with four evenly rounded corners;
- A flat clear surface covering the front of the product;
- The appearance of a metallic rim around the flat clear surface;
- A display screen under the clear surface;
- Under the clear surface, substantial neutral (black or white) borders on all sides of the display screen; and
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen.

**13**



US007675941B2

(12) **United States Patent**
Kim et al.

(10) **Patent No.:**     **US 7,675,941 B2**
(45) **Date of Patent:**     **Mar. 9, 2010**

(54) **METHOD AND APPARATUS FOR TRANSMITTING/RECEIVING PACKET DATA USING PRE-DEFINED LENGTH INDICATOR IN A MOBILE COMMUNICATION SYSTEM**

(75) Inventors: **Soeng-Hun Kim**, Suwon-si (KR);
**Gert-Jan Van Lieshout**, Middlesex (GB); **Himke Van Der Velde**, Middlesex (GB)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-Si (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 908 days.

(21) Appl. No.: **11/417,219**

(22) Filed: **May 4, 2006**

(65)     **Prior Publication Data**
US 2007/0060139 A1     Mar. 15, 2007

(30)     **Foreign Application Priority Data**
May 4, 2005     (KR)     .................. 10-2005-0037774

(51) **Int. Cl.**
*H04J 3/00*     (2006.01)
(52) **U.S. Cl.** ........................ 370/473; 370/474; 370/329
(58) **Field of Classification Search** ................. 370/281,
370/295, 344, 252, 349, 470, 474, 469
See application file for complete search history.

(56)     **References Cited**
U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0001314 A1 * | 1/2002 | Yi et al. | .................. 370/469 |
| 2002/0024972 A1 | 2/2002 | Yi et al. | |
| 2002/0041567 A1 | 4/2002 | Yi et al. | |
| 2002/0048281 A1 | 4/2002 | Yi et al. | |
| 2002/0174276 A1 * | 11/2002 | Jiang | .................. 710/105 |
| 2004/0160937 A1 | 8/2004 | Jiang | .................. 370/349 |
| 2006/0072494 A1 * | 4/2006 | Malusz | .................. 370/328 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 276 282 A | 1/2003 |
| RU | 2204215 | 5/2003 |
| WO | WO 00/21253 | 4/2000 |
| WO | WO021253 | 4/2000 |

OTHER PUBLICATIONS

"Universal Mobile Telecommunications System (UMTS); Radio Link Control (RLC) protocol specification (3GPP TS 25.322 version 6.3.0 Release 6); ETSI TS 125 322" ETSI Standards, European Telecommunications Standards Institute, Sophia-Antipo, FR, vol. 3-R2, No. V630, Mar. 2005, XP014027660; ISSN: 0000-0001; sections 11.1.2.2 and 11.2.2.2.

* cited by examiner

*Primary Examiner*—Ricky Ngo
*Assistant Examiner*—David Oveissi
(74) *Attorney, Agent, or Firm*—Roylance, Abrams, Berdo & Goodman, LLP

(57)     **ABSTRACT**

A method and apparatus for enabling efficient use of radio resources by reducing an RLC PDU size in a mobile communication system supporting voice service over a packet network are provided. An RLC layer constructs an RLC PDU without inserting information indicating the start and end of an SDU or indicating the use or non-use of padding. The RLC layer sets an LI in a header to indicate inclusion of an intermediate SDU segment in the data field of the RLC PDU. Therefore, the resulting decrease of overhead arising from packet transmission facilitates the efficient use of limited radio resources.

**18 Claims, 9 Drawing Sheets**



JOINT TRIAL EXHIBIT NO. 1070
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:          By:

Joint Trial Exhibit No. 1070.2



FIG.1
(CONVENTIONAL ART)

Joint Trial Exhibit No. 1070.3

**U.S. Patent**     Mar. 9, 2010     Sheet 2 of 9     US 7,675,941 B2



FIG.2A
(CONVENTIONAL ART)



FIG.2B
(CONVENTIONAL ART)

APLNDC-WH-A 0000009801

Case 5:11-cv-01846-LHK   Document 1904-11   Filed 08/21/12   Page 120 of 121

FIG.2C
(CONVENTIONAL ART)

Joint Trial Exhibit No. 1070.5

**U.S. Patent**          Mar. 9, 2010          Sheet 4 of 9          US 7,675,941 B2



# FIG.3
# (CONVENTIONAL ART)



# FIG.4

APLNDC-WH-A 0000009803