# EXHIBIT 12

Joint Trial Exhibit No. 1070.6



| SN | 0 |
|---|---|
| DATA PART = RLC SDU | |

# FIG.5A

| SN | I |
|---|---|
| LI | E |
| LI | E |
| DATA PART | |
| PADDING | |

# FIG.5B

APLNDC-WH-A 0000009804

Joint Trial Exhibit No. 1070.7

**U.S. Patent**       Mar. 9, 2010       Sheet 6 of 9       US 7,675,941 B2



FIG.6A



FIG.6B

APLNDC-WH-A 0000009805

Case 5:11-cv-01846-LHK   Document 1904-12   Filed 08/21/12   Page 4 of 86

Joint Trial Exhibit No. 1070.8



FIG.7

APLNDC-WH-A 0000009806

Joint Trial Exhibit No. 1070.9

**U.S. Patent**     Mar. 9, 2010     Sheet 8 of 9     US 7,675,941 B2



FIG.8

Joint Trial Exhibit No. 1070.10



FIG.9



FIG.10

Joint Trial Exhibit No. 1070.11

US 7,675,941 B2

1

# METHOD AND APPARATUS FOR TRANSMITTING/RECEIVING PACKET DATA USING PRE-DEFINED LENGTH INDICATOR IN A MOBILE COMMUNICATION SYSTEM

## PRIORITY

This application claims the benefit 35 U.S.C. § 119(a) of Korean Patent Application filed in the Korean Intellectual Property Office on May 4, 2005 and assigned Serial No. 2005-37774, the entire disclosure of which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a mobile communication system supporting packet service. More particularly, the present invention relates to a method and apparatus which efficiently use radio resources by reducing the header size of a Protocol Data Unit (PDU) to be transmitted on a radio link.

### 2. Description of the Related Art

Today's mobile communication systems are evolving toward high-speed and high-quality wireless data packet communication systems. These systems are capable of providing data service and multimedia service in addition to the traditional voice service. A 3rd generation mobile communication system using Wideband Code Division Multiple Access (WCDMA) based on the European Global System for Mobile communications (GSM) system and General Packet Radio Services (GPRS), Universal Mobile Telecommunication Service (UMTS) provides mobile subscribers or computer users with a uniform service of transmitting packet-based text, digitized voice, and video and multimedia data at or above 2 Mbps regardless of their locations around the world. With the introduction of the concept of virtual access, the UMTS system allows access to any end point within a network all the time. The virtual access refers to packet-switched access using a packet protocol like Internet Protocol (IP).

Regarding voice service, a standardization organization for UMTS, 3rd Generation Partnership Project (3GPP) is discussing Voice over IP (VoIP). VoIP is a technology for sending a voice frame generated from an audio Coder and Decoder (CODEC) in the form of an IP/User Datagram Protocol (UDP)/Real-time Transport Protocol (RTP) packet. VoIP facilitates the provision of voice service over a packet network.

FIG. 1 illustrates the configuration of a typical mobile communication system supporting VoIP.

Referring to FIG. 1, a User Equipment (UE) 100 includes a CODEC 105 for converting a voice signal to a voice frame, an IP/UDP/RTP layer 104 for converting the voice frame to an IP/UDP/RTP packet, a Packet Data Convergence Protocol (PDCP) layer 103 for compressing the header of the IP/UDP/RTP packet, a Radio Link Control (RLC) layer 102 for converting the header-compressed IP/UDP/RTP packet to be suitable for transmission on a radio channel, and a Medium Access Control (MAC)/Physical (PHY) layer 101 for sending the output of the RLC layer 102 on the radio channel.

Radio data from the UE 100 is delivered to a Radio Network Controller (RNC) 120 via the PHY layer (not shown) of a Node B 110 on the radio channel. Like the UE 100, the RNC 120 is analogous to the UE 100 because it includes a MAC layer 121, an RLC layer 122, and a PDCP layer 123, for converting the radio data to the original IP/UDP/RTP packet

2

and sending it to a Core Network (CN) 130. The IP/UDP/RTP packet is sent to the other party, for example, a receiving UE (not shown) via an IP network 140. The receiving UE a layer structure analogous to that of the transmitting UE 100 and recovers the original voice signal by processing the IP/UDP/RTP packet in the reverse order. The RLC layers 102 and 122 function as follows.

In general, the RLC layer works in Unacknowledged Mode (UM), Acknowledged Mode (AM), or Transparent Mode (TM). VoIP operates in the RLC UM.

In the transmitter, the RLC UM layer segments, concatenates, or pads RLC Service Data Units (SDUs) received from a higher layer to a size suitable for transmission on a radio channel. The RLC UM layer constructs an RLC PDU suitable for transmission on the radio channel by inserting segmentation/concatenation/padding information and a sequence number into the resulting PDU and provides the RLC PDU to a lower layer.

In the receiver, the RLC UM layer recovers data by interpreting the sequence number and segmentation/concatenation/padding information of an RLC PDU received from a lower layer and re-constructs an RLC SDU by concatenating or segmenting the data, in correspondence with the operation of the transmitter. The reconstructed RLC SDU is provided to a higher layer. Processing an RLC SDU received from the higher layer to a size suitable for transmission on a radio channel is called 'RLC framing'.

FIG. 2A illustrates conventional RLC framing in a transmitter.

In FIG. 2, an RLC layer 210 frames data received from a higher layer 205 to a suitable data size for transmission on a radio channel. A lower layer 215 sends the framed data to a receiver on the radio channel. The higher layer 205 corresponds to a PDCP layer and the lower layer 215 corresponds to a MAC layer. The data exchanged between the RLC layer 210 and the higher layer 205 is an 'RLC SDU' and the data exchanged between the RLC layer 210 and the lower layer 215 is an 'RLC PDU'.

FIG. 2B illustrates conventional RLC framing in a receiver.

Referring to FIG. 2B, an RLC layer 212 recovers the original data from data received from a lower layer 217 and provides the recovered data to a higher layer 207. The higher layer 207 corresponds to a PDCP layer and the lower layer 217 corresponds to a MAC layer. The data exchanged between the RLC layer 212 and the higher layer 207 is an 'RLC SDU' and the data exchanged between the RLC layer 212 and the lower layer 217 is an 'RLC PDU'.

FIG. 2C illustrates a conventional operation for constructing RLC PDUs by framing of RLC SDUs in the RLC layer of the transmitter.

With reference to FIG. 2C, the RLC layer of the transmitter receives an RLC SDU 225 of a particular size, for example, a 100-byte IP packet from the higher layer. If a data size transmittable on a radio channel is 40 bytes, the RLC layer segments the RLC SDU 225 into three RLC PDUs 230, 235 and 240. Each RLC PDU may have 40 bytes. Each RLC PDU also includes an RLC header 245.

The RLC header 245 includes a Sequence Number (SN) 250, an E field 255, and at least one of a plurality of pairs of Length Indicator (LI) field 260 and E field 265. The LI field 260 is included according to segmentation. The SN field 250 indicates a 7-bit SN which increases monotonously by 1 for every RLC PDU. SNs indicate the sequence of the RLC PDUs 230, 235 and 240. The E field 255, which is one bit, indicates whether the following field is a length indicator or an LI-E pair field.

The LI field 260 is 7 bits or 15 bits in size depending on RLC framing. It indicates the position of a segment of the



US 7,675,941 B2

3

RLC SDU 225 in a Data field 270 of the RLC PDU. The LI field 260 indicates the start and end of the RLC SDU 225 within the Data field 270 of the RLC PDU. The LI field 260 may also indicate whether padding is used. The LI field 260 is set to a value expressed in bytes, indicating the number of bytes to the end of an RLC SDU from an RLC header. For simplicity, the LI field 260 is assumed to be 7 bits.

In the first byte of the first RLC PDU 230, the SN is set to a predetermined value 'x' and the first E is set to '1', which implies that an LI-E pair resides in the following byte. In the second byte of the RLC PDU 230, the LI field indicates that the RLC SDU 225 starts from the first byte of the Data field of the RLC PDU 230. This allows the LI field to be used in other ways rather than just indicating the position of the last byte of the RLC SDU. This LI is called 'pre-defined LI'. Pre-defined LIs are discussed below.

'1111 100': the first byte of the Data field in the RLC PDU is the first byte of the RLC SDU.

'0000 000': although the last byte of the RLC SDU is included in the previous RLC PDU, an LI indicating that it is not included in the previous RLC PDU.

'1111 111': the remainder of the Data field of the RLC PDU are padding bits.

Hence, the first LI field is set to the pre-defined LI '1111 100' and '0' is inserted in the second E field to indicate that the next byte belongs to the Data field in the RLC PDU 230. Accordingly, a 38-byte Data field of the 40-byte RLC PDU 230, except for the first two bytes, is used to carry the first 38 bytes of the RLC SDU 225.

In the second RLC PDU 235, the SN is set to 'x+1' and the E is set to '0' indicating that the next byte is for the Data in the first byte. Since the RLC PDU 235 does not include the first byte or the last byte of the RLC SDU 225, there is no need to include an LI field. Therefore, the remaining 39 bytes of the Data field carry 39 bytes of the RLC SDU 225, from byte 39 to byte 77.

In the third RLC PDU 240, the SN is set to 'x+2' and the E is set to '1' indicating that the next byte is an LI-E pair in the first byte. In the second byte, the LI is set to '0010 111'(=23)' indicating that the last byte of the RLC SDU 225 corresponds to the 23th byte ('100'–'77') of the Data field, and the E field is set to '1'. The Data field of the RLC PDU 240 still has room to carry data, after loading the last segment of the 100-byte RLC SDU 225. Therefore, the second E field is set to '1' and the second LI field is set to '1111 111', which implies that bits following the position indicated by the first LI field are padded. The third E field is set to '0'. Consequently, the Data field of the RLC PDU 240 is filled with the last 23 bytes of the RLC SDU 225 and a 14-byte padding.

In accordance with the above RLC layer operation of the transmitter, the RLC layer of the receiver operates as follows.

The RLC layer of the receiver receives the RLC PDUs 230, 235 and 240 and sequentially orders them based on their SNs. Specifically, the RLC layer determines that the Data field of the first RLC PDU 230 corresponds to the first segment of the RLC SDU 225 referring to the LI field of the RLC PDU 230, and the Data field of the second RLC PDU 235 corresponds to the second segment of the RLC SDU 225 referring to the LI field of the RLC PDU 235, thus considering that reconstruction of the RLC SDU 235 is yet to be completed. Then the RLC layer determines from the first LI field of the RLC PDU 240 that 23 bytes of the Data field of the RLC PDU 240 are the last segment of the RLC SDU 225, and completes reconstruction of the RLC SDU 225 by combining the segments extracted from the three RLC PDUs 230, 235 and 240. In this

4

process, the RLC layer recognizes from the second LI that the remaining bytes of the Data field of the RLC PDU 240 are padded bits.

The conventional scheme in which the last byte of an RLC SDU is indicated by an LI is efficient in cases where one RLC SDU is segmented to a plurality of RLC PDUs or a plurality of RLC SDUs are concatenated to one RLC PDU. However, one concrete RLC SDU frequently corresponds to one RLC PDU without any segmentation/concatenation/padding in view of the nature of VoIP packets.

In cases where a 12.2-kbps Adaptive Multi-Rate (AMR) CODEC is widely used in 3GPP, this AMR CODEC creates a 7-byte or 32-byte voice frame every 20 msec. The voice frame is encapsulated with an IP/UDP/RTP header, header-compressed in the PDCP layer, and then delivered to the RLC layer. The compressed header is typically 3 bytes, or occasionally ranges from 4 to 12 bytes.

Consequently, the size of an RLC SDU ranges from 10 to 19 bytes, or from 35 to 44 bytes. This RLC SDU is provided to the RLC layer of the transmitter every 20 msec. The RLC layer reconstructs one concrete RLS SDU to one RLC PDU and sends it on a radio channel. As stated above, since the compressed header is usually 3 bytes in length, most RLC SDUs are 10 or 35 bytes. Accordingly, it is preferable to determine an RLC PDU size such that RLC SDUs of the most frequent size can be efficiently processed.

If the RLC PDU size is defined based on the most frequent RLS SDU size, most of RLS SDUs are framed to RLC PDUs without segmentation/concatenation/padding. In this case, the conventional framing is not efficient.

FIG. 3 illustrates a problem encountered with the conventional framing.

Referring to FIG. 3, a 35-byte RLC SDU 305 is created and the size of an RLC PDU 310 is 38 bytes. The RLC SDU 305 is framed to one RLC PDU 310. In the RLC PDU 310, a first LI 315 is set to '1111 100' which indicates that the first byte of the RLS SDU 305 corresponds to the first byte of a Data field 325 and a second LI 320 is set to '0100 011' which indicates that the last byte of the RLS SDU 305 corresponds to the 35th byte of the Data field 325. The Data field 325 carries the entire 35-byte RLC SDU 305.

Transmission of the 35-byte is accompanied by a 3-byte overhead, two bytes of which are used for the LI fields.

As described above, compared to typical packet communications, packet data needs to be processed in real time and one RLC SDU is created at every predetermined time interval in VoIP. More specifically, one RLC SDU is converted to one RLC PDU without segmentation or concatenation in VoIP communications. Nonetheless, the conventional RLC framing always requires at least two LI fields, i.e. an LI indicating the start of an RLC SDU and another LI indicating the end of the RLC SDU for an RLC PDU. When necessary, an LI indicating whether a Data field is padded is additionally inserted.

Therefore, the conventional RLC framing leads to inefficient use of limited radio resources in VoIP due to the use of unnecessary LI fields.

Accordingly, there is a need for an improved system and method to efficiently use radio resources.

SUMMARY OF THE INVENTION

An aspect of exemplary embodiments of the present invention is to address at least the above problems and/or disadvantages and to provide at least the advantages described below. Accordingly, an aspect of exemplary embodiments of the present invention is to provide a method and apparatus for

Joint Trial Exhibit No. 1070.13

US 7,675,941 B2

5

6

efficiently using radio resources by reducing the header size of an RLC PDU in an RLC layer in a mobile communication system supporting packet service.

An exemplary embodiment of the present invention also provides a method and apparatus for segmenting a higher-layer packet into a plurality of RLC PDUs.

According to one aspect of an exemplary embodiment of the present invention, in a method of transmitting data using a pre-defined LI in a mobile communication system, an SDU is received from a higher layer and a determination is made as to whether the SDU can be included in one PDU. If the SDU cannot be included in one PDU, the SDU is segmented into a plurality of segments according to a transmittable PDU size. A plurality of PDUs are constructed, which include the segments in data fields. Each PDU has a header with an SN field, at least one-bit field indicating the presence of an LI field, and the LI field. An LI field of a PDU with an intermediate segment of the SDU in a data field is set to a predetermined value indicating the presence of the intermediate segment. The PDUs are sent to a receiver.

According to another aspect of an exemplary embodiment of the present invention, a PDU is received from a transmitter in a method of receiving data using a pre-defined LI in a mobile communication system. An SN field and a one-bit field indicating the presence or absence of a following LI field are detected from a header of the PDU. If the one-bit field indicates the presence of the LI field, the following LI field is detected from the header of the PDU. A determination is made as to whether the LI field is set to a predetermined value indicating inclusion of an intermediate segment of an SDU in a data field of the PDU. If the LI field is set to the predetermined value, the PDU is stored until the PDU can be assembled with a previous segment and a following segment. The SDU is constructed by combining the intermediate segment from the data field of the PDU with at least one previous segment extracted from a data field of at least one previous PDU and at least one following segment extracted from a data field of at least one following PDU.

According to a further aspect of an exemplary embodiment of the present invention, in an apparatus for transmitting data using a pre-defined LI in a mobile communication system, a transmission buffer receives an SDU from a higher layer, determines whether the SDU can be included in one PDU, and reconstructs the SDU to at least one segment according to a transmittable PDU size. A header inserter constructs at least one PDU including the at least one segment in a data field and including an SN field and a one-bit field in a header. A one-bit field setter sets the one-bit field of the at least one PDU to indicate the presence or absence of a following LI field. An LI inserter inserts an LI field after the one-bit field in the at least one PDU if the SDU cannot be included in one PDU, and sets an LI field to a predetermined value indicating inclusion of an intermediate segment in a PDU including an intermediate segment of the SDU in a data field. A transmitter sends the at least one PDU received from the LI inserter to a receiver.

According to still another aspect of an exemplary embodiment of the present invention, in an apparatus for receiving data using a pre-defined LI in a mobile communication system, a reception buffer receives a PDU from a transmitter and stores the PDU. A reassembly controller detects an SN field and a one-bit field indicating the presence or absence of a following LI field from a header of the PDU and interprets the following LI field from the header of the PDU, if the one-bit field indicates the presence of the LI field. The reassembly controller also controls the reception buffer to store the PDU until the PDU can be assembled with a previous segment and

a following segment, if the LI field is set to a predetermined value indicating inclusion of an intermediate segment of an SDU in a data field of the PDU. If the one-bit field indicates the presence of the LI field, a header and LI remover extracts an intermediate segment from the data field of the PDU by eliminating the SN field, the one-bit field, and the LI field. A reassembler receives the intermediate segment from the header and LI remover and constructing the SDU by combining the intermediate segment with at least one previous segment extracted from a data field of at least one previous PDU and at least one following segment extracted from a data field of at least one following PDU.

Other objects, advantages, and salient features of the invention will become apparent to those skilled in the art from the following detailed description, which, taken in conjunction with the annexed drawings, disclose exemplary embodiments of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and other exemplary objects, features and advantages of certain exemplary embodiments of the present invention will become more apparent from the following detailed description when taken in conjunction with the accompanying drawings in which:

FIG. 1 illustrates the configuration of a conventional mobile communication system supporting VoIP;

FIG. 2A illustrates a conventional transmission operation;

FIG. 2B illustrates a conventional reception operation;

FIG. 2C illustrates a conventional operation of constructing RLC PDUs with an RLC SDU by RLC framing in a transmitter;

FIG. 3 illustrates a problem encountered with the conventional RLC framing;

FIG. 4 illustrates the structure of an RLC PDU according to an exemplary embodiment of the present invention;

FIG. 5A illustrates the structure of an RLC PDU according to an exemplary embodiment of the present invention, in cases where an RLC SDU corresponds to an RLC PDU without segmentation/concatenation/padding;

FIG. 5B illustrates the structure of an RLC PDU according to an exemplary embodiment of the present invention, in cases where an RLC SDU is framed to an RLC PDU by segmentation/concatenation/padding;

FIG. 6A illustrates segmentation of one RLC SDU into a plurality of RLC PDUs by the conventional RLC framing;

FIG. 6B illustrates segmentation of one RLC SDU into a plurality of RLC PDUs using a new pre-defined LI according to an exemplary embodiment of the present invention;

FIG. 7 is a flowchart illustrating an operation for sending an RLC PDU in an RLC layer according to an exemplary embodiment of the present invention;

FIG. 8 is a flowchart illustrating an operation for receiving an RLC PDU in the RLC layer according to an exemplary embodiment of the present invention;

FIG. 9 is a block diagram of a transmitter according to an exemplary embodiment of the present invention; and

FIG. 10 is a block diagram of a receiver according to an exemplary embodiment of the present invention.

Throughout the drawings, the same drawing reference numerals will be understood to refer to the same elements, features, and structures.

DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

The matters defined in the description such as a detailed construction and elements are provided to assist in a compre-

APLNDC-WH-A 0000009811

Joint Trial Exhibit No. 1070.14

US 7,675,941 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

hensive understanding of the embodiments of the invention. Accordingly, those of ordinary skill in the art will recognize that various changes and modifications of the embodiments described herein can be made without departing from the scope and spirit of the invention. Also, descriptions of well-known functions and constructions are omitted for clarity and conciseness.

Exemplary embodiments of the present invention are directed to framing for efficient use of radio resources in a mobile communication system for providing packet service.

An exemplary embodiment of the present invention will be described below in the context of an operation in an RLC layer, particularly an RLC UM operation in a UMTS system, to which the exemplary embodiment of the present invention is not limited. For simplicity, an RLC header is defined to include an SN, an F field E, and at least one L1-E pair in an RLC PDU with packet data from a higher layer. That is, the remainder of an RLC PDU, except a Data field, is an RLC header.

In accordance with an exemplary embodiment of the present invention, two kinds of framing are considered. One is that the RLC layer frames an RLC SDU of the most frequent size to an RLC PDU without using any L1, and the other is that the RLC layer frames an RLC SDU of any other size to an RLC PDU or RLC PDUs using an LI field.

The former framing does not use any LI field. It is used in cases where the size of an RLC SDU is equal to that of the Data field of an RLC PDU and thus there is no need for segmentation/concatenation/padding.

The latter framing requires an LI field. It is used in cases where the size of an RLC SDU is different from that of the Data field of an RLC PDU and therefore segmentation/concatenation/padding is needed.

Hence, a different framing scheme may apply to each higher-layer packet. A transmitter notifies a receiver of the framing scheme used for the packet.

In an exemplary embodiment of the present invention, the framing scheme applied to an RLC PDU is indicated by one bit of an RLC header, particularly one bit of the first E field. The first E field is called an F field, to be distinguished from other E fields.

FIG. 4 illustrates the structure of an RLC PDU according to an exemplary embodiment of the present invention.

Referring to FIG. 4, the RLC PDU includes an SN field 405, an F field 410, an LI field 415, an E field 420, a Data field 425, and a Padding 430. The LI field 415, the E field 420, and the Padding 430 may or may not be included depending on situations. However, the SN field 405, the F field 410, and the Data field 425 always exist. The SN field 405, the LI field 415, the E field 420, the Data field 425, and the Padding 430 may have functionalities analogous to those of a conventional RLC PDU.

The F field 410 indicates a framing scheme used for an RLC PDU, such as the presence or absence of the LI field 415. The F field 410 also indicates whether an RLC SDU has been framed to the RLC PDU without segmentation/concatenation/padding. If the F field 410 is set to '0', the RLC PDU 415 does not have the LI field 415 and the Data field 425 is eventually the one concrete RLC SDU. If the F field 410 is set to '1', the RLC PDU 415 has the LI field 415 and the size of the Data field 425 is not equal to that of the RLC SDU. Thus, the LI field 415 indicates the start or end of the RLC SDU.

FIG. 5A illustrates the structure of an RLC PDU according to an exemplary embodiment of the present invention, in cases where an RLC SDU corresponds to an RLC PDU without segmentation/concatenation/padding.

Referring to FIG. 5A, when a transmitter (an RLC layer in the transmitter) can frame one concrete RLC SDU to one RLC PDU without segmentation/concatenation/padding, it sets the F field to '0' and inserts the RLC SDU in the Data field of the RLC PDU.

If the F field of a received RLC PDU is '0', a receiver extracts the Data field from the RLC PDU, considering that the Data field follows the F field, and provides the Data field as an RLC SDU to the higher layer.

FIG. 5B illustrates the structure of an RLC PDU according to an exemplary embodiment of the present invention, in cases where an RLC SDU is framed to an RLC PDU by segmentation/concatenation/padding.

Referring to FIG. 5B, when the transmitter needs to perform segmentation/concatenation/padding for RLC framing, it constructs an RLC PDU including an F field set to '1' and LI fields and a Padding field which are needed for segmentation/concatenation/padding.

If the F field of a received RLC PDU is '1', the receiver determines that an LI field and an E field reside in one byte following the F field and reconstructs one or more RLC SDUs out of the Data field of the RLC PDU according to the value of the LI field.

The requirements for using the conventional first E field as an F field are discussed below.

Conventionally, if an RLC PDU comprises a segment of an RLC SDU and the start and the end of the RLC SDU is not included in the RLC PDU, there is no LI in the RLC PDU.

Alternatively, no LI field is used when an RLC SDU is framed to one RLC PDU without segmentation/concatenation/padding. It is necessary to indicate that the RLC PDU does not include one concrete RLC SDU and thus does not include the start or end of the RLC SDU in FIG. 5A.

FIG. 6A illustrates segmentation of one RLC SDU into a plurality of RLC PDUs by the conventional RLC framing.

Referring to FIG. 6A, an RLC SDU 605 is segmented into three RLC PDUs 610, 615 and 620 with SN 'x', 'x+1' and 'x+2', respectively. A pre-defined LI value of '1111 100' is inserted in the first RLC PDU 610, thereby indicating that the first byte of the Data field of the RLC PDU 610 corresponds to the first byte of the RLC SDU 605.

Since the start and the end of the RLC SDU 605 are not included in the second RLC PDU 615, the first E field of the second RLC PDU 615 is set to '0' and any LI field not is inserted. An LI value of '0100 010'. for example, is inserted in the third RLC PDU 620 in order to indicate that the end of the RLC SDU 605 corresponds to the 34th byte of the Data field of the RLC PDU 620.

Regarding the RLC PDU 615 with no LI field due to the absence of the start or end of the RLC SDU, the receiver cannot determine whether the segment in the Data field of the RLC PDU 615 is one concrete RLC SDU or forms one concrete RLC SDU together with the previous and following RLC PDUs. Therefore, in an exemplary embodiment of the present invention, a novel LI value is defined to indicate an RLC PDU that does not include the start or the end of an RLC SDU (hereinafter, referred to as an intermediate PDU). The novel LI can be '1111 110'. for example. An RLC PDU with the novel LI value is considered an intermediate RLC PDU. The Data field of the intermediate RLC PDU includes an RLC SDU segment between the start and end of the RLC SDU.

FIG. 6B illustrates segmentation of one RLC SDU into a plurality of RLC PDUs using a new pre-defined LI according to an exemplary embodiment of the present invention.

Referring to FIG. 6B, an RLC SDU 625 is segmented into three RLC PDUs 630, 635 and 640 with SN 'x', 'x+1' and 'x+2', respectively. The F field is set to '1' and a pre-defined LI value of '1111 100' is inserted in the first RLC PDU 630, thereby indicating that the first byte of the Data field of the

APLNDC-WH-A 0000009812

Joint Trial Exhibit No. 1070.15

US 7,675,941 B2

9

RLC PDU 630 corresponds to the first byte of the RLC SDU 625. Since neither the start nor the end of the RLC SDU 625 is included in the second RLC PDU 635, the F field of the second RLC PDU 635 is set to '0' and the new pre-defined LI value of '111 110' is inserted to the second RLC PDU 635, thereby indicating the RLC PDU 635 is an intermediate RLC PDU.

An LI value of '0100 011', for example, is inserted in the third RLC PDU 640 to serve as an indication that the end of the RLC SDU 625 corresponds to the 35th byte of the Data field of the RLC PDU 640.

Now a description will be made of an operation and an apparatus structure according to exemplary embodiments of the present invention. Since concatenation in the RLC layer is beyond the scope of exemplary embodiments of the present invention, an operation and apparatus structure associated with the concatenation will not be described. It is clear that in case of concatenation, if the first E field (i.e. F field) is '1', at least one LI field exists.

FIG. 7 is a flowchart illustrating an RLC operation in the transmitter according to an exemplary embodiment of the present invention.

Referring to FIG. 7, upon receipt of at least one RLC SDU from the higher layer in step 705, the RLC layer of the transmitter notifies the lower layer of the number and the size of the at least one RLC SDU in step 710. The lower layer can be the MAC layer. When LI='0000 000' for transmission of the RLC SDU, the RLC layer notifies the lower layer of 'the size of the RLC SDU'+1.

In step 715, the RLC layer waits until the lower layer reports the size and number of RLC PDUs to be transmitted for the next transmission interval. The lower layer determines the most efficient RLC PDU size based on the received RLC SDU information and the radio channel condition for the next transmission interval and notifies the RLC layer of the RLC PDU size.

In step 720, the RLC layer determines whether the notified RLC PDU size matches to the RLC SDU size. At the same time, the RLC layer determines whether LI='0000 000' in a current RLC PDU according to whether the previous RLC PDU has an LI field indicating the last byte of the previous RLC SDU. If the RLC PDU size matches to the RLC SDU size and it is unnecessary to send an LI of '0000 000', the RLC layer goes to step 725. When the sum of the RLC SDU size and a minimum RLC header size is equal or approximate to the RLC PDU size, not greater than the RLC PDU size, it is said that the RLC SDU size matches to the RLC PDU size. In other words, when the first E field (F field) of the RLC PDU is set to '0' and LI fields indicating the start and end of the RLC SDU are not used, the entire RLC SDU is carried in the Data field of the RLC PDU.

LI='0000 000', when the end of the previous RLC PDU perfectly corresponds to the end of the previous RLC SDU and, LI field indicating the end of the previous RLC SDU is not included in the previous RLC PDU.

The RLC layer sets the F field of the current RLC PDU to '0' in step 725, inserts the entire RLC SDU in the Data field of the RLC PDU without including any LI field in step 730, and sends the RLC PDU to the lower layer, for transmission to the receiver in step 735.

Alternatively, if the RLC PDU size does not match to the RLC SDU size or LI='0000 000', the RLC layer sets the F bit of the current RLC PDU to '1' in step 740. In step 745, the RLC layer determines whether there is an intermediate RLC PDU generated from the RLC SDU. When an intermediate RLC PDU exists, the only LI field of the intermediate RLC PDU is set to a novel pre-defined value '1111 110'. The novel

10

pre-defined LI value is set by a system or a designer. In step 750, the RLC layer sends the RLC PDU to the lower layer, for transmission to the receiver.

FIG. 8 is a flowchart illustrating an RLC operation in the receiver according to an exemplary embodiment of the present invention.

Referring to FIG. 8, the RLC layer of the receiver receives an RLC PDU from the lower layer in step 805 and checks the F field of the RLC PDU in step 810. If the F field is '1', the RLC layer goes to step 820. If the F field is '0', the RLC layer proceeds to step 815.

If the F field is '0', this implies that segmentation/concatenation/padding was not applied to the RLC PDU. Thus, the RLC layer eliminates an RLC header (such as SN and F) from the RLC PDU and reconstructs one concrete RLC SDU with the remaining Data field in step 815. The Data field of the RLC PDU becomes one concrete RLC SDU. In step 850, the RLC layer provides the RLC SDU to the higher layer.

If the F field is '1', this implies that segmentation/concatenation/padding was applied to the RLC PDU and at least one LI field exists. In step 820, the RLC layer buffers the RLC PDU according to its SN in a reception buffer.

In step 825, the RLC layer checks to determine whether the first LI field of the RLC PDU is the new pre-defined value '1111 110'. In case of LI='1111 110', the RLC layer goes to step 830. Otherwise, it goes to step 835. The RLC layer determines that the RLC PDU includes an intermediate segment of the RLC SDU in step 830 and determines whether an RLC SDU can be reassembled, such as, recovered by checking the SNs and LIs of RLC PDUs buffered in the reception buffer in step 835. If n RLC PDUs (n is an integer larger than 1) among n buffered RLC PDUs with consecutive SNs fulfills the following conditions, the RLC SDU can be reassembled.

Condition 1: The last LI field of the first of the n RLC PDUs indicates the start of a new RLC SDU.

Condition 2: The second to (n−1)th RLC PDUs each include one LI field set to '1111 110'.

Condition 3: The first LI field of the last (such as nth) RLC PDU indicates the position of the last byte of the RLC SDU.

If there are n buffered RLC PDUs fulfilling the above conditions, the RLC layer goes to step 840 and otherwise, it goes to step 845 and waits until a new RLC PDU is received.

The RLC layer reassembles an RLC SDU, referring to the SNs and LIs of the RLC PDUs in step 840 and provides the RLC SDU to the higher layer in step 850.

FIG. 9 is a block diagram of a transmitter acting as a transmitting RLC layer according to an exemplary embodiment of the present invention.

Referring to FIG. 9, the transmitter includes a transmission buffer 905, an RLC header inserter 910, an LI inserter 915, a transmission part 920, an F setter 925, and a PDU size controller 930.

The transmission buffer 905 buffers at least one RLC SDU received from the higher buffer and notifies the PDU size controller 930 of the size and number of the at least one RLC SDU. The PDU size controller 930 determines an RLC PDU size to ensure the highest transmission efficiency and notifies the transmission buffer 905 of the RLC PDU size.

The transmission buffer 905 reconstructs the at least one RLC SDU to the RLC PDU size. If the size of an RLC SDU is equal to that of the Data field of an RLC PDU, the transmission buffer 905 simply provides the RLC SDU to the RLC header inserter 910 without any processing. The F setter 925 controls the RLC header inserter 910 to set the F field of the RLC PDU to '0' if the RLC SDU size is equal to the size of the Data field. The RLC header inserter 910 inserts the F field and an SN into the data received from the transmission buffer 905



Joint Trial Exhibit No. 1070.16

US 7,675,941 B2

11

under the control of the F setter 925. If the F field is set to '0', the LI inserter 915 does not insert an LI field into the data received from the RLC header inserter 910. Alternatively, if the F field is '1', the LI inserter 915 inserts an LI field. The transmission part 920 sends RLC PDUs created in the above procedure on a radio channel.

FIG. 10 is a block diagram of a receiver operating as a receiving RLC layer according to an exemplary embodiment of the present invention.

Referring to FIG. 10, the receiver includes a reception part 1020, a reception buffer 1015, an RLC header and LI remover 1010, a reassembler 1005, and a reassembly controller 1025.

The reception part 1020 provides an RLC PDU received from the lower layer to the reception buffer 1015. The reception buffer 1015 buffers the RLC PDU until it is reassembled to an RLC SDU. The reassembly controller 1025 determines whether an RLC SDU assembly is possible by interpreting the Fs and LIs of RLC PDUs buffered in the reception buffer 1015, and controls the reception buffer 1015 to provide an RLC PDU that can be reassembled to the RLC header and LI remover 1010.

The RLC header and LI remover 1010 eliminate an RLC header and an LI (LIs) from the RLC PDU. If the RLC PDU has an F field set to '0', which implies that there is no LI field, only the RLC header is eliminated.

The reassembler 1005 reassembles an RLC SDU using the RLC PDU from which the RLC header and LI(s) are removed and provides the RLC SDU to the higher layer. For an RLC PDU with an F set to '0', the reassembler 1005 constructs one concrete RLC SDU with data extracted form the Data field of the RLC PDU. For an RLC PDU with an F set to '1' and only one LI set to '1111 110', the reassembler 1005 constructs one RLC SDU by combining an intermediate SDU segment extracted from the Data field of the RLC PDU with SDU segments extracted from the previous and following RLC PDUs.

As described above, exemplary embodiments of the present invention facilitate the efficient use of limited radio transmission resources by eliminating the need to insert additional information indicating the start/end/padding of an RLC SDU by use of one-bit information indicating the existence of one concrete RLC SDU in the Data field of an RLC PDU. Since an LI with a new pre-defined value is set in an RLC PDU including only an intermediate segment of the RLC SDU, RLC SDU segmentation is facilitated.

While the present invention has been shown and described with reference to certain exemplary embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention as defined by the appended claims and their equivalents.

What is claimed is:

1. A method of transmitting data in a mobile communication system, comprising:

receiving a service data unit (SDU) from a higher layer and determining whether the SDU can be comprised in one protocol data unit (PDU);

if the SDU is not comprised in one PDU, segmenting the SDU into a plurality of segments according to a transmittable PDU size, and constructing one or more PDUs, each PDU comprising a header and a data field.

wherein the data field comprises a segment of the SDU.

wherein the header comprises a serial number (SN) field, a one-bit field indicating that the PDU does not contain an entire SDU in the data field and at least one Length Indicator (LI) field.

12

wherein if the data field of the PDU contains an intermediate segment of the SDU, the LI field in the PDU contains the intermediate segment of the SDU is set to a predefined value indicating that the PDU contains neither a first segment nor a last segment of the SDU; and sending the PDUs to a receiver.

2. The method of claim 1, further comprising the step of, if the SDU is comprised in one PDU, constructing one PDU comprising a header and a data field.

wherein the header comprises a SN field, and a one-bit field indicating that the PDU contains the entire SDU in the data field.

3. The method of claim 1, further comprising the step of, if a PDU size except the SN field and the one-bit field for a next transmission interval matches to the size of the SDU, determining the PDU size according to the size of the SDU and a radio channel condition, determining that the SDU can be comprised in one PDU.

4. The method of claim 1, wherein LI fields of PDUs comprising the first and last segments of the SDU in data fields are set to values indicating inclusion of the first segment of the SDU and inclusion of the last segment of the SDU.

5. The method of claim 1, wherein the SDU comprises an internet protocol (IP) packet.

6. A method of receiving data in a mobile communication system, comprising:

receiving a protocol data unit (PDU) from a transmitter and detecting a sequence number (SN) field and a one-bit field indicating whether the PDU contains an entire service data unit (SDU) in its data field from the header;

if the one-bit field indicates that the PDU does not contain an entire SDU in its data field, detecting the following length indicator (LI) field from the header of the PDU, and determining whether the LI field is set to a value indicating that the PDU contains an intermediate segment that is neither a first segment nor a last segment of the SDU;

storing the PDU until the PDU can be assembled with a previous segment and a following segment, if the LI field is set to the predefined value; and

constructing the SDU by combining the intermediate segment from the data field of the PDU with at least one previous segment extracted from a data field of at least one previous PDU and at least one following segment extracted from a data field of at least one following PDU.

7. The method of claim 6, further comprising, if the one-bit field indicates that the PDU contains the entire SDU in its data field, acquiring the entire SDU from the data field of the PDU.

8. The method of claim 6, wherein the storing comprises the steps of storing the PDU in a reception buffer according to the SN field of the PDU.

9. The method of claim 8, wherein the constructing comprises constructing the SDU by combining segments extracted from data fields of a set of PDUs stored in the reception buffer, if the first of the PDUs comprises an LI field indicating inclusion of the first segment of the SDU, if at least one intermediate PDU among the PDUs comprises an LI field set to the value, and if the last LI field of the last of the PDUs indicates the position of the last byte of the SDU.

10. An apparatus for transmitting data in a mobile communication system, comprising:

a transmission buffer for receiving a service data unit (SDU) from a higher layer, determining whether the SDU can be comprised in one protocol data unit (PDU), segmenting the SDU into a plurality of segments accord-

APLNDC-WH-A 0000009814

Joint Trial Exhibit No. 1070.17

US 7,675,941 B2

13

ing to a transmittable PDU size if the SDU does not be comprised in one PDU, and constructing one or more PDUs;

a header inserter for constructing a header of each PDU, wherein the header comprises a serial number (SN) field, a one-bit field, at least one Length Indicator (LI) field;

a one-bit field setter for setting the one-bit field of the at least one PDU to indicate whether the PDU contains an entire SDU in the data field;

an LI inserter for inserting an LI field after the one-bit field in the at least one PDU if the SDU is not comprised in one PDU, and setting an LI field to a predefined value indicating that the PDU contains neither a first segment nor a last segment of the SDU to contain the intermediate segment of the SDU; and

a transmitter for sending the PDUs to a receiver.

11. The apparatus of claim 10, wherein if the SDU is comprised in one PDU, constructing one PDU comprising a header and a data field,

wherein the header comprises a SN field and a one-bit field indicating that the PDU contains the entire SDU in the data field.

12. The apparatus of claim 10, wherein if a PDU size except the SN field and the one-bit field for a next transmission interval matches to the size of the SDU, the PDU size being determined according to the size of the SDU and a radio channel condition, the transmission buffer determines that the SDU can be comprised in one PDU.

13. The apparatus of claim 10, wherein the LI inserter sets LI fields of PDUs comprising the first and last segments of the SDU in data fields to values indicating inclusion of the first segment of the SDU and inclusion of the last segment of the SDU.

14. The apparatus of claim 10, wherein the SDU comprises an internet protocol (IP) packet.

15. An apparatus for receiving data in a mobile communication system, comprising:

14

a reception buffer for receiving a protocol data unit (PDU) from a transmitter and storing the PDU;

a reassembly controller for detecting a sequence number (SN) field and a one-bit field indicating whether the PDU contains an entire service data unit (SDU) in its data field from the header, detecting the following length-indicator (LI) field from the header of the PDU and determining whether the LI field is set to a predefined value indicating that the PDU contains an intermediate segment that is neither a first segment nor a last segment of the SDU if the one-bit field indicates that the PDU does not contain an entire SDU in its data field;

a header and LI remover for eliminating the SN field, the one-bit field, and the LI field if the one-bit field indicates that the PDU does not contain the entire SDU in its data field,; and

a reassembler for receiving the intermediate segment from the header and LI remover and constructing the SDU by combining the intermediate segment with at least one previous segment extracted from a data field of at least one previous PDU and at least one following segment extracted from a data field of at least one following PDU.

16. The apparatus of claim 15, wherein the header and LI remover eliminate the SN field and the one-bit field from the PDU and acquire the entire SDU from the data field of the PDU if the one-bit field indicates that the PDU contains the entire SDU in its data field.

17. The apparatus of claim 15, wherein the reception buffer stores the PDU according to the SN field of the PDU.

18. The apparatus of claim 17, wherein the reassembler constructs the SDU by combining segments extracted from data fields of a set of PDUs stored in the reception buffer, if the first of the PDUs comprises an LI field indicating inclusion of the first segment of the SDU, if at least one intermediate PDU among the PDUs comprises an LI field set to the value, and if the first LI field of the last of the PDUs indicates the position of the last byte of the SDU.

* * * * *

APLNDC-WH-A 0000009815

14



US007447516B2

(12) **United States Patent**

Heo et al.

(10) Patent No.: **US 7,447,516 B2**
(45) Date of Patent: **Nov. 4, 2008**

(54) **METHOD AND APPARATUS FOR DATA TRANSMISSION IN A MOBILE TELECOMMUNICATION SYSTEM SUPPORTING ENHANCED UPLINK SERVICE**

(75) Inventors: **Youn-Hyoung Heo**, Gyeonggi-do (KR); **Ju-Ho Lee**, Suwon-si (KR); **Joon-Young Cho**, Suwon-si (KR); **Young-Bum Kim**, Seoul (KR); **Yong-Jun Kwak**, Dongcheon-dong (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-si (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 740 days.

(21) Appl. No.: **11/148,181**

(22) Filed: **Jun. 9, 2005**

(65) **Prior Publication Data**

US 2006/0003787 A1      Jan. 5, 2006

(30) **Foreign Application Priority Data**

| Jun. 9, 2004 | (KR) | ..................... | 10-2004-0042300 |
| Aug. 6, 2004 | (KR) | ..................... | 10-2004-0062190 |
| Sep. 14, 2004 | (KR) | ..................... | 10-2004-0073552 |
| Nov. 17, 2004 | (KR) | ..................... | 10-2004-0093947 |
| Apr. 7, 2005 | (KR) | ..................... | 10-2005-0029192 |

(51) Int. Cl.
*H04Q 7/20*      (2006.01)

(52) U.S. Cl. ......................... 455/522; 455/69; 375/225; 375/345

(58) Field of Classification Search ................. 455/522
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,594,501 B2 *   7/2003   Black et al. ................ 455/522
(Continued)

FOREIGN PATENT DOCUMENTS

EP      1 237 296      9/2002
(Continued)

OTHER PUBLICATIONS

Anonymous, Nokia, System impacts of maximum power reduction due to the increased PAR with HS-DPCCH; TSG-RAN Joint Working Group 1 and 4 meeting Ad Hoc Espoo, Finland, Jan. 30, 2004.

(Continued)

*Primary Examiner*—Matthew D. Anderson
*Assistant Examiner*—Hai V Nguyen
(74) *Attorney, Agent, or Firm*—Roylance, Abrams, Berdo & Goodman L.L.P.

(57) **ABSTRACT**

A method and an apparatus for data transmission in a mobile telecommunication system supporting an enhanced uplink service are provided. A Transport Format Combination (TFC) selector determines TF information for data to be transmitted through a first data channel not supporting Hybrid Automatic Repeat reQuest (HARQ) and a second data channel supporting HARQ, and determines gain factors for the first and second data channel, and first and second control channel carrying control information for the first and second data channel. The gain factors are input to a physical channel transmission controller, and the physical channel transmission controller scales-down the gain factor for the second channel if total transmit power required for transmission of the channels exceeds the predetermined maximum allowed power. A gain scaler adjusts transmit powers of the channels using the scaled gain factor and gain factors for the first data channel, the first control channel and the second control channel.

28 Claims, 14 Drawing Sheets





## US 7,447,516 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,859,505 B2 * | 2/2005 | Agami et al. | 375/345 |
| 6,930,981 B2 * | 8/2005 | Gopalakrishnan et al. | 370/252 |
| 6,999,432 B2 * | 2/2006 | Zhang et al. | 370/328 |
| 7,050,825 B2 * | 5/2006 | Ginesi et al. | 455/522 |
| 7,062,288 B2 * | 6/2006 | Raaf et al. | 455/522 |
| 7,079,489 B2 * | 7/2006 | Massie et al. | 370/236 |
| 7,161,916 B2 * | 1/2007 | Malladi et al. | 370/332 |
| 7,206,332 B2 * | 4/2007 | Kwan et al. | 375/140 |
| 7,209,517 B2 * | 4/2007 | Sindhushayana et al. | 375/225 |
| 7,304,971 B2 * | 12/2007 | Balachandran et al. | 370/337 |
| 7,321,780 B2 * | 1/2008 | Love et al. | 455/522 |
| 7,324,565 B2 * | 1/2008 | Malkamaki | 370/535 |
| 7,339,949 B2 * | 3/2008 | Suzuki et al. | 370/468 |
| 7,343,172 B2 * | 3/2008 | Hwang | 455/522 |
| 7,376,209 B2 * | 5/2008 | Namgoong et al. | 375/341 |
| 7,388,848 B2 * | 6/2008 | Virtanen et al. | 370/329 |
| 2001/0053678 A1 * | 12/2001 | Bonaccorso et al. | 455/137 |
| 2002/0054578 A1 * | 5/2002 | Zhang et al. | 370/328 |
| 2002/0154612 A1 * | 10/2002 | Massie et al. | 370/329 |
| 2003/0054852 A1 * | 3/2003 | Ginesi et al. | 455/522 |
| 2003/0101274 A1 * | 5/2003 | Yi et al. | 709/232 |
| 2003/0123470 A1 * | 7/2003 | Kim et al. | 370/437 |
| 2003/0186718 A1 * | 10/2003 | Raaf et al. | 455/522 |
| 2003/0228876 A1 * | 12/2003 | Hwang | 455/522 |
| 2004/0009786 A1 * | 1/2004 | Terry | 455/522 |
| 2004/0037224 A1 * | 2/2004 | Choi et al. | 370/235 |
| 2004/0042492 A1 * | 3/2004 | Suzuki et al. | 370/473 |
| 2004/0077370 A1 * | 4/2004 | Dick et al. | 455/522 |
| 2004/0102205 A1 | 5/2004 | Yi et al. | |
| 2004/0190485 A1 * | 9/2004 | Khan | 370/349 |
| 2004/0219920 A1 * | 11/2004 | Love et al. | 455/442 |
| 2004/0228315 A1 * | 11/2004 | Malkamaki | 370/342 |
| 2004/0258139 A1 * | 12/2004 | Namgoog et al. | 375/147 |
| 2005/0002478 A1 * | 1/2005 | Agami et al. | 375/345 |
| 2005/0013263 A1 * | 1/2005 | Kim et al. | 370/320 |
| 2005/0041694 A1 * | 2/2005 | Liu | 370/524 |
| 2005/0047366 A1 * | 3/2005 | Ghosh et al. | 370/329 |
| 2005/0117559 A1 * | 6/2005 | Malladi et al. | 370/342 |
| 2005/0207359 A1 * | 9/2005 | Hwang et al. | 370/278 |
| 2005/0213536 A1 * | 9/2005 | Virtanen et al. | 370/329 |
| 2005/0237932 A1 * | 10/2005 | Liu | 370/230 |
| 2005/0250497 A1 * | 11/2005 | Ghosh et al. | 455/436 |
| 2005/0250511 A1 * | 11/2005 | Xiao et al. | 455/453 |
| 2006/0003794 A1 * | 1/2006 | Chung et al. | 455/522 |
| 2006/0023687 A1 * | 2/2006 | Cheng et al. | 370/342 |
| 2006/0264220 A1 * | 11/2006 | Chen et al. | 455/454 |
| 2007/0091852 A1 * | 4/2007 | Malladi et al. | 370/332 |
| 2007/0168831 A1 * | 7/2007 | Kim et al. | 714/755 |
| 2007/0189223 A1 * | 8/2007 | Hwang | 370/331 |
| 2008/0062932 A1 * | 3/2008 | Hwang | 370/331 |
| 2008/0090602 A1 * | 4/2008 | Holma et al. | 455/522 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2002-217828 | 8/2002 |
| JP | 2004-064797 | 2/2004 |
| JP | 2004-173017 | 6/2004 |
| JP | 2005-167963 | 6/2005 |
| JP | 2005-530458 | 10/2005 |
| JP | 2005-341882 | 11/2005 |
| JP | 2007-124682 | 5/2007 |
| JP | 2007-531432 | 11/2007 |
| JP | 2007-531433 | 11/2007 |
| WO | WO 03/052963 | 6/2003 |
| WO | WO 2004/034608 | 4/2004 |

### OTHER PUBLICATIONS

Anonymous, Panasonic, LS on minimum power limit, 3GPP TSG RAN WG1 Meeting #36, Malaga, Spain, Feb. 16-20, 2004.

Anonymous, Siemens, HARQ Retransmission Power for Enhanced Uplink DCH, TSG-RAN Working Group 1 #36, Malaga, Spain, Feb. 16-20, 2004.

Anonymous, Siemens, Performance of the HARQ Retransmission Power Offset Scheme for 10ms TTI, TSG Working Group 1 #37, Montreal, Canada, May 10-14, 2004.

3rd Generation Partnership Project; Technical Specification Group Radio access Network; Feasibility Study for Enhanced Uplink for UTRA FDD (Release 6) 3GPP TR 25.896 V6.0.0, XX, XX, Mar. 2004 pp. 1-91, XP002342958.

* cited by examiner

APLNDC-WH-A 0000015620



FIG.1
(PRIOR ART)

APLNDC-WH-A 0000015621

Case 5:11-cv-01846-LHK    Document 1904-12    Filed 08/21/12    Page 18 of 86



FIG.2
(PRIOR ART)

APLNDC-WH-A 0000015622



# FIG.3
## (PRIOR ART)

APLNDC-WH-A 0000015623

FIG.4
(PRIOR ART)



## FIG.5
## (PRIOR ART)



## FIG.6

APLNDC-WH-A 0000015625



FIG.7



FIG.8

APLNDC-WH-A 0000015627



FIG.9

APLNDC-WH-A 0000015628



FIG.10



FIG.11

APLNDC-WH-A 0000015630



FIG.12

APLNDC-WH-A 0000015631



FIG.13

APLNDC-WH-A  0000015632



FIG.14



FIG.15

APLNDC-WH-A 0000015634

US 7,447,516 B2

1

## METHOD AND APPARATUS FOR DATA TRANSMISSION IN A MOBILE TELECOMMUNICATION SYSTEM SUPPORTING ENHANCED UPLINK SERVICE

### PRIORITY

This application claims the benefit under 35 U.S.C. 119(a) of applications entitled "Method and Apparatus for Data Transmission in Mobile Telecommunication System Supporting Enhanced Uplink Service" filed in the Korean Industrial Property Office on Jun. 9, 2004, Aug. 6, 2004, Sep. 14, 2004, Nov. 17, 2004 and Apr. 7, 2005 and assigned Ser. Nos. 2004-42300, 2004-62190, 2004-73552, 2004-93947 and 2005-29192, respectively, the entire contents of which are hereby incorporated by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a mobile telecommunication system supporting an enhanced uplink service. More particularly, the present invention relates to a power setting method and a power setting apparatus for transmitting data based on characteristics of uplink channels.

2. Description of the Related Art

An Enhanced uplink Dedicated Channel (hereinafter referred to as 'E-DCH') has been proposed to improve the performance of uplink packet transmission in a Wideband Code Division Multiple Access (hereinafter referred to as 'WCDMA') system. Along with the introduction of the E-DCH, a plan is under discussion to use Adaptive Modulation and Coding (hereinafter referred to as 'AMC'), Hybrid Automatic Retransmission Request (hereinafter referred to as 'HARQ') and Node B control scheduling methods for an uplink.

FIG. 1 is a basic conceptual view illustrating a situation where the E-DCH is used.

Referring to FIG. 1, a Node B 100 supports the E-DCH and detects channel states of User Equipments (hereinafter referred to as 'UE') 101, 102, 103, 104 using the E-DCH to perform scheduling suitable for the respective UEs via paths 111, 112, 113 and 114, respectively. That is, the Node B 100 assigns a low data rate to the UE 104 at a remote location and assigns a high data rate to the UE 101 at a close location while maintaining a noise rise value below a threshold noise rise value.

FIG. 2 illustrates basic transmission/reception procedures of the E-DCH.

Referring to FIG. 2, in step 203, a Node B 200 and a UE 202 establish the E-DCH. The establishment of the E-DCH includes a procedure of delivering messages through a dedicated transport channel.

In step 204, the UE 202 informs the Node B 200 of scheduling information. The scheduling information may be information on the UE's transmit power, from which uplink channel information can be derived, or include information on extra power, with which the UE can transmit data; and the amount of data to be transmitted, which is stored in a buffer of the UE.

In step 211, the Node B 200 performs scheduling for several UEs including the UE 202 while monitoring the scheduling information received from the respective UEs.

When the Node B 201 determines to permit uplink packet transmission to the UE 202, it transmits scheduling assignment information to the UE 202 in step 205. Here, the sched-

2

uling assignment information may include an allowed rate, allowed timing, KEEP/UP/DOWN for an uplink and the like.

In step 212, the UE 202 determines a Transport Format (hereinafter referred to as 'TF') of the E-DCH to be transmitted over the uplink using the scheduling assignment information.

In steps 206 and 207, the UE 202 transmits a Transport Format Resource Indicator (TFRI), information related to the determined TF, and uplink packet data (UL packet data) including E-DCH data to the Node B 201.

In step 213, the Node B 200 determines whether the information relating to the TF and the E-DCH data have errors. At this time, the Node B determines the information to be a Negative Acknowledge (hereinafter referred to as 'NACK') if there is any error in the information and determines the information to be a Positive Acknowledge (hereinafter referred to as 'ACK') if there is no error in the information.

In step 208, the Node B transmits ACK/NACK information to the UE 202 through an ACK/NACK channel according to the result judged in step 213. At this time, the UE 202 transmits new data if it receives the ACK and retransmits the previous data if it receives the NACK.

FIG. 3 illustrates an example of data transmission through the E-DCH in the WCDMA system.

As shown in FIG. 3, if data 316 to be transmitted, including video telephony, uploading of multimedia mail, games, etc., occurs, a UE 317 spreads the data 316 using a code assigned to a physical channel 318 and then transmits it to a Node B 319.

The E-DCH is mapped to and transmitted through an Enhanced Dedicated Physical Data Channel (hereinafter referred to as 'E-DPDCH') using a code multiplexing scheme. The E-DPDCH may coexist with a DPDCH to which a DCH, a typical uplink transmission channel of a UE, is mapped, a Dedicated Physical Control Channel (hereinafter referred to as 'DPCCH') which carries control information related to the DPDCH, and an Enhanced DPCCH (hereinafter referred to as 'E-DPCCH') which carries control information related to the E-DPDCH. A UE sets transmit powers of the respective physical channels according to the current maximum transmit power which is allowed to the UE. The maximum transmit power may be determined by the transmission capability of a power amplifier of the UE and a minimum value of a transmit power set by a network. At this time, the transmit powers of the physical channels other than the DPCCH are determined according to power ratios relative to the DPCCH.

FIG. 4 is a block diagram illustrating a structure of a conventional physical layer transmission stage of a UE.

Referring to FIG. 4, the UE 317 encodes data to be transmitted through a data channel via a coding block 305. Control information necessary for the reception of the data channel is also generated separately for a control channel. Here, the data channel represents the DPDCH or the E-DPDCH and the control channel represents the DPCCH or the E-DPCCH.

The control information and the encoded data are modulated by modulators 300, 306, respectively. The modulated control information and data are spread by spreaders 301, 307 using channelization codes of the data channel and the control channel, that is, $C_d$ and $C_c$, respectively and then are transmitted to gain scalers 302, 308, respectively. The spread control information and data are multiplied by gain factors given to the control channel and the data channel, that is, $\beta_c$, $\beta_d$ in the gain scalers 302, 308, respectively and then are multiplexed by a multiplexer 303. The multiplexed data is input to a scrambler 304 to be scrambled by a scrambling code $S_{dpch,n}$

APLNDC-WH-A  0000015635

US 7,447,516 B2

3

of the DPCH and then is converted into a Radio Frequency (RF) signal through an RF unit 309 to be wirelessly transmitted by an antenna.

The gain factor is a value for setting powers of the relevant physical channel based on the DPCCH which is subjected to power control and is set according to data sizes and services types of the respective physical channels. The gain factor, one of the components constituting a TF, is set according to a Transport Format Combination (hereinafter referred to as 'TFC'). The gain factor is determined by a TFC selection part of an upper layer, which in turn determines a format of transmission channel data, and is transmitted to the physical layer. The physical channel sets the transmit power of each physical channel according to the gain factor. At this time, the UE scales the gain factor of each physical channel such that it does not exceed a maximum allowed power.

If only a TFC satisfying an allowable power level is selected through the TFC selection in a case of desiring to further use the E-DCH in addition to the transmission channels defined in the conventional system, the gain factors of all the physical channels are equally scaled when total transmit power exceeds the maximum allowed power. The E-DCH supports a HARQ technique in which demodulation at a reception stage is possible only by always using the same transmission format as that of the initial transmission even during retransmission. Thus, the TFC selection part always selects the same TFC as that of the initial transmission irrespective of allowable TFCs when E-DCH data is retransmitted. In general, the transmit power during retransmission is set to the same level as that of the initial transmission.

In some situations, there may be a case where DCH data does not exist at the initial transmission of the E-DCH and the DCH data occurs at retransmission. There may also be a situation where the E-DCH data must be retransmitted under the condition of a fixed TF and fixed transmit power of the DCH when a Transmission Time Interval (hereinafter referred to as 'TTI') of the E-DCH is set to less than the minimum TTI of the DCH. In such situations, if a UE uses the same power as that of the initial transmission for retransmission of the E-DCH data, it is likely to result in total transmit power exceeding the maximum allowed power. Although it is possible to transmit all the physical channels within the maximum allowed power by equally scaling down powers of all the physical channels while maintaining their power ratios, transmission qualities of the respective physical channels may not be ensured.

FIG. 5 is a diagram illustrating an example of problems occurring during conventional retransmission of E-DCH data.

As shown in the drawing, a UE initially transmits E-DCH data through an E-DPDCH in time slot T1. Since there is no DCH data in time slot T1, total transmit power 401 does not exceed the maximum allowed power ($P_{max}$) 407. However, in time slot T2 in which retransmission of the E-DCH data occurs, DCH data is transmitted through a DPDCH and thus the total transmit power 402 including those of the E-DPDCH and the DPDCH exceeds the maximum allowed power ($P_{max}$) 407. Thus, as designated by reference numeral 405, the transmit powers of the E-DPDCH, the DPDCH and a DPCCH are equally scaled down. As a result of this, after the transmit powers of the physical channels have been scaled down, the total transmit power 404 does not exceed the maximum allowed power 407 in time slot T3.

However, qualities of all the E-DPDCH, the DPDCH and the DPCCH at a reception stage are all lowered in time slot T3 because such physical channels are transmitted using less power than those in time slot T2. In particular, if the transmit

4

powers of all the physical channels are always equally scaled in a case where the DCH and the E-DCH have different priorities from each other, transmission quality of the DCH or the E-DCH may deteriorate due to retransmission. To give an example, even if the DCH is used for a voice call having higher priority, DCH data may be transmitted with a very low level of power in some time slots within one TTI due to retransmission of the E-DCH data having lower priority, which results in quality deterioration of the voice call.

Therefore, in a case where an E-DCH supporting HARQ exists, there is a strong desire to provide a technique for efficiently controlling the transmit power of each physical channel when the total transmit power of a UE exceeds the maximum allowed transmit power.

SUMMARY OF THE INVENTION

Accordingly, the present invention has been made to solve at least the above-mentioned problems occurring in the prior art, and an object of the present invention is to provide a method and an apparatus for efficiently controlling transmit power of each physical channel when total transmit power of a user equipment (UE) exceeds the maximum allowed power in a case of supporting a packet service through uplink channels.

The present invention provides a method and an apparatus for adjusting power of a specific transmission channel when enhanced uplink dedicated channel (E-DCH) data is retransmitted.

The present invention also provides a method and an apparatus for adjusting transmit powers of an E-DCH and a uplink dedicated channel (DCH) differently from each other according to transmission conditions and priorities of the channels.

In order to accomplish the above-mentioned object, in accordance with one aspect of the present invention, there is provided a method for transmitting data of a first channel not supporting Hybrid Automatic Repeat reQuest (HARQ) and a second channel supporting the HARQ in a mobile telecommunication system which supports an enhanced uplink service. The method comprising the steps of setting transmit power factors for the channels and determining if total transmit power required for transmission of the channels exceeds the maximum allowed power; scaling-down the transmit power factor for the second channel if the total transmit power exceeds the maximum allowed power; and transmitting data through the first and second channels using the scaled-down transmit power factor for the second and the transmit power factor for the first channel.

In accordance with another aspect of the present invention, there is provided an apparatus for transmitting data of a first channel not supporting HARQ and a second channel supporting the HARQ in a mobile telecommunication system which supports an enhanced uplink service. The apparatus comprising a controller for setting transmit power factors for the channels, determining if total transmit power required for transmission of the channels exceeds the maximum allowed power, and scaling-down the transmit power factor for the second channel if the total transmit power exceeds the maximum allowed power; first and second channel generators for generating first and second data frames by performing channel-coding and modulation of the first and second channel data; and a gain scaling unit for adjusting the transmit powers of the first and second channels, with which the data frames of the first and second channels is transmitted, using the scaled transmit power factor for the second channel and the transmit power factor for the first channel.

APLNDC-WH-A 0000015636

US 7,447,516 B2

5                                                            6

The above and other objects, features and advantages of the present invention will be more apparent from the following detailed description taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a basic conceptual view illustrating a situation where an enhanced uplink dedicated channel (E-DCH) is used for conventional data transmission;

FIG. 2 is a view illustrating basic transmission and reception procedures of the conventional E-DCH;

FIG. 3 is a view illustrating an example of data transmission through the conventional E-DCH in a WCDMA system;

FIG. 4 is a block diagram illustrating a structure of a transmission stage of a conventional user equipment (UE);

FIG. 5 is a diagram illustrating an example of problems occurring during retransmission of conventional E-DCH data;

FIG. 6 is a diagram illustrating an example of changing transmit power of a UE in accordance with an embodiment of the present invention;

FIG. 7 is a flowchart illustrating procedures of setting transmit powers of physical layers of a UE in accordance with a first embodiment of the present invention;

FIG. 8 is a block diagram illustrating a transmitter unit of a UE in accordance with the first embodiment of the present invention;

FIG. 9 is a flowchart illustrating procedures of setting transmit powers of physical layers of a UE in accordance with a second embodiment of the present invention;

FIG. 10 is a flowchart illustrating procedures of selecting a Transport Format Combination (TFC) in accordance with a third embodiment of the present invention;

FIG. 11 is a block diagram illustrating a transmitter unit of a UE in accordance with the third embodiment of the present invention;

FIG. 12 is a diagram illustrating power setting of a UE in accordance with a fourth embodiment of the present invention as compared with a prior art;

FIG. 13 is a flowchart illustrating procedures of setting power of a UE in accordance with the fourth embodiment of the present invention;

FIG. 14 is a block diagram illustrating an example of a transmitter unit of a UE in accordance with the fourth embodiment of the present invention; and

FIG. 15 is a block diagram illustrating another example of a transmitter unit of a UE in accordance with the fourth embodiment of the present invention.

DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

Hereinafter, embodiments of the present invention will be described with reference to the accompanying drawings. Also, in the following description, a detailed description of known functions and configurations incorporated herein will be omitted for conciseness.

The present invention to be described below ensures transmission qualities of physical channels except an Enhanced Dedicated Physical Data Channel (E-DPDCH), to which an enhanced uplink dedicated channel (E-DCH) is mapped, by scaling down transmit powers of the E-DPDCH when the total transmit power of a user equipment (UE) supporting the E-DCH exceeds its maximum allowed power.

FIG. 6 illustrates an example of changing transmit powers of a UE in accordance with an embodiment of the present invention.

Referring to FIG. 6, a UE initially transmits E-DCH data through an E-DPDCH in time slot T1. Since there is no DCH data in time slot T1, total transmit power 501 does not exceed the maximum allowed power ($P_{max}$) 507. However, in time slot T2 in which retransmission of the E-DCH data occurs, DCH data is transmitted through a DPDCH and thus the total transmit power 502 exceeds the maximum allowed power 507. At this time, as designated by reference numeral 505, only the transmit power of the E-DPDCH is scaled down. As a result of this, after the transmit power of the E-DPDCH has been scaled down, the total transmit power 504 does not exceed the maximum allowed power 507 in time slot T3 and the power levels of the other channels, that is, an enhanced dedicated physical control channel (E-DPCCH), a dedicated physical data channel (DPDCH) and a dedicated physical data channel DPCCH are maintained identically to those in time slot T2. Thus, a problem of reduction in a power level of the DCH due to the E-DCH can be avoided and the DCH data can be transmitted stably.

The transmit powers of the E-DCH and the DCH are controlled by varying predetermined transmit power factors for a physical channel to which the relevant channel is mapped. In a WCDMA system, the transmit power factor signifies a gain factor specific to each channel. FIG. 6 illustrates a case where the DCH data transmission is preferentially ensured by scaling the gain factor of the E-DCH. In another case where the E-DCH has priority over the DCH, it is also possible to scale the transmit power of the DCH. The following description will be given on the assumption that the transmit power is scaled using gain factors of the respective channels. Hereinafter, various embodiments of the present invention will be described.

EXAMPLE 1

In a first embodiment of the present invention, total transmit power is scaled by recalculating a gain factor of a specific channel, that is, an E-DPDCH such that the total transmit power does not exceed the maximum allowed power in an upper layer of a UE. According to this first embodiment of the present invention, when both E-DCH data and DCH data exist, the UE checks if the E-DCH data is retransmitted. If a result of the checking shows retransmission of the E-DCH data, a gain factor of the E-DPDCH to which the E-DCH is mapped is reset at the time of the transmission.

FIG. 7 illustrates procedures of setting transmit powers of physical layers of a UE in accordance with the first embodiment of the present invention.

Referring to FIG. 7, in step 601, a UE detects a transmission request of E-DCH/DPDCH/DPCCH data, including gain factors of the respective channels. In step 602, the UE having detected the transmission request estimates total transmit power $P_{es}$ using the gain factors of the channels to be transmitted. That is, the UE measures its transmit power in each time slot in order to check its power condition. The UEs estimate the total transmit power $P_{es}$ of channels to be transmitted based on the measured transmit power and using given gain factors required for the next transmission.

The UE checks if the total transmit power $P_{es}$ exceeds the maximum allowed power $P_{max}$ in step 602. If the total transmit power does not exceed the maximum allowed power, the UE proceeds to step 606 to transmit the data through each relevant channel.

If the total transmit power exceeds the maximum allowed power, the UE checks whether E-DCH data to be transmitted through the E-DPDCH corresponds to initial transmission data or retransmission data. If the E-DCH data is determined

US 7,447,516 B2

7

to be initially transmitted, the UE equally scales powers of all the channels while keeping power ratios between the channels constant in step 604. In another embodiment, the UE may defer transmission of a channel having lower priority according to priorities of the DCH data and the E-DCH data and select gain factors for the other channels in a conventional manner or may set transmit power for an channel having higher priority before anything else and then set powers for the other channels such that the total transmit power does not exceed the maximum allowed power.

If the E-DCH data is to be retransmitted, the UE derives again the gain factor of the E-DPDCH such that the total transmit power does not exceed the maximum allowed power and scales only powers of the E-DPDCH in step 605. A method for deriving the gain factor will be described later in detail. After the completion of step 604 or 605, the UE proceeds to step 606 to transmit the relevant data through the channels using the gain factor of the E-DPDCH and the gain factors of the other channels.

In FIG. 7, although it is described that the procedure of checking if the total transmit power exceeds the maximum allowed power (step 602) precedes the procedure of checking if the E-DCH data is initial transmission data or retransmission data (step 603), the order of steps 602 and 603 may be exchanged with each other.

Since a case where the total transmit power exceeds the maximum allowed power occurs during only one TTI, the UE performs the procedures shown in FIG. 7 TTI by TTI. When the total transmit power continually increases and finally exceeds the maximum allowed power by virtue of power control during actual transmission, powers of all the channels are equally scaled in a conventional manner while their power ratios are maintained.

The gain factor of the E-DPDCH, which causes the total transmit power not to exceed the maximum allowed power, can be derived from the following equation (Equation (1)). This means that retransmit power of the E-DCH is limited by a certain ratio relative to the previous transmit power within a range not exceeding the maximum allowed power.

$$\beta_e = sqrt(P_{max}x(\beta_c^2+\beta_d^2+\beta_{e,ori}^2)-P_{e,ori}x(\beta_c^2+\beta_d^2))/P_{e,ori} \quad (1)$$

wherein $\beta_{e,ori}$, $\beta_c$ and $\beta_d$ denote gain factors of the E-DCH/DPCCH/DPDCH determined by a TFC selection part, $\beta_e$ denotes a new gain factor of the E-DPDCH causing total transmit power not to exceed the maximum allowed power, $P_{e,ori}$ denotes total transmit power estimated using $\beta_{e,ori}$, $\beta_c$ and $\beta_d$ and subscript 'ori' is intended to represent that $\beta_{e,ori}$ is a prior value to scaling, is applied to the estimation, $P_{max}$ denotes a maximum transmit power allowed to the UE (that is, the maximum allowed power) and sqrt represents square root.

Equation (1) is an equation for deriving a new gain factor $\beta_e$ by which power of the E-DPDCH is reduced while transmit powers of the DPDCH and the DPCCH are kept constant when the total transmit power exceeds the maximum allowed power. $\beta_e$ derived from Equation (1) becomes smaller than $\beta_{e,ori}$. That is, the UE can transmit the E-DPDCH within the total transmit power not exceeding the maximum allowed power. If $\beta_e$ calculated by Equation (1) is an imaginary value, the transmit power of the E-DPDCH is regarded as '0'. When $\beta_e$ calculated by Equation (1) is smaller than a predetermined minimum value, the UE does not perform retransmission of the E-DCH data in the current time slot, but may try to retransmit the E-DCH data in a next time slot.

In an environment where the E-DPCCH is transported only when the E-DPDCH exists, it is possible not to transmit the E-DPCCH when the E-DPDCH is not retransmitted. Also, in a case where information representing that a power ratio of

8

the E-DPDCH has been scaled is required in view of a receiver structure of a Node B scheduler, the UE may signal information indicating that the power ratio of the E-DPDCH has been scaled to the Node B by physical layer signaling.

In an E-DCH environment, the transmit power of the E-DCH is scaled through the gain factor of the E-DPDCH which is set according to a TF. In addition, the transmit power having been scaled through the gain factor may be further scaled if necessary. As an example, the transmit power of the E-DCH to be serviced is controlled according to a required Quality of Service (QoS). Here, one bit, which represents an increase of the transmit power when it increases, is included in E-DCH control information and is signaled to a Node B. As another example, when the amount of E-DCH data to be transmitted is transmitted through the E-DCH, a UE increases the transmit power of the E-DCH. At this time, one bit for representing the increase of the transmit power is included in E-DCH control information and is signaled to a Node B through an E-DPCCH.

Hereinafter, a description will be given for a method signaling information representing that transmit power of an E-DPDCH has been scaled in a physical layer.

A 1-bit indicator indicating that the transmit power of the E-DPDCH has been scaled is assigned to the E-DPDCH. Types of control information comprising such a 1-bit indicator and bit configurations according to the respective control information are shown below in Table 1.

TABLE 1

| Control Information | No. of bits |
|---|---|
| TFI | 5 |
| Power de-boosting indicator | 1 |
| Power boosting indicator | 1 |
| MAC-e signaling indicator | 1 |
| NDI | 2 |

A TFI (TF Index) is an index indicating a TF of an E-DCH which is transmitted in a corresponding TTI, a power de-boosting indicator is an identifier indicating that transmit power of the E-DCH has been scaled down in accordance with the first embodiment of the present invention, a power boosting indicator is an identifier indicating that the transmit power of the E-DCH has been scaled up in consideration of QoS, a MAC-e signaling indicator is an identifier indicating that the transmit power of the E-DCH has been scaled up in order to transmit buffer status information, and an NDI (New Data Indicator) is an identifier for informing initial transmission packet as HARQ information. In this way, the E-DPDCH uses bits which are discriminated according to control information and are assigned thereto.

Here, since the power de-boosting indicator, the power boosting indicator and the MAC-e signaling indicator are related directly to the increase/decrease of transmit power and/or normal transmission, a 2-bit indicator is used in another embodiment of control information as shown below in Table 2.

TABLE 2

| Control information | No. of bits |
|---|---|
| TFI | 5 |
| Power indicator | 2 |
| NDI | 2 |

Table 2 shows an example of constructing physical layer signaling information which indicates scaling of the E-DCH using the 2-bit power indicator. At this time, the Power indicator represents the following contents shown in Table 3.

9

TABLE 3

| Power indicator | Description |
|---|---|
| 00 | Normal power |
| 01 | Power de-boosting |
| 10 | Power boosting |
| 11 | MAC-e signaling |

Since the MAC-e signaling generally signifies the increase of transmit power of the E-DCH, the power indicator may represent the following contents shown in Table 4 in another embodiment.

TABLE 4

| Power indicator | Content |
|---|---|
| 00 | Normal power |
| 01 | Power de-boosting |
| 10 | Power boosting and MAC-e signaling |
| 11 | Reserved case |

Hereinafter, a description will be given for a transmitter unit of a UE for realizing the first embodiment with reference to FIG. 8.

Referring to FIG. 8, a UE uses a DPCCH, a DPDCH, an E-DPCCH and an E-DPDCH as uplink channels. A TFC selector 701 sets corresponding gain factors in conformity with requirements in terms of data rates and transmission qualities of the channels. A HARQ controller 726 transmits information for rate matching of data, which is encoded compatibly with channel characteristics of an E-DCH, to a rate matcher 710 comprising a HARQ buffer and transmits HARQ information 702 for setting gain factors for initial transmission and retransmission to a physical channel transmission controller 706.

The physical channel transmission controller 706 sets parameters necessary for physical channel transmission. Specifically, the physical channel transmission controller 706 resets a new gain factor $\beta_c$ with information 702 representing initial transmission/retransmission received from the HARQ controller 726, power parameters $P_{max}$, $P_{tx,e/t}$ 704, and gain factors $\beta_{e,e/t}$, $\beta_c$, $\beta_d$ 705 received from the TFC selector 701 according to the procedures shown in FIG. 6.

If a DCH, that is, control information for the DPDCH is received, a DPCCH generator 719 generates the control information into a DPCCH frame, and a coding block 720 encodes the DPCCH frame. The encoded data is modulated by a modulator 721, is spread by a channelization code $C_c$ of the DPCCH in a spreader 708, is multiplied by a gain factor $\beta_c$ of the DPCCH in a gain scaler 722, and then is transmitted to a multiplexer 723.

If data to be transmitted through the DCH and the E-DCH is received, an E-DPDCH generator 703 and a DPDCH generator 714 generate the data into a DCH frame and an E-DCH frame according to TFC information selected TF by TF in the TFC selector 701, respectively, and coding blocks 709, 715 encode the DCH frame and the E-DCH frame, respectively. The DPDCH data encoded in the coding block 715 is modulated by a modulator 716, is spread by a channelization code $C_d$ of the DPDCH in a spreader 717, is multiplied by a gain factor $\beta_d$ of the DPDCH in a gain scaler 718, and then is transmitted to the multiplexer 723.

The E-DPDCH frame generated in the E-DPDCH generator 703 is also encoded in a coding block 709 and then is transmitted to the rate matcher 710. The rate matcher 710 performs rate matching of the encoded E-DPDCH data under

10

the control of the HARQ controller 726. The rate-matched data is modulated by a modulator 711, is spread by a channelization code $C_e$ of the E-DPDCH in a spreader 712, is multiplied by the gain factor $\beta_e$ of the DPCCH reset by the physical channel transmission controller 706 in a gain scaler 713, and then is transmitted to the multiplexer 723.

If control information for the E-DCH including TFC information selected for the E-DPDCH (that is, control information for the E-DPDCH) is received, an E-DPCCH generator 731 generates an E-DPCCH frame including the control information for the E-DCH. The E-DPCCH frame is encoded in a coding block 727, is modulated by a modulator 728, is spread by a channelization code $C_{ec}$ of the E-DPCCH in a spreader 729, is multiplied by a gain factor $\beta_{ec}$ of the E-DPCCH in a gain scaler 730, and then is transmitted to the multiplexer 723.

The data from the gain scalers 722, 718, 713, 730 are multiplexed in the multiplexer 723, is input into a scrambler 724 to be scrambled by a scrambling code $S_{dpch,n}$, and then is RF-converted and transmitted by an RF unit 725.

EXAMPLE 2

In a second embodiment of the present invention, if total transmit power exceeds the maximum allowed power in a case where E-DCH data is retransmitted, the total transmit power is scaled by reducing a gain factor of the E-DCH by a predetermined gain offset.

According to this second embodiment of the present invention, a new gain factor of an E-DPDCH is calculated by the following equation (Equation (2)) when the total transmit power exceeds the maximum allowed power.

$$\beta_e = \beta_{e,ref} \times 10^{(\Delta_{offset}/10)}$$

wherein $\Delta_{offset}$ denotes the gain offset which can be set through signaling of an upper layer.

FIG. 9 illustrates procedures of setting transmit powers of physical layers of a UE in accordance with the second embodiment of the present invention.

Referring to FIG. 9, in step 621, a UE detects a transmission request of E-DPDCH/DPDCH/DPCCH data, corresponding gain factors of the respective channels. In step 622, the UE having detected the transmission request estimates total transmit power $P_{tx}$ using the gain factors of the channels to be transmitted. That is, the UE measures its transmit power in every time slot in order to check its power condition. The UE estimates the total transmit power $P_{tx}$ of channels to be transmitted based on the measured transmit power and using given gain factors required for next transmission.

The UE checks if the total transmit power $P_{tx}$ exceeds the maximum allowed power $P_{max}$ in step 622. If the total transmit power does not exceed the maximum allowed power, the UE proceeds to step 626 to transmit the data through each relevant channel while using the gain factors.

If the total transmit power exceeds the maximum allowed power, the UE checks whether E-DCH data to be transmitted through the E-DPDCH corresponds to initial transmission data or retransmission data. If the E-DCH data is determined to be initially transmitted, the UE equally scales powers of all the channels while keeping power ratios between the channels constant in step 624. In another embodiment, the UE may defer transmission of a channel having lower priority according to priorities of the DCH-data and the E-DCH data and select gain factors in a conventional manner for the other channels or may set transmit power for an channel having higher priority before anything else and then set powers for

US 7,447,516 B2

11

the other channels such that the total transmit power does not exceed the maximum allowed power.

If the E-DCH data is to be retransmitted, the UE derives the gain factor of the E-DPDCH again and scales only the power of the E-DPDCH in step 625. At this time, the gain factor is reduced by a predetermined gain offset as shown in Equation (2). After the completion of step 624 or 625, the UE proceeds to step 626 to transmit the relevant data through the channels using the gain factor of the E-DPDCH and the gain factors of the other channels.

A transmitter unit of the UE according to the second embodiment is similar to that shown in FIG. 8 and thus will be described with reference to FIG. 8. Here, since the transmitter unit has the same construction as that in FIG. 8 except for the physical channel transmission controller 706, the HARQ controller 726 and the rate matcher 710, a detailed description of the overall transmitter unit will be omitted.

The physical channel transmission controller 706 functions to reset the gain factor of the E-DPDCH and set parameters necessary for physical channel transmission. To be specific, when the total transmit power $P_{tx,on}$ exceeds the maximum allowed power $P_{max}$, the physical channel transmission controller 706 derives the new gain factor $\beta_e$ using information 702 representing initial transmission/retransmission received from the HARQ controller 726, power parameters $P_{max}$, $P_{tx,on}$ 704 and gain factors $\beta_{e,on}$, $\beta_c$, $\beta_d$ 705 received from the TFC selector 701 according to the procedures shown in FIG. 7.

When the total transmit power still exceeds the maximum allowed power even after the gain factor of the E-DPDCH has been scaled, transmit powers of the other channels are scaled down while power ratios between the channels are kept constant. Also, in a case where information representing that a power ratio of the E-DPDCH has been scaled is required in view of a receiver structure of a Node B scheduler, the UE may signal information indicating that the power ratio off the E-DPDCH has been scaled to the Node B by physical layer signaling. In this case, the physical layer signaling for indicating that the power ratio of the E-DPDCH has been scaled may be performed using a 1-bit or 2-bit identifier as described in the first embodiment of the present invention.

EXAMPLE 3

In a third embodiment of the present invention, a UE scales powers of the entire channels by selecting a gain factor of an E-DPDCH such that total transmit power does not exceed the maximum allowed power in consideration of retransmission. According to this third embodiment of the present invention, a gain factor is selected in a different manner from that of initial setting in TFC selection procedures when a DCH occurs at a point of time of retransmission differently from at initial transmission.

In particular, the UE checks transmit power on a slot unit basis for a plurality of channels to be transmitted and reduces the transmit power of a specific channel step by step according to priorities of the channels. The priority may be determined by whether the relevant channel is a channel, retransmission of which is ensured, a control channel or the like.

To facilitate understanding of this embodiment, an exemplary transmission environment will be described first.

In a transmission environment according to this embodiment, one DCH and one E-DCH are set simultaneously and a possible TFC of each channel is set as shown below in Tables 5 and 6. Since the DCH is one, the TFC actually comprises a TF Set (TFS) comprising TFs and the TF of the E-DCH is designated by E-TF in Table 6. As shown in Tables 5 and 6, the

12

larger index value TFs have, the more data they can transmit. Tables 5 and 6 assume that the DCH and the E-DCH are mapped to and transmitted through different physical channels from each other. If the DCH and the E-DCH are mapped to and transmitted through the same physical channel, gain factors are set according to the respective TFCs.

For the purpose of conciseness, scheduling operations necessary for the E-DCH will not be described and it is assumed that resources are so assigned as to enable the E-DCH to be transmitted in this embodiment.

When the DCH and the E-DCH are mapped to different physical channels from each other, total transmit power available to a UE becomes the sum of transmit powers of all physical channels and thus the UE sets a transmittable TFC in consideration of the transmit powers of the physical channels.

TABLE 5

| Example of TF setting of DCH | | |
| --- | --- | --- |
| TFI | TF | Gain factor |
| 0 | 0x100 | beta0 |
| 1 | 1x100 | beta1 |
| 2 | 2x100 | beta2 |
| 3 | 3x100 | beta3 |

TABLE 6

| Example of TF setting of E-DCH | | |
| --- | --- | --- |
| TFI | E-TF | Gain factor |
| 0 | 0x300 | beta4 |
| 1 | 1x300 | beta5 |
| 2 | 2x300 | beta6 |

If E-DCH data to be retransmitted exists, the UE sets the same E-TF as that of the initial transmission because there may occur a case where the DCH has a higher priority than the E-DCH at the time of retransmission and thus the same E-TF as that at the initial transmission is no selected. Such a case may arise due to channel conditions or scheduling.

Hereinafter a detailed description will be given for this embodiment.

The UE compares an E-TF of initial transmission with an E-TF of retransmission. If a result of comparison proves that an E-TF index of initial transmission is smaller than or equal to that of retransmission, the UE determines that it is possible to sufficiently support the E-TF of initial transmission, and selects the E-TF of initial transmission and a gain factor corresponding thereto. However, if the E-TF index of initial transmission is larger than that of retransmission, the UE selects the same E-TF as that of initial transmission and a new gain factor scaled for transmission. An example of setting a gain factor according to Table 6 is shown below in Table 7.

TABLE 7

| Example of setting gain factor in Example 3 | | |
| --- | --- | --- |
| | Initial transmission | TF of E-DCH transmittable at time point of retransmission | Final result of TFC selection at retransmission |
| E-TF | 2 | 1 | 2 |
| Gain factor | beta6 | beta5 | beta5 |

US 7,447,516 B2

13

Referring to Tables 6 and 7, if an E-TF=2 is selected at initial transmission, the UE transmits (2×300)-bit data using gain factor=beta6. If DCH data exists and thus the amount of data which the UE can transmit through the E-DCH is limited to an E-TF=1 at a point of time of retransmission, the UE selects a TFC for the DCH from among allowable TFCs and selects an E-TF of the E-DCH which can be transmitted using the remaining power, as a result of which an E-TF=1 and a gain factor=beta5 are selected. Since the E-TF=2 of initial transmission is larger than the E-TF=1 of retransmission, an E-TF_new=2 and a gain factor=beta5 are selected for the E-DCH at retransmission.

Hereinafter, a description will be given for a process of selecting a TFC in the above-mentioned channel setting environment according to the third embodiment of the present invention with reference to FIG. 10. In this embodiment, it is assumed that a TTI of a DCH is the same as that of an E-DCH and thus TFC selection can be always performed at the same point of time. If points of time of TFC selection for the DCH and the E-DCH are different from each other or it is impossible to perform TFC selection at the same point of time because TTIs of both the channels are different from each other, TFC selection for a channel having higher priority is performed first and then TFCs are selected for the other channels using the remaining power.

FIG. 10 illustrates procedures of selecting a TFC in accordance with the third embodiment of the present invention.

Referring to FIG. 10, in step 802, a UE checks if DCH data and E-DCH data exist.

If the checking proves that only the DCH data exists, the UE selects a TFC for the DCH from among allowable TFCs through an ordinary TFC selection process in step 804. If only the E-DCH data exists, the UE selects an E-TF of the E-DCH within an transmittable data rate in step 803.

If the checking proves that both the DCH and E-DCH data exist, the UE compares the priority of the E-DCH (P_EDCH) with that of the DCH (P_DCH) in step 805.

If the comparison proves that the priority of the DCH (P-DCH) is greater than that of the E-DCH, the UE selects first a TFC necessary for transmission of the DCH data from among allowable TFCs in step 808 to proceeds to step 808 to select an E-TF for transmitting data through the E-DCH within the remaining power exclusive of the power which has been allocated to the TFC selected for the DCH, and then proceeds to step 810.

On the contrary, if the priority of the E-DCH (P_EDCH) is higher than that of the DCH, the UE selects first an E-TF for the E-DCH from among allowable E-TFs in step 807, proceeds to step 809 to select a TFC for transmission of the DCH data within remaining power exclusive of power which has been allocated to the E-TF selected for the E-DCH, and then proceeds to step 810. In another embodiment, when both the E-DCH data and the DCH data exist, the UE may prefer transmission of one channel according to priorities of the two channels, select a TF for the other channel in a conventional manner, and then proceed to step 815.

In step 810, the UE determines whether the E-DCH data is to be initially transmitted or retransmitted. If the E-DCH data is determined to be initially transmitted, the UE transmits the E-DCH data through the selected E-TF in step 815. In contrast with this, if the E-DCH data is determined to be retransmitted, the UE proceeds to step 811 to compare an E-TF (TF_initial) selected at initial transmission with the E-TF (i.e., TF_re) selected in step 803, 807 or 808.

If an index of the initial transmission E-TF (TF_initial) is smaller than or equal to that of the retransmission E-TF (TF-re) in step 812, the UE selects the initial transmission E-TF

14

(TF-initial) and a gain factor (gain factor (TF_initial)) corresponding thereto in step 813. In contrast with this, if the index of the initial transmission E-TF (TF_initial) is larger than that of the retransmission E-TF (TF-re), the UE selects the initial transmission E-TF as a new TF (TF_new) and selects a gain factor (gain factor (TF_re)) of the retransmission E-TF as a new gain factor in step 814. Afterward, in step 815, the UE transmits the DCH data and the E-DCH data using the E-TF, the TFC and the gain factors which have been selected in steps 802 to 814, respectively.

FIG. 11 illustrates a transmitter unit of a UE in accordance with the third embodiment of the present invention. Here, the UE uses a DPCCH, a DPDCH, an E-DPDCH and an E-DPCCH as uplink channels. However, a construction related to the E-DPCCH is omitted for convenience of explanation.

Referring to FIG. 11, a TFC selector 901 determines TFs of the channels. The TFC selector 901 is supplied with estimated total transmit power P_es information 902 and maximum allowed power P_max information 903, and receives HARQ information 904 representing initial transmission/retransmission from an HARQ controller 913. The TFC selector 901 performs the procedures shown in FIG. 10 to determine a TFC, an E-TF and gain factors, and transmits information 905 on the determined TFC, E-TF and gain factors to a physical channel transmission controller 906. The physical channel transmission controller 906 sets the gain factors 907 to gain scalers 926, 921, 916 corresponding to the relevant channels.

If a DCH, that is, control information 908 for the DPDCH is received, a DPCCH generator 922 generates the control information 908 into a DPCCH frame, and a coding block 923 encodes the DPCCH frame. The encoded data is modulated by a modulator 924, is spread by a channelization code $C_c$ of the DPCCH in a spreader 925, is multiplied by a gain factor $\beta_c$ of the DPCCH in the gain scaler 926, and then is transmitted to a multiplexer 927.

If data 909 to be transmitted through the DCH and the E-DCH is received, an E-DPDCH generator 910 and a DPDCH generator 917 generate the data 909 into a DPDCH frame and an E-DPDCH frame according to TFC information selected TF by TF in the TFC selector 901, respectively, and coding blocks 918, 911 encode the DPDCH frame and the E-DPDCH frame, respectively. The DPDCH data encoded in the coding block 918 is modulated by a modulator 919, is delivered to a spreader 920 to be spread by a channelization code $C_d$ of the DPDCH, is multiplied by a gain factor $\beta_d$ of the DPDCH in the gain scaler 921, and then is transmitted to the multiplexer 927.

The E-DPDCH data encoded in a coding block 911 is transmitted to a rate matcher 912. The rate matcher 912 performs rate matching of the encoded E-DPDCH data under the control of HARQ controller 913. The rate-matched data is modulated by a modulator 914, is spread by a channelization code $C_e$ of the E-DPDCH in a spreader 915, is multiplied by the gain factor $\beta_e$ of the E-DPDCH set by the physical channel transmission controller 906 in a gain scaler 916, and then is transmitted to the multiplexer 927.

The data from the gain scalers 926, 921, 916 are multiplexed in the multiplexer 927, is input into a scrambler 928 to be scrambled by a scrambling code $S_{dpch,n}$, and then is RF-converted and transmitted through an RF unit 929.

EXAMPLE 4

In a fourth embodiment of the present invention, the transmit power of an E-DPDCH is preferentially reduced when the total transmit power of an UE exceeds the maximum allowed



APLNDC-WH-A  0000015641

US 7,447,516 B2

15

power. According to this fourth embodiment of the present invention, the UE performs an operation for recalculating a gain factor of an E-DCH such that the total transmit power does not exceed the maximum allowed power every unit of power control, that is, on a slot-by-slot basis, and resets the gain factor of the E-DCH anytime irrespective of whether E-DCH data is initially transmitted or retransmitted when the total transmit power exceeds the maximum allowed power. This is because the total transmit power of the UE is controlled by a Transmit Power Control (TPC) command which is received from a Node B from slot to slot. Specifically, the TPC command is applied to power adjustment of a DPCCH. Since a power ratio of a DPDCH/E-DPDCH/E-DPCCH relative to the DPDCH is maintained by a gain factor of the relevant channel, the TPC command is related to the total transmit power of the UE.

FIG. 12 illustrates an example in which whether or not total transmit power exceeds the maximum allowed power is checked on a slot-by-slot basis and only the transmit power of an E-DPDCH, to which an E-DCH is mapped, is scaled when the total transmit power exceeds the maximum allowed power. Since an E-DPCCH carries control information for demodulating and decoding the E-DPDCH, its reliability must be ensured. Thus, a power ratio 800 of the E-DPCCH is maintained even when the transmit power of the E-DPDCH is scaled.

Referring to FIG. 12, a TPC command continues to indicate power-up (UP) within one TTI, so that total transmit power exceeds the maximum allowed power. Reference numeral '802' designates transmit power setting according to a prior art, in which if the total transmit power reaches the maximum allowed power, transmit powers of all channels are equally scaled down in spite of the TPC command continuing to indicate UP. Reference numeral '804' designates transmit power setting according to the fourth embodiment of the present invention, in which if the TPS command indicating UP is continually received after the total transmit power has reached the maximum allowed power, only the transmit power of an E-DPCH is scaled down and transmit powers of the other channels (DPDCH/E-DPCCH/DPCCH) are equally scaled up while predetermined power ratios are maintained.

When the transmit power of the E-DPDCH is scaled down, but still the total transmit power still exceeds the maximum allowed power, the operation of scaling the transmit power of the E-DPDCH may be repeated. At this time, when the transmit power of the E-DCPDCH becomes a predetermined minimum value, for example, 0, the E-DPDCH is not transmitted. Nevertheless, if the total transmit power still exceeds the maximum allowed power, transmit powers of the other respective channels are scaled-down while power ratios of the channels are maintained.

Hereinafter, a detailed description will be given for procedures of setting transmit power of a UE in accordance with the fourth embodiment of the present invention with reference to FIG. 13.

Referring to FIG. 13, in step 1301, a physical layer of a UE checks if the transmission time of an E-DPDCH, a DPDCH, a DPCCH or an E-DPCCH has arrived from each slot. If the transmission time of the physical channels has arrived, the UE compares total transmit power $P_{tx}$ of the physical channels with the predetermined maximum allowed power $P_{max}$. Here, the total transmit power is transmit power which is estimated according to a TPC command received from a Node B.

If a result of comparison proves that the total transmit power $P_{tx}$ exceeds the maximum allowed power $P_{max}$, the UE proceeds to step 1303. At this time, $P_{tx}$ becomes $P_{tx,ori}$ in Equation (1). The UE derives a gain factor of the E-DPDCH

16

which causes the total transmit power $P_{tx}$ not to exceed the maximum allowed power $P_{max}$. Such a gain factor can be derived in the same manner as that presented in Equation (1). As another example, the UE may reduce the gain factor of the E-DPDCH by a predetermined gain offset as in Equation (2). The gain factor is derived, and then the UE proceeds to step 1304.

In step 1304, the UE compares again the total transmit power to which the derived gain factor is applied with the maximum allowed power. At this time, $P_{tx}'$ signifies total transmit power to which the new $\beta_{ed}$ derived in step 1303 is applied. If the total transmit power still exceeds the maximum allowed power, the UE proceeds to step 1305. Here, in a case of using Equation (2), the UE may repeat step 1303 while decreasing the gain factor of the E-DPDCH step by step until the total transmit power does not exceed the maximum allowed power.

If a result of comparison in step 1304 proves that the transmit power of the E-DPDCH, that is, updated transmit power to which the gain factor calculated in step 1303 is applied, becomes a possible minimum value, for example, 0 and so the E-DPDCH cannot be transmitted, but still the total transmit power exceeds the maximum allowed power, this may be regarded as a situation where the UE is short of power resources and the UE proceeds to step 1305. In step 1305, gain factors of the other channels (E-DPCCH/DPDCH/D-PCCH) are derived such that the total transmit power can be reduced while power ratios of the other channels are maintained. That is, in step 1305, power ratios between the DPCCH and the E-DPCCH, between the DPCCH and the DPDCH, and between the DPCCH and the E-DPCCH remains constant. The above-mentioned steps are performed every slot. Since the E-DPCCH is transmitted while maintaining its reliability even in a slot in which the E-DPDCH is not transmitted, the E-DPCCH is transmitted with transmit power which is reduced on the same scale of that of other channels.

In step 1306, the UE transmits E-DPDCH/DPDCH/DPCCH/E-DPCCH data with transmit powers according to the derived gain factors.

FIG. 14 illustrates a transmitter unit of a UE in accordance with the fourth embodiment of the present invention. In FIG. 14, the transmitter unit is constructed such that the UE performs DPDCH/DPCCH/E-DPDCH/E-DPCCH transmission. In the transmitter unit, the same parts as those explained in connection with FIGS. 8 and 11, that is, DPCCH/DPDCH/E-DPDCH generators 1413, 1414, 1415, 1404, rate matcher 1420, HARQ controller 1407, coding blocks 1417, 1418, 1419, 1416, modulators 1422, 1423, 1424, 1425, spreaders 1426, 1427, 1428, 1429, gain scalers 1430, 1431, 1432, 1433, a channel multiplexer 1434 and a scrambler 1435 will not be described and only parts directly related to the fourth embodiment of the present invention will be described below.

A TPC selector 1401 selects TFC for E-DCH data (1402) and DCH data (1403), and delivers gain factors 1405 corresponding to the TFC, that is, $\beta_{e,ori}, \beta_{ec}, \beta_c$ and $\beta_d$ to a physical channel transmission controller 1408. The physical channel transmission controller 1408 also receives information on the maximum allowed power 1405. A power amp controller 1409 controls a power amp 1412 using power offset $P_{offset}$ according to a TPC command received from a Node B every slot, and delivers estimated transmit power (P_est) 1410, which is estimated according to the TPC command, as total transmit power $P_{tx}$ to the physical channel transmission controller 1408. The physical channel transmission controller 1408 resets the gain factors of the respective channels using the total transmit power 1410 according to the procedures in FIG.

APLNDC-WH-A 0000015642

US 7,447,516 B2

17

13, and provided the reset gain factors $\beta_{er}$, $\beta_{d}$, $\beta_{ec}$ and $\beta_{e}$ to the gain scalers 1430, 1431, 1432, 1433.

In the fourth embodiment of the present invention, the transmit power P_est is provided from the power amp controller 1409 every slot when the gain factor of the E-DPDCH is recalculated slot by slot such that the total transmit power does not exceed the maximum allowed power. However, in view of a structure of the UE in which a RF unit is partitioned from a modem, it may be impossible that the physical channel transmission controller 1408 is provided with the total transmit power from the power amp controller 1409 every slot.

Therefore, to solve such a problem, another example of a transmitter unit according to the fourth embodiment of the present invention is shown in FIG. 15.

In this modified fourth embodiment, a power amp controller 1509 delivers P_est to a physical channel transmission controller 1508 not every slot but every predetermined specific slot. In this case, since the physical channel transmission controller 1508 cannot exactly know P_est in the other slots except the specific slot, it estimates all possible P_est values for the specific slot and the other slots, and calculates gain factors of the E-DPDCH for the estimated P_est values. Here, the P_est values of the other slots is derived by adding or subtracting a power control unit value according to a TPC (hereinafter referred to as 'Delta') to or from the P_est value of the specific slot.

To give an example, in a case where P-est is delivered every two slots, gain factors to be estimated are as follows:

1st slot: P_est0 ⇒ $\beta_{e0}$

2nd slot: When TPC UP is received, P_est1_up=P_est0+ Delta ⇒ $\beta_{e1\_up}$

When TPC DOWN is received, P_est1_down=P_est0− Delta ⇒ $\beta_{e1\_down}$

In the above example, the UE is received P_est0 every two slots and performs the procedures in FIG. 13 based on the P_est0 to calculate a gain factor of the E-DPDCH $\beta_{e0}$, and then calculate a gain factor for a next slot according to estimated total transmit power $\beta_{e1}$ of the next slot. At this time, for the cases where a TPC command of UP is received and a TPC command of DOWN is received, $\beta_{e1\_up}$ and $\beta_{e1\_down}$ are all derived.

In this manner, the physical channel transmission controller 1508 previously calculates three $\beta_e$ values, and selects and applies one of the three $\beta_e$ values based on the received TPC command in each slot.

In a case where P_est0 is delivered from the power amp controller 1509 every 'K' slots, the number M of estimated gain factors of the other slots becomes $2^{(k-1)}$.

In FIG. 15, the same parts as those explained in connection with FIGS. 8 and 11, that is, DPCCH/DPDCH/E-DPDCH generators 1513, 1514, 1515, 1504, rate matcher 1520, HARQ controller 1507, coding blocks 1517, 1518, 1519, 1516, modulators 1522, 1523, 1524, 1525, spreaders 1526, 1527, 1528, 1529, gain scalers 1530, 1531, 1532, 1533, a channel multiplexer 1534 and a scrambler 1535 will not be described and only parts directly related to the modified fourth embodiment of the present invention will be described below.

A TFC selector 1501 selects TFC for E-DCH data 1502 and DCH data 1503, and delivers gain factors 1505 corresponding to the TFC, that is, $\beta_{e,orn}$, $\beta_{ec}$, $\beta_c$ to a physical channel transmission controller 1508. The physical channel transmission controller 1508 also receives information on the maximum allowed power ($P_{max}$) 1506. A power amp controller 1509 controls a power amp 1512 according to a TPC command received from a Node B every slot, and delivers estimated total transmit power (P_est0) 1510, which is estimated

18

according to the TPC command, to the physical channel transmission controller 1508 in a predetermined specific slot.

The physical channel transmission controller 1508 receives the P_est0 1510 at the specific slot to derive gain factors 1543 of the respective channels and provide them to the gain scalers 1530, 1531, 1532, 1533. In particular, the physical channel transmission controller 1508 estimates possible P_estk_up/down (k=1, 2, . . . , $2^{(k-1)}$) for the other slots exclusive of the specific slot and calculates all possible gain factors of the E-DPDCH $\beta_{ek\_up}$, $\beta_{ek\_down}$ for the estimated P_estk_up/down. After has calculated all the possible gain factors, the physical channel transmission controller 1508 receives a TPC command every k-th slot following the specific slot to deliver the corresponding gain factor $\beta_{ek\_up}$ or $\beta_{ek\_down}$ to the gain scaler 1533 of the E-DPDCH. Transmit powers of the other channels except the E-DPDCH may be equally scaled by the power amp 1512.

EXAMPLE 5

In a fifth embodiment of the present invention, when the total transmit power of a UE exceeds the maximum allowed power, the power of an E-DPDCH is preferentially reduced and then powers of the other channels are successively reduced in the order from lower channel priority to higher channel priority.

It is assumed that a DPDCH, a DPCCH, an E-DPDCH and an E-DPCCH exist. To set channel-by-channel priority, whether or not the relevant channel supports retransmission is considered first and then whether or not the relevant channel is a control channel is considered. In this case, the channel-by-channel priority may be set in the order of DPCCH/E-DPCCH/DPDCH/E-DPDCH. Also, when whether or not the relevant channel is a control channel is considered first and then whether or not the relevant channel supports retransmission is considered is considered, the channel-by-channel priority may be set in the order of DPCCH/DPDCH/E-DPCCH/E-DPDCH.

Hereinafter, by way of example, a description will be given for a case where the channel-by-channel priority is set in the order of DPCCH/E-DPCCH/DPDCH/E-DPDCH. When total transmit power of a UE exceeds the maximum allowed power, the UE adjusts transmit power of the E-DPDCH having the lowest priority using a gain factor or a power offset value and does not perform power adjustment for the other channel.

When the transmit power of the E-DPDCH is set to a predetermined minimum value, e.g., 0, but still the total transmit power of the UE exceeds the maximum allowed power, transmit power of the E-DPCCH is adjusted and power adjustment is not performed for the other channels. At this time, since the E-DPCCH carries control information indispensable for demodulation and decoding of the E-DPDCH, the E-DPCCH is adjusted such that predetermined minimum power (not 0) for the E-DPCCH is maintained. Similarly, if the total transmit power of the UE still exceeds the maximum allowed power although the transmit power of the E-DPCCH is set as the minimum power, power adjustments are successively performed for the other channels, that is, the DPCCH and the DPDCH such that their predetermined minimum powers are maintained.

EXAMPLE 6

In a sixth embodiment of the present invention, when checking for total transmit power of a UE proves that the total transmit power exceeds the maximum allowed power, trans-

APLNDC-WH-A 0000015643

US 7,447,516 B2

19

mit power of an E-DPDCH is scaled down in the unit of a
minimum TTI. The transmit power of the E-DPDCH can be
scaled down by scaling a gain factor of the E-DPDCH.

Although the transmit power of the E-DPDCH has been
scaled down in the unit of a minimum TTI, transmit
power may exceed the maximum allowed power due to power
control occurring in the unit of a slot. In this case, transmit
powers of all channels are equally scaled down such that the
total transmit power does not exceed the maximum allowed
power while power ratios between the channels are main-
tained. Here, the channels comprise the E-DPDCH and sig-
nifies a DPDCH, a DPCCH, an E-DPCCH and the like.

Specifically, when an E-DPDCH is set at a TTI of 2 ms or
10 ms and a DPDCH which is transmitted at a TTI of 10 ms
or more exists, a UE checks total transmit power in the unit of
a minimum TTI of the E-DPDCH, that is, in the unit of 2 ms
and scales transmit power of the E-DPDCH in the unit of 2
ms. If 15 slots exist in a TTI of 10 ms and 3 slots exist in a TTI
of 2 ms, the UE scales the transmit power of the E-DPDCH in
the unit of 2 ms and then scales the total transmit power in the
unit of each slot in consideration of power control.

Detailed procedures performed by the UE which operates
as stated above are the same as in the fourth embodiment, but
it is preferred that a cycle of performing the operation is set in
the unit of a minimum TTI, in particular, a minimum TTI of an
E-DPDCH, instead of in the unit of a slot.

As described above, when data transmitted through a DCH
occurs during a packet service through an E-DCH and thus
total transmit power exceeds the maximum allowed power, a
method and an apparatus according to this embodiment of the
present invention scales down only the transmit power of an
E-DPDCH having lower priority, thereby ensuring transmis-
sion qualities of other channels having higher priority and
making it possible to efficiently use transmit power of an UB.

While the invention has been shown and described with
reference to certain embodiments thereof, it will be under-
stood by those skilled in the art that various changes in form
and details may be made therein without departing from the
spirit and scope of the invention as defined by the appended
claims.

What is claimed is:

1. A method for transmitting data of a first channel not
supporting Hybrid Automatic Retransmission Request
(HARQ) and a second channel supporting the HARQ in a
mobile telecommunication system which supports an
enhanced uplink service, the method comprising the steps of:
determining transmit power factors for the channels and
determining if total transmit power required for trans-
mission of the channels exceeds the maximum allowed
power;
scaling down the transmit power factor for the second
channel if the total transmit power exceeds the maxi-
mum allowed power; and
transmitting data through the first and second channels
using the scaled-down transmit power factor for the
second channel and the transmit power factor for the first
channel.

2. The method as claimed in claim 1, wherein the scaling
step is performed on a slot-by-slot basis.

3. The method as claimed in claim 1, wherein the total
transmit power is determined based on the transmit power
factors for the first and second channels and a Transmit Power
Control (TPC) command issued by the system.

4. The method as claimed in claim 1, further comprising the
step of equally scaling transmit power factors corresponding
to the other channels comprising the first channel when the

20

transmit power factor for the second channel is scaled down
below a predetermined minimum value.

5. The method as claimed in claim 4, wherein the prede-
termined minimum value indicates a status where the second
channel is not transmitted.

6. The method as claimed in claim 1, further comprising the
step of equally scaling transmit power factors for the other
channels exclusive of the second channel if the total transmit
power still exceeds the maximum allowed power even after
the transmit power factor for the second channel has been
scaled-down.

7. The method as claimed in claim 1, further comprising the
step of successively scaling transmit power factors for the
other channels exclusive of the second channel according to
channel-by-channel priority if the total transmit power still
exceeds the maximum allowed power even after the transmit
power factor for the second channel has been scaled.

8. The method as claimed in claim 7, wherein the channel-
by-channel priority is given such that a channel not support-
ing retransmission has relatively lower priority than that of a
channel supporting retransmission, and a channel carrying
data has relatively lower priority than that of a channel car-
rying control information.

9. The method as claimed in claim 1, wherein in the scaling
step, the transmit power factor for the second channel is
scaled when data of the second channel to be transmitted is
retransmission data.

10. The method as claimed in claim 1, wherein when data
of the second channel to be transmitted is initial transmission
data, transmit power factors for all the channels comprising
the second channel are equally scaled such that the total
transmit power does not exceed the maximum allowed power.

11. The method as claimed in claim 1, wherein when data
of the second channel to be transmitted is initial transmission
data, transmit power factors for all the channels comprising
the second channel is successively scaled according to pre-
determined channel-by-channel priority such that the total
transmit power does not exceed the maximum allowed power.

12. The method as claimed in claim 11, wherein the chan-
nel-by-channel priority is given such that a channel not sup-
porting retransmission has relatively lower priority than that
of a channel supporting retransmission, and a channel carry-
ing data has relatively lower priority than that of a channel
carrying control information.

13. The method as claimed in claim 11, wherein the scaling
step comprises the sub-steps of:
acquiring total transmit power in a specific slot, the total
transmit power being estimated according to a TPC
command received from a Node B;
deriving a first transmit power factor for the second chan-
nel, the first transmit power factor causing the estimated
total transmit power not to exceed the maximum allowed
power;
providing the first transmit power factor as the scaled trans-
mit power factor for the specific slot;
deriving a total transmit power value increased by a prede-
termined power control unit value and a total transmit
power value decreased by the predetermined power con-
trol unit value using the estimated total transmit power
for at least a next slot following the specific slot, and
deriving second transmit power factors for the second
channel corresponding to the increased total transmit
power value and the decreased total transmit power
value, the second transmit power factors causing the
increased total transmit power value and the decreased
total transmit power value not to exceed the maximum
allowed power, respectively;

APLNDC-WH-A 0000015644

US 7,447,516 B2

21

receiving a TPC command in at least the next slot and
selecting one of the second transmit power factors
according to whether the received TPC command rep-
resents UP or DOWN; and
providing the selected second transmit power factor as the
scaled transmit power factor for at least the next slot.

14. The method as claimed in claim 1, wherein the transmit
power factors are determined based on Transport Formats
(TF) which are selected according to scheduling assignment
information received from a Node B, respectively.

15. An apparatus for transmitting data of a first channel not
supporting Hybrid Automatic Repeat reQuest (HARQ) and a
second channel supporting the HARQ in a mobile telecom-
munication system which supports an enhanced uplink ser-
vice, the apparatus comprising:
a controller for determining transmit power factors for the
channels, determining if total transmit power required
for transmission of the channels exceeds the maximum
allowed power, and scaling down the transmit power
factor for the second channel if the total transmit power
exceeds the maximum allowed power;
first and second data frames by performing channel-coding and
modulation of the first and second channel data; and
a gain scaling unit for adjusting the transmit powers of the
first and second channels, with which the data frames of
the first and second channels is transmitted, using the
scaled transit power factor for the second channel and
the transmit power factor for the first channel.

16. The apparatus as claimed in claim 15, wherein the
controller scales the transmit power factor for the second
channel from slot to slot when the total transmit power
exceeds the maximum allowed power.

17. The apparatus as claimed in claim 15, wherein the
controller determines the total transmit power based on the
transmit power factors for the first and second channels and a
TPC command issued by the system.

18. The apparatus as claimed in claim 15, wherein the
controller equally scales transmit power factors correspond-
ing to the other channels comprising the first channel when
the transmit power factor for the second channel is scaled-
down below a predetermined minimum value.

19. The apparatus as claimed in claim 18, wherein the
predetermined minimum value indicates a status where the
second channel is not transmitted.

20. The apparatus as claimed in claim 15, wherein the
controller equally scales transmit power factors for the other
channels exclusive of the second channel if the total transmit
power still exceeds the maximum allowed power even after
the transmit power factor for the second channel has been
scaled.

21. The apparatus as claimed in claim 15, wherein the
controller successively scales transmit power factors for the
other channels exclusive of the second channel according to
channel-by-channel priority if the total transmit power still
exceeds the maximum allowed power even after the transmit
power factor for the second channel has been scaled.

22

22. The apparatus as claimed in claim 21, wherein the
channel-by-channel priority is given such that a channel not
supporting retransmission has relatively lower priority than
that of a channel supporting retransmission, and a channel
carrying data has relatively lower priority than that of a chan-
nel carrying control information.

23. The apparatus as claimed in claim 15, wherein the
controller scales the transmit power factor for the second
channel when data of the second channel to be transmitted is
retransmission data.

24. The apparatus as claimed in claim 15, wherein when
data of the second channel to be transmitted is initial trans-
mission data, the controller equally scales transmit power
factors for all the channels comprising the second channel
such that the total transmit power does not exceed the maxi-
mum allowed power.

25. The apparatus as claimed in claim 15, wherein when
data of the second channel to be transmitted is initial trans-
mission data, the controller successively scales transmit
power factors for all the channels comprising the second
channel according to predetermined channel-by-channel pri-
ority such that the total transmit power does not exceed the
maximum allowed power.

26. The apparatus as claimed in claim 25, wherein the
channel-by-channel priority is given such that a channel not
supporting retransmission has relatively lower priority than
that of a channel supporting retransmission, and a channel
carrying data has relatively lower priority than that of a chan-
nel carrying control information.

27. The apparatus as claimed in claim 15, wherein the
controller acquires total transmit power, which is estimated
according to a TPC command received from a Node B, in a
specific slot, derives a first transmit power factor for the
second channel, which causes the estimated total transmit
power not to exceed the maximum allowed power, provides
the first transmit power factor as the scaled transmit power
factor for the specific slot, derives a total transmit power value
increased by a predetermined power control unit value and a
total transmit power value decreased by the predetermined
power control unit value using the estimated total transmit
power for at least a next slot following the specific slot,
derives second transmit power factors for the second channel,
which correspond to the increased total transmit power value
and the decreased total transmit power value and cause the
increased total transmit power value and the decreased total
transmit power value not to exceed the maximum allowed
power, respectively, receives a TPC command in at least the
next slot, selects one of the second transmit power factors
according to whether the received TPC command represents
UP or DOWN, and provides the selected second transmit
power factor as the scaled transmit power factor for at least
the next slot.

28. The apparatus as claimed in claim 15, wherein the
transmit power factors are determined based on Transport
Formats (TF) which are selected according to scheduling
assignment information received from a Node B, respec-
tively.

* * * * *

**15**



US007577460B2

(12) **United States Patent**
Kim et al.

(10) Patent No.: **US 7,577,460 B2**
(45) **Date of Patent:**    **Aug. 18, 2009**

(54) **PORTABLE COMPOSITE COMMUNICATION TERMINAL FOR TRANSMITTING/RECEIVING AND IMAGES, AND OPERATION METHOD AND COMMUNICATION SYSTEM THEREOF**

(75) Inventors: **Jae-Min Kim**, Suwon-shi (KR);
**Jeong-Seok Oh**, Yong-in-shi (KR);
**Sang-Ryul Park**, Taegu-Kwangyokshi
(KR)

(73) Assignee: **Samsung Electronics Co., Ltd** (KR)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 547 days.

(21) Appl. No.: **11/493,754**

(22) Filed: **Jul. 26, 2006**

(65) **Prior Publication Data**
US 2007/0123302 A1    May 31, 2007

**Related U.S. Application Data**

(62) Division of application No. 11/003,222, filed on Dec.
3, 2004, which is a division of application No. 09/540,
830, filed on Mar. 31, 2000, now Pat. No. 7,139,014.

(30) **Foreign Application Priority Data**

Mar. 31, 1999  (KR) ............................ 1999-11179

(51) Int. Cl.
*H04M 11/00*    (2006.01)
*H04N 7/14*    (2006.01)
(52) U.S. Cl. .............. 455/556.1; 455/556.2; 455/575.1;
348/14.02
(58) Field of Classification Search ............... 455/556.1,
455/556.2, 550.1, 575.1, 575.3, 575.4, 412.1;
348/14.01, 14.02, 14.09, 14.11–14.16; 379/93.24,
379/90.01; 709/204, 206
See application file for complete search history.

(56) **References Cited**
U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,381,460 A | 1/1995 | Ohashi et al. |
| 5,491,507 A | 2/1996 | Umezawa et al. |
| 5,636,315 A | 6/1997 | Sugiyama et al. |
| 5,757,346 A | 5/1998 | Mita |
| 5,806,005 A | 9/1998 | Hull et al. |
| 5,825,408 A | 10/1998 | Yuyama et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

JP        06233295       8/1994

(Continued)

*Primary Examiner*—Melur Ramakrishnaiah
(74) *Attorney, Agent, or Firm*—The Farrell Law Firm, LLP

(57)    **ABSTRACT**

A method of operating a portable composite communication terminal the functions as both a portable phone and a camera. The method includes: setting a portable phone mode by turning on the portable composite communication terminal, regulating voltage supporting components of the portable phone mode, and performing a general portable phone function; setting a camera mode by turning on the camera in said portable phone mode upon user request for camera operation, said user request being input through a camera mode switch and processed by the controller, regulating voltage supporting components of the camera mode, and performing a camera function; capturing the image of an object upon user request for a photograph in the camera mode; and displaying a captured image stored in a camera memory of the portable composite communication terminal on a display of the portable composite communication terminal upon user request for displaying the image.

**1 Claim, 10 Drawing Sheets**



JOINT TRIAL EXHIBIT NO. 1069
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____   By: _____

Joint Trial Exhibit No. 1069.2

## US 7,577,460 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,969,750 A | 10/1999 | Hsieh et al. |
| 6,009,336 A | 12/1999 | Harris et al. |
| 6,044,403 A | 3/2000 | Gerszberg et al. |
| 6,069,648 A | 5/2000 | Suso et al. |
| 6,169,911 B1 | 1/2001 | Wagner et al. |
| 6,192,257 B1 | 2/2001 | Ray |
| 6,252,588 B1 | 6/2001 | Dawson |
| 6,259,469 B1 | 7/2001 | Ejima et al. |
| 6,370,546 B1 * | 4/2002 | Kondo ....................... 707/201 |
| 6,377,818 B2 | 4/2002 | Iube et al. |
| 6,427,078 B1 * | 7/2002 | Wilska et al. ............ 455/550.1 |
| 6,501,968 B1 | 12/2002 | Ichimura |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 10-065780 | 3/1998 |
| JP | 10-98511 | 4/1998 |
| JP | 10-336238 | 12/1998 |

* cited by examiner

APLNDC-WH-A 0000014728

Joint Trial Exhibit No. 1069.3

**U.S. Patent**     Aug. 18, 2009     Sheet 1 of 10     US 7,577,460 B2



FIG. 1

Joint Trial Exhibit No. 1069.4

**U.S. Patent**      Aug. 18, 2009      Sheet 2 of 10      US 7,577,460 B2



FIG. 2

APLNDC-WH-A  0000014730

Joint Trial Exhibit No. 1069.5

**U.S. Patent**　　　Aug. 18, 2009　　　Sheet 3 of 10　　　US 7,577,460 B2



FIG. 3

Joint Trial Exhibit No. 1069.6

**U.S. Patent**        Aug. 18, 2009        **Sheet 4 of 10**        US 7,577,460 B2



# FIG. 4

APLNDC-WH-A 0000014732

Joint Trial Exhibit No. 1069.7

U.S. Patent          Aug. 18, 2009          Sheet 5 of 10          US 7,577,460 B2



FIG. 5

Joint Trial Exhibit No. 1069.8

**U.S. Patent**    Aug. 18, 2009    Sheet 6 of 10    US 7,577,460 B2

FIG. 6



Joint Trial Exhibit No. 1069.9

**U.S. Patent**       Aug. 18, 2009       Sheet 7 of 10       US 7,577,460 B2



FIG. 7

APLNDC-WH-A 0000014735

Joint Trial Exhibit No. 1069.10

**U.S. Patent**          Aug. 18, 2009          Sheet 8 of 10          US 7,577,460 B2



FIG. 8

Joint Trial Exhibit No. 1069.11

U.S. Patent          Aug. 18, 2009          Sheet 9 of 10          US 7,577,460 B2

FIG. 9



Joint Trial Exhibit No. 1069.12

FIG. 10



Joint Trial Exhibit No. 1069.13

US 7,577,460 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# PORTABLE COMPOSITE COMMUNICATION TERMINAL FOR TRANSMITTING/RECEIVING AND IMAGES, AND OPERATION METHOD AND COMMUNICATION SYSTEM THEREOF

## PRIORITY

This application is a Divisional Application of U.S. patent application Ser. No. 11/003,222, filed Dec. 3, 2004 which is a Divisional of U.S. patent application Ser. No. 09/540,830, filed Mar. 31, 2000 now U.S. Pat. No. 7,139,014 which claims priority to an application entitled "Portable Composite Communication Terminal for Transmitting/Receiving Voice and Images, and Operation Method and Communication System Thereof" filed in the Korean Industrial Property Office on Mar. 31, 1999 and assigned Ser. No. 1999-11179, the contents of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to the field of wireless communications, and in particular, to a portable composite communication terminal for transmitting/receiving voice and images and a communication method and system thereof.

### 2. Description of the Related Art

With the rapid development of information in society, there is an increasing demand for a composite communication terminal having functions in addition to a communication terminal solely for voice transmission. Currently, mobile phones can transmit voice and text messages between the mobile phone and a base station. In addition, there exist digital cameras, which can take and store images digitally. However, there are no devices, which can take digital images and transmit them to another device. Therefore, there exists a need for a device, which can take digital images and transmit them to another device. A mobile video phone (MVP), according to the present invention, can provide voice and image transmission services that will meet the demands of users in the multimedia era. The MVP is equipped with a digital camera function in addition to the functions of a typical portable communication terminal (e.g., portable phone). A user can therefore photograph an object or images as needed in business and store the photographs in the device. The MVP may also function as a radio transmitter and therefore the user can transmit/receive a desired image without logging into a personal computer (PC).

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide a portable composite communication terminal, which can transmit/receive voice and images.

It is another object of the present invention to provide a communication method and system for a portable composite communication terminal, which can transmit/receive voice and images.

These and other objects are achieved by providing a communication system for voice communication and image transmission/reception. The communication system includes a portable composite communication terminal, such as a mobile video phone (MVP), a mobile communication network, and a server. The portable composite communication terminal has a camera unit for digitally capturing the image of an object, constructing the image in a predetermined format, compressing the formatted image, and storing the compressed image in the camera memory under a predetermined camera control, a portable phone unit for providing overall control to the mobile video phone and selectively performing voice communication and image transmission/reception according to a selected transmission mode among predetermined modes, a display for displaying images and characters under the control of the portable phone unit, and an interface unit for interfacing between the portable phone unit and the display to display images and characters on the display under the control of the portable phone unit. The mobile communication network transmits/receives voice and images to/from the portable composite communication terminal. The server is connected to the mobile communication network and provides transmission/reception service of image data over the mobile communication network.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects, features and advantages of the present invention will become more apparent from the following detailed description when taken in conjunction with the accompanying drawings in which:

FIG. 1 is a block diagram of a portable composite communication terminal for transmission of voice and images according to an embodiment of the present invention;

FIG. 2 is a schematic diagram of the portable composite communication terminal according to the embodiment of the present invention;

FIGS. 3A, 3B, and 3C illustrate an external view of the portable composite communication terminal according to the embodiment of the present invention;

FIG. 4 is a block diagram of a system for transmission of image data and E-mail data between portable composite communication terminals according to the embodiment of the present invention;

FIG. 5 is a block diagram of a communication system in which the portable composite communication terminal can be used according to the embodiment of the present invention;

FIG. 6 is a flowchart depicting a control operation of the portable composite communication terminal in a portable phone mode and a camera mode according to the embodiment of the present invention;

FIG. 7 is a flowchart depicting a control operation of the portable composite communication terminal in a photograph sub-mode of the camera mode according to the embodiment of the present invention;

FIG. 8 is a flowchart depicting an operation of the portable composite communication terminal in a play sub-mode of the camera mode according to the embodiment of the present invention;

FIG. 9 is a flowchart depicting a control operation for transmission of an E-mail message and image data in the portable composite communication terminal according to the embodiment of the present invention; and

FIG. 10 is a flowchart depicting a control operation for receipt of an E-mail message and image data in the portable composite communication terminal according to the embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A preferred embodiment of the present invention will be described hereinbelow with reference to the accompanying drawings. In the following description, well-known functions or constructions are not described in detail since they would obscure the invention in unnecessary detail.

APLNDC-WH-A 0000014739

Joint Trial Exhibit No. 1069.14

US 7,577,460 B2

3

FIG. 1 is a block diagram of a portable composite communication terminal (hereinafter, referred to as mobile video phone: MVP) capable of transmitting voice and images according to an embodiment of the present invention. The MVP includes a camera unit 2 for capturing the image of an object, a portable phone unit 4 for transmitting/receiving voice or images, a display 8 for displaying images and characters, and an interface unit 6 for interfacing between the portable phone unit 4 and the display 8.

The camera unit 2 can be configured out of a digital still video camera in the MVP of FIG. 1. The structure and operation of the MVP according to the embodiment of the present invention will be described hereinbelow.

An image captured from an object is applied to a CCD (Charge Coupled Device) 12 through a lens portion 10. The lens portion 10 may include a zoom lens, a focus lens, and an iris, which are usually used for a digital still video camera. The lens portion 10 is simplified to enable a user to carry the MVP with more convenience in accordance with the embodiment of the present invention. Specifically, mechanical devices and circuits like the zoom lens, a zoom lens driver, and an iris driver are omitted. The iris is used with a iris aperture size fixed to a predetermined degree due to the absence of the iris driver. However, the lens portion 10 can include all or some of the components of a typical lens portion including the zoom lens, the focus lens, the iris, and their drivers, as needed.

The CCD 12 converts an optical signal of the object that passes through the lens portion 10 to an electrical signal (captured image signal) and a CDS/AGC (Correlated Double Sampling/Automatic Gain Control) 14 correlated-double samples the captured image signal and controls the gain of the captured image signal. Noise produced in the CCD 12 is removed from the captured image signal by the correlated double sampling in the CDS/AGC 14. The CCD 12 and the CDS/AGC 14 can be configured on typical CMOS (Complementary Metal Oxide Semiconductor) sensor chips. An ADC (Analog-to-Digital Converter) 16 converts the gain-controlled image signal of one field received from the CDS/AGC 14 to a digital signal. A DSP (Digital Signal Processor) 18 processes the digital signal received from the ADC 16 into an Y, C image signal of an NTSC (National Television System Committee) or PAL (Phase Alternation by Line) format. The DSP 18 feeds the Y, C image signal to a JPEG (Joint Picture Expert Group) compressor 20 or the display 8 for displaying the Y, C image signal on a color graphic LCD (Liquid Crystal Display) 48 (hereinafter, referred to as a color LCD 48), under the control of a portable phone controller 32. Components Y and C of the Y, C image signal are a luminance signal and a chrominance signal, respectively.

For the DSP 18 to store the Y, C image signal in a first memory 22 through the JPEG compressor 20 or feed the Y, C image signal to the display 8, an object is captured as a still image upon the user pressing a shutter key of the MVP in a camera mode. The DSP 18 applies the captured Y, C image signal to the first memory 22 through the JPEG compressor 20. On the other hand, if the shutter key is not entered in the camera mode, the DSP 18 temporarily stores the Y, C image signal in a third memory 28 through a camera controller 24 and then the stored Y, C image signal is displayed on the color LCD 48 through the camera controller 24, the DSP 18, a selector 44, and an LCD driver 46. The user can view the object in the viewfinder of the MVP on the color LCD 48.

The JPEG compressor 20 converts the captured Y, C image signal received from the DSP 18 to a JEPG formatted image signal and compresses the JEPG-formatted image signal to a predetermined size, under the control of the camera controller

4

24. Then, the first memory 22 stores the compressed image signal. The JPEG compressor 20 also decompresses the compressed image stored in the first memory 22 and applies the decompressed image to the DSP 18, under the control of the camera controller 24. For example, the JPEG compressor 20 compresses a 640×480 VGA (Video Graphics Array) signal to its ⅛ size. The 640×480 image occupies about 300 Kbytes, one eighth of which is about 40 Kbytes. The first memory 22 is a flash memory, for storing the compressed image received from the JPEG compressor 20. The capacity of the first memory 22 is adjusted according to the amount of captured image data, preferably to tens of pages (e.g., 50 pages) of captured images.

The camera controller 24 is a CPU (Central Processing Unit) and provides overall control to the camera unit 2. Upon receipt of a signal corresponding to a key input through a key pad 34 under the control of the portable phone controller 32, the camera controller 24 performs a corresponding operation. A second memory 26 connected to the camera controller 24 is usually an SRAM (Static Random Access Memory), for storing programs executed in the camera controller 24. The third memory 28 connected to the camera controller 24 is usually a DRAM (Dynamic Random Access Memory), acting as a buffer for temporarily storing an image received through the camera lens.

Now, the structure and operation of the portable phone unit 4 in the MVP of FIG. 1 will be described. The portable phone controller 32 provides overall control to the portable phone unit 4. The portable phone controller 32 operates the portable phone unit 4 or the camera unit 2 upon receipt of user key input, or stores an intended image received from the camera unit 2 in a fourth memory 36. In addition, the portable phone controller 32 controls an OSD (On Screen Display) 40 of the interface unit 6 to display desired characters or a background image on the color LCD 48 of the display 8. The portable phone controller 32 can be configured on an MSM (Mobile Station MODEM) chip of Qualcomm, for example.

The key pad 34 is provided with digit keys and function keys usually used in a typical portable phone, and keys necessary to photograph and play back images. Key data corresponding to user key input in the key pad 34 is applied to the portable phone controller 32. The keys for photographing and playing back images include a photography/play key, a mode key for selecting a camera environment, a shutter key, an enter key for setting a camera environment selected by the mode key, and a switch for turning on/off a camera. Some of the keys in the portable phone are used in a camera mode.

FIGS. 3A, 3B, and 3C are a frontal view, left side view, and rear view respectively of the MVP according to the embodiment of the present invention.

Arrangement of the keys in accordance with the embodiment of the present invention will be described referring to FIGS. 3A and 3B. Reference numeral 300 denotes a display window being a color LCD. The display window 300 is used as a view finder in a camera mode. Reference numeral 308 denotes the digit keys and the function keys provided to a typical portable phone. Keys 302, 304, and 306 above the keys 308 are used as a mode key, a shutter key, and an enter key, respectively, for photography and play. The mode key 302 selects a (partial or whole) delete function mode, a date function mode, a (fine or normal) display function mode, and a sensitivity function mode. The sensitivity of a still image is digitally controlled in the sensitivity function mode.

It is preferable that a flip (not shown in FIG. 3A) of the MVP according to the embodiment of the present invention covers only the digit and function keys 308, with the mode key 302, the shutter key 304, and the enter key 306 exposed

APLNDC-WH-A  0000014740

US 7,577,460 B2

5

outward, so that a user can photograph and reproduce an image using the keys 302, 304, and 306 without opening the flip of the MVP.

Reference numeral 316 denotes a photography/play key on the left side of the MVP, and reference numeral 314 denotes an RS232C jack above the photography/play 316, for a user to download a still image from a PC or upload a still image of the MVP to the PC. Reference numeral 312 denotes a volume up/down key for the portable phone. Upon user pressing the volume up/down key 312 in a play sub-mode of the camera mode, an image previous or next to a current image is displayed. Here, the play sub-mode refers to a mode for displaying a still image selected by the user among still images captured and stored on the color LCD 48. Reference numeral 310 in FIGS. 3A and 3B denotes a camera lens. The camera lens 310 is disposed at an upper portion of the rear side of the MVP in accordance with the embodiment of the present invention. Under the camera lens 310 is located a battery 320.

While the MVP is a flip type in FIGS. 3A, 3B, and 3C, it can be of a folder type or any other type.

Returning to FIG. 1, the fourth memory 36 connected to the portable phone controller 32 includes an EEPROM (Electrically Erasable and Programmable Read Only Memory), a flash ROM, and a RAM. Variables needed for executing programs are stored in the EEPROM, and data needed for controlling the portable phone is stored in the RAM. Operation programs, application programs, Internet protocols, radio link protocols, and CDMA (Code Division Multiple Access) protocols are mapped in the ROM. The application programs include programs for additional functions such as voice dialing, character recognition, PIM (Personal Information Management), and games, data functions such as browsing, E-mailing, and facsimile, and a user interface function such as GUI (Graphic User interface). The Internet protocols are a protocol for connecting the MVP to a PPP (Point to Point Protocol) server and a protocol used over an Internet. TCP/IP/PPP (Transmission Control Protocol/Internet Protocol/Point to Point Protocol) is an example of the Internet protocols. The radio link protocols include an IS-657 packet data communication protocol and an RLP (Radio Link Protocol). The RLP is a protocol for converting general data for use in a CDMA protocol and recovering the general data. The CDMA protocols are an IS-95A CDMA protocol for 800 MHz, a J-STD-008 CDMA protocol for 1.8 GHz, and an IS-95B protocol at 64-114 Kbps.

An area for storing part of user-intended data or images prior to radio transmission is reserved in the flash ROM, besides the programs and protocols. Though a large capacity buffer is required to store the entire page of images, the flash ROM of the fourth memory 36 assigns a small capacity buffer size, for example, of 600 bytes to store image data received by 512 byte units from the camera controller 24.

An audio portion 33 converts an analog voice signal received through a microphone (MIC) to a radio signal and feeds the radio signal to an RF (Radio Frequency) module 30, under the control of the portable phone controller 32. The audio portion 33 also demodulates a radio signal received from the RF module 30 and outputs a voice signal through a speaker (SP), under the control of the portable phone controller 32. The RF module 30 downconverts and demodulates an RF signal received through an antenna and outputs the demodulated signal to the audio portion 33. The RF module 30 also modulates and upconverts a signal received from the audio portion 32 to an RF signal and wireless transmits the modulated signal through the antenna. A signal transmitted/received to/in the RF module 30 can be image and character data as well as a voice signal.

6

The RS232C interface 38 connected to the portable phone controller 32 is an interface for downloading/uploading a still image from/to a PC.

In FIG. 1, the interface unit 6 has the OSD (On Screen Display) 40, an encoder 42, and the selector 44.

The OSD 40 performs an OSD control operation for displaying characters or a background image downloaded from a PC on the color LCD 48 of the display 8, and outputs an R, G, B image signal, for example, an 8-bit digital signal. The DAC (Digital to Analog Converter) 41 converts the digital R, G, B signal received from the OSD 40 to an analog signals, and the encoder 42 encodes the analog R, G, B signal to an NTSC or PAL Y, C signal. The selector 44 is an analog multiplexer (MUX), for selecting the external image Y, C signal received from the DSP 18 of the camera unit 2 or the OSD image Y, C signal received from the encoder 42 and feeding the selected image signals to the display 8. The display 8 includes the LCD driver 46 and the color LCD and displays characters and images on the color LCD 48.

FIG. 2 illustrates two boards, namely, a portable phone board 100 and a camera board 200 in which the components shown in FIG. 1 are separately arranged according to the embodiment of the present invention. Referring to FIG. 2, while the RF module 30, the audio portion 33, the key pad 34, and the fourth memory 36 of the portable phone unit 4 shown in FIG. 1 are not shown in the portable phone board 100 and the CCD 12, the CDS/AGC 14, the ADC 16, the JPEG compressor 20, and the first, second, and third memories 22, 26, and 28 of the camera unit 2 shown in FIG. 1 are not shown in the camera board 200, it is to be noted that each board is provided with its corresponding components or circuit blocks.

Furthermore, it is also to be appreciated that a battery power voltage BATT1(+) is 3.6V and an operational power ranges between 2.8 and 4.3V by way of example in FIG. 2. A regulator outputs 3.3V or any other voltage for the input of the battery power voltage 3.6V, and a power voltage being tens of volts is supplied through a DC/DC converter.

Both the portable phone board 100 and the camera board 200 shown in FIG. 2 are provided with a DC/DC converter (not shown) so that the two boards can operate together or individually. A connection unit 150 having a plurality of lines connects the two boards 100 and 200, for implementing a reliable operation and transmitting an operational command and images between boards 100 and 200.

In accordance with the embodiment of the present invention, a battery power line Batt (+) is connected between a power supply of the portable phone board 100 and a power supply of the camera board 200 to use a battery of a conventional portable phone for both the portable phone board 100 and the camera board 200. A ground line GND is connected between the boards 100 and 200 for stable operation. Data transmission and reception lines SD and RD are connected between the portable phone controller 32 and the camera controller 24 via UART (Universal Asynchronous Receiver/Transmitter) ports, for communicating commands and data between them. The portable phone controller 32 orders all operations of the camera unit 2, including photography and reproduction, determines whether the ordered operations are performed reliably, and communicates image data for image transmission, through the data transmission and reception lines SD and RD. Key data related with camera operations received through the key pad 34 of FIG. 1 under the control of the portable phone controller 32 is applied to the camera controller 24 through the data transmission and reception lines SD and RD.

APLNDC-WH-A  0000014741

Joint Trial Exhibit No. 1069.16

US 7,577,460 B2

7

According to the embodiment of the present invention, the camera board 200 of the MVP includes a camera on/off switch 318 and an RS-232C jack 314 for downloading/up-loading data from/to a PC. The camera on/off switch 318 has an end grounded and the other end connected to a line CP_CHECK that is in turn connected to a port GPIO (CP_CHECK) of the portable phone controller 24. A power voltage 3.3V, for example, is connected to the line CP_CHECK through a resistor. A line CAM_PWR_CTRL is connected between a port GPIO(CAM_CTRL) of the por-table phone controller 32 and the camera controller 24, so that the portable phone controller 32 can sense a user pressing the camera on/off switch 318 through the line CP_CHECK, con-trols the camera controller 24 through the line CAM_P-WR_CTRL, and thus turns on/off the camera unit 2. Only a leakage current of several mili-amperes (mA) is applied to the camera unit 2 to prevent the misoperation of the camera controller 24 when the camera unit 2 turns off. When the user turns off the camera unit 2 with the camera on/off switch 318, the camera controller 24 terminates the operation of the cam-era unit 2 by using the leakage current. The operations of circuits and mechanical devices in the camera unit 2 are controlled by the portable phone controller 32.

Meanwhile, an LCD power supply 202 is provided to the camera board 200, for supplying a power voltage to the LCD driver 46 and the color LCD 48, and a back light power supply 102 is provided to the portable phone board 100, for supply-ing a power voltage to an LCD back light 204. The portable phone controller 32 controls the on/off state of LCD power supply 202 to reduce the power dissipation associated with the operation of the color LCD 48. That is, a port GPIO (LCD_CRTL) on the portable phone controller 32 is con-nected to the bases of a first and a second transistor 114 and 116. The first transistor 114 has a collector to which 3.3V is applied and an emitter grounded. A line MUX_PWR is con-nected between the collector of the first transistor 114 and the selector 44, for supplying 3.3V to selector 44. The second transistor 116 has a collector connected to the battery power voltage BATT(+) and an emitter connected to ground. A line LCD_PWR is connected between the collector of the second transistor 116 and the LCD power supply 202 and between the collector of the second transistor 116 and a DC (Direct Current) power supply 206. Hence, the portable phone con-troller 32 can control the LCD power supply 202 and the DC power supply 206 by use of the port GPIO(LCD_CTRL). A line ENC_PWR connects the DC power supply 206 of the camera board 200 to the encoder 42 of the portable phone board 100, for supplying a DC power voltage to the encoder 42.

While the LCD driver 46, the LCD power supply 202, the selector 44, and the DC power supply 206 are located on the camera board 200 in the embodiment of the present invention, they can be on the portable phone board 100 when necessary.

As shown in FIG. 2, the OSD 40 in the interface unit 6 includes a main processing unit (MPU) 104, an OSD signal processor 106, a program ROM 108, and a flash memory 110. Each component block can be configured with a chip.

The MPU 104 provides overall control to the OSD 40. The OSD signal processor 106 displays an intended character at a specific position of a current displayed still image on the color LCD 48 in synchronization with an external color sync signal C_Sync (included in the luminance signal Y) received from the DSP 18, or displays only characters or a downloaded background image on the color LCD 48 in synchronization with an internal color sync signal C_Sync. Operation pro-grams, fonts, and icons are mapped in the program ROM 108,

8

and a plurality of pages of background images downloaded from a PC are stored in the flash memory 110.

The OSD signal processor 106 is preferably configured with an ASIC (Application Specific Integrated Circuit), and its structure and operation will be described in more detail below. Since a conventional method of displaying characters on a black and white character-type LCD does not apply to the color LCD 48 of the present invention, the OSG signal pro-cessor 106 converts intended characters and images to a form suitable for the color LCD 48 using data DATA 0-7, address A0, a write signal WR, a chip select signal CS, and a reset signal RESET, for example, from an MSM chip of the con-ventional portable phone controller 32. In order to convert the characters and images, the OSD signal processor 106 receives a clock signal CLK (e.g., 27 MHz) used in the MSM chip from the portable phone controller 32. The portable phone controller 32 can turn on/off 3.3V supplied to the OSD 40 through an internal port GPIO(OSD_CTRL). That is, a third transistor 118 has a base connected the port GPIO(OSD_C-TRL) of the MSM chip being the portable phone controller 32, an emitter grounded, and a collector connected to the OSD signal processor 106 through a PWR 3.3V line. A power voltage 3.3V is applied to the collector of the third transistor 118. Thus, the portable phone controller 32 can turn on/off 3.3V to/from the OSD 40 through the port6 GPIO(OSD_CRL).

A line OSD_SD connects the RS232C jack 314 of the camera board 200 to the OSD signal processor, so that the user can download a desired still image from the PC utilizing the RSC232C jack 314 for use as a background on the color LCD 48.

The OSD signal processor 106 operates under the control of the MPU 104 of the OSD 40 and outputs an R, G, B signal and a color sync signal C_Sync. The R, G, B signal is an 8-bit digital signal for representing 256 colors (R: 3 bits, G: 3 bits, and B: 2 bits).

Synchronization should be provided to the camera of the MVP in order to represent desired characters in an image, which is being photographed or played back. For this pur-pose, a line C_Sync is connected between the DSP 18 and the OSD signal processor 106, so that the DSP 18 applies the external color sync signal C_Sync to the OSD signal proces-sor 106 as a color sync signal for the current photographed or retrieved image data. The OSD signal processor 106, syn-chronized to the external color sync signal C_Sync, controls a specific character in a predetermined area of an image displayed on the color LCD 48.

The OSD signal processor 106 includes an internal sync signal generator (not shown). The internal sync signal gen-erator generates the internal sync signal C_Sync for display-ing a background image or characters on the color LCD 48 in a portable phone mode because the DSP 18 does not output the external color sync signal C_Sync in the portable phone mode.

The D/A converter 41 of FIG. 1 converts the 8-bit digital R,G,B signal received from the OSD signal processor 106 to an analog signal. For the input of the analog R,G,B signal from DAC 41 and the color sync signal C_Sync from the OSD signal processor 106, the encoder 42 outputs an OSD image Y,C signal in response to a clock signal at 3.5794 MHz received from the clock signal generator 112.

3.3V are applied to the selector 44 through a line MUX_PWR. The line MUX_PWR is connected to the collector of the first transistor 114, to which 3.3V is applied. The first transistor 114 has an emitter grounded and a base connected to a port GPIO(LCD_CRTL) of the portable phone controller

APLNDC-WH-A   0000014742

Joint Trial Exhibit No. 1069.17

US 7,577,460 B2

9

32. The portable phone controller 32 controls 3.3V to selectively be applied to the selector 44 through the port GPIO (LCD_CTRL).

The image Y, C signal output from the DSP 18 of the camera unit 2 or the image Y, C signal output from the encoder 42 is selectively fed to the display 8. The OSD signal processor 106 controls the selection in the selector 44 through a line MUX_CTRL connected between the OSD signal processor 106 and the selector 44. The OSD signal processor 106 controls the selector 44 to select the OSD image Y, C signal received from the encoder 42 through the line MUX_CTRL at the time when characters or a background image needs to be output.

A detailed description of a control operation in the MVP according to the embodiment of the present invention will be given in connection to FIGS. 1 to 6. Referring now to FIG. 6, there is shown a flowchart illustrating an operation control procedure in the MVP according to the embodiment of the present invention. When a user turns on the MVP in step 600, the portable phone controller 32 enters a portable phone mode in step 602. Then, the portable phone controller 32 controls a portable phone operational power voltage to be supplied in step 604. That is, the power voltage is supplied to the portable phone unit 4, the selector 44 of the interface unit 6, and the display 8. In step 606, the portable phone controller 32 performs a function related with a typical portable phone. A power voltage is not supplied to the other circuits and device drivers of the camera unit 2 except for the camera controller 24 in the portable phone mode.

Referring back to FIG. 2, for supply of the power voltage in the portable phone mode, the portable phone controller 32 controls the power voltage to be supplied to the LCD power supply 202, the DC power supply 206, the back light power supply 102, and the selector 44 through the port GPIO(LCD_CTRL). Therefore, the power voltage is applied to the selector 44, the LCD power supply 202 applies the power voltage to the LCD driver 46 and the color LCD 48, the DC power supply 206 applies the power voltage to the encoder 42, and the back light power supply 102 applies the power voltage to a back light 204. The power voltage is also supplied (not shown) to the camera controller 24 of the camera unit 2.

Upon request for E-mail transmission in the portable phone mode in step 608, the portable phone controller 32 enters an E-mail transmission sub-mode in step 610.

Meanwhile, when the camera function in the MVP is used, the user turns on the camera on/off switch 318 on the left side of the MVP. The portable phone controller 32 senses the on-state of the camera on/off switch 318 in step 612 and enters a camera mode in step 614. Then, the portable phone controller 32 controls the camera controller 24 in order to supply a power voltage to the camera unit 2 in step 616 and controls the OSD 40 to display a message indicating the camera mode in graphics or characters on the color LCD 48 in step 618.

If the user presses the photography/play key 316 on the left side of the MVP in the camera mode in step 620, the portable phone controller 32 checks whether user presses the photography/play key 316 again in step 622. If not, the controller 32 enters a photography sub-mode in step 624. If the photography/play key 316 is entered for the second time, the portable phone controller 32 enters a play sub-mode in step 626. Every time the user presses the photography/play key 316, the photography sub-mode and the play sub-mode are toggled.

Referring to FIG. 7, there is shown a flowchart illustrating a control operation in the MVP in a photography sub-mode of a camera mode. When the photography sub-mode is set in step 624 of FIG. 6, the camera controller 24 controls an object

10

in sight of the camera lens to be displayed on the color LCD 48 in step 700. The object is temporarily stored in the third memory 28 through the lens portion 10, the CCD 12, the CDS/AGC 14, the ADC 16, the DSP 18, and the camera controller 24 and then displayed on the color LCD 48 through the camera controller 24, the DSP 18, the selector 44, and the LCD driver 46.

The user views the intended object on the color LCD 48 acting as a view finder and presses the shutter key 306 on the frontal side of the MVP as shown in FIG. 3A to capture the image of the object in step 702. The portable phone controller 32 controls the camera controller 24 to photograph the object at the time point when the user presses the shutter key 306 in step 704. Then, the portable phone controller 32 controls the camera controller 24 to store the captured image data in the first memory of the camera unit 2, while controlling the OSD 40 to display a photography wait message on the color LCD 48 in step 706. Text characters "WAIT" can be an example of the photography wait message.

In step 708, it is determined whether the photography/play key 316 is entered in the current photography sub-mode. In the absence of the input of the photography/play key 316, the procedure returns to step 700. Upon input of the photography/play key 316, the photography sub-mode is toggled to the play sub-mode in step 626 of FIG. 6.

Meanwhile, if the shutter key 316 is not entered in the photography sub-mode in step 702, the portable phone controller 32 determines whether the camera on/off switch 318 is off in step 710. In the off-state of the camera on/off switch 318, the portable phone controller 32 controls the camera controller 24 to block a power voltage from the camera unit 2 in step 712 and returns to the portable phone mode in step 602 of FIG. 6. On the contrary, in the on-state of the camera on/off switch 318, the portable phone controller 32 determines in step 714 whether the MVP is powered-off. If the MVP is powered-off, the portable phone controller 32 ends the procedure, and otherwise, it returns to step 700 of FIG. 7.

The control operation of the MVP in the play sub-mode of step 614 will be described in more detail referring to FIG. 8. Referring to FIG. 8, there is shown a flowchart illustrating a control operation in the MVP in a play sub-mode of the camera mode. The play sub-mode allows the user to view a captured image on the color LCD 48 and can be performed in the camera mode.

Upon selection of the play sub-mode, the portable phone controller 32 controls the camera controller 24 to display the latest captured still image on the color LCD 48 in step 800. That is, the camera controller 24 reads out the last-stored still image from the first memory and displays it on the color LCD under the control of the portable phone controller 32.

Upon the pressing of the volume up/down key 312 in this situation, the portable phone controller 32 controls the camera controller 24 to display a captured still image on the color LCD 48 depending on the volume up/down input. For example, the next still image is displayed on the color LCD for the input of the volume-up key data and the previous still image is displayed on the color LCD 48 for the input of the volume-down key data.

The portable phone controller 32 determines whether the photography/play key has been entered in step 806. Upon entry of the photography/play key 316, the play sub-mode is toggled to the photography sub-mode in step 624 of FIG. 6 and otherwise, the portable phone controller 32 returns to step 802.

If the volume up/down key 312 is not entered in step 802, the portable phone controller 32 determines whether the camera on/off switch 318 is off in step 808. In the off-state of the

APLNDC-WH-A  0000014743

Joint Trial Exhibit No. 1069.18

US 7,577,460 B2

11

camera on/off switch 318, the portable phone controller 32 controls the camera controller 24 to block the power voltage from the camera unit 2 in step 809 and then returns to the portable phone mode in step 602. In the on-state of the camera on/off switch 318, the portable phone controller 32 determines whether an E-mail transmission has been requested from the user in step 810. Upon user request for the E-mail transmission, the portable phone controller 32 returns to the E-mail transmission sub-mode in step 610. By selecting the E-mail transmission sub-mode in the play sub-mode, the user can transmit an E-mail with a still image enclosed therein.

If the E-mail transmission sub-mode is not set in step 810, the portable phone controller 32 determines whether the MVP is powered-off in step 814. If the MVP is powered-off, the portable phone controller 32 ends the procedure, and otherwise, the portable phone controller 32 returns to step 802.

In the E-mail transmission sub-mode, an E-mail is transmitted in accordance with the embodiment of the present invention. Before describing the transmission/reception of an E-mail message and image data in detail, a description of a communication system and network for transmission/reception of an E-mail message and image data will be presented referring to FIGS. 4 and 5.

Referring to FIG. 4, there is shown a concept view of the inter-MVP image data or E-mail transmitting system according to the embodiment of the present invention. An MVP 400 transmits an E-mail or image data to an E-mail server 406 through a PPP service provider 402 and an Internet 404. The E-mail server 406 in turn transmits the received E-mail or image data to another MVP 412 through an Internet 408 and a PPP service provider 410. The E-mail server 406 includes an SMTP (Sending Mail Transfer Protocol) server and a POP (Post Office Protocol) server for transmitting the E-mail and image data from the E-mail server 406.

Referring now to FIG. 5, there is shown a block diagram of a communication system for transmitting/receiving voice and image data using the MVP of the present invention. The communication system includes MVPs 500 and 600, base stations 502 and 602 communicating with the MVPs 500 and 600; PPP servers 504 and 604, Internets 514 and 614 connected to the PPP servers 504 and 604, an E-mail server 516 connected to the Internets 514 and 614, PCs 508 and 608, MODEMS 508 and 608 connected between the PCs 508 and 608 and the PPP servers 504 and 604, and LANs (Local Area Networks) 512 and 612 connected between the PCs 508 and 608 and the Internets 514 and 614. The base stations 502 and 602 belong to mobile communication networks 506 and 606, and the E-mail server 516 includes SMTP servers 518 and 618 for receiving an E-mail and image data and POP servers 520 and 620 for transmitting an E-mail and image data.

An application program for E-mail is stored in the fourth memory 36 of the portable phone unit 4, therefore, the MVP can perform an E-mail function without an extra connection to a computer. In accordance with the embodiment of the present invention, the data packet communication standard, IS-657 is applied for implementation of an E-mail function, and images are appended to the contents of an E-mail by a compression method as provided by the international still image compression standard, JPEG.

Transmission of image data and an E-mail will be described in detail with reference to FIGS. 1 to 5 and FIG. 9. An MVP user can select an E-mail transmission sub-mode in a portable phone mode or in a play sub-mode of a camera mode. Referring to FIG. 9, there is shown a flowchart illus-

12

trating a control operation for transmitting E-mail and image data in the MVP according to the embodiment of the present invention.

Upon selection of the E-mail transmission sub-mode, the portable phone controller 32 controls the OSD 40 to display a message requesting entry of the address of the other party on the color LCD 48 in step 900 of FIG. 9. When the user enters the address of the other party through the key pad 34 in step 902, the portable phone controller 32 requests entry of a message (title and contents) to the user through the color LCD 48 in step 904. Upon user entry of the message in step 906, the portable phone controller 32 displays a message asking whether an image is to be enclosed on the color LCD 48 in step 907.

The user presses a key corresponding to image enclosure if he wants to enclose an image in the E-mail transmission sub-mode. Therefore, if the user directly presses a send key, this implies that no image is enclosed in the E-mail transmission sub-mode. In step 908, the portable phone controller 32 determines whether the send key has been entered. Upon entry of the send key, the portable phone controller 32 proceeds to step 914, and otherwise, the portable phone controller 32 determines whether the image enclosure key has been entered in step 910. Upon user request for image enclosure in step 910, the portable phone controller 32 performs a control operation to enclose an image in the E-mail in step 912. The image enclosure operation is performed in steps 626, 800, 802, and 804. After step 912, the portable phone controller 32 returns to step 908.

Meanwhile, upon entry of the send key in step 908, the portable phone controller 32 determines whether there is any still image to be enclosed in the E-mail. If the E-mail transmission sub-mode is selected in the play sub-mode of the camera mode, this implies that image data to be enclosed in the E-mail exists. If the image enclosure operation is implemented in the E-mail transmission sub-mode selected in the portable phone mode, as in step 912, this implies that image data to be enclosed in the E-mail exists. However, if only the E-mail transmission sub-mode is selected in the portable phone mode, this implies that no image data enclosed in the E-mail exists.

In the presence of a still image to be enclosed in the E-mail in step 914, the portable phone controller 32 transmits the received message (title and contents) and the enclosed still image to the E-mail server 510 in packets, while displaying a message indicating E-mail transmission on the color LCD 48, in step 916. In the absence of a still image to be enclosed in the E-mail in step 914, the portable phone controller 32 transmits the received message (title and contents) to the E-mail server 510 in packets, while displaying the message indicating E-mail transmission on the color LCD 48 in step 918.

Upon completion of the E-mail transmission in step 920, the portable phone controller 32 displays a message indicating completed transmission on the color LCD 48 in step 922 and blocks a power voltage from the camera unit 2 in step 924. Thus, the portable phone controller 32 enters the portable phone mode 602.

Packet transmission of an E-mail with a still image enclosed therein in step 916 of FIG. 9 will be described in more detail. Still image data is transmitted by the data block size of a typical digital still video camera, for example, by 512 byte units, between the camera unit 2 and the portable phone unit 4 in the MVP, and the MVP transmits data in packets to the E-mail server 516. A packet is of length 584 bytes, including a 536-byte data block, an 8-byte header, a 20-byte TCP (Transmission Control Protocol), and a 20-byte IP (Internet Protocol).

APLNDC-WH-A  0000014744

Joint Trial Exhibit No. 1069.19

US 7,577,460 B2

13

For packet transmission, the portable phone controller 32 reads still image data of about 40 Kbytes in 512 byte units from the first memory 22 of the camera unit 2 and temporarily stores the read data in the fourth memory 36 of the portable phone unit 4. Then, the 512-byte long image data is appended to the message (title and contents) of an E-mail and the resulting message is loaded in the data block of 536 bytes. In this manner, the image data is transmitted in packets.

Assuming that the still image of about 40 Kbytes and the contents of the E-mail message are about 60 Kbytes, the MVP can transmit data of about 70 Kbytes including data and a header of a packet for about 60 seconds at 9600 bps (=70 Kbytes×8). Here, 9600 bps is a data transmission rate in a CDMA system.

Referring back to FIG. 5, the MVP 500 connects to the PPP server 504 through the base station 502 and a PPP service provider 504 and then to the E-mail server 516 using the TCP/IP protocol. The MVP 500 can upload an E-mail having image data enclosed therein to the E-mail server 516 using the POP server 520 of the E-mail server, or download an E-mail or an E-mail having image data enclosed therein from the E-mail server 516 using the SMTP server 518 of the E-mail server 516.

Upon receipt of an E-mail, the E-mail server 516 notifies a terminal of the other party, for example, the PC 608 or the MVP 600 of the arrival of the E-mail.

Referring to FIG. 10, there is shown a flowchart illustrating a control operation for reception of an E-mail and image data in the MVP according to the embodiment of the present invention. Upon receipt of an E-mail in step 1000, the portable phone controller 32 of the MVP displays a message notifying receipt of the E-mail and a server phone number on the color LCD 48 in step 1002. If the user enters the send key in the key pad 34 to check an E-mail message, the portable phone controller 32 establishes a call with the E-mail server in step 1006. In step 1008, the portable phone controller 32 downloads the title of the E-mail and displays it on the color LCD 48 in step 1008. When the user presses a specific key to read the E-mail message in step 1010, the portable phone controller 32 downloads message contents, information about the presence or absence of enclosed image data, and the file size of the enclosed image, and displays the downloaded information on the color LCD 48 in step 1012.

Then, when the user requests downloading the enclosed image in step 1014, the portable phone controller 32 downloads the enclosed image in step 1016. In step 1018, the

14

portable phone controller 32 determines whether the download is completed. Upon completion of the download, the portable phone controller 32 displays a message indicating completed downloading on the color LCD 48 in step 1020. On the other hand, if the download is not completed, the portable phone controller 32 determines whether a an end key has been entered in step 1022. To suspend the download for such a reason as a long download time, the user just presses the end key. The portable phone controller 32 determines whether the end key has been entered in step 1022. Upon input of the end key, the portable phone controller 32 ends the procedure.

As described above, the MVP of the present invention acts as both a general portable communication terminal and a digital camera. Accordingly, it can play back photographed images, transmit/receive images, and perform voice communication.

While the invention has been shown and described with reference to a certain preferred embodiment thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention as defined by the appended claims.

What is claimed is:

1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function;

entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode;

sequentially displaying other images stored in a memory through the use of scroll keys;

transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and

transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.

*   *   *   *   *

APLNDC-WH-A  0000014745

**16**

US007456893B2

(12) **United States Patent**
Son et al.

(10) **Patent No.:** US 7,456,893 B2
(45) **Date of Patent:** Nov. 25, 2008

(54) **METHOD OF CONTROLLING DIGITAL IMAGE PROCESSING APPARATUS FOR EFFICIENT REPRODUCTION AND DIGITAL IMAGE PROCESSING APPARATUS USING THE METHOD**

(75) Inventors: **Hyuk-soo Son**, Seongnam-si (KR); **Sung-ho Eun**, Seongnam-si (KR)

(73) Assignee: **Samsung Techwin Co., Ltd.**, Changwon (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 597 days.

(21) Appl. No.: **11/167,851**

(22) Filed: **Jun. 27, 2005**

(65) **Prior Publication Data**
US 2006/0209203 A1     Sep. 21, 2006

(30) **Foreign Application Priority Data**
Mar. 15, 2005     (KR) .................... 10-2005-0021335

(51) Int. Cl.
H04N 5/222     (2006.01)
(52) U.S. Cl. ............................ 348/333.11; 348/333.01
(58) Field of Classification Search .......... 348/211.13, 348/333.01, 333.05, 333.11, 333.13
See application file for complete search history.

(56) **References Cited**
U.S. PATENT DOCUMENTS

6,512,548 B1 * 1/2003 Anderson ............ 348/333.05

| | | | |
|---|---|---|---|
| 6,867,807 B2 * | 3/2005 | Malloy Desormeaux .......... | 348/333.13 |
| 6,970,200 B2 * | 11/2005 | Boll ........................ | 348/333.13 |
| 2004/0008970 A1 * | 1/2004 | Junkersfeld et al. .......... | 386/69 |
| 2004/0109063 A1 * | 6/2004 | Kusaka et al. .......... | 348/207.1 |
| 2004/0119876 A1 | 6/2004 | Ohmori et al. | |
| 2005/0134708 A1 * | 6/2005 | Lee et al. ................ | 348/240.2 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 11-331739 A | 11/1999 |
| JP | 2000-078518 A | 3/2000 |
| JP | 2004-112708 A | 4/2004 |
| KR | 1998-0071372 A | 10/1998 |

* cited by examiner

*Primary Examiner*—David Ometz
*Assistant Examiner*—Gary C Vieaux
(74) *Attorney, Agent, or Firm*—Drinker Biddle & Reath LLP

(57) **ABSTRACT**

Provided is a method of controlling a digital image processing apparatus that processes and stores an input image in a recording medium and reproduces files stored in the recording medium in a stored-image display mode. The method includes: (a) classifying the stored-image display mode into first and second modes; (b) determining whether any one of the first and second modes was selected by a user if a command to perform the stored-image display mode is input by the user; (c) displaying a latest file first if the first mode was selected; and (d) displaying a file most recently reproduced first if the second mode was selected.

**16 Claims, 7 Drawing Sheets**



**JOINT TRIAL EXHIBIT NO. 1068**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

Joint Trial Exhibit No. 1068.2

**U.S. Patent**    Nov. 25, 2008    Sheet 1 of 7    US 7,456,893 B2

# FIG. 1



APLNDC-WH-A 0000018488

Joint Trial Exhibit No. 1068.3

U.S. Patent          Nov. 25, 2008          Sheet 2 of 7          US 7,456,893 B2



FIG. 2

APLNDC-WH-A 0000018489

Joint Trial Exhibit No. 1068.4

**U.S. Patent**          Nov. 25, 2008          Sheet 3 of 7          US 7,456,893 B2

# FIG. 3



APLNDC-WH-A 0000018490

Joint Trial Exhibit No. 1068.5

**U.S. Patent**     Nov. 25, 2008     Sheet 4 of 7     US 7,456,893 B2

# FIG.  4



APLNDC-WH-A  0000018491

Joint Trial Exhibit No. 1068.6

**U.S. Patent**      Nov. 25, 2008      Sheet 5 of 7      US 7,456,893 B2



FIG. 5

START

S4

INSPECT REMAINING
CAPACITY OF MEMORY CARD — S401

IS
RECORDABLE CAPACITY
AVAILABLE? — S402

NO

YES

SET WHITE BALANCE — S404

INDICATE LACK
OF CAPACITY OF
MEMORY CARD — S403

AUTOMATIC
EXPOSURE MODE? — S405

NO

YES

DRIVE APERTURE AND
SET EXPOSURE TIME — S406

AUTOMATIC
FOCUSING MODE? — S407

NO

YES

PERFORM AUTOMATIC FOCUSING — S408

IS SH1 ON? — S409

NO

YES

IS SH2 ON? — S410

NO

YES

CREATE IMAGE FILE
IN MEMORY CARD — S411

CAPTURE IMAGE — S412

COMPRESS IMAGE DATA — S413

STORE IMAGE DATA
IN IMAGE FILE — S414

END

APLNDC-WH-A 0000018492

Joint Trial Exhibit No. 1068.7

U.S. Patent        Nov. 25, 2008        Sheet 6 of 7        US 7,456,893 B2

# FIG.  6



APLNDC-WH-A  0000018493

Joint Trial Exhibit No. 1068.8

**U.S. Patent**          Nov. 25, 2008          Sheet 7 of 7          US 7,456,893 B2



FIG. 7

Joint Trial Exhibit No. 1068.9

US 7,456,893 B2

1

# METHOD OF CONTROLLING DIGITAL IMAGE PROCESSING APPARATUS FOR EFFICIENT REPRODUCTION AND DIGITAL IMAGE PROCESSING APPARATUS USING THE METHOD

## CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

This application claims the priority of Korean Patent Application No. 10-2005-0021335, filed on Mar. 15, 2005, in the Korean Intellectual Property Office, the disclosure of which is incorporated herein in its entirety by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a method of controlling a digital image processing apparatus and a digital image processing apparatus using the method, and more particularly, to a method of controlling a digital image processing apparatus that processes and stores an input image in a recording medium and reproduces (i.e., displays) files stored in the recording medium in a reproducing mode (i.e., a stored-image display mode), and a digital image processing apparatus, for example, a digital camera or a camera-phone, using the method.

2. Description of the Related Art

A conventional image processing apparatus is disclosed in U.S. Patent Publication No. 20040119876 entitled "Method of Notification of Inadequate Picture Quality". The conventional image processing apparatus includes a recording medium, a reproducer, and a controller. The controller, for example, a digital camera processor, processes an input image and stores the processed input image in the recording medium. In a reproducing mode (hereinafter referred to as the stored-image display mode) the digital camera processor controls the reproducer to display files that are stored in the recording medium.

When a user inputs a reproduction command, the conventional image processing apparatus always reproduces the latest-stored file first. For example, an image is reproduced from an image file that has most recently been created after a photographing operation is always displayed first.

Therefore, when a user temporarily switches from the stored-image display mode to another operating mode (e.g., a photographing mode), the user has to again sequentially display files that were already displayed to find his or her most recently viewed stored image.

## SUMMARY OF THE INVENTION

The present invention provides a method of controlling a digital image processing apparatus and a digital apparatus using the method which enable a user to quickly and easily reproduce (i.e., display) files stored in a recording medium.

According to an aspect of the present invention, there is provided a method of controlling a digital image processing apparatus that processes and stores an input image in a recording medium and reproduces files stored in the recording medium in a stored-image display mode. The method includes: (a) classifying the stored-image display mode into first and second modes; (b) determining whether any one of the first and second modes was selected by a user if a command to perform the stored-image display mode is input by the user; (c) displaying a latest file first if the first mode was

2

selected; and (d) displaying a file most recently reproduced first if the second mode was selected.

According to another aspect of the present invention, there is provided a digital image processing apparatus including: a recording medium; a reproducer; and a controller. The controller processes and stores an input image in the recording medium and controlling the reproducer to display files stored in the recording medium. The stored-image display mode is classified into first and second modes. In addition, a controlling method used by the controller includes: determining whether any one of the first and second modes was selected by a user if a command to perform the stored-image display mode is input by the user; displaying a latest file first if the first mode was selected; and displaying a file most recently reproduced first if the second mode was selected.

According to a method of controlling a digital image processing apparatus and a digital image processing apparatus using the method, a user can quickly find and display desired files among files stored in a recording medium by selecting the first mode or the second mode. When the second mode is selected, if the user temporarily switches to another operating mode while sequentially displaying the files stored in the recording medium and then returns to the stored-image display mode, the user can continue to perform a previous displaying operation.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other features and advantages of the present invention will become more apparent by describing in detail exemplary embodiments thereof with reference to the attached drawings in which:

FIG. 1 is a perspective view illustrating the back of a digital camera according to an embodiment of the present invention;

FIG. 2 is a block diagram illustrating an example configuration of components of the digital camera of FIG. 1;

FIG. 3 is a flowchart illustrating a main algorithm of a digital camera processor (DCP) illustrated in FIG. 2;

FIG. 4 is a flowchart illustrating a preview mode algorithm of FIG. 3;

FIG. 5 is a flowchart illustrating a photographing mode algorithm of FIG. 3;

FIG. 6 illustrates files stored in a memory card as a recording medium after the photographing mode algorithm of FIG. 5 is performed; and

FIG. 7 is a flowchart illustrating a stored-image display mode algorithm of FIG. 3.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention will now be described more fully with reference to the accompanying drawings, in which exemplary embodiments of the invention are shown. The invention may, however, be embodied in many different forms and should not be construed as being limited to the embodiments set forth therein; rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the concept of the invention to those skilled in the art.

Referring to FIG. 1, the front part of a digital camera 1 as a digital image processing apparatus according to the present invention includes a shutter release button 13, a mode dial 14, functional buttons 15, a manual focus/delete button 36, a manual adjust/reproduce/terminate button 37, a stored-image display mode button 42, a speaker SP, a monitor button 32, an automatic focusing lamp 33, a viewfinder 17b, a flash standby

APLNDC-WH-A 0000018495

US 7,456,893 B2

3

lamp 34, a color LCD panel 35, a wide-angle zoom button 39$_w$, a telephoto-zoom button 39$_T$, and an external interface unit 21.

The shutter release button 13 has two levels. In other words, referring to FIGS. 3 and 5, after operating the wide-angle zoom button 39$_w$ and the telephoto-zoom button 39$_T$, when a user lightly depresses the shutter release button 13 to a first level, a first level signal SH1 from the shutter release button 13 is turned on. When the user fully depresses the shutter release button 13 to a second level, a second level signal SH2 from the shutter release button 13 is turned on.

The mode dial 14 is used for selecting the operating modes of the digital camera 1, such as a simple photographing mode, a program photographing mode, a character photographing mode, a night view photographing mode, a manual photographing mode 14$_{MT}$, a moving-image photographing mode 14$_{MP}$, a user-setting mode 14$_{MS}$, and a recording mode 14$_V$.

The user-setting mode 14$_{MS}$ is an operating mode where a user decides photograph-taking settings for each photographing mode.

The recording mode 14$_V$ is for recording only sounds, for example, a user's voice. After selecting the recording mode 14$_V$, when a user presses the shutter release button 13, an audio file is created in a memory card or other storage medium, and audio data is stored in the audio file. When the user presses the shutter release button 13 again, the audio data stops being stored and the audio file is set.

The functional buttons 15 are used for operating specific functions of the digital camera 1 and the functional buttons 15 are also used as control buttons to manage the movement of an active cursor that is displayed on the menu screen of the color LCD panel 35.

In a stored-image display mode, when an image currently displayed is not enlarged, if the user presses a self-timer/right button 15$_R$, a next file in a forward direction is displayed. When the image currently displayed is enlarged in the stored-image display mode, if the user presses the self-timer/right button 15$_R$, a display region of the enlarged image is moved to the right. In a preview mode, if the user presses the self-timer/right button 15$_R$, a self-timer operation, e.g., automatic photographing after 10 seconds, is performed.

In the stored-image display mode, when the image currently displayed is not enlarged, if the user presses a flash/left button 15$_L$, a next file in a reverse direction is displayed. When the image currently displayed is enlarged, if the user presses the flash/left button 15$_L$, the display region of the enlarged image is moved to the left region.

In a preview mode, if the user presses the flash/left button 15$_L$, any one of the flash modes for a photographing mode is set.

In the stored-image display mode, when the image currently displayed is enlarged, if the user presses a macro/down button 15$_D$, the display region of the enlarged image is moved down. In the preview mode, the user may set automatic proximity focusing by pressing the macro/down button 15$_D$.

In the stored-image display mode, when the image currently displayed is enlarged, if the user presses a voice-memo/up button 15$_U$, the display region of the enlarged image is moved up. In the preview mode, if the user presses the voice-memo/up button 15$_U$, a 10 second recording is possible upon consecutive photographing.

In a setting mode from the preview mode, if the user presses a menu/select-confirm button 15$_M$ when the active cursor is on a selection menu, an operation condition corresponding to the selection menu is set.

The manual adjust/reproduce/terminate button 37 is used for manual adjustment of specific conditions. In the stored-

4

image display mode, when the user presses the manual adjust/reproduce/terminate button 37, a selected moving-image file may be reproduced or its reproduction may be terminated.

The manual focus/delete button 36 is used for manual focusing or deleting in the photographing mode.

The monitor button 32 is used for controlling the operation of the color LCD panel 35. For example, in the photographing mode, when the user presses the monitor button 32, an image and photographing information are displayed on the color LCD panel 35. When the user presses the monitor button 32 again, the color LCD panel 35 is turned off. In the stored-image display mode, when the user presses the monitor button 32 while an image file is being reproduced, photographing information about the image file is displayed on the color LCD panel 35. When the user presses the monitor button 32 again, only images are displayed.

The stored-image display mode button 42 is used for switching between the stored-image display mode and the preview mode.

The automatic focusing lamp 33 operates when a focus is well adjusted. The flash standby lamp 34 operates when a flash 12 of FIG. 2 is in a standby mode. A mode indicating lamp 14$_L$ indicates a selection mode of the mode dial 14.

FIG. 2 is a schematic diagram of the entire configuration of the digital camera 1 of FIG. 1. The entire configuration and operation of the digital camera 1 of FIG. 1 will now be described with reference to FIGS. 1 through 2.

An optical system (OPS) including a lens unit and a filter unit optically processes light from a subject. The lens unit of the OPS includes a zoom lens, a focal lens, and a compensation lens.

When a user presses the wide angle-zoom button 39$_w$ or the telephoto-zoom button 39$_T$ included in a user input portion (INP), a signal corresponding to the wide angle-zoom button 39$_w$ or the telephoto-zoom button 39$_T$ is relayed to a micro-controller 512. The micro-controller 512 controls a driver 510, thereby running a zoom motor M$_Z$, which in turn, moves the zoom lens. In other words, when the user presses the wide angle-zoom button 39$_w$, the focal length of the zoom lens becomes short, thereby widening the angle of view. When the user presses the telephoto-zoom button 39$_T$, the focal length of the zoom lens becomes long, thereby narrowing the angle of view. Since the position of the focus lens is adjusted in a state where the position of the zoom lens is set, the angle of view is hardly affected by the position of the focus lens.

In an automatic focusing mode, a main controller built into a digital camera processor (DCP) 507 controls the driver 510 through the micro-controller 512, thereby driving a focus motor M$_F$. Accordingly, when the focal lens is moved, the position of the focal lens, for example, a number of driving steps of the focus motor M$_F$, having a largest high frequency component of an image signal is set.

The compensation lens in the lens unit of the OPS is not separately operated because the compensation lens compensates for the entire refractive index. Reference numeral M$_A$ indicates a motor for driving an aperture (not shown).

An optical low pass filter included in the filter unit of the OPS eliminates high frequency optical noise. An infrared cut filter included in the filter unit of the OPS blocks the infrared component of incident light.

A photoelectric conversion unit (OEC) of a charge coupled device or a complementary metal oxide (CMOS) semiconductor converts light from the OEC into an analog electrical signal. Here, the DCP 507 controls a timing circuit 502 to control the operations of the OEC and a correlation-double-sampler-and-analog-to-digital converter (CDS-ADC) 501. The CDS-ADC 501 processes an analog signal from the

APLNDC-WH-A 0000018496

US 7,456,893 B2

5

OEC, eliminates high frequency noise therefrom, adjusts an amplitude thereof, and then converts the analog signal into a digital signal.

A real time clock (RTC) 503 provides time information to the DCP 507. The DCP 507 processes the digital signal from the CDS-ADC 501 and generates a digital image composed of luminance and chromaticity values.

A light emitting portion (LAMP) is operated by the micro-controller 512 in response to a control signal generated by the DCP 507 including the main controller. The light emitting portion (LAMP) includes a self-timer lamp (not shown), the automatic focusing lamp 33, the mode indicating lamp $14_L$, and the flash standby lamp 34. The user input portion INP includes the shutter release button 13, the mode dial 14, the functional buttons 15, the monitor button 32, the manual focus/delete button 36, the manual adjust/reproduce/termi-nate button 37, the wide angle-zoom button $39_n$, and the telephoto-zoom button $39_T$.

A dynamic random access memory (DRAM) 504 tempo-rarily stores a digital image signal from the DCP 507. An electrically erasable and programmable read only memory (EEPROM) 505 stores algorithms and setting data. A user's memory card is inserted into or removed from a memory card interface (MC1) 506. The digital image signal from the DCP 507 is input to an LCD driver 514, thereby displaying an image on the color LCD panel 35.

The digital image signal from the DCP 507 can be trans-mitted via a universal serial bus (USB) connector $21a$ or via an RS232C interface 508 and an RS232C connector $21b$ for serial communications. The digital image signal from the DCP 507 can also be transmitted via a video filter 509 and a video output unit $21c$ as a video signal.

An audio processor 513 can relay sound from a micro-phone MIC to the DCP 507 or to speaker SP. In addition, the audio processor 513 can output an audio signal from the DCP 507 to the speaker SP. The micro-controller 512 controls the operation of a flash controller 511 in response to a signal from a flash-luminance sensor 19, thereby driving the flash 12.

A main algorithm of the DCP 507 of FIG. 2 will be now described with reference to FIGS. 1 through 3.

When power is applied to the digital camera 1, the DCP 507 is initialized (S1). After the initialization (S1), the DCP 507 performs the preview mode (S2). In the preview mode, an input image is displayed on the color LCD panel 35. An operation related to the preview mode will be described in detail later with reference to FIG. 4.

When a user lightly depresses the shutter release button 13 to the first level and the first level signal SH1 from the shutter release button 13 is turned on (S3), the DCP 507 performs a current photographing mode (S4). The photographing mode (S4) algorithm will be described in detail with reference to FIG. 5.

When INP generated signals corresponding to a setting mode are input (S5), the setting mode for setting an operating condition in response to the input signals from the INP is performed (S6). When a termination signal is not generated in step S7, the DCP 507 continues to perform the following operations.

When a signal is generated by the stored-image display mode button 42 in the user input portion INP (S8), the stored-image display mode is performed (S9). In the stored-image display mode, the DCP 507 performs a reproduction opera-tion in response to the input signals from the user input portion INP.

The stored-image display mode is classified into a default mode being a first mode and a continuous mode being a second mode. In the setting mode (S6), the user can select the

6

default reproduction mode or the continuous reproduction mode. If the default reproduction mode is selected, a file that is created most recently is displayed first. If the continuous reproduction mode is selected, a file reproduced most recently is reproduced first.

Accordingly, the user can quickly find and display desired files among files stored in a recording medium, for example, the memory card, by selecting the first mode or the second mode. When the continuous mode as the second mode is selected, if the user temporarily switches to another operating mode while sequentially displaying the files stored in the recording medium and then returns to the stored-image dis-play mode, the user can continue to perform a previous dis-playing operation. That is, in the continuous mode, the user can continue reviewing stored images at the point where he or she left off before switching to another operating mode. As such, in the continuous mode the user can essentially "book-mark," "flag," or otherwise identify a last-viewed image so that he or she is not inconvenienced with having to find the last-viewed image from a plurality of stored images. The stored-image display mode algorithm (S9) will be described with reference to FIGS. 6 and 7. When the stored-image display mode is terminated, the above operations (i.e., opera-tions S2-S9) are repeated.

The preview mode (S2) algorithm will now be described with reference to FIGS. 1, 2, and 4.

The DCP 507 performs automatic white balancing (AWB) and sets parameters related to the white balance (S201). The DCP 507 performs automatic exposure (S202). The DCP 507 calculates the incident brightness, drives an aperture driving motor $M_A$ according to the calculated incident brightness, and sets an exposure time. Then, the DCP 507 performs automatic focusing (S203).

The DCP 507 performs gamma correction on input image data (S204) and scales the gamma corrected image data to meet display standards (S205). The DCP 507 converts the scaled input image data from an RGB (red, green, and blue) format into a luminance-chromaticity format (S206). The DCP 507 processes the input image data depending on reso-lution and where the input image data is displayed and filters the input image data (S207).

The DCP 507 temporarily stores the output image data in the DRAM 504 of FIG. 3 (S208). The DCP 507 synthesizes the data temporarily stored in the DRAM 504 of FIG. 3 and on-screen display (OSD) data (S209). The DCP 507 converts the synthesized image data from the RGB format into the luminance-chromaticity format (S210) and outputs the image data in the converted format via the LCD driver 514 of FIG. 3 (S211).

FIG. 5 is a flowchart illustrating the photographing mode (S4) algorithm of FIG. 3. The photographing mode (S4) algo-rithm of FIG. 3 will now be described with reference to FIGS. 1, 2, and 5. Here, the current position of the zoom lens is already set.

The DCP 507 inspects the remaining capacity of the memory card (S401) and determines whether the memory card has enough capacity to store a digital image signal (S402). If the memory card does not have enough storage capacity, the DCP 507 indicates the lack of capacity of the memory card and ends the photographing mode (S403). If the memory card has enough storage capacity, the following operations are performed.

The DCP 507 sets white balance and parameters related to the white balance according to a present photographing con-dition (S404). In the automatic exposure (S405), the DCP 507 calculates the exposure by measuring incident lumi-nance, drives the aperture driving motor $M_A$ according to the

APLNDC-WH-A  0000018497

Joint Trial Exhibit No. 1068.12

US 7,456,893 B2

7

calculated exposure, and sets the exposure time (S406). In the automatic focusing mode (S407), the DCP 507 performs automatic focusing and drives the focal lens (S408).

When the first level signal SH1 from the shutter release button 13 is on (S409), the DCP 507 performs the following operations.

The DCP 507 identifies whether the second level signal SH2 is on (S410). When the second level signal SH2 is not on, it means that the user did not press the shutter release button 13 to the second level to take a photograph. Then, the DCP 507 repeats S405 through S410.

When the second level signal SH2 is on, it means that the user fully depressed the shutter release button 13 to the second level. Then, the DCP 507 creates an image file in the memory card as a storage medium (S411). Next, the DCP 507 captures an image (S412). In other words, the DCP 507 receives still-image data from the CDS-ADC 501. Then, the DCP 507 compresses the received still-image data (S413). The DCP 507 stores the compressed still-image data in the image file (S414).

FIG. 6 illustrates files stored in the memory card, i.e., the recording medium, after the photographing mode (S4) algorithm of FIG. 5 is performed.

Referring to FIG. 6, the memory card is formatted in a tree structure with a "ROOT" directory at the top and a "DCIM" directory for storing data files of a user under the "ROOT" directory.

A "100ABCDE" directory for storing all files created after the user performs a photographing operation is formed under the "DCIM" directory. Here, the name of the directory, i.e., "100ABCDE," contains a directory index, "100," and a unique code, "ABCDE." The unique code, "ABCDE," is arbitrarily set when a digital image processing apparatus, such as a digital camera, is manufactured.

In the "100ABCDE" directory, all files created after the user performs the photographing operation are sequentially stored. Here, files names, each of which is a combination of the unique code, "ABCD," and a file index given in order of file creation, are created. For example, a file named "ABCD0001.JPG" was created first and a file named "ABCD0100.JPG" was created most recently.

FIG. 7 is a flowchart illustrating the stored-image display mode (S9) algorithm of FIG. 3. As described above, the stored-image display mode is classified into the default mode as the first mode and the continuous mode as the second mode. Accordingly, a user can select the default mode or the continuous mode in the setting mode (S6).

The stored-image display mode (S9) algorithm of FIG. 3 will now be selectively described with reference to FIGS. 1, 2, 6, and 7.

In the initial stored-image display mode, the DCP 507 determines whether a user selected the continuous mode (S901). If the continuous mode was not selected, the DCP 507 reproduces a file that was most recently created, for example, "ABCD0100.JPG" first (S904 and S905). If the continuous mode was selected, the DCP 507 reproduces a file that was most recently reproduced, for example, "ABCD0075.JPG," first (S903 and S905).

Accordingly, the user can quickly find and display desired files among files stored in a recording medium, for example, a memory card, by selecting the first mode or the second mode. When the continuous mode as the second mode is selected, if the user temporarily switches to another operating mode while sequentially displaying the files stored in the recording medium and then returns to the stored-image display mode, the user can continue to perform a previous displaying operation.

8

The DCP 507 reproduces a file selected according to an input signal from the user in each of the default mode and the continuous mode (S912). For example, the DCP 507 controls the LCD driver 514 to display an image of the selected file on the color LCD panel 35. Here, the DCP 507 sets a reproduction file index using an index of the file selected according to a left or right signal that the user generated by pressing the flash/left button 15_L or the self-timer/right button 15_R (S908 or S911). Next, the DCP 507 reproduces a file indicated by the reproduction file index (S912).

The stored-image display mode (S9) algorithm of FIG. 3 will now be sequentially described with reference to FIGS. 1, 2, 6, and 7. When the stored-image display mode starts, the DCP 507 determines whether a user selected any one of the default mode and the continuous mode (S901). If the continuous mode was not selected, the DCP 507 sets a reproduction file index using an index of a latest, that is, most recently created, file (S904). For example, if file "ABCD0100.JPG" is the file containing the most-recently photographed image, in the default mode, the DCP 507 sets the reproduction file index to "100-0100", wherein "100" identifies the "100ABCDE" directory and "0100" identifies the file in the foregoing directory. Next, the DCP 507 reproduces a file indicated by the reproduction file index (S905).

If the continuous mode was selected, the DCP 507 determines whether the reproduction file index is in a reset state, i.e., "0" (S902).

When the stored-image display mode is performed for the first time after the digital camera 1 is turned on, the reproduction file index is in the reset state. If the reproduction file index is in the reset state, the DCP 507 sets the reproduction file index using an index of a latest file (S904). Then, the DCP 507 reproduces a file indicated by the reproduction file index (S905). In other words, when the digital camera 1 performs the stored-image display mode for the first time after turned on, even if the continuous mode was set, the DCP 507 reproduces a latest file, for example, "ABCD0100.JPG," first (S902, S904, and S905).

If the reproduction file index is not in the reset state, the DCP 507 determines whether a file indicated by the reproduction file index exists in the memory card, i.e., the recording medium (S903). Such an operation is required since, if the memory card is replaced with a new memory card, the file indicated by the reproduction file index may not exist in the new memory card.

If the file indicated by the reproduction file index does not exist in the memory card, the DCP 507 sets the reproduction file index to, for example, "100-0100," using an index of a latest file, for example, "ABCD0100.JPG," and reproduces the "ABCD0100.JPG" file indicated by the reproduction file index (S903 through S905).

If the file indicated by the reproduction file index exists in the memory card, the DCP 507 reproduces the file (S903 and S905). In other words, if the continuous mode was selected, the DCP 507 reproduces a file most recently reproduced, for example, "ABCD0075.JPG," first.

When the left signal is input after the user presses the flash/left button 15_L (S906), the DCP 507 determines whether a file corresponding to the left signal exists (S907). In this case, the file corresponding to the left signal denotes the last of files created before the file indicated by the reproduction file index. If the file corresponding to the left signal exists, the DCP 507 sets the reproduction file index using an index of the file (S908). Then, the DCP 507 reproduces a file indicated by the reproduction file index (S912).

When the right signal is input after the user presses the self-timer/right button 15_R (S909), the DCP 507 determines

APLNDC-WH-A   0000018498

US 7,456,893 B2

9                                                            10

whether a file corresponding to the right signal exists (S910). In this case, the file corresponding to the right signal denotes the last of files created before the file indicated by the reproduction file index. If the file corresponding to the left signal exists, the DCP 507 sets the reproduction file index using an index of the file (S908). Then, the DCP 507 reproduces a file indicated by the reproduction file index (S912).

Operations S906 through S913 are repeated until the stored-image display mode is terminated in response to a signal generated by the stored-image display mode button 42.

As described above, according to a method of controlling a digital image processing apparatus and a digital image processing apparatus using the method, a user can quickly find and reproduce desired files among files stored in a recording medium, for example, a memory card, by selecting a default mode or a continuous mode. When the continuous mode is selected, if the user temporarily switches to another operating mode while sequentially displaying the files stored in the recording medium and then returns to the stored-image display mode, the user can continue to perform a previous displaying operation.

While the present invention has been particularly shown and described with reference to exemplary embodiments thereof, it will be understood by those of ordinary skill in the art that various changes in form and details may be made therein without departing from the spirit and scope of the present invention as defined by the following claims.

What is claimed is:

1. A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps:

(a) setting the digital image processing apparatus in the reproduction mode;

(b) using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file;

(c) while the single image file is being displayed, switching from the reproduction mode to the photographing mode;

(d) using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium;

(e) after the duration, switching from the photographing mode to the reproduction mode; and

(f) irrespective of the duration, first displaying again only the single image file from step (c).

2. The method of claim 1 wherein step (c) comprises the step of identifying the image file that is being displayed.

3. The method of claim 2 wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed.

4. The method of claim 3 wherein step (e) comprises the step of reading the memory to retrieve the index value.

5. The method of claim 1 wherein step (e) comprises the steps of:

determining if the single image file from step (c) exists in the recording medium; and

if the single image file from step (c) is determined to not exist in the recording medium, displaying another single image file preceding or following the single image file from step (c), the another single image file being different from the most-recently stored image file.

6. The method of claim 2 wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c).

7. The method of claim 3 wherein step (b) comprises the steps of:

sequentially displaying single image files of the plurality; and

updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed single image file is changed.

8. The method of claim 4 wherein the reading step comprises the step of determining if the index value is in a reset state.

9. The method of claim 8 wherein the reading step comprises after the determining step, first displaying a most-recently stored image file from the recording medium if the index value is determined to be in the reset state.

10. A digital image processing apparatus comprising:

an optical system for receiving a light reflected from a subject;

a photoelectric conversion module in optical communication with the optical system for converting the light to image data;

a recording medium for storing the image data in an image file;

a display screen for displaying the image data; and

a controller connected with the photoelectric conversion module, the recording medium and the display screen, the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image file relative to the image data,

wherein upon a user performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation.

11. The digital image processing apparatus of claim 10 wherein the controller is operative to identify the single image file that was most recently displayed in the stored-image display mode.

12. The digital image processing apparatus of claim 10 wherein each image file stored in the recording medium includes a unique file index value and the controller causes the unique file index value of the single image file that was most recently displayed in a file index memory to be stored.

13. The digital image processing apparatus of claim 12 wherein the controller comprises at least one of a digital camera processor and a microcontroller.

14. The digital image processing apparatus of claim 13 further comprising a user input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode.

15. The digital image processing apparatus of claim 14 wherein the user input further comprises at least one directional actuator for displaying a previous and a next image file

APLNDC-WH-A 0000018499

Joint Trial Exhibit No. 1068.14

US 7,456,893 B2

11

in the stored-image display mode, the controller updating the file index memory with a different unique file index value each time the at least one directional actuator is pressed.

16. The digital image processing apparatus of claim 14 wherein the controller is operative to read the memory for retrieving the file index value in response to the mode-switch-

12

ing actuator being pressed when switching the controller from the photographing mode to the stored-image display mode.

\* \* \* \* \*

APLNDC-WH-A 0000018500

**17**



US007698711B2

(12) **United States Patent**
Jeong

(10) Patent No.: **US 7,698,711 B2**
(45) Date of Patent: *Apr. 13, 2010

(54) **MULTI-TASKING APPARATUS AND METHOD IN PORTABLE TERMINAL**

(75) Inventor: **Moon-Sang Jeong, Daegu (KR)**

(73) Assignee: **Samsung Electronics Co., Ltd., Suwon-si (KR)**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/778,466**

(22) Filed: **Jul. 16, 2007**

(65) **Prior Publication Data**

US 2007/0256074 A1    Nov. 1, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 11/390,338, filed on Mar. 28, 2006, now Pat. No. 7,526,585.

(30) **Foreign Application Priority Data**

Aug. 30, 2005    (KR) ...................... 10-2005-0079921

(51) **Int. Cl.**
    G06F 9/46     (2006.01)
    G06F 3/00     (2006.01)
    G06F 3/16     (2006.01)
    H04M 1/00     (2006.01)

(52) **U.S. Cl.** ...................... 718/107; 715/716; 715/718; 715/727; 455/556.1; 455/556.2

(58) **Field of Classification Search** ................... 718/1, 718/100–108; 455/1–899; 715/762–764, 715/716, 718, 727
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,407,325 B2 * | 6/2002 | Yi et al. ........................ 84/610 |
| 6,509,716 B2 | 1/2003 | Yi |
| 6,608,637 B1 | 8/2003 | Beaton et al. |
| 6,889,043 B2 | 5/2005 | Okazaki et al. |
| 6,894,213 B2 | 5/2005 | Saito |
| 6,944,287 B2 | 9/2005 | Mori |

(Continued)

FOREIGN PATENT DOCUMENTS

KR    10-2003-0084799 A    6/2005

(Continued)

OTHER PUBLICATIONS

Litchfield, Steve. "AAS Feature: Getting more from your E61 Active Standby Screen." Jun. 22, 2006.*

(Continued)

*Primary Examiner*—Meng-Ai An
*Assistant Examiner*—Jennifer N To
(74) *Attorney, Agent, or Firm*—Jefferson IP Law, LLP

(57) **ABSTRACT**

An apparatus and method capable of performing multiple tasks in a portable terminal are provided, in which menu functions of the portable terminal can be implemented while continuing to play the music. The multi-tasking apparatus includes a controller for performing controlling to implement at least one menu function while playing a music file and a display unit for displaying an indication that the music file is being played during the implementation of the menu function.

**20 Claims, 3 Drawing Sheets**





APLNDC-WH-A 0000017299

## US 7,698,711 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,947,728 | B2 | 9/2005 | Tagawa et al. |
| 6,999,802 | B2 * | 2/2006 | Kim .......................... 455/575.1 |
| 7,009,637 | B2 | 3/2006 | Sawachi |
| 7,065,324 | B2 * | 6/2006 | Mee et al. ................. 455/67.11 |
| 7,119,268 | B2 | 10/2006 | Futamase et al. |
| 7,123,945 | B2 * | 10/2006 | Kokubo ......................... 455/566 |
| 7,166,791 | B2 * | 1/2007 | Robbin et al. ............. 84/477 R |
| 7,206,571 | B2 | 4/2007 | Kuroda |
| 7,222,304 | B2 * | 5/2007 | Beaton et al. ............... 715/744 |
| 7,231,175 | B2 * | 6/2007 | Ellis ............................. 455/3.01 |
| 7,251,504 | B2 * | 7/2007 | Lee et al. ...................... 455/566 |
| 7,526,585 | B2 * | 4/2009 | Jeong ............................. 710/72 |
| 7,594,181 | B2 * | 9/2009 | Rothwein et al. .......... 715/763 |
| 2002/0067308 | A1 * | 6/2002 | Robertson .............. 342/357.17 |
| 2002/0070960 | A1 | 6/2002 | Maine et al. |
| 2003/0083106 | A1 | 5/2003 | Seo |
| 2003/0119562 | A1 | 6/2003 | Kokubo |
| 2003/0218976 | A1 | 11/2003 | Kumazawa |
| 2003/0219706 | A1 | 11/2003 | Nijium |
| 2003/0236814 | A1 | 12/2003 | Miyasaka et al. |
| 2004/0021697 | A1 * | 2/2004 | Beaton et al. ............... 345/810 |
| 2005/0054379 | A1 * | 3/2005 | Cao et al. ................. 455/556.1 |
| 2005/0083642 | A1 * | 4/2005 | Senpuku et al. ............. 361/681 |
| 2005/0097506 | A1 * | 5/2005 | Heumesser ................. 717/102 |
| 2005/0164688 | A1 * | 7/2005 | Satake ......................... 455/418 |
| 2005/0172789 | A1 | 8/2005 | Hsu et al. |
| 2005/0181826 | A1 | 8/2005 | Yueh |
| 2006/0036569 | A1 * | 2/2006 | Kim ................................ 707/1 |
| 2006/0135198 | A1 * | 6/2006 | Lee ........................... 455/550.1 |
| 2006/0174307 | A1 | 8/2006 | Hwang et al. |
| 2006/0197753 | A1 | 9/2006 | Hotelling |
| 2006/0209036 | A1 | 9/2006 | Shin et al. |
| 2006/0211054 | A1 | 9/2006 | Park et al. |
| 2006/0212853 | A1 | 9/2006 | Sutardja |
| 2006/0229106 | A1 * | 10/2006 | Otaka et al. ................. 455/566 |
| 2006/0246955 | A1 * | 11/2006 | Nirhamo et al. ............. 455/566 |
| 2007/0025311 | A1 | 2/2007 | Jeong et al. |
| 2007/0039005 | A1 | 2/2007 | Choi et al. |
| 2007/0050778 | A1 | 3/2007 | Lee et al. |
| 2007/0118870 | A1 | 5/2007 | Yoo et al. |
| 2007/0225022 | A1 * | 9/2007 | Satake ......................... 455/466 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| KR | 10-2005-0051086 A | 6/2005 |
| TW | 403866 | 9/2000 |
| TW | 200502940 A | 1/2005 |
| TW | M269546 | 7/2005 |

### OTHER PUBLICATIONS

Sony Ericsson, "Sony Ericsson K7501, User Manual Guide", Feb. 2005, pp. 1-92.*

Nacul et al., "Synthesis of Time-Constrained Multitasking Embedded Software," ACM Transactions on Design Automation of Electronic Systems, Oct. 2006, pp. 822-847, vol. 11, No. 4., ACM Press, New York, NY, USA.

Noguera et al., "Multitasking on Reconfigurable Architectures: Microarchitecture Support and Dynamic Scheduling," ACM Transactions on Embedded Computing Systems, May 2004, pp. 385-406, vol. 3, No. 2, ACM Press, New York, NY, USA.

Potkonjak et al., "A Methodology and Algorithms for the Design of Hard Real-Time Multi-Tasking ASICs," ACM Transactions on Design Automation of Electronic Systems (TODAES) archive, Oct. 1999, pp. 430-459, vol. 4, Issue 4, ACM Press, New York, NY, USA.

Schmandt et al., "Impromptu: Managing Networked Audio Applications for Mobile Users," MobiSys 2004—Second International Conference on Mobile Systems, Applications and Services, 2004, pp. 59-69.

Nakamura et al., "Wireless Handheld Portable Communicator 'mobileCyber'," NEC Technical Journal, Aug. 1998, pp. 214-218, vol. 51, No. 8, NEC, Japan.

Microsoft Company, Operation Introduction to Windows Media Player, Jun. 30, 2003, www.microsoft.com/taiwan/windowsxp/windowsmediaplayer/getstarted.

* cited by examiner



FIG.1

APLNDC-WH-A 0000017301



FIG.2



FIG.3

APLNDC-WH-A 0000017303

US 7,698,711 B2

**1**

MULTI-TASKING APPARATUS AND METHOD IN PORTABLE TERMINAL

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of prior application Ser. No. 11/390,338, filed on Mar. 28, 2006.

PRIORITY

This application claims the benefit under 35 U.S.C. § 119 (a) of Korean Patent Application filed in the Korean Intellectual Property Office on Aug. 30, 2005 and assigned Serial No. 2005-79921, the entire disclosure of which is hereby incorporated by reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to an apparatus and method for performing multiple tasks in a portable terminal. More particularly, the present invention relates to a multi-tasking apparatus and method in a portable terminal, where menu functions of the portable terminal can be implemented while continuing to play a music file.

2. Description of the Related Art

Portable terminals include various applications such as scheduling, game, and Short Message Service (SMS) applications. When integrated with digital devices, multimedia menus such as options for MP3 music play. Generally, a portable terminal having an MP3 music play function controls and plays an MP3 music file using a separate player. For example, a user may select an MP3 music play function from menus of a portable terminal for listening to the music. The user may also selectively use control-related functions such as play, pause, repeat, and terminate the MP3 music play function.

However, the user cannot simultaneously work on several menus of the portable terminal while listening to the music using the conventional MP3 music play function. In other words, the user cannot use the other functions of scheduling, picture viewing, or game menu among others while listening to the music.

To address this problem, a control processor is added to manage only MP3 music play, resulting in an increase in cost and an increase in the complexity of hardware and software configurations.

Accordingly, there is a need for an improved system and method to allow a user to simultaneously work on multiple menus of the portable terminal while listening to music.

SUMMARY OF THE INVENTION

An aspect of exemplary embodiments of the present invention is to address at least the above problems and/or disadvantages and to provide at least the advantages described below. Accordingly, an aspect of exemplary embodiments of the present invention is to provide a multi-tasking apparatus and method in a portable terminal, in which menu functions of the portable terminal can be implemented while continuing to play a music file.

According to one aspect of an exemplary embodiment of the present invention, a multi-tasking apparatus in a portable terminal is provided. The multi-tasking apparatus includes a controller for performing controlling to implement at least one menu function while playing a music file and a display

**2**

unit for displaying an indication that the music file is being played during the implementation of the menu function.

According to another aspect of an exemplary embodiment of the present invention, a multi-tasking method in a portable terminal is provided. Use of the multi-tasking method allows a music file to be played in the portable terminal and allows menu functions of the portable terminal to be implemented while continuing to play the music file.

According to another aspect of an exemplary embodiment of the present invention, a multi-tasking method in a portable terminal is provided. Where a music background play object is prevented in a standby mode. The music background play object acquires a task for music background play and provides a control interface for music play. The music file is played through multi-tasking in the standby mode using the music background play object upon selection of a music play mode in the portable terminal. The played music file is selected as background music during the play of the music file, switching to the standby mode while continuing to play the music as background music upon selection of the played music file as background music. The menu functions of the portable terminal are implemented in the standby mode so that the play of background music is maintained and the menu functions of the portable terminal are implemented while continuing to play background music.

According to another aspect of an exemplary embodiment of the present invention, a multi-tasking method in a portable terminal is provided. Where a music background play object is generated in a standby mode. The music background play object acquires a task for music background play and provides a control interface for music play. The music file is played through multi-tasking in the standby mode using the music background play object upon selection of a music play mode in the portable terminal. A menu function of the portable terminal in the music play mode is selected. The portable terminal switches to a mode of the selected menu of the portable terminal and implements a corresponding function while continuing to play the music upon selection of the menu function of the portable terminal. The portable terminal switches to the music play mode upon termination of the mode of the selected menu of the portable terminal.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and other exemplary objects, features, and advantages of exemplary embodiments of the present invention will be more apparent from the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a block diagram of a portable terminal according to an exemplary embodiment of the present invention;

FIG. 2 is a flowchart illustrating a process of implementing menu functions of a portable terminal while continuing to play a music file according to a first exemplary embodiment of the present invention; and

FIG. 3 is a flowchart illustrating a process of implementing menu functions of a portable terminal while continuing to play a music file according to a second exemplary embodiment of the present invention.

Throughout the drawings, the same drawing reference numerals will be understood to refer to the same elements, features, and structures.

DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

The matters defined in the description such as a detailed construction and elements are provided to assist in a compre-

APLNDC-WH-A 0000017304

US 7,698,711 B2

3

hensive understanding of exemplary embodiments of the invention. Accordingly, those of ordinary skill in the art will recognize that various changes and modifications of the embodiments described herein can be made without departing from the scope and spirit of the invention. Also, descriptions of well-known functions and constructions are omitted for clarity and conciseness.

FIG. 1 is a block diagram of a portable terminal according to an exemplary embodiment of the present invention, in which an MP3 music control processor is not included. Application modules of the portable terminal include at least one applet and each of the application modules, that is each menu of the portable terminal, independently performs multi-tasking.

Referring to FIG. 1, a Radio Frequency (RF) unit 123 performs radio communication for the portable terminal. The RF unit 123 includes an RF transmitter (not shown) for up-converting a frequency of a transmission signal and amplifying the up-converted transmission signal and an RF receiver (not shown) for low-noise-amplifying a received signal and down-converting a frequency of the low-noise-amplified signal.

A modem 120 includes a transmitter for encoding and modulating the transmission signal and a receiver for decoding and demodulating the received signal.

An audio processor unit 125 may be a codec including a data codec for processing packet data and an audio codec for processing an audio signal. The audio processor unit 125 converts a digital audio signal received from the modem 120 into an analog signal through the audio codec for reproduction. Alternatively, the audio processor unit 125 converts a transmission analog audio signal generated by a microphone into a digital audio signal through the audio codec for transmission to the modem 120. The codec is included in the controller 110 or it is provided separately. According to an exemplary embodiment of the present invention, the audio processor unit 125 performs an MP3 music play function in a standby mode of the portable terminal. In addition, the audio processor unit 125 performs the MP3 music play function while implementing menu functions of the portable terminal according to an exemplary embodiment of the present invention.

A memory 130 is comprised of program memories and data memories. The program memories store programs for controlling general operations of the portable terminal and control programs for implementing various menu functions of the portable terminal while continuing to play an MP3 music file according to an exemplary embodiment of the present invention. The data memories temporarily store data generated during execution of the programs.

A controller 110 controls the overall operation of the portable terminal. The controller 110 includes the modem 120 and the codec. The controller 110 performs controlling to switch the portable terminal to the standby mode while continuing to play an MP3 music file according to an exemplary embodiment of the present invention. The controller 110 also implements menu functions of the portable terminal while continuing to play an MP3 music file according to an exemplary embodiment of the present invention.

A camera module unit 140 includes a camera sensor and a signal processor. The camera sensor photographs image data and converts a photographed optical signal into an electric signal. A signal processor converts an analog image signal photographed by the camera sensor into digital data. The camera sensor is assumed to be a charge-coupled device (CCD) sensor and the signal processor may be implemented

4

with a digital signal processor (DSP). The camera sensor and the signal processor may be integrated as one body or provided separately.

A video processor unit 150 generates screen data for displaying an image signal output from the camera module unit 140. The video processor unit 150 processes an image signal output from the camera module unit 140 by the frame unit and outputs frame image data suitable for the characteristic and the size of a display unit 160. The video processor unit 150 includes a video codec and compresses frame image data displayed on the display unit 160 according to a predetermined compression method or reconstructs compressed frame image data into original frame image data. The video codec may be JPEG codec, MPEG-4 codec, or Wavelet codec. The video processor unit 150 is assumed to have an On Screen Display (OSD) function and may output OSD data according to a screen size displayed under the control of the controller 110.

The display unit 160 displays an image signal output from the video processor unit 150 on a screen and displays user data output from the controller 110. Preferably, the display unit 160 may be a liquid crystal display (LCD), and if so, the display unit 160 may include an LCD controller, a memory for storing image data, and an LCD device. When the LCD is implemented with a touch screen, the display unit 160 may also serve as an input unit. The display unit 160 displays MP3 music information in an MP3 music play mode according to an exemplary embodiment of the present invention. According to an exemplary embodiment of the present invention, the display unit 160 also displays information that an MP3 music file is being played in the standby mode of the portable terminal. The display unit 160 also displays information that the MP3 music file is being played during implementation of menu functions of the portable terminal.

A key input unit 127 includes alphanumeric keys for inputting number and character information and function keys for setting various functions. The key input unit 127 may also include a key for controlling MP3 music according to an exemplary embodiment of the present invention.

Hereinafter, a multi-tasking operation in the portable terminal will be described in detail with reference to FIGS. 2 and 3.

FIG. 2 is a flowchart illustrating a process of implementing menu functions of the portable terminal while continuing to play a music file according to a first exemplary embodiment of the present invention. In the first exemplary embodiment of the present invention, various menu functions such as message, phone-book, scheduling, game, and picture searching functions among others are simultaneously implemented.

The exemplary embodiments of the present invention will be described in detail with reference to FIG. 1.

Referring to FIG. 2, the controller 110 of the portable terminal generates an MP3 music background play object in the standby mode in step 201 to play an MP3 music file as background music. The MP3 music background play object generated in step 201 internally acquires a task for MP3 music background play, returns to the standby mode, and provides a control interface to allow other applications to transmit commands for music play and control through the MP3 music background play object.

When an MP3 music play command is selected in the portable terminal, the controller 110 senses the selection and executes an MP3 music play application in step 202. The controller 110 transmits the MP3 music play command to the activated MP3 music background play object in the standby mode through an interface for an execution command provided by the MP3 music background play object. The MP3

US 7,698,711 B2

5

music background play object switches to an MP3 music play mode by multi-tasking in step 203.

If termination of the MP3 music play mode is selected in the MP3 music play mode in step 204, the controller 110 senses the selection and displays a message asking whether to maintain the played MP3 music file as background music in step 205.

If the played MP3 music file is not selected as background music, the controller 110 terminates the MP3 music play mode and switches the portable terminal to the standby mode in step 206.

Alternatively, when the played MP3 music file is selected as background music, the controller 110 senses the selection and switches the portable terminal to the standby mode while maintaining the played MP3 music file, as background music in step 207. If the played MP3 music file is to be maintained as background music, in step 205, the controller 110 switches the portable terminal to the standby mode while maintaining the play of the MP3 music file as background music in step 207. Since the MP3 music file is played through multi-tasking of the MP3 music background play object activated in the standby mode in step 207, the play of the MP3 music file can continue regardless of termination of the MP3 music play mode. In the standby mode of step 207, image data indicating information relating to the MP3 music file that is being played as background music, for example a title and a singer, may be overlaid on a background image of the portable terminal. The type of the MP3 music information displayed on a standby screen may be selectively displayed. An icon or a message indicating that the MP3 music file is being played may be displayed in the standby mode of step 207.

If the MP3 music play mode is selected in the standby mode maintaining the play of MP3 background music in step 208, the controller 110 senses the selection and switches the portable terminal to the MP3 music play mode of step 203.

If the message function is selected in the standby mode maintaining the play of MP3 background music in step 209, the controller 110 senses the selection and switches the portable terminal to a message mode in step 210. In the message mode of step 210, the controller 110 performs controlling to implement functions such as message transmission and message checking while continuing to play MP3 background music. In the message mode of step 210, an icon or a message indicating that the MP3 music file is being played is displayed.

If termination of the message mode maintaining the play of MP3 background music is selected in step 211, the controller 110 senses the selection and switches the portable terminal to the standby mode of step 207 maintaining the play of MP3 background music.

If the phone-book function is selected in the standby mode maintaining the play of MP3 background music in step 212, the controller 110 senses the selection and switches the portable terminal to a phone-book mode in step 213. In the phone-book mode of step 213, the controller 110 performs controlling to implement functions such as telephone number searching and registration while continuing to play MP3 background music. In the phone-book mode of step 213, an icon or a message indicating that the MP3 music file is being played is displayed.

If termination of the phone-book mode maintaining the play of MP3 background music is selected in step 214, the controller 110 senses the selection and switches the portable terminal to the standby mode of step 207 maintaining the play of MP3 background music.

6

As such, MP3 music files selected in the MP3 music play mode of step 203 are repetitively played in the standby mode, the message mode, and the phone-book mode.

FIG. 3 is a flowchart illustrating a process of implementing menu functions of the portable terminal while continuing to play a music file according to a second exemplary embodiment of the present invention. In the second exemplary embodiment of the present invention, a message function and a phone-book function such as message, phone-book, scheduling, game, and picture searching functions among others are simultaneously implemented.

The exemplary embodiments of the present invention will be described in detail with reference FIG. 3.

Referring to FIG. 3, if a menu is selected in step 302 where MP3 music files selected in an MP3 music play mode of the portable terminal of step 301 are being played, the controller 110 senses the selection and displays menus of the portable terminal that can be implemented in the MP3 music play mode.

If the message function is selected among the menu functions of the portable terminal in step 303, the controller 110 senses the selection and switches the portable terminal to the message mode. In the message mode of step 304, the controller 110 implements functions such as message transmission and message checking while continuing to play the MP3 music file that is being played in the MP3 music play mode in step 304. In the message mode of step 304, an icon or a message indicating that the MP3 music file is being played may be displayed.

If termination of the message mode maintaining the play of the MP3 music file is selected in step 305, the controller 110 senses the selection and switches the portable terminal to the MP3 music play mode of step 301.

If the phone-book function is selected in step 306, the controller 110 senses the selection and switches the portable terminal to the phone-book mode. In the phone-book mode of step 307, the controller 110 implements functions such as telephone number searching and registration while continuing to play MP3 background music. In the phone-book mode of step 307, an icon or a message indicating that the MP3 music file is being played may be displayed.

If termination of the phone-book mode maintaining the play of MP3 music is selected, the controller 110 senses the selection and switches the portable terminal to the MP3 music play mode of step 301.

As such, MP3 music files selected in the MP3 music play mode of step 301 are repetitively played in the standby mode, the message mode, and the phone-book mode.

As described above, according to the exemplary embodiments of the present invention, menu functions can be implemented while continuing to play music in a portable terminal. Therefore, various applications of the portable terminal can be simultaneously implemented during the play of music, thereby maximizing user convenience.

Moreover, a separate music control processor is not included in a portable terminal, thereby preventing cost increase in the portable terminal and complexity in hardware and software configurations. Furthermore, exemplary embodiments of the present invention can also be used for portable terminal applications to be developed without a requirement for separate processing.

While the present invention has been shown and described with reference to exemplary embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention as defined by the appended claims.

APLNDC-WH-A 0000017306

US 7,698,711 B2

7

What is claimed is:

1. A multi-tasking method in a pocket-sized mobile communication device including an MP3 playing capability, the multi-tasking method comprising:

generating a music background play object, wherein the music background play object includes an application module including at least one applet;

providing an interface for music play by the music background play object;

selecting an MP3 mode in the pocket-sized mobile communication device using the interface;

selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode;

switching the MP3 mode to a standby mode while the playing of the music file continues;

displaying an indication that the music file is being played in the standby mode;

selecting and performing at least one function of the pocket-sized mobile communication device from the standby mode while the playing of the music file continues; and

continuing to display the indication that the music file is being played while performing the selected function.

2. The multi-tasking method of claim 1, wherein the displaying of the indication comprises displaying an icon.

3. The multi-tasking method of claim 1, wherein the displaying of the indication comprises displaying information relating to the music file.

4. The multi-tasking method of claim 3, wherein the information comprises at least one of a music title, a musician and an album title.

5. The multi-tasking method of claim 3, wherein the displaying of the information comprises overlaying the information relating to the music file on a screen.

6. The multi-tasking method of claim 1, further comprising selecting to continue the playing of the music file.

7. The multi-tasking method of claim 1, wherein the function selected from the standby mode comprises a message function.

8. The multi-tasking method of claim 1, wherein the function selected from the standby mode comprises a phone-book function.

9. A multi-tasking apparatus in a pocket-sized mobile communication device including an MP3 playing capability, the multi-tasking apparatus comprising:

a controller for generating a music background play object, wherein the music background play object includes an application module including at least one applet, for providing an interface for music play by the music background play object, for selecting an MP3 mode in the pocket-sized mobile communication device using the interface, for selecting and playing a music file in the pocket-sized mobile communication device in the MP3

8

mode, for switching from the MP3 mode to a standby mode while the playing of the music file continues and for selecting and performing at least one function of the pocket-sized mobile communication device from the standby mode while the playing of the music file continues; and

a display unit for displaying an indication that the music file is being played in the standby mode and for continuing to display the indication that the music file is being played while performing the selected function.

10. The multi-tasking apparatus of claim 9, wherein the indication comprises an icon.

11. The multi-tasking apparatus of claim 9, wherein the indication comprises information relating to the music file.

12. The multi-tasking apparatus of claim 11, wherein the information comprises at least one of a music title, a musician and an album title.

13. The multi-tasking apparatus of claim 11, wherein the display unit overlays the information relating to the music file on a screen.

14. The multi-tasking apparatus of claim 9, wherein the controller selects to continue the playing of the music file.

15. The multi-tasking apparatus of claim 9, wherein the function selected from the standby mode comprises a message function.

16. The multi-tasking apparatus of claim 9, wherein the function selected from the standby mode comprises a phone-book function.

17. A multi-tasking apparatus in a pocket-sized mobile communication device consisting of a single display unit and including an MP3 playing capability, the multi-tasking apparatus comprising:

a controller for generating a music background play object, wherein the music background play object includes an application module including at least one applet, for providing an interface for music play by the music background play object, for selecting an MP3 mode in the pocket-sized mobile communication device using the interface, for selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode, and for switching from the MP3 mode to a standby mode while the playing of the music file continues; and

a display unit for displaying an indication that the music file is being played in the standby mode.

18. The multi-tasking apparatus of claim 17, wherein the indication comprises an icon.

19. The multi-tasking apparatus of claim 17, wherein the indication comprises information relating to the music file.

20. The multi-tasking apparatus of claim 17, wherein the controller selects to continue the playing of the music file.

* * * * *