1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

                                              CASE NO. 11-cv-01846-LHK
20        Plaintiff,

                                              **CORRECTED MANUAL FILING
21    vs.                                     NOTIFICATION FOR EXHIBITS TO
                                              SAMSUNG'S NOTICE OF FILING OF
22 SAMSUNG ELECTRONICS CO., LTD., a          EXCLUDED EXHIBITS**
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
          Defendant.
26

27

28

02198.51855/4918105.1

                                                      Case No. 11-cv-01846-LHK
                                              CORRECTED MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding:

| | |
|---|---|
| Exhibit 85-3952.101 | Exhibit 83-3918.104 |
| Exhibit 85-3952.102 | Exhibit 83-3918.105 |
| Exhibit 86-3964.015a | Exhibit 83-3918.106 |
| Exhibit 83-3918.103 | Exhibit 59 |
| Exhibit 26 | Exhibit 27 |
| Exhibit 28 | |

to Samsung's Notice of Filing of Excluded Evidence.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

__X__  Voluminous Document (PDF file size larger than efiling system allowances)

_____  Unable to Scan Documents

_____  Physical Object (description):

__X__  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____  Item Under Seal

_____  Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____  Other (description): _____

| | | |
|---|---|---|
| 1 | DATED:  August 21, 2012 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | | By  *Victoria F. Maroulis* |
| | | Victoria F. Maroulis |
| | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |