UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

Civil Minute Order

Court Proceedings: Jury Trial, Tuesday, August 20, 2012     Time in Court: 4 hours 34 minutes
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

TITLE:

APPLE INC.              V.     SAMSUNG ELECTRONICS CO. LTD., ET AL
PLAINTIFF(S)                                         DEFENDANT(S)

| Attorneys present: | Attorneys present: |
|---|---|
| Michael A. Jacobs | Kevin P.B. Johnson |
| Alison Tucher | Victoria F. Maroulis |
| Mark D. Selwyn | Michael T. Zeller |
|  | **Susan Estrich** |

PROCEEDINGS:   JURY TRIAL-DAY TWELVE--MOTIONS AND JURY INSTRUCTION HEARING

1:46 p.m.  Jury not present for this hearing.  The Court and Counsel discuss jury instructions, verdict form, motions are heard.
At 6:20 Court is adjourned and will resume for instruction of the jury and closing arguments at 9:00 a.m. on Tuesday, August 21, 2012.