| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **APPLE'S ADMINISTRATIVE MOTION TO SEAL REGARDING EXCLUDED EXHIBITS** |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple hereby brings this
2  administrative motion for an order to seal PX63, PX87, and PX2065, filed with Apple's Notice of
3  Filing of Excluded Exhibits.
4  Apple files its excluded exhibits entirely under seal pursuant to the Court's direction.
5  Moreover, several exhibits contain confidential material. PX63 consists of highly confidential
6  source code, which the Court has held is sealable. (Dkt. No. 1649.) PX87 and PX2065 contain
7  information designated by Samsung or third parties. Apple expects that Samsung or interested
8  third parties will file the declaration required by Civil Local Rule 79-5(d) establishing that these
9  documents are sealable.

Dated: August 21, 2012                                MORRISON & FOERSTER LLP

                                                      By:   /s/ *Jason R. Bartlett*
                                                            Jason R. Bartlett

                                                      Attorneys for Plaintiff
                                                      APPLE INC.