1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL EXCLUDED EXHIBITS AND DEMONSTRATIVES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to seal excluded exhibits and demonstratives.  Apple's motion is granted.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                    Hon. Lucy H. Koh
                                                                    United States District Court Judge