1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
7  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
10 Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S NOTICE OF FILING OF EXCLUDED EXHIBITS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1 Apple hereby files exhibits excluded by the Court during the course of trial. Apple will file
2 demonstratives excluded by the Court separately. A citation to the record where the Court ruled
3 on the evidence is also provided.

- Underlying evidence to PX12, PX13, PX14 (Trial Tr. 655:21-25.)
- PX19 (Dkt. No. 1563.)
- PX21 (Trial Tr. 1372:13-20.)
- PX41 (Dkt. No. 1563.)
- PX49 (Dkt. No. 1657.)
- PX50 (Dkt. No. 1520.)
- PX61 (Trial Tr. 2473:9-11.)
- PX63 (Dkt. No. 1798.)
- PX64 (Trial Tr. 3725:24-3726:2.)
- PX66A (Trial Tr. 3725:24-3726:2.)
- PX66B (Trial Tr. 3725:24-3726:2.)
- PX85 (Dkt. No. 1749.)
- PX87 (Dkt. No. 1749.)
- PX96 (Dkt. No. 1715.)
- PX113 (Dkt. No. 1774.)
- PX114 (Dkt. No. 1774.)
- PX126 (Dkt. No. 1512.)
- PX151 (Dkt. No. 1720.)
- PX152 (Dkt. No. 1563.)
- PX157 (Dkt. No. 1522.)
- PX175 (Dkt. No. 1563.)
- PX178 (Dkt. No. 1563.)
- PX179 (Dkt. No. 1563.)
- PX188 (Dkt. No. 1715.)
- PX197 (Dkt. No. 1563.)

- PX198 (Dkt. No. 1563.)
- PX219 (Dkt. No. 1798.)
- PX2040 (Dkt. No. 1690.)
- PX2065 (Dkt. No. 1808.)
- PX2226 (Dkt. No. 1690.)

Dated: August 21, 2012                    MORRISON & FOERSTER LLP

By: /s/ *Jason R. Bartlett*
     Jason R. Bartlett

Attorneys for Plaintiff
APPLE INC.