HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **MANUAL FILING NOTIFICATION OF EXCLUDED EXHIBITS (PX19, PX21, PX41, PX49, PX50, PX61, PX64, PX66A, 66B, PX85, PX96, PX113, PX114, PX126, PX151, PX152, PX175, PX178, PX179, PX188, PX197, PX198, PX219, PX2040, PX2226 AND UNDERLYING EVID. FOR PX12, PX13, PX14)** |

1  Regarding:    Apple's Excluded EXHIBITS.

2

3

4      This filing is in paper or physical form only, and is being maintained in the case file in the

5  Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

6  For information on retrieving this filing directly from the Court, please see the Court's main web

7  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8      This filing was not e-filed for the following reason(s):

9    __X__ Voluminous Document (PDF file size larger than e-filing system allowances)

10   __X__ Unable to Scan Documents

11   __X__ Physical Object (description):  Flash drive

12   __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13   __X__ Item Under Seal

14   _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

15   _____ Other (description):

16

17  Dated: August 21, 2012                    MORRISON & FOERSTER LLP

18

19                                            By:   /s/ *Michael Jacobs*
20                                                  Michael Jacobs

21                                                  Attorneys for Plaintiff
                                                    APPLE INC.

MANUAL FILING NOTIFICATION OF APPLE'S EXCLUDED EXHIBITS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3186136