1   HAROLD J. MCELHINNY (CA SBN 66781)     WILLIAM F. LEE
    hmcelhinny@mofo.com                    william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)      WILMER CUTLER PICKERING
    mjacobs@mofo.com                       HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)         60 State Street
    rkrevans@mofo.com                      Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)    Telephone: (617) 526-6000
    jtaylor@mofo.com                       Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)      MARK D. SELWYN (SBN 244180)
    rhung@mofo.com                         mark.selwyn@wilmerhale.com
7   JASON R. BARTLETT (CA SBN 214530)      WILMER CUTLER PICKERING
    jasonbartlett@mofo.com                 HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                950 Page Mill Road
    425 Market Street                      Palo Alto, California 94304
9   San Francisco, California  94105-2482  Telephone: (650) 858-6000
    Telephone:  (415) 268-7000             Facsimile: (650) 858-6100
10  Facsimile:  (415) 268-7522

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17  APPLE INC., a California corporation,      Case No. 11-cv-01846-LHK

18                 Plaintiff,                  **APPLE'S NOTICE OF FILING OF
                                               EXCLUDED DEMONSTRATIVES**
19        v.

20  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
23
                   Defendants.
24

25

26

27

28

1    Apple hereby files demonstratives excluded by the Court during the course of trial.  Apple will

2    file exhibits excluded by the Court separately.  A citation to the record where the Court ruled on

3    these demonstratives is also provided.

4    - PDX14.4 (Trial Tr. 1331:23-25.)

5    - PDX14A.47 (Dkt. No. 1798.)

6    - PDX14A.48 (Dkt. No. 1798.)

7    - PDX14A.49 (Dkt. No. 1798.)

8    - PDX14A.50 (Dkt. No. 1798.)

9    - PDX14A.51 (Dkt. No. 1798.)

10   - PDX14A.52 (Dkt. No. 1798.)

11   - PDX20 (Dkt. No. 1563.)

12   - PDX21 (Dkt. No. 1563.)

13   - PDX22 (Dkt. No. 1563.)

14   - PDX23 (Dkt. No. 1563.)

15   - PDX24 (Dkt. No. 1563.)

16   - PDX28.17 (Trial Tr. 1508:25-1509:23.)

17   - PDX28.25 (Dkt. No. 1596.)

18   - PDX28.27 (Dkt. No. 1596.)

19

20   Dated: August 21, 2012                    MORRISON & FOERSTER LLP

21

22                                             By:    /s/ Jason R. Bartlett
                                                      Jason R. Bartlett
23
                                              Attorneys for Plaintiff
24                                            APPLE INC.

25

26

27

28