1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19            Plaintiff,                          **SAMSUNG'S ADMINISTRATIVE**
                                                  **MOTION TO FILE DOCUMENTS**
20       vs.                                      **UNDER TEMPORARY SEAL UNTIL**
                                                  **THE JURY COMPLETES ITS**
21 SAMSUNG ELECTRONICS CO., LTD., a               **DELIBERATIONS**
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
            Defendants.
25

26

27

28

                                                      Case No. 11-cv-01846-LHK
─────────────────────────────────────────────────────────────────────────

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung

2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

3   America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to

4   temporarily seal until the jury completes its deliberations:

5         1.  Samsung's Proffer of Witness Testimony and Exhibits;

6         2.  The Declaration of Diane Hutnyan in Support of Samsung's Proffer of Witness

7             Testimony and Exhibits; and

8         3.  The Declaration of Brett Arnold in Support of Samsung's Proffer of Witness

9             Testimony and Exhibits.

10       During court proceedings on the morning of August 21, 2012, the Court directed the

11  parties to delay filing the proffers of testimony and documents that had been excluded during the

12  course of trial.   (Decl. of Maroulis ISO Administrative Mot. to Seal ¶ 3; D.T. 3947:1-4 & 4072:5-

13  25.)   At the end of the day, Samsung requested and was granted permission from the Court to file

14  Samsung's Proffer and supporting declarations under temporary seal until the jury completes its

15  deliberations.[1]   (Decl. of Maroulis ISO Administrative Mot. to Seal ¶ 4; D.T. 4261:3-12.)

16  Because Samsung's Proffer of Witness Testimony and Exhibits, the Declaration of Diane Hutnyan

17  in Support of Samsung's Proffer of Witness Testimony and Exhibits, and the Declaration of Brett

18  Arnold in Support of Samsung's Proffer of Witness Testimony and Exhibits either discuss or

19  attach the excluded materials that the Court ordered not be made publicly available during the

20  course of trial, and the Court has granted Samsung permission to file these documents under seal

21  until jury deliberations are complete, good cause exists to seal these filings.

22       Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

23  for *in camera* review and served on all parties.

24

25

26   [1]   In accordance with the Court's previous instruction to file excluded exhibits by Tuesday,
    August 21, 2012, Samsung filed excluded exhibits, most of which were not under seal, early
27  Tuesday morning.   (Dkt. No. 1898)   Samsung filed to comply with the Court's deadline before
    it instructed the parties not to file the exhibits that had been excluded during the course of trial.
28

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL
THE JURY COMPLETES ITS DELIBERATIONS

1    DATED: August 21, 2012                 QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
2

3

4                                           By   */s/ Victoria Maroulis*
                                                Charles K. Verhoeven
5                                               Kevin P.B. Johnson
                                                Victoria F. Maroulis
6                                               Michael T. Zeller
                                                Attorneys for SAMSUNG ELECTRONICS CO.,
7                                               LTD., SAMSUNG ELECTRONICS AMERICA,
                                                INC., and SAMSUNG
8                                               TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL
THE JURY COMPLETES ITS DELIBERATIONS