1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                   UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20          Plaintiff, | **DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF** |
| 21     vs. | **ADMINISTRATIVE MOTION TO SEAL** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25           Defendant. | |

26
27
28

I, Victoria F. Maroulis, declare:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I am a member of the State Bar of California and admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Samsung's Administrative Motion to File Documents Under Temporary Seal Until The Jury Completes Its Deliberations.

3. During court proceedings on the morning of August 21, 2012, the Court told the parties to delay filing the proffers of testimony and documents that had been excluded during the course of trial.

4. During court proceedings in the afternoon of August 21, 2012, Samsung requested and was granted permission by the Court to file the proffers of testimony and documents that had been excluded during the course of trial under seal until the jury deliberations are complete.

5. Samsung's Proffer of Witness Testimony and Exhibits either discusses or attaches the excluded evidence. Pursuant to the Court's grant of permission to file under seal, Samsung's Proffer of Witness Testimony and Exhibits should be temporarily sealed.

6. The Declaration of Diane Hutnyan in Support of Samsung's Proffer of Witness Testimony and Exhibits either discusses or attaches the excluded evidence. Pursuant to the Court's grant of permission to file under seal, the Declaration of Diane Hutnyan in Support of Samsung's Proffer of Witness Testimony and Exhibits should be temporarily sealed.

7. The Declaration of Brett Arnold in Support of Samsung's Proffer of Witness Testimony and Exhibits either discuss or attach the excluded evidence. Pursuant to the Court's grant of permission to file seal, the Declaration of Brett Arnold in Support of Samsung's Proffer of Witness Testimony and Exhibits should be temporarily sealed.

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed in San
2   Jose, California on August 21, 2012.

3

4                                                    /s/ Victoria F. Maroulis
5                                                    Victoria F. Maroulis