# Samsung's Proffer of Witness Testimony and Exhibits
# FILED UNDER SEAL