# Declaration of Diane Hutnyan in Support of Samsung's Proffer of Witness Testimony and Exhibits
# FILED UNDER SEAL