# Hutnyan Declaration Exhibits 1-17 FILED UNDER SEAL