# Arnold Declaration Exhibits A-T Filed FILED UNDER SEAL