# Arnold Declaration Exhibits U, V INTENTIONALLY OMITTED