# Arnold Declaration Exhibits W, X
# FILED UNDER SEAL