1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19           Plaintiff,                          **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

20      vs.

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
24
             Defendants.
25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. Exhibit 2 to the Declaration of Diane Hutnyan in Support of Samsung's Proffer of Witness Testimony and Exhibits, which consists of excerpts from reproductions of confidential source code produced by Samsung in this litigation, bearing Bates SAMNDCA-C00000613-1391; SAMNDCA-C00001450-1526; SAMNDCA-C00001528-1908; SAMNDCA-C00001911-2265; SAMNDCA-C00002358-2476; SAMNDCA-C00002481-2529; SAMNDCA-C00002559-2899; SAMNDCA-C00002901-2975; SAMNDCA-C00003054-3555; SAMNDCA-C00003597-4086; SAMNDCA-C00004088-4416; SAMNDCA-C00004451-4524; and SAMNDCA-C00007811-8031; and

2. Exhibits A, Q, S, and T to the Declaration of Brett Arnold in Support of Samsung's Proffer of Witness Testimony and Exhibits.

Exhibit 2 to the Hutnyan Declaration, consists of information Samsung has designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.   Samsung has established compelling reasons to seal the document through the Declaration of Prashanth Chennakesavan in Support of Samsung's Administrative Motion to File Documents Under Seal.   Exhibits A, Q, S, and T to the Arnold Declaration consist of documents that discuss and/or refer to information which Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY under the Protective Order.   Samsung expects that Apple will file the declaration required by Civil Local Rule 79-5(d) to permit filing under seal.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

| | | |
|---|---|---|
| 1 | DATED: August 21, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Victoria Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC