02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Proffer of Witness Testimony and Exhibits

    Apple Inc. ("Apple") and Samsung have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of compelling reasons for this Court to permit filing under seal.   The declarations establish that the below documents contain information that has been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Accordingly, for compelling reasons shown, the Court ORDERS that the following shall be filed under seal:

1. Exhibit 2 to the Declaration of Diane Hutnyan in Support of Samsung's Proffer of Witness Testimony and Exhibits; and
2. Exhibits A, Q, S, and T to the Declaration of Brett Arnold in Support of Samsung's Proffer of Witness Testimony and Exhibits.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL