| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S SUPPLEMENTAL NOTICE OF FILING OF EXCLUDED EXHIBITS AND DEMONSTRATIVES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1 | Apple hereby submits a supplemental set of exhibits and demonstratives excluded by the Court during the course of trial, including portions of Apple's proposed closing statement. A citation to the record where the Court ruled on the evidence is also provided.

- PX2321 (Trial Tr. 3637:9-22.)
- Slides 37 and 45 of Apple's proposed closing statement (Dkt. No. 1895 at 2-3.)

Dated: August 22, 2012                    MORRISON & FOERSTER LLP

                                          By:   /s/ *Nathan B. Sabri*
                                                Nathan B. Sabri

                                          Attorneys for Plaintiff
                                          APPLE INC.

APPLE'S SUPPLEMENTAL NOTICE OF FILING OF EXCLUDED EXHIBITS AND DEMONSTRATIVES
CASE NO. 11-CV-01846-LHK
sf-3186738