# PX2321

# (SUBMITTED UNDER SEAL)