Closing Slide 37

(SUBMITTED UNDER SEAL)