Closing Slide 45

(SUBMITTED UNDER SEAL)