UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL SUPPLEMENTAL FILING OF EXCLUDED EXHIBITS AND DEMONSTRATIVES** |

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL SUPP. EXCLUDED EXHIBITS AND DEMONSTRATIVES
CASE NO. 11-CV-01846-LHK
sf-3186734

1  Apple filed a motion to seal regarding its supplemental filing of excluded exhibits and
2  demonstratives. Apple's motion is granted.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                             Hon. Lucy H. Koh
                                                             United States District Court Judge