UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

Civil Minute Order

Court Proceedings: Jury Trial, Tuesday, August 21, 2012          Time in Court: 7 hours 25 minutes
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

TITLE:

    APPLE INC.    V.    SAMSUNG ELECTRONICS CO. LTD., ET AL
        PLAINTIFF(S)                      DEFENDANT(S)

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Charles Verhoeven |
| Michael A. Jacobs | Kevin P.B. Johnson |
| William Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Michael T. Zeller |
| **Rachel Krevans** | **Wiliam Price** |

PROCEEDINGS:    JURY TRIAL-DAY THIRTEEN

| | |
|---|---|
| 8:42 a.m. | Hearing held outside the presence of the jury. |
| 9:26 a.m | Jury now present, the Court reads jury instructions. |
| 11:40 a.m. | Instructions finished, noon recess is taken. |
| 1:03 p.m. | All parties present, closing argument is presented by Apple. |
| 2:24 p.m. | Afternoon recess is taken. |
| 2:35 p.m. | Closing argument presented by Samsung. |
| 4:02 p.m. | Another short break is taken. |
| 4:14 p.m. | Samsung closing argument resumes. |
| 4:32 p.m. | Further argument by Apple. |
| 5:10 p.m. | Further argument by Samsung. |
| 5:24 p.m. | Marshal is sworn to take charge of the jury.  Jury is admonished and excused. |
| 5:30 p.m. | Court is adjourned. |