UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

**Civil Minute Order**

Court Proceedings: Jury Deliberations, Wednesday, August 22, 2012     Time in Court: none
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

TITLE:
    APPLE INC.          V.     SAMSUNG ELECTRONICS CO. LTD., ET AL
        PLAINTIFF(S)                              DEFENDANT(S)

**PROCEEDINGS:   JURY DELIBERATIONS**

9:00 a.m.     Jury assembles and begins deliberations.
Noon-1:00 p.m.   Jury has lunch.
1:00 p.m.     Deliberations resume.
4:30 p.m.     Jurors leave for the day.  They will return on Thursday, August 23, 2012 at 9:00 a.m. for further deliberations.