QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, and this Court's order at the Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to temporarily seal until the jury completes its deliberations:

    1.  Samsung's Corrected Notice of Filing of Excluded Exhibits.

During court proceedings on the morning of August 21, 2012, the Court directed the parties to delay filing the proffers of testimony and documents that had been excluded during the course of trial.   (D.T. 3947:1-4 & 4072:5-25.)[1]   At the end of the day, Samsung requested and was granted permission from the Court to file Samsung's Proffer and supporting declarations under temporary seal until the jury completes its deliberations.   (D.T. 4261:3-12.)   Because Samsung's Corrected Notice of Filing of Excluded Exhibits attachs excluded materials that the Court ordered not be made publicly available during the course of trial, and the Court has permitted the filing of these documents under seal until jury deliberations are complete, good cause exists to seal these filings.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.

---

[1]   In accordance with the Court's previous instruction to file excluded exhibits by Tuesday, August 21, 2012, Samsung initially filed excluded exhibits, most of which were not under seal, early Tuesday morning.   (Dkt. No. 1898)   Samsung filed to comply with the Court's deadline before it instructed the parties not to file the exhibits that had been excluded during the course of trial.

-1-   Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS

1  DATED: August 23, 2012            QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
2

3

4                                    By  */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
5                                        Kevin P.B. Johnson
                                         Victoria F. Maroulis
6                                        Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
7                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
8                                        TELECOMMUNICATIONS AMERICA, LLC