UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an administrative motion to file Samsung's Corrected Notice of Filing of Excluded Exhibits temporarily under seal.

This Court has previously directed the parties to delay filing of documents that had been excluded during the course of trial.   (D.T. 3947:1-4; 4072:5-25; 4261:3-12.)   Accordingly, for good cause shown, the Court ORDERS that the following shall be filed temporarily under seal until the jury completes its deliberations:

    1.   Samsung's Corrected Notice of Filing of Excluded Exhibits.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS**

1    **IT IS SO ORDERED.**

3    DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge

02198.5185

-2-    Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS**