QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S CORRECTED NOTICE OF FILING OF EXCLUDED EXHIBITS** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung

3  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

4  "Samsung") hereby makes the following corrections to, and attaches the relevant corrected

5  exhibits for, Samsung's Notice of Filing of Excluded Exhibits (Dkt. 1898):

6     1. Attached as Corrected Exhibit 60 is Samsung's Opening Slide 9.  The Court ruled on this
7        slide at Dkt. Nos. 1456 and 1510.

8     2. Attached as Corrected Exhibit 62 is Samsung's Demonstrative 3706.  The Court ruled on
9        this demonstrative at Tr. 1261:3-8 and 1270:19-21.

10    3. Attached as Corrected Exhibit 69 is Samsung's Demonstrative 3713.  The Court ruled on
11       this demonstrative at Tr. 1261:3-8, 1276:25-1277:9, 1278:2-4, and 1279:1-9.

12    4. Attached as Corrected Exhibit 86-3964.26-.038 are Samsung's Demonstratives 3964.26-
13       .38.  The Court ruled on these demonstratives at Dkt. No. 1775.  Samsung is not filing
14       any corrected exhibit for demonstrative slide 3964.15A, which is part of Exhibit 86 and
15       was manually filed on August 21, 2012.

16    5. Attached as Corrected Exhibit 88 are Samsung's Demonstratives 3967.003, 3967.005,
17       3967.006, 3967.012, 3967.015, 3967.025, 3967.028, 3967.043. The Court ruled on these
18       demonstratives at Dkt. No. 1775.

20  DATED: August 23, 2012　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP

　　　　　　　　　　　　　　　　　　　By  */s/ Victoria F. Maroulis*
　　　　　　　　　　　　　　　　　　　　Charles K. Verhoeven
　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis
　　　　　　　　　　　　　　　　　　　　Kevin P.B. Johnson
　　　　　　　　　　　　　　　　　　　　Michael T. Zeller
　　　　　　　　　　　　　　　　　　　　Attorneys for SAMSUNG ELECTRONICS
　　　　　　　　　　　　　　　　　　　　CO., LTD., SAMSUNG ELECTRONICS
　　　　　　　　　　　　　　　　　　　　AMERICA, INC., and SAMSUNG
　　　　　　　　　　　　　　　　　　　　TELECOMMUNICATIONS AMERICA, LLC