# CORRECTED EXHIBITS

# 60, 62, 69, 86 AND 88

# FILED UNDER SEAL