1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS**
20 | vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
22 | |
23 | |
24 | Defendants. |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  temporarily seal until the jury completes its deliberations:
5      1.  Exhibits 1-6 to Samsung's Notice of Filing of Excluded Closing Demonstratives.
6  Samsung requested and was granted permission from the Court to file Samsung's excluded
7  exhibits under temporary seal until the jury completes its deliberations.[1]  (D.T. 4261:3-6.)
8  Because Exhibits 1-6 to Samsung's Notice of Filing of Excluded Closing Demonstratives are
9  materials that the Court ordered not be made publicly available during the course of trial, and the
10 Court has granted Samsung permission to file these documents under seal until jury deliberations
11 are complete, good cause exists to seal this filing.
12 Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
13 for *in camera* review and served on all parties.

15 DATED: August 23, 2012           QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

18                                  By  */s/ Victoria Maroulis*
                                        Charles K. Verhoeven
19                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
20                                      Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
21                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
22                                      TELECOMMUNICATIONS AMERICA, LLC

---

[1] In accordance with the Court's previous instruction to file excluded exhibits by Tuesday, August 21, 2012, Samsung filed excluded exhibits, most of which were not under seal, early Tuesday morning.  (Dkt. No. 1898)   Samsung filed to comply with the Court's deadline before it instructed the parties not to file the exhibits that had been excluded during the course of trial.

-1-  Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL
THE JURY COMPLETES ITS DELIBERATIONS