|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS** |

     Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Notice of Filing of Excluded Closing Demonstratives.

     The Court granted permission to file excluded documents under temporary seal until the jury completes its deliberations.   (D.T. 4261:3-6.)

     Accordingly, for good cause shown, the Court ORDERS that the following shall be filed under seal:

     1. Exhibits 1-6 to Samsung's Notice of Filing of Excluded Closing Demonstratives.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS**

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS**