1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19           Plaintiff, | |
| 20      vs. | **SAMSUNG'S NOTICE OF FILING OF EXCLUDED CLOSING DEMONSTRATIVES** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung

3  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

4  "Samsung") hereby file the following closing demonstratives to which the Court sustained

5  objections and/or excluded during the course of the trial.   Samsung has also provided the Court

6  with a citation to a place in the record where the Court ruled on the exhibit.

7      1.  Samsung's Closing Slide SDX5001.023.   The Court ruled on this slide at Dkt. No. 1896.
8         This slide is attached as Exhibit 1.

9      2.  Samsung's demonstrative video labeled SDX5002.052-632.wmv (embedded in Closing
10       Slide SDX5002.037).   The Court ruled on this video at Dkt. No. 1896.   This video is
11       attached as Exhibit 2.

12     3.  Samsung's Closing Slide SDX5005.025.   The Court ruled on this slide at Dkt. No. 1896.
13       This slide is attached as Exhibit 3.

14     4.  Samsung's Closing Slide SDX5005.026.   The Court ruled on this slide at Dkt. No. 1896.
15       This slide is attached as Exhibit 4.

16     5.  Samsung's Closing Slide SDX5006.001.   The Court ruled on this slide at Dkt. No. 1896.
17       This slide is attached as Exhibit 5.

18     6.  Samsung's Closing Slide SDX5006.008.   The Court ruled on this slide at Dkt. No. 1896.
19       This slide is attached as Exhibit 6.

20

21  DATED: August 23, 2012          QUINN EMANUEL URQUHART &
22                               SULLIVAN, LLP

23                          By */s/ Victoria F. Maroulis*
24                            Charles K. Verhoeven
                           Victoria F. Maroulis
25                            Kevin P.B. Johnson
                           Michael T. Zeller
26                            Attorneys for SAMSUNG ELECTRONICS
                           CO., LTD., SAMSUNG ELECTRONICS
27                            AMERICA, INC., and SAMSUNG
                           TELECOMMUNICATIONS AMERICA, LLC
28