# EXHIBITS

# 1 - 6

# FILED UNDER SEAL