QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER TEMPORARY SEAL UNTIL THE JURY COMPLETES ITS DELIBERATIONS** |

1        Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, and this Court's order at

2   the Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

3   Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative

4   motion for an order to temporarily seal until the jury completes its deliberations:

5             1.  Supplemental Declaration Of Diane C. Hutnyan In Support Of Samsung's Proffer

6                of Witness Testimony And Exhibits

7        During court proceedings on the morning of August 21, 2012, the Court directed the

8   parties to delay filing the proffers of testimony and documents that had been excluded during the

9   course of trial.    (D.T. 3947:1-4 & 4072:5-25.)    At the end of the day, Samsung requested and

10  was granted permission from the Court to file Samsung's Proffer and supporting declarations

11  under temporary seal until the jury completes its deliberations.    (D.T. 4261:3-12.)    Because the

12  Supplemental Declaration Of Diane C. Hutnyan In Support Of Samsung's Proffer of Witness

13  Testimony And Exhibits attaches excluded materials that the Court ordered not be made publicly

14  available during the course of trial, and the Court has permitted the filing of these documents

15  under seal until jury deliberations are complete, good cause exists to seal these filings.

16       Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

17  for in camera review and served on all parties.

18

19  DATED: August 24, 2012          QUINN EMANUEL URQUHART &

20                             SULLIVAN, LLP

21

22                         By  */s/ Victoria Maroulis*

23                           Charles K. Verhoeven

24                           Kevin P.B. Johnson
                             Victoria F. Maroulis

25                           Michael T. Zeller
                             Attorneys for SAMSUNG ELECTRONICS CO.,

26                           LTD., SAMSUNG ELECTRONICS AMERICA,
                             INC., and SAMSUNG

27                           TELECOMMUNICATIONS AMERICA, LLC

28