# SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S PROFFER OF WITNESS TESTIMONY AND EXHIBITS

# FILED UNDER SEAL