# EXHIBIT 1A

# FILED UNDER SEAL