# EXHIBIT 1B

# FILED UNDER SEAL