# EXHIBIT 1C

# FILED UNDER SEAL