Case 5:11-cv-01846-LHK   Document 1921-6   Filed 08/24/12   Page 1 of 1

# EXHIBIT 10

# FILED UNDER SEAL