# Exhibit A

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| N/A | N/A | Apple Opening Slides 1-108 | 7/31/2012 | | X | | |
| N/A | N/A | Apple Closing Slides | 8/21/2012 | | X | | |
| PDX | 1.01 | Schiller | 8/3/2012 | | X | | |
| PDX | 3.00 | Schiller | 8/3/2012 | | X | | |
| PDX | 5.01 | Schiller | 8/3/2012 | | X | | |
| PDX | 6.01 | Schiller | 8/3/2012 | | X | | |
| PDX | 7.01 | Schiller | 8/3/2012 | | | X | |
| PDX | 8.01 | Schiller | 8/3/2012 | | | X | |
| PDX | 9.01 | Schiller | 8/3/2012 | | | X | |
| PDX | 10.01 | Schiller | 8/3/2012 | | X | | |
| PDX | 10.02 | Schiller | 8/3/2012 | | X | | |
| PDX | 13.01 | Schiller | 8/3/2012 | | X | | |
| PDX | 14.01 | Kare | 8/7/2012 | | X | | |
| PDX | 14.06 | Kare | 8/7/2012 | | X | | |
| PDX | 14.07 | Kare | 8/7/2012 | | X | | |
| PDX | 14.12 | Kare | 8/7/2012 | | X | | |
| PDX | 14.13 | Kare | 8/7/2012 | | X | | |
| PDX | 14.14 | Kare | 8/7/2012 | | X | | |
| PDX | 14.15 | Kare | 8/7/2012 | | X | | |
| PDX | 14.16 | Kare | 8/7/2012 | | X | | |
| PDX | 14.17 | Kare | 8/7/2012 | | | X | |
| PDX | 14.18 | Kare | 8/7/2012 | | X | | |
| PDX | 14.19 | Kare | 8/7/2012 | | X | | |
| PDX | 14.20 | Kare | 8/7/2012 | | X | | |
| PDX | 14.21 | Kare | 8/7/2012 | | X | | |
| PDX | 14.22 | Kare | 8/7/2012 | | X | | |
| PDX | 14.23 | Kare | 8/7/2012 | | | X | |
| PDX | 14.25 | Kare | 8/7/2012 | | X | | |
| PDX | 14.26 | Kare | 8/7/2012 | | | X | |
| PDX | 14.27 | Kare | 8/7/2012 | | | X | |
| PDX | 14.29 | Kare | 8/7/2012 | | | X | |
| PDX | 14.30 | Kare | 8/7/2012 | | | X | |
| PDX | 15.00 | Denison | 8/3/2012 | | X | | |
| PDX | 16.01 | Schiller | 8/3/2012 | | X | | |
| PDX | 25.00 | Forstall | 8/3/2012 | | X | | |
| PDX | 26.01 | Bressler | 8/6/2012 | | X | | |
| PDX | 26.04 | Bressler | 8/6/2012 | | X | | |
| PDX | 26.06 | Bressler | 8/7/2012 | | X | | |
| PDX | 26.07 | Bressler | 8/7/2012 | | X | | |
| PDX | 26.10 | Bressler | 8/7/2012 | | X | | |
| PDX | 26.10 | Bressler | 8/6/2012 | | X | | |
| PDX | 26.11 | Bressler | 8/7/2012 | | X | | |
| PDX | 26.11 | Bressler | 8/6/2012 | | X | | |
| PDX | 26.11 | Winer | 8/7/2012 | | X | | |
| PDX | 26.11 | Winer | 8/7/2012 | | X | | |
| PDX | 26.12 | Bressler | 8/7/2012 | | X | | |
| PDX | 26.13 | Bressler | 8/7/2012 | | X | | |
| PDX | 26.14 | Bressler | 8/6/2012 | | | X | |
| PDX | 26.18 | Bressler | 8/7/2012 | | | X | |

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| PDX | 26.19 | Bressler | 8/7/2012 | | X | | |
| PDX | 26.51 | Sherman | 8/14/2012 | | X | | |
| PDX | 26.52 | Sherman | 8/14/2012 | | | X | |
| PDX | 26.57 | Sherman | 8/14/2012 | | | X | |
| PDX | 26.62 | Sherman | 8/14/2012 | | X | | |
| PDX | 26.78 | Bressler | 8/17/2012 | | X | | |
| PDX | 26.82 | Bressler | 8/17/2012 | | X | | |
| PDX | 26.85 | Bressler | 8/17/2012 | | X | | |
| PDX | 26.87 | Bressler | 8/17/2012 | | X | | |
| PDX | 26.92 | Bressler | 8/17/2012 | | X | | |
| PDX | 26.94 | Bressler | 8/17/2012 | | X | | |
| PDX | 26.95 | Bressler | 8/17/2012 | | X | | |
| PDX | 26.96 | Bressler | 8/17/2012 | | X | | |
| PDX | 27.01 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.03 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.07 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.08 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.09 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.10 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.12 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.14 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.16 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.18 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.20 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.22 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.23 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.24 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.25 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.25 | Denison | 8/10/2012 | | X | | |
| PDX | 27.29 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.30 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.31 | Balakrishnan | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 27.33 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.34 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.35 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.36 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.37 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.38 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.39 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 27.46 | Balakrishnan | 8/10/2012 | | X | | |
| PDX | 28.02 | Winer | 8/7/2012 | | X | | |
| PDX | 28.05 | Winer | 8/7/2012 | | X | | |
| PDX | 28.06 | Winer | 8/7/2012 | | X | | |
| PDX | 28.11 | Winer | 8/7/2012 | | X | | |
| PDX | 28.12 | Winer | 8/7/2012 | | X | | |
| PDX | 28.17 | Winer | 8/7/2012 | | X | | |
| PDX | 28.18 | Winer | 8/7/2012 | | X | | |
| PDX | 28.28 | Winer | 8/7/2012 | | X | | |
| PDX | 29.04 | Singh | 8/10/2012 | | | X | |
| PDX | 29.05 | Singh | 8/10/2012 | | | X | |
| PDX | 29.06 | Singh | 8/10/2012 | | X | | |
| PDX | 29.07 | Singh | 8/16/2012 | | | X | |
| PDX | 29.08 | Singh | 8/10/2012 | | X | | |

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| PDX | 29.10 | Singh | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 29.12 | Singh | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 29.13 | Singh | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 29.14 | Singh | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 29.16 | Singh | 8/10/2012 | | X | | |
| PDX | 29.18 | Singh | 8/10/2012 | | X | | |
| PDX | 29.20 | Singh | 8/10/2012 | | X | | |
| PDX | 29.21 | Singh | 8/10/2012 | | X | | |
| PDX | 29.22 | Singh | 8/10/2012 | | X | | |
| PDX | 29.23 | Singh | 8/10/2012 | | | X | |
| PDX | 29.24 | Singh | 8/10/2012 | | X | | |
| PDX | 29.25 | Singh | 8/10/2012 | | X | | |
| PDX | 29.26 | Singh | 8/10/2012 | | X | | |
| PDX | 29.27 | Singh | 8/10/2012 | | | X | |
| PDX | 29.28 | Singh | 8/10/2012 | | X | | |
| PDX | 29.29 | Singh | 8/10/2012 | | | X | |
| PDX | 29.30 | Singh | 8/10/2012 | | X | | |
| PDX | 29.32 | Singh | 8/10/2012 | | X | | |
| PDX | 29.34 | Singh | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 29.35 | Singh | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 29.36 | Singh | 8/10/2012 | UNDER SEAL | X | | |
| PDX | 29.37 | Singh | 8/10/2012 | | | X | |
| PDX | 29.39 | Singh | 8/10/2012 | | | | X |
| PDX | 29.41 | Singh | 8/10/2012 | | X | | |
| PDX | 29.42 | Singh | 8/10/2012 | | X | | |
| PDX | 29.43 | Singh | 8/10/2012 | | X | | |
| PDX | 29.44 | Singh | 8/10/2012 | | X | | |
| PDX | 29.45 | Singh | 8/10/2012 | | | X | |
| PDX | 29.46 | Singh | 8/10/2012 | | | X | |
| PDX | 29.47 | Singh | 8/10/2012 | | X | | |
| PDX | 29.48 | Singh | 8/10/2012 | | X | | |
| PDX | 29.49 | Singh | 8/10/2012 | | X | | |
| PDX | 30.02 | Poret | 8/7/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5. So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. | | | X |

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| PDX | 30.03 | Poret | 8/10/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5. So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. | | X | |
| PDX | 30.04 | Poret | 8/7/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5. So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. | X | | |

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| PDX | 30.05 | Poret | 8/7/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5. So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. | X | | |
| PDX | 31.02 | Van Liere | 8/10/2012 | | | X | |
| PDX | 31.03 | Van Liere | 8/10/2012 | | X | | |
| PDX | 31.04 | Van Liere | 8/10/2012 | | | X | |
| PDX | 31.05 | Van Liere | 8/10/2012 | | X | | |
| PDX | 32.00 | Teksler | 8/10/2012 | | X | | |
| PDX | 33.06 | Hauser | 8/10/2012 | | X | | |
| PDX | 34B.01 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.02 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.03 | Musika | 8/13/2012 | | | | X |
| PDX | 34B.04 | Musika | 8/13/2012 | | | | X |
| PDX | 34B.05 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.06 | Musika | 8/13/2012 | | | | X |
| PDX | 34B.09 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.11 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.15 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.16 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.17 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.18 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.19 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.20 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.23 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.24 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.32 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.42 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.51 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.56 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.57 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.58 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.59 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.60 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.61 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.62 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.64 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.65 | Musika | 8/13/2012 | | | X | |

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| PDX | 34B.66 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.67 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.70 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.71 | Musika | 8/13/2012 | | | | X |
| PDX | 34B.72 | Musika | 8/13/2012 | | | X | |
| PDX | 34B.73 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.74 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.75 | Musika | 8/13/2012 | | X | | |
| PDX | 34B.76 | Musika | 8/13/2012 | | | X | |
| PDX | 35.01 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.02 | H. Kim | 8/17/2012 | | X | | |
| PDX | 35.03 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.06 | H. Kim | 8/16/2012 | | | X | |
| PDX | 35.07 | H. Kim | 8/16/2012 | | | | X |
| PDX | 35.10 | H. Kim | 8/17/2012 | | X | | |
| PDX | 35.11 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.14 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.15 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.16 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.16 | H. Kim | 8/17/2012 | | X | | |
| PDX | 35.16 | Williams | 8/16/2012 | | X | | |
| PDX | 35.17 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.18 | H. Kim | 8/17/2012 | | X | | |
| PDX | 35.19 | H. Kim | 8/17/2012 | | X | | |
| PDX | 35.20 | H. Kim | 8/16/2012 | | X | | |
| PDX | 35.21 | H. Kim | 8/17/2012 | | X | | |
| PDX | 35.22 | H. Kim | 8/17/2012 | | X | | |
| PDX | 35.23 | H. Kim | 8/17/2012 | | X | | |
| PDX | 36.01 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.02 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.03 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.04 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.05 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.06 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.07 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.09 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.10 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.12 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.15 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.16 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.17 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.18 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.19 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.20 | Knightly | 8/17/2012 | | X | | |
| PDX | 36.22 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.23 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.24 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.25 | Knightly | 8/17/2012 | | | X | |
| PDX | 36.26 | Knightly | 8/17/2012 | | | X | |
| PDX | 41.01 | Balakrishnan | 8/16/2012 | | X | | |
| PDX | 41.01 | Bederson | 8/13/2012 | | X | | |
| PDX | 41.02 | Bederson | 8/13/2012 | | X | | |
| PDX | 42.01 | Dourish | 8/16/2012 | | X | | |

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| PDX | 42.02 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.04 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.04 | Williams | 8/17/2012 | | X | | |
| PDX | 42.04 | Yang | 8/16/2012 | | X | | |
| PDX | 42.05 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.05 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.06 | Dourish | 8/16/2012 | UNDER SEAL | X | | |
| PDX | 42.07 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.08 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.09 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.10 | Dourish | 8/16/2012 | | | X | |
| PDX | 42.12 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.14 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.15 | Dourish | 8/16/2012 | | | X | |
| PDX | 42.16 | Dourish | 8/17/2012 | | X | | |
| PDX | 42.18 | Dourish | 8/17/2012 | | X | | |
| PDX | 42.20 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.21 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.22 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.23 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.24 | Dourish | 8/16/2012 | | X | | |
| PDX | 42.25 | Dourish | 8/16/2012 | | X | | |
| PDX | 43.01 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.02 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.03 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.05 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.06 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.07 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.08 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.08 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.09 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.09 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.10 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.11 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.12 | Walker | 8/17/2012 | | | X | |
| PDX | 43.13 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.14 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.15 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.16 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.17 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.18 | Givargis | 8/16/2012 | | | X | |
| PDX | 43.19 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.20 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.21 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.22 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.23 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.24 | Givargis | 8/16/2012 | | | X | |
| PDX | 43.28 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.29 | Givargis | 8/16/2012 | | X | | |
| PDX | 43.30 | Givargis | 8/16/2012 | | X | | |
| PDX | 44.01 | Ordover | 8/16/2012 | | | X | |
| PDX | 44.02 | Ordover | 8/16/2012 | | | X | |
| PDX | 44.03 | Ordover | 8/16/2012 | | X | | |

| Prefix | Exhibit Number | Witness | Date Published | Notes | Agreed Published | Apple Addition | Samsung Addition |
|---|---|---|---|---|---|---|---|
| PDX | 45.01 | Walker | 8/17/2012 | | | X | |
| PDX | 45.02 | Walker | 8/17/2012 | | X | | |
| PDX | 45.03 | Walker | 8/17/2012 | | X | | |
| PDX | 45.04 | Walker | 8/17/2012 | | X | | |
| PDX | 45.05 | Walker | 8/17/2012 | | X | | |
| PDX | 45.06 | Walker | 8/17/2012 | | X | | |
| PDX | 45.12 | JW Lee | 8/16/2012 | | X | | |
| PDX | 45.12 | Walker | 8/17/2012 | | X | | |
| PDX | 46.01 | Bogue | 8/13/2012 | | X | | |
| PDX | 46.02 | Bogue | 8/13/2012 | | X | | |
| PDX | 48.01 | Williams | 8/15/2012 | | X | | |
| PDX | 48.02 | Williams | 8/16/2012 | | X | | |
| PDX | 48.03 | Williams | 8/16/2012 | | X | | |
| PDX | 48.04 | Williams | 8/16/2012 | | X | | |
| PDX | 49.01 | Donaldson | 8/17/2012 | | X | | |
| PDX | 49.02 | Donaldson | 8/17/2012 | | | X | |
| PDX | 52.02 | Srivastava | 8/16/2012 | | | X | |
| PDX | 52.03 | Srivastava | 8/16/2012 | | X | | |
| PDX | 52.04 | Srivastava | 8/16/2012 | | X | | |
| PDX | 52.06 | Srivastava | 8/16/2012 | | X | | |
| PDX | 52.08 | Srivastava | 8/16/2012 | | X | | |
| PDX | 52.10 | Srivastava | 8/16/2012 | | | X | |
| PDX | 52.12 | Srivastava | 8/16/2012 | | | X | |
| PDX | 52.13 | Srivastava | 8/16/2012 | | | X | |
| PDX | 52.14 | Srivastava | 8/16/2012 | | | X | |
| PDX | 52.15 | Srivastava | 8/16/2012 | | | X | |
| PDX | 52.17 | Srivastava | 8/16/2012 | | | X | |
| PDX | 53.01 | Kim, E | 8/16/2012 | | | X | |
| PDX | 53.02 | Kim, E | 8/16/2012 | | | X | |
| PDX | 53.03 | Kim, E | 8/16/2012 | | | X | |
| PDX | 53.06 | Kim, E | 8/16/2012 | | X | | |
| PDX | 53.07 | Kim, E | 8/16/2012 | | X | | |
| PDX | 53.07 | Srivastava | 8/16/2012 | | X | | |
| PDX | 53.08 | Srivastava | 8/16/2012 | | | X | |
| PDX | 53.09 | Kim, E | 8/16/2012 | | | X | |
| PDX | 53.10 | Kim, E | 8/16/2012 | | X | | |
| PDX | 57.01 | Williams | 8/15/2012 | | X | | |
| PDX | 57.02 | Williams | 8/15/2012 | | X | | |
| PDX | 59.00 | Blevins | 8/16/2012 | | X | | |
| PDX | 60.00 | Blevins | 8/16/2012 | | X | | |
| PDX | 64.01 | Teece | 8/16/2012 | | | X | |