| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO SEAL REGARDING PUBLISHED DEMONSTRATIVES** |

APPLE'S ADMINISTRATIVE MOTION TO SEAL RE PUBLISHED DEMONSTRATIVES
CASE NO. 11-CV-01846-LHK
sf-3185932

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple hereby brings this administrative motion for an order to seal PDX27.31, PDX29.10, PDX29.12, PDX29.13, PDX29.14, PDX29.34, PDX29.35, PDX29.36, and PDX42.06, filed with Apple's Notice of Filing of Published Demonstratives. This material all consists of highly confidential source code, which the Court has held may be sealed. (Dkt. No. 1649.)

Dated: August 24, 2012                    MORRISON & FOERSTER LLP

                                          By:    /s/ *Jason R. Bartlett*
                                                 Jason R. Bartlett

                                          Attorneys for Plaintiff
                                          APPLE INC.