1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL PUBLISHED DEMONSTRATIVES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to seal published demonstratives.  The sealed material consists of source code, which may be filed under seal.  Apple's motion is therefore granted.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                            Hon. Lucy H. Koh
                                                                            United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL PUBLISHED DEMONSTRATIVES
CASE NO. 11-CV-01846-LHK
sf-3185939