UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: C 11-1846 LHK (PSG) |
| Plaintiff, | **ORDER RE: AWARD OF FEES AND COSTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket Nos. 1213, 1275)** |
| Defendants. | |

In this patent infringement suit, Defendants Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") have filed an accounting of attorney's fees and costs to be paid by Plaintiff Apple Inc. ("Apple"). Samsung's filing follows from this court's July 11, 2012 order ("July 11 Order") granting-in-part Samsung's motion for Rule 37 sanctions.[1] The July 11 Order granted Samsung's request for attorney's fees and costs that Samsung incurred in connection with bringing certain discovery motions.[2]

---

[1] *See* Docket No. 1213.

[2] *See id.* at 2, 11.

1

Case No.: 11-1846 LHK (PSG)
**ORDER RE: AWARD OF FEES AND COSTS**

Samsung claims $258,200.50 in fees and costs, charged by four partners, seven associates, one "of counsel," and various contract attorneys at the Quinn Emanuel firm, with an average partner billing rate of $821.00, and an average associate billing rate of $448.00.[3]

Before the court can determine exactly how much money Apple owes, it requires additional documentation detailing each individual Quinn Emanuel attorney's billing rate, including the individual billing rates for each Quinn Emanuel contract attorney. The court also requires a description or breakdown of the hours each attorney billed by task. Samsung shall provide this information no later than August 30, 2012.

**IT IS SO ORDERED.**

Dated:  August 24, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Docket No. 1275.