1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |        Plaintiff,                      | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |        vs.                             |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
22 |                                        |
23 |                                        |
24 |                                        |
25 |        Defendants.                     |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. SDX 3963.019 to 3963.022, which contain license pricing, royalty, and payment terms maintained as confidential by third party Motorola;
2. SDX 3963.024 to SDX 3963.025, which contain license pricing, royalty, and payment terms maintained as confidential by third party Ericsson;
3. SDX 3966.019, which contains source code maintained by third party Intel as proprietary trade secrets;
4. SDX 3966.105 and SDX 3966.106, which contain excerpts from third party Intel's X-GOLD 61x Product Specification that Third party Intel maintains as proprietary trade secrets; and
5. Samsung Closing Slide Nos. SDX 5010.264, SDX 5010.265, SDX 5010.266, and SDX 5010.275, which contain excerpts from source code and product specifications that third party Intel maintains as proprietary trade secrets.

In response to prior motions to seal filed by Motorola, Ericsson, and Intel, this Court found that compelling reasons support the sealing of these documents. *See* Dkt. No. 1649, at 21-22, 26-27, 29; Declaration of Prashanth Chennakesavan in Support of Samsung's Administrative Motion to File Documents Under Seal.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

1  DATED: August 24, 2012                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
2

3

4                                        By  */s/ Victoria Maroulis*
                                             Charles K. Verhoeven
5                                            Kevin P.B. Johnson
                                             Victoria F. Maroulis
6                                            Michael T. Zeller
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
7                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
8                                            TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28