QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MELISSA DALZIEL IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Melissa Dalziel, declare:

1. I am an Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I am a member of the State Bar of California and admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Samsung's Administrative Motion to File Documents Under Seal.

3. Demonstrative Exhibits SDX 3963.019 to 3963.022 contain license pricing, royalty, and payment terms, which third party Motorola asserts are confidential and proprietary trade secrets. The Court found that compelling reasons support sealing third party license "pricing terms, royalty rates, and payments," in general, and Motorola's license payment provisions, in particular. (*See* Dkt. No. 1649, at 21-22, 26-27.) Accordingly, a redacted version of these exhibits is attached to Exhibit C to the Motion.

4. Demonstrative Exhibits SDX 3963.024 to SDX 3963.025 contain license pricing, royalty, and payment terms, which third party Ericsson asserts are confidential and proprietary trade secrets. The Court found that compelling reasons support sealing third party license "pricing terms, royalty rates, and payments," in general, and Ericsson's license payment provisions, in particular. (*See* Dkt. No. 1649, at 21-22, 29.) Accordingly, a redacted version of these exhibits is attached to Exhibit C to the Motion.

5. Demonstrative Exhibit SDX 3966.019 contains excerpts from the reproductions of third party Intel's proprietary source code, which Intel asserts is a trade secret. The Court found that Intel's source code is a trade secret and, therefore, compelling reasons support its sealing. (*See* Dkt. No. 1649, at 27-28.)

6. Demonstrative Exhibits SDX 3966.105 and SDX 3966.106 contain excerpts from Intel's X-GOLD 61x Product Specification, which Intel asserts is a trade secret. The Court found

1  that this product specification is a trade secret.  Therefore, compelling reasons support sealing

2  these demonstratives. (*See* Dkt. No. 1649, at 27-28.)

3       7.     Samsung Closing Slides SDX 5010.264, SDX 5010.265, SDX 5010.266, and SDX

4  5010.275 contain excerpts from Intel's source code and product specifications, which Intel asserts

5  are trade secrets.  The Court found that compelling reasons support sealing these documents.  (*See*

6  Dkt. No. 1649, at 21-22, 27-29.)

7

8       I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los

9  Angeles, California on August 24, 2012.

10

11                                      */s/ Melissa Dalziel*

12                                         Melissa Dalziel

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Prashanth Chennakesavan.

                                               */s/ Victoria Maroulis*