QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics America, Inc.
and Samsung Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER**

Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal ("Administrative Motion").  The Administrative Motion requests that various demonstratives that were published at trial to the court and jury only be filed under seal because they contain third party information that this Court has determined are trade secrets.

Samsung has filed the declarations required under Civil L.R. Rule 79-5 and General Order No. 62 to provide evidence of compelling reasons for this Court to permit filing under seal.  Those declarations establish that the information contained in the below documents is confidential, proprietary, and trade secrets, and therefore sealable.

Accordingly, for compelling reasons shown, the Court ORDERS that the following documents shall be filed under seal in their entirety:  SDX 3966.019, SDX 3966.105, and SDX 3966.106.  In addition, the Court ORDERS that the pricing terms, royalty rates, and payment information in following documents shall be redacted and filed under seal: SDX 3963.019 to 3963.022, and SDX 3963.024 to SDX 3963.025.

**IT IS SO ORDERED.**

DATED: _____, 2012

The Honorable Lucy H. Koh
United States District Court Judge