QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S NOTICE OF FILING OF DEMONSTRATIVES PUBLISHED TO THE JURY** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung

3  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

4  "Samsung") hereby manually files the Samsung demonstratives that were published to the jury

5  during trial in the above referenced matter.   A list of these demonstratives is attached hereto as

6  Exhibit A.   The publicly filed demonstratives are attached hereto as Exhibit B.   The sealed

7  demonstratives are attached hereto as Exhibit C. The demonstrative exhibits that are video files are

8  attached hereto as Exhibit D.

9

10  DATED: August 24, 2012                    QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
11
                                              By  */s/ Victoria F. Maroulis*
12                                                Charles K. Verhoeven
                                                  Victoria F. Maroulis
13                                                Kevin P.B. Johnson
                                                  Michael T. Zeller
14
                                                  Attorneys for SAMSUNG ELECTRONICS
15                                                CO., LTD., SAMSUNG ELECTRONICS
                                                  AMERICA, INC., and SAMSUNG
16                                                TELECOMMUNICATIONS AMERICA, LLC

17

18

19

20

21

22

23

24

25

26

27

28