# EXHIBIT A

# SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| N/A | Apple Opening Slides 1-108 | Opening Statement | 7/31/2012 | |
| N/A | Samsung Opening Slides 3-4, 7-10, 22-26, 28, 30-31, 33-37, 41-43, 46-47, 50-54, 60-62, 66-67, 71-72, 74, 78, 80, 83-84, 86, 88, 89-92, 96-101, 105, 107, 109, 115-116, 118, 121, 123-125, 127-134, 137, 139, 144-148, 151, 153-155, 157 | Opening Statement | 7/31/2012 | 83: PDF with two embedded animations<br>86: PDF with embedded video<br>89: PDF with embedded animation<br>90: PDF with embedded animation<br>92: PDF with embedded video<br>96: PDF with embedded animation<br>99: PDF with embedded video<br>101: PDF with embedded animation<br>105: PDF with embedded animation<br>109: PDF with embedded video<br>148: PDF with embedded video<br>157: PDF with embedded video |
| PDX | 15 | Denison | 8/3/2012 | |
| SDX | 3586 | Denison | 8/3/2012 | |
| PDX | 25 | Forstall | 8/3/2012 | |
| PDX | 1.1 | Schiller | 8/3/2012 | |
| PDX | 3 | Schiller | 8/3/2012 | |
| PDX | 5.1 | Schiller | 8/3/2012 | |
| PDX | 6.1 | Schiller | 8/3/2012 | |
| PDX | 10.1 | Schiller | 8/3/2012 | |
| PDX | 10.2 | Schiller | 8/3/2012 | |
| PDX | 13.1 | Schiller | 8/3/2012 | |
| PDX | 16.1 | Schiller | 8/3/2012 | |
| SDX | 3557 | Schiller | 8/3/2012 | |
| SDX | 3559 | Schiller | 8/3/2012 | |
| SDX | 3561 | Schiller | 8/3/2012 | |
| PDX | 26.01 | Bressler | 8/6/2012 | |
| PDX | 26.04 | Bressler | 8/6/2012 | |
| PDX | 26.10 | Bressler | 8/6/2012 | |
| PDX | 26.11 | Bressler | 8/6/2012 | |
| SDX | 3750 | Bressler | 8/6/2012 | |
| SDX | 3753 | Bressler | 8/6/2012 | |
| SDX | 3755 | Bressler | 8/6/2012 | |
| SDX | 3758 | Bressler | 8/6/2012 | |
| SDX | 3759 | Bressler | 8/6/2012 | |
| SDX | 3762 | Bressler | 8/6/2012 | |
| SDX | 3763 | Bressler | 8/6/2012 | |
| SDX | 3770 | Bressler | 8/6/2012 | |
| SDX | 3776 | Bressler | 8/6/2012 | |
| SDX | 3784 | Bressler | 8/6/2012 | |
| SDX | 3785 | Bressler | 8/6/2012 | |
| SDX | 3787 | Bressler | 8/6/2012 | |
| SDX | 3789 | Bressler | 8/6/2012 | |
| SDX | 3790 | Bressler | 8/6/2012 | |
| SDX | 3791 | Bressler | 8/6/2012 | |
| SDX | 3792 | Bressler | 8/6/2012 | |
| SDX | 3793 | Bressler | 8/6/2012 | |
| SDX | 3794 | Bressler | 8/6/2012 | |
| SDX | 3795 | Bressler | 8/6/2012 | |
| SDX | 3796 | Bressler | 8/6/2012 | |
| SDX | 3797 | Bressler | 8/6/2012 | |
| SDX | 3799 | Bressler | 8/6/2012 | |
| SDX | 3803 | Bressler | 8/6/2012 | |
| SDX | 3811A | Bressler | 8/6/2012 | |
| SDX | 3811B | Bressler | 8/6/2012 | |
| SDX | 3584 | Bressler | 8/6/2012 | |
| SDX | 3585 | Bressler | 8/6/2012 | |
| PDX | 26.06 | Bressler | 8/7/2012 | |
| PDX | 26.07 | Bressler | 8/7/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.*, Case No. 11-cv-01846-LHK
**Exhibit A: Published Demonstrative List**

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 26.10 | Bressler | 8/7/2012 | |
| PDX | 26.11 | Bressler | 8/7/2012 | |
| PDX | 26.12 | Bressler | 8/7/2012 | |
| PDX | 26.13 | Bressler | 8/7/2012 | |
| PDX | 26.19 | Bressler | 8/7/2012 | |
| PDX | 14.01 | Kare | 8/7/2012 | |
| PDX | 14.06 | Kare | 8/7/2012 | |
| PDX | 14.07 | Kare | 8/7/2012 | |
| PDX | 14.12 | Kare | 8/7/2012 | |
| PDX | 14.13 | Kare | 8/7/2012 | |
| PDX | 14.14 | Kare | 8/7/2012 | |
| PDX | 14.15 | Kare | 8/7/2012 | |
| PDX | 14.16 | Kare | 8/7/2012 | |
| PDX | 14.18 | Kare | 8/7/2012 | |
| PDX | 14.19 | Kare | 8/7/2012 | |
| PDX | 14.20 | Kare | 8/7/2012 | |
| PDX | 14.21 | Kare | 8/7/2012 | |
| PDX | 14.22 | Kare | 8/7/2012 | |
| PDX | 14.25 | Kare | 8/7/2012 | |
| PDX | 30.02 | Poret | 8/7/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5.  So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. |
| PDX | 30.03 | Poret | 8/7/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5.  So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. |

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 30.04 | Poret | 8/7/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5. So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. |
| PDX | 30.05 | Poret | 8/7/2012 | Now, as for PX 23, and PX 30.2, and 30.5, the 30.2 was the question that was asked in the survey, 30.5 – oh, through 30.5. So those were actually the survey results and the questions that were asked in the survey, as well as PX 23, which is all of those copies of the phones and the tablets that were actually used in the survey, both as control and otherwise, you may consider this survey as evidence that Apple designs have acquired secondary meaning, but you may not consider the survey as evidence that the Apple designs are famous. |
| SDX | 3705.101 | Poret | 8/7/2012 | |
| SDX | 3705.105 | Poret | 8/7/2012 | |
| SDX | 3705.109 | Poret | 8/7/2012 | |
| PDX | 26.11 | Winer | 8/7/2012 | |
| PDX | 28.02 | Winer | 8/7/2012 | |
| PDX | 28.05 | Winer | 8/7/2012 | |
| PDX | 28.06 | Winer | 8/7/2012 | |
| PDX | 28.11 | Winer | 8/7/2012 | |
| PDX | 28.12 | Winer | 8/7/2012 | |
| PDX | 28.17 | Winer | 8/7/2012 | |
| PDX | 28.18 | Winer | 8/7/2012 | |
| PDX | 28.28 | Winer | 8/7/2012 | |
| SDX | 3917.109 | Winer | 8/7/2012 | |
| DX | 751A | Balakrishnan | 8/10/2012 | Video |
| PDX | 27.01 | Balakrishnan | 8/10/2012 | |
| PDX | 27.03 | Balakrishnan | 8/10/2012 | |
| PDX | 27.07 | Balakrishnan | 8/10/2012 | |
| PDX | 27.08 | Balakrishnan | 8/10/2012 | |
| PDX | 27.09 | Balakrishnan | 8/10/2012 | |
| PDX | 27.10 | Balakrishnan | 8/10/2012 | |
| PDX | 27.12 | Balakrishnan | 8/10/2012 | |
| PDX | 27.14 | Balakrishnan | 8/10/2012 | |
| PDX | 27.16 | Balakrishnan | 8/10/2012 | |
| PDX | 27.18 | Balakrishnan | 8/10/2012 | |
| PDX | 27.20 | Balakrishnan | 8/10/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.*, Case No. 11-cv-01846-LHK
Exhibit A: Published Demonstrative List

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 27.22 | Balakrishnan | 8/10/2012 | |
| PDX | 27.23 | Balakrishnan | 8/10/2012 | |
| PDX | 27.24 | Balakrishnan | 8/10/2012 | |
| PDX | 27.25 | Balakrishnan | 8/10/2012 | |
| PDX | 27.29 | Balakrishnan | 8/10/2012 | |
| PDX | 27.30 | Balakrishnan | 8/10/2012 | |
| PDX | 27.31 | Balakrishnan | 8/10/2012 | UNDER SEAL |
| PDX | 27.33 | Balakrishnan | 8/10/2012 | |
| PDX | 27.34 | Balakrishnan | 8/10/2012 | |
| PDX | 27.35 | Balakrishnan | 8/10/2012 | |
| PDX | 27.36 | Balakrishnan | 8/10/2012 | |
| PDX | 27.37 | Balakrishnan | 8/10/2012 | |
| PDX | 27.38 | Balakrishnan | 8/10/2012 | |
| PDX | 27.39 | Balakrishnan | 8/10/2012 | |
| PDX | 27.46 | Balakrishnan | 8/10/2012 | |
| PX | 64 | Balakrishnan | 8/10/2012 | |
| PX | 66A | Balakrishnan | 8/10/2012 | |
| PX | 66B | Balakrishnan | 8/10/2012 | |
| SDX | 3918.101 | Balakrishnan | 8/10/2012 | Video |
| SDX | 3918.104 | Balakrishnan | 8/10/2012 | Video |
| SDX | 3918.105 | Balakrishnan | 8/10/2012 | Video |
| SDX | 3918.106 | Balakrishnan | 8/10/2012 | Video |
| PDX | 27.25 | Denison | 8/10/2012 | |
| PDX | 33.06 | Hauser | 8/10/2012 | |
| DX | 2578.103 | Hauser | 8/10/2012 | |
| DX | 2578.104 | Hauser | 8/10/2012 | |
| DX | 2578.105 | Hauser | 8/10/2012 | |
| SDX | 3920.015 | Hauser | 8/10/2012 | |
| SDX | 3920.016 | Hauser | 8/10/2012 | |
| SDX | 3920.017 | Hauser | 8/10/2012 | |
| SDX | 3920.042 | Hauser | 8/10/2012 | |
| SDX | 3705.107 | Poret | 8/10/2012 | |
| SDX | 3705.108 | Poret | 8/10/2012 | |
| DX | 2557 | Singh | 8/10/2012 | Video |
| PDX | 29.06 | Singh | 8/10/2012 | |
| PDX | 29.08 | Singh | 8/10/2012 | |
| PDX | 29.10 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.12 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.13 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.14 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.16 | Singh | 8/10/2012 | |
| PDX | 29.18 | Singh | 8/10/2012 | |
| PDX | 29.20 | Singh | 8/10/2012 | |
| PDX | 29.21 | Singh | 8/10/2012 | |
| PDX | 29.22 | Singh | 8/10/2012 | |
| PDX | 29.24 | Singh | 8/10/2012 | |
| PDX | 29.25 | Singh | 8/10/2012 | |
| PDX | 29.26 | Singh | 8/10/2012 | |
| PDX | 29.28 | Singh | 8/10/2012 | |
| PDX | 29.30 | Singh | 8/10/2012 | |
| PDX | 29.32 | Singh | 8/10/2012 | |
| PDX | 29.34 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.35 | Singh | 8/10/2012 | UNDER SEAL |
| PDX | 29.36 | Singh | 8/10/2012 | |
| PDX | 29.39 | Singh | 8/10/2012 | |
| PDX | 29.41 | Singh | 8/10/2012 | |
| PDX | 29.42 | Singh | 8/10/2012 | |
| PDX | 29.43 | Singh | 8/10/2012 | |
| PDX | 29.44 | Singh | 8/10/2012 | |
| PDX | 29.46 | Singh | 8/10/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.*, Case No. 11-cv-01846-LHK
Exhibit A: Published Demonstrative List

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 29.47 | Singh | 8/10/2012 | |
| PDX | 29.48 | Singh | 8/10/2012 | |
| PDX | 29.49 | Singh | 8/10/2012 | |
| SDX | 3912.001 | Singh | 8/10/2012 | |
| SDX | 3912.007 | Singh | 8/10/2012 | |
| PDX | 32 | Teksler | 8/10/2012 | |
| PDX | 31.03 | Van Liere | 8/10/2012 | |
| PDX | 31.05 | Van Liere | 8/10/2012 | |
| SDX | 3900.107 | Van Liere | 8/10/2012 | |
| SDX | 3900.129 | Van Liere | 8/10/2012 | |
| SDX | 3900.153 | Van Liere | 8/10/2012 | |
| PDX | 41.1 | Bederson | 8/13/2012 | |
| PDX | 41.2 | Bederson | 8/13/2012 | |
| SDX | 3951.001 | Bederson | 8/13/2012 | |
| SDX | 3951.002 | Bederson | 8/13/2012 | PDF with embedded video |
| SDX | 3951.003 | Bederson | 8/13/2012 | |
| SDX | 3951.004 | Bederson | 8/13/2012 | |
| SDX | 3951.09 | Bederson | 8/13/2012 | PDF with embedded video |
| SDX | 3951.010 | Bederson | 8/13/2012 | |
| PDX | 46.01 | Bogue | 8/13/2012 | |
| PDX | 46.02 | Bogue | 8/13/2012 | |
| SDX | 3951.004 | Bogue | 8/13/2012 | |
| SDX | 3952.101 | Bogue | 8/13/2012 | Video |
| SDX | 3952.102 | Bogue | 8/13/2012 | Video |
| PDX | 34B.01 | Musika | 8/13/2012 | |
| PDX | 34B.02 | Musika | 8/13/2012 | |
| PDX | 34B.03 | Musika | 8/13/2012 | |
| PDX | 34B.04 | Musika | 8/13/2012 | |
| PDX | 34B.05 | Musika | 8/13/2012 | |
| PDX | 34B.06 | Musika | 8/13/2012 | |
| PDX | 34B.16 | Musika | 8/13/2012 | |
| PDX | 34B.17 | Musika | 8/13/2012 | |
| PDX | 34B.19 | Musika | 8/13/2012 | |
| PDX | 34B.20 | Musika | 8/13/2012 | |
| PDX | 34B.24 | Musika | 8/13/2012 | |
| PDX | 34B.32 | Musika | 8/13/2012 | |
| PDX | 34B.42 | Musika | 8/13/2012 | |
| PDX | 34B.51 | Musika | 8/13/2012 | |
| PDX | 34B.56 | Musika | 8/13/2012 | |
| PDX | 34B.58 | Musika | 8/13/2012 | |
| PDX | 34B.61 | Musika | 8/13/2012 | |
| PDX | 34B.64 | Musika | 8/13/2012 | |
| PDX | 34B.67 | Musika | 8/13/2012 | |
| PDX | 34B.70 | Musika | 8/13/2012 | |
| PDX | 34B.71 | Musika | 8/13/2012 | |
| PDX | 34B.73 | Musika | 8/13/2012 | |
| PDX | 34B.74 | Musika | 8/13/2012 | |
| PDX | 34B.75 | Musika | 8/13/2012 | |
| SDX | 3909.004 | Musika | 8/13/2012 | PDF with embedded animation |
| SDX | 3909.046 | Musika | 8/13/2012 | PDF with embedded animation |
| SDX | 3909.049 | Musika | 8/13/2012 | PDF with embedded animation |
| SDX | 3909.050 | Musika | 8/13/2012 | PDF with embedded animation |
| SDX | 3909.051 | Musika | 8/13/2012 | PDF with embedded animation |
| SDX | 3909.052 | Musika | 8/13/2012 | PDF with embedded animation |
| SDX | 3909.053 | Musika | 8/13/2012 | PDF with embedded animation |
| SDX | 3909.59 | Musika | 8/13/2012 | Video |
| SDX | 3951.007 | Bederson | 8/14/2012 | |
| SDX | 4102 | Bogue | 8/14/2012 | |
| SDX | 4103 | Bogue | 8/14/2012 | |
| SDX | 3952.101 | Forlines | 8/14/2012 | Video |
| PDX | 26.51 | Sherman | 8/14/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.* , Case No. 11-cv-01846-LHK
**Exhibit A: Published Demonstrative List**

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 26.62 | Sherman | 8/14/2012 | |
| SDX | 3970.01 | Sherman | 8/14/2012 | |
| SDX | 3970.02 | Sherman | 8/14/2012 | |
| SDX | 3970.03 | Sherman | 8/14/2012 | |
| SDX | 3970.04 | Sherman | 8/14/2012 | |
| SDX | 3970.05 | Sherman | 8/14/2012 | |
| SDX | 3970.06 | Sherman | 8/14/2012 | |
| SDX | 3970.07 | Sherman | 8/14/2012 | |
| SDX | 3970.08 | Sherman | 8/14/2012 | |
| SDX | 3970.09 | Sherman | 8/14/2012 | |
| SDX | 3970.011 | Sherman | 8/14/2012 | |
| SDX | 3970.012 | Sherman | 8/14/2012 | |
| SDX | 3970.014 | Sherman | 8/14/2012 | |
| SDX | 3970.016 | Sherman | 8/14/2012 | |
| SDX | 3970.017 | Sherman | 8/14/2012 | |
| SDX | 3972.012 | Wang | 8/14/2012 | |
| SDX | 3972.031 | Wang | 8/14/2012 | |
| SDX | 3967.002 | Yang | 8/14/2012 | |
| SDX | 3967.003 | Yang | 8/14/2012 | |
| SDX | 3967.004 | Yang | 8/14/2012 | |
| SDX | 3967.005 | Yang | 8/14/2012 | |
| SDX | 3967.006 | Yang | 8/14/2012 | PDF with embedded video |
| SDX | 3967.008 | Yang | 8/14/2012 | |
| SDX | 3967.09 | Yang | 8/14/2012 | |
| SDX | 3967.010 | Yang | 8/14/2012 | |
| SDX | 3967.011 | Yang | 8/14/2012 | |
| SDX | 3967.012 | Yang | 8/14/2012 | PDF with embedded video |
| SDX | 3967.013 | Yang | 8/14/2012 | |
| SDX | 3967.014 | Yang | 8/14/2012 | |
| SDX | 3967.015 | Yang | 8/14/2012 | PDF with embedded video |
| SDX | 3967.017 | Yang | 8/14/2012 | |
| SDX | 3967.018 | Yang | 8/14/2012 | |
| SDX | 3967.019 | Yang | 8/14/2012 | |
| SDX | 3967.020 | Yang | 8/14/2012 | |
| SDX | 3967.021 | Yang | 8/14/2012 | |
| SDX | 3967.022 | Yang | 8/14/2012 | |
| SDX | 3967.025 | Yang | 8/14/2012 | PDF with embedded video |
| SDX | 3967.026 | Yang | 8/14/2012 | |
| SDX | 3967.027 | Yang | 8/14/2012 | |
| SDX | 3967.028 | Yang | 8/14/2012 | PDF with embedded video |
| SDX | 3967.030 | Yang | 8/14/2012 | |
| SDX | 3967.033 | Yang | 8/14/2012 | |
| SDX | 3967.034 | Yang | 8/14/2012 | |
| SDX | 3967.035 | Yang | 8/14/2012 | |
| SDX | 3967.036 | Yang | 8/14/2012 | |
| SDX | 3967.037 | Yang | 8/14/2012 | |
| SDX | 3967.038 | Yang | 8/14/2012 | |
| SDX | 3967.039 | Yang | 8/14/2012 | |
| SDX | 3967.040 | Yang | 8/14/2012 | |
| SDX | 3967.041 | Yang | 8/14/2012 | |
| SDX | 3967.042 | Yang | 8/14/2012 | |
| SDX | 3967.043 | Yang | 8/14/2012 | PDF with embedded video |
| SDX | 3953.010 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.011 | Gray | 8/15/2012 | PDF with two embedded videos |
| SDX | 3953.012 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.013 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.014 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.016 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.017 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.018 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.019 | Gray | 8/15/2012 | PDF with embedded video |

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| SDX | 3953.020 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.021 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.022 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.024 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.025 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.026 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.027 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.028 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.029 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.030 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.031 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.033 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.046 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.047 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.049 | Gray | 8/15/2012 | PDF with embedded animation |
| SDX | 3953.050 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.051 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.052 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.053 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | 3953.054 | Gray | 8/15/2012 | PDF with embedded video |
| SDX | NEW 3953.065 | Gray | 8/15/2012 | |
| SDX | NEW 3953.074 | Gray | 8/15/2012 | |
| SDX | 3964 | Van Dam | 8/15/2012 | Video |
| SDX | 3964.01 | Van Dam | 8/15/2012 | |
| SDX | 3964.02 | Van Dam | 8/15/2012 | |
| SDX | 3964.03 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.04 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.05 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.06 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.07 | Van Dam | 8/15/2012 | |
| SDX | 3964.09 | Van Dam | 8/15/2012 | |
| SDX | 3964.010 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.013 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.014 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.015 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.016 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.026 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.027 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.028 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.029 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.030 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.031 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.032 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.033 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.034 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.035 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.036 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.037 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.038 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.039 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.040 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.041 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.042 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.043 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.044 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.045 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.046 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.057 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.058 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.059 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.060 | Van Dam | 8/15/2012 | PDF with embedded video |

*Apple, Inc. v Samsung Electronics Co., Ltd.* , Case No. 11-cv-01846-LHK
**Exhibit A: Published Demonstrative List**

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| SDX | 3964.061 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.062 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.063 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.064 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.065 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.066 | Van Dam | 8/15/2012 | PDF with embedded animation |
| SDX | 3964.067 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.068 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.069 | Van Dam | 8/15/2012 | PDF with embedded video |
| SDX | 3964.070 | Van Dam | 8/15/2012 | PDF with embedded animation |
| PDX | 48.1 | Williams | 8/15/2012 | |
| PDX | 48.2 | Williams | 8/15/2012 | |
| PDX | 48.3 | Williams | 8/15/2012 | |
| PDX | 48.4 | Williams | 8/15/2012 | |
| PDX | 57.1 | Williams | 8/15/2012 | |
| PDX | 57.2 | Williams | 8/15/2012 | |
| SDX | 3966.002 | Williams | 8/15/2012 | |
| SDX | 3966.005 | Williams | 8/15/2012 | |
| SDX | 3966.006 | Williams | 8/15/2012 | |
| SDX | 3966.007 | Williams | 8/15/2012 | |
| SDX | 3966.008 | Williams | 8/15/2012 | |
| SDX | 3966.009 | Williams | 8/15/2012 | |
| SDX | 3966.0010 | Williams | 8/15/2012 | |
| SDX | 3966.016 | Williams | 8/15/2012 | |
| SDX | 3966.017 | Williams | 8/15/2012 | |
| SDX | 3966.018 | Williams | 8/15/2012 | |
| SDX | 3966.019 | Williams | 8/15/2012 | UNDER SEAL |
| SDX | 3966.020 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.021 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.022 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.023 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.024 | Williams | 8/15/2012 | |
| SDX | 3966.025 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.026 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.027 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.028 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.029 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.030 | Williams | 8/15/2012 | PDF with embedded animation |
| SDX | 3966.032 | Williams | 8/15/2012 | |
| SDX | 3966.033 | Williams | 8/15/2012 | |
| SDX | 3966.101 | Williams | 8/15/2012 | |
| SDX | 3966.102 | Williams | 8/15/2012 | |
| SDX | 3966.103 | Williams | 8/15/2012 | |
| SDX | 3966.104 | Williams | 8/15/2012 | |
| SDX | 3966.105 | Williams | 8/15/2012 | UNDER SEAL |
| SDX | 3966.106 | Williams | 8/15/2012 | UNDER SEAL |
| SDX | 3966.107 | Williams | 8/15/2012 | |
| SDX | 3966.108 | Williams | 8/15/2012 | |
| PDX | 41 | Balakrishnan | 8/16/2012 | |
| SDX | 3964.013 | Balakrishnan | 8/16/2012 | |
| PDX | 59 | Blevins | 8/16/2012 | |
| PDX | 60 | Blevins | 8/16/2012 | |
| PDX | 42.01 | Dourish | 8/16/2012 | |
| PDX | 42.02 | Dourish | 8/16/2012 | |
| PDX | 42.04 | Dourish | 8/16/2012 | |
| PDX | 42.05 | Dourish | 8/16/2012 | |
| PDX | 42.06 | Dourish | 8/16/2012 | UNDER SEAL |
| PDX | 42.07 | Dourish | 8/16/2012 | |
| PDX | 42.08 | Dourish | 8/16/2012 | |
| PDX | 42.09 | Dourish | 8/16/2012 | |

Case 5:11-cv-01846-LHK Document 1925-4 Filed 08/24/12 Page 10 of 12
*Apple, Inc. v Samsung Electronics Co., Ltd.*, Case No. 11-cv-01846-LHK
Exhibit A: Published Demonstrative List

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 42.12 | Dourish | 8/16/2012 | |
| PDX | 42.14 | Dourish | 8/16/2012 | |
| PDX | 42.20 | Dourish | 8/16/2012 | |
| PDX | 42.21 | Dourish | 8/16/2012 | |
| PDX | 42.22 | Dourish | 8/16/2012 | |
| PDX | 42.23 | Dourish | 8/16/2012 | |
| PDX | 42.24 | Dourish | 8/16/2012 | |
| PDX | 42.25 | Dourish | 8/16/2012 | |
| PDX | 42.5 | Dourish | 8/16/2012 | |
| PDX | 43.01 | Givargis | 8/16/2012 | |
| PDX | 43.02 | Givargis | 8/16/2012 | |
| PDX | 43.05 | Givargis | 8/16/2012 | |
| PDX | 43.07 | Givargis | 8/16/2012 | |
| PDX | 43.08 | Givargis | 8/16/2012 | |
| PDX | 43.09 | Givargis | 8/16/2012 | |
| PDX | 43.10 | Givargis | 8/16/2012 | |
| PDX | 43.11 | Givargis | 8/16/2012 | |
| PDX | 43.13 | Givargis | 8/16/2012 | |
| PDX | 43.14 | Givargis | 8/16/2012 | |
| PDX | 43.15 | Givargis | 8/16/2012 | |
| PDX | 43.16 | Givargis | 8/16/2012 | |
| PDX | 43.17 | Givargis | 8/16/2012 | |
| PDX | 43.19 | Givargis | 8/16/2012 | |
| PDX | 43.20 | Givargis | 8/16/2012 | |
| PDX | 43.21 | Givargis | 8/16/2012 | |
| PDX | 43.22 | Givargis | 8/16/2012 | |
| PDX | 43.23 | Givargis | 8/16/2012 | |
| PDX | 43.28 | Givargis | 8/16/2012 | |
| PDX | 43.29 | Givargis | 8/16/2012 | |
| PDX | 43.30 | Givargis | 8/16/2012 | |
| PDX | 43.3 | Givargis | 8/16/2012 | |
| PDX | 43.4 | Givargis | 8/16/2012 | |
| PDX | 43.6 | Givargis | 8/16/2012 | |
| PDX | 43.8 | Givargis | 8/16/2012 | |
| PDX | 43.9 | Givargis | 8/16/2012 | |
| PDX | 35.1 | H. Kim | 8/16/2012 | |
| PDX | 35.11 | H. Kim | 8/16/2012 | |
| PDX | 35.14 | H. Kim | 8/16/2012 | |
| PDX | 35.15 | H. Kim | 8/16/2012 | |
| PDX | 35.16 | H. Kim | 8/16/2012 | |
| PDX | 35.17 | H. Kim | 8/16/2012 | |
| PDX | 35.2 | H. Kim | 8/16/2012 | |
| PDX | 35.3 | H. Kim | 8/16/2012 | |
| PDX | 35.7 | H. Kim | 8/16/2012 | |
| PDX | 45.12 | JW Lee | 8/16/2012 | |
| PDX | 45.13 | JW Lee | 8/16/2012 | |
| PDX | 53.06 | Kim, E | 8/16/2012 | |
| PDX | 53.07 | Kim, E | 8/16/2012 | |
| PDX | 53.10 | Kim, E | 8/16/2012 | |
| SDX | 3956.004 | O'Brien | 8/16/2012 | |
| SDX | 3956.006 | O'Brien | 8/16/2012 | |
| SDX | 3956.008 | O'Brien | 8/16/2012 | |
| SDX | 3956.013 | O'Brien | 8/16/2012 | |
| SDX | 3956.016 | O'Brien | 8/16/2012 | |
| SDX | 3956.022 | O'Brien | 8/16/2012 | |
| PDX | 44.3 | Ordover | 8/16/2012 | |
| SDX | 3960.002 | Sheppard | 8/16/2012 | |
| SDX | 3960.003 | Sheppard | 8/16/2012 | |
| PDX | 1044.33 | Singh | 8/16/2012 | |
| PDX | 1044.6 | Singh | 8/16/2012 | |
| PDX | 1046.14 | Singh | 8/16/2012 | |

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 52.3 | Srivastava | 8/16/2012 | |
| PDX | 52.4 | Srivastava | 8/16/2012 | |
| PDX | 52.6 | Srivastava | 8/16/2012 | |
| PDX | 52.8 | Srivastava | 8/16/2012 | |
| PDX | 53.07 | Srivastava | 8/16/2012 | |
| PDX | 53.08 | Srivastava | 8/16/2012 | |
| SDX | 3925.001 | Sukumar | 8/16/2012 | |
| SDX | 3963.005 | Teece | 8/16/2012 | |
| SDX | 3963.006 | Teece | 8/16/2012 | |
| SDX | 3963.007 | Teece | 8/16/2012 | |
| SDX | 3963.019 | Teece | 8/16/2012 | UNDER SEAL |
| SDX | 3963.020 | Teece | 8/16/2012 | UNDER SEAL |
| SDX | 3963.022 | Teece | 8/16/2012 | UNDER SEAL |
| SDX | 3963.024 | Teece | 8/16/2012 | UNDER SEAL |
| SDX | 3963.025 | Teece | 8/16/2012 | UNDER SEAL |
| SDX | 3963.027 | Teece | 8/16/2012 | |
| SDX | 3975.005 | Teece | 8/16/2012 | |
| SDX | 3975.006 | Teece | 8/16/2012 | |
| SDX | 3909.59 | Wagner | 8/16/2012 | Video |
| SDX | 3965.004 | Wagner | 8/16/2012 | |
| SDX | 3965.005 | Wagner | 8/16/2012 | |
| SDX | 3965.008 | Wagner | 8/16/2012 | |
| SDX | 3965.009 | Wagner | 8/16/2012 | |
| SDX | 3965.010 | Wagner | 8/16/2012 | |
| SDX | 3965.011 | Wagner | 8/16/2012 | |
| SDX | 3965.012 | Wagner | 8/16/2012 | |
| SDX | 3965.013 | Wagner | 8/16/2012 | |
| SDX | 3965.016 | Wagner | 8/16/2012 | |
| SDX | 3965.020 | Wagner | 8/16/2012 | |
| PDX | 42.4 | Yang | 8/16/2012 | |
| SDX | 3964.045 | Balakrishnan | 8/17/2012 | PDF with embedded video |
| PDX | 26.78 | Bressler | 8/17/2012 | |
| PDX | 26.82 | Bressler | 8/17/2012 | |
| PDX | 26.85 | Bressler | 8/17/2012 | |
| PDX | 26.87 | Bressler | 8/17/2012 | |
| PDX | 26.92 | Bressler | 8/17/2012 | |
| PDX | 26.94 | Bressler | 8/17/2012 | |
| PDX | 26.95 | Bressler | 8/17/2012 | |
| PDX | 26.96 | Bressler | 8/17/2012 | |
| PDX | 46.07 | Bressler | 8/17/2012 | |
| SDX | 3927.001 | Bressler | 8/17/2012 | |
| PDX | 49.1 | Donaldson | 8/17/2012 | |
| PDX | 42.16 | Dourish | 8/17/2012 | |
| PDX | 42.18 | Dourish | 8/17/2012 | |
| PDX | 35.10 | H. Kim | 8/17/2012 | |
| PDX | 35.16 | H. Kim | 8/17/2012 | |
| PDX | 35.18 | H. Kim | 8/17/2012 | |
| PDX | 35.19 | H. Kim | 8/17/2012 | |
| PDX | 35.20 | H. Kim | 8/17/2012 | |
| PDX | 35.21 | H. Kim | 8/17/2012 | |
| PDX | 35.22 | H. Kim | 8/17/2012 | |
| PDX | 35.23 | H. Kim | 8/17/2012 | |
| SDX | 3966.009 | H. Kim | 8/17/2012 | |
| PDX | 36.1 | Knightly | 8/17/2012 | |
| PDX | 36.10 | Knightly | 8/17/2012 | |
| PDX | 36.12 | Knightly | 8/17/2012 | |
| PDX | 36.18 | Knightly | 8/17/2012 | |
| PDX | 36.20 | Knightly | 8/17/2012 | |
| PDX | 36.3 | Knightly | 8/17/2012 | |
| PDX | 36.4 | Knightly | 8/17/2012 | |
| PDX | 36.5 | Knightly | 8/17/2012 | |

*Apple, Inc. v Samsung Electronics Co., Ltd.*, Case No. 11-cv-01846-LHK
Exhibit A: Published Demonstrative List

| Prefix | Exhibit Number | Witness | Date Published | |
|---|---|---|---|---|
| PDX | 36.6 | Knightly | 8/17/2012 | |
| PDX | 36.7 | Knightly | 8/17/2012 | |
| PDX | 36.9 | Knightly | 8/17/2012 | |
| PDX | 39.07 | Singh | 8/17/2012 | |
| PDX | 45.12 | Walker | 8/17/2012 | |
| PDX | 45.13 | Walker | 8/17/2012 | |
| PDX | 45.2 | Walker | 8/17/2012 | |
| PDX | 45.3 | Walker | 8/17/2012 | |
| PDX | 45.4 | Walker | 8/17/2012 | |
| PDX | 45.5 | Walker | 8/17/2012 | |
| PDX | 45.6 | Walker | 8/17/2012 | |
| SDX | 3916.012 | Walker | 8/17/2012 | |
| SDX | 3916.002 | Walker | 8/17/2012 | |
| PDX | 35.16 | Williams | 8/17/2012 | |
| PDX | 42.04 | Yang | 8/17/2012 | |
| N/A | Apple's Closing Slides | Closing Argument | 8/21/2012 | |
| N/A | Samsung Closing Slides - SDX 5010 (Slides 002, 007-014, 017-021, 026, 027, 029-031, 033-035, 037-047, 070, 071, 073, 074, 076, 077, 081-083, 093, 0095, 096, 098, 100-105, 107-111, 113-116, 120, 126, 130, 136-139, 143-146, 148, 150-154, 157-161, 163-165, 167-170, 172, 173, 204, 208-210, 215-222, 227-233, 259, 261-263, 267-271, 273, 274, 276, 277, 291-293, 300, 303, 305, 306, 309-311, 313, 396-397, 399, 401, 402, 405, 408-410, and 419) | Closing Argument | 8/21/2012 | 217: PDF with two embedded videos<br>227: PDF with embedded video<br>233: PDF with embedded video |
| N/A | Samsung Closing Slides - SDX 5010 (264-266, 275) | Closing Argument | 8/21/2012 | UNDER SEAL |