# EXHIBIT C

# SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL



# Estimating Samsung's Royalty Rate



Sales: **$152 Billion**

Sales:

$152 Billion x ▮ - ▮ = ▮

# The Balancing Payment Is the Tip of the Iceberg



# Estimating Samsung's Royalty Rate



# Estimating Samsung's Royalty Rate



$115 Billion x ▉ − ▉ = ▉

Sales: **$115 Billion**

Sales: ▉

SDX3963.025

SDX 3966.019, SDX 3966.105, SDX 3955.106, SDX 5010.264, SDX 5010.265, SDX 5010.266, SDX 5010.275
ENTIRELY UNDER SEAL