QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S REQUEST FOR THIRTY MINUTES TO REVIEW THE JURY VERDICT FORM BEFORE THE JURY IS DISMISSED FOR THE PURPOSE OF SEEKING CLARIFICATION OF POTENTIAL INCONSISTENT VERDICT IF NECESSARY** |

**Introduction**

The verdict form in this complex case necessarily spans 20 pages and requires unanimous answers to more than 500 discrete questions across 5 different legal disciplines.   (Dtk. No. 1890.) The likelihood of an inconsistent verdict is a possibility despite the jury's best efforts.   Samsung respectfully requests thirty minutes to review the verdict form before the jurors are dismissed and the opportunity to determine whether it would be appropriate to seek clarification if an inconsistent verdict is reached.   This will allow the parties and the Court to determine whether to seek clarification of any potential inconsistent verdict from the fact-finders themselves, avoid waiver of potential of inconsistent verdict arguments, and conserve the resources of the Court and the parties.

Samsung requested that Apple join in this motion.   Apple declined.

**Argument**

The parties risk the possibility that any inconsistent verdict arguments may be deemed waived on appeal if not given sufficient time to review the verdict form for inconsistencies before the jury is discharged.   *See Home Indemnity Co. v. Lane Powell Moss & Miller*, 43 F.3d 1322 (9th Cir. 1995) (holding that the district court "properly refused to amend the judgment because [the plaintiff] waived its objection to the jury's verdict on its contribution claim by not objecting to the alleged inconsistency prior to the dismissal of the jury").

The parties and the Court here have expended substantial time, money, and resources to bring this case to verdict.   Allowing the parties thirty minutes to identify any inconsistencies in the jury's verdict and the opportunity to seek clarification from the original fact-finders will (1) give clarity to the verdict and may avoid potential post-trial briefing on topics the jury could have easily remedied if given the opportunity, and (2) allow the parties the time necessary to object to the verdict in order to preserve those objections for any appeal.   *See, e.g.*, *Duk v. MGM Grand Hotel, Inc.*, 320 F.3d 1052, 1057 (9th Cir. 2003) ("We now hold that where the jury is still available, a district court's decision to resubmit an inconsistent [special] verdict for clarification is within its discretion.")

1   Thus, for all the reasons stated above, Samsung respectfully requests thirty minutes to
2   review the verdict form before the jurors are dismissed and the opportunity to determine whether
3   to seek clarification if an inconsistent verdict is reached.
4
5   DATED: August 24, 2012          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
6
7                                   By  */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
8                                       Victoria F. Maroulis
                                        Kevin P.B. Johnson
9                                       Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS
10                                      CO., LTD., SAMSUNG ELECTRONICS
                                        AMERICA, INC., and SAMSUNG
11                                      TELECOMMUNICATIONS AMERICA, LLC
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28