UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

Civil Minute Order

Court Proceedings: Jury Deliberations, Thursday, August 23, 2012          Time in Court: none
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: not reported

_____

TITLE:

     APPLE INC.                    V.      SAMSUNG ELECTRONICS CO. LTD., ET AL
          PLAINTIFF(S)                                    DEFENDANT(S)


_____

PROCEEDINGS:   JURY DELIBERATIONS

9:00 a.m.      Jury assembles and begins deliberations.
Noon-1:00 p.m.   Jury has lunch.
1:00 p.m.      Deliberations resume.
5:30 p.m       Jurors leave for the day.  They will return on Friday, August 24, 2012 at 9:00 a.m. for
further deliberations.