UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple Inc v. Samsung Electronics Co., Samsung Electronics America, and Samsung Telecommunications America, 11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. __1__

The Jury has the following question:

_Please let the jury know of the inconsistencies we are supposed to deliberate on._

Date: 8/24/12
Time: 5:15pm

Signature of Juror

Response from the Court:
_Please see attached._

Date: 8/24/12
Time: 5:41 PM

Lucy H. Koh
United States District Judge

Response from the Court to Jury Note No. 1
Date: August 24, 2012
Time:

The jury found the following as to the Galaxy Tab 10.1 (4G LTE) (JX 1038):
Question 8.    STA did not infringe the D'889 Patent
Question 9.    SEC did not induce STA to infringe the D'889 Patent
Question 13.   iPad/iPad 2 trade dress not protectable
Question 14.   iPad/iPad 2 trade dress not famous
Question 23.   $219, 694 in damages

The jury found the following as to the Intercept (JX 1009):
Question 2.    No infringement by SEC or STA of '915 Patent
Question 3.    No infringement by SEC or STA of '163 Patent
Question 4.    SEC induced STA to infringe the '915 Patent
Question 23.   $2,242,013 in damages

Please review Final Jury Instruction No. 58 Utility and Design Patents–Inducing Patent Infringement.

8/24/12
5:41 PM

Lucy H. Koh