UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

Civil Minute Order

Court Proceedings: Jury Trial, Friday, August 24, 2012    Time in Court: 3 hours 56 minutes
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

TITLE:

APPLE INC.                V.    SAMSUNG ELECTRONICS CO. LTD., ET AL
      PLAINTIFF(S)                              DEFENDANT(S)

Attorneys present:                  Attorneys present:
Michael A. Jacobs                   Charles Verhoeven
Mark D. Selwyn                      Kevin P.B. Johnson
                                    Victoria F. Maroulis

PROCEEDINGS:   JURY TRIAL-DAY SIXTEEN

9:00 a.m.    Jury begins further deliberation.
12:00 p.m.   Jurors lunch brought in.
2:35 p.m.    Jurors inform the Court they have reached a verdict.
3:21 p.m.    Out of presence of the jury the Court and Counsel discuss issues.
3:37 p.m.    Jury now present, the verdict is reviewed by the Court and read by the Courtroom Deputy.
4:12 p.m.    A recess is taken for counsel for both sides to review the verdict as rendered.
4:49 p.m.    Outside the presence of the jury Court and counsel discuss the verdict.
4:56 p.m.    Jury now present.  The jurors are informed of several inconsistencies in their verdict and directed to retire again to address those.
5:00 p.m.    Jury retires for further deliberations.
5:17 p.m.    Outside the presence of the jury Court and counsel discuss Juror Question Number 1.  An answer to be given to the jurors is formatted and given to the jurors.
5:49 p.m.    The Court resumes the bench and informs the parties that the jury has indicated to the Marshal that they have reached a verdict.
5:55 p.m     Jury now present, the corrections made to the verdict are read.  The jury is thanked and excused.
6:00 p.m.    Jury having exited, the Court and counsel discuss post-trial issues.  Briefing schedule is ordered as stated into the record.
6:18 p.m.    Court is adjourned.