IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>        Defendants. | No. CV 11-01846 LHK<br><br>**JUDGMENT IN A CIVIL CASE** |

    **(X)  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **()  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed August 24, 2012, judgment is entered in favor of plaintiff and against defendants.

Dated: August 24, 2012                                         Richard W. Wieking, Clerk

                                                                    By: <u>Martha Parker Brown</u><br>                                                                        <u>Deputy Clerk</u>