UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>  Plaintiff and Counterdefendant,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>A Korean corporation;<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>a New York corporation; and<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC,<br>a Delaware limited liability company,<br><br>  Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER RE: POST-VERDICT PROCEEDINGS |

The Court is reconsidering the briefing and hearing schedules regarding Apple's post-verdict preliminary injunction motion, the parties' Rule 50 motions, and Apple's enhancement motion. By Monday, August 27, 2012, Apple shall file a 1-page chart identifying both the products for which Apple is seeking preliminary injunctive relief and the liability finding(s) on which the request as to each product is based. No argument is permitted. Depending on the scope of Apple's preliminary injunction request, the Court may continue the briefing and hearing schedule on Apple's preliminary injunction motion.

**IT IS SO ORDERED.**

Dated: August 24, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER RE: POST-VERDICT PROCEEDINGS