UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: C 11-1846 LHK (PSG) |
| Plaintiff, | **ORDER RE: AWARD OF FEES AND COSTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket Nos. 880, 906)** |
| Defendants. | |

In this patent infringement suit, Plaintiff Apple Inc. ("Apple") has filed an accounting of attorney's fees and costs to be paid by Defendants Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). Apple's filing follows from this court's April 23, 2012 order ("April 23 Order") granting-in-part Apple's motion to compel Samsung to produce documents.[1] The April 23 Order granted-in-part Apple's request for attorney's fees and costs that Apple incurred in connection with bringing certain discovery motions.[2]

---

[1] *See* Docket No. 880 (Order).

[2] *See id.* at 9.

Case No.: 11-1846 LHK (PSG)
**ORDER RE: AWARD OF FEES AND COSTS**

1

Apple claims $116,669.00 in total fees and costs, charged by four partners, four associates, one "of counsel," and one paralegal, with a median partner billing rate of $582.00, and a median associate billing rate of $398.00.[3] Apple then divides $116,669.00 by four—$29,167.00—in light of the court's order stating that Apple is not entitled to its total fees and costs.[4]

Before the court can determine exactly how much money Samsung owes, it requires additional documentation detailing each individual Morrison & Foerster attorney's billing rate. The court also requires a description or breakdown of the hours each attorney billed by task. Apple shall provide this information no later than August 30, 2012.

**IT IS SO ORDERED.**

Dated:  August 26, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Docket No. 906.

[4] *See* Docket No. 880 (Order) at 9.

2

Case No.: 11-1846 LHK (PSG)
**ORDER RE: AWARD OF FEES AND COSTS**