UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO DISSOLVE THE JUNE 26, 2012 PRELIMINARY INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51855/4931661.1

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO DISSOLVE
THE JUNE 26. 2012 PRELIMINARY INJUNCTION

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion To Dissolve The June 26, 2012 Preliminary Injunction ("Motion to Dissolve"). The Court having considered the arguments of the parties and the papers submitted, the Court GRANTS Samsung's Motion to Dissolve.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Court Judge

02198.51855/4931661.1

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO DISSOLVE
THE JUNE 26. 2012 PRELIMINARY INJUNCTION