1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
       kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
       victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
       michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
21 | Plaintiff, | **MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING** |
22 | vs. | |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
26 | Defendant. | |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") shall and hereby do move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing on its accompanying Motion to Dissolve the June 26, 2012 Preliminary Injunction.

This motion is based on this notice of motion and supporting memorandum, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

## RELIEF REQUESTED

Samsung seeks to shorten time for briefing on Samsung's Motion to Dissolve the June 26, 2012 Preliminary Injunction.

DATED:  August 26, 2012                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**MEMORANDUM**

On June 26, 2012, the Court issued an Order Granting Preliminary Injunction, enjoining Samsung from making, using, offering to sell, selling in the United States, or importing into the United States the Galaxy Tab 10.1 ("the Order"). In light of the jury verdict and final judgment entered on August 24, 2012, Samsung has filed a Motion to Dissolve the June 26, 2012 Preliminary Injunction ("Motion to Dissolve"). In accordance with Local Rules 6-1(b) and 6-3, Samsung moves the Court to shorten time for the briefing and hearing schedule for its concurrently filed Motion to Dissolve. Specifically, Samsung requests that:

1. Apple's opposition to Samsung's Motion to Dissolve be filed on or before Tuesday, August 28, 2012;

2. Samsung waives its right to file a reply brief; and

3. The Court decides Samsung's Motion to Dissolve without oral argument.

A shortened briefing schedule on Samsung's Motion to Dissolve is necessary and in the interest of justice because the jury verdict expressly rejects the predicate upon which the preliminary injunction was entered—that Apple was likely to prove that Samsung's Galaxy Tab 10.1 infringes the D'889 patent. The normal briefing and hearing schedule would unnecessarily prolong the wrongful injunction to which Samsung already has been subject for two months. The prompt dissolution of the preliminary injunction is also critical to Samsung's business relationships with carriers and customers, which has been harmed during the period in which the injunction has been in effect.

Expedited resolution of Samsung's Motion to Dissolve is also warranted in light of Samsung's pending appeal of the June 26, 2012 preliminary injunction. Samsung's opening brief in the Federal Circuit is due next Tuesday, September 4, 2012. Dissolving the preliminary injunction (or issuing an indicative ruling pursuant to Fed. R. Civ. P. 62.1) prior to that date would

1  allow Samsung to withdraw its appeal before having to file a merits brief on an appeal that will

2  soon become moot.

3        Counsel for Samsung contacted Apple's counsel in an effort to reach a stipulation to the

4  briefing and hearing schedule outlined above.  Apple did not agree to Samsung's proposed

5  schedule.  *See* Declaration of Victoria Maroulis In Support of Motion to Shorten Time for Briefing

6

7  and Hearing, filed concurrently.

8                                      **CONCLUSION**

9        For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's

10 Motion to Shorten Time for Briefing on Samsung's Motion to Dissolve.

11

12 DATED: August 26, 2012           Respectfully submitted,

13                                                     QUINN EMANUEL URQUHART &
14                                                     SULLIVAN, LLP

15

16                                         By  */s/ Victoria F. Maroulis*
17                                              Charles K. Verhoeven
                                             Kevin P.B. Johnson
18                                              Victoria F. Maroulis
                                             Michael T. Zeller
19                                              Attorneys for SAMSUNG ELECTRONICS CO.,
20                                              LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC. and SAMSUNG
21                                              TELECOMMUNICATIONS AMERICA, LLC

22

23

24

25

26

27

28