1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
     Michael T. Zeller (Bar No. 196417)
10   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

I, Victoria F. Maroulis, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion To Dissolve The June 26, 2012 Preliminary Injunction ("Motion to Dissolve"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On August 26, 2012, I contacted counsel for Apple via email in order to propose a shortened briefing schedule whereby Samsung would file its Motion to Dissolve by August 27, Apple would file its opposition by August 28, Samsung would not file a reply, and the Court would rule on Samsung's Motion to Dissolve without oral argument. Apple responded to my message on the evening of August 26 indicating that it would oppose a shortened briefing schedule.

3. The relief requested in Samsung's Motion to Shorten Time is necessary because the jury verdict expressly rejects the basis upon which the preliminary injunction was entered—that Apple was likely to prove that Samsung's Galaxy Tab 10.1 infringes the D'889 patent. The normal briefing and hearing schedule would prolong the injunction to which Samsung already has been subject for two months. Expedited resolution of Samsung's Motion to Dissolve is also warranted in light of Samsung's pending appeal of the June 26, 2012 preliminary injunction. Samsung's opening brief in the Federal Circuit is due next Tuesday, September 4, 2012. Dissolving the preliminary injunction (or issuing an indicative ruling pursuant to Fed. R. Civ. P. 62.1) prior to that date would allow Samsung to withdraw its appeal before having to file a merits brief on an appeal that will soon become moot.

4. Prior time modifications are described in prior motions to shorten time. *See* Docket Nos. 1393, 1389, 1259, 1146, 952 and 738.

5. The present request to shorten the briefing and hearing schedule on Samsung's Motion for Stay will not affect the schedule of the case.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3    Executed on August 26, 2012, at Palo Alto, California.

5            */s/ Victoria F. Maroulis*
              Victoria F. Maroulis