UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed a Motion To Dissolve
3 The June 26, 2012 Preliminary Injunction ("Motion to Dissolve").   Samsung concurrently filed a
4 motion to shorten time pursuant to Civil Local Rules 6-1(b) and 6-3.

5    Having considered the arguments of the parties and the papers submitted, and good cause
6 having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time and will rule
7 on the Motion to Dissolve without oral argument.   Plaintiff Apple Inc. may file and serve its
8 opposition no later than August 28, 2012.   Defendant Samsung will not file a reply .

10   **IT IS SO ORDERED.**

12 DATED:   _____, 2012

15                                        _____
                                          HONORABLE LUCY H. KOH
                                          United States District Court Judge