| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and <br> Counterclaim-Defendant Apple Inc. | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>       Plaintiff, <br><br>     v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>       Defendants. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>       Counterclaim-Plaintiffs, <br><br>     v. <br><br> APPLE INC., a California corporation, <br><br>       Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK <br><br> **APPLE INC.'S CERTIFICATE PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(B)** |

1  Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Apple Inc. certifies that, in
2  conjunction with its appeal No. 2012-1600, now docketed in the United States Court of Appeals
3  for the Federal Circuit, the full transcript is already on file and no further transcript will be
4  ordered.

5

6  Dated:  August 27, 2012               WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
7
                                         By:     /s/ Mark D. Selwyn
8                                                Mark D. Selwyn

9                                                Attorneys for Plaintiff
                                                 APPLE INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                                          APPLE INC.'S CERTIFICATE
                                         - 1 -              PURSUANT TO FEDERAL RULE
27                                                          OF APPELLATE PROCEDURE 10(B)
                                                            Case No. 11-cv-01846 (LHK)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 27, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark D. Selwyn
Mark D. Selwyn