HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S RESPONSE TO THE COURT'S AUGUST 24 ORDER REGARDING POST-TRIAL PRELIMINARY INJUNCTION FILINGS** |

# RESPONSE TO AUGUST 24 ORDER[1]

In response to the Court's August 24, 2012, Apple respectfully submits the following chart, reflecting the eight out of the twenty-eight adjudicated infringing products for which it seeks a preliminary injunction pending a final injunction. Each "X" reflects a jury finding in Apple's favor and the "Q[__]" reference identifies the question on the verdict form at which the finding can be found.

|  | Design Patents | | Utility Patents | | | Trade Dress | |
|---|---|---|---|---|---|---|---|
|  | D'677 Q5 | D'305 Q7 | 915 Patent Q2 | 381 Patent Q1 | 163 Patent Q3 | Reg. Q15 | 3G Q16 |
| 1. Galaxy S 4G | X | X | X | X | X | X | X |
| 2. Galaxy S2 AT&T | X |  | X | X | X |  |  |
| 3. Galaxy S2 Skyrocket | X |  |  |  |  |  |  |
| 4. Galaxy S2 T-Mobile | X |  | X |  | X |  |  |
| 5. Galaxy S2 Epic 4G | X |  |  |  |  |  |  |
| 6. Galaxy S Showcase | X | X |  |  |  | X | X |
| 7. Droid Charge |  | X | X | X | X |  |  |
| 8. Galaxy Prevail |  |  | X | X | X |  |  |

Dated: August 27, 2012               MORRISON & FOERSTER LLP


By:  /s/ *Michael A. Jacobs*
     Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.

---

[1] Apple reserves all rights regarding a permanent injunction, but has tailored this list to address a portion of the immediate, ongoing irreparable harm that Apple is suffering.