UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR STAY** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Stay of August 24, 2012 Judgment Under *Fed. R. Civ. P.* 62(b) ("Motion for Stay").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion for Stay and orders the following:

1. The Court's August 24, 2012 Judgment is stayed, and no efforts to execute on such Judgment may occur, pending the Court's resolution of all post-judgment motions that will be filed under Rules 50, 52(b), 59 and 60, and for 14 days thereafter.

1    2. The requirement that Samsung post a bond is postponed until the Court finalizes the
2    amount of the Judgment upon resolution of post-trial motions.

4    **IT IS SO ORDERED.**

6    DATED: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Court Judge