QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME** |

I, Victoria F. Maroulis, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Shorten Time for Briefing and Hearing on its Motion for Stay of August 24, 2012 Judgment Under *Fed. R. Civ. P.* 62(b) ("Motion for Stay"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On August 26, 2012, I contacted counsel for Apple via email in order to propose a shortened briefing schedule whereby Samsung would file its Motion for Stay on August 27, Apple would file its opposition by August 29, Samsung would file its reply by August 30, and the Court would rule on Samsung's Motion for Stay without oral argument.

3. Apple responded to my message indicating that it would oppose a shortened briefing schedule. Attached hereto as Exhibit 1 is a true and correct copy of my email exchange with counsel for Apple.

4. The relief requested in Samsung's Motion to Shorten Time is necessary in order to allow the Court to decide Samsung's Motion for Stay in an expedited manner. If the Court does not grant briefing on shortened time, the Motion for Stay would essentially be rendered meaningless because in order to avoid execution on the Judgment, Samsung will need to file a notice of appeal, arrange an appellate bond, and seek Court approval of that bond to obtain an automatic stay pending appeal under *Fed. R. Civ. P.* 62(d), all before the September 7, 2012 expiration of the 14 day stay under *Fed. R. Civ. P.* 62(a). This burden and expense may be unnecessary if the Court grants the Motion for Stay and rules in favor of Samsung on one or more of its post-trial motions. In addition, the procedural confusion attendant to filing a notice of appeal prior to resolution of Samsung's post-trial motions will also be avoided if the Motion for Stay is granted promptly.

5. The present request to shorten the briefing and hearing schedule on Samsung's Motion for Stay will not affect the schedule of the case.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed on August 27, 2012, at Redwood Shores, California.

          */s/ Victoria F. Maroulis*
          Victoria F. Maroulis