# EXHIBIT 1

# LaJoy Baber

| | |
|---|---|
| **From:** | Jacobs, Michael A. [MJacobs@mofo.com] |
| **Sent:** | Monday, August 27, 2012 9:10 AM |
| **To:** | Victoria Maroulis |
| **Cc:** | Samsung v. Apple; Hung, Richard S. J.; Heather Belville; WHAppleSamsungNDCalService@wilmerhale.com; Charles K Verhoeven; Kathleen Sullivan; William Adams; Kevin Smith; AvS_NDCal_Trial_Team; Dylan Proctor; John M. Pierce |
| **Subject:** | Re: Apple v. Samsung -- request to shorten |

Vicki,

We do not agree to your proposed schedule.

Michael

---

**From**: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent**: Sunday, August 26, 2012 09:48 PM
**To**: Jacobs, Michael A.
**Cc**: Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; Hung, Richard S. J.; Heather Belville <heatherbelville@quinnemanuel.com>; 'WHAppleSamsungNDCalService@wilmerhale.com' <WHAppleSamsungNDCalService@wilmerhale.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; Kathleen Sullivan <kathleensullivan@quinnemanuel.com>; William Adams <williamadams@quinnemanuel.com>; Kevin Smith <kevinsmith@quinnemanuel.com>; AvS_NDCal_Trial_Team; Dylan Proctor <dylanproctor@quinnemanuel.com>; John M. Pierce <johnpierce@quinnemanuel.com>
**Subject**: RE: Apple v. Samsung -- request to shorten

Michael,

In view of the post-trial motions Samsung will file, Samsung intends to move the Court tomorrow under FRCP 62(b) on shortened schedule to stay execution or enforcement of the Judgment pending disposition of Samsung's post-trial motions. Please advise by 9 am tomorrow morning whether Apple will agree to a shortened schedule whereby Apple's opposition will be due on Wednesday, August 29, Samsung's reply will be due on Thursday, August 30, and the Court will decide the motion without oral argument.

Thank you.

Vicki

---

**From:** Jacobs, Michael A. [mailto:MJacobs@mofo.com]
**Sent:** Sunday, August 26, 2012 4:45 PM
**To:** Victoria Maroulis
**Cc:** Samsung v. Apple; Hung, Richard S. J.; Heather Belville; WHAppleSamsungNDCalService@wilmerhale.com; Charles K Verhoeven; Kathleen Sullivan; William Adams; Kevin Smith; AvS_NDCal_Trial_Team
**Subject:** Re: Apple v. Samsung -- Tab PI

Vicki,

We can't agree to such a schedule, but we would agree to brief your motion to lift the Tab PI on the same schedule as we brief our PI based on the verdict.

Michael

**From**: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent**: Sunday, August 26, 2012 11:03 AM
**To**: Jacobs, Michael A.
**Cc**: Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; Hung, Richard S. J.; Heather Belville <heatherbelville@quinnemanuel.com>; AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com' <WHAppleSamsungNDCalService@wilmerhale.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; Kathleen Sullivan <kathleensullivan@quinnemanuel.com>; William Adams <williamadams@quinnemanuel.com>; Kevin Smith <kevinsmith@quinnemanuel.com>
**Subject**: RE: Apple v. Samsung -- First Seven Witnesses

Michael,

In view of the jury verdict, Samsung intends to move the Court by tomorrow on shortened schedule to dissolve the injunction on Tab 10.1 entered on June 26, 2012.  Please advise by 7 pm tonight whether Apple will agree to a shortened schedule where Apple's opposition will be due on Tuesday, August 28 and Samsung will not seek a reply.

Thank you.


*Victoria Maroulis*
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/


============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by

reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------