UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Stay of August 24, 2012 Judgment Under *Fed. R. Civ. P.* 62(b).   Samsung concurrently filed a Motion to Shorten Time for Briefing and Hearing pursuant to Civil Local Rules 6-1(b) and 6-3.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time for Briefing and Hearing, and will rule on the Motion for Stay without oral argument.   Plaintiff Apple Inc. may file and serve its opposition no later than August 29, 2012.   Defendant Samsung may file and serve its reply no later than August 30, 2012.

1    **IT IS SO ORDERED.**

3   DATED: _____, 2012

```
                                          _____
                                          HONORABLE LUCY H. KOH
                                          United States District Court Judge
```