UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff and Counterdefendant, | |
| v. | CLARIFICATION ORDER RE: POST-TRIAL PROCEEDINGS |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | (re: dkt. #1945) |
| Defendants and Counterclaimants. | |

As set forth in the Court's August 28, 2012 Order Regarding Post-Trial Proceedings, the Court will hold a hearing on Apple's motion for a permanent injunction and willfulness enhancements on December 6, 2012, at 1:30 p.m., alongside hearings on both parties' Rule 50 motions. In light of the substantial overlap between the issues involved in Apple's motion for a preliminary injunction, Apple's motion for a permanent injunction, Apple's motion for willfulness enhancements, and the parties' respective Rule 50 motions, the Court believes that the interests of justice and judicial economy will be best served by addressing Apple's requests for equitable relief together with the parties' Rule 50 motions. Furthermore, in light of Apple's August 27, 2012 statement indicating that it intends to seek a preliminary injunction against eight Samsung phones involving seven different intellectual property rights, the Court believes it is neither appropriate nor

1

feasible to set an expedited briefing and hearing schedule on Apple's motion for a preliminary injunction in advance of Apple's motion for a permanent injunction.

Accordingly, the Court will not hold a hearing on any motion for a preliminary injunction on September 20, 2012. Instead, Apple shall file its motion for a permanent injunction and willfulness enhancements by September 21, 2012, which will be set for hearing on December 6, 2012, at 1:30 p.m., in accordance with the Court's August 28, 2012 Order.

**IT IS SO ORDERED.**

Dated: August 29, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge