HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **SUPPLEMENTAL DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE INC.'S PETITION FOR ATTORNEYS' FEES PURSUANT TO THE COURT'S APRIL 23 ORDER** |

I, JASON BARLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Supplemental Declaration in support of Apple's Petition for Attorneys' Fees Pursuant to the Court's April 23 Order.

2. On April 23, 2012, this Court granted in part Apple's Motion for 37(b)(2) Sanctions, and it awarded Apple its "fees and expenses incurred in connection with Apple's motion to compel that resulted in the December 22 Order." (Dkt. 880 at 9 ("Sanctions Order").)

3. On May 7, 2012, I provided the Court with a Declaration in support of Apple's Petition for Fees pursuant to that Order. (Dkt. 906 ("Bartlett Decl.").) This Declaration provided the Court with information regarding the ten individuals involved in the underlying motion, including their roles in researching, drafting, and arguing the motion, and their relative level of experience. (*See id.* at 4-6.) The Declaration explained that Morrison & Foerster partners Michael Jacobs, Richard Hung, Mia Mazza, and I were all involved with work related to the underlying motion. Minn Chung, who is Of Counsel at the firm, provided essential technical and Korean-language help. Associates Marcelo Guerra, Nathan Sabri, Esther Kim, and Euborn Chiu (who graduated from law school in 2004, 2007, 2008, and 2010, respectively) were all essential to the motion's research and drafting. Finally, Rosemary Barajas provided paralegal support for the filing.

4. In its August 26, 2012 Order, the Court directed Morrison & Foerster to provide additional information relating to Apple's Petition for Fees. (Dkt. No. 1935.) In particular, the Court requested additional documentation detailing each individual Morrison & Foerster attorney's billing rate and a breakdown of the hours each attorney billed by task. (*Id.*) Exhibit 1 to this Supplemental Declaration provides the additional information requested by the Court.

SUPPLEMENTAL DECLARATION OF JASON BARTLETT ISO APPLE INC.'S PETITION FOR ATTORNEYS' FEES PURSUANT TO THE COURT'S APRIL 23 ORDER
CASE NO. 11-CV-01846-LHK
sf-3188600

1

5. Exhibit 1 was prepared under my direction through a review of the time-note entries related to the underlying motion. Morrison & Foerster attorneys track time billed to Apple on this matter based on individual tasks. This task-based time entry system has made it possible to isolate efforts spent developing and drafting the motion which led to the December 22 Order. Exhibit 1 identifies the amount of time each attorney spent working on each task related to the underlying motion. Exhibit 1 also shows the billing rate charged for each attorney who worked on these tasks.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of August, 2012, at San Francisco, California.

/s/ Jason Bartlett
Jason Bartlett

SUPPLEMENTAL DECLARATION OF JASON BARTLETT ISO APPLE INC.'S PETITION FOR
ATTORNEYS' FEES PURSUANT TO THE COURT'S APRIL 23 ORDER
CASE NO. 11-CV-01846-LHK
sf-3188600

2