# Exhibit 1

**EXHIBIT 1**

| Team Member | Title | Tasks (Time) | Total Hours | Hourly Rate (discounted) |
|---|---|---|---|---|
| Michael A. Jacobs | Partner | Preparing for and attending hearing (4.80 hours) | 4.80 | $768 |
| Mia Mazza | Partner | Drafting and preparing motion to compel (34.40 hours) | 58.40 | $605 |
| | | Preparing motion for administrative relief and motion to seal (20.80 hours) | | |
| | | Counsel-client communications (3.20 hours) | | |
| Richard S.J. Hung | Partner | Drafting and preparing motion to compel (3.10 hours) | 16.70 | $582 |
| | | Managing and coordinating team efforts (2.90 hours) | | |
| | | Counsel-client communications (.30 hours) | | |
| | | Preparing for and attending hearing (10.10 hours) | | |
| | | Drafting supporting declaration and/or proposed order (.30 hours) | | |
| Jason R. Bartlett | Partner | Drafting and preparing motion to compel (2.10 hours) | 9.10 | $559 |
| | | Preparing for and attending hearing (7.00 hours) | | |
| Minn Chung | Of Counsel | Assessing Samsung's deficient production (6.40 hours) | 17.80 | $512 |
| | | Drafting and preparing motion to compel (4.80 hours) | | |
| | | Preparing motion to seal (.20 hours) | | |
| | | Drafting supporting declaration and/or proposed order (6.40 hours) | | |
| Marcelo O. Guerra | Associate | Drafting and preparing motion to compel (60.70 hours) | 80.10 | $498 |
| | | Drafting motion for administrative relief and/or motion to seal (1.4 hours) | | |
| | | Drafting supporting declaration and/or proposed order (18.00 hours) | | |
| Nathaniel B. Sabri | Associate | Drafting and preparing motion to compel (8.00 hours) | 8.50 | $424 |
| | | Drafting motion to seal (.50 hours) | | |
| Esther Kim | Associate | Drafting and preparing motion to compel (10.20 hours) | 16.30 | $372 |
| | | Drafting supporting declaration and/or proposed order (6.10 hours) | | |
| Euborn Y. Chiu | Associate | Assessing Samsung's deficient production (2.80 hours) | 4.20 | $275 |
| | | Drafting and preparing motion to compel (1.40 hours) | | |
| Rosamaria Barajas | Paralegal | Paralegal support (15.80 hours) | 15.80 | $191 |

sf-3189428