HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSE TO SAMSUNG'S PROFFER OF WITNESS TESTIMONY AND EXHIBITS** |

1    I, NATHAN SABRI, declare as follows:

2        1.    I am an attorney in the law firm of Morrison & Foerster LLP, counsel for Apple

3    Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal

4    knowledge of the matters stated herein or understand them to be true from members of my

5    litigation team.  I make this declaration in support of Apple's Objections and Response to

6    Samsung's Proffer of Witness Testimony and Exhibits.

7        2.    Attached as **Exhibit 1** are true and correct excerpts from Samsung's Responses to

8    Apple Inc.'s Fifth Set of Interrogatories (Corrected), served on December 19, 2011.

9        3.    Attached as **Exhibit 2** are true and correct excerpts from Samsung's Supplemental

10   Responses to Apple Inc.'s Fifth Set of Interrogatories (11-12), served on March 19, 2012.

11       4.    Attached as **Exhibit 3** are true and correct excerpts from the deposition of Peter

12   Bressler, taken on April 24, 2012.

13       5.    Attached as **Exhibit 4** are true and correct excerpts from the Expert Report of

14   Peter Bressler, dated March 22, 2012.

15       6.    Attached as **Exhibit 5** are true and correct excerpts from the Rebuttal Expert

16   Report of Peter Bressler, dated April 16, 2012.

17       7.    Attached as **Exhibit 6** are true and correct excerpts from the deposition of Hyoung

18   Shin Park, dated February 29, 2012.

19       8.    Attached as **Exhibit 7** are true and correct excerpts from the deposition of Hyoung

20   Shin Park, dated March 1, 2012.

21       9.    Attached as **Exhibit 8** is a true and correct copy of Samsung's Amended Direct

22   Exam Materials for Justin Denison.

23       10.   Attached as **Exhibit 9** is a true and correct copy of Samsung's Cross Examination

24   Exhibits and Materials for Ravin Balakrishnan.

25       I declare under penalty of perjury that the foregoing is true and correct.  Executed this

26   30th day of August, 2012 at San Francisco, California.

27                                    */s/ Nathan Sabri*
                                     Nathan Sabri
28

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OBJECTIONS
AND RESPONSE TO SAMSUNG'S PROFFER
CASE NO. 11-cv-01846-LHK                                        1
sf-3189423

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTESTATION OF E-FILED SIGNATURE

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Nathan Sabri has concurred in this filing.

Dated:  August 30, 2012

/s/ Michael A. Jacobs

Michael A. Jacobs

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OBJECTIONS
AND RESPONSE TO SAMSUNG'S PROFFER
CASE NO. 11-cv-01846-LHK
sf-3189423

2