Exhibit 3

Highly Confidential - Attorneys' Eyes Only

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  OF NORTHERN CALIFORNIA
3  San Jose Division
4  Case No. 11-CV-846 LHK
5  _____
6  APPLE, INCORPORATED,                     )
7                            Plaintiff,    )
8     v.                                   )
9  SAMSUNG ELECTRONICS COMPANIES,           )
10 et al,                                   )
11                           Defendants.   )
12 _____)
13
14   H I G H L Y   C O N F I D E N T I A L
15       * ATTORNEYS' EYES ONLY *
16
17      DEPOSITION OF PETER BRESSLER
18
19           Washington, D.C.
20            April 24, 2012
21
22
23
24 Reported by:  Mary Ann Payonk, RDR-CRR
25 Job No. 48797

Highly Confidential - Attorneys' Eyes Only

Page 229

| | | |
|---|---|---|
| 1 | this exhibit? | 05:05 |
| 2 | A. I understand what is depicted in the | 05:05 |
| 3 | exhibit. I've not seen this device before. | 05:05 |
| 4 | Q. What is it? | 05:05 |
| 5 | A. I understand it's a model of a tablet | 05:05 |
| 6 | computer produced by Apple. | 05:05 |
| 7 | Q. And what's that understanding based | 05:05 |
| 8 | on? | 05:05 |
| 9 | A. Based partially on review of the '889 | 05:06 |
| 10 | history, but mostly upon listening and | 05:06 |
| 11 | overhearing conversations between counsel re: | 05:06 |
| 12 | this model. | 05:06 |
| 13 | Q. Prior to the start of your deposition | 05:06 |
| 14 | sessions, did you have any knowledge or | 05:06 |
| 15 | information as to this tablet model that's | 05:06 |
| 16 | depicted in Exhibit 3527? | 05:06 |
| 17 | MR. BARQUIST: Objection, vague and | 05:06 |
| 18 | ambiguous. | 05:06 |
| 19 | A. I knew that there were photographs of | 05:06 |
| 20 | a tablet model that had been excluded from the | 05:06 |
| 21 | design application for the '889. And that was | 05:06 |
| 22 | what I knew at the time up until beginning of | 05:06 |
| 23 | deposition. | 05:06 |
| 24 | Q. Anything else? | 05:06 |
| 25 | A. No. | 05:06 |

Highly Confidential - Attorneys' Eyes Only

Page 230

1    Q.    Is the '035 mockup that's depicted in                05:07
2  here an embodiment of the '889 design patent?                05:07
3          MR. BARQUIST:  Objection, lacks                      05:07
4      foundation.                                              05:07
5      A.    I don't know.  I've not had an                     05:07
6  opportunity to analyze these photographs or the              05:07
7  model they represent.                                        05:07
8      Q.    You had an opportunity to analyze the              05:07
9  '035 mockup; correct?                                        05:07
10     A.    No.  I have never seen it.                         05:07
11     Q.    You understand the '035 mockup is in               05:07
12 Apple's possession; right?                                   05:07
13     A.    I understand from hearing that in                  05:07
14 conversation between counsel, yes.                           05:07
15     Q.    You understand that if you had asked               05:07
16 to see the '035 mockup which was depicted in                 05:07
17 the prosecution history for the '889 design                  05:07
18 patent, that that was something that Apple                   05:07
19 could secure for you; correct?                               05:07
20         MR. BARQUIST:  Objection, calls for                  05:07
21     speculation.                                             05:07
22     A.    I was under the impression that it                 05:07
23 was excluded from being part of the design                   05:08
24 patent that was granted and, therefore, didn't               05:08
25 see it as necessary to explore further.                      05:08

Highly Confidential - Attorneys' Eyes Only

Page 231

| | | |
|---|---|---|
| 1 | Q.  Isn't it true that even though you | 05:08 |
| 2 | had an opportunity to review this model that | 05:08 |
| 3 | Apple created, you chose not to because you | 05:08 |
| 4 | decided it was not relevant?  Right? | 05:08 |
| 5 | MR. BARQUIST:  Objection, lacks | 05:08 |
| 6 | foundation. | 05:08 |
| 7 | A.  That's not true. | 05:08 |
| 8 | Q.  So please tell me everything you did | 05:08 |
| 9 | in order to try and obtain the physical mockup | 05:08 |
| 10 | that was depicted in those photographs in the | 05:08 |
| 11 | file history of the '889 design patent. | 05:08 |
| 12 | MR. BARQUIST:  Objection, lacks | 05:08 |
| 13 | foundation. | 05:08 |
| 14 | A.  Would you repeat the question, | 05:08 |
| 15 | please? | 05:08 |
| 16 | Q.  Please tell us everything that you | 05:08 |
| 17 | did, all the steps that you took, in order to | 05:08 |
| 18 | try and get the physical mockup of the tablet | 05:08 |
| 19 | computer that was depicted in the file wrapper | 05:08 |
| 20 | or prosecution history for the '889 design | 05:09 |
| 21 | patent. | 05:09 |
| 22 | MR. BARQUIST:  Objection, lacks | 05:09 |
| 23 | foundation. | 05:09 |
| 24 | A.  I did nothing to do that. | 05:09 |
| 25 | Q.  Directing your attention to the page | 05:09 |

Highly Confidential - Attorneys' Eyes Only

Page 232

| | | |
|---|---|---|
| 1 | ending with 5885 of Exhibit 3527, you'll see | 05:09 |
| 2 | that there's a gap area that runs the perimeter | 05:09 |
| 3 | of the front face that's depicted there -- | 05:09 |
| 4 |     MR. BARQUIST:  Objection. | 05:09 |
| 5 |   Q.   -- a portion of the front face. | 05:09 |
| 6 |     MR. BARQUIST:  Objection, vague and | 05:09 |
| 7 | ambiguous, lacks foundation. | 05:09 |
| 8 |   A.   I have not -- neither analyzed this | 05:09 |
| 9 | model nor these photographs in this detail. | 05:09 |
| 10 | However, I'd be glad to respond to your | 05:09 |
| 11 | question as to what I see.  And I do see a gap | 05:09 |
| 12 | between the edge of the screen and what appears | 05:10 |
| 13 | to be the rim of the case. | 05:10 |
| 14 |   Q.   Is it your understanding that an | 05:10 |
| 15 | embodiment of a tablet design that has a gap or | 05:10 |
| 16 | opening that runs the perimeter of the front | 05:10 |
| 17 | face between the display screen area and the | 05:10 |
| 18 | housing is the same or substantially the same | 05:10 |
| 19 | as the design shown in the '889 design patent? | 05:10 |
| 20 |     MR. BARQUIST:  Objection, vague and | 05:10 |
| 21 | ambiguous, lacks foundation, incomplete | 05:10 |
| 22 | hypothetical. | 05:10 |
| 23 |   A.   That is not how I interpret the '889 | 05:10 |
| 24 | design patent. | 05:10 |
| 25 |   Q.   Do you understand and interpret the | 05:10 |

```
                                                                Page 233
 1    '889 design patent to show a front surface that             05:10
 2    has no gap on the front face between the                    05:10
 3    display portion and that mask area and the                  05:11
 4    housing?  Right?                                            05:11
 5              MR. BARQUIST:  Objection, vague and               05:11
 6         ambiguous.                                             05:11
 7         A.   I believe I can rephrase it and still             05:11
 8    be within your question.  I believe that the                05:11
 9    '889 design patent depicts a clear continuous               05:11
10    surface to the edge of the tablet without a gap             05:11
11    around the edge.                                            05:11
12         Q.   If you could please pull out the '889             05:11
13    design patent.  Directing your attention to                 05:11
14    figure 1 of the '889 design patent, you'll see              05:12
15    that around a portion of the perimeter of the               05:12
16    front face of the device, there's a thicker                 05:12
17    line that runs on part of it.  Do you see that?             05:12
18         A.   I do.  Do you mean on the very                    05:12
19    exterior perimeter?                                         05:12
20         Q.   Right.                                            05:12
21         A.   Yes.                                              05:12
22         Q.   Do you have an understanding as to                05:12
23    what that thicker line depicts?                             05:12
24         A.   It's my understanding that it depicts             05:12
25    the outer portion of that edge that is the                  05:12
```

Page 234

1  circumference of the screen.                              05:12
2      Q.   Is that edge of the housing?  Is it              05:12
3  of the mask area?  Or does it depict an                   05:12
4  opening?                                                  05:12
5      A.   In my view, it doesn't depict an                 05:12
6  opening.                                                  05:12
7      Q.   Does it depict the edge of the                   05:12
8  housing or the edge of the mask area?                     05:12
9           MR. BARQUIST:  Objection, vague and              05:12
10     ambiguous.                                            05:12
11     A.   Which line are you referring to now?             05:12
12     Q.   This darker, thicker line that we                05:12
13 were talking about in figure 1.                           05:12
14     A.   I believe it represents the external             05:12
15 perimeter of the rim of the product.                      05:13
16     Q.   And is the same true of the darker,              05:13
17 thicker line that runs around part of the                 05:13
18 perimeter of the front face of the device on              05:13
19 figure 9?                                                 05:13
20     A.   My interpretation of the illustration            05:13
21 on figure 9 is representing an edge that has              05:13
22 thickness.                                                05:13
23     Q.   Which edge?                                      05:13
24     A.   The edge to which the front                      05:13
25 transparent surface abuts.                                05:13

Highly Confidential - Attorneys' Eyes Only

Page 280

| | | |
|---|---|---|
| 1 | directly, but it could have been counsel's | 06:15 |
| 2 | idea. | 06:15 |
| 3 | Q. I'm asking, What's your best | 06:15 |
| 4 | recollection? | 06:15 |
| 5 | A. I don't recall. | 06:15 |
| 6 | MR. BARQUIST: I think we'll quit | 06:15 |
| 7 | at this point. We're over 7 hours. I | 06:15 |
| 8 | let you finish this line of questioning. | 06:15 |
| 9 | THE REPORTER: Off the record, | 06:15 |
| 10 | then? | 06:15 |
| 11 | MR. BARQUIST: Yes. | 06:15 |
| 12 | MR. ZELLER: Yes. | 06:15 |
| 13 | THE VIDEOGRAPHER: This is the end | 06:15 |
| 14 | of the deposition of Mr. Bressler. Off | 06:15 |
| 15 | the record at 6:15. And it consists of | 06:15 |
| 16 | 7 tapes. | 06:15 |
| 17 | (Deposition adjourned at 6:15 p.m.) | 06:15 |
| 18 | | 06:15 |
| 19 | _____ | 06:15 |
| | | 06:15 |
| 20 | PETER BRESSLER | 06:15 |
| 21 | SUBSCRIBED AND SWORN TO BEFORE ME | 06:15 |
| 22 | THIS _____ DAY OF _____, 2012. | 06:15 |
| 23 | _____ | 06:15 |
| 24 | (Notary Public) | 06:15 |
| 25 | My Commission expires: _____ | 06:15 |

1            C E R T I F I C A T E

2    DISTRICT OF COLUMBIA:

3

4         I, MARY ANN PAYONK, CRR-RDR, CBC, CCP,

5    CLR, shorthand reporter, do hereby certify:

6         That the witness whose deposition is

7    hereinbefore set forth was duly sworn, and that

8    such deposition is a true record of the

9    testimony given by such witness.

10        I further certify that I am not related

11   to any of the parties to this action by blood

12   or marriage, and that I am in no way interested

13   in the outcome of this matter.

14        IN WITNESS WHEREOF, I have hereunto set

15   my hand this 24th day of April, 2012.

16

17        _____

18        MARY ANN PAYONK, CRR-RDR, CBC, CCP, CLR

19        Shorthand Reporter

20

21

22

23

24

25