Exhibit 6

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

Civil Action No.: 11-CV-01846-LHK

APPLE, INC., a California corporation,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD.,
a Korean business entity;
SAMSUNG ELECTRONICS AMERICA, INC.,
a New York corporation; and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
a Delaware limited liability company,

    Defendants.
_____/

\*\*\* HIGHLY CONFIDENTIAL \*\*\*
ATTORNEYS' EYES ONLY

VIDEOTAPED PERSONAL DEPOSITION OF:

HYOUNG SHIN PARK

Wednesday, February 29, 2012
Kim & Chang
Seoul, South Korea
8:15 a.m. to 11:31 a.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6..9

Page 6

```
 1      depositions based on the oaths.
 2   THEREUPON,
 3                    HYOUNG SHIN PARK,
 4   having been first duly sworn, was examined and
 5   testified as follows:
 6           THE WITNESS:  Yes.
 7                       EXAMINATION
 8   BY MR. HO:
 9      Q.   Good morning, Ms. Park.  Can you please
10   state and spell your name for the record?
11      A.   My name is Hyoung Shin Park, H-Y-O-U-N-G
12   S-H-I-N P-A-R-K.
13      Q.   Who is your employer, Ms. Park?
14      A.   Samsung Electronics.
15      Q.   And what is your position at Samsung
16   Electronics?
17      A.   I am the senior designer.
18      Q.   What do you do in your role as senior
19   designer?
20      A.   I am working on product design.
21      Q.   What kind of products?
22      A.   I design a mobile device.
23      Q.   Can you identify any mobile devices that
24   you've designed?
25           MS. CARUSO:  Objection, vague.
```

Page 7

```
 1      A.   Are you talking about --
 2           CHECK INTERPRETER:  Mass production.
 3      A.   -- mass production design.
 4   BY MR. HO:
 5      Q.   I'm unsure of what you're referring to as
 6   mass production.
 7           You said that you design mobile devices.
 8      A.   Yes.
 9      Q.   Which mobile devices have you designed?
10           MS. CARUSO:  Objection, vague.  I think the
11      witness is asking you if you're talking about
12      ones that have been released commercially.
13           (Discussion held between Lead Interpreter
14   and Check Interpreter.)
15   BY MR. HO:
16      Q.   Do you have an answer?
17      A.   So I worked on the folder that's destined
18   for U.S.  And also I worked on two MP3 destined for
19   Europe.  And also F700.  And also three types for
20   emerging market.
21           And there were three folders for U.S.  Three
22   bar-type for U.S., not folder.  So bar-type was not for
23   U.S.
24           And also I designed wave three.
25      Q.   By bar-types do you mean bar-type phones?
```

Page 8

```
 1      A.   Yes, yes, yes.
 2      Q.   And what was the F700?
 3      A.   It was a QWERTY device slide --
 4           COURT REPORTER:  Look on the screen.
 5      A.   It was a QWERTY, Q-W-E-R-T-Y, device slide
 6   phone with the touch LCD.
 7           CHECK INTERPRETER:  Belated correction:  So
 8      I worked on three folders that were for U.S.
 9      should be replaced with the previous answer, so
10      I worked on folder for U.S.
11           LEAD INTERPRETER:  Corrected.
12   BY MR. HO:
13      Q.   And what are folders?
14      A.   It's a foldable phone.
15      Q.   Do you recall the names of those phones?
16      A.   It's been a while so I don't recall the
17   model names.
18           CHECK INTERPRETER:  Number.
19      A.   Model numbers.
20           However, I did one for Verizon and I did
21   another one for T-Mobile and I did another one for
22   TELUS for Canada.
23   BY MR. HO:
24      Q.   And do you recall the names of the bar-type
25   phones that you designed?
```

Page 9

```
 1      A.   I'm not sure on the numbers, but I think it
 2   was 2114 and also 2114-2.
 3           Dash alphabet E, not number 2.
 4           And another one was -- let's see what the
 5   name was.  It was jewel standby bar-type.
 6           LEAD INTERPRETER:  Interpreter's correction,
 7      dual.
 8   BY MR. HO:
 9      Q.   What group at Samsung do you belong to?
10      A.   So currently -- so you're referring to now,
11   right?
12      Q.   Right now.
13      A.   The Product Part 1.
14      Q.   And previously what groups have you been a
15   part?
16      A.   The one right before was ID Cluster.
17      Q.   Does ID stand for industrial design?
18      A.   I think it was meant for integrated design.
19      Q.   In general, what aspects of these phones do
20   you design?
21           (Discussion held between Lead Interpreter
22   and Check Interpreter.)
23           MS. CARUSO:  Objection, vague.
24      A.   Which aspect?  I don't quite understand your
25   question.
```

```
                                                            Page 10
1   BY MR. HO:
2       Q.   Do you design the user interface of these
3   phones?
4       A.   No.
5       Q.   Do you design the external hardware of these
6   phones?
7            MS. CARUSO:  Objection, vague.
8       A.   So the external hardware, well, I do design
9   for the external case.
10  BY MR. HO:
11      Q.   Did you do the design for the external case
12  of the F700?
13      A.   Yes.
14      Q.   Were there other people who also assisted
15  with the design of the external case of the F700?
16           MS. CARUSO:  Objection, vague.
17      A.   I'm not clear whether you're referring to
18  the time when we were designing or the time when we are
19  mass producing.
20  BY MR. HO:
21      Q.   The time when you were designing.
22      A.   So at that time we had four product designer
23  and three of U.S. related designer and one from package
24  team and two from color CMF designer and one leader and
25  also the product planning team.
```

```
                                                            Page 11
1            CHECK INTERPRETER:  Replace U.S. with UX.
2            LEAD INTERPRETER:  UX.
3   BY MR. HO:
4       Q.   What was the name of the leader?
5       A.   Sang Min Hyun.
6            LEAD INTERPRETER:  S-A-N-G M-I-N H-Y-U-N,
7       interpreter's spelling.
8   BY MR. HO:
9       Q.   Is he still employed at -- well, first, is
10  Sang Min Hyun a male or female?
11      A.   He's a male.
12      Q.   Is he still employed at Samsung?
13      A.   Yes.
14      Q.   And what is his position?
15      A.   He's a designer.
16           CHECK INTERPRETER:  Principal.
17      A.   Principal designer.
18  BY MR. HO:
19      Q.   When did the project for the F700 start?
20      A.   The kickoff was around May of 2006.
21      Q.   Who gave instructions for the kickoff in May
22  of 2006?
23           MS. CARUSO:  Objection, lacks foundation.
24      A.   Well, it is not accurate.  Well, I can't
25  really recall.
```

```
                                                            Page 12
1   BY MR. HO:
2       Q.   Do you recall what were the goals of
3   design -- strike that.
4            What were the goals of designing the F700?
5            MS. CARUSO:  Objection, vague, lacks
6       foundation.
7       A.   So at the time the goal for kickoff was to
8   create an iconic design for Samsung.
9   BY MR. HO:
10      Q.   Did the F700 achieve this goal?
11           MS. CARUSO:  Objection, vague.
12      A.   That is not for me to determine so I can't
13  really tell.
14  BY MR. HO:
15      Q.   In your personal opinion.
16      A.   So my personal opinion.
17      Q.   In your personal opinion -- do you have any
18  personal opinion whether the F700 achieved its goal?
19           MS. CARUSO:  Objection, vague.
20      A.   Yes.  I think that the fact that we had
21  emerged our all forces in designing the slide phone
22  with UX team, product design team, package team, and
23  all the other coworkers were very significant.  And for
24  that I think we did a very iconic job.
25  BY MR. HO:
```

```
                                                            Page 13
1       Q.   And what do you mean by iconic design?
2       A.   In my opinion, the iconic design is
3   something that contains the feel of Samsung and
4   something that can represent Samsung.  However, it is
5   not totally on the product, but when it's marketed to
6   the market that it will include the entire process of
7   being a commercial product.  And for me that is the
8   iconic design.
9            CHECK INTERPRETER:  In my opinion, it gave
10      the Samsung design and it could be a
11      representative of Samsung.  It was a total
12      package of the design.  It wasn't just a product
13      that was worked on, but when it was released to
14      the market, it was introduced as a total design
15      that was considered to be iconic.
16  BY MR. HO:
17      Q.   Was there anything about the external case
18  of the F700 that was representative of Samsung design?
19           MS. CARUSO:  Objection, vague.
20      A.   So at the time that model was one of the 300
21  or 400 models that Samsung came out with.
22           CHECK INTERPRETER:  Per year.
23      A.   Per year.
24  BY MR. HO:
25      Q.   But was there anything about the external
```

## Page 62

1    A.    No.
2    Q.    Can you turn to the first page, ending in
3  Bates label 753?
4    A.    Yes.
5          MS. CARUSO:  Do you have an English
6      translation of this document?
7          MR. HO:  We don't have any translation.
8          MS. CARUSO:  I object to the witness being
9      questioned without providing an English
10     translation that I can also review so that I can
11     properly defend the deposition.
12 BY MR. HO:
13   Q.    Are you on the first page, Ms. Park?
14   A.    Yes.
15   Q.    Does it describe the design philosophy of
16 Samsung?
17         MS. CARUSO:  Objection, vague as to time,
18     lacks foundation, calls for speculation.
19   A.    This seems like something that was prepared
20 by the design business center and it was not prepared
21 by our part.  And this is my first time seeing this and
22 so I don't know whether this is Samsung's design
23 strategy or not.
24 BY MR. HO:
25   Q.    Have you ever heard the term "DID

## Page 63

1  guideline"?
2    A.    I don't quite recall.  But these things,
3  seems like it's my first time seeing them.
4    Q.    Going back to the F700.  Besides the
5  external case, did you take part in the design of any
6  other aspect of the F700?
7          MS. CARUSO:  Objection, vague.
8    A.    No.
9          MR. HO:  That's all the questions I have for
10     you.  Thank you very much.
11         MS. CARUSO:  Samsung would like to designate
12     the entirety of the transcript as attorneys'
13     eyes only under the protective order.
14         MR. HO:  Off the record.
15         VIDEOGRAPHER:  This concludes the videotaped
16     deposition of Hyoung Shin Park consisting of
17     three video discs.  The time is 11:31 a.m.
18     We're going off the video record.
19
20         (Time noted:  11:31 a.m.)

## Page 64

1  (Counsel representing this witness should arrange
   reading and signing and thereafter distribute copies
2  of the signed Errata Sheet to opposing counsel
   without involvement of court reporter.)
3  STYLE OF CASE:  Apple V Samsung
4  DEPOSITION OF:  HYOUNG SHIN PARK
   DATE TAKEN:  Wednesday, February 29, 2012
5        E R R A T A   S H E E T
6     LINE      CHANGE           REASON
7
8
...
22 I hereby certify that I have read my deposition and
   that it is true and correct subject to any changes
23 in form or substance entered here.
24 _____        _____
    Date                       HYOUNG SHIN PARK
25

## Page 65

1          C E R T I F I C A T E
2  (Seoul)
3  (South Korea)
4
5         I, Tracey S. LoCastro, Registered
   Professional Reporter, do hereby certify
6  that the aforementioned witness was first duly sworn
   as noted by stipulation of counsel to testify the
7  whole truth; that I was authorized to and did report
   said deposition in stenotype; and that the foregoing
8  pages are a true and correct transcription of my
   shorthand notes of said deposition.
9         I further certify that said deposition was
10 taken at the time and place hereinabove set forth
   and that the taking of said deposition was commenced
11 and completed as hereinabove set out.
12        I further certify that I am not attorney
   or counsel of any of the parties, nor am I a
13 relative or employee of any attorney or counsel of
   party connected with the action, nor am I
14 financially interested in the action.
15        The foregoing certification of this
   transcript does not apply to any reproduction of the
16 same by any means unless under the direct control
   and/or direction of the certifying reporter.
17
18        IN WITNESS WHEREOF, I have hereunto
19 set my hand this 1st day of March, 2012.
20
21                    _____
22                    TRACEY S. LOCASTRO,
                      Registered Professional Reporter
23