Exhibit 7

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
     CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
 1          UNITED STATES INTERNATIONAL TRADE COMMISSION
                         WASHINGTON, D.C.
 2

 3   _____

 4   In the Matter of:

 5   CERTAIN ELECTRONIC DIGITAL            Case No.:

 6   MEDIA DEVICES AND COMPONENTS          337-TA-796

 7   THEREOF

 8   _____

 9

10

11
            *** CONFIDENTIAL BUSINESS INFORMATION ***
12                 SUBJECT TO PROTECTIVE ORDER

13

14
             VIDEOTAPED PERSONAL DEPOSITION OF:
15                     HYOUNG SHIN PARK

16

17

18
                  Thursday, March 1, 2012
19                       Kim & Chang
                      Seoul, South Korea
20                9:05 a.m. to 5:08 p.m.

21

22

23

24

25
```

## Page 2

```
 1   APPEARANCES:

 2
     For the Complainant, Apple, Inc.
 3
 4         MORRISON FOERSTER, LLP
           By:  FRANCIS HO, ESQ.
 5         425 Market Street
           San Francisco, California 94105-2482
 6         Phone:  415.268.7339

 7

 8
     For the Respondents, the Samsung entities:
 9
10         QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
           By:  MARGRET CARUSO, ESQ.
11         555 Twin Dolphin Drive
           Redwood Shores, California 94065
12         Phone:  650.801.5005

13

14

15   Also present:

16         Aeryong Kim, Lead Interpreter
           Kathy Sim, Check Interpreter
17         Wahkit Ip, Videographer
           Tracey S. LoCastro, Court Reporter
18         David Son, Morrison & Foerster
```

## Page 3

```
 1                    I N D E X

 2   Witness:                                     Page
     HYOUNG SHIN PARK
 3   Examination by Mr. Ho                          5

 4

 5

 6                    E X H I B I T S

 7   Exhibit      Description                     Page

 8   1            Printout from Korea              13
                  Association of
 9                Industrial Designer's
                  website
10   2            Drawing created by               58
                  witness
11   3            Bates labelled SAMNDCA           72
                  11036286 through 301
12   4            Bates labelled SAMNDCA           74
                  11036166 to 174
13   5            Bates labelled SAMNDCA           77
                  11036757 to 772
14   6            Bates labelled SAMNDCA           96
                  11036364 to 372
15   7            Bates labelled SAMNDCA          108
                  10808682 to 758
16   8            Bates labelled SAMNDCA          110
                  00524119 to 204
17   9            Bates labelled SAMNDCA          121
                  00021589 to 592
```

## Page 4

```
 1              P R O C E E D I N G S
 2                      - - -
 3         VIDEOGRAPHER:  We are now on the record in
 4   the matter of U.S. International Trade
 5   Commission in the matter of Certain Digital
 6   Media Devices and Components Thereof, case
 7   number 337-TA-796.
 8         Today's date is March 1st, 2012.  The time
 9   now is 9:05.  This is the video record
10   individual deposition of Hyoung Shin Park,
11   Ms. Hyoung Shin Park.
12         The deposition is taking place at Kim and
13   Chang, Jeongdong building, 9th Floor, Seoul,
14   Korea.  I'm Wahkit Ip, video deposition
15   specialist with American Realtime Court
16   Reporters/Asia.  The court reporter is Miss
17   Tracey LoCastro, also with American Realtime
18   Court Reporters/Asia.
19         Will all the attorneys please identify
20   themselves and the parties they represent.
21         MR. HO:  Francis Ho for Apple.  And with me
22   is David Son.
23         MS. CARUSO:  Margret Caruso of Quinn,
24   Emanuel, Urquhart and Sullivan for Samsung.
25         COURT REPORTER:  Do you solemnly swear or
```

## Page 5

```
 1   affirm that you will well and truly interpret
 2   the questions propounded by counsel and the
 3   answers given by the witness from Korean to
 4   English and English to Korean to the best of
 5   your ability?
 6         LEAD INTERPRETER:  I do.
 7         CHECK INTERPRETER:  I do.
 8              HYOUNG SHIN PARK,
 9   after having been duly sworn by the reporter, pursuant
10   to stipulation of counsel, was examined and testified
11   through the interpreter as follows:
12         THE WITNESS:  I do.
13         MR. HO:  We understand the court reporter is
14   not authorized to administer oaths in this
15   venue; nevertheless, we request that she
16   administer the oath, and we stipulate that we
17   waive any objection to the validity of the
18   deposition based on the oaths.
19         MS. CARUSO:  Samsung agrees.
20                    EXAMINATION
21   BY MR. HO:
22   Q.   Good morning, Ms. Park.
23   A.   Good morning.
24   Q.   Thank you for taking the time to appear
25   today.  I know it's a holiday, so I really appreciate
```

Page 66

1  Q.  Who was the person on the UX team in charge
2  of the design of the MPCP project?
3       MS. CARUSO: Objection, lacks foundation,
4    calls for speculation.
5  A.  There were around four to five people, or
6  maybe just four people, who were charged with that.
7  And among those four, I remember a senior designer by
8  the name of Dong Seok Ryu.
9       LEAD INTERPRETER: D-o-n-g S-e-o-k R-y-u.
10 BY MR. HO:
11 Q.  Do you remember anyone else?
12 A.  I don't quite recall as to any others.
13 Q.  Do you recall who was on the UX team for the
14 F700 that was mass produced?
15 A.  It was a female. I don't remember her name.
16 She's still with the company, but I don't quite come up
17 with the name at the moment.
18 Q.  Do you recall anyone on the UX team?
19 A.  I remember that person, a female. And her
20 name is...
21     I'll tell you if I remember.
22 Q.  Okay.
23     And what was the UX team for the F700 that
24 was mass produced in charge of?
25     MS. CARUSO: Objection, vague.

Page 67

1  A.  I don't know about the details because I was
2  not involved in their task. But I was aware of the
3  fact that in terms of GUI design the LCD pixel ratio
4  and size was an important factor.
5  Q.  Generally, do you know if they were in
6  charge of, for instance, the different menus on the
7  F700 that was mass produced?
8       MS. CARUSO: Objection, vague.
9  A.  What menus?
10 BY MR. HO:
11 Q.  The menus on the display screen when you're
12 operating the F700 phone.
13 A.  F700 was awarded a red dot award with
14 respect to UI and UX design. And it was called a crux
15 design. And I already told you that the concept we
16 were going with was blue. And with Samsung's bluish
17 color and the UX had a little bit of blue feeling too
18 and that was the concept.
19 Q.  I'm not sure if that answered my question.
20     Was the UX team in charge of that, what you
21 just described?
22     MS. CARUSO: Objection, vague.
23 A.  That's right. It's my understanding the
24 team -- I think the GUI team is in charge of setting
25 graphic concept or of the effects that the menu change

Page 68

1  would bring and the color changes that would allow you
2  to recognize -- that would allow you to recognize the
3  color changes at the time of input. This is what the
4  GUI team does.
5  BY MR. HO:
6  Q.  Is the GUI team separate from the UX team?
7       MS. CARUSO: Objection, vague, vague as to
8    time, lacks foundation, calls for speculation.
9  A.  Are you referring to the UX that's in F700?
10 BY MR. HO:
11 Q.  Yes.
12 A.  I'm not quite familiar with that
13 organizational structure. What I am aware of is that
14 the UI team is charged with menu tree and various input
15 paths and what other things...
16     And the GUI operates and is in charge of all
17 the graphic related concept to fit in that structure or
18 graphs that it makes and also the special effects and
19 graphic conversion mechanism, that's what the team is
20 in charge of developing, as I'm aware.
21 Q.  And you mentioned that the F700 was awarded
22 a red dot award for the crux design; is that correct?
23 A.  I'm not sure if that was an award or just
24 the certification.
25 Q.  How do you spell crux?

Page 69

1  A.  Maybe it's a cross.
2       The graphic shape is like a cross shape.
3  Q.  And this red dot, do you know what
4  organization awarded this?
5  A.  I'm not sure about that.
6  Q.  Do any other Samsung phones use this cross
7  or crux design?
8       MS. CARUSO: Objection, lacks foundation,
9    calls for speculation.
10 A.  I think F700 was probably the first to
11 implement that cross design. Since Samsung launched
12 many different various models, so I'm not quite sure
13 about any other models than those.
14 BY MR. HO:
15 Q.  For the phones that you helped design, did
16 any of them use the cross design?
17 A.  The mass-produced models that I helped
18 design?
19 Q.  Yes, for the mass-produced models.
20 A.  No, none.
21 Q.  Do you know why not?
22 A.  The subsequent design that I was involved in
23 working on was an entry level bar type. LCD itself was
24 an emerging market. So it did not have hardware
25 performance that involves such complicated UX.

Page 126

1  think specifically the front case, it does not look
2  symmetrical.
3      A.   Right.  Right.  You're right.
4      Q.   Why doesn't it look symmetrical?
5      A.   There is the overall dark window is used on
6  the front full-touch surface and there's LCD.  Since
7  all the four corners, top and bottom, left and right,
8  are all rounded corners, that is a point set to inform
9  the slide direction.
10     Q.   So just to be clear, it looks a little
11 thicker on the left side, and that indicates to the
12 user that's where you can slide it out.
13     A.   That's correct.
14     Q.   Do other -- do you know of any other
15 full-touch QWERTY slide phones where it is more
16 symmetrical than this design?
17          MS. CARUSO:  Objection, vague.
18     A.   Yes.
19 BY MR. HO:
20     Q.   Can you name those phones?
21     A.   Ones that are mass produced?
22     Q.   Yes, ones that are mass produced.
23     A.   At what point in time?
24     Q.   Any that you can name.
25     A.   There is a countless number of them.

Page 127

1      Q.   How about ones that were mass produced in
2  2007?
3      A.   There was none of such phones in that time
4  frame as far as I know.
5      Q.   How about 2008?
6      A.   I can't recall those one by one.
7      Q.   I just have, I guess, one more question for
8  you.
9           Earlier you said that you may be able to
10 remember the person who was on the UX team for the
11 F700.
12     A.   I really don't remember that name still.
13     Q.   Do you remember any people on the UX team?
14     A.   The ones that are related to F700?
15     Q.   To the F700.
16     A.   The person whose name I don't remember was
17 the only one I think I communicated with.
18          MR. HO:  Thank you, Ms. Park, for your time.
19      And that's the end.  No questions.
20          MS. CARUSO:  Samsung designates this
21      transcript under the highest level of protection
22      under the confidential order, confidential
23      business information.
24          VIDEOGRAPHER:  Going off the record, 1708.
25          (Time noted:  5:08 p.m.)

Page 128

1  (Counsel representing this witness should arrange
   reading and signing and thereafter distribute copies
2  of the signed Errata Sheet to opposing counsel
   without involvement of court reporter.)
3
   STYLE OF CASE:   CERTAIN ELECTRONIC DIGITAL MEDIA
4                   DEVICES AND COMPONENTS THEREOF
   DEPOSITION OF:  HYOUNG SHIN PARK
5  DATE TAKEN:  Thursday, March 1, 2012
6           E R R A T A   S H E E T
7  PAGE    LINE      CHANGE              REASON
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
   I hereby certify that I have read my deposition and
23 that it is true and correct subject to any changes
   in form or substance entered here.
24 _____    _____
25 Date            HYOUNG SHIN PARK

Page 129

1           C E R T I F I C A T E
2  (Seoul)
3  (South Korea)
4
         I, Tracey S. LoCastro, Registered
5  Professional Reporter, do hereby certify
   that the aforementioned witness was first duly sworn
6  as noted by stipulation of counsel to testify the
   whole truth; that I was authorized to and did report
7  said deposition in stenotype; and that the foregoing
   pages are a true and correct transcription of my
8  shorthand notes of said deposition.
9           I further certify that said deposition was
   taken at the time and place hereinabove set forth
10 and that the taking of said deposition was commenced
   and completed as hereinabove set out.
11
            I further certify that I am not attorney
12 or counsel of any of the parties, nor am I a
   relative or employee of any attorney or counsel of
13 party connected with the action, nor am I
   financially interested in the action.
14
            The foregoing certification of this
15 transcript does not apply to any reproduction of the
   same by any means unless under the direct control
16 and/or direction of the certifying reporter.
17
18          IN WITNESS WHEREOF, I have hereunto
19 set my hand this 2nd day of March, 2012.
20
21                    _____
22                    TRACEY S. LOCASTRO,
                      Registered Professional Reporter
23
24
25