Exhibit 8

*Apple v. Samsung, No. 11-cv-01846*
**Samsung's Amended Direct Examination Exhibits and Materials for Justin Denison**

Exhibits
- JX1000
- JX1004
- JX1005
- JX1007
- JX1010
- JX1011
- JX1012
- JX1013
- JX1015
- JX1016
- JX1017
- JX1019
- JX1020
- JX1022
- JX1025
- JX1026
- JX1027
- JX1030
- JX1031
- JX1032
- JX1033
- JX1034
- JX1035
- JX1036
- JX1037
- JX1038
- JX1093
- DX629 at SAMNDCA00312556 (30 sec.)
- Slide 41-42 from Samsung's Opening Statement Slide Deck
- Samsung's Objections to Apple's Notice of Rule 30(b)(6) Deposition of Samsung Electronics Co., Ltd. Relating to Apple's Motion for a Preliminary Injunction
- Letter from M. Chan to J. Bartlett dated September 9, 2011

Demonstratives
- SDX3508
- SDX3509
- SDX3510
- SDX3563

02198.51855/4880527.2

- SDX3564
- SDX3565
- SDX3566
- SDX3567
- SDX3568
- SDX3569
- SDX3570
- SDX3571
- SDX3572
- SDX3573
- SDX3574
- SDX3575
- SDX3576
- SDX3577
- SDX3578
- SDX3579
- SDX3580
- SDX3581
- SDX3582
- SDX3583
- SDX3584
- SDX3585
- SDX3586
- SDX3587
- SDX3588
- SDX3589
- Samsung's Objections to Apple's Notice of Rule 30(b)(6) Deposition of Samsung Electronics Co., Ltd. Relating to Apple's Motion for a Preliminary Injunction
- Letter from M. Chan to J. Bartlett dated September 9, 2011