Exhibit 9

*Apple v. Samsung*, No. 11-cv-1846
**Samsung's Cross Examination Exhibits and Materials for Ravin Balakrishnan**

**Exhibits**

- JX 1045
- JX 1047

- DX 518
- DX 528
- DX 546
- DX 590
- DX 655
- DX 661
- DX 662
- DX 694
- DX 695
- DX 696
- DX 697
- DX 698
- DX 699
- DX 700
- DX 713
- DX 720
- DX 721
- DX 2649
- DX 2650
- DX 2651
- DX 2652
- DX 2653
- DX 2654
- DX 2655
- DX 2656
- DX 2673
- DX 2674

**Demonstratives**

- PDX 27.1 – .52
- PDX 41.1 – .2
- PDX 46.1 – .4
- SDX 3918.107
- SDX 3951.001 – .010
- SDX 3952.101 – .102

- SDX 3964.001 – .072
- SDX 3964.003a
- SDX 3964.004a
- SDX 3964.015a
- SDX 3964.016a
- SDX 3964.017a
- SDX 3964.018a
- SDX 3964.019a
- SDX 3964.020a
- SDX 3964.021a
- SDX 3964.022a
- SDX 3964.023a
- SDX 3964.024a
- SDX 3964.025a
- SDX 3964.027a
- SDX 3964.028a
- SDX 3964.029a
- SDX 3964.030a
- SDX 3964.032a
- SDX 3964.033a
- SDX 3964.035a
- SDX 3964.036a
- SDX 3964.037a
- SDX 3964.039a
- SDX 3964.041a
- SDX 3964.042a
- SDX 3964.045a
- SDX 3964.046a
- SDX 3964.047a
- SDX 3964.048a
- SDX 3964.049a
- SDX 3964.050a
- SDX 3964.051a
- SDX 3964.052a
- SDX 3964.053a
- SDX 3964.054a
- SDX 3964.055a
- SDX 3964.056a
- SDX 3964.058a
- SDX 3964.059a
- SDX 3964.060a
- SDX 3964.061a
- SDX 3964.062a
- SDX 3964.064a

- SDX 3964.065a
- SDX 3964.067a
- SDX 3964.068a
- SDX 3964.069a
- SDX 3964.071a
- SDX 3964.071b

**Other Documents**

- 8/16/2011 Deposition of Ravin Balakrishnan (ND Cal), and exhibits thereto
- 4/20/2012 Deposition of Ravin Balakrishnan (ND Cal), and exhibits thereto
- 7/12/2012 Deposition of Ravin Balakrishnan (ND Cal), and exhibits thereto
- 6/30/2011 Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction, and exhibits thereto
- 9/29/2011 Reply Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction, and exhibits thereto
- 5/31/2012 Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment, and exhibits thereto
- 6/19/2012 Supplemental Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment
- 3/22/2012 Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent No. 7,469,381, and exhibits thereto
- 4/16/2012 Rebuttal Expert Report of Ravin Balakrishnan, Ph.D. Regarding Validity of U.S. Patent No. 7,469,381, and exhibits thereto
- 3/22/2012 Expert Report of Andries van Dam, Ph.D. Regarding Invalidity of U.S. Patent No. 7,569,381, and exhibits thereto
- 5/1/2012 Corrections to Expert Report of Andries van Dam, Ph.D. Regarding Invalidity of U.S. Patent No. 7,469,381
- Trial Testimony of Ravin Balakrishnan
- Trial Testimony of Andries van Dam
- Trial Testimony of Benjamin Bederson
- Trial Testimony of Adam Bogue
- Trial Testimony of Clifton Forlines