# EXHIBIT 1

Samsung's Motion to Compel (portion relating to transcripts at issue)

| Timekeeper | Position | Hours Billed | Bill Rate |
|---|---|---|---|
| Diane Hutnyan | Partner | 6 | 790 |
| Victoria Maroulis | Partner | 1 | 815 |
| Marissa Ducca | Associate | 6 | 620 |
| Alex Hu | Associate | 8 | 290 |
| Joby Martin | Associate | 1 | 290 |

|  | Hours | 22 |
|---|---|---|
|  | **Fees Incurred** | **$11,885.00** |

Samsung's Motion to Enforce December 22 Order (relating to transcripts at issue)

| Timekeeper | Position | Hours Billed | Bill Rate |
|---|---|---|---|
| Diane Hutnyan | Partner | 10.5 | 790 |
| Marc Becker | Partner | 50.0 | 1035 |
| Todd Briggs | Partner | 4.0 | 735 |
| Melissa Dalziel | Of Counsel | 2.0 | 730 |
| Curran Walker | Associate | 27.7 | 555 |
| Kara Borden | Associate | 8.8 | 445 |
| James Ward | Associate | 5.0 | 480 |
| Alex Hu | Associate | 16.3 | 415 |
| Brad Goldberg | Associate | 28.0 | 415 |

|  | Hours | 152.3 |
|---|---|---|
|  | **Fees Incurred** | **$104,519.00** |

Samsung's Motion for Rule 37 Sanctions For Apple's Violation of The December 22 Order

| Timekeeper | Position | Hours Billed | Bill Rate |
|---|---|---|---|
| Diane Hutnyan | Partner | 57.5 | 790 |
| Marc Becker | Partner | 18.7 | 1035 |
| Curran Walker | Associate | 93.5 | 555 |
| Kara Borden | Associate | 23.9 | 445 |
| James Ward | Associate | 8.0 | 480 |
| Alex Hu | Associate | 10.6 | 415 |
| Contract attorneys |  | 50.0 | 125 |

|  | Hours | 262.2 |
|---|---|---|
|  | **Fees Incurred** | **$141,796.50** |

|  | **TOTAL** | **$258,200.50** |
|---|---|---|

| Average partner rate | $821 |
|---|---|
| Average associate rate | $448 |