[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>  Plaintiff, <br><br>  v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>  Defendant. | Case No. 11-cv-01846-LHK (PSG) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR ENFORCING JUDGMENT AND CERTAIN POST-VERDICT FILINGS** |

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for enforcement of the verdict or judgment entered by the Court and the filing of any bill of costs or motion for attorney's fees.

WHEREAS, the parties wish to avoid burdening the Court with unnecessary or multiple stages of filings while post-trial motions are pending;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1. Any attempt to execute or enforce the judgment, award, or verdict entered in favor of Apple and against Samsung (Dkt. Nos. 1931, 1933) shall be stayed until 14 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60 (but excluding any bill of costs or motion for attorney's fees under Rule 54); and on the basis of this stipulation Samsung hereby withdraws without prejudice its Motion for Stay of August 24, 2012 Judgment (Dkt. No. 1941).

2. Any motion for attorney's fees under Rule 54 shall be filed 14 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60. The parties agree to abide by the following deadlines and page limits for any motion for attorney's fees:

| **Filing** | **Deadline** |
|---|---|
| Motion for attorney's fees (max. 20 pages plus supporting documentation showing fees) | 14 days after entry of judgment resolving all post-trial motions filed under Rules 50, 52, 59, and 60 |
| Opposition (max. 20 pages) | 14 days after motion is filed |
| Reply (max. 10 pages) | 7 days after opposition is filed |
| Hearing (if necessary) | TBD by Court |

3. Any bill of costs under Rule 54 shall be filed 14 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60. The parties agree to abide by the following deadlines and page limits for any bill of costs:

| Filing | Deadline |
| --- | --- |
| Bill of costs | 14 days after entry of judgment resolving all post-trial motions filed under Rules 50, 52, 59, and 60 |
| Objections to bill of costs | 14 days after bill of costs is filed |
| Objections to the Clerk's taxation of costs (max. 15 pages) | 5 court days after the Clerk files the taxing of costs |
| Response to objections (max. 15 pages) | 3 court days after objections to the Clerk's taxation of costs are filed |
| Hearing (if necessary) | TBD by Court |


**IT IS SO STIPULATED.**

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____

The Honorable Lucy H. Koh
United States District Judge

Dated: September 3, 2012

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By: */s/* _____
     Michael A. Jacobs

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

STIPULATION RE SCHEDULE FOR ENFORCING JUDGMENT AND CERTAIN POST-VERDICT FILINGS
11-cv-01846-LKH (PSG)

| | | |
|---|---|---|
| 1 | Dated: September 3, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | Charles K. Verhoeven (Cal. Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 3 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 4 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By:   */s/*   _____
     Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis and Michael Jacobs have concurred in this filing.

Dated: September 3, 2012          /s/
                                  Jason R. Bartlett