1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
7  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
10 Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION REGARDING SCHEDULE FOR BRIEFING OF NON-JURY CLAIMS** |

On August 28 and 29, 2012, the Court issued two orders providing a briefing and hearing schedule for many—but not all—of the issues remaining to be decided in this case. (Dkt. Nos. 1945 and 1946.) Apple Inc. ("Apple") respectfully requests that the Court set a briefing schedule for the additional non-jury issues that are to be decided under Fed. R. Civ. P. 52(a) and proposes a schedule that would allow those issues to be addressed at the hearing presently scheduled for December 6, 2012.

### 1. *Apple's and Samsung's Motions Pursuant to Rules 50, 52(b), 59, and 60*

The Court has already ordered that any motions filed pursuant to Fed. R. Civ. P. 50, 52(b), 59, or 60 be briefed and argued according to the following schedule (Dkt. No. 1945):

| Filing | Deadline |
| --- | --- |
| Motions Pursuant to Rules 50, 52(b), 59, and 60 (1 per side, max. 30 pages) | September 21, 2012 |
| Oppositions (max. 30 pages) | October 19, 2012 |
| Replies (max. 20 pages) | November 9, 2012 |
| Hearing | December 6, 2012, at 1:30 p.m. |

### 2. *Non-Jury Claims To Be Decided Under Rule 52(a)*

In addition to those claims tried to the jury, there are still several non-jury claims and issues that require the Court to make findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52(a). More specifically, Apple's claims of waiver, equitable estoppel, unclean hands, and unfair competition remain pending.

Apple requests that the Court enter a briefing schedule that allows these non-jury claims to be briefed and ready for argument at the December 6, 2012 hearing, if the Court deems any argument necessary. Apple proposes the following schedule and page limits for all claims and issues to be decided by the Court pursuant to Fed. R. Civ. P. 52(a):

| Filing | Deadline |
| --- | --- |
| Apple's motion on all non-jury claims including waiver, equitable estoppel, unclean hands, and unfair competition (max. 20 pages) | September 21, 2012 |

APPLE'S MOTION REGARDING SCHEDULE FOR BRIEFING OF NON-JURY CLAIMS
11-cv-01846-LKH (PSG)

| Samsung's opposition (max. 20 pages) | October 19, 2012 |
|---|---|
| Apple's reply (max. 10 pages) | November 9, 2012 |
| Hearing (if necessary) | December 6, 2012, at 1:30 p.m. |

Dated: September 4, 2012          WILMER CUTLER PICKERING
                                  HALE AND DORR LLP


                                  By:   */s/ Mark D. Selwyn*
                                        Mark D. Selwyn

                                        Attorneys for Plaintiff
                                        APPLE INC.

APPLE'S MOTION REGARDING SCHEDULE FOR BRIEFING OF NON-JURY CLAIMS
11-cv-01846-LKH (PSG)