1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   RACHEL KREVANS (CA SBN 116421)
    rkrevans@mofo.com
4   JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
7   JASON R. BARTLETT (CA SBN 214530)
    jasonbartlett@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California 94105-2482
    Telephone: (415) 268-7000
10  Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17  APPLE INC.,                                Case No. 11-cv-01846-LHK (PSG)

18              Plaintiff,                     **[PROPOSED] ORDER REGARDING APPLE'S MOTION REGARDING SCHEDULE FOR BRIEFING OF NON-JURY CLAIMS**

19       v.

20  SAMSUNG ELECTRONICS CO., LTD., A
    Korean business entity; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
23
                Defendants.
24

25

26

27

28

[PROPOSED] Order Regarding Schedule for Briefing of Non-Jury Claims
11-cv-01846-LKH (PSG)

Plaintiff Apple Inc. ("Apple") filed a Motion Regarding Schedule for Briefing of Non-Jury Claims ("Apple's motion") requesting a briefing schedule for certain non-jury issues to be decided under Fed. R. Civ. P. 52(a).

Good cause having been shown, the Court hereby grants Apple's motion and adopts the following briefing schedule and page limits:

| Filing | Deadline |
|---|---|
| Apple's motion on all non-jury claims including waiver, equitable estoppel, unclean hands, and unfair competition (max. 20 pages) | September 21, 2012 |
| Samsung's opposition (max. 20 pages) | October 19, 2012 |
| Apple's reply (max. 10 pages) | November 9, 2012 |
| Hearing (if necessary) | December 6, 2012, at 1:30 p.m. |

**IT IS SO ORDERED.**

DATED: _____, 2012      _____
Hon. Lucy H. Koh
United States District Court Judge

[PROPOSED] Order Regarding Schedule for Briefing of Non-Jury Claims
11-cv-01846-LKH (PSG)