[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR ENFORCING JUDGMENT AND CERTAIN POST-VERDICT FILINGS** |

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for enforcement of the verdict or judgment entered by the Court and the filing of any bill of costs or motion for attorney's fees.

WHEREAS, the parties wish to avoid burdening the Court with unnecessary or multiple stages of filings while post-trial motions are pending;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1. Any attempt to execute or enforce the judgment, award, or verdict entered in favor of Apple and against Samsung (Dkt. Nos. 1931, 1933) shall be stayed until 14 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60 (but excluding any bill of costs or motion for attorney's fees under Rule 54); and on the basis of this stipulation Samsung hereby withdraws without prejudice its Motion for Stay of August 24, 2012 Judgment (Dkt. No. 1941).

2. Any motion for attorney's fees under Rule 54 shall be filed 14 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60. The parties agree to abide by the following deadlines and page limits for any motion for attorney's fees:

| **Filing** | **Deadline** |
| --- | --- |
| Motion for attorney's fees (max. 20 pages plus supporting documentation showing fees) | 14 days after entry of judgment resolving all post-trial motions filed under Rules 50, 52, 59, and 60 |
| Opposition (max. 20 pages) | 14 days after motion is filed |
| Reply (max. 10 pages) | 7 days after opposition is filed |
| Hearing (if necessary) | TBD by Court |

3. Any bill of costs under Rule 54 shall be filed 14 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60. The parties agree to abide by the following deadlines and page limits for any bill of costs:

| Filing | Deadline |
|---|---|
| Bill of costs | 14 days after entry of judgment resolving all post-trial motions filed under Rules 50, 52, 59, and 60 |
| Objections to bill of costs | 14 days after bill of costs is filed |
| Objections to the Clerk's taxation of costs (max. 15 pages) | 5 court days after the Clerk files the taxing of costs |
| Response to objections (max. 15 pages) | 3 court days after objections to the Clerk's taxation of costs are filed |
| Hearing (if necessary) | TBD by Court |

1  **IT IS SO STIPULATED.**

## ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: September 6, 2012

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Judge

| | |
|---|---|
| Dated: September 3, 2012 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:  */s/*  _____<br>        Michael A. Jacobs<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>APPLE INC. |

STIPULATION RE SCHEDULE FOR ENFORCING JUDGMENT AND CERTAIN POST-VERDICT FILINGS
11-cv-01846-LKH (PSG)

Dated: September 3, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By: _/s/_
Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

STIPULATION RE SCHEDULE FOR ENFORCING JUDGMENT AND CERTAIN POST-VERDICT FILINGS
11-cv-01846-LKH (PSG)

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis and Michael Jacobs have concurred in this filing.

Dated: September 3, 2012                    /s/
                                            Jason R. Bartlett

STIPULATION RE SCHEDULE FOR ENFORCING JUDGMENT AND CERTAIN POST-VERDICT FILINGS
11-cv-01846-LKH (PSG)