1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                    UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
18 | Plaintiff, | **NOTICE OF APPEARANCE** |
19 | vs. | |
20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
23 | Defendants. | |

02198.51855/4948832.1

Case No. 11-cv-01846-LHK
NOTICE OF APPEARANCE

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that John Mark Pierce of Quinn Emanuel Urquhart & Sullivan,

3   LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4   America, Inc. and Samsung Telecommunications America, LLC.

5   Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6   directed to:

7       John Mark Pierce (CA Bar No. 250443)
    johnpierce@quinnemanuel.com
8       865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
9       Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

10

11  DATED: September 7, 2012        QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
12

13

14                                    By   */s/ John Mark Pierce*
                                         Charles K. Verhoeven
15                                           Kevin P.B. Johnson
                                         Victoria F. Maroulis
16                                           Edward DeFranco
17                                           Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
18                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
19                                           TELECOMMUNICATIONS AMERICA, LLC

20

21

22

23

24

25

26

27

28