HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF GRANT L. KIM IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO DISSOLVE GALAXY TAB 10.1 PRELIMINARY INJUNCTION** |

I, Grant L. Kim, declare as follows:

1. I am an attorney in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and am competent to testify thereto. I make this declaration in support of Apple's Opposition to Samsung's Motion to Dissolve Galaxy Tab 10.1 Preliminary Injunction.

2. Attached as **Exhibit A** is a true and correct copy of an August 30, 2012 letter from counsel for Samsung to counsel for Apple, which asserted that the judgment reflecting the jury verdict that the Court entered on August 24, 2012, does not constitute a final judgment because it does not resolve injunctive relief, enhanced damages, and other issues.

3. Attached as **Exhibit B** is a true and correct copy of a Samsung announcement, dated April 11, 2012, which states that Samsung has unveiled its new Galaxy Tab 2 products for the U.S. market. This announcement is from Samsung's website, accessed September 10, 2012.

4. Attached as **Exhibit C** is a true and correct copy of a Best Buy web page that shows that the Galaxy Tab 2 10.1 (WiFi) is available for purchase, accessed September 7, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September, 2012 at San Francisco, California.

*/s/ Grant L. Kim*
Grant L. Kim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Grant L. Kim has concurred in this filing.

Dated: September 10, 2012        */s/ Michael A. Jacobs*
                                 Michael A. Jacobs

DECL. OF GRANT L. KIM IN SUPPORT OF APPLE'S OPP'N TO MOT. TO DISSOLVE PRELIMINARY INJUNCTION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3191964

2