# EXHIBIT B

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER | CART (0)

**SHOP PRODUCTS**        **BUSINESS SOLUTIONS**        **CONNECTED LIVING**
**MY ACCOUNT**           **SUPPORT**

Home > News > U.S. News

## Computing News

Tweet 0      Like 1      +1 0      Pin it

**News**

U.S. News
CES News
**Computing News**
Content/Service News
Digital Imaging News
Home Appliances News
Mobile News
Social Responsibility News
Special Events News
Sustainability News
TV + Video News

**Global News**

Global News

**Media**

Media Contacts

**Social Media Center**

Social Media Channels

April 11, 2012 in **Computing News**

### SAMSUNG Unveils New Galaxy Tab 2, Galaxy Players for U.S. Market

Highlights for Galaxy Tab 2 Include Integrated Universal RemoteIce Cream Sandwich™ and Expandable Storage; Galaxy Player Devices Deliver a Full Android™ Experience without monthly Service contracts

**RIDGEFIELD PARK, N.J., April 11, 2012** – Samsung Electronics America Inc., a market leader and award-winning innovator in consumer electronics, today unveils the latest additions to the popular Samsung Galaxy line of handheld and portable devices. The two new Galaxy Tab 2TM products and two new Galaxy Players TM continue to showcase Samsung's commitment to providing users with choice, flexibility and connectivity to the full Samsung ecosystem of products, apps and services.

**Galaxy Tab 2 – Powerful, Smart, Easy to Use**



The Galaxy Tab 2 Series, available in both 10.1" and 7.0" screen sizes, are powerful dual-core tablets running the latest version of Android - Ice Cream Sandwich. The devices feature an integrated IR blaster for universal remote capabilities, as well as an easily accessible memory card slot for convenient loading of multimedia files in a range of supported file formats.

The new tablets offer endless content access in a sleek design that can maximize the home entertainment experience. The Smart Remote App and built-in IR Blaster turns the Tab 2 into a universal smart remote, helping users easily find their favorite shows. Users can choose from more than 450,000 apps, access favorite movies and TV shows from Google Play or Media Hub, and surf millions of web pages with Adobe® Flash™ support.

In addition, the Galaxy Tab 2 products are fully Google certified for complete access to Google Play (formerly Android Marketplace) and competitively priced at $399.99 and $249.99, respectively – so consumers no longer need to compromise when selecting a tablet.

"These new Galaxy Tab 2 and Galaxy Player devices deliver what consumers have come to expect from all Samsung products – exceptional design, impressive connectivity options and a selection of choices for each type of person and user scenario," said **Tim Baxter, President, Samsung Electronics America**. "A one size fits all solution is just not sufficient."



**Galaxy Players put Android in the Hand – without Service Contracts**



With the two new Galaxy Players, available in 4.2 inch WVGA screen or 3.6 inch HVGA screen variants, gaming, videos and music are more fun than ever.

Easily connect to Wi-Fi hotspots anywhere to get instant access to the latest content. Users also can play their own video and music in a variety of formats, connect to other devices using USB 2.0 or Bluetooth 3.0 connectivity, or simply load the device via a micro SD card. Because the device runs on Android™ 2.3, Gingerbread, a world of apps is a touch away.

Plus, dual-stereo speakers (on the Galaxy Player 4.2) deliver an incredible music, video or gaming experience – anywhere.

The new Galaxy Tab 2 and Galaxy Players will be available for purchase at a variety of retailers including Best Buy, Amazon, Tiger Direct and others.  The Galaxy Player 3.6 is available now for $149.99 exclusively at Best Buy and soon at other retailers. The Galaxy Tab 2 7.0 will be available for preorder today at $249.99, and for purchase on April 22. The Galaxy Tab 2 10.1 and Galaxy Player 4.2 will both be available for pre-order on May 4 and for purchase on May 13, at $399.99 and $199.99 respectively.

**Take Note…**

Stay tuned for more information on other additions to the Galaxy Family.

Samsung U.S. News

Key Specs for Tab and Player devices:



More information can be found at www.samsung.com.

**About Samsung Electronics America**
Headquartered in Ridgefield Park, NJ, Samsung Electronics America, Inc. (SEA), a wholly owned subsidiary of Samsung Electronics Co., Ltd., markets a broad range of award-winning, digital consumer electronics and home appliance products, including HDTVs, home theater systems, MP3 players, digital imaging products, refrigerators and washing machines. A recognized innovation leader in consumer electronics design and technology, Samsung is the HDTV market leader in the U.S. Please visit www.samsung.com for information.

### Who We Are
About Samsung
Careers
Sustainability
News
Investor Relations

### Shop
Shopping Cart
Order History
Help with Your Order
Order Tracking

### What We Make

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
Vacuums
LED Lighting

### How can we help you ?
Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Samsung Wireless Accessibility
Contact us

Follow Us:

Business  |  Apps  |  Privacy  |  Legal  |  Sitemap  |  RSS  |  USA / English    +1  6.1k    Like  649k        Copyright © 1995-2012 SAMSUNG All rights reserved.

http://www.samsung.com/us/news/20155[9/10/2012 12:27:34 PM]