# EXHIBIT C

ADVERTISEMENT

AD FEEDBACK

Español | My Account | Order Status | Customer Service

**BEST BUY**

Store Locator | Weekly Deals | Credit Cards | Reward Zone

PRODUCTS | SERVICES | SHOPS & DEALS | GIFTS

Welcome.
Please create an account or Sign in.

 0 Items

**FREE SHIPPING** on everything at BestBuy.com. Exclusions apply. See details ›

Best Buy › Computers & Tablets › Tablets & iPad › Tablets › Product Info

## Samsung - Galaxy Tab 2 10.1 with 16GB Memory - Titanium Silver



**Model:** GT-P5113TSYXAR  **SKU:** 5215429

 4.4 of 5 (84 reviews)

**Shipping:** Usually leaves our warehouse in 1 business day

Estimate Arrival Time

**Store Pickup:**
Check Stores

   

 Learn about Store Pickup Plus

**Special Offers:**
- $20 Off In-Home Network Setup: See How
- Free $20 Gift Card: Find Out How
- Save $100 on Select Devices: See How
- $100 Off 1 Year of Tech Support: See How
- Free Shipping

**Best Buy Cardholder Offers:**
- 6-Month Financing
- Get 4% Back in Rewards: See How

**FREE SHIPPING**
**Our Price: $399.99**

 Add to Cart

 ADD TO WISH LISTS

**PROTECT YOUR PRODUCT**
1-Year Accidental Damage from Handling Plan
**$79.99**

2-Year Accidental Damage from Handling Plan
**$159.99**

 INCLUDE PLAN

---

| Overview | Specifications | Customer Reviews | Learn | Accessories |
|---|---|---|---|---|

**CUSTOMER REVIEWS**

 4.4  Read reviews (**84**)
Write a review

**Overall Samsung.com Rating**

 4.7  Read reviews from Samsung.com customers (194)

**HAVE QUESTIONS?**

Watch your video games and movies come to life in brilliant display with this Samsung Galaxy Tab 2 10.1 that features a TFT WXGA touch screen for simple viewing and navigation. Wi-Fi connectivity makes it easy to stay up-to-date while you're on the go.

**WHAT'S INCLUDED**
- Samsung Galaxy Tab 2 10.1 with 16GB Memory
- Lithium-polymer battery
- Owner's manual

**PRODUCT FEATURES**
- Android 4.0 Ice Cream Sandwich operating system
  Along with a dual-core processor allows you to stay connected and productive

**TECH SUPPORT**

 1 year of Tech Support $99.99 with qualifying purchase.
Learn more ›

**RELATED PRODUCTS**

 Samsung - Desktop Dock for Select Samsung Galaxy

Ask Mr. Samsung, fellow shoppers and Best Buy staff. Share your answers.



### Product Q&A

**104** Questions
**164** Answers

Ask. Answer. Learn.

- **Built-in 802.11b/g/n wireless LAN**
  Connect to the Internet without wires.

- **10.1" TFT WXGA touch-screen display**
  With 1280 x 800 resolution showcases your movies, videos and games in stunning clarity.

- **16GB on-board memory**
  Offers ample storage.

- **VGA front-facing webcam**
  Makes it easy to video chat with family and friends. The 3.0MP rear-facing digital camera allows you to capture special moments.

- **Digital media card reader**
  Supports microSD cards up to 32GB for storing or transferring media (memory card not included).

- **High-speed USB 2.0 port**
  For fast digital video, audio and data transfer.

- **Bluetooth 3.0 compatible**
  Easily link with other Bluetooth-enabled devices, such as a mobile phone or MP3 player.

- **Weighs only 1.3 lbs. and measures just 0.4" thin**
  For lightweight portability.

- **Preloaded apps**
  Include Google Talk, Samsung Apps, YouTube, Gmail, Netflix, Smart Remote, Google Maps, S planner, gallery, Google search, navigation, music hub, world clock, Polaris Office, game hub, ChatON and more.

- **Extended battery life**
  Of up to 11 hours to give you more time away from an outlet.

Tab Models
Our Price: $34.99

**Ads by Google**

**Name Brand Tablet PCs**
Compare Deals & Reviews On 2012's Best Rated Electronics! See Now.
ElectroPlanet.com

**$25 Unlimited Phone Plan**
(Free) Smartphone: Unlimited Minutes, Texting & Data. See Now!
FamilyVirtue.com

### SHARE THIS PRODUCT

Like    243 people like this. Add a comment 242 people like this.
Like

Tweet 2    +1 14



### Connect to the Internet On the Go

Find out how mobile broadband can connect you to the Internet from practically anywhere.

Learn more about connecting on the go ›

Product images, including color, may differ from actual product appearance.

---

**Ads by Google**

**Introducing Nexus 7**
The 7" tablet that brings you the best of Google. Buy now
play.google.com

**Samsung Galaxy 3 Sale**
40% Off On Samsung Galaxy 3 Jaw Dropping Offers - Shop With Us
DealHunter.us

**Samsung Galaxy S3 Offers**
Top 5 Samsung Galaxy S3 Deals Save Big on latest Android 4 Phone
ShopCompare.net/Samsung-Galaxy-S3

**Samsung Galaxy Tablets**
Samsung Galaxy Tablet Computers to Meet Your Needs. Find Deals & Save!
smarter.com



| GET A CARD | PRODUCT SUPPORT | ORDER SUPPORT | LEGAL | CORPORATE INFO | GET CONNECTED |
|---|---|---|---|---|---|
| Save Money with exclusive financing offers and earn Reward Zone points. | Installation & Delivery | Order Status | Conditions of Use | About Best Buy | Ask Twelpforce |
| | Warranties & PSPs | Shipping & Store Pickup | Legal Notices | News – The BBY | Join Us on Facebook |
| | Check Gift Card Balance | International Orders | Privacy Policy | Careers | Share Your Ideas |
| CREDIT CARDS | Product Recalls | Store Pickup | California Privacy Rights | For Our Investors | Community Forums |
| Apply Now | Trade-in Center | Returns & Refunds | California Supply Chain Transparency Act | Sustainability | Best Buy Phone & Tablet |
| Make a Payment | Recycling | Customer Service | | Community Relations | More Ways to Connect › |
| | PartStore | Price Match Guarantee | | Contact Us | |
| REWARD ZONE® PROGRAM | Marketplace Orders | | PARTNERSHIPS | Site Map | |
| Learn More | | | Developers | More Best Buy Sites | |
| Check Your Points | | | Affiliate Program | | |
| | | | Reward Zone Partners | | |
| | | | Advertise with Best Buy | | |

**Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)**

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003-2012 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.



