UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>a Korean corporation;<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>a New York corporation; and<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC,<br>a Delaware limited liability company,<br><br>   Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING IN PART APPLE'S MOTION REGARDING SCHEDULE FOR BRIEFING OF NON-JURY CLAIMS<br><br>(re: dkt. #1956) |

On September 4, 2012, Apple filed a Motion Regarding Schedule for Briefing of Non-Jury Claims, requesting that the Court set a briefing schedule for additional non-jury issues to be decided under Federal Rule of Civil Procedure 52(a), namely Apple's claims of waiver, equitable estoppel, unclean hands, and unfair competition. ECF No. 1956. On September 9, 2012, Samsung filed an opposition to Apple's motion, arguing that: (1) the Court's August 28, 2012 Scheduling Order requires Apple to raise any equitable claims in its Rule 50 motion and forecloses any additional briefing; (2) Apple's equitable claims are moot or will be mooted by the Court's rulings on the parties' Rule 50 motions; and (3) if Apple is granted additional briefing on its non-jury claims, then Samsung should also be granted additional briefing on its non-jury claims, namely

indefiniteness of the '163 Patent and Apple's design patents. ECF No. 1961. Apple filed a reply on September 10, 2012. ECF No. 1962.

The Court's August 28, 2012 Order set forth a briefing schedule on all motions that the parties had thus far identified they intended to bring. It did not foreclose the parties from bringing separate motions on equitable issues and issues of law not presented to the jury at trial. Accordingly, Apple's motion is GRANTED in part. The Court sets the following briefing schedule on the parties' respective motions on all outstanding non-jury issues:

| Filing | Deadline |
| --- | --- |
| Apple's motion on all non-jury claims, including waiver, equitable estoppel, unclean hands, and unfair competition (max. 12 pages) | September 21, 2012 |
| Samsung's opposition (max. 12 pages) | October 5, 2012 |
| Apple's reply (max. 7 pages) | October 12, 2012 |
| Hearing | December 6, 2012, at 1:30 p.m. |

| Filing | Deadline |
| --- | --- |
| Samsung's motion on all non-jury claims, including indefiniteness (max. 12 pages) | September 21, 2012 |
| Apple's opposition (max. 12 pages) | October 5, 2012 |
| Samsung's reply (max. 7 pages) | October 12, 2012 |
| Hearing | December 6, 2012, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: September 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART APPLE'S MOTION REGARDING BRIEFING SCHEDULE FOR NON-JURY CLAIMS