1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                       UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 17  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 18  Plaintiff, | **NOTICE OF APPEARANCE** |
| 19  vs. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 21  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 22  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23  Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Brett Dylan Proctor of Quinn Emanuel Urquhart &

3  Sullivan, LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung

4  Electronics America, Inc. and Samsung Telecommunications America, LLC.

5  Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6  directed to:

7  Brett Dylan Proctor (CA Bar No. 219354)
   dylanproctor@quinnemanuel.com
8  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
9  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

11  DATED: September 18, 2012          QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

14                                     By  */s/ Brett Dylan Proctor*
                                           Charles K. Verhoeven
15                                         Kevin P.B. Johnson
                                           Victoria F. Maroulis
16                                         Edward DeFranco
                                           Michael T. Zeller
17                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
18                                         INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4948819.1

-1-                              Case No. 11-cv-01846-LHK
                                 NOTICE OF APPEARANCE