1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,

20 |        Plaintiff,                           CASE NO. 11-cv-01846-LHK

21 |     vs.                                     **MANUAL FILING NOTIFICATION FOR EXHIBITS TO DECLARATIONS OF BRETT ARNOLD AND DIANE C. HUTNYAN**

22 | SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 | ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 | TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
        Defendant.
26

27

28

02198.51855/4914009.1

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits C, L, M, N, O, and R to the Declaration of Brett Arnold ("Arnold Declaration"); Exhibits 9 and 10, to the Declaration of Diane C. Hutnyan ("Hutnyan Declaration").

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. (*See* Dkt. 1911.) The exhibits were served on all parties on August 21, 2012. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

    _____ Voluminous Document (PDF file size larger than efiling system allowances)
    \_\_X\_\_ (Exhibits C, L, M, N, and O to the Arnold Declaration)
    _____ Unable to Scan Documents
    _____ Physical Object (description):
    _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
    \_\_X\_\_ (Exhibit R to the Arnold Declaration; Exhibits 9 and 10 to the Hutnyan Declaration)
    _____ Item Under Seal
    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
    _____ Other (description): _____

1  DATED: September 18, 2012          Respectfully submitted,

2                                     QUINN EMANUEL URQUHART &
3                                     SULLIVAN, LLP

4

5                                        By *Victoria F. Maroulis*
                                            Victoria F. Maroulis
6                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
7                                           INC. and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28