1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20                Plaintiff,                      **DECLARATION OF DIANE C.
                                                  HUTNYAN IN SUPPORT OF
21         vs.                                    SAMSUNG'S PROFFER OF WITNESS
                                                  TESTIMONY AND EXHIBITS**
22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
25 company,

26                Defendant.

27

28

<u>DECLARATION OF DIANE C. HUTNYAN</u>

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Jeffrey Johnson, Ph.D. Regarding Non-Infringement of U.S. Patent No. 7,469,381.

3. Manually filed herewith as Exhibit 2 is a true and correct copy of Samsung source code bearing the bates stamps SAMNDCA-C00000613-1391; SAMNDCA-C00001450-1526; SAMNDCA-C00001528-1908; SAMNDCA-C00001911-2265; SAMNDCA-C00002358-2476; SAMNDCA-C00002481-2529; SAMNDCA-C00002559-2899; SAMNDCA-C00002901-2975; SAMNDCA-C00003054-3555; SAMNDCA-C00003597-4086; SAMNDCA-C00004088-4416; SAMNDCA-C00004451-4524; and SAMNDCA-C00007811-8031.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the April 26, 2012 Deposition Transcript of Jeffrey Johnson.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the January 12, 2012 Deposition Transcript of Wookyun Kho.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the March 8, 2012 Deposition Transcript of Ioi Kim Lam.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the March 4, 2012 Deposition Transcript of Wookyun Kho.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the February 8, 2012 Deposition Transcript of Sun Young Yi.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from Samsung's Supplemental Responses to Apple's Interrogatory No. 16, dated March 8, 2012.

1  10. Manually filed herewith as Exhibit 9 is a true and correct copy of PX 66, a
2 demonstrative created by Apple's expert Karan Singh, which includes a video demonstrating the
3 "blue glow" functionality.

4  11. Manually filed herewith as Exhibit 10 is a true and correct copy of DX
5 2557, a demonstrative created by Samsung, which includes a video demonstrating the "blue glow"
6 functionality.

7  12. Attached hereto as Exhibit 11 is a true and correct public copy of the Initial
8 Determination on Violation of Section 337 and Recommended Determination on Remedy and
9 Bond.

10  13. Attached hereto as Exhibit 12 is a true and correct copy of U.S. Patent No.
11 6,498,590.

12  14. Attached hereto as Exhibit 13 is a true and correct copy of the Order
13 Granting Request for Ex Parte Reexamination.

14  15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the
15 Expert Report of David J. Teece, dated March 22, 2012.

16  16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the
17 April 19, 2012 Deposition Transcript of David J. Teece.

18  17. Attached hereto as Exhibit 16 is a true and correct copy of DX 618.

19  18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the
20 Expert Report of Eric Stasik, dated April 16, 2012.

21

22  Executed August 21, 2012, at San Jose, California.

23

24  *[signature]*
   Diane C. Hutnyan