# EXHIBIT 4

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4   APPLE INC., a California        )
    corporation,                    )
5                                   )
                    Plaintiff,      )
6                                   )
           vs.                      )  No: 11-CV-01846-LHK
7                                   )
    SAMSUNG ELECTRONICS CO., LTD,   )
8   a Korean business entity;       )
    SAMSUNG ELECTRONICS AMERICA,    )
9   INC., a New York corporation;   )
    SAMSUNG TELECOMMUNICATIONS      )
10  AMERICA, LLC, a Delaware        )
    limited liability company       )
11                                  )
                    Defendants.     )
12  _____ )

13

14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

15

16              DEPOSITION OF WOOKYUN KHO

17              San Francisco, California

18              Thursday, January 12, 2012

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 45308

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 2

1
2
3
4     Thursday, January 12, 2012
5     9:22 a.m.
6
7
8         Videotaped deposition of WOOKYUN
9     KHO, held at Morrison & Foerster, LLP,
10    425 Market Street, San Francisco,
11    California, pursuant to Subpoena before
12    Linda Vaccarezza, a Certified Shorthand
13    Reporter of the State of California.
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1     A P P E A R A N C E S:
2         QUINN EMANUEL URQUHART & SULLIVAN, LLP
3         Attorneys for Defendants
4             555 Twin Dolphin Drive
5             Redwood Shores, California 94065
6         BY:  MARK TUNG, Ph.D, ESQ.
7             marktung@quinnemanuel.com
8
9
10        MORRISON & FOERSTER, LLP
11        Attorneys for Plaintiff
12            425 Market Street
13            San Francisco, California 94105
14        BY:  HAROLD J. McELHINNY, ESQ.
15            MINN CHUNG, ESQ.
16            BROOKS M. BEARD, ESQ.
17        hmcelhinny@mofo.com
18        mchung@mofo.com
19        bbeard@mofo.com
20
21
22
23        ALSO PRESENT:  Rosa Kim, Samsung Electronics
24        INTERPRETER:  Ted Kyung-Gi Kim
25        CHECK INTERPRETER:  Lee Boese

Page 4

1         THE VIDEOGRAPHER:  Good morning.
2     This marks the beginning of the disk
3     labeled number 1 of the videotaped
4     deposition of Wookyun Kho in the matter
5     Apple Incorporated versus Samsung          09:19
6     Electronics Company, LTD, held in the
7     United States District Court for the
8     Northern District of California, San Jose
9     division.  Case number is 11-CV-
10    01846-LHK.                                  09:20
11        This deposition is being held
12    at 425 Market Street in the city of San
13    Francisco, California, taken on January
14    2012 at approximately 9:22 a.m.  My name
15    is Benjamin Gerald.  I am the legal video   09:20
16    specialist from TSG Reporting,
17    Incorporated, headquartered at 747 Third
18    Avenue, New York, New York.  The court
19    reporter is Linda Vaccarezza in
20    association with TSG Reporting.             09:20
21        At this time, will counsel
22    please identify themselves for the
23    record.
24        MR. MCELHINNY:  My name is Harold
25    McElhinny.  I represent Apple Inc.          09:21

Page 5

1         MR. CHUNG:  Minn Chung, same,
2     representing Apple.
3         MR. BEARD:  Brooks Beard with
4     Morrison Foerster representing Apple.
5         MR. TUNG:  Mark Tung from Quinn        09:21
6     Emanuel representing Samsung.
7         MS. KIM:  Rosa Kim from Samsung
8     in-house.
9         THE VIDEOGRAPHER:  Thank you.
10    Would the reporter please swear the         09:21
11    witness and interpreters.
12        WOOKYUN KHO,
13        Having been duly sworn, by the
14    Certified Shorthand Reporter, was
15    examined and testified as follows:         09:21
16        THE VIDEOGRAPHER:  Thank you.
17    Please proceed.
18        EXAMINATION
19    BY MR. MCELHINNY:
20    Q.   Good morning, Mr. Kho.  I            09:21
21    introduced myself before the deposition started,
22    but I'll do it again.  My name is Harold
23    McElhinny.  I'm an attorney in the United States,
24    and I represent Apple Inc.
25        And as you may know, Apple Inc.        09:22

2 (Pages 2 to 5)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 6

1  has sued your employer, Samsung Electronics, and
2  today, I'll be asking you some questions that
3  relate to that lawsuit.
4         You have just taken an oath to
5  tell the truth in this proceeding.  Do you    09:22
6  understand that?
7     A.   Yes.
8     Q.   And do you understand that those
9  oaths can be enforced in the United States by
10 criminal penalties against those who do not tell  09:23
11 the truth in a deposition?
12        MR. TUNG:  I object to the extent
13 it calls for a legal conclusion.
14        MR. MCELHINNY:  Did you get the
15 witness's answers?                            09:23
16    Q.   Would you answer my question,
17 please?
18    A.   Yes.
19    Q.   Sir, have you ever had your
20 deposition taken before in any kind of        09:23
21 litigation?
22    A.   No.
23    Q.   Have you ever given any testimony
24 under oath ever before in your life?
25    A.   No.                                   09:24

Page 7

1     Q.   How old are you?
2     A.   28.
3     Q.   What is your birthday?
4     A.   10/11/84.  I'm wondering whether
5  I'm, indeed, 28, going by American age.  I have  09:24
6  to do some figuring out whether that's correct or
7  not.
8     Q.   That's why I asked your birthday.
9  Sir, I'm going to ask you a series of questions.
10 My questions are going to be translated into   09:25
11 Korean by our translator here; your answers will
12 be translated back into English by our translator
13 and will be recorded by the court reporter.
14        Do you have any questions about
15 that process?                                 09:25
16    A.   No.
17    Q.   Are you taking any medication that
18 would interfere with your ability to answer
19 questions today?
20    A.   No.                                   09:25
21    Q.   You speak English, don't you,
22 Mr. Kho?
23    A.   I'm able to speak a little.  A
24 little.
25    Q.   You went to school at Columbia?   09:26

Page 8

1     A.   Yes.
2     Q.   In New York City?
3     A.   Yes.
4     Q.   For how many years, sir?
5     A.   Two years.                            09:26
6     Q.   Did you get a degree from that
7  program?
8     A.   Yes.
9     Q.   What was your degree?
10    A.   A master's degree.                     09:26
11    Q.   In what, sir?
12    A.   Computer and engineering field.
13    Q.   Did you do well?  Did you get good
14 grades?
15    A.   Yes, I think so.                       09:26
16    Q.   What language was that course
17 taught in?
18        MR. TUNG:  Objection.  Vague,
19 compound.
20        THE WITNESS:  I heard the lectures   09:27
21 in English.
22    Q.   And did you live in New York City
23 during that time?
24    A.   Yes.
25    Q.   Did you live off campus?              09:27

Page 9

1     A.   Right.
2     Q.   And for how long have you lived in
3  New York City?  Let me ask you a different
4  question.  How long in total during your life
5  have you lived in the United States?           09:27
6     A.   I lived for about two years.
7     Q.   And what year did you move back to
8  Korea, sir?
9     A.   2008.
10    Q.   Do you maintain a personal         09:28
11 Facebook account?
12    A.   Yes.
13    Q.   And under what name is that
14 account, sir?
15    A.   I'm wondering what you mean by       09:28
16 what name.  I just have it in my name.
17    Q.   Do you maintain it under a English
18 name, English spelling of your name?
19    A.   Yes.
20    Q.   And on that account, do you tell    09:29
21 people that you speak English?
22        MR. TUNG:  Objection.  Vague.
23        THE WITNESS:  I don't think there
24 are any instances of me telling people
25 that I can speak English.                     09:29

3  (Pages 6 to 9)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 10

```
 1        Q.   On that account, you don't
 2   describe one of your talents as speaking English?
 3        A.   I do not really recall.
 4        Q.   Okay.  Do you currently own any
 5   products manufactured by Apple?          09:30
 6        A.   Yes.
 7        Q.   And what products are those, sir?
 8        A.   iPhone, iPad, iMac, MacBook Air.
 9        Q.   Did you purchase your iPhone?
10        A.   Yes.                           09:30
11        Q.   And when did you purchase it?
12        A.   December of 2010.
13        Q.   Where did you purchase it?
14        A.   It was in Korea.
15        Q.   In Seoul?                      09:31
16        A.   Yes.
17        Q.   When did you purchase your iPad?
18        A.   Well, it's been a while, so I've
19   not recall that exactly.
20        Q.   Did you purchase your own iPad?   09:31
21        A.   No.  That was a gift.
22        Q.   From whom was that a gift?
23        A.   My girlfriend.
24        Q.   How long have you owned your iMac?
25        A.   Three years, two years, three   09:32
```

Page 11

```
 1   years.  I do not exactly recall.
 2        Q.   Did you purchase your iMac?
 3        A.   No.
 4        Q.   How did you obtain your iMac?
 5        A.   I was given that as a gift.     09:32
 6        Q.   By whom?
 7        A.   My girlfriend.
 8        Q.   How long have you owned your
 9   MacBook Air?
10        A.   About three months.  I think is   09:33
11   been about three months.
12        Q.   Did you purchase your MacBook Air?
13        A.   Yes.
14        Q.   And where did you buy it?
15        A.   I bought it in Korea.          09:33
16        Q.   In Seoul?
17        A.   I bought it from a website.
18        Q.   From the Apple website?
19        A.   No.  There was a place, an outfit
20   that represented itself as the official dealer   09:33
21   and I bought it from there.
22        Q.   Do you remember the name of that
23   website?
24        A.   It was called Family Purchase
25   Center.                                 09:34
```

Page 12

```
 1        Q.   By whom are you currently
 2   employed?
 3        A.   Samsung Electronics Company.
 4        Q.   How long have you worked for
 5   Samsung Electronics?                    09:34
 6        A.   It's been about three and a half
 7   years.
 8        Q.   What year did you start?
 9        A.   It was in 2008 that I joined the
10   company.                               09:35
11        Q.   Did any Samsung entity pay in any
12   way for the work that you did, the studying that
13   you did at Columbia?
14        A.   No.
15        Q.   Did you start to work with Samsung   09:35
16   Electronics as soon as you returned to Korea from
17   Columbia?
18        A.   Yes.
19        Q.   Have you ever worked for any other
20   company?                               09:36
21        A.   No.
22        Q.   During any of the time that you
23   have worked for Samsung, has anyone at Samsung
24   ever given you an Apple product for any purpose?
25        A.   I would like you to clarify,   09:36
```

Page 13

```
 1   describe what you mean by "given" or "give."
 2        Q.   I'm about to ask you a question,
 3   and in that question, I'm not asking you about
 4   the Samsung -- the Apple products that you own
 5   personally.  That's not what the question is   09:37
 6   about.
 7             My question is:  At your
 8   employment at Samsung, have you ever used any
 9   Apple products?
10        A.   Yes, I have used.             09:37
11        Q.   And what products have you used at
12   your employment?
13        A.   I have used iPhone and iPad.
14        Q.   Do you know what version of the
15   iPhone or versions you used?           09:38
16        A.   As for the iPhone, it was 3G S and
17   4, and as for iPad, the first generation, the
18   second generation, I have used two.
19        Q.   Now, I'm going to go back to the
20   ones that you actually own yourself.  What   09:39
21   version of the iPhone do you own?
22        A.   And by that, you're asking me what
23   I currently own?
24        Q.   Yes, please.
25        A.   It is iPhone 4.                09:39
```

4 (Pages 10 to 13)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 14

1    Q.   Is that the one you bought in
2  December 2010?
3    A.   Yes.
4    Q.   Have you previously owned other
5  earlier versions of the iPhone?          09:40
6    A.   Yes.
7    Q.   And what other versions have you
8  owned?
9    A.   I owned a 3G S.
10   Q.   What version of the iPad do you    09:40
11  currently own?
12   A.   iPad, the first generation.
13   Q.   Sir, what is your title at work?
14   A.   I'm an engineer.
15   Q.   Do you have a formal title?        09:41
16   A.   I do not understand what you mean
17  by a "formal title."
18   Q.   Do you have a business card?
19   A.   No, I do not.
20   Q.   At Samsung, you don't have a       09:41
21  business card?
22   A.   Well, if you request for a
23  business card, I would provide you with business
24  cards.  I never requested for one, so...
25   Q.   All right.  Let me make sure I     09:42

Page 15

1  understand it.  During the entire time that
2  you've worked at Samsung, three years, you've
3  never had a Samsung business card?
4    A.   No.  That's not it.  I did have a
5  business card before.                    09:42
6    Q.   And when you had a business card,
7  did it describe your job position on it?
8    A.   Yes.
9    Q.   And what was the description on
10  your business card?                      09:42
11   A.   An engineer.
12   Q.   Today, are you assigned to any
13  particular group or division at Samsung?
14   A.   Yes.
15   Q.   And what's the title of the        09:43
16  organization that you're assigned to?
17   A.   Advanced Development Software,
18  Group 1.
19   Q.   How many years are in that group?
20   A.   I do not know that exactly.        09:44
21   Q.   Are you in a special division, a
22  special division that is smaller than the entire
23  Advanced Development Software Group?
24   A.   Could that question be repeated,
25  please?                                  09:44

Page 16

1    Q.   Sure.  I'm going to ask it a
2  slightly different way.  Is the Advanced
3  Development Software Group divided into smaller
4  groups?
5    A.   Yes.  That's correct.             09:44
6    Q.   And just so that I have the
7  terminology right, what's the Korean term for the
8  smaller groups?
9    A.   By that, you're asking me to list
10  all the teams, are you?                  09:45
11   Q.   No.  I'm trying to figure out if
12  "team" is the right word to use.  Do you call
13  them "teams"?
14   A.   Yes.  That's correct, a team.
15   Q.   Thank you.  Are you part of a      09:46
16  specific team?
17   A.   Yes.
18   Q.   And what is the name of your team?
19   A.   2-D Visual Effect Team.
20   Q.   How many engineers are on the 2-D  09:46
21  Visual Effect Team?
22   A.   Eight.
23   Q.   What is the title of the person
24  who is in charge of the 2-D Visual Effect Team?
25   A.   An engineer.                       09:47

Page 17

1    Q.   What is the name of the person who
2  is in charge of the 2-D Visual Effect Team?
3    A.   Myself.
4    Q.   And just so that I'm clear, you're
5  not a senior engineer?                    09:47
6    A.   I'm not.
7    Q.   Okay.  Is there a position at
8  Samsung that is called senior engineer?
9    A.   Yes.
10   Q.   Do the other seven engineers on    09:48
11  the 2-D Visual Effect Team report to you?
12   A.   That would not be applicable to
13  all of them.
14   Q.   Okay.  How many of the engineers
15  in the 2-D Visual Effect Team report to you?  09:48
16   A.   Four.
17   Q.   To whom do the other three
18  engineers report?
19   A.   Well, they report to one of the
20  four people who report to me.             09:49
21   Q.   To whom do you report directly?
22   A.   There are several people.
23   Q.   All right.  Who are they?
24   A.   Currently, there is the senior
25  engineer, BYEONG-OK, Kim, common spelling.   09:50

5 (Pages 14 to 17)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 18

1  Senior engineer, DAE-WOON, MYEONG, common
2  spelling.  Correction with the last name.
3  Correction with the first name.  BYEONG-WOOK,
4  Kim.
5        Q.   Is senior engineer Kim responsible      09:51
6  for a group that is larger than a team?
7        A.   Correct.
8        Q.   And what is the name of the group
9  that he's in charge of?
10       A.   Application Framework.           09:51
11       Q.   And forgive my pronunciation, is
12  senior engineer Myeong responsible for a group
13  that is larger than a team?
14       A.   Yes.
15       Q.   And what is the name of his group?   09:52
16       A.   View System.
17       Q.   And just so I have my terminology,
18  would that be a considered a team or a group or
19  something else?
20       A.   It's called a team.             09:52
21       Q.   Okay.  Who is in charge of the
22  Application Development Software Group 1?
23       A.   The name of the group you just
24  mentioned could be -- I think it is wrong.
25  Perhaps could you ask me that again?       09:53

Page 19

1        Q.   Are you a member of something
2  called the Advanced Development Software Group 1?
3        A.   Right.
4        Q.   And who is in charge of that
5  group?                                09:54
6        A.   I do not know that for certain.
7        Q.   Have you -- during the time that
8  you've worked at Samsung, have you worked for any
9  other software group other than the Advanced
10 Development Software Group 1?             09:54
11       A.   Yes.
12       Q.   What other groups have you worked
13 for?  I'm going to ask it differently.  How long
14 have you worked in the Advanced Development
15 Software Group 1?                       09:55
16       A.   I think it's been a week or two.
17       Q.   Good.  How long have you been the
18 head of the 2-D Visual Effect Team?
19       A.   I think is been about two, three,
20 months.                              09:56
21       Q.   Was that a promotion?
22       A.   No.  That was not.
23       Q.   Okay.  What group were you in
24 immediately before you were in the Advanced
25 Development Software Group 1?           09:56

Page 20

1        A.   Google Android Group.
2        Q.   How long were you in the Google
3  Android Group?
4        A.   It was for about two years.
5        Q.   During the time that you were in   09:57
6  the Google Android Group, were you ever in charge
7  of the team?
8             MR. TUNG:  Objection.  Vague.
9             THE WITNESS:  For about three
10 months at the end, I had -- I was in        09:57
11 charge of a team.
12       Q.   What was the name of that team?
13       A.   2-D Visual Effect Team, but
14 commonly, it's referred to as just Effect Team.
15       Q.   I'm going to ask you a series of     09:58
16 questions about supervision in the Google Android
17 Group just before you left.
18            Just before you left that group,
19 to whom did you report?
20       A.   The way you phrased it, you said I   09:59
21 left the team, but it's not that I left the team
22 per se, but rather within that time frame, the
23 organizational structure changed.  So the name of
24 the team changed.
25       Q.   Okay.  What was the -- let's get a    09:59

Page 21

1  date.  What was the date of the organizational
2  restructuring?
3        A.   So by that, are you asking about
4  the change from Google Android to Advanced
5  Development Group?                     10:00
6        Q.   I am.
7        A.   I'm wondering whether that was at
8  the end of December last year, or I think it was
9  at the end of December.
10       Q.   Okay.  In November of last year,    10:00
11 who was your immediate supervisor?
12       A.   Senior engineer Byoeng-Wook Kim.
13       Q.   And in November of last year, to
14 whom did senior engineer Kim directly report?
15       A.   Vice president Min-Cheol Shin.  A   10:01
16 common spelling.
17       Q.   And what was the name of the group
18 that vice president Chin was in charge of?
19       A.   I do not know that exactly.
20       Q.   Okay.  Do you know what an          10:02
21 organization chart is?
22       A.   Yes.
23       Q.   Have you ever seen an organization
24 chart for the Google Android Group?
25       A.   Yes, I have.                    10:02

6 (Pages 18 to 21)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 22

1    Q.  Have you ever seen an
2  organizational chart for the Advanced Development
3  Software Group?
4    A.  I did not get to see the entire
5  chart.                              10:03
6    Q.  What was the nature of the chart
7  you got to see?
8    A.  I only looked at the
9  organizational units that were under vice
10  president Min-Cheol Chin, MIN-CHEOL CHIN.    10:04
11    Q.  Is vice president Chin part of --
12  today, part of the Advanced Development Software
13  Group?
14    A.  That is my understanding.
15    Q.  And do you know today the name of     10:04
16  the team or group that he's responsible for?
17    A.  I do not.
18    Q.  Do you bring your personal
19  computer to work on a regular basis?
20    A.  No.  That is not the case.     10:05
21    Q.  Okay.  Do you send work-related
22  e-mail on your personal computer?
23    A.  No.  That is not the case.
24    Q.  Do you receive work-related e-mail
25  on your personal computer?     10:06

Page 23

1    A.  No.  That is not the case.
2    Q.  Do you have a computer at work?
3    A.  Yes, I do.
4    Q.  And that is a computer that was
5  supplied by Samsung; is that correct?     10:06
6    A.  Yes, that's correct.
7    Q.  And do you send and receive e-mail
8  correspondence on that computer?
9    A.  Yes, that's correct.
10    Q.  Do you personally maintain files     10:06
11  of correspondence on your computer?
12    A.  No, they are mostly --
13  correction.  They are mostly maintained.  E-mails
14  are all stored.
15    Q.  How are e-mails stored?     10:07
16    A.  I use Outlook application.
17    Q.  Outlook permits you to open your
18  own files on your computer, correct, and store
19  correspondence in that?
20    A.  Yes, that's correct.     10:08
21    Q.  And do you do that?
22    A.  Yes.  Outlook does that
23  automatically for me.
24    Q.  If you get an e-mail and if you
25  delete that e-mail, do you know whether it is     10:08

Page 24

1  stored any place else in the company?
2    A.  No, I do not.
3    Q.  You don't know?
4    A.  I do not know.
5    Q.  Okay.  Other than e-mail, do you     10:09
6  personally keep other kinds of documents on your
7  computer?
8    A.  Yes, I do.
9    Q.  What other kinds of documents do
10  you keep on your computer?     10:09
11    A.  Well, I store this and that, so I
12  think it would be difficult for me to say
13  specifically that it's what, it's that, what.
14    Q.  Do you keep computer program
15  source code on your computer?     10:10
16    A.  Yes.  Some portion of it.
17    Q.  Do you keep software design
18  documents on your computer?
19    A.  I do not understand when you say
20  "software design document."     10:10
21    Q.  Okay.  Do you keep software
22  requirements documents on your computer?
23    A.  Yes, not that I store all of them,
24  but as to some, yes.
25    Q.  Okay.  What do you mean when you     10:11

Page 25

1  say "software requirements document"?
2    A.  I think them to be documents that
3  show how they should operate.
4    Q.  When you say "how they should
5  operate," what are the "they"?  How what should     10:12
6  operate?
7    A.  Well, there are instances when
8  software automatically runs by itself, but there
9  are more prevalent, other instances where the
10  user interacts, and thereby, the software would     10:13
11  operate.  And so this would be a document that
12  describes how it should operate per interaction
13  with the user.
14    Q.  Is it part of your work
15  responsibility at Samsung to actually write     10:13
16  software?
17    A.  Yes.  That's correct.
18    Q.  Is it part of your
19  responsibilities at Samsung to create
20  requirements documents?     10:13
21    A.  No.  That is not the case.
22    Q.  Do you, in your team, maintain
23  files of physical documents?
24    A.  No.  There are hardly any such
25  things.  So there is nothing that's maintained.     10:14

7 (Pages 22 to 25)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 26

```
 1        Q.   When did you first hear that Apple
 2  had sued Samsung?
 3        A.   I do not recall that exactly.
 4        Q.   Do you recall how you first
 5  learned?                              10:15
 6            MR. TUNG:  Let me caution the
 7       witness not to reveal any attorney-client
 8       communication.
 9            THE WITNESS:  Yes, I recall that.
10        Q.   And let's just start not with the    10:16
11  content, but how did you first learn?
12            MR. TUNG:  Again, I caution the
13       witness not to reveal substance of
14       attorney-client communication in your
15       answer.                           10:16
16            THE WITNESS:  I read that in a
17       newspaper article.
18        Q.   I don't want -- I don't want to
19  know the substance, but have you ever received
20  any notification from the company that there's a  10:16
21  lawsuit between Apple -- from Samsung -- that
22  there's a lawsuit between Apple and Samsung?
23            MR. TUNG:  Again, I caution you
24       not to reveal any notification that came
25       from an attorney.  He's asking not about  10:17
```

Page 27

```
 1       the substance of any communication, but
 2       if the notification contained certain
 3       information about the litigation, you
 4       should not include that in your answer.
 5        Q.   I'll make it very simple.  I'm      10:17
 6  just asking for a yes or no.
 7            MR. TUNG:  Let me clarify my
 8       instruction.  He's asking about
 9       notification of certain information, and
10       I'm saying if that information is coming   10:18
11       from an attorney, you should exclude that
12       from your answer.
13        Q.   With all that, I'm going to ask
14  you the question again so you have the question
15  in mind.                               10:19
16        Have you ever received any kind of
17  notification from your company that there is a
18  lawsuit between Apple and Samsung?  And I'm
19  asking just you to tell me yes or no.
20            MR. TUNG:  I'll give you the same     10:19
21       caution.
22            THE WITNESS:  No.
23        Q.   Okay.  Different question.
24  Different yes-or-no question.
25        Have you ever been notified by           10:20
```

Page 28

```
 1  Samsung that you should be taking steps to
 2  preserve documents in connection with this
 3  lawsuit?
 4        A.   Yes.
 5        Q.   When did you get that notice?        10:20
 6        A.   I do not really recall exactly
 7  when that was.
 8        Q.   Do you recall what year it was?
 9        A.   2010.
10        Q.   Have you personally taken any        10:21
11  steps to preserve documents in connection with
12  this lawsuit?
13        A.   No.  I haven't done anything just
14  for that purpose.
15        Q.   Okay.                     10:21
16            MR. TUNG:  We have been going
17       about an hour, whenever --
18            MR. MCELHINNY:  I have two more
19       questions.
20            MR. TUNG:  And then we can take a     10:21
21       break.
22        Q.   Different question.  Have you
23  personally ever search your computer records for
24  documents that might be relevant to this lawsuit?
25        A.   I would appreciate it if you could   10:21
```

Page 29

```
 1  ask me the question again.
 2        Q.   Sure.  Have you personally done
 3  any search of your computer records for documents
 4  that might relate to this lawsuit?
 5            MR. TUNG:  Do you have questions       10:23
 6       about privilege?
 7            MR. MCELHINNY:  Why don't we take
 8       our break.
 9            MR. TUNG:  Let me just make sure
10       he understands the scope.             10:23
11            MR. MCELHINNY:  No problem.  No
12       problem.
13            THE VIDEOGRAPHER:  The time is
14       10:25 a.m. and we are off the record.
15            (Recess taken from 10:25 a.m. to      10:23
16       10:42 a.m.)
17            THE VIDEOGRAPHER:  The time is
18       10:42 a.m. and we are back on the record.
19  BY MR. MCELHINNY:
20        Q.   Mr. Kho, have you personally ever    10:40
21  searched your computer records for documents that
22  might be relevant for this lawsuit?
23            MR. TUNG:  You can answer the
24       question about what you personally did.
25       Just omit communications with attorneys   10:41
```

8 (Pages 26 to 29)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 30

1    from your answer.
2         THE WITNESS:  Yes, I have searched
3    my computer.
4         Q.   And did you do that at the request
5    of some person?                         10:41
6         A.   Yes.  That's correct.
7         Q.   And what is the name of the person
8    that asked you to do that?
9         MR. TUNG:  I'm going to object and
10   instruct you not to answer the question.   10:42
11        Q.   Sir, when you did this -- how long
12   did it take you to do this search?
13        A.   Considering that I did that
14   several times, if you could pick out or point out
15   exactly when you're referring to, it would be   10:43
16   easier for me to answer.
17        Q.   Thank you.  How many times have
18   you searched your computer records for documents
19   that might be relevant to this litigation?
20        A.   Three occasions.            10:43
21        Q.   When was the first time?
22        A.   It was last year.  I don't recall
23   exactly.
24        Q.   Do you recall how many months ago
25   approximately?                         10:44

Page 31

1         A.   For sure, it was prior to
2    September, but it's just that I do not know how
3    far back that was.
4         Q.   Thank you.  When was the second
5    time?                                  10:44
6         A.   My recollection is that that was
7    either September or October of last year.
8         Q.   And when was the third time?
9         A.   I think that was last year,
10   December, either December or November.   10:45
11        Q.   I want to focus on the first time
12   that you did it.  What was the name of the person
13   who asked you to do that search?
14        MR. TUNG:  If the person is from a
15   legal department or attorney, I'll   10:45
16   instruct you not to answer, but you can
17   answer the question otherwise.
18        THE WITNESS:  I will not answer
19   that.
20        Q.   The second time, what was the name   10:46
21   of the person who asked you to do that search?
22        MR. TUNG:  I'll give you the same
23   instruction.  If the person is from the
24   legal department or an attorney, then I
25   instruct you not to answer, but you can   10:46

Page 32

1    answer the question otherwise.
2         THE WITNESS:  I will not answer
3    that.
4         Q.   And you're refusing to answer
5    because of your attorney's instruction; is that   10:46
6    correct?
7         A.   Yes.  That's correct.
8         Q.   Who was the person who asked you
9    to do the search the second time the same person
10   who asked you to do it the first time?  And I'm   10:47
11   only asking for a yes-or-no answer to that
12   question.
13        MR. TUNG:  So in light of your
14   answers to the previous two questions, I
15   instruct you not to answer that question.   10:47
16        THE WITNESS:  I will not answer.
17        Q.   What was the name of the person
18   who asked you to do the third search?
19        MR. TUNG:  I'll give you the same
20   instruction.  If the person is from the   10:48
21   legal department or an attorney, I
22   instruct you not to answer; otherwise,
23   you can answer the question.
24        THE WITNESS:  I will not answer.
25        Q.   I'm going to ask you about the   10:48

Page 33

1    first time you searched.  How long did that take
2    for you to do that search?
3         A.   I believe it took about two or
4    three hours.
5         Q.   Were you alone when you were doing   10:48
6    that, or was someone with you when you were doing
7    the search?
8         A.   I was by myself when I did my
9    first search.
10        Q.   Were you by yourself when you did   10:49
11   your second search?
12        A.   No.  I was not by myself.
13        Q.   Who was with you when you did the
14   second search?
15        MR. TUNG:  I'll give you the same   10:49
16   caution not to reveal the name of the
17   person who -- if that person is an
18   attorney or from the legal department,
19   but you can answer the question.
20        THE WITNESS:  I cannot disclose   10:50
21   the name.
22        Q.   Were you alone when you did the
23   third search?
24        A.   No, I was not by myself.
25        Q.   And who was the name of the person   10:50

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 34

1  who was with you the third time?
2        MR. TUNG: I'll give the same
3  instruction. If the person that was with
4  you was from the legal department or an
5  attorney, I instruct you not to answer,        10:50
6  but otherwise, you can answer the
7  question.
8        THE WITNESS: I will not answer.
9     Q.  I want to ask you about the most
10 recent time, the third search. When you did that   10:51
11 search, did you search for certain words?
12    A.  Yes. That's correct.
13    Q.  And were some of those words in
14 English?
15    A.  Yes, some were English words.        10:51
16    Q.  And can you remember the English
17 words you searched for?
18    A.  "Apple." On the occasion of the
19 third search, other than "Apple," there is
20 nothing I can recall now.        10:52
21    Q.  Okay. Did you search for the word
22 "Apple" in the first search that you did?
23    A.  No. That was not the case.
24    Q.  Did you search for the word
25 "Apple" in the second search that you did?        10:53

Page 35

1     A.  No. On the occasion of the second
2  search, I did not use that word.
3     Q.  On the third search, the most
4  recent one, did you search for any Korean words?
5     A.  Yes, I did.        10:53
6     Q.  And did you give me a list of the
7  Korean words that you searched for?
8     A.  "Apple" as is written in Korean
9  character, and I don't know if this -- this may
10 not be a Korean word, per se, but a combination   10:54
11 of English alphabet and Chinese character, and
12 the Korean transliteration is A-sa, meaning "a
13 company."
14    Q.  When you did the first search, did
15 you search for any Korean terms?        10:55
16    A.  Yes, I did.
17    Q.  Can you tell me to the best of
18 your recollection what terms you searched for in
19 the first search?
20    A.  Bounce, bouncing, bouncing effect,   10:55
21 bounce effect, list bouncing. I think that's
22 about it.
23    Q.  Did you search for any English
24 words in the first search?
25    A.  Yes, in my first search, I also        10:56

Page 36

1  used English words.
2     Q.  And what were those?
3     A.  This would match up with the
4  Korean words that I just mentioned to you.
5  Namely, bouncing effect, bounce effect, bounce,   10:57
6  bouncing, list bouncing.
7     Q.  Did you search for any other terms
8  that you haven't told me the first time around?
9     A.  I think there were some more.
10 It's just that I do not exactly recall.        10:57
11    Q.  Do you recall any terms you
12 searched for in the second search?
13    A.  Yes, I recall some.
14    Q.  And which -- can you tell me the
15 ones that you recall, please.        10:58
16    A.  iPhone and iPad were used in both
17 languages, Korean and English.
18    Q.  Do you recall any others?
19    A.  I do not recall any more for the
20 second search.        10:59
21    Q.  Are you the person who decided
22 what terms to search for?
23    A.  No, I wasn't.
24    Q.  Who gave you the list of terms to
25 search for?        10:59

Page 37

1        MR. TUNG: So if the person is on
2  the legal team or an attorney, I direct
3  you not to provide the name, but you can
4  otherwise answer the question.
5        THE WITNESS: I cannot answer the        11:00
6  question.
7     Q.  I'm going to change subjects now,
8  Mr. Kho. You testified this morning that while
9  you were employed at Samsung, you were provided
10 with an iPhone 3G S; is that correct?        11:00
11    A.  I don't think I ever said that.
12    Q.  While you were employed by
13 Samsung, did you ever use an iPhone 3G S that was
14 provided to you by Samsung?
15    A.  I have used it for the purpose of        11:01
16 testing.
17    Q.  Fair enough. I want to use your
18 language. So that's what I'm trying to get to.
19 So while you were employed by Samsung, you were
20 given an iPhone 3G S to test it; is that correct?   11:01
21    A.  I would like to ask a question
22 back to you. When you say "given" or "gave,"
23 whether that you gave that the company, gave it
24 to me?
25    Q.  I can see what word is giving you        11:02

10 (Pages 34 to 37)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 38

1   trouble, so let's see if we can focus that for a
2   minute.  Did you ever test, while you worked at
3   Samsung, did you ever test an iPhone 3G S?
4       A.   I have used iPhone 3G S.
5       Q.   From where did you obtain that          11:03
6   phone?
7       A.   This was a device that was just at
8   the company.
9       Q.   How did it come to you?
10      A.   Well, there is a person who has         11:04
11  that.  I just briefly borrowed it.
12      Q.   And who was the name of the person
13  that you borrowed it from?
14      A.   I do not recall that exactly.
15      Q.   Was this person an engineer on          11:04
16  your team?
17      A.   This was not a person who works in
18  the same team as I.
19      Q.   What team did this person work on?
20      A.   I do not recall the name of the         11:05
21  team exactly.
22      Q.   How did you know that this person
23  had an iPhone 3G S?
24      A.   I knew it just because that person
25  were managing, not just the iPhone 3G S, but, say   11:06

Page 39

1   pretty much all the competitor's cellular phones.
2       Q.   What plant did you work at?
3       A.   I do not work as a plant, per se.
4       Q.   Okay.  What office?  What is the
5   office address that you work?                 11:07
6       A.   I work at an office that's located
7   in the city of SUWON of KYEONGGIDO of South
8   Korea.
9       Q.   Does that office have a name at
10  Samsung?                                      11:07
11      A.   Yes, it does.
12      Q.   And what is the name of that
13  office?
14      A.   R-3.
15      Q.   This person from whom you borrowed      11:08
16  the iPhone 3G S, does that person work at R-3?
17      A.   Yes, at the time, he worked at
18  R-3.
19      Q.   When was this that you borrowed
20  the phone from this person?                   11:08
21      A.   I believe it was around August or
22  September of 2010.
23      Q.   Do you remember how long you had
24  it, the iPhone, the iPhone 3G S?
25      A.   I believe it was for a day or two.      11:09

Page 40

1       Q.   Did you borrow this iPhone 3G S as
2   part of an assignment that you had been given?
3       A.   Right, I borrowed it, and in the
4   midst of carrying out my work, in the interim, I
5   briefly needed it.                           11:11
6       Q.   Briefly?
7       A.   Needed it.
8       Q.   What was the work that you were
9   doing that caused you to need an iPhone 3G S?
10      A.   There is something similar to the       11:11
11  work I was carrying out.  So I borrowed it for
12  comparison purpose.
13      Q.   And what was the work that you
14  were carrying out?
15      A.   I was carrying out the work of          11:12
16  improving on the bouncing effect.
17      Q.   So that we all understand and are
18  using the same terms, what do you mean when you
19  say "bouncing effect"?
20      A.   My understanding of it is that          11:13
21  this is an effect in order to let the user know,
22  say when there is a list, in order to let the
23  user know that it is done or over with, when the
24  list reaches the end.
25      Q.   When did you start working on the        11:14

Page 41

1   bounce effect?
2       A.   I believe that was around the
3   start of the year 2010.
4       Q.   You mentioned this morning that
5   while you've been employed at Samsung, you've      11:15
6   used an iPhone 4; is that correct?
7            Whatever is here does not make
8   sense, so I'm going to ask a different question.
9            You mentioned this morning that
10  while you worked at Samsung, you used an iPhone    11:15
11  4; is that correct?
12      A.   I personally have an iPhone 4.
13      Q.   I understand that.  But didn't you
14  also tell me that you obtained one, you got one
15  at work to test as well?                      11:16
16           Let me ask you a different
17  question.  While you've been working at Samsung,
18  have you tested a iPhone 4 as part of your
19  employment?
20      A.   Yes, I have tested iPhone 4.            11:16
21      Q.   All right.  And did you test your
22  own personal iPhone 4 or did you test some other
23  iPhone 4?
24      A.   I have used my personal phone as
25  well as the one that was at the company as well.   11:17

11 (Pages 38 to 41)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 42

1    Q.   Okay.  I don't want to talk about
2    yours; I want to talk about the one that was at
3    the company.  Okay?
4         When did you test -- when did you
5    get access to the one that was at the company?    11:18
6    A.   It was at the same time when, as
7    when I had borrowed iPhone 3G S.
8    Q.   Did you borrow the iPhone 4 from
9    the same person?
10   A.   Yes, it was borrowed from the same    11:18
11   person.
12   Q.   And you don't remember what
13   organization that person is in?
14   A.   It's just that I know physically
15   where it is, but I do not know the name of the    11:19
16   organization that he belongs to.
17   Q.   Physically, where is he?
18   A.   Are you asking about the current
19   location?
20   Q.   Sure.                              11:19
21   A.   The person who handles this or
22   these is at the same location, and -- but then
23   the personnel may change.  So I would not know
24   the exactly the location of the person, but I do
25   know the location where I need to go to borrow.    11:20

Page 43

1    Q.   Where is that?
2    A.   Currently, that's at the 18th
3    floor of R-3.
4    Q.   What floor are you on at R-3?
5    A.   Likewise, on the 18th floor.    11:21
6    Q.   You mentioned this morning that
7    you had also borrowed an iPad 1, correct?
8    A.   Well, it's correct that I have
9    borrowed iPhone 3G S and iPhone 4.  Well, what's
10   confusing me now is that as far as -- as far as    11:22
11   the borrowing this, I don't think that was asked
12   this morning.  Was it?
13   Q.   We'll have a record of it.
14        THE INTERPRETER:  Hold on.
15        Correction.  This morning, I did talk    11:23
16        about iPhone 3G S and iPhone 4 I have,
17        but what's confusing me now that as far
18        as borrowing this, I don't think that was
19        asked this morning, was it?
20   Q.   Let me ask a simple question.    11:23
21   During the time that you've been employed at
22   Samsung, have you ever done any testing or
23   analysis of an iPad 1?
24   A.   iPhone 1 -- correction.  iPad 1
25   was also used for comparison purpose, as was the    11:24

Page 44

1    case with iPhone 3G S and iPhone 4.
2    Q.   When you did the comparisons on
3    the iPad 1, when did you do that?
4    A.   That was at the same time when I
5    did the work, having borrowed iPhone 3G S and    11:25
6    iPhone 4.
7    Q.   Okay.  At any time that you've
8    been employed at Samsung, have you ever done
9    testing or analysis of an iPad 2?
10   A.   I have done compare -- I have used    11:25
11   iPad 2 for the comparison purpose.
12   Q.   Was that at the same time as these
13   other three?
14   A.   No.  I don't think at that time
15   frame, iPad 2 was around.    11:26
16        MR. MCELHINNY:  We are going to
17   change the tape.
18        THE VIDEOGRAPHER:  This marks the
19        end of Disk Number 1 in the deposition of
20        Wookyun Kho.  The time is 11:27 a.m. and    11:26
21        we are off the record.
22        (Luncheon recess was taken from
23        11:27 a.m to 12:57 p.m.)
24        THE VIDEOGRAPHER:  This marks the
25        beginning of Disk Number 2 in the    12:56

Page 45

1         deposition of Wookyun Kho.  The time is
2         12:57 p.m. and we are back on the record.
3    BY MR. MCELHINNY:
4    Q.   Mr. Kho, before I go back to where
5    we stopped, I have a follow-up question on    12:56
6    something I asked you earlier.  Was the person
7    who sat with you when you did your second
8    document search, was that person a member of
9    Samsung's legal department?
10   A.   Yes.                              12:56
11   Q.   Was that person a lawyer from the
12   United States?
13        MR. TUNG:  Objection.  Lacks
14        foundation.
15        THE WITNESS:  I do not recall that    12:57
16        exactly.
17   Q.   Now I'm going to go back to where
18   we stopped before lunch.
19        And we stopped, I think I just
20   started to ask you about using the iPad 2 at    12:57
21   work.  Do you remember when you tested or looked
22   at the iPad 2 at work?
23   A.   Yes, I do.
24   Q.   And when was that?
25   A.   My recollection is that that was    12:58

12 (Pages 42 to 45)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 46

1   around April or May of last year.
2       Q.   2011?
3       A.   Yes.
4       Q.   From whom did you get the iPad 2
5   that you looked at?                        12:58
6       A.   I borrow it from my then boss at
7   the time.
8       Q.   And do you remember your boss's
9   name at the time?
10      A.   Yes, I do.                        12:59
11      Q.   And what was his name?
12      A.   Byeong-Wook Kim, senior engineer.
13      Q.   Was it -- was it Mr. Kim?  Do I
14  have that right?
15      A.   Yes.  That's correct.             01:00
16      Q.   And in April or May of 2011, was
17  Mr. Kim in charge of some team or organization?
18      A.   Yes.
19      Q.   And what was the name of that
20  team?                                      01:00
21      A.   Effect Team.
22      Q.   Did you take Mr. Kim's position
23  when you became head of Effect?
24      A.   Yes, I was handed the work that
25  was being left.                            01:01

Page 47

1       Q.   And is Mr. Kim -- do you know if
2   Mr. Kim is still employed at Samsung?
3       A.   Yes.  That's correct.
4       Q.   And do you know what his
5   responsibilities are today?               01:01
6       A.   Yes, I do.
7       Q.   And what are those?
8       A.   Well, in fact, I do not really
9   know as to the entire purview of his work, but at
10  least for some of it, there is something called a    01:02
11  clipboard, and he does the work of creating
12  clipboards, and he does other miscellaneous this
13  and that.  Some effects.  I don't know if I can
14  necessarily call them effects.  And also, I don't
15  know if I can combine all his activities into        01:03
16  just one, categorize as particular one.  I think
17  he does a little bit of this and a little bit of
18  that, and so I cannot really necessarily -- would
19  not be able to necessarily characterize it as a
20  certain thing.  But I could say that he mainly        01:03
21  does the work related to animation.
22      Q.   Is he the head of any team today?
23      A.   Yes, that's correct.
24      Q.   And what team is he the head of?
25      A.   Well, the team name is what I do        01:03

Page 48

1   not exactly know now.
2       Q.   Okay.  Is he still in the Advanced
3   Development Software Group?
4       A.   Yes.  Along with me, yes.
5       Q.   And is he still in part of that        01:04
6   group that reports to vice president Chin?
7       A.   I understand that to be the case,
8   at least up until the point that I came here.
9       Q.   Okay.  I'm going to jump around
10  now.  I want to go back to August or September        01:05
11  2010 when you looked at the two phones and the
12  iPad.  Did you borrow all three of those items at
13  exactly the same time?
14      A.   That was not the case.
15      Q.   Okay.  Do you remember the order        01:06
16  in which you looked at them?
17      A.   I do not recall that exactly.
18      Q.   Okay.  Can you tell me
19  specifically what it was you were looking at these
20  Apple devices?                                01:06
21      A.   Yes.
22      Q.   Please do.
23      A.   At the time, the work I was doing
24  was to improve the performance of the bouncing
25  effect, and because of that, I had borrowed to        01:07

Page 49

1   make comparisons with the devices.  And I'm going
2   to just cut a little bit of time in my testimony.
3       Q.   Sure.
4       A.   And I'm sorry.  What was the
5   question?                                    01:07
6       Q.   That's the problem with cutting
7   into your testimony.  It's a skill.  My question
8   is:  I want to hear in your words why it was that
9   you were looking at these devices?
10      A.   At the time, I was involved in the        01:08
11  work of improving the bouncing effect, and iPhone
12  and iPad had effects that were similar in
13  appearance or the shape, and -- but relatively
14  speaking, they were -- they seem to be operating
15  more smoothly.                                01:09
16           And so what I wanted to do is to
17  make comparisons with our company's devices, and
18  thereby try to improve, try to figure out how to
19  go back improving on the performance.  And so
20  this was a part of that work of making        01:10
21  comparisons.
22           So this was one of the device --
23  one of the many that I make comparisons with.
24      Q.   So if we focus on the work that
25  you were doing in this August/September 2010 time        01:10

13 (Pages 46 to 49)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 50

1   frame, that's when I want to focus on right now.
2   Were you working -- let me ask a basic question.
3           You say you wanted to improve the
4   bounce effect.  Do you mean improve the bounce
5   effect in a Samsung product?                01:11
6       A.   Yes.  That's correct.
7       Q.   Okay.  At this time frame, August
8   and September, were you working with a specific
9   Samsung product?
10      A.   Yes, there was a product that      01:12
11  was working with.
12      Q.   And what was that product?
13      A.   I think there were two.  Galaxy S1
14  and Galaxy Tab, the first generation, one with
15  seven inches.                               01:12
16      Q.   And forgive me.  I should know
17  this but I don't.  In August or September of
18  2010, was the Galaxy S1 released to the
19  marketplace?
20          MR. TUNG:  Objection.  Lacks        01:13
21  foundation.
22          THE WITNESS:  As to whether Galaxy
23  S1 was being sold at the time, I do not
24  exactly recall.
25      Q.   Okay.  Did you understand at this  01:13

Page 51

1   time, in August of 2010, that you were working on
2   a research and development project for future
3   products?
4       A.   Because I do not remember whether
5   Galaxy S1 had been released or not, therefore I   01:15
6   would not know exactly sure on that.  I'm not,
7   not exactly -- I was -- I would not exactly know
8   on that.  But a Galaxy Tab 1 had not been sold
9   yet, so you could say that this was part of
10  research and development work for future        01:15
11  products.
12      Q.   Again, I'm going to keep saying
13  this just so that -- we'll talk about other time
14  periods, but right now, I'm talking about
15  August/September 2011 when you were doing this   01:15
16  comparison.  Do you remember what Samsung
17  products you compared the Apple products to?
18      A.   Yes, I do.
19      Q.   And what were those, sir?
20      A.   Galaxy S1 and Galaxy Tab, the      01:16
21  first generation.
22      Q.   Did you participate in any way in
23  writing the software for the bounce function in
24  the Galaxy S1?
25          MR. TUNG:  Objection.  Vague.       01:17

Page 52

1           THE WITNESS:  Yes, I participated
2   in the development of the bounce effect
3   that went into S1.
4       Q.   Were you in charge of the team
5   that did that software writing?              01:17
6       A.   No.  That was not the case.
7       Q.   And who was in charge of that
8   case?
9       A.   Senior engineer SEUNG-YUN Lee,
10  LEE.  Common spelling.                       01:18
11      Q.   Does senior engineer Lee still
12  work for Samsung?
13      A.   Yes, he does.
14      Q.   What is his position today at
15  Samsung?                                     01:19
16      A.   Well, it's a lady, and she is a
17  senior engineer.
18      Q.   Is she the head of any team?
19      A.   I do not really know.
20      Q.   When did the project of writing   01:19
21  the bounce function for the Galaxy S1 begin?
22          MR. TUNG:  Objection.  Vague.
23          THE WITNESS:  The work was already
24  ongoing when I first joined the Android
25  Team.                                        01:20

Page 53

1       Q.   When did you first join the
2   Android Team?
3       A.   January of 2010.
4       Q.   Did you personally participate in
5   any way in writing software for the bounce      01:20
6   function for the Galaxy Tab, first generation?
7       A.   Galaxy Tab.
8           MR. TUNG:  Objection.  Vague.
9           THE WITNESS:  Yes.  I have
10  participated in the development process         01:21
11  of the bouncing effect that went into
12  Galaxy Tab, the first generation.
13      Q.   Who was in charge of the project
14  of writing the software for the bounce effect in
15  the Galaxy Tab, first generation?               01:21
16      A.   That was Seung Yun Lee, senior
17  engineer.
18      Q.   When did the project for writing
19  the software for the bounce effect for the Galaxy
20  Ten, first generation begin?                    01:22
21          MR. TUNG:  Just to clarify, you
22  mean Galaxy Tab?
23          MR. MCELHINNY:  Yes, please.
24          THE WITNESS:  Well, that time
25  frame is a little vague in that even            01:23

14 (Pages 50 to 53)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 54

1  though the devices may change, the same
2  source code is used, so it would be
3  difficult to say when that was created.
4      Q.  Have you personally participated
5  in writing source code for the bounce function in          01:23
6  any product other than the two that we have
7  mentioned?
8      A.  Yes, I have participated in
9  writing or creating source code.
10     Q.  Can you tell me all of the other          01:24
11 products for which you participated in writing
12 their bounce software?
13     A.  They would be too numerous for me
14 to list, but I have participated in all of the
15 products starting from the Galaxy 1 where the          01:25
16 bounce effect goes in.  Galaxy S1.
17     Q.  During the year 2010, did you ever
18 see a requirements document that described the
19 desired functions of the bounce effect?
20     A.  Yes, I think so.          01:26
21     Q.  When was the first time you saw
22 such a requirements document?
23     A.  I think I saw that when I first
24 participated in the bouncing effect work.
25     Q.  And is it -- is this correct -- I          01:27

Page 55

1  don't know the answer -- is it correct that there
2  would be a different requirements document for
3  each product?
4      A.  And you're confining your question
5  only as to bouncing effect?          01:27
6      Q.  Yes.
7      A.  No.  They are not different per
8  each product.  They are all the same.
9      Q.  Okay.  Are you still working on
10 writing bounce software today?          01:28
11     A.  Yes.  I am participating in the
12 development work of bouncing software.
13     Q.  And in doing that work today, are
14 you still working from requirements documents?
15     A.  Yes, of course.          01:28
16     Q.  Okay.  Are the requirements
17 documents for bounce effect that you are working
18 off of today the same requirement document that
19 you were working off of in January 2010?
20     A.  No.  That is not the case.          01:29
21     Q.  Have they changed over time?  Have
22 there been versions?
23     A.  Yes.  There have been some --
24 there have been -- continued to be some changes,
25 and concepts have also changed.          01:30

Page 56

1      Q.  Okay.  Do these requirement
2  documents have a title page on them of some kind?
3      A.  Typically, many of them are
4  combined, and the name of the title page is
5  commonly referred to as Winset.          01:31
6      Q.  And when the -- is the bounce
7  effect commonly combined under a single title
8  with other effects?
9          MR. TUNG:  Objection.  Vague.
10         THE WITNESS:  I would not exactly          01:32
11     know precisely what's meant by "combined"
12     here, but it's under the banner, if you
13     will, of effect, that it's classified the
14     same manner.
15     Q.  Okay.  If you went today to just          01:32
16 pull out whatever the current requirements
17 document is, what title would you be looking
18 for?  What do you think is on the cover of that
19 document?
20     A.  I think I would look for a          01:33
21 document that has "Winset" written on it.
22     Q.  Anything else?  That's a bad
23 question.  Let me ask.  Is there more than one
24 Winset document?
25     A.  Yes, there are lots.          01:33

Page 57

1      Q.  So how would you know which Winset
2  document you were looking for?
3      A.  I would think it would suffice to
4  look at the Winset document that was created most
5  recently.          01:34
6      Q.  Where does the name "Winset" come
7  from?  What does that mean?
8      A.  This is a name that we have been
9  using internally at the company from before, and
10 by Winset -- when is -- when you call a Winset,          01:35
11 it means the components that would comprise a
12 screen at the time of creating a program.
13     Q.  I'm going to go back to
14 August/September 2010.  As of August of 2010, to
15 your knowledge, was Samsung selling any device          01:36
16 that had a bounce function?
17     A.  Although I do not have a precise
18 recollection on this, I think there was or were.
19     Q.  And can you tell me the name of
20 that product?          01:37
21     A.  Just that I'm not quite certain
22 whether Galaxy S1 had been released or not, and
23 if it had been released, then Galaxy S1 would
24 have had the bounce effect.  And as for products
25 prior to that time frame, I do not exactly know          01:38

15 (Pages 54 to 57)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 58

1    their names.
2        Q.   Do you know if Samsung sold a
3    product that had a bounce function -- I'm sorry.
4    Do you know whether or not Samsung sold a product
5    that had a bounce effect before the Galaxy S1?    01:38
6        A.   My recollection is that there was
7    or were Android phone that was made prior to
8    Galaxy S1, and my recollection is that I saw
9    bounce effect on that.
10       Q.   Okay.  Had you written software,    01:39
11   you personally, written software for the bounce
12   effect before August of 2010?
13       A.   By that, did you mean to ask me
14   whether I personally and separately wrote codes?
15       Q.   I'll ask you a new question.  I    01:40
16   want to know whether you had done any work
17   writing bounce software code before August of
18   2010.
19       A.   I had continued to engage in that
20   type of work even at that time frame.    01:41
21       Q.   So the answer is yes, you had
22   written software for bounce before you ever
23   tested the Apple product?
24       A.   Yes.  That's correct.
25       Q.   Okay.    01:41

Page 59

1        A.   I had continued to write software
2    before.
3        Q.   And is it your testimony that in
4    August or September of 2010, you compared the
5    bounce function on an Apple phone to the bounce    01:42
6    function that already existed on a Galaxy S1
7    phone?
8        A.   Yes.  I did.
9        Q.   If today, you wanted to locate the
10   software that had been loaded on the Galaxy S1    01:42
11   that you tested in August 2010, how would you
12   find that software?
13       A.   Considering that I have continued
14   to do this work, and also, the location or
15   locations have not varied or changed a great    01:43
16   deal, I believe I could locate it without much
17   difficulty.
18       Q.   And is that because Samsung stores
19   historical versions of software?
20       A.   So right now, I take it that what    01:44
21   you're asking me is as to the software that was
22   used for comparison purpose, that what had gone
23   into Galaxy S1 previously, and am I correct in
24   understanding your question that if you were to
25   provide me with that software, where within that    01:45

Page 60

1    software I could locate the bounce effect?
2        Q.   We are halfway there.  My question
3    is: If you wanted to find the software that was
4    loaded on the S1 that you compared in August
5    2010, how would you find that software?    01:46
6        A.   I'm not certain of this hundred
7    percent, but I would think that if I looked for
8    in the e-mails, they could possibly be located.
9        Q.   Is that e-mails that you sent?
10       A.   Some I had sent; some I have    01:47
11   received.
12       Q.   As part of the document searches,
13   the three searches that you have done so far,
14   have you ever looked for that software?
15       A.   Well, that is the software would    01:47
16   be listed as an attached file.  So I did not
17   necessarily have to open this thing of old, but
18   my recollection is that that e-mail came up at
19   the time of this search.
20       Q.   I'm going to switch subjects on    01:49
21   you for a minute.  I want to go back to
22   requirements documents for a minute.  And I want
23   to talk specifically about the requirements
24   documents that include the bounce effect.  So I
25   think I'm talking about this subset of Winset    01:49

Page 61

1    documents that you identified.  Are we on the
2    same page?  Do you understand what documents I'm
3    talking about?
4        A.   Yes, I do.
5        Q.   Where do they come from?  How do    01:50
6    you get them?
7        A.   I am handed the documents from UX
8    Team at the company.
9        Q.   And what does "UX" stand for?
10       A.   User Experience.    01:50
11       Q.   Today, is there a User Experience
12   Team today?
13       A.   Yes, of course.
14       Q.   And is the User Experience Team
15   part of the Advanced Software Development Team?    01:51
16           I'm sorry.  Advanced Development
17   Software Group?
18       A.   No.  That is not the case.
19       Q.   Is the UX Team located at the R-3
20   building?    01:51
21       A.   No.  That is not the case.
22       Q.   Do you know where the UX Team is
23   located?
24       A.   I do.
25       Q.   And could you tell us, please?    01:51

16 (Pages 58 to 61)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 62

```
1          A.   It's located within Samsung town
2    that's in GANGNAM area of Seoul.
3          Q.   Is the UX Team part of a larger
4    group?
5          A.   Yes.  Once again, with UX, I don't      01:53
6    think it's a team, but I think it's a group.
7          Q.   Got it.
8               MR. TUNG:  We have been going
9    about an hour, so when you reach --
10              MR. MCELHINNY:  One question.           01:53
11         Q.   For the bounce effect requirements
12   documents, do they come from a team within a
13   specific team within the UX Group?
14         A.   Yes.  That is my understanding.
15         Q.   I'm sorry.  One more.  What is the      01:53
16   name of that team?
17         A.   It probably is UX Cluster Group.
18              MR. MCELHINNY:  Great let's take a
19   break.
20              THE VIDEOGRAPHER:  The time is          01:54
21   1:55 p.m. and we are off the record.
22              (Recess taken from 1:55 p.m. to
23   2:12 p.m.)
24              THE VIDEOGRAPHER:  The time is
25   2:12 p.m., and we are back on the record.         02:11
```

Page 63

```
1    BY MR. McELHINNY:
2          Q.   Ready?
3          A.   (Witness nods head up and down.)
4          Q.   Completely new subject.  Do you
5    remember, as you sit here today, the first time   02:11
6    you ever saw an iPad?
7          A.   It was around summer of 2010, but
8    I do not have a precise recollection.
9          Q.   Do you remember anything about the
10   circumstances under which the first time you ever 02:12
11   saw an iPad?
12         A.   Yes, I do.
13         Q.   What do you recall, sir?
14         A.   At the time my girlfriend's
15   parents had been to the States and came back, and 02:13
16   they brought -- they had bought an iPad.  They
17   had bought this but did not know how to use it.
18   So they asked me if I could show them how to use
19   it, and that's when it was shown to me.
20         Q.   I'm smiling only because my son        02:13
21   provides exactly the same services in my family.
22   So that's why.
23              At the time that you first saw an
24   iPad, had you ever seen any other tablet device?
25         A.   A long time ago -- I do not recall     02:13
```

Page 64

```
1    when that was -- but there was a tablet device
2    put out by Compaq, and I had seen that.
3          Q.   Before you actually saw the actual
4    physical iPad, had you ever seen pictures of an
5    iPad?                                             02:14
6          A.   Yes, of course.
7          Q.   Had you ever seen an iPad
8    demonstrated in a video or a movie?
9          A.   Yes.
10         Q.   So let me ask my first question a      02:15
11   little more clearly.  Do you remember the first
12   time you ever saw an iPad?  And I don't mean
13   necessarily the physical device, but the first
14   time you either saw a picture or a movie, the
15   first time you ever saw the device?              02:15
16         A.   Yes, I do.
17         Q.   And when was that?
18         A.   Back in March of 2010 when iPad
19   was being presented, that was done.  The
20   presentation was given by Steve Jobs, and I saw   02:16
21   that online.
22         Q.   And do you remember what your
23   reaction was to the iPad when you first saw it?
24         A.   I have a rough recollection.
25         Q.   And what is your recollection,         02:17
```

Page 65

```
1    sir?
2          A.   I think I thought that I would
3    like to buy it.
4          Q.   Did you think it was beautiful?
5          A.   Yes.  That's correct.                  02:17
6          Q.   Did you think it was unlike any
7    other tablet device you had ever seen?
8          A.   I did not think that.
9          Q.   Did you think it was awesome?
10              MR. TUNG:  Objection.  Vague.           02:18
11              THE WITNESS:  Rather than to say
12   that I thought that, it was rather the
13   case where that word was used by Steve
14   Jobs, and I think I concurred.
15         Q.   And the first time, the very first      02:19
16   time you saw it, you wanted to own one, correct?
17         A.   Yes.  That's correct.
18         Q.   Do you maintain a Twitter account?
19         A.   Yes, I do.
20         Q.   And what's the account name of          02:19
21   your Twitter account?
22         A.   M-O-N-G-D.
23         Q.   And where does that come from?
24              MR. TUNG:  Objection.  Vague.
25              THE WITNESS:  My nickname.              02:19
```

17 (Pages 62 to 65)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 66

1    Q.   And what is your nickname?
2    A.   M-O-N-G-D.
3    Q.   Is that a Korean word?
4    A.   No.
5    Q.   Is it a form of man-god?                    02:20
6    A.   No.  That is not the case.
7    Q.   Can I have the document we are
8  going to mark as Exhibit 1231.
9        (Exhibit 1231, Twitter Account
10       Page, marked for identification.)           02:20
11 BY MR. McELHINNY:
12   Q.   Sir, I've handed you a document
13 which has been marked as Exhibit 1231.  Does this
14 appear to you to be a printout of the postings on
15 your Twitter account?                             02:21
16   A.   Yes.  That's correct.
17   Q.   And sir, if you look at the second
18 posting that's dated January 27, 2010, do you see
19 that?
20   A.   Yes.  That's correct.                       02:21
21   Q.   Is that your picture next to the
22 posting?
23   A.   Yes, that's correct.
24   Q.   And am I reading this correctly,
25 "Watching Apple live event"?                      02:22

Page 67

1    A.   Yes.
2    Q.   And did you post that in English,
3  sir?
4    A.   Yes.  That's correct.
5    Q.   Did you write, "iPad looks            02:22
6  awesome!"?  Exclamation point?
7    A.   That's correct.
8    Q.   And did you write, "I want that
9  device!!!!!! Followed by one, two, three, four,
10 five, six, exclamation points?                    02:22
11   A.   Yes.  That's correct.
12   Q.   I want to go back then to
13 August/September 2010.  Okay.  So I'm going back
14 to when you were doing the comparisons with the
15 first three Apple devices.                         02:23
16        When you wanted to borrow this
17 device -- let's take the first one.  When you
18 wanted to borrow the iPhone 3GS, was there any
19 paperwork generated as part of that borrowing
20 transaction?                                       02:24
21   A.   No, there wasn't.
22   Q.   You didn't send any e-mails to
23 this person whose name you can't remember?
24   A.   Correct.  I did not.
25   Q.   You didn't have to sign anything    02:24

Page 68

1  in order to take the product, the Apple product?
2    A.   Correct.  I did not have to sign
3  on anything, per se; I think it was just that I
4  told that person my name.
5    Q.   Did you need anyone's authority     02:25
6  other than your own in order to borrow that
7  product?
8    A.   No.
9    Q.   Your supervisor wasn't involved in
10 authorizing that in any way?                       02:25
11   A.   That's correct.  That was not the
12 case.
13   Q.   You were not a team leader at that
14 time, were you?
15   A.   I was not a team leader.            02:26
16   Q.   So is it the situation -- was it
17 the situation in August of 2010 that anyone who
18 wanted an Apple device could just go and check it
19 out from this group that had it?
20   A.   Right.  Well, if it's not a case    02:26
21 where somebody is currently using it, per se;
22 then you could make an inquiry and you could
23 borrow it.
24   Q.   No paperwork?
25   A.   A document, per se, was not         02:27

Page 69

1  generated.  I just mentioned my name.
2    Q.   Okay.  I want to make sure I've
3  got it straight.  I think you told me that you
4  did the comparisons with the iPhone 3GS for one
5  or two days; is that right?                        02:28
6    A.   Yes.  I had it for a day or two.
7    Q.   Did you take any notes while you
8  were doing this comparison?
9    A.   No, I did not write down any
10 notes.                                             02:28
11   Q.   Were you given this assignment?
12 Did somebody tell you to do this comparison?
13   A.   It's just that to come up --
14 create such an event, well, you would always need
15 to compare with competitor products.  This is      02:29
16 just a routine process.  So even without any such
17 specific instruction, comparison work would
18 proceed.
19   Q.   My question is a little
20 different.  My question is:  Did anyone give you   02:30
21 instruction to do that comparison?
22   A.   I was not given a direct
23 instruction to make comparison.
24   Q.   Did anyone -- did you have any
25 discussions with anyone about the fact that you   02:30

18 (Pages 66 to 69)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 70

1   were going to do a comparison before you did it?
2       A.   Yes, I did.
3       Q.   And with whom did you have those
4   discussions?
5       A.   I did that with the senior          02:31
6   engineer, Sueng-Yun Lee, who was my supervisor at
7   the time.
8       Q.   Did you have discussions with any
9   other person about the fact that you were going
10  to do this comparison other than Seung-Yun Lee?   02:31
11      A.   There was this outside company who
12  we worked -- we or I -- worked with at the time.
13  And so I discussed that with people of that
14  company.
15      Q.   Were the discussions with the        02:32
16  outside company at the same time as with
17  Seung-Yun Lee, or were they separate?
18      A.   They occurred separately.  But
19  right now, as to your phrase "discussion," I
20  don't know if I would go along with that; rather,   02:33
21  that it was more in the vein of letting know that
22  this was going to -- that was going to take
23  place, or let's do that.
24      Q.   Okay.  Fair enough.  Did you at
25  any time exchange any e-mail correspondence with   02:33

Page 71

1   Seung-Yun Lee about this comparison that you were
2   doing?
3       A.   I do not recall that exactly.
4       Q.   What was the name of the outside
5   company?                                  02:34
6       A.   NemusTech, NemusTech
7   N-e-m-u-s-T-e-c-h.
8       Q.   Where are they located?
9       A.   Seoul, Korea.
10      Q.   Was there a certain person or       02:34
11  people that you were talking to at NemusTech
12  about the comparisons?
13      A.   Yes.
14      Q.   And who?  Can you give me the name
15  or names?                                 02:35
16      A.   I do not recall as to all of
17  them.  And I can recall about two names.  One was
18  principle engineer Sang-Wookhan, the other was
19  director Seung-Min Lee.
20      Q.   Do you know whether or not          02:36
21  NemusTech is owned in any part by Samsung?
22      A.   As far as I know, there is no
23  relationship in between.
24      Q.   Tell me please, to the best of
25  your recollection, what conversations you had   02:36

Page 72

1   with Seung-Yun Lee about the comparisons before
2   you did them.
3       A.   The feedback came in to the point
4   that the bouncing effect on Android devices of
5   Samsung were not all that smooth and so        02:38
6   comparisons might need to be done with other
7   products.  And I think we talked about things
8   such as that.
9       Q.   And how do you know -- how did you
10  learn that a feedback had come back about the   02:39
11  Samsung Android products?
12      A.   I think I heard that through the
13  senior engineer, Seung-Yun Lee.
14      Q.   Have you ever seen any document
15  that refers to that feedback?                 02:40
16      A.   I don't think I saw such a
17  document at that time.
18      Q.   Have you ever seen one?
19      A.   Well, such things as the feedback
20  as to what I had developed, I think I've seen   02:41
21  many of those.
22      Q.   And who provides that feedback to
23  you?
24      A.   Typically such feedback would be
25  provided by the testing team or the UX team.   02:41

Page 73

1       Q.   And when you say the "UX team," is
2   that the same team that provides you with the
3   software requirements?
4       A.   There, as well as other places.
5       Q.   When was the first time -- let me   02:42
6   ask a different question.  Let me start out with
7   a little foundation here.  Are you aware as you
8   sit here today that Apple owns a U.S. patent that
9   refers, relates to, the bounce effect?
10          MR. TUNG:  I caution the witness     02:43
11      to omit from your answer my awareness
12      that was obtained through conversations
13      with counsel or legal personnel.
14          THE WITNESS:  No, I am not aware.
15      Q.   Okay.  And to make sure.  During    02:43
16  the year 2010, you never read any patent, U.S.
17  patent, issued to Apple?
18      A.   Correct.  No.
19      Q.   Have you ever read any patent,
20  U.S. patent, belonging to any company?          02:44
21          MR. TUNG:  Again, caution the
22      witness to omit from your answer any
23      patents you read at the direction of
24      counsel.
25          THE WITNESS:  Yes.  I have read      02:44

19 (Pages 70 to 73)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 74

```
 1        American or U.S. patents.
 2        Q.   Have you read patents that relate
 3   to your work on the bounce effect?
 4             MR. TUNG:  I'll give you the same
 5        caution, to omit from your answer any      02:45
 6        patents that you read at the direction of
 7        counsel.
 8             THE WITNESS:  No.  I have not read
 9        those things.
10        Q.   During the year 2010, at any time    02:46
11   when you were writing software for bounce
12   effects, have you ever taken any specific steps
13   to be sure that you were not infringing on an
14   Apple patent?
15             MR. TUNG:  Caution the witness to     02:47
16        omit from his answer any specific steps
17        taken at the direction of counsel.
18             THE WITNESS:  No.
19        Q.   Again, during the year 2010, in
20   writing software code for the bounce effect, did 02:47
21   you get any direction whatsoever from any
22   lawyer?  And all I want to know to that is a
23   yes-or-no answer.  I don't want to know what
24   direction you got.  I just want to know did you
25   ever get direction during the year 2010?        02:47
```

Page 75

```
 1        A.   No, I did not get that.
 2        Q.   Did you get any direction from any
 3   lawyer about writing software for the bounce
 4   effect during the calendar year 2011?  Again, yes
 5   or no?                                          02:48
 6             MR. TUNG:  So again I will
 7        instruct you not to answer that
 8        question.  The subject matter of the
 9        communication or direction as stated in
10        the question.                              02:49
11        Q.   During the year 2011, did you do
12   anything as a software engineer at the direct
13   instruction of a lawyer?  Yes or no?
14        A.   No, that wasn't.
15        Q.   Let's go back to NemusTech.  In       02:50
16   May of 2010, what was the nature of the project
17   that you were working on with NemusTech?
18        A.   Work related to creating bouncing
19   effect.
20        Q.   Were you supervising at NemusTech?    02:51
21        A.   I did not supervise them, per se;
22   but rather we proceeded with our work in
23   parallel.
24        Q.   And who at Samsung was giving
25   direction to NemusTech, if you know, on your    02:51
```

Page 76

```
 1   project?  I'm sorry.
 2        A.   My recollection was that that was
 3   principle engineer Jeong-Sikseong.  A common
 4   spelling.
 5        Q.   Does Seung -- I'm sorry is it         02:53
 6   senior engineer --
 7             THE INTERPRETER:  Principle.
 8        Q.   Principle engineer in Samsung; is
 9   that right, principle engineer?
10        A.   Yes.                                  02:53
11        Q.   I'm sorry.  And within Samsung is
12   the principle engineer higher than or lower than
13   a senior engineer?
14        A.   Higher.
15        Q.   And in May of 2010, was Principle     02:53
16   Engineer Seong in charge of a team?
17        A.   Yes.  That is my recollection.
18        Q.   And what was the name of that
19   team?
20        A.   UI Framework.                         02:53
21        Q.   Framework?  And UI is "user
22   interface"?
23        A.   Yes.  That's correct.
24        Q.   Is Principle Engineer Seong still
25   working together at Samsung?                    02:54
```

Page 77

```
 1        A.   Yes.  That's correct.
 2        Q.   And is it a he?  Seong, it's a
 3   he?  Is he in charge of a team today?
 4        A.   Yes.  That's correct.
 5        Q.   And what team is he in charge of      02:54
 6   today?
 7        A.   My understanding is that prior to
 8   my arrival here, I think he was the team leader
 9   for the Advanced UX Team.
10        Q.   Is the Advanced UX Team the same      02:55
11   team as the UX Team that provides the software
12   requirements?
13        A.   Well, it is different from that
14   Advanced UX Team.  And as for the name itself, I
15   think I made an error here.  It was not -- it is  02:56
16   not Advanced UX Team; I think it is Advanced UI
17   Team.
18        Q.   And is the Advanced UI Team today
19   part of the Advanced Development Software Group?
20        A.   Yes.  My understanding is that        02:57
21   it's -- it belongs to the Advanced Development
22   Group 1.
23        Q.   So back to the Bounce project.
24   What kinds of things was NemusTech doing?
25        A.   They assisted in the overall         02:57
```

20 (Pages 74 to 77)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 78

1    implementation of the bounce effect.
2        Q.   Did they write code?
3        A.   Yes.  They also wrote codes
4    directly.
5        Q.   When they wrote code, did they        02:58
6    submit that code to you?
7        A.   Some of it was provided to me,
8    some were not.
9        Q.   If they provided code to you, was
10   that done by e-mail?                           02:58
11       A.   Yes.  Source code was provided
12   through e-mail.
13       Q.   Who else at Samsung received
14   source code from NemusTech concerning the bounce
15   effect, if you know?                           02:59
16       A.   I would think that some of the
17   people who were on the same team as I at the time
18   would have received such codes, and I do not
19   exactly recall who were at the team at the time,
20   but one I do recall is the senior engineer,     03:00
21   Seung-Yun Lee.
22       Q.   What else did NemusTech do on that
23   Bounce project other than write code?
24       A.   If you say something else or who
25   else, what could possibly there be?            03:01

Page 79

1        Q.   I don't know the answer to that.
2    That's why I ask the questions.
3        A.   Well, the assignment was to
4    develop software, so other than developing soft
5    ware I don't think there was anything additional   03:02
6    that they did separately or specifically.
7        Q.   Did NemusTech send you any kind of
8    documents other than source code documents?
9        A.   I don't think there were instances
10   of creating documents other than, say, composing   03:03
11   the contents of an e-mail.  So creating these
12   documents and sending them to me.
13       Q.   Okay.  Why did you tell
14   NemusTech that you were going to do a comparison
15   with the Apple iPhone?                         03:03
16       A.   Considering that we were doing
17   development work together, it was with the view
18   in mind that they also engaged in comparison
19   work, likewise, that I let them know.
20       Q.   Do you remember specifically what    03:04
21   you said to them?
22       A.   I did not exactly recall that.
23       Q.   We are going to change the tape?
24            MR. TUNG:  Could I make a
25       statement before we -- I just wanted to     03:05

Page 80

1        designate the transcript highly
2        confidential, attorneys eyes only, and
3        reserve the right for the witness to
4        submit errata after we receive the final
5        transcript.                               03:05
6            THE VIDEOGRAPHER:  This marks the
7        end of Disc Number 2 in the deposition of
8        Wookyun Kho.  The time is 3:07 p.m., and
9        we are off the record.
10           (Recess taken from 3:07 p.m. to      03:19
11       3:22 p.m.)
12           THE VIDEOGRAPHER:  This marks the
13       beginning of disc number three in the
14       deposition of Wookyun Kho.  The time is
15       3:22 p.m., and we are back on the record    03:20
16       Q.   Mr. Kho, is it your understanding
17   that people at NemusTech also did comparisons
18   between Samsung products and Apple products?
19       A.   Yes.  That is my understanding.
20       Q.   And was it one of the two          03:21
21   gentlemen that you identified before?
22           MR. TUNG:  Objection.  Vague.
23           THE WITNESS:  No, that was not
24       applicable to one of those two people.
25       Q.   Do you know who it was at           03:21

Page 81

1    NemusTech who did the comparison?
2        A.   I know who that was, it's just
3    that I cannot seem to recall the name.
4        Q.   Can we go off for a second,
5    please?                                        03:22
6            THE VIDEOGRAPHER:  Time is
7        3:23 p.m., and we are off the record.
8            (Brief recess taken.)
9            THE VIDEOGRAPHER:  The time is
10       3:24 p.m., and we are back on the record.    03:23
11   BY MR. McELHINNY:
12       Q.   Do you know what Apple products
13   NemusTech used for its comparisons?
14       A.   Yes, I do.
15       Q.   And what products were those?        03:23
16       A.   I know for sure that iPad was
17   used, but I'm not sure about the others.
18       Q.   And why do you know for sure that
19   an iPad was used?
20       A.   At the time, what I was doing was    03:23
21   to try to prove when the performance of Galaxy
22   Tab.  And of course, there are other aspects too,
23   but in terms of the competition, this being a
24   tablet device, iPad was a competitor product,
25   competitive product.  And NemusTech also worked    03:25

21 (Pages 78 to 81)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 82

1  on improvement of performance with iPad in hand,
2  and so my recollection is that the comparison was
3  done with iPad.
4       Q.   Do you know where NemusTech got
5  the iPad that it used?                        03:26
6       A.   No, I do not.
7       Q.   Do you know what Samsung tablet
8  device NemusTech used for the comparison?
9       A.   Yes, I do.
10      Q.   And which was that?                 03:27
11      A.   Galaxy Tab, the first generation.
12      Q.   Is that called P1?
13      A.   Yes.  That's correct.
14      Q.   Do you know, the P1 was not
15  publicly available in May of 2010, correct?  03:27
16      A.   My recollection is that as of May
17  2010, it was not yet being sold.
18      Q.   So the P1 that you were working
19  with was a secret at Samsung, correct?
20      A.   Yes.  Yes, that's correct.         03:28
21      Q.   Where did you get the P1 that you
22  used for your comparisons?
23      A.   Although I do not recall exactly,
24  I think it was around the summer of 2010.
25      Q.   I'm sorry.  Where did you get it?   03:28

Page 83

1  Who gave it to you?
2       A.   It was provided by the company.
3       Q.   Who at the company provided it to
4  you?
5       A.   I do not really know that because  03:29
6  these would be made all at once and brought over,
7  so it would be difficult to say who it was that
8  provided.
9       Q.   But somebody gave it to you,
10  right?                                       03:29
11      A.   Yes.  That's correct.
12      Q.   And my question is, do you
13  remember who gave it to you?
14      A.   Yes, I do.
15      Q.   Who was that?                       03:30
16      A.   Senior engineer Seung-Yun Lee.
17      Q.   Do you know who gave NemusTech its
18  P1?
19      A.   Several were provided, and also
20  not all at once, so I would not know as to all   03:31
21  the circumstances.
22      Q.   Do you know the name of any -- let
23  me ask that question.  Did you ever give
24  NemusTech a P1?
25      A.   Yes.  I had brought over P1 over    03:31

Page 84

1  there.
2       Q.   And did someone tell you to do
3  that, or did you just do that on your own?
4       A.   NemusTech requested that, and so I
5  obtained it and brought that over.           03:32
6       Q.   Was there a request in writing?
7       A.   No, that is not the case.
8       Q.   Did they sign a receipt for the
9  P1?
10      A.   Nothing specifically that          03:32
11  NemusTech signed for or issued.
12      Q.   To your knowledge, is there any
13  paper trail at all that shows that this secret
14  R&D device was given to another company?
15      A.   When one takes out a sample such   03:33
16  as this out of the company, you would have to
17  have obtained an approval, so there must be some
18  record remaining at the company, but it's not
19  that company NemusTech issued any kind of receipt
20  or anything.                                 03:34
21      Q.   Got it.  On the Bounce project, in
22  May of 2010 were you personally doing anything
23  other than developing software?
24      A.   No, I don't think so.
25      Q.   Why was it helpful to you as a     03:35

Page 85

1  software developer to actually compare the two
2  physical devices?
3       A.   At the time people were saying
4  that Apple products were operating smoothly.  And
5  not having seen the Apple product, just by     03:37
6  looking at the Samsung product, although one
7  could say that the operations were all that --
8  clean, full.
9            But the operations themselves did
10  not run into much problem, there weren't any   03:38
11  unreasonable aspect of problem with the
12  operations save for, say, it's a little slow or
13  cumbersome in operation.
14           This kind of feedback came in so I
15  wanted to find out how -- what kind of operations   03:39
16  were -- how the operations ran on the Apple
17  products.  I wanted to see them with my own eyes,
18  I wanted to have them nearby, thereby so that I
19  could for sure see the differences myself.  I
20  wanted to have them near me to make comparison.   03:39
21      Q.   When you did the comparison
22  between the Apple iPhone and the Samsung product,
23  did you draw any conclusions just from what you
24  yourself had seen?
25      A.   Yes.                                03:39

22 (Pages 82 to 85)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 86

1    Q.   Did you ever report an any of
2  those conclusions in writing?
3    A.   I do not really recall.
4    Q.   Did you ever report on your
5  conclusions to your supervisor?          03:40
6    A.   If you're talking about some
7  conclusions, it seems to be referring to some
8  saying captured in writing and reporting thus.
9  And I don't think such type of reporting would --
10  if any, would have hardly ever occurred.  Rather,   03:42
11  the bouncing effect itself actually was -- had
12  been changed and a demonstration was given on
13  that, I believe.
14    Q.   When you say, "The bouncing effect
15  had been changed," do you mean the bouncing     03:42
16  effect in the Samsung device had been changed?
17    A.   Well, what had happened was the
18  bouncing effect that went into Samsung's
19  products, they were revised, and when you say
20  change, it seems like a wholesale change, and    03:43
21  it's not that case at all, wholesale change or
22  wholesale revision.
23        Rather, as part of the improvement
24  of the performance.  Or let's say, I can put it
25  this way, some sort of slight tuning operation.   03:44

Page 87

1  I think that would be more appropriate to say
2  that.
3    Q.   Okay.  Tell me what happened at
4  the demonstration that you're talking about.
5    A.   There are these numbers that would   03:44
6  be used in order to display, or implement, or
7  show the bouncing effect.  So several were
8  created.  And several such sets, if you will,
9  were input into the device and tried to find out
10  which looked better.  And of course, at the time   03:46
11  of my testing I had a whole lot more number of
12  sets that I was working out of, which I took out
13  -- I took out two or three, and I think I showed
14  those.
15        THE INTERPRETER:  Okay.  Good    03:46
16        point.  So going back to what put into
17        the device could be -- could -- may very
18        well be, were put into several devices.
19    Q.   I'm trying to see if I understand
20  it, so correct me if I'm wrong.  After you     03:47
21  compared the Samsung device with the Apple
22  device, you input different instruction sets into
23  the Samsung device to see how they would change
24  the bounce effect.  Am I right about that?
25    A.   No.  Rather, the comparison was    03:47

Page 88

1  done at the end of the work to improve the
2  performance.  And in terms of the work involved
3  in improvement of the performance, there would be
4  several numbers that would be involved vis-a-vis
5  the comparison with Apple device.          03:49
6        And on the other hand, when you
7  say instruction set, typically when you say
8  instruction set, it commonly refers to the
9  changing of the source code itself at the time of
10  the software development.               03:50
11        So this was not the case at all,
12  where the source code itself was changed.
13  Rather, the numbers in it were changed a little,
14  and the comparison was being made as compared to
15  Apple device whether our device would look     03:51
16  smoother.
17    Q.   So there were numbers in the
18  software for the Samsung device; is that correct?
19    A.   Yes.  That's correct.
20    Q.   And you were able to adjust those   03:51
21  numbers.  And by adjusting the numbers, change
22  the effect; is that right?
23    A.   It's not the changing of the
24  effect itself; I think it would be more
25  appropriate to say that one could adjust or     03:52

Page 89

1  manipulate the speed.
2    Q.   Did the numbers control anything
3  other than speed?
4    A.   Such things as the time or the
5  duration where the bouncing effect is maintained,   03:54
6  and also for this bouncing effect, the function
7  would be used.  And by changing the numbers that
8  go into such functions, that would not
9  necessarily change -- that would not change the
10  duration in which the effect is maintained, nor   03:55
11  the numbers.
12        Well, how should I put it?  I
13  think it's most appropriate to say that the shape
14  of the function would be changed.  Or rather, the
15  pattern of the function would be changed.     03:55
16        THE INTERPRETER:  Correction that
17        would not change the duration.  That
18        would not change the duration in which
19        the effect is maintained, nor the speed.
20    Q.   Mr. Kho, can you tell me         03:56
21  mechanically what you do to change the number in
22  the software?  How do you do that?  What steps do
23  you take?
24    A.   There are numbers that go into a
25  source code and you would change the values of    03:57

23 (Pages 86 to 89)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 90

1  such numbers, and then compilation is done.  And
2  after that binary would be created, and such
3  binary would be put into a device and it is run.
4      Q.  Can you do the inputting phase on
5  your computer?                                03:58
6      A.  Of the process that I just
7  described, such things as the making corrections
8  or revisions in the source code, or compilation,
9  or the generation of the binary, this would all
10  be carried out on computer.  And after that, that  03:58
11  would be moved over to the device and then it is
12  run.
13      Q.  When you make these changes to
14  source code and compile it, does your computer
15  keep a record of what you have done?          03:59
16      A.  No, that is not the case.
17      Q.  Did you ever create a paper record
18  of the changes that you made to the numbers in
19  the summer of 2010?
20      A.  No, that never happened as far as   04:00
21  this correction or revision work.  I think I told
22  you that occurred in August or September, but
23  rather than phrase it as summer, I would rather
24  say it would be either late summer or  fall.
25      Q.  As you sit here today, do you        04:00

Page 91

1  remember what changes you made to various numbers
2  in order to fine tune the effect on the Samsung
3  machine?
4      A.  It's not that this process of
5  improving on the performance occurred just once.   04:02
6  I think that was the very first time when it was
7  begun, and it continued thereafter as well.  And
8  as far as what was changed at that very first
9  time, I cannot recall exactly as to all of them.
10      Q.  Can you tell me what happened at    04:02
11  the demonstration?  Who demonstrated what to
12  whom?
13      A.  My recollection is that I probably
14  demonstrated two senior engineer Seung-Yun Lee
15  and also the principle engineer Jeong-Sik Seong.   04:04
16  And I think I was showing the devices where these
17  tuned up numbers were applied and how the changes
18  occurred like thus.
19      Q.  At this demonstration, did you
20  have an Apple device there?                  04:04
21      A.  My recollection is that it was
22  there.  I had it.
23      Q.  Sorry.  I'm sorry.  And what Apple
24  device was there?
25      A.  At the time of the demonstration,    04:05

Page 92

1  I think only the iPad was there.
2      Q.  And what Samsung devices were
3  there?
4      A.  I think only the Galaxy Tab first
5  generation were there.                      04:05
6      Q.  Do you remember when this
7  demonstration occurred?
8      A.  Considering that it occurred
9  almost at the end of the work or improvement of
10  performance, and which was run for the first   04:06
11  time, it probably was once again August or
12  September of 2010.
13      Q.  How many Galaxy tab -- it was the
14  P1, correct?  I'm sorry.
15      A.  That's correct.                     04:06
16      Q.  And how many P1s did you
17  demonstrate?
18      A.  I think at the time I brought only
19  one for demonstration.
20      Q.  And did you demonstrate more than   04:07
21  one way of fine tuning the Samsung device?
22      A.  Yes, that is correct.
23      Q.  Again, mechanically, step by step,
24  if you're holding the device and you demonstrate
25  one option, how do you change the software so   04:07

Page 93

1  that you can -- how do you change the
2  demonstration so that you can demonstrate a
3  different option?
4      A.  When I was sitting by myself and
5  doing the testing to look for an appropriate   04:09
6  value, well, there would be a great differences,
7  discrepancies between the values.  And so one at
8  a time would be input to do the testing.
9          So if during that process one is
10  able to come up with a value that's suitable,   04:10
11  then I would try out some numbers in the
12  vicinity, several.  And with those numbers in
13  hand, I would create a testing program that one
14  would be able to select vis-a-vis software, and
15  that was input into the device.              04:11
16      Q.  Does the testing program that you
17  used for the demonstration still exist anywhere?
18      A.  It would not exist in that form of
19  the title.  There have been continuous upgrades.
20      Q.  Upgrades to the testing program?   04:11
21      A.  It may not be precise to call that
22  a testing program, rather it is a program for
23  demonstration purposes that shows all the work
24  that is carried out by the team that I'm in
25  charge of.  And as the scope of work continued to   04:13

24 (Pages 90 to 93)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 94

1    increase for my team, there has been continuous
2    upgrades to the program.
3        Q.    Does that demonstration program --
4    upgraded demonstration program exist today?
5        A.    Yes, of course.  I have that.       04:13
6        Q.    Does it have a name?
7        A.    Yes, there is.
8        Q.    And what is the name of that
9    program?
10       A.    Touchwiz effect.                     04:13
11       Q.    What was the result of the
12   demonstration that you gave to your superiors?
13       A.    When you say, "The result of the
14   demonstration," you could say the result of the
15   demonstration was to select the most suitable one  04:14
16   among them.
17       Q.    And when that selection was made,
18   what was the next step then?
19       A.    The values that were chosen thus
20   would be directly applied to the cellular phone    04:15
21   and/or tablet devices.
22       Q.    At the demonstration where you had
23   the iPad device and the P1 device, did you
24   demonstrate any other devices at that
25   demonstration?                                  04:15

Page 95

1        A.    No.  At the time the object of the
2    demonstration comparison was Galaxy Tab, and if
3    you were to talk about the competitive models,
4    there was only the iPad.  And so it was --
5    comparison was done only with that.             04:16
6        Q.    How was that demonstration meeting
7    set up?
8        A.    It's not that a specific meeting
9    was set up, per se, but rather it was the case
10   where I, along with senior engineer, Seung-Yun   04:17
11   Lee, went to where principle engineer Jeong-Sik
12   Seong was and showed him the result.
13       Q.    Don't you have to make an
14   appointment to go see the principle engineer?
15       A.    No, there is no need.                04:18
16       Q.    In August and September of 2010
17   when you were doing these comparisons, you
18   mentioned, I believe, that you also compared
19   products from other competitors; is that right?
20       A.    Yes.  That's correct.               04:18
21       Q.    And what other, during this time
22   period, what other products did you compare to
23   the P1 device?
24            I'm sorry.  That question is not
25   going to help.  What other products did you use  04:19

Page 96

1    to compare bounce effect with?
2        A.    At the time there was one cellular
3    phone put out by HTC, I recall, but I cannot
4    recall the name of it.
5        Q.    And did you borrow a physical copy   04:19
6    of the HTC phone in this August/September time
7    frame?
8        A.    My recollection is that I
9    borrowed.
10       Q.    And did you borrow it from the       04:20
11   same person that you borrowed the Apple from?
12       A.    Yes.  That was borrowed from the
13   same person.
14       Q.    To your knowledge, did NemusTech
15   ever report to anyone at Samsung the conclusions  04:20
16   of the comparisons that they did?
17       A.    No.  The comparison results were
18   never reported.
19            MR. TUNG:  We have been going
20   another hour.  Whenever you get to a             04:21
21   convenient point.
22            MR. MCELHINNY:  Time flies.  Let's
23   take a break.
24            THE VIDEOGRAPHER:  The time is
25   4:23 p.m., and we are off the record.           04:21

Page 97

1            (Recess taken from 4:23 p.m.
2    To 4:45 p.m.)
3            THE VIDEOGRAPHER:  the time is
4    4:45 p.m., and we are back on the
5    record.                                         04:43
6    BY MR. McELHINNY:
7        Q.    Mr. Kho, again, dealing with this
8    time period of August to September of 2010.  How
9    many members of the Effects team were working on
10   this Bounce Project at that time?               04:43
11       A.    At the time, there was no team
12   called an "effect team" at the time.  And if I
13   were to tell you as to the number who worked on
14   that, and if you were to exclude the manager who
15   was senior engineer, Seung-Yun Lee, it would be  04:45
16   just myself.
17       Q.    What was the name of the team at
18   the time?
19       A.    View System.
20       Q.    When did the name change?           04:46
21       A.    Well, it's not that the name
22   changed, per se.  I think I spoke in error.  The
23   smallest organizational unit, the smallest team
24   that I belonged to was Winset.  Thereafter, the
25   team became larger, which was later divided, and  04:47

25 (Pages 94 to 97)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 98

1  one of those was an effect team.
2      Q.   I think you may have confused me
3  now.  In August of 2010, what was the name of the
4  smallest team that you were on?
5      A.   Winset team.              04:47
6      Q.   And the Winset team was part of a
7  much larger organization that was called the
8  Android Group, correct?
9      A.   Yes.  Winset was also a part of GA
10  Group, which means a Google Android Group.      04:48
11      Q.   And was there more than one Winset
12  team in the Google Android Group?
13      A.   No.  There was just one Winset
14  team.
15      Q.   And in May of 2010, how many      04:49
16  people were on the Winset team?
17      A.   There continued to be turnover in
18  people, so I do not know the exact number, but I
19  think there were about ten.
20      Q.   In May of 2010, who was in charge      04:50
21  of that team?
22      A.   Senior engineer, Seung-Yun Lee.
23      Q.   And today, you are the head of the
24  2-D Visual Effect team, correct?
25      A.   Yes.  That's correct.          04:51

Page 99

1      Q.   Between March of 2010 and today,
2  have you been on any other team other than the
3  Winset team and the 2-D Visual Effect?
4      A.   No, I have not.
5      Q.   In August and September 2010, was      04:51
6  NemusTech working with the Winset team on any
7  project other than the Bounce Project?
8      A.   At the time, except for the bounce
9  effect, I don't know if I would call this working
10  together, working with.  But at the time,      04:53
11  NemusTech had created a library for a solution,
12  provided that to us.
13      Q.   Did you ever have a discussion
14  with anyone at NemusTech about the comparison
15  that they did between Apple and the P1?      04:53
16      A.   I never had any discussion, per
17  se, with them, but I think it was to the extent
18  about the look where the status is shown is about
19  at that extent, at this level.
20      Q.   Was NemusTech involved in changing      04:55
21  the numbers for the -- in the software for the
22  demonstration?
23      A.   Yes, they did.
24      Q.   And who was it that assisted you
25  on that project?          04:55

Page 100

1      A.   Earlier, I talked about three
2  people at NemusTech, of which I knew the names of
3  two and I did not know the name of the other
4  one.  And it is that very person, so I do not
5  know the name.          04:56
6      Q.   Okay.  Some place in your e-mail
7  file, you will have an e-mail from that person
8  with his name on it, correct?
9      A.   Yes, of course it should be there.
10      Q.   Because you have been such a      04:56
11  patient witness, we are going to give you a
12  reward right now, and I'm going to show you a
13  short movie.
14      MR. TUNG:  Are you going to
15  introduce this as a CD exhibit?      04:57
16      MR. McELHINNY:  What I'm going to
17  do right now is I'm going to identify it
18  by Bates number.  If you want more than
19  that, if you want it physically attached
20  as an exhibit, then what we will do is      04:57
21  after the deposition, put it on a disk
22  and include it with the exhibits.
23      After talking about the
24  options, I sort of came to the conclusion
25  that the Bates number would be good      04:57

Page 101

1  enough for me, but I'll do whatever you
2  want to do.  It was a Samsung production.
3      MR. TUNG:  Okay.  I think my
4  preference is to have an exhibit on a CD
5  because it's cleaner.          04:58
6      MR. McELHINNY:  What we'll do is
7  show you now, I'll identify it by its
8  Bates number.  After the deposition, we
9  will put it on a disk and give it to the
10  court reporter.          04:58
11      MR. TUNG:  That will be fine.
12      (Exhibit 1232, CD, marked for
13  identification.)
14  BY MR. McELHINNY:
15      Q.   Mr. Kho, before I show you, I'm      04:59
16  going to ask you a very difficult question.  Do
17  you know where the play button is on that
18  computer?
19      A.   Yes.
20      Q.   Okay.  I could have Mr. Chung come      04:59
21  over and do it, but the video will stay clearer
22  if I don't have him come into the picture.
23      MR. TUNG:  That's fine.
24      MR. McELHINNY:  Okay.  Just a
25  minute.          04:59

26 (Pages 98 to 101)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 102

1    Q.   Mr. Kho, we are about to show you
2  a video file that was produced to us by Samsung.
3  For identification, it was produced to us with a
4  Bates number, and that Bates number is all
5  capital letters S-A-M-N-D-C-A, and the number          05:00
6  00201281.
7          It runs for about 30 seconds.
8  It's on a loop, so it may keep running.  But it's
9  on a loop, so it runs for about 30 seconds.  I'm
10 going to ask you to play it and look at it, and      05:00
11 then I'm going to ask you if you've ever seen it
12 before.  Please go ahead.
13   A.   I have not seen this.
14   Q.   Okay.  And to be clear, you were
15 not involved personally in any way in making this   05:01
16 video clip?
17   A.   As far as I recall, I have never
18 made something like this.
19   Q.   Okay.  Can you tell by looking at
20 the video what is the Samsung device that's in       05:02
21 that video?
22   A.   Yes, I do.
23   Q.   And what is it?
24   A.   P1.
25   Q.   May be the last question -- and      05:02

Page 103

1  you may want to look at the video again, and you
2  can.  In the video itself, do you see any
3  demonstration of what you would call a bounce
4  effect in the P1?
5    A.   No, it's not shown.                   05:02
6    Q.   One last question.  Do you
7  recognize the Apple device in that video?
8    A.   It's too dark, and so I'm not able
9  to precisely distinguish.  Although I'm certain
10 that it is an iPad, I'm not sure whether it's an    05:03
11 iPad 1 or 2.
12   Q.   Fair enough.  I want to clarify
13 something you said this morning.  Is it true that
14 the P1 that you were comparing in August and
15 September had a bounce effect before you looked      05:04
16 at the Apple products?
17   A.   Yes, of course.
18   Q.   And just to be clear, the feedback
19 that you had heard was that the bounce effect was
20 too slow?                                            05:04
21   A.   Well, there was that aspect of
22 being slow as well, but there was some bug from
23 UI perspective.
24   Q.   What was the bug from the user
25 interface perspective?                               05:05

Page 104

1    A.   Well, that is shown in this video,
2  as well if you want to look at the iPad, you
3  could hold the list and pull it down and it would
4  come down, but the case was that if you kept it
5  -- if you kept doing that, repeating and quickly,    05:06
6  in such a case, the list would either disappear,
7  or in some instances, the residual image would
8  remain on the screen.
9    Q.   And was that bug in the Apple
10 system or in the Samsung system?                     05:07
11   A.   Well, if it had been on Apple
12 device, I would not have gotten such a feedback.
13 Of course, naturally, it would have been on
14 Samsung product that I got the feedback on.
15   Q.   You testified this morning that      05:07
16 sometime after August and September of 2010, you
17 actually did another comparison, and this time
18 with an iPad 2, correct?
19   A.   Yes, I have compared iPad 2 with
20 Samsung device.                                      05:08
21   Q.   And I think, if my notes are
22 correct, you testified that you did that in April
23 or May of 2011, correct?
24   A.   Right.  My recollection is that it
25 was roughly that time frame.                         05:09

Page 105

1    Q.   And again, if my notes are
2  correct, you got the iPad 2 from senior engineer
3  Kim, correct?
4    A.   Yes.  That's what I recall.
5    Q.   Okay.  And since the names are --   05:09
6  what team were you on in April or May of 2011?
7    A.   The Effect.
8    Q.   And you were the head of that
9  team, correct?
10   A.   No.  I was not the head of the      05:10
11 team at the time.
12   Q.   Okay.  And can you tell me, to the
13 best of your recollection what, if anything,
14 senior engineer Kim said to you when he gave you
15 the iPad 2?                                          05:10
16   A.   He asked me, considering that the
17 operations on iPad 2 were very fast, and he asked
18 me whether it would not be possible for our
19 device to be able to be run at that fast a speed.
20   Q.   If we focused just on the bounce    05:11
21 effect, to your observation, was the bounce
22 effect in the iPad 2 different than the bounce
23 effect in the iPad 1?
24   A.   Bounce effects were not different
25 in between iPad 1 and iPad 2.                        05:12

27 (Pages 102 to 105)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 106

```
1        Q.   When you did the comparison in
2   April and May 2011, what Samsung product or
3   products did you compare the iPad 2 to?
4        A.   They were of a Galaxy Tab series,
5   and the comparisons were made of the models and    05:13
6   the lines of 10.0 inches and 8.9 inches.
7        Q.   At the time that you did the
8   comparisons, were the Samsung devices still in
9   research and development phases?
10       A.   Yes, that's what I recall.            05:14
11       Q.   And do you remember what their P
12  numbers were?  That's a terrible question.  Did
13  they have P numbers, the devices that you used?
14       A.   And by "P number," you're
15  referring to something such as P1, et cetera?     05:14
16       Q.   Yes, or any other research name
17  that was used for that product.
18       A.   P5 and P7, they are too numerous,
19  and I'm not able to quite match them up, but at
20  the time, they all matched up.                 05:15
21       Q.   Okay.  How much time did you spend
22  doing this comparison between the iPad 2 and the
23  two Samsung products?
24       A.   That work was not done in a
25  continuous fashion; rather, it was done       05:16
```

Page 107

```
1   intermittently, a little bit at a time, which
2   lasted a month or two.  But it kept what -- it
3   was kept up continuously.
4        Q.   How long does it take to compare
5   the bounce function in the iPad 2 with a Samsung   05:16
6   product?
7        A.   I don't exactly know how long it
8   will take because I've never compared the bounce
9   effect with an iPad 2.
10       Q.   When you were doing the           05:17
11  comparisons in May, April and May, what were you
12  comparing?
13       A.   Well, in the case of an iPad, if
14  you hold it and if you turn it around, the screen
15  would turn as well.  And in the case of the iPad,  05:18
16  the time it takes for that to take place is quite
17  short, but in case of Galaxy Tab, that delay in
18  between was somewhat longer.  So that was
19  compared.
20       Q.   At Samsung or on your team, did     05:18
21  you have a name for effect where the picture
22  changes when the aspect of the tablet is changed?
23       A.   Yes, we did.
24       Q.   And what did you call that?
25       A.   That was called screen rotation    05:19
```

Page 108

```
1   effect.
2        Q.   Other than the bounce effect and
3   the screen rotation effect, have you ever
4   compared an iPad to any Samsung tablet for any
5   other kind of effect?                          05:20
6        A.   No, I have not.
7        Q.   Whatever happened to the iPad 2
8   that you were using in April and May 2011?
9        A.   I would think that this would
10  still remain at the company.                   05:21
11       Q.   Is it still at your workstation?
12       A.   No, that is not the case.
13       Q.   What did you do with it?
14       A.   Well, at the time, it was senior
15  engineer In-Ho Kim who is it.  So when I was     05:21
16  making comparisons, I would briefly borrow to
17  make comparisons, and subsequent to such
18  comparisons, I would return that to him.
19       Q.   In April and May of 2011 when you
20  were making these comparisons, were you also fine  05:22
21  tuning the software for the Samsung 10.0 and 8.9?
22       MR. TUNG:  You mean Samsung Galaxy
23  Tab?
24       MR. McELHINNY:  Yes, please.
25       THE WITNESS:  It was the purpose      05:23
```

Page 109

```
1   of tuning in mind that I continued to do
2   the comparisons.  But the end result is
3   that I did not do or accomplish any
4   tuning.
5        Q.   Have you personally ever written    05:23
6   any software code that deals with the screen
7   rotation function?
8        A.   No.  I have never written software
9   that deals with screen rotation effect.
10       Q.   Going back to August and September  05:24
11  2010, okay?  When you were working on the bounce
12  effect, were you working on a particular
13  application within the Samsung software?
14       A.   No, that was not the case.
15       Q.   Are you familiar with an           05:25
16  application on Samsung devices called the
17  "contacts application"?
18       A.   I do know that application, but I
19  wouldn't say I'm familiar with it.
20       Q.   Was the bounce effect that you      05:25
21  were working on, was that incorporated in the
22  contacts application?
23       A.   Rather than to say that it was
24  incorporated, I think it would be more correct to
25  say that what I created was used by the contacts   05:26
```

28 (Pages 106 to 109)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 110

1 application.
2     Q.   Do you own a Samsung phone?
3     A.   No, that is not the case.
4     Q.   Do you know for a fact that the
5 contact application in the Galaxy Tab uses the      05:27
6 Bounce software that you wrote?
7     A.   Could that question be repeated
8 once?
9     Q.   Sure.  Do you know for a fact that
10 the software you wrote for Bounce was used in the      05:28
11 contacts application that was actually released
12 with the Galaxy Tab product?
13     A.   There were many versions to Galaxy
14 Tab.  Most of them used what I wrote, but then
15 there are some that used what I did not create.      05:29
16     Q.   Is there -- did someone else at
17 Samsung create bounce effect software?
18     A.   No, that was not the case.
19     Q.   So if a device had a bounce
20 effect, you wrote the software?      05:29
21     A.   No, there are instances that are
22 contrary.
23     Q.   So there are devices on the market
24 that have bounce effect but you didn't write the
25 software?      05:30

Page 111

1     A.   Of the devices, in the case of a
2 specific -- some of the specific applications,
3 there are some which did not use -- correction --
4 which used the application which I did not write.
5     Q.   And who wrote that application?      05:31
6     MR. TUNG.  Objection.  Lacks
7 foundation.
8     THE WITNESS:  I would not know who
9 developed the application.
10     Q.   How do you know that there are      05:31
11 products on the marketplace that have a bounce
12 effect that you didn't write the software for?
13     A.   The bounce effect that was created
14 by using the libraries submitted by NemusTech
15 would be a situation where it did not use the      05:32
16 code I wrote.
17     Q.   Are you familiar with an
18 application in the Galaxy -- are you familiar
19 with the Galaxy S 4G phone?
20     A.   I have heard of that name, but I      05:33
21 do not know that, what that is exactly.
22     Q.   Let me ask it another way.  Are
23 you familiar with an application in Samsung
24 products called the gallery application?
25     A.   Well, I know of the application,      05:33

Page 112

1 but I wouldn't say I'm familiar with it.
2     Q.   So I'm sure -- do you know what it
3 does?
4     A.   Yes, I do.
5     Q.   What does it do?      05:34
6     A.   It shows all the photographs that
7 are contained in the device.
8     Q.   And in Samsung products, does the
9 gallery application have a bounce effect?
10     A.   Well, one could say that, or you      05:34
11 could say that.  But if you were to go by the
12 definition of bounce effect that I'm thinking of,
13 which I measured in the morning, in that light,
14 it does not.
15     Q.   Is any of the code which you have      05:35
16 written for bounce effect used in the Galaxy
17 application?
18     A.   No.
19     Q.   Is any of the code that you wrote
20 for bounce effect used in the browser      05:35
21 application?
22     A.   No, that was not the case.
23     Mr. McELHINNY:  Okay.  Let's
24 change the tape.
25     THE VIDEOGRAPHER:  This marks the      05:36

Page 113

1 end of Disk Number 3 in the deposition of
2 Wookyun Kho.  The time is 5:37 p.m. and
3 we are off the record.
4     (Recess taken from 5:37 p.m. to
5 5:47 p.m.)      05:44
6     THE VIDEOGRAPHER:  This marks the
7 beginning of Disk Number 4 in the
8 deposition of Wookyun Kho.  The time is
9 5:47 p.m., and we are back on the
10 record.      05:45
11     MR. McELHINNY:  For the record,
12 the video that we showed will be marked
13 as Exhibit 1232 once we put it on a
14 separate disk.
15     MR. TUNG:  Agreed.  Thank you.      05:45
16 BY MR. McELHINNY:
17     Q.   Sir, would you tell me in your
18 words why the gallery application does not have
19 the bounce effect?
20     A.   When I was talking about the      05:48
21 definition of what kind of effect does this
22 bounce effect comprise of, I mentioned that this
23 is an effect, this bounce effect is an effect in
24 order to let it be known that a list of some
25 items has reached the end.      05:48

29 (Pages 110 to 113)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 114

1     And if you want me to go by that
2  definition, in case of the gallery application,
3  my understanding is that there is no of that
4  aspect of the list reaching or having reached the
5  end in terms of the several items being in one          05:49
6  screen.
7     Q.  Thank you.  After you write
8  software that you're satisfied with, to whom do
9  you submit it?
10    A.  The software is not submitted to          05:49
11 any specific individual.
12    Q.  Does anyone check your work?
13    A.  That question has to do with the
14 current time frame?
15    Q.  Let's go back to where we were.          05:50
16 Let's say in August and September 2010.
17    A.  As I was telling you earlier, the
18 result would be shown in the way of some
19 demonstration, but source code itself would be --
20 but the source code itself would not be reviewed,     05:51
21 per se.
22    Q.  Okay.  So let's take again the
23 August-September fine tuning that you did.
24 Okay?  Did you at that time complete a version of
25 the bounce effect software?          05:52

Page 115

1     A.  Well, it's not that it was
2  specified thus like in terms of versions, per se;
3  rather, the revisions or the improvement on
4  performance continued to be kept up, and at that
5  time, there was this period of about one week          05:53
6  duration where concentrated work was carried out.
7     Q.  And at the end of that week, was
8  there a particular revision that was completed?
9     A.  Yes, there was.
10    Q.  And did that revision have a name          05:53
11 or a number?
12    A.  Well, that is -- this work was
13 done at the same time along with NemusTech, and
14 whatever was accomplished at NemusTech would have
15 a number to it, but what was done on at Samsung          05:54
16 would not have a number.
17    Q.  How does the revision, the
18 finalized revision, get from NemusTech to
19 Samsung?
20    A.  That is conveyed through e-mail in          05:54
21 the form of a library.
22    Q.  And how does the revision that
23 you've finished get made available to other
24 programmers at Samsung so that they can use it?
25    A.  There is a central server that          05:55

Page 116

1  maintains the -- all the platform source, and
2  that's where it is uploaded to.
3     Q.  And when it is uploaded to the
4  central server, does it have a individual
5  identification name or number to it?          05:56
6     A.  Yes, there is.
7     Q.  And what does that name or number
8  look like?
9     A.  Well, it's comprised of numbers,
10 either six numbers or seven numbers.          05:57
11    Q.  And are there numbers that are
12 specific to bounce effect software?
13    A.  No, there are no such things.
14    Q.  If you're looking in the library
15 and you want to find the bounce effect software,     05:57
16 how do you identify?
17    A.  So when you say "library" here,
18 are you referring to software library?
19    Q.  I am, yes.
20    A.  Well, library is comprised in          05:58
21 terms of the binary.  So basically, it would be
22 impossible to look therein.
23    Q.  How do other developers at Samsung
24 learn that there is a new revision to the bounce
25 effect software?          05:59

Page 117

1     A.  Typically, they would not, no.
2     Q.  How did the people that are
3  writing the contacts application know which
4  bounce effect code to use in that application?
5     A.  There is no need for them to          05:59
6  determine which one to use; it suffices to always
7  use the latest version.
8     Q.  Okay.  Does Samsung have a source
9  code repository?
10    A.  Yes.  There is a source code          06:00
11 repository.
12    Q.  And would that include copies of
13 all the various historical revisions?
14    A.  My understanding is that to a
15 degree, they are maintained.          06:01
16    Q.  And does Samsung have a central
17 source code control system?
18    A.  When you say a "source code
19 control system," what are you referring to?
20    Q.  A method of tracking all these          06:01
21 revisions, and whether or not they exist and
22 where they would be?
23    A.  Yes, it does.
24    Q.  And do you have access to that?
25    A.  Not as to the entirety, but I have          06:02

30 (Pages 114 to 117)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 118

```
1   -- I'm able to access -- to access those portions
2   that I have authority for.
3       Q.  And what portions do you have
4   authority for?
5       A.  I have the authority to access the      06:02
6   store places or repositories that would be
7   applicable to the project that I participate in.
8       Q.  And what are the names of those
9   repositories?
10      A.  It's not that there is a separate        06:03
11  name given to such repository; they are
12  distinguished by numbers.
13      Q.  Have you, in the time that you've
14  been at Samsung, have you written software code
15  for effects other than the bounce effect?        06:04
16      A.  Yes, I have.
17      Q.  Is there any particular effect
18  that you've spent more time on than you've spent
19  on the bounce effect?
20      A.  No.  This is the bounce effect           06:05
21  that I've spent the most time on.
22      Q.  What would be second?
23      A.  If you were to exclude the bounce
24  effect, the rest would comprise of various minor
25  things such that it's not -- such that I would    06:06
```

Page 119

```
1   not be able to specifically point out what would
2   comprise number two.
3       Q.  Does the phrase "list view," are
4   you familiar with list view?
5       A.  Yes.                                      06:06
6       Q.  And what does "list view" refer to
7   as you use it?
8       A.  This is one of the widgets
9   provided by Android framework.
10      Q.  And what does it do?                      06:07
11      A.  There is something called an
12  adapter that is connected to list view.  So data
13  would be obtained from there, that is the
14  adapter.  And so this would carry out the role of
15  showing the list on the screen of thereby.        06:08
16      Q.  Are you familiar with something at
17  Samsung called "the glow effect"?
18      A.  My understanding is that there is
19  no such effect that is called glow effect.
20      Q.  Okay.  Do you know whether or not         06:09
21  in some Samsung projects, the bounce effect has
22  been replaced by an effect that looks like a blue
23  light?
24      A.  Yes, I know that.
25      Q.  Right.  What do you call the              06:10
```

Page 120

```
1   effect that has replaced the bounce effect in
2   some products?
3       A.  Sometimes it's called "edge glow,"
4   but internally, it continues to be called "bounce
5   effect."                                          06:10
6       Q.  Have you personally been involved
7   in writing software for the edge glow effect?
8       A.  Yes, I have participated in that.
9       Q.  Has the Effect team -- is the edge
10  glow -- start again.                              06:11
11          Is the edge glow effect a project
12  of the Effect team?
13      A.  Yes.  It was one of the projects
14  of the Effect team.
15      Q.  When did your team start working         06:11
16  on the edge glow effect software?
17      A.  Although I do not recall this
18  exactly, this was prior to Nexus being sold.
19      Q.  Can you narrow that down to a year
20  for me?                                           06:13
21      A.  It probably was 2010.
22      Q.  We have talked a lot about 2010.
23  We talked about the comparisons that you did in
24  August and September 2010.  Were you also working
25  on the edge glow effect at that time?             06:13
```

Page 121

```
1       A.  No.  In August and September of
2   2010, I was not doing any work on edge glow
3   effect.
4       Q.  So did the work on the edge glow
5   effect start after September of 2010?             06:14
6       A.  That was subsequent to September
7   of 2010.
8       Q.  When you started working on the
9   edge glow effect, was that written to a
10  requirements document?                            06:15
11      A.  No, that was not the case.
12      Q.  How did the edge glow effect
13  project begin?
14      A.  Edge glow was -- effect was
15  contained in the Android Gingerbread native       06:16
16  code.  And at that time, there was a disclosure
17  of Gingerbread native code.  So at that juncture,
18  I got to see the edge glow code.  So that's how
19  the review work was begun.
20      Q.  Are you familiar with something           06:17
21  called the R&D Management Group?
22      A.  I know that such a group exists,
23  but I'm not familiar with it.
24      Q.  Do you know the names of any
25  people who are on it?                             06:18
```

31 (Pages 118 to 121)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 122

1     A.   No, I do not.
2     Q.   Do you know what it does?
3     A.   I do not exactly know.
4     Q.   Do you know who the boss of it is
5  today?                                  06:18
6     A.   No, I do not.
7     Q.   Have you heard of an organization
8  called the Office of Development?
9     A.   No.  When you say "Office of
10  Development," that seems rather ambiguous.    06:19
11    Q.   Okay.
12         (Exhibit 1233, Samsung's Responses
13         and Objections to Apple's Interrogatories
14         to Defendants Relating to Apple's Motion
15         for a Preliminary Injunction Number 1.    06:20
16         was marked for identification.)
17  BY MR. McELHINNY:
18    Q.   Mr. Kho, I've marked as Exhibit
19  1233 a document that is entitled "Samsung's
20  Responses and Objections to Apple's         06:21
21  Interrogatories to Defendants Relating to Apple's
22  Motion for a Preliminary Injunction Number 1."
23         Sir, I'm going to ask you to turn
24  to Page 5 of this document.
25    A.   (Witness complies.)                 06:22

Page 123

1     Q.   And at the top there, there's a
2  paragraph that has a bunch of names.  Do you see
3  that?
4     A.   Yes.
5     Q.   I'm going to go one by one, and      06:23
6  I'm going ask you if you know those people.  So
7  that's what I want to do at this point.
8         The first person is a person by
9  the name of Jin Soo Kim.  Do you know Jin Soo
10  Kim?                                     06:23
11    A.   I do not.
12    Q.   Okay.  Do you know Yeo Jung Min?
13    A.   I do not.
14    Q.   Do you know Min Hyouk Lee?
15    A.   No, I do not.                       06:23
16    Q.   Do you know Gi Young Lee?
17    A.   I do not.
18    Q.   Do you know Bang Yongseok?
19    A.   No, I do not.
20    Q.   Do you know Kim Bo-Ra?             06:24
21    A.   No, I do not.
22    Q.   Do you know Lee Yun Jung?
23    A.   No, I do not.
24    Q.   Do you know Nam Kihyung?
25    A.   I do not.                          06:24

Page 124

1     Q.   Do you know Dooju Byun?
2     A.   No, I do not.
3     Q.   Do you know Jaeg Wan Shin?
4     A.   No I do not.
5     Q.   Do you know Qi Ling?              06:24
6     A.   No, I do not.
7     Q.   Do you know Jeeyeun Wang?
8     A.   No, I do not.
9     Q.   That's very effective.  Thank
10  you.                                     06:24
11         (Exhibit 1234, Behold3 Document,
12         Bates stamped SAMNDCA0058318
13         through SAMNDCA00508408 marked for
14         identification.)
15  BY MR. McELHINNY:                        06:26
16    Q.   Sir, I've had marked a large
17  document.  It's been marked as 1234.  The first
18  page of it has the Bates number Sam NDCA
19  00508318, and it runs through 00508411.
20         You're welcome to look at as much   06:27
21  of that as you like.  I'm going to ask you about
22  specific pages.  Are you ready for me to ask you
23  a question?
24    A.   Yes.
25    Q.   On the cover, there's a reference   06:27

Page 125

1  to something called the Behold3.  Do you see
2  that?
3     A.   Yes.
4     Q.   And can you tell me what the
5  Behold3 was?                              06:27
6     A.   I know of it only to the extent
7  that this was an Android device that Samsung
8  made.
9     Q.   This document on the front bears
10  the title of the SW, which I assume is Software   06:28
11  Verification Group.  Do you see that?
12    A.   Yes, I do.
13    Q.   And in May of 2010, were you aware
14  of something called the Software Verification
15  Group?                                   06:28
16    A.   Yes, I was.
17    Q.   Was the Software Verification
18  Group part of the Google Android Group?
19    A.   No that was not the case.
20    Q.   Was it located in R3?            06:29
21    A.   My understanding is otherwise.
22    Q.   Do you know where it was located
23  in May of 2010?
24    A.   My understanding is that it was
25  probably in G-O-O-M-I, G-U-M-I.          06:29

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 126

```
1        Q.   In Korea?
2        A.   Yes.
3        Q.   In your normal course of your
4   duties on your team, did you have an interaction
5   with the Software Verification Group?        06:30
6        A.   Yes.
7        Q.   And what was the nature of the
8   interaction?
9        A.   Well, Software Verification Group,
10  what they mainly do is to test the work that we   06:31
11  software developers carry out and provide
12  feedback. So, therefore, we would continue to be
13  in communication throughout the development
14  process.
15       Q.   Did you ever communicate with the   06:31
16  Software Verification Group at any time about any
17  of the software you had written for the bounce
18  effect?
19       A.   Yes, it did.
20       Q.   Was that communication by e-mail?   06:32
21       A.   E-mail as well as other avenues of
22  communication, yes.
23       Q.   How far is Gumi from Suwon?
24       A.   It takes about three to four hours
25  by car.                                      06:32
```

Page 127

```
1        Q.   Did you have video conferences?
2        A.   No. Video conferences were never
3   held.
4        Q.   Would it be fair to say that most
5   of your communications with the Software        06:33
6   Verification Group were in writing?
7        A.   It's not the case of direct
8   communication, per se. So as you can see here, a
9   report would be created like this, and it would
10  be uploaded to a central server. So you could    06:34
11  consider that such takes place in a format such
12  as this.
13       Q.   When you say "such as this," you
14  mean the Behold3 report that you have in front of
15  you, correct?                                06:34
16       A.   Yes. Typically, it would be
17  created in a format such as this.
18       Q.   How would you learn that such a
19  report was available to you on the server?
20       A.   Typically, I would be communicated   06:35
21  of that through e-mail.
22       Q.   Okay. Do you know who was the
23  head of the Software Verification Group in any
24  time in 2010?
25       A.   No, I do not.                      06:35
```

Page 128

```
1        Q.   If you would look, please, does
2   the central server that you just talked about,
3   does it have a name?
4        A.   Typically -- well, I would rather
5   say -- well, there is a name given recently and   06:37
6   the name is PLM, and I think one can access that
7   through this site.
8        Q.   Sir, if you look at the bottom of
9   the page, it's Page 14 out of 94. It is Bates
10  page 508331. Do you see the second bullet point   06:37
11  says, "Evaluation Outline"?
12       A.   Yes.
13       Q.   And then it says that "the
14  subjects were a Behold3 manufacturing by Samsung
15  in an Apple iPhone." Do you see that?        06:38
16       A.   Yes, I do.
17       Q.   And then it says that the
18  evaluators -- that there were 30 people involved
19  in doing the evaluation. Do you see that?
20       A.   Yes, I do.                         06:39
21       Q.   And it refers to something, to an
22  Internet user group called "power user buzz
23  marketing recruit." Do you see it?
24       A.   Yes, I do.
25       Q.   Are you familiar with the power    06:39
```

Page 129

```
1   user buzz marketing recruit group?
2        A.   No. I absolutely do not know.
3        Q.   If you look then, please, at Page
4   66 out of 94, which ends in the Bates numbers
5   383. Do you see where it compares the Behold3 to   06:40
6   the iPhone?
7        A.   Yes, I do.
8        Q.   And it says that in the Behold3,
9   when a web page is dragged to its limit, there is
10  no effect, correct?                          06:41
11       A.   That's what's written.
12       Q.   And it says on the other hand, on
13  the iPhone, the iPhone has a bouncing visual
14  effect which creates entertainment value?
15       A.   Yes, that's what's written.       06:41
16       Q.   And then at the bottom, on the
17  very bottom line, it talks about the improvements
18  to be made. Do you see that?
19       A.   Yes.
20       Q.   And can you tell us, please, what   06:42
21  it is, the improvement that this says should be
22  made?
23       A.   So by that, you want me to read
24  it?
25       Q.   No. I mean, I can read it, but I   06:42
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 130

1   want to know what your understanding of the words
2   is.
3       A.   The way I understand it is at the
4   time of dragging a web page, currently, there is
5   no effect, so which is not interesting enough;       06:43
6   therefore, by providing a visual effect, it ought
7   to make it interesting.
8       Q.   My question --
9           MR. TUNG:  When you get to a point
10          that we can take a break, can we take a       06:44
11          break?
12          MR. McELHINNY:  Sure.  Let me ask
13          one more question.
14      Q.   Were you personally involved in
15   doing any of the work on the improvement to be       06:44
16   made that's described on this film?
17      A.   No.  Not at all.
18      Q.   I can give you a break.  It's
19   6:44.  I'm only going to go until 7:00.
20          MR. TUNG:  So you're just going to           06:44
21          stop at 7:00?
22          MR. McELHINNY:  Yeah I'm going to
23          stop at 7:00.
24          MR. TUNG:  We are prepared to stay
25          later.  I know we discussed that no one       06:45

Page 131

1   -- I think neither party or anyone has
2   arranged for the possibility of
3   continuing tomorrow.  So, you know, we
4   can offer to stay later if that's what
5   needs, but if you'll be done at 7:00.       06:45
6           MR. McELHINNY:  Well, just so it's
7   clear, I'm going to be done at 7:00,
8   because that's a long day of depositions.
9           MR. McELHINNY:  Okay.
10          MR. McELHINNY:  We are entitled to       06:45
11   14 hours with him.  I have offered to do
12   it tomorrow if you want to do it
13   tomorrow.  I understand that's not
14   convenient, but my plan right now is just
15   to adjourn at 7:00, and then we'll all       06:45
16   reserve our rights for whatever happens
17   after that.
18          MR. TUNG:  Okay.  We can discuss
19   what happens off the record.
20          MR. McELHINNY:  Okay.              06:45
21       (Exhibit 1235, Email dated May 16,
22   2011, Bates number SAMNDACA00036232,
23   marked for identification.)
24   BY MR. McELHINNY:
25       Q.   Again, sir, you've been handed a       06:48

Page 132

1   relatively long document.  It purports to be an
2   e-mail chain.  The first page of it has the Bates
3   number SAMNDACA00036232.  It's been marked here
4   as Exhibit 1235.  The first or the last e-mail on
5   the front page bears the date Monday, May 16,       06:48
6   2011.  The exhibit runs from Pages 36232 through
7   36261.
8           Sir, starting from the top, as we
9   do, which is the end in an e-mail chain, do you
10   see that this is an e-mail dated Monday, May 16,       06:50
11   2011?
12      A.   Yes, I do.
13      Q.   And it's sent by a gentleman whose
14   name is Kim In-Ho; is that correct?
15      A.   Yes, I do.              06:50
16      Q.   And he was your supervisor as of
17   May 16, 2011, correct?
18      A.   Yes, that's how I recall.
19      Q.   He was the head of the Effects
20   team?                      06:50
21      A.   Yes.  That's correct.
22      Q.   And he sent this to three people,
23   correct?
24      A.   Yes.  That's correct.
25      Q.   And you were one of the people to       06:51

Page 133

1   whom he sent this e-mail, correct?
2       A.   Yes.  That's correct.
3       Q.   And so is it your belief that you
4   received this e-mail on or about May 16, 2011?
5       A.   Yes.  That's correct.           06:51
6           MR. TUNG:  I'm sorry.  So we have
7   just discovered that one of the
8   recipients of the e-mail is a member of
9   the IP legal team, so I think we need to
10   claw back this document.              06:52
11          MR. McELHINNY:  Just so I
12   understand, who is the member of the
13   legal team?
14          MR. TUNG:  In the top line, the
15   second name.                    06:52
16          MR. McELHINNY:  Yeah.  Yung Ho
17   Kim.
18          MR. TUNG:  We recognize that as
19   Yung Ho Kim who is a member of the legal
20   team.                        06:52
21          MR. McELHINNY:  Well, the way the
22   claw back works, it's automatic.  You ask
23   for it and you get it.  We'll have time
24   before we do this again to note that all
25   it does is forward to him a broader       06:53

34  (Pages 130 to 133)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 134

```
1    e-mail. I'm not sure that makes it
2    privileged, but you get to make the call
3    is the way it works.
4        MR. TUNG: So without more time to
5    read the Korean, which I cannot read the      06:53
6    Korean on the spot right now and so I
7    can't make a determination real time, but
8    on the strength of the recipient being a
9    member of the legal team, I'm going to
10   claw back this document.                      06:53
11       MR. McELHINNY: All right. That's
12   fair enough for now.
13       Q.  I think that given that, I've got
14   seven minutes left of my time. I think that
15   would be an appropriate note on which to adjourn   06:54
16   the deposition. I'm sorry. Let the record
17   reflect I'm going to hand you my copy now. If
18   you send us an e-mail in the normal course, we
19   have been getting claw back notifications and
20   then we have been following the protective       06:54
21   order. So if you follow up on that?
22       MR. TUNG: Okay, I agree. Yeah.
23   So we'll follow the claw back procedure
24   under the agreements between the parties.
25       MR. McELHINNY: Okay. At this         06:54
```

Page 135

```
1    point, sir, I want to thank you for your
2    time. The deposition is adjourned.
3        MR. TUNG: So my only statement is
4    that we -- again, we offered to stay late
5    because no one had arranged to continue        06:54
6    tomorrow, and we offer to stay late if
7    that would help you finish. But I
8    understand that you want to adjourn right
9    now. We can discuss --
10       MR. McELHINNY: To be clear, I        06:54
11   have another six or seven hours of time
12   to use with this witness, so there is no
13   chance that we can finish it in a
14   consecutive session. So that's -- you're
15   right, I am adjourning. You are not        06:55
16   agreeing to it but I am adjourning.
17       MR. TUNG: Okay. Understood.
18       MR. McELHINNY: Okay.
19
20
21
22   ///
23   ///
24   ///
25   ///
```

Page 136

```
1        THE VIDEOGRAPHER: This marks the
2    end of Disk Number 4 of four and         06:55
3    concludes today's deposition of Wookyun
4    Kho. The time is 6:56 p.m. and we are
5    off the record.
6        (Time noted:  6:56 p.m.)
7
8
9
10
11
12       _____
         WOOKYUN KHO
13
14
15   Subscribed and sworn to before me
16   This       day of          , 2012.
17   _____
18
19
20
21
22
23
24
25
```

Page 137

```
1        C E R T I F I C A T E
2    STATE OF CALIFORNIA    )
3                          )
4    COUNTY OF SAN FRANCISCO )
5        I, LINDA VACCAREZZA, a Certified
6    Shorthand Reporter for the State of
7    California, do hereby certify:
8        That WOOKYUN KHO, the witness whose
9    deposition is hereinbefore set forth, was
10   duly sworn by me and that such deposition
11   is a true record of the testimony given
12   by such witness.
13       I further certify that I am not
14   related to any of the parties to this
15   action by blood or marriage; and that I
16   am in no way interested in the outcome of
17   this matter.
18       IN WITNESS WHEREOF, I have hereunto
19   set my hand this 12th day of January,
20   2012.
21
22   _____
23   LINDA VACCAREZZA, CSR. NO. 10201
24
25
```

35 (Pages 134 to 137)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 138

1    -------------I N D E X----------------
2    WITNESS    EXAMINATION BY    PAGE
3    WOOKYUN KHO  MS. MCELHINNY     5
4    --------------EXHIBITS----------------
5    PLAINTIFFS                PAGE LINE
6    Exhibit 1231
7    Twitter Account Page...........66   9
8
9    Exhibit 1232
10   Compact Disk..................101   12
11
12   Exhibit 1233
13   Samsung's Responses and Objections to
14   Apple's Interrogatories to Defendants
15   Relating to Apple's Motion for a
16   Preliminary Injunction Number 1 122   12
17
18   Exhibit 1234
19   Behold3 Document, Bates stamped
20   SAMNDCA0058318 through
21   SAMNDCA00508408.................124   11
22
23   Exhibit 1235
24   Email dated May 16, 2011, Bates Number
25   SAMNDACA00036232................131   21

Page 139

1    INSTRUCTIONS NOT TO ANSWER
2    Page 30 Line 9
3    Page 31 Line 14
4    Page 31 Line 24
5    Page 32 Line 13
6    Page 32 Line 21
7    Page 33 Line 15
8    Page 34 Line 2
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 140

1    ERRATA SHEET FOR THE TRANSCRIPT OF:
2    Case Name:  Apple Inc v. Samsung Electronics Company Limited
3    Dep. Date:  January 12, 2012
4    Deponent:  Wookyun Kho
5    Pg. Ln.  Now Reads    Should Read    Reason
6    ___ ___  _____  _____  _____
7    ___ ___  _____  _____  _____
8    ___ ___  _____  _____  _____
9    ___ ___  _____  _____  _____
10   ___ ___  _____  _____  _____
11   ___ ___  _____  _____  _____
12   ___ ___  _____  _____  _____
13   ___ ___  _____  _____  _____
14   ___ ___  _____  _____  _____
15   ___ ___  _____  _____  _____
16   ___ ___  _____  _____  _____
17
                _____
18              Wookyun Kho
19
     SUBSCRIBED AND SWORN BEFORE ME
20
     THIS_____ DAY OF_____, 2012.
21
     _____
22
     (Notary Public)  MY COMMISSION
23
     EXPIRES:_____
24
25

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**A**

**ability** 7:18
**able** 7:23 47:19
  88:20 93:10,14
  103:8 105:19
  106:19 118:1
  119:1
**absolutely** 129:2
**access** 42:5 117:24
  118:1,1,5 128:6
**accomplish** 109:3
**accomplished**
  115:14
**account** 9:11,14,20
  10:1 65:18,20,21
  66:9,15 138:7
**action** 137:15
**activities** 47:15
**actual** 64:3
**adapter** 119:12,14
**additional** 79:5
**address** 39:5
**adjourn** 131:15
  134:15 135:8
**adjourned** 135:2
**adjourning** 135:15
  135:16
**adjust** 88:20,25
**adjusting** 88:21
**Advanced** 15:17,23
  16:2 19:2,9,14,24
  21:4 22:2,12 48:2
  61:15,16 77:9,10
  77:14,16,16,18,19
  77:21
**age** 7:5
**ago** 30:24 63:25
**agree** 134:22
**Agreed** 113:15
**agreeing** 135:16
**agreements** 134:24
**ahead** 102:12
**Air** 10:8 11:9,12
**alphabet** 35:11
**ambiguous** 122:10
**AMERICA** 1:8,10

**American** 7:5 74:1
**analysis** 43:23 44:9
**Android** 20:1,3,6
  20:16 21:4,24
  52:24 53:2 58:7
  72:4,11 98:8,10
  98:12 119:9
  121:15 125:7,18
**and/or** 94:21
**animation** 47:21
**answer** 6:16 7:18
  26:15 27:4,12
  29:23 30:1,10,16
  31:16,17,18,25
  32:1,2,4,11,15,16
  32:22,23,24 33:19
  34:5,6,8 37:4,5
  55:1 58:21 73:11
  73:22 74:5,16,23
  75:7 79:1 139:1
**answers** 6:15 7:11
  32:14
**anyone's** 68:5
**appear** 66:14
**appearance** 49:13
**Apple** 1:4 4:5,25
  5:2,4,24,25 10:5
  11:18 12:24 13:4
  13:9 26:1,21,22
  27:18 34:18,19,22
  34:25 35:8 48:20
  51:17 58:23 59:5
  66:25 67:15 68:1
  68:18 73:8,17
  74:14 79:15 80:18
  81:12 85:4,5,16
  85:22 87:21 88:5
  88:15 91:20,23
  96:11 99:15 103:7
  103:16 104:9,11
  128:15 140:2
**Apple's** 122:13,14
  122:20,21 138:14
  138:15
**applicable** 17:12
  80:24 118:7
**application** 18:10

18:22 23:16
  109:13,16,17,18
  109:22 110:1,5,11
  111:4,5,9,18,23
  111:24,25 112:9
  112:17,21 113:18
  114:2 117:3,4
**applications** 111:2
**applied** 91:17
  94:20
**appointment** 95:14
**appreciate** 28:25
**appropriate** 87:1
  88:25 89:13 93:5
  134:15
**approval** 84:17
**approximately**
  4:14 30:25
**April** 46:1,16
  104:22 105:6
  106:2 107:11
  108:8,19
**area** 62:2
**arranged** 131:2
  135:5
**arrival** 77:8
**article** 26:17
**asked** 7:8 30:8
  31:13,21 32:8,10
  32:18 43:11,19
  45:6 63:18 105:16
  105:17
**asking** 6:2 13:3,22
  16:9 21:3 26:25
  27:6,8,19 32:11
  42:18 59:21
**aspect** 85:11
  103:21 107:22
  114:4
**aspects** 81:22
**assigned** 15:12,16
**assignment** 40:2
  69:11 79:3
**assisted** 77:25
  99:24
**association** 4:20
**assume** 125:10

**attached** 60:16
  100:19
**attorney** 5:23
  26:25 27:11 31:15
  31:24 32:21 33:18
  34:5 37:2
**attorneys** 1:14 3:3
  3:11 29:25 80:2
**attorney's** 32:5
**attorney-client**
  26:7,14
**August** 39:21 48:10
  50:7,17 51:1
  57:14 58:12,17
  59:4,11 60:4
  68:17 90:22 92:11
  95:16 97:8 98:3
  99:5 103:14
  104:16 109:10
  114:16 120:24
  121:1
**August-September**
  114:23
**August/September**
  49:25 51:15 57:14
  67:13 96:6
**authority** 68:5
  118:2,4,5
**authorizing** 68:10
**automatic** 133:22
**automatically**
  23:23 25:8
**available** 82:15
  115:23 127:19
**Avenue** 4:18
**avenues** 126:21
**aware** 73:7,14
  125:13
**awareness** 73:11
**awesome** 65:9 67:6
**A-sa** 35:12
**a.m** 2:5 4:14 29:14
  29:15,16,18 44:20
  44:23

**B**

**back** 7:12 9:7 13:19

29:18 31:3 37:22
  45:2,4,17 48:10
  49:19 57:13 60:21
  62:25 63:15 64:18
  67:12,13 72:10
  75:15 77:23 80:15
  81:10 87:16 97:4
  109:10 113:9
  114:15 133:10,22
  134:10,19,23
**bad** 56:22
**Bang** 123:18
**banner** 56:12
**basic** 50:2
**basically** 116:21
**basis** 22:19
**Bates** 100:18,25
  101:8 102:4,4
  124:12,18 128:9
  129:4 131:22
  132:2 138:19,24
**bbeard@mofo.co...**
  3:19
**Beard** 3:16 5:3,3
**bears** 125:9 132:5
**beautiful** 65:4
**beginning** 4:2
  44:25 80:13 113:7
**begun** 91:7 121:19
**Behold3** 124:11
  125:1,5 127:14
  128:14 129:5,8
  138:19
**belief** 133:3
**believe** 33:3 39:21
  39:25 41:2 59:16
  86:13 95:18
**belonged** 97:24
**belonging** 73:20
**belongs** 42:16
  77:21
**Benjamin** 4:15
**best** 35:17 71:24
  105:13
**better** 87:10
**binary** 90:2,3,9
  116:21

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**birthday** 7:3,8
**bit** 47:17,17 49:2
  107:1
**blood** 137:15
**blue** 119:22
**Boese** 3:25
**borrow** 40:1 42:8
  42:25 46:6 48:12
  67:16,18 68:6,23
  96:5,10 108:16
**borrowed** 38:11,13
  39:15,19 40:3,11
  42:7,10 43:7,9
  44:5 48:25 96:9
  96:11,12
**borrowing** 43:11
  43:18 67:19
**boss** 46:6 122:4
**boss's** 46:8
**bottom** 128:8
  129:16,17
**bought** 11:15,17,21
  14:1 63:16,17
**bounce** 35:20,21
  36:5,5 41:1 50:4,4
  51:23 52:2,21
  53:5,14,19 54:5
  54:12,16,19 55:10
  55:17 56:6 57:16
  57:24 58:3,5,9,11
  58:17,22 59:5,5
  60:1,24 62:11
  73:9 74:3,11,20
  75:3 77:23 78:1
  78:14,23 84:21
  87:24 96:1 97:10
  99:7,8 103:3,15
  103:19 105:20,21
  105:22,24 107:5,8
  108:2 109:11,20
  110:6,10,17,19,24
  111:11,13 112:9
  112:12,16,20
  113:19,22,23
  114:25 116:12,15
  116:24 117:4
  118:15,19,20,23

119:21 120:1,4
  126:17
**bouncing** 35:20,20
  35:21 36:5,6,6
  40:16,19 48:24
  49:11 53:11 54:24
  55:5,12 72:4
  75:18 86:11,14,15
  86:18 87:7 89:5,6
  129:13
**Bo-Ra** 123:20
**break** 28:21 29:8
  62:19 96:23
  130:10,11,18
**Brief** 81:8
**briefly** 38:11 40:5,6
  108:16
**bring** 22:18
**broader** 133:25
**Brooks** 3:16 5:3
**brought** 63:16 83:6
  83:25 84:5 92:18
**browser** 112:20
**bug** 103:22,24
  104:9
**building** 61:20
**bullet** 128:10
**bunch** 123:2
**business** 1:8 14:18
  14:21,23,23 15:3
  15:5,6,10
**button** 101:17
**buy** 11:14 65:3
**buzz** 128:22 129:1
**BYEONG-OK**
  17:25
**Byeong-Wook** 18:3
  46:12
**Byoeng-Wook**
  21:12
**Byun** 124:1

----

**C**

**C** 3:1 137:1,1
**calendar** 75:4
**California** 1:2,4,17
  2:11,13 3:5,13 4:8

4:13 137:2,7
**call** 16:12 47:14
  57:10 93:21 99:9
  103:3 107:24
  119:25 134:2
**called** 11:24 17:8
  18:20 19:2 47:10
  82:12 97:12 98:7
  107:25 109:16
  111:24 119:11,17
  119:19 120:3,4
  121:21 122:8
  125:1,14 128:22
**calls** 6:13
**campus** 8:25
**capital** 102:5
**captured** 86:8
**car** 126:25
**card** 14:18,21,23
  15:3,5,6,10
**cards** 14:24
**carried** 90:10
  93:24 115:6
**carry** 119:14
  126:11
**carrying** 40:4,11
  40:14,15
**case** 4:9 22:20,23
  23:1 25:21 34:23
  44:1 48:7,14 52:6
  52:8 55:20 61:18
  61:21 65:13 66:6
  68:12,20 84:7
  86:21 88:11 90:16
  95:9 104:4,6
  107:13,15,17
  108:12 109:14
  110:3,18 111:1
  112:22 114:2
  121:11 125:19
  127:7 140:2
**categorize** 47:16
**caused** 40:9
**caution** 26:6,12,23
  27:21 33:16 73:10
  73:21 74:5,15
**CD** 100:15 101:4

101:12
**cellular** 39:1 94:20
  96:2
**Center** 11:25
**central** 115:25
  116:4 117:16
  127:10 128:2
**certain** 19:6 27:2,9
  34:11 47:20 57:21
  60:6 71:10 103:9
**Certified** 2:12 5:14
  137:5
**certify** 137:7,13
**cetera** 106:15
**chain** 132:2,9
**chance** 135:13
**change** 21:4 37:7
  42:23 44:17 54:1
  79:23 86:20,20,21
  87:23 88:21 89:9
  89:9,17,18,21,25
  92:25 93:1 97:20
  112:24
**changed** 20:23,24
  55:21,25 59:15
  86:12,15,16 88:12
  88:13 89:14,15
  91:8 97:22 107:22
**changes** 55:24
  90:13,18 91:1,17
  107:22
**changing** 88:9,23
  89:7 99:20
**character** 35:9,11
**characterize** 47:19
**charge** 16:24 17:2
  18:9,21 19:4 20:6
  20:11 21:18 46:17
  52:4,7 53:13
  76:16 77:3,5
  93:25 98:20
**chart** 21:21,24 22:2
  22:5,6
**check** 3:25 68:18
  114:12
**Chin** 21:18 22:10
  22:10,11 48:6

**Chinese** 35:11
**chosen** 94:19
**Chung** 3:15 5:1,1
  101:20
**circumstances**
  63:10 83:21
**city** 4:12 8:2,22 9:3
  39:7
**clarify** 12:25 27:7
  53:21 103:12
**classified** 56:13
**claw** 133:10,22
  134:10,19,23
**clean** 85:8
**cleaner** 101:5
**clear** 17:4 102:14
  103:18 131:7
  135:10
**clearer** 101:21
**clearly** 64:11
**clip** 102:16
**clipboard** 47:11
**clipboards** 47:12
**CLR** 1:24
**Cluster** 62:17
**code** 24:15 54:2,5,9
  58:17 74:20 78:2
  78:5,6,9,11,14,23
  79:8 88:9,12
  89:25 90:8,14
  109:6 111:16
  112:15,19 114:19
  114:20 117:4,9,10
  117:17,18 118:14
  121:16,17,18
**codes** 58:14 78:3,18
**Columbia** 7:25
  12:13,17
**combination** 35:10
**combine** 47:15
**combined** 56:4,7
  56:11
**come** 38:9 57:6
  61:5 62:12 65:23
  69:13 72:10 93:10
  101:20,22 104:4
**coming** 27:10

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 143

**COMMISSION** 140:22
**common** 17:25 18:1 21:16 52:10 76:3
**commonly** 20:14 56:5,7 88:8
**communicate** 126:15
**communicated** 127:20
**communication** 26:8,14 27:1 75:9 126:13,20,22 127:8
**communications** 29:25 127:5
**Compact** 138:10
**company** 1:10 4:6 12:3,10,20 24:1 26:20 27:17 35:13 37:23 38:8 41:25 42:3,5 57:9 61:8 70:11,14,16 71:5 73:20 83:2,3 84:14,16,18,19 108:10 140:2
**company's** 49:17
**Compaq** 64:2
**compare** 44:10 69:15 85:1 95:22 96:1 106:3 107:4
**compared** 51:17 59:4 60:4 87:21 88:14 95:18 104:19 107:8,19 108:4
**compares** 129:5
**comparing** 103:14 107:12
**comparison** 40:12 43:25 44:11 51:16 59:22 69:8,12,17 69:21,23 70:1,10 71:1 79:14,18 81:1 82:2,8 85:20 85:21 87:25 88:5

88:14 95:2,5 96:17 99:14 104:17 106:1,22
**comparisons** 44:2 49:1,17,21,23 67:14 69:4 71:12 72:1,6 80:17 81:13 82:22 95:17 96:16 106:5,8 107:11 108:16,17 108:18,20 109:2 120:23
**competition** 81:23
**competitive** 81:25 95:3
**competitor** 69:15 81:24
**competitors** 95:19
**competitor's** 39:1
**compilation** 90:1,8
**compile** 90:14
**complete** 114:24
**completed** 115:8
**Completely** 63:4
**complies** 122:25
**components** 57:11
**composing** 79:10
**compound** 8:19
**comprise** 57:11 113:22 118:24 119:2
**comprised** 116:9 116:20
**computer** 8:12 22:19,22,25 23:2 23:4,8,11,18 24:7 24:10,14,15,18,22 28:23 29:3,21 30:3,18 90:5,10 90:14 101:18
**concentrated** 115:6
**concepts** 55:25
**concerning** 78:14
**concludes** 136:3
**conclusion** 6:13 100:24
**conclusions** 85:23

86:2,5,7 96:15
**concurred** 65:14
**conferences** 127:1 127:2
**confidential** 1:14 80:2
**confining** 55:4
**confused** 98:2
**confusing** 43:10,17
**connected** 119:12
**connection** 28:2,11
**consecutive** 135:14
**consider** 127:11
**considered** 18:18
**considering** 30:13 59:13 79:16 92:8 105:16
**contact** 110:5
**contacts** 109:17,22 109:25 110:11 117:3
**contained** 27:2 112:7 121:15
**content** 26:11
**contents** 79:11
**continue** 126:12 135:5
**continued** 55:24 58:19 59:1,13 91:7 93:25 98:17 109:1 115:4
**continues** 120:4
**continuing** 131:3
**continuous** 93:19 94:1 106:25
**continuously** 107:3
**contrary** 110:22
**control** 89:2 117:17 117:19
**convenient** 96:21 131:14
**conversations** 71:25 73:12
**conveyed** 115:20
**copies** 117:12
**copy** 96:5 134:17
**corporation** 1:4,9

**correct** 7:6 16:5,14 18:7 23:5,6,9,18 23:20 25:17 30:6 32:6,7 34:12 37:10,20 41:6,11 43:7,8 46:15 47:3 47:23 50:6 54:25 55:1 58:24 59:23 65:5,16,17 66:16 66:20,23 67:4,7 67:11,24 68:2,11 73:18 76:23 77:1 77:4 82:13,15,19 82:20 83:11 87:20 88:18,19 92:14,15 92:22 95:20 98:8 98:24,25 100:8 104:18,22,23 105:2,3,9 109:24 127:15 129:10 132:14,17,21,23 132:24 133:1,2,5
**correction** 18:2,3 23:13 43:15,24 89:16 90:21 111:3
**corrections** 90:7
**correctly** 66:24
**correspondence** 23:8,11,19 70:25
**counsel** 4:21 73:13 73:24 74:7,17
**COUNTY** 137:4
**course** 8:16 55:15 61:13 64:6 81:22 87:10 94:5 100:9 103:17 104:13 126:3 134:18
**court** 1:1 4:7,18 7:13 101:10
**cover** 56:18 124:25
**create** 25:19 69:14 90:17 93:13 110:15,17
**created** 54:3 57:4 87:8 90:2 99:11 109:25 111:13 127:9,17

**creates** 129:14
**creating** 47:11 54:9 57:12 75:18 79:10 79:11
**criminal** 6:10
**CRP** 1:24
**CSR** 1:24 137:23
**cumbersome** 85:13
**current** 42:18 56:16 114:14
**currently** 10:4 12:1 13:23 14:11 17:24 43:2 68:21 130:4
**cut** 49:2
**cutting** 49:6

**D**

**D** 138:1
**DAE-WOON** 18:1
**dark** 103:8
**data** 119:12
**date** 21:1,1 132:5 140:3
**dated** 66:18 131:21 132:10 138:24
**day** 39:25 69:6 131:8 136:16 137:19 140:20
**days** 69:5
**deal** 59:16
**dealer** 11:20
**dealing** 97:7
**deals** 109:6,9
**December** 10:12 14:2 21:8,9 31:10 31:10
**decided** 36:21
**Defendants** 1:11 3:3 122:14,21 138:14
**definition** 112:12 113:21 114:2
**degree** 8:6,9,10 117:15
**Delaware** 1:10
**delay** 107:17
**delete** 23:25

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

demonstrate 92:17
92:20,24 93:2
94:24
demonstrated 64:8
91:11,14
demonstration
86:12 87:4 91:11
91:19,25 92:7,19
93:2,17,23 94:3,4
94:12,14,15,22,25
95:2,6 99:22
103:3 114:19
Dep 140:3
department 31:15
31:24 32:21 33:18
34:4 45:9
Deponent 140:4
deposition 1:16 2:8
4:4,11 5:21 6:11
6:20 44:19 45:1
80:7,14 100:21
101:8 113:1,8
134:16 135:2
136:3 137:9,10
depositions 131:8
describe 10:2 13:1
15:7
described 54:18
90:7 130:16
describes 25:12
description 15:9
design 24:17,20
designate 80:1
desired 54:19
determination
134:7
determine 117:6
develop 79:4
developed 72:20
111:9
developer 85:1
developers 116:23
126:11
developing 79:4
84:23
development 15:17
15:23 16:3 18:22

19:2,10,14,25
21:5 22:2,12 48:3
51:2,10 52:2
53:10 55:12 61:15
61:16 77:19,21
79:17 88:10 106:9
122:8,10 126:13
device 38:7 49:22
57:15 63:24 64:1
64:13,15 65:7
67:9,17 68:18
81:24 82:8 84:14
86:16 87:9,17,21
87:22,23 88:5,15
88:15,18 90:3,11
91:20,24 92:21,24
93:15 94:23,23
95:23 102:20
103:7 104:12,20
105:19 110:19
112:7 125:7
devices 48:20 49:1
49:9,17 54:1
67:15 72:4 85:2
87:18 91:16 92:2
94:21,24 106:8,13
109:16 110:23
111:1
differences 85:19
93:6
different 9:3 16:2
27:23,24 28:22
41:8,16 55:2,7
69:20 73:6 77:13
87:22 93:3 105:22
105:24
differently 19:13
difficult 24:12 54:3
83:7 101:16
difficulty 59:17
direct 37:2 69:22
75:12 127:7
direction 73:23
74:6,17,21,24,25
75:2,9,25
directly 17:21
21:14 78:4 94:20

director 71:19
disappear 104:6
disc 80:7,13
disclose 33:20
disclosure 121:16
discovered 133:7
discrepancies 93:7
discuss 131:18
135:9
discussed 70:13
130:25
discussion 70:19
99:13,16
discussions 69:25
70:4,8,15
disk 4:2 44:19,25
100:21 101:9
113:1,7,14 136:2
138:10
display 87:6
distinguish 103:9
distinguished
118:12
District 1:1,2 4:7,8
divided 16:3 97:25
division 1:3 4:9
15:13,21,22
document 24:20
25:1,11 45:8
54:18,22 55:2,18
56:17,19,21,24
57:2,4 60:12 66:7
66:12 68:25 72:14
72:17 121:10
122:19,24 124:11
124:17 125:9
132:1 133:10
134:10 138:19
documents 24:6,9
24:18,22 25:2,20
25:23 28:2,11,24
29:3,21 30:18
55:14,17 56:2
60:22,24 61:1,2,7
62:12 79:8,8,10
79:12
doing 33:5,6 40:9

48:23 49:25 51:15
55:13 67:14 69:8
71:2 77:24 79:16
81:20 84:22 93:5
95:17 104:5
106:22 107:10
121:2 128:19
130:15
Dolphin 3:4
Dooju 124:1
dragged 129:9
dragging 130:4
draw 85:23
Drive 3:4
duly 5:13 137:10
duration 89:5,10
89:17,18 115:6
duties 126:4

E

E 3:1,1 137:1,1
138:1
earlier 14:5 45:6
100:1 114:17
easier 30:16
edge 120:3,7,9,11
120:16,25 121:2,4
121:9,12,14,18
effect 16:19,21,24
17:2,11,15 19:18
20:13,14 35:20,21
36:5,5 40:16,19
40:21 41:1 46:21
46:23 48:25 49:11
50:4,5 52:2 53:11
53:14,19 54:16,19
54:24 55:5,17
56:7,13 57:24
58:5,9,12 60:1,24
62:11 72:4 73:9
74:3,20 75:4,19
78:1,15 86:11,14
86:16,18 87:7,24
88:22,24 89:5,6
89:10,19 91:2
94:10 96:1 97:12
98:1,24 99:3,9

103:4,15,19 105:7
105:21,22,23
107:9,21 108:1,2
108:3,5 109:9,12
109:20 110:17,20
110:24 111:12,13
112:9,12,16,20
113:19,21,22,23
113:23,23 114:25
116:12,15,25
117:4 118:15,17
118:19,20,24
119:17,19,19,21
119:22 120:1,1,5
120:7,9,11,12,14
120:16,25 121:3,5
121:9,12,14
126:18 129:10,14
130:5,6
effective 124:9
effects 47:13,14
49:12 56:8 74:12
97:9 105:24
118:15 132:19
Eight 16:22
either 31:7,10
64:14 90:24 104:6
116:10
Electronics 1:7,8
3:23 4:6 6:1 12:3
12:5,16 140:2
Email 131:21
138:24
Emanuel 3:2 5:6
employed 12:2
37:9,12,19 41:5
43:21 44:8 47:2
employer 6:1
employment 13:8
13:12 41:19
ends 129:4
enforced 6:9
engage 58:19
engaged 79:18
engineer 14:14
15:11 16:25 17:5
17:8,25 18:1,5,12

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

21:12,14 38:15
46:12 52:9,11,17
53:17 70:6 71:18
72:13 75:12 76:3
76:6,8,9,12,13,16
76:24 78:20 83:16
91:14,15 95:10,11
95:14 97:15 98:22
105:2,14 108:15
**engineering** 8:12
**engineers** 16:20
17:10,14,18
**English** 7:12,21
8:21 9:17,18,21
9:25 10:2 34:14
34:15,16 35:11,23
36:1,17 67:2
**entertainment**
129:14
**entire** 15:1,22 22:4
47:9
**entirety** 117:25
**entitled** 122:19
131:10
**entity** 1:8 12:11
**errata** 80:4 140:1
**error** 77:15 97:22
**ESQ** 3:6,14,15,16
**et** 106:15
**evaluation** 128:11
128:19
**evaluators** 128:18
**event** 66:25 69:14
**exact** 98:18
**exactly** 10:19 11:1
15:20 21:19 26:3
28:6 30:15,23
36:10 38:14,21
42:24 45:16 48:1
48:13,17 50:24
51:6,7,7 56:10
57:25 63:21 71:3
78:19 79:22 82:23
91:9 107:7 111:21
120:18 122:3
**EXAMINATION**
5:18 138:2

**examined** 5:15
**exchange** 70:25
**exclamation** 67:6
67:10
**exclude** 27:11
97:14 118:23
**exhibit** 66:8,9,13
100:15,20 101:4
101:12 113:13
122:12,18 124:11
131:21 132:4,6
138:6,9,12,18,23
**exhibits** 100:22
138:4
**exist** 93:17,18 94:4
117:21
**existed** 59:6
**exists** 121:22
**Experience** 61:10
61:11,14
**EXPIRES** 140:23
**extent** 6:12 99:17
99:19 125:6
**eyes** 1:14 80:2
85:17
**e-mail** 22:22,24
23:7,24,25 24:5
60:18 70:25 78:10
78:12 79:11 100:6
100:7 115:20
126:20,21 127:21
132:2,4,9,10
133:1,4,8 134:1
134:18
**e-mails** 23:13,15
60:8,9 67:22

———————
**F**
———————
**F** 137:1
**Facebook** 9:11
**fact** 47:8 69:25
70:9 110:4,9
**fair** 37:17 70:24
103:12 127:4
134:12
**fall** 90:24
**familiar** 109:15,19

111:17,18,23
112:1 119:4,16
121:20,23 128:25
**family** 11:24 63:21
**far** 31:3 43:10,10
43:17 60:13 71:22
90:20 91:8 102:17
102:15,20 101:4
**fashion** 106:25
**fast** 105:17,19
**feedback** 72:3,10
72:15,19,22,24
85:14 103:18
104:12,14 126:12
**field** 8:12
**figure** 16:11 49:18
**figuring** 7:6
**file** 60:16 100:7
102:2
**files** 23:10,18 25:23
**film** 130:16
**final** 80:4
**finalized** 115:18
**find** 59:12 60:3,5
85:15 87:9 116:15
**fine** 91:2 92:21
101:11,23 108:20
114:23
**finish** 135:7,13
**finished** 115:23
**first** 13:17 14:12
18:3 26:1,4,11
30:21 31:11 32:10
33:1,9 34:22
35:14,19,24,25
36:8 50:14 51:21
52:24 53:1,6,12
53:15,20 54:21,23
63:5,10,23 64:10
64:11,13,15,23
65:15,15 67:15,17
73:5 82:11 91:6,8
92:4,10 123:8
124:17 132:2,4
**five** 67:10
**flies** 96:22
**floor** 43:3,4,5

**focus** 31:11 38:1
49:24 50:1
**focused** 105:20
**Foerster** 2:9 3:10
5:4
**follow** 134:21,23
**Followed** 67:9
**following** 134:20
**follows** 5:15
**follow-up** 45:5
**forgive** 18:11 50:16
**form** 66:5 93:18
115:21
**formal** 14:15,17
**format** 127:11,17
**forth** 137:9
**forward** 133:25
**foundation** 45:14
50:21 73:7 111:7
**four** 17:16,20 67:9
126:24 136:2
**frame** 20:22 44:15
50:1,7 53:25
57:25 58:20 96:7
104:25 114:14
**framework** 18:10
76:20,21 119:9
**Francisco** 1:17
2:10 3:13 4:13
137:4
**front** 125:9 127:14
132:5
**full** 85:8
**function** 51:23
52:21 53:6 54:5
57:16 58:3 59:5,6
89:6,14,15 107:5
109:7
**functions** 54:19
89:8
**further** 137:13
**future** 51:2,10

———————
**G**
———————
**GA** 98:9
**Galaxy** 50:13,14,18
50:22 51:5,8,20

51:20,24 52:21
53:6,7,12,15,19
53:22 54:15,16
57:22,23 58:5,8
59:6,10,23 81:21
82:11 92:4,13
95:2 106:4 107:17
108:22 110:5,12
110:13 111:18,19
112:16
**gallery** 111:24
112:9 113:18
114:2
**GANGNAM** 62:2
**generated** 67:19
69:1
**generation** 13:17
13:18 14:12 50:14
51:21 53:6,12,15
53:20 82:11 90:9
92:5
**gentleman** 132:13
**gentlemen** 80:21
**Gerald** 4:15
**getting** 134:19
**Gi** 123:16
**gift** 10:21,22 11:5
**Gingerbread**
121:15,17
**girlfriend** 10:23
11:7
**girlfriend's** 63:14
**give** 13:1 27:20
31:22 32:19 33:15
34:2 35:6 69:20
71:14 74:4 83:23
100:11 101:9
130:18
**given** 6:23 11:5
12:24 13:1 37:20
37:22 40:2 64:20
69:11,22 84:14
86:12 118:11
128:5 134:13
137:11
**giving** 37:25 75:24
**glow** 119:17,19

120:3,7,10,11,16
120:25 121:2,4,9
121:12,14,18
**go** 13:19 42:25 45:4
45:17 48:10 49:19
57:13 60:21 67:12
68:18 70:20 75:15
81:4 89:8,24
95:14 102:12
112:11 114:1,15
123:5 130:19
**goes** 54:16
**going** 7:5,9,10
13:19 16:1 19:13
20:15 27:13 28:16
30:9 32:25 37:7
41:8 44:16 45:17
48:9 49:1 51:12
57:13 60:20 62:8
66:8 67:13 70:1,9
70:22,22 79:14,23
87:16 95:25 96:19
100:11,12,14,16
100:17 101:16
102:10,11 109:10
122:23 123:5,6
124:21 130:19,20
130:22 131:7
134:9,17
**good** 4:1 5:20 8:13
19:17 87:15
100:25
**Google** 20:1,2,6,16
21:4,24 98:10,12
125:18
**gotten** 104:12
**grades** 8:14
**great** 59:15 62:18
93:6
**group** 15:13,18,19
15:23 16:3 18:6,8
18:12,15,18,22,23
19:2,5,9,10,15,23
19:25 20:1,3,6,17
20:18 21:5,17,24
22:3,13,16 48:3,6
61:17 62:4,6,13

62:17 68:19 77:19
77:22 98:8,10,10
98:12 121:21,22
125:11,15,18,18
126:5,9,16 127:6
127:23 128:22
129:1
**groups** 16:4,8
19:12
**Gumi** 126:23
**G-O-O-M-I** 125:25
**G-U-M-I** 125:25

**H**

**half** 12:6
**halfway** 60:2
**hand** 82:1 88:6
93:13 129:12
134:17 137:19
**handed** 46:24 61:7
66:12 131:25
**handles** 42:21
**happened** 86:17
87:3 90:20 91:10
108:7
**happens** 131:16,19
**Harold** 3:14 4:24
5:22
**head** 19:18 46:23
47:22,24 52:18
63:3 98:23 105:8
105:10 127:23
132:19
**headquartered**
4:17
**hear** 26:1 49:8
**heard** 8:20 72:12
103:19 111:20
122:7
**held** 2:9 4:6,11
127:3
**help** 95:25 135:7
**helpful** 84:25
**hereinbefore** 137:9
**hereunto** 137:18
**higher** 76:12,14
**highly** 1:14 80:1

**historical** 59:19
117:13
**hmcelhinny@mo...**
3:17
**Ho** 133:16,19
**hold** 43:14 104:3
107:14
**holding** 92:24
**hour** 28:17 62:9
96:20
**hours** 33:4 126:24
131:11 135:11
**HTC** 96:3,6
**hundred** 60:6
**Hyouk** 123:14

**I**

**identification**
66:10 101:13
102:3 116:5
122:16 124:14
131:23
**identified** 61:1
80:21
**identify** 4:22
100:17 101:7
116:16
**iMac** 10:8,24 11:2
11:4
**image** 104:7
**immediate** 21:11
**immediately** 19:24
**implement** 87:6
**implementation**
78:1
**impossible** 116:22
**improve** 48:24
49:18 50:3,4 88:1
**improvement** 82:1
86:23 88:3 92:9
115:3 129:21
130:15
**improvements**
129:17
**improving** 40:16
49:11,19 91:5
**inches** 50:15 106:6

106:6
**include** 27:4 60:24
100:22 117:12
**incorporated** 4:5
4:17 109:21,24
**increase** 94:1
**individual** 114:11
116:4
**information** 27:3,9
27:10
**infringing** 74:13
**Injunction** 122:15
122:22 138:16
**input** 87:9,22 93:8
93:15
**inputting** 90:4
**inquiry** 68:22
**instances** 9:24 25:7
25:9 79:9 104:7
110:21
**instruct** 30:10
31:16,25 32:15,22
34:5 75:7
**instruction** 27:8
31:23 32:5,20
34:3 69:17,21,23
75:13 87:22 88:7
88:8
**INSTRUCTIONS**
139:1
**interaction** 25:12
126:4,8
**interacts** 25:10
**interested** 137:16
**interesting** 130:5,7
**interface** 76:22
103:25
**interfere** 7:18
**interim** 40:4
**intermittently**
107:1
**internally** 57:9
120:4
**Internet** 128:22
**INTERPRETER**
3:24,25 43:14
76:7 87:15 89:16

**interpreters** 5:11
**Interrogatories**
122:13,21 138:14
**introduce** 100:15
**introduced** 5:21
**involved** 49:10
68:9 88:2,4 99:20
102:15 120:6
128:18 130:14
**In-Ho** 108:15
132:14
**in-house** 5:8
**IP** 133:9
**iPad** 10:8,17,20
13:13,17 14:10,12
36:16 43:7,23,24
44:3,9,11,15
45:20,22 46:4
48:12 49:12 63:6
63:11,16,24 64:4
64:5,7,12,18,23
67:5 81:16,19,24
82:1,3,5 92:1
94:23 95:4 103:10
103:11 104:2,18
104:19 105:2,15
105:17,22,23,25
105:25 106:3,22
107:5,9,13,15
108:4,7
**iPhone** 10:8,9
13:13,15,16,21,25
14:5 36:16 37:10
37:13,20 38:3,4
38:23,25 39:16,24
39:24 40:1,9 41:6
41:10,12,18,20,22
41:23 42:7,8 43:9
43:9,16,16,24
44:1,1,5,6 49:11
67:18 69:4 79:15
85:22 128:15
129:6,13,13
**issued** 73:17 84:11
84:19
**items** 48:12 113:25
114:5

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**J**

**J** 3:14
**Jaeg** 124:3
**January** 1:18 2:4
4:13 53:3 55:19
66:18 137:19
140:3
**Jeeyeun** 124:7
**Jeong-Sik** 91:15
95:11
**Jeong-Sikseong**
76:3
**Jin** 123:9,9
**job** 1:25 15:7
**Jobs** 64:20 65:14
**join** 53:1
**joined** 12:9 52:24
**Jose** 1:3 4:8
**jump** 48:9
**juncture** 121:17
**Jung** 123:12,22

**K**

**keep** 24:6,10,14,17
24:21 51:12 90:15
102:8
**kept** 104:4,5 107:2
107:3 115:4
**Kho** 1:16 2:9 4:4
5:12,20 7:22
29:20 37:8 44:20
45:1,4 80:8,14,16
89:20 97:7 101:15
102:1 113:2,8
122:18 136:4,12
137:8 138:3 140:4
140:18
**Kihyung** 123:24
**Kim** 3:23,24 5:7,7
17:25 18:4,5
21:12,14 46:12,13
46:17 47:1,2
105:3,14 108:15
123:9,10,20
132:14 133:17,19
**Kim's** 46:22
**kind** 6:20 27:16

56:2 79:7 84:19
85:14,15 108:5
113:21
**kinds** 24:6,9 77:24
**knew** 38:24 100:2
**know** 5:25 13:14
15:20 19:6 21:19
21:20 22:15 23:25
24:3,4 26:19 31:2
35:9 38:22 40:21
40:23 42:14,15,23
42:25 47:1,4,9,13
47:15 48:1 50:16
51:6,7 52:19 55:1
56:11 57:1,25
58:2,4,16 61:22
63:17 70:20,21
71:20,22 72:9
74:22,23,24 75:25
78:15 79:1,19
80:25 81:2,12,16
81:18 82:4,7,14
83:5,17,20,22
98:18 99:9 100:3
100:5 101:17
107:7 109:18
110:4,9 111:8,10
111:21,25 112:2
117:3 119:20,24
121:22,24 122:2,3
122:4 123:6,9,12
123:14,16,18,20
123:22,24 124:1,3
124:5,7 125:6,22
127:22 129:2
130:1,25 131:3
**knowledge** 57:15
84:12 96:14
**known** 113:24
**Korea** 9:8 10:14
11:15 12:16 39:8
71:9 126:1
**Korean** 1:8 7:11
16:7 35:4,7,8,10
35:12,15 36:4,17
66:3 134:5,6
**KYEONGGIDO**

39:7
**Kyung-Gi** 3:24

**L**

**labeled** 4:3
**Lacks** 45:13 50:20
111:6
**lady** 52:16
**language** 8:16
37:18
**languages** 36:17
**large** 124:16
**larger** 18:6,13 62:3
97:25 98:7
**lasted** 107:2
**late** 90:24 135:4,6
**latest** 117:7
**lawsuit** 6:3 26:21
26:22 27:18 28:3
28:12,24 29:4,22
**lawyer** 45:11 74:22
75:3,13
**leader** 68:13,15
77:8
**learn** 26:11 72:10
116:24 127:18
**learned** 26:5
**lectures** 8:20
**Lee** 3:25 52:9,10,11
53:16 70:6,10,17
71:1,19 72:1,13
78:21 83:16 91:14
95:11 97:15 98:22
123:14,16,22
**left** 20:17,18,21,21
46:25 134:14
**legal** 4:15 6:13
31:15,24 32:21
33:18 34:4 37:2
45:9 73:13 133:9
133:13,19 134:9
**letters** 102:5
**letting** 70:21
**let's** 20:25 26:10
38:1 62:18 67:17
70:23 75:15 86:24
96:22 112:23

114:15,16,22
**level** 99:19
**liability** 1:10
**libraries** 111:14
**library** 99:11
115:21 116:14,17
116:18,20
**life** 6:24 9:4
**light** 32:13 112:13
119:23
**likewise** 43:5 79:19
**limit** 129:9
**limited** 1:10 140:2
**Linda** 1:24 2:12
4:19 137:5,23
**line** 129:17 133:14
138:5 139:2,3,4,5
139:6,7,8
**lines** 106:6
**Ling** 124:5
**list** 16:9 35:6,21
36:6,24 40:22,24
54:14 104:3,6
113:24 114:4
119:3,4,6,12,15
**listed** 60:16
**litigation** 6:21 27:3
30:19
**little** 7:23,24 47:17
47:17 49:2 53:25
64:11 69:19 73:7
85:12 88:13 107:1
**live** 8:22,25 66:25
**lived** 9:2,5,6
**LLC** 1:10
**LLP** 2:9 3:2,10
**Ln** 140:5
**loaded** 59:10 60:4
**locate** 59:9,16 60:1
**located** 39:6 60:8
61:19,23 62:1
71:8 125:20,22
**location** 42:19,22
42:24,25 59:14
**locations** 59:15
**long** 9:2,4 10:24
11:8 12:4 19:13

19:17 20:2 30:11
33:1 39:23 63:25
107:4,7 131:8
132:1
**longer** 107:18
**look** 56:20 57:4
66:17 88:15 93:5
99:18 102:10
103:1 104:2 116:8
116:22 124:20
128:1,8 129:3
**looked** 22:8 45:21
46:5 48:11,16
60:7,14 87:10
103:15
**looking** 48:19 49:9
56:17 57:2 85:6
102:19 116:14
**looks** 67:5 119:22
**loop** 102:8,9
**lot** 87:11 120:22
**lots** 56:25
**lower** 76:12
**lunch** 45:18
**Luncheon** 44:22

**M**

**M** 3:16
**MacBook** 10:8
11:9,12
**machine** 91:3
**maintain** 9:10,17
23:10 25:22 65:18
**maintained** 23:13
25:25 89:5,10,19
117:15
**maintains** 116:1
**making** 49:20 90:7
102:15 108:16,20
**Management**
121:21
**manager** 97:14
**managing** 38:25
**manipulate** 89:1
**manner** 56:14
**manufactured** 10:5
**manufacturing**

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

128:14
man-god 66:5
March 64:18 99:1
mark 3:6 5:5 66:8
marked 66:10,13
  101:12 113:12
  122:16,18 124:13
  124:16,17 131:23
  132:3
market 2:10 3:12
  4:12 110:23
marketing 128:23
  129:1
marketplace 50:19
  111:11
marks 4:2 44:18,24
  80:6,12 112:25
  113:6 136:1
marktung@quin...
  3:7
marriage 137:15
master's 8:10
match 36:3 106:19
matched 106:20
matter 4:4 75:8
  137:17
McELHINNY 3:14
  4:24,25 5:19,23
  6:14 28:18 29:7
  29:11,19 44:16
  45:3 53:23 62:10
  62:18 63:1 66:11
  81:11 96:22 97:6
  100:16 101:6,14
  101:24 108:24
  112:23 113:11,16
  122:17 124:15
  130:12,22 131:6
  131:10,20,24
  133:11,16,21
  134:11,25 135:10
  135:18 138:3
mchung@mofo.c...
  3:18
mean 9:15 13:1
  14:16 24:25 40:18
  50:4 53:22 57:7

58:13 64:12 86:15
  108:22 127:14
  129:25
meaning 35:12
means 57:11 98:10
meant 56:11
measured 112:13
mechanically 89:21
  92:23
medication 7:17
meeting 95:6,8
member 19:1 45:8
  133:8,12,19 134:9
members 97:9
mentioned 18:24
  36:4 41:4,9 43:6
  54:7 69:1 95:18
  113:22
method 117:20
midst 40:4
Min 123:12,14
mind 27:15 79:18
  109:1
Minn 3:15 5:1
minor 118:24
minute 38:2 60:21
  60:22 101:25
minutes 134:14
Min-Cheol 21:15
  22:10,10
miscellaneous
  47:12
models 95:3 106:5
Monday 132:5,10
month 107:2
months 11:10,11
  19:20 20:10 30:24
morning 4:1 5:20
  37:8 41:4,9 43:6
  43:12,15,19
  103:13 104:15
  112:13
Morrison 2:9 3:10
  5:4
Motion 122:14,22
  138:15
move 9:7

moved 90:11
movie 64:8,14
  100:13
Myeong 18:1,12
M-O-N-G-D 65:22
  66:2

N

N 3:1 138:1
Nam 123:24
name 4:14,24 5:22
  9:13,16,16,18,18
  11:22 16:18 17:1
  18:2,3,8,15,23
  20:12,23 21:17
  22:15 30:7 31:12
  31:20 32:17 33:16
  33:21,25 37:3
  38:12,20 39:9,12
  42:15 46:9,11,19
  47:25 56:4 57:6,8
  57:19 62:16 65:20
  67:23 68:4 69:1
  71:4,14 76:18
  77:14 81:3 83:22
  94:6,8 96:4 97:17
  97:20,21 98:3
  100:3,5,8 106:16
  107:21 111:20
  115:10 116:5,7
  118:11 123:9
  128:3,5,6 132:14
  133:15 140:2
names 58:1 71:15
  71:17 100:2 105:5
  118:8 121:24
  123:2
narrow 120:19
native 121:15,17
naturally 104:13
nature 22:6 75:16
  126:7
NDCA 124:18
near 85:20
nearby 85:18
necessarily 47:14
  47:18,19 60:17

64:13 89:9
need 40:9 42:25
  68:5 69:14 72:6
  95:15 117:5 133:9
needed 40:5,7
needs 131:5
neither 131:1
NemusTech 71:6,6
  71:11,21 75:15,17
  75:20,25 77:24
  78:14,22 79:7,14
  80:17 81:1,13,25
  82:4,8 83:17,24
  84:4,11,19 96:14
  99:6,11,14,20
  100:2 111:14
  115:13,14,18
never 14:24 15:3
  73:16 90:20 96:18
  99:16 102:17
  107:8 109:8 127:2
new 1:9 4:18,18 8:2
  8:22 9:3 58:15
  63:4 116:24
newspaper 26:17
Nexus 120:18
nickname 65:25
  66:1
nods 63:3
normal 126:3
  134:18
Northern 1:2 4:8
Notary 140:22
note 133:24 134:15
noted 136:6
notes 69:7,10
  104:21 105:1
notice 28:5
notification 26:20
  26:24 27:2,9,17
notifications
  134:19
notified 27:25
November 21:10
  21:13 31:10
number 4:3,9
  44:19,25 80:7,13

87:11 89:21 97:13
  98:18 100:18,25
  101:8 102:4,4,5
  106:14 113:1,7
  115:11,15,16
  116:5,7 119:2
  122:15,22 124:18
  131:22 132:3
  136:2 138:16,24
numbers 87:5 88:4
  88:13,17,21,21
  89:2,7,11,24 90:1
  90:18 91:1,17
  93:11,12 99:21
  106:12,13 116:9
  116:10,10,11
  118:12 129:4
numerous 54:13
  106:18
N-e-m-u-s-T-e-c-h
  71:7

O

oath 6:4,24
oaths 6:9
object 6:12 30:9
  95:1
Objection 8:18
  9:22 20:8 45:13
  50:20 51:25 52:22
  53:8 56:9 65:10
  65:24 80:22 111:6
Objections 122:13
  122:20 138:13
observation 105:21
obtain 11:4 38:5
obtained 41:14
  73:12 84:5,17
  119:13
occasion 34:18
  35:1
occasions 30:20
occurred 70:18
  86:10 90:22 91:5
  91:18 92:7,8
October 31:7
offer 131:4 135:6

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**offered** 131:11
135:4
**office** 39:4,5,6,9,13
122:8,9
**official** 11:20
**okay** 10:4 17:7,14
18:21 19:23 20:25
21:10,20 22:21
24:5,21,25 27:23
28:15 34:21 39:4
42:1,3 44:7 48:2,9
48:15,18 50:7,25
55:9,16 56:1,15
58:10,25 67:13
69:2 70:24 73:15
79:13 87:3,15
100:6 101:3,20,24
102:14,19 105:5
105:12 106:21
109:11 112:23
114:22,24 117:8
119:20 122:11
123:12 127:22
131:9,18,20
134:22,25 135:17
135:18
**old** 7:1 60:17
**omit** 29:25 73:11
73:22 74:5,16
**once** 62:5 83:6,20
91:5 92:11 110:8
113:13
**ones** 13:20 36:15
**ongoing** 52:24
**online** 64:21
**open** 23:17 60:17
**operate** 25:3,5,6,11
25:12
**operating** 49:14
85:4
**operation** 85:13
86:25
**operations** 85:7,9
85:12,15,16
105:17
**option** 92:25 93:3
**options** 100:24

**order** 40:21,22
48:15 68:1,6 87:6
91:2 113:24
134:21
**organization** 15:16
21:21,23 42:13,16
46:17 98:7 122:7
**organizational**
20:23 21:1 22:2,9
97:23
**ought** 130:6
**outcome** 137:16
**outfit** 11:19
**Outline** 128:11
**Outlook** 23:16,17
23:22
**outside** 70:11,16
71:4
**overall** 77:25
**owned** 10:24 11:8
14:4,8,9 71:21
**owns** 73:8

**P**

**P** 3:1,1 106:11,13
106:14
**page** 56:2,4 61:2
66:10 122:24
124:18 128:9,9,10
129:3,9 130:4
132:2,5 138:2,5,7
139:2,3,4,5,6,7,8
**pages** 124:22 132:6
**paper** 84:13 90:17
**paperwork** 67:19
68:24
**paragraph** 123:2
**parallel** 75:23
**parents** 63:15
**part** 16:15 22:11,12
25:14,18 40:2
41:18 48:5 49:20
51:9 60:12 61:15
62:3 67:19 71:21
77:19 86:23 98:6
98:9 125:18
**participate** 51:22

53:4 118:7
**participated** 52:1
53:10 54:4,8,11
54:14,24 120:8
**participating** 55:11
**particular** 15:13
47:16 109:12
115:8 118:17
**parties** 134:24
137:14
**party** 131:1
**patent** 73:8,16,17
73:19,20 74:14
**patents** 73:23 74:1
74:2,6
**patient** 100:11
**pattern** 89:15
**pay** 12:11
**penalties** 6:10
**people** 9:21,24
17:20,22 70:13
71:11 78:17 80:17
80:24 85:3 98:16
98:18 100:2 117:2
121:25 123:6
128:18 132:22,25
**percent** 60:7
**performance** 48:24
49:19 81:21 82:1
86:24 88:2,3 91:5
92:10 115:4
**period** 95:22 97:8
115:5
**periods** 51:14
**permits** 23:17
**person** 16:23 17:1
30:5,7 31:12,14
31:21,23 32:8,9
32:17,20 33:17,17
33:25 34:3 36:21
37:1 38:10,12,15
38:17,19,22,24
39:15,16,20 42:9
42:11,13,21,24
45:6,8,11 67:23
68:4 70:9 71:10
96:11,13 100:4,7

123:8,8
**personal** 9:10
22:18,22,25 41:22
41:24
**personally** 13:5
23:10 24:6 28:10
28:23 29:2,20,24
41:12 53:4 54:4
58:11,14 84:22
102:15 109:5
120:6 130:14
**personnel** 42:23
73:13
**perspective** 103:23
103:25
**Pg** 140:5
**phase** 90:4
**phases** 106:9
**phone** 38:6 39:20
41:24 58:7 59:5,7
94:20 96:3,6
110:2 111:19
**phones** 39:1 48:11
**photographs** 112:6
**phrase** 70:19 90:23
119:3
**phrased** 20:20
**physical** 25:23 64:4
64:13 85:2 96:5
**physically** 42:14,17
100:19
**Ph.D** 3:6
**pick** 30:14
**picture** 64:14 66:21
101:22 107:21
**pictures** 64:4
**place** 11:19 24:1
70:23 100:6
107:16 127:11
**places** 73:4 118:6
**Plaintiff** 1:5 3:11
**PLAINTIFFS**
138:5
**plan** 131:14
**plant** 39:2,3
**platform** 116:1
**play** 101:17 102:10

**please** 4:22 5:10,17
6:17 13:24 15:25
36:15 48:22 53:23
61:25 71:24 81:5
102:12 108:24
128:1 129:3,20
**PLM** 128:6
**point** 30:14 48:8
67:6 72:3 87:16
96:21 119:1 123:7
128:10 130:9
135:1
**points** 67:10
**portion** 24:16
**portions** 118:1,3
**position** 15:7 17:7
46:22 52:14
**possibility** 131:2
**possible** 105:18
**possibly** 60:8 78:25
**post** 67:2
**posting** 66:18,22
**postings** 66:14
**power** 128:22,25
**precise** 57:17 63:8
93:21
**precisely** 56:11
103:9
**preference** 101:4
**Preliminary**
122:15,22 138:16
**prepared** 130:24
**PRESENT** 3:23
**presentation** 64:20
**presented** 64:19
**preserve** 28:2,11
**president** 21:15,18
22:10,11 48:6
**pretty** 39:1
**prevalent** 25:9
**previous** 32:14
**previously** 14:4
59:23
**principle** 71:18
76:3,7,8,9,12,15
76:24 91:15 95:11
95:14

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**printout** 66:14
**prior** 31:1 57:25
  58:7 77:7 120:18
**privilege** 29:6
**privileged** 134:2
**probably** 62:17
  91:13 92:11
  120:21 125:23
**problem** 29:11,12
  49:6 85:10,11
**procedure** 134:23
**proceed** 5:17 69:18
**proceeded** 75:22
**proceeding** 6:5
**process** 7:15 53:10
  69:16 90:6 91:4
  93:9 126:14
**produced** 102:2,3
**product** 12:24 50:5
  50:9,10,12 54:6
  55:3,8 57:20 58:3
  58:4,23 68:1,1,7
  81:24,25 85:5,6
  85:22 104:14
  106:2,17 107:6
  110:12
**production** 101:2
**products** 10:5,7
  13:4,9,11 51:3,11
  51:17,17 54:11,15
  57:24 69:15 72:7
  72:11 80:18,18
  81:12,15 85:4,17
  86:19 95:19,22,25
  103:16 106:3,23
  111:11,24 112:8
  120:2
**program** 8:7 24:14
  57:12 93:13,16,20
  93:22,22 94:2,3,4
  94:9
**programmers**
  115:24
**project** 51:2 52:20
  53:13,18 75:16
  76:1 77:23 78:23
  84:21 97:10 99:7

99:7,25 118:7
  120:11 121:13
**projects** 119:21
  120:13
**promotion** 19:21
**pronunciation**
  18:11
**protective** 134:20
**prove** 81:21
**provide** 14:23 37:3
  59:25 126:11
**provided** 37:9,14
  72:25 78:7,9,11
  83:2,3,8,19 99:12
  119:9
**provides** 63:21
  72:22 73:2 77:11
**providing** 130:6
**Public** 140:22
**publicly** 82:15
**pull** 56:16 104:3
**purchase** 10:9,11
  10:13,17,20 11:2
  11:12,24
**purports** 132:1
**purpose** 12:24
  28:14 37:15 40:12
  43:25 44:11 59:22
  108:25
**purposes** 93:23
**pursuant** 2:11
**purview** 47:9
**put** 64:2 86:24
  87:16,18 89:12
  90:3 96:3 100:21
  101:9 113:13
**p.m** 44:23 45:2
  62:21,22,23,25
  80:8,10,11,15
  81:7,10 96:25
  97:1,2,4 113:2,4,5
  113:9 136:4,6
**P1** 82:12,14,18,21
  83:18,24,25 84:9
  92:14 94:23 95:23
  99:15 102:24
  103:4,14 106:15

**P1s** 92:16
**P5** 106:18
**P7** 106:18

## Q

**Qi** 124:5
**question** 6:16 9:4
  13:2,3,5,7 15:24
  27:14,14,23,24
  28:22 29:1,24
  30:10 31:17 32:1
  32:12,15,23 33:19
  34:7 37:4,6,21
  41:8,17 43:20
  45:5 49:5,7 50:2
  55:4 56:23 58:15
  59:24 60:2 62:10
  64:10 69:19,20
  73:6 75:8,10
  83:12,23 95:24
  101:16 102:25
  103:6 106:12
  110:7 114:13
  124:23 130:8,13
**questions** 6:2 7:9
  7:10,14,19 20:16
  28:19 29:5 32:14
  79:2
**quickly** 104:5
**Quinn** 3:2 5:5
**quite** 57:21 106:19
  107:16

## R

**R** 3:1 137:1
**ran** 85:16
**reach** 62:9
**reached** 113:25
  114:4
**reaches** 40:24
**reaching** 114:4
**reaction** 64:23
**read** 26:16 73:16
  73:19,23,25 74:2
  74:6,8 129:23,25
  134:5,5 140:5
**reading** 66:24

**Reads** 140:5
**ready** 63:2 124:22
**real** 134:7
**really** 10:3 28:6
  47:8,18 52:19
  83:5 86:3
**Reason** 140:5
**recall** 10:3,19 11:1
  26:3,4,9 28:6,8
  30:22,24 34:20
  36:10,11,13,15,18
  36:19 38:14,20
  45:15 48:17 50:24
  63:13,25 71:3,16
  71:17 78:19,20
  79:22 81:3 82:23
  86:3 91:9 96:3,4
  102:17 105:4
  106:10 120:17
  132:18
**receipt** 84:8,19
**receive** 22:24 23:7
  80:4
**received** 26:19
  27:16 60:11 78:13
  78:18 133:4
**recess** 29:15 44:22
  62:22 80:10 81:8
  97:1 113:4
**recipient** 134:8
**recipients** 133:8
**recognize** 103:7
  133:18
**recollection** 31:6
  35:18 45:25 57:18
  58:6,8 60:18 63:8
  64:24,25 71:25
  76:2,17 82:2,16
  91:13,21 96:8
  104:24 105:13
**record** 4:23 29:14
  29:18 43:13 44:21
  45:2 62:21,25
  80:9,15 81:7,10
  84:18 90:15,17
  96:25 97:5 113:3
  113:10,11 131:19

134:16 136:5
  137:11
**recorded** 7:13
**records** 28:23 29:3
  29:21 30:18
**recruit** 128:23
  129:1
**Redwood** 3:5
**refer** 119:6
**reference** 124:25
**referred** 20:14 56:5
**referring** 30:15
  86:7 106:15
  116:18 117:19
**refers** 72:15 73:9
  88:8 128:21
**reflect** 134:17
**refusing** 32:4
**regular** 22:19
**relate** 63 29:4 74:2
**related** 47:21 75:18
  137:14
**relates** 73:9
**Relating** 122:14,21
  138:15
**relationship** 71:23
**relatively** 49:13
  132:1
**released** 50:18 51:5
  57:22,23 110:11
**relevant** 28:24
  29:22 30:19
**remain** 104:8
  108:10
**remaining** 84:18
**remember** 11:22
  34:16 39:23 42:12
  45:21 46:8 48:15
  51:4,16 63:5,9
  64:11,22 67:23
  79:20 83:13 91:1
  92:6 106:11
**repeated** 15:24
  110:7
**repeating** 104:5
**replaced** 119:22
  120:1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**report** 17:11,15,18
17:19,20,21 20:19
21:14 86:1,4
96:15 127:9,14,19
**reported** 1:23
96:18
**reporter** 2:13 4:19
5:10,14 7:13
101:10 137:6
**reporting** 4:16,20
86:8,9
**reports** 48:6
**repositories** 118:6
118:9
**repository** 117:9
117:11 118:11
**represent** 4:25 5:24
**represented** 11:20
**representing** 5:2,4
5:6
**request** 14:22 30:4
84:6
**requested** 14:24
84:4
**requirement** 55:18
56:1
**requirements**
24:22 25:1,20
54:18,22 55:2,14
55:16 56:16 60:22
60:23 62:11 73:3
77:12 121:10
**research** 51:2,10
106:9,16
**reserve** 80:3
131:16
**residual** 104:7
**Responses** 122:12
122:20 138:13
**responsibilities**
25:19 47:5
**responsibility**
25:15
**responsible** 18:5,12
22:16
**rest** 118:24
**restructuring** 21:2

**result** 94:11,13,14
95:12 109:2
114:18
**results** 96:17
**return** 108:18
**returned** 12:16
**reveal** 26:7,13,24
33:16
**review** 121:19
**reviewed** 114:20
**revised** 86:19
**revision** 86:22
90:21 115:8,10,17
115:18,22 116:24
**revisions** 90:8
115:3 117:13,21
**reward** 100:12
**right** 9:1 14:25
16:7,12 17:23
19:3 40:3 41:21
46:14 50:1 51:14
59:20 68:20 69:5
70:19 76:9 80:3
83:10 87:24 88:22
95:19 100:12,17
104:24 119:25
131:14 134:6,11
135:8,15
**rights** 131:16
**role** 119:14
**Rosa** 3:23 5:7
**rotation** 107:25
108:3 109:7,9
**rough** 64:24
**roughly** 104:25
**routine** 69:16
**RPR** 1:24
**run** 85:10 90:3,12
92:10 105:19
**running** 102:8
**runs** 25:8 102:7,9
124:19 132:6
**R&D** 84:14 121:21
**R-3** 39:14,16,18
43:3,4 61:19
**R3** 125:20

**S**

**S** 3:1 13:16 14:9
37:10,13,20 38:3
38:4,23,25 39:16
39:24 40:1,9 42:7
43:9,16 44:1,5
111:19
**Sam** 124:18
**SAMNDCA000...**
131:22 132:3
138:25
**SAMNDCA0050...**
124:13 138:21
**SAMNDCA0058...**
124:12 138:20
**sample** 84:15
**Samsung** 1:7,8,9
3:23 4:5 5:6,7 6:1
12:3,5,11,15,23
12:23 13:4,8
14:20 15:2,3,13
17:8 19:8 23:5
25:15,19 26:2,21
26:22 27:18 28:1
37:9,13,14,19
38:3 39:10 41:5
41:10,17 43:22
44:8 47:2 50:5,9
51:16 52:12,15
57:15 58:2,4
59:18 62:1 71:21
72:5,11 75:24
76:8,11,25 78:13
80:18 82:7,19
85:6,22 86:16
87:21,23 88:18
91:2 92:2,21
96:15 101:2 102:2
102:20 104:10,14
104:20 106:2,8,23
107:5,20 108:4,21
108:22 109:13,16
110:2,17 111:23
112:8 115:15,19
115:24 116:23
117:8,16 118:14

119:17,21 125:7
128:14 140:2
**Samsung's** 45:9
86:18 122:12,19
138:13
**San** 1:3,17 2:10
3:13 4:8,12 137:4
**Sang-Wookhan**
71:18
**sat** 45:7
**satisfied** 114:8
**save** 85:12
**saw** 54:21,23 58:8
63:6,11,23 64:3
64:12,14,15,20,23
65:16 72:16
**saying** 27:10 51:12
85:3 86:8
**says** 128:11,13,17
129:8,12,21
**school** 7:25
**scope** 29:10 93:25
**screen** 57:12 104:8
107:14,25 108:3
109:6,9 114:6
119:15
**se** 20:22 35:10 39:3
68:3,21,25 75:21
95:9 97:22 99:17
114:21 115:2
127:8
**search** 28:23 29:3
30:12 31:13,21
32:9,18 33:2,7,9
33:11,14,23 34:10
34:11,11,19,21,22
34:24,25 35:2,3,4
35:14,15,19,23,24
35:25 36:7,12,20
36:22,25 45:8
60:19
**searched** 29:21
30:2,18 33:1
34:17 35:7,18
36:12
**searches** 60:12,13
**second** 13:18 31:4

**31:20 32:9 33:11**
33:14 34:25 35:1
36:12,20 45:7
66:17 81:4 118:22
128:10 133:15
**seconds** 102:7,9
**secret** 82:19 84:13
**see** 22:4,7 37:25
38:1 54:18 66:18
85:17,19 87:19,23
95:14 103:2
121:18 123:2
125:1,11 127:8
128:10,15,19,23
129:5,18 132:10
**seen** 21:23 22:1
63:24 64:2,4,7
65:7 72:14,18,20
85:5,24 102:11,13
**select** 93:14 94:15
**selection** 94:17
**selling** 57:15
**send** 22:21 23:7
67:22 79:7 134:18
**sending** 79:12
**senior** 17:5,8,24
18:1,5,12 21:12
21:14 46:12 52:9
52:11,17 53:16
70:5 72:13 76:6
76:13 78:20 83:16
91:14 95:10 97:15
98:22 105:2,14
108:14
**sense** 41:8
**sent** 60:9,10 132:13
132:22 133:1
**Seong** 76:16,24
77:2 91:15 95:12
**Seoul** 10:15 11:16
62:2 71:9
**separate** 70:17
113:14 118:10
**separately** 58:14
70:18 79:6
**September** 31:2,7
39:22 48:10 50:8

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

50:17 59:4 90:22
92:12 95:16 97:8
99:5 103:15
104:16 109:10
114:16 120:24
121:1,5,6
**series** 7:9 20:15
106:4
**server** 115:25
116:4 127:10,19
128:2
**services** 63:21
**session** 135:14
**set** 88:7,8 95:7,9
137:9,19
**sets** 87:8,12,22
**Seung** 53:16 76:5
**Seung-Min** 71:19
**Seung-Yun** 52:9
70:10,17 71:1
72:1,13 78:21
83:16 91:14 95:10
97:15 98:22
**seven** 17:10 50:15
116:10 134:14
135:11
**shape** 49:13 89:13
**SHEET** 140:1
**Shin** 21:15 124:3
**Shores** 3:5
**short** 100:13
107:17
**Shorthand** 2:12
5:14 137:6
**show** 25:3 63:18
87:7 100:12 101:7
101:15 102:1
**showed** 87:13
95:12 113:12
**showing** 91:16
119:15
**shown** 63:19 99:18
103:5 104:1
114:18
**shows** 84:13 93:23
112:6
**sign** 67:25 68:2

84:8
**signed** 84:11
**similar** 40:10 49:12
**simple** 27:5 43:20
**single** 56:7
**sir** 6:19 7:9 8:4,11
9:8,14 10:7 14:13
30:11 51:19 63:13
65:1 66:12,17
67:3 113:17
122:23 124:16
128:8 131:25
132:8 135:1
**sit** 63:5 73:8 90:25
**site** 128:7
**sitting** 93:4
**situation** 68:16,17
111:15
**six** 67:10 116:10
135:11
**skill** 49:7
**slight** 86:25
**slightly** 16:2
**slow** 85:12 103:20
103:22
**smaller** 15:22 16:3
16:8
**smallest** 97:23,23
98:4
**smiling** 63:20
**smooth** 72:5
**smoother** 88:16
**smoothly** 49:15
85:4
**soft** 79:4
**software** 15:17,23
16:3 18:22 19:2,9
19:10,15,25 22:3
22:12 24:17,20,21
25:1,8,10,16 48:3
51:23 52:5 53:5
53:14,19 54:12
55:10,12 58:10,11
58:17,22 59:1,10
59:12,19,21,25
60:1,3,5,14,15
61:15,17 73:3

74:11,20 75:3,12
77:11,19 79:4
84:23 85:1 88:10
88:18 89:22 92:25
93:14 99:21
108:21 109:6,8,13
110:6,10,17,20,25
111:12 114:8,10
114:25 116:12,15
116:18,25 118:14
120:7,16 125:10
125:14,17 126:5,9
126:11,16,17
127:5,23
**sold** 50:23 51:8
58:2,4 82:17
120:18
**solution** 99:11
**somebody** 68:21
69:12 83:9
**somewhat** 107:18
**son** 63:20
**Soo** 123:9,9
**soon** 12:16
**sorry** 49:4 58:3
61:16 62:15 76:1
76:5,11 82:25
91:23,23 92:14
95:24 133:6
134:16
**sort** 86:25 100:24
**source** 24:15 54:2,5
54:9 78:11,14
79:8 88:9,12
89:25 90:8,14
114:19,20 116:1
117:8,10,17,18
**South** 39:7
**speak** 7:21,23 9:21
9:25
**speaking** 10:2
49:14
**special** 15:21,22
**specialist** 4:16
**specific** 16:16 50:8
62:13 69:17 74:12
74:16 95:8 111:2

111:2 114:11
116:12 124:22
**specifically** 24:13
48:19 60:23 79:6
79:20 84:10 119:1
**specified** 115:2
**speed** 89:1,3,19
105:19
**spelling** 9:18 17:25
18:2 21:16 52:10
76:4
**spend** 106:21
**spent** 118:18,18,21
**spoke** 97:22
**spot** 134:6
**stamped** 124:12
138:19
**stand** 61:9
**start** 12:8,15 26:10
40:25 41:3 73:6
120:10,15 121:5
**started** 5:21 45:20
121:8
**starting** 54:15
132:8
**State** 2:13 137:2,6
**stated** 75:9
**statement** 79:25
135:3
**States** 1:1 4:7 5:23
6:9 9:5 45:12
63:15
**status** 99:18
**stay** 101:21 130:24
131:4 135:4,6
**step** 92:23,23 94:18
**steps** 28:1,11 74:12
74:16 89:22
**Steve** 64:20 65:13
**stop** 130:21,23
**stopped** 45:5,18,19
**store** 23:18 24:11
24:23 118:6
**stored** 23:14,15
24:1
**stores** 59:18
**straight** 69:3

**Street** 2:10 3:12
4:12
**strength** 134:8
**structure** 20:23
**studying** 12:12
**subject** 63:4 75:8
**subjects** 37:7 60:20
128:14
**submit** 78:6 80:4
114:9
**submitted** 111:14
114:10
**Subpoena** 2:11
**Subscribed** 136:15
140:19
**subsequent** 108:17
121:6
**subset** 60:25
**substance** 26:13,19
27:1
**sued** 6:1 26:2
**Sueng-Yun** 70:6
**suffice** 57:3
**suffices** 117:6
**suitable** 93:10
94:15
**SULLIVAN** 3:2
**summer** 63:7 82:24
90:19,23,24
**superiors** 94:12
**supervise** 75:21
**supervising** 75:20
**supervision** 20:16
**supervisor** 21:11
68:9 70:6 86:5
132:16
**supplied** 23:5
**sure** 14:25 16:1
29:2,9 31:1 42:20
49:3 51:6 69:2
73:15 74:13 81:16
81:17,18 85:19
103:10 110:9
112:2 130:12
134:1
**Suwon** 39:7 126:23
**SW** 125:10

**swear** 5:10
**switch** 60:20
**sworn** 5:13 136:15
  137:10 140:19
**system** 18:16 97:19
  104:10,10 117:17
  117:19
**S-A-M-N-D-C-A**
  102:5
**S1** 50:13,18,23 51:5
  51:20,24 52:3,21
  54:16 57:22,23
  58:5,8 59:6,10,23
  60:4

**T**

**T** 137:1,1
**tab** 50:14 51:8,20
  53:6,7,12,15,22
  81:22 82:11 92:4
  92:13 95:2 106:4
  107:17 108:23
  110:5,12,14
**tablet** 63:24 64:1
  65:7 81:24 82:7
  94:21 107:22
  108:4
**take** 28:20 29:7
  30:12 33:1 46:22
  59:20 62:18 67:17
  68:1 69:7 70:22
  89:23 96:23 107:4
  107:8,16 114:22
  130:10,10
**taken** 4:13 6:4,20
  28:10 29:15 44:22
  62:22 74:12,17
  80:10 81:8 97:1
  113:4
**takes** 84:15 107:16
  126:24 127:11
**talents** 10:2
**talk** 42:1,2 43:15
  51:13 60:23 95:3
**talked** 72:7 100:1
  120:22,23 128:2
**talking** 51:14 60:25

61:3 71:11 86:6
  87:4 100:23
  113:20
**talks** 129:17
**tape** 44:17 79:23
  112:24
**taught** 8:17
**team** 16:12,14,16
  16:18,19,21,24
  17:2,11,15 18:6
  18:13,18,20 19:18
  20:7,11,12,13,14
  20:21,21,24 22:16
  25:22 37:2 38:16
  38:18,19,21 46:17
  46:20,21 47:22,24
  47:25 52:4,18,25
  53:2 61:8,12,14
  61:15,19,22 62:3
  62:6,12,13,16
  68:13,15 72:25,25
  73:1,2 76:16,19
  77:3,5,8,9,10,11
  77:11,14,16,17,18
  78:17,19 93:24
  94:1 97:9,11,12
  97:17,23,25 98:1
  98:4,5,6,12,14,16
  98:21,24 99:2,3,6
  105:6,9,11 107:20
  120:9,12,14,15
  126:4 132:20
  133:9,13,20 134:9
**teams** 16:10,13
**Ted** 3:24
**TELECOMMU...**
  1:9
**tell** 6:5,10 9:20
  27:19 35:17 36:14
  41:14 48:18 54:10
  57:19 61:25 69:12
  71:24 79:13 84:2
  87:3 89:20 91:10
  97:13 102:19
  105:12 113:17
  125:4 129:20
**telling** 9:24 114:17

**ten** 53:20 98:19
**term** 16:7
**terminology** 16:7
  18:17
**terms** 35:15,18
  36:7,11,22,24
  40:18 81:23 88:2
  114:5 115:2
  116:21
**terrible** 106:12
**test** 37:20 38:2,3
  41:15,21,22 42:4
  126:10
**tested** 41:18,20
  45:21 58:23 59:11
**testified** 5:15 37:8
  104:15,22
**testimony** 6:23
  49:2,7 59:3
  137:11
**testing** 37:16 43:22
  44:9 72:25 87:11
  93:5,8,13,16,20
  93:22
**thank** 5:9,16 16:15
  30:17 31:4 113:15
  114:7 124:9 135:1
**thing** 47:20 60:17
**things** 25:25 72:7
  72:19 74:9 77:24
  89:4 90:7 116:13
  118:25
**think** 8:15 9:23
  11:10 18:24 19:16
  19:19 21:8 24:12
  25:2 31:9 35:21
  36:9 37:11 43:11
  43:18 44:14 45:19
  47:16 50:13 54:20
  54:23 56:18,20
  57:3,18 60:7,25
  62:6,6 65:2,4,6,8
  65:9,14 68:3 69:3
  72:7,12,16,20
  77:8,15,16 78:16
  79:5,9 82:24
  84:24 86:9 87:1

87:13 88:24 89:13
  90:21 91:6,16
  92:1,4,18 97:22
  98:2,19 99:17
  101:3 104:21
  108:9 109:24
  128:6 131:1 133:9
  134:13,14
**thinking** 112:12
**third** 4:17 31:8
  32:18 33:23 34:1
  34:10,19 35:3
**thought** 65:2,12
**three** 10:25,25
  11:10,11 12:6
  15:2 17:17 19:19
  20:9 30:20 33:4
  44:13 48:12 60:13
  67:9,15 80:13
  87:13 100:1
  126:24 132:22
**Thursday** 1:18 2:4
**time** 4:21 8:23
  12:22 15:1 19:7
  20:5,22 29:13,17
  30:21 31:5,8,11
  31:20 32:9,10
  33:1 34:1,10 36:8
  39:17 42:6 43:21
  44:4,7,12,14,20
  45:1 46:7,9 48:13
  48:23 49:2,10,25
  50:7,23 51:1,13
  53:24 54:21 55:21
  57:12,25 58:20
  60:19 62:20,24
  63:5,10,14,23,25
  64:12,14,15 65:15
  65:16 68:14 70:7
  70:12,16,25 72:17
  73:5 74:10 78:17
  78:19 80:8,14
  81:6,9,20 85:3
  87:10 88:9 89:4
  91:6,9,25 92:11
  92:18 93:8 95:1
  95:21 96:2,6,22

96:24 97:3,8,10
  97:11,12,18 99:8
  99:10 104:17,25
  105:11 106:7,20
  106:21 107:1,16
  108:14 113:2,8
  114:14,24 115:5
  115:13 118:13,18
  118:21 120:25
  121:16 126:16
  127:24 130:4
  133:23 134:4,7,14
  135:2,11 136:4,6
**times** 30:14,17
**title** 14:13,15,17
  15:15 16:23 56:2
  56:4,7,17 93:19
  125:10
**today** 6:2 7:19
  15:12 22:12,15
  47:5,22 52:14
  55:10,13,18 56:15
  59:9 61:11,12
  63:5 73:8 77:3,6
  77:18 90:25 94:4
  98:23 99:1 122:5
**today's** 136:3
**told** 36:8 68:4 69:3
  90:21
**tomorrow** 131:3,12
  131:13 135:6
**top** 123:1 132:8
  133:14
**total** 9:4
**Touchwiz** 94:10
**town** 62:1
**tracking** 117:20
**trail** 84:13
**transaction** 67:20
**transcript** 80:1,5
  140:1
**translated** 7:10,12
**translator** 7:11,12
**transliteration**
  35:12
**tried** 87:9
**trouble** 38:1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

**true** 103:13 137:11
**truth** 6:5,11
**try** 49:18,18 81:21
  93:11
**trying** 16:11 37:18
  87:19
**TSG** 4:16,20
**tune** 91:2
**tuned** 91:17
**Tung** 3:6 5:5,5 6:12
  8:18 9:22 20:8
  26:6,12,23 27:7
  27:20 28:16,20
  29:5,9,23 30:9
  31:14,22 32:13,19
  33:15 34:2 37:1
  45:13 50:20 51:25
  52:22 53:8,21
  56:9 62:8 65:10
  65:24 73:10,21
  74:4,15 75:6
  79:24 80:22 96:19
  100:14 101:3,11
  101:23 108:22
  111:6 113:15
  130:9,20,24 131:9
  131:18 133:6,14
  133:18 134:4,22
  135:3,17
**tuning** 86:25 92:21
  108:21 109:1,4
  114:23
**turn** 107:14,15
  122:23
**turnover** 98:17
**Twin** 3:4
**Twitter** 65:18,21
  66:9,15 138:7
**two** 8:5 9:6 10:25
  13:18 19:16,19
  20:4 28:18 32:14
  33:3 39:25 48:11
  50:13 54:6 67:9
  69:5,6 71:17
  80:20,24 85:1
  87:13 91:14 100:3
  106:23 107:2

119:2
**type** 58:20 86:9
**typically** 56:3
  72:24 88:7 117:1
  127:16,20 128:4

———————

**U**

**UI** 76:20,21 77:16
  77:18 103:23
**understand** 6:6,8
  14:16 15:1 24:19
  40:17 41:13 48:7
  50:25 61:2 87:19
  130:3 131:13
  133:12 135:8
**understanding**
  22:14 40:20 59:24
  62:14 77:7,20
  80:16,19 114:3
  117:14 119:18
  125:21,24 130:1
**understands** 29:10
**Understood** 135:17
**unit** 97:23
**United** 1:1 4:7 5:23
  6:9 9:5 45:12
**units** 22:9
**unreasonable**
  85:11
**upgraded** 94:4
**upgrades** 93:19,20
  94:2
**uploaded** 116:2,3
  127:10
**URQUHART** 3:2
**use** 16:12 23:16
  35:2 37:13,17
  63:17,18 95:25
  111:3,15 115:24
  117:4,6,7 119:7
  135:12
**user** 25:10,13 40:21
  40:23 61:10,11,14
  76:21 103:24
  128:22,22 129:1
**uses** 110:5
**UX** 61:7,9,19,22

62:3,5,13,17
  72:25 73:1 77:9
  77:10,11,14,16
**U.S** 73:8,16,20 74:1

———————

**V**

**v** 140:2
**Vaccarezza** 1:24
  2:12 4:19 137:5
  137:23
**vague** 8:18 9:22
  20:8 51:25 52:22
  53:8,25 56:9
  65:10,24 80:22
**value** 93:6,10
  129:14
**values** 89:25 93:7
  94:19
**varied** 59:15
**various** 91:1
  117:13 118:24
**vein** 70:21
**Verification** 125:11
  125:14,17 126:5,9
  126:16 127:6,23
**version** 13:14,21
  14:10 114:24
  117:7
**versions** 13:15 14:5
  14:7 55:22 59:19
  110:13 115:2
**versus** 4:5
**vice** 21:15,18 22:9
  22:11 48:6
**vicinity** 93:12
**video** 4:15 64:8
  101:21 102:2,16
  102:20,21 103:1,2
  103:7 104:1
  113:12 127:1,2
**VIDEOGRAPH...**
  4:1 5:9,16 29:13
  29:17 44:18,24
  62:20,24 80:6,12
  81:6,9 96:24 97:3
  112:25 113:6
  136:1

**videotaped** 2:8 4:3
**view** 18:16 79:17
  97:19 119:3,4,6
  119:12
**visual** 16:19,21,24
  17:2,11,15 19:18
  20:13 98:24 99:3
  129:13 130:6
**vis-a-vis** 88:4 93:14
**vs** 1:6

———————

**W**

**Wan** 124:3
**Wang** 124:7
**want** 26:18,18
  31:11 34:9 37:17
  42:1,2 48:10 49:8
  50:1 58:16 60:21
  60:22 67:8,12
  69:2 74:22,23,24
  100:18,19 101:2
  103:1,12 104:2
  114:1 116:15
  123:7 129:23
  130:1 131:12
  135:1,8
**wanted** 49:16 50:3
  59:9 60:3 65:16
  67:16,18 68:18
  79:25 85:15,17,18
  85:20
**ware** 79:5
**wasn't** 36:23 67:21
  68:9 75:14
**Watching** 66:25
**way** 12:12 16:2
  20:20 51:22 53:5
  68:10 86:25 92:21
  102:15 111:22
  114:18 130:3
  133:21 134:3
  137:16
**web** 129:9 130:4
**website** 11:17,18
  11:23
**week** 19:16 115:5,7
**welcome** 124:20

**went** 7:25 52:3
  53:11 56:15 86:18
  95:11
**weren't** 85:10
**we'll** 43:13 51:13
  101:6 131:15
  133:23 134:23
**whatsoever** 74:21
**WHEREOF**
  137:18
**wholesale** 86:20,21
  86:22
**widgets** 119:8
**Winset** 56:5,21,24
  57:1,4,6,10,10
  60:25 97:24 98:5
  98:6,9,11,13,16
  99:3,6
**witness** 5:11 8:20
  9:23 20:9 26:7,9
  26:13,16 27:22
  30:2 31:18 32:2
  32:16,24 33:20
  34:8 37:5 45:15
  50:22 52:1,23
  53:9,24 56:10
  63:3 65:11,25
  73:10,14,22,25
  74:8,15,18 80:3
  80:23 100:11
  108:25 111:8
  122:25 135:12
  137:8,12,18 138:2
**witness's** 6:15
**wondering** 7:4 9:15
  21:7
**Wookyun** 1:16 2:8
  4:4 5:12 44:20
  45:1 80:8,14
  113:2,8 136:3,12
  137:8 138:3 140:4
  140:18
**word** 16:12 34:21
  34:24 35:2,10
  37:25 65:13 66:3
**words** 34:11,13,15
  34:17 35:4,7,24

36:1,4 49:8
113:18 130:1
**work** 12:12,15
14:13 22:19 23:2
25:14 38:19 39:2
39:3,5,6,16 40:4,8
40:11,13,15 41:15
44:5 45:21,22
46:24 47:9,11,21
48:23 49:11,20,24
51:10 52:12,23
54:24 55:12,13
58:16,20 59:14
69:17 74:3 75:18
75:22 79:17,19
88:1,2 90:21 92:9
93:23,25 106:24
114:12 115:6,12
121:2,4,19 126:10
130:15
**worked** 12:4,19,23
15:2 19:8,8,12,14
38:2 39:17 41:10
70:12,12 81:25
97:13
**working** 40:25
41:17 50:2,8,11
51:1 55:9,14,17
55:19 75:17 76:25
82:18 87:12 97:9
99:6,9,10 109:11
109:12,21 120:15
120:24 121:8
**works** 38:17
133:22 134:3
**workstation** 108:11
**work-related** 22:21
22:24
**wouldn't** 109:19
112:1
**write** 25:15 59:1
67:5,8 69:9 78:2
78:23 110:24
111:4,12 114:7
**writing** 51:23 52:5
52:20 53:5,14,18
54:5,9,11 55:10

58:17 74:11,20
75:3 84:6 86:2,8
117:3 120:7 127:6
**written** 35:8 56:21
58:10,11,22 109:5
109:8 112:16
118:14 121:9
126:17 129:11,15
**wrong** 18:24 87:20
**wrote** 58:14 78:3,5
110:6,10,14,20
111:5,16 112:19

---

**X**

**X** 138:1

---

**Y**

**Yeah** 130:22
133:16 134:22
**year** 9:7 12:8 21:8
21:10,13 28:8
30:22 31:7,9 41:3
46:1 54:17 73:16
74:10,19,25 75:4
75:11 120:19
**years** 8:4,5 9:6
10:25,25 11:1
12:7 15:2,19 20:4
**Yeo** 123:12
**yes-or-no** 27:24
32:11 74:23
**Yongseok** 123:18
**York** 1:9 4:18,18
8:2,22 9:3
**Young** 123:16
**Yun** 53:16 123:22
**Yung** 133:16,19

---

**0**

**00201281** 102:6
**00508318** 124:19
**00508411** 124:19
**01:00** 46:15,20
**01:01** 46:25 47:5
**01:02** 47:10
**01:03** 47:15,20,25
**01:04** 48:5

**01:05** 48:10
**01:06** 48:15,20
**01:07** 48:25 49:5
**01:08** 49:10
**01:09** 49:15
**01:10** 49:20,25
**01:11** 50:5
**01:12** 50:10,15
**01:13** 50:20,25
**01:15** 51:5,10,15
**01:16** 51:20
**01:17** 51:25 52:5
**01:18** 52:10
**01:19** 52:15,20
**01:20** 52:25 53:5
**01:21** 53:10,15
**01:22** 53:20
**01:23** 53:25 54:5
**01:24** 54:10
**01:25** 54:15
**01:26** 54:20
**01:27** 54:25 55:5
**01:28** 55:10,15
**01:29** 55:20
**01:30** 55:25
**01:31** 56:5
**01:32** 56:10,15
**01:33** 56:20,25
**01:34** 57:5
**01:35** 57:10
**01:36** 57:15
**01:37** 57:20
**01:38** 57:25 58:5
**01:39** 58:10
**01:40** 58:15
**01:41** 58:20,25
**01:42** 59:5,10
**01:43** 59:15
**01:44** 59:20
**01:45** 59:25
**01:46** 60:5
**01:47** 60:10,15
**01:49** 60:20,25
**01:50** 61:5,10
**01:51** 61:15,20,25
**01:53** 62:5,10,15
**01:54** 62:20

**01846-LHK** 4:10
**02:11** 62:25 63:5
**02:12** 63:10
**02:13** 63:15,20,25
**02:14** 64:5
**02:15** 64:10,15
**02:16** 64:20
**02:17** 64:25 65:5
**02:18** 65:10
**02:19** 65:15,20,25
**02:20** 66:5,10
**02:21** 66:15,20
**02:22** 66:25 67:5,10
**02:23** 67:15
**02:24** 67:20,25
**02:25** 68:5,10
**02:26** 68:15,20
**02:27** 68:25
**02:28** 69:5,10
**02:29** 69:15
**02:30** 69:20,25
**02:31** 70:5,10
**02:32** 70:15
**02:33** 70:20,25
**02:34** 71:5,10
**02:35** 71:15
**02:36** 71:20,25
**02:38** 72:5
**02:39** 72:10
**02:40** 72:15
**02:41** 72:20,25
**02:42** 73:5
**02:43** 73:10,15
**02:44** 73:20,25
**02:45** 74:5
**02:46** 74:10
**02:47** 74:15,20,25
**02:48** 75:5
**02:49** 75:10
**02:50** 75:15
**02:51** 75:20,25
**02:53** 76:5,10,15,20
**02:54** 76:25 77:5
**02:55** 77:10
**02:56** 77:15
**02:57** 77:20,25
**02:58** 78:5,10

**02:59** 78:15
**03:00** 78:20
**03:01** 78:25
**03:02** 79:5
**03:03** 79:10,15
**03:04** 79:20
**03:05** 79:25 80:5
**03:19** 80:10
**03:20** 80:15
**03:21** 80:20,25
**03:22** 81:5
**03:23** 81:10,15,20
**03:25** 81:25
**03:26** 82:5
**03:27** 82:10,15
**03:28** 82:20,25
**03:29** 83:5,10
**03:30** 83:15
**03:31** 83:20,25
**03:32** 84:5,10
**03:33** 84:15
**03:34** 84:20
**03:35** 84:25
**03:37** 85:5
**03:38** 85:10
**03:39** 85:15,20,25
**03:40** 86:5
**03:42** 86:10,15
**03:43** 86:20
**03:44** 86:25 87:5
**03:46** 87:10,15
**03:47** 87:20,25
**03:49** 88:5
**03:50** 88:10
**03:51** 88:15,20
**03:52** 88:25
**03:54** 89:5
**03:55** 89:10,15
**03:56** 89:20
**03:57** 89:25
**03:58** 90:5,10
**03:59** 90:15
**04:00** 90:20,25
**04:02** 91:5,10
**04:04** 91:15,20
**04:05** 91:25 92:5
**04:06** 92:10,15

| | | | | |
|---|---|---|---|---|
| **04:07** 92:20,25 | **05:19** 107:25 | **06:16** 121:15 | **09:25** 7:10,15,20 | **10/11/84** 7:4 |
| **04:09** 93:5 | **05:20** 108:5 | **06:17** 121:20 | **09:26** 7:25 8:5,10 | **10:00** 21:5,10 |
| **04:10** 93:10 | **05:21** 108:10,15 | **06:18** 121:25 122:5 |   8:15 | **10:01** 21:15 |
| **04:11** 93:15,20 | **05:22** 108:20 | **06:19** 122:10 | **09:27** 8:20,25 9:5 | **10:02** 21:20,25 |
| **04:13** 93:25 94:5,10 | **05:23** 108:25 109:5 | **06:20** 122:15 | **09:28** 9:10,15 | **10:03** 22:5 |
| **04:14** 94:15 | **05:24** 109:10 | **06:21** 122:20 | **09:29** 9:20,25 | **10:04** 22:10,15 |
| **04:15** 94:20,25 | **05:25** 109:15,20 | **06:22** 122:25 | **09:30** 10:5,10 | **10:05** 22:20 |
| **04:16** 95:5 | **05:26** 109:25 | **06:23** 123:5,10,15 | **09:31** 10:15,20 | **10:06** 22:25 23:5,10 |
| **04:17** 95:10 | **05:27** 110:5 | **06:24** 123:20,25 | **09:32** 10:25 11:5 | **10:07** 23:15 |
| **04:18** 95:15,20 | **05:28** 110:10 |   124:5,10 | **09:33** 11:10,15,20 | **10:08** 23:20,25 |
| **04:19** 95:25 96:5 | **05:29** 110:15,20 | **06:26** 124:15 | **09:34** 11:25 12:5 | **10:09** 24:5,10 |
| **04:20** 96:10,15 | **05:30** 110:25 | **06:27** 124:20,25 | **09:35** 12:10,15 | **10:10** 24:15,20 |
| **04:21** 96:20,25 | **05:31** 111:5,10 |   125:5 | **09:36** 12:20,25 | **10:11** 24:25 |
| **04:43** 97:5,10 | **05:32** 111:15 | **06:28** 125:10,15 | **09:37** 13:5,10 | **10:12** 25:5 |
| **04:45** 97:15 | **05:33** 111:20,25 | **06:29** 125:20,25 | **09:38** 13:15 | **10:13** 25:10,15,20 |
| **04:46** 97:20 | **05:34** 112:5,10 | **06:30** 126:5 | **09:39** 13:20,25 | **10:14** 25:25 |
| **04:47** 97:25 98:5 | **05:35** 112:15,20 | **06:31** 126:10,15 | **09:40** 14:5,10 | **10:15** 26:5 |
| **04:48** 98:10 | **05:36** 112:25 | **06:32** 126:20,25 | **09:41** 14:15,20 | **10:16** 26:10,15,20 |
| **04:49** 98:15 | **05:44** 113:5 | **06:33** 127:5 | **09:42** 14:25 15:5,10 | **10:17** 26:25 27:5 |
| **04:50** 98:20 | **05:45** 113:10,15 | **06:34** 127:10,15 | **09:43** 15:15 | **10:18** 27:10 |
| **04:51** 98:25 99:5 | **05:48** 113:20,25 | **06:35** 127:20,25 | **09:44** 15:20,25 16:5 | **10:19** 27:15,20 |
| **04:53** 99:10,15 | **05:49** 114:5,10 | **06:37** 128:5,10 | **09:45** 16:10 | **10:20** 27:25 28:5 |
| **04:55** 99:20,25 | **05:50** 114:15 | **06:38** 128:15 | **09:46** 16:15,20 | **10:21** 28:10,15,20 |
| **04:56** 100:5,10 | **05:51** 114:20 | **06:39** 128:20,25 | **09:47** 16:25 17:5 |   28:25 |
| **04:57** 100:15,20,25 | **05:52** 114:25 | **06:40** 129:5 | **09:48** 17:10,15 | **10:23** 29:5,10,15 |
| **04:58** 101:5,10 | **05:53** 115:5,10 | **06:41** 129:10,15 | **09:49** 17:20 | **10:25** 29:14,15 |
| **04:59** 101:15,20,25 | **05:54** 115:15,20 | **06:42** 129:20,25 | **09:50** 17:25 | **10:40** 29:20 |
| **05:00** 102:5,10 | **05:55** 115:25 | **06:43** 130:5 | **09:51** 18:5,10 | **10:41** 29:25 30:5 |
| **05:01** 102:15 | **05:56** 116:5 | **06:44** 130:10,15,20 | **09:52** 18:15,20 | **10:42** 29:16,18 |
| **05:02** 102:20,25 | **05:57** 116:10,15 | **06:45** 130:25 131:5 | **09:53** 18:25 |   30:10 |
|   103:5 | **05:58** 116:20 |   131:10,15,20 | **09:54** 19:5,10 | **10:43** 30:15,20 |
| **05:03** 103:10 | **05:59** 116:25 117:5 | **06:48** 131:25 132:5 | **09:55** 19:15 | **10:44** 30:25 31:5 |
| **05:04** 103:15,20 | **06:00** 117:10 | **06:50** 132:10,15,20 | **09:56** 19:20,25 | **10:45** 31:10,15 |
| **05:05** 103:25 | **06:01** 117:15,20 | **06:51** 132:25 133:5 | **09:57** 20:5,10 | **10:46** 31:20,25 32:5 |
| **05:06** 104:5 | **06:02** 117:25 118:5 | **06:52** 133:10,15,20 | **09:58** 20:15 | **10:47** 32:10,15 |
| **05:07** 104:10,15 | **06:03** 118:10 | **06:53** 133:25 134:5 | **09:59** 20:20,25 | **10:48** 32:20,25 33:5 |
| **05:08** 104:20 | **06:04** 118:15 |   134:10 | | **10:49** 33:10,15 |
| **05:09** 104:25 105:5 | **06:05** 118:20 | **06:54** 134:15,20,25 | ——— **1** ——— | **10:50** 33:20,25 34:5 |
| **05:10** 105:10,15 | **06:06** 118:25 119:5 |   135:5,10 | **1** 4:3 15:18 18:22 | **10:51** 34:10,15 |
| **05:11** 105:20 | **06:07** 119:10 | **06:55** 135:15 136:2 |   19:2,10,15,25 | **10:52** 34:20 |
| **05:12** 105:25 | **06:08** 119:15 | **09:19** 4:5 |   43:7,23,24,24 | **10:53** 34:25 35:5 |
| **05:13** 106:5 | **06:09** 119:20 | **09:20** 4:10,15,20 |   44:3,19 51:8 | **10:54** 35:10 |
| **05:14** 106:10,15 | **06:10** 119:25 120:5 | **09:21** 4:25 5:5,10 |   54:15 77:22 | **10:55** 35:15,20 |
| **05:15** 106:20 | **06:11** 120:10,15 |   5:15,20 |   103:11 105:23,25 | **10:56** 35:25 |
| **05:16** 106:25 107:5 | **06:13** 120:20,25 | **09:22** 5:25 6:5 |   122:15,22 138:16 | **10:57** 36:5,10 |
| **05:17** 107:10 | **06:14** 121:5 | **09:23** 6:10,15,20 | **1:55** 62:21,22 | **10:58** 36:15 |
| **05:18** 107:15,20 | **06:15** 121:10 | **09:24** 6:25 7:5 | **10.0** 106:6 108:21 | **10:59** 36:20,25 |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 157

| | | | |
|---|---|---|---|
| **101** 138:10 | 138:12 | **2011** 46:2,16 51:15 | **5** |
| **10201** 1:24 137:23 | **1234** 124:11,17 | 75:4,11 104:23 | **5** 122:24 138:3 |
| **11** 138:21 | 138:18 | 105:6 106:2 108:8 | **5:37** 113:2,4 |
| **11-CV** 4:9 | **1235** 131:21 132:4 | 108:19 131:22 | **5:47** 113:5,9 |
| **11-CV-01846-L...** | 138:23 | 132:6,11,17 133:4 | **508331** 128:10 |
| 1:6 | **124** 138:21 | 138:24 | **555** 3:4 |
| **11:00** 37:5,10 | **13** 139:5 | **2012** 1:18 2:4 4:14 | |
| **11:01** 37:15,20 | **131** 138:25 | 136:16 137:20 | **6** |
| **11:02** 37:25 | **14** 128:9 131:11 | 140:3,20 | **6:44** 130:19 |
| **11:03** 38:5 | 139:3 | **21** 138:25 139:6 | **6:56** 136:4,6 |
| **11:04** 38:10,15 | **15** 139:7 | **24** 139:4 | **66** 129:4 138:7 |
| **11:05** 38:20 | **16** 131:21 132:5,10 | **27** 66:18 | |
| **11:06** 38:25 | 132:17 133:4 | **28** 7:2,5 | **7** |
| **11:07** 39:5,10 | 138:24 | | **7:00** 130:19,21,23 |
| **11:08** 39:15,20 | **18th** 43:2,5 | **3** | 131:5,7,15 |
| **11:09** 39:25 | | **3** 113:1 | **747** 4:17 |
| **11:11** 40:5,10 | **2** | **3G** 13:16 14:9 | |
| **11:12** 40:15 | **2** 44:9,11,15,25 | 37:10,13,20 38:3 | **8** |
| **11:13** 40:20 | 45:20,22 46:4 | 38:4,23,25 39:16 | **8.9** 106:6 108:21 |
| **11:14** 40:25 | 80:7 103:11 | 39:24 40:1,9 42:7 | |
| **11:15** 41:5,10 | 104:18,19 105:2 | 43:9,16 44:1,5 | **9** |
| **11:16** 41:15,20 | 105:15,17,22,25 | **3GS** 67:18 69:4 | **9** 138:7 139:2 |
| **11:17** 41:25 | 106:3,22 107:5,9 | **3:07** 80:8,10 | **9:22** 2:5 4:14 |
| **11:18** 42:5,10 | 108:7 139:8 | **3:22** 80:11,15 | **94** 128:9 129:4 |
| **11:19** 42:15,20 | **2-D** 16:19,20,24 | **3:23** 81:7 | **94065** 3:5 |
| **11:20** 42:25 | 17:2,11,15 19:18 | **3:24** 81:10 | **94105** 3:13 |
| **11:21** 43:5 | 20:13 98:24 99:3 | **30** 102:7,9 128:18 | |
| **11:22** 43:10 | **2:12** 62:23,25 | 139:2 | |
| **11:23** 43:15,20 | **2008** 9:9 12:9 | **31** 139:3,4 | |
| **11:24** 43:25 | **2010** 10:12 14:2 | **32** 139:5,6 | |
| **11:25** 44:5,10 | 28:9 39:22 41:3 | **33** 139:7 | |
| **11:26** 44:15,20 | 48:11 49:25 50:18 | **34** 139:8 | |
| **11:27** 44:20,23 | 51:1 53:3 54:17 | **36232** 132:6 | |
| **12** 1:18 2:4 138:10 | 55:19 57:14,14 | **36261** 132:7 | |
| 138:16 140:3 | 58:12,18 59:4,11 | **383** 129:5 | |
| **12th** 137:19 | 60:5 63:7 64:18 | | |
| **12:56** 44:25 45:5,10 | 66:18 67:13 68:17 | **4** | |
| **12:57** 44:23 45:2,15 | 73:16 74:10,19,25 | **4** 13:17,25 41:6,11 | |
| 45:20 | 75:16 76:15 82:15 | 41:12,18,20,22,23 | |
| **12:58** 45:25 46:5 | 82:17,24 84:22 | 42:8 43:9,16 44:1 | |
| **12:59** 46:10 | 90:19 92:12 95:16 | 44:6 113:7 136:2 | |
| **122** 138:16 | 97:8 98:3,15,20 | **4G** 111:19 | |
| **1231** 66:8,9,13 | 99:1,5 104:16 | **4:23** 96:25 97:1 | |
| 138:6 | 109:11 114:16 | **4:45** 97:2,4 | |
| **1232** 101:12 113:13 | 120:21,22,24 | **425** 2:10 3:12 4:12 | |
| 138:9 | 121:2,5,7 125:13 | **45308** 1:25 | |
| **1233** 122:12,19 | 125:23 127:24 | | |