# EXHIBIT 5

Highly Confidential - Attorneys' Eyes Only

Page 1

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4                     --oOo--

5   APPLE, INC., A CALIFORNIA       )

6   CORPORATION,                    )

7              PLAINTIFF,            ) No.  11-CV-01846-LHK

8        vs.                        )

9   SAMSUNG ELECTRONICS CO.,        )

10  LTD., A KOREAN BUSINESS         )

11  ENTITY; SAMSUNG ELECTRONICS     )

12  AMERICA, INC., A NEW YORK       )

13  CORPORATION; SAMSUNG            )

14  TELECOMMUNICATIONS AMERICA,     )

15  LLC, A DELAWARE LIMITED         )

16  LIABILITY COMPANY,              )

17             DEFENDANTS.          )

18  _____)

19

20       VIDEOTAPED DEPOSITION OF IOI KIM LAM

21     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22             San Francisco, California

23              Thursday, March 8, 2012

24    Reported By:

      KATHLEEN WILKINS, CSR #10068, RPR, CRR, CCRR, CLR

25    JOB NO. 47476

Highly Confidential - Attorneys' Eyes Only

## Page 2

```
 5            March 8, 2012

 8     Videotaped Deposition of IOI KIM LAM, held
 9  at the offices of MORRISON & FOERSTER, 425 Market
10  Street, San Francisco, California, pursuant to
11  Notice, before Kathleen A. Wilkins, CSR, RPR, CRR,
12  CCRR, CLR, of the State of California.
```

## Page 3

```
 1  A P P E A R A N C E S:
 2  For APPLE, INC.:
 3       MORRISON & FOERSTER LLP
 4       425 Market Street
 5       San Francisco, California 94105
 6       Telephone: (415) 268-7588
 7       E-mail: Amonach@mofo.com
 8       BY: ANDREW MONACH, ESQ.
 9  For SAMSUNG ELECTRONICS CO., LTD.:
10       QUINN, EMANUEL, URQUHART, OLIVER &
11       HEDGES, LLP
12       555 Twin Dolphin Drive, Suite 560
13       Redwood Shores, California 94065
14       Telephone: (650) 801-5000
15       E-mail: toddbriggs@quinnemanuel.com
16       BY: TODD BRIGGS, ESQ.
17  ALSO PRESENT:
18       Michelle W. Yang, Director, Intellectual
19  Property, Samsung Information Systems America,
20  Inc.
21       Cassia Leet, Videographer
```

## Page 4

```
 1  MARCH 8, 2012            10:01 A.M.
 2       P R O C E E D I N G S
 3       (Whereupon, Deposition Exhibit 2392
 4   and Exhibit 2393 were marked for
 5   identification.)
 6       THE VIDEOGRAPHER: Good morning. This    10:01
 7  is the start of media labeled number 1 of the     10:01
 8  videotaped deposition of Ioi Lam in the matter of 10:01
 9  Apple, Inc. versus Samsung Electronics Company, et 10:01
10  al. in the United States District Court, Northern 10:01
11  District of California, San Jose Division, Case   10:01
12  Number 11-CV-01846-LHK.                           10:01
13       This deposition is being held at            10:01
14  Morrison & Foerster, 425 Market Street, San       10:01
15  Francisco, California, on March 8th, 2012 at      10:01
16  approximately 10:01 a.m.                          10:01
17       My name is Cassia Leet. I am a              10:02
18  certified legal video specialist from TSG         10:02
19  Reporting, Inc., headquartered at 747 Third       10:02
20  Avenue, New York, New York. The court reporter is 10:02
21  Kathleen Wilkins in association with TSG          10:02
22  Reporting.                                        10:02
23       Would counsel please introduce              10:02
24  yourselves for the record.                        10:02
25       MR. MONACH: Andrew Monach from Morrison     10:02
```

## Page 5

```
 1  & Foerster representing Apple.                    10:02
 2       MR. BRIGGS: Todd Briggs from Quinn          10:02
 3  Emanuel representing Samsung and the witness      10:02
 4  Mr. Lam, and also with me is Michelle Yang from   10:02
 5  Samsung.                                          10:02
 6       THE VIDEOGRAPHER: Would the court           10:02
 7  reporter please swear in the witness.             10:02
 8            IOI KIM LAM,                           10:02
 9       having been duly sworn,                     10:02
10    was examined and testified as follows:         10:02
11            --oOo--                                10:02
12       THE VIDEOGRAPHER: Please begin.             10:02
13       EXAMINATION BY MR. MONACH                   10:02
14  BY MR. MONACH:                                   10:02
15    Q. Good morning, Mr. Lam.                      10:02
16    A. Good morning.                               10:02
17    Q. Have you ever had your deposition taken     10:02
18  before?                                          10:03
19    A. No.                                         10:03
20    Q. My name is Andrew Monach. I represent      10:03
21  Apple in a lawsuit against Samsung. And I'm here 10:03
22  to ask you some questions that will be           10:03
23  transcribed.                                     10:03
24       Do you understand that?                    10:03
25    A. Yes.                                        10:03
```

Highly Confidential - Attorneys' Eyes Only

Page 6

| | | |
|---|---|---|
| 1 | Q. Do you understand that you are under | 10:03 |
| 2 | oath and that your testimony is treated the same | 10:03 |
| 3 | as if you were testifying in court? | 10:03 |
| 4 | A. Yes. | 10:03 |
| 5 | Q. Could you please state and spell your | 10:03 |
| 6 | name. | 10:03 |
| 7 | A. My name is Ioi Kim Lam, I-O-I, K-I-M, | 10:03 |
| 8 | L-A-M. | 10:03 |
| 9 | Q. What is your current address? | 10:03 |
| 10 | A. 18 Montelena Court, Mountain View, | 10:03 |
| 11 | 94040. | 10:03 |
| 12 | Q. Who is your employer? | 10:03 |
| 13 | A. Samsung. | 10:03 |
| 14 | Q. Just Samsung or is there more to it than | 10:03 |
| 15 | Samsung? | 10:03 |
| 16 | A. Samsung Telecommunications America. | 10:03 |
| 17 | Q. And I'll use Samsung as a shorthand -- | 10:03 |
| 18 | A. Okay. | 10:03 |
| 19 | Q. -- throughout. | 10:03 |
| 20 | How long have you worked for Samsung? | 10:03 |
| 21 | A. I joined company in September '07. | 10:03 |
| 22 | Q. And was that your first job out of | 10:04 |
| 23 | school or did you come from another place of | 10:04 |
| 24 | employment? | 10:04 |
| 25 | A. I came from different company. | 10:04 |

Page 7

| | | |
|---|---|---|
| 1 | Q. Why don't you just very briefly tell me | 10:04 |
| 2 | where you went to college -- I expect you did -- | 10:04 |
| 3 | and then very briefly your job history after that. | 10:04 |
| 4 | A. So I went to college in the University | 10:04 |
| 5 | of Pennsylvania in Philadelphia. I went to grad | 10:04 |
| 6 | school in Cornell University. After I graduated, | 10:04 |
| 7 | I went to work with Sun Microsystems for about | 10:04 |
| 8 | nine years, and then I worked with a company | 10:04 |
| 9 | called Applix. I worked there for about one and a | 10:04 |
| 10 | half years. After that, I work -- I joined | 10:04 |
| 11 | Samsung. | 10:04 |
| 12 | Q. What degrees did you get from Penn and | 10:04 |
| 13 | Cornell? | 10:04 |
| 14 | A. I got my bachelor in computer science | 10:04 |
| 15 | from Penn and master's in computer science from | 10:05 |
| 16 | Cornell. | 10:05 |
| 17 | Q. What is your current job title at | 10:05 |
| 18 | Samsung? | 10:05 |
| 19 | A. My current job title is principal | 10:05 |
| 20 | engineer. | 10:05 |
| 21 | Q. Is that the same title you've had since | 10:05 |
| 22 | you started in 2007? | 10:05 |
| 23 | A. No. | 10:05 |
| 24 | Q. What was your job title when you | 10:05 |
| 25 | started? | 10:05 |

Page 8

| | | |
|---|---|---|
| 1 | A. I started as staff engineer. | 10:05 |
| 2 | Q. And when did you get promoted to | 10:05 |
| 3 | principal engineer? | 10:05 |
| 4 | A. I got promoted earlier this year -- no, | 10:05 |
| 5 | earlier 2011. | 10:05 |
| 6 | Q. In general, what have your job duties | 10:05 |
| 7 | been since you joined Samsung in 2007? | 10:05 |
| 8 | A. My main job duty is software engineer. | 10:05 |
| 9 | Q. Do you have any other duties? | 10:05 |
| 10 | A. I have minor duties in tutoring other | 10:05 |
| 11 | engineers or writing presentations. | 10:05 |
| 12 | Q. Okay. What products have you worked on | 10:06 |
| 13 | during your time at Samsung starting with 2007 and | 10:06 |
| 14 | moving forward? | 10:06 |
| 15 | A. Our lab is called Mobile Communications | 10:06 |
| 16 | Lab, so we worked on devices that are used in the | 10:06 |
| 17 | mobile communications. | 10:06 |
| 18 | Q. Smartphones and tablets? | 10:06 |
| 19 | A. Including them. | 10:06 |
| 20 | Q. What else, if anything? | 10:06 |
| 21 | A. We also worked on feature films. We | 10:06 |
| 22 | worked on other prototypes, not smartphones or | 10:06 |
| 23 | tablets. | 10:06 |
| 24 | Q. And do you work exclusively on the | 10:06 |
| 25 | software for mobile devices? | 10:06 |

Page 9

| | | |
|---|---|---|
| 1 | A. Yes. | 10:06 |
| 2 | Q. Who is your supervisor? | 10:06 |
| 3 | A. My current supervisor is Mr. E.S. Chung. | 10:07 |
| 4 | Q. How long has Mr. Chung been your | 10:07 |
| 5 | supervisor? | 10:07 |
| 6 | A. For about two months. | 10:07 |
| 7 | Q. Who was your supervisor before that? | 10:07 |
| 8 | A. Ciaran Rochford. | 10:07 |
| 9 | Q. Okay. And how long was Ciaran your | 10:07 |
| 10 | supervisor? | 10:07 |
| 11 | A. Since I joined Samsung. | 10:07 |
| 12 | Q. Is the Mobile Communications Lab part of | 10:07 |
| 13 | some larger group at Samsung? | 10:07 |
| 14 | A. It is. | 10:07 |
| 15 | Q. What's the larger group? | 10:07 |
| 16 | A. I am not very familiar with the | 10:07 |
| 17 | corporate structure. | 10:07 |
| 18 | Q. Do you have any idea what larger group | 10:07 |
| 19 | Mobile Communications Lab is included in or | 10:07 |
| 20 | reports up to? | 10:07 |
| 21 | A. So our lab is part of STA, Samsung | 10:07 |
| 22 | Telecommunications America. | 10:07 |
| 23 | Q. And in your regular job duties, do you | 10:07 |
| 24 | only report to people at the Mobile Communications | 10:08 |
| 25 | Lab, or do you also report to Samsung employees in | 10:08 |

Page 10

1   Korea?                                          10:08
2      A.  For me personally, I just report to the  10:08
3   people inside -- inside the lab.                10:08
4      Q.  Where is the lab located?                10:08
5      A.  San Jose.                                10:08
6      Q.  Do you sometimes get assignments from    10:08
7   Samsung Electronics in Korea?                   10:08
8      A.  No.                                      10:08
9      Q.  Does your group get assignments from     10:08
10  Samsung in Korea?                               10:08
11     A.  Yes.                                     10:08
12     Q.  And those come through your supervisor   10:08
13  to you?                                         10:08
14     A.  Yes.                                     10:08
15     Q.  Do you know who the individuals are from 10:08
16  Samsung Korea who give assignments to your      10:08
17  supervisor at the Mobile Communications Lab?    10:08
18     A.  I don't know.                            10:08
19     Q.  How many engineers are there in the      10:09
20  Mobile Communications Lab?                      10:09
21     A.  Currently, there are about 100.          10:09
22     Q.  Do they all work on software for mobile  10:09
23  devices?                                        10:09
24     A.  Do they all work on software for mobile  10:09
25  devices?                                        10:09

Page 11

1      MR. BRIGGS:  Objection.  Foundation.         10:09
2      THE WITNESS:  I'm not sure if all of         10:09
3   them work on software for mobile devices.       10:09
4   BY MR. MONACH:                                  10:09
5      Q.  Do most of them, to your understanding,  10:09
6   work on software for mobile devices?            10:09
7      MR. BRIGGS:  Same objection.                 10:09
8      THE WITNESS:  I understand many of them      10:09
9   work on such devices.                           10:09
10  BY MR. MONACH:                                  10:09
11     Q.  Is there a group of people who report to 10:09
12  you?                                            10:09
13     A.  No.                                      10:09
14     Q.  Does anyone report to you?               10:09
15     A.  No.                                      10:09
16     Q.  We've marked as Exhibit 2392 Apple's     10:10
17  sixth rule 30(b)(6) deposition notice.  Hand that 10:10
18  to the witness, please.                         10:10
19     Mr. Lam, I don't need you to read            10:10
20  through the whole thing, but I'd like you to focus 10:10
21  on the list of topics that start on page 8 and run 10:10
22  over to page 11 in this notice of deposition.  My 10:10
23  only question to you is whether you've ever seen 10:10
24  either this document or the list of topics before. 10:10
25     A.  I have not seen this document before.    10:10

Page 12

1      Q.  Okay.  Have you seen the list of        10:10
2   topics -- let's start with Topic No. 5 at page 8, 10:11
3   the source code for each product that issued    10:11
4   relating to scrolling, scroll locking and scaling. 10:11
5        Do you see that?                          10:11
6      A.  Yes, I see this.                        10:11
7      Q.  Okay.  Have you seen that topic before, 10:11
8   even if it wasn't in this document?            10:11
9      A.  Related to scrolling, scroll locking and 10:11
10  scaling?  So I've been informed by my company that 10:11
11  I'm responsible for some topics.  And --       10:11
12     Q.  Maybe we can speed this up.  I'll show  10:11
13  you another list and we can see if you think it's 10:11
14  the topics that you think you are responsible for. 10:11
15  Can you hand the witness Exhibit 2393, please. 10:11
16     For the record, Exhibit 2393 is a letter    10:12
17  from Quinn Emanuel, counsel for Samsung, to Mia 10:12
18  Mazza, Morrison & Foerster, dated February 8th, 10:12
19  2012 listing various topics for which Ioi Lam has 10:12
20  been designated as a 30(b)(6) witness.         10:12
21     Mr. Lam, have you seen this letter,         10:12
22  Exhibit 2393, before?                          10:12
23     A.  I have not seen this letter before.     10:12
24     Q.  We can do this either by questioning or 10:12
25  perhaps with a stipulation of counsel.         10:12

Page 13

1      Could you look through the topics in       10:12
2   2393, beginning with set 6, Topic 5, the second 10:12
3   item through the end and tell me whether it's your 10:12
4   understanding that you've been designated as   10:12
5   Samsung's corporate witness --                 10:12
6      A.  Yes.                                    10:13
7      Q.  -- to testify on the matters listed in  10:13
8   this letter.                                   10:13
9      A.  Yes, I've been told verbally that I'm   10:13
10  responsible for No. 5.                         10:13
11     Q.  Okay.  What about the ones on the next  10:13
12  page?                                          10:13
13     A.  I have to read it.                      10:13
14     Q.  Sure.                                   10:13
15     A.  For each product related ...            10:13
16        Okay.  Yes.  My understanding is I'm     10:13
17  responsible for the scrolling and scaling in   10:13
18  browser application for No. 6, and also -- yes. 10:13
19     Q.  What about Nos. 13 and 14 for bounce or 10:13
20  rubber-banding functionality; is it your       10:13
21  understanding you're Samsung's corporate witness 10:13
22  on those topics?                               10:13
23     A.  Yes.                                    10:13
24     Q.  What about Topic 15, the source code for 10:13
25  each product at issue relating to the following 10:13

Highly Confidential - Attorneys' Eyes Only

Page 14

```
1    software?                              10:13
2        A.  Yes, for the browser application only.  10:13
3        Q.  Browser only?                   10:13
4        A.  Yes.                            10:13
5        Q.  Okay.  Same true for 16, you're  10:13
6    responsible for that, your understanding, for the  10:13
7    browser only?                           10:14
8        A.  Yes.                            10:14
9        Q.  And then could you turn back to  10:14
10   Exhibit 2392, Topics 19 and 20.  My understanding  10:14
11   is you were designated for those by a recent  10:14
12   e-mail.  Topic 19 in the notice is comparison and  10:14
13   analysis of Apple products, including, but not  10:14
14   limited to, the comparison and analysis shown in  10:14
15   Samsung videos produced in this case, including  10:14
16   the video files identified with Bates numbers, and  10:14
17   then we have a series of Bates numbers ending in  10:14
18   -201282, -1283, -1318 through -326, and -201390.  10:14
19          Do you see that?                 10:14
20       A.  Yes.                            10:14
21       Q.  Is it your understanding you're also  10:14
22   Samsung's designated witness on Topic 19?  10:14
23       A.  Yes.                            10:14
24       Q.  And what about Topic 20?         10:14
25       A.  Yes.                            10:14
```

Page 15

```
1        Q.  All right.                      10:14
2            MR. BRIGGS:  Just to be clear, he's  10:14
3    designated on all those topics you just went over,  10:14
4    subject to Samsung's objections to the topics.  10:15
5            MR. MONACH:  Fair enough.        10:15
6            MR. BRIGGS:  And he's also just focusing  10:15
7    on the browser aspect of these topics.  10:15
8            MR. MONACH:  I understood that from his  10:15
9    testimony.                              10:15
10           MR. BRIGGS:  Okay.               10:15
11           MR. MONACH:  But thanks for the  10:15
12   clarification or confirmation.          10:15
13       Q.  Mr. Lam, what did you do to prepare to  10:15
14   testify as Samsung's representative on these  10:15
15   corporate deposition topics?            10:15
16       A.  I have spend time to collect information  10:15
17   for these topics.  On some of the topics that are  10:15
18   listed in this e-mail, 5, 6, 13, 14, 15 and 16,  10:15
19   for the parts that I am designated for, I am  10:15
20   pretty familiar with the topics, so I did not do  10:16
21   any special preparation for those.      10:16
22       Q.  So just so I understand, is it true that  10:16
23   you did not do any additional -- any -- any  10:16
24   preparation or research or fact-gathering for  10:16
25   Topics 5, 6, 13, 14, 15 and 16 because you thought  10:16
```

Page 16

```
1    you had sufficient --                   10:16
2        A.  Yes.                            10:16
3        Q.  -- personal knowledge of those topics?  10:16
4        A.  Yes.  I review the topics and I think I  10:16
5    have sufficient knowledge.              10:16
6        Q.  Okay.  Did you communicate with other  10:16
7    people or review any documents for any other  10:16
8    topics?                                 10:16
9        A.  I have communicated with other people on  10:16
10   Topics 19 and 20.                       10:16
11       Q.  What did you do?                10:16
12       A.  We held a teleconference.  We reviewed  10:16
13   the videos to the topics as listed.     10:16
14       Q.  And who did you have the teleconference  10:16
15   with?                                   10:16
16       A.  I had a teleconference with Mr. Sangheon  10:16
17   Kim.                                    10:17
18       Q.  And where does Mr. Sangheon Kim work?  10:17
19       A.  He works for Samsung.           10:17
20       Q.  Where?                          10:17
21       A.  In Korea.                       10:17
22       Q.  Why did you talk to Mr. Sangheon Kim?  10:17
23       A.  As I was presenting these videos, I  10:17
24   gather that Mr. Kim would have most knowledge  10:17
25   about these videos.  That's why we had a meeting  10:17
```

Page 17

```
1    with him, to discuss the videos.        10:17
2        Q.  Okay.  And did you watch a series of  10:17
3    videos to prepare for Topics 19 and 20?  10:17
4        A.  Yes.                            10:17
5        Q.  And in general, what did those videos  10:17
6    show?                                   10:17
7        A.  Those videos show mobile devices and  10:17
8    their operations.                       10:18
9        Q.  What mobile devices?            10:18
10       A.  They show -- some of the videos are very  10:18
11   dark and we are not completely sure what the other  10:18
12   devices are because we don't see the serial  10:18
13   numbers or we don't see the model numbers.  10:18
14       Q.  Isn't it true that the videos have  10:18
15   side-by-side comparisons of a Samsung product and  10:18
16   an Apple product?                       10:18
17       A.  I saw --                        10:18
18           MR. BRIGGS:  Objection.  Vague as to  10:18
19   what videos you're talking about.       10:18
20   BY MR. MONACH:                          10:18
21       Q.  Some of the videos described in the  10:18
22   Topics 19 and 20 show side-by-side comparisons of  10:18
23   Samsung and Apple products in operation; true or  10:18
24   false?                                  10:18
25       A.  So in those videos, I saw side-by-side  10:18
```

Highly Confidential - Attorneys' Eyes Only

Page 18

1  what looks to be a Samsung device, although I'm       10:18
2  not sure of the model number, and what seems to be    10:18
3  an Apple device.                                      10:19
4       Q.   Had you ever seen these videos before       10:19
5  your preparation for the deposition?                  10:19
6       A.   I saw some of the videos before.            10:19
7       Q.   When did you see the videos before?         10:19
8       A.   One of the videos I saw it probably         10:19
9  middle of last year.                                  10:19
10      Q.   Middle of 2011?                             10:19
11      A.   Yes.                                        10:19
12      Q.   And had you only seen one or had you        10:19
13 seen more than one of these videos before?            10:19
14      A.   I saw only one of them before.              10:19
15      Q.   Which video had you seen before, if you     10:19
16 can describe it for me?                               10:19
17      A.   I believe it's the last video in the        10:19
18 list, and I remember seeing it because I believe      10:19
19 that I was the person who made the video. And it      10:19
20 shows an iPad on one side and a Samsung -- of what    10:19
21 I remember, to be a Samsung tablet on the other       10:20
22 side.                                                 10:20
23      Q.   When did you make that video?               10:20
24      A.   Around the middle of last year, 2011.       10:20
25      Q.   Okay. Why did you make a video with a       10:20

Page 19

1  side-by-side comparison of a Samsung tablet and an    10:20
2  Apple iPad?                                           10:20
3       A.   So our team was given a task to make        10:20
4  sure that our products are -- have good               10:20
5  performance, and we want to be sure that we are --    10:20
6  we are very good performers comparing to our          10:20
7  competitors.                                          10:20
8            One of the competitors that we -- we try    10:20
9  to compare with is Apple, but we also compare with    10:20
10 other devices from other makers as well.              10:20
11           In this particular video, we focus on       10:20
12 one performance feature.                              10:21
13      Q.   What feature is that?                       10:21
14      A.   That feature is if you zoom the page,       10:21
15 you can see that the content of the page is           10:21
16 blurred. We want to make sure that even though        10:21
17 our device will have a blurring effect for a short    10:21
18 time, we want to show that we are better than our     10:21
19 competitors in terms of how much time we take to      10:21
20 return to a clear display of the text. I make a       10:21
21 video to show to my supervisor that we are better     10:21
22 than our competitors.                                 10:21
23      Q.   So you think the video shows that the       10:21
24 performance of the Samsung tablet was better than     10:21
25 the iPad in the video you made?                       10:21

Page 20

1       A.   My intention of showing the video to my    10:21
2  supervisor is we are very good. We are better        10:21
3  than our competitors.                                10:22
4       Q.   Better than Apple?                         10:22
5       A.   We are better than many of our             10:22
6  competitors, including Apple.                        10:22
7       Q.   Was there anyone else on the conference    10:22
8  between you and Mr. Kim in which you reviewed and    10:22
9  discussed the videos?                                10:22
10      A.   There was a translator.                    10:22
11      Q.   Anyone else?                               10:22
12      A.   No.                                        10:22
13      Q.   Other than -- other than relying on your   10:22
14 own knowledge and the conference you had with        10:22
15 Mr. Kim that you've described, did you do anything   10:22
16 else to prepare for the deposition? For example,     10:22
17 did you review any documents? Did you meet with      10:22
18 counsel?                                             10:22
19      A.   Can you repeat the question again?         10:22
20      Q.   Yeah. I'll break it down.                  10:22
21           To prepare for the deposition, did you     10:22
22 meet with counsel?                                   10:22
23      A.   Yes.                                       10:22
24      Q.   Okay. When did you do that?                10:22
25      A.   Because this deposition has been           10:23

Page 21

1  rescheduled twice, I met with my counsels every      10:23
2  time before the deposition was supposed to begin.    10:23
3       Q.   And so how many times was that?            10:23
4       A.   I've met with my counsels for maybe four   10:23
5  times.                                               10:23
6       Q.   And in total, how many hours have you      10:23
7  met with counsel?                                    10:23
8       A.   I met two full days and only also met      10:23
9  partial days for the other two meetings, so 20       10:23
10 hours.                                               10:23
11      Q.   Did you review any documents, either       10:23
12 electronic or hard copy?                             10:23
13      A.   Did I review documents?                    10:23
14      Q.   Yes.                                       10:23
15      A.   In what context?                           10:23
16      Q.   In your meetings with counsel or           10:23
17 otherwise to prepare for the deposition.             10:23
18      A.   Yes. I've reviewed documents.              10:23
19      Q.   Okay. What did you review?                 10:24
20      A.   What did I review? I've seen source        10:24
21 code because I had prepared for -- as a corporate    10:24
22 witness, I needed to make sure that, you know,       10:24
23 those documents -- that I have seen those source     10:24
24 code before.                                         10:24
25      Q.   Did you review anything else besides       10:24

Highly Confidential - Attorneys' Eyes Only

Page 34

1  improve performance so that our performance will   10:44
2  be better than the source code that Google   10:44
3  provided to us, the baseline source code from   10:44
4  Android.   10:44
5    Q.  And was that request made so that the   10:44
6  Samsung phone would perform more like the Apple   10:44
7  products and would have been inferior if you   10:44
8  simply used the base Android code?   10:44
9      MR. BRIGGS:  Objection.  Vague.   10:44
10  Foundation.  Compound.   10:44
11      THE WITNESS:  I don't remember receiving   10:44
12  such request.   10:45
13  BY MR. MONACH:   10:45
14    Q.  Let me show you what's been previously   10:45
15  marked as Exhibit 1425, which is an e-mail from   10:45
16  Jaegwan Shin to Ioi Lam and Qi Ling dated March   10:45
17  23rd, 2011.   10:45
18    A.  Okay.   10:45
19    Q.  Is this a copy of an e-mail that you   10:45
20  received from Mr. Shin on or around March 23rd,   10:45
21  2011?   10:45
22    A.  It's been a long time ago, so I don't   10:45
23  remember receiving that e-mail, but from the   10:45
24  subject it seems to be an e-mail from Mr. Shin to   10:45
25  myself.   10:45

Page 35

1    Q.  And do you see he refers in the first   10:46
2  line to -- he says, "This is video regarding   10:46
3  rotation speed compared to iPhone"?   10:46
4    A.  Mh-hmm.   10:46
5    Q.  I'm sorry.  You're going to have to say   10:46
6  yes or no.   10:46
7    A.  Yes.   10:46
8    Q.  Okay.  Do you recall looking at a video   10:46
9  of the iPhone being rotated?   10:46
10    A.  Of seeing a video of the iPhone being   10:46
11  rotated?  Yes.   10:46
12    Q.  Okay.  And was it around this time,   10:46
13  March of 2011?   10:46
14    A.  Around this time?  I'm not sure whether   10:46
15  it was around this time because that was one year   10:46
16  ago.   10:46
17    Q.  Okay.  Did you work on source code   10:46
18  relating to what happens when a device is rotated   10:46
19  during your work at Samsung?   10:47
20    A.  When a device is rotated?  Yes.   10:47
21    Q.  In general, what work did you do on   10:47
22  rotation?   10:47
23    A.  In general, what did I do on rotation?   10:47
24      We looked at different aspects;   10:47
25  performance is one of them.  We also -- also work   10:47

Page 36

1  on bug fixing, in some cases their configuring   10:47
2  effects or other issues, crashes, so we worked on   10:47
3  such issues.   10:47
4    Q.  What is U1 that's referred to in   10:47
5  Mr. Shin's e-mail?   10:47
6    A.  So U1 is also the code name for the   10:48
7  Galaxy S II.   10:48
8    Q.  And so did he have a video comparing   10:48
9  and -- send a video comparing the rotation   10:48
10  performance of the Galaxy S II prototype and the   10:48
11  iPhone?   10:48
12    A.  So although it says that in the e-mail,   10:48
13  I don't remember seeing -- are you asking me do I   10:48
14  remember seeing the video associated with this   10:48
15  e-mail?   10:48
16    Q.  Well, was a video comparing the rotation   10:48
17  of the Galaxy S II in development and the iPhone   10:48
18  sent to you?   10:48
19    A.  Was sent to me?  So we -- we have seen   10:48
20  many videos.  I'm not sure I remember seeing this   10:49
21  particular video because this is one year ago.   10:49
22    Q.  Approximately how many videos have you   10:49
23  personally seen that compare a Samsung product or   10:49
24  product in development with an Apple product?   10:49
25    A.  How many videos have I seen comparing?   10:49

Page 37

1  I have seen videos side-by-side, but I am not sure   10:49
2  whether they are for comparison.   10:49
3    Q.  Approximately how many side-by-side   10:49
4  videos have you seen that have a Samsung product   10:49
5  or prototype on one side and an Apple product on   10:49
6  the other side?   10:49
7    A.  Of my entire career, five years --   10:49
8    Q.  Yeah.   10:49
9    A.  -- at Samsung?   10:49
10      Well, I don't remember like the earlier   10:50
11  years.  Memory is vague.  If you have to ask me to   10:50
12  count, I think -- I'm not sure whether I can count   10:50
13  precise number --   10:50
14    Q.  Why don't you give me your best   10:50
15  estimate.   10:50
16    A.  I think from several to a dozen or more,   10:50
17  but I -- I'm not sure whether I can give you a   10:50
18  good estimate.   10:50
19    Q.  All right.  Have you seen side-by-side   10:50
20  videos of Samsung products in development and   10:50
21  Motorola products?   10:50
22    A.  Samsung product development and Motorola   10:50
23  products?  Yes.   10:50
24    Q.  Approximately how many?   10:50
25    A.  Again, it's hard to count.  From several   10:50

### Page 38

1  to a few dozen. I am not sure.                    10:50
2    Q.  Okay. Does -- does San Jose lab have a   10:51
3  room that's referred to as the demo room where   10:51
4  there are lots of examples of other companies'   10:51
5  products that you can go look at, test, run?   10:51
6    A.  I'm not sure whether we have a room       10:51
7  called a demo room.                                 10:51
8    Q.  Okay. Even if you don't use that name,  10:51
9  is there a location you're aware of at the Samsung   10:51
10 lab where other companies' products are kept so   10:51
11 that you can -- you're free to go in and operate   10:51
12 them, analyze them?                                 10:51
13   A.  I don't know of such -- such a room that   10:51
14 I can go in and analyze competitors' products.   10:51
15   Q.  Okay. You said you don't know if you      10:51
16 call it a demo room, but is there some place where   10:52
17 other companies' products are kept at the Samsung   10:52
18 San Jose lab?                                       10:52
19   A.  Some place?                                10:52
20   Q.  Yes.                                       10:52
21   A.  I -- I have not walked into a room where   10:52
22 I can just play with competitors' device. If I   10:52
23 have to see a competitors' device, I have to ask.   10:52
24 And there are people in our lab who's responsible   10:52
25 for -- for keeping those devices.                   10:52

### Page 39

1    Q.  And then you can check it out kind of    10:52
2  like a library book if you want to look at it or   10:52
3  use it; is that right?                              10:52
4    A.  Check it out? You mean like I have to    10:52
5  sign my name or --                                  10:53
6    Q.  There's some person or group of          10:53
7  people --                                           10:53
8    A.  Right.                                    10:53
9    Q.  -- that you know you can go to --         10:53
10   A.  Right.                                    10:53
11   Q.  -- at the Samsung lab to get other        10:53
12 companies' products; is that right?                 10:53
13   A.  I would talk to my manager and say,       10:53
14 well, this competitor has a device and we want to   10:53
15 play with it. And sometimes we have that device,   10:53
16 sometimes we don't. If we don't, we'll ask -- we   10:53
17 try to see if we can purchase it. If that device   10:53
18 is around, my manager will tell me, hey, maybe   10:53
19 with so-and-so, so you can go and ask him. It's   10:53
20 not very formal.                                    10:53
21      MR. MONACH: Okay. Let's mark as the       10:53
22 next in order, 2394, a Samsung-produced document   10:53
23 ending in Bates numbers -525358 from Ioi Lam, an   10:54
24 e-mail dated June 4th, 2011.                        10:54
25      (Whereupon, Deposition Exhibit 2394       10:54

### Page 40

1     was marked for identification.)              10:54
2  BY MR. MONACH:                                    10:54
3    Q.  Mr. Lam, is Exhibit 2394 an e-mail that   10:54
4  you sent to a group of people on or around        10:54
5  June 4th, 2011?                                    10:54
6    A.  Yes.                                       10:54
7    Q.  In the "to" list, there are quite a few   10:54
8  names here. Looks like nine of them.              10:54
9       Do those people all work in the San Jose   10:55
10 Samsung Mobile Communications Lab?                 10:55
11   A.  Yes, they do.                              10:55
12   Q.  And you see the subject line is "Demo    10:55
13 html5 pages by apple"?                             10:55
14   A.  Yes.                                       10:55
15   Q.  And then the text of your message says,  10:55
16 "We can compare with iPad 2 using these pages,"   10:55
17 and then there's a link to developer Apple.com     10:55
18 Safari demos.                                      10:55
19      Do you see that?                            10:55
20   A.  Yes.                                       10:55
21   Q.  What was the purpose of your sending     10:55
22 this message about comparing with the iPad?        10:55
23   A.  So if I remember correctly, we were      10:55
24 looking at performance issues related to HTML5   10:55
25 pages, as described in the subject line, and we   10:55

### Page 41

1  want to make sure that our products have good   10:56
2  performance comparing to our competitors, and   10:56
3  Apple is one of our competitors.                   10:56
4       And we thought, well, if you want to      10:56
5  compare Apple, let's use Apple's demos. We want   10:56
6  to make sure that we have good performance.       10:56
7    Q.  Was this during the development of the   10:56
8  Galaxy Tab 10.1?                                    10:56
9    A.  Yeah. I believe this time is during the   10:56
10 development of June 4th, is during the development   10:56
11 of the Galaxy Tab 10.1.                             10:56
12   Q.  Do you remember any particular           10:56
13 performance issues that you compared between the   10:56
14 Galaxy Tab 10.1 in development and the iPad 2?   10:56
15   A.  The performance that we needed to        10:57
16 measure, I think what this e-mail was talking      10:57
17 about, was the animation of HTML5 pages. We want   10:57
18 to make sure that we have good frame rate when we   10:57
19 animate HTML5 pages.                                10:57
20   Q.  And you wanted to compare your frame    10:57
21 rate with Apple's frame rate, among other things,   10:57
22 right?                                              10:57
23   A.  To make sure that we have good          10:57
24 performance, we do need to make comparisons,      10:57
25 because otherwise you wouldn't know.               10:57