# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

137

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

Civil Action No.:  11-CV-01846-LHK

APPLE, INC., a California corporation,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD.,
a Korean business entity;
SAMSUNG ELECTRONICS AMERICA, INC.,
a New York corporation; and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
a Delaware limited liability company,
    Defendants.
_____/

*** HIGHLY CONFIDENTIAL ***
ATTORNEYS' EYES ONLY

CONTINUED VIDEOTAPED 30(b)(6) and PERSONAL

DEPOSITION OF:

WOOKYUN KHO

VOLUME 2

Sunday, March 4, 2012
Kim & Chang
Seoul, South Korea
9:05 a.m. to 3:47 p.m.

Page 138

```
 1   APPEARANCES:
 2
 3      ON BEHALF OF PLAINTIFF, APPLE, INC.:
 4
        MORRISON FOERSTER, LLP
 5      By:  Deok Keun Matthew Ahn, Esq.
        425 Market Street
 6      San Francisco, California 94105-2482
        Phone:  415.268.7339
 7
 8
 9      ON BEHALF OF DEFENDANT, SAMSUNG:
10
        QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
11      By:  James Tung, Esq.
        555 Twin Dolphin Drive
12      Redwood Shores, California 94065
        Phone:  650.801.5005
13
14
15   Also present:
16      TED K. KIM, LEAD INTERPRETER
        JAMES VICTORY, CHECK INTERPRETER
17      PAUL HISCHIER, VIDEOGRAPHER
        TRACEY LOCASTRO, COURT REPORTER
18      STEPHANIE KIM, MORRISON & FOERSTER
        EDWARD KIM, SAMSUNG
19
20
21
22
23
24
25
```

Page 139

```
 1                I N D E X
 2   Witness:                                     Page
 3   WOOKYUN KHO
     Examination By Mr. Ahn                        142
 4
 5
 6
 7              E X H I B I T S
 8
     NUMBER         DESCRIPTION              PAGE
 9
     Exhibit 2121   Letter from Rachel        144
10                  Kassabian dated
                    February 4th, 2012 to
11                  Mia Mazza
     Exhibit 2122   Bates numbers SAMNDCA     208
12                  10825891 through
                    10825893
13   Exhibit 2123   Bates numbers             211
                    S-ITC-7761147 through
14                  7761184
     Exhibit 2124   Bates numbers SAMNDCA     213
15                  10105935 through
                    10106017
16
17
18
19
20
21
22
23
24
25
```

Page 140

```
 1            P R O C E E D I N G S
 2                   - - -
 3        VIDEOGRAPHER:  My name is Paul Hischier, a
 4   videographer with American Realtime Court
 5   Reporters/Asia.
 6        Today's date is March 4th, 2012.  And the
 7   time is approximately 9:05.  This deposition is
 8   being held at the office of Kim and Chang
 9   located at the Jeongdong building in Seoul,
10   South Korea.
11        The caption of this case is Apple, Inc.
12   versus Samsung Electronics Company, Limited held
13   in the U.S. District Court, Northern District of
14   California, San Jose Division with a civil
15   action number of 11-CV-01846-LHK.  The name of
16   the witness is Wookyun Kho, testifying in his
17   capacity as 30(b)(6) and personal capacity.
18        The court reporter today is Tracey LoCastro,
19   also with American Realtime Court
20   Reporters/Asia.
21        At this time I'd like to ask all counsel and
22   interpreters to please state their appearances
23   and whom they represent for the record.
24        MR. AHN:  Matthew Ahn of Morrison and
25   Foerster on behalf of Apple, Inc.  With me today
```

Page 141

```
 1   is Stephanie Kim.
 2        MR. TUNG:  Mark Tung from Quinn Emanuel for
 3   Samsung and the witness.  With me is Ed Kim from
 4   Samsung.
 5        LEAD INTERPRETER:  Ted Kim, main
 6   interpreter.
 7        CHECK INTERPRETER:  James Victory, check
 8   interpreter.
 9        VIDEOGRAPHER:  Counsel, please state any
10   stipulations or statements you have on the
11   record.
12        MR. AHN:  We understand the court reporter
13   is not authorized to administer oaths in this
14   venue; nevertheless, we request that she
15   administer the oath, and we stipulate that we
16   waive any objections to the validity of the
17   deposition based on the oaths.
18        VIDEOGRAPHER:  At this time will the court
19   reporter please swear in the witness and
20   interpreters.
21        COURT REPORTER:  Do you solemnly swear or
22   affirm that you will well and truly interpret
23   the questions propounded by counsel and the
24   answers given by the witness from Korean to
25   English and English to Korean to the best of
```

Page 142

1  your ability?
2       LEAD INTERPRETER:  I do.
3       CHECK INTERPRETER:  I do.
4              WOOKYUN KHO,
5  after having been duly sworn by the reporter, pursuant
6  to stipulation of counsel, was examined and testified
7  through the interpreter as follows:
8       THE WITNESS:  Yes.
9              EXAMINATION
10 BY MR. AHN:
11     Q.   Good morning, Mr. Kho.
12     A.   Good morning.
13     Q.   We've already met off the record, but I
14 wanted to introduce myself again.  My name is Matthew
15 Ahn, and I'm an attorney representing Apple.
16     A.   Yes.
17     Q.   I believe you were previously deposed on
18 January 12th; is that right?
19     A.   Yes, that's correct.
20     Q.   Today will be essentially the same as that
21 first time.  I'm going to ask you a number of
22 questions, and your counsel may occasionally object,
23 but unless he instructs you not to answer the question
24 you should still answer my questions.
25     A.   Yes.

Page 143

1      Q.   If you don't ask me for a clarification of
2  my question, I'll assume that you've understood it; is
3  that fair?
4      A.   Yes.  I understand.
5      Q.   We're continuing the deposition that started
6  on January 12th; do you understand that?
7      A.   Yes.
8      Q.   Samsung has also designated you as its
9  corporate 30(b)(6) witness on certain topics.  Are you
10 aware that you've been designated by Samsung as that
11 witness?
12     A.   Yes, I am.
13          MR. AHN:  Mr. Tung, just to confirm, I
14     believe that Samsung has designated Mr. Kho on
15     the following topics:  From set number 5, topic
16     number 84; for set number 6, topics number 14,
17     21, 22, 13, 23 and 24.  Is that correct?
18          MR. TUNG:  Those are the topics listed in
19     Rachel Kassabian's letter to Mia Mazza of
20     February 24th, 2012.  In that letter there is a
21     column of designee, and in that designee column
22     we've indicated the portions of those topics for
23     which Mr. Kho has been designated.
24          With that understanding, I think it's
25     correct.

Page 144

1      (Exhibit 2121 was marked for
2  identification.)
3  BY MR. AHN:
4      Q.   I've had marked as Exhibit 2121 the letter
5  that you just referenced.  Mr. Kho, I'm handing you a
6  letter from Rachel Kassabian dated February 24th, 2012.
7           Have you ever seen Exhibit 2121 before?
8      A.   Yes, I have.
9      Q.   Do you understand that you have been
10 designated to testify on the topics listed in this
11 letter?
12     A.   Yes, I do.
13     Q.   What did you do to prepare as a 30(b)(6)
14 witness for today?
15          MR. TUNG:  Objection, vague, calls for a
16     narrative.
17          And I caution the witness not to reveal any
18     attorney-client privileged materials and
19     communications.  But you can answer the question
20     as to your specific preparation on 30(b)(6)
21     topics to the extent that that preparation is
22     not privileged.
23     A.   For what much of it I knew it already
24 because I talked about those.  As for the portions that
25 I did not exactly know or I was not quite certain, then

Page 145

1  I tried to verify those by making calls separately with
2  those people who are involved.
3  BY MR. AHN:
4      Q.   Can you identify those people?
5      A.   There was the principal engineer --
6           LEAD INTERPRETER:  J-e-o-n-g S-i-k
7      S-e-o-n-g, a common spelling.
8      A.   Senior engineer --
9           LEAD INTERPRETER:  S-a-n-g H-y-e-o-p L-e-e,
10     a common spelling.
11 BY MR. AHN:
12     Q.   Anyone else?
13     A.   No.  I contact these two people and I was
14 able to verify.
15     Q.   What did you discuss with Jeong Sik Seong?
16          MR. TUNG:  Objection, vague.
17     A.   What I did to verify with the principal
18 engineer Jeong Sik Seong was there were some areas
19 which I was not quite certain, those related to some
20 portions related to schedule, so I placed a call to him
21 and I was able to verify that.
22 BY MR. AHN:
23     Q.   The schedule for what?
24     A.   Schedule as to the development of bounce
25 effect prototype.

Page 198

```
 1  BY MR. AHN:
 2      Q.   Is it Samsung?
 3           MR. TUNG:  Same objections.
 4      A.   I do not really know for certain.
 5  BY MR. AHN:
 6      Q.   Is it the law firm of Quinn Emanuel?
 7           MR. TUNG:  Same objections.
 8      A.   I do not really know for certain.
 9  BY MR. AHN:
10      Q.   Where do you expect to receive payment from?
11           MR. TUNG:  Same objections.
12      A.   Well, I haven't given any particular thought
13  to it.  I do not really know.
14  BY MR. AHN:
15      Q.   Who is it that you submit your invoice to?
16           MR. TUNG:  Same objections.
17      A.   I don't think I can answer without
18  infringing on the privilege.
19           MR. AHN:  Let's see if we can shortcut this.
20        Mr. Tung, can you identify the source of
21        compensation to Mr. Kho for his time here today?
22           MR. TUNG:  So I'm okay to say that the funds
23        for his compensation ultimately come from
24        Samsung.
25  BY MR. AHN:
```

Page 199

```
 1      Q.   Mr. Kho, do you understand that the
 2  compensation for your time today will ultimately be
 3  derived from Samsung?
 4      A.   I think that's correct based on what was
 5  mentioned a little while ago.
 6      Q.   Can you tell me any particular step you took
 7  prior to January 12th, 2012 to pursue dental school?
 8           MR. TUNG:  Objection, vague, beyond the
 9        scope.
10      A.   Well, if I were to put it simply, I took an
11  exam and based on the exam results, I applied to a
12  school and I was then admitted.  And so I can tell you
13  those are the steps that I took in order to enter into
14  this school.
15  BY MR. AHN:
16      Q.   When did you take that exam?
17           MR. TUNG:  Objection, beyond the scope.
18      A.   August of last year.
19  BY MR. AHN:
20      Q.   When did you receive the results?
21           MR. TUNG:  Same objections.
22      A.   End of September, end of September of last
23  year.
24  BY MR. AHN:
25      Q.   And when did you decide to attend a dental
```

Page 200

```
 1  school?
 2           MR. TUNG:  Objection, beyond the scope.
 3      A.   Summer of 2009, I think it was around that
 4  time.
 5  BY MR. AHN:
 6      Q.   Did you discuss your desire to attend a
 7  dental school with anyone at Samsung?
 8           MR. TUNG:  Objection, beyond the scope.
 9           And please omit from your answer any
10        discussions with attorneys.
11      A.   No, I never did.
12  BY MR. AHN:
13      Q.   Did you omit from your answer any
14  discussions with attorneys?
15           MR. TUNG:  So I'm going to instruct him not
16        to answer the question.
17  BY MR. AHN:
18      Q.   Are you following your counsel's
19  instruction?
20      A.   No, there is no such -- any such instance
21  particularly, so I think I could go ahead and answer.
22  There is nothing I omitted.
23      Q.   Have you heard of something called EdgeGlow?
24           MR. TUNG:  Objection, vague.
25      A.   Yes, I have.
```

Page 201

```
 1  BY MR. AHN:
 2      Q.   What is EdgeGlow?
 3           MR. TUNG:  Objection, vague, beyond the
 4        scope.
 5      A.   It's the name of a source code in Android
 6  platform.
 7  BY MR. AHN:
 8      Q.   What does that source code do?
 9           MR. TUNG:  Objection, vague, beyond the
10        scope.
11      A.   At the time of scrolling a list, once the
12  top or the bottom, the tip of the top or the bottom is
13  reached, there's this effect that shows as if light is
14  spread, being spread out.  And my understanding is that
15  it is this EdgeGlow that draws such an image.
16  BY MR. AHN:
17      Q.   When's the first time you saw the EdgeGlow
18  in a Samsung product?
19           MR. TUNG:  Objection, vague, lacks
20        foundation, beyond the scope.
21      A.   EdgeGlow is originally a file that's in
22  Android platform and it started with the Gingerbread,
23  from Gingerbread on.  And I do not have a precise
24  recollection.  And I would have seen this from -- this
25  code from Gingerbread on and I do not have a precise
```

Page 202

1  recollection exactly when I saw that.
2  BY MR. AHN:
3     Q.   Does the EdgeGlow manifest itself as blue
4  bars in the direction of the desired scroll?
5         MR. TUNG:  Objection, vague, assumes facts,
6    beyond the scope.
7     A.   What counsel just said is somewhat similar,
8  but I think that's a wrong description.
9  BY MR. AHN:
10    Q.   Have you ever seen something like a blue
11 glow that manifests itself when a user tries to scroll
12 beyond the edge of a list?
13        MR. TUNG:  Objection, vague, assumes facts,
14   beyond the scope.
15    A.   So while scrolling the list, once the tip of
16 the top or the bottom is reached, I have seen a blue
17 light being shown or drawn in order to show or let know
18 that the end had been reached.
19 BY MR. AHN:
20    Q.   What do you call that?
21        MR. TUNG:  Objection, vague, beyond the
22   scope.
23    A.   I call this bounce effect or lighting
24 effect.
25 BY MR. AHN:

Page 203

1     Q.   Did you work on it?
2         MR. TUNG:  Objection, vague, beyond the
3    scope.
4     A.   Considering that EdgeGlow was created by
5  Google, there is nothing particularly I did in terms of
6  my creating it, but there are -- there is or are some
7  details that I made corrections of.
8  BY MR. AHN:
9     Q.   When did you make those corrections?
10        CHECK INTERPRETER:  The checker's rendition
11   of what's been rendered as a "correction" would
12   be "revision."
13        MR. AHN:  Let me re-ask my question then.
14 BY MR. AHN:
15    Q.   When did you make those revisions or
16 corrections?
17        MR. TUNG:  Objection, vague, beyond the
18   scope.
19    A.   Although I do not recall exactly, I think
20 that was done in 2011.
21 BY MR. AHN:
22    Q.   Approximately the summer of 2011?
23        MR. TUNG:  Same objections.
24    A.   I think it would have been earlier than
25 that.

Page 204

1  BY MR. AHN:
2     Q.   I want to make sure we're talking about the
3  same thing.  I've seen a glow that appears, for
4  example, at the top center of a list.  And I've also
5  seen blue bars that can appear.  Are those both
6  referred to as EdgeGlow?
7         MR. TUNG:  Objection, vague, lacks
8    foundation, beyond the scope.
9     A.   Well, as for the blue bar you just
10 mentioned, I would not exactly know where that appears.
11 And as far as the glow that appears in the middle, I
12 think that would be the case.  And as far as the blue
13 bar that you just mentioned, depending on the location,
14 it could be the case or it may not be.
15 BY MR. AHN:
16    Q.   Have you ever seen blue bars as an indicator
17 for when no further scrolling is possible in a Samsung
18 Android phone?
19        MR. TUNG:  Objection, beyond the scope.
20    A.   Yes, I have.
21 BY MR. AHN:
22    Q.   Where did you see it?
23        MR. TUNG:  Objection, vague, beyond the
24   scope.
25    A.   I saw that in Samsung products.

Page 205

1  BY MR. AHN:
2     Q.   Which products?
3         MR. TUNG:  Same objections.
4     A.   Galaxy Nexus.
5  BY MR. AHN:
6     Q.   Any other products?
7         MR. TUNG:  Same objections.
8     A.   I saw this in most of the other Android
9  cellular phones and tablets.
10 BY MR. AHN:
11    Q.   What is the purpose -- strike that.
12        What do you refer to the blue bars as?
13        MR. TUNG:  Objection, vague, beyond the
14   scope.
15    A.   Well, there is no special or specific name
16 used in calling it internally, considering it's so
17 small, but if you have to call it something, I think it
18 could be called something like edge.
19 BY MR. AHN:
20    Q.   When was that feature implemented in
21 Samsung's products?
22        MR. TUNG:  Objection, vague, lacks
23   foundation, beyond the scope.
24    A.   This applicable functionality was not
25 created by Samsung, but rather at Google.

Page 206

1  BY MR. AHN:
2      Q.   When was that feature implemented in
3  Samsung's products?
4           MR. TUNG:  Objection, vague, lacks
5      foundation, beyond the scope, asked and
6      answered, assumes facts.
7      A.   Well, if you are saying implement, it would
8  mean coming up with or creating that feature, and
9  Samsung has never implemented this applicable item.  It
10 was just the case that the code that was provided by
11 Google was used, and Samsung never implemented it.
12          CHECK INTERPRETER:  Checker's rendition.
13          "Well, if you are saying implemented would
14     mean coming up with or creating that feature,
15     and Samsung has not implemented it in that
16     sense.  It was just the case that the code was
17     provided to us by Google, and Samsung did not
18     implement it in that way."
19 BY MR. AHN:
20     Q.   Was the bounce effect removed from Samsung's
21 products at any point?
22          MR. TUNG:  It's beyond the scope.  It's
23     vague.  It assumes facts.
24          And give you an instruction not to reveal
25     any communications with attorneys, but you can

Page 207

1      answer the question as to knowledge that you
2      have that did not come from attorneys.
3      A.   No, it has never been removed.
4  BY MR. AHN:
5      Q.   So if I purchase a Samsung Android product
6  today, it will exhibit a bounce effect in the contacts
7  application; is that right?
8           MR. TUNG:  Objection, vague, beyond the
9      scope, incomplete hypothetical, lacks
10     foundation.
11     A.   As I told you in the morning, if we were to
12 go by the definition for bounce effect to be a series
13 of effects that let you know that the end has been
14 reached at the end of a list, in that case, I think,
15 when you purchase a Samsung phone that is currently
16 being sold you would be able to see the bounce effect
17 in the contacts application.
18          CHECK INTERPRETER:  Checker's rendition
19     would not have the phrase "a series of effects."
20          LEAD INTERPRETER:  I stand by my
21     interpretation.
22          CHECK INTERPRETER:  I understand.
23          MR. AHN:  Let's take a break.
24          VIDEOGRAPHER:  I'm going to go ahead and
25     change tapes here.

Page 208

1      This marks the end of videotape number 2 in
2      the deposition of Wookyun Kho.  Going off the
3      record.  The time is 2:40.
4           (A recess was taken.)
5           VIDEOGRAPHER:  Back on the record.  This
6      marks the beginning of videotape number 3 in the
7      deposition of Wookyun Kho.  The time is 2:58.
8           MR. TUNG:  I just wanted to designate this
9      transcript highly confidential, for attorneys'
10     eyes only and reserve the right for the witness
11     to submit errata after his review of the
12     transcript.
13          (Exhibit 2122 was marked for
14 identification.)
15 BY MR. AHN:
16     Q.   I've handed you what has been marked as
17 Exhibit 2122.  Exhibit 2122 is an e-mail from Wookyun
18 Kho to the e-mail zaharang@nemustech.com dated August
19 29th, 2011 bearing the Bates numbers SAMNDCA 10825891
20 through 10825893.
21          Do you recognize Exhibit 2122?
22     A.   Yes.
23     Q.   What is Exhibit 2122?
24     A.   This has to do with putting a request to
25 make corrections on the errors related to EdgeGlow.

Page 209

1  And this is being asked of NemusTech.
2      Q.   I'd like to direct your attention to the
3  second page of this document which has two images side
4  by side.  Do you see that?
5      A.   Yes, I do.
6      Q.   It's a little bit difficult to see because
7  this is in black and white, but in the upper right it
8  appears that there's some kind of shading there over
9  the word "organization."
10          Do you see that?
11     A.   Yes, I do.
12     Q.   Is this what you refer to as EdgeGlow?
13          MR. TUNG:  Objection, vague.
14     A.   That would be correct partially.
15 BY MR. AHN:
16     Q.   What is incorrect about it?
17     A.   In terms of the functionality it is correct,
18 but the shape or the form is wrong.
19     Q.   What do you mean that the form is wrong?
20     A.   Well, originally it should not come out in
21 this shape.  So since it came out wrong, the e-mail has
22 to do making a request as to that.  So what is shown
23 like this is in a wrong shape.
24     Q.   Is the shading over the word "organization"
25 supposed to be in blue?

Page 210

1          MR. TUNG:  Objection, vague.
2     A.   It is to be a different shape that has a
3  blue color or light.
4  BY MR. AHN:
5     Q.   What do you mean "it is to be a different
6  shape"?
7     A.   Just as the words mean, well, because the
8  shape is wrong, it has to be in a different shape.
9     Q.   What shape is it supposed to be?
10         MR. TUNG:  Objection, vague.
11         (Discussion held between Lead Interpreter
12  and Check Interpreter.)
13     A.   The both edges should be more depressed, and
14  the center shape -- center portion should be a little
15  fatter or more convex so that it should looks as if the
16  light is shown to be coming out from there.  It should
17  be in that image shape.
18  BY MR. AHN:
19     Q.   Why were you communicating with someone at
20  NemusTech about this issue?
21         MR. TUNG:  Objection, vague.
22     A.   There is a library that was created by
23  NemusTech.  And that library uses the EdgeGlow image.
24  And since the image being referred to is wrong, I am
25  making a request to make a correction to refer to the

Page 211

1  exact image.
2  BY MR. AHN:
3     Q.   What is NemusTech's role in the creation of
4  software for use on Samsung's products?
5         MR. TUNG:  Objection, vague.
6     A.   My understanding of that is that it has to
7  do with helping out with the software development work,
8  basically.
9  BY MR. AHN:
10     Q.   Why is that work sent out to NemusTech
11  instead of being performed at Samsung?
12     A.   Well, I'm wondering here whether it's
13  because of the lack of manpower.  Or in this field,
14  instances like this are quite numerous where you would
15  hire such suppliers.  And I don't think there is any
16  other specific reason.
17         (Exhibit 2123 was marked for
18  identification.)
19  BY MR. AHN:
20     Q.   I'm going to hand you what has been marked
21  as Exhibit 2123.
22         Exhibit 2123 is a document entitled iPhone 4
23  Announce Report, bearing the Bates numbers
24  S-ITC-7761147 through 7761184.
25         Have you ever seen Exhibit 2123 before?

Page 212

1     A.   I do not have any precise recollection
2  whether I saw this or not.  I probably would have
3  received this through e-mail, but I don't think I
4  looked at it.
5     Q.   Do you receive this type of document --
6  strike that.
7          In connection with your responsibilities at
8  Samsung, did you receive documents of this type at any
9  point?
10         MR. TUNG:  Objection, vague and beyond the
11      scope.
12     A.   I occasionally receive e-mails as to the
13  items that would be benchmarked in regards to the
14  competitor's products.
15  BY MR. AHN:
16     Q.   How many documents like Exhibit 2123 did you
17  see in your time at Samsung?
18         MR. TUNG:  Objection, vague, beyond the
19      scope, calls for speculation.
20     A.   Considering that I would have received
21  something like this from each time a new product came
22  out as to the competitors' products or the details that
23  would be benchmarked, so they would number quite a lot.
24  And I think it would be difficult for me to put a
25  number on it.

Page 213

1  BY MR. AHN:
2     Q.   So you have documents like Exhibit 2123 for
3  every single competitor product?
4         MR. TUNG:  Objection, vague,
5      mischaracterizes testimony, assumes facts,
6      beyond the scope.
7     A.   Considering that there are just way too many
8  products, I don't think I would have received such for
9  all of the products, but my recollection is that I
10  would have received such benchmarking materials like
11  this always as to some of the major competitors'
12  representative model products.
13         MR. AHN:  I'm going to hand you what's been
14      marked as Exhibit 2124.
15         Exhibit 2124 has the title Samsung Android
16      Basic Scenario, bears the Bates numbers SAMNDCA
17      10105935 through 10106017.
18         (Exhibit 2124 was marked for
19  identification.)
20  BY MR. AHN:
21     Q.   Have you ever seen Exhibit 2124 before?
22     A.   As for this document, I do not know whether
23  it was this exact document or not, but I think I have
24  seen a document that's similar to this.
25     Q.   What is Exhibit 2124?