# EXHIBIT 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4          Civil Action No:  11-CV-01846-LHK

 5
    APPLE INC., a California corporation,
 6

 7           Plaintiff,

 8  vs.

 9  SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
10  SAMSUNG ELECTRONICS AMERICA, INC.,
    a New York corporation; and
11  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
12

13           Defendants.

14  _____

15

16           *** HIGHLY CONFIDENTIAL ***
                  ATTORNEYS' EYES ONLY
17

18        VIDEOTAPED PERSONAL DEPOSITION OF:

19                    SUN YOUNG YI

20

21

22               February 8, 2012
                   Kim & Chang
23              Seoul, South Korea
                9:47 a.m. - 5:28 p.m.
24

25
```

Page 2

```
 1  APPEARANCES:
 2
 3     ON BEHALF OF PLAINTIFF, APPLE, INC.:
 4
        MORRISON FOERSTER, LLP
 5      By:  Patrick Zhang, Esquire
        425 Market Street
 6      San Francisco, CA 94105-2482
        Phone: (415) 268-7339
 7
 8
 9     ON BEHALF OF DEFENDANT, SAMSUNG:
10
        QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
11      By:  Anna T. Neill, Ph.D.
        555 Twin Dolphin Drive
12      5th Floor
        Redwood Shores, California 94065
13      Phone: (650) 801-5005
14
15  ALSO PRESENT:
16     ALBERT KIM, LEAD INTERPRETER
       KATHY SIM, CHECK INTERPRETER
17     YIU TONG WU, VIDEOGRAPHER
       JODI HARMON, COURT REPORTER
18     SAMANTHA KIM, MORRISON & FOERSTER
       SAMUEL LEE, SAMSUNG
19
20
21
22
23
24
25
```

Page 3

```
 1                     INDEX
 2  WITNESS                                    PAGE
 3  SUN YOUNG YI
 4  Examination by Mr. Zhang:                    6
 5                   EXHIBITS
 6  Exhibit S.Y. Yi 1427 - SAMNDCA10317624      31
 7  Exhibit S.Y. Yi 1428 - SAMNDCA00217372      38
 8  Exhibit S.Y. Yi 1429 - SAMNDCA10496327      42
 9  Exhibit S.Y. Yi 1430 - SAMNDCA002414746     47
10  Exhibit S.Y. Yi 1431* - iPhone 3GS          51
11  Exhibit S.Y. Yi 1432 - SAMNDCA10626110      53
12  Exhibit S.Y. Yi 1433 - SAMNDCA00214711      57
13  Exhibit S.Y. Yi 1434 - SAMNDCA10625582      61
14  Exhibit S.Y. Yi 1435 - SAMNDCA00219021      64
15  Exhibit S.Y. Yi 1436 - SAMNDCA00214969      67
16  Exhibit S.Y. Yi 1437 - SAMNDCA10547258      71
17  Exhibit S.Y. Yi 1438 - SAMDCA10311707       75
18  Exhibit S.Y. Yi 1439 - SAMNDCA10509432      77
19  Exhibit S.Y. Yi 1440 - SAMNDCA10522733      81
20  Exhibit S.Y. Yi 1441 - SAMNDCA10565650      85
21  Exhibit S.Y. Yi 1442 - SAMNDCA10524415      89
22  Exhibit S.Y. Yi 1443 - SAMNDCA10521240      90
23  Exhibit S.Y. Yi 1444* - Samsung             94
24     Galaxy S Vibrant
25  Exhibit S.Y. Yi 1445 - SAMNDCA00203727      98
```

Page 4

```
 1  Exhibit S.Y. Yi 1446 - SAMNDCA00203811      99
 2  Exhibit S.Y. Yi 1447 - S-ITC-003006149     105
 3  Exhibit S.Y. Yi 1448 - SAMNDCA10591908     108
 4
 5      * Exhibits 1431 and 1444 retained by Mr. Zhang
```

Page 5

```
 1        (Whereupon, the following proceedings were had:)
 2             VIDEOGRAPHER:  We are now on the record in
 3  the matter of Apple Inc., versus Samsung Electronics
 4  Co., Limited, et al, for United States District
 5  Court, Northern District of California, San Jose
 6  Division, Case Number 11-CV-01846-LHK.
 7             Today's date is 8 February 2012.  The time
 8  now is 9:47.  This is the video-recorded individual
 9  deposition of Sun Young Yi.  The deposition is
10  taking place at Kim & Chang, Daewoo Building,
11  Jongnu-gu, Seoul, South Korea.
12             I am Yiu Tong Wu, a deposition video
13  specialist with American Realtime Court
14  Reporters/Asia.  The court reporter is Jodi Harmon,
15  also with American Realtime Court Reporters/Asia.
16             Will all the attorneys please identify
17  themselves and the parties they represent.
18             MR. ZHANG:  Patrick Zhang from Morrison &
19  Foerster on behalf of Apple, and with me is Samantha
20  Kim.
21             MS. NEILL:  Anna Neill, Quinn, Emanuel,
22  Urquhard & Sullivan, on behalf of Samsung, and with
23  me is Sam Lee from Samsung.
24             MR. ZHANG:  We understand the court
25  reporter is not authorized to administer oaths in
```

Page 6

1  this venue.  Nevertheless, we request she administer
2  the oath and we stipulate that we waive any
3  objection to the validity of the deposition based on
4  the oaths.
5           MS. NEILL:  I agree.
6           (Interpreters sworn.)
7  WHEREUPON,
8                    SUN YOUNG YI,
9  having been first duly sworn as noted above, was
10 examined and testified through the interpreter as
11 follows:
12                    EXAMINATION
13 BY MR. ZHANG:
14      Q    Good morning, Ms. Yi.  You understand that
15 there is a lawsuit currently pending between Apple
16 and Samsung in the United States court situated in
17 California?
18      A    Yes.
19      Q    And you understand that you are here today
20 to give testimony that may be used in that case?
21      A    Yes.
22      Q    Your attorney will object to my questions
23 from time to time, but unless she instructs you not
24 to answer, you should answer my questions fully and
25 truthfully.  Do you understand that?

Page 7

1   A   Yes.
2   Q   You are welcome to take a break any time.
3  I just ask that if there's a question that's
4  currently pending, that you answer that question
5  fully before we take the break.  Is that okay?
6   A   Yes.
7   Q   Is there any reason that you can't give
8  your best testimony here today?
9   A   No, I don't think so.
10  Q   Can you describe your formal education for
11 me after high school, and I would like you to
12 include in your answer the school that you went to,
13 the degree that you earned, and your major and the
14 year that you graduated.
15  A   I graduated from KAIST.  My undergraduate
16 major was industrial design and I was graduated in
17 the year 2000.  As for my master's, I majored in
18 HCI.  Likewise I graduated from KAIST in the year
19 2002.
20  Q   And is that all the degrees that you hold?
21  A   Yes.
22  Q   What is HCI that you majored in at KAIST
23 for your master's degree?
24  A   It stands for human computer interaction.
25  Q   And did you join Samsung immediately after

Page 8

1  graduating from KAIST in 2002?
2      A    Yes, that's right.
3      Q    What is your current title at Samsung?
4      A    I am a senior engineer.  I'm a senior
5  design.
6           INTERPRETER:  The interpreter stands
7  corrected.
8  BY MR. ZHANG:
9      Q    And do you sit within the UX Design Part
10 headed by vice president Sung Sik Lee?
11          MS. NEILL:  Objection, vague.
12     A    That is not the case at this time.
13 BY MR. ZHANG:
14     Q    What group do you currently reside within?
15          MS. NEILL:  Objection, vague.
16     A    I'm with the Wireless Design Group.
17 BY MR. ZHANG:
18     Q    Are there subparts of the Wireless Design
19 Group?
20     A    Yes, there are.
21     Q    And which subpart do you reside within?
22          MS. NEILL:  Objection, vague.
23     A    I'm with the Design Strategy Part.
24 BY MR. ZHANG:
25     Q    And who is head of the Design Strategy

Page 9

1  Part?
2      A    That would be principal engineer Sang-Hyun
3  Lee.
4           INTERPRETER:  General spelling by the
5  interpreter:  S-A-N-G, Y-U-N, last name Lee.
6  BY MR. ZHANG:
7      Q    And is the Design Strategy Part broken
8  into subgroups?
9      A    Yes.
10     Q    And what subgroup do you belong to?
11     A    That would be the Design IP Unit.
12     Q    What does the IP stand for in Design IP?
13     A    I understand that to be the abbreviation
14 for intellectual property.
15     Q    And does the Design IP Unit have subparts?
16     A    I believe not.
17     Q    And who is the head of the Design IP Unit?
18     A    A senior engineer by the name of Oh-Chae
19 Kwon.
20          INTERPRETER:  General spelling, O-H,
21 C-H-A-E, last name K-W-O-N.
22 BY MR. ZHANG:
23     Q    What is the role of the Design IP Unit
24 within the Design Strategy Part?
25          MS. NEILL:  Objection, vague.

Page 110

1       MR. ZHANG:  Could you please read back my
2  last question before Ms. Neill's instruction?
3            (The record was read back by the court
4  reporter.)
5       A    My recollection is it was both.
6  BY MR. ZHANG:
7       Q    And what was the name of the counsel with
8  whom you had this communication with?
9       A    There were three of them:  counsel Jae
10 Chang Lee, counsel Jang Soo Han, counsel Ho Shin
11 Lee.
12      Q    And during your verbal communication with
13 them, was there anyone else present aside from these
14 three counsel?
15           MS. NEILL:  You may answer "yes," "no," or
16 "I don't recall."
17      A    I think so.
18 BY MR. ZHANG:
19      Q    Do you recall whether these -- do you
20 recall the names of these other people?
21           MS. NEILL:  You may answer "yes," "no," or
22 "I don't recall."
23      A    Okay.  Yes.
24 BY MR. ZHANG:
25      Q    Can you tell me who they are?

Page 111

1       A    I am thinking that probably, probably
2  senior engineer Myung Ro Lee was present.
3            INTERPRETER:  Interjection:  Unclear of
4  senior engineer or senior designer.
5  BY MR. ZHANG:
6       Q    Anyone else?
7       A    Senior whatever Hyung Ro Yook also
8  probably was there.
9       Q    Anyone else aside from the people you have
10 already mentioned?
11      A    I don't exactly recall.
12           INTERPRETER:  Again, interjection:
13 Unclear as to whether senior designer or what.
14 BY MR. ZHANG:
15      Q    Aside from this patent in front of you,
16 have you read other Apple patents in the course of
17 your work at Samsung?
18           MS. NEILL:  I will caution the witness not
19 to reveal any attorney-client communication.  So to
20 the extent she can answer that question outside of
21 attorney-client communication, you may answer.
22      A    I never had gotten to see an Apple patent
23 prior to my getting to see it with counsel.
24 BY MR. ZHANG:
25      Q    Are you aware of a recently implemented

Page 112

1  feature in a Samsung mobile phone user interface
2  that displays a blue glow at the edge of a page when
3  the user scrolls the display down to the bottom of
4  the page?
5            MS. NEILL:  I would just caution the
6  witness to the extent she has knowledge of such a
7  feature outside of communications with her attorney,
8  she may answer.
9       A    I think I am aware.
10 BY MR. ZHANG:
11      Q    Do you know who worked on the
12 implementation of that feature in Samsung mobile
13 phone user interfaces?
14           MS. NEILL:  Objection, vague.
15      A    It's not certain in my mind.
16 BY MR. ZHANG:
17      Q    Do you have any idea as to a group of
18 people, for example, the Android UX Cell, that would
19 have worked on this implementation of the feature?
20           MS. NEILL:  Objection, vague.
21      A    It's not certain in my mind.
22 BY MR. ZHANG:
23      Q    Do you have any information on that at
24 all?  I just want to make sure.
25           MS. NEILL:  Objection, vague.

Page 113

1       A    Well, I do know as to the fact that such a
2  feature has been included, but it's unclear to me --
3  it's uncertain to me as to who were the hands-on
4  folks.
5  BY MR. ZHANG:
6       Q    Can I just show you the Galaxy S phone
7  that's been marked today?
8            Thank you.
9            MS. NEILL:  I just want to be clear, is
10 that the Vibrant phone that was marked earlier?
11           MR. ZHANG:  Yes, the Galaxy S Vibrant.
12 BY MR. ZHANG:
13      Q    And I'm just going to show you this.  Do
14 you see this bar up -- the display bar at the top of
15 the phone where there's a battery and a time and
16 reception bars?  Do you see that?
17           MS. NEILL:  Objection, vague.
18      A    Yes, I see it.
19 BY MR. ZHANG:
20      Q    And would you mind just showing it to the
21 camera very quickly so that they could see the
22 screen.  And could you please point to the top bar
23 that I just showed you.
24           Who would have the most knowledge about
25 the design of that part of the graphical user

Page 114

```
 1  interface in Samsung's phones?
 2        MS. NEILL:  Objection.  Lacks foundation.
 3    A   It's not entirely certain to me.
 4  BY MR. ZHANG:
 5    Q   Would it be someone like Ji Yeung Wang,
 6  who is in the GUI -- who is the GUI art director?
 7        MS. NEILL:  Objection.  Lacks foundation.
 8  Calls for speculation.
 9    A   The GUI portion is not something that I am
10  charged with so I am not entirely certain.
11        MR. ZHANG:  Okay.  I have no further
12  questions.  Thank you for your time.
13        MS. NEILL:  I don't have any questions for
14  the witness.
15        VIDEOGRAPHER:  Going off the record at
16  1728.  This brings to a close the deposition of Sun
17  Young Yi.
18        (Exhibits 1431 and 1444 held by Mr.
19  Zhang.)
20        (Time noted:  5:28 p.m.)
21
22
23
24
25
```

Page 115

```
 1  (Counsel representing this witness should arrange
    reading and signing and thereafter distribute copies
 2  of the signed Errata Sheet to opposing counsel
    without involvement of court reporter.)
 3
    STYLE OF CASE:   Apple vs. Samsung, et al.
 4  DEPOSITION OF:   Sun Young Yi
    DATE TAKEN:      February 8, 2012
 5
 6              E R R A T A   S H E E T
 7  PAGE     LINE        CHANGE          REASON
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
    I hereby certify that I have read my deposition and
22  that it is true and correct subject to any changes
    in form or substance entered here.
23
    _____          _____
24     Date                       SUN YOUNG YI
25
```

Page 116

```
 1           C E R T I F I C A T E
 2  (SEOUL)
 3  (SOUTH KOREA)
 4
         I, Jodi Harmon, Registered Merit Reporter
 5  and Certified Realtime Reporter, do hereby certify
    that the aforementioned witness was first duly sworn
 6  as noted by stipulation of counsel to testify the
    whole truth; that I was authorized to and did report
 7  said deposition in stenotype; and that the foregoing
    pages are a true and correct transcription of my
 8  shorthand notes of said deposition.
 9       I further certify that said deposition was
    taken at the time and place hereinabove set forth
10  and that the taking of said deposition was commenced
    and completed as hereinabove set out.
11
         I further certify that I am not attorney
12  or counsel of any of the parties, nor am I a
    relative or employee of any attorney or counsel of
13  party connected with the action, nor am I
    financially interested in the action.
14
         The foregoing certification of this
15  transcript does not apply to any reproduction of the
    same by any means unless under the direct control
16  and/or direction of the certifying reporter.
17
18       IN WITNESS WHEREOF, I have hereunto
19  set my hand this 9th day of February, 2012.
20
21          _____
22             JODI HARMON
            Registered Merit Reporter
23          Certified Realtime Reporter
24
25
```