# EXHIBIT B

CONFIDENTIAL BUSINESS INFORMATION

Page 1

1      UNITED STATES INTERNATIONAL TRADE COMMISSION
2                   WASHINGTON, D.C.
3   In the Matter of                    )
4                                       )
5   CERTAIN ELECTRONIC DEVICES,         ) NO. 337-TA-794
6   INCLUDING WIRELESS                  )
7   COMMUNICATION DEVICES,              )
8   PORTABLE MUSIC AND DATA             )
9   PROCESSING DEVICES AND              )
10  TABLET COMPUTERS                    )
11  ------------------------------
12
13
14                        ***
15           CONFIDENTIAL BUSINESS INFORMATION
16                        ***
17
18        VIDEOTAPED DEPOSITION OF GREG JOSWIAK
19                PALO ALTO, CALIFORNIA
20             THURSDAY, FEBRUARY 23, 2012
21
22
23   Reported By:
24   Yvonne Fennelly, CCRR, CSR No. 5495
25   JOB NO. 46686

Page 2

1        UNITED STATES INTERNATIONAL TRADE COMMISSION
2                      WASHINGTON, D.C.
3   In the Matter of                    )
4                                       )
5   CERTAIN ELECTRONIC DIGITAL          ) NO. 337-TA-796
6   MEDIA DEVICES AND                   )
7   COMPONENTS THEREOF                  )
8   ----------------------------        )
9                                       )
10                                      )
11
12                              ***
13              CONFIDENTIAL BUSINESS INFORMATION
14                              ***
15
16
17          VIDEOTAPED DEPOSITION OF GREG JOSWIAK
18                   PALO ALTO, CALIFORNIA
19                 THURSDAY, FEBRUARY 23, 2012
20
21
22
23   Reported By:
24   Yvonne Fennelly, CCRR, CSR No. 5495
25   JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 3

1             UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4
5   APPLE, INC.,                      )
6         Plaintiff,                  )
7    vs.                              ) NO. 11-cv-01846-LHK
8   SAMSUNG ELECTRONICS, LTD.,        )
9   et al.,                           )
10        Defendants.                 )
11  ------------------------------
12
13                        ***
14              ATTORNEYS' EYES ONLY
15          PURSUANT TO THE PROTECTIVE ORDER
16                        ***
17
18
19       VIDEOTAPED DEPOSITION OF GREG JOSWIAK
20              PALO ALTO, CALIFORNIA
21           THURSDAY, FEBRUARY 23, 2012
22
23   Reported By:
24   Yvonne Fennelly, CCRR, CSR No. 5495
25   JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 4

1        FEBRUARY 23, 2012

2            9:38 A.M.

3

4     Videotaped deposition of GREG JOSWIAK, held

5  at the offices of Wilmer Hale, 950 Page Mill

6  Road, Palo Alto, California, pursuant to Notice,

7  before Yvonne Fennelly, CCRR, CSR 5495.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL BUSINESS INFORMATION

```
                                                              Page 5
 1       A P P E A R A N C E S
 2           MORRISON FOERSTER
 3           Attorneys for Plaintiff
 4                425 Market Street
 5                San Francisco, California 94105
 6           BY:    MICHAEL A. JACOBS, Esq.
 7                  JULIA D. KRIPKE, Esq.
 8
 9
10
11
12           WILMERHALE
13           Attorneys for Plaintiff
14                950 Page Mill Road
15                Palo Alto, California 94304
16           BY:    MARK D. SELWYN, Esq.
17
18
19
20
21
22
23
24
25
```

```
                                                              Page 6
 1     APPEARANCES (Continued):
 2
 3          QUINN EMANUEL
 4          Attorneys for Defendant
 5               50 California Street
 6               San Francisco, California 94111
 7
 8          BY:  VICTORIA F. MAROULIS, Esq.
 9               RENE UNGER, Esq.
10
11
12
13
14          APPLE INC.
15          Attorneys for Defendant
16               One Infinite Loop
17               Cupertino, California 95014
18          BY:  CYNDI WHEELER, ESQ.
19
20     ALSO PRESENT:
21               Frank Clare
22
23
24
25
```

Page 235

1    feedback?
2        A.   So I would get customer feedback in
3    multiple ways.  So direct customer feedback, I
4    might have customers who e-mail me or e-mail
5    somebody else in the organization that may get          04:22PM
6    sent to me.
7             Obviously, as Apple selling into as
8    broad of a market as we do, you know, most
9    people I touch in everyday life are, a large
10   percent of them are our customers and I would          04:22PM
11   talk, oftentimes, product with them, if we
12   weren't in the course that we were, a situation
13   where I would ask you more about your phone,
14   quite honestly.
15       Q.   It's a 4G.                                    04:23PM
16       A.   And why you bought it.  So I can
17   understand that better, but I won't ask you
18   that.  My team will have similar experiences as
19   well as on occasion, we may work a shift, even
20   an Apple retail store, so we can interact with         04:23PM
21   customers who are in a buying situation to
22   understand and talk to them, to understand their
23   thought process and talk to them.
24            As I said earlier, we do primary
25   research, you know, so we can get quantitative         04:23PM

Page 236

1  research around what customers like and don't
2  like, and then secondary research we talked
3  about as well.  So I'm sure if we're getting
4  some of those, those are some of the touch
5  points.                                               04:23PM
6      Q.   So you're generally aware of user
7  experience and customer experience with respect
8  to the products you're responsible for?
9      A.   I certainly have some awareness, you
10 know, I always wish it were, you know, even            04:24PM
11 more, but we try to stay up on things.
12     Q.   Does Apple have any evidence of
13 instances where consumers confuse the Samsung
14 phone with an Apple phone?
15          MR. JACOBS:  Objection to form.               04:24PM
16          THE WITNESS:  Do we have data or a
17 study, are you asking?
18 BY MS. MAROULIS:
19     Q.   I'm asking for any evidence, so maybe
20 we could start with the studies.                       04:24PM
21     A.   Repeat the question, then, please.
22     Q.   Is Apple aware of any instances of
23 consumers confusing a Samsung phone for an Apple
24 phone?
25     A.   So actually thinking that the Samsung        04:24PM

CONFIDENTIAL BUSINESS INFORMATION

Page 237

1    was an Apple; is that the form of the question?
2        Q.    Correct.
3        A.    I don't have any data to that effect.
4        Q.    Are you aware of any studies that
5    Apple conducted to test that proposition, again,          04:24PM
6    outside litigation?
7              MR. JACOBS:  You're asking --
8              THE WITNESS:  I'm unaware of any.
9    BY MS. MAROULIS:
10       Q.    When you say you're not aware of any,            04:25PM
11   do you know that they don't exist or you don't
12   know one way or another?
13       A.    Well, I can never know when something
14   doesn't exist if I don't know of it.  I
15   certainly am unaware of anything in that area.            04:25PM
16       Q.    As a person designated by Apple for
17   topics of confusion, did you take it upon
18   yourself to investigate whether such actual
19   confusion ever occurred?
20       A.    In that, I'm aware of our exhaustive            04:25PM
21   report of our research, that was not something
22   listed in our research that we had done, and in
23   my capacity, had it been done, I would hope I
24   would have seen it, but it's not something I've
25   seen.                                                      04:25PM

Page 238

```
1        Q.    So sitting here right now, you're not
2   aware of any instance where a customer bought a
3   Samsung phone thinking that it's an Apple phone?
4        A.    I'm unaware of any data or survey or
5   research to that effect.                                  04:25PM
6        Q.    Are you aware of any anecdotal
7   evidence from customers or sales personnel?
8        A.    Of somebody buying a Samsung thinking
9   it was an Apple?  I'm unaware of any data or
10  specific evidence to that effect.                         04:26PM
11       Q.    Whether all of your customer
12  interactions were formal or informal, have you
13  heard of anyone purchasing a Samsung phone
14  thinking it was an Apple phone?
15       A.    No, I mean, honestly, my issues are            04:26PM
16  less that they, Samsung, has created a
17  counterfeit that they're trying to pass off as
18  an Apple product.  It's more the fact that they,
19  in copying some of our designs, has led some
20  customers to feel they're getting something              04:26PM
21  that's very much like an iPhone when it is not.
22             MS. MAROULIS:  I move to strike the
23  witness's commentary on "counterfeit."
24  BY MS. MAROULIS:
25       Q.    Going back to my question, though,            04:26PM
```

CONFIDENTIAL BUSINESS INFORMATION

Page 239

1    you're not aware of any evidence of any customer

2    ever buying a Samsung phone thinking it's an

3    Apple phone?

4        A.   I am unaware of any data or evidence

5    of a customer buying a Samsung thinking it was                04:27PM

6    specifically an Apple device.

7        Q.   Do you have any evidence of consumers

8    buying an Apple phone thinking it's a Samsung

9    phone?

10       A.   I have no evidence of somebody                       04:27PM

11   specifically buying an Apple device thinking

12   that they were buying a Samsung device.

13       Q.   And that goes for both survey

14   evidence and anecdotal evidence; correct?

15       A.   I'm unaware of any evidence.                         04:27PM

16       Q.   I know you are designated for phones,

17   but let me ask you, while you're here, on

18   tablets.  Are you aware in your personal

19   capacity of any instances of customer confusion

20   where customers purchased Samsung Galaxy Tab                  04:27PM

21   thinking that it was iPad or iPad 2?

22       A.   Again, I'm not aware of any evidence,

23   but nor would that be within my scope.

24       Q.   Do you think you would have heard

25   about this, even if it's not the product in your              04:28PM

CONFIDENTIAL BUSINESS INFORMATION

Page 240

1   immediate line of responsibilities?
2       A.   It's possible, but not definite.
3       Q.   Are you aware of anyone buying an
4   iPad or iPad 2 thinking it was Galaxy Tab?
5       A.   I'm unaware of that.                         04:28PM
6       Q.   Has Apple done any studies or surveys
7   outside litigation that suggests that people
8   buying Samsung products think they look like
9   Apple products?
10          MR. JACOBS:   Think they?                     04:28PM
11  BY MS. MAROULIS:
12      Q.   Look like Apple products.
13          Let me rephrase that to say phones,
14  since you're a phone guy.
15      A.   Okay.                                        04:28PM
16          So let's repeat the whole thing, if
17  we could, then.
18      Q.   Has Apple done any studies or surveys
19  outside litigation that suggest that consumers
20  buying Samsung phones think they look like Apple      04:29PM
21  phones?
22      A.   I'm unaware of any reports of that
23  nature.
24      Q.   Does Apple, typically, outside
25  litigation context, conduct research to see           04:29PM