# EXHIBIT D

US00D638815S

## (12) United States Design Patent
Lee et al.

(10) Patent No.: **US D638,815 S**
(45) Date of Patent: ** **May 31, 2011**

(54) **MOBILE PHONE**

(75) Inventors: **Min-Hyouk Lee**, Seoul (KR); **Gi-Young Lee**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/368,873**

(22) Filed: **Aug. 31, 2010**

(30) **Foreign Application Priority Data**

Jun. 16, 2010 (KR) .......................... 30-2010-0026565

(51) **LOC (9) Cl.** .................................................. **14-03**
(52) **U.S. Cl.** ................................................ **D14/138 G**
(58) **Field of Classification Search** ............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/137, 147, 218, 341–347, 247–248; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3, 575.4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D530,698 S | * | 10/2006 | Lee et al. ................. | D14/138 G |
| D532,791 S | * | 11/2006 | Kim ........................... | D14/203.7 |
| 7,283,697 B1 | * | 10/2007 | Morikuni et al. ............... | 385/14 |
| D556,211 S | * | 11/2007 | Howard ........................ | D14/496 |
| D558,757 S | * | 1/2008 | Andre et al. ................... | D14/341 |
| D559,220 S | * | 1/2008 | Lee et al. ................ | D14/138 AD |
| D570,321 S | * | 6/2008 | Choi et al. ............ | D14/138 AD |
| D572,694 S | * | 7/2008 | Park ........................... | D14/138 G |
| D575,760 S | * | 8/2008 | Kim et al. ................. | D14/138 G |
| D578,500 S | * | 10/2008 | Lee et al. ................. | D14/138 G |
| D584,272 S | * | 1/2009 | Chung et al. ............. | D14/138 G |
| D584,711 S | * | 1/2009 | Kim et al. ................. | D14/138 G |
| D584,738 S | * | 1/2009 | Kim et al. ..................... | D14/496 |
| D589,487 S | * | 3/2009 | Park et al. ............. | D14/138 AD |
| D593,059 S | * | 5/2009 | Kim et al. ................. | D14/138 G |
| D596,605 S | * | 7/2009 | Son et al. .............. | D14/138 AD |
| D597,067 S | * | 7/2009 | Oh et al. .................... | D14/203.7 |
| D597,512 S | * | 8/2009 | Kim et al. ................. | D14/138 G |
| D606,129 S | * | 12/2009 | Ben-Moshe ................. | D21/517 |
| D606,506 S | * | 12/2009 | Choi et al. ............ | D14/138 AD |
| D615,083 S | * | 5/2010 | Andre et al. ................. | D14/341 |
| D619,555 S | * | 7/2010 | Yang et al. ............... | D14/138 G |
| D620,003 S | * | 7/2010 | Chiang et al. ................ | D14/341 |
| D631,029 S | * | 1/2011 | Park et al. ................ | D14/138 G |
| 2008/0227501 A1 | * | 9/2008 | Joo et al. ....................... | 455/566 |
| 2010/0137031 A1 | * | 6/2010 | Griffin et al. ................. | 455/566 |

OTHER PUBLICATIONS

HTC Desire HD, announced Sep. 2010, [online], [retrieved on Sep. 29, 2010]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG Optimus Chic E720, announced Jul. 2010, [online], [retrieved on Sep. 29, 2010]. Retrieved from Internet .<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner* — Bridget L Eland
(74) *Attorney, Agent, or Firm* — Staas & Halsey LLP

(57) **CLAIM**
The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;
FIG. **2** is a front view of the mobile phone of FIG. **1**;
FIG. **3** is a rear view of the mobile phone of FIG. **1**;
FIG. **4** is a left-side view of the mobile phone of FIG. **1**;
FIG. **5** is a right-side view of the mobile phone of FIG. **1**;
FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,
FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

1 Claim, 4 Drawing Sheets




SAMNDCA00365643

OTHER PUBLICATIONS

LG Optimus 2X, announced Dec. 2010, [online], [retrieved on Jan. 6, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Motorola Atrix 4G, announced Jan. 2011, [online], [retrieved on Jan. 6, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

SAMNDCA00365644

**U.S. Patent**     May 31, 2011      Sheet 1 of 4       **US D638,815 S**

# FIG. 1



SAMNDCA00365645

**U.S. Patent**      May 31, 2011      Sheet 2 of 4      US D638,815 S

FIG.2



FIG.3



SAMNDCA00365646

U.S. Patent    May 31, 2011    Sheet 3 of 4    US D638,815 S

FIG.4



FIG.5



SAMNDCA00365647

# FIG.6



# FIG.7



SAMNDCA00365648