# EXHIBIT E

US00D558757S

## (12) United States Design Patent
### Andre et al.

(10) Patent No.: **US D558,757 S**
(45) Date of Patent: ⁎⁎ *Jan. 1, 2008

| | | |
|---|---|---|
| (54) | **ELECTRONIC DEVICE** | |
| (75) | Inventors: | **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Antony Whang**, San Francisco, VA (US); **Rico Zorkendorfer**, San Francisco, CA (US) |
| (73) | Assignee: | **Apple Inc.**, Cupertino, CA (US) |
| ( * ) | Notice: | This patent is subject to a terminal disclaimer. |
| (**) | Term: | **14 Years** |
| (21) | Appl. No.: | **29/270,885** |
| (22) | Filed: | **Jan. 5, 2007** |
| (51) | **LOC (8) Cl.** | ................................................ **14-02** |
| (52) | **U.S. Cl.** | ..................... **D14/341**; D14/138; D14/496 |
| (58) | **Field of Classification Search** | ............... D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125; D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D13/168; D18/6, 7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605 |
| | See application file for complete search history. |

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S   5/1987   Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

KR   30-0452432   7/2007

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Cathron Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Beyer Weaver LLP

(57) **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

The article is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device. Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item, toy, and/or the like.

FIG. **1** is a front perspective view of an electronic device in accordance with the present design.

FIG. **2** is a rear perspective view for the electronic device.

FIG. **3** is a front view for the electronic device.

FIG. **4** is a rear view for the electronic device.

FIG. **5** is a top view for the electronic device.

FIG. **6** is a bottom view for the electronic device.

FIG. **7** is a left side view for the electronic device; and,

FIG. **8** is a right side view for the electronic device.

The features shown in broken lines in the various Figures are for illustrating environmental structure and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| D337,569 S | * | 7/1993 | Kando | D14/341 |
| D456,023 S | | 4/2002 | Andre et al. | |
| D489,731 S | | 5/2004 | Huang | |
| D498,754 S | * | 11/2004 | Blyth | D14/341 |
| D499,423 S | | 12/2004 | Bahroocha et al. | |
| D502,173 S | * | 2/2005 | Jung et al. | D14/240 |
| D504,889 S | | 5/2005 | Andre et al. | |
| D505,950 S | * | 6/2005 | Summit et al. | D14/341 |
| D507,003 S | | 7/2005 | Pai et al. | |
| D514,121 S | * | 1/2006 | Johnson | D14/496 |
| D514,590 S | * | 2/2006 | Naruki | D14/496 |
| D519,523 S | | 4/2006 | Chiu et al. | |
| D520,020 S | | 5/2006 | Senda et al. | |
| D528,542 S | * | 9/2006 | Luminosu et al. | D14/346 |
| D528,561 S | * | 9/2006 | Ka-Wei et al. | D14/496 |
| D529,045 S | * | 9/2006 | Shin | D14/496 |
| D532,791 S | * | 11/2006 | Kim | D14/496 |
| D534,143 S | * | 12/2006 | Lheem | D14/138 |
| D535,281 S | * | 1/2007 | Yang | D14/167 |
| D536,691 S | * | 2/2007 | Park | D14/138 |
| D538,822 S | | 3/2007 | Andre et al. | |
| D541,298 S | | 4/2007 | Andre et al. | |
| D541,299 S | | 4/2007 | Andre et al. | |
| D546,313 S | * | 7/2007 | Lheem | D14/138 |
| D548,747 S | * | 8/2007 | Andre et al. | D14/496 |
| 2005/0130715 A1 | * | 6/2005 | Fujisawa | 455/575.1 |
| 2006/0281501 A1 | * | 12/2006 | Zuo et al. | 455/575.1 |
| 2007/0082718 A1 | * | 4/2007 | Yoon et al. | 455/575.4 |

## OTHER PUBLICATIONS

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL: http://www.mobilewhack.com>.*

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL: http://www.engadget.com>☐☐.*

iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.

"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.

* cited by examiner

SAMNDCA00201002



**FIG. 1**



**FIG. 2**

SAMNDCA00201003



FIG. 3    FIG. 4    FIG. 5    FIG. 6    FIG. 7    FIG. 8