# EXHIBIT G

US00D645435S

## (12) United States Design Patent
### Kim et al.

(10) Patent No.: **US D645,435 S**
(45) Date of Patent: ** **Sep. 20, 2011**

(54) **MOBILE PHONE**

(75) Inventors: **Kuk-Hwan Kim**, Seoul (KR); **Jin-Soo Kim**, Yongin-si (KR); **Seog-Guen Kim**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-Si (KR)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/379,111**

(22) Filed: **Nov. 15, 2010**

(30) **Foreign Application Priority Data**

Aug. 17, 2010 (KR) ........................ 30-2010-0035811

(51) **LOC (9) Cl.** .................................................. **14-03**
(52) **U.S. Cl.** .................................................. **D14/138 G**
(58) **Field of Classification Search** .............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/137, 147, 218, 341–347, 247–248; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3, 575.4

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D345,346 S | \* | 3/1994 | Alfonso et al. | ............... | D14/341 |
| D361,552 S | \* | 8/1995 | Iino | ............................. | D14/341 |
| 5,703,626 A | \* | 12/1997 | Itoh et al. | ....................... | 345/173 |
| D451,505 S | \* | 12/2001 | Iseki et al. | ................... | D14/341 |
| D461,802 S | \* | 8/2002 | Tu | ................................ | D14/341 |
| D485,265 S | \* | 1/2004 | Sato et al. | ..................... | D14/341 |
| D490,420 S | \* | 5/2004 | Solomon et al. | ............. | D14/341 |
| D494,164 S | \* | 8/2004 | Wu et al. | ...................... | D14/341 |
| D504,889 S | \* | 5/2005 | Andre et al. | ................. | D14/341 |
| D506,195 S | \* | 6/2005 | Leveridge et al. | ........... | D14/341 |
| D514,558 S | \* | 2/2006 | Nagel et al. | .................. | D14/341 |
| D524,809 S | \* | 7/2006 | Alcouloumre et al. | ...... | D14/341 |
| D532,791 S | \* | 11/2006 | Kim | .......................... | D14/203.7 |
| D556,211 S | \* | 11/2007 | Howard | ....................... | D14/496 |
| D575,760 S | \* | 8/2008 | Kim et al. | ................. | D14/138 G |
| D580,392 S | \* | 11/2008 | Kim et al. | ............. | D14/138 AD |
| D584,738 S | \* | 1/2009 | Kim et al. | ................... | D14/496 |
| D602,487 S | \* | 10/2009 | Maskatia | ..................... | D14/341 |
| D627,777 S | \* | 11/2010 | Akana et al. | ................. | D14/341 |
| 2005/0156902 A1 | \* | 7/2005 | McPherson et al. | .......... | 345/173 |

OTHER PUBLICATIONS

BlackBerry PlayBook, announced Sep. 2010, [online], [retrieved on Mar. 14, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.\*

Apple iPad Wi-Fi, announced Jan. 2010, [online], [retrieved on Mar. 14, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.\*

Apple iPad Wi-Fi +3G, announced Jan. 2010, [online], [retrieved on Mar. 14, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.\*

(Continued)

*Primary Examiner* — Bridget L Eland

(74) *Attorney, Agent, or Firm* — Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;
FIG. **2** is a front view of the mobile phone of FIG. **1**;
FIG. **3** is a rear view of the mobile phone of FIG. **1**;
FIG. **4** is a left-side view of the mobile phone of FIG. **1**;
FIG. **5** is a right-side view of the mobile phone of FIG. **1**;
FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,
FIG. **7** is a bottom plan view of the mobile phone of FIG. 1.

**1 Claim, 7 Drawing Sheets**



SAMNDCA00365658

US D645,435 S

Page 2

OTHER PUBLICATIONS

Motorola Xoom MZ600, announced Feb. 2011, [online], [retrieved on Mar. 14, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Samsung Galaxy Tab T-Mobile, announced Nov. 2010, [online], [retrieved on Feb. 1, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

SAMNDCA00365659

# FIG.1



SAMNDCA00365660

FIG.2



SAMNDCA00365661

FIG.3



SAMNDCA00365662

# FIG.4



SAMNDCA00365663

# FIG.5



SAMNDCA00365664

**U.S. Patent**   Sep. 20, 2011   Sheet 6 of 7   **US D645,435 S**

FIG.6



SAMNDCA00365665

**U.S. Patent**  Sep. 20, 2011  Sheet 7 of 7  US D645,435 S

FIG. 7



SAMNDCA00365666