# EXHIBIT H

US00D652813S

(12) **United States Design Patent** 

Song et al.

(10) **Patent No.:** **US D652,813 S**

(45) **Date of Patent:** ** **Jan. 24, 2012**

(54) **MOBILE PHONE**

(75) Inventors: **Jun-Yong Song**, Seongnam-si (KR); **Jin-Soo Kim**, Yongin-si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/389,174**

(22) Filed: **Apr. 7, 2011**

(30) **Foreign Application Priority Data**

Dec. 20, 2010    (KR) ........................ 30-2010-0055047

(51) **LOC (9) Cl.** ................................................. **14-03**
(52) **U.S. Cl.** ................................................. **D14/138 G**
(58) **Field of Classification Search** ........... D14/138 AD, D14/138 G, 138 R, 138 AC, 138 C, 496, D14/341, 345, 346, 203.7, 247, 248, 218, D14/138 AA, 138 AB; 455/575.1, 556.2, 455/556.1, 575.4, 566; D10/65; D13/168
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D562,285 S | * | 2/2008 | Lim | ........................ D14/138 G |
| D580,387 S | * | 11/2008 | Andre et al. | ............. D14/138 G |
| D584,272 S | * | 1/2009 | Chung et al. | ............. D14/138 G |
| D589,487 S | * | 3/2009 | Park et al. | ............. D14/138 AD |
| D593,059 S | * | 5/2009 | Kim et al. | ................. D14/138 G |
| D601,539 S | * | 10/2009 | Hong | ........................ D14/138 G |
| D610,568 S | * | 2/2010 | Yu | ............................. D14/203.7 |
| D611,023 S | * | 3/2010 | Wu et al. | .................. D14/138 G |
| D615,945 S | * | 5/2010 | Kim et al. | ................. D14/138 G |
| D619,555 S | * | 7/2010 | Yang et al. | ............... D14/138 G |

| | | | | |
|---|---|---|---|---|
| D626,437 S | * | 11/2010 | Lee et al. | ........................ D10/65 |
| D626,937 S | * | 11/2010 | Yeo et al. | .................. D14/203.7 |
| D629,799 S | * | 12/2010 | Andre et al. | ................. D14/341 |
| 7,872,861 B2 | * | 1/2011 | Ou et al. | .................. 361/679.27 |
| D633,461 S | * | 3/2011 | Kim et al. | ............. D14/138 AD |
| D633,892 S | * | 3/2011 | Chen | ..................... D14/138 AD |
| D635,537 S | * | 4/2011 | Kim | ......................... D14/138 G |
| D638,814 S | * | 5/2011 | Sutherland et al. | ...... D14/138 G |
| D640,219 S | * | 6/2011 | Sutherland et al. | ...... D14/138 G |
| D643,827 S | * | 8/2011 | Lee et al. | ................. D14/138 G |
| D645,014 S | * | 9/2011 | Chung | .................... D14/138 G |
| D645,017 S | * | 9/2011 | Kim et al. | ................ D14/138 G |
| 2009/0052654 A1 | * | 2/2009 | Hyun et al. | .............. 379/433.11 |

(Continued)

OTHER PUBLICATIONS

Samsung I9100 Galaxy S II telephone, announced Feb. 2011, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner* — Jeffrey D Asch

(74) *Attorney, Agent, or Firm* — Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;
FIG. **2** is a front view of the mobile phone of FIG. **1**;
FIG. **3** is a rear view of the mobile phone of FIG. **1**;
FIG. **4** is a left-side view of the mobile phone of FIG. **1**;
FIG. **5** is a right-side view of the mobile phone of FIG. **1**;
FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,
FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 7 Drawing Sheets**




SAMNDCA00365709

## US D652,813 S

Page 2

U.S. PATENT DOCUMENTS

2011/0105190  A1 *    5/2011   Cha et al.  ...................... 455/566

OTHER PUBLICATIONS

Samsung I9103 Galaxy R telephone, announced Jun. 2011, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*
Samsung Galaxy S II 4G telephone, announced Jul. 2011, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*
Samsung Wave M S7250 telephone, announced Aug. 2011, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*
Samsung Galaxy Note telephone, announced Sep. 2011, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*

Samsung Galaxy S II LTE telephone, announced Aug. 2011, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*
Samsung M190 Galaxy S Hoppin telephone, announced Oct. 2010, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*
Samsung I9103 Galaxy SL telephone, announced Feb. 2011, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*
LG Optimus 2X SU660 telephone, announced Dec. 2010, [online], [site visited Sep. 20, 2011]. Available from Internet, <URL: http://www.gsmarena.com>.*

* cited by examiner

SAMNDCA00365710

FIG.1



SAMNDCA00365711

FIG.2



SAMNDCA00365712

**U.S. Patent**        Jan. 24, 2012        Sheet 3 of 7        US D652,813 S

FIG.3



SAMNDCA00365713

**U.S. Patent**      Jan. 24, 2012      Sheet 4 of 7      **US D652,813 S**

FIG. 4



SAMNDCA00365714

**U.S. Patent**          Jan. 24, 2012          Sheet 5 of 7          US D652,813 S

FIG.5



SAMNDCA00365715

**U.S. Patent**          **Jan. 24, 2012**          **Sheet 6 of 7**          **US D652,813 S**

FIG.6



SAMNDCA00365716

U.S. Patent          Jan. 24, 2012          Sheet 7 of 7                    US D652,813 S

FIG. 7



SAMNDCA00365717