# EXHIBIT W

RX-3443C

미국 무역위원회 (US ITC)

워싱턴 D.C.

**Thomas B. Pender 행정법판사님 귀하**

| |
|---|
| 사안:<br><br>특정 전자 디지털 미디어 장치 및 그 부품 |

사건번호 337-TA-796

**박형신(Hyoung Shin Park) 증인의 직접신문 진술서**

기본 규칙 제 9.1 조항과 명령 5 호에 의거해  피신청인 Samsung Electronics Co., Ltd.,

Samsung Telecommunications America LLC, 그리고 Samsung Electronics America, Inc.

(통틀어  "삼성")는 박형신의 증인 진술서를 삼가 제출하는 바입니다.

**법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨**

RX-3443C

일자:  2012 년 5 월 3 일                                    삼가 제출합니다.


제출인:   /s/ *Eric Huang*
          Charles K. Verhoevan
          Quinn Emanuel Urquhart & Sullivan, LLP
          50 California Street, 22nd Floor
          San Francisco, CA 94111
          전화: 415-875-6600

          Kevin P.B. Johnson
          Victoria Maroulis
          Quinn Emanuel Urquhart & Sullivan, LLP
          555 Twin Dolphin Drive, 5th Floor
          Redwood Shores, California 94065
          전화: 650-801-5066

          Eric Huang
          Quinn Emanuel Urquhart & Sullivan, LLP
          51 Madison Ave., 22nd Floor
          New York, NY 10010
          전화: 212-849-7000

          William Price
          Quinn Emanuel Urquhart & Sullivan, LLP
          865 S. Figueroa St., 10th Floor
          Los Angeles, California 90017
          전화: 213-443-3000

          Charles F. Schill
          Steptoe & Johnson LLP
          1330 Connecticut Ave., NW
          Washington, DC 20036
          전화: 202-429-8162

          피신청인측 변호인: Samsung
          Electronics Co., Ltd., Samsung Electronics
          America, Inc., and Samsung
          Telecommunications America, LLC


**법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨**

## <u>목차</u>

<u>페이지</u>

삼성의 F700 단말기.................................................................................................. 16

2006 년부터 삼성의 여타 디자인 컨셉들 ......................................................... 19

결론    23

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

RX-3443C

## 박형신 증인의 진술서

**질문 1: 안녕하십니까. 기록을 위해 성함을 말씀해주시겠습니까?**

박형신입니다.

**질문 2: 어디에 살고 계십니까?**

한국 서울에서 살고 있습니다.

**질문 3: 현재 어느 직장에서 근무하고 계십니까?**

삼성전자에서 근무하고 있습니다.

**질문 4: 현재 삼성에서 맡고 있는 직책은 무엇입니까?**

제 직책은 제품 디자인팀 책임 디자이너입니다.

### 학력 및 경력 등

**질문 5: 대학에 다니셨습니까?**

예. 저는 1999 년에 제주대학교를 졸업했고 전공은 산업 디자인입니다.

**질문 6: 1999 에 졸업한 후에 취직을 했습니까?**

예.

**질문 7: 졸업 후 직장 경력에 대해 설명해 주시겠습니까?**

처음에 세종 컴퓨터 시스템에 취직해서 그곳에서 1 년간 보석 디자인 보조로
근무했습니다. 그 후에 현우 맥 플러스라는 소비자 가전 제품 제조 회사에서 근무하게
되었습니다. 그곳에서 초급 산업 디자이너로 TV 수상기의 외부 하우징을
디자인했습니다. 9 년 전 삼성에 입사해 제품 디자인팀에서 사원 직위의 산업 디자이너로
일하기 시작했습니다. 입사 6 개월 후에 디자이너로 승진했고 4 년 후에 현재 직책인 책임
디자이너가 되었습니다.

## 디자인 경력 및 경험

**질문 8: 증인, 삼성에서 근무하는 내내 산업 디자이너로 일했고 현재 책임 디자이너의 직책에 오르기까지 여러 직책을 거쳤다는 것을 알고 있습니다. 증언의 편의상 삼성에서 근무하는 동안의 직책을 나타내기 위해 "디자이너"라는 용어를 사용하겠습니다. 괜찮겠습니까?**

예, 저는 제 자신을 디자이너라고 생각하고 있습니다. 괜찮습니다.

**질문 9: 삼성에서 디자이너로서 어떤 종류의 프로젝트에 관여했습니까?**

삼성에서 일하는 동안 대부분의 시간을 휴대폰 디자인을 위해 보냈습니다. 초기에는 대량 양산용이 아닌 실험적이고 혁신적인 제품을 디자인하는 그룹에서 일했습니다.

### 큐볼 (Q-Bowl) 디자인 및 MPCP 프로젝트

**질문 10: 큐볼(Q-bowl)이라는 터치스크린폰 디자인에도 관여했습니까?**

예, 그 휴대폰의 메인 디자이너였습니다. 나중에 양산된 삼성 F700 휴대폰의 기초로 사용되었던 디자인이었습니다.

**질문 11: 큐볼 (Q-Bowl) 디자인 작업을 언제 시작했습니까?**

2006 년 5 월에 작업하기 시작했습니다.

**질문 12: 큐볼 (Q-Bowl) 디자인 작업을 어떻게 시작하게 되었는지 설명해 주시겠습니까?**

당시 삼성은 휴대폰이 무엇이 될 수 있는지 보여줄 수 있는 새로운 장치를 개발하고자 했습니다. 저는 이 새 장치 개발을 위해 선발된 그룹의 일원이었는데, 우리는 이 장치를 마스터 파퓰러 커뮤니케이션 피스(Master Popular Communication Piece), 줄여서 "MPCP"라 불렀습니다. 그룹에는 다른 산업 디자이너와 사용자 인터페이스 및 사운드 디자이너 그리고 색상, 소재 및 마감을 전문으로 하는 디자이너, 패키징 디자이너 및 상품 기획팀의 구성원들도 포함되어 있었습니다. 그룹 구성원들이 협력해서 컨셉들을 개발하고 가장 나은 컨셉(들)을 제조할 생각이었습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 13: MPCP 프로젝트가 특정 휴대폰 생산을 목적으로 했습니까?**

결과적으로는 그렇습니다. MPCP 프로젝트 시작 후 처음 한 달 간은 휴대폰 시장을 조사하고 우리가 디자인할 휴대폰 종류에 관해 브레인스토밍을 실시했습니다. 당시 모토로라의 레이저(Razr)가 판매에 있어 큰 성공을 거두었음을 알게 되었습니다. 모토로라 레이저의 성공을 보면서 다른 플랫폼을 이용해서 삼성 고유의 대표 디자인을 창조하고 싶었습니다. 그래서 MPCP 프로젝트가 나오게 된 것입니다. 우리 목표는 새로운 컨셉과 디자인으로 그 휴대폰을 능가하는 것이었습니다. 당시 휴대폰 시장의 전반적인 추세가 화면이 더 크고 해상도도 높으며 기능성이 강화된 장치를 개발하는 것이었습니다.

우리는 약 한 달간 사용자 인터페이스 디자이너, 산업 디자인, 색상 디자이너, 사운드 디자인, 포장 디자인을 포함한 여러 디자이너들 및 디자이너의 입장에서 시장 조사를 실시할 제품 기획팀 사람들과 협력 미팅 및 브레인 스토밍 시간을 가졌습니다. 초기 미팅 후에 팀 리더와 MPCP 팀은 브레인스토밍을 통해 산출된 디자인 컨셉을 요약하고 우리가 개념화하고 있고 제품들의 마케팅 포지션을 제시하기 위한 프레젠테이션을 준비했습니다.

**질문 14: 증인, RX-2784C 로 지정된 문서를 보여드리겠습니다. 이 문서를 알아보시겠습니까?**
예, 이 문서는 MPCP 프로젝트의 브레인스토밍 과정에서 나온 초기 프레젠테이션 가운데 하나입니다.

**질문 15: RX-2784C 로 지정된 문서의 SAMNDCA00321667 페이지를 봐 주십시오. 이게 무엇인지 말씀해 주시겠습니까?**

예. 이 차트는 시간에 따른 휴대폰 진화를 보여주기 위해 만든 것입니다. 저희는 LCD 화면 크기가 스크린 기술 발전에 따라 점점 커지고 있음을 발견했습니다. 덕분에 사람들이 휴대폰을 다양한 용도와 목적으로 사용할 수 있게 되었습니다. 예를 들어, 과거에 휴대폰을 음성 통화에만 사용했던 것과는 달리, 사용자들이 휴대폰으로 문자 메시지 전송, 음악 재생, 동영상 시청, TV 시청 및 사진 촬영에 사용하고 있다는 것을 발견했습니다.아래 차트에서 보시는 것처럼 LCD 화면의 크기가 무선 인터넷 등 증가된 기능성을 수용하기 위해 커질 수 밖에 없다는 것을 알 수 있습니다.

RX-3443C



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SAMNDCA00321667

**질문 16: 휴대폰 시장에 관한 조사와 브레인스토밍 결과가 MPCP 프로젝트의 방향에 영향을 주었습니까?**
예. 이러한 추세는 더 커진 디스플레이 화면이 새 휴대폰의 가장 중요한 물리적 특징임을 반영했습니다.  그 결과, 큰 LDC 디스플레이 화면을 통해 다양한 컨텐츠를 제공할 수 있는 디자인을 만들고자 했습니다. 4 명의 디자이너가 각각 이 컨셉에 부합하는 디자인을 고안하고자 노력했습니다.


**질문 17:  당시 어떤 종류의 휴대폰을 제작하기로 결정했습니까?**
우리는 LCD 화면 크기를 최대한 키우려면 풀터치 LCD 폰이 최선의 디자인 형태라고 판단했습니다. 또 휴대폰의 슬라이드 부분에 물리적 버튼을 포함시키기로 결정했는데 이 부분은 풀터치 LCD 화면 뒤로 숨길 수 있습니다.

디자이너들은 장치의 슬라이딩 부분의 아래에 숫자 자판 또는 쿼티(QWERTY) 자판이 있는 휴대폰을 재량껏 창출했습니다. 일단, 하드웨어 플랫폼 요건을 결정한 후에 4 명의 디자이너가 서로 다른 여러가지 구체적인 산업 디자인 컨셉을 창출했습니다.

**질문 18: 4 명의 디자이너 모두 경합을 위한 휴대폰 디자인을 제작했습니까?**

예, 2006 년 8 월까지 4 명의 디자이너가 각각 최소한 한 개의 폴터치 휴대폰을
디자인했고 5 개 디자인의 목업을 제작했습니다. 많은 기능을 수행할 수 있는
폴터치폰이라는 기본적인 컨셉에 맞춰 산업 디자이너들은 자신의 디자인에
"베슬(vessel)", "프레이머(framer)", "랩(wrap)" 그리고 제 경우 "볼(bowl)"이라는 이름을
붙였습니다.

**질문 19: RX-2776C 을 봐 주십시오. 이 문서를 알아보시겠습니까?**

예. 4 명의 디자이너가 서로 다른 전화 모형을 구상한 후에 MPCP 프로젝트를 위해 만든
또 다른 프레젠테이션입니다. 제가 알기로 이 프레젠테이션의 자료들은 2006 년 8 월에
디자인 목업을 제작한 후 MPCP 그룹과 공유하기 위해 수집된 것입니다.

**질문 20: 이 프레젠테이션을 언제 작성했는지 기억하십니까?**

예. 2006 년 8 월에 작성된 것입니다.

### "볼 (Bowl)" 디자인 컨셉

**질문 21: RX-2776C 에서 오른쪽 하단 구석에 SAMNDCA00321414 라는 번호가 있는
페이지를 봐 주십시오. 이것이 무엇인지 말씀해 주시겠습니까?**

예. 여기 보이는 휴대폰 모형은 제가 "볼 (bowl) " 컨셉을 기초로 다른 MPCP
디자이너들과 협업을 통해 개발한 디자인들 중 하나입니다. 페이지
SAMNDCA00321414 의 슬라이드에 보이는 것처럼 그냥 "볼 (Bowl)"이라고 불렀습니다.
좌측의 이미지들은 이 디자인의 CAD 렌더링입니다. 오른쪽에 있는 이미지들은 이
디자인을 위한 영감들을 반영하고 있는데 잔잔한 물과, 물을 담고 있는 그릇 (볼) 그리고
색상 조합 등입니다. 슬라이더 부분을 포함한 전체 디자인은 다음 페이지
SAMNDCA00321415.에 있습니다. 또 페이지 아래쪽에는 소재와 색상 샘플이 나와
있습니다.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321414

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321415

**질문 22: RX-2776C 에서 SAMNDCA00321419 번호를 가진 페이지를 봐 주십시오. 이것이 무엇인지 말씀해 주시겠습니까?**

예. 여기에 보이는 휴대폰 모델은 제가 "볼 (Bowl)" 컨셉을 기초로 제작한 다른 디자인입니다. 이 디자인은 "큐볼 (Q-Bowl)"이라고 합니다. 왼쪽에 있는 것은 디자인의 전면 CAD 렌더링이고 오른쪽의 이미지는 이 디자인을 위해 고려했던 색상 조합입니다. 여러 각도에서 본 큐볼 (Q-Bowl) 의 전체 디자인은 다음 페이지 SAMNDCA00321420 에 있습니다. 역시 페이지 아래쪽에 소재와 색상 샘플들이 나와 있습니다.

RX-3443C

Q BOWL                                                        46.2*92.27*14.8 _ 2.79 inch LCD




UNIVERSAL BLUE



MPCP PROJECT 2006                                              

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321419

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                SAMNDCA00321420

**질문 23: 왜 이 디자인에 큐볼(Q-Bowl) 이라는 이름을 붙였습니까?**

이 이름에서 Q 는 쿼티(QWERTY)를 나타내는데 이는 디자인에서 슬라이더 자판 종류를
나타냅니다 "볼 (bowl)"이라는 단어는 제 디자인 영감에서 나온 것입니다. 볼(bowl)은
내용물을 담는 용기로 잡기에 편한 곡선을 가지고 있고 담고 있는 액체는 위 표면에
매끄럽게 퍼져 있습니다. 제가 디자인에 사용한 매끄러운 전면처럼 말입니다.

**질문 24: 큐볼 (Q-Bowl) 폰에 대해 자신의 생각대로 설명해 주시겠습니까?**
예. 보시는 것처럼 이 폰은 사각형 하우징에 네 개의 모서리 모두 둥근 곡선을 나타내고
있습니다. 4 면의 가장자리가 모두 둥글고 뒷면은 거의 평평합니다. 이 폰은 장치 전면이
크고 투명한 평면 유리 커버에 덮여 있고 장식이 없습니다. 전면 하단에 하나의 광학 조그
버튼이 있는데 그곳에 배치한 것은 사용자가 장치를 조작하는 동안 쉽게 홈 화면으로
돌아갈 수 있고 메뉴를 탐색할 있도록 하기 위해서입니다. 전면 상단부에는 아래의

**법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨**
12

RX-3443C

스피커에서 나오는 소리가 사용자의 귀에 도달할 수 있도록 하는 길고 가는 직사각형 구멍이 있습니다. 최상의 오디오 기능을 위해 그리고 사용자가 리시버를 잘 들을 수 있으면서도 전화를 다른 자세로도 잡을 수 있도록 이 중심 위치를 선택했습니다. 유리 커버의 중간 사각형 부분은 완전히 투명해서 장치를 켜면 LCD 화면이 드러납니다. 디스플레이 화면 영역의 사면 가장자리를 둘러싸고 있는 것은 아래쪽의 전기 부품들을 숨기기 위한 패턴이 있는 마스크입니다. 마스크 부분의 도색은 유리 아래쪽에서 실크스크린으로 이루어집니다. 마스크는 디스플레이 화면의 측면에서는 좁은 경계선을 그리고 위와 아래에서 큰 경계선을 만들어냅니다. 디스플레이 화면을 둘러싼 경계선은 최소한의 너비를 가지는데 이 경우 제조상의 제약으로 인해 최소 3mm 의 너비를 가지고 있습니다.

휴대폰 전면부는 곡선형 베젤로 둘러싸여 있는데 휴대폰의 뒤쪽으로 연장됩니다. 볼 디자인은 평평하거나 균일하게 전면부를 둘러싼 베젤이 있는 반면 큐볼 (Q-Bowl) 디자인은 슬라이딩 방향을 알려주기 위한 촉각적 및 시각적 장치로서 장치의 왼쪽으로 각이 져 있습니다. 본체의 나머지 부분은 계속 곡선을 이루며 돌아가 장치의 평평한 뒷면과 만나게 됩니다. 이 폰에는 전면부에 카메라도 있는데 제 디자인에서는 상단 오른쪽 구석에 투명한 원으로 보입니다. 이 카메라가 제대로 작동하기 위해서 유리 커버가 평평해야 합니다. 그렇지 않고 유리에 굴곡이 있거나 다른 형태가 될 경우 굴절이나 다른 문제가 있을 수 있습니다. 또 장치 뒤쪽 상단 왼쪽 구석에는 사각형 모양의 카메라도 있습니다.

**질문 25: 증인이 디자인한 볼과 큐볼 (Q-Bowl) 폰에 왜 베젤(bezel)을 포함시켰습니까?**

당시에 베젤을 포함하지 않은 MPCP 디자인이 몇가지 있었습니다. 그러한 디자인은 낙하 시험 중 성능이 떨어져서 양산이 어려웠습니다. 베젤은 충격이 가해졌을 때 유리 커버와 디스플레이를 보호하는 데 도움이 됩니다. 베젤이 없는 디자인의 경우 베젤이 있는 디자인에 비해 충격을 받았을 때 유리 커버가 훨씬 깨지기 쉽습니다.

RX-3443C

**질문 26: RX-2776C 로 표시된 같은 프레젠테이션에서 SAMNDCA00321421-426 라는 번호가 있는 페이지를 봐 주시겠습니까? 이 페이지에 나와 있는 것들이 무엇인지 말씀해 주시겠습니까?**

예. 이 페이지들에는 여러 가지 디자인 컨셉의 목업 사진들이 포함되어 있습니다. 이전 페이지들은 컴퓨터 렌더링이고 SAMNDCA00321421-426 페이지의 이미지들은 실제 목업의 사진들입니다. 이 사진들은 제 기억대로 2006 년 8 월에 5 개 모형이 모두 제작되었음을 확인해 줍니다. 목업 사진들 가운데는 제 "볼 (Bowl)"과 "큐볼 (Q-Bowl)" 디자인도 있습니다. "볼 (Bowl)" 목업은 페이지 SAMNDCA00321424 에 있고 "큐볼(Q-Bowl)" 목업은 SAMNDCA00321426 페이지에 있습니다. 페이지 SAMNDCA00321426 에는 2 개의 서로 다른 큐볼 (Q-Bowl) 목업 사진이 있습니다. 한 버전은 뒷면을 매끈하고 거의 평평하게 디자인했고 다른 버전은 킥스탠드(kick-stand)와 확장 배터리를 수용할 수 있도록 아래쪽을 크게 만들었습니다.  이 2 개의 목업이 SAMNDCA00321426 페이지 중간에 장치 뒷면 사진에 나타나 있습니다. SAMNDCA00321426 페이지 상단 오른쪽 구석에 2 개의 측면 프로필 사진도 있습니다. 뒷면이 매끈한 버전의 목업은 왼쪽에 킥스탠드가 있는 목업은 오른쪽에 있습니다.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321424

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

RX-3443C



삼성의 F700 단말기

**질문 27: 증인의 보관 파일에 포함된 일련의 추가 사진들을 보여드리겠습니다. 이 사진들을 알아보시겠습니까? 만약 그렇다면 무엇에 대한 사진인지 설명을 좀 해주시겠습니까?**

예.

질문 28: 이것은 **RX -3608C** 입니다. 이 사진에 보이는 것이 무엇입니까?

이 사진은 2006 년 8 월에 제작된 큐볼 (Q-Bowl) 디자인 목업의 전면입니다. 이 사진은 **RX 2776C** 의 페이지 SAMNDCA00321426 에 나와 있는 것과 동일한 목업의 사진으로 판단됩니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

RX-3443C



질문  29:  이것은 **RX-3609C** 입니다. 이 사진은 무엇입니까?

이것은 2006 년 8 월에 제작한 뒷면에 킥스탠드가 있는 큐볼 (Q-Bowl) 디자인의 목업 측면 사진으로 프로필과 평평한 전면을 보여줍니다.



**법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨**

17

**질문 30: 이것은 RX-3610C 입니다. 사진에 보이는 것이 무엇입니까?**

저의 큐볼(Q-Bowl) 디자인 목업을 위에서 본 모습으로 탑 프로필과 평평한 전면을 보여
줍니다.



**질문 31: 마지막으로 RX-3611C 입니다. 이 사진에 보이는 것은 무엇입니까?**

킥스탠드가 없는 다른 큐볼(Q-Bowl) 버전의 뒷면 모습입니다. 이 이미지는 둥근
모서리와 가장자리 그리고 매끈하고 거의 평면인 뒷면을 보여줍니다. 이 목업은 F700 폰
제작에 사용된 최종 버전에 가까운 산업 디자인을 보여줍니다.



**질문 32:  그리고 이 모든 목업 사진들이 2006 년 8 월경에 촬영된 것입니까?**

예.

### 2006 년부터 삼성의 여타 디자인 컨셉들

**질문 33:  MPCP 프로젝트의 다른 3 명의 디자이너들도 터치스크린 폰을 디자인했습니까?**

예, 그렇습니다.
**질문 34:  그 디자이너들의 디자이너 목업도 2006 년 8 월에 제작되었습니까?**

예.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 35: 다시 RX-2776C 로 돌아가서 SAMNDCA00321423 페이지를 봐 주시겠습니까? 이 폰 디자인을 알아보시겠습니까?**

예, 이 사진들은 "베슬(Vessel)"이라는 디자인의 목업 입니다. 보시는 것처럼 이 폰은 직사각형 하우징에 둥근 모서리를 가지고 있습니다. 가장자리는 사면이 모두 곡선으로 이루어져 있고  장치의 뒷면은 거의 평면입니다.  이 폰은 아무 장식이 없는 크고, 거의 평면이고, 투명한 유리 커버가 전면을 덮고 있습니다.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321423

**질문 36: 이제 RX-2776C 에서 SAMNDCA00321425 페이지를 봐 주십시오. 이 페이지의 폰 디자인을 알아보시겠습니까?**

예, "랩(Wrap)"이라는 디자인의 목업 사진들입니다. 이 디자인 역시 큰 LCD 터치스크린 전체 화면 위에 평면 유리 커버가 전면을 덮고 있습니다. 이 폰은 전체적으로 직사각형

하우징에 네 모서리가 둥글고 장치 뒤쪽에서 밀면 나오는 숫자 자판이 있습니다.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00321425

**질문 37: 앞의 경우와 동일한 프레젠테이션의 다른 페이지를 보여드리겠습니다. RX-2776C 를 봐 주십시오. 식별 번호가 SAMNDCA00321422 인 페이지입니다. 이 폰 디자인을 알아보시겠습니까?**

예. "프레이머(Framer)"라는 디자인의 목업 사진입니다. 이 디자인 역시 큰 LCD 터치스크린 위에 투명하고 거의 평면인 유리 커버로 이루어져 있습니다. 이 폰은 전체적으로 직사각형 하우징에 모서리가 균일하지 않고 장치 뒤쪽에 밀면 나오는 숫자 자판이 있습니다.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321422

**질문 38: 2006 년 가을에 삼성에서 있었던 MPCP 디자인 경합의 최종 결과에 대해 말씀해 주십시오.**

제 큐볼(Q-Bowl) 디자인이 경합에서 이겼고 MPCP 디자인으로 선정되었습니다.

**질문 39: 큐볼(Q-Bowl) 휴대폰이 양산된적이 있습니까?**

예, 큐볼 (Q-Bowl) 폰을 위한 제 산업 디자인이 2007 년에 출시된 삼성 F700 에 사용되었습니다.

**질문 40: RPX-116 을 보여드리겠습니다. 이 장치를 알아보시겠습니까?**

예, 이것은 제가 방금 언급한 F700 모델로 제 큐볼 (Q-Bowl) 산업 디자인을 기초로 양산되었습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

### 제 큐볼(Q-Bowl) 디자인은 애플의 오리지널 iPhone 이 공개되기 전에 이미 완성되었습니다

**질문 40: 증인, 일을 하면서 경쟁사의 제품을 인터넷이나 다른 곳에서 본 적이 있습니까?**

예, 가끔씩 다른 회사의 제품을 인터넷으로 봅니다.

**질문 41: 증인, 애플의 아이폰을 잘 아십니까?**

예.

**질문 43: 오리지널 아이폰을 처음 봤을 때를 기억합니까?**

아이폰이 공개적으로 발표된 직후에 인터넷에서 사진으로 본 것 같습니다.

**질문 42: 그 때가 언제인지 기억나십니까?**

정확하게는 기억나지 않지만 2007 년 초였던 것 같습니다.

**질문 43: 인터넷에서 오리지널 아이폰을 처음으로 보기 이전에 큐볼(Q-Bowl) 폰의 디자인을 마쳤습니까?**

예. 제 큐볼 (Q-Bowl) 디자인은 2006 년 8 월 당시 발표 보다 몇 개월 전에 이미 완료되었습니다.

### 결론

**법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨**

**질문 46: 증인, 디자이너로서 소비자들이 매력을 느낄 제품을 디자인하는 것이 증인의 목적입니까?**

- 저는 디자이너로서 소비자가 매력을 느낄 수 있는 디자인을 하는 것은 당연한 목적입니다. 하지만 MOBILE PHONE 디자인에서는 좀더 섬세하고 안정된 하드웨어 플랫폼 안에서 최대한의 완성도 높은 디자인을 끌어내는 것이 디자이너의 능력입니다. 좋은 디자인으로 평가 받기 위해서는 매력적인 제품 디자인과 소프트웨어, 엔지니어링, 제조 , 색상 등의 요소들이 잘 조화 를 이루어야 합니다. 우리의 목표는 이 모든 요소들을 효과적 으로 통합한 디자인을 만들어내는 것 입니다. 그러기 위해서는 디자이너들 의 노력만으로는 부족합니다. 하드웨어 와 소프트웨어 엔지니어링 팀, 신뢰 도 시험 팀, 마케팅 팀 그리고 영업팀 등 모든 관련 팀들의 협력이 필요 합니다. 이러 한 모든 요인들이 제품 고안, 설계, 생산 및 수요 창출에 까지 영향을 미칩니다.

**질문 44: 본 증인 진술에는 담당 변호사의 상기 질문들에 대한 증인의 답변이 나와 있습니까?**

예.

**질문 45:  변호사의 질문들에 대한 증인의 답변은 본인이 알고 있고 믿고 있는 한도 내에서 진실이고 정확합니까?**

예.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

RX-3443C

일자:   5 월 3 일,  2012

박형신 (Hyoung Shin Park)

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**Contains Confidential Business Information Pursuant To Protective Order        RX-3443C**

CERTIFICATION OF TRANSLATION


I certify that the Korean to English translation of the ***DIRECT WITNESS STATEMENT OF HYOUNG SHIN PARK*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.


Date:  May 31, 2012

_____

Alex N. Jo, Translator

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, DC**

**Before The Honorable Thomas B. Pender**
**Administrative Law Judge**

| | |
|---|---|
| **In the Matter of:** | |
| | **Investigation No. 337-TA-796** |
| **CERTAIN ELECTRONIC DIGITAL MEDIA DEVICES AND COMPONENTS THEREOF** | **Contains Confidential Business Information Pursuant to Protective Order** |

**DIRECT WITNESS STATEMENT OF HYOUNG SHIN PARK**

Pursuant to Ground Rule 9.1 and Order No. 5, Respondents Samsung Electronics Co., Ltd.,

Samsung Telecommunications America LLC, and Samsung Electronics America, Inc.

(collectively, "Samsung") hereby respectfully submit the Witness Statement of Hyoung Shin

Park.

**Contains Confidential Business Information Pursuant To Protective Order**

Dated: May 3, 2012                          Respectfully submitted,


                          By:   /s/ *Eric Huang*_____
                                Charles K. Verhoevan
                                Quinn Emanuel Urquhart & Sullivan, LLP
                                50 California Street, 22nd Floor
                                San Francisco, CA 94111
                                Telephone: 415-875-6600

                                Kevin P.B. Johnson
                                Victoria Maroulis
                                Quinn Emanuel Urquhart & Sullivan, LLP
                                555 Twin Dolphin Drive, 5th Floor
                                Redwood Shores, California 94065
                                Telephone: 650-801-5066

                                Eric Huang
                                Quinn Emanuel Urquhart & Sullivan, LLP
                                51 Madison Ave., 22nd Floor
                                New York, NY 10010
                                Telephone: 212-849-7000

                                William Price
                                Quinn Emanuel Urquhart & Sullivan, LLP
                                865 S. Figueroa St., 10th Floor
                                Los Angeles, California 90017
                                Telephone: 213-443-3000

                                Charles F. Schill
                                Steptoe & Johnson LLP
                                1330 Connecticut Ave., NW
                                Washington, DC 20036
                                Telephone: 202-429-8162

                                Counsel for Respondents Samsung
                                Electronics Co., Ltd., Samsung Electronics
                                America, Inc., and Samsung
                                Telecommunications America, LLC

**Contains Confidential Business Information Pursuant To Protective Order**

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

BACKGROUND AND EDUCATION ........................................................................................ 1

DESIGN EXPERIENCE ........................................................................................................... 2

THE "Q-BOWL" DESIGN AND MPCP PROJECT .................................................................. 2

THE "BOWL" DESIGN CONCEPT ......................................................................................... 5

SAMSUNG'S F700 PHONE .................................................................................................... 13

OTHER SAMSUNG DESIGN CONCEPTS FROM 2006 ........................................................ 16

MY Q-BOWL DESIGN WAS COMPLETE BEFORE APPLE'S PUBLIC
     DISCLOSURE OF THE ORIGINAL iPHONE .................................................................. 20

CONCLUSION ........................................................................................................................ 20

**Contains Confidential Business Information Pursuant To Protective Order**

Contains Confidential Business Information Pursuant To Protective Order          RX-3443C

## WITNESS STATEMENT OF HYOUNG SHIN PARK

**QUESTION NO. 1:  Good morning. Please state your name for the record.**

Hyoung Shin Park.

**QUESTION NO. 2:  Where do you live?**

I live in Seoul, Korea.

**QUESTION NO. 3:  Where do you currently work?**

I work for Samsung Electronics Corporation.

**QUESTION NO. 4:  What is your current job title at Samsung?**

My title is Senior Designer on the Product Design team.

## BACKGROUND AND EDUCATION

**QUESTION NO. 5:  Did you attend college?**

Yes, I graduated from Jeju National University in 1999, majoring in the field of industrial design.

**QUESTION NO. 6:  Did you enter the work force after graduating in 1999?**

Yes.

**QUESTION NO. 7:  Can you please walk us through your employment background starting after graduation?**

I started working for Sejoong Computer System, where one year of my time was spent working as a jewelry design assistant.  After that, I worked at a company called Hyun Woo Mac Plus, which manufactured consumer electronics products.  I was an entry level industrial designer there, and I designed the external housings of television sets.  Nine years ago, I began working at Samsung as an entry level industrial designer on the Product Design team.  Six months after I joined Samsung, I was promoted to the position of Designer, and four years later, I became a Senior Designer, which is my current position.

Contains Confidential Business Information Pursuant To Protective Order

## DESIGN EXPERIENCE

**QUESTION NO. 8:  Ms. Park, I understand  you've worked as an industrial designer on the Product Design team throughout your career at Samsung and that you've had different titles up to your current title of Senior Designer.  For simplicity in your testimony, I would like to use "designer" to describe your position throughout your time at Samsung.  Is that ok?**

Yes, I consider myself a designer, so that is ok with me.

**QUESTION NO. 9:  As a designer at Samsung, what types of projects were you involved with?**

I have been focused on designing cell phones for the majority of my time at Samsung.  I spent some time early in a group that was designing experimental, innovative products that were not meant for mass production.

## THE "Q-BOWL" DESIGN AND MPCP PROJECT

**QUESTION NO. 10:  Did you also have some involvement in the design of a touchscreen phone called the Q-bowl?**

Yes.  I was the main designer for that phone.  It was the design that was ultimately used as the basis for the mass-produced Samsung F700 phone.

**QUESTION NO. 11:  When did you begin work on the Q-bowl design?**

I began working on it in May of 2006.

**QUESTION NO. 12:  Please describe how you began work on the Q-bowl design?**

At that time, Samsung wanted to develop a new device that would represent what mobile phones could become.  I was part of the group that was selected to work on this new device, which we referred to as a Master Popular Communication Piece, or "MPCP."  The group included other industrial designers, user interface and sound designers, a person who specialized in colors, material, and finishes, packaging designers, and members of the Product Planning team.  The idea was that we would work together to develop concepts, and the best concept or concepts would be manufactured.

**Contains Confidential Business Information Pursuant To Protective Order**

RX-3443C

**QUESTION NO. 13:  Was the MPCP project intended to produce a specific type of mobile phone?**

Eventually, yes.  During the first month of the MPCP project, we surveyed the cell phone market and brainstormed about the type of phones we should design.  At the time, we understood that the Motorola RAZR had experienced great sales success.  After looking at the Motorola had achieved with its RAZR phone, we wanted to create Samsung's own iconic design using different platforms, which is why the MPCP project came about.  Our goal was to outdo that phone with a new concept and design.  We observed that the general trend within cellular phones was to create devices with larger, higher resolution screens, and enhanced functionality.

We held collaborative meetings and brainstorming sessions over the course of one month with various designers, including the user interface designers, industrial design, color design, sound design, packaging design, and people from the product planning team who conduct market research from the standpoint of designers.  After our initial meetings, the team leader and MPCP team prepared presentations to summarize the design concepts generated during some of these brainstorming sessions and to present the marketing positions of the products we were conceptualizing.

**QUESTION NO. 14:  Ms. Park, I'm going to show you what has been designated RX-2784C.  Do you recognize this document?**

Yes.  This is one of the early presentations that came out of the brainstorming sessions in the MPCP project.

**QUESTION NO. 15:  Directing your attention to the page of RX-2784C with the number SAMNDCA00321667, can you please tell me what this is?**

Yes.  This is a chart that we created to show the evolution of cell phones over time.  We observed that LCD screen sizes were getting larger over time as screen technology improved allowing people to use their phones for more and more purposes.  For example, we noticed that users were using their cellular phones for text messaging, music playing, video, mobile television, and camera functions, where they had used them almost exclusively for voice-type activities in the past.  As the chart shows, the size of the LCD screen had to grow in size to accommodate the increased functionality such as mobile Internet.

**Contains Confidential Business Information Pursuant To Protective Order**

RX-3443C



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321667

**QUESTION NO. 16:  Did this research and brainstorming about the mobile phone market affect the direction of the MPCP project?**

Yes.  These trends suggested that a larger display screen would become the most important physical feature of the phone.  As a result, we looked to create a design that could provide a variety of content by incorporating a large size LCD display screen. Each of the four designers sought to create a design consistent with this concept.

**QUESTION NO. 17:  What type of phone, then, did you decide to create?**

We decided that a full-touch LCD phone would be the best design shape to pursue to achieve the largest possible LCD screen size.  We also decided to incorporate any physical buttons in a slide portion of the phone that could be hidden behind the full-touch LCD screen. The designers had the discretion to create a phone with a either a numeric keypad or a full QWERTY keypad underneath the sliding portion of the device.  After we decided upon the hardware platform requirements, the four designers generated many different detailed industrial design concepts.

**Contains Confidential Business Information Pursuant To Protective Order**

RX-3443C

**QUESTION NO. 18:  Did all four designers create a phone design for the competition?**

Yes, by August 2006, each of us had designed at least one full-touch mobile device, and we had created physical mockups of five of the designs.  Consistent with that basic concept of a full touch phone capable of many functions, the industrial designers named their resulting designs "vessel," "framer," "wrap," and, my own point of inspiration, "bowl."

**QUESTION NO. 19:  Directing your attention to RX-2776C, do you recognize this document?**

Yes.  This is another of the presentations we created for the MPCP project after the four designers had conceived of the different phone models. My understanding is that the materials in this presentation were collected after the design mock-ups were created in August 2006 in order to be shared with the MPCP group.

**QUESTION NO. 20:  Do you remember when this presentation was created?**

Yes.  This was created in August 2006.

<u>THE "BOWL" DESIGN CONCEPT</u>

**QUESTION NO. 21:  Directing your attention to the page of RX-2776C with the number SAMNDCA00321414 in the lower right corner.  Can you please tell me what this is?**

Yes.  The phone model you see depicted here is one of the designs I developed in collaboration with another MPCP designer based on the "bowl" concept.  It was called simply  "Bowl," as shown on page SAMNDCA00321414.  The images on the left are CAD renderings of the design. The images on the right reflect some of the inspirations for this design, including a flat body of water, a bowl containing water, and color combinations.   The full design, including the slider portion, is shown on the following page, SAMNDCA00321415.  There are also material and color samples shown on the bottom of the page.

**Contains Confidential Business Information Pursuant To Protective Order**

RX-3443C



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00321414

Contains Confidential Business Information Pursuant To Protective Order



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321415

**QUESTION NO. 22:  Directing your attention to the page of RX-2776C with the number SAMNDCA00321419, can you please tell me what this is?**

Yes.  The phone model you see depicted here is another design I created based on the "bowl" concept.  It was called "Q-Bowl."  The images on the left are CAD renderings of the front face of the design, while the image on the right reflects a color combination we were considering for the design.  The full design of Q-Bowl from various views is shown on the following page, SAMNDCA00321420.  Again, there are also material and color samples shown on the bottom of the page.

Contains Confidential Business Information Pursuant To Protective Order

**RX-3443C**

| Q BOWL | 46.2*92.27*14.8 _ 2.79 inch LCD |
|---|---|

UNIVERSAL BLUE

  

MPCP PROJECT 2006

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321419

Contains Confidential Business Information Pursuant To Protective Order



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321420

**QUESTION NO. 23:  And why did you name this design Q-Bowl?**

The Q stood for QWERTY, which is the type of slider keyboard in the design.  The word "bowl" came from my inspiration for the design.  A bowl is a vessel for content, has a general curve that makes it comfortable to hold, and the liquid it contains is smooth across the top surface—like the smooth front surface I used in my design.

**QUESTION NO. 24:  Can you please describe the Q-Bowl phone in your own words?**

Yes.  As you can see, the phone has a rectangular housing with four evenly-rounded corners. The edges of the phone are rounded over on all four sides, and the back of the device is mostly flat.  The phone has a large, flat, clear glass cover over the entire front face without ornamentation.  A single optical jog button is present at the bottom of the front face and was

**Contains Confidential Business Information Pursuant To Protective Order**

placed there so the user could easily return to the home screen and navigate through the phone's menus while operating the phone.  At the top of the front face is an oblong slot so that sound from the speaker below could reach the user's ear.  This centered location was chosen for the best audio functionality and to allow the user to hold the phone in different positions while still being able to hear the receiver well. The middle rectangular portion of the cover glass is left entirely clear, allowing the LCD screen to show through when it is turned on.  Bordering the display screen area on all four sides is a patterned mask, which hides the electrical components underneath.  The paint on the mask portion is applied by silkscreen on the underside of the glass. The mask creates narrow borders on either side of the display screen and larger borders above and below.  The borders surrounding the display screen had a minimum width at this time of at least three millimeters due to manufacturing constraints.

The front face of the phone is surrounded by a curved bezel that extends toward the back of the phone.  While the Bowl design had an even or uniform bezel surrounding the front face, the bezel of the Q-Bowl design was angled to the left side of the phone as a visual and tactile cue to suggest the sliding direction.  The rest of the phone body continues to curve around until it meets the flat back of the phone.  The phone also has a camera on the front surface, which is shown in my design as a clear circle in the upper right hand corner.  For this camera to function properly, the cover glass must be flat, otherwise there will be refractions or other problems if the glass is curved or shaped differently.  There is also a square-shaped camera in the upper left corner of the back of the device.

**QUESTION NO. 25:  Why did the Bowl and Q-Bowl phones you designed include a bezel?**

There were several MPCP designs that did not include a bezel.  Those phones are more difficult to mass produce because they perform poorly during drop testing.  The bezel helps to the protect the cover glass and display upon impact.  In the designs without a bezel, the cover glass was much more likely to break upon impact than when a bezel was present to protect it.

**Contains Confidential Business Information Pursuant To Protective Order**

**QUESTION NO. 26:  Let me direct your attention to the pages with the numbers SAMNDCA00321421-426 in this same presentation, marked as RX-2776C.  Can you tell me what is shown on these pages?**

Yes.  These pages contain photographs of the mockups of the various design concepts.  While the previous pages contain computer renderings, the images on pages SAMNDCA00321421-426 show photographs of the actual physical mockups.  This confirms my memory that mockups of all five models had been created by August of 2006.  Among the mockups pictured are my "Bowl" and "Q-Bowl" designs. The "Bowl" mockup is pictured on  page SAMNDCA00321424, and the "Q-Bowl" mockup is pictured on SAMNDCA00321426.  I note that there are pictures of two different mockups of Q-Bowl on page SAMNDCA00321426.  I designed a version with a smooth, mostly flat back, and another version with a kick-stand and a large lower portion to accommodate an extended battery.  These two mockups are shown in the photographs of the back of the devices in the middle of page SAMNDCA00321426.  There are also two side profile pictures on the top right corner of page SAMNDCA00321426, with the smooth back mockup on the left and the kickstand mockup on the right.

**Contains Confidential Business Information Pursuant To Protective Order**

RX-3443C



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321424

Contains Confidential Business Information Pursuant To Protective Order

**RX-3443C**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            SAMNDCA00321426

### SAMSUNG'S F700 PHONE

**QUESTION NO. 27:  Ms. Park, I'm also going to show you a series of additional pictures from your custodial files.  Can you please tell me whether you recognize them and, if so, what they depict?**

Yes.

**QUESTION NO. 28:  Here is RX-3608C.  What is shown in this picture?**

This photograph is a front view of the mockup of my Q-Bowl design from August 2006.  I believe this is a photo of the same mockup shown in **RX-2776C** on page SAMNDCA00321426.

**Contains Confidential Business Information Pursuant To Protective Order**



**QUESTION NO. 29:  Here is RX-3609C.  What is this picture?**

This is a side view of the August 2006 mockup of my Q-Bowl design with a kick-stand on the back, which shows the profile and flat front surface.



**Contains Confidential Business Information Pursuant To Protective Order**

**QUESTION NO. 30:  Here is RX-3610C.  What is shown here?**

This is a top view of my Q-Bowl design mockup, showing the top profile and flat front surface.



**QUESTION NO. 31:  Finally, here is RX-3611C.  What is shown in this picture?**

This is a back view of another Q-Bowl mockup that did not have a kick-stand.  This image shows the rounded corners and edges, as well as the smooth, mostly flat back.  This mockup exhibits the industrial design that was closer to the final version used to make the F700 phone.

**Contains Confidential Business Information Pursuant To Protective Order**



**QUESTION NO. 32:  And these are all pictures of the mockups that were created in or around August of 2006?**

Yes.

## OTHER SAMSUNG DESIGN CONCEPTS FROM 2006

**QUESTION NO. 33:  Did the other three designers in the MPCP project also design touchscreen phones?**

Yes, they did.

**QUESTION NO. 34:  Were mockups of those designs also created in August of 2006?**

Yes.

**Contains Confidential Business Information Pursuant To Protective Order**

RX-3443C

**QUESTION NO. 35:  Turning back to RX-2776C, please turn to page SAMNDCA00321423.  Do you recognize this phone design?**

Yes, these are photographs of the mockup of a design called "Vessel."  As you can see, the phone has a rectangular housing with four evenly-rounded corners.  The edges of the phone are rounded over on all four sides, and the back of the device is mostly flat.  The phone has a large, mostly flat, clear glass cover over the entire front face with no ornamentation.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321423

**QUESTION NO. 36:  Now take a look at page SAMNDCA00321425 of RX-2776C.  Do you recognize the phone design on this page?**

Yes, these are mockup photographs of a design called "Wrap."  It also had a flat, clear cover glass above the large LCD touchscreen below and extending over the entire front face.  The

**Contains Confidential Business Information Pursuant To Protective Order**

phone has an overall rectangular housing with four rounded corners, and also has a numeric keypad that slides out from behind the device.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321425

**QUESTION NO. 37:  I'm going to show you another page from the same presentation. Please turn to the page bearing bates number SAMNDCA00321422 of RX-2776C.  Do you recognize this phone design?**

Yes, these are mockup photographs of the design called "Framer."  It also had a transparent, mostly flat cover glass above the large LCD touchscreen below.  The phone has an overall rectangular housing with uneven corners, and it has a numeric keypad that slides out from behind the device.

Contains Confidential Business Information Pursuant To Protective Order

RX-3443C



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321422

**QUESTION NO. 38:  What was the ultimate result of the MPCP design competition at Samsung in the Fall of 2006?**

My Q-Bowl design won the competition and was chosen to be the MPCP design.

**QUESTION NO. 39:  Was the Q-Bowl phone ever mass produced?**

Yes, my industrial design for the Q-Bowl phone was used in the Samsung F700, which was released in 2007.

**QUESTION NO. 40:  I'm going to show you RPX-116.  Do you recognize this device?**

Yes, this is the F700 phone that I just mentioned, which was mass produced based on my Q-Bowl industrial design.

**Contains Confidential Business Information Pursuant To Protective Order**

RX-3443C

## MY Q-BOWL DESIGN WAS COMPLETE BEFORE APPLE'S
## PUBLIC DISCLOSURE OF THE ORIGINAL iPHONE

**QUESTION NO. 41:  Ms. Park, in your line of work do you ever look at competitors' products on the Internet or elsewhere?**

Yes, I occasionally browse the Internet regarding other companies' products.

**QUESTION NO. 42:  Ms. Park, are you familiar with the Apple iPhone?**

Yes.

**QUESTION NO. 43:  Do you recall when you first saw the original iPhone?**

I believe I saw images of it on the Internet shortly after the phone was announced publicly.

**QUESTION NO. 44:  Do you recall when that was?**

I don't recall exactly, but sometime in early 2007.

**QUESTION NO. 45:  Had you completed your designs for the Q-Bowl phone before you first saw the original iPhone on the Internet?**

Yes.  My Q-Bowl design was completed months before this announcement in August 2006.

## CONCLUSION

**QUESTION NO. 46:  Ms. Park, as a designer, is it a goal of yours to design products that are attractive to consumers?**

I am a designer. As such, my target is certainly to come up with a design that can appeal to

consumers. However, in designing mobile phones, a designer's professional competence depends

how the designer can come up with a design with a high-end craftsmanship within a more refined

and stable hardware platform.  In order for a design to be evaluated as a good design, it has to

have a desirable combination of attractive design product, software, engineering, manufacturing,

color, and so on.  It is our goal to create a design that incorporates all of these elements

effectively.  And to do so requires not just hard work and inputs from the designers alone.  It is

**Contains Confidential Business Information Pursuant To Protective Order**

necessary to collaborate with all the relevant teams such as the hardware and software engineering teams, the reliability testing team, the marketing team, and sales team.  All of these factors impact product conception, design, production, and demand generation as well.  All of those things go into conceiving, engineering, producing, and then creating demand for the product.

**QUESTION NO. 47:  Does this witness statement contain your answers to the foregoing questions from counsel?**

Yes.

**QUESTION NO. 48:  Are these answers to the questions from counsel true and correct to the best of your knowledge and belief?**

Yes.

Date:  May 3, 2012

Hyoung Shin Park

**Contains Confidential Business Information Pursuant To Protective Order**