# EXHIBIT X

# Timeline of Samsung Smartphones

**Samsung Products Before iPhone**







| i700 | i730 | i830 | BlackJack i607 | **Apple iPhone Announced** |
| Mar. 2004 | Jul. 2005 | Jan. 2006 | Nov. 2006 | Jan. 9, 2007 |

| 2004 | 2005 | 2006 | 2007 |

*PX. 3*

23

# Timeline of Samsung Smartphones

**Samsung Products After iPhone**









**Apple iPhone Announced**
Jan. 9, 2007

**F700**
Dec. 2007

**i8510 INNOV8**
Sep. 2008

**i8910 Omnia HD**
May 2009

**M7600 Beat DJ**
May 2009

**Jet S8000**
Jun. 2009

**i5700 Galaxy Spica**
Nov. 2009

**2007**  **2008**  **2009**

PX. 3

24

# Timeline of Samsung Smartphones

**Samsung Products After iPhone**








**Apple iPhone Announced**
Jan. 9, 2007

Galaxy S i9000
Jun. 2010

Vibrant T959
Jul. 2010

Mesmerize i500
Oct. 2010

Galaxy S 4G T959V
Feb. 2011

Galaxy S II SGH-I777
Oct. 2011

2007 | 2010 | 2011

PX. 3

25