1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,            |
20 |             Plaintiff,                           | CASE NO. 11-cv-01846-LHK
21 |        vs.                                       | **MANUAL FILING NOTIFICATION FOR EXHIBIT 2 TO SAMSUNG'S NOTICE OF FILING OF EXCLUDED CLOSING DEMONSTRATIVES**
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
23 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
24 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
25 |             Defendant.                           |
26

27

28

**MANUAL FILING NOTIFICATION**

Regarding:     Exhibits 2 to Samsung's Notice of Filing of Excluded Closing Demonstratives

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  (*See* Dkt. 1919.)  The exhibits were served on all parties on August 23, 2012.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____    Voluminous Document (PDF file size larger than efiling system allowances)

_____    Unable to Scan Documents

_____    Physical Object (description):

__X__    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____    Item Under Seal

_____    Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____    Other (description): _____

DATED: September 18, 2012            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By *Victoria F. Maroulis*
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC