# EXHIBIT 1

# F700 – Alternative Design

vodafone
SAMSUNG



