# EXHIBIT 3

# Apps and Applets

- The Court construed applet to mean "an application designed to run within an application module"

- The music app box is not empty

- Dr. Yang testified that he found the software, source code, and function

– Trial Tr. at 2433:8-11; DX 645



PDX 43.9