# EXHIBIT 4

## Validity of the '711 Patent

- No Anticipation
- Patent Office knew about the successor to the K700 – the K750 – and still issued the '711
  –Yang Trial Tr. at 3667:16
- No evidence of K700 controllers or applets
- Patent Office knew about Java and Java applets and still issued the '711
  –Yang Trial Tr. at 3667:10-25

SDX5005.026