# Corrected Exhibit 60



## Rectangular Portable Devices Before The iPad


**USD461,802**


**JPD1142127**


**HP TC1000**


**U.S. Patent Pub.
No. 2004/0041504**


**1994 Fidler**


**iPad
(Jan. 27, 2010)**

9