# Corrected Exhibit 62



# Missing Row in D' 305 Design

## Freddy Anzures - Apple Design Inventor



**Q.** Directing your attention to Figure 1 of the '305 design patent, which is Exhibit 577, you'll see that there's an empty space there between the third rows and then the dock?

**A.** Yes.

**Q.** Do you know if there's a reason for that empty space?

**A.** Yes.

**Q.** What's the reason for the empty space?

**A.** The reason was to provide a space between the main icons and the dock icons.

**Q.** And why was that?

**A.** By design. So that there's a visual distinction between the four icons at the bottom, which we call your favorites, and the other icons on the screen.

–10/18/11 Depo. at 83:21-84:12



D'305, Fig. 1

SDX 3706