# Corrected Exhibit 69



## D'305 Patent



JX 1042

- **Missing Row v. Full Grid**

- **Different Aspect Ratios**

- **Different Icons**

- **Random v. Alphabetically Arranged Icons**

- **No Page Indicators v. Page Indicators**

- **Home Page v. Application Screen**

## Samsung Showcase Applications Screen



JX 1017