# Corrected Exhibit 86-3964.26-.38



# Tablecloth (2005) on the DiamondTouch (2001)

19. A device, comprising:

a touch screen display;

one or more processors;

memory; and

one or more programs,

wherein the one or more programs are stored in the memory and

configured to be executed by the one or more processors, the programs including:

Exh. JX-1045 ('381 Patent, Claim 19)





# Tablecloth (2005) on the DiamondTouch (2001)

instructions for displaying a first portion of an electronic document; ✓

Exh. JX-1045 ('381 Patent, Claim 19)



SDX3964.027a



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement;

Exh. JX-1045 ('381 Patent, Claim 19)



SDX3964.028a

SDX3964.028



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for translating the electronic document displayed on the touch screen display **in a first direction** to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement;

Exh. JX-1045 ('381 Patent, Claim 19)



SDX3964.029a



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for translating the electronic document displayed on the touch screen display in a first direction **to display a second portion** of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement;

Exh. JX-1045 ('381 Patent, Claim 19)



SDX3964.030a

SDX3964.030



# Tablecloth (2005) on the DiamondTouch (2001)



instructions for
transitioning the
electronic
display of the
screen from the
direct... of the
second portion of the
electronic document,
wherein **the second
portion is different from
the first portion,** in
response to detecting
the movement;

Exh. JX-1045 ('381 Patent, Claim 19)



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for **displaying an area beyond an edge** of the electronic document and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and



SDX3964.032a

Exh. JX-1045 ('381 Patent, Claim 19)



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for displaying an area beyond an edge of the electronic document and **displaying a third portion** of the electronic document, wherein the third portion is smaller than the first portion, in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and



Exh. JX-1045 ('381 Patent, Claim 19)

SDX3964.033a



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for displaying an area beyond an edge of the electronic document and displaying a third portion of the electronic document, wherein **the third portion is smaller than the first portion,** in response to the edge of the document while transl electronic the first di the object on or near screen dis





Exh. JX-1045 ('381



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for **translating** the electronic document **in a second direction** until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display.

Exh. JX-1045 ('381 Patent, Claim 19)



SDX3964.035a



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for translating the electronic document in a second direction until **the area beyond the edge of the electronic document is no longer displayed** to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display.

Exh. JX-1045 ('381 Patent, Claim 19)



SDX3964.036a

SDX3964.036



# Tablecloth (2005) on the DiamondTouch (2001)

instructions for translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to **display a fourth portion** of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display.

Exh. JX-1045 ('381 Patent, Claim 19)



SDX3964.037a

SDX3964.037



# Tablecloth (2005) on the DiamondTouch (2001)



instructions for displaying the entire electronic document in a second mode, the a... of the ... document displa... fourth portion of the electronic document, wherein the **fourth portion is different from the first portion,** in response to detecting that the object is no longer on or near the touch screen display.

Exh. JX-1045 ('381 Patent, Claim 19)

