| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S NOTICE OF FILING OF EXCLUDED EXHIBITS AND DEMONSTRATIVES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Pursuant to the Court's Order Granting-in-Part and Denying-in-Part Motions to Seal (Dkt.
2  No. 1966) and Local Rule 79-5(e), Apple hereby re-files publicly exhibits and demonstratives
3  excluded by the Court during the course of trial, previously filed temporarily under seal in
4  connection with Dkt. Nos. 1908, 1910, and 1914-1.[1]  A citation to the record where the Court
5  ruled on the evidence is provided again herein.

- Underlying evidence to PX12, PX13, PX14 (Trial Tr. 655:21-25.)
- PX19 (Dkt. No. 1563.)
- PX21 (Trial Tr. 1372:13-20.)
- PX41 (Dkt. No. 1563.)
- PX49 (Dkt. No. 1657.)
- PX50 (Dkt. No. 1520.)
- PX61 (Trial Tr. 2473:9-11.)
- PX63 (Dkt. No. 1798.)
- PX64 (Trial Tr. 3725:24-3726:2.)
- PX66A (Trial Tr. 3725:24-3726:2.)
- PX66B (Trial Tr. 3725:24-3726:2.)
- PX85 (Dkt. No. 1749.)
- PX87 (Dkt. No. 1749.)
- PX96 (Dkt. No. 1715.)
- PX113 (Dkt. No. 1774.)
- PX114 (Dkt. No. 1774.)
- PX126 (Dkt. No. 1512.)
- PX151 (Dkt. No. 1720.)
- PX152 (Dkt. No. 1563.)
- PX157 (Dkt. No. 1522.)

---

[1] Apple excludes from this filing three exhibits addressed in a non-temporary motion to seal, Dkt. No. 1907—PX63, PX87, and PX2065—pending the filing of renewed motions to seal in light of the Court's denial without prejudice.

1  - PX175 (Dkt. No. 1563.)
2  - PX178 (Dkt. No. 1563.)
3  - PX179 (Dkt. No. 1563.)
4  - PX188 (Dkt. No. 1715.)
5  - PX197 (Dkt. No. 1563.)
6  - PX198 (Dkt. No. 1563.)
7  - PX219 (Dkt. No. 1798.)
8  - PX2040 (Dkt. No. 1690.)
9  - PX2065 (Dkt. No. 1808.)
10 - PX2226 (Dkt. No. 1690.)
11 - PX2321 (Trial Tr. 3637:9-22.)
12 - PDX14.4 (Trial Tr. 1331:23-25.)
13 - PDX14A.47 (Dkt. No. 1798.)
14 - PDX14A.48 (Dkt. No. 1798.)
15 - PDX14A.49 (Dkt. No. 1798.)
16 - PDX14A.50 (Dkt. No. 1798.)
17 - PDX14A.51 (Dkt. No. 1798.)
18 - PDX14A.52 (Dkt. No. 1798.)
19 - PDX20 (Dkt. No. 1563.)
20 - PDX21 (Dkt. No. 1563.)
21 - PDX22 (Dkt. No. 1563.)
22 - PDX23 (Dkt. No. 1563.)
23 - PDX24 (Dkt. No. 1563.)
24 - PDX28.17 (Trial Tr. 1508:25-1509:23.)
25 - PDX28.25 (Dkt. No. 1596.)
26 - PDX28.27 (Dkt. No. 1596.)
27 - Slides 37 and 45 of Apple's proposed closing statement (Dkt. No. 1895 at 2-3.)
28

Dated: September 18, 2012        MORRISON & FOERSTER LLP

                                 By:   /s/ *Jason R. Bartlett*
                                       Jason R. Bartlett

                                 Attorneys for Plaintiff
                                 APPLE INC.