# Graphical Designs Considered by Apple

**PLAINTIFF'S EXHIBIT NO. 19**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____








