# Samsung Applications Screens

PLAINTIFF'S EXHIBIT NO.  21

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

## Captivate







Plaintiff's Exhibit No. 21.2

# Samsung Applications Screens

## Continuum





# Samsung Applications Screens

## Droid Charge







# Samsung Applications Screens

## Epic 4G





# Samsung Applications Screens

## Fascinate

  

# Samsung Applications Screens

## Galaxy S 4G






# Samsung Applications Screens

## Galaxy S (i9000)





# Samsung Applications Screens

## Gem




# Samsung Applications Screens

## Indulge





# Samsung Applications Screens

## Infuse 4G





# Samsung Applications Screens

## Mesmerize





Plaintiff's Exhibit No. 21.12

# Samsung Applications Screens

## Galaxy S Showcase (i500)





# Samsung Applications Screens

## Vibrant





