# Next Phase UX Direction

through iPhone and TouchWiz Competitiveness Analysis

2010. 04. 02
UX INNOVATION T/F

**PLAINTIFF'S EXHIBIT NO. 61**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By: _____

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998213

# Philosophy and Characteristics of iPhone UX

✓ Easy and simple Usability

✓ Potential and diversity of Applications

✓ Powerful and easy SDK

✓ Speedy and sensitive Touch feelings

✓ Modern and minimal Look & style

✓ Emotional and joyful Experiencing

Consideration for displaying the virtual Keypad differently depending on the situation
PUI that minimizes the Physical Key
Consistent transition effect in moving to Previous/Next page

**SLP UX TEAM**                                                                                          **2/20**

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998214

## iPhone UX Philosophy and Characteristics Example (1/6)
# Easy and simple Usability

- ✓ Simple home structure and simple navigation rule
- ✓ Simple function and layout
- ✓ Hidden power feature
- ✓ Contextual keypad

- ✓ Navigation & function is max 3 in one screen
- ✓ Recognizable color coding
- ✓ Do not ask or give feedback pop up

**SLP UX TEAM**                                                                3/20

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998215

# iPhone UX Philosophy and Characteristics Example (1/6)
# Easy and simple Usability

✓  Simple home structure and simple navigation rule



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998216

# iPhone UX Philosophy and Characteristics Example (1/6)
# Easy and simple Usability

✓   Simple function and layout



A                 B
Camera viewfinder

**SLP UX TEAM**                                                           **5/20**

Highly Confidential - Attorneys' Eyes Only

# iPhone UX Philosophy and Characteristics Example (1/6)
# Easy and simple Usability

✓ Hidden power feature



**Search Across Phone**
Flick to the left of the main Home
screen to open Spotlight search screen.

**Spotlight Screen**

**SLP UX TEAM**                                              **6/20**

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10998218

# iPhone UX Philosophy and Characteristics Example (1/6)
# Easy and simple Usability

✓ Contextual keypad



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10998219

**iPhone UX Philosophy and Characteristics Example (1/6)**

# Easy and simple Usability

✓ Contextual keypad

Highly Confidential – Attorneys' Eyes Only                    SAMNDCA10998220

Plaintiff's Exhibit No. 61.9

# iPhone UX Philosophy and Characteristics Example (2/6)
# Potential and diversity of Applications





**iPhone comes with great apps.**
Desktop-class email. GPS-powered Google Maps. Text and multimedia messaging.* iPhone comes with an amazing suite of applications right out of the box.



**Shop the App Store.**
Browse the App Store in categories from games to business, education to entertainment, finance to fitness. New applications from world-class developers arrive every day.



**SLP UX TEAM**      **9/20**

Highly Confidential - Attorneys' Eyes Only      SAMNDCA10998221

# iPhone UX Philosophy and Characteristics Example (3/6)
# Powerful and easy SDK

✓ Various basic winsets provided in the interface builder
✓ Strong support for UX consistency by providing limited layout through the Interface builder.




Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998222

iPhone UX Philosophy and Characteristics Example (1/6)
# Speedy and sensitive Touch feelings

**SLP UX TEAM**                                                    **11/20**

Highly Confidential - Attorneys' Eyes Only              SAMNDCA10998223

iPhone UX Philosophy and Characteristics Example (5/6)
# Modern and minimal Look & style

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998224

**iPhone UX Philosophy and Characteristics Example (6/6)**
# Emotional and joyful Experiencing

✓  Quickly and easily shake and undo paste.

✓  Componental Transitions

✓  Dynamic Input Field

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998225

# iPhone UX Philosophy and Characteristics Example (6/6)
# Emotional and joyful Experiencing

✓   Quickly and easily shake and undo paste.



**Shake**
With a Shake and Tap of your iPhone
you can now Undo your last Paste.



**Redo Paste**
A second Shake and Tap will now give
you the additional option to redo the
last Paste.

**SLP UX TEAM**                                                                           **14/20**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998226

# iPhone UX Philosophy and Characteristics Example (6/6)
# Emotional and joyful Experiencing

✓   Componential Transitions

    

**SLP UX TEAM**                                                               **15/20**

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998227

# iPhone UX Philosophy and Characteristics Example (6/6)
# Emotional and joyful Experiencing

✓ Quickly and easily shake and undo paste.



---

**SLP UX TEAM**                                                         **16/20**

Highly Confidential - Attorneys' Eyes Only

# iPhone UX Philosophy and Characteristics Example (6/6)
# **Emotional and joyful Experiencing**

✓   Quickly and easily shake and undo paste.

**SLP UX TEAM**                                                                    **17/20**

Highly Confidential – Attorneys' Eyes Only                        SAMNDCA10998229

# iPhone UX Philosophy and Characteristics Example (6/6)
# Emotional and joyful Experiencing

✓   Quickly and easily shake and undo paste.

Highly Confidential – Attorneys' Eyes Only                    SAMNDCA10998230

# iPhone UX Philosophy and Characteristics Example (6/6)
# Emotional and joyful Experiencing

✓   Quickly and easily shake and undo paste.

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10998231

# TouchWiz 3.0 UX Status

ex. Benchmarking iPhone led to patchwork-like
   improvements resulting in lack of consistent philosophy

**SLP UX TEAM**                                                          **20/20**

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10998232

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

14 May 2012

I hereby certify that this Korean to English translation of pages SAMNDCA10998213 to SAMNDCA10998232 of the document with the beginning Bates number SAMNDCA10998213 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____

Peter Mauro Schroepfer

Plaintiff's Exhibit No. 61.22



iPhone과 TouchWiz의 경쟁력 분석을 통한

# 차기 UX 추진 방향

2010. 04. 02
**UX INNOVATION T/F**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998213

Plaintiff's Exhibit No. 61.23

# iPhone UX의 철학과 특징

✓ Easy and simple Usability

✓ Potential and diversity of Applications

✓ Powerful and easy SDK

✓ Speedy and sensitive Touch feelings

✓ Modern and minimal Look & style

✓ Emotional and joyful Experiencing

상황에 따라 virtual keypad를 달리 보여주는 배려
Physical key 최소화하는 PUI
이전/다음 페이지에 사용되는 transition effect의 일관성

**SLP UX TEAM**                                                                                    **2 / 20**

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998214

# iPhone UX의 철학과 특징 사례 (1/6)
# Easy and simple Usability

✓ Simple home structure and simple navigation rule

✓ Simple function and layout

✓ Hidden power feature

✓ Contextual keypad


✓ Navigation & function is max 3 in one screen

✓ Recognizable color coding

✓ Do not ask or give feedback pop up

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998215

Plaintiff's Exhibit No. 61.25

## iPhone UX의 철학과 특징 사례 (1/6)
# Easy and simple Usability

✓ Simple home structure and simple navigation rule



Highly Confidential – Attorneys' Eyes Only                              SAMNDCA10998216

Plaintiff's Exhibit No. 61.26

**iPhone UX의 철학과 특징 사례 (1/6)**

# Easy and simple Usability

✓ Simple function and layout



A             B

Camera viewfinder

Highly Confidential - Attorneys' Eyes Only       SAMNDCA10998217

Plaintiff's Exhibit No. 61.27

# iPhone UX의 철학과 특징 사례 (1/6)
# Easy and simple Usability

✓ Hidden power feature



**Search Across Phone**
Flick to the left of the main Home
screen to open Spotlight search screen.

**Spotlight Screen**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998218

## iPhone UX의 철학과 특징 사례 (1/6)
# Easy and simple Usability

✓ Contextual keypad



| URL | Email | Number | Symbol (1/2) | Symbol (2/2) |

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998219

**iPhone UX의 철학과 특징 사례 (1/6)**
# Easy and simple Usability

✓ Contextual keypad

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10998220

Plaintiff's Exhibit No. 61.30



# iPhone UX의 철학과 특징 사례 (2/6)
# Potential and diversity of Applications



**iPhone comes with great apps.**
Desktop-class email. GPS-powered Google Maps. Text and multimedia messaging.* iPhone comes with an amazing suite of applications right out of the box.



**Shop the App Store.**
Browse the App Store in categories from games to business, education to entertainment, finance to fitness. New applications from world-class developers arrive every day.



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998221

Plaintiff's Exhibit No. 61.31

## iPhone UX의 철학과 특징 사례 (3/6)
# Powerful and easy SDK

✓ Interface builder에 제공되는 다양한 기본 winset

✓ Interface builder를 통해 제한된 Layout을 제공 일관성 있는 UX를 강력하게 지원.





Navigation에 필요한 전환 효과를 drop down 메뉴로 제공

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998222

Plaintiff's Exhibit No. 61.32

**iPhone UX의 철학과 특징 사례 (1/6)**

# Speedy and sensitive Touch feelings

**SLP UX TEAM**                                                                        **11 / 20**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998223

Plaintiff's Exhibit No. 61.33

**iPhone UX의 철학과 특징 사례 (5/6)**

# Modern and minimal Look & style

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998224

**iPhone UX의 철학과 특징 사례 (6/6)**
# Emotional and joyful Experiencing

✓ Quickly and easily shake and undo paste.

✓ Componential Transitions

✓ Dynamic Input Field

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10998225

# iPhone UX의 철학과 특징 사례 (6/6)
# Emotional and joyful Experiencing

✓ Quickly and easily shake and undo paste.



**Shake**
With a Shake and Tap of your iPhone
you can now Undo your last Paste.



**Redo Paste**
A second Shake and Tap will now give
you the additional option to redo the
last Paste.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10998226

**iPhone UX의 철학과 특징 사례 (6/6)**
# Emotional and joyful Experiencing

✓ Componential Transitions

    

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10998227

# iPhone UX의 철학과 특징 사례 (6/6)
# Emotional and joyful Experiencing

✓ Quickly and easily shake and undo paste.



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998228

Plaintiff's Exhibit No. 61.38

**iPhone UX의 철학과 특징 사례 (6/6)**

# Emotional and joyful Experiencing

✓ Quickly and easily shake and undo paste.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998229

**iPhone UX의 철학과 특징 사례 (6/6)**

# Emotional and joyful Experiencing

✓ Quickly and easily shake and undo paste.

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10998230

**iPhone UX의 철학과 특징 사례 (6/6)**

# Emotional and joyful Experiencing

✓  Quickly and easily shake and undo paste.

Highly Confidential - Attorneys' Eyes Only                              SAMNDCA10998231

Plaintiff's Exhibit No. 61.41

# TouchWiz 3.0 UX 현황

ex. iPhone을 벤치마킹하다보니 짜집기식 개선되어
  일관된 철학 부재

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10998232