# DEVICE – LG Optimus T