# DEVICE – Blackberry 8700G