PLAINTIFF'S EXHIBIT NO. 175
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

PCWorld

News    Reviews    How-To's    Downloads    Shop & Compare    Apps    Business Center

Search

TRENDING    Phones    Tablets    Operating Systems    Laptops    Games    Networking & Wireless    Windows    Web    Gadgets    Consumer Advice    MOR

PCWorld MAGAZINE
› Subscribe & Get a Bonus CD
› Digital Edition
› Customer Service

BEST. EVERYTHING

11.8" x 6.1" footprint.
Up to 25 pages per minute.
30-sheet autofeed.

Canon
imageFORMULA

Buy a Canon DR-C125 now and get a FREE year of support.
Promotion ends 7/31/12

CarePAK

Sign in with PCW or Create a New Account.

PCWorld » Blogs » Mobile Computing

Follow us on:

Recommend:    0 Comments    Print

Subscribe to the Smart Phone News Newsletter - weekly

Enter e-mail    Go

See All Newsletters »

MOBILE COMPUTING

# Samsung Galaxy S: How Does It Measure Up to the Competition?

By Ginny Mies, PCWorld    Jun 29, 2010 5:42 PM



This spring, Samsung introduced the Samsung Galaxy S, a super Android smartphone to rival the HTC EVO 4G, the various Droids (both Motorola's and HTC's) and of course, the iPhone 4. Versions of the Galaxy S will be making its way to U.S. shores this summer in four different form factors to all four major U.S. carriers. I was lucky enough to get my hands on the original European Galaxy S and did some quick side-by-side comparisons with the other hot phones of the summer.

**Design and Display**

When I first picked up the Galaxy S, I was amazed with how thin and lightweight it was. I was also surprised by how familiar it looked. The design is actually very iPhone 3GS-like with an all black, shiny plastic body and minimal buttons on the phone's face. It is thinner than both the EVO 4G and the Droid X measuring 0.39-inches thick, but slightly beefier than the ultra-slim 0.37-inch iPhone 4. It is the lightest of the bunch, weighing a scant 4.2 ounces.



The Galaxy S's feather-light weight is due in part to the Super AMOLED technology, which the Samsung first introduced at Mobile World Congress on the Samsung Wave. Super AMOLED technology has touch sensors on the display itself as opposed to creating a separate layer (Samsung's old AMOLED displays had this extra layer) making it the thinnest display technology on the market. Super AMOLED is fantastic; you really have to see it in real life to experience it. Colors burst out of the display and animations appeared lively and smooth.

The Galaxy S' 4-inch display is larger than the iPhone's (3.5-inches), but smaller than the HTC EVO 4G and Motorola Droid X's displays (4.3-inches). Despite its smaller size, the Galaxy S outshined both the Droid X and the EVO 4G in my casual side-by-side comparisons. The side-by-side with the iPhone 4 was a closer call. The iPhone 4's display appeared slightly sharper, but I thought the Galaxy S's colors looked more natural. It is really hard to declare a winner--both displays are stunning.

**Samsung TouchWiz 3.0 with Android 2.1**

The Samsung Galaxy S runs Android 2.1 (Eclair) with Samsung's own TouchWiz 3.0 user interface. Overall, this version of TouchWiz is a lot better than the version on the Samsung Behold II for T-Mobile, which was slow and difficult to navigate. But while this version is an improvement, I encountered some familiar issues with TouchWiz 3.0. Despite the 1GHz



The fully-thought-through Satellite® Ultrabook.™ Only from Toshiba.

Learn more

TOSHIBA
Leading Innovation >>>

Your PC, simplified.    Windows 7



TechHive
BETA BLOG

FOLLOW TECHHIVE

A/V connectors guide in pictures

Eight mind-expanding puzzle apps

Cure your Summer

Similar Articles:



Samsung Galaxy S III: Hands-On With a Smartphone Sensation

Galaxy S III Local Search Gone: Apple Patents Kill Another Android Feature

Samsung Galaxy S III Sales Hit 10 Million

Samsung Plans 64GB Galaxy S3 This Year



Hummingbird processor, the phone lags when launching apps, flipping through menus and scrolling down contact lists or Web pages. This could be due to the fact that this is a pre-production unit, however, and not everything is in perfect working order.

Like HTC Sense, Samsung has its own social media aggregator. Social Hub combines streams from your Facebook, MySpace and Twitter accounts into a single view. It is a useful feature if you need a simple way to keep track of your networks. One odd feature is Mini Diary, which lets you create blog entries with photos, weather info, texts and more. This would be a great feature if you could actually sync this information to your blog or Facebook profile--but weirdly, you can't.

### Camera



Samsung Galaxy S Test Shot

We put the Galaxy S's 5-megapixel camera through a modified version of our PCWorld Lab Test for point-and-shoot digital cameras along with the iPhone 4, the Motorola Droid X and the HTC EVO 4G. Unfortunately our test panel was not very impressed with the Galaxy's photo quality. The Galaxy S phone earned the lowest score out of the four and an overall word score of "Fair." It finished ahead of the Evo 4G in terms of exposure quality, but finished in last place in our color accuracy, sharpness, and distortion tests.

On the other hand, it took second place in overall video quality. Its performance was skewed heavily toward good performance in bright light. According to our panel, bright-light footage looked a bit underexposed and slightly grainy in a full-screen view, but great at smaller sizes. The Galaxy S's auto-focus searches a bit before locking onto a crisp image. Its microphone actually picks up audio a bit too well: our audio clip sounded far too loud and blown-out, while it was barely picked up at all by some of the other smartphones in this comparison. In low light, the footage was a bit too murky and undefined to earn a better rating. Read the full test results in our Smartphone Camera Battle: iPhone vs. the Android Army.

Keep an eye out for full reviews of the Samsung Galaxy S phones including the Samsung Epic 4G (Sprint), Samsung V brant (T-Mobile) and the Samsung Captivate and the Samsung Fascinate (Verizon).

See more like this: samsung, android, verizon, at&t, t-mobile, sprint

Would you recommend this story? 

Sponsored Links

**TracFone Cell Phones**
Tracfone Has The Best Brand Name Phones. Motorola, Nokia, Kyocera & Lg
www.TracFone.com

**Find The Best Cell Phones**
Looking to compare cell phones? Find the best here!
CellMobileDirect.com

**No Contract Smartphones**
The Best Deals On The Best Phones - No Contracts. Learn More Now
IncrediCell.com

**Samsung Galaxy**
Brand new, used, refurbished, unlocked, no contract available
cellphonefresh com

## Comments



Leave a comment

Submit Comment

Once you click submit you will be asked to sign in or register an account if you are not already a member.

Sort by:  Oldest First  |  Newest First



**Lenovo Laptop Deals**

**IdeaPad U400** ★★★★☆
The Lenovo IdeaPad U400 laptop offers a great combination of style, performance, and superior input ergonomics.
Buy now direct from Lenovo

**ThinkPad X230** ★★★★☆
It's the X series ultraportable laptop you love with the same rugged styling and construction, eraserhead cursor control, and comfortable keyboard--with a few innovations.
Buy now direct from Lenovo

### Mobile Computing

Most Recent    Most Recommended

### Best Prices on Cell Phones

Most Popular    All Categories

**iPhone 4 8 GB White Smartphone - AT&T**
$349.00 and up   See All Prices

**iPhone 4S 16 GB Black Smartphone - AT&T**
$473.00 and up   See All Prices

**Droid Razr Maxx Black Smartphone - Verizon Wireless (1.2 GHz Dual-Core Processor, 1 GB RAM, 16 GB Internal Storage, 16 GB microSD Card, microSD Card Slot, Android 2.3.5, 3G/4G, 8 MP Camera)**
$699 00 and up   See All Prices

**Galaxy S III White Smartphone - AT&T (1.5 GHz Dual-Core Processor, 2 GB RAM, 16 GB Internal Storage, microSD Slot, Android 4.0, 4G, 8 MP Camera)**
$649.00 and up   See All Prices

See all Best Prices on Cell Phones »

See also: VOIP Phones, Headsets, Best Prices on PDAs

### All PCWorld Blogs

Most Recent    Most Recommended

**Company of Heroes 2 Will Be Deep, Immersive, and Cold**
Company of Heroes 2 adds a new opponent to the battlefield: The Weather.

**Google Search Adds Scientific Calculator to Repertoire**
A new number cruncher pops up when calcula ions are performed in the Google search box.

**Need Help Choosing a Smartphone or Tablet? Head to Versus IO**
This clever site compares a huge selec ion of models head-to-head, giving you the reasons you should choose one over another.

**Exoplanet May Be Almost as Habitable as**

**Earth; No, You Can't Move There**
Gliese 581g, located 20 light years from Ear h, may be the most Ear h-like exoplanet yet discovered.

## Today's Special Offers

**Xerox Mobile Scanner - Wireless puts you everywhere**
Needs no cables or computer. Scan to Android, Mac, iPhone, iPad or the cloud over Wi-Fi.

**Giada's i53 the newest powerful performance in book-sized Mini PC**
A compact Green PC with Ivy Bridge CPU, high performance GPU and great connectivity for office and home application.

**LogMeIn Rescue: Free Remote Access to any PC or Mobile Device.**
Deliver support worldwide. Instantly view, diagnose, and fix any PC. Reduce onsite visits, reduce costs and improve productivity.

**Red Pocket Mobile : Freedom For All**
Contract-Free SIM Card Saves You Money Off Your Wireless Bill Every Month

**Password Frustration Solved**
Weary of trying to remember so many passwords? Use MyLOK!

**My Passport 2 TB portable hard drive for PC users**
Tons of storage space. Password protection & data encryption. Includes auto backup software.

**Mac and iOS management: 100% educational discount**
JAMF Software extends discounts to help you leverage the power of Apple devices in the classroom

**The Ultimate Smartphone Accessory For Your Car.**
The revolutionary way to use many of your favorite apps from your compatible smartphone in your car.

**Viewers Prefer LG Cinema 3D for the Best Reasons**
From its brilliant 3D experience to the ease of battery-free glasses, LG Cinema 3D wows in every way.

**Viewers Prefer LG Cinema 3D for the Best Reasons**
From its brilliant 3D experience to the ease of battery-free glasses, LG Cinema 3D wows in every way.

**Ultra- Responsive, Ultra-Stylish, the Ultrabook. Powered by Intel.**
Get a light-weight PC that delivers high-performance technology and reliability.

**Giada's i53 the newest powerful performance in book-sized Mini PC**
A compact Green PC with Ivy Bridge CPU, high performance GPU and great connectivity for office and home application.

**Express yourself with QuickMemo™**
Capture a screen image, make notes, and share it with friends. Add a personal touch in all you do!

**Mac and iOS management: 100% educational discount**
JAMF Software extends discounts to help you leverage the power of Apple devices in the classroom

**Giada's i53 the newest powerful performance in book-sized Mini PC**
A compact Green PC with Ivy Bridge CPU, high performance GPU and great connectivity for office and home application.

**Copy and paste between Mac & PC with the j5 create Wormhole Switch**
Copy and paste between Mac & PC with the j5 create Wormhole Switch

**My Passport 2 TB portable hard drive for PC users**
Tons of storage space. Password protection & data encryp ion. Includes auto backup software.

**Create, Edit, and Secure PDF Documents**
Download this whitepaper to learn how Foxit?s PDF solutions can improve your bottom line

## Editors' Picks   ◄ ►



**Need Help Choosing a Smartphone or Tablet? Head to Versus IO**



**USB Group Approves New One-Size-Fits-All Charging Method**



**Galaxy S III Local Search Gone: Apple Patents Kill Another Android Feature**



**Google Glass Horror Stories From Your Privacy-Free Future**



**iPhone and iPad Security: 5 Often-Overlooked Settings**



**Apple's iOS 6 Removes Password Prompts for Free Apps**

Home
**Products**
Android App Reviews   Desktop PCs   Laptops   Storage
iPhone App Reviews   E-Readers   Macs & iPods   Tablets
Business Center   Gadgets   Monitors   Tech Industry
Cameras   Gaming   Printers   Tech Events
Camcorders   HDTV   Software   Upgrading
Cell Phones & PDAs   Home Theater   Spyware & Security   Windows
Consumer Advice

**Network Sites**   **About PCWorld**   **Resources**
PCWorld Business Center   About Us   Newsletters
Search for Tech Jobs   Ad Choices   FAQ



Samsung Galaxy S: How Does It Measure Up to the Competition? | PCWorld



Careers at IDG
Macworld
TechHive

Advertise
PCWorld Content Works
Terms of Service Agreement
Privacy Policy
Site Map

Contact Us
RSS Feeds
Magazine Customer Service
Community Standards

Visit other IDG sites:   Select One

© 1998-2012, IDG Consumer & SMB

Address 1

State    Zip

Address 2

E-mail (optional)

Click Here

Canadian Residents | Foreign Residents | Gift Subscriptions
Customer Service | Privacy Policy