Highly Confidential – Attorneys' Eyes Only

# Research & Study:
# Competitor's GUI study

**Samsung Galaxy S1**

**vs.**

**- Competitior's Android phones,**

**- (Non-Android) Smart phones &**

**- Samsung Android Phones for**

**2 different carriers**

SAMNDCA11112967

**PLAINTIFF'S EXHIBIT NO. 179**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 179.2

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112968

## Competitors' Product lists for GUI study

### Android Phones

| Samsung | Google | Sony Ericsson | Motorola | | HTC | |



Galaxy S1   Nexus One   Xperia X10   _ Milestone   Cliq   Desire   Hero

### Non-Android Phones

RIM   Nokia   Apple



Blackberry
Bold9700   Nokia N97   i-phone 3Gs

Highly Confidential – Attorneys' Eyes Only

| Samsung | Galaxy S1 |
|---------|-----------|



| OS | Android 2.1(Éclair) |
|----|---------------------|
| UI | **Samsung Android UI(TouchWiz 3.0)** |

| Size | 64.2X122.4X9.9mm |
|------|------------------|
| Weight | 118g |
| Display | 4.0" Super AMOLED (OCTA) WVGA |
| Pixel | 480X800 |
| Touchscreen | Multi-touch |
| Keyboard | Virtual |
| Color | Black |

| GUI |
|-----|
| Look & Feel: Crispy, Coloful, Smooth, Fresh<br>Color: ▨▨▨▢▨■<br>Font: Droid Sans<br>Icons: Detailed full color icons, Glossy, Various<br>Colored - square buttons with rounded corners |







| Screen Design |
|---------------|

SAMNDCA11112969

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112970

| Google | Nexus One |
|--------|-----------|



| OS | Android 2.1(Éclair) |
|----|---------------------|
| UI | Google(GED) |

| Size | 59.8X119X11.5 |
|------|---------------|
| Weight | 130g |
| Display | 3.7" AMOLED WVGA |
| Pixel | 480X800 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | 2 tone gray |

| GUI |
|-----|
| Look & Feel: Not fancy, Convenient, Neat, Grey |
| -> Upgradable Look, old apple GUI feel |
| Color: |
| Font: Droid Sans |
| Icons: Neat, Standard drawing & type icons |






**Screen Design**

Plaintiff's Exhibit No. 179.5

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112971

| Sony Ericsson | Xperia X10 |
|---|---|



| OS | Android 2.0 |
|---|---|
| **UI** | **Nexus(Rachael) UI** |

| Size | 63X119X13 |
|---|---|
| Weight | 135g |
| Display | 4.0" TFT WVGA |
| Pixel | 480X854 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | Black, White |

| GUI |
|---|
| Look & Feel: Cold, Sleek, Futuristic, Neat |
| Color: |
| Font: * |
| Icons: Dimetional, Clean, Sharp / Blue & White Color - > Consistent Feel |





| Screen Design |
|---|

Plaintiff's Exhibit No. 179.6

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112972

| Motorola | Droid Milestone |
|---|---|







| OS | Android2.0 (Éclair) |
|---|---|
| UI | Google(GED) |

| Size | 60X115.80X13.70 |
|---|---|
| Weight | 169g |
| Display | 3.7" TFT WVGA |
| Pixel | 480X854 |
| Touchscreen | Capacitive |
| Keyboard | Slider QWERTY |
| Color | Black |

| GUI |
|---|
| Look & Feel: Hard, Cool, Gray, Neat <- Wallpaper, Clock |
| Color: |
| Font: Droid Sans |
| Icons: identical GED icons, Neat, Standard |



| Screen Design |
|---|

Plaintiff's Exhibit No. 179.7

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112973

| Motorola | Cliq |
|----------|------|



| OS | Android 1.5 |
|----|-------------|
| UI | **MOTOBLUR UI** |

| Size | 58X114X15.6 |
|------|-------------|
| Weight | 163g |
| Display | 3.1" TFT HGVA |
| Pixel | 320X480 |
| Touchscreen | Capacitive |
| Keyboard | Slider QWERTY |
| Color | Titanium, White |

**GUI**

Look & Feel: Cooler, Younger, a little Cute, Neat

Color:

Font: Droid Sans

Icons: some 2.5D icons, Lighter, Softer rendered icons than GED icons





**Screen Design**

Plaintiff's Exhibit No. 179.8

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112974

| HTC | Desire |
|---|---|





| OS | Android2.1 (Éclair) |
|---|---|
| UI | **HTC Sense UI** |

| Size | 119X60X11.9 |
|---|---|
| Weight | 135g |
| Display | 3.7" AMOLED WVGA |
| Pixel | 480X800 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | Two tone gray |

| GUI |
|---|
| Look & Feel: Crispy, Clear, Light, Comfortable |
| Color: |
| Font: Droid Sans |
| Icons: Upgraded look of GED icons, Lighter, Softer, Brighter, Dimentional Design |





| Screen Design |
|---|

Plaintiff's Exhibit No. 179.9

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112975

| HTC | Hero |
|-----|------|



| OS | Android |
|----|---------|
| UI | **HTC Sense UI** |

| Size | 112X56.2X14.35 |
|------|----------------|
| Weight | 135g |
| Display | 3.2" TFT HVGA |
| Pixel | 320X480 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | Black, White |

| GUI |
|-----|

Look & Feel: Smooth Shape & Gray, Cute Gadget

Color:

Font: Droid Sans

Icons: Identical GED icons, but Upgraded look, Standing objects w Shadow, Neat icons







| Screen Design |
|---------------|

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112976

| RIM | BlackBerry Bold 9700 |
|-----|----------------------|



| OS | Blackberry OS 5.0 |
|----|-------------------|
| UI | **Blackberry UI** |

| Size | 60 X 109 X 14.1 |
|------|-----------------|
| Weight | 122 g |
| Display | 2.44" TFT HVGA |
| Pixel | 480X360 |
| Touchscreen | Disable / Trackpad nav |
| Keyboard | Full QWERTY keyboard |
| Color | Black |

| GUI |
|-----|
| Look & Feel: Simple, Easy, Empasis |
| Color: |
| Font: * |
| Icons: LineArt, Rounded, Simple Icons w Strong Promary Colors |





| Screen Design |
|---------------|

Plaintiff's Exhibit No. 179.11

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112977

| Nokia | Nokia N97 |
|-------|-----------|



| OS | Symbian OS9 |
|----|-------------|
| UI | * |

| Size | 117X55X15 |
|------|-----------|
| Weight | 148g |
| Display | 3.5" TFT |
| Pixel | 360 x 640 |
| Touchscreen | Capacitive |
| Keyboard | Full QWERTY keyboard |
| Color | White, Black |

| GUI |
|-----|
| Look & Feel: Clean, Sharp, Neat, Light, Feminine<br>Color: ▨ ▢ ▢ ■<br>Font: *<br>Icons: Simple, Light, Cut-Out Paper-feel icons<br>Pastel Colors |





| Screen Design |
|---------------|

Plaintiff's Exhibit No. 179.12

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112978

| Apple | i - phone 3Gs |
|---|---|



    

| OS | Mac OS X v.10.4.11 |
|---|---|
| UI | **Apple UI** |

| Size | 62.1X115.5X12.3 |
|---|---|
| Weight | 134g |
| Display | 3.5" HVGA |
| Pixel | 480X320 |
| Touchscreen | Multi-touch |
| Keyboard | Virtual |
| Color | White, Black |

| GUI |
|---|
| Look & Feel: Pure, Clear, Soft, Transparent <br> <- **Aqua** Theme **GUI** <br> Color: ▓ ▓ ▓ ▢ ■ <br> Font: * <br> Icons: Buttons w Aqua feel |

 

| Screen Design |
|---|

Plaintiff's Exhibit No. 179.13

TRANSLATION

Highly Confidential – Attorneys' Eyes Only

## Current Samsung Android GUI Design

- Attempts Samsung's unique UI/GUI called Samsung UI (Touch Wiz), just like competitors
- Endeavoring to make good use of Samsung's strength in display technology: more detailed and colorful GUI than the competitor companies
- Influence of i-Phone's GUI: Google's GED GUI has techie feel / Samsung's GUI has Apple-like design feel
- Especially in the US market, depending on the telecommunications carrier*/ wants to furnish with GUI theme differentated according to model

## Current Competitors GUI Design

- Each competitor endeavoring to move away from Google GED and have a UI/GUI with a differentiated identity
- Influence of i-Phone's GUI:  The recognized influence of Aqua theme GUI is great
- Competitors' GUI change per telecommunications carrier is not great; slight differences in feel, detail among icons

SAMNDCA11112979

Plaintiff's Exhibit No. 179.14

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112980

TRANSLATION

## Samsung GUI Differentiation

* Per telecommunications carrier / per each model differentiated GUI

- **AT&T**: Preference for GUI maintained as-is

case1) Keplar: GUI implemented almost identical to S1 / icon added, power animation

⇨ Direction of GUI characteristics: Smart, sleek and cool, but more elegant and intelligent than T-mobile

- **T Mobile**:  In general, differentiated GUI depending on model

case1)   Supersonic:   Add slightly Glossy Skin / Tap Bar with rounded corner
                       Decreased color saturation for a little more transparent and cool feeling

case2)   SideKick:     Furnished with trendy and funky graphic style preferred by youths to
                       match the distinctive product concept

⇨ Direction of GUI characteristics: Cool GUI preferred by young Americans

Plaintiff's Exhibit No. 179.15

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112981

**AT&T**


Idle Screen


List view


Tab view


Pop up screen

**T-Mobile**


Menu


Menu


List view


Tab view









Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

23 July 2012

I hereby certify that the Korean to English translation of pages SAMNDCA11112979 and SAMNDCA11112980 of the document with the beginning Bates number SAMNDCA11112967 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
Peter Mauro Schroepfer

Plaintiff's Exhibit No. 179.17

Highly Confidential – Attorneys' Eyes Only

# Research & Study:
# Competitor's GUI study

**Samsung Galaxy S1**
**vs.**
**- Competitior's Android phones,**
**- (Non-Android) Smart phones &**
**- Samsung Android Phones for**
  **2 different carriers**

SAMNDCA11112967

Plaintiff's Exhibit No. 179.18

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112968

## Competitors' Product lists for GUI study



**Android Phones**

| Samsung | Google | Sony Ericsson | Motorola | | HTC |
|---|---|---|---|---|---|
| *Galaxy S1* | Nexus One | *Xperia X10* | *Milestone* | *Cliq* | *Desire*   *Hero* |



**Non-Android Phones**

| RIM | Nokia | Apple |
|---|---|---|
| *Blackberry Bold9700* | *Nokia N97* | *i-phone 3Gs* |

Plaintiff's Exhibit No. 179.19

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11112969

## Samsung | Galaxy S1





| OS | Android 2.1(Éclair) |
|---|---|
| UI | **Samsung Android UI(TouchWiz 3.0)** |

| Size | 64.2X122.4X9.9mm |
|---|---|
| Weight | 118g |
| Display | 4.0" Super AMOLED (OCTA) WVGA |
| Pixel | 480X800 |
| Touchscreen | Multi-touch |
| Keyboard | Virtual |
| Color | Black |

### GUI

Look & Feel: Crispy, Coloful, Smooth, Fresh

Color: ▨▨▨▢▨▨■

Font: Droid Sans

Icons: Detailed full color icons, Glossy, Various Colored - square buttons with rounded corners





### Screen Design

Plaintiff's Exhibit No. 179.20

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112970

| Google | Nexus One |
|--------|-----------|



| OS | Android 2.1(Éclair) |
|----|---------------------|
| UI | Google(GED) |

| Size | 59.8X119X11.5 |
|------|---------------|
| Weight | 130g |
| Display | 3.7" AMOLED WVGA |
| Pixel | 480X800 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | 2 tone gray |

| GUI |
|-----|
| Look & Feel: Not fancy, Convenient, Neat, Grey<br>      -> Upgradable Look, old apple GUI feel<br>Color: ▢ ▢ ▢ ■<br>Font: Droid Sans<br>Icons: Neat, Standard drawing & type icons |







| Screen Design |
|---------------|

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112971

| Sony Ericsson | Xperia X10 |
|---|---|



| OS | Android 2.0 |
|---|---|
| **UI** | **Nexus(Rachael) UI** |

| Size | 63X119X13 |
|---|---|
| Weight | 135g |
| Display | 4.0" TFT WVGA |
| Pixel | 480X854 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | Black, White |

| GUI |
|---|
| Look & Feel: Cold, Sleek, Futuristic, Neat |
| Color: ▨ ▨ ▢ ▨ ▨ ■ |
| Font: * |
| Icons: Dimetional, Clean, Sharp / Blue & White |
| Color - > Consistent Feel |





| Screen Design |
|---|

Plaintiff's Exhibit No. 179.22

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112972

## Motorola | Droid Milestone







| OS | Android2.0 (Éclair) |
|---|---|
| UI | Google(GED) |

| Size | 60X115.80X13.70 |
|---|---|
| Weight | 169g |
| Display | 3.7" TFT WVGA |
| Pixel | 480X854 |
| Touchscreen | Capacitive |
| Keyboard | Slider QWERTY |
| Color | Black |

### GUI

Look & Feel: Hard, Cool, Gray, Neat <- Wallpaper, Clock

Color: ▨ ▢ ▨ ■

Font: Droid Sans

Icons: identical GED icons, Neat, Standard



### Screen Design

Plaintiff's Exhibit No. 179.23

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112973

## Motorola                   Cliq



| OS | Android 1.5 |
|---|---|
| UI | **MOTOBLUR UI** |

| | |
|---|---|
| Size | 58X114X15.6 |
| Weight | 163g |
| Display | 3.1" TFT HGVA |
| Pixel | 320X480 |
| Touchscreen | Capacitive |
| Keyboard | Slider QWERTY |
| Color | Titanium, White |

### GUI

Look & Feel: Cooler, Younger, a little Cute, Neat

Color: ▦ ▦ ▢ ▨ ■

Font: Droid Sans

Icons: some 2.5D icons, Lighter, Softer rendered icons than GED icons





**Screen Design**

Plaintiff's Exhibit No. 179.24

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112974

## HTC — Desire





| OS | Android2.1 (Éclair) |
|---|---|
| UI | **HTC Sense UI** |

| Size | 119X60X11.9 |
|---|---|
| Weight | 135g |
| Display | 3.7" AMOLED WVGA |
| Pixel | 480X800 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | Two tone gray |

### GUI

Look & Feel: Crispy, Clear, Light, Comfortable

Color:

Font: Droid Sans

Icons: Upgraded look of GED icons, Lighter, Softer, Brighter, Dimentional Design





**Screen Design**

Plaintiff's Exhibit No. 179.25

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112975

| HTC | Hero |
|-----|------|





| OS | Android |
|----|---------|
| **UI** | **HTC Sense UI** |

| Size | 112X56.2X14.35 |
|------|----------------|
| Weight | 135g |
| Display | 3.2" TFT HVGA |
| Pixel | 320X480 |
| Touchscreen | Capacitive |
| Keyboard | Virtual |
| Color | Black, White |

### GUI

Look & Feel: Smooth Shape & Gray, Cute Gadget

Color:

Font: Droid Sans

Icons: Identical GED icons, but Upgraded look, Standing objects w Shadow, Neat icons





| Screen Design |
|---------------|

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112976

| RIM | BlackBerry Bold 9700 |
|-----|----------------------|



| OS | Blackberry OS 5.0 |
|----|-------------------|
| **UI** | **Blackberry UI** |

| Size | 60 X 109 X 14.1 |
|------|-----------------|
| Weight | 122 g |
| Display | 2.44" TFT HVGA |
| Pixel | 480X360 |
| Touchscreen | Disable / Trackpad nav |
| Keyboard | Full QWERTY keyboard |
| Color | Black |

| GUI |
|-----|
| Look & Feel: Simple, Easy, Empasis |
| Color: ■ ■ ■ ■ ■ ■ ☐ |
| Font: * |
| Icons: LineArt, Rounded, Simple Icons w Strong Promary Colors |





| Screen Design |
|---------------|

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112977

| Nokia | Nokia N97 |
|---|---|



| OS | Symbian OS9 |
|---|---|
| UI | * |

| Size | 117X55X15 |
|---|---|
| Weight | 148g |
| Display | 3.5" TFT |
| Pixel | 360 x 640 |
| Touchscreen | Capacitive |
| Keyboard | Full QWERTY keyboard |
| Color | White, Black |

| GUI |
|---|

Look & Feel: Clean, Sharp, Neat, Light, Feminine
Color:
Font: *
Icons: Simple, Light, Cut-Out Paper-feel icons
Pastel Colors





| Screen Design |
|---|

Plaintiff's Exhibit No. 179.28

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112978

## Apple          i - phone 3Gs



    

| OS | Mac OS X v.10.4.11 |
|----|----|
| UI | **Apple UI** |

| Size | 62.1X115.5X12.3 |
|----|----|
| Weight | 134g |
| Display | 3.5" HVGA |
| Pixel | 480X320 |
| Touchscreen | Multi-touch |
| Keyboard | Virtual |
| Color | White, Black |

### GUI

Look & Feel: Pure, Clear, Soft, Transparent
<- **Aqua** Theme **GUI**
Color: ▓ ▓ ▓ ▢ ■
Font: *
Icons: Buttons w Aqua feel

 

### Screen Design

Plaintiff's Exhibit No. 179.29

Highly Confidential – Attorneys' Eyes Only

## Current Samsung Android GUI Design

- 경쟁사들과 동일하게 Samsung UI(Touch Wiz)라는 Samsung 고유의 UI/GUI를 시도 함

- Samsung의 Display기술장점을 잘 활용하려함: 경쟁사보다 디테일하고 컬러풀한 GUI

- i-phone의 GUI의 영향: 구글의 GED GUI가 techie한 느낌 / 삼성의 GUI는 애플화된 디자인 느낌

- 특히 미주시장은 *통신 사업자에 따라/ 모델에 따른 차별화된 GUI의 테마를 입히기 원함

## Current Competitors GUI Design

- 각 경쟁사들은 구글 GED에서 벗어나 차별화된 아이덴티티의 UI/GUI를 가지려 함

- i-phone의 GUI의 영향: Aqua theme GUI의 인지된 영향력이 크다

- 경쟁사들의 통신 사업자에 따른 GUI변화는 크지 않으며 아이콘 간 약간의 느낌, 디테일 차이

SAMNDCA11112979

Plaintiff's Exhibit No. 179.30

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11112980

## Samsung GUI Differentiation

*통신 사업자에 따라/ 모델에 따른 차별화된 GUI

- **AT&T:** 그대로 유지되는 GUI 선호

case1) Keplar: GUI는 **S1**과 거의 동일하게 구현 / 아이콘 첨가, 파워 애니메이션

➪ GUI성향의 방향성: 스마트하고 Sleek하고 쿨하지만 T-mobile보다는 우아하고 지적인 방향

- **T Mobile:** 대체로 모델에 따른 차별화된 GUI

case1) Supersonic: 약간 Glossy한 Skin을 첨가 / 모서리를 둥글게 한 Tap Bar

컬러 채도를 낮춰서 좀더 투명하고 쿨한 느낌

case2) SideKick: 독특한 제품 콘셉에 맞게 젊은 취향의 트렌디하고

펑키한 그래픽 스타일을 입힌 GUI 경향

➪ GUI성향의 방향성: 미국 젊은이들이 선호하는 쿨한 GUI

Plaintiff's Exhibit No. 179.31

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11112981

**AT&T**


Idle Screen


List view


Tab view


Pop up screen

**T-Mobile**


Menu


Menu


List view


Tab view







