JP 4642898 B2 2011.3.2

(19)日本国特許庁(JP)　　　　　　(12)特　許　公　報(B2)　　　　　(11)特許番号

特許第4642898号
(P4642898)

(45)発行日　平成23年3月2日(2011.3.2)　　　　　　　　(24)登録日　平成22年12月10日(2010.12.10)

(51)Int.Cl.　　　　　　　　　　　　　　　　F I
　　HO4W　28/06　　(2009.01)　　　　HO4Q　　7/00　　265
　　HO4L　12/56　　(2006.01)　　　　HO4L　12/56　　300D
　　HO4W　80/02　　(2009.01)　　　　HO4Q　　7/00　　601

請求項の数 14　（全 19 頁）

| | | |
|---|---|---|
| (21)出願番号 | 特願2008-507565(P2008-507565) | (73)特許権者　503447036 |
| (86)(22)出願日 | 平成18年5月4日(2006.5.4) | サムスン　エレクトロニクス　カンパニー |
| (65)公表番号 | 特表2008-538480(P2008-538480A) | リミテッド |
| (43)公表日 | 平成20年10月23日(2008.10.23) | 大韓民国キョンギ─ド，スウォン─シ，ヨ |
| (86)国際出願番号 | PCT/KR2006/001699 | ントン─ク，マエタン─ドン　４１６ |
| (87)国際公開番号 | WO2006/118435 | (74)代理人　100064908 |
| (87)国際公開日 | 平成18年11月9日(2006.11.9) | 弁理士　志賀　正武 |
| 審査請求日 | 平成19年10月19日(2007.10.19) | (74)代理人　100089037 |
| (31)優先権主張番号 | 10-2005-0037774 | 弁理士　渡邊　隆 |
| (32)優先日 | 平成17年5月4日(2005.5.4) | (74)代理人　100108453 |
| (33)優先権主張国 | 韓国(KR) | 弁理士　村山　靖彦 |
| | | (74)代理人　100110364 |
| | | 弁理士　実広　信哉 |

最終頁に続く

(54)【発明の名称】移動通信システムにおける予め設定された長さインジケータを用いてパケットデータを送受信する方法及び装置

(57)【特許請求の範囲】
【請求項1】
　移動通信システムにおけるデータを送信する方法であって、
　上位階層からサービスデータユニット(SDU)を受信し、前記SDUが一つのプロトコルデータユニット(PDU)に含まれるか否かを判定する段階と、
　前記SDUが一つのPDUに含まれる場合に、ヘッダーとデータフィールドを含む前記PDUを構成する段階と、
　ここで、前記ヘッダーは、一連番号(SN)フィールドと、前記PDUが分割、連結、またはパディングなしに前記データフィールドに前記SDUを完全に含むことを指示する1ビットフィールドと、を含み、
　前記SDUが一つのPDUに含まれない場合に、前記SDUを伝送可能なPDUのサイズにより複数のセグメントに分割し、各PDUのデータフィールドが前記複数のセグメントのうち一つのセグメントを含む複数のPDUを構成する段階と、
　ここで、前記各PDUのヘッダーは、SNフィールド、少なくとも一つの長さインジケータ(LI)フィールドが存在することを示す1ビットフィールド、そして前記少なくとも一つのLIフィールドを含み、前記PDUの前記データフィールドが前記SDUの中間セグメントを含むと、前記LIフィールドは前記PDUが前記SDUの最初のセグメントでも最後のセグメントでもない中間セグメントを含むことを示す予め定められた値に設定され、
　前記PDUを受信器に伝送する段階と、

10

20

PLAINTIFF'S EXHIBIT NO. 188
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

APLNDC-WH-A0000032213

（2）　　　　　　　　JP 4642898 B2 2011.3.2

を有することを特徴とするデータ送信方法。

【請求項２】

前記判定する段階は、

次の伝送区間で前記ＳＮフィールドと前記１ビットフィールドを除いたＰＤＵサイズが前記ＳＤＵのサイズと一致すると、前記ＳＤＵが一つのＰＤＵに含まれると判定する段階を含み、

前記ＰＤＵのサイズは、前記ＳＤＵのサイズと無線チャンネル状況により決定されることを特徴とする請求項１記載のデータ送信方法。

【請求項３】

前記ＳＤＵの前記最初及び最後のセグメントをデータフィールドに含むＰＤＵのＬＩフィールドは、前記ＳＤＵの最初のセグメントが含まれることを示す値及び最後のセグメントが含まれることを示す値に設定されることを特徴とする請求項１記載のデータ送信方法。

【請求項４】

前記ＳＤＵは、インターネットプロトコル（ＩＰ）パケットを含むことを特徴とする請求項１記載のデータ送信方法。

【請求項５】

移動通信システムにおけるデータを受信する方法であって、

送信器からヘッダーとデータフィールドを含むプロトコルデータユニット（ＰＤＵ）を受信し、前記ＰＤＵの前記ヘッダーから一連番号（ＳＮ）フィールドと前記ＰＤＵが一つのサービスデータユニット（ＳＤＵ）を完全に含むかを示す１ビットフィールドを検出する段階と、

前記１ビットフィールドが、前記ＰＤＵが分割、連結、またはパディングなしに前記データフィールドに前記ＳＤＵを完全に含むことを指示すると、前記データフィールドから前記ＳＤＵを獲得する段階と、

前記１ビットフィールドが少なくとも一つの長さインジケータ（ＬＩ）フィールドが存在することを示す場合に、前記ヘッダーから前記少なくとも一つのＬＩフィールドを検出し、前記検出されたＬＩフィールドによって前記データフィールドから前記ＳＤＵの少なくとも一つのセグメントを検出する段階と、

ここで、前記ＰＤＵの前記データフィールドが前記ＳＤＵの中間セグメントを含むと、前記ＬＩフィールドは前記ＰＤＵが前記ＳＤＵの最初のセグメントでも最後のセグメントでもない中間セグメントを含むことを示す予め定められた値に設定され、

以前のセグメントと以後のセグメントのうち少なくとも一つと前記検出されたセグメントを結合して前記ＳＤＵを構成する段階と、

を有することを特徴とするデータ受信方法。

【請求項６】

前記ＬＩフィールドが前記予め定められた値に設定された場合、前記ＰＤＵが前記以前のセグメントと前記以後のセグメントのうち少なくとも一つと組み立てができるまで前記ＰＤＵの前記ＳＮフィールドによって受信バッファに前記ＰＤＵを貯蔵する段階をさらに含むことを特徴とする請求項５記載のデータ受信方法。

【請求項７】

前記構成する段階は、

前記ＰＤＵのうち最初のＰＤＵが前記ＳＤＵの最初のセグメントを含むことを示すＬＩフィールドを含み、前記ＰＤＵの中で少なくとも一つの中間ＰＤＵは前記予め設定された値を有するＬＩフィールドを含み、前記ＰＤＵのうち最後のＰＤＵの第１のＬＩフィールドが前記ＳＤＵの最後のバイトの位置を示す場合に、前記受信バッファに貯蔵された一組のＰＤＵのデータフィールドから抽出されたセグメントを結合して前記ＳＤＵを構成することを特徴とする請求項６記載のデータ受信方法。

【請求項８】

移動通信システムにおけるデータを送信する装置であって、

（3）　　　　　JP 4642898 B2 2011.3.2

　上位階層からサービスデータユニット（ＳＤＵ）を受信し、前記ＳＤＵが一つのプロトコルデータユニット（ＰＤＵ）に含まれるか否かを判定し、前記ＳＤＵを伝送可能なＰＤＵサイズによって少なくとも一つのセグメントに再構成するための伝送バッファと、
　一連番号（ＳＮ）フィールドと１ビットフィールドをヘッダーに含み、前記少なくとも一つのセグメントをデータフィールド内に含む少なくとも一つのＰＤＵを構成するヘッダー挿入部と、
　前記ＳＤＵが一つのＰＤＵに含まれる場合に、前記ＰＤＵが分割、連結、パディングなしに前記データフィールドに前記ＳＤＵを完全に含むことを示すように前記１ビットフィールドを設定し、前記ＰＤＵの前記データフィールドが前記ＳＤＵの中間セグメントを含む場合、少なくとも一つの長さインジケータ（ＬＩ）が存在することを示すように前記１ビットフィールドを設定する１ビットフィールド設定部と、　　　10
　前記ＳＤＵが一つのＰＤＵに含まれない場合に、前記少なくとも一つのＰＤＵの前記１ビットフィールド以後に前記ＬＩフィールドを挿入し、設定するＬＩ挿入部と、
　ここで、前記ＰＤＵの前記データフィールドが前記ＳＤＵの中間セグメントを含む場合、前記ＬＩフィールドは前記ＰＤＵが前記ＳＤＵの最初のセグメントでも最後のセグメントでもない中間セグメントを含むことを示す予め定められた値に設定され、
　前記ＬＩ挿入部から受信される少なくとも一つのＰＤＵを受信部に伝送する送信部と、
　を含むことを特徴をするデータ送信装置。
【請求項９】
　前記ＳＤＵのサイズと無線チャンネル状況により決定され、次の伝送区間で使用可能な　　　20
前記ＳＮフィールドと前記１ビットフィールドを除いたＰＤＵサイズが、前記ＳＤＵのサイズと一致する場合に、前記伝送バッファは、前記ＳＤＵが一つのＰＤＵに含まれると判断することを特徴とする請求項８記載のデータ送信装置。
【請求項１０】
　前記ＬＩ挿入部は、前記ＳＤＵの最初及び最後のセグメントをデータフィールド内に含むＰＤＵの前記ＬＩフィールドを、前記最初のセグメントが含まれることを示す値及び前記最後のセグメントが含まれることを示す値に設定することを特徴とする請求項８記載のデータ送信装置。
【請求項１１】
　前記ＳＤＵは、インターネットプロトコル（ＩＰ）パケットを含むことを特徴とする請求　　　30
項８記載のデータ送信装置。
【請求項１２】
　移動通信システムにおけるデータを受信する装置であって、
　送信部からプロトコルデータユニット（ＰＤＵ）を受信して貯蔵する受信バッファと、
　前記ＰＤＵのヘッダーから、一連番号（ＳＮ）フィールドと、前記ＰＤＵが一つのサービスデータユニット（ＳＤＵ）を完全に含むかを示す１ビットフィールドを検出し、前記１ビットフィールドが少なくとも一つの長さインジケータ（ＬＩ）フィールドが存在することを示す場合に、前記ヘッダーから前記少なくとも一つのＬＩフィールドを検出し、前記検出されたＬＩフィールドによって前記データフィールドから前記ＳＤＵの少なくとも一つのセグメントを検出する再組み立て制御部と、　　　40
　ここで、前記ＬＩフィールドは、前記ＰＤＵが前記ＳＤＵの最初のセグメントでも最後のセグメントでもない中間セグメントを含むと、中間セグメントを含むことを示す予め定められた値に設定され、
　前記１ビットフィールドが前記ＰＤＵが分割、連結、パディングなしに前記データフィールドに前記ＳＤＵを完全に含むことを示すと、前記データフィールドから前記ＳＤＵを抽出し、前記１ビットフィールドが前記少なくとも一つのＬＩフィールドが存在することを示す場合に、前記ＳＮフィールド、前記１ビットフィールド、及び前記ＬＩフィールドを除去して前記ＰＤＵのデータフィールドから中間セグメントを抽出するヘッダー及びＬＩ除去部と、
　前記ヘッダー及びＬＩ除去部から前記ＳＤＵを完全に受信するか、または前記中間セグ　　　50

(4)　　　　　　　JP 4642898 B2 2011.3.2

メントを受信し、前記中間セグメントを、少なくとも一つの以前のＰＤＵのデータフィールドから抽出された少なくとも一つの以前のセグメント及び少なくとも一つの以後のＰＤＵのデータフィールドから抽出された少なくとも一つの以後のセグメントと結合して前記ＳＤＵを構成する再組み立て部と、
を含むことを特徴とするデータ受信装置。
【請求項１３】
　前記受信バッファは、前記ＰＤＵを前記ＳＮフィールドにより貯蔵することを特徴とする請求項１２記載のデータ受信装置。
【請求項１４】
　前記再組み立て部は、　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10
　前記ＰＤＵのうち最初のＰＤＵが前記ＳＤＵの最初のセグメントを含むことを示すＬＩフィールドを含み、前記ＰＤＵの中で少なくとも一つの中間ＰＤＵは前記値に設定されたＬＩフィールドを含み、前記ＰＤＵのうち最後のＰＤＵの第１のＬＩフィールドが前記ＳＤＵの最後のバイトの位置を示す場合に、前記受信バッファに貯蔵された一組のＰＤＵのデータフィールドから抽出されたセグメントを結合して前記ＳＤＵを構成することを特徴とする請求項１３記載のデータ受信装置。
【発明の詳細な説明】
【技術分野】
【０００１】
　本発明はパケットサービスを支援する移動通信システムに関するもので、特に無線リン　　20
ク上のプロトコルデータユニット(Protocol　Data　Unit：以下、"ＰＤＵ"とする)のヘッダーサイズを減少させて無線リソースを効率的に使用する方法及び装置に関するものである。
【背景技術】
【０００２】
　現在の移動通信システムは、高速及び高品質の無線データパケット通信システムに発展している。このシステムは、従来の音声サービスだけでなく、データサービス及びマルチメディアサービスを提供することができる。ヨーロッパ式移動通信システムであるＧＳＭ(Global　System　for　Mobile　communications)とＧＰＲＳ(General　Packet　Radio
　Services)に基づいて広帯域符号分割多重接続(Code　Division　Multiple　Access：以　　30
下、"ＣＤＭＡ"とする)を使用する第３世代の移動通信システムであるＵＭＴＳ(Universal　Mobile　Telecommunication　Service)システムは、移動電話加入者又はコンピュータユーザーが全世界のどこにいてもパケットベースのテキスト、デジタル化された音声、ビデオ、及びマルチメディアデータを２Mbps以上の高速で伝送できるサービスを提供する。
　このＵＭＴＳシステムは、インターネットプロトコル(Internet　Protocol：以下、"ＩＰ"とする)のようなパケットプロトコルを用いるパケット交換アクセス方式の概念を導入している。
　上記のＵＭＴＳ通信システムに対する標準化を担当する３ＧＰＰ(3rd Generation Part
nership Project)で音声サービスについて、インターネットプロトコルを用いて音声パケ　　40
ットを支援するＶｏＩＰ(Voice　over　ＩＰ)通信が論議されている。ＶｏＩＰは、音声コーデック(ＣＯＤＥＣ)から発生した音声フレームをＩＰ／ＵＤＰ(User　Datagram　Protocol)／ＲＴＰ(Real-time　Transport　Protocol)パケットの形態で伝送する通信技術である。このＶｏＩＰは、パケットネットワークを通じる音声サービスの提供を容易にする。
【０００３】
　図１は、ＶｏＩＰを支援する通常の移動通信システムの構成を示す。
　図１を参照すると、ユーザー端末機(ＵＥ)１００は、音声信号を音声フレームに変換するためのＣＯＤＥＣ１０５と、この音声フレームをＩＰ／ＵＤＰ／ＲＴＰフレームに変換するＩＰ／ＵＤＰ／ＲＴＰ階層１０４と、ＩＰ／ＵＤＰ／ＲＴＰパケットのヘッダーを圧縮するＰＤＣＰ(Packet　Data　Convergence　Protocol)階層１０３と、ヘッダーが圧　　50

(5)　　　　JP 4642898 B2 2011.3.2

縮されたＩＰ／ＵＤＰ／ＲＴＰパケットを無線チャンネルを通じて伝送するために適合した
形態に変換するＲＬＣ（Ｒａｄｉｏ　Ｌｉｎｋ　Ｃｏｎｔｒｏｌ）階層１０２と、ＲＬＣ階層１０２の出力を
無線チャンネルを通じて伝送するＭＡＣ（Ｍｅｄｉｕｍ　Ａｃｃｅｓｓ　Ｃｏｎｔｒｏｌ）／ＰＨＹ（Ｐｈｙｓｉｃａｌ）階
層１０１とを含む。
　ＵＥ１００からの無線データは、無線チャンネルを通じて基地局（Ｎｏｄｅ　Ｂ）１１０
のＰＨＹ階層（図示せず）を経て無線ネットワーク制御器（Ｒａｄｉｏ　Ｎｅｔｗｏｒｋ　Ｃｏｎｔｒｏｌｌｅｒ：以
下、"ＲＮＣ"とする）１２０に伝送される。ＵＥ１００に類似しているＲＮＣ１２０は
、ＭＡＣ階層１２１と、ＲＬＣ階層１２２と、ＰＤＣＰ階層１２３とを含み、無線データ
を元のＩＰ／ＵＤＰ／ＲＴＰパケットに変換しコアネットワーク（ＣＮ）１３０に伝送する
。このＩＰ／ＵＤＰ／ＲＴＰパケットは、ＩＰネットワーク１４０を通じて相手側、例えば　　　　10
受信側ＵＥ（図示せず）に伝送される。受信側ＵＥは、送信側ＵＥ１００に類似した階層構
造を有し、上記のＩＰ／ＵＤＰ／ＲＴＰパケットを逆順に処理することによって元の音声信
号を復元する。ＲＬＣ階層１０２，１２２は、次のような役割をする。
【０００４】
　一般に、ＲＬＣ階層は、動作方式によりＵＭ（Ｕｎａｃｋｎｏｗｌｅｄｇｅｄ　Ｍｏｄｅ）、ＡＭ（Ａｃｋｎｏｗｌｅ
ｇｅｄ　Ｍｏｄｅ）、ＴＭ（Ｔｒａｎｓｐａｒｅｎｔ　Ｍｏｄｅ）に分けられる。ＶｏＩＰは、上記ＲＬＣ　ＵＭで
動作する。
　送信器において、ＲＬＣ　ＵＭ階層は、上位階層から受信されたＲＬＣサービスデータ
ユニット（Ｓｅｒｖｉｃｅ　Ｄａｔａ　Ｕｎｉｔ：以下、"ＲＬＣ　ＳＤＵ"とする）を無線チャンネルを
通じて伝送するのに適合したサイズに分割し、連結し、或いはパディングする。ＲＬＣ　　　　20
ＵＭ階層は、分割／連結／パディング（ｓｅｇｍｅｎｔａｔｉｏｎ／ｃｏｎｃａｔｅｎａｔｉｏｎ／ｐａｄｄｉｎｇ）情報とシーケ
ンス番号（ＳＮ）を上記結果値に挿入して無線チャンネルを通じて伝送に適合したＲＬＣ
　ＰＤＵ（Ｐｒｏｔｏｃｏｌ　Ｄａｔａ　Ｕｎｉｔ）を構成し、このＬＣ　ＰＤＵを下位階層に伝送する。
　受信において、ＲＬＣ　ＵＭ階層は、送信器の動作に対応して、下位階層から受信さ
れたＲＬＣ　ＰＤＵのＳＮと分割／連結／パディング情報を解析してデータを復旧した後に
、上記データを連結又は分割してＲＬＣ　ＳＤＵを再構成する。再構成されたＲＬＣ　Ｓ
ＤＵは、上位階層に提供される。ここで、上位階層から受信されたＲＬＣ　ＳＤＵを無線
チャンネルを通じて伝送するために適合したサイズに処理する動作は、"ＲＬＣフレーミ
ング（ｆｒａｍｉｎｇ）"と称する。
【０００５】　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　30
　図２Ａは、従来技術による送信器におけるＲＬＣフレーミングを示す。
　図２Ａを参照すると、ＲＬＣ階層２１０は、上位階層２０５から受信されたデータを無
線チャンネルを通じて伝送するのに適合したデータサイズにフレーミングする。下位階層
２１５は、この適切なサイズにフレーミングされたデータを無線チャンネルを通じて受信
器に伝送する。上位階層はＰＤＣＰ階層に該当し、下位階層はＭＡＣ階層に該当する。ま
た、ＲＬＣ階層２１０と上位階層２０５との間で交換されるデータは'ＲＬＣ　ＳＤＵ'
で、ＲＬＣ階層２１０と下位階層２１５との間で交換されるデータは'ＲＬＣ　ＰＤＵ'
である。
【０００６】
　図２Ｂは、従来技術による受信器におけるＲＬＣフレーミングを示す。　　　　　　　40
　図２Ｂを参照すると、ＲＬＣ階層２１２は、下位階層２１７から受信されたデータを元
のデータに復元した後に上位階層２０７に伝送する。上位階層２０７はＰＤＣＰ階層に該
当し、下位階層はＭＡＣ階層に該当する。ＲＬＣ階層２１２と上位階層２０７との間で交
換されるデータは'ＲＬＣ　ＳＤＵ'で、ＲＬＣ階層２１２と下位階層２１７との間で交
換されるデータは'ＲＬＣ　ＰＤＵ'である。
【０００７】
　図２Ｃは、従来技術により、送信器のＲＬＣ階層でＲＬＣ　ＳＤＵをフレーミングして
ＲＬＣ　ＰＤＵを構成する動作を示す。
　図２Ｃを参照すると、送信器のＲＬＣ階層は、上位階層から任意のサイズ、例えば１０
０バイトＩＰパケットのＲＬＣ　ＳＤＵ２２５を受信する。無線チャンネルを通じて伝送　　　　50

Plaintiff's Exhibit No. 188.6

可能なデータのサイズが４０バイトである場合に、ＲＬＣ階層は、ＲＬＣ　ＳＤＵ２２５を３個のＲＬＣ　ＰＤＵ２３０、２３５、２４０に分割する。このとき、それぞれのＲＬＣ　ＰＤＵは、４０バイトである。また、各ＲＬＣ　ＰＤＵは、ＲＬＣヘッダー２４５を含む。

　ＲＬＣヘッダー２４５は、シーケンス番号（Sequence　Number：以下、“ＳＮ”とする）２５０と、Ｅフィールド２５５と、長さインジケータ（Length　Indicator：以下、“ＬＩ”とする）フィールド２６０とＥフィールド２６５の少なくとも複数の対とから構成される。ＬＩフィールド２６０は、分割により含まれる。ＳＮフィールド２５０は、ＲＬＣ　ＰＤＵごとに１ずつ単調に増加する７ビットのＳＮを示す。このＳＮは、ＲＬＣ　ＰＤＵ２３０、２３５、２４０の順序を示す。Ｅフィールド２５５は、次のフィールド（following　field）がデータフィールドであるか否か或いはＬＩフィールドとＥフィールドの対であるか否かを示し、１ビットのサイズを有する。

　ＬＩフィールド２６０は、ＲＬＣのフレーミングに基づいて７ビット又は１５ビットのサイズを有する。ＲＬＣ　ＰＤＵに含まれるＲＬＣ　ＳＤＵ２２５のセグメントが、ＲＬＣ　ＰＤＵのデータフィールド２７０に位置することを示す。すなわち、ＬＩフィールド２６０は、ＲＬＣ　ＰＤＵのデータフィールド２７０で、ＲＬＣ　ＳＤＵ２２５の開始及び終了を示す。ＬＩフィールド２６０は、パディングか否かを示すことができる。ＬＩフィールド２６０が示す値はバイト単位で設定され、ＲＬＣヘッダーからＲＬＣ　ＳＤＵが終了する地点までのバイト数を意味する。便宜のために、ＬＩフィールド２６０は７ビットであると仮定する。

　第１のＲＬＣ　ＰＤＵ２３０の第１のバイトで、ＳＮフィールドは、所定の値‘ｘ’に設定され、第１のＥフィールドは‘１’に設定され、次のバイトがＬＩフィールドとＥフィールドの対で構成されることを示す。ＲＬＣ　ＰＤＵ２３０の第２のバイトで、ＬＩフィールドはＲＬＣ　ＰＤＵ２３０のデータフィールドの第１のバイトからＲＬＣ　ＳＤＵ２２５が始まることを示す。これは、ＬＩフィールドがＲＬＣ　ＳＤＵの最後のバイト位置を示すことでなく、他の意味として使用される必要がある。このＬＩは、“予め定められたＬＩ（pre-defined　LI）”と称し、下記に説明する。

【０００８】

　‘１１１１　１００’：ＲＬＣ　ＰＤＵのデータフィールドの第１のバイトがＲＬＣ　ＳＤＵの第１のバイトである。

　‘００００　０００’：ＲＬＣ　ＳＤＵの最後のバイトが以前のＲＬＣ　ＰＤＵに含まれているが、以前のＲＬＣ　ＰＤＵにこれを示すＬＩが含まれていない。

　‘１１１１　１１１’：ＲＬＣ　ＰＤＵのデータフィールドの残りがパディングビットである。

【０００９】

　したがって、ＲＬＣ　ＰＤＵ２３０で、第１のＬＩフィールドは予め定められたＬＩ‘１１１１　１００’と、次のバイトがデータフィールドであることを示すように第２のＥフィールドに挿入された‘０’に設定される。したがって、４０バイトの第１のＲＬＣ　ＰＤＵ２３０で最初の２バイトを除いた残りの３８バイトのデータフィールドは、ＲＬＣ　ＳＤＵ２２５の最初の３８バイトが挿入される。

　第２のＲＬＣ　ＰＤＵ２３５の第１のバイトで、ＳＮフィールドは‘ｘ＋１’に設定され、Ｅフィールドは次のバイトがデータであることを示す‘０’に設定される。これは、ＲＬＣ　ＰＤＵ２３５がＲＬＣ　ＳＤＵ２２５の開始バイト或いは最後のバイトを含まないため、ＬＩフィールドを別途に備えなくてもよいためである。したがって、データフィールドの残りの３９バイトに、３９バイトから７７バイトまでＲＬＣ　ＳＤＵ２２５の３９バイトが挿入される。

　第３のＲＬＣ　ＰＤＵ２４０の第１のバイトで、ＳＮは‘ｘ＋２’に設定され、Ｅフィールドは次のバイトがＬＩフィールドとＥフィールドの対であることを示す‘１’に設定される。第２のバイトでＬＩフィールドは、ＲＬＣ　ＳＤＵ２２５の最後のバイトがデータフィールドの２３（‘１００’－‘７７’）番目のバイトに対応することを示す‘００１

10

20

30

40

50

(7)　　　　　JP 4642898 B2 2011.3.2

０　１１１（＝２３）’に設定され、Ｅフィールドは‘１’に設定される。ＲＬＣ　ＰＤＵ
２４０のデータフィールドは、合計１００バイトのＲＬＣ　ＳＤＵ２２５の最後のセグメ
ントをローディングした後にデータを挿入する余分が残っている。したがって、第２のＥ
フィールドは‘１’に設定され、次の第２のＬＩフィールドは、第１のＬＩフィールドが
示す位置以後のビットがパディングされることを知らせる値である‘１１１１　１１１’
に設定される。そして、第３のＥフィールドは‘０’に設定される。したがって、第３の
ＲＬＣ　ＰＤＵ２４０のデータフィールドは、ＲＬＣ　ＳＤＵ２２５の最後の２３バイト
で満たされ、残りの１４バイトはパディングされる。

【００１０】
　　送信器のＲＬＣ階層の動作に対応した受信器のＲＬＣ階層の動作は、次のようである。
　　受信器のＲＬＣ階層は、ＲＬＣ　ＰＤＵ２３０，２３５，２４０を受信し、ＲＬＣ　Ｐ
ＤＵ２３０，２３５，２４０のＳＮに基づいて順次に配列する。すなわち、受信器のＲＬ
Ｃ階層は、第１のＲＬＣ　ＰＤＵ２３０のＬＩフィールドを通じて第１のＲＬＣ　ＰＤＵ
２３０のデータフィールドが、ＲＬＣ　ＳＤＵ２２５の第１のセグメントに該当し、第２
のＲＬＣ　ＰＤＵ２３５のＬＩフィールドを通じて第２のＲＬＣ　ＰＤＵ２３５のデータ
フィールドがＲＬＣ　ＳＤＵ２２５の第２のセグメントに該当すると判定し、このＲＬＣ
　ＳＤＵ２２５の再構成が完了しないことを認知する。その後、受信器のＲＬＣ階層は、
第３のＲＬＣ　ＰＤＵ２４０の第１のＬＩフィールドを通じて、第３のＲＬＣ　ＰＤＵ２
４０のデータフィールドの２３バイトがＲＬＣ　ＳＤＵ２２５の最後のセグメントである
と判定し、３個のＲＬＣ　ＰＤＵ２３０，２３５，２４０から抽出したセグメントを組み
合わせてＲＬＣ　ＳＤＵ２２５の再構成を完了する。このとき、受信器のＲＬＣ階層は、
第３のＲＬＣ　ＰＤＵ２４０の第２のＬＩフィールドを通じて、第３のＲＬＣ　ＰＤＵ２
４０のデータフィールドの残りがパディング処理されることを認知する。

【００１１】
　　上記のように、ＬＩフィールドを用いてＲＬＣ　ＳＤＵの最後のバイトの位置を示す従
来の方式は、一つのＲＬＣ　ＳＤＵを複数のＲＬＣ　ＰＤＵに分割し、或いは複数のＲＬ
Ｃ　ＳＤＵを一つのＲＬＣ　ＰＤＵに連結する場合に効率的である。しかしながら、通常
にＶｏＩＰパケットの特性において、一つの完全なＲＬＣ　ＳＤＵが一つのＲＬＣ　ＰＤ
Ｕのみに対応し、分割/連結/パディングなしに頻繁に発生する。
　　１２.２ｋｂｐｓのＡＭＲ(Adaptive Multi-Rate)ＣＯＤＥＣが３ＧＰＰで広く使用される場
合に、このＡＭＲ　ＣＯＤＥＣは、２０ｍｓｅｃごとに７バイト又は３２バイトの音声フレー
ムを発生させる。音声フレームは、ＩＰ/ＵＤＰ/ＲＴＰヘッダーでカプセル化(encapsula
tion)された後に、ＰＤＣＰ階層でヘッダーの圧縮を経てＲＬＣ階層に伝送される。圧縮
されたヘッダーは、通常に３バイトであるが、たまには４～１２バイトのサイズを有する
こともある。
　　したがって、ＲＬＣ　ＳＤＵは、１０～１９バイト或いは３５～４４バイトを有する。
このＲＬＣ　ＳＤＵは、２０ｍｓｅｃ単位で送信器のＲＬＣ階層に伝送される。ＲＬＣ階層は
、一つの完全なＲＬＣ　ＳＤＵを一つのＲＬＣ　ＰＤＵに再構成して無線チャンネルを通
じて伝送する。前述したように、圧縮されたヘッダーが通常に３バイトであるため、大部
分のＲＬＣ　ＳＤＵは１０バイト或いは３５バイトである。したがって、ＲＬＣ　ＰＤＵ
のサイズは、最もよく発生するＲＬＣ　ＳＤＵを効率的に処理できるように決定されるこ
とが望ましい。
　　このようにＲＬＣ　ＰＤＵのサイズが、最も頻繁に発生するＲＬＣ　ＳＤＵのサイズに
基づいて定義されると、大多数のＲＬＣ　ＳＤＵは分割/連結/パディングを経ることなく
、ＲＬＣ　ＰＤＵにフレーミングされる。この場合に、従来のフレーミング方式は非効率
的である。

【００１２】
　　図３は、従来技術によるフレーミング方式の問題点を示す。
　　図３を参照すると、３５バイトのＲＬＣ　ＳＤＵ３０５が発生し、ＲＬＣ　ＰＤＵ３１
０のサイズは３８バイトである。ＲＬＣ　ＳＤＵ３０５は、一つのＲＬＣ　ＰＤＵ３１０

(8)　　　　　JP 4642898 B2 2011.3.2

にフレーミングされる。ＲＬＣ　ＰＤＵ３１０で第１のＬＩフィールド３１５は、ＲＬＣ　ＳＤＵ３０５第１のバイトがＲＬＣ　ＰＤＵ３１０のデータフィールド３２５の第１のバイトに該当することを示す‘１１１１　１００’に設定され、第２のＬＩフィールド３２０は、ＲＬＣ　ＳＤＵ３０５の最後のバイトがデータフィールド３２５の３５番目のバイトに該当することを示す‘０１００　０１１’に設定される。そして、３５バイトのＲＬＣ　ＳＤＵ３０５の全体を含むデータフィールド３２５が挿入される。

　すなわち、３５バイトのデータを伝送するために、３バイトのオーバーヘッドが付加され、このオーバーヘッドの中で２バイトはＬＩフィールドに対して使用される。

　上述したように、ＶｏＩＰ通信でパケットデータは、一般的なパケット通信と異なり、リアルタイムで処理されるべきであり、一定周期ごとにＲＬＣ　ＳＤＵが一つずつ発生する。言い換えれば、ＶｏＩＰ通信では、大部分ＲＬＣ　ＳＤＵを分割又は連続せず、一つのＲＬＣ　ＳＤＵは一つのＲＬＣ　ＰＤＵで構成する。それにも拘わらず、既存のＲＬＣフレーミング動作は、ＲＬＣ　ＰＤＵに少なくとも２個のＬＩフィールド、すなわちＲＬＣ　ＳＤＵの開始を示すＬＩフィールドと、ＲＬＣ　ＳＤＵの終了を示すＬＩフィールドが常に要求される。必要によって、データフィールドのパディング可否を示すＬＩフィールドも追加に挿入される。

　したがって、従来技術によるＶｏＩＰ通信方式でＲＬＣフレーミング方式を使用する場合に、不必要なＬＩフィールドの使用によって限定された無線リソースが非効率的に使用されるという問題点が発生した。

【発明の開示】

【発明が解決しようとする課題】

【００１３】

　したがって、上記の従来技術による問題点を解決するために、本発明の目的は、パケットサービスを支援する移動通信システムで、無線リンク制御階層のプロトコルデータユニット（ＲＬＣ　ＰＤＵ）のヘッダーサイズを減少させて無線リソースを効率的に使用する方法及び装置を提供することにある。

　また、本発明の目的は、上位階層パケットを複数のＲＬＣ　ＰＤＵに分割する方法及び装置を提供することにある。

【課題を解決するための手段】

【００１４】

　上記のような本発明の目的を達成するために、本発明は、移動通信システムにおける予め定められた長さインジケータ（ＬＩ）を用いてデータを送信する方法であって、上位階層からサービスデータユニット（ＳＤＵ）を受信し、前記ＳＤＵが一つのプロトコルデータユニット（ＰＤＵ）に含まれるか否かを判定する段階と、前記ＳＤＵが一つのＰＤＵに含まれない場合に、前記ＳＤＵを伝送可能なＰＤＵのサイズにより複数のセグメントに分割する段階と、一連番号（ＳＮ）フィールドと、ＬＩフィールドが存在することを示す少なくとも一つの１ビットフィールドと、前記ＬＩフィールドとをヘッダー内に有し、前記セグメントをデータフィールド内に有する複数のＰＤＵを構成する段階と、ここで前記ＳＤＵの中間セグメントをデータフィールド内に含むＰＤＵの前記ＬＩフィールドは、前記中間セグメントが存在することを示す値に設定され、前記ＰＤＵを受信器に伝送する段階とを有することを特徴とする。

【００１５】

　また、本発明は、移動通信システムで予め定められた長さインジケータ（ＬＩ）を用いてデータを受信する方法であって、送信器からプロトコルデータユニット（ＰＤＵ）を受信し、前記ＰＤＵのヘッダーからＳＮフィールドと次のＬＩフィールドが存在するか否かを示す１ビットフィールドを検出する段階と、前記１ビットフィールドが前記ＬＩフィールドが存在することを示す場合に、前記ＰＤＵのヘッダーから次の前記ＬＩフィールドを検出し、前記ＬＩフィールドが前記ＰＤＵのデータフィールド内にサービスデータユニット（ＳＤＵ）の中間セグメントが含まれることを示す値に設定されているか否かを判定する段階と、前記ＬＩフィールドが前記値に設定される場合に、前記ＰＤＵを以前のセグメン

Plaintiff's Exhibit No. 188.10

(10)　　　　　JP 4642898 B2 2011.3.2

な説明を省略する。

　本発明の主な要旨は、パケットサービスを提供する移動通信システムで無線資源の効率
的な使用のためのフレーミングを提供することである。
【００２０】
　下記では説明の便宜のために、ＵＭＴＳシステムで無線リソース制御（ＲＬＣ）階層での
動作、特にＲＬＣ　ＵＭの動作を説明するが、本発明の実施形態はこれに限定されるもの
ではない。便宜上、上位階層からパケットデータを含むＲＬＣ　ＰＤＵで、ＲＬＣヘッダ
ーは、ＳＮフィールド、第１のＥフィールド、及び少なくとも一つのＬＩフィールドとＥ
フィールドの対を含むと定義される。すなわち、一つのＲＬＣ　ＰＤＵでデータフィール
ドを除いた残りの部分がＲＬＣヘッダーである。

　本発明の望ましい実施形態によりＲＬＣ階層は、２つのフレーミング方式を使用する。
第１の方式は、最も頻繁に使用されるサイズを有するＲＬＣ　ＳＤＵが、ＬＩフィールド
を使用せずにＲＬＣ　ＰＤＵにフレーミングを遂行することである。第２の方式は、他の
サイズのＲＬＣ　ＳＤＵに対してＬＩフィールドを使用してＲＬＣ　ＰＤＵにフレーミン
グを遂行することである。

　第１のフレーミング方式は、ＬＩフィールドを使用しないことである。ＲＬＣ　ＳＤＵ
のサイズがＲＬＣ　ＰＤＵのデータフィールドのサイズと一致し、分割/連結/パディング
の遂行が不要である場合に使用する。

　第２のフレーミング方式は、ＬＩフィールドを使用する。この方式は、ＲＬＣ　ＳＤＵ
のサイズがＲＬＣ　ＰＤＵのデータフィールドのサイズと一致せず、分割/連結/パディン
グが必要である場合に使用する。

　したがって、上位階層のパケットごとに相互に異なるフレーミング方式が適用されるこ
とができる。このとき、送信器は各パケットに使用したフレーミング方式を受信器に知ら
せる。

　本発明の望ましい実施形態では、ＲＬＣヘッダーの１ビット、具体的には第１のＥフィ
ールドの１ビットを用いて該当ＲＬＣ　ＰＤＵに適用されたフレーミング方式を示す。第
１のＥフィールドを、他のＥフィールドと区別するために“Ｆフィールド”と称する。
【００２１】
　図４は、本発明の望ましい実施形態によるＲＬＣ　ＰＤＵの構造を示す。

　図４を参照すると、ＲＬＣ　ＰＤＵは、ＳＮフィールド４０５と、Ｆフィールド４１０
と、ＬＩフィールド４１５と、Ｅフィールド４２０と、データフィールド４２５と、パデ
ィング４３０とを含む。ＬＩフィールド４１５、Ｅフィールド４２０、パディング４３０
は、場合によって含まないこともあるが、ＳＮフィールド４０５、Ｆフィールド４１０、
及びデータフィールド４２５は常に存在する。ＳＮフィールド４０５、ＬＩフィールド４
１５、Ｅフィールド４２０、データフィールド４２５、及びパディング４３０は、従来の
ＲＬＣ　ＰＤＵと同一であるため、その説明を省略する。

　Ｆフィールド４１０は、ＬＩフィールド４１５の存在有無を示し、すなわちＲＬＣ　Ｐ
ＤＵのフレーミング方式を示す。また、Ｆフィールド４１０は、ＲＬＣ　ＳＤＵが連結/
分割/パディングを経ることなく、ＲＬＣ　ＰＤＵにフレーミングされたか否かを示す。
例えば、Ｆフィールド４１０が‘０’に設定されると、該当ＲＬＣ　ＰＤＵはＬＩフィー
ルド４１５が存在せず、データフィールド４２５が一つの完全なＲＬＣ　ＳＤＵと一致す
る。また、Ｆフィールド４１０が‘１’に設定されると、該当ＲＬＣ　ＰＤＵはＬＩフィ
ールド４１５が存在し、データフィールド４２５のサイズが一つのＲＬＣ　ＳＤＵと一致
しない。したがって、ＬＩフィールド４１５は、含まれるＲＬＣ　ＳＤＵの開始或いは終
了を示す。
【００２２】
　図５Ａは、本発明の望ましい実施形態により、ＲＬＣ　ＳＤＵが分割/連結/パディング
を経ることなく、ＲＬＣ　ＰＤＵに対応する場合にＲＬＣ　ＰＤＵの構成を示す。

　図５Ａを参照すると、送信器（すなわち、送信器のＲＬＣ階層）は、一つの完全なＲＬ
Ｃ　ＳＤＵを分割/連結/パディングせずに、一つのＲＬＣ　ＰＤＵにフレーミングが可能

APLNDC-WH-A0000032222

Plaintiff's Exhibit No. 188.11

(11)　　　　JP 4642898 B2 2011.3.2

である場合に、Ｆフィールドを‘０’に設定し、ＲＬＣ　ＰＤＵのデータフィールドに完全なＲＬＣ　ＳＤＵを挿入する。

受信器(すなわち、受信器のＲＬＣ階層)は、受信されたＲＬＣ　ＰＤＵのＦフィールドが‘０’であると、Ｆフィールド以後からデータフィールドとして認知し、ＲＬＣ　ＰＤＵからデータフィールドを抽出して一つのＲＬＣ　ＳＤＵとして上位階層に伝送する。

【０１２３】

図５Ｂは、本発明の望ましい実施形態により、ＲＬＣが分割/連結/パディングを通じてＲＬＣ　ＰＤＵにフレーミングされる場合に、ＲＬＣ　ＰＤＵの構造を示す。

図５Ｂを参照すると、送信器はＲＬＣをフレーミングするために分割/連結/パディングを遂行することが必要である場合に、Ｆフィールドを‘１’に設定し、分割/連結/パディングに必要なＬＩフィールドとパディングを含んでＲＬＣ　ＰＵＤを構成する。　　　10

受信器は、受信されたＲＬＣ　ＰＤＵのＦフィールドが‘１’であると、Ｆフィールド以後のバイトがＬＩフィールドとＥフィールドであると判定し、ＬＩフィールドの値によりＲＬＣ　ＰＤＵのデータフィールドを一つ或いはそれ以上のＲＬＣ　ＳＤＵに再構成する。

既存の第１のＥフィールドをＦフィールドとして用いるためには、下記のような問題点を解決すべきである。

通常、ＲＬＣ　ＰＤＵがＲＬＣ　ＳＤＵのセグメント(segment)であり、ＲＬＣ　ＰＤＵにＲＬＣ　ＳＤＵの開始も終了も含まない場合に、ＲＬＣ　ＰＤＵにはＬＩフィールドが存在しなかった。　　　20

図５Ａでは、ＲＬＣ　ＳＤＵが分割/連結/パディングを経ることなく、一つのＲＬＣ　ＰＤＵにフレーミングされる場合に、ＬＩフィールドを使用しない。ＲＬＣ　ＰＤＵが一つの完全なＲＬＣ　ＳＤＵを含まず、かつＲＬＣ　ＳＤＵの開始又は終了を含まないことを示す必要がある。

【０１２４】

図６Ａは、従来のＲＬＣフレーミング技術により、一つのＲＬＣ　ＳＤＵが複数のＲＬＣ　ＰＤＵに分割される状況を示す。

図６Ａを参照すると、ＲＬＣ　ＳＤＵ６０５がＳＮ‘ｘ’、‘ｘ＋１’、‘ｘ＋２’である３個のＲＬＣ　ＰＤＵ６１０、６１５、６２０に分割される。すると、第１のＲＬＣ　ＰＤＵ６１０には、予め定められたＬＩ値‘１１１１　１００’が挿入され、ＲＬＣ　　　30
ＰＤＵ６１０のデータフィールドの第１のバイトがＲＬＣ　ＳＤＵ６０５の最初のバイトに対応することを示す。

第２のＲＬＣ　ＰＤＵ６１５には、ＲＬＣ　ＳＤＵ６０５の開始と終了が含まれないため、第１のＥフィールドが‘０’に設定され、ＬＩフィールドは挿入されない。第３のＲＬＣ　ＰＤＵ６２０に、ＲＬＣ　ＳＤＵ６０５の終了ＲＬＣ　ＰＤＵ６２０のデータフィールドの３４番目のバイトまでに該当することを示すために、例えばＬＩ値‘０１００　０１０’を挿入する。

ＲＬＣ　ＳＤＵの開始や終了を含まないＲＬＣ　ＰＤＵ６１５にＬＩフィールドを挿入しないと、受信器は、ＲＬＣ　ＰＤＵ６１５のデータフィールドに含まれたセグメントが、一つの完全なＲＬＣ　ＳＤＵを構成するか、或いは以前及び以後のＲＬＣ　ＰＤＵのセ　　　40
グメントと結合して一つのＲＬＣ　ＳＤＵを構成するか判定できない。したがって、後述する本発明の望ましい実施形態では、ＲＬＣ　ＳＤＵの開始や終了が含まれないＲＬＣ　ＰＤＵ(以下、"中間(intermediate)ＰＤＵ'とする)を示すために、予め定められたＬＩの新たな値を定義する。例えば‘１１１１　１１０’を予め定められたＬＩの新たな値として定義する。予め定められたＬＩの新たな値が挿入されたＲＬＣ　ＰＤＵは、中間ＲＬＣ　ＰＤＵとして認識される。ここで、中間ＲＬＣ　ＰＤＵのデータフィールドは、ＲＬＣ　ＳＤＵの開始と終了との間のＲＬＣ　ＳＤＵセグメントを含む。

【０１２５】

図６Ｂは、本発明の望ましい実施形態により、予め定められたＬＩを用いて一つのＲＬＣ　ＳＤＵを複数のＲＬＣ　ＰＤＵに分割する状況を示す。　　　50

　　図６Ｂを参照すると、一つのＲＬＣ　ＳＤＵ６２５がＳＮ‘ｘ’、‘ｘ＋１’、‘ｘ＋２’である３個のＲＬＣ　ＰＤＵ６３０、６３５、６４０に分割される。すると、第１のＲＬＣ　ＰＤＵ６３０にはＦフィールドが‘１’に設定され、予め定められたＬＩ値‘１１１１　１００’が第１のＲＬＣ　ＰＤＵ６３０に挿入され、このＲＬＣ　ＰＤＵ６３０のデータフィールドの第１のバイトがＲＬＣ　ＳＤＵ６２５の第１のバイトに対応することを示す。第２のＲＬＣ　ＰＤＵ６３５にはＲＬＣ　ＳＤＵ６２５の開始も終了も含まれずに中間部分のみを含んでいるため、Ｆフィールドが‘０’に設定され、予め定められたＬＩ値‘１１１１　１１０’が第２のＲＬＣ　ＰＤＵ６３５に挿入されて前記ＲＬＣ　ＰＤＵ６３５が中間ＲＬＣ　ＰＤＵであることを示す。

　　第３のＲＬＣ　ＰＤＵ６４０には、ＲＬＣ　ＳＤＵ６２５の終了、例えばデータフィールドの３５番目のバイトまでであることを示すＬＩ値‘０１００　０１１’が含まれる。

【００２６】
　　以下、本発明の望ましい実施形態による動作及び装置の構成を説明する。下記で、ＲＬＣ階層で遂行可能な分割／連結／パディングの中で連結の場合に、本発明の主な要旨から外れるため、その動作及び構成に関する説明を省略する。万一、連結が使用される場合に、第１のＥフィールド（すなわち、Ｆフィールド）が‘１’である場合に少なくとも一つのＬＩフィールドが存在できることは自明である。

【００２７】
　　図７は、本発明の望ましい実施形態による送信器のＲＬＣ動作を示す。

　　図７を参照すると、ステップＳ７０５で、上位階層から少なくとも一つのＲＬＣ　ＳＤＵを受信すると、ステップＳ７１０で送信器のＲＬＣ階層は受信された少なくとも一つのＲＬＣ　ＳＤＵのサイズと個数を下位階層に知らせる。下位階層は、ＭＡＣ階層になることができる。ＲＬＣ　ＳＤＵを伝送するときにＬＩ＝‘０００００　０００’を伝送すべきである場合に、送信器のＲＬＣ階層はＲＬＣ　ＳＤＵのサイズに１バイトを加算した値を下位階層に知らせる。

　　ステップＳ７１５で、送信器のＲＬＣ階層は、下位階層が次の伝送区間で伝送されるＲＬＣ　ＰＤＵのサイズと個数を通報するまで待機する。下位階層は、受信されたＲＬＣ　ＳＤＵ情報と次の伝送区間の無線チャンネル状況に基づいて最も効率的なＲＬＣ　ＰＤＵのサイズを決定する。これは送信側ＲＬＣ階層に通報される。

【００２８】
　　ステップＳ７２０で、ＲＬＣ階層は、下位階層が通報したＲＬＣ　ＰＤＵのサイズがＲＬＣ　ＳＤＵのサイズと一致するか、或いは以前のＲＬＣ　ＰＤＵに以前のＲＬＣ　ＳＤＵの最後のバイトを示すＬＩフィールドが含まれたかによって、現在のＲＬＣ　ＰＤＵを通じてＬＩ＝‘０００００　０００’を伝送する必要があるか否かを判定する。その結果、ＲＬＣ　ＰＤＵのサイズがＲＬＣ　ＳＤＵのサイズと一致し、ＬＩ＝‘０００００　０００’を伝送する必要がないと、ＲＬＣ階層はステップＳ７２５に進行する。ここで、ＲＬＣ　ＰＤＵのサイズがＲＬＣ　ＳＤＵのサイズと一致し、或いはＲＬＣ　ＳＤＵのサイズにＲＬＣヘッダーの最小サイズを加算した値が、ＲＬＣ　ＰＤＵのサイズと一致し、或いはＲＬＣ　ＰＤＵのサイズより大きくないながらほぼ類似することを意味する。言い換えれば、ＲＬＣ　ＰＤＵの第１のＥフィールド（すなわち、Ｆフィールド）を‘０’に設定し、ＲＬＣ　ＳＤＵの開始と終了を示すＬＩフィールドを使用しないときに、完全なＲＬＣ　ＳＤＵはＲＬＣ　ＰＤＵのデータフィールドに挿入して伝送することができる。

　　参考として、ＬＩ＝‘０００００　０００’は、以前のＲＬＣ　ＰＤＵの終了が以前のＲＬＣ　ＳＤＵの終了に正確に一致するときに、終了を示すＬＩフィールドは、以前のＲＬＣ　ＰＤＵに含めない場合に使用される。

　　ステップＳ７２５で、送信器のＲＬＣ階層は、現在のＲＬＣ　ＰＤＵのＦフィールドを‘０’に設定し、ステップＳ７３０でいずれのＬＩフィールドも含めずに完全なＲＬＣ　ＳＤＵをＲＬＣ　ＰＤＵのデータフィールドに挿入した後に、ステップＳ７３５で、ＲＬＣ　ＰＤＵを下位階層に伝送して受信器のＲＬＣ階層に伝送する。

【００２９】

(13)          JP 4642898 B2 2011.3.2

　一方、ステップＳ７２０の結果、ＲＬＣ　ＰＤＵのサイズがＲＬＣ　ＳＤＵのサイズと一致せず、或いはＬＩ＝‘０００　０００’の伝送が必要である場合に、ステップＳ７４０で送信器のＲＬＣ階層は現在のＲＬＣ　ＰＤＵのＦビットを‘１’に設定する。ステップＳ７４５で、ＲＬＣ階層は、上記のＲＬＣ　ＳＤＵから生成された中間ＲＬＣ　ＰＤＵであるか否かを判定する。中間ＲＬＣ　ＰＤＵが存在すれば、中間ＲＬＣ　ＰＤＵのＬＩフィールドに予め定められた新たなＬＩ値‘１１１１　１１０’に設定される。予め定められたＬＩの新たな値は、システム或いは設計者によって設定される。ステップＳ７５０で、送信器のＲＬＣ階層は、ＲＬＣ　ＰＤＵを下位階層に伝送して受信器のＲＬＣ階層に伝送されるようにする。

【００３０】
　図８は、本発明の望ましい実施形態による受信器のＲＬＣ動作を示すフローチャートである。

　図８を参照すると、ステップＳ８０５で、受信器のＲＬＣ階層は、下位階層からＲＬＣ　ＰＤＵを受信する。ステップＳ８１０で、ＲＬＣ階層は、ＲＬＣ　ＰＤＵの第１のＥフィールド(すなわち、Ｆフィールド)を検査する。Ｆフィールドが‘１’であると、ステップＳ８２０に進行し、Ｆフィールドが‘０’であると、ステップＳ８１５に進行する。

　Ｆフィールドが‘０’である場合に、これは、ＲＬＣ　ＰＤＵに分割/連結/パディングが適用されないことを意味する。したがって、ステップＳ８１５で、受信器のＲＬＣ階層は、ＲＬＣ　ＰＤＵからＲＬＣヘッダー(すなわち、ＳＮフィールドとＦフィールド)を除き、残りのデータフィールドを一つの完全なＲＬＣ　ＳＤＵで再構成する。すなわち、ＲＬＣ　ＰＤＵのデータフィールドは一つの完全なＲＬＣ　ＳＤＵで構成される。ステップＳ８５０で、上記のＲＬＣ階層は、ＲＬＣ　ＳＤＵを上位階層に伝送する。

【００３１】
　Ｆフィールドが‘１’である場合に、これは、ＲＬＣ　ＰＤＵに分割/連結/パディングが適用され、少なくとも一つのＬＩフィールドが存在することを意味する。ステップＳ８２０で、受信器のＲＬＣ階層は、ＲＬＣ　ＰＤＵを該当ＳＮにより受信バッファに貯蔵する。

　ステップＳ８２５で受信器のＲＬＣ階層は、ＲＬＣ　ＰＤＵの第１のＬＩフィールドが新たに定義されたＬＩ値‘１１１１　１１０’であるか否かを判定する。ＬＩ＝‘１１１１　１１０’であると、ＲＬＣ階層は、ステップＳ８３０に進行する。そうでないと、ステップＳ８３５に進行する。ステップＳ８３０で、受信器のＲＬＣ階層は、ＲＬＣ　ＰＤＵがＲＬＣ　ＳＤＵの中間セグメントを含んでいると判定し、ステップＳ８３５に進行する。ステップＳ８３５で、受信器のＲＬＣ階層は、受信バッファに貯蔵されているＲＬＣ　ＰＤＵのＳＮとＬＩフィールドを検査し、ＲＬＣ　ＳＤＵの再組み立て、すなわち復元が可能であるか否かを判定する。連続的なＳＮを有する貯蔵されたＲＬＣ　ＰＤＵの中でｎ個のＲＬＣ　ＰＤＵ(ｎは１より大きい整数)が下記の条件を満足する場合に、ＲＬＣ　ＳＤＵの再組み立てが可能になる。

【００３２】
　　条件１：ｎ個のＲＬＣ　ＰＤＵのうち、第１のＲＬＣ　ＰＤＵの最後のＬＩフィールドは新たなＲＬＣ　ＳＤＵが始まることを示す。
　　条件２：第２のＲＬＣ　ＰＤＵから(ｎ－１)番目のＲＬＣ　ＰＤＵは各々一つのＬＩフィールドのみを含み、各ＬＩフィールドが‘１１１１　１１０’に設定される。
　　条件３：最後のｎ番目のＲＬＣ　ＰＤＵの第１のＬＩフィールドがＲＬＣ　ＳＣＵの最後のバイトの位置を示す。

【００３３】
　貯蔵されているＲＬＣ　ＰＤＵの中で、これら条件を満足するｎ個のＲＬＣ　ＰＤＵがある場合に、受信器のＲＬＣ階層はステップＳ８４０に進行し、そうでない場合にはステップＳ８４５に進行して新たなＲＬＣ　ＰＤＵが受信されるまで待機する。

　ステップＳ８４０で、ＲＬＣ階層は上記の条件を満たすＲＬＣ　ＰＤＵのＳＮとＬＩフィールドを参照してＲＬＣ　ＳＤＵを再構成し、ステップＳ８５０で再構成したＲＬＣ

10

20

30

40

50

APLNDC-WH-A0000032225

ＳＤＵを上位階層に伝送する。
【００３４】
　図９は、本発明の望ましい実施形態による送信器のＲＬＣ階層として動作する送信器を
示すブロック構成図である。
　図９を参照すると、送信器は、伝送バッファ９０５と、ＲＬＣヘッダー挿入部９１０と
、ＬＩ挿入部９１５と、送信部９２０と、Ｆ設定部９２５と、ＰＤＵサイズ制御部９３０
とを含む。
　伝送バッファ９０５は、上位階層から受信された少なくとも一つのＲＬＣ　ＳＤＵを貯
蔵し、貯蔵された少なくとも一つのＲＬＣ　ＳＤＵのサイズと個数をＰＤＵサイズ制御部
９３０に通報する。このＰＤＵサイズ制御部９３０は、通報された情報及び追加的な情報
を参照して最も高い伝送効率を保証するＲＬＣ　ＰＤＵサイズを決定して伝送バッファ９
０５に通報する。
　伝送バッファ９０５は、貯蔵された少なくとも一つのＲＬＣ　ＳＤＵを通報されたＲＬ
Ｃ　ＰＤＵサイズに合わせて再構成してＲＬＣヘッダー挿入部９１０に提供する。いずれ
か一つのＲＬＣ　ＳＤＵのサイズがＲＬＣ　ＰＤＵのデータフィールドと同一のサイズを
有すると、伝送バッファ９０５は、ＲＬＣ　ＳＤＵを加工せずにその通りＲＬＣヘッダー
挿入部９１０に伝送する。Ｆフィールド設定部９２５は、ＲＬＣ　ＳＤＵのサイズがＲＬ
Ｃ　ＰＤＵのデータフィールドと同一のサイズを有する場合に、ＲＬＣ　ＰＤＵのＦフィ
ールドを ’０’ に設定するようにＲＬＣヘッダー挿入部９１０を制御する。ＲＬＣヘッダ
ー挿入部９１０は、伝送バッファ９０５から受信されたデータにＦ設定部９２５の制御に
よるＦフィールドとＳＮを挿入する。ＬＩ挿入部９１５は、Ｆフィールドが ’０’ に設定
されると、ＲＬＣヘッダー挿入部９１０から受信されたデータにＬＩフィールドを挿入せ
ず、その反面、Ｆフィールドが ’１’ に設定されている場合に、ＬＩ挿入部９１５はＬＩ
フィールドを挿入する。送信部９２０は、上記の手順によって生成されたＲＬＣ　ＰＣＵ
を無線チャンネルを通じて伝送する。
【００３５】
　図１０は、本発明の望ましい実施形態による受信器のＲＬＣ階層として動作する受信器
を示すブロック構成図である。
　図１０を参照すると、受信器は、受信部１０２０と、受信バッファ１０１５とＲＬＣヘ
ッダー及びＬＩ除去部１０１０と、再組み立て部１００５、及び再組み立て制御部１０２
５とを含む。
　受信部１０２０は、下位階層から受信されたＲＬＣ　ＰＤＵを受信バッファ１０１５に
提供する。受信バッファ１０１５は、ＲＬＣ　ＰＤＵが再組み立てされるまで貯蔵する。
この再組み立て制御部１０２５は、受信バッファ１０１５に貯蔵されているＲＬＣ　ＰＤ
ＵのＦフィールドとＳＮとＬＩを解析し、再組み立てが可能であるか否かを判定し、再組
み立てが可能な少なくとも一つのＲＬＣ　ＰＤＵをＲＬＣヘッダー及びＬＩ除去部１０１
０に提供されるように受信バッファ１０１５を制御する。
　ＲＬＣヘッダー及びＬＩ除去部１０１０は、上記のＲＬＣ　ＰＤＵからＲＬＣヘッダー
とＬＩフィールドを除去する。このとき、Ｆフィールドが ’０’ に設定されたＲＬＣ　Ｐ
ＤＵに対しては除去するＬＩフィールドが存在しないため、ＲＬＣヘッダーのみを除去す
る。
　再組み立て部１００５は、ＲＬＣヘッダーとＬＩフィールドが除去された一つのＲＬＣ
　ＰＤＵを用いてＲＬＣ　ＳＤＵを再組み立てして上位階層に伝送する。このとき、再組
み立て部１００５は、Ｆフィールドが ’０’ に設定されたＲＬＣ　ＰＤＵのデータフィー
ルドから抽出されたデータのみで一つの完全なＲＬＣ　ＳＤＵを構成する。また、再組み
立て部１００５は、Ｆフィールドが ’１’ に設定され、予め定められた値である ’１１１
１　１１０’ に設定された唯一のＬＩフィールドを有するＲＬＣ　ＰＤＵのデータフィー
ルドから抽出された中間ＳＤＵセグメントを、以前及び以後のＲＬＣ　ＰＤＵから抽出さ
れたセグメントと結合して一つのＲＬＣ　ＳＤＵで構成する。
【００３６】

Plaintiff's Exhibit No. 188.15

（15）　　　JP 4642898 B2 2011.3.2

　以上、本発明の詳細な説明においては具体的な実施形態に関して説明したが、特許請求の範囲を外れない限り、形式や細部についての様々な変更が可能であることは、当該技術分野における通常の知識を持つ者には明らかである。したがって、本発明の範囲は、前述の実施形態に限定されるものではなく、特許請求の範囲の記載及びこれと均等なものに基づいて定められるべきである。
【図面の簡単な説明】
【００３７】
【図１】ＶｏＩＰを支援する従来の移動通信システムの構成を示す図である。
【図２Ａ】従来技術による送信器の動作を示す図である。
【図２Ｂ】従来技術による受信器の動作を示す図である。　　　　　　　　　　　　　　10
【図２Ｃ】従来技術による送信器で、ＲＬＣフレーミングによってＲＬＣ　ＳＤＵでＲＬＣ　ＰＤＵを構成する動作を示す図である。
【図３】従来技術を用いるＲＬＣフレーミング方式の問題点を示す図である。
【図４】本発明の望ましい実施形態によるＲＬＣ　ＰＤＵの構成を示す図である。
【図５Ａ】ＲＬＣ　ＳＤＵが分割/連結/パディングを経ることなくＲＬＣ　ＰＤＵに対応するときに、本発明の望ましい実施形態によるＲＬＣ　ＰＤＵの構成を示す図である。
【図５Ｂ】ＲＬＣ　ＳＤＵが分割/連結/パディングを通じてＲＬＣ　ＰＤＵにフレーミングされるときに、本発明の望ましい実施形態によるＲＬＣ　ＰＤＵの構成を示す図である。
【図６Ａ】従来のＲＬＣフレーミングによって一つのＲＬＣ　ＳＤＵが複数のＲＬＣ　Ｐ　　20
ＤＵに分割される場合を示す図である。
【図６Ｂ】本発明の望ましい実施形態により、予め定められたＬＩを用いて一つのＲＬＣ　ＳＤＵを複数のＲＬＣ　ＰＤＵに分割する場合を示す図である。
【図７】本発明の望ましい実施形態により、ＲＬＣ階層でＲＬＣ　ＰＤＵを伝送する動作を示すフローチャートである。
【図８】本発明の望ましい実施形態により、ＲＬＣ階層でＲＬＣ　ＰＤＵを受信する動作を示すフローチャートである。
【図９】本発明の望ましい実施形態による送信器を示すブロック構成図である。
【図１０】本発明の望ましい実施形態による受信器を示すブロック構成図である。
【符号の説明】　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　30
【００３８】
　９０５　伝送バッファ
　９１０　ＲＬＣヘッダー挿入部
　９１５　ＬＩ挿入部
　９２０　送信部
　９２５　Ｆ設定部
　９３０　ＰＤＵサイズ制御部
　１００５　再組み立て部
　１０１０　ＲＬＣヘッダー及びＬＩ除去部
　１０１５　受信バッファ　　　　　　　　　　　　　　　　　　　　　　　　40
　１０２０　受信部
　１０２５　再組み立て制御部

Plaintiff's Exhibit No. 188.16

（16）　　　　　JP 4642898 B2 2011.3.2

【図１】



【図２Ａ】

送信器

| 上位階層 | 205 |
| RLC階層 | 210 |
| 下位階層 | 215 |

無線チャンネル

【図２Ｂ】

受信器

| 上位階層 | 207 |
| RLC階層 | 212 |
| 下位階層 | 217 |

無線チャンネル

【図２Ｃ】



APLNDC-WH-A0000032228

（17）　　　　　JP 4642898 B2 2011.3.2



【図３】

【図４】

【図５Ａ】



【図５Ｂ】

【図６Ｂ】

【図６Ａ】

(18)          JP 4642898 B2 2011.3.2

【図7】                              【図8】



【図9】

【図10】



Plaintiff's Exhibit No. 188.19

（19）　　　　　　　JP 4642898 B2 2011.3.2

フロントページの続き

(72)発明者　ソン－フン・キム
　　　　　　　大韓民国・キョンギ－ド・４４３－７３７・スウォン－シ・ヨントン－グ・ヨントン－ドン・（番
　　　　　　　地なし）・チョンミョンマウル・３－ダンジ・アパート・＃３２１－１００３
(72)発明者　ゲルト－ヤン・ファン・リースハウト
　　　　　　　イギリス・ステインズ・ミドルセックス・ＴＷ１８・４ＱＥ・サウス・ストリート・（番地なし）
　　　　　　　・サムスン・エレクトロニクス・リサーチ・インスティテュート・コミュニケーションズ・ハウス
　　　　　　　内
(72)発明者　ヒムク・ヴァン・デルヴェルデ
　　　　　　　イギリス・ステインズ・ミドルセックス・ＴＷ１８・４ＱＥ・サウス・ストリート・（番地なし）
　　　　　　　・サムスン・エレクトロニクス・リサーチ・インスティテュート・コミュニケーションズ・ハウス
　　　　　　　内

　　　審査官　桑江　晃

(56)参考文献　特表２００２－５２７９４５（ＪＰ，Ａ）
　　　　　　　　特開２００２－１２５００４（ＪＰ，Ａ）
　　　　　　　　国際公開第２００５／０１７６４１（ＷＯ，Ａ１）

(58)調査した分野(Int.Cl.，ＤＢ名)
　　　　　　　　Ｈ０４Ｗ　　　４/00　－　99/00
　　　　　　　　Ｈ０４Ｂ　　　７/26

APLNDC-WH-A0000032231

JP 4642898 B2 3.2.2011

(19) Japan Patent Office (JP)          (12) **Japanese Patent Publication** (B2)          (11) Japanese Patent Number

**4642898**
**(P4642898)**

(45) Publication date: March 2, 2011 (3.2.2011)          (24) Registration date: December 10, 2010 (12.10.2010)

| | | |
|---|---|---|
| (51) Int. Cl. | | FI |
| *H04W 28/06* | *(01.2009)* | H04Q 7/00    265 |
| *H04L 12/56* | *(01.2006)* | H04L 12/56   300D |
| *H04W 80/02* | *(01.2009)* | H04Q 7/00    601 |

Number of claims: 14  (Total of 19 pages)

| | | | |
|---|---|---|---|
| (21) Application number | Japanese Patent Application 2008-507565 (P2008-507565) | (73) Patentee | 503447036 Samsung Electronics Co., Ltd. 416 Maetan 3-Dong, Toungtong-gu, Suwon-si, Gyeonggi-do, Korea |
| (86) (22) Date of application | May 4, 2006 (5.4.2006) | | |
| (65) Publication No. | Tokuhyo 2008-538480 (P2008-538480A) | (74) Agent | 100064908 Patent Attorney Masatake SHIGA |
| (43) Publication date | October 23, 2008 (10.23.2008) | (74) Agent | 100089037 Patent Attorney Takashi WATANABE |
| (86) International application No. | PCT/KR2006/001699 | (74) Agent | 100108453 Patent Attorney Yasuhiko MURAYAMA |
| (87) International publication No. | WO2006/118435 | | |
| (87) International publication date | November 9, 2006 (11.9.2006) | (74) Agent | 100110364 Patent Attorney Shinya JITSUHIRO |
| Date of request for examination | October 19, 2007 (10.19.2007) | | |
| (31) Priority claim No. | 10-2005-0037774 | | |
| (32) Priority date | May 4, 2005 (5.4.2005) | | |
| (33) Priority country | Korea (KR) | | |
| | | | Continued on the last page |

(54) (TITLE OF THE INVENTION) METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING PACKET DATA USING A PRESET LENGTH INDICATOR IN A MOBILE COMMUNICATION SYSTEM

(57) (SCOPE OF THE PATENT CLAIMS)
(CLAIM 1)
    A data transmission method for transmitting data in a mobile communication system, comprising:
    a step for receiving a service data unit (SDU) from a higher layer and determining whether said SDU can be contained within one protocol data unit (PDU);
    if said SDU can be contained within one PDU, a step for constructing said PDU containing a header and a data field;
    wherein said header contains a sequence number (SN) field and a one-bit field indicating that said PDU completely contains said SDU in said data field without segmentation, concatenation, or padding;
    if said SDU cannot be contained within one PDU, a step for segmenting said SDU into a plurality of segments according to the size of a transmittable PDU and constructing a plurality of PDUs in which the data field of each PDU contains one of said plurality of segments;
    wherein the header of each PDU contains an SD field, a one-bit field indicating that at least one length indicator (LI) field is present, and at least one of said LI field, and if said data field of said PDU contains an intermediate segment of said SDU, said LI field is set to a predetermined value indicating that said PDU contains an intermediate segment which is not the first segment or the last segment of said SDU; and
    a step for transmitting said PDUs to a receiver.

Plaintiff's Exhibit No. 188.21

(CLAIM 2)

The data transmission method of claim 1, wherein said determination step comprises:

a step for determining that said SDU can be contained within one PDU if the PDU size excluding said SN field and said one-bit field in the next transmission interval matches the size of said SDU;

wherein the size of said PDU is determined according to the size of said SDU and the radio channel state.

(CLAIM 3)

The data transmission method of claim 1, wherein the LI fields of PDUs which contain said first and last segments of said SDU in data fields are set to a value indicating that the first segment of said SDU is contained and a value indicating that the last segment is contained.

(CLAIM 4)

The data transmission method of claim 1, wherein said SDU contains an Internet Protocol (IP) packet.

(CLAIM 5)

A data reception method for receiving data in a mobile communication system, comprising:

a step for receiving a protocol data unit (PDU) containing a header and a data field from a transmitter and detecting from said header of said PDU a sequence number (SN) field and a one-bit field indicating whether said PDU completely contains one service data unit (SDU);

a step for acquiring said SDU from said data field if said one-bit field indicates that said PDU completely contains said SDU in said data field without segmentation, concatenation, or padding;

if said one-bit field indicates that at least one length indicator (LI) field is present, a step for detecting said at least one LI field from said header and detecting at least one segment of said SDU from said data field according to said detected LI field;

wherein if said data field of said PDU contains an intermediate segment of said SDU, said LI field is set to a predetermined value indicating that said PDU contains an intermediate segment which is not the first segment or the last segment of said SDU;

a step for constructing said SDU by joining said detected segment to at least one of the previous segment or the following segment.

(CLAIM 6)

The data reception method of claim 5, further comprising a step in which, if said LI is set to said predetermined value, said PDU is stored in a reception buffer according to said SN field of said PDU until said PDU can be assembled with at least one of said previous segment or said following segment.

(CLAIM 7)

The data reception method of claim 6, wherein said construction step is such that if the first PDU among said PDUs contains an LI field indicating that the first segment of said SDU is contained, at least one intermediate PDU among said PDUs contains an LI field having said predetermined value, and the first LI field of the last PDU among said PDUs indicates the position of the last byte of said SDU, segments extracted from the data fields of the set of PDUs stored in said reception buffer are joined to construct said SDU.

(CLAIM 8)

A data transmission apparatus for transmitting data in a mobile communication system, comprising:

APLNDC-WH-A0000032290

(3)                                                      JP 4642898 B2 3.2.2011

a transmission buffer for receiving a service data unit (SDU) from a higher layer, determining whether said SDU can be contained within one protocol data unit (PDU), and reconstructing said SDU into at least one segment according to the size of a transmittable PDU;

a header insertion part for constructing at least one PDU containing a sequence number (SN) field and a one-bit field in a header and containing said at least one segment in a data field;

a one-bit field setting part which, if said SDU can be contained in one PDU, sets said one-bit field so as to indicate that said PDU completely contains said SDU in said data field without segmentation, concatenation, or padding, and if said data field of said PDU contains an intermediate segment of said SDU, sets said one-bit field so as to indicate that at least one length indicator (LI) field is present;

an LI insertion part which, if said SDU cannot be contained in one PDU, inserts and sets an LI field after said one-bit field of said at least one PDU;

wherein if said data field of said PDU contains an intermediate segment of said SDU, said LI field is set to a predetermined value indicating that said PDU contains an intermediate segment which is not the first segment or the last segment of said SDU; and

a transmission part for transmitting at least one PDU received from said LI insertion part to a reception part.

(CLAIM 9)

The data transmission apparatus of claim 8, wherein if the PDU size, which is determined according to the size of said SDU and the radio channel state and excludes said SN field and said one-bit field that can be used in the next transmission interval, matches the size of said SDU, said transmission buffer determines that said SDU can be contained within one PDU.

(CLAIM 10)

The data transmission apparatus of claim 8, wherein said LI insertion part sets said LI fields of PDUs which contain the first and last segments of said SDU in data fields to a value indicating that said first segment is contained and a value indicating that said last segment is contained.

(CLAIM 11)

The data transmission apparatus of claim 8, wherein said SDU contains an Internet Protocol (IP) packet.

(CLAIM 12)

A data reception apparatus for receiving data in a mobile communication system, comprising:

a reception buffer for receiving and storing a protocol data unit (PDU) from a transmission part;

a reassembly controller which detects from the header of said PDU a sequence number (SN) field and a one-bit field indicating whether said PDU completely contains one service data unit (SDU) and, if said one-bit field indicates that at least one length indicator (LI) field is present, detects said at least one LI field from said header and detects at least one segment of said SDU from said data field according to said detected LI field;

wherein said LI field is set to a predetermined value indicating that an intermediate segment is contained if said PDU contains an intermediate segment which is not the first segment or the last segment of said SDU;

a header and LI removal part which, if said one-bit field indicates that said PDU completely contains said SDU in said data field without segmentation, concatenation or padding, extracts said SDU from said data field, and if said one-bit field indicates that said at least one LI field is present, removes said SN field, said one-bit field, and said LI field and extracts the intermediate segment from the data field of said PDU; and

a reassembly part for completely receiving said SDU from said header and LI removal part or receiving

APLNDC-WH-A0000032291

  
Plaintiff's Exhibit No. 188.23

said intermediate segment and for constructing said SDU by joining said intermediate segment to at least one previous segment extracted from the data field of at least one previous PDU and to at least one following segment extracted from the data field of at least one following PDU.

(CLAIM 13)

The data reception apparatus of claim 12, wherein said reception buffer stores said PDU according to said SN field.

(CLAIM 14)

The data reception apparatus of claim 13, wherein said reassembly part is such that if the first PDU among said PDUs contains an LI field indicating that the first segment of said SDU is contained, at least one intermediate PDU among said PDUs contains an LI field set to said value, and the first LI field of the last PDU among said PDUs indicates the position of the last byte of said SDU, segments extracted from the data fields of the set of PDUs stored in said reception buffer are joined to construct said SDU.

(DETAILED DESCRIPTION OF THE INVENTION)

(TECHNICAL FIELD)

(0001)

The present invention relates to a mobile communication system which supports packet services. More particularly, the present invention relates to a method and apparatus which efficiently use radio resources by reducing the header size of a Protocol Data Unit (called "PDU" hereafter) on a radio link.

(BACKGROUND ART)

(0002)

Current mobile communication systems are developing into high-speed and high-quality wireless data packet communication systems. These systems are capable of providing not only conventional voice services, but also data services and multimedia services. The UMTS (Universal Mobile Telecommunication Service) system, a third-generation mobile communication system which uses Wideband Code Segmentation Multiple Access (called "CDMA" hereafter) based on the European mobile communication system GSM (Global System for Mobile Communications) and GPRS (General Packet Radio Services), provides a service enabling mobile telephone subscribers or computer users to transmit packet-based text, digitized voice, video, and multimedia data at high speeds at or above 2 Mbps from anywhere around the world.

This UMTS system introduces the concept of a packet switching access method using a packet protocol such as the Internet Protocol (called "IP" hereafter).

Regarding voice services, VoIP (Voice over IP) communication, which supports voice packets using the Internet Protocol, is under discussion by the 3GPP (3rd Generation Partnership Project), an organization for the standardization of the UMTS communication system described above. VoIP is a communication technology for sending a voice frame generated from an audio codec (CODEC) in the form of an IP/UDP (User Datagram Protocol)/RTP (Real-time Transport Protocol) packet. This VoIP facilitates the provision of voice services via a packet network.

(0003)

FIG. 1 shows the configuration of an ordinary mobile communication system which supports VoIP.

Referring to FIG. 1, a user equipment (UE) 100 comprises a CODEC 105 for converting a voice signal to a voice frame, an IP/UDP/RTP layer 104 for converting the voice frame to an IP/UDP/RTP frame, a PDCP (Packet Date Convergence Protocol) layer 103 for compressing the header of the IP/UDP/RTP packet,                                                                          an

APLNDC-WH-A0000032292

Plaintiff's Exhibit No. 188.24

(5)                    JP 4642898 B2 3.2.2011

RLC (Radio Link Control) layer 102 for converting the IP/UDP/RTP packet with a compressed header to a format suitable for transmission over a radio channel, and a MAC (Medium Access Control)/PHY (Physical) layer 101 for transmitting the output of the RLC layer 102 over the radio channel.

Radio data from the UE 100 is transmitted to a radio network controller (called "RNC" hereafter) 120 via the PHY layer (not shown) of a base station (Node B) 110 over the radio channel. The RNC 120, which is similar to the UE 100 and comprises a MAC layer 121, an RLC layer 122, and a PDCP layer 123, converts radio data to the original IP/UDP/RTP packet and transmits it to a core network (CN) 130. This IP/UDP/RTP packet is transmitted to another party – a UE (not shown) on the reception side, for example – via an IP network 140. The reception side UE has a layer structure similar to that of the transmission side UE 100 and restores the original voice signal by processing the IP/UDP/RTP packet in the reverse order. The RLC layers 102 and 122 serve the following roles.

(0004)

In general, an RLC layer is divided into UM (Unacknowledged Mode), AM (Acknowledged Mode), and TM (Transparent Mode) according to the operating method. VoIP operates in the RLC UM.

In the transmitter, the RLC UM layer segments, concatenates, or pads RLC Service Data Units (called "SDUs" hereafter) received from a higher layer to a size suitable for transmission over a radio channel. The RLC UM layer constructs an RLC PDU (Protocol Data Unit) suitable for transmission over the radio channel by inserting segmentation/concatenation/padding information and a sequence number (SN) into the resulting value and transmits the LCP PDU to a lower layer.

In the receiver, the RLC UM layer first restores the data by analyzing the SN and the segmentation/concatenation/padding information of an RLC PDU received from a lower layer and then reconstructs an RLC SDU by concatenating or segmenting the data in accordance with the operation of the transmitter. The reconstructed RLC SDU is provided to a higher layer. Here, the operation of processing an RLC SDU received from a higher layer to a size suitable for transmission over a radio channel is called "RLC framing".

(0005)

FIG. 2A shows RLC framing in a transmitter according to conventional technology.

Referring to FIG. 2A, an RLC layer 210 frames data received from a higher layer 205 to a data size suitable for transmission over a radio channel. A lower layer 215 transmits the data framed to this appropriate size to a receiver over the radio channel. The higher layer corresponds to a PDCP layer, and the lower layer corresponds to a MAC layer. The data exchanged between the RLC layer 210 and the higher layer 205 is an "RLC SDU", and the data exchanged between the RLC layer 210 and the lower layer 215 is an "RLC PDU".

(0006)

FIG. 2B shows RLC framing in a receiver according to conventional technology.

Referring to FIG. 2B, an RLC layer 212 first restores data received from a lower layer 217 to the original data and then transmits the restored data to a higher layer 207. The higher layer 207 corresponds to a PDCP layer, and the lower layer 217 corresponds to a MAC layer. The data exchanged between the RLC layer 212 and the higher layer 207 is an "RLC SDU", and the data exchanged between the RLC layer 212 and the lower layer 217 is an "RLC PDU".

(0007)

FIG. 2C shows the operation for constructing RLC PDUs by framing RLC SDUs in the RLC layer of a transmitter according to conventional technology.

Referring to FIG. 2C, the RLC layer of the transmitter receives an RLC SDU 225 of an arbitrary size – for example, a 100-byte IP packet – from the higher layer. If the size of data transmittable over a radio

APLNDC-WH-A0000032293

Plaintiff's Exhibit No. 188.25

(6)                                JP 4642898 B2 3.2.2011

channel is 40 bytes, the RLC layer segments the RLC SDU 225 into three RLC PDUs 230, 235, and 240. At this time, each RLC PDU has 40 bytes. Each RLC PDU also contains an RLC header 245.

The RLC header 245 comprises a Sequence Number (called "SN" hereafter) 250, an E field 255, and at least a plurality of pairs of a Length Indicator (LI) field 260 and an E field 265. The LI field 260 is included by means of segmentation. The SN field 250 indicates a 7-bit SN which increases monotonously by 1 for every RLC PDU. The SN indicates the order of the RLC PDUs 230, 235, and 240. The E field 255 indicates whether the following field is a data field or a pair of an LI field and an E field and has a one-bit size.

The LI field 260 has a 7-bit or 15-bit size depending on the RLC framing and indicates that the segment of the RLC SDU 225 contained in the RLC PDU is positioned in a data field 270 of the RLC PDU. That is, the LI field 260 indicates the start and end of the RLC SDU 225 within the data field 270 of the RLC PDU. The LI field 260 may also indicate whether padding is used. The value indicated by the LI field 260 is set in units of bytes, which refers to the number of bytes from an RLC header to the point where the RLC SDU ends. For the sake of convenience, the LI field 260 is assumed to be 7 bits.

In the first byte of the first RLC PDU 230, the SN field is set to a prescribed value "x", and the first E field is set to "1", indicating that the following byte consists of a pair of an LI field and an E field. In the second byte of the RLC PDU 230, the LI field indicates that the RLC SDU 225 starts from the first byte of the data field of the RLC PDU 230. This must be used as a meaning other than to indicate the last byte position of the RLC SDU. This LI is called a "predefined LI" and will be described below.
(0008)
"1111 100": The first byte of the data field of the RLC PDU is the first byte of the RLC SDU.
"0000 000": The last byte of the RLC SDU is contained in the previous RLC PDU, but an LI indicating this is not contained in the previous RLC PDU.
"1111 111": The remainder of the data field of the RLC PDU consists of padding bits.
(0009)
Accordingly, in the RLC PDU 230, the first LI field is set to the predetermined LI "1111 100" and to the "0" inserted in the second E field to indicate that the following byte is the data field. Therefore, the first 38 bytes of the RLC SDU 225 are inserted into the remaining 38-byte data field of the 40-byte first RLC PDU 230 excluding the first two bytes.

In the first byte of the second RLC PDU 235, the SN field is set to "x+1", and the E field is set to "0" indicating that the following byte is data. This is because it is unnecessary to separately prepare an LI field since the RLC PDU 235 does not contain the first byte or the last byte of the RLC SDU 225. Therefore, the 39 bytes of the RLC SDU 225 from byte 39 to byte 77 are inserted into the remaining 39 bytes of the data field.

In the first byte of the third RLC PDU 240, the SN is set to "x+2" and the E field is set to "1" indicating that the following byte is a pair of an LI field and an E field. In the second byte, the LI field is set to "0010 111 (=23)" indicating that the last byte of the RLC SDU 225 corresponds to the 23rd ("100"-"77")                byte                of                the

APLNDC-WH-A0000032294

Plaintiff's Exhibit No. 188.26

data field, and the E field is set to "1". The data field of the RLC PDU 240 has remaining room into which data may be inserted after the last segment of the RLC SDU 225 with a total of 100 bytes is loaded. Therefore, the second E field is set to "1" and the following second LI field is set to "1111 111", which is a value notifying that bits following the position indicated by the first LI field are padded. The third E field is then set to "0". Therefore, the data field of the third RLC PDU 240 is filled with the last 23 bytes of the RLC SDU 225, and the remaining 14 bytes are padded.

(0010)

The operation of the RLC layer of the receiver corresponding to the operation of the RLC layer of the transmitter is as follows.

The RLC layer of the receiver receives the RLC PDUs 230, 235, and 240 and sequentially arranges them based on the SNs of the RLC PDUs 230, 235, and 240. That is, the RLC layer of the receiver determines that the data field of the first RLC PDU 230 corresponds to the first segment of the RLC SDU 225 via the LI field of the first RLC PDU 230 and that the data field of the second RLC PDU 235 corresponds to the second segment of the RLC SDU 225 via the LI field of the second RLC PDU 235 and thereby recognizes that the reconstruction of this RLC SDU 225 is not yet complete. The RLC layer of the receiver then determines that 23 bytes of the data field of the third RLC PDU 240 constitute the last segment of the RLC SDU 225 via the third RLC PDU 240 and completes the reconstruction of the RLC SDU 225 by combining the segments extracted from the three RLC PDUs 230, 235, and 240. At this time, the RLC layer of the receiver recognizes via the second LI field of the third RLC PDU 240 that the remainder of the data field of the third RLC PDU 240 is padded.

(0011)

As described above, the conventional method of indicating the last byte of an RLC SDU using an LI field is efficient in cases in which one RLC DU is segmented into a plurality of RLD PDUs or a plurality of RLC SDUs are concatenated into one RLC PDU. However, in light of the characteristics of VoIP packets, one complete RLC SDU ordinarily corresponds to only one RLC PDU and occurs frequently without segmentation/concatenation/padding.

In cases in which a 12.2 kbps AMR (Adaptive Multi-Rate) CODEC is widely used in 3GPP, this AMR CODEC generates a 7-byte or a 32-byte voice frame every 20 msec. After the voice frame is encapsulated with an IP/UDP/RTP header, it is transmitted to the RLC layer via the compression of the header in the PDCP layer. The compressed header is ordinarily 3 bytes, but it occasionally has a size of 4-12 bytes.

Accordingly, an RLC SDU has a size of 10-19 bytes or 35-44 bytes. This RLC SDU is transmitted to the RLC layer of the transmitter in units of 20 msec. The RLC layer reconstructs one complete RLC SDU into one RLC PDU and transmits it over a radio channel. As described above, since the compressed header is ordinarily 3 bytes, most RLC SDUs are 10 bytes or 35 bytes. Therefore, it is desirable for the size of an RLC PDU to be determined so that the most frequently occurring RLC SDUs can be processed efficiently.

In this way, if the size of an RLC PDU is defined based on the size of the most frequently occurring RLC SDUs, most RLC SDUs are framed to RLC PDUs without undergoing segmentation/concatenation/padding. In this case, the conventional framing method is inefficient.

(0012)

FIG. 3 shows a problem of the framing method according to conventional technology.

Referring to FIG. 3, a 35-byte RLC SDU 305 is generated, and the size of an RLC PDU 310 is 38 bytes. The RLC SDU 305 is framed to one RLC PDU 310. In the RLC PDU 310, a first LI field 315 is set to       "1111

Plaintiff's Exhibit No. 188.27

100" indicating that the first byte of the RLC SDU 305 corresponds to the first bye of a data field 325 of the RLC PDU 310, and a second LI field 320 is set to "0100 011" indicating that the last byte of the RLC SDU 305 corresponds to the 35th byte of the data field 325. The data field 325 containing the entire 35-byte RLC SDU 305 is then inserted.

That is, a 3-byte overhead is added in order to transmit 35-byte data, and two bytes of the overhead are used for the LI fields.

As described above, in contrast to typical packet communication, packet data should be processed in real time in VoIP communication, and one RLC SDU is generated for every predetermined time interval. In other words, in VoIP communication, most RLC SDUs are not segmented or concatenated, and one RLC SDU consists of one RLC PDU. Nonetheless, the existing RLC framing operation always requires at least two LI fields – that is, an LI field indicating the start of an RLC SDU and another LI field indicating the end of the RLC SDU – for an RLC PDU. If necessary, an LI field indicating the advisability of the padding of the data field is additionally inserted.

Therefore, the use of the RLC framing method in VoIP communication according to conventional technology leads to the problem that limited radio resources are used inefficiently due to the user of unnecessary LI fields.

(DISCLOSURE OF THE INVENTION)

(PROBLEM TO BE SOLVED BY THE INVENTION)

(0013)

Accordingly, in order to solve the problem of the conventional technology described above, the purpose of the present invention is to provide a method and apparatus for efficiently using radio resources by reducing the header size of a protocol data unit (RLC PDU) of the radio link control layer in a mobile communication system which supports packet services.

Another purpose of the present invention is to provide a method and apparatus for segmenting an higher layer packet into a plurality of RLC PDUs.

(MEANS FOR SOLVING THE PROBLEM)

(0014)

In order to achieve the objectives described above, the present invention is a method for transmitting data using a predetermined length indicator (LI) in a mobile communication system, the method having: a step for receiving a service data unit (SDU) from a higher layer and determining whether the SDU can be contained within one protocol data unit (PDU); if the SDU cannot be contained within one PDU, a step for segmenting the SDU into a plurality of segments according to the size of a transmittable PDU; a step for constructing a plurality of PDUs having a sequence number (SN) field, at least one-bit field indicating that an LI field is present, and the LI field in the header and having the segments in a data field, wherein the LI field of each PDU containing an intermediate segment of the SDU in the data field is set to a value indicating that the intermediate segment is present; and a step for transmitting the PDUs to a receiver.

(0015)

In addition, the present invention is a method for receiving data using a predetermined length indicator (LI) in a mobile communication system, the method having: a step for receiving a protocol data unit (PDU) from a transmitter and detecting from a header of the PDU an SN field and a one-bit field indicating whether the following LI field is present; if the one-bit field indicates that the LI field is present, a step for detecting the following LI field from the header of the PDU and determining whether the LI field has been set to a value indicating that an intermediate segment of a service data unit (SDU) is contained in the data field                              of                                the

(9)                                    JP 4642898 B2 3.2.2011

PDU; if the LI field is set to this value, a step for storing the PDU until the previous segment and the following segment can be combined; and a step for constructing the SDU by joining the intermediate segment from the data field of the PDU with at least one previous segment extracted from the data field of at least one previous PDU and at least one following segment extracted from the data field of at least one following PDU.

(0016)

The present invention is also an apparatus for transmitting data using a predetermined length indicator (LI) in a mobile communication system, the apparatus comprising: a transmission buffer for receiving a service data unit (SDU) from a higher layer, determining whether the SDU can be contained within one protocol data unit (PDU), and reconstructing the SDU into at least one segment according to the size of a transmittable PDU; a header insertion part for constructing at least one PDU containing an SN field and a one-bit field in a header and having the at least one segment in a data field; a one-bit field setting part which sets the one-bit field of the at least one PDU to a value indicating at least one of either the presence or absence of a following LI field; an LI insertion part which, if the SDU cannot be contained in one PDU, inserts an LI field after the one-bit field of the at least one PDU and sets the LI field of the PDU containing an intermediate segment of the SDU in the data field to a value indicating that the intermediate segment is contained; and a transmission part for transmitting at least one PDU received from the LI insertion part to a reception part.

(0017)

The present invention is further an apparatus for receiving data using a predetermined length indicator (LI) in a mobile communication system, the apparatus comprising: a reception buffer for receiving and storing a protocol data unit (PDU) from a transmission part; a reassembly controller which detects from the header of the received PDU an SN field at a one-bit field indicating at least one of whether the following LI field is present or absent and analyzes the LI field if the one-bit field indicates that the LI field is present and controls the reception buffer so that the PDU is stored until it can be assembled with the previous segment and the following segment if the LI field is set to a value indicating that an intermediate segment of a service data unit (SDU) is contained within the data field of the PDU; a header and LI removal part which, if the one-bit field indicates that the LI field is present, removes the SN field, the one-bit field, and the LI field; and a reassembly part for receiving the intermediate segment from the header and LI removal part and for constructing the SDU by joining the intermediate segment to at least one previous segment extracted from the data field of at least one previous PDU and at least one following segment extracted from the data field of at least one following PDU.

(EFFECT OF THE INVENTION)

(0018)

The present invention has the effect of efficiently using limited radio transmission resources by utilizing the information of one bit indicating that a complete RLC SDU is present in the data field of an RLC PDU to eliminate the need for the insertion of additional information for indicating the start/end/padding of the RLC SDU. The present invention also has the effect of enabling the segmentation operation of an RLC SDU by including an LI field set to a new value of a predetermined LI in an RLC PDU containing only an intermediate segment of the RLC SDU, as described above.

(BEST MODE FOR CARRYING OUT THE INVENTION)

(0019)

Preferred embodiments of the present invention will be described in detail hereinafter with reference to the attached drawings.

It will be self-evident from the following descriptions that various modifications can be made to the embodiments of the present invention in this technical field without deviating from the technical idea of the invention. Also, when it is assessed that detailed descriptions of known functions or configurations related to the present invention make the gist of the present invention unclear, the detailed descriptions will be omitted.

Plaintiff's Exhibit No. 188.29

The main gist of the present invention is to provide framing for the efficient use of radio resources in a mobile communication system which provides packet services.

(0020)

For the sake of explanatory convenience below, the operation in a radio resource control (RLC) layer – in particular, the operation of an RLC UM – will be described in a UMTS system, but the embodiments of the present invention are not limited thereto. For the sake of convenience, an RLC header is defined to contain an SN, a first E field, and a pair of at least one LI field and an E field in an RLC PDU containing a packet data from a higher layer. That is, the remainder of one RLC PDU excluding the data field is an RLC header.

The RLC layer according to the preferred embodiments of present invention use two framing methods. The first method is one in which an RLC SDU having the most frequently used size is framed to an RLC PDU without using any LI field. The second method is one in which an RLC SDU of another size is framed to an RLC PDU using an LI field.

The first framing method does not use any LI field. This method is used in cases in which the size of an RLC SDU matches the size of the data field of an RLC PDU and there is no need to execute segmentation/concatenation/padding.

The second framing method uses an LI field. This method is used in cases in which the size of an RLC SDU does not match the size of an RLC PDU and segmentation/concatenation/padding is necessary.

Accordingly, a different framing method may be applied to each higher-layer packet. At this time, a transmitter notifies a receiver of the framing method used for each packet.

In the preferred embodiments of the present invention, the framing method applied to the RLC PDU in question is indicated using one bit of an RLC header – specifically, one bit of the first E field. The first E field is called an "F field" so that it is distinguished from other E fields.

(0021)

FIG. 4 shows the structure of an RLC PDU according to a preferred embodiment of the present invention.

Referring to FIG. 4, the RLC PDU comprises an SN field 405, an F field 410, an LI field 415, an E field 420, a data field 425, and a padding 430. The LI field 415, the E field 420, and the padding 430 may or may not be included depending on the situation, but the SN field 405, the F field 410, and the data field 425 are always present. The SN field 405, the LI field 415, the E field 420, the data field 425, and the padding 430 are the same as those of a conventional RLC PDU, and explanations thereof will be omitted here.

The F field 410 indicates the presence or absence of the LI field 415 – that is, the framing method of the RLC PDU. The F field 410 also indicates whether an RLC SDU has been framed to the RLC PDU without undergoing segmentation/concatenation/padding. For example, if the F field 410 is set to "0", the LI field 415 is not present in the RLC PDU in question, and the data field 425 matches one complete RLC SDU. If the F field 410 is set to "1", the LI field 415 is present in the RLC PDU in question, and the size of the data field 425 does not match that of one RLC SDU. Accordingly, the LI field 415 indicates the start or end of the RLC SDU in which it is contained.

(0022)

FIG. 5A shows the configuration of an RLC PDU in a case in which an RLC SDU corresponds to an RLC PDU without undergoing segmentation/concatenation/padding in accordance with a preferred embodiment of the present invention.

Referring to FIG. 5A, when a transmitter (that is, an RLC layer of the transmitter) can frame one complete RLC SDU to one RLC PDU without segmentation/concatenation/padding, it sets the F field to "0"

Plaintiff's Exhibit No. 188.30

and inserts the complete RLC SDU into the data field of the RLC PDU.

If the F field of a received RLC PDU is "0", a receiver (that is, an RLC layer of the receiver) recognizes the field as a data field following the F field, extracts the data field from the RLC PDU, and transmits it to the higher layer as one RLC SDU.

(0023)

FIG. 5B shows the structure of an RLC PDU in a case in which an RLC is framed to an RLC PDU via segmentation/concatenation/padding in accordance with a preferred embodiment of the present invention.

Referring to FIG. 5B, when it is necessary to perform segmentation/concatenation/padding in order to frame an RLC, the transmitter constructs an RLC PDU by setting the F field to "1" and including an LI field and padding required for segmentation/concatenation/padding.

If the F field of a received RLC PDU is "1", the receiver determines that the bytes following the F field are an LI field and an E field and reconstructs the data field of the RLC PDU into one or more RLC SDUs according to the value of the LI field.

In order to use an existing first E field as an F field, it is necessary to solve the following such problem.

Ordinarily, if an RLC PDU is a segment of an RLC SDU and neither the start nor end of the RLC SDU is included in the RLC PDU, there is no LI field in the RLC PDU.

In FIG. 5A, if an RLC SDU is framed to one RLC PDU without undergoing segmentation/concatenation/padding, it is necessary to indicate that the RLC PDU does not contain one complete RLC SDU and does not include the start or end of the RLC SDU.

(0024)

FIG. 6A shows a state in which one RLC SDU is segmented into a plurality of RLC PDUs in accordance with conventional RLC framing technology.

Referring to FIG. 6A, an RLC SDU 605 is segmented into three RLC PDUs 610, 615, and 620 with SNs of "x", "x+1", and "x+2", respectively. A predetermined LI value of "1111 100" is inserted into the first RLC PDU 610, indicating that the first byte of the data field of the RLC PDU 610 corresponds to the first byte of the RLC SDU 605.

Since the start and end of the RLC SDU 605 are not included in the second RLC PDU 615, the first E field is set to "0", and an LI field is not inserted. An LI value of "0100 010", for example, is inserted into the third RLC PDU 620 in order to indicate that the end of the RLC SDU 605 corresponds to the 34th byte of the data field of the RLC PDU 620.

If an LI field is not inserted into the RLC PDU 615 which does not include the start or end of the RLC SDU, the receiver cannot determine whether the segment contained in the data field of the RLC PDU 615 constitutes one complete RLC SDU or forms one RLC SDU by joining with the segments of the previous and following RLC PDUs. Therefore, in a preferred embodiment of the present invention described below, a new predetermined LI value is defined in order to indicate an RLC PDU which does not include the start or end of an RLC SDU (called an "intermediate PDU" hereafter). For example, "1111 110" can be defined as a new predetermined LI value. An RLC PDU into which the new predetermined LI value is inserted is recognized as an intermediate RLC PDU. Here, the data field of the intermediate RLC PDU contains an RLC SDU segment between the start and end of the RLC SDU.

(0025)

FIG. 6B shows a state in which one RLC SDU is segmented into a plurality of RLC PDUs using a predetermined LI in accordance with a preferred embodiment of the present invention.

APLNDC-WH-A0000032299

Plaintiff's Exhibit No. 188.31

(12)                          JP 4642898 B2 3.2.2011

Referring to FIG. 6B, one RLC SDU 625 is segmented into three RLC PDUs 630, 635, and 640 with SNs of "x", "x+1", and "x+2", respectively. As a result, the F field of the first RLC PDU 630 is set to "1" and a predetermined LI value of "1111 100" is inserted into the first RLC PDU 630, indicating that the first byte of the data field of the RLC PDU 630 corresponds to the first byte of the RLC SDU 625. Since neither the start nor the end of the RLC SDU 625 is included in the second RLC PDU 635, the F field is set to "0", and a predetermined value of "1111 110" is inserted into the second RLC PDU 635, indicating that the RLC PDU 635 is an intermediate RLC PDU.

The third RLC PDU 640 contains an LI value of "0100 011" indicating that the end of the RLC SDU 625 is, for example, the 35th byte of the data field.

(0026)

The operation and apparatus configuration according to a preferred embodiment of the present invention will be described hereinafter. In the following description, concatenation of the segmentation/concatenation/padding that can be performed for the RLC layer departs from the main gist of the present invention, so description of the operation and configuration thereof will be omitted here. It is self-evident that in the event that concatenation is used, if the first E field (that is, the F field) is "1", at least one LI field is present.

(0027)

FIG. 7 shows the RLC operation of the transmitter according to a preferred embodiment of the present invention.

Referring to FIG. 7, when at least one RLC SDU is received from the higher layer in step S705, the RLC layer of the transmitter notifies the lower layer of the size and number of the at least one received RLC SDU in step S710. The lower layer may be a MAC layer. If LI="0000 000" is to be transmitted when transmitting the RLC SDU, the RLC layer of the transmitter notifies the lower layer of the value obtained by adding 1 byte to the size of the RLC SDU.

In step S715, the RLC layer waits until the lower layer reports the size and number of RLC PDUs to be transmitted in the next transmission interval. The lower layer determines the most efficient RLC PDU size based on the received RLC SDU information and the radio channel state of the next transmission interval. This is reported to the RLC layer on the transmission side.

(0028)

In step S720, the RLC layer determines whether the size of the RLC PDU reported by the lower layer matches the size of the RLC SDU or whether it is necessary to transmit LI="0000 000" via the present RLC PDU according to whether an LI field indicating the last byte of the previous RLC SDU is contained in the previous RLC PDU. As a result, if the size of the RLC PDU matches the size of the RLC SDU, it is unnecessary to transmit LI="0000 000", and the RLC layer proceeds to step S725. Here, this means that the size of the RLC PDU matches the size of the RLC SDU or that the value obtained by adding the smallest size of the RLC header to the size of the RLC SDU matches the size of the RLC PDU or is not larger than and is very similar to the size of the RLC PDU. In other words, when the first E field (that is, the F field) of the RLC PDU is set to "0" and LI fields indicating the start and end of the RLC SDU are not used, the complete RLC SDU can be inserted and transmitted to the data field of the RLC PDU.

As a reference, LI="00000 000" is used in cases in which, when the end of the previous RLC PDU accurately matches the end of the previous RLC SDU, the LI field indicating the end is not contained in the previous RLC PDU.

The RLC layer of the transmitter sets the F field of the present RLC PDU to "0" in step S725, inserts the complete RLC SDU into the data field of the RLC PDU without including any LI field in step S730, and then transmits the RLC PDU to the lower layer and to the RLC layer of the receiver in step S735.

(0029)

Plaintiff's Exhibit No. 188.32

On the other hand, as a result of step S720, if the size of the RLC PDU does not match the size of the RLC SDU or the transmission of LI="0000 000" is necessary, the RLC layer of the transmitter sets the F bit of the present RLC PDU to "1" in step S740. In step S745, the RLC layer determines whether there is an intermediate RLC PDU generated from the RLC SDU. If an intermediate RLC PDU is present, only the LI field of the intermediate RLC PDU is set to the new predetermined LI value of "1111 110". The new predetermined LI value is set by the system or the designer. In step S750, the RLC layer of the transmitter transmits the RLC PDU to the lower layer so that it is transmitted to the RLC layer of the receiver.

(0030)

FIG. 8 is a flowchart showing the RLC operation of the receiver according to a preferred embodiment of the present invention.

Referring to FIG. 8, the RLC layer of the receiver receives an RLC PDU from the lower layer in step S805. In step S810, the RLC layer checks the first E field (that is, the F field) of the RLC PDU. The RLC layer proceeds to step S820 if the F field is "1" and proceeds to step S815 if the F field is "0".

If the F field is "0", this means that segmentation/concatenation/padding is not applied to the RLC PDU. Accordingly, in step S815, the RLC layer of the receiver removes the RLC header (that is, the SN field and the F field) from the RLC PDU and reconstructs the remaining data field with the complete RLC SDU. That is, the data field of the RLC PDU consists of one complete RLC SDU. In step S850, the RLC layer transmits the RLC SDU to the higher layer.

(0031)

If the F field is "1", this means that segmentation/concatenation/padding is applied to the RLC PDU and that at least one LI field is present. In step S820, the RLC layer of the receiver stores the RLC PDU in a reception buffer according to the SN in question.

In step S825, the RLC layer of the receiver determines whether the first LI field of the RLC PDU is the newly defined LI value of "1111 110". If LI="1111 110", the RLC layer proceeds to step S830. If not, the RLC layer proceeds to step S835. In step S830, the RLC layer of the receiver determines that the RLC PDU contains an intermediate segment of the RLC SDU and then proceeds to step S835. In step S835, the RLC layer of the receiver checks the SNs and the LIs of RLC PDUs stored in the reception buffer and determines whether the reassembly – that is, the restoration – of the RLC SDU is possible. If n RLC PDUs (n is an integer larger than 1) among the stored RLC PDUs having consecutive SNs satisfying the following conditions, the reassembly of the RLC SDU is possible.

(0032)

Condition 1: The last LI field of the first RLC PDU of the n RLC PDUs indicates the start of a new RLC SDU.

Condition 2: Each (n-1)th RLC PDU from the second RLC PDU includes one LI field, and each LI field is set to "1111 110".

Condition 3: The first LI field of the nth from the last RLC PDU indicates the position of the last byte of the RLC SCU.

(0033)

If there are n RLC PDUs satisfying these conditions among the stored RLC PDUs, the RLC layer of the receiver proceeds to step S840. Otherwise, the RLC layer of the receiver proceeds to step S845 and waits until a new RLC PDU is received.

The RLC layer reconstructs an RLC SDU while referring to the SNs and the LI fields of the RLC PDUs satisfying the conditions described above in step S840 and transmits the reconstructed RLC SDU to the                                                    higher

layer in step S850.
(0034)
        FIG. 9 is a schematic block diagram showing a transmitter operating as an RLC layer of a transmitter according to a preferred embodiment of the present invention.
        Referring to FIG. 9, the transmitter comprises a transmission buffer 905, an RLC header insertion part 910, an LI insertion part 915, a transmission part 920, an F setting part 925, and a PDU size controller 930.
        The transmission buffer 905 stores at least one RLC SDU received from the higher level and notifies the PDU size controller 930 of the size and number of the at least one stored RLC SDU. The PDU size controller 930 references the reported information and additional information to determine an RLC PDU size that ensures maximum transmission efficiency and notifies the transmission buffer 905.
        The transmission buffer 905 reconstructs the at least one stored RLC SDU in accordance with the RLC PDU size and provides it to the RLC header insertion part 910. If the size of any one RLC SDU is equal to that of the data field of an RLC PDU, the transmission buffer 905 transmits the RLC SDU to the RLC header insertion part 910 as it is without any processing. The F setting part 925 controls the RLC header insertion part 910 so as to set the F field of the RLC PDU to "0" if the size of the RLC SDU is equal to that of the data field of the RLC PDU. The RLC header insertion part 910 inserts the F field and an SN based on the control of the F setting part 925 into the data received from the transmission buffer 905. If the F field is set to "0", the LI insertion part 915 does not insert an LI field into the data received from the RLC header insertion part 910, whereas if the F field is set to "1", the LI insertion part 915 inserts an LI field. The transmission part 920 transmits the RLC PDUs produced by the procedure described above over a radio channel.
(0035)
        FIG. 10 is a schematic block diagram showing a receiver operating as an RLC layer of a receiver according to a preferred embodiment of the present invention.
        Referring to FIG. 10, the receiver comprises a reception part 1020, a reception buffer 1015, an RLC header and LI removal part 1010, a reassembly part 1005, and a reassembly controller 1025.
        The reception part 1020 provides an RLC PDU received from the lower layer to the reception buffer 1015. The reception buffer 1015 stores the RLC PDU until it is to be reassembled. The reassembly controller 1025 determines whether reassembly is possible by analyzing the F fields and LIs of RLC PDUs stored in the reception buffer 1015 and controls the reception buffer 1015 so that at least one RLC PDU that can be reassembled is provided to the RLC header and LI removal part 1010.
        The RLC header and LI removal part 1010 removes the RLC header and the LI field from the RLC PDU. At this time, an RLC PDU in which the F field is set to "0" does not have an LI field to be removed, so only the RLC header is removed.
        The reassembly part 1005 reassembles an RLC SDU using the one RLC PDU from which the RLC header and LI field are removed and transmits it to the higher layer. At this time, the reassembly part 1005 constructs one complete RLC SDU with data extracted from the data field of an RLC PDU in which the F field is set to "0". In addition, the reassembly part 1005 constructs one RLC SDU by joining an intermediate SDU segment extracted from the data field of the RLC PDU in which the F field is set to "1" and having the only LI field set to the predetermined value of "1111 110" to segments extracted from the previous and following RLC PDUs.
(0036)

APLNDC-WH-A0000032302

Plaintiff's Exhibit No. 188.34

(15)                        JP 4642898 B2 3.2.2011

        A detailed description of the present invention was given above with regard to concrete embodiments, but it will be clear to a people having ordinary knowledge in this technical field that various modifications may be made to the form or details as long as they do not deviate from the Scope of the Patent Claims. Therefore, the scope of the present invention is not limited to the aforementioned embodiments and should be determined based on the descriptions of the Scope of the Patent Claims and equivalent descriptions thereto.

(BRIEF DESCRIPTION OF THE DRAWINGS)

(0037)

FIG. 1 is a drawing showing the configuration of a conventional mobile communication system supporting VoIP.

FIG. 2A is a drawing showing the operation of a transmitter according to conventional technology.

FIG. 2B is a drawing showing the operation of a receiver according to conventional technology.

FIG. 2C is a drawing showing the operation for constructing RLC PDUs with an RLC SDU by means of RLC framing with a transmitter according to conventional technology.

FIG. 3 is a drawing showing a problem of an RLC framing method using conventional technology.

FIG. 4 is a drawing showing the configuration of an RLC PDU according to a preferred embodiment of the present invention.

FIG. 5A is a drawing showing the configuration of an RLC PDU according to a preferred embodiment of the present invention when an RLC SDU corresponds to an RLC PDU without undergoing segmentation/concatenation/padding.

FIG. 5B is a drawing showing the configuration of an RLC PDU according to a preferred embodiment of the present invention when an RLC SDU is framed to an RLC PDU via segmentation/concatenation/padding.

FIG. 6A is a drawing showing a case in which one RLC SDU is segmented into a plurality of RLC PDUs by conventional RLC framing.

FIG. 6B is a drawing showing a case in which one RLC SDU is segmented into a plurality of RLC PDUs using a predetermined LI in accordance with a preferred embodiment of the present invention.

FIG. 7 is a flowchart showing an operation for transmitting an RLC PDU with an RLC layer in accordance with a preferred embodiment of the present invention.

FIG. 8 is a flowchart showing an operation for receiving an RLC PDU with an RLC layer in accordance with a preferred embodiment of the present invention.

FIG. 9 is a schematic block diagram showing a transmitter according to a preferred embodiment of the present invention.

FIG. 10 is a schematic block diagram showing a receiver according to a preferred embodiment of the present invention.

(EXPLANATION OF SYMBOLS)

(0038)

| | |
|---|---|
| 905 | transmission buffer |
| 910 | RLC header insertion part |
| 915 | LI insertion part |
| 920 | transmission part |
| 925 | F setting part |
| 930 | PDU size controller |
| 1005 | reassembly part |
| 1010 | RLC header and LI removal part |
| 1015 | reception buffer |
| 1020 | reception part |
| 1025 | reassembly controller |

APLNDC-WH-A0000032303

Plaintiff's Exhibit No. 188.35

(16)                    JP 4642898 B2 3.2.2011

APLNDC-WH-A0000032304

Plaintiff's Exhibit No. 188.36

(17)                     JP 4642898 B2 3.2.2011





(18)                    JP 4642898 B2 3.2.2011



(FIG. 3)

(FIG. 5A)

(FIG. 4)



(FIG. 5B)

(FIG. 6B)

(FIG. 6A)

APLNDC-WH-A0000032306

Plaintiff's Exhibit No. 188.38

(19)                                       JP 4642898 B2 3.2.2011



(FIG. 7)                                    (FIG. 8)



(FIG. 9)



(Fig. 10)



Plaintiff's Exhibit No. 188.39

(20)                              JP 4642898 B2 3.2.2011

Continued from the front page:

(72) Inventor    Soeng-Hun KIM
                 #321-1003, 3-Dong-ji Apartment, Chun Myong-mal, Yongdeng-don (no street address), Yongdeng-
                 gu, Suwon-shi, 443-737, Gyeonggi-do, Korea
(72) Inventor    Gert-Jan VAN LIESHOUT
                 Communications House, Samsung Electronics Research Institute, TW18-4QE South Street (no street
                 address), Middlesex, Staines, England
(72) Inventor    Himke VAN DER VELDE
                 Communications House, Samsung Electronics Research Institute, TW18-4QE South Street (no street
                 address), Middlesex, Staines, England

        Examine  Akira KUWAE

(56) References      PCT Application Japanese Translation Publication 2002-527945 (JP, A)
                    Japanese Unexamined Patent Application Publication 2002-125004 (JP, A)
                    International Publication No. 2005/017641 (WO, A1)

(58) Searched fields (Int. Cl., DB name)
        H04W 4/00-99/00
        H04B 7/26

APLNDC-WH-A0000032308

Plaintiff's Exhibit No. 188.40


TRANSPERFECT

CERTIFICATION OF TRANSLATION

I, Kayoko Imori, hereby certify that the attached Japanese to English translation has been translated by a qualified translator competent in both languages, and verified to be an accurate and complete rendering of the content of the original document to the best of our ability.

The linguistic team is accredited through the TransPerfect Linguist Certification program, which requires:

College degree in translation and 5 years of experience, or college degree and 7 years of professional experience in translation.

Must pass subject-specific tests that measure language proficiency and subject matter expertise. Current pass rate is less than 10% for technical documents.

Ongoing evaluation of translation quality on a per project basis to remain active.

The following document is included in this certification:

"APLNDC-WH-A0000032213"

_____
Signature

Sworn to before me this
29th day of June, 2012

_____
Signature Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 75 CITIES WORLDWIDE

APLNDC-WH-A0000032309