# DEVICE – Samsung i700