# DEVICE – Samsung i830