Case Clip(s) Detailed Report

# Apple v. Samsung Video DB

Thursday, August 16, 2012, 11:59:10 AM

**PLAINTIFF'S EXHIBIT NO. 219**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
Thursday, August 16, 2012, 11:59:10 AM

## Apple v. Samsung Video DB

 **Rosenbrock, Karl (Vol. 01) - 04/20/2012 [Rosenbrock, Karl]**   1 CLIP  (RUNNING 00:01:07.382)

 FRAND

**ROSK_FRAND_V3**   6 SEGMENTS  (RUNNING 00:01:07.382)  

**1. PAGE 8:18 TO 8:20  (RUNNING 00:00:06.209)**

```
   18    Q    Mr. Rosenbrock, you've been retained as an
   19 expert witness by Samsung; is that right?
   20    A    Correct.
```

**2. PAGE 13:11 TO 13:14  (RUNNING 00:00:10.194)**

```
   11 You served as the Director General at the European
   12 Telecommunications Standards Institute from 1990 to
   13 2006, correct?
   14    A    Yeah.
```

**3. PAGE 79:19 TO 79:21  (RUNNING 00:00:09.396)**

```
   19           You are not disputing Mr. Walker's summary
   20 which shows that Samsung made its disclosures after
   21 the standards were frozen, correct?
```

**4. PAGE 79:24 TO 80:07  (RUNNING 00:00:26.028)**

```
   24           THE WITNESS:  I have -- I have no instances
   25 or no hints that these are wrong.  I have not heard
00080:01 anything from Samsung, but -- but I -- I simply assume
   02 that this is correct.
   03 BY MR. MUELLER:
   04    Q    And we can agree that based on this table
   05 and the information reflected in it, Samsung made its
   06 disclosures after the standards were set, correct?
   07    A    Yeah.
```

**5. PAGE 84:12 TO 84:14  (RUNNING 00:00:05.963)**

```
   12    Q    With respect to the letter of the rule,
   13 Samsung did not comply with the letter of Rule 4.1,
   14 correct?
```

**6. PAGE 84:22 TO 84:24  (RUNNING 00:00:09.592)**

```
   22    A    Yeah, if we ignore the -- the general
   23 declaration, then one could perhaps come to that
   24 conclusion.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:07.382)**