QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br><br>**DECLARATION OF CHRISTOPHER STRETCH REGARDING SAMSUNG'S AUGUST 2, 2012 COURTROOM VISIT** |

**PLAINTIFF'S EXHIBIT NO.2040**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Case No. 11-cv-01846-LHK
DECLARATION OF CHRISTOPHER STRETCH
REGARDING AUGUST 2, 2012 COURTROOM VISIT

I, Christopher Stretch, declare:

1.      I make this declaration pursuant to the Court's request this morning regarding the August 2, 2012 visit to the Ceremonial Courtroom.    I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").    I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.      Under my supervision, I brought five Samsung prospective witnesses, accompanied by two interpreters, and three Samsung in-house attorneys, to see the Ceremonial Courtroom on the afternoon of August 2, 2012.    The names of those who accompanied me and their connection to the case are:    Sung-Ho Eun (Samsung Inventor); Moon-Sang Jeong (Samsung Inventor); Young-Bum Kim (Samsung Inventor); Jeong-Seok Oh (Samsung Inventor); Gert-Jan Van Lieshout (Samsung Inventor); Sue-Mi Jones (Interpreter); Laura Sunwoo (Interpreter); Edward Kim (Samsung in-house attorney); Rosa Kim (Samsung in-house attorney); and Jeff Myung (Samsung in-house attorney).

3.      All of the Samsung witnesses listed above are from Korea or the Netherlands, and none had ever seen the inside of a United States District Courthouse before.    I could not take them to the courthouse while trial is in session because of the parties' agreement that fact witnesses may not be present in court before they give testimony.

4.      The Ceremonial Courtroom was locked when we arrived.    I went around the corner and rang Judge Fogel's chambers, which are located closest to the Ceremonial Courtroom. I explained to Christian Delaney, the person who answered the intercom, that I was a friend of Judge Breyer's, and that I hoped to show some people the Ceremonial Courtroom.    Ms. Delany came to the door and agreed to let us in.    Ms. Delaney remained with us for the entire time we spent in the courtroom, which was approximately ten minutes.    At some point during the visit, I explained to Ms. Delaney that I was a member of Samsung's trial team, although I do not recall whether I mentioned that at the outset or later during the visit.    None of the individuals in our

1  party touched any equipment or materials in the courtroom.   They just wanted to see the

2  courtroom.   None of the witnesses had seen a federal court before.

3      5.    I did not see and do not believe that anyone took any photographs while we were

4  there.   I am aware of the posted warnings that photographs are not to be taken inside the

5  Courthouse.   I have conferred with others who were with me, and each of them confirmed to me

6  that no photographs were taken.

7      6.    Although I am not identified on the "short list" of attorneys who will present

8  witnesses and evidence to the jury, I am a member of Samsung's trial team, and have actively

9  participated in this litigation for the past several months.   I am identified on the list of attorneys

10  representing Samsung that was prepared at the Court's direction prior to jury selection.   That list

11  can be found at Dkt. 1307.

12      7.    I was unaware of any prohibition against visiting the Ceremonial Courtroom when

13  trial is not in session.   Had I been aware of such a prohibition, I certainly would have followed it.

14  I apologize for any inconvenience this caused to the Court personnel.

15      I declare under penalty of perjury that the foregoing is true and correct.   Executed in San

16  Jose, California on August 3, 2012.

17

18

19      By  /s/ *Christopher Stretch*

20      Christopher Stretch

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **DECLARATION OF CHRISTOPHER STRETCH REGARDING SAMSUNG'S AUGUST 2, 2012 COURTROOM VISIT.**   In compliance with General Order 45, X.B., I hereby attest that Christopher Stretch has concurred in this filing.

DATE: August 3, 2012                                        _/s/ Victoria F. Maroulis_