US007469381C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (8187th)
**United States Patent**
Ording

(10) Number: **US 7,469,381 C1**
(45) Certificate Issued: **Apr. 26, 2011**

(54) **LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY**

(75) Inventor: **Bas Ording**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

**Reexamination Request:**
No. 90/010,963, Apr. 28, 2010

**Reexamination Certificate for:**
Patent No.: 7,469,381
Issued: Dec. 23, 2008
Appl. No.: 11/956,969
Filed: Dec. 14, 2007

Certificate of Correction issued Feb. 17, 2009.

**Related U.S. Application Data**

(60) Provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/883,801, filed on Jan. 7, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/945,858, filed on Jun. 22, 2007, provisional application No. 60/946,971, filed on Jun. 28, 2007, and provisional application No. 60/937,993, filed on Jun. 29, 2007.

(51) Int. Cl.
*G06F 3/01* (2006.01)
*G06F 3/048* (2006.01)
*G06F 3/033* (2006.01)
*G06F 3/14* (2006.01)

(52) U.S. Cl. .......... **715/702**; 715/764; 715/769; 715/863; 715/864

(58) Field of Classification Search ........... 715/702
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,463,725 A | 10/1995 | Henckel et al. | 395/155 |
| 6,690,387 B2 | 2/2004 | Zimmerman et al. | |
| 2005/0195154 A1 | 9/2005 | Robbins et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2007283771 A1 | 4/2008 |
| CN | 1695105 A | 11/2005 |
| JP | 02140822 | 5/1990 |
| JP | 03271976 | 12/1991 |

OTHER PUBLICATIONS

Forlines et al., Glimpse: A Novel Input Model for Multi-Level Devices, Apr. 2005, 6 pages total, Mitsubishi Electric Research Laboratories, Cambridge, MA (Exhibit B).
Millhollon et al., Microsoft Office Word 2003 Inside Out, 2003, Microsoft Press, Redmond, Washington, pp. 93, 762–765. (Exhibit C).

*Primary Examiner*—Rachna S Desai

(57) **ABSTRACT**

In accordance with some embodiments, a computer-implemented method for use in conjunction with a device with a touch screen display is disclosed. In the method, a movement of an object on or near the touch screen display is detected. In response to detecting the movement, an electronic document displayed on the touch screen display is translated in a first direction. If an edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, an area beyond the edge of the document is displayed. After the object is no longer detected on or near the touch screen display, the document is translated in a second direction until the area beyond the edge of the document is no longer displayed.




PLAINTIFF'S EXHIBIT NO. 2321
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

SAMNDCA00000030

US 7,469,381 C1

| 1 | 2 |
|---|---|
| **EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307** | AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT: |
| NO AMENDMENTS HAVE BEEN MADE TO THE PATENT | The patentability of claims **1-20** is confirmed.  \*  \*  \*  \*  \* |