# DiamondTouch – Missing Many Elements In Apple Claims



**'915**
- No "**touch-sensitive display** that is **integrated** with the data processing system"
- No "distinguishing between a **single input point . . . interpreted as the scroll** operation and **two or more input points . . . interpreted as the gesture** operation"
- No scrolling "**view** associated with the event object"
- No scaling "**view** associated with the event object"

**'381**
- No "**touch screen display**"
- No "**in response to the edge** of the document being reached"
- No "**until the area beyond the edge** is no longer displayed"

**PX210**

37