# Samsung's "Indirect Cost" Allocations Should Be Disregarded

- Produced key information at the last minute

- Nine different versions

- Even Samsung's expert couldn't tie data to a reliable source

- Accuracy questioned by the Magistrate Judge

- Spreadsheet made up solely for this litigation

- Cost allocations completely unexplained

- Samsung Finance VP suggested that financial data was reliable because it came from "SAP," but cost allocations were in Excel

45