# D'305 Patent v. Fascinate

**D'305 Patent** •---- **Mix of Icon Styles** ----• **Fascinate**










JX1042, JX1013

PDX14.4