

**PDX14A.48**