

**PDX14A.50**