# '915 Patent: Claim 8



receiving a user input, the user input is one or more input points applied to a **touch-sensitive display that is integrated with the data processing system**;
**creating an event object** in response to the user input;
determining whether **the event object invokes a scroll or gesture operation by distinguishing between a single input point** applied to the touch-sensitive display that is interpreted as the scroll operation **and two or more input points** applied to the touch-sensitive display that are interpreted as the gesture operation;
**issuing at least one scroll or gesture call** based on invoking the scroll or gesture operation;



*JX. 1044*

1