# '381 Patent: Claim 19

A device, comprising:
**a touch screen display**;
one or more processors;
memory; and
one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including:
instructions for displaying a first portion of an electronic document;
instructions for detecting a movement of an object on or near the touch screen display;
instructions for **translating the electronic document** displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement;
instructions for **displaying an area beyond an edge of the electronic document** and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, **in response to the edge of the electronic document being reached** while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and
instructions for **translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed** to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display.

JX. 1045

2