# '163 Patent: Claim 50

Joint Trial Exhibit No. 1046.2

A portable electronic device, comprising:

**a touch screen display**;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:

instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

instructions for **detecting a first gesture** at a location on the displayed portion of the structured electronic document;

instructions for determining a first box in the plurality of boxes at the location of the first gesture;

instructions for **enlarging and translating the structured electronic document so that the first box is substantially centered** on the touch screen display;

instruction for, while the first box is enlarged, **detecting a second gesture** on a second box other than the first box; and

instructions for, in response to detecting the second gesture, **translating the structured electronic document so that the second box is substantially centered** on the touch screen display.

JX. 1046

3