# *Sleekcraft Factors*
## *"Likelihood of Confusion"*
## *iPad/iPad 2 Trade Dress*

- Strength of the trade dress

- Proximity of the goods

- Similarity of the trade dresses

- Evidence of actual confusion

- Marketing channels used

- Types of goods and the degree of care likely to be exercised by the purchaser

- Defendant's intent in selecting the trade dress

PDX 28.17