# Tablet Confusion Survey
## *Likelihood of Confusion & Dilution*

|  | Test | | | Control Tablets |
|---|---|---|---|---|
|  | **Samsung Galaxy 10.1 Branded** | **Samsung Galaxy 10.1 Unbranded** | **Samsung Galaxy 10.1 Combined** | **Barnes & Noble Nook Color** |
| **Confused** | 30% | 43% | 36% | 24% |
| **Minus Control** | -24% | -24% | -24% |  |
| **Net Confusion Rate** | 6% | 19% | 12% |  |

PDX 28.25