# Deposition of Sangeun Lee



**Sangeun Lee**
*Samsung Employee*
*Feb. 24, 2012*

Q. Does this reflect a reason why customers returned the Samsung Galaxy Tab 10.1 at one of the stores in Jersey City?

A. **The store employee said that because of lack of knowledge of the product, customers are returning the product . . . .**

Q. And what are the reasons why customers the Samsung 10.1, as reflected in row 82?

A. **Like it says there, it is a case where they purchase without knowing about the product well.**

Q. Does it say that consumers confuse the Galaxy Tab 10.1 for an iPad?

A. **The Best Buy employee said that, yes. The Best Buy employee says so.**

*p.34:20-35:23*

PDX 28.27