# EXHIBIT 9

*CONTAINS CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER--
NOT FOR PUBLIC INSPECTION*

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiffs,<br>vs.<br><br>APPLE INC., a California corporation, | Civil Action No. 11-CV-01846-LHK<br><br>**AFFIDAVIT OF LEE HILL** |

- 1 -

ACTIVEUS 93386622v1

**PLAINTIFF'S EXHIBIT NO. 113**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

CONFIDENTIAL - ATTORNEYS' EYES ONLY          APLNDC-WH-A0000026930

*CONTAINS CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER--
NOT FOR PUBLIC INSPECTION*

Counterclaim-Defendant.

## AFFIDAVIT OF LEE HILL

I, Lee Hill, declare as follows:

1. I am General Counsel for Sony Mobile Communications (USA) Inc. ("Sony Mobile U.S."). Sony Mobile U.S. was known as Sony Ericsson Mobile Communications (USA) Inc. ("SEUS") until a name change in February 2012 at which time SEUS was renamed "Sony Mobile Communications (USA) Inc." I joined SEUS at its formation in October 2001 and have been continuously employed at SEUS (and the renamed entity Sony Mobile U.S.) since that date.

2. Sony Mobile U.S. is not a party to the above-captioned litigation.

3. On February 24, 2012 Sony Mobile U.S. produced certain documents to Apple Inc.'s counsel in response to a subpoena dated February 3, 2012. Those documents include a document bearing production numbers SEUS000001 through SEUS000002 ("the Sales Report").

4. The Sales Report shows the first month in which Sony Ericsson cellular phone models K700i and W800i were sold in the United States and the number of phones sold in that month.

5. Page SEUS000001 of the Sales Report discloses that the K700i cellular phone was first sold in the United States in period 9 of 2004 (i.e., September 2004) and 460 K700i cellular phones were sold in the U.S. during that month.

6. Page SEUS000002 of the Sales Report discloses that the W800i cellular phone was first sold in the United States in period 8 of 2005 (i.e., August 2005) and 920 W800i cellular phones were sold in the U.S. during that month. The designation "W800i/HPE-14" indicates that

- 2 -

*CONTAINS CONFIDENTIAL BUSINESS INFORMATION,*
*SUBJECT TO PROTECTIVE ORDER--*
*NOT FOR PUBLIC INSPECTION*

the 920 W800i cellular phones were sold together with an accessory device designated "HPE-14". The HPE-14 accessory is an audio headset accessory.

7. The Sales Report was generated from a database of sales information that is maintained and relied on in the ordinary course of business as an accurate record of United States sales.

8. As to the matters stated in this Affidavit and the data set forth in the Sales Report, I am informed and believe that they are true and correct.

Executed on this 6th th day March 2012, in Atlanta, GA.

_Lu HW_

- 3 -

| Sum of No of Units | | | |
|---|---|---|---|
| Commercial model | Year | Period | Total |
| K700I | 2004 | 9 | 460 |
|  | 2004 Total |  | 460 |
| K700I Total |  |  | 460 |
| Grand Total |  |  | 460 |

Highly Confidential - Outside Counsel Eyes Only                                    SEUS000001

APPLE AND THIRD PARTY - HIGHLY                                                         APLNDC-WH-A0000024792
CONFIDENTIAL ATTORNEYS' EYES ONLY

| Sum of No of Units | | | |
|---|---|---|---|
| Commercial model | Year | Period | Total |
| W800I/HPE-14 |  | 2005       8 | 920 |
|  | 2005 Total |  | 920 |
| W800I/HPE-14 Total |  |  | 920 |
| Grand Total |  |  | 920 |

Highly Confidential - Outside Counsel Eyes Only                    SEUS000002

APPLE AND THIRD PARTY - HIGHLY                                    APLNDC-WH-A0000024793
CONFIDENTIAL ATTORNEYS' EYES ONLY