1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                       UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation, | |
   | --- | --- |
   | Plaintiff, | CASE NO. 11-cv-01846-LHK |
   | vs. | **MANUAL FILING NOTIFICATION FOR EXHIBITS TO DECLARATION OF DIANE C. HUTNYAN** |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Defendant. | |

02198.51855/4967715.1

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding:   Exhibits 1A, 1B, 1C, and 10 to the Supplemental Declaration of Diane C. Hutnyan in Support of Samsung's Proffer of Witness Testimony and Exhibits

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. (*See* Dkt. No. 1921). The exhibits were served on all parties on August 24, 2012. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

\_\_\_\_\_   Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_   Unable to Scan Documents

\_\_\_\_\_   Physical Object (description):

\_\_X\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_   Item Under Seal

\_\_\_\_\_   Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_   Other (description): _____

DATED: September 18, 2012          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *Victoria F. Maroulis*
      Victoria F. Maroulis
      Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC