| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | WILLIAM F. LEE william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000  MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, Plaintiff, v. SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | Case No.   11-cv-01846-LHK  **MANUAL FILING NOTIFICATION OF EXCLUDED EXHIBITS AND DEMONSTRATIVES (PX41, PX49, PX50, PX64, PX66A, 66B, PX114, PX126, PX178, PDX23, PDX24, AND UNDERLYING EVID. FOR PX12, PX13, PX14)** |

1 | Regarding:   Apple's Excluded Exhibits and Demonstratives.

2

3 | This filing is in paper or physical form only, and is being maintained in the case file in the
4 | Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.
5 | For information on retrieving this filing directly from the Court, please see the Court's main web
6 | site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7 | This filing was not e-filed for the following reason(s):
8 |   X   Voluminous Document (PDF file size larger than e-filing system allowances)
9 |   X   Unable to Scan Documents
10 | ___ Physical Object (description): _____
11 |   X   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
12 | ___ Item Under Seal
13 | _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
14 | _____ Other (description): _____
15

16 | Dated: September 18, 2012          MORRISON & FOERSTER LLP
17
18 |                                   By:  /s/ *Jason R. Bartlett*
19 |                                        Jason R. Bartlett
20 |                                        Attorneys for Plaintiff
                                            APPLE INC.

MANUAL FILING NOTIFICATION OF APPLE'S EXCLUDED EXHIBITS AND DEMONSTRATIVES
CASE NO. 11-CV-01846-LHK
sf-3196329