**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

            Plaintiff,

    vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

            Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

            Counterclaim-Plaintiffs,

    v.

APPLE INC., a California corporation,

            Counterclaim-Defendant.

Civil Action No. 11-CV-01846-LHK

**[PROPOSED] ORDER GRANTING APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal portions of the following documents:

    1.    PX 63 (Dkt. No. 1907).

    2.    Exhibit 14 to Declaration of Diane Hutnyan in Support of Samsung's Proffer (Dkt. Nos. 1911, 1912).

ActiveUS 101315688v.1

1  Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING

2  BEEN SHOWN, the Court hereby GRANTS Apple's Renewed Administrative Motion to File

3  Under Seal. The above-referenced documents shall be filed under seal.

4

5  **IT IS SO ORDERED.**

6  Dated:

7

8

9                                          By:  _____
                                           Honorable Lucy H. Koh
10                                         U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
Case No. 11-cv-01846 (LHK)

ActiveUS 101315688v.1