QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civil L.R. 7-11 and 79-5, General Order No. 62, and the Court's September 14,
2  2012 Order Granting-In-Part and Denying-In-Part Motions to Seal (ECF No. 1966), Defendants
3  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
4  Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative
5  motion for an order to seal:

6  1. Excerpts from Exhibit 87 to Samsung's Notice of Filing of Excluded Exhibits,
7     containing Samsung's Demonstratives 3966.104, 3966.105, 3966.106, 3966.107,
8     and 3966.108 (ECF 1898)
9  2. Excerpts from Exhibit FF of the Hutnyan Declaration containing excerpts from the
10    Rebuttal Expert Report of Hyong S. Kim, Ph.D., Regarding Non-Infringement of
11    the Asserted Claims of U.S. Patent No. 7,447,516, dated April 16, 2012 (ECF
12    1682-05)

13 The above documents discuss and refer to information which Intel has designated as HIGHLY
14 CONFIDENTIAL — ATTORNEYS' EYES ONLY, under the Protective Order. The Court has
15 previously determined that compelling reasons exist to seal the type of confidential information
16 included in Exhibit 87.  *See* Dkt. No. 1649, at 27-28.  Filed concurrently herewith are Intel's
17 declarations under Civil Local Rule 79-5(d), establishing these document as sealable.

18  In addition, Samsung moves for an order to seal:
19  3. Excerpts from PX 87, the Second Expert Report on Ericsson's Cross-License Offer
20     to Samsung, prepared for Brinkhof Advocaten by Hillebrand & Partners Consulting
21     Engineers
22  4. Excerpts from PX 2065, excerpts from the deposition of Karl Heinz Rosenbrock,
23     dated April 20, 2012

24 The above documents discuss and refer to information which Ericsson has designated as HIGHLY
25 CONFIDENTIAL — ATTORNEYS' EYES ONLY, under the Protective Order. Samsung expects
26 that Ericsson will file the declaration required by Civil Local Rule 79-5(d) establishing these
27 documents as sealable.
28

1  In addition, Samsung moves for an order to seal:

2      5.  Exhibit 10 to the Declaration of Curran M. Walker in Support of Samsung's

3          Objections and Responses Regarding Exhibits and Deposition Designations

4          Disclosed on August 15, 2012, containing excerpts of the May 16, 2012

5          deposition of Microsoft employee Bryan Agnetta (ECF 1781-24)

6  The above document discusses and refers to information which Microsoft has designated as

7  HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, under the Protective Order.

8  Samsung expects that Microsoft will file the declaration required by Civil Local Rule 79-5(d)

9  establishing these documents as sealable.

10

11  DATED: September 21, 2012        QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

12

13

14                                  By  */s/ Victoria Maroulis*
                                           Charles K. Verhoeven

15                                             Kevin P.B. Johnson
                                           Victoria F. Maroulis

16                                             Michael T. Zeller

17                                             Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,

18                                             INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC

19

20

21

22

23

24

25

26

27

28