UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Renewed Administrative Motion to File Documents Under Seal.

Third parties Intel, Ericsson, and MicroSoft have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of compelling reasons for this Court to permit filing under seal.  The declarations establish that the below documents contain information that has been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

Accordingly, for good cause and compelling reasons shown, the Court ORDERS that the following shall be filed under seal:

1. Excerpts from Exhibit 87 to Samsung's Notice of Filing of Excluded Exhibits, containing Samsung's Demonstratives 3966.104, 3966.105, 3966.106, 3966.107, and 3966.108 (ECF 1898);

2. Excerpts from Exhibit FF of the Hutnyan Declaration containing excerpts from the Rebuttal Expert Report of Hyong S. Kim, Ph.D., Regarding Non-Infringement of the Asserted Claims of U.S. Patent No. 7,447,516, dated April 16, 2012 (ECF 1682-05);

3. Excerpts from PX 87, the Second Expert Report on Ericsson's Cross-License Offer to Samsung, prepared for Brinkhof Advocaten by Hillebrand & Partners Consulting Engineers;

4. Excerpts from PX 2065, excerpts from the deposition of Karl Heinz Rosenbrock, dated April 20, 2012; and

5. Exhibit 10 to the Declaration of Curran M. Walker in Support of Samsung's Objections and Responses Regarding Exhibits and Deposition Designations Disclosed on August 15, 2012, containing excerpts of the May 16, 2012 deposition of Microsoft employee Bryan Agnetta (ECF 1781-24).

**IT IS SO ORDERED.**

DATED: _____, 2012

Honorable Lucy H. Koh
United States District Judge