# EXHIBIT 2

# EXHIBIT 87

5.1.2.6 Maximum and minimum power limits

When E-DCH is not configured, in the case that the total UE transmit power (after applying DPCCH power adjustments and gain factors) would exceed the maximum allowed value, the UE shall apply additional scaling to the total transmit power so that it is equal to the maximum allowed power. This additional scaling shall be such that the power ratio between DPCCH and DPDCH and also DPCCH and HS-DPCCH remains as required by sub-clause 5.1.2.5 and 5.1.2.5A.

When E-DCH is configured, if the total UE transmit power (after applying DPCCH power adjustments and gain factors) would exceed the maximum allowed value, the UE shall firstly reduce all the E-DPDCH gain factors $\beta_{ed,k}$ by an equal scaling factor to respective values $\beta_{ed,k,reduced}$ so that the total transmit power would be equal to the maximum allowed power. After calculating the reduced E-DPDCH gain factors, quantization according to table 1B.2 in [3] subclause 4.2.1.3 may be applied, where each $\beta_{ed,k,reduced}$ is quantized such that $\beta_{ed,k}/\beta_c$ is the largest quantised value for which the condition $\beta_{ed,k} \leq \beta_{ed,k,reduced}$ holds.

## 5.1.2.6 Maximum and minimum power limits

When E-DCH is not configured, in the case that the total UE transmit power (after applying DPCCH power adjustments and gain factors) would exceed the maximum allowed value, the UE shall apply additional scaling to the total transmit power so that it is equal to the maximum allowed power. This additional scaling shall be such that the power ratio between DPCCH and DPDCH and also DPCCH and HS-DPCCH remains as required by sub-clause 5.1.2.5 and 5.1.2.5A.

When E-DCH is configured, if the total UE transmit power (after applying DPCCH power adjustments and gain factors) would exceed the maximum allowed value, the UE shall firstly reduce all the E-DPDCH gain factors $\beta_{ed,k}$ by an equal scaling factor to respective values $\beta_{ed,k,reduced}$ so that the total transmit power would be equal to the maximum allowed power. After calculating the reduced E-DPDCH gain factors, quantization according to table 1B.2 in [3] subclause 4.2.1.3 may be applied, where each $\beta_{ed,k,reduced}$ is quantized such that $\beta_{ed,k}/\beta_c$ is the largest quantised value for which the condition $\beta_{ed,k} \leq \beta_{ed,k,reduced}$ holds.

subject to the following restrictions:

- The total transmit power after applying any additional scaling shall not exceed the required minimum power nor the total transmit power in the previously transmitted slot;
- The magnitude of any reduction in total transmit power between slots after applying any additional scaling shall not exceed the magnitude of the calculated power reduction before the additional scaling.

In the case that the total UE transmit power in the previously transmitted slot is at or below the required minimum power specified in [7] and the DPCCH power adjustment and gain factors for the current slot would result in an increase in total power, then no additional scaling shall be used (i.e. power control shall operate as normal).

# FILED UNDER SEAL

# FILED UNDER SEAL

DEFENDANTS' EXHIBIT NO. 557.013

UE/UTRAN

Radio Interface (Uu)

UM-SAP

Transmission buffer

Segmentation & Concatenation

Add RLC header

Ciphering

Transmitting UM RLC entity

Receiving UM RLC entity

Radio Interface (Uu)
UTRAN/UE
SAP
UM-SAP
Transmittin
g
UM RLC
entity
Receiving
UM RLC
entity
Reassembly
Remove RLC header
Reception buffer
Deciphering
TCH/
DCCH/DTCH – UTRAN
CCCH/SHCCH/DCCH/DTCH/CTCH/
MCCH/MSCH/MTCH – UE