| | |
|---|---|
| 1 | Christopher L. Kelley, Bar No. 166608 |
| | CKelley@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 3 | Palo Alto, CA  94304 |
| | Telephone:  650.838.4300 |
| 4 | Facsimile:   650.838.4350 |
| 5 | Attorneys for Non-Party |
| | INTEL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF CHRISTOPHER KELLEY IN SUPPORT OF SAMSUNG'S MOTION TO SEAL EXHIBIT FF** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Christopher Kelley, do declare as follows:

1. I am an attorney licensed to practice law in the state of California and admitted to practice before the Northern District.  I have personal knowledge of the facts set forth in this declaration and, if called upon, I could and would testify to such facts under oath.

2. I represent Intel Corp. in connection with this matter.

3. This declaration is made in support of a motion by Samsung.  In its motion, Samsung requests that the Court seal material contained in Exhibit FF to the Declaration of Diane Hutnyan in Support of Samsung's Objections and Responses (ECF # 1682-5).  Exhibit FF

1  includes a short passage on page 19 referring to specific circuit registers incorporated within
2  Intel's semiconductor devices.
3      4.      The fact that certain functions are implemented in circuit hardware as opposed to
4  firmware is a system engineering decision that Intel has a legitimate interest in protecting from
5  public disclosure.  The Court has already determined that there is compelling reason to protect
6  specific implementation details of this sort from public disclosure.  See August 9 Order (ECF #
7  1649) at 27-28.
8      5.      Intel therefore requests that the Court order the redaction of the Exhibit FF to
9  exclude the specific passages pertaining to circuit hardware from public versions of this
10 document.  A version of Exhibit FF which has been redacted in this manner is attached as Exhibit
11 1 to this declaration.
12     I declare under penalty of perjury that the foregoing is true and correct.  Executed in
13 Sacramento, California on September 21, 2012.

              /s/ Christopher L. Kelley
              Christopher L. Kelley
              *Counsel for Non-Party Intel Corporation*

-2-   DECLARATION OF C. KELLEY IN SUPPORT OF
      SAMSUNG'S MOTION TO SEAL EXHIBIT FF,
      CASE NO. 11-cv-01846-LHK