QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MELISSA DALZIEL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    I, Melissa Dalziel, declare:

2    1.      I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3    counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4    Telecommunications America, LLC (collectively "Samsung").  I am a member of the State Bar of

5    California and admitted to practice before this Court.  I have personal knowledge of the facts set

6    forth in this declaration and, if called upon as a witness, I could and would testify to such facts

7    under oath.

8    2.      I make this declaration in support of Samsung's Renewed Administrative Motion to

9    File Documents Under Seal.

10   3.      Attached hereto as Exhibit A are true and correct copies of excerpts from PX 87,

11   the Second Expert Report on Ericsson's Cross-License Offer to Samsung, prepared for Brinkhof

12   Advocaten by Hillebrand & Partners Consulting Engineers.  Attached hereto as Exhibit B are true

13   and correct copies of excerpts from PX 2065, excerpts from the deposition of Karl Heinz

14   Rosenbrock, dated April 20, 2012.  I anticipate that Ericsson will file a declaration under Civil

15   Local Rule 79-5(d) establishing these documents as sealable.

16   4.      Attached hereto as Exhibit C is a true and correct copy of Exhibit 10 to the

17   Declaration of Curran M. Walker in Support of Samsung's Objections and Responses Regarding

18   Exhibits and Deposition Designations Disclosed on August 15, 2012, containing excerpts of the

19   May 16, 2012 deposition of Microsoft employee Bryan Agnetta (ECF 1781-24).  I anticipate that

20   Microsoft will file a declaration under Civil Local Rule 79-5(d) establishing this document as

21   sealable.

22

23   I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los

24   Angeles, California on September 21, 2012.

25

26   _/s/ Melissa Dalziel_

27   Melissa Dalziel

28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Melissa Dalziel.

_/s/ Victoria Maroulis_