HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION ON NON-JURY CLAIMS INCLUDING WAIVER, EQUITABLE ESTOPPEL, UNCLEAN HANDS, AND UNFAIR COMPETITION** |

[PROPOSED] ORDER GRANTING APPLE'S MOTION ON NON-JURY CLAIMS INCLUDING
WAIVER, EQUITABLE ESTOPPEL, UNCLEAN HANDS, AND UNFAIR COMPETITION
CASE NO. 11-cv-01846-LHK (PSG)

ActiveUS 101316663v.1

Before the Court is the Motion on Non-Jury Claims Including Waiver, Equitable Estoppel, Unclean Hands, and Unfair Competition brought by Plaintiff Apple Inc. ("Apple") against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, Inc. (collectively "Samsung").

WHEREAS, based on the submissions in connection with this motion and the record in this action, the Court finds and concludes that Apple has shown that Samsung's conduct before ETSI and with respect to its FRAND commitments was so inconsistent with an intent to enforce its declared-essential patents, including U.S. Patent No. 7,447,516 ("the '516 patent") and U.S. Patent No. 7,675,941 ("the '941 patent"), as to induce a reasonable belief that such rights had been relinquished; that Samsung's misleading conduct before ETSI and with respect to its FRAND commitments led Apple to reasonably infer that Samsung did not intend to enforce its declared-essential patents, including the '516 and '941 patents, against Apple and that Apple relied on that misleading conduct and would be prejudiced if Samsung's claims were permitted to go forward; that Samsung has failed to act fairly and without fraud or deceit with respect to its declared-essential patents, including the '516 and '941 patents; and that Samsung has engaged in unfair practices that have caused Apple to lose money or property;

NOW THEREFORE, having considered the entire record in this action, the verdict of the jury and the papers submitted by the parties, and having weighed the equities,

IT IS HEREBY ORDERED:

A.      Judgment is granted in favor of Apple, and against Samsung, that Samsung has waived its rights to enforce U.S. Patent No. 7,447,516 ("the '516 patent") and U.S. Patent No. 7,675,941 ("the '941 patent") against UMTS-compliant products.

B.      Judgment is granted in favor of Apple, and against Samsung, that Samsung is equitably estopped from enforcing the '516 and '941 patents against UMTS-compliant products.

C.      Judgment is granted in favor of Apple, and against Samsung, that Samsung has acted with unclean hands with respect to the '516 and '941 patents.

D.      Judgment is granted in favor of Apple, and against Samsung, that Samsung has violated the California Unfair Competition Law, Cal Bus. & Prof. Code §§ 17203, 17204.

[PROPOSED] ORDER GRANTING APPLE'S MOTION ON NON-JURY CLAIMS INCLUDING WAIVER, EQUITABLE ESTOPPEL, UNCLEAN HANDS, AND UNFAIR COMPETITION
CASE NO. 11-CV-01846-LHK (PSG)

1

E.     Samsung's '516 and '941 patents are unenforceable against any and all UMTS-compliant products.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION ON NON-JURY CLAIMS INCLUDING
WAIVER, EQUITABLE ESTOPPEL, UNCLEAN HANDS, AND UNFAIR COMPETITION
CASE NO. 11-CV-01846-LHK (PSG)

2