Exhibit 3

Case 5:11-cv-01846-LHK   Document 1982-5   Filed 09/21/12   Page 2 of 2
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

## Samsung's U.S. Sales of Infringing Smartphones Compared to IDC Estimates
Units in Thousands, Revenue in Millions USD

| | | 2010 | | | 2011 | | | | 2012 | | Total |
| | | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | Q1 | 2Q | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IDC Estimate of Samsung Total Smartphone Sales** | 1/ | | | | | | | | | | |
| Units | | 714 | 2,950 | 2,750 | 2,328 | 3,750 | 4,597 | 6,251 | 6,118 | 7,866 | 37,323 |
| Revenue | | $ 309 | $ 1,431 | $ 1,353 | $ 1,075 | $ 1,685 | $ 1,841 | $ 3,064 | $ 2,808 | $ 3,782 | $ 17,349 |
| **Sales of Infringing Smartphones** | 2/ | | | | | | | | | | |
| Units | | 6 | 2,073 | 1,920 | 1,777 | 4,126 | 2,670 | 2,905 | 2,486 | 1,996 | 19,960 |
| Revenue | | $ 3 | $ 949 | $ 846 | $ 707 | $ 1,382 | $ 788 | $ 1,063 | $ 831 | $ 678 | $ 7,245 |
| *% of Total Smartphone Sales (Units)* | | 1% | 70% | 70% | 76% | 110% | 58% | 46% | 41% | 25% | 53% |

**Sources/Notes:**

1/ IDC WW Mobile Phone Tracker_FinalHistoricalDatabase_2012Q2_Apple.xlsx.  Filtered by selecting data where: Region = USA, Device Type = Smartphone, and Vendor = Samsung.
2/ JX-1500 (Excluding Intercept and all tablet sales).

Prepared by Invotex Group