Exhibit 4



Case 5:11-cv-01846-LHK   Document 1982-6   Filed 09/21/12   Page 3 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 4.1

## U.S. Smartphone Shipments and Market Share

|  | Apple | | Samsung | |
| --- | --- | --- | --- | --- |
|  | Units | Market Share | Units | Market Share |
| 2010 Q2 | 2,772,000 | 19.3% | 713,724 | 5.0% |
| 2010 Q3 | 4,923,500 | 23.7% | 2,950,000 | 14.2% |
| 2010 Q4 | 3,776,000 | 17.2% | 2,750,000 | 12.5% |
| 2011 Q1 | 6,830,200 | 29.5% | 2,327,500 | 10.1% |
| 2011 Q2 | 6,256,000 | 24.7% | 3,750,000 | 14.8% |
| 2011 Q3 | 4,807,174 | 20.0% | 4,596,800 | 19.2% |
| 2011 Q4 | 14,757,430 | 45.3% | 6,250,501 | 19.2% |
| 2012 Q1 | 10,722,000 | 38.1% | 6,118,233 | 21.7% |
| 2012 Q2 | 8,569,800 | 36.3% | 7,866,100 | 33.3% |

**Sources/Notes:**

1/ IDC WW Mobile Phone Tracker_FinalHistoricalDatabase_2012Q2_Apple.xlsx.
   Filtered by selecting data where: "Region" equals "USA", and "Device Type" equals "Smartphone".