# Exhibit 5

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547401

# SAMSUNG

# STA COMPETITIVE SITUATION
# ☐ PARADIGM SHIFT

HQ CFO

**PLAINTIFF'S EXHIBIT NO. 60**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

| Owner | Justin Denison |
|---|---|
| Document Revision | V 0.2 |
| Effective Date | |
| Retention | 16 FEB 2012 |
| Security Policy | 5 Years |

Top Secret

# CONSOLIDATION AROUND TWO OS PLATFORMS. US MARKET BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

## Android & iOS Becoming The Only Relevant OS platforms



## Three Horse Race becoming at Two Horse Race Between Apple & Samsung



Source: STA SMART system (BP, Acct teams),

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547408