# Exhibit 15



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000027506**



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000027507



# Consideration of Android phones has steadily increased in most countries

## Android consideration is highest in China,

C11. Which type of smartphone did you seriously consider? (Base: iPhone buyer; multiple responses allowed) In FY11-Q3 this question was revised to ask about smartphone consideration only. The results from previous quarters were revised to reflect those who considered smartphones only.

Highly Confidential - Attorneys' Eyes Only