Exhibit 20



# IPHONE 5 COUNTER STRATEGY

March 25, 2011

Draft – Pending Discussions on GSII C&S, Accessories and Marketing Plan

Draft – Pending Ongoing Discussions

Confidential & Proprietary

PLAINTIFF'S EXHIBIT NO. 62
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

1

Confidential Business Information,
Subject to Protective Order

S-ITC-003351732

# EXECUTIVE SUMMARY

- **Market Sensing**
  - iPhone 5 to launch in late June 2011
    - Key specs to include
      - Same dimensions as iPhone 4 but thinner bezel
      - 4" high resolution IPS "Retina" Display
      - Dual Core A5 processor
      - 8MP RF / 1.3MP FF
      - Cloud services

- **STA's to focus executing the "Summer of Samsung"**
  - Offensive Portfolio Strategy: directly go after ATT / VZW potential iPhone 5 purchasers
  - Defensive Portfolio Strategy: minimize iPhone defections at Sprint and TMO
  - C&S Strategy: MediaHub, Phone-TV interaction, Accessories, GSII for end-to-end entertainment
  - Marketing: leverage/maximize carrier marketing support, best mobile entertainment messaging for GSII

Confidential & Proprietary

3





Confidential Business Information,
Subject to Protective Order

S-ITC-003351743

## RECOMMENDATION: SAMSUNG 4G PRODUCTS TO UNDERCUT IPHONE 5, GAP POTENTIALLY REMAINS AT $49



Confidential Business Information, Subject to Protective Order

S-ITC-003351744



Confidential Business Information,
Subject to Protective Order

S-ITC-003351745



Confidential Business Information,
Subject to Protective Order

S-ITC-003351746





Confidential Business Information,
Subject to Protective Order

S-ITC-003351751