Exhibit 22

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
TODD PENDLETON - 3/21/2012

```
        IN THE UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

                 SAN JOSE DIVISION

                     --oOo--

APPLE INC. a California       )
corporation,                  )
                              )
           Plaintiff,         )
                              )
      vs.                     ) 11-cv-01846-LHK
                              )
SAMSUNG ELECTRONICS CO.,      )
LTD., a Korean corporation;   )
SAMSUNG ELECTRONICS AMERICA,  )
INC., a New York corporation; )
and SAMSUNG TELECOMMUNICATIONS )
AMERICA, LLC, a Delaware      )
limited liability company,    )
                              )
           Defendants.        )
_____)


       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                   DEPOSITION OF

                  TODD PENDLETON

           _____

                 MARCH 21, 2012

                    VOLUME I

                (Pages 1 - 217)


REPORTED BY:  SARAH LUCIA BRANN, CSR 3887
```

Merrill Corporation - Boston

617-542-0039                    www.merrillcorp.com/law

b00a524a-8f31-45b4-84ce-4c5e17018117

Page 7

1           MS. CARUSO:  Margret Caruso, Quinn,
2  Emanuel, Urquhart & Sullivan, representing Samsung.
3  And with me is Cindi Moreland of STA.
4           THE VIDEOGRAPHER:  Your court reporter
5  today is Sarah Brann of Merrill.  Would the reporter
6  please swear in the witness?
7                     TODD PENDLETON
8  _____
9  called as a witness, who, having been first duly
10 sworn, was examined and testified as follows:
11          THE VIDEOGRAPHER:  Please begin.
12              EXAMINATION BY MR. PLUNKETT
13          MR. PLUNKETT:  Q.  Good morning. Could
14 you state and spell your name for the record?
15     A.   It's Todd Pendleton, T-o-d-d, last name
16 Pendleton, P-e-n-d-l-e-t-o-n.
17     Q.   What's your home address?
18     A.   6546 Sondra Drive, Dallas, Texas 75214.
19     Q.   Is this your first deposition?
20     A.   Yes, it is.
21     Q.   So let's go over some basics of the
22 deposition.  Do you understand that you are under
23 oath today?
24     A.   I do.
25     Q.   Do you understand that that's the same

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
TODD PENDLETON - 3/21/2012

Page 115

1   increase its market -- smartphone market share?
2           MS. CARUSO:  Objection.  Beyond the scope.
3           THE WITNESS:  Overall market share again
4   remained flat.  In some carriers we did better than
5   others that carried the product.
6           MR. HEYISON:  Q.  And with respect to
7   those carriers, did Apple's sales decrease?
8       A.   No.
9           MS. CARUSO:  Objection.
10          MR. HEYISON:  Q.  Did anybody's sales
11  decrease?
12          MS. CARUSO:  Objection. Vague. Beyond
13  the scope.
14          THE WITNESS:  Obviously RIM is not doing
15  as well as it used to.  HTC and Motorola also
16  haven't done as well in that time frame, in the
17  fourth quarter, as they have in the past.
18          MR. HEYISON:  Q.  In the smartphone market
19  are there sub segments of that market, like premium,
20  regular?
21      A.   There are price point differentials, yes.
22      Q.   Okay.  Can you tell me what those are in
23  the smartphone market?
24          MS. CARUSO:  Objection.  Beyond the scope.
25          THE WITNESS:  The, again, majority of

Page 116

1  the -- call them super phone, whatever you want to
2  call them -- could be $199 and above.  You could
3  have 199 down to 99 as your mid tier, and $99 and
4  below as more of your entry level, if you want to
5  call it that.
6              MR. HEYISON:  Q.  And does Samsung have
7  product offerings in each of those three categories?
8         A.   Yes.
9         Q.   And does Apple -- where does Apple have
10 product offerings with respect to those?
11             MS. CARUSO:  Objection.  Beyond the scope.
12             THE WITNESS:  Similar.
13             MR. HEYISON:  Q.  Pardon?
14        A.   It would be similar.
15        Q.   So, do Samsung and Apple compete in all
16 three categories?
17             MS. CARUSO:  Objection.  Beyond the scope.
18 Vague.
19             THE WITNESS:  Yes.
20             MR. HEYISON:  Q.  And the Galaxy S is $199
21 and above?
22             MS. CARUSO:  Objection.  Beyond the scope.
23             THE WITNESS:  Yes.
24             MR. HEYISON:  Q.  And the Apple iPhone 4S
25 is in that category, too?

Page 218

1       CERTIFICATE OF REPORTER
2       I, SARAH LUCIA BRANN, a Certified
3   Shorthand Reporter, hereby certify that the witness
4   in the foregoing deposition was by me duly sworn to
5   tell the truth, the whole truth, and nothing but the
6   truth in the within-entitled cause;
7       That said deposition was taken in
8   shorthand by me, a disinterested person, at the time
9   and place therein stated, and that the testimony of
10  the said witness was thereafter reduced to
11  typewriting, by computer, under my direction and
12  supervision;
13      That before completion of the deposition,
14  review of the transcript [ ] was [X] was not
15  requested.  If requested, any changes made by the
16  deponent (and provided to the reporter) during the
17  period allowed are appended hereto.
18      I further certify that I am not of counsel
19  or attorney for either or any of the parties to the
20  said deposition, nor in any way interested in the
21  event of this cause, and that I am not related to
22  any of the parties thereto.
23              DATED:  March 27, 2012
24      _____
25              SARAH LUCIA BRANN, CSR No. 3887