Exhibit 23

Highly Confidential Attorneys' Eyes Only

Page 1

1             IN  THE  UNITED  STATES  DISTRICT  COURT

2          FOR  THE  NORTHERN  DISTRICT  OF  CALIFORNIA

3                  SAN  JOSE  DIVISION

4

5    APPLE,  INC.,  a  California      )
     corporation,                      )
6                                       )
7        Plaintiff,                    )
                                        )
     VS.                                )   NO.  11-cv-01846-LHK
8                                       )
     SAMSUNG  ELECTRONICS  CO.,         )
9    LTD.,  a  Korean  business         )
     entity;  SAMSUNG  ELECTRONICS      )
10   AMERICA,  INC.,  a  New  York      )
     corporation;  SAMSUNG             )
11   TELECOMMUNICATIONS  AMERICA,      )
     LLC,  a  Delaware  limited        )
12   liability  company,               )
                                        )
13       Defendants.                   )

14

15

16

17         ORAL  AND  VIDEOTAPED  DEPOSITION  OF

18                 BRIAN  ROSENBERG

19                 JANUARY  27,  2012

20      HIGHLY  CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

21

22

23

24   Reporter:  Therese  Casterline

25   Job  Number:  45460

Highly Confidential Attorneys' Eyes Only

Page 7

1           P R O C E E D I N G S                      08:59

2           THE VIDEOGRAPHER:  This is tape 1 in the   08:59

3   video deposition of Brian Rosenberg.  Today is Friday,   08:59

4   January 27th, 2012.  We are now on record at           08:59

5   approximately 8:59 a.m. in the matter of Apple versus   08:59

6   Samsung.                                               08:59

7           Will all attorneys present please           08:59

8   introduce themselves for the record.                  08:59

9           MR. McELHINNY:  Harold McElhinny and Julia   08:59

10  Kripke from Morrison & Foerster representing Apple.    08:59

11          MR. BRINKMAN:  Paul Brinkman from Quinn       08:59

12  Emanuel for Samsung.                                   08:59

13          MR. MYUNG:  This is Jeff Myung, in-house      08:59

14  counsel at Samsung.                                    08:59

15          THE VIDEOGRAPHER:  The witness may now be     08:59

16  sworn in.                                              08:59

17              BRIAN ROSENBERG,                          08:59

18  having been first duly sworn, testified as follows:   08:59

19                  EXAMINATION                           08:59

20  BY MR. McELHINNY:                                      08:59

21      Q.  Good morning, Mr. Rosenberg.  I introduced    08:59

22  myself to you before we started.  My name is Harold    08:59

23  McElhinny.  I'm an attorney for Apple.                 08:59

24          You may not know this, but there is           08:59

25  litigation pending between Apple and Samsung, and we're   08:59

Highly Confidential Attorneys' Eyes Only

Page 72

| | | |
|---|---|---|
| 1 | making sure that our -- that our displays in a store | 10:56 |
| 2 | comply with what was agreed with the carrier -- | 10:56 |
| 3 | Q.  Who -- | 10:56 |
| 4 | A.  -- in retail. | 10:56 |
| 5 | Q.  Who's in charge of the field marketing | 10:57 |
| 6 | organization? | 10:57 |
| 7 | A.  So it's in the marketing organization.  It | 10:57 |
| 8 | rolls up eventually to Todd Pendleton. | 10:57 |
| 9 | Q.  Okay.  And is 1H 2011, is that first half of | 10:57 |
| 10 | 2011? | 10:57 |
| 11 | A.  That's my assumption, yeah. | 10:57 |
| 12 | Q.  Okay.  Can you tell me, to the best of your | 10:57 |
| 13 | knowledge, what iPhones are currently being marketed in | 10:57 |
| 14 | the marketplace? | 10:57 |
| 15 | A.  Today or -- | 10:57 |
| 16 | Q.  Today. | 10:57 |
| 17 | A.  Yes.  There's an iPhone 4S, there's an | 10:57 |
| 18 | iPhone 4 and there's an iPhone 3GS. | 10:57 |
| 19 | Q.  Can you tell me which Samsung products compete | 10:57 |
| 20 | against the iPhone 3GS? | 10:58 |
| 21 | MR. BRINKMAN:  Objection, foundation. | 10:58 |
| 22 | A.  So I'm not sure I understand what you mean by | 10:58 |
| 23 | compete. | 10:58 |
| 24 | Q.  Sure.  Are -- does the -- does the -- are | 10:58 |
| 25 | there products that, in your view, are matched up | 10:58 |

Highly Confidential Attorneys' Eyes Only

Page 73

| | | |
|---|---|---|
| 1 | against the iPhone 3GS as consumer options? | 10:58 |
| 2 | A.  From a price point standpoint? | 10:58 |
| 3 | Q.  From -- from all of the factors that would go | 10:58 |
| 4 | into a consumer's decision. | 10:58 |
| 5 | A.  I would say every phone competes. | 10:58 |
| 6 | Q.  Every Samsung phone competes? | 10:58 |
| 7 | A.  Sure. | 10:58 |
| 8 | Q.  Okay.  Are there specific phones that compete | 10:58 |
| 9 | against the iPhone 3GS at a -- at a price point? | 10:58 |
| 10 | A.  Yes. | 10:58 |
| 11 | Q.  And -- and what are those? | 10:58 |
| 12 | A.  So today -- so -- so the iPhone 3GS today is | 10:58 |
| 13 | free. | 10:58 |
| 14 | Q.  Uh-huh. | 10:58 |
| 15 | A.  So the phones that we have at A- -- and 3GS is | 10:58 |
| 16 | only at AT&T.  So we're talking about AT&T phones that | 10:58 |
| 17 | have a retail price of free today at AT&T.  I would say | 10:58 |
| 18 | the Focus Flash is in that category. | 10:59 |
| 19 | I'm trying to picture the roadmap.  In | 10:59 |
| 20 | some cases -- I'd say that's -- that's probably the one | 10:59 |
| 21 | that competes there the most directly today. | 10:59 |
| 22 | Q.  Okay.  Is the Focus Flash a smartphone? | 10:59 |
| 23 | A.  Yes. | 10:59 |
| 24 | Q.  Okay.  Are there, in your view, other Samsung | 10:59 |
| 25 | phones whose sales are being impacted by the fact that | 10:59 |

Highly Confidential Attorneys' Eyes Only

Page 74

| | | |
|---|---|---|
| 1 | the iPhone -- that AT&T is offering the 3GS for free? | 10:59 |
| 2 | A.  Yes, I would say in a lot of cases. | 10:59 |
| 3 | Q.  And -- and which phones would those be? | 10:59 |
| 4 | A.  So I think any number of the smartphones.  So | 10:59 |
| 5 | that one.  I think Infuse.  Those would probably be the | 10:59 |
| 6 | two that are most directly impacted. | 10:59 |
| 7 | Q.  Okay.  Is there a Samsung phone that -- that | 10:59 |
| 8 | competes at a similar price point to the iPhone 4? | 11:00 |
| 9 | A.  Yes.  So the Infuse is one of those. | 11:00 |
| 10 | Q.  Are there others? | 11:00 |
| 11 | A.  Yeah.  I would say the Galaxy S II is -- is -- | 11:00 |
| 12 | are right -- right around that price point now, too. | 11:00 |
| 13 | Q.  Others? | 11:00 |
| 14 | A.  Yeah, there's Captivate Glide, and probably | 11:00 |
| 15 | more in the 3GS territory would be the DoubleTime. | 11:00 |
| 16 | Q.  Is the DoubleTime a smartphone? | 11:00 |
| 17 | A.  Yes. | 11:00 |
| 18 | Q.  Any -- any others at the iPhone 4 level? | 11:00 |
| 19 | A.  No, I'd say those are the ones. | 11:00 |
| 20 | Q.  Okay.  Are there -- is there a Samsung product | 11:00 |
| 21 | that -- that competes at a similar price point to the | 11:00 |
| 22 | iPhone 4S? | 11:00 |
| 23 | A.  Yes, the Galaxy S II Skyrocket. | 11:00 |
| 24 | Q.  Any others? | 11:00 |
| 25 | A.  No.  I'd say that's the one that's at that | 11:00 |

Highly Confidential Attorneys' Eyes Only

Page 75

```
1    price point.                                              11:01

2         Q.  Okay.                                            11:01

3              MR. McELHINNY:  Five minutes?  Why don't        11:01

4    we take a break.                                          11:01

5              MR. BRINKMAN:  Okay.                            11:01

6              THE VIDEOGRAPHER:  We're off the record at      11:01

7    11:01 a.m., the end of tape 1.                            11:01

8              (Recess 11:01-11:17 a.m.)                       11:01

9              THE VIDEOGRAPHER:  We're back on record at      11:17

10   11:17 a.m., the beginning of tape 2.                      11:17

11        Q.  Before we go back to Exhibit 1284, I have a      11:17

12   couple of other questions.                                11:17

13        A.  Actually, can I clarify one thing real quick?    11:17

14        Q.  Certainly.                                       11:17

15        A.  So when -- the products I was giving you         11:17

16   before, that only covered AT&T, so it did not cover the   11:17

17   products that are in competitive price points with        11:17

18   Sprint and with Verizon.                                  11:17

19        Q.  Okay.  Thank you.  Let's do that first, then.    11:17

20        A.  Okay.                                            11:17

21        Q.  Are there any competitive products that -- at    11:17

22   other carriers that, in your view, compete against the    11:17

23   iPhone 3GS?                                               11:17

24        A.  Yeah, I'd reiterate all of them.                 11:17

25        Q.  Okay.                                            11:17
```

Highly Confidential Attorneys' Eyes Only

Page  76

```
 1        A.  So -- so iPhone 3GS, I would say -- iPhone 3GS    11:17
 2   is in AT&T, so once you're in an AT&T -- once you're in    11:18
 3   a Verizon or a Sprint shop, you can't buy 3GS.             11:18
 4        Q.  Right.  Okay.  What other -- what other           11:18
 5   Samsung models compete against the iPhone 4?               11:18
 6        A.  So if you're asking about other products at       11:18
 7   the $99 price point --                                     11:18
 8        Q.  Okay.                                             11:18
 9        A.  -- I would say at Verizon the Stratosphere.       11:18
10        Q.  All right.                                        11:18
11        A.  At Sprint I would say the Nexus S 4G, Epic 4G,    11:18
12   Conquer, and I think those would be the ones I would       11:18
13   say at that price point right now.                         11:18
14        Q.  Okay.  And, again, just because you -- you may    11:18
15   not have said it, and I think you will say it, so let      11:18
16   me try it on you.  If we're not specifically focusing      11:18
17   on price point, you would say that all of the Samsung      11:19
18   phones compete against the iPhone 4?                       11:19
19        A.  Yeah.  And I think it's -- in my view, it's       11:19
20   bigger than that.                                          11:19
21        Q.  Okay.                                             11:19
22        A.  I mean, it's -- it's not -- I mean, when you      11:19
23   walk into any retail shop that sells phones -- let's       11:19
24   say it's a -- a Verizon store.  You've got five or six     11:19
25   vendors with phones and four or five different price       11:19
```

Highly Confidential Attorneys' Eyes Only

Page 77

```
 1   points.  I would argue that every single one of those        11:19
 2   phones is competing for that consumer who's probably         11:19
 3   going to leave the store with one.  So it's -- it's not      11:19
 4   just a Samsung portfolio competing with an Apple             11:19
 5   portfolio; it's a -- it's a multivendor thing.               11:19
 6       Q.  Okay.  What Samsung products compete against         11:19
 7   the iPhone 4S at its price point?                            11:19
 8       A.  At its price point?  So I would say the Galaxy       11:19
 9   S II with -- so we talked about Skyrocket, but there's       11:19
10   also a Galaxy S II at Sprint and one at T-Mobile, so --      11:19
11   and then I would say the Galaxy Nexus at Verizon.            11:20
12       Q.  Okay.  Have you completed your answer on that        11:20
13   point?                                                       11:20
14       A.  I think so.                                          11:20
15       Q.  Okay.  What Samsung products compete against         11:20
16   the iPad 2?                                                  11:20
17       A.  So I would say the products we have in the           11:20
18   market today on the tablet are the 8.9-inch tablet and       11:20
19   the 10.1-inch tablet.                                        11:20
20       Q.  Okay.  And -- and you just phrased your              11:20
21   answer -- those -- you think both of those compete           11:20
22   against the iPad 2?                                          11:20
23       A.  Yes.                                                 11:20
24       Q.  Okay.  I asked you this morning a series of          11:20
25   questions about what products STA sells.                     11:20
```

Page 118

1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4

5   APPLE, INC., a California      )
    corporation,                   )
6                                  )
         Plaintiff,                )
7                                  )
    VS.                            )  NO. 11-cv-01846-LHK
8                                  )
    SAMSUNG ELECTRONICS CO.,       )
9   LTD., a Korean business        )
    entity; SAMSUNG ELECTRONICS    )
10  AMERICA, INC., a New York      )
    corporation; SAMSUNG           )
11  TELECOMMUNICATIONS AMERICA,    )
    LLC, a Delaware limited        )
12  liability company,             )
                                   )
13       Defendants.               )
14

15                REPORTER'S CERTIFICATION
16    ORAL AND VIDEOTAPED DEPOSITION OF BRIAN ROSENBERG
17                   JANUARY 27, 2012
18          I, Therese J. Casterline, Registered Merit
19  Reporter, Certified Realtime Reporter, Certified
20  Shorthand Reporter in and for the State of Texas, do
21  hereby certify that there came before me on the 27th
22  day of January, 2012, at the offices of Regus, located
23  at 4514 Cole Avenue, Suite 600, Dallas, Texas, the
24  following named person, to wit:  BRIAN ROSENBERG, who
25  was duly sworn to testify the truth, the whole truth,

Highly Confidential Attorneys' Eyes Only

Page 119

1  and nothing but the truth of knowledge touching and

2  concerning the matters in controversy in this cause;

3  and that he was thereupon examined upon his oath and

4  his examination reduced to typewriting under my

5  supervision; that the deposition is a true record of

6  the testimony given by the witness, that review by the

7  witness was requested on the record, and signature of

8  the witness is to be signed before any notary public.

9          I further certify that I am neither attorney

10  nor counsel for nor related to any of the parties to

11  the action in which this deposition is taken, and

12  further that I am not a relative or employee of any

13  attorney or counsel employed by the parties hereto, or

14  financially interested in this action.

15          Given under my hand on this the 27th day of

16  January, 2012.

17

18  _____

         Therese J. Casterline, CSR, RMR, CRR

19       TSG Reporting - Worldwide

         747 Third Avenue

20       New York, New York  10017

         (877) 702-9580

21

22

23

24

25