Exhibit 27



IDC Insights: **ENERGY**    **FINANCIAL**    **GOVERNMENT**    **HEALTH**    **MANUFACTURING**    **RETAIL**

Search    English    Select a Region/Country Site

Login | Register

HOME    ABOUT IDC    ANALYSTS    PRODUCTS + SERVICES    EVENTS    My IDC

About IDC    Methodology    Management    Worldwide Offices    Careers at IDC    IDC Media Center

## About IDC

**International Data Corporation (IDC)** is the premier global provider of market intelligence, advisory services, and events for the information technology, telecommunications and consumer technology markets. IDC helps IT professionals, business executives, and the investment community make fact-based decisions on technology purchases and business strategy. More than 1000 IDC analysts provide global, regional, and local expertise on technology and industry opportunities and trends in over 110 countries worldwide. For more than 48 years, IDC has provided strategic insights to help our clients achieve their key business objectives. IDC is a subsidiary of IDG, the world's leading technology media, research, and events company.

IDC is a wholly-owned subsidiary of International Data Group (IDG), the world's leading technology media, events and research company. IDG's media brands – including CIO®, CSO®, Computerworld®, GamePro®, InfoWorld®, Macworld®, Network World®, PCWorld® and TechWorld® – reach an audience of more than 280 million technology buyers in 97 countries. IDG's network features 460 websites and 200 print titles spanning business technology, consumer technology, digital entertainment, and video games worldwide. The IDG TechNetwork represents hundreds of independent web sites in an ad network complementary to IDG's media brands. IDG® is also a leading producer of more than 700 technology-related events, including Macworld | iWorld, E3 Expo®, DEMO®, SNW™, and IDC Directions®. IDG's marketing services include lead generation with IDG Connect®, custom publishing, social web marketing with IDG Amplify® ads and IDG Social Scout™ analysis and program development, and IDG Market Fusion™ research and content optimization.

**Learn more about IDC below:**

**IDC Insights Research**
Industry-focused advice for IT buyers

IDC Financial Insights assists financial services business and IT leaders in making more effective technology decisions by providing insightful fact-based research and consulting services. Our global research analyzes and advises on business and technology issues facing the banking, insurance, and securities and investments industries.



Rotate



**Related Links**

IDC Benefits
IDC Culture
Employee Insights



**Privacy:** At IDC, we are committed to protecting your privacy. View IDC's privacy policy.

Home | About IDC | Analysts | Products + Services | Events | My IDC

**IDC Corporate USA**
5 Speen Street
Framingham, MA
01701
**+1.508.872.8200**

Contact IDC | RSS/Feeds | Follow IDC on Twitter

Share:

Careers | Customer Service | Sales | WW Offices | Web Rights & Licensing | Privacy Policy | Terms of Use | Trademarks

Copyright 2012 IDC.
All rights reserved.



IDC Management led by president and CEO Kirk Campbell, IDC's veteran management team guides a group of 1,500 global employees, including more than 1,000 of the industry's most knowledgeable and thought-provoking market experts. Under its dynamic leadership, IDC has become the premier global provider of market intelligence, advisory services, and events for the information technology, telecommunications, and consumer technology markets.
Learn More



As the world's leading provider of technology intelligence, industry analysis, market data, and strategic and tactical guidance, we can't afford to wait for things to happen. That's why our people are the industry's sharpest and most forward thinking. IDC is connected to a rich web of resources, benefits, and people as a division of IDG, the world's leading IT media, research, and exposition company.
Learn More



IDC employs a number of assets that set us apart from other market research firms. Our comprehensive coverage promotes understanding of multiple industries. Additionally, our "glocal" research model, which is our study of both local and regional markets "on the ground," helps us to understand the nuances of local country markets while improving our global coverage. By promoting research standards and methodologies worldwide, we ensure forecast and analysis consistency across a wide range of geographies and coverage areas.
Learn More



More than 1,000 IDC analysts provide global, regional, and local expertise on technology and industry opportunities and trends in over 110 countries worldwide. These industry experts host thousands of companies a year and provide clients with the depth and breadth of research needed for success in the global IT marketplace. These meetings cover topics such as product and strategy updates, messaging formulation sessions, and executive briefings from top-level management.

To request a briefing, please click here.





With more than 1,000 IDC analysts in over 50 countries, IDC provides global, regional, and local expertise on technology and industry opportunities and trends in over 110 countries worldwide. IDC helps IT professionals, business executives, and the investment community make fact-based decisions on technology purchases and business strategy. Our analysts analyze the future of IT, telecommunications, and consumer technology markets worldwide, with regional research hubs in Massachusetts, Florida, London, Prague, Dubai, Singapore, and Hong Kong.
Learn More



As a central resource for news and information from IDC, the Media Center provides an archive of IDC and IDC Insights press releases from the previous eighteen months with a dedicated search function. An RSS Feed can also be created for those interested in having IDC press releases delivered directly to their RSS readers. Other resources include contact details for IDC's worldwide media relations team, links to IDC's research analysts and teams, and IDC's quotation guidelines.
Learn More