# Exhibit 28

# Table of Contents

| | | |
|---|---|---|
| Rpt. 20576320<br>31-Jul-2012 | **2Q12 WIRELESS SNAPSHOT**<br>OPPENHEIMER AND CO<br>- KIDRON, ITTAI, ET AL | 2 - 54 |
| Rpt. 20267691<br>22-May-2012 | **2Q12 WIRELESS UPDATE**<br>OPPENHEIMER AND CO<br>- KIDRON, ITTAI, ET AL | 55 - 134 |



EQUITY RESEARCH

## INDUSTRY UPDATE

July 31, 2012

**TECHNOLOGY/COMMUNICATION TECHNOLOGY**

# 2Q12 Wireless Snapshot

### SUMMARY

The overall wireless market was sluggish in 2Q12 (+0.2% QoQ to 383M) as anticipated product transitions (Apple iPhone 5), OS gaps (Nokia and RIM) and macro headwinds weighed on demand. We view Apple's lull as temporary and would buy ahead of new product launches. At this point, 3Q12 visibility is poor and our checks suggest another slower than normal quarter. Outside of Apple, vendor trends are largely unchanged. Samsung's execution remains very good and Nokia and RIM continue to struggle. We've made small tweaks to our handset projections, mainly reflecting the demand lull in Apple's volume. Meanwhile, we've raised our tablet forecast reflecting strong iPad demand. Our top picks are Apple (iPhone snap-back, international expansion), Qualcomm (expanding TAM, FY13 potential), and Skyworks (strong execution, potential Apple gains).

### KEY POINTS

- **Sluggish**. We've lowered our 2012 industry volume forecast slightly to 1.6B (+0.2% YoY). Unlike past adjustments, our cut reflects lower smartphone volume (611M, +24.4% YoY) and a small increase to feature phones (985M, -10.6%). The decrease mainly reflects lower than expected iPhone shipments with consumers pulling back in anticipation of an iPhone 5 introduction. We're modeling only 2.3% QoQ growth for 3Q12 with 2012 looking very back-end loaded.

- **Market share**. Samsung and HTC gained modest share during 2Q12, highlighted by Samsung's steady smartphone execution and a recovery by HTC. With the pause in iPhone demand, Apple lost most share (-25.8% QoQ to 26.0M). Nokia, LG, RIM, Motorola and Sony continue to face challenges due to product transitions and competitive pressures, but didn't see dramatic losses during in 2Q12.

- **Key trends.** Samsung looks well positioned to capitalize on the gap in Apple's portfolio in 3Q12, although Apple's likely to recover quickly in 4Q12 as pent-up demand materializes. The top Chinese OEMs, ZTE and Huawei, continue to makes strides with value smartphones. Motorola looks ready to exit feature phones leaving the market to Nokia and Samsung, the only traditional vendors with enough scale to make feature phones worthwhile.

- **Tablet market.** We're raising our 2012 tablet forecast to 99.5M (+74.0% YoY) vs. 94M previously. The increase primarily reflects stronger Apple iPad volume (record vol. in 2Q12 at 17.0M, +44.4% QoQ). So far non-iPad tablets have mostly disappointed, but there are two meaningful 2H12 wild-cards that could change this and drive upside to our projections: 1) Google's recent launch of its value-priced Nexus 7 tablets, and 2) Windows 8 tablets potential impact in 4Q12.

- **Top picks.** Our top picks are Apple, Qualcomm and Skyworks. We view Apple's 2Q12 miss as a product transition hiccup ahead of a strong Dec. Qualcomm and Skyworks are both exposed to Samsung (3Q12) and Apple (4Q12) growth, as well as overall smartphone/tablet strength and the associated increase in device complexity and $/device. We expect Qualcomm's capacity constraints to ease in 4Q12 making for greater upside opportunity in 2013.

Ittai Kidron
212-667-6292
Ittai.Kidron@opco.com

George Iwanyc
415-399-5748
George.Iwanyc@opco.com

Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. See "Important Disclosures and Certifications" section at the end of this report for important disclosures, including potential conflicts of interest. See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.

# Wireless Market Supporting Data

## *Handset Shipments by Region*

### Exhibit 10: Total Handset Shipments by Region

| Total Handset and Smartphone Shipments by Region (Sell In) | | | | | | | | | | | | | (Thousands of Units) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) | CAGR 06-10 | CAGR 11-15 |
| North America | 122,226 | 142,790 | 153,509 | 170,822 | 164,729 | 169,069 | 184,213 | 177,252 | 178,534 | 179,834 | 181,806 | 4.3% | -0.3% |
| Latin America | 94,216 | 106,596 | 119,149 | 139,586 | 113,581 | 129,724 | 142,066 | 141,842 | 148,490 | 157,067 | 162,115 | 5.0% | 3.4% |
| West Europe | 155,422 | 169,166 | 179,616 | 174,760 | 150,243 | 158,279 | 157,838 | 139,604 | 168,961 | 168,984 | 167,600 | -1.6% | 1.5% |
| East Europe | 76,542 | 105,238 | 115,192 | 117,200 | 98,596 | 107,535 | 118,005 | 113,428 | 120,595 | 127,800 | 134,663 | 0.5% | 3.4% |
| Asia Pacific | 276,266 | 376,123 | 489,003 | 594,849 | 606,675 | 709,729 | 822,702 | 860,532 | 882,635 | 905,654 | 931,390 | 17.2% | 3.2% |
| MEA | 94,723 | 107,447 | 135,130 | 154,168 | 134,987 | 151,645 | 168,553 | 163,905 | 167,595 | 171,746 | 177,494 | 9.0% | 1.3% |
| Total | 819,395 | 1,007,362 | 1,191,599 | 1,351,384 | 1,268,811 | 1,425,981 | 1,593,376 | 1,596,562 | 1,666,811 | 1,711,085 | 1,755,068 | 9.1% | 2.4% |
| Growth | 23.3% | 22.9% | 18.3% | 13.4% | -6.1% | 12.4% | 11.7% | 0.2% | 4.4% | 2.7% | 2.6% | | |

Source: Oppenheimer & Co. Inc.

### Exhibit 11: Total Handset Shipment Growth by Region

| Total Handset and Smartphone Shipment Growth by Region (Sell In) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) |
| North America | 19.8% | 16.8% | 7.5% | 11.3% | -3.6% | 2.6% | 9.0% | -3.8% | 0.7% | 0.7% | 1.1% |
| Latin America | 24.2% | 13.1% | 11.8% | 17.2% | -18.6% | 14.2% | 9.5% | -0.2% | 4.7% | 5.8% | 3.2% |
| West Europe | 10.4% | 8.8% | 6.2% | -2.7% | -14.0% | 5.3% | -0.3% | -11.6% | 21.0% | 0.0% | -0.8% |
| East Europe | 12.5% | 37.5% | 9.5% | 1.7% | -15.9% | 9.1% | 9.7% | -3.9% | 6.3% | 6.0% | 5.4% |
| Asia Pacific | 26.3% | 36.1% | 30.0% | 21.6% | 2.0% | 17.0% | 15.9% | 4.6% | 2.6% | 2.6% | 2.8% |
| MEA | 60.2% | 13.4% | 25.8% | 14.1% | -12.4% | 12.3% | 11.1% | -2.8% | 2.3% | 2.5% | 3.3% |
| Total | 23.3% | 22.9% | 18.3% | 13.4% | -6.1% | 12.4% | 11.7% | 0.2% | 4.4% | 2.7% | 2.6% |

Source: Oppenheimer & Co. Inc.

### Exhibit 12: Total Handset Shipments by Region - % Contribution

| Total Handset and Smartphone Shipments by Region (Sell In - % of Total Market) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) |
| North America | 14.9% | 14.2% | 12.9% | 12.6% | 13.0% | 11.9% | 11.6% | 11.1% | 10.7% | 10.5% | 10.4% |
| Latin America | 11.5% | 10.6% | 10.0% | 10.3% | 9.0% | 9.1% | 8.9% | 8.9% | 8.9% | 9.2% | 9.2% |
| West Europe | 19.0% | 16.8% | 15.1% | 12.9% | 11.8% | 11.1% | 9.9% | 8.7% | 10.1% | 9.9% | 9.5% |
| East Europe | 9.3% | 10.4% | 9.7% | 8.7% | 7.8% | 7.5% | 7.4% | 7.1% | 7.2% | 7.5% | 7.7% |
| Asia Pacific | 33.7% | 37.3% | 41.0% | 44.0% | 47.8% | 49.8% | 51.6% | 53.9% | 53.0% | 52.9% | 53.1% |
| MEA | 11.6% | 10.7% | 11.3% | 11.4% | 10.6% | 10.6% | 10.6% | 10.3% | 10.1% | 10.0% | 10.1% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Source: Oppenheimer & Co. Inc.

## *Replacement Rate*

### Exhibit 13: Annual Replacement Rates

| Total Handset and Smartphone Replacement Rate By Region (Sell In) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) |
| North America | 48.0% | 51.3% | 53.4% | 57.2% | 53.9% | 53.4% | 56.0% | 52.2% | 52.0% | 51.4% | 51.0% |
| Latin America | 22.9% | 21.5% | 22.3% | 25.7% | 18.9% | 21.7% | 22.5% | 23.0% | 23.6% | 25.0% | 25.3% |
| West Europe | 45.1% | 46.8% | 49.3% | 47.6% | 40.3% | 41.7% | 40.6% | 35.5% | 43.1% | 42.9% | 42.3% |
| East Europe | 26.0% | 31.6% | 36.6% | 39.0% | 32.8% | 34.5% | 37.1% | 34.0% | 35.7% | 37.4% | 38.7% |
| Asia Pacific | 26.0% | 28.1% | 32.3% | 34.5% | 27.5% | 28.1% | 31.2% | 30.9% | 29.8% | 29.6% | 29.0% |
| MEA | 17.5% | 21.6% | 17.3% | 18.9% | 12.6% | 16.3% | 18.2% | 17.0% | 16.9% | 16.8% | 16.6% |
| Total | 31.4% | 32.9% | 34.5% | 35.7% | 28.6% | 29.6% | 31.5% | 30.0% | 30.2% | 30.2% | 29.8% |

Source: Oppenheimer & Co. Inc.

# Smartphones Supporting Data

## Smartphone Shipments by Region

### Exhibit 17: Smartphone Shipments by Region

| Total Smartphone Shipments by Region (Sell In) | | | | | | | | | | | (Thousands of Units) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) | CAGR 06-10 | CAGR 11-15 |
| North America | 11,684 | 20,825 | 35,414 | 46,394 | 80,418 | 132,906 | 147,725 | 154,098 | 160,851 | 167,109 | 62.0% | 5.9% |
| Latin America | 2,043 | 3,450 | 6,132 | 7,461 | 11,254 | 23,231 | 36,011 | 46,327 | 58,246 | 72,268 | 53.2% | 32.8% |
| West Europe | 14,870 | 25,754 | 33,728 | 42,293 | 63,087 | 89,736 | 102,150 | 141,530 | 149,381 | 153,571 | 43.5% | 14.4% |
| East Europe | 5,311 | 8,749 | 11,498 | 13,578 | 19,131 | 29,272 | 39,643 | 51,499 | 64,105 | 78,867 | 37.8% | 28.1% |
| Asia Pacific | 42,731 | 56,190 | 55,344 | 67,553 | 111,954 | 182,683 | 244,076 | 303,578 | 362,936 | 424,141 | 27.2% | 23.4% |
| MEA | 5,066 | 8,256 | 11,191 | 13,027 | 18,767 | 33,500 | 41,789 | 51,093 | 61,282 | 71,542 | 38.7% | 20.9% |
| Total | 81,703 | 123,223 | 153,307 | 190,307 | 304,611 | 491,328 | 611,395 | 748,125 | 856,801 | 967,498 | 39.0% | 18.5% |
| Growth | 57.7% | 50.8% | 24.4% | 24.1% | 60.1% | 61.3% | 24.4% | 22.4% | 14.5% | 12.9% | | |

Source: Oppenheimer & Co. Inc.

### Exhibit 18: Smartphone Shipment Growth by Region

| Smartphone Shipment Growth by Region (Sell In) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) |
| North America | 86.7% | 78.2% | 70.1% | 31.0% | 73.3% | 65.3% | 11.1% | 4.3% | 4.4% | 3.9% |
| Latin America | 481.9% | 68.9% | 77.7% | 21.7% | 50.8% | 106.4% | 55.0% | 28.6% | 25.7% | 24.1% |
| West Europe | 12.5% | 73.2% | 31.0% | 25.4% | 49.2% | 42.2% | 13.8% | 38.6% | 5.5% | 2.8% |
| East Europe | 101.3% | 64.7% | 31.4% | 18.1% | 40.9% | 53.0% | 35.4% | 29.9% | 24.5% | 23.0% |
| Asia Pacific | 66.7% | 31.5% | -1.5% | 22.1% | 65.7% | 63.2% | 33.6% | 24.4% | 19.6% | 16.9% |
| MEA | 35.6% | 63.0% | 35.6% | 16.4% | 44.1% | 78.5% | 24.7% | 22.3% | 19.9% | 16.7% |
| Total | 57.7% | 50.8% | 24.4% | 24.1% | 60.1% | 61.3% | 24.4% | 22.4% | 14.5% | 12.9% |

Source: Oppenheimer & Co. Inc.

### Exhibit 19: Smartphone Shipments by Region - % Contribution

| Smartphone Shipments by Region (Sell In - % of Total Market) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) |
| North America | 14.3% | 16.9% | 23.1% | 24.4% | 26.4% | 27.1% | 24.2% | 20.6% | 18.8% | 17.3% |
| Latin America | 2.5% | 2.8% | 4.0% | 3.9% | 3.7% | 4.7% | 5.9% | 6.2% | 6.8% | 7.5% |
| West Europe | 18.2% | 20.9% | 22.0% | 22.2% | 20.7% | 18.3% | 16.7% | 18.9% | 17.4% | 15.9% |
| East Europe | 6.5% | 7.1% | 7.5% | 7.1% | 6.3% | 6.0% | 6.5% | 6.9% | 7.5% | 8.2% |
| Asia Pacific | 52.3% | 45.6% | 36.1% | 35.5% | 36.8% | 37.2% | 39.9% | 40.6% | 42.4% | 43.8% |
| MEA | 6.2% | 6.7% | 7.3% | 6.8% | 6.2% | 6.8% | 6.8% | 6.8% | 7.2% | 7.4% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Source: Oppenheimer & Co. Inc.

## Smartphone Replacement Rate by Region

### Exhibit 20: Smartphone Annual Replacement Rates

| Smartphone Replacement Rate By Region (Sell In) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012(E) | 2013(E) | 2014(E) | 2015(E) |
| North America | 48.7% | 52.1% | 55.9% | 60.5% | 65.5% | 78.5% | 53.9% | 53.5% | 50.3% | 48.1% |
| Latin America | 41.7% | 44.5% | 51.7% | 51.5% | 61.1% | 62.9% | 58.9% | 54.1% | 64.4% | 70.9% |
| West Europe | 43.9% | 45.7% | 52.1% | 57.3% | 61.6% | 59.4% | 41.3% | 45.9% | 43.9% | 42.5% |
| East Europe | 38.5% | 42.5% | 48.6% | 52.8% | 57.5% | 62.7% | 60.0% | 55.5% | 56.6% | 57.4% |
| Asia Pacific | 42.9% | 45.1% | 49.8% | 56.0% | 55.0% | 61.0% | 53.5% | 53.7% | 53.8% | 54.1% |
| MEA | 29.2% | 35.5% | 41.4% | 47.8% | 55.5% | 72.4% | 65.1% | 61.3% | 59.2% | 51.8% |
| Total | 42.9% | 45.4% | 50.6% | 56.1% | 59.2% | 65.8% | 52.6% | 52.7% | 52.2% | 51.6% |

Source: Oppenheimer & Co. Inc.