# Exhibit 29

**INDUSTRY NOTE**

Rating | Target | Estimate Change

USA | Technology | Comm. Equipment

3 November 2011

# Jefferies

EQUITY RESEARCH GLOBAL

## Comm. Equipment
### Global Smartphone Outlook: Mid-Tier Under Pressure

**Key Takeaway**

We believe the smartphone market has reached an inflection point in its penetration rate as 50% of U.S. subs will use smartphones by year end. Implications: 1) lower ASPs as growth driven by emerging markets and prepaid; 2) slower growth in post paid, 3) ecosystems become a huge issue. Winners: AAC, AAPL, AVGO, BRCM, Murata, Spreadtrum, ZTE. Losers: MMI, NOK, RIM. We downgrade CELL to Hold and cut our RIM target from $21 to $18.

**Lower ASPs as next billion smartphone subscribers will come from emerging markets and prepaid:** The new smartphone battleground is in the sub-$150 tier with ZTE, Huawei, and Lenovo seeing substantial traction. These offerings are geared toward prepaid markets (non-subsidized) and to emerging markets. Apple's low-cost 3GS iPhone priced at $375 will pressure the mid-range that is currently dominated by Android and Blackberries.

**Slower growth for mid-tier OEMs targeting post-paid developed market subscribers:** a more penetrated sub base combined with competitive pressures from the high end (Apple 3GS) and low end will pressure mid-tier vendors like MMI, Nokia, RIM, etc. They will likely respond with price cuts and attempt to increase their exposure to prepaid and emerging markets that are still on the cusp of seeing mass-market smartphone adoption.

**Ecosystem becomes a huge issue:** Based on our discussions with carriers, we believe age, utility, or affordability are the main reasons why some people have yet to buy a smartphone. In our opinion, utility has to be more than voice, texting, email, or Internet browsing.

**Winners:** AAC (leveraged to smartphone and tablet growth), Apple (penetration of mid-market), Avago (benefits from multi-mode 3G/4G phones), Broadcom (low-end Android share gains), Murata (benefits from multi-band and scale), Spreadtrum (adoption of TD-SCDMA in China and 2G share gains), ZTE (sub $150 smartphones).

**Losers:** MMI (Google likely focuses on high end and abandons mid-range), Nokia (near-term stability but needs Windows 8 to compete), RIM (needs QNX to compete).

**Downgrade Brightpoint (CELL) to Hold:** we see risk/reward as more balanced especially in light of the stock's outperformance (since mid-August +19% vs. Nasdaq +6%; since mid-June +30% vs. -2%), an uncertain macro environment, and exposure to RIM, MMI, Nokia, and others who are likely share losers.

Jefferies Global Tech, Media & Telecom Team
Jefferies Equity Research
(212) 284-2300 rdepartm@jefferies.com

**Branden Chen** *
Equity Analyst
+852 3743 8061 bchen@jefferies.com

**Jerry Dellis** §
Equity Analyst
44 (0) 20 7029 8517 jdellis@jefferies.com

**Mark Lipacis** ||
Equity Analyst
(415) 229-1438 mlipacis@jefferies.com

**Cynthia Meng** *
Equity Analyst
852 3743 8033 cmeng@jefferies.com

**Peter Misek, CFA, CPA** ||
Equity Analyst
(212) 336-7361 pmisek@jefferies.com

**Ulrich Rathe, CFA** §
Equity Analyst
44 (0) 20 7029 8286 urathe@jefferies.com

**Lee Simpson** §
Equity Analyst
44 (0) 207 029 8695 lsimpson@jefferies.com

**Masahiro Wakasugi** #
Equity Analyst
+81 3 5251 6158 masahiro.wakasugi@jefferies.com

* Jefferies Hong Kong Limited
§ Jefferies International Limited
|| Jefferies & Company, Inc.
# Jefferies (Japan) Limited

| Ticker | Price | Current Rating | Previous Rating | Current Target | Previous Target | Est. | Current 2010 | Current 2011 | Current 2012 | Previous 2010 | Previous 2011 | Previous 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 HK | HK$19.14 | BUY | BUY | HK$21.00 | HK$21.00 | EPS | HK$0.96 | HK$1.15 | HK$1.40 | HK$0.96 | HK$1.15 | HK$1.40 |
| 6981 JP | ¥4,215 | BUY | BUY | ¥6,100 | ¥6,100 | EPS | ¥249.23 | ¥287.94 | ¥332.20 | ¥249.23 | ¥287.94 | ¥332.20 |
| 763 HK | HK$22.70 | BUY | BUY | HK$30.00 | HK$30.00 | EPS | CNY1.01 | CNY1.05 | CNY1.21 | CNY1.01 | CNY1.05 | CNY1.21 |
| AAPL | $397.41 | BUY | BUY | $500.00 | $500.00 | EPS | $15.15 | $27.68 | $33.26 | $15.15 | $27.68 | $33.26 |
| CELL | $9.91 | HOLD | BUY | $11.00 | $12.00 | EPS | $0.88 | $1.09 | $1.23 | $0.88 | $1.05 | $1.23 |
| NOK1V FH | €4.79 | HOLD | HOLD | €4.06 | €4.06 | EPS | €0.50 | €0.13 | €0.29 | €0.50 | €0.13 | €0.29 |
| RIMM | $18.91 | UNDERPERFORM | UNDERPERFORM | $18.00 | $21.00 | EPS | $4.37 | $6.34 | $4.02 | $4.37 | $6.34 | $4.02 |
| SPRD US | $28.18 | BUY | BUY | $31.35 | $31.35 | EPS | $1.28 | $2.48 | $2.65 | $1.28 | $2.48 | $2.65 |
| VOD LN | 173.40p | BUY | BUY | 195.00p | 195.00p | EPS | 16.11p | 16.75p | 15.02p | 16.11p | 16.75p | 15.02p |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 27 to 30 of this report.

**Exhibit 16: Mix of Feature Phone and Smartphone Sell-Through Shipments by Region, 2008-2020E**

| % of Smartphone | Device Type | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global | Feature phone | 89% | 86% | 81% | 74% | 65% | 58% | 52% | 41% | 36% | 32% | 27% | 23% | 19% |
|  | Smartphone | 11% | 14% | 19% | 26% | 35% | 42% | 48% | 59% | 64% | 68% | 73% | 77% | 81% |
| Asia/Pacific ex. Japan | Feature phone | 94% | 92% | 90% | 85% | 75% | 68% | 61% | 46% | 41% | 36% | 31% | 26% | 22% |
|  | Smartphone | 6% | 8% | 10% | 15% | 25% | 32% | 39% | 54% | 59% | 64% | 69% | 74% | 78% |
| Eastern Europe | Feature phone | 92% | 91% | 87% | 82% | 72% | 61% | 52% | 44% | 38% | 33% | 28% | 23% | 20% |
|  | Smartphone | 8% | 9% | 13% | 18% | 28% | 39% | 48% | 56% | 62% | 67% | 72% | 77% | 80% |
| Latin America | Feature phone | 97% | 94% | 89% | 80% | 73% | 66% | 58% | 51% | 44% | 38% | 33% | 29% | 26% |
|  | Smartphone | 3% | 6% | 11% | 20% | 27% | 34% | 42% | 49% | 56% | 62% | 67% | 71% | 74% |
| Middle East & Africa | Feature phone | 91% | 90% | 88% | 83% | 76% | 68% | 60% | 53% | 46% | 41% | 37% | 33% | 29% |
|  | Smartphone | 9% | 10% | 12% | 17% | 24% | 32% | 40% | 47% | 54% | 59% | 63% | 67% | 71% |
| Northern America | Feature phone | 80% | 75% | 62% | 49% | 37% | 30% | 25% | 20% | 16% | 12% | 8% | 5% | 2% |
|  | Smartphone | 20% | 25% | 38% | 51% | 63% | 70% | 75% | 80% | 84% | 88% | 92% | 95% | 98% |
| Western Europe | Feature phone | 82% | 76% | 56% | 37% | 33% | 27% | 23% | 18% | 14% | 11% | 8% | 5% | 2% |
|  | Smartphone | 18% | 24% | 44% | 63% | 67% | 73% | 77% | 82% | 86% | 89% | 92% | 95% | 98% |
| Japan | Feature phone | 51% | 48% | 47% | 26% | 13% | 3% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
|  | Smartphone | 49% | 52% | 53% | 74% | 87% | 97% | 99% | 99% | 99% | 99% | 99% | 99% | 99% |
| Note: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Total Europe | Feature phone | 85% | 81% | 67% | 54% | 48% | 40% | 35% | 28% | 24% | 20% | 17% | 13% | 10% |
|  | Smartphone | 15% | 19% | 33% | 46% | 52% | 60% | 65% | 72% | 76% | 80% | 83% | 87% | 90% |
| Total Asia | Feature phone | 90% | 89% | 88% | 83% | 73% | 66% | 59% | 45% | 40% | 35% | 30% | 25% | 22% |
|  | Smartphone | 10% | 11% | 12% | 17% | 27% | 34% | 41% | 55% | 60% | 65% | 70% | 75% | 78% |

Source: Jefferies & Co. estimates. Note: actual through 2010

page 23 of 30          Jefferies  Global Tech, Media & Telecom Team , Jefferies Equity Research , (212) 284-2300 , rdepartm@jefferies.com

Please see important disclosure information on pages 27 - 30 of this report.

Jefferies