Exhibit 31

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4


 5
       APPLE INC., A CALIFORNIA     ) C-11-01846 LHK
 6     CORPORATION,                 )
                                    ) SAN JOSE, CALIFORNIA
 7                PLAINTIFF,        )
                                    ) AUGUST 3, 2012
 8           VS.                    )
                                    ) VOLUME
 9     SAMSUNG ELECTRONICS CO.,     )
       LTD., A KOREAN BUSINESS      ) PAGES 556-930
10     ENTITY; SAMSUNG              )
       ELECTRONICS AMERICA,         )
11     INC., A NEW YORK             )
       CORPORATION; SAMSUNG         )
12     TELECOMMUNICATIONS           )
       AMERICA, LLC, A DELAWARE     )
13     LIMITED LIABILITY            )
       COMPANY,                     )
14                                  )
                  DEFENDANTS.       )
15     ─────────────────────────────

16            TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18


19


20            APPEARANCES ON NEXT PAGE

21


22


23  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
24


25
```

```
 1   A P P E A R A N C E S:

 2   FOR PLAINTIFF         MORRISON & FOERSTER
     APPLE:                BY:  HAROLD J. MCELHINNY
 3                              MICHAEL A. JACOBS
                                RACHEL KREVANS
 4                         425 MARKET STREET
                           SAN FRANCISCO, CALIFORNIA   94105
 5

 6   FOR COUNTERCLAIMANT   WILMER, CUTLER, PICKERING,
     APPLE:                HALE AND DORR
 7                         BY:  WILLIAM F. LEE
                           60 STATE STREET
 8                         BOSTON, MASSACHUSETTS   02109

 9                         BY:  MARK D. SELWYN
                           950 PAGE MILL ROAD
10                         PALO ALTO, CALIFORNIA   94304

11   FOR THE DEFENDANT:    QUINN, EMANUEL, URQUHART,
                           OLIVER & HEDGES
12                         BY:  CHARLES K. VERHOEVEN
                           50 CALIFORNIA STREET, 22ND FLOOR
13                         SAN FRANCISCO, CALIFORNIA   94111

14                         BY:  VICTORIA F. MAROULIS
                                KEVIN P.B. JOHNSON
15                         555 TWIN DOLPHIN DRIVE
                           SUITE 560
16                         REDWOOD SHORES, CALIFORNIA   94065

17                         BY:  MICHAEL T. ZELLER
                                WILLIAM C. PRICE
18                              JOHN B. QUINN
                           865 SOUTH FIGUEROA STREET
19                         10TH FLOOR
                           LOS ANGELES, CALIFORNIA   90017
20

21

22

23

24

25
```

INDEX OF WITNESSES

PLAINTIFF'S

**PHILIP SCHILLER**
    DIRECT EXAM BY MR. MCELHINNY       P. 594
    (RES.)
    CROSS-EXAM BY MR. PRICE            P. 666
    REDIRECT EXAM BY MR. MCELHINNY     P. 717
    RECROSS-EXAM BY MR. PRICE          P. 721

**SCOTT FORSTALL**
    DIRECT EXAM BY MR. MCELHINNY       P. 724
    CROSS-EXAM BY MR. JOHNSON          P. 760
    REDIRECT EXAM BY MR. MCELHINNY     P. 784
    RECROSS-EXAM BY MR. JOHNSON        P. 787

**JUSTIN DENISON**
    AS-ON CROSS-EXAM BY MR. LEE        P. 790
    AS-ON DIRECT EXAM BY MR. QUINN     P. 839

1  UPGRADE USER.
2           AND WE KNOW FROM ALL OF OUR PRODUCTS AND
3  EXPERIENCES WE'VE HAD SELLING TO CUSTOMERS THAT A
4  CUSTOMER WHO ALREADY HAS ONE IS USED TO THAT ONE,
5  THAT WHOLE ECOSYSTEM.
6           IF I HAVE AN IPHONE, I'M USED TO HOW THE
7  IPHONE WORKS, AND I'VE INVESTED IN THE
8  APPLICATIONS, AND I'VE INVESTED IN THE ACCESSORIES,
9           SO I'M MORE INVESTED IN THAT PRODUCT, AND
10 I'M MORE LIKELY TO STICK WITH THAT PRODUCT LINE
11 ONCE I HAVE IT.
12          SO WE'RE AT THIS REALLY CRITICAL JUNCTURE
13 WHERE CUSTOMERS ARE EITHER GETTING INTO AN
14 ECOSYSTEM FOR THE FIRST TIME OR THEY'RE STAYING
15 WITH THAT ECOSYSTEM AND MOST OFTEN UPGRADING AND
16 STAYING WITHIN IT.
17 BY MR. MCELHINNY:
18 Q    DO YOU FIND THAT WHEN A CUSTOMER BUYS AN
19 IPHONE THEY TEND TO BUY ADDITIONAL APPLE PRODUCTS
20 OR SERVICES?
21 A    YES.  THIS IS VERY WELL-KNOWN IN THE INDUSTRY.
22 IT'S OFTEN CALLED THE HALO EFFECT, THE IDEA THAT
23 ONCE YOU BUY A PRODUCT FROM A COMPANY, IF YOU HAVE
24 A GOOD EXPERIENCE WITH THAT PRODUCT, THAT YOU'RE
25 MORE LIKELY TO CONSIDER OTHER PRODUCTS FROM THAT

1    COMPANY AND ESPECIALLY IF THOSE PRODUCTS DO A GOOD
2    JOB WORKING WELL TOGETHER.
3             SO THAT WILL MAKE YOU WANT TO BUY MORE
4    PRODUCTS FROM THAT COMPANY, AS WELL AS THE OTHER
5    PEOPLE AROUND YOU WHO YOU WORK WITH OR IN YOUR
6    FAMILY.
7    Q    LET'S CHANGE SUBJECTS NOW AND GO BACK IN TIME,
8    BACK TO THE IPAD.  OKAY?
9    A    YES.
10   Q    CAN YOU TELL US, AGAIN BRIEFLY, DESCRIBE FOR
11   US THE GENESIS, HOW THE IPAD CAME ABOUT.
12   A    THE IPAD ACTUALLY STARTED BEFORE THE IPHONE.
13   WE HAVE, AS EXPLAINED BEFORE, A COMPUTER BUSINESS,
14   THE MACINTOSH BUSINESS, AND INCREASINGLY PEOPLE
15   WERE BUYING NOTEBOOKS IN THIS BUSINESS.
16            AND NOTEBOOKS WERE GETTING MORE AND MORE
17   AFFORDABLE, LOWER PRICE POINTS.
18            BUT MANY OF OUR COMPETITORS WERE MAKING
19   NOTEBOOKS THAT WERE OF A CHEAPER QUALITY THAN WE
20   WOULD BE WILLING TO MAKE TO GET TO REALLY
21   AFFORDABLE PRICE POINTS.
22            SO WE DECIDED WE NEED TO CREATE A NEW
23   CATEGORY OF DEVICE, SOMETHING BELOW THE PRICE POINT
24   OF A NOTEBOOK, SOMETHING BEAUTIFUL, EASY TO USE,
25   EVERYONE MORE PORTABLE, LONGER BATTERY LIFE, AND WE

1    LOOK THAT HAS STAYED CONSISTENT WITH ACROSS THE
2    PRODUCT LINE.
3    Q    IN YOUR EXPERIENCE, DOES THE DESIGN OF THESE
4    PRODUCTS CONTRIBUTE TO THEIR SUCCESS?
5    A    ABSOLUTELY.
6    Q    AND WHY DO YOU SAY THAT?
7    A    BECAUSE I BELIEVE CUSTOMERS VALUE BEAUTIFUL
8    PRODUCTS AND PRODUCTS THEY CAN ASSOCIATE AND
9    IDENTIFY WITH THE COMPANY WHO'S MADE THEM.
10   Q    SIR, IF YOU LOOK IN YOUR BINDER AT EXHIBIT
11   1 -- PX 143.
12   A    YES.
13   Q    WHAT IS EXHIBIT PX 143?
14   A    THIS IS AN APPLE CUSTOMER OR BUYER SURVEY OF
15   PEOPLE WHO PURCHASED IPHONES.
16   Q    CAN YOU TELL ME THE DATES OF IT, PLEASE?
17   A    THIS WAS FROM THE FOURTH FISCAL QUARTER IN
18   FISCAL YEAR 2010.
19   Q    ALL RIGHT.  WOULD YOU LOOK AT THE PAGES THAT
20   YOU'VE GOT THERE, PLEASE, AND TELL ME WHETHER YOU
21   HAVE THE ENTIRE SURVEY OR EXCERPTS FROM THE SURVEY?
22   A    THIS IS JUST A BRIEF EXCERPT OF A LARGER
23   SURVEY.
24            MR. MCELHINNY:  THANK YOU.  YOUR HONOR, I
25   MOVE PX 143.

1    "AND THE QUESTION, OF COURSE, THERE WAS MORE THAN
2    ONE, THIS ONE WAS "HOW IMPORTANT IS ATTRACTIVE
3    APPEARANCE AND DESIGN?"
4            AND THEN WHAT YOU SEE THERE IN THE BARS
5    IS THE RESULTS.
6    Q    I'M SORRY.  SO WE'RE ON TRACK.  WHAT DOES
7    ATTRACTIVE APPEARANCE AND DESIGN MEAN IN YOUR
8    BUSINESS?
9    A    WE'RE SIMPLY TRYING TO UNDERSTAND FROM THE
10   CUSTOMER'S PERSPECTIVE THE ACTUAL PHYSICAL
11   APPEARANCE, THE LOOK OF THE PRODUCT, THE IPHONE,
12   AND WHAT THEY FELT ABOUT HOW IMPORTANT THAT
13   APPEARANCE OR LOOK WAS IN THEIR OWN DECISION TO BUY
14   IT.
15   Q    ALL RIGHT.  LET ME HAMMER THE OBVIOUS LATER.
16   THIS IS NOT JUST THE RESULT OF A SINGLE SURVEY; IS
17   THAT RIGHT?
18   A    NO, IT IS NOT.
19   Q    IT COVERS A PERIOD OF TIME?
20   A    YES, IT DOES.
21   Q    A NUMBER OF SURVEYS?
22   A    YES, IT DOES.
23   Q    AND WHAT, WHAT DOES THIS SUMMARY TELL US ABOUT
24   THE IMPORTANCE OF DESIGN TO YOUR CUSTOMERS?
25   A    THIS SURVEY RESULT, ACROSS TIME, ACROSS MANY

```
 1    CUSTOMERS, AFFIRMS FOR ME THE PERSPECTIVE THAT,
 2    THAT MOST CUSTOMERS BELIEVE THAT ATTRACTIVE
 3    APPEARANCE AND DESIGN IS VERY IMPORTANT TO THEIR
 4    CHOICE OF BUYING A PRODUCT, AND SPECIFICALLY OUR
 5    PRODUCT.
 6    Q    AND HOW DO YOU GET THAT CONCLUSION FROM THESE
 7    NUMBERS?
 8    A    WE ASKED THE CUSTOMERS, IN THIS QUESTION, TO
 9    RATE THIS IMPORTANCE ON A SCALE OF 1 TO 5, WITH THE
10    TOP TWO IN THAT SCALE BEING THE ATTRACTIVE
11    APPEARANCE AND DESIGN IS EITHER SOMEWHAT IMPORTANCE
12    TO THE PURCHASE OR VERY IMPORTANT TO THE PURCHASE.
13         AND IN MARKETING LINGO, WE CALL THAT THE
14    TOP TWO BOX, THOSE TOP TWO CHOICES.
15         AND YOU USUALLY COMBINE THOSE FOR YOUR
16    MEASURE OF WHAT CUSTOMERS THINK WHETHER SOMETHING
17    IS IMPORTANT OR NOT.
18         AND -- NOW I APOLOGIZE THE WAY YOU
19    USUALLY SHOW A CHART LIKE THIS --
20    Q    SO WHEN YOU TALK ABOUT TOP TWO BOXES, YOU'RE
21    TALKING ABOUT THE BOTTOM TWO BOXES?
22    A    ONE OF THE FUNNY THINGS IN MARKETING IS WE
23    CALL THEM THE TOP TWO, BUT IN A CHART, THEY'RE
24    USUALLY THE BOTTOM COLORS IN THAT, SO IT'S THE DARK
25    BLUE AND MEDIUM BLUE THAT YOU SEE THERE.
```

1
2
3
4          <u>CERTIFICATE OF REPORTER</u>
5
6
7
8          I, THE UNDERSIGNED OFFICIAL COURT
9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13          THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21                        /S/
                          _____
22                        LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595
23
24                        DATED:  AUGUST 3, 2012
25