Exhibit 32

Highly Confidential Attorneys' Eyes Only

```
                                                          Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE, INC., a California    )
     corporation,                  )
 6                                 )
            Plaintiff,             )
 7                                 )
     VS.                           )   NO. 11-cv-01846-LHK
 8                                 )
     SAMSUNG ELECTRONICS CO.,      )
 9   LTD., a Korean business       )
     entity; SAMSUNG ELECTRONICS   )
10   AMERICA, INC., a New York     )
     corporation; SAMSUNG          )
11   TELECOMMUNICATIONS AMERICA,   )
     LLC, a Delaware limited       )
12   liability company,            )
                                   )
13          Defendants.            )
14
15
16
17           ORAL AND VIDEOTAPED DEPOSITION OF
18                     JUSTIN DENISON
19                    JANUARY 25, 2012
20        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
21
22
23
24
25   Job No: 45459
```

Highly Confidential Attorneys' Eyes Only

Page 8

```
09:09  1                  P R O C E E D I N G S
09:09  2              MR. BRINKMAN:  We'll mark the deposition
09:09  3   as confidential.
09:10  4              THE VIDEOGRAPHER:  We're now on record.
09:10  5   The date is January 25th, 2012.  The time is 9:09 a.m.
09:10  6   I'm Richard Buckelew, the videographer.  The court
09:10  7   reporter is Therese Casterline.
09:10  8              This is the deposition of Justin Denison
09:10  9   in the case of Apple, Incorporated versus Samsung
09:10 10   Electronics Company.
09:10 11              Counsel will please introduce themselves,
09:10 12   after which the court reporter will swear in the
09:10 13   witness.
09:10 14              MR. McELHINNY:  My name is Harold
09:10 15   McElhinny.  I'm here with Julia Kripke, and we
09:10 16   represent Apple, from Morrison & Foerster.
09:11 17              MR. BRINKMAN:  My name is Paul
09:11 18   Brinkmanship from Quinn Emanuel.  We represent Samsung.
09:11 19              MS. HAN:  Julie Han from Samsung.
09:11 20                     JUSTIN DENISON,
09:11 21   having been first duly sworn, testified as follows:
09:11 22                        EXAMINATION
09:11 23   BY MR. McELHINNY:
09:11 24       Q.  Good morning, Mr. Denison.  You heard me; I
09:11 25   introduced myself before the deposition started.  My
```

Highly Confidential Attorneys' Eyes Only

Page 108

```
12:17  1        Q.  Can you explain to me, based on your superior
12:17  2    knowledge here, why attracting first-time smartphone
12:18  3    buyers is the first step in your approach to achieving
12:18  4    these goals?
12:18  5        A.  I'm not sure that that -- the way it's
12:18  6    depicted means that it's the first step, per se.
12:18  7        Q.  Okay.  Can you tell me why attracting
12:18  8    first-time smartphone buyers is part of your approach
12:18  9    toward achieving these goals?
12:18 10        A.  Certainly, it -- it has been STA's view that
12:18 11    there are a significant number of people that have yet
12:18 12    to buy their first smartphone, and so we view them as
12:18 13    a -- pardon me -- as a -- a market of attractive
12:19 14    smartphone buyers.
12:19 15        Q.  Is it easier to sell phones to first-time
12:19 16    buyers than it is to second-time buyers?
12:19 17        A.  Is it easier?  I don't know what you mean by
12:19 18    easier.
12:19 19        Q.  Are there -- are there things about first-time
12:19 20    buyers that make them a more likely sales audience?
12:19 21        A.  Again, I just think that there are a
12:19 22    significant number of people who don't own a smartphone
12:19 23    that we believe will buy a smartphone.  And as we want
12:19 24    to become number 1 in the smartphone market, that's an
12:20 25    attractive pool of people.  I don't know how else to
```

Highly Confidential Attorneys' Eyes Only

Page 114

```
12:28  1      Q.  That -- on -- on subsection a here where it
12:28  2   says, consumers are local -- loyal to an ecosystem once
12:28  3   they enter -- ecosystem means operating system; is that
12:29  4   fair?
12:29  5      A.  I think there's an implied association here
12:29  6   between, you know, operating system, as well as, you
12:29  7   know, any services that come with that operating
12:29  8   system.
12:29  9      Q.  Okay.  If you look at the next page, the title
12:29 10   is, Focus on Preventing Smartphone Buyers from Becoming
12:29 11   Apple Loyalists.  Do you see that?
12:29 12      A.  I do.
12:29 13      Q.  And -- and does that accurately describe one
12:29 14   of STA's focuses in 2011?
12:29 15      A.  So going back to the previous page, page 14,
12:29 16   the chart on the left-hand side indicates that repeat
12:30 17   purchase behavior is about equal -- in fact, it's a
12:30 18   little higher -- for Android owners than iOS owners.
12:30 19              That -- that chart seems to imply that
12:30 20   once you become either an Android or Apple owner, you
12:30 21   have a high likelihood of repurchasing that same
12:30 22   device.
12:30 23      Q.  So -- so the key opportunity is at entry?
12:30 24      A.  Certainly, again, we've talked about
12:30 25   first-time smartphone buyers being an important segment
```

Highly Confidential Attorneys' Eyes Only

Page 115

```
12:30   1    for us, for many reasons.
12:30   2                    THE WITNESS:  Is now a good time to break
12:30   3    for lunch?
12:30   4                    MR. McELHINNY:  Sure -- no, no -- I'm
12:30   5    going to torture you with one -- I think I've got one
12:30   6    page left, and then we can finish the document.  How's
12:30   7    that?
12:30   8                    THE WITNESS:  Okay.
12:30   9                    MR. McELHINNY:  I mean, let's see what
12:31  10    I --
12:31  11                    Let's go to lunch.
12:31  12                    THE WITNESS:  All right.  Thanks.
12:31  13                    THE VIDEOGRAPHER:  We're now going off the
12:31  14    record at 12:30 p.m.
12:31  15                    (Recess 12:30-1:36 p.m.)
13:37  16                    THE VIDEOGRAPHER:  We're now back on
13:37  17    record at 1:36 p.m.
13:37  18                    MR. McELHINNY:  Next in order, please.
13:37  19                    (Exhibit Number 1260 marked.)
13:37  20        Q.  Mr. Denison, you've been handed a
13:38  21    multiple-page document --
13:38  22                    THE VIDEOGRAPHER:  Your mike.
13:38  23        Q.  Mr. Denison, you've been handed a
13:38  24    multiple-page document, which has been marked as
13:38  25    Exhibit 1280.  It bears the title Samsung Competitive
```

Highly Confidential Attorneys' Eyes Only

Page 217

```
1            IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4
5    APPLE, INC., a California    )
     corporation,                  )
6                                  )
         Plaintiff,                )
7                                  )
     VS.                           )  NO. 11-cv-01846-LHK
8                                  )
     SAMSUNG ELECTRONICS CO.,      )
9    LTD., a Korean business       )
     entity; SAMSUNG ELECTRONICS   )
10   AMERICA, INC., a New York     )
     corporation; SAMSUNG          )
11   TELECOMMUNICATIONS AMERICA,   )
     LLC, a Delaware limited       )
12   liability company,            )
                                   )
13       Defendants.               )
14
15              REPORTER'S CERTIFICATION
16     ORAL AND VIDEOTAPED DEPOSITION OF JUSTIN DENISON
17                  JANUARY 25, 2012
18       I, Therese J. Casterline, Registered Merit
19   Reporter, Certified Realtime Reporter, Certified
20   Shorthand Reporter in and for the State of Texas, do
21   hereby certify that there came before me on the 25th
22   day of January, 2012, at the offices of Regus, located
23   at 4514 Cole Avenue, Suite 600, Dallas, Texas, the
24   following named person, to wit:  JUSTIN DENISON, who
25   was duly sworn to testify the truth, the whole truth,
```

Highly Confidential Attorneys' Eyes Only

Page 218

1  and nothing but the truth of knowledge touching and
2  concerning the matters in controversy in this cause;
3  and that he was thereupon examined upon his oath and
4  his examination reduced to typewriting under my
5  supervision; that the deposition is a true record of
6  the testimony given by the witness, that review by the
7  witness was requested on the record, and signature of
8  the witness is to be signed before any notary public.
9       I further certify that I am neither attorney
10 nor counsel for nor related to any of the parties to
11 the action in which this deposition is taken, and
12 further that I am not a relative or employee of any
13 attorney or counsel employed by the parties hereto, or
14 financially interested in this action.
15      Given under my hand on this the 25th day of
16 January, 2012.
17
18                    _____
                     Therese J. Casterline, Texas CSR
19                   5001, Expiration Date:  12-31-13
                     Firm Registration No. 615
20                   TSG Reporting - Worldwide
                     747 Third Avenue
21                   New York, New York  10017
                     (877) 702-9580
22
23
24
25