Exhibit 33

Highly Confidential - Attorneys Eyes Only

```
                                                                Page 1
 1            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN JOSE DIVISION
 3                                  )
    APPLE, INC., A CALIFORNIA       )
 4  CORPORATION,                    )
                                    )
 5       Plaintiff,                 )
                                    )
 6                                  ) Case No.: 11-CV-01846-LHK
    VS.                             )
 7                                  )
                                    )
 8  SAMSUNG ELECTRONICS CO.,        )
    LTD., A KOREAN BUSINESS         )
 9  ENTITY; ET AL.,                 )
                                    )
10       Defendants.                )
11
    ***********************************************************
12            ORAL AND VIDEOTAPED DEPOSITION OF
                      COREY KERSTETTER
13                   FEBRUARY 29, 2012
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14  ***********************************************************
15
16      ORAL AND VIDEOTAPED DEPOSITION OF COREY KERSTETTER,
17  produced as a witness at the instance of the Plaintiff(s),
18  and duly sworn, was taken in the above-styled and numbered
19  cause on Wednesday, February 29, 2012, from 10:04 a.m. to
20  11:07 a.m., before Tamara K. Chapman, CSR in and for the
21  State of Texas, reported by machine shorthand, at the
22  Regus - Highland Park, 4514 Cole Avenue, Suite 600, Dallas,
23  Texas, pursuant to the Federal Rules of Civil Procedure
24  and the provisions stated on the record or attached
25  hereto.
```

Highly Confidential - Attorneys Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | (Exhibits 1910 through 1914 were marked.) | 10:04 |
| 2 | THE VIDEOGRAPHER: We are now on record. | 10:04 |
| 3 | The date is February 29th, 2012. The time is 10:04 a.m. | 10:04 |
| 4 | I'm Richard Buckalew, the videographer. The court | 10:04 |
| 5 | reporter is Tamara Chapman. This is the deposition of | 10:04 |
| 6 | Corey Kerstetter in the case of Apple, Incorporated versus | 10:04 |
| 7 | Samsung Electronics Company, Limited. | 10:04 |
| 8 | Counsel will please introduce themselves, | 10:04 |
| 9 | after which the court reporter will swear in the witness. | 10:05 |
| 10 | MR. PLUNKETT: Stuart Plunkett on behalf of | 10:05 |
| 11 | Apple from Morrison & Foerster. | 10:05 |
| 12 | MS. CHAN: Melissa Chan of Quinn, Emanuel on | 10:05 |
| 13 | behalf of Samsung. | 10:05 |
| 14 | COREY KERSTETTER, | 10:05 |
| 15 | having been first duly sworn, testified as follows: | 10:05 |
| 16 | EXAMINATION | 10:05 |
| 17 | BY MR. PLUNKETT: | 10:05 |
| 18 | Q. Mr. Kerstetter, my name is Stuart Plunkett. I'm | 10:05 |
| 19 | from Morrison & Foerster in San Francisco and I represent | 10:05 |
| 20 | Apple, Inc. in this litigation. | 10:05 |
| 21 | Can you state your name for the record. | 10:05 |
| 22 | A. Corey Kerstetter. | 10:05 |
| 23 | Q. And your address? | 10:05 |
| 24 | A. Home address? | 10:05 |
| 25 | Q. Yes. | 10:05 |

```
                                                              Page 37
 1   No. 2 you're providing your analysis of the potential      11:00
 2   threat of free iPhone 3?                                   11:00
 3        A.   Yep.                                             11:00
 4        Q.   The second bullet point you state:  Risk is      11:00
 5   iPhone 3 will "own" first-time smartphone buyers.          11:00
 6            What did you mean by that?  Withdrawn.            11:00
 7            Why is that a threat?                             11:00
 8        A.   The data -- the data that I've seen shows that   11:00
 9   when customers have an investment in a certain OS, Android 11:00
10   and iOS, that iOS has a greater retention rate than --     11:01
11   than Android.                                              11:01
12        Q.   So, in your view, does that make it more         11:01
13   important for companies like Samsung and Apple to capture  11:01
14   first-time smartphone users?                               11:01
15            MS. CHAN:  Objection; vague and compound.         11:01
16        A.   Please restate that.                             11:01
17            MR. PLUNKETT:  Can you read it back.              11:01
18            (The requested material was read.)                11:01
19            MS. CHAN:  Same objections.  And also calls       11:01
20   for speculation.                                           11:01
21        A.   The -- there is a lot of -- again, the key data  11:01
22   is the operating -- operating system repurchase,           11:02
23   repurchase data.  So it's -- it's important to -- to --    11:02
24   for the first-time smartphone purchasers to break them in  11:02
25   to the -- the specific operating system.                   11:02
```

Highly Confidential - Attorneys Eyes Only

```
                                                                    Page 38
1      Q.  (BY MR. PLUNKETT)  And what's the risk to Samsung        11:02
2   if a first-time smartphone buyer uses an iPhone 3 instead       11:02
3   of a Samsung phone?  What's the risk?                           11:03
4              MS. CHAN:  Objection; vague.                         11:03
5      A.  So one of the challenges in -- again,                    11:03
6   "smartphones" is probably a little bit out of context           11:03
7   there because there is a lot of RIM smartphone buyers that      11:03
8   are shedding -- shedding RIM.                                   11:03
9           But when customers make an investment in the            11:03
10  ecosystem around the operating system, then there is            11:03
11  reluctance to -- to change that, from that ecosystem to         11:03
12  another ecosystem.                                              11:03
13     Q.  (BY MR. PLUNKETT)  And that leads to additional          11:03
14  sales, additional revenue and additional profit for the        11:03
15  company that sells a smartphone to a first-time smartphone     11:03
16  user; is that right?                                            11:04
17             MS. CHAN:  Objection; vague and compound.            11:04
18     A.  There is a lot of speculation there, but in              11:04
19  general what it does lead to is the next time a person          11:04
20  goes to purchase a phone, that there is a reluctance to --      11:04
21  you're challenged to what they do with the investment that      11:04
22  they've made in that ecosystem.                                 11:04
23     Q.  (BY MR. PLUNKETT)  If you move down to the second        11:04
24  to last bullet point, you identify as a threat that Apple       11:04
25  could potentially lock in large numbers of new smartphone       11:04
```

Highly Confidential - Attorneys Eyes Only

Page 43

```
1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
2                       SAN JOSE DIVISION
3                                    )
    APPLE, INC., A CALIFORNIA         )
4   CORPORATION,                      )
                                      )
5        Plaintiff,                   )
                                      )
6                                     ) Case No.: 11-CV-01846-LHK
    VS.                               )
7                                     )
                                      )
8   SAMSUNG ELECTRONICS CO.,          )
    LTD., A KOREAN BUSINESS           )
9   ENTITY; ET AL.,                   )
                                      )
10       Defendants.                  )
11
                       REPORTER'S CERTIFICATION
12                 DEPOSITION OF COREY KERSTETTER
                         FEBRUARY 29, 2012
13
14       I, Tamara K. Chapman, Certified Shorthand Reporter in
15  and for the State of Texas, hereby certify to the
16  following:
17       That the witness, COREY KERSTETTER, was duly sworn by
18  the officer and that the transcript of the oral deposition
19  is a true record of the testimony given by the witness;
20       That the deposition transcript was submitted on
21  February 29th, 2012 to the witness or to the attorney for
22  the witness for examination, signature and return to me by
23  March 30th, 2012;
24       That the amount of time used by each party at the
25  deposition is as follows:
```

Highly Confidential - Attorneys Eyes Only

Page 44

1     MR. PLUNKETT - 00:56
2     MS. CHAN - 00:00
3     That pursuant to information given to the deposition
4  officer at the time said testimony was taken, the
5  following includes counsel for all parties of record:
6     Mr. Stuart C. Plunkett - THE PLAINTIFF
7     Ms. Melissa Chan - THE DEFENDANT SAMSUNG ELECTRONICS
8  CO., LTD
9     That $_____ is the deposition officer's charges
10 to the Plaintiff(s) for preparing the original deposition
11 transcript and any copies of exhibits;
12    I further certify that I am neither counsel for,
13 related to, nor employed by any of the parties or
14 attorneys in the action in which this proceeding was
15 taken, and further that I am not financially or otherwise
16 interested in the outcome of the action.
17    Certified to by me this 29th day of February, 2012.
18
19
20                  _____
                    Tamara K. Chapman, Texas CSR 7248
21                  Expiration Date:  12/31/12
                    TSG Reporting, Inc.
22                  Firm Registration No. 615
                    Nationwide - Worldwide
23                  Phone: (877) 702-9580
                    info@tsgreporting.com
24                  www.tsgreporting.com
25