Exhibit 35



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000025024**



Highly Confidential - Attorneys' Eyes Only   APLNDC-Y0000025025



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000025096



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000025097