# Exhibit 36



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000028850**



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028851



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028897