Exhibit 38



- Consumer
- Featured Insights
- Global
- Media + Entertainment
- Online + Mobile

- Reports + Downloads

nielsen.com | contact us | careers

   

Home » Online + Mobile

| Email | 226 | | 405 | | 1107 | | 64 | | 6 |

# iPhone vs. Android

June 4, 2010

*Don Kellogg, Senior Manager, Research and Insights/Telecom Practice, The Nielsen Company*

Whether it's checking email on the go, connecting with friends through social networks or using turn-by-turn navigation, the capabilities of smartphones are convincing more and more consumers to make the leap from a simple mobile phone to a more sophisticated device.  As of Q1 '10, Nielsen data shows that 23% of mobile consumers now have a smartphone, up from just 16% in Q2 '09.

iPhone vs. Android | Nielsen Wire                                Page 5 of 15

Case 5:11-cv-01846-LHK   Document 1982-40   Filed 09/21/12   Page 3 of 3



Finally, usage profiles for Android and iPhone are more like each other than the rest of the smartphone market. With a broader selection of titles available to them, predictably iPhone customers are more likely to have downloaded a game or played online, but Android users appear to be using their phones for a wide range of activities as well. Android users were more likely to engage in file-transfer activities like downloading ringtones, pictures, wallpaper and uploads.