# Exhibit 39

Source: Yankee Group 2011 U.S. Consumer Survey, December
Extracted by Carl D. Howe
Copyright 2011 Yankee Group, All Rights Reserved

| Current Phone OS | Planned Phone Purchase | Percent |
|---|---|---|
| Android | Apple | 14.0 |
| Android | Android-based phone | 78.2 |
| Android | BlackBerry | 2.3 |
| Android | Palm | 0.2 |
| Android | Nokia | 0.1 |
| Android | Windows Mobile-based | 3.8 |
| Android | Other | 1.3 |
| BlackBerry | Apple | 23.5 |
| BlackBerry | Android-based phone | 22.7 |
| BlackBerry | BlackBerry | 47.4 |
| BlackBerry | Palm | 0.6 |
| BlackBerry | Nokia | 0.3 |
| BlackBerry | Windows Mobile-based | 3.5 |
| BlackBerry | Other | 2.0 |
| HP/Palm webOS | Apple | 20.0 |
| HP/Palm webOS | Android-based phone | 24.0 |
| HP/Palm webOS | BlackBerry | 8.0 |
| HP/Palm webOS | Palm | 28.0 |
| HP/Palm webOS | Nokia | 1.0 |
| HP/Palm webOS | Windows Mobile-based | 16.0 |
| HP/Palm webOS | Other | 3.0 |
| Not A Smartphone Owner | Apple | 30.8 |
| Not A Smartphone Owner | Android-based phone | 32.8 |
| Not A Smartphone Owner | BlackBerry | 13.7 |
| Not A Smartphone Owner | Palm | 1.0 |
| Not A Smartphone Owner | Nokia | 1.7 |
| Not A Smartphone Owner | Windows Mobile-based | 13.6 |
| Not A Smartphone Owner | Other | 6.5 |
| Symbian | Apple | 8.8 |
| Symbian | Android-based phone | 33.3 |
| Symbian | BlackBerry | 14.0 |
| Symbian | Nokia | 24.6 |
| Symbian | Windows Mobile-based | 14.0 |
| Symbian | Other | 5.3 |
| Windows Mobile | Apple | 23.8 |
| Windows Mobile | Android-based phone | 23.8 |
| Windows Mobile | BlackBerry | 9.8 |
| Windows Mobile | Palm | 0.7 |
| Windows Mobile | Nokia | 2.0 |
| Windows Mobile | Windows Mobile-based | 32.1 |
| Windows Mobile | Other | 7.7 |
| iOS | Apple | 87.7 |

| | | |
|---|---|---|
| iOS | Android-based phone | 7.7 |
| iOS | BlackBerry | 1.7 |
| iOS | Palm | 0.1 |
| iOS | Nokia | 0.3 |
| iOS | Windows Mobile-based | 1.7 |
| iOS | Other | 0.7 |