# Exhibit 40

## STA and SEA U.S. Sales of Accused Smartphones 1/
Units in Thousands, Revenue in Millions USD

| Accused Products | Data | 2010 2Q | 2010 3Q | 2010 4Q | YE Total | 2011 1Q | 2011 2Q | 2011 3Q | 2011 4Q | YE Total | 2012 Q1 | 2012 Q2 | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Captivate | Units | - | 481 | 251 | 733 | 229 | 170 | 181 | 78 | 658 | (1) | (0) | (1) | 1,390 |
|  | Revenue | $ - | $ 215 | $ 110 | $ 325 | $ 84 | $ 48 | $ 51 | $ 15 | $ 199 | $ 0 | $ 1 | $ 1 | $ 525 |
| Continuum | Units | - | - | 174 | 174 | 7 | 60 | 79 | (0) | 147 | (0) | (0) | (0) | 320 |
|  | Revenue | $ - | $ (0) | $ 73 | $ 73 | $ 1 | $ 15 | $ 21 | $ 1 | $ 39 | $ (0) | $ (0) | $ (0) | $ 112 |
| Droid Charge | Units | - | - | - | - | - | 452 | 155 | 92 | 699 | 58 | 49 | 107 | 806 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ 241 | $ 76 | $ 35 | $ 351 | $ 25 | $ 18 | $ 43 | $ 395 |
| Epic 4G | Units | - | 373 | 329 | 703 | 367 | 521 | 69 | 136 | 1,093 | 64 | 38 | 102 | 1,897 |
|  | Revenue | $ - | $ 193 | $ 170 | $ 363 | $ 179 | $ 216 | $ 16 | $ 47 | $ 459 | $ 20 | $ 14 | $ 33 | $ 855 |
| Exhibit 4G | Units | - | - | - | - | - | 118 | 132 | 33 | 283 | 14 | 6 | 20 | 303 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ 32 | $ 34 | $ 7 | $ 73 | $ 2 | $ 1 | $ 3 | $ 76 |
| Fascinate | Units | - | 541 | 486 | 1,027 | 161 | 198 | 48 | (0) | 407 | (0) | (0) | (0) | 1,434 |
|  | Revenue | $ - | $ 249 | $ 219 | $ 469 | $ 68 | $ 65 | $ 15 | $ 3 | $ 150 | $ 0 | $ (0) | $ (0) | $ 619 |
| Galaxy Ace | Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy Prevail | Units | - | - | - | - | - | 666 | 539 | 332 | 1,537 | 417 | 301 | 718 | 2,255 |
|  | Revenue | $ - | $ - | $ - | $ - | $ (0) | $ 122 | $ 82 | $ 55 | $ 259 | $ 70 | $ 49 | $ 120 | $ 378 |
| Galaxy S (i9000) | Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S 4G | Units | - | - | - | - | 354 | 253 | 302 | 237 | 1,146 | 184 | 118 | 301 | 1,447 |
|  | Revenue | $ - | $ - | $ - | $ - | $ 152 | $ 90 | $ 91 | $ 62 | $ 395 | $ 47 | $ 31 | $ 78 | $ 473 |
| Galaxy S II (AT&T Edition, 4G) 2/ | Units | - | - | - | - | - | - | 110 | 273 | 384 | 68 | 122 | 190 | 574 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ 53 | $ 126 | $ 180 | $ 16 | $ 44 | $ 60 | $ 240 |
| Galaxy S II (Epic 4G Touch) | Units | - | - | - | - | - | - | 165 | 414 | 579 | 516 | 581 | 1,097 | 1,675 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ 79 | $ 196 | $ 275 | $ 240 | $ 249 | $ 489 | $ 764 |
| Galaxy S II (Skyrocket) | Units |  |  |  | - |  |  |  | 328 | 328 | 147 | 161 | 309 | 636 |
|  | Revenue |  |  |  | $ - |  |  |  | $ 160 | $ 160 | $ 65 | $ 64 | $ 129 | $ 289 |
| Galaxy S II (T-Mobile edition) | Units | - | - | - | - | - | - | - | 432 | 432 | 514 | 305 | 819 | 1,252 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 196 | $ 196 | $ 237 | $ 128 | $ 365 | $ 561 |
| Galaxy S Showcase | Units | - | - | 32 | 32 | 38 | 78 | 74 | 42 | 233 | 73 | 80 | 153 | 417 |
|  | Revenue | $ - | $ - | $ 16 | $ 16 | $ 18 | $ 30 | $ 26 | $ 14 | $ 88 | $ 22 | $ 22 | $ 44 | $ 148 |
| Gem | Units | - | - | - | - | 97 | 153 | 102 | 22 | 374 | 0 | 0 | 0 | 374 |
|  | Revenue | $ - | $ - | $ - | $ - | $ 18 | $ 28 | $ 15 | $ 3 | $ 64 | $ 0 | $ 1 | $ 1 | $ 64 |
| Indulge | Units | - | - | - | - | 144 | (0) | 66 | 61 | 271 | (0) | - | (0) | 271 |
|  | Revenue | $ - | $ - | $ - | $ - | $ 59 | $ (4) | $ 23 | $ 21 | $ 98 | $ (0) | $ - | $ (0) | $ 98 |
| Infuse 4G | Units | - | - | - | - | - | 288 | 360 | 202 | 851 | 154 | 40 | 194 | 1,045 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ 138 | $ 155 | $ 67 | $ 361 | $ 44 | $ 12 | $ 56 | $ 417 |
| Intercept | Units | 84 | 466 | 307 | 858 | 161 | 147 | 3 | 70 | 380 | 49 | 5 | 54 | 1,292 |
|  | Revenue | $ 20 | $ 107 | $ 69 | $ 196 | $ 31 | $ 30 | $ (1) | $ 8 | $ 67 | $ 7 | $ 1 | $ 7 | $ 271 |
| Mesmerize | Units | - | - | 120 | 120 | 149 | 206 | 55 | 127 | 537 | 10 | 121 | 131 | 788 |
|  | Revenue | $ - | $ - | $ 57 | $ 57 | $ 67 | $ 81 | $ 19 | $ 38 | $ 205 | $ 3 | $ 32 | $ 35 | $ 296 |
| Nexus S 4G | Units | - | - | - | - | - | 401 | 23 | 80 | 504 | 8 | - | 8 | 512 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ 178 | $ (5) | $ 20 | $ 193 | $ 3 | $ 1 | $ 3 | $ 196 |
| Replenish | Units | - | - | - | - | - | 439 | 149 | 15 | 603 | 260 | 75 | 336 | 938 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ 72 | $ 23 | $ (3) | $ 92 | $ 40 | $ 11 | $ 51 | $ 144 |
| Transform | Units | - | 43 | 196 | 239 | 189 | 116 | 60 | - | 365 | (0) | - | (0) | 604 |
|  | Revenue | $ - | $ 13 | $ 54 | $ 66 | $ 50 | $ 25 | $ 11 | $ (0) | $ 86 | $ (1) | $ 0 | $ (1) | $ 152 |
| Vibrant | Units | 6 | 634 | 333 | 973 | 41 | 7 | (0) | - | 48 | - | - | - | 1,021 |
|  | Revenue | $ 3 | $ 279 | $ 147 | $ 429 | $ 13 | $ 3 | $ 1 | $ 0 | $ 17 | $ (2) | $ 0 | $ (1) | $ 444 |
| **Total** | **Units** | 90 | 2,539 | 2,228 | 4,857 | 1,938 | 4,272 | 2,673 | 2,975 | 11,858 | 2,535 | 2,001 | 4,537 | 21,251 |
|  | **Revenue** | $ 23 | $ 1,056 | $ 915 | $ 1,994 | $ 738 | $ 1,411 | $ 786 | $ 1,071 | $ 4,007 | $ 838 | $ 678 | $ 1,516 | $ 7,516 |

**Sources/Notes:**

1/ STA and SEA sales of accused smartphone sales, for June 2010 through June 2012 (SAMNDCA00402075 and '4875335_1_Highly Confidential  Attorneys Eyes Only Worldwide Accused Modell 2012 2Q update.xls').

2/ Galaxy S II (AT&T edition, 4G)'s model number is listed along with the Galaxy S II (i9100) in Samsung's financial data.  I have counted sales through STA and SEA as sales of the Galaxy S II (AT&T edition, 4G) because I understand that the i9100 model is not sold in the US and all other models listed were not found on Samsung's North America Web Site.

**JOINT TRIAL EXHIBIT NO. 1500**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Accused Tablets** 1/
Units in Thousands, Revenue in Millions USD

| Accused Products | Data | 2010 4Q | YE Total | 2011 1Q | 2Q | 3Q | 4Q | YE Total | 2012 Q1 | Q2 | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Tab | Units | 262 | 262 | 77 | 133 | 92 | 102 | 404 | 35 | 25 | 60 | 725 |
|  | Revenue | $ 154 | $ 154 | $ 22 | $ 49 | 37 | $ 40 | $ 148 | $ 14 | $ 9 | $ 23 | $ 325 |
| Galaxy Tab 10.1 | Units | - | - | - | 133 | 133 | 213 | 480 | 104 | 1 | 105 | 585 |
|  | Revenue | - | - | - | 63 | 58 | 85 | 206 | 36 | (5) | 32 | 237 |
| Galaxy Tab 10.1 LTE | Units | - | - | - | - | 68 | 32 | 99 | 17 | 11 | 28 | 127 |
|  | Revenue | - | - | - | - | 45 | 20 | 66 | 10 | 6 | 16 | 81 |
| Total | Units | 262 | 262 | 77 | 266 | 293 | 347 | 983 | 156 | 37 | 193 | 1,438 |
|  | Revenue | $ 154 | $ 154 | $ 22 | $ 112 | $ 140 | $ 145 | $ 419 | $ 60 | $ 11 | $ 71 | $ 644 |

**Sources/Notes:**

1/ STA and SEA sales of accused tablets for October 2010 through March 2012 (SAMNDCA00402075 and '4875335_1_Highly Confidential Attorneys Eyes Only Worldwide Accused Modell 2012 2Q update.xls').

Case 5:11-cv-01846-LHK   Document 1982-42   Filed 09/21/12   Page 4 of 4
Apple Inc. v. Samsung Electronics Co., LTD., et al.

Joint Trial Exhibit No. 1500.3

**Apple's U.S. Historical iPhone, iPad and iPod Touch Sales**

| *(Units in Thousands, Revenue in Millions USD)* | | iPhone 1/ Units | Revenue | iPad 2/ Units | Revenue | iPod Touch 2/ Units | Revenue |
|---|---|---|---|---|---|---|---|
| **2007** | Q1 | | | | | | |
| | Q2 | 270 | $ 143 | | | | |
| | Q3 | 1,119 | $ 506 | | | 172 | $ 57 |
| | Q4 | 1,833 | $ 729 | | | 1,764 | $ 523 |
| | **Total** | **3,222** | **$ 1,378** | | | **1,937** | **$ 580** |
| **2008** | Q1 | 1,630 | $ 671 | | | 738 | $ 242 |
| | Q2 | 692 | $ 311 | | | 825 | $ 254 |
| | Q3 | 2,660 | $ 1,645 | | | 1,204 | $ 317 |
| | Q4 | 2,041 | $ 1,222 | | | 3,181 | $ 737 |
| | **Total** | **7,023** | **$ 3,849** | | | **5,948** | **$ 1,550** |
| **2009** | Q1 | 1,678 | $ 1,004 | | | 1,631 | $ 392 |
| | Q2 | 2,532 | $ 1,390 | | | 1,942 | $ 438 |
| | Q3 | 3,475 | $ 1,996 | | | 2,100 | $ 457 |
| | Q4 | 2,501 | $ 1,385 | | | 4,961 | $ 1,001 |
| | **Total** | **10,186** | **$ 5,775** | | | **10,633** | **$ 2,289** |
| **2010** | Q1 | 2,666 | $ 1,444 | | | 2,647 | $ 558 |
| | Q2 | 2,778 | $ 1,562 | 2,294 | $ 1,398 | 2,441 | $ 493 |
| | Q3 | 4,912 | $ 2,841 | 1,969 | $ 1,223 | 2,501 | $ 496 |
| | Q4 | 3,767 | $ 2,102 | 3,597 | $ 2,065 | 5,689 | $ 1,263 |
| | **Total** | **14,123** | **$ 7,949** | **7,860** | **$ 4,686** | **13,278** | **$ 2,810** |
| **2011** | Q1 | 6,810 | $ 4,256 | 1,914 | $ 1,067 | 2,293 | $ 547 |
| | Q2 | 5,670 | $ 3,438 | 4,293 | $ 2,583 | 1,881 | $ 420 |
| | Q3 | 4,820 | $ 2,851 | 3,795 | $ 2,172 | 1,588 | $ 342 |
| | Q4 | 15,073 | $ 9,393 | 5,967 | $ 3,288 | 5,175 | $ 993 |
| | **Total** | **32,372** | **$ 19,938** | **15,969** | **$ 9,110** | **10,937** | **$ 2,302** |
| **2012** | Q1 | 10,687 | $ 6,678 | 4,460 | $ 2,387 | 2,028 | $ 411 |
| | Q2 | 8,342 | $ 5,137 | 5,713 | $ 2,891 | 1,791 | $ 354 |
| | **Total** | **19,029** | **$ 11,815** | **10,173** | **$ 5,277** | **3,819** | **$ 765** |
| | **Total** | **85,956** | **$ 50,703** | **34,002** | **$ 19,074** | **46,551** | **$ 10,296** |

| **Units Accused by Samsung of Ingringing the Following Patents:** | | | | | | |
|---|---|---|---|---|---|---|
| '516 and '941 Patents | 44,409 | $ 26,042 | 7,601 | $ 5,351 | -- | -- |
| '460 Patent | 46,624 | $ 25,896 | 18,747 | $ 8,167 | 20,970 | $ 4,639 |
| '893 Patent | 15,750 | $ 9,642 | 13,477 | $ 7,010 | 10,420 | $ 2,122 |
| '711 Patent | 15,750 | $ 9,642 | -- | -- | -- | -- |

**Sources/Notes:**
Data is displayed in calendar years/quarters. Apple operates on a fiscal year ending September 31.
1/ Apple iPhone Units / Revenue Report APLNDC0003149809 - 9814 and APLNDC-Y0000408219. Revenue = "Total Handset Billings." Accused units include iPhone 3G, iPhone 3GS, and iPhone 4.
2/ Apple iPod Touch and iPad Units / Revenue Report, APLNDC-Y0000408212 - 218. Revenue = "Total Handset Billings." Accused iPad units and revenue include data for the iPad (AT&T) and iPad 2. Accused iPod Touch units and revenue include data for the iPod Touch, 4th Generation.