Exhibit 42

# Samsung U.S. Smartphone Market Share



Source: IDC Worldwide Quarterly Mobile Phone Tracker, Q1-2012

PDX 34B.9