Exhibit 44

Confidential - Outside Attorneys' Eyes Only

Page 1

1         UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4
5   APPLE INC., a California corporation,
6
            Plaintiff,
7
    vs.                         CASE NO. 11-CV-01846-LHK
8
    SAMSUNG ELECTRONICS CO., LTD.,
9   A Korean business entity;
    SAMSUNG ELECTRONICS AMERICA,
10  INC., a New York corporation;
    SAMSUNG TELECOMMUNICATIONS
11  AMERICA, LLC, a Delaware
    limited liability company,
12
            Defendants.
13  _____/
14
15         C O N F I D E N T I A L
16     A T T O R N E Y S'  E Y E S  O N L Y
17         O U T S I D E   C O U N S E L
18
19    VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON, JR.
20          REDWOOD SHORES, CALIFORNIA
21            TUESDAY, JULY 26, 2011
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 40668

Confidential - Outside Attorneys' Eyes Only

Page 5

1  MR. MONACH:  Andrew Monach, from Morrison &
2  Foerster, representing Apple and the witness.
3  MR. REINSTEDT:  Dane Reinstedt from Quinn
4  Emanuel.
5  MR. ZELLER:  Mike Zeller for Samsung, also
6  Quinn Emanuel.
7  MS. RONEY:  Katie Roney, from Morrison &
8  Foerster, for Apple.
9  MS. WHEELER:  Amy Wheeler, from Apple.
10  MR. OLSON:  Erik Olson, from Quinn Emanuel,
11  for Samsung.
12
13              RICHARD J. LUTTON, JR.,
14          having been sworn as a witness,
15        by the Certified Shorthand Reporter,
16                testified as follows:
17
18            EXAMINATION BY MR. JOHNSON
19  MR. JOHNSON:  Q.  Good morning, Mr. Lutton.
20  A   Hi.
21  Q   About how many times have you had your
22  deposition taken?
23  A   Approximately ten.
24  Q   Is there any reason that would prohibit you
25  from being able to offer truthful testimony today?

1  question. I'm going to break it down into pieces.
2     Q   So what -- what kinds of harm are caused to
3  Apple, in Apple's view, by the sales of infringing
4  Samsung products?
5     A   Okay. So -- so the first is lost sales and
6  exactly how many lost sales and exactly the cost of
7  those lost sales might be very difficult to determine
8  after the fact.
9         Secondly, there's another form of harm, which
10 is a harm to the iOS ecosystem generally, that the
11 eco- -- the health of the ecosystem depends on market
12 share, maybe growing market share; and if Apple is
13 losing market share of momentum or market share
14 generally to Samsung, then it's losing not just the
15 incremental sales and the revenue associated with
16 them, but also the impact on the ecosystem generally,
17 which could be application developer mind share and
18 attention.
19        It could be other forms of services that are
20 provided into the ecosystem, either by Apple or by
21 third parties, and those could have impacts not only
22 on the vitality of Apple's iOS platform, but also even
23 on revenue that Apple makes in areas like iTunes and
24 the App store.
25    Q   What do you mean by "the ecosystem"?

Confidential - Outside Attorneys' Eyes Only

Page 340

# CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of July, 2011.

_____
ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830