Exhibit 45

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6          Plaintiff,
 7   vs.                           Case No. 11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12          Defendants.
     ----------------------------------/
13
14
15                     CONFIDENTIAL
16                 ATTORNEYS' EYES ONLY
17                   OUTSIDE COUNSEL
18     VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, CPA
                  San Francisco, California
19             Wednesday, September 14, 2011
20
21
22
23          Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR, CLR
24          JOB NO. 41962
25
```

Confidential Attorneys' Eyes Only

Page 4

1                P R O C E E D I N G S

2            THE VIDEOGRAPHER:  Good morning.  This is the

3   start of the disk labeled No. 1 of the videotaped

4   deposition of Michael Wagner in the matter Apple

5   Incorporated versus Samsung Electronics Company,

6   Limited, in the Court -- U.S. District Court, Northern

7   District of California, San Jose Division.  Case No.

8   11-CV-01846-LHK.

9            This deposition is being held at 425 Market

10  Street, San Francisco, California, on September 14th,

11  2011, at approximately 9:33 a.m.  My name is

12  Sean McGrath from TSG Reporting, Incorporated, and I am

13  the legal video specialist.  The court reporter is

14  Lorrie Marchant, in association with TSG Reporting.

15           Will counsel please introduce yourselves.

16           MR. OVERSON:  Wesley Overson and Grant Kim of

17  Morrison & Foerster, on behalf of Apple Inc., the

18  plaintiff.

19           MR. ANDERSON:  Carl Anderson of Quinn Emanuel

20  Urquhart & Sullivan, representing Samsung and the

21  witness.  And with me is Heather Belville, also of Quinn

22  Emanuel Urquhart & Sullivan.

23           THE VIDEOGRAPHER:  Will the court reporter

24  please swear in the witness.

25           THE REPORTER:  Do you solemnly swear or affirm

Confidential Attorneys' Eyes Only

Page 5

1  under the penalties of perjury that the testimony you
2  are about to offer will be the truth, the whole truth
3  and nothing but the truth?
4        THE WITNESS:  I do.
5        THE VIDEOGRAPHER:  You may proceed.
6             EXAMINATION BY MR. OVERSON
7        BY MR. OVERSON:
8    Q.  Good morning.
9    A.  Good morning.
10   Q.  Please state your full name.
11   A.  Michael Joseph Wagner.
12       MR. OVERSON:  Okay.  First off, I'm going to
13  mark as Exhibits 160 and 161 your declaration from this
14  case and your CV.
15           (Marked for identification purposes,
16           Exhibits 160 and 161.)
17       BY MR. OVERSON:
18   Q.  Mr. Wagner, is -- is Exhibit 160 your
19  declaration in this case?
20   A.  It is.
21   Q.  And is Exhibit 161 your CV?
22   A.  It is.
23   Q.  Okay.  I note from your declaration that you're
24  a CPA; is that right?
25   A.  I am licensed as a CPA in the State of

Page 61

1    A.    I prefer to have actual survey data on that,
2 but I think, generally, they're -- the tendency would
3 be, true, that they would buy other Apple products.
4    Q.    Kind of like if you buy your iPhone 4 and you
5 want to talk with your grandson, that you might want to
6 buy another Apple product; right?
7    A.    If you're talking about that I would like my
8 son to have an iPhone 4, yes.  In fact, I bought six
9 iPhone 4s when I bought mine.
10   Q.    Why did you buy so many?
11   A.    I have four children and a wife.
12   Q.    And why did you want them all to have the same
13 phone?
14   A.    So that we can communicate easier and use
15 FaceTime.
16   Q.    And you could communicate easier because the --
17 because why?
18   A.    Because I can't use FaceTime with any other
19 provider.  And, actually, it was a group decision as to
20 what we would go -- we were going to go with a common
21 platform, because that just makes things easier.  And
22 there were dissenting votes to go with Apple.
23        But I live in a democracy and the democracy
24 won.  And I stopped with my fifth edition of a
25 BlackBerry and bought an iPhone.  But I did not buy it

Confidential Attorneys' Eyes Only

Page 62

1  for the design.  I bought it for function.
2      Q.   And you bought it, in part, so that you could
3  communicate well with the rest of your family members
4  who have the same device?
5      A.   Yes.
6      Q.   And be working within the same operating
7  system?
8      A.   Yes.
9      Q.   And have you seen, from your review of the
10 documents in this case, that -- that once a user is in a
11 particular operating system, they're likely to buy their
12 next product, in other words, their next phone, in that
13 same operating system?
14     A.   The majority will.  Not all, but the majority
15 will.  And it depends on the operating system.  And,
16 again, the most loyal group are people who use the iOS
17 operating system.
18     Q.   The Apple operating system?
19     A.   Apple operating system.
20     Q.   So it's the most likely -- if people buy an
21 Apple product, that means they're using -- well, first
22 of all, let's get the basics down.
23          If they buy an Apple product, they have to use
24 the Apple operating system; right?
25     A.   They do.

Confidential Attorneys' Eyes Only

Page 249

1                    CERTIFICATE

2

     STATE OF CALIFORNIA )
3                        :  ss
     COUNTY OF SONOMA    )
4

5        I, Lorrie L. Marchant, a Certified Shorthand
6   Reporter, a Registered Professional Reporter, a
7   Certified Realtime Reporter, and a Certified Realtime
8   Professional within and for the State of California, do
9   hereby certify:
10       That MICHAEL J. WAGNER, the witness whose
11  deposition is herein set forth, was duly sworn/affirmed
12  by me and that such deposition is a true record of the
13  testimony given by such witness.
14       I further certify that I am not related to any of
15  the parties to this action by blood or marriage and that
16  I am in no way interested in the outcome of this matter.
17       In witness whereof, I have hereunto set my hand
18  this 14th day of September, 2011.
19
20
21
22       ---------------------------------------------
         LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
23       CSR No. 10523
24
25