Exhibit 46

Confidential Attorneys' Eyes Only

Page 1

1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4
5  APPLE INC., a California corporation,
6
                Plaintiff,
7
   vs.                        CASE NO.  11-cv-01846-LHK
8
   SAMSUNG ELECTRONICS CO.,
9  LTD., a Korean business
   entity; SAMSUNG ELECTRONICS
10 AMERICA,INC., a New York
   corporation; SAMSUNG
11 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited
12 liability company,
13              Defendants.
   _____/
14
15
16           C O N F I D E N T I A L
17        A T T O R N E Y S   E Y E S   O N L Y
18
19     VIDEOTAPED DEPOSITION OF MARK BUCKLEY
20          SAN FRANCISCO, CALIFORNIA
21         THURSDAY, FEBRUARY 23, 2012
22
23 BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24 CSR LICENSE NO. 9830
25 JOB NO. 46609

Confidential Attorneys' Eyes Only

Page 6

| | | |
|---|---|---|
| 1 | him spell that -- from Litinomics. | 10:06 |
| 2 | MR. PINSONNEAULT:  It's | 10:06 |
| 3 | P-I-N-S-O-N-N-E-A-U-L-T. | 10:06 |
| 4 | MR. OLSON:  And Erik Olson from Morrison & | 10:06 |
| 5 | Foerster on behalf of Apple and the witness. | 10:06 |
| 6 | MR. HEYISON:  Michael Heyison from | 10:06 |
| 7 | WilmerHale, representing Apple.  With us is Terry | 10:06 |
| 8 | Musika from -- | 10:06 |
| 9 | MR. MUSIKA:  Invotex. | 10:06 |
| 10 | THE VIDEOGRAPHER:  Will the court reporter | 10:06 |
| 11 | please swear in the witness. | 10:06 |
| 12 | | 10:06 |
| 13 | MARK BUCKLEY, | 10:06 |
| 14 | having been sworn as a witness | 10:06 |
| 15 | by the Certified Shorthand Reporter, | 10:06 |
| 16 | testified as follows: | 09:40 |
| 17 | | 09:40 |
| 18 | MR. OLSON:  I just realized something, | 10:06 |
| 19 | Anthony.  I apologize, and I didn't mean to interrupt | 10:06 |
| 20 | the start of the deposition.  Has Litinomics cleared | 10:07 |
| 21 | on the protective order? | 10:07 |
| 22 | MR. ALDEN:  Mr. Pinsonneault has, yes. | 10:07 |
| 23 | MR. OLSON:  All right.  And when was the | 10:07 |
| 24 | disclosure? | 10:07 |
| 25 | MR. ALDEN:  It was last year. | 10:07 |

Confidential Attorneys' Eyes Only

Page 146

| | | |
|---|---|---|
| 1 | Q   When was this document created? | 14:38 |
| 2 | A   In January of this year. | 14:38 |
| 3 | Q   Was it created for the purposes of this | 14:38 |
| 4 | litigation? | 14:38 |
| 5 | A   No. | 14:38 |
| 6 | Q   What is this document? | 14:38 |
| 7 | A   It's the GAAP Line of Business Report for | 14:38 |
| 8 | licensing. | 14:38 |
| 9 | Q   What does licensing mean in this context? | 14:38 |
| 10 | A   This would refer to -- I touched on it | 14:38 |
| 11 | earlier, but the Google, Yahoo and Microsoft Bing | 14:39 |
| 12 | search-related revenue. | 14:39 |
| 13 | Q   And if you'll explain to me, when you say | 14:39 |
| 14 | Google, Yahoo and Microsoft rev -- search-related | 14:39 |
| 15 | revenue, how does Apple derive revenue from Google, | 14:39 |
| 16 | Yahoo and Microsoft searches? | 14:39 |
| 17 | MR. OLSON:  Objection; beyond the scope. | 14:39 |
| 18 | THE WITNESS:  So I only have a high-level | 14:39 |
| 19 | understanding of this, but for search related -- when | 14:39 |
| 20 | an iPhone that's used -- I'll use an iPhone user | 14:39 |
| 21 | example.  An iPhone -- and he gets on and he does a | 14:40 |
| 22 | search using Google's browser.  And I'm not sure where | 14:40 |
| 23 | within the -- where -- where in the browser, whether | 14:40 |
| 24 | it's part of the app or whether it's the -- in the | 14:40 |
| 25 | browser -- every time that there's a search done | 14:40 |

Confidential Attorneys' Eyes Only

Page 147

1    there, I don't know how Google tracks it, but we get    14:40
2    paid a portion of that.  I think it's -- I believe     14:40
3    it's a portion of what Google is getting paid from     14:40
4    their -- let me step back on that one.                 14:40
5         I don't know all the details.  I have several    14:40
6    reports on them that break out the allocation for     14:40
7    where we're getting -- the revenue that we are        14:40
8    receiving, what's driving that, whether that's a Mac  14:40
9    search, a PC search, an iPad search, an iPod Touch    14:40
10   search, an iPhone search.  That's what these reports  14:40
11   from Google, from Yahoo and from Microsoft represent. 14:40
12        I have access to those reports, and in there    14:41
13   it shows the percentage breakouts by those products by 14:41
14   which products are being used to do the search.  And  14:41
15   then we get paid some portion of that, and that       14:41
16   revenue for that is -- is right here.                 14:41
17        MR. ALDEN:  Q.  Have you provided those         14:41
18   individual reports to counsel?                        14:41
19    A   I don't recall if I've done it in this case.    14:41
20    Q   And just so I'm clear, so it's your             14:41
21   understanding that when someone performs a search on  14:41
22   an iPhone on Google, for example, that a portion of   14:41
23   the revenue that Google makes from that search,       14:41
24   whether advertising revenue or some other, is paid to 14:41
25   Apple?                                                14:41

Confidential Attorneys' Eyes Only

Page 148

| | | |
|---|---|---|
| 1 | MR. OLSON:  Objection; beyond the scope. | 14:41 |
| 2 | THE WITNESS:  What I would say is for a user | 14:41 |
| 3 | that goes into that search bar and does something, we | 14:41 |
| 4 | get paid by Google.  I'm not sure of what -- how | 14:41 |
| 5 | Google is getting paid and what they're giving to us. | 14:42 |
| 6 | I just know we get some money from Google for that. | 14:42 |
| 7 | MR. ALDEN:  Q.  How much money do you get | 14:42 |
| 8 | from -- does Apple get from Google from searches run | 14:42 |
| 9 | on the iPhone? | 14:42 |
| 10 | MR. OLSON:  Objection; beyond the scope. | 14:42 |
| 11 | THE WITNESS:  I wouldn't know the exact | 14:42 |
| 12 | unless I looked at the document, but it would be in | 14:42 |
| 13 | the tens -- tens of millions a quarter.  Sorry. | 14:42 |
| 14 | MR. ALDEN:  Q.  And same question with | 14:42 |
| 15 | respect to Yahoo? | 14:42 |
| 16 | MR. OLSON:  Objection; beyond the scope. | 14:42 |
| 17 | THE WITNESS:  It's much smaller, in the | 14:42 |
| 18 | single millions. | 14:42 |
| 19 | And I shouldn't talk to that because | 14:42 |
| 20 | there's -- there's iOS devices that we get paid from | 14:42 |
| 21 | Yahoo, and then there's also a Mac and PC, and the | 14:42 |
| 22 | total of that is in the single-digit millions, I | 14:42 |
| 23 | believe, last time I looked. | 14:43 |
| 24 | MR. ALDEN:  Q.  And some portion of that | 14:43 |
| 25 | would be attributable to searches run on the iPhone -- | 14:43 |

Confidential Attorneys' Eyes Only

Page 149

1    MR. OLSON:  Objection --                               14:43

2    MR. ALDEN:  Q.  -- correct?                            14:43

3    MR. OLSON:  -- objection; beyond the scope.            14:43

4    THE WITNESS:  It would be, along with other            14:43
5 iOS devices.                                              14:43

6    MR. ALDEN:  Right.                                     14:43

7    Q  And how much revenue does Microsoft pay Apple       14:43
8 for searches run on Bing on the iPhone?                   14:43

9    MR. OLSON:  Objection; beyond the scope.               14:43

10   THE WITNESS:  I don't recall, but it's closer          14:43
11 to the Yahoo numbers than the Google numbers.            14:43

12   MR. ALDEN:  Q.  Does Apple receive revenue --          14:43
13 search-related revenue from these companies' searches    14:43
14 run on the iPad?                                         14:43

15   A  Yes.                                                14:43

16   MR. OLSON:  Objection; beyond the scope.  The          14:43
17 answer is already given.                                 14:43

18   MR. ALDEN:  Q.  And I wasn't clear with your           14:43
19 previous answers as to the quantity for the iPhone,      14:43
20 the iPad and the iPad or just for the iPhone?            14:43

21   MR. OLSON:  Same objection.                            14:44

22   THE WITNESS:  So I think I've explained that.          14:44
23 I'll lump it into CPUs and iOS devices.  We get money    14:44
24 from each of these three, Microsoft, Yahoo and -- and    14:44
25 Google, for each of those.  You asked me about what      14:44

Confidential Attorneys' Eyes Only

Page 150

| | | |
|---|---|---|
| 1 | percentage of the -- of -- or what was the dollar | 14:44 |
| 2 | amount for Google for the iPhone.  And that, I | 14:44 |
| 3 | mentioned, I believe it's in the tens of millions. | 14:44 |
| 4 | When I talk about Yahoo, all devices, CPUs | 14:44 |
| 5 | and the iOS devices, that, I believe, is in the | 14:44 |
| 6 | single-digit millions per quarter. | 14:44 |
| 7 | The Bing -- Microsoft Bing for all products, | 14:44 |
| 8 | CPUs and iOS devices, I'm not sure.  It's going to be | 14:44 |
| 9 | kind of in a general area around the Yahoo numbers. | 14:44 |
| 10 | MR. ALDEN:  Q.  Is it possible to break out | 14:45 |
| 11 | the numbers by business line with respect to Yahoo and | 14:45 |
| 12 | Microsoft? | 14:45 |
| 13 | MR. OLSON:  Objection; vague; beyond the | 14:45 |
| 14 | scope. | 14:45 |
| 15 | MR. ALDEN:  Q.  So, for example, could you | 14:45 |
| 16 | determine how much of the Yahoo revenue paid with | 14:45 |
| 17 | respect to iOS devices related to the iPhone as | 14:45 |
| 18 | opposed to the iPad? | 14:45 |
| 19 | MR. OLSON:  Same objection. | 14:45 |
| 20 | THE WITNESS:  So these reports I was | 14:45 |
| 21 | mentioning to you, we receive them from Microsoft, | 14:45 |
| 22 | Yahoo and Google.  In their -- the way that they break | 14:45 |
| 23 | it out is what I could share with you.  We don't have | 14:45 |
| 24 | that information. | 14:45 |
| 25 | So I do know for Google, I believe they break | 14:45 |

Confidential Attorneys' Eyes Only

Page 151

| | | |
|---|---|---|
| 1 | it out from one category being PC or Mac, one category | 14:45 |
| 2 | being iPhone, and then I -- there should be an iPad 1 | 14:45 |
| 3 | and an iPod 1. | 14:45 |
| 4 | Now, of all the history where we've been | 14:45 |
| 5 | getting search revenue here, I don't believe the | 14:45 |
| 6 | breakouts have always been consistent. That's Google. | 14:45 |
| 7 | But they do provide us a report, and that -- that | 14:46 |
| 8 | report would allow someone to break it out a bit. | 14:46 |
| 9 | MR. ALDEN: Q. How much does Google pay | 14:46 |
| 10 | Apple for searches run on the iPad? | 14:46 |
| 11 | MR. OLSON: Objection; beyond the scope. | 14:46 |
| 12 | THE WITNESS: I don't know what the total -- | 14:46 |
| 13 | total is. | 14:46 |
| 14 | MR. ALDEN: Q. Tens of millions? | 14:46 |
| 15 | A    I can't answer -- | 14:46 |
| 16 | MR. OLSON: Same objection. | 14:46 |
| 17 | THE WITNESS: Yeah. | 14:46 |
| 18 | MR. OLSON: Same objection. | 14:46 |
| 19 | Sorry. | 14:46 |
| 20 | THE WITNESS: I can't answer that. I have | 14:46 |
| 21 | probably noticed the iPhone a little bit more from | 14:46 |
| 22 | that report, and so that's why it stands out to me a | 14:46 |
| 23 | little bit more. iPad I -- I can't tell you | 14:46 |
| 24 | definitively without looking at the document. | 14:46 |
| 25 | MR. ALDEN: Q. And what is included on the | 14:46 |

Confidential Attorneys' Eyes Only

Page 153

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: We are back on the record. | 14:47 |
| 2 | The time is 2:56 p.m. | 14:56 |
| 3 | Here marks the beginning of videotape No. 3 | 14:56 |
| 4 | in the deposition of Mark Buckley. | 14:56 |
| 5 | MR. ALDEN: Q. Welcome back, Mr. Buckley. | 14:56 |
| 6 | A  Thank you. | 14:56 |
| 7 | Q  You appreciate you're still under oath? | 14:56 |
| 8 | A  Yes, I do. | 14:56 |
| 9 | MR. ALDEN: I'd like to mark as Exhibit 8 a | 14:56 |
| 10 | document Bates numbered APLNDC-Y0000051620. | 14:56 |
| 11 | (Document marked Buckley Exhibit 8 | 14:56 |
| 12 | for identification.) | 14:57 |
| 13 | THE WITNESS: Thanks. | 14:57 |
| 14 | MR. ALDEN: Q. Mr. Buckley, are you familiar | 14:57 |
| 15 | with this document? | 14:57 |
| 16 | A  I am. | 14:57 |
| 17 | Q  And what is it? | 14:57 |
| 18 | A  It is the GAAP Line of Business Report for | 14:57 |
| 19 | mobile advertising. | 14:57 |
| 20 | Q  When you say "mobile advertising," what do | 14:57 |
| 21 | you mean? | 14:57 |
| 22 | A  For iOS devices, we have -- we have a | 14:57 |
| 23 | business where we work with companies that want to | 14:57 |
| 24 | advertise on the -- on the phone within apps, and this | 14:57 |
| 25 | is where we -- we track that business. | 14:57 |

Confidential Attorneys' Eyes Only

Page 154

1  Q  Just digging into that a little bit, other                14:57
2  companies want to advertise on apps that are in the          14:57
3  App Store; is that correct?                                  14:57
4       MR. OLSON:  Objection; beyond the scope.                14:57
5       THE WITNESS:  Yes, that's accurate.  These              14:57
6  would be apps that were already purchased by consumers       14:58
7  because without that app, you wouldn't have a consumer       14:58
8  who would have a chance to review that advertisement,        14:58
9  so...                                                        14:58
10      MR. ALDEN:  Q.  So a company would come to              14:58
11 Apple and say, I would like to advertise on Angry            14:58
12 Birds?                                                       14:58
13  A  That's something --                                      14:58
14      MR. OLSON:  Objection; beyond the scope.                14:58
15      Sorry.                                                  14:58
16      MR. ALDEN:  Q.  And you would then negotiate            14:58
17 with the company that would like to advertise a price        14:58
18 for advertising on that app; is that correct?                14:58
19      MR. OLSON:  Same objection.                             14:58
20      THE WITNESS:  I don't know all the terms that           14:58
21 we have with our advertising partners, but there is          14:58
22 a -- I think there is a minimum fixed amount of              14:58
23 advertising you -- you would need to do with Apple.  I       14:58
24 don't know the terms of the displays and how -- how          14:58
25 the -- how the dollars are being tracked.                    14:59

Confidential Attorneys' Eyes Only

Page 155

| | | |
|---|---|---|
| 1 | I do know that we would pay a portion of | 14:59 |
| 2 | that -- those advertising dollars to our developers, | 14:59 |
| 3 | and then we would keep a portion as well. | 14:59 |
| 4 | MR. ALDEN: Q. And what iOS devices are | 14:59 |
| 5 | covered by this report? | 14:59 |
| 6 | A   I believe it would be the iPhone, the iPad | 14:59 |
| 7 | and the iPod Touch. | 14:59 |
| 8 | Q   And does Apple track model advertising | 14:59 |
| 9 | revenue per device? | 14:59 |
| 10 | MR. OLSON: Objection; vague. | 14:59 |
| 11 | THE WITNESS: I don't know on a per device -- | 14:59 |
| 12 | per user device or per iPhone versus iPad versus iPod | 14:59 |
| 13 | Touch? | 15:00 |
| 14 | MR. ALDEN: The latter. | 15:00 |
| 15 | THE WITNESS: Actually, I don't know the | 15:00 |
| 16 | answer to either, but I don't know what they can | 15:00 |
| 17 | track. I've seen some reporting, but I don't -- I | 15:00 |
| 18 | don't know exactly. | 15:00 |
| 19 | MR. ALDEN: And I think you mentioned apps as | 15:00 |
| 20 | one, I guess, for the record, medium that an | 15:00 |
| 21 | advertiser could advertise on. | 15:00 |
| 22 | Q   What are some other ones? | 15:00 |
| 23 | MR. OLSON: Objection; beyond the scope. | 15:00 |
| 24 | THE WITNESS: I think it's -- yeah, I think | 15:00 |
| 25 | it is the only way you can do it, but I haven't asked | 15:00 |

Confidential Attorneys' Eyes Only

Page 156

1  that question before from the team, but...                    15:00
2          MR. ALDEN:  Q.  And I take it that this              15:00
3  document was created in the ordinary course of Apple's        15:00
4  business and not for this litigation; is that correct?        15:00
5      A   That's correct.                                       15:00
6      Q   That was created in January of this year?             15:00
7      A   That's correct.                                       15:00
8      Q   What does the Total Revenue line item                 15:00
9  encompass?                                                    15:00
10     A   It should encompass the revenue related to            15:00
11 both what the advertisers are -- are -- are putting in        15:01
12 as well as which is going to also be the split between        15:01
13 what we're paying the -- paying the -- the app                15:01
14 developers, and this is the portion for us.                   15:01
15     Q   So where is the portion paid to the app               15:01
16 developers reported?                                          15:01
17     A   I believe it's contrary revenue, so against           15:01
18 the revenue number.  So this would be net of after            15:01
19 we've paid them out.  I believe that's how it's               15:01
20 tracked.                                                      15:01
21     Q   I'm so sorry.  I may not have understood what         15:01
22 you said.                                                     15:01
23         But where would I find the total amount               15:01
24 received or gross amount received by Apple?                   15:01
25     A   Not on this report.  If it's how I believe it         15:01

Confidential Attorneys' Eyes Only

Page 247

1                CERTIFICATE OF REPORTER

4         I, ANDREA M. IGNACIO HOWARD, hereby certify
5    that the witness in the foregoing deposition was by me
6    duly sworn to tell the truth, the whole truth, and
7    nothing but the truth in the within-entitled cause;

9         That said deposition was taken in shorthand
10   by me, a Certified Shorthand Reporter of the State of
11   California, and was thereafter transcribed into
12   typewriting, and that the foregoing transcript
13   constitutes a full, true and correct report of said
14   deposition and of the proceedings which took place;

16        That I am a disinterested person to the said
17   action.

19        IN WITNESS WHEREOF, I have hereunto set my
20   hand this 23rd day of February 2012.

22   _____
23   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830