# EXHIBIT 48

# SUBMITTED UNDER SEAL