# EXHIBIT 49

# SUBMITTED UNDER SEAL