Exhibit 50

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California           )
     Corporation,                       )
 6                                      )
            Plaintiff,                  )
 7                                      )
     vs.                                )No. 11-CV-01846-LHK
 8                                      )
     SAMSUNG ELECTRONICS CO., LTD. ,    )
 9   a Korean business entity;          )
     SAMSUNG ELECTRONICS AMERICA,       )
10   INC., a New York corporation;     )
     SAMSUNG TELECOMMUNICATIONS        )
11   AMERICA, LLC, a Delaware    )
     limited liability company,         )
12                                      )
            Defendants,                 )
13   _____        )
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
16             DEPOSITION OF TIMOTHY BENNER
17            WEDNESDAY, FEBRUARY 22, 2012
18
19
20
21
22
23
24   REPORTED BY:  JUDIE A. NICHOLAS, CSR NO. 12229
25   JOB NO:  46809
```

Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California          )
     Corporation,                      )
 6                                     )
            Plaintiff,                 )
 7                                     )
     vs.                               )No. 11-CV-01846-LHK
 8                                     )
     SAMSUNG ELECTRONICS CO., LTD. ,   )
 9   a Korean business entity;         )
     SAMSUNG ELECTRONICS AMERICA,      )
10   INC., a New York corporation;     )
     SAMSUNG TELECOMMUNICATIONS        )
11   AMERICA, LLC, a Delaware          )
     limited liability company,        )
12                                     )
            Defendants,                )
13   _____   )
14
15         BE IT REMEMBERED, that on Wednesday,
16   February 22, 2012, commencing at the hour of 9:12
17   a.m. thereof, at the offices of Morrison & Foerster,
18   755 Page Mill Road, Palo Alto, California, before
19   me, Judie A. Nicholas, a Certified Shorthand
20   Reporter of the State of California, there
21   personally appeared.
22                  TIMOTHY BENNER,
23   called as a witness by the Plaintiff, who, being by
24   me first duly sworn, was thereupon examined and
25   testified as hereinafter set forth.
```

Page 37

| | | |
|---|---|---|
| 1 | relative importance.  It is an aspect. | 09:45 |
| 2 | Q.  Isn't it true, Mr. Benner, that surveys | 09:46 |
| 3 | that Samsung had received show that the single most | 09:46 |
| 4 | important reason why consumers purchase a | 09:46 |
| 5 | particular smartphone brand is because they like | 09:46 |
| 6 | its overall physical appearance? | 09:46 |
| 7 | MS. CARUSO:  Objection:  Mischaracterizes | 09:46 |
| 8 | the record; lacks foundation. | 09:46 |
| 9 | THE WITNESS:  Can you show me which | 09:46 |
| 10 | surveys you're referring to? | 09:46 |
| 11 | MR. ROBINSON:  Q.  Do you -- did you | 09:46 |
| 12 | understand the question, sir? | 09:46 |
| 13 | A.  I did understand the question. | 09:46 |
| 14 | Q.  Do you not know how to answer the question | 09:46 |
| 15 | without looking at a document? | 09:46 |
| 16 | A.  I have many surveys which show different | 09:46 |
| 17 | things among different consumer groups, so I cannot | 09:46 |
| 18 | answer the question as phrased because it is too | 09:46 |
| 19 | broad. | 09:46 |
| 20 | Q.  Can you name, sir, one survey that Samsung | 09:47 |
| 21 | has received which shows that the physical | 09:47 |
| 22 | appearance of a particular smartphone -- strike | 09:47 |
| 23 | that. | 09:47 |
| 24 | Mr. Benner, can you name a single survey | 09:47 |
| 25 | which Samsung has received that shows that the | 09:47 |

Attorneys' Eyes Only

Page 38

| | | |
|---|---|---|
| 1 | physical appearance of a smartphone is unimportant | 09:47 |
| 2 | to consumer purchasing behavior? | 09:47 |
| 3 | MS. CARUSO: Objection: Vague. | 09:47 |
| 4 | THE WITNESS: I cannot. | 09:47 |
| 5 | MR. ROBINSON: Q. Why is that, sir? | 09:47 |
| 6 | A. Because appearance is an aspect of choice | 09:47 |
| 7 | in almost every decision. | 09:47 |
| 8 | Q. Are there any surveys, to your knowledge, | 09:47 |
| 9 | that show the physical appearance of a smartphone | 09:47 |
| 10 | is not an important consideration driving consumer | 09:47 |
| 11 | purchases of smartphones? | 09:47 |
| 12 | MS. CARUSO: Objection: Asked and | 09:47 |
| 13 | answered, and vague. | 09:47 |
| 14 | THE WITNESS: I answered that question. | 09:47 |
| 15 | That was the same question. | 09:47 |
| 16 | MR. ROBINSON: Q. And your answer was no; | 09:47 |
| 17 | is that right? | 09:47 |
| 18 | MS. CARUSO: Objection: Mischaracterizes | 09:47 |
| 19 | the prior testimony. | 09:47 |
| 20 | THE WITNESS: My answer was no to the | 09:47 |
| 21 | previous question. | 09:47 |
| 22 | MR. ROBINSON: Q. The answer is no, you | 09:47 |
| 23 | can't think of a single survey which shows that the | 09:48 |
| 24 | physical appearance of a smartphone is unimportant | 09:48 |
| 25 | to consumer purchasing decisions; is that right? | 09:48 |

Attorneys' Eyes Only

Page 171

1       I, JUDIE A. NICHOLAS, a Certified
2  Shorthand Reporter of the State of California, duly
3  authorized to administer oaths, do hereby certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10 direction; that the foregoing transcript is a true
11 record of the testimony given.
12      Further, that if the foregoing pertains to
13 the original transcript of a deposition in a
14 Federal Case, before completion of the proceedings,
15 review of the transcript (X) was ( ) was not
16 required.
17      I further certify that I am neither
18 financially interested in the action nor a relative
19 or employee of any attorney or party to this
20 action.
21      IN WITNESS WHEREOF, I have this date
22 subscribed my name.
23 Dated: 2/23/2012
24           _____
25           JUDIE A. NICHOLAS, CSR #12229