Exhibit 51



# touch portfolio
## ROLLOUT STRATEGY
RECOMMENDATION BASED ON CONSUMER INSIGHT

FINAL PRESENTATION | 17 DECEMBER 2008

gravitytank collaborates with Samsung

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00191811

Case 5:11-cv-01846-LHK   Document 1982-53   Filed 09/21/12   Page 2 of 5

PLAINTIFF'S EXHIBIT NO. 36
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 36.31

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00191841

iPhone Feedback & Analysis



**D**
DESIGN

# Screen-centric design has set the standard for touch

The iPhone is in some ways "undesigned," but its strong, screen-centric design has come to equal what's on trend and cool for many consumers.



"It's beautiful."
"The whole phone is the screen."
"It's sexy."
"It's slick."

New York City, London

**Dimensions of touch design**
Touch design is more like TV design—minimal and screen-centric.

**Few buttons**
The iPhone has four buttons: home, power, volume, mute.

**Screen focused**
The center screen mounted in the phones' form makes the iPhone look more TV-like than phone-like.

**Oversized screen**
60% of the iPhone's surface is dedicated to the screen.

**Consistent surface**
The surface plane is consistent, with no indentation for the screen.

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

SAMNDCA00191842

iPhone Feedback & Analysis



## For State of the Art, Apple has overtaken Samsung as the most stylish brand overall

The Style category has become saturated, and intense competition has elevated consumers' standards of what a phone's style encompasses. Consumers frequently mention Samsung as a stylish brand, but place it in the company of other industry leaders.



**Most stylish brand (amongst State of the Art)**
(Q51, % top 2 box, n=1,002)

- Apple: 42%
- Samsung: 38%
- Sony: 31%
- Nokia: 30%
- LG: 26%
- Motorola: 17%
- HTC: 17%







> "I think Apple is so successful because they have come out with a unique product [and] you see all other mobile phone providers are trying to copy each other. Apple came out with something different and that's why everyone likes Apple—because it's different."
> London

gravitytank collaborates with samsung | TOUCH | Final Presentation | December 17, 2008 | private & confidential                32

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00191846

iPhone Feedback & Analysis



## The iPhone isn't just easy to use, "it's sexy to use"

Consumers don't see the iPhone as simply usable; they see it as enjoyable, engaging and cool. Their experience is almost cinematic.







### Fun
Gestures like the two fingered pinch and flick add a game-like quality to interactions. The flip adds a level of cool.


With the multi-touch function you can zoom in and zoom out and move photos, and that's great."
**Berlin**

Everybody wants to play with it."
**Chicago**

### Whimsical
Lists bounce, icons flitter — the iPhone has a sense of whimsy that shows a thoughtful character in the interface.


You play more with it because it's simply fun to handle."
**Berlin**

### Dramatic
Transition effects and sensors add a level of cinematic drama and showmanship that makes using an iPhone (and showing others) just plain cool.


It's sexy to use."
**London**