# EXHIBIT 52

# SUBMITTED UNDER SEAL