# Exhibit 55

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA    ) C-11-01846 LHK
 6   CORPORATION,                )
                                 ) SAN JOSE, CALIFORNIA
 7              PLAINTIFF,       )
                                 ) AUGUST 14, 2012
 8         VS.                   )
                                 ) VOLUME 8
 9   SAMSUNG ELECTRONICS CO.,    )
     LTD., A KOREAN BUSINESS     ) PAGES 2321-2650
10   ENTITY; SAMSUNG             )
     ELECTRONICS AMERICA,        )
11   INC., A NEW YORK            )
     CORPORATION; SAMSUNG        )
12   TELECOMMUNICATIONS          )
     AMERICA, LLC, A DELAWARE    )
13   LIMITED LIABILITY           )
     COMPANY,                    )
14                               )
                DEFENDANTS.      )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24                            IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25
```

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                 BY:  HAROLD J. MCELHINNY
 3                                MICHAEL A. JACOBS
                                  RACHEL KREVANS
 4                           425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
 5
      FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
 6    APPLE:                 HALE AND DORR
                             BY:  WILLIAM F. LEE
 7                           60 STATE STREET
                             BOSTON, MASSACHUSETTS  02109
 8
                             BY:  MARK D. SELWYN
 9                           950 PAGE MILL ROAD
                             PALO ALTO, CALIFORNIA  94304
10
      FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
11                           OLIVER & HEDGES
                             BY:  CHARLES K. VERHOEVEN
12                           50 CALIFORNIA STREET, 22ND FLOOR
                             SAN FRANCISCO, CALIFORNIA  94111
13
                             BY:  VICTORIA F. MAROULIS
14                                KEVIN P.B. JOHNSON
                             555 TWIN DOLPHIN DRIVE
15                           SUITE 560
                             REDWOOD SHORES, CALIFORNIA  94065
16
                             BY:  MICHAEL T. ZELLER
17                                WILLIAM C. PRICE
                             865 SOUTH FIGUEROA STREET
18                           10TH FLOOR
                             LOS ANGELES, CALIFORNIA  90017
19
      FOR INTEL:             PERKINS COIE
20                           BY:  DANIEL T. SHVODIAN
                             3150 PORTER DRIVE
21                           PALO ALTO, CALIFORNIA 94304

22
      INTERPRETERS:          JAMES YIM VICTORY
23                           ALBERT S. KIM
                             ANN PARK
24

25
```

INDEX OF WITNESSES

DEFENDANT'S

**CLIFTON FORLINES**
    DIRECT EXAM BY MR. JOHNSON          P. 2349
    CROSS-EXAM BY MR. JACOBS            P. 2367

**WOODWARD YANG**
    DIRECT EXAM BY MR. JOHNSON          P. 2373
    CROSS-EXAM BY MR. LEE               P. 2436
    REDIRECT EXAM BY MR. JOHNSON        P. 2485
    RECROSS-EXAM BY MR. LEE             P. 2490

**JINYEUN WANG**
    DIRECT EXAM BY MR. QUINN            P. 2522
    CROSS-EXAM BY MR. JACOBS            P. 2541
    REDIRECT EXAM BY MR. QUINN          P. 2549

**ROGER FIDLER**
    BY VIDEOTAPED DEPOSITION            P. 2558
                                        P. 2565

**ITAY SHERMAN**
    DIRECT EXAM BY MR. VERHOEVEN        P. 2573
    CROSS-EXAM BY MS. KREVANS           P. 2611

INDEX OF EXHIBITS

| | MARKED | ADMITTED |
|---|---|---|

**PLAINTIFF'S**

| | MARKED | ADMITTED |
|---|---|---|
| 210, 26.1. & 2288 | | 2344 |
| 46.2 | | 2347 |
| 2031 | | 2458 |
| 2257 | | 2542 |
| 2267 | | 2543 |
| 55 | | 2546 |
| 2281 | | 2547 |
| 562 | | 2606 |
| 155 | | 2622 |
| 150 | | 2633 |
| 148 | | 2635 |

**DEFENDANT'S**

| | MARKED | ADMITTED |
|---|---|---|
| 4103 | | 2345 |
| 3951.004 | | 2346 |
| 548 | | 2354 |
| 693 | | 2356 |
| 655.004 | | 2359 |
| 665.001 | | 2360 |
| 697 | | 2364 |
| 655.002 | | 2365 |
| 698 | | 2366 |
| 1069 | | 2381 |
| 1055 | | 2385 |
| 3697.006 | | 2389 |
| 3967.012 | | 2394 |
| 1050, 1053, 1054, 1057, 1051, 1056, 1076 & 1077 | | 2395 |
| 533 & 539 | | 2399 |
| 1068 | | 2401 |
| 3967.015 & 3967.025 | | 2412 |
| 1071 | | 2413 |
| 3967.028 | | 2415 |
| 3967.043 | | 2424 |
| 645 | | 2433 |
| 3967.012 | | 2434 |
| 3967.003 & 3967.005 | | 2435 |
| 529 | | 2564 |
| 621 | | 2565 |
| 1074 | | 2599 |
| 562 | | 2606 |

```
 1    DESIGNER.
 2              THE INTERPRETER:  THAT IS CORRECT, YOUR
 3    HONOR.
 4              JUROR:  OKAY.
 5              THE COURT:  ANY OTHER THINGS?
 6              JUROR:  NOT AT THIS TIME.
 7              THE COURT:  OKAY.  ALL RIGHT.
 8              OKAY.  IT'S 1:36.  GO AHEAD, PLEASE.
 9              MR. QUINN:  THANK YOU, YOUR HONOR.
10    Q    MS. WANG, WE'VE HEARD TESTIMONY FROM APPLE
11    WITNESSES ABOUT HOW HARD THEY WORKED TO BRING THE
12    IPHONE TO MARKET.
13              DID YOU -- WOULD YOU TELL US WHAT IT WAS
14    LIKE WORKING ON THE GALAXY PHONE, THE DESIGN
15    ASPECTS FOR THE USER EXPERIENCE THAT YOU WORKED ON?
16    A    YES, I CAN.  SAMSUNG IS A COMPANY THAT'S VERY
17    TOUGH TO WORK AT AND IN KOREA.  IT'S A VERY HARD
18    WORKING TYPE OF COMPANY.  ANYWAY, WHEN WE WERE
19    DESIGNING GALAXY SI, WE HAD PEOPLE FROM SEOUL AND
20    ALSO FROM SUWON, AND ALSO FROM GUMI.  THE PEOPLE
21    FROM SUWON, THERE WERE HUNDREDS OF DEVELOPERS, AND
22    ALSO PEOPLE FROM GUMI, THERE WERE MULTIPLE OF TENS
23    WHO WERE INVOLVED IN VERIFICATIONS.
24              SO WITH ALL THOSE PEOPLE COMING FROM
25    DIFFERENT PLACES.  THERE WAS AT ONE POINT WHERE WE
```

1   HAD ALL COME TOGETHER AND WORKED TOGETHER AS A TEAM
2   FOR ABOUT THREE MONTHS AND DURING THAT TIME PERIOD
3   OF THREE MONTHS, MY RECOLLECTION WOULD BE THAT I
4   SLEPT PERHAPS TWO HOURS OR THREE HOURS A NIGHT.
5   THAT WAS ABOUT IT.
6          AND ALSO DURING THAT TIME PERIOD, I
7   ACTUALLY ENCOUNTERED SOMETHING THAT WAS VERY
8   DIFFICULT FOR ME.  BACK THEN I HAD JUST GIVEN BIRTH
9   TO A NEWBORN, AND I WAS FEEDING MOTHER'S MILK TO
10  THE BABY.  BUT SINCE I WASN'T ABLE TO BE WITH THE
11  BABY SO MUCH, I HAD TO SAVE THE BREAST MILK.
12         BUT IT JUST HAPPENED THAT I WASN'T ABLE
13  TO DO THAT ON A CONSISTENT BASIS.  SO MY
14  RECOLLECTION WAS THAT THE BREAST FEEDING HAD TO
15  COME TO A STOP BECAUSE I HAD -- MY BODY WOULD NOT
16  GIVE MILK ANY MORE.
17  Q    SO IT WAS A DEVELOPING, THE USER INTERFACE,
18  THE ICONS, THAT MENU PAGE, WAS THAT A VERY INTENSE
19  PERIOD OF HARD WORK FOR YOU?
20  A    THAT'S CORRECT.  THOSE WERE DIFFICULT TIMES.
21  Q    LET'S TALK ABOUT SOME -- LET'S TALK ABOUT
22  ICONS AND ICON DESIGN.
23         WHAT FACTORS DO YOU CONSIDER MOST
24  IMPORTANT IN DESIGNING AN EFFECTIVE ICON?
25  A    THERE ARE A FEW THINGS THAT'S IMPORTANT WHEN