# Exhibit 56



# Relative Evaluation Report on S1, iPhone

March 2, 2010

Product Engineering Team
SW Verification Group

PLAINTIFF'S EXHIBIT NO. 44
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00203880

# 126. Visual Interaction Effect _ Icon

❑ **Graphical UI of the menu icons are monotonous.**

- **i-Phone** : It maximizes a 3 dimensional effect utilizing light and the curve of icon frames is smooth
- **S1** : There is no feeling of receiving light, and deficient feeling of softness in the curvature of icon corners.

| i-Phone | | GT-i9000 | |
|---|---|---|---|
|  | Light used for a three dimensionality; gives a luxurious feel.<br><br>Curves are fluid to give a soft and comfortable feel. |  | Menu icons lacking in three dimensional effect using light.<br><br>Icon edge curvature not fluid.<br><br>Strong impression that iPhone's icon concept was copied. |
| **Directions for Improvement** | Insert effects of light for a softer, more luxurious icon implementation.<br>Make the edge curve more smooth to erase the hard feel.<br>Remove a feeling that iPhone's menu icons are copied by differentiating design. | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00204010