Exhibit 57

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4


 5
     APPLE INC., A CALIFORNIA       ) C-11-01846 LHK
 6   CORPORATION,                   )
                                    ) SAN JOSE, CALIFORNIA
 7              PLAINTIFF,          )
                                    ) AUGUST 7, 2012
 8        VS.                       )
                                    ) VOLUME 5
 9   SAMSUNG ELECTRONICS CO.,       )
     LTD., A KOREAN BUSINESS        ) PAGES 1297-1637
10   ENTITY; SAMSUNG                )
     ELECTRONICS AMERICA,           )
11   INC., A NEW YORK               )
     CORPORATION; SAMSUNG           )
12   TELECOMMUNICATIONS             )
     AMERICA, LLC, A DELAWARE       )
13   LIMITED LIABILITY              )
     COMPANY,                       )
14                                  )
                DEFENDANTS.         )
15   _____

16            TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18


19


20            APPEARANCES ON NEXT PAGE

21


22


23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24                            IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25
```

```
 1      A P P E A R A N C E S:

 2      FOR PLAINTIFF          MORRISON & FOERSTER
        APPLE:                 BY:   HAROLD J. MCELHINNY
 3                                   MICHAEL A. JACOBS
                                     RACHEL KREVANS
 4                             425 MARKET STREET
                               SAN FRANCISCO, CALIFORNIA   94105
 5

 6      FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
        APPLE:                 HALE AND DORR
 7                             BY:   WILLIAM F. LEE
                               60 STATE STREET
 8                             BOSTON, MASSACHUSETTS   02109

 9                             BY:   MARK D. SELWYN
                               950 PAGE MILL ROAD
10                             PALO ALTO, CALIFORNIA   94304

11      FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                               OLIVER & HEDGES
12                             BY:   CHARLES K. VERHOEVEN
                                     ANNE ABRAMOWITZ
13                             50 CALIFORNIA STREET, 22ND FLOOR
                               SAN FRANCISCO, CALIFORNIA   94111
14
                               BY:   VICTORIA F. MAROULIS
15                                   KEVIN P.B. JOHNSON
                               555 TWIN DOLPHIN DRIVE
16                             SUITE 560
                               REDWOOD SHORES, CALIFORNIA   94065
17
                               BY:   MICHAEL T. ZELLER
18                                   WILLIAM C. PRICE
                               865 SOUTH FIGUEROA STREET
19                             10TH FLOOR
                               LOS ANGELES, CALIFORNIA   90017
20

21

22

23

24

25
```

1

2                              INDEX OF WITNESSES

3       PLAINTIFF'S

4       **PETER BRESSLER**
             REDIRECT EXAM BY MS. KREVANS (RES.)  P. 1336
5            RECROSS-EXAM BY MR. VERHOEVEN        P. 1349
             FURTHER REDIRECT BY MS. KREVANS      P. 1354
6

7       **SUSAN KARE**
             DIRECT EXAM BY MS. KREVANS           P. 1356
8            CROSS-EXAM BY MR. VERHOEVEN          P. 1414
             REDIRECT EXAM BY MS. KREVANS         P. 1478
9            RECROSS-EXAM BY MR. VERHOEVEN        P. 1489
             FURTHER REDIRECT BY MS. KREVANS      P. 1492
10           FURTHER RECROSS BY MR. VERHOEVEN     P. 1493

11

12      **RUSSELL WINER**
             DIRECT EXAM BY MR. JACOBS            P. 1496
13           CROSS-EXAM BY MR. VERHOEVEN          P. 1529
             REDIRECT EXAM BY MR. JACOBS          P. 1565
14           RECROSS-EXAM BY MR. VERHOEVEN        P. 1572
             FURTHER REDIRECT BY MR. JACOBS       P. 1576
15

16      **HAL PORET**
             DIRECT EXAM BY MR. JACOBS            P. 1577
17           CROSS-EXAM BY MR. PRICE              P. 1591

18

19

20

21

22

23

24

25

```
1
                        INDEX OF EXHIBITS
2
                              MARKED        ADMITTED
3
       PLAINTIFF'S
4
       1042                                  1365
5      158-A                                 1478
       1039                                  1499
6      56                                    1515
       5 AND 6                               1525
7      5636                                  1526
       158-A                                 1578
8      23                                    1579
```

```
 1              MS. KREVANS:  AND, YOUR HONOR, IT'S AN
 2   ADMISSION.  IT'S A SAMSUNG DOCUMENT.  THE WITNESS
 3   REVIEWED THE DOCUMENT, AND THERE IS NO REASON WHY
 4   IT IS IMPROPER FOR HER TO TESTIFY ABOUT WHAT THE
 5   DOCUMENT SHOWS.
 6              THE COURT:  AS AN EXPERT?
 7              MS. KREVANS:  AS AN EXPERT.
 8              THE COURT:  GO AHEAD.
 9              MS. KREVANS:  THANK YOU.
10   Q    OKAY.  COULD YOU -- SO, YOUR HONOR, I THINK
11   WHAT WE NOW HAVE IN IS, JUST FOR THE RECORD, THE
12   COVER AND PAGES, IN TOTAL, 43, 51, 122, 127, AND
13   131.
14              THE COURT:  NO.  I DIDN'T SAY THAT THEY
15   WERE ADMITTED.  AND I'M NOT GOING TO LET YOU
16   PUBLISH THEM TO THE JURY UNLESS IT'S ADMITTED.  IF
17   YOU WANT TO SHOW THEM, PAGES 58, 122, AND 131, YOU
18   CAN.
19   BY MS. KREVANS:
20   Q    DR. KARE, DID THE CONTENTS OF EXHIBIT 44
21   CONFIRM IN ANY WAY -- STRIKE THAT.
22              CAN YOU TELL US WHETHER -- WHAT
23   CONCLUSIONS YOU DREW FROM THE CONTENTS OF EXHIBIT
24   44, BUT REFERENCE, PLEASE, IN YOUR TESTIMONY IF YOU
25   TALK SPECIFICALLY, ONLY THE CONTENTS OF PAGES 122
```

1  AND 131.
2  A    I'M SORRY.  CAN I EXPLAIN WHAT WAS ON ANOTHER
3  PAGE AND HOW IT AFFECTED ME WITHOUT SHOWING IT?
4           MS. KREVANS:  YOUR HONOR, I THINK THIS
5  WOULD BE --
6           THE COURT:  I'M GOING TO ALLOW THAT.  GO
7  AHEAD.
8           THE WITNESS:  CAN I READ FROM IT AND
9  DESCRIBE THE ILLUSTRATION?
10          MR. VERHOEVEN:  WE WOULD OBJECT TO THAT,
11 YOUR HONOR.
12          THE COURT:  WHY DON'T YOU JUST DESCRIBE
13 THE ILLUSTRATION.
14 BY MS. KREVANS:
15 Q    WHY DON'T YOU JUST DESCRIBE IT, DR. KARE?
16 A    OKAY.  I SAW, ON A SERIES OF PAGES, WHERE
17 THE -- AT THE TOP OF THE PAGE, IT TALKS ABOUT SOME
18 ASPECT OF ICON DESIGN, AND THEN ON THE LEFT,
19 THERE'S A PICTURE OF THE IPHONE HOME SCREEN, ON THE
20 RIGHT THERE'S A PICTURE OF THE GT I9000, SAME SIZE,
21 SIDE BY SIDE, AND THEN THERE'S BULLET POINTS BESIDE
22 EACH ONE.
23          AND, TYPICALLY, IN ONE OF THESE SCREENS,
24 IT TALKS ABOUT THAT THERE'S CONFUSION ABOUT THE
25 SIMILARITY OF ICONS ON THE SAMSUNG SCREEN.

1           AND THEN THE DOCUMENT TALKS ABOUT HOW
2    APPLE DOES IT BETTER, HOW THEY DIFFERENTIATE, A
3    LITTLE BIT ABOUT THE ICON STYLE.
4           AND THEN AT THE BOTTOM OF EVERY ONE OF
5    THESE PAGES, THERE'S A PINK BOX AND IT SAYS,
6    "DIRECTIONS FOR IMPROVEMENT," AND THEN IT SUGGESTS
7    WHAT SAMSUNG DESIGNERS OUGHT TO DO TO MAKE THEIR
8    PHONE BETTER, CHANGES OR, YOU KNOW, NOTE THIS AND
9    TRY TO DO THIS.
10          AND THERE ARE RED RINGS AROUND PARTICULAR
11   ICONS ON THE APPLE SCREEN AND ON THE SAMSUNG
12   SCREEN, AND I CAN SEE HOW, BY LOOKING AT WHAT
13   ULTIMATELY HAPPENED, HOW CONCRETE ASPECTS OF THE
14   APPLE ICONS AFFECTED WHAT ULTIMATELY WERE IN THE
15   PHONES THAT I LOOKED AT.
16          SO IT DID HAVE -- IT'S HARD TO -- NOT TO
17   SEE FROM WHAT WAS SHOWN TO ME AS AN INTERNAL
18   SAMSUNG DESIGN DOCUMENT, HOW -- WHAT HAPPENED.
19          MS. KREVANS:  NOTHING FURTHER, YOUR
20   HONOR.
21          MR. VERHOEVEN:  I'M GOING TO OBJECT AND
22   MOVE TO STRIKE THAT LAST ANSWER.
23          THE COURT:  OVERRULED.  OVERRULED.
24          NOW, THE TIME IS 11:06.  GO AHEAD WITH
25   YOUR CROSS, PLEASE.