# Exhibit 58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00274819



# Lessons from Apple

Neal Zuckerman & Kate McCarthy (BCG)

November 3, 2010

**THE BOSTON CONSULTING GROUP**

PLAINTIFF'S EXHIBIT NO. 54
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00274831

# Apple's sleek and intuitive user interface has been a key driver of its value proposition

**The OS X / iOS UI has been a critical competitive asset ...**

**Clean, beautiful interface**
- Clean menu screens

**Intuitive, user-friendly navigation & visual elements**
- Contextual menus
- Minimization of complexity

**Strong consistency of user experience across applications and devices**




**... that Apple has successfully migrated across devices to support a strong, consistent user experience**



Source: BCG analysis

THE BOSTON CONSULTING GROUP

12