# Exhibit 59

**Sender: SUNGSIK LEE tonyss.lee@samsung.com**
**Date Sent: Tuesday, March 2, 2010 9:16**
**Subject: To UX Executives…**

PLAINTIFF'S EXHIBIT NO. 194
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

**Importance: HIGH**

This is Principal Sungsik Lee.

At the Lismore critique meeting yesterday, CEO Gee Sung Choi strongly pointed out Samsung UX's mindset of "clinging to the past generation."

This is being interpreted as an instruction to think about and decide all matters from the perspective of the user. (Not suppliers or providers...) The most representative example is obviously the iPhone.

Of course this must be distinguished from saying that we should do something simply because the iPhone did it that way, but he told us to make judgments based on user convenience, rather than through logical reasoning. For example, he pointed out problems such as where to place "0" level when it comes to messaging. Because of the current integrated messaging, when one opens the Messages app, one must again select between Messages or E-mail, and even after again selecting Messages while there, one is taken to the List rather than to the Compose Message window. As such, the user who intended to compose a message eventually loses patience. (Even though this sequence is not wrong logically.) Although this is extreme, I feel this is our current situation in UX.

In the end, we must learn through the lessons of the iPhone that just providing every good feature isn't the way to go about it. Although everyone would agree with this, we would face huge obstacles when putting this into practice. The reality is that it is difficult to remove properly even a small function. The person in charge of each market will prevent it, managers who know the past history will prevent it, product planners will prevent it, and it will be prevented due to insufficient development schedules, and it will be prevented also due to instructions from someone, and so on.

I am not saying to make a UX that is exactly identical to the iPhone, but I am saying to learn the wisdom of the the iPhone and recognize the standard (?) of the industry which was set by them already.

Will we be held back by the attributes which were advantages in the past? Will we accept the new trends?

1.  Shall we offer both the Folder view and Conversation view in Messages?
2.  Shall we offer the Folders through both the Tap method and List method in E-mails?
3.  Shall we offer all of multi-tasking?
4.  Shall we offer all of Delta as a function, which has more functionality than the iPhone?
    Urgent problems such as the above are piling up.
    (During yesterday's meeting, the decision to offer both pinch zoom and one-finger zoom was canceled, and it was decided to only offer pinch zoom.)

We must engage in thoughtful reflection in order to create a high quality UX that will not only restore our company's faith in our UX and prove our department's worth, but also be a future market success.

Please weigh in with your opinion so we can compile excellent opinions.

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10247549