Exhibit 60

# Samsung mobile icon design for 2011

Samsung confidential

**PLAINTIFF'S EXHIBIT NO. 55**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Highly Confidential - Attorneys' Eyes Only

SAMNDCA20007208

# How did we do



**2007**
Touchwiz 1.0 icons
(TFT LCD)

**2008**
Touchwiz 1.0
(OLED)

**2009**
Touchwiz 2.0 icons
(OLED)

**2010**
Touchwiz 3.0 icons
(super OLED)

*OLED display is naturally achieve higher contrast ratios than LCD screens

Samsung confidential

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA20007212