# EXHIBIT 62

# SUBMITTED UNDER SEAL