# EXHIBIT 63

# SUBMITTED UNDER SEAL