# Exhibit 64

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA      )  C-11-01846 LHK
6  CORPORATION,                  )
                                 )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,        )
                                 )  AUGUST 10, 2012
8          VS.                   )
                                 )  VOLUME 6
9  SAMSUNG ELECTRONICS CO.,      )
   LTD., A KOREAN BUSINESS       )  PAGES 1638-1988
10 ENTITY; SAMSUNG               )
   ELECTRONICS AMERICA,          )
11 INC., A NEW YORK              )
   CORPORATION; SAMSUNG          )
12 TELECOMMUNICATIONS            )
   AMERICA, LLC, A DELAWARE      )
13 LIMITED LIABILITY             )
   COMPANY,                      )
14                               )
              DEFENDANTS.        )
15 _____

16           TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18

19

20          APPEARANCES ON NEXT PAGE

21

22

23 OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
24

25

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF         MORRISON & FOERSTER
      APPLE:                BY:  HAROLD J. MCELHINNY
 3                               MICHAEL A. JACOBS
                                 RACHEL KREVANS
 4                          425 MARKET STREET
                            SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
      APPLE:                HALE AND DORR
 7                          BY:  WILLIAM F. LEE
                            60 STATE STREET
 8                          BOSTON, MASSACHUSETTS  02109

 9                          BY:  MARK D. SELWYN
                            950 PAGE MILL ROAD
10                          PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:    QUINN, EMANUEL, URQUHART,
                            OLIVER & HEDGES
12                          BY:  CHARLES K. VERHOEVEN
                            50 CALIFORNIA STREET, 22ND FLOOR
13                          SAN FRANCISCO, CALIFORNIA  94111

14                          BY:  VICTORIA F. MAROULIS
                                 KEVIN P.B. JOHNSON
15                          555 TWIN DOLPHIN DRIVE
                            SUITE 560
16                          REDWOOD SHORES, CALIFORNIA  94065

17                          BY:  MICHAEL T. ZELLER
                                 WILLIAM C. PRICE
18                          865 SOUTH FIGUEROA STREET
                            10TH FLOOR
19                          LOS ANGELES, CALIFORNIA  90017

20                          BY:  EDWARD J. DEFRANCO
                            51 MADISON AVENUE, 22ND FLOOR
21                          NEW YORK, NEW YORK  10010

22

23

24

25
```

```
1                      INDEX OF WITNESSES

2         PLAINTIFF'S

3         HAL PORET
                  CROSS-EXAM BY MR. PRICE (RES.)    P. 1665
4                 REDIRECT EXAM BY MR. JACOBS       P. 1687

5         KENT VAN LIERE
                  DIRECT EXAM BY MR. JACOBS         P. 1690
6                 CROSS-EXAM BY MR. PRICE           P. 1702

7         RAVIN BALAKRISHNAN
                  DIRECT EXAM BY MR. JACOBS         P. 1723
8                 CROSS-EXAM BY MR. JOHNSON         P. 1769
                  REDIRECT EXAM BY MR. JACOBS       P. 1806
9                 RECROSS-EXAM BY MR. JOHNSON       P. 1813

10        KARAN SINGH
                  DIRECT EXAM BY MR. JACOBS         P. 1815
11                CROSS-EXAM BY MR. DEFRANCO        P. 1848
                  REDIRECT EXAM BY MR. JACOBS       P. 1909
12

13        JOHN HAUSER
                  DIRECT EXAM BY MR. JACOBS         P. 1914
14                CROSS-EXAM BY MR. PRICE           P. 1917
                  REDIRECT EXAM BY MR. JACOBS       P. 1945
15                RECROSS-EXAM BY MR. PRICE         P. 1948

16        BORIS TEKSLER
                  DIRECT EXAM BY MR. MUELLER        P. 1951
17                CROSS-EXAM BY MS. MAROULIS        P. 1964

18

19

20

21

22

23

24

25
```

1       MR. PRICE:  NO OBJECTION.

2       THE COURT:  ALL RIGHT.  HE'S CERTIFIED.

3   BY MR. JACOBS:

4   Q    NOW, WE ASKED YOU IN THIS CASE TO CONDUCT A

5   SURVEY; CORRECT, SIR?

6   A    YES, THAT'S CORRECT.

7   Q    WHAT DID WE ASK YOU TO DO?

8   A    I WAS ASKED TO CONDUCT TWO SURVEYS TO

9   DETERMINE HOW MUCH MONEY, IF ANY, SAMSUNG CONSUMERS

10  WOULD PAY FOR THE FEATURES ASSOCIATED WITH THE

11  PATENTS THAT ARE AT ISSUE IN THIS LITIGATION.

12  Q    I'D LIKE YOU TO TURN TO PX 30 IN YOUR BINDER,

13  PLEASE.

14  A    YES, I HAVE IT.

15  Q    WHAT IS PX 30?

16  A    PX 30 IS AN EXHIBIT THAT I PREPARED TO

17  SUMMARIZE MY FINDINGS.

18      MR. JACOBS:  YOUR HONOR, WE'D OFFER PX 30

19  INTO EVIDENCE.

20      MR. PRICE:  NO FURTHER OBJECTIONS.

21      THE COURT:  ALL RIGHT.  THAT'S ADMITTED.

22      (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

23      30, HAVING BEEN PREVIOUSLY MARKED FOR

24      IDENTIFICATION, WAS ADMITTED INTO

25      EVIDENCE.)

 1    BY MR. JACOBS:

 2    Q    WHAT CONCLUSIONS DID YOU DRAW FROM THE SURVEY

 3    THAT YOU CONDUCTED?

 4    A    I CONCLUDED THAT SAMSUNG CONSUMERS ARE WILLING

 5    TO PAY A SUBSTANTIAL PRICE PREMIUM FOR THE FEATURES

 6    THAT ARE ASSOCIATED WITH THE PATENTS THAT ARE AT

 7    ISSUE IN THIS CASE.

 8    Q    AND WHAT DO THE RESULTS OF YOUR SURVEY REFLECT

 9    REGARDING CONSUMER DEMAND FOR THOSE PATENTED

10    FEATURES?

11    A    THE RESULTS REFLECT THAT THERE IS SUBSTANTIAL

12    DEMAND FOR THE FEATURES ASSOCIATED WITH THE PATENTS

13    AT ISSUE IN THIS CASE.

14              MR. JACOBS:  THANK YOU, DR. HAUSER.  I

15    HAVE NO FURTHER QUESTIONS.

16              THE COURT:  ALL RIGHT.  THE TIME IS NOW

17    3:30.

18              GO AHEAD, PLEASE.

19              MR. PRICE:  YOUR HONOR, I MOVE TO STRIKE

20    THE ENTIRE TESTIMONY.  THERE'S NO FOUNDATION FOR

21    THE JURY TO CONCLUDE HOW IT WAS DONE OR WHAT WAS

22    DONE.

23              THIS IS, IN THE INTERESTS OF TIME, GAME

24    PLAYING.  I WILL HAVE TO EXPLAIN THE ENTIRE SURVEY,

25    SO I MOVE TO STRIKE IT IN ITS ENTIRETY.

1

2

3

4                      CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21                      /S/

                         _____
22                      LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
23

24                      DATED:  AUGUST 11, 2012

25