Exhibit 66

Highly Confidential - Attorneys' Eyes Only



# Browser Zooming Methods UX Exploration Study
Samsung Telecommunications America | User Experience

4-17-2009
Contact: Sang Hung 1-214-862-2578

PLAINTIFF'S EXHIBIT NO. 38
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Samsung | Confidential | STA UX

SAMNDCA11104115



Plaintiff's Exhibit No. 38.19

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11104133

## Task / Most Preferred Zooming Method

The most preferred method is "Double-Tap" Zooming (8 out of 9 respondents except the iphone respondent.)

Simplicity is the primary reason of the choice.





Plaintiff's Exhibit No. 38.24

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104138

## Design & Research Recommendations / Suggestions

Adopt Double-Tap as a supplementary zooming method for up to 2 levels of zooming and back to original in mass market touch devices. The UX of iphone can be used as a design benchmark.

Apply double-tap method consistently in other applications supporting zooming (e.g., camera zoom).


