Exhibit 67

*Translation*

CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00508318

# 「Behold3」 Usability Evaluation Results

2010. 5. 10

S/W Verification Group

PLAINTIFF'S EXHIBIT NO. 46
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Translation

Google Concept

## 47. Aesthetics_Browsing

[ Perceived Satisfaction Interview Results ]

CONFIDENTIAL

☐ No visual effects provided when a web page is dragged to its endpoint
- Behold3: Even when webpage is dragged to its end, only information is provided without any effect.
- iPhone: Generates fun for the user with a visual element that seems to bounce.

| Behold3 | iPhone |
|---|---|
|  Plain because no special effects are provided when dragging web page to the bottommost or side edges. |  If a web page is dragged to the edge and the hand is released, a bouncing visual effect is provided. |

| Direction of Improvement | Provide a fun visual effect when dragging a web page.<br>=> Corresponding effect not supported, issue shared by [Browser] Android Éclair. |
|---|---|

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00508383