Exhibit 68

CONFIDENTIAL

# Winning in smartphones – It's now or never



Steering Committee Meeting II
December 10, 2009

This report is solely for the use of client personnel. No part of it may be circulated, quoted, or reproduced for distribution outside the client organization without prior written approval from McKinsey & Company. This material was used by McKinsey & Company during an oral presentation; it is not a complete record of the discussion.



McKinsey&Company

0

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10807316

## C1 Address UI gap between Android and iPhone

| Navigation | Browser |
|---|---|
|   |   |
| **More intuitive and faster to use on iPhone** | **Better browser experience on iPhone** |
| • Preferred applications always visible<br>• Number of unread messages visible next to application icon<br>• Applications visible in homescreen, no separate application menu | • Pinch to zoom in browser allows more intuitive and easier browsing<br>• Copy/paste functionaly, e.g. copy option is automatically triggered when user selects an area, whereas in Android users have to go to submenu |

"*lack of user-oriented elegance. The Android UI is not terrible, but it clearly has not received the care and attention it deserves*" – Computer World (IDG)

"*...called the Droid's interface less intuitive than that of the iPhone*" – WSJ

SOURCE: Websites; team analysis

McKinsey & Company | 45

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10807361