Exhibit 1



# Marylee P. Robinson, CPA/CFF, CFE, CIRA, MBA

Marylee P. Robinson
Director

**Invotex Group**
1637 Thames Street
Baltimore, Maryland 21231
Tel  410 824-6006
Fax  410 752-7227

mrobinson@invotex.com

**Education and Professional**

- MBA, 2006, Loyola University Maryland
- BS, 2000,  University of Maryland, College Park
- Certified Public Accountant (CPA), 2007
- Certified Insolvency and Restructuring Advisor (CIRA), 2007
- Certified Fraud Examiner (CFE), 2009
- Certified in Financial Forensics (CFF), 2009

**Employment**

- Invotex Group
- PENTA Advisory Services, LLC
- Navigant Consulting, Inc.

**Professional Associations**

- American Institute of Certified Public Accountants
- Association of Certified Fraud Examiners
- Association of Insolvency and Restructuring Advisors
- Maryland Association of Certified Public Accountants

## Current Position

Marylee Robinson is a Director with Invotex Group.  She has more than 10 years of experience providing a variety of litigation consulting services, including determinations of damages in commercial litigation matters, fraud and forensic accounting investigations, and consulting on restructuring and insolvency matters.

## Professional Experience

In her capacity as a Director with Invotex Group, Ms. Robinson has worked on the financial aspects of varying types of significant litigation matters including damages relating to intellectual property infringement, accounting malpractice, and fraud investigations.

She has experience with all aspects of the expert witness preparation process: creating document discovery requests, analyzing and modeling financial and economic data, performing industry research, assisting with the drafting of expert reports for court submission, creating trial exhibits, and preparing expert witnesses for deposition and trial. Further, Ms. Robinson has been retained as an expert in multiple matters.

Ms. Robinson has been engaged in a number of different intellectual property matters, focusing on preparing lost profits, price erosion and reasonable royalty damages.  Her experience in these matters has covered such industries as pharmaceuticals, software, and most recently electronic devices, including smartphones and tablets.

She also has assisted in the preparation of expert reports in multiple accounting malpractice matters.  Her accounting malpractice work has involved analyzing company accounting records, audit workpapers, as well as relevant authoritative guidance.

Ms. Robinson's fraud investigation work recently included assisting the Department of Justice in its conviction of the chairman and principal owner of a mortgage banking business for his role in a $3 billion fraud. She performed complex analysis and comparisons of various internal accounting systems, traced funds across numerous accounts and systems, and analyzed the adequacy of pledged collateral at various points in time.  Ms. Robinson assisted with

multiple aspects of trial including preparation of trial demonstratives and witness preparation.

She also has extensive experience in restructuring and insolvency matters including: analysis of fraudulent transfers and preference payments, bankruptcy/reorganization planning, preparation of bankruptcy filing schedules, preparation of monthly operating reports, and analysis of proofs of claim. Ms. Robinson's experience in bankruptcy and troubled company services has covered such industries as non-profit, retail, food service, and healthcare.

### Expert Reports

- Expert Report (co-issued with Joeseph S. Estabrook) in the matter of TAYLOR v. HERNANDEZ-DIAZ, Case No. 347957, in Montgomery County Circuit Court, MD, February 2012.

### Papers, Publications and Presentations

- "IP Licensing and Anti-kickback Considerations for Life Science Companies" (with Edward A. Gold and Scott J. Williams), Invotex Group Litigation Perspectives, Fall 2011.

- "Patent Litigation Damages: Apportionment Yes, But How?" (with Scott J. Williams), Invotex Group Litigation Perspectives, Spring 2011.

- "Damage limitations" (with Michele Riley), World Trademark Review, December/January 2010.

- "Causation: A Driving Force to Lost Profit Damages" (with Joseph S. Estabrook and William J. Bavis), Expert Witnesses, 2010 Annual Review (from the ABA section of Litigation's Committee on Expert Witnesses), 2010.