Exhibit 2

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 2

## Analysis of Damages per Unit Based on
## the Jury Verdict

| | | | |
|---|---|---|---|
| Total Jury Verdict | 1/ | $ | 1,049,343,540 |
| Total Infringing Units Sold | 2/ | | 20,820,168 |
| **Average Damages Per Unit** | | **$** | **50.40** |

**Sources/Notes:**

1/   [DKT#1931] Amended Verdict Form filed 8/24/2012, p.15.

2/   See EXHIBIT 2.1. Unit sales calculated from start of violation of unregistered
trade dress; for registered trade dress, design patents and utility patents
damages calculated as of the first unlawful sale occurring on or after August
4, 2010.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Infringing Products and Accumulated Damages** 1/ 2/

| Infringing Product (Units) | Start Date | 2010 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Galaxy Tab | 8/4/2010 | | | - | - | 220 | 236,465 | 25,414 |
| Galaxy Tab 10.1 | 8/4/2010 | | | | | - | - | - |
| Galaxy Tab 10.1 LTE | n/a | | | | | | | |
| **Tablet Units** | | **-** | **-** | **-** | **-** | **220** | **236,465** | **25,414** |
| | | | | | | | | |
| Captivate | 8/4/2010 | | | 167,644 | 105,982 | 117,540 | 30,096 | 103,745 |
| Continuum | 8/4/2010 | | | | | 2,389 | 104,401 | 66,770 |
| Droid Charge | 8/4/2010 | | | - | - | - | - | - |
| Epic 4G | 8/4/2010 | | | 194,844 | 157,610 | 160,590 | 155,355 | 13,430 |
| Exhibit 4G | 8/4/2010 | | | - | - | - | - | - |
| Fascinate | 7/11/2008 | - | - | 49,190 | 491,801 | 329,939 | 81,703 | 74,573 |
| Galaxy Ace | n/a | | | | | | | |
| Galaxy Prevail | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S (i9000) | n/a | | | | | | | |
| Galaxy S 4G | 7/11/2008 | - | - | - | - | - | - | - |
| Galaxy S II (AT&T Edition, 4G) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Epic 4G Touch) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Skyrocket) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (T-Mobile edition) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S Showcase | 7/11/2008 | - | - | - | - | - | 15,890 | 15,610 |
| Gem | 8/4/2010 | | | - | - | - | - | - |
| Indulge | 8/4/2010 | | | - | - | - | - | - |
| Infuse 4G | 8/4/2010 | | | - | - | - | - | - |
| Intercept | n/a | | | | | | | |
| Mesmerize | 7/11/2008 | - | - | - | - | 32,620 | 68,780 | 18,230 |
| Nexus S 4G | 8/4/2010 | | | - | - | - | - | - |
| Replenish | 8/4/2010 | | | - | - | - | - | - |
| Transform 3/ | 11/30/2010 | | | | | | 1,680 | 15,620 |
| Vibrant | 7/11/2008 | 6,230 | 331,890 | 108,506 | 193,919 | 217,080 | 97,181 | 18,360 |
| **Smartphone Units** | | **6,230** | **331,890** | **520,184** | **949,312** | **860,158** | **555,086** | **326,338** |
| **Total Infringing Units** | | **6,230** | **331,890** | **520,184** | **949,312** | **860,378** | **791,551** | **351,752** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Damages per Unit** 4/ | | $ | 50.40 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Damages** | | $ | 313,994 | $ 16,727,368 | $ 26,217,450 | $ 47,845,647 | $ 43,363,343 | $ 39,894,455 | $ 17,728,420 |

**Sources/Notes:**

1/ STA and SEA unit sales per SAMNDCA00402075 and '4875335_1_Highly Confidential  Attorneys Eyes Only Worldwide Accused Model 2012 2Q update.xls'.

2/ Unit sales calculated from start of violation of unregistered trade dress; for registered trade dress, design patents and utility patents damages calculated as of the first unlawful sale occurring on or after August 4, 2010.

3/ Units for the Transform start on November 30, 2010, the issue date of the '915 patent which was the only patent the jury found the Transform to infringe.

4/ See EXHIBIT 4.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages 1/ 2/

| Infringing Product (Units) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2011 | | | | | | |
| Galaxy Tab | 33,372 | 17,799 | 25,815 | 51,648 | 31,986 | 49,120 | 55,169 | 32,434 | 4,327 | 65,354 | 26,356 | 10,141 |
| Galaxy Tab 10.1 | - | - | - | | 5,640 | 127,558 | 38,523 | 48,964 | 45,899 | 94,184 | 73,189 | 46,066 |
| Galaxy Tab 10.1 LTE | | | | | | | | | | | | |
| **Tablet Units** | **33,372** | **17,799** | **25,815** | **51,648** | **37,626** | **176,678** | **93,692** | **81,398** | **50,226** | **159,538** | **99,545** | **56,207** |
| | | | | | | | | | | | | |
| Captivate | 93,485 | 88,043 | 47,819 | 41,468 | 27,690 | 100,537 | 84,038 | 77,167 | 20,087 | 24,648 | 31,850 | 21,608 |
| Continuum | 230 | (21) | 7,144 | 11,406 | 18,328 | 30,141 | 51,299 | 18,007 | 10,164 | (51) | (95) | 62 |
| Droid Charge | - | - | - | 213,600 | 107,890 | 130,577 | 95,049 | 53,405 | 6,964 | 28,491 | 31,767 | 31,623 |
| Epic 4G | 131,594 | 81,280 | 154,540 | 119,070 | 232,320 | 169,110 | 67,140 | 1,890 | - | 36,540 | 61,320 | 37,857 |
| Exhibit 4G | - | - | - | - | - | 117,781 | 26,986 | 61,128 | 44,221 | 15,117 | 17,873 | (33) |
| Fascinate | 107,877 | 7,350 | 45,525 | 121,909 | 46,583 | 29,420 | 34,191 | 6,260 | 7,872 | (36) | (180) | 49 |
| Galaxy Ace | | | | | | | | | | | | |
| Galaxy Prevail | - | - | - | 104,820 | 247,800 | 313,320 | 262,290 | 201,600 | 74,970 | 99,840 | 185,400 | 46,800 |
| Galaxy S (i9000) | | | | | | | | | | | | |
| Galaxy S 4G | - | 208,190 | 145,365 | 142,090 | 16,920 | 94,050 | 95,087 | 136,560 | 70,337 | 45,043 | 73,118 | 118,942 |
| Galaxy S II (AT&T Edition, 4G) | - | - | - | - | - | - | - | - | 110,319 | 156,116 | 101,115 | 16,111 |
| Galaxy S II (Epic 4G Touch) | - | - | - | - | - | - | - | 20 | 164,700 | 138,985 | 204,320 | 70,607 |
| Galaxy S II (Skyrocket) | - | - | - | - | - | - | - | - | - | 13,640 | 149,066 | 165,066 |
| Galaxy S II (T-Mobile edition) | - | - | - | - | - | - | - | - | - | 257,075 | 60,141 | 115,070 |
| Galaxy S Showcase | 13,500 | 10,610 | 14,090 | 25,290 | 24,909 | 28,285 | 29,288 | 33,788 | 10,995 | 3,159 | 26,347 | 12,755 |
| Gem | 17,920 | 16,240 | 62,976 | 55,864 | 27,186 | 70,417 | 47,533 | 28,724 | 25,440 | 18,097 | 4,104 | (400) |
| Indulge | - | 96,484 | 47,236 | (7) | (11) | (33) | 19,942 | 30,733 | 15,001 | 18,203 | 25,204 | 17,860 |
| Infuse 4G | - | - | - | 5,000 | 248,996 | 34,230 | 90,035 | 130,057 | 140,003 | 87,259 | 112,949 | 2,114 |
| Intercept | | | | | | | | | | | | |
| Mesmerize | 47,170 | 45,040 | 57,170 | 88,061 | 61,429 | 56,793 | 375 | 23,471 | 30,672 | 56,199 | 60,213 | 10,746 |
| Nexus S 4G | - | - | - | 80,250 | 297,300 | 23,100 | 17,000 | 640 | - | - | 80,400 | (2) |
| Replenish | - | - | - | 81,940 | 217,410 | 139,185 | 59,680 | 42,549 | 47,245 | 14,660 | 20 | 198 |
| Transform 3/ | 91,980 | 65,560 | 31,750 | 49,770 | 44,220 | 22,050 | 32,280 | 27,720 | - | - | - | |
| Vibrant | 31,903 | 1,000 | 7,920 | 1,580 | 5,485 | (1) | (4) | - | (6) | 2 | (2) | - |
| **Smartphone Units** | **535,659** | **619,776** | **621,535** | **1,142,111** | **1,624,455** | **1,358,962** | **1,012,209** | **879,099** | **778,984** | **1,012,987** | **1,224,930** | **667,033** |
| **Total Infringing Units** | **569,031** | **637,575** | **647,350** | **1,193,759** | **1,662,081** | **1,535,640** | **1,105,901** | **960,497** | **829,210** | **1,172,525** | **1,324,475** | **723,240** |

Damages per Unit 4/     $     50.40

| Damages | $ 28,679,355 | $ 32,133,996 | $ 32,626,659 | $ 60,165,858 | $ 83,769,446 | $ 77,396,776 | $ 55,737,785 | $ 48,409,374 | $ 41,792,465 | $ 59,095,657 | $ 66,753,989 | $ 36,451,541 |

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 2.1

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages 1/ 2/

| Infringing Product (Units) | 2012 | | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Jan | Feb | Mar | Apr | May | June | |
| Galaxy Tab | 11,409 | 13,991 | 9,611 | 5,140 | 4,638 | 14,890 | 725,299 |
| Galaxy Tab 10.1 | 47,475 | 39,008 | 17,491 | (1,782) | 4,636 | (1,545) | 585,306 |
| Galaxy Tab 10.1 LTE | | | | | | | |
| Tablet Units | 58,884 | 52,999 | 27,102 | 3,358 | 9,274 | 13,345 | 1,310,605 |
| | | | | | | | |
| Captivate | (707) | (35) | (45) | (46) | 3 | (21) | 1,182,596 |
| Continuum | (9) | (3) | - | (6) | - | - | 320,156 |
| Droid Charge | 9,553 | 11,727 | 36,321 | 23,456 | 18,818 | 6,679 | 805,920 |
| Epic 4G | 34,320 | 21,180 | 8,221 | 37,935 | - | (1) | 1,876,145 |
| Exhibit 4G | (16) | (14) | 13,992 | 1 | 6,004 | (9) | 303,031 |
| Fascinate | (72) | (28) | (29) | (11) | 6 | - | 1,433,892 |
| Galaxy Ace | | | | | | | |
| Galaxy Prevail | 175,320 | 164,880 | 76,680 | 151,560 | 100,080 | 49,680 | 2,255,040 |
| Galaxy S (I9000) | | | | | | | |
| Galaxy S 4G | 98,456 | 40,164 | 45,058 | 65,359 | 2,071 | 50,093 | 1,446,903 |
| Galaxy S II (AT&T Edition, 4G) | (265) | (111) | 68,720 | 50,963 | 40,558 | 30,113 | 573,639 |
| Galaxy S II (Epic 4G Touch) | 226,118 | 126,660 | 162,810 | 251,140 | 147,600 | 182,200 | 1,675,160 |
| Galaxy S II (Skyrocket) | 64,867 | 14,203 | 68,403 | 42,316 | 52,441 | 66,312 | 636,314 |
| Galaxy S II (T-Mobile edition) | 168,164 | 140,073 | 205,886 | 218,567 | 81,826 | 4,776 | 1,251,578 |
| Galaxy S Showcase | 29,734 | 18,085 | 25,200 | 39,174 | 28,705 | 12,085 | 417,499 |
| Gem | 548 | (348) | (87) | (86) | 222 | - | 374,350 |
| Indulge | - | - | (32) | - | - | - | 270,580 |
| Infuse 4G | 40,423 | 55,197 | 58,522 | 39,196 | 797 | (39) | 1,044,739 |
| Intercept | | | | | | | |
| Mesmerize | (157) | (136) | 10,424 | 90,809 | 28,990 | 878 | 787,777 |
| Nexus S 4G | 8,075 | (18,000) | 17,985 | - | - | - | 512,128 |
| Replenish | 126,360 | 78,480 | 55,560 | 64,750 | 10,410 | - | 938,447 |
| Transform 3/ | - | (4) | - | - | - | - | 382,626 |
| Vibrant | - | - | - | - | - | - | 1,021,043 |
| Smartphone Units | 980,712 | 651,970 | 853,589 | 1,075,077 | 518,531 | 402,746 | 19,509,563 |
| Total Infringing Units | 1,039,596 | 704,969 | 880,691 | 1,078,435 | 527,805 | 416,091 | 20,820,168 |

Damages per Unit 4/        $        50.40

| Damages | $ 52,395,991 | $ 35,530,677 | $ 44,387,125 | $ 54,353,489 | $ 26,601,551 | $ 20,971,127 | $ 1,049,343,540 |
| --- | --- | --- | --- | --- | --- | --- | --- |