Exhibit 3

Case 5:11-cv-01846-LHK   Document 1982-74   Filed 09/21/12   Page 2 of 5

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                                            EXHIBIT 3

## Calculation of Apple's Supplemental Damages
## through December 31, 2012

| Month | Data Type | Monthly Units Sold 1/ | Quarterly Units Sold |
|---|---|---:|---:|
| October-11 | Actual | 742,349 | |
| November-11 | Actual | 831,274 | |
| December-11 | Actual | 576,974 | 2,150,597 |
| January-12 | Actual | 771,947 | |
| February-12 | Actual | 515,681 | |
| March-12 | Actual | 689,078 | 1,976,706 |
| April-12 | Actual | 842,535 | |
| May-12 | Actual | 472,099 | |
| June-12 | Actual | 401,938 | 1,716,572 |
| July-12 | Projected | 483,410 | |
| August-12 | Projected | 450,228 | |
| September-12 | Projected | 417,046 | 1,350,684 |
| October-12 | Projected | 383,864 | |
| November-12 | Projected | 350,682 | |
| December-12 | Projected | 317,500 | 1,052,046 |

| | |
|---|---:|
| Total Projected Sales | 2,402,730 |
| Damages per Unit 2/ | $ 50.40 |
| **Estimated Damages** | **$ 121,098,389** |

**Sources/Notes:**
1/ Actual unit sales per EXHIBIT 3.1.  Projected unit sales per EXHIBIT 3.2.
2/ See EXHIBIT 2.

Case 5:11-cv-01846-LHK   Document 1982-74   Filed 09/21/12   Page 3 of 5
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3.1

## Samsung U.S. Historic Sales of Eight Infringing Products Confirmed
## to be on Sale as of September, 2012 1/

|  | 2011 | | | 2012 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |  |
| Droid Charge | 28,491 | 31,767 | 31,623 | 9,553 | 11,727 | 36,321 | 23,456 | 18,818 | 6,679 | 198,435 |
| Galaxy Prevail | 99,840 | 185,400 | 46,800 | 175,320 | 164,880 | 76,680 | 151,560 | 100,080 | 49,680 | 1,050,240 |
| Galaxy S 4G | 45,043 | 73,118 | 118,942 | 98,456 | 40,164 | 45,058 | 65,359 | 2,071 | 50,093 | 538,304 |
| Galaxy S II (AT&T Edition, 4G) | 156,116 | 101,115 | 16,111 | (265) | (111) | 68,720 | 50,963 | 40,558 | 30,113 | 463,320 |
| Galaxy S II (Epic 4G Touch) | 138,985 | 204,320 | 70,607 | 226,118 | 126,660 | 162,810 | 251,140 | 147,600 | 182,200 | 1,510,440 |
| Galaxy S II (Skyrocket) | 13,640 | 149,066 | 165,066 | 64,867 | 14,203 | 68,403 | 42,316 | 52,441 | 66,312 | 636,314 |
| Galaxy S II (T-Mobile edition) | 257,075 | 60,141 | 115,070 | 168,164 | 140,073 | 205,886 | 218,567 | 81,826 | 4,776 | 1,251,578 |
| Galaxy S Showcase (i500) | 3,159 | 26,347 | 12,755 | 29,734 | 18,085 | 25,200 | 39,174 | 28,705 | 12,085 | 195,244 |
| **Total Units** | **742,349** | **831,274** | **576,974** | **771,947** | **515,681** | **689,078** | **842,535** | **472,099** | **401,938** | **5,843,875** |

**Sources/Notes:**
1/ See EXHIBIT 2.1.  Data starts in October, 2011, this is the first month when all eight products are on the market at the same time.

Case 5:11-cv-01846-LHK   Document 1982-74   Filed 09/21/12   Page 4 of 5
Apple Inc. v. Samsung Electronics Co., LTD., et al.
EXHIBIT 3.2



Prepared by Invotex Group

Case 5:11-cv-01846-LHK   Document 1982-74   Filed 09/21/12   Page 5 of 5
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3.3

## Calculation of Apple's Supplemental Damages
## per Day as of December, 2012

| | | |
|---|---|---:|
| Projected Unit Sales - December, 2012 | 1/ | 317,500 |
| Days in Period | | 31 |
| Unit Sales per Day | | 10,242 |
| Damages per Unit | 2/ $ | 50.40 |
| **Damages per Day** | $ | **516,197** |

**Sources/Notes:**
1/ See EXHIBIT 3.
2/ See EXHIBIT 2.