# Exhibit 4

## Calculation of Prejudgment Interest on Apple Damages Verdict
### (Interest Calculated at Prime Rate, Compounded Annually)

| | | |
|---|---|---|
| Annual Prime Rate (2010 - 2012) | 1/ | 3.25% |
| Monthly Prime Rate | | 0.27% |

### 2010

| | | January-10 | February-10 | March-10 | April-10 | May-10 | June-10 | July-10 | August-10 | September-10 | October-10 | November-10 | December-10 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ - | $ - | $ - | $ - | $ - | $ 313,994 | $ 16,727,368 | $ 26,217,450 | $ 47,845,647 | $ 43,363,343 | $ 39,894,455 | $ 17,728,420 | $ 192,090,677 |
| Prior Month's Principal | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 313,994 | $ 17,041,363 | $ 43,258,812 | $ 91,104,459 | $ 134,467,802 | |
| Prior Month's Damages | | - | - | - | - | - | - | 313,994 | 16,727,368 | 26,217,450 | 47,845,647 | 43,363,343 | 39,894,455 | |
| Prior Year's Interest | 3/ | - | - | - | - | - | - | - | - | - | - | - | - | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ 313,994 | $ 17,041,363 | $ 43,258,812 | $ 91,104,459 | $ 134,467,802 | $ 174,362,257 | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ 850 | $ 46,154 | $ 117,159 | $ 246,741 | $ 364,184 | $ 472,231 | $ 1,247,319 |

### 2011

| | | January-11 | February-11 | March-11 | April-11 | May-11 | June-11 | July-11 | August-11 | September-11 | October-11 | November-11 | December-11 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ 28,679,355 | $ 32,133,996 | $ 32,626,659 | $ 60,165,858 | $ 83,769,446 | $ 77,396,776 | $ 55,737,785 | $ 48,409,374 | $ 41,792,465 | $ 59,095,657 | $ 66,753,989 | $ 36,451,541 | $ 623,012,903 |
| Prior Month's Principal | | $ 174,362,257 | $ 193,337,997 | $ 222,017,352 | $ 254,151,348 | $ 286,778,007 | $ 346,943,865 | $ 430,713,311 | $ 508,110,088 | $ 563,847,873 | $ 612,257,247 | $ 654,049,712 | $ 713,145,370 | |
| Prior Month's Damages | | 17,728,420 | 28,679,355 | 32,133,996 | 32,626,659 | 60,165,858 | 83,769,446 | 77,396,776 | 55,737,785 | 48,409,374 | 41,792,465 | 59,095,657 | 66,753,989 | |
| Prior Year's Interest | 3/ | 1,247,319 | | | | | | | | | | | | |
| Principal Available for Interest | | $ 193,337,997 | $ 222,017,352 | $ 254,151,348 | $ 286,778,007 | $ 346,943,865 | $ 430,713,311 | $ 508,110,088 | $ 563,847,873 | $ 612,257,247 | $ 654,049,712 | $ 713,145,370 | $ 779,899,358 | |
| Interest Earned | | $ 523,624 | $ 601,297 | $ 688,327 | $ 776,690 | $ 939,640 | $ 1,166,515 | $ 1,376,131 | $ 1,527,088 | $ 1,658,197 | $ 1,771,385 | $ 1,931,435 | $ 2,112,227 | $ 15,072,556 |

### 2012

| | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Annual Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ 52,395,991 | $ 35,530,677 | $ 44,387,125 | $ 54,353,489 | $ 26,601,551 | $ 20,971,127 | | | | | | | $ 234,239,960 | $ 1,049,343,540 |
| Prior Month's Principal | | $ 779,899,358 | $ 831,423,456 | $ 883,819,446 | $ 919,350,123 | $ 963,737,248 | $ 1,018,090,737 | $ 1,044,692,288 | $ 1,065,663,416 | $ 1,065,663,416 | $ 1,065,663,416 | $ 1,065,663,416 | $ 1,065,663,416 | | |
| Prior Month's Damages | | 36,451,541 | 52,395,991 | 35,530,677 | 44,387,125 | 54,353,489 | 26,601,551 | 20,971,127 | - | - | - | - | - | | |
| Prior Year's Interest | 3/ | 15,072,556 | | | | | | | | | | | | | |
| Principal Available for Interest | | $ 831,423,456 | $ 883,819,446 | $ 919,350,123 | $ 963,737,248 | $ 1,018,090,737 | $ 1,044,692,288 | $ 1,065,663,416 | $ 1,065,663,416 | $ 1,065,663,416 | $ 1,065,663,416 | $ 1,065,663,416 | $ 1,065,663,416 | | |
| Interest Earned | | $ 2,251,772 | $ 2,393,678 | $ 2,489,907 | $ 2,610,122 | $ 2,757,329 | $ 2,829,375 | $ 2,886,172 | $ 2,886,172 | $ 2,886,172 | $ 2,886,172 | $ 2,886,172 | $ 2,886,172 | $ 32,649,212 | $ 48,969,088 |

**Sources/Notes:**
1/ Prime Rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).
2/ See EXHIBIT 2.1.
3/ Interest has been compounded on a calendar year basis.