# Exhibit 5

Case 5:11-cv-01846-LHK   Document 1982-76   Filed 09/21/12   Page 2 of 2
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 5

## Calculation of Prejudgment Interest on Apple's Supplemental Damages
### (Interest Calculated at Prime Rate)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Annual Prime Rate (2010 - 2012) | 1/ | 3.25% | | | | | | |
| Monthly Prime Rate | | 0.27% | | | | | | |

| | | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Total |
|---|---|---|---|---|---|---|---|---|
| Monthly Units | 2/ | 483,410 | 450,228 | 417,046 | 383,864 | 350,682 | 317,500 | 2,402,730 |
| x Average Damages per Unit | 3/ | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 |
| Monthly Damages | | $ 24,364,017 | $ 22,691,636 | $ 21,019,255 | $ 19,346,875 | $ 17,674,494 | $ 16,002,113 | $ 121,098,389 |
| | | | | | | | | |
| Prior Month's Principal | | - | - | 24,364,017 | 47,055,653 | 68,074,908 | 87,421,782 | |
| Prior Month's Damages | | - | 24,364,017 | 22,691,636 | 21,019,255 | 19,346,875 | 17,674,494 | |
| Principal Available for Interest | | $ - | $ 24,364,017 | $ 47,055,653 | $ 68,074,908 | $ 87,421,782 | $ 105,096,276 | |
| | | | | | | | | |
| **Interest Earned** | | $ - | $ 65,986 | $ 127,442 | $ 184,370 | $ 236,767 | $ 284,636 | $ 899,201 |

**Sources/Notes:**
1/ Prime Rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).
2/ See EXHIBIT 3.
2/ See EXHIBIT 2.