Exhibit 6

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                              EXHIBIT 6

## Daily Interest Accumulation on Apple Damages
## after December, 2012

| | | | |
|---|---|---|---:|
| Total Verdict Damages | 1/ | $ | 1,049,343,540 |
| Prejudgment Interest on Damages | 2/ | | 48,969,088 |
| Total Supplemental Damages | 3/ | | 121,098,389 |
| Prejudgment Interest on Supplemental Damages | 4/ | | 899,201 |
| Total Amount Available for Interest | | $ | 1,220,310,218 |
| | | | |
| Interset Rate | 5/ | | 3.25% |
| Daily Interest Rate | | | 0.009% |
| | | | |
| **Daily Interest Accumulated** | | **$** | **108,658** |

**Sources/Notes:**
1/ See EXHIBIT 2.
2/ See EXHIBIT 4.
3/ See EXHIBIT 3.
4/ See EXHIBIT 5.
5/ Prime Rate per the Federal Reserve
(http://federalreserve.gov/releases/h15/data.htm).