# Exhibit 7

Case 5:11-cv-01846-LHK   Document 1982-78   Filed 09/21/12   Page 2 of 2
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 7

## Calculation of Samsung's Hypothetical Loss Assuming Samsung's Market Share Is Held Constant After the Second Quarter of 2010

| | | 2010 Q1 | 2010 Q2 | 2010 Q3 | 2010 Q4 | 2011 Q1 | 2011 Q2 | 2011 Q3 | 2011 Q4 | 2012 Q1 | 2012 Q2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Smartphone Market Share** 1/ | | | | | | | | | | | | |
| Samsung Units Sold | | 719,811 | 713,724 | 2,950,000 | 2,750,000 | 2,327,500 | 3,750,000 | 4,596,800 | 6,250,501 | 6,118,233 | 7,866,100 | 38,042,669 |
| *Samsung Market Share %* | | *5.7%* | *5.0%* | *14.2%* | *12.5%* | *10.1%* | *14.8%* | *19.2%* | *19.2%* | *21.7%* | *33.3%* | *16.8%* |
| Total Market Units Sold | | 12,652,647 | 14,359,080 | 20,806,372 | 21,935,460 | 23,158,409 | 25,346,720 | 23,999,459 | 32,569,133 | 28,146,372 | 23,586,935 | 226,560,587 |
| **Samsung Smartphone Sales at Constant 5.0% Market Share** 2/ | | | | | | | | | | | | |
| Units Retained | | | | 1,034,189 | 1,090,311 | 1,151,098 | 1,259,869 | 1,192,903 | 1,618,862 | 1,399,027 | 1,172,398 | 9,918,658 |
| *Percent Reduction* | 3/ | | | *-64.9%* | *-60.4%* | *-50.5%* | *-66.4%* | *-74.0%* | *-74.1%* | *-77.1%* | *-85.1%* | |
| **Sales of Infringing Samsung Smartphones** 4/ | | | | | | | | | | | | |
| Units | | | 6,230 | 2,073,006 | 1,920,062 | 1,776,970 | 4,125,528 | 2,670,292 | 2,904,950 | 2,486,271 | 1,996,354 | 19,959,663 |
| Revenue | | | $ 2,640,517 | $ 948,857,925 | $ 845,945,491 | $ 706,783,834 | $ 1,381,768,302 | $ 787,694,304 | $ 1,063,002,119 | $ 831,200,488 | $ 677,539,245 | $ 7,245,432,224 |
| ASP | 5/ | | $ 423.84 | $ 457.72 | $ 440.58 | $ 397.75 | $ 334.93 | $ 294.98 | $ 365.93 | $ 334.32 | $ 339.39 | $ 363.00 |
| **Samsung Loss on Select Phones at Lower Market Share (Using % Reduction)** | | | | | | | | | | | | |
| Infringing Units | | | 6,230 | 2,073,006 | 1,920,062 | 1,776,970 | 4,125,528 | 2,670,292 | 2,904,950 | 2,486,271 | 1,996,354 | 19,959,663 |
| Reduction Due to Constant Market Share | | | 0.0% | -64.9% | -60.4% | -50.5% | -66.4% | -74.0% | -74.1% | -77.1% | -85.1% | |
| Lost Units | | | | (1,346,267) | (1,158,802) | (898,144) | (2,739,495) | (1,977,332) | (2,152,576) | (1,917,747) | (1,698,809) | (13,889,171) |
| Lost Revenue | 6/ | | | $ (616,214,290) | $ (510,547,762) | $ (357,233,821) | $ (917,542,355) | $ (583,281,905) | $ (787,687,556) | $ (641,133,853) | $ (576,555,799) | $ (4,990,197,340) |
| Lost Gross Profit @ 35.5% | 7/ | | | $ (218,756,073) | $ (181,244,455) | $ (126,818,006) | $ (325,727,536) | $ (207,065,076) | $ (279,629,082) | $ (227,602,518) | $ (204,677,308) | $ (1,771,520,056) |
| Lost Operating Profit @ 12.0% | 8/ | | | $ (73,945,715) | $ (61,265,731) | $ (42,868,058) | $ (110,105,083) | $ (69,993,829) | $ (94,522,507) | $ (76,936,062) | $ (69,186,696) | $ (598,823,681) |

**Sources/Notes:**
1/ IDC WW Mobile Phone Tracker_FinalHistoricalDatabase_2012Q2_Apple.xlsx. Filtered by selecting data where: "Region" equals "USA", and "Device Type" equals "Smartphone".
2/ Calculated as 5.0% of the entire smartphone market.
3/ Sales of Accused Products, JX1500.
4/ Calculated as the percent change between the Units Sold and the Units Retained [(Units Retained - Units Sold) ÷ Units Sold].
5/ Calculated as Revenue divided by Units.
6/ Calculated as Lost Units multiplied by ASP.
7/ Trial Testimony of Terry Musika, Aug. 13, 2012, at 2060:20.
8/ Trial Testimony of Michael Wagner, Aug. 16, 2012, at 3065:8.