# Exhibit 8
# (Submitted Under Seal)

Case 5:11-cv-01846-LHK   Document 1982-79   Filed 09/21/12   Page 2 of 2

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                                                                                                                                                EXHIBIT 8

## Calculation of Apple's Hypothetical Lost Profits Assuming Samsung's Market Share Is Held Constant After the Second Quarter of 2010

| | 2010 Q1 | 2010 Q2 | 2010 Q3 | 2010 Q4 | 2011 Q1 | 2011 Q2 | 2011 Q3 | 2011 Q4 | 2012 Q1 | 2012 Q2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Smartphone Market Share** 1/ | | | | | | | | | | | |
| Apple Units Sold | 2,550,000 | 2,772,000 | 4,923,500 | 3,776,000 | 6,830,200 | 6,256,000 | 4,807,174 | 14,757,430 | 10,722,000 | 8,569,800 | 65,964,104 |
| *Apple Market Share %* | *20.2%* | *19.3%* | *23.7%* | *17.2%* | *29.5%* | *24.7%* | *20.0%* | *45.3%* | *38.1%* | *36.3%* | *29.1%* |
| | | | | | | | | | | | |
| Samsung Units Sold | 719,811 | 713,724 | 2,950,000 | 2,750,000 | 2,327,500 | 3,750,000 | 4,596,800 | 6,250,501 | 6,118,233 | 7,866,100 | 38,042,669 |
| *Samsung Market Share %* | *5.7%* | *5.0%* | *14.2%* | *12.5%* | *10.1%* | *14.8%* | *19.2%* | *19.2%* | *21.7%* | *33.3%* | *16.8%* |
| | | | | | | | | | | | |
| Total Market Units Sold | 12,652,647 | 14,359,080 | 20,806,372 | 21,935,460 | 23,158,409 | 25,346,720 | 23,999,459 | 32,569,133 | 28,146,372 | 23,586,935 | 226,560,587 |
| | | | | | | | | | | | |
| **Samsung Smartphone Sales at Constant 5.0% Market Share** 2/ | | | | | | | | | | | |
| Units Retained | | | 1,034,189 | 1,090,311 | 1,151,098 | 1,259,869 | 1,192,903 | 1,618,862 | 1,399,027 | 1,172,398 | 9,918,658 |
| *Percent Reduction* 3/ | | | *-64.9%* | *-60.4%* | *-50.5%* | *-66.4%* | *-74.0%* | *-74.1%* | *-77.1%* | *-85.1%* | |
| | | | | | | | | | | | |
| **Apple's Hypothetical Lost Profits** | | | | | | | | | | | |
| Infringing Units 4/ | | 6,230 | 2,073,006 | 1,920,062 | 1,776,970 | 4,125,528 | 2,670,292 | 2,904,950 | 2,486,271 | 1,996,354 | 19,959,663 |
| Reduction Due to Constant Market Share | | | -64.9% | -60.4% | -50.5% | -66.4% | -74.0% | -74.1% | -77.1% | -85.1% | |
| Lost Units | | | (1,346,267) | (1,158,802) | (898,144) | (2,739,495) | (1,977,332) | (2,152,576) | (1,917,747) | (1,698,809) | (13,889,171) |
| | | | | | | | | | | | |
| Units Available for Other Market Participants | | | 1,346,267 | 1,158,802 | 898,144 | 2,739,495 | 1,977,332 | 2,152,576 | 1,917,747 | 1,698,809 | 13,889,171 |
| Apple's Market Share | | | 23.7% | 17.2% | 29.5% | 24.7% | 20.0% | 45.3% | 38.1% | 36.3% | |
| Apple's Market Share of Available Units | | | 318,573 | 199,478 | 264,893 | 676,154 | 396,066 | 975,356 | 730,541 | 617,225 | 4,178,286 |
| Further Reduction to Apple's Market Share | | | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Additional Units Sold by Apple | | | 159,286 | 99,739 | 132,447 | 338,077 | 198,033 | 487,678 | 365,271 | 308,613 | 2,089,143 |
| | | | | | | | | | | | |
| Apple's Incremental Profit 5/ | | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| Apple's Hypothetical Lost Profits | | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

**Sources/Notes:**
1/ IDC WW Mobile Phone Tracker_FinalHistoricalDatabase_2012Q2_Apple.xlsx. Filtered by selecting data where: "Region" equals "USA", and "Device Type" equals "Smartphone".
2/ Calculated as 5.0% of the entire smartphone market.
3/ Calculated as the percent change between the Units Sold and the Units Retained [(Units Retained - Units Sold) ÷ Units Sold].
4/ Sales of Accused Products, JX1500.
5/ Supplemental Expert of Terry L. Musika, CPA, Exhibit 32-S.  Incremental profit for Q2-2012 uses the same methodology with source data per "GAAP Line of Business Reporting - iPhone", APLNDC-Y0000408220.