# Exhibit 10

Case 5:11-cv-01846-LHK   Document 1982-81   Filed 09/21/12   Page 2 of 3

| Devices | Plans | Features | Accessories | Review Cart |

# DROID CHARGE by Samsung

Read Reviews (2474) | Write a Review | Phones and Devices        Contact A Sales Associate    Chat Now    Call Now

Like    4,687 people like this. Sign Up to see what your friends like.

108



**Demos and Video**
Simulator

Network

**Key Features**
Verizon 4G LTE Network
4.3" Super AMOLED Plus Screen
HTML Web Browser
Front and Rear Cameras
4G LTE Mobile Hotspot

**Pricing For**  2-Year Contract

Full Retail Price        $499.99
2-Year Contract          $149.99
Online Discount          -$50.00
**PRICE** with 2-Year contract   **$99.99**

Free Shipping

1
Smartphone Monthly Line Access on Share Everything Plans: $40
Early Termination Fee: $350 (2yr contracts)

**Add to Wish List**

Full Screen | Size | Product Views

**DETAILS**    APPS & MEDIA    IN THE BOX    CUSTOMER REVIEWS (2474)

**Harness Hyperspeed**
At your command: a 1GHz processor and a 4G LTE network that puts all others to shame. Download. Upload. Stream. Browse. Droid Charge makes you a wait–time–vanquishing velociraptor, an electromagnet of media — willing it all into the palm of your hand almost as fast as you can say "You're mine."

**The Eyes Have It**
Fire up a 720p HD video capture array that lets you grab hold of all you behold. Witness a 4.3" Super AMOLED Plus display so sharp, so brilliant, it'll recalibrate your retinas. Plug in with HDMI media sharing that shows the big screens how it's done.

**Ultimate Movie/TV Watching**
Become a walking megaplex with a vast and vivid screen. Pound your brain's pleasure center with non–stop movie magic and TV intensity, downloading and streaming at speeds that make your entertainment have to keep up with you for a change.

**Tap Into The Apps**
Bulldoze boredom and become a paragon of productivity with an arsenal of Android Market and V–CAST Apps for Droid Charge — news, sports, work, games — everything you're into. Go to the VZW Media Store to learn more about V–CAST Apps. Go to the Android Market to learn more about Android Apps and download over the air.

"DROID" is a trademark of Lucasfilm Ltd. and its related companies. Used under license.

LTE is a trademark of ETSI

Droid Charge by Samsung. The first Droid    Web    Specifications

powered by Verizon 4G LTE.

- Runs on Android 2.3 - Gingerbread
- Thousands of apps from the Android Market
- Movies, TV shows and music downloaded at super speeds
- Access to Samsung Media Hub for everything awesome
- Powered by a Cortex A8 1GHz processor for ultra–fast web browsing

### Camera

- 8.0 megapixel Rear
- Auto–focus
- Led flash
- 1.3 megapixel Front Facing

### Video

- **Media Hub** capable
- DivX 720p HD video
- video recording & playback
- HDMI Output
- Blockbuster Mobile Application for downloading full–length movies the same day they are available on DVD, using your device's Wi–Fi connection.
- Bitbop capable

### Music

- Audio Formats Supported: WAV, MP3, AAC, AAC+, eAAC+, WMA, MIDI, SP–MIDI
- Slacker Radio capable
- TuneWiki capable
- Rhapsody capable
- Headset: 3.5mm Audio Jack

**Mobile Hotspot capable**
(Supports up to 10 devices on 4G & up to 5 devices on 3G)

- Integrated Google Mobile Services, Microsoft Outlook Exchange contacts & calendar, and Facebook contacts & birthdays, MySpace, Twitter, Windows Live!, AIM and Yahoo integration
- HTML Browser with Adobe Flash 10.2
- Wi–Fi Capable (802.11 b/g/n)
- Google Search; Google Maps; Gmail; Google Talk; YouTube™
- Thousands of apps & widgets available on Android Market
- Fast access to YouTube™, Twitter, MySpace and Facebook®

### Communication

- Visual Voice Mail capable
- Backup Assistant capable
- City ID capable
- Amazon Kindle Reader
- Text, Picture & Video Messaging with threaded messaging feature
- Speech to Text Feature
- Tools: Calculator, Alarm Clock, World Clock, Stop Watch, Timer, Calendar & Voice Commands
- DLNA via AllShare–share photos, videos and music with other DLNA compatible devices
- Samsung SNS widgets (Weatherbug Clock, Daily Briefing, Buddies Now)
- ThinkFree Office ™
- Task Manager
- Phonebook capacity dependant upon available memory
- GPS/E911
- Google Over the Air Updates
- TTY Compatible
- Hearing Aid Compatibility =M4/T4

### Bluetooth 3.0

- Bluetooth® Profiles Supported: Headset, Handsfree, Stereo, File Transfer, Basic Printing, Phonebook Access, Object Push (vCard & vCalendar only), Human Interface Device Profiles

Dimensions
- Dimensions: 5.11" x 2.66" x .46"
- Weight: 5.04 oz.

Operating System/Network
- OS: Android 2.2
- Network:LTE, CDMA/PCS/1xEVDO Rev. A (800/1900 MHz)

Display
- 4.3" Touch Screen
- 480x800 Super AMOLED™ Plus display
- Supports up to 16M color

Keyboard
- Virtual QWERTY Keyboard with Swype

Battery
- Standard Battery: Usage time –up to 660 mins; Standby time –up to 280 hrs
- SAR: Head: 1.01 W/kg; Body: 1.00 W/kg

Memory / Processor
- 1GHz Hummingbird processor
- 2GB internal memory (actual formatted capacity is less)
- 32GB microSD card pre–installed
- Supports up to 32GB microSD card (sold separately)
- Phonebook capacity dependent upon available memory

---

**VZWDeals**



VZWDeals, get FREE phones with new activation, FREE shipping, and 14–day satisfaction guarantee.

**See All Deals**

**Free 2-Day Shipping**



Orders placed by 4:30pm local time Monday - Friday excluding holidays will deliver in two (2) business days. Accessory-only orders receive free ground shipping.

**Please see Details**

**Network Extender**



Make calls and use your 3G Data applications from indoor locations where outdoor cellular coverage does not reach.

**Learn More**