# Exhibit 11

http://www.boostmobile.com/shop/phones/samsung-galaxy-prevail/

Accessed 9/21/12

