# Exhibit 12



Ylhz#Fduw#+B#,  ¡# Derxw#Xv  ¡# Fxvwrp hu#Vxssruw  ¡# Frqwdfw#Xv

 **Change Carrier**

Online Offer Available for September 21, 2012
**San Francisco, CA 94123 (Change)**
**Personal Coverage Checker**

DEVICE

**Change Device**





Image Gallery (12)



**Galaxy S 4G for T-Mobile**

**$39.99**
*with a new T-Mobile account*

Device Details

Video

| Item | Value | Price |
|---|---|---|
| Galaxy S 4G with a new T-Mobile account | $580.00 | $39.99 |
| Standard Shipping via FedEx | | FREE |
| **Device Price Today** | | **$39.99** |

CHOOSE AN ACCOUNT TYPE

**NEW TO T-MOBILE?**

New Account:
(*You May Transfer Your Number*)

**ALREADY HAVE A T-MOBILE PLAN?**

Upgrade My Device

Add More Lines to My Account

Replacement Device:
(*No Contract Changes*)

SELECT A SERVICE PLAN



**Classic Individual Unlimited Talk & Text**

¿ Unlimited Minutes
¿ Includes Unlimited Messaging
¿ Web/Data: Add-on Feature

| **Unlimited** | Talk |
|---|---|
| **Unlimited** | Text |
| **$59.99** | per month |

**Change This Plan**

| **1** | Device(s) on this plan |
|---|---|

*Select this device and plan:*

  

ABOUT SSL CERTIFICATES

Select T-Mobile offers are available exclusively to customers activating a line of service with a two (2) year contract. Value shown based on other listed offers via the Internet. Orders for products and services are fulfilled by Simplexity, an authorized agent for T-Mobile. Despite our best efforts, a small number of the items offered by us from time to time may be mispriced. If such a mistake occurs and an item's correct price is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation. T-Mobile's Regulatory Programs Fee (not a tax or government-mandated charge) of $1.21 per line/month applies. Taxes approx. 6-28% of your monthly bill. Device and accessory charges appear on your credit card as CELL STORES*CellularChoices.
*Free delivery via FedEx for all phones and accessories ordered with an individual new line of service.

Vklsslqj##¡# Vlwh#Vhfxulwl##¡# Sulydf|#Srdf|##¡# Whup v#ri#Sxufkdvh

Copyright © 2012 Simplexity, LLC
128-34-24