Exhibit 13



| Your Mobile Package | | | | Need help? **Chat Now** | |
|---|---|---|---|---|---|
| **Phone** | **Plan** | **Services** | **Subtotals** | | |
| | | Customize your plan with optional services below. Or add your package to your cart. | Phones | | $0.00 |
| | | | Activation Fee   **Learn more** | | $0.00 |
| | | | **Monthly Charges** | | |
| | | | Plan | | $0.00 |
| | | | Services | | $0.00 |
| Select a phone below. | | | 🛒 Add Package to Cart | | |





**Samsung - Galaxy S II 4G Mobile Phone - Black (AT&T)**

Model: i777 SKU: 3386094

★★★★★ 4.6 of 5 (91 reviews)

**Shipping:** Not available
**Store Pickup:**
Check Stores

Learn about Store Pickup Plus

**Special Offers:**
- Free Shipping

Best Buy Cardholder Offers:
- 18-Month Financing
- Get 4% Back in Rewards: See How



**What do you want to do?**
Start a new 2-year ▼

Check upgrade eligibility
Don't see what you want?

Unactivated Price: $649.99
**FREE SHIPPING**
**Our Price: $49.99** *
*With new 2-year contract

**Add to Package**

**PROTECT YOUR PRODUCT**
Accidental Damage from Handling Monthly Plan
**$9.99 per month**

2-Year Accidental Damage from Handling Plan
**$169.98**

| Overview | Specifications | Customer Reviews | Learn | Accessories |
|---|---|---|---|---|

Stay in touch with this mobile phone that features Wi-Fi with 4G speed for quick access to the Web, e-mail and more. The front-facing 2.0MP digital camera with autofocus and flash lets you video chat with family and friends. **Requires a minimum data service starting at $20/month. Early termination fees will be prorated, starting at $325 minus $10 for each full month of service commitment completed.**

 

**WHAT'S INCLUDED**

- Samsung Galaxy S II 4G Mobile Phone
- Lithium battery
- Charger
- Owner's manual

**PRODUCT FEATURES**

- **Android 2.3 operating system**
  Allows you to stay connected and productive on the go.

- **4G speed**
  Offers quick and easy connection speeds.

- **Wi-Fi 802.11a/b/g/n network**
  For Internet capability on the go (additional fees may apply). Mobile hotspot for up to 5 users with USB tethering.

- **Bluetooth compatibility**
  For wireless communication with a Bluetooth-enabled device.

- **4.3" Super AMOLED Plus touch screen**
  Offers simple navigation and a clear view of photos, messages and more.

- **Store phone numbers, photos and videos**
  16GB internal memory; microSD card slot (media not included).

- **8.0MP digital camera**
  With autofocus and flash lets you take still photos. Front-facing 2.0 digital camera/high-definition 1080p camcorder enables video chat.

- **HDMI output (via MHL adapter, not included)**
  Lets you share high-definition images and video.

- **Voice recorder**
  Records notes on the go to help you stay organized.

- **Hands-free speakerphone**
  Allows you to keep your hands on the wheel while driving.

- **Vibration alert**
  Offers discreet notification of incoming calls and messages.

- **Up to 8 hours talk time and up to 400 hours of standby**
  With included lithium battery.

Product images, including color, may differ from actual product appearance.

**Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)**
Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003-2012 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.