# Exhibit 14



# Product Description

A premium Android-powered smartphone, the Samsung Epic 4G Touch for Sprint has been designed to deliver the best multilayered entertainment experience thanks to its superior speed and display innovation. Powered by one of the fastest processors on the market--the new 1.2 GHz dual-core Samsung Exynos, the Epic 4G Touch runs on Sprint's ultra-fast 4G network (as well as 3G networks where 4G isn't available yet) for lighting quick access to movie downloads, games, and thousands of applications--all without buffering or lag time.

Enjoy on-the-go entertainment with the large 4.52-inch touchscreen and unrivaled Super AMOLED Plus technology offering deeper, richer color for a bright and vivid display. The Epic 4G Touch also includes an 8-megapixel camera/camcorder with auto-focus and flash that shoots video with incredible detail in full HD 1080p resolution, plus a 2-megapixel front-facing camera that's perfect for self-portraits or video chat.



**Samsung Epic 4G Touch At a Glance:**

- 4G connectivity
- Android 2.3 (Gingerbread)
- 1.2 GHz dual-core processor
- 4.52-inch Super AMOLED Plus touchscreen
- 16 GB memory
- 8-MP camera, HD 1080p video capture
- GPS navigation
- Wireless-N Wi-Fi
- Stereo Bluetooth (3.0)
- Personal/corporate e-mail

It runs on Sprint's expanding 4G network, offering simultaneous voice and data connectivity and download speeds up to 10 times faster than 3G. Additionally, the phone can still connect to 3G data services in areas not currently served by Sprint's 4G network (learn more about Sprint's 4G network below). The phone also includes Wireless-N Wi-Fi networking plus Mobile Hotspot capability for sharing your 3G/4G connection with up to eight Wi-Fi enabled devices simultaneously.

Other features include a 16 GB internal memory (with expansion up to 32 GB via optional microSD cards), Bluetooth for hands-free devices and stereo music streaming, GPS for navigation via built-in Google Maps and location-based services (plus access to the optional Sprint Navigation turn-by-turn service), personal and corporate e-mail, and up to 6 hours of talk time (see full specifications below).

**Samsung Innovations**
Despite being one of the thinnest smartphones on the market--measuring just 0.38 inches thin-- the Epic 4G Touch is packed with a bevy of Samsung technological innovations and exclusive features.

- The 4.52-inch Super AMOLED Plus display has a 50 percent higher pixel density, resulting in excellent textual clarity and even



*The Samsung Epic 4G Touch with brilliant 4.52-inch Super AMOLED Plus display (see larger image).*

*8-megapixel camera on the back with Full HD 1080p video capture.*

better graphics. The Super AMOLED Plus display is also razor thin, helping to reduce the overall size of the Epic 4G Touch, and it also helps to reduce power consumption by 18 percent.
¿  Samsung's TouchWiz user interface provides superior multitasking and customization for an enhanced visual and intuitive smartphone experience. Features include direct access to music player's controls and to missed events, calls, and messages from the lock screen.
¿  The 1.2 GHz dual-core Samsung Exynos processor includes five graphics cores (compared to just one in many of today's dual-core mobile processors), which helps both multitasking and Internet browsing as well as smooth Full HD 1080p video rendering.

### Mobile Entertainment
Samsung's Media Hub enables you to rent or purchase movies and TV shows within seconds watch from the convenience of anywhere. With Media Hub's progressive downloading feature, you can start watching your content almost immediately as the rest of the file downloads to the Infuse 4G. Plus, all Media Hub content can be shared among five Media Hub-enabled devices on the same account.

### Down to Business
While the Epic 4G Touch is ideal for mobile multimedia, it's also packed full of top-of-the-line enterprise functionality as well as access to corporate e-mail (with full support of Exchange ActiveSync). The on-device encryption function offers a hardware-accelerated algorithm for superior performance. Other enterprise features include:



*Ultra-fast 1.2 GHz dual-core processor perfect for gaming and viewing HD videos.*

- ¿  Cisco AnyConnect Virtual Private Network (VPN) for reliable, easy-to-deploy encrypted network connectivity.
- ¿  Cisco WebEx Meetings allows you to meet anywhere at anytime in a secure environment. View documents and applications, plus share screens with live annotations. You can also choose to chat privately or with everyone in the meeting.
- ¿  Sybase Afaria mobile device management, which provides over-the-air deployment of software as well as remote device wipe should it become lost.

### Vital Statistics
The Samsung Epic 4G Touch weighs 4.55 ounces and measures 5.1 x 2.7 x 0.38 inches. Its 1800 mAh lithium-ion battery is rated at up to 8.7 hours of talk time. It runs on Sprint's 4G network as well as the 800/1900 CDMA/EV-DO Rev. A frequencies.



*Super svelte at just 0.38 inches thin.*

**What's in the Box**

Samsung Epic 4G Touch handset, rechargeable battery, charger, USB cable, quick start guide

---

### Android Gingerbread Operating System
The Epic 4G Touch runs the Android 2.3 operating system (dubbed Gingerbread) which features a cleaner, more refined interface with new icons, improved top notification bar, and more intuitive navigation.

Multitasking in Gingerbread allows you the ability to run more than one app at a time. If you're playing a game, you can easily switch to an incoming email and then switch back to the game without losing your place. And like the previous version of Android ("Froyo"), Gingerbread provides support for Adobe Flash Player 10.1 for access to the full Web.

A new onscreen keyboard makes it easier to type thanks to additional spacing between the keys and larger font sizes. And the more you use the keyboard, the easier typing will be as the enhanced suggest feature records previous input history to make better suggestions.

The Epic 4G Touch also brings one-touch access to the popular Google mobile services you use every day, including Google Search, Gmail, Google Maps with Navigation, Google Calendar, Picasa, and YouTube. It also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets, and fun games to download and install on your phone, with many more apps being added every day.

### Sprint's Blazing Fast 4G Network
Sprint 4G offers a faster wireless experience than any other U.S. national wireless carrier, and Sprint is the only national carrier offering wireless 4G service in 32 markets (with more coming online soon). Sprint 4G delivers download speeds up to 10 times faster than 3G, giving this mobile phone the fastest data speeds of any U.S. wireless device available today. As of August 2011, Sprint offers 4G service in 71 markets in 28 states.

Sprint 4G services dramatically increase download speeds for photos, videos and large files. You can download a favorite song, picture, sitcom or large video in seconds, not minutes, or watch live streaming video--all while on the go, not just from the home or office. Additionally, businesses can benefit from the fast connectivity speeds of 4G. Some examples include:

- ¿  Real estate agents can conduct virtual property tours.
- ¿  Construction teams using 4G in the field can save valuable time by sharing schematics with engineers online.
- ¿  Insurance companies can speed their claims management through real-time communication with on-site adjusters.
- ¿  Health care professionals can improve their ability to remotely monitor patients.
- ¿  Emergency first responders can rapidly assess and coordinate disaster action with real-time on-site video and audio.
- ¿  Photojournalists can instantly transfer high-resolution images to the newsroom.

---

### Connectivity
¿  **Ultra-fast 4G connectivity with simultaneous voice and data capability** (peak download speeds of more than 10 Mbps; peak upload speeds of 1 Mbps; average download speeds of 3-6 Mbps)
¿  **3G data speeds (EVDO Rev A.) in areas not yet served by 4G** (peak download speeds of up to 3.1 Mbps; peak upload speeds of 1.8 Mbps; average

### Hardware
¿  **1.2 GHz dual-core Samsung Exynos processor**
¿  **4.52-inch Super AMOLED Plus multi-touch display** (480 x 800 pixels; 16 million color depth)
¿  **MicroUSB port** (with HDMI output



download speeds of 600 kbps-1.4 Mbps)
- **Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go.
- **Built-in mobile hotspot functionality** allows up to five Wi-Fi enabled devices to share the 3G or 4G experience on the go with a laptop, camera, music player, game unit, video player, or any other Wi-Fi enabled device.
- **Onboard GPS** for navigation and location services
- **Integrated Google Maps** with turn-by-turn navigation, street and satellite views.
- **Next-generation Bluetooth 3.0 connectivity** backward compatible with older Bluetooth-enabled peripherals and includes stereo audio streaming.

### Google Integration
- **Android 2.3 OS** (Gingerbread)
- **Android Market** for browsing and downloading thousands of free and paid apps
- **Pre-loaded Android apps:** Browser, Calculator, Calendar (Google or Corporate), Camera, Clock, Contacts, Email, Gallery, Messaging, Music, News & Weather, Phone, Settings, Video Player, Voice Dialer, Voice Search, YouTube
- **Google applications:** Gmail, Google Search, Google Voice Search, Google Latitude, Google Maps, Google Places, Google Talk
- **Google Maps Navigation** with spoken turn-by-turn directions showing real-time traffic and 360° views of the destination

### Communications & Internet
- **Full messaging capabilities** including SMS text, MMS picture/video and IM instant messaging
- **Full HTML browser** (Webkit 5) with Flash 10.1 Support
- **Personal and corporate e-mail access** with support for Exchange ActiveSync as well as personal e-mail accounts (Google push, Yahoo!, POP3, IMAP).

capabilities)
- **Removable battery**

### Memory
- **16 GB internal memory**
- **Memory expansion via microSD card slot** with support for optional cards up to 32 GB.
- **1 GB RAM**

### Camera
- **8-megapixel rear camera** with auto-focus and flash.
- **Full HD 1080p video capture**
- **2-megapixel front-facing camera** for self portraits and video chat.

### Multimedia
- **Music player** compatible with MP3, WMA, and AAC/AAC+/eAAC+
- **Video player** compatible with MPEG4, WMV, H.264, H.263
- **Access to Sprint TV & Movies**

### More Features
- **Vlingo Voice Talk** allows you to give your Epic 4G Touch voice commands, including voice dial, text message, navigation, music, Web browsing and search.
- **Task Manager** enables you to view and close active applications and any items that have been downloaded, plus check on memory usage via the Task Manager widget.
- **Samsung Social Hub** allows you to transfer e-mail, instant messaging, contacts, calendar, and social network connections--including Twitter, Facebook and LinkedIn accounts--into Feeds and Messages folders that can be either put into separate tabs or combined into comprehensive lists.

### Also Available for This Android Device

 **Amazon Appstore for Android**
Get a great paid app for free every day.

**Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

**Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

 **IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.

 **Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

**Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

Wireless Emergency Alerts (WEA), also known as CMAS, is a part of a national alerting system called IPAWS (Integrated Public Alert and Warning System) that enables emergency management officials to rapidly disseminate the warnings and safety information via text alerts to wireless phones based on the phones' geographic location. The Federal Emergency Management Agency or FEMA is responsible for receiving the alerting information and forwarding the alerts to participating wireless carriers such as Sprint. Such alerts may come from the President of the United States; the National Weather Service, state or county public safety officials. This system is integrated into the same national alerting services that serve television and radio today.

### Engadget.com Review



If you haven't heard about the Samsung Galaxy S II by now, you're definitely tardy to the party. But as the proverbial saying goes, it's better late than never, right? The Galaxy S, its predecessor with myriad chassis selections and carrier variants, is still selling like hotcakes all over the world, and the sequel is no lightweight (figuratively) either -- selling three million units in 55 days only seems to be rivaled by a company based out of Cupertino -- and for good reason. We gave the unlocked version high marks for its excellent performance, gorgeous display and top-of-the-line camera, so it was only natural that we'd spend the next four months wondering when we'd see the powerhouse make it Stateside.

> Read full review

### Customers who viewed this item also viewed

Page 1 of 3

     

| Kyocera Milano Android Phone (Sprint) | Motorola Admiral Android Phone (Sprint) | BlackBerry Curve 9350 Phone, Black (Sprint) | ZTE Fury Android Phone (Sprint) | LG Rumor Reflex Phone, White (Sprint) | Kyocera Duracore Phone (Sprint) |
|---|---|---|---|---|---|
| List Price: $499.99 | List Price: $399.99 | List Price: $349.99 | List Price: $299.99 | List Price: $299.99 | List Price: $299.99 |
| Price From: $0.01 | Price From: $0.01 | Price From: $0.01 | Price From: $0.01 | Price From: $0.01 | Price From: $0.01 |
| (1) | (6) | (0) | (1) | (2) | (2) |

### Customer Reviews

**Average Customer Review:** ★★★★ (161 customer reviews)

**Most Helpful Customer Reviews from Amazon.com**

(Note: You'll be taken to Amazon.com and a new window will be opened)

583 out of 591 people found the following review helpful:

★★★★★ **Quick review of the Epic 4g Touch** September 18, 2011
Reviewer: ED
- Updated 10/19/11 -

This is by far the best phone I have ever used. My previous phone is a EVO 4g so luckily i got renewed after a year.

This is my own personal review based on experiences with my EVO 4g, my friends's ip4 and this Epic 4g touch.

By far, Epic 4g touch wins by a mile.

Initial impressions:
1. Its light as hell!!!!! it feels like you're holding a toy or a dummy phone (this may be good or bad depending on the user, it's really good for me)
2. The size is good enough for me but then again it depends on how big your hands are.
3. The colors are very very VERY vibrant, it really stands out from all angles.
4. It is silky smooth, SILKY SMOOTH. the OS has no lag at all, i tried a pinch to zoom test for the ip4 and epic 4g touch and surprisingly, the epic 4g is so much better.
5. Video camera is on par if not better with Ip4.
6. Touchwiz has a lot of nice functions and the widgets are very nice.
7. Battery life is not too bad, i can go a day without having to recharge.
8. Probably one of my top compliments of the phone, the kies air app is well thought out and wonderfully done. It helps a lot with deleting and transferring stuff to your phone.
9. The screen is not a fingerprint magnet.
10. It is so thin, i'm afraid to hold it in my hand cause it feels like i'm going to drop it (also due to its lightweight)
11. No need to really do any customization cause the widgets work well and they look very nice.
12. Touchwiz provides a power widget which is very useful: It goes according to this: wifi- bluetooth-gps-brightness-settings-sync-screentime out-tips (toggle off and on)
13. They have a widget for "active applications", this is like a task killer app that you would find in the market. Very easy to use, helps exit all apps if needed, also shows you all your download apps so you can uninstall them if you wish.
14. When you're charging the phone, once it its 100%, it will give out a beep letting you it's done.
15. When you're calling and you unlock your phone, the notification bar turns neon green (which i think is pretty cool)
16. Sprint will be the only carrier with an notification led on the front.
17. Battery life update: From 1% to 100% charge, it takes about 2 hours, 45 minutes. Last night, I charged it to 99%. I watched a 5 minute youtube video then went to sleep. Work up, went to work at 9am to 2pm. Mobile was on with my IMO (messaging program) the entire time. Surfed the web, checked email and returned a few text (This is also with live wallpaper on). By the time it was 7PM, the battery had hit 1%. Total hours on battery life was about 20 hours. So yes, the battery to me is very good but each to their own.

Now for the cons:
1. the touch buttons are not as sensitive as the EVO 4g touch. You would have to hit it directly with little error margin to get it right.
2. The charging cable is very short.
3. I'm not sure if the camera on the back is touching the surface when its laid on its back.
4. No dedicated flashlight app however this can be downloaded from the market.
5. The power button is located on the right side, the volume rocker is on the left side. Sometimes i hit the rocker volume while trying to hit the power button however i just need more practice.
6. When charging and placed on a flat surface , the touch sensor lags, this only happens when its charging.
7. The touch sensitive buttons have white led light and you can control the duration however the options are given to you at a max of 6 seconds or "always on", they could have given us the option of letting us create our own duration.
8. No dedicated battery app however you can download it in the market.
9. Dock icons can't be replaced (maybe it can and i just don't know it?) UPDATE: it can be replaced except the apps icon.
10. Not sure if this is a con for me yet but when you want to make a call, you would have to swipe . So there is 2 ways of calling: (1) you hit the call button, hit the log button, click the contact, then click on call. (clicking on the contact is what im more use to) and (2) you hit the call button, hit the log button and you swipe right on the contact to call.
11. Kies Air can only transfer 100mb or less to your phone.
-Coming from Evo 4g, i'm use to having the home button on the far left where as the epic 4g touch is located on the 2nd button.
13. Speakers are located on the bottom back which makes it weak if the phone is flat on the surface.

Again, most of the things listed above is from my own personal experience and maybe some may feel the same way.

Here are some tips i found:
1. You can take a screen shot of your phone, just hold the power + home button at the same time and let go.
2. When listening to the stock music player or if somebody is calling, you can flip the phone so the front screen is on the bottom to mute.
3. You can uninstall most of the sprint store apps.
4. to save battery, i usually turn off auto sync.
5. when you're at the call log, you can swipe left to message the person, or swipe right to call the person.
6. You can create folders
7. If you use stock browser, you can switch windows by pinching in. fingers should start from.the top and bottom. You heard.it here first. Enjoy.
8. When somebody is calling you, you have 3 options (1) Pick up (2) decline (3) swipe up and a menu will pop up with text messages to send to the person such as "I am driving". All you hvae to do is click send. Very useful and handy!
9. You can only transfer 100mb maximum on kies air.
10. You tube and music still plays with the screen off.
11. May want to get class 6 for.microsd, I was told it would lag a bit accessing files. Such as opening gallery.
12. Sometimes I hit the EN (swype keyboard) on accident and it turns to ES english to spanish). To turn this off hold on the EN key and uncheck ES.

Overall, i would recommend this phone to everybody I know. This is the best phone out in the market today and yes i know, nexus prime and ip5 is coming out but honestly, this phone is so good that i would say it would be on par with them and it's not because of spec but also because of design. It looks physically sexy. I honestly would say this can be an "iDroid" Haha, the reason i say this is because its taken the smoothness of the iOS and the customization of the android system and merged it together to become one. THIS PHONE is what all phones should be, the only reason not to get this phone is the size if it's not good enough for you otherwise, this phone should make a lot of people happy.

Update (1)
As far as GPS and wifi signal goes, I haven't had any loss signals YET. Also, the slight lag with the lock screen seems to be related to the microsd card installed. Once i've taken the card out, the lag decreases.

Update (2)
I have figured what the problem is when there is lag while charging. It has to do with the charger itself, the usb connector is fine. I have a car charger and noticed when i was charging, there was no lag at all. So i went home and tried charging it with the OEM charger that was in the box, there was lag, the touch was not registering correctly. I decided to switch the charger to another one (i'm using the power charger from my HP Touchpad) and I'm not experiencing any lag at all. I hope this helps, ya heard it here first! 10/4/11

Update (3 more tips)
1. Seen this one with iphone and i never got time to play around with the camera on s2 however there is a panorama option which is quite awesome!
2. With the stock email client, if you pinch in, it will sort all your emails by the date.

**Was this review helpful to you?**    

120 out of 123 people found the following review helpful:
  **I love it!** September 20, 2011

Reviewer:  JC

Got this phone on the 16th. Here are a few things that I like and dislike:

likes:
1. speed
2. screen
3. build (feels like a toy? are you kidding me?) this phone is so light in weight but don't confuse that as a poor build quality. If you want a phone built like a tank and weighs like one by all means choose a different phone. finish and fit are beautifully done!
4. camera (8m + LED flash). The pictures are sharp and focused. I like using retro camera and little photo. Even the front camera is awesome.
5. Gingerbread is cool and stable (no force close so far)
6. Google integration. Flawless
7. GOOD and corporate email integration. Flawless

8. GPS and Google Map. works perfectly.
9. audio (had to adjust the EQ to make it right)I'm rockin'
10. wifi (works great)
11. print Screen!!!! yes!! (home+power) finally!
12. cold boot time... fast (this is handy when you change out the battery and power back up fast)
13. SD card expansion up to 16G (I have 8Gb in mine.. no delays)
14. changeable battery.. awesome.

dislikes:
1. slippery surface (I need to get a case so that I can grip this thing without slipping out of my hand)
2. size (I have a pretty big hands (6' tall) but I sometimes need to use both hands.. perhaps due to the slipperiness of the phone) but my wife has small hands but she is not complaining... so try it out. The benefit of the size is the screen but... I'd rather have a little smaller phone than a little bigger screen. (but that's me)
3. power button on the size opposite of the volume rocker is annoying if you are trying to power on with your left hand. try it out.
4. a little delay in "wake up time"... once again... a little annoying.
5. compare to iphone 4 the touch screen is a little choppier, but does not diminish the user experience.

Summary:
This phone works like it should and more. This is definitely a fun and exciting phone. My dislikes are mostly user experience and can be subjective. But... that's what I've noticed so far with this phone. I highly recommend this phone.

**Was this review helpful to you?**   [ Yes ]   [ No ]

99 out of 101 people found the following review helpful:
 **Absolutely blown away by this phone!** September 23, 2011
Reviewer:  Michael B. Magnet "Tech enthusiast/pharmacist dynamo"  (Greensboro, NC USA) -

I got this phone the day it was released via overnight shipping and have been using it ever since (about a week now)- I have been utterly impressed with the device! I switched from a rather dated and rooted original Motorola Droid on Verizon and I couldn't be happier.

Pros:

-The Super AMOLED (Active matrix organic light emitting diode), which is the newest kind of display technology, absolutely blows any other display away in terms of contrast and color saturation. The 4.5" diagonal screen on this beast is an absolute pleasure to look at, and it's more efficient than an LCD to boot! I've read a lot of reviews whining about the marginally lower resolution on this screen compared to qHD screens; what a joke, this screen makes every other device around it look washed out and dated... dead serious- you'll completely forget about resolution the moment you power it up- and it has far superior response times!

-Processor- underneath the gorgeous screen lies a beast of a processor, a dual core 1.2ghz Samsung Exynos CPU that really packs a punch. As everyone has said, it seems that nothing currently available can slow this thing down. Coupled with the CPU is a discrete Mali 400 GPU (video card for you non-geeks), which affords this phone the ability to have the smoothest, most buttery user-interface experience I've seen on any phone to date. You'll be extremely pleased how effortlessly the phone shifts between any task you're doing to the next one, without any hiccups.... the phone has literally not stuttered once for me in the almost entire week I've been using it. Widgets also run great and contrary to what some users have said, I've not had one crash yet and the phone executes them with ease.

-Cameras- With an 8mp rear camera and 2mp front camera, as well as the ability to capture 1080p video, this phone is very impressive in terms of image capturing ability. Of course, it's not gong to replace your high end Nikon or Canon, but you'll be asking yourself if the photos/videos you shoot were really taken with a smart phone- it's that good!

-Call/speaker quality- Calls on this phone sound top notch and I honestly can't notice a difference between it and my girlfriend's Droid Bionic in terms of calling. Admittedly, at higher volumes the external speaker on the Epic Touch 4G sounds a bit tinny compared to the Bionic, but who cares when you have such a sleek, light, and sexy device- it makes the Bionic feel clunky by comparison.

-Case size/feel- I'm tired of hearing about people whining about how this phone "feels cheap". What does that even mean? Samsung has obviously gone out of their way to use high end composite materials to make this phone as thin and light as possible, and to me it feels like the future- other heavier phones feel clunky and dated by comparison. Unless you're a bumbling idiot that routinely drops 600 dollar devices on the concrete, ignore this immaterial critique and try out the feel for yourself.... the airy, sexy lightweight feel of the phone fits perfectly with its blazing speed and gorgeous display- it's like you're using something out of Star Trek.

Battery Life- This phone has fantastic battery life and as far as I know comes packed with the largest battery of any phone currently available (1800 mAh). It easily makes it through a day of normal use even with GPS turned on, although 4G connectivity does make the battery drain considerably faster. To their credit, Samsung has engineered the phone such that the 4G network will go into "sleep" mode displaying a "Zzz" icon in the 4G status area when you aren't sending/receiving data to help conserve battery life.

Space- with 16gb of onboard memory plus support for up to a 32gb microSD card, you'll have plenty of space to carry around basically whatever you want on your phone (most people with older phones already have a compatible microSD card they can just pop in to it as well)

4G connectivity- When you can get signal, this feature is great. Sure, the coverage isn't nearly as good as Verizon's LTE network and the speed isn't quite as fast, but it's still a huge step up from 3G and for a power user like me, the ability to have unlimited data on Sprint is a huge win. I live in the Piedmont Triad area of North Carolina and get great 4G coverage overall near Greensboro and Winston Salem as well as Kernersville, and websites/apps load/download almost instantly on the Wimax network. I've been really pleased and impressed with the coverage overall and the price of the plan is awesome at 79 bucks a month.

Cons:

-The large size of the phone may be a con for some people, but I absolutely love it and think it's a perfect size (I'm 6'4 with larger hands, however)
-The Touchwiz interface is so-so.... I'm a pharmacy manager with a busy schedule and get slightly annoyed at the Calendar widget it comes with as it doesn't break out tasks that well for me
-The Sprint Network- overall, I'm very pleased with the network (I was a bit scared about coverage coming from Verizon) at the price point and the fact that I have unlimited everything with the phone. If you're looking for the absolute best coverage, however, stay with Verizon- but you'll get killed if you eat up a lot of data or send a lot of texts. In my opinion, if you live near one of the 4G covered cities, Sprint is hands down the way to go for heavy data users.

-The update frequency of the OS is yet to be seen, but this has been an issue with Samsung in the past- hoping they'll get it right this time around!

In summary, this is an EXCELLENT device that I would recommend to anyone, unless you have absolutely tiny hands and are confused by the 4 button interface of Android (ha ha... I love the classic complaints about Android). I honestly feel like the iPhone 5 will be lucky if it can even attain an on-par status with the amazing user experience the Epic Touch 4G delivers.

**Was this review helpful to you?**   [ Yes ]   [ No ]

37 out of 37 people found the following review helpful:
 **Fantastic upgrade from EVO 4G!** September 18, 2011
Reviewer:  T-Peezy!  (Michigan) -

The EVO 4G was and still is a fantastic phone. I have had no problems at all with the EVO. I previously purchased the EVO 3D then I caught wind of all the talk about the Galaxy SII coming to the USA so I returned it and waited. It was a very hard wait because I was ready for an upgrade but I am so glad I did!

This phone is awesome. I have never owned a Samsung phone and therefore have never had the apparently horrible experience of TouchWhiz past but the interface is great on TouchWhiz 4! You can't go wrong with the huge screen, beautiful Super Amoled Plus display and the crazy fast Exynos 1.2 Dual core processor. I can't list all of the pros of this phone but one HUGE thing for me is that the phone has 16 gigs of internal storage and an SD slot. I keep all of my pictures and videos on the phone drive and my music on the SD card. I LOVE the fact that I have instant thumbnails for my videos and pictures as soon as I click on the Gallery app. Excellent cell, WiFi, and 4G reception too!

I would highly recommend this phone!

**Was this review helpful to you?**   Yes   No

95 out of 107 people found the following review helpful:

 **FIrst Android Phone, "Lovin' it"** September 17, 2011

Reviewer: Anthony Tran

Some people are getting this phone mixed up with the Epic 4G. This is the Epic 4g Touch. FYI So please remove your reviews!

Ontopic, This is my first android device, and i am loving it.

The battery life is stellar. 3G on and Off throughout the day, 4g if needed, but i am able to last a full day. Tip: Make sure you have gps off in the settings, cause it drains your battery a lot!

I love the customizeable widgets and touchwiz 4.0 is interesting.

The screen on this baby is amazing. Bright and clear. The screen size is perfect. Fits right in my hand.

The camera is fantastic. Picture quality is amazing along with the other camera features added along.

And lastly, its Very very light and thing. First time i held this device at the sprint store, I was amazed that this is a phone.

I dont know what else to say, but its simply amazing! Get it!

**Was this review helpful to you?**   Yes   No

---

| **Stay Connected** | **Quick links and helpful information about our site** | | | | **Need Assistance?** |
|---|---|---|---|---|---|
| Find us on Facebook | Home | Our Blog | Help | We're Hiring | Contact Us |
| | Your Account | Returns | Conditions of Use | About Us | |
| Follow us on Twitter | Order Status | Secure Shopping | Privacy Policy | | |

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.