# Exhibit 15

**My Wireless Cart**

**Cell Phones** / **Samsung** / Samsung Galaxy S II Skyrocket - Black

## Samsung Galaxy S™ II Skyrocket™

|  | Due Today |
|---|---|
| 2-year contract | **$99.99** |
| No Commitment price | $449.99 |
| 2-year contract price | $99.99 |
| You save | $350.00 |

Color: **Black**

QTY: 1

**Add to Cart**

**FREE SHIPPING**
WITH ONLINE PURCHASE

*1-year contract, 2-year contract, and No Commitment Pricing require voice plan with qualifying monthly data plan required.



VIEW   VIDEOS

**Configure your phone**

Add a device

Add a plan

Add services

Add accessories

Already an AT&T customer?
**Add a line** / **Upgrade**

Olnh   9/<4<#shrsdu#dnh#wklv1Vljq#Xs wr#vhh#zkdw#|rxu#iulhqgv dnh1

| **Overview** | **Details** | **In the Box** | Print |
|---|---|---|---|

**Transfer Your Number**

**Check eligibility**
**Learn more**
To check the status of a transfer in progress, visit **att.com/port**.

Play.

DESIGN

## Press play

Get a magnificent view. The 4.5" Super AMOLED™ Plus screen gives you the bright, colorful screen, making presentations, movies and games come to life like never before. The bright screen lets you enjoy a deeper, richer color experience with improved battery life and more sub-pixels. See every picture, page, and presentation in great detail, both indoors and outdoors.

CAMERA

## Always on

Take, share, and talk. The Skyrocket has both a 2-megapixel front-facing camera and an 8-megapixel autofocus camera with LED flash with 1080p video capture. Capture the moment in stunning pictures or vivid video. Use Qik™ Video Chat over Wi-Fi to stay in touch and take conference calls. It's all possible with the Samsung Galaxy S II Skyrocket.

*Limited 4G LTE availability in select markets. Deployment ongoing. 4G LTE device and data plan required. Claim compares 4G LTE download speeds to industry average 3G download speeds. LTE is a trademark of ETSI. Learn more about 4G LTE at **att.com/network**.

**Limited-time offer.** Discounted pricing requires new 1 or 2-year agreement with qualifying voice and data plans. Subject to Wireless Customer Agreement. Credit approval required. Activation fee $36/line. Geographic, usage and other terms, conditions and restrictions apply, and may result in service termination. Coverage and services not available everywhere. Taxes and other charges apply. **Data** (att.com/dataplans): If usage exceeds your monthly data allowance, you will automatically be charged overage for additional data provided. **Early Termination Fee** (att.com/equipmentETF):  After 30 days, ETF up to $325.  Restocking fee up to $35. **Other Monthly Charges**/line may include a Regulatory Cost Recovery Charge (up to $1.25), a gross receipts surcharge, federal and state universal service charges, fees and charges for other government assessments. These are not taxes or government required charges.

**AT&T U-verse Live TV requires mobile broadband service. Service not available in all areas. Programming subject to blackout restrictions. Download and watch capability available for select content requires Wi-Fi connection and is available for viewing for limited time periods.

***Video chat only available over a Wi-Fi connection.

Samsung, Galaxy S and Skyrocket are all trademarks of Samsung Electronics Co., Ltd.

Microsoft and ActiveSync are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

†Not redeemable for cash.

Service provided by AT&T Mobility.

Item SKU: 65319(Samsung Galaxy S (TM) II Skyrocket (TM) - Black)

**Wireless Legal Site** | **Wireless Customer Agreement** | **Cell Phone Records Security** | **Other Monthly Charges** | **Plan Terms** | **Online Pricing** |
**Returns Policy & Early Termination Fee** | **Additional Messaging & Data Charges** | **Shipping Information**