Exhibit 16



| Personal | Business |

Español | Store Locator | Enter Location

Search

Your Cart

| Phones | Mobile HotSpots | Plans | Accessories | Services & More | | Explore | Coverage | Support | Deals |

Waived $35 Activation fee on refurbished Nokia Lumia  | Details ›

Home › Cell Phones › **T-Mobile Galaxy S II White**

Share This

## Samsung Galaxy S™ II - White

Overall Average rating

★★★★★ (336 reviews)

### Entertainment at the speed of NOW

The Samsung Galaxy S™ II on T-Mobile's fast 4G network® lets you stream movies and watch live TV faster than you can say "movie night."

360°

Galaxy S II Overview 00:40

**Pick a color:**

| Suggested retail | $449.99 |
| Instant discount | -$250.00 |
| Mail-in rebate card | -$50.00 |
| **Free Shipping** | **$0.00** |
| | **$149⁹⁹** |

Add to Cart

Already a T-Mobile customer?
Log in to see your price

New 2-yr. agmt. on qualifying plan required.
Data service required

Want help with your order?
Call us at 1-877-353-3614

| Features | Specs | Gallery & Videos | Reviews | Product Q&A | Accessories |

## Ready for the big screen

With our largest, most beautiful 4.52" Super AMOLED Plus screen, movies and TV on your phone have never looked better. Plus, HDMI output lets you watch movies, shows, video, or view photos on your own TV, right from your phone.

### Cool Android™ apps

The Samsung Galaxy S II comes preloaded and ready to rock with these great Android apps:

Featured Apps

Find more apps

## It's like a mobile multiplex

When you say "Action," the Galaxy S™ II is ready. It comes preloaded with Netflix, T-Mobile® TV with Mobile HD, and the Samsung Media Hub, so showtime is whenever you say it is.

## What people are saying

**IntoMobile**

T-Mobile Galaxy S II is the best smartphone T-Mobile offers
By Dusan Belic | December 5, 2011

**CNET**

Samsung Galaxy S II (black, T-Mobile)
By Bonnie Cha | October 12, 2011

**PC Magazine**

Samsung Galaxy S II (T-Mobile)
By Alex Colon | October 13, 2011

## Fast phone, fast network

Stream live TV using      Fast streaming videos      Samsung Media Hub:
Mobile HD                  from T-Mobile TV            Thousands of Movie
Mobile HD                                             Titles and TV Shows

Experience lightning-fast browsing with theoretical download speeds of 42 Mbps. Start watching
your favorite movies or TV shows as soon as they start downloading. It's all made possible by
combining the speed of T-Mobile's fast 4G network® with the power of the Samsung Galaxy S™
II and its supercharged, 1.5-GHz dual-core processor.

## Find anything — virtually anywhere

Whether you're looking for a store across town or a hot new neighborhood restaurant, real-time
traffic and directions make it easy. Google Search™ and Google Maps™ filter results by your
location, and with Voice Search™ you can find what you need hands-free.

## Frame-worthy photos

Make your magic moments last with beautiful photos from the amazing 8 MP camera. And with
16 GB of internal memory (expandable to 48 GB with optional 32 GB microSD® card), you have
tons of room for all your favorite memories.

## Be the center of work and play

**4G Pro**

Give your smartphone a mind for business, so you can leave the office behind and still get everything
done.

  Cloud services keep critical documents and information available when and where you need them

  Top free business apps are preselected and easy to download

  Innovative and powerful communication features help you connect more richly

### Feature List

**4G capable**

Browse the Web, download content,
and stream media faster on T-
Mobile's 4G network.

**Dual-core 1.5 GHz Processor**

A lightning-fast dual-core 1.5 GHz
processor delivers the speed you
want, so you can experience
powerful entertainment and more
right on your device.

**8 Megapixel Camera**

With quality worth printing, now you
can really enjoy those special
moments captured on your device.
You can also share them with family
and friends by sending them to any e
-mail address, T-Mobile camera
phone, or MyAlbum.

**1080p HD Camcorder**

**16 GB Built-in Memory**

**4.8" Super AMOLED HD Screen**

**Android 2.3 (Gingerbread) OS**

**Bluetooth® connectivity**

**Front - 2MP; Rear - 8MP**

**Front-facing 2 Megapixel Camera**

**Google Play***

**HDMI Out**

**High Resolution Screen**

**M3 & T3 – Hearing aid compatible**

**Memory Card Slot (microSD)**

**Mobile Video Chat**

**Netflix***

**Removable memory**

**Smartphone Mobile Hotspot
Ready***

**T-Mobile® TV***

**Up to 32 GB**

**USB Tethering***

Microsoft® Exchange integration delivers e-mail, contacts and calendar with the security expected from a business phone

Learn more

**Smartphone Mobile HotSpot Service**

Turn your Samsung Galaxy S™II into a Wi-Fi–sharing device. Connect up to five Wi-Fi devices (laptops, iPads®, iPods®, eReaders, and more) virtually anywhere.

Activate your Smartphone Mobile HotSpot Service and connect up to five Wi-Fi-enabled devices with high-speed Internet access on T-Mobile's fast 4G network®

At $14.99 per month, it's the most affordable and the only overage-free mobile HotSpot service of any nationwide network

Learn more

Go to support content for this device

Average download speeds on T-Mobile's 4G HSPA+ 42 Mbps network in four major markets are faster than average home internet speeds as determined by independent third party testing.

T-Mobile's 4G network, including increased speeds, not available everywhere. See coverage details. Limited time offer; subject to change. Taxes and fees additional. **Apps & 3rd Party Content:** Use of some features may incur separate, additional charges and/or require a qualifying data plan or access to Wi-Fi connection. Data rates apply. **Smartphone Mobile HotSpot:** Qualifying data plan required. Plan data allotment applies. Use of connected devices subject to T-Mobile Terms and Conditions. **Device Offer:** Credit approval, $35 per line activation fee or $18 per line upgrade fee, and new 2-year agreement on a qualifying plan with up to $200/line early cancellation fee required. Device and screen images simulated. Device operating system and preloaded content use screen internal memory. **Mail-in Rebate Card:** Activation of qualifying plan required; must remain active and in good standing at time rebate is processed. Limited to specific model; supplies may be limited. One device per eligible account. Rebate provided in the form of a VISA card. Allow 6-8 weeks for processing. See rebate form for details. **Mobile HD TV** can deliver a bitrate of 800kbps and 16:9 resolution; the bitrate & resolution you experience will vary based on many factors, e.g., programming & network connection. **Wi-Fi Calling:** Qualifying rate plan and Wi-Fi connection required. Device will not transition between Wi-Fi and the wireless network. **Coverage** is not available everywhere. **Abnormal Usage:** Service may be **slowed, suspended, terminated, or restricted** for misuse, abnormal use, interference with our network or ability to provide quality service to other users, or significant roaming. Android robot is created & shared by Google & used according to the Creative Commons 3.0 Attribution License. Google, the Google logo, Google Apps, Android, Android Market, Google Places, Google Maps, YouTube, Google Navigation, Google Calendar, Gmail and Google Search are trademarks of Google Inc. Samsung and Galaxy S are both trademarks of Samsung Electronics America, Inc. and/or its related entities. T-Mobile USA, Inc. does not sell the iPad or iPod. iPad and iPod are trademarks of Apple Inc., registered in the U.S. and other countries.

This phone has been tested and rated for use with hearing aids for some, but potentially not all, of the wireless technologies that it uses. Please visit our Safety and Accessibility page for more information.

**CHECK COVERAGE** See how we've got you covered ›          **GET FREE SHIPPING** On all phones and devices ›

| | | | | |
|---|---|---|---|---|
| All Phones | All Tablets | All Plans | All Accessories | All Services |
| 4G Phones | | Individual Plans | Batteries | Internet & Email |
| Android Phones | | Family Plans | Bluetooth® | International |
| Free Phones | All Internet Devices | Mobile Broadband Plans | Cases | Messaging |
| SIM Cards | Laptop Sticks | No Annual Contract Plans | Chargers | Music & Sounds |
| Smartphones | Mobile HotSpots | Value Plans | Headsets | Premium Handset Protection® |
| Deals & Packages | No Annual Contract Internet Devices | | Memory Cards | |
| Add A Line | | Add A Line | | No Annual Contract Phones |
| Upgrade | | | | No Annual Contract Plans |
| | | | | **Activate Phones** |
| | | | | **Refill Account** |

**Shop:**   Check Order Status ›   Return policy ›   HotSpot ›   Rebates ›   Puerto Rico ›

**Company:**   About T-Mobile   Jobs   Press   Deutsche Telekom   International   Contact Us          **T-Mobile For:**   Developers   Retailers   Real Estate   Affiliates

Privacy Policy   Privacy Resources   Consumer information   Public Safety/911   Terms & Conditions   Terms of Use          ©2002-2012 T-Mobile USA, Inc.