Exhibit 17

Search

# Samsung Galaxy S Showcase
(362 Reviews)



**PRODUCT VIDEOS**

Email (0:56)

Music (0:56)

See all videos »

**MORE VIEWS**

HD movies and your video recordings burst with vibrant colors on the ultra-bright 4-inch touch-screen display. Apps from the Android Market are a touch away.

Tweet 1        Like 65        19

| | | | |
|---|---|---|---|
| **Android OS** | | **Battery Type** | 1500 mAh Li-Ion |
| **Touch Screen** | | **Dimensions** | 4.92" x 2.53" x 0.39" (HxWxD) |
| **High-Speed Data Capable** | | **Frequencies** | CDMA 850/1900 MHz |
| **Bluetooth Capable** | | **Standby Time** | Up to 13 days |
| **Video** | | **Talk Time** | Up to 7 hours |
| **Speakerphone** | | **Weight** | 4.16 ounces |
| **Voice Command** | | | |
| **Web Browser** | | | |
| **Email** | | | |
| **Camera** | | | |
| **Music Player** | | | |
| **Tethering** | | | |
| **Hearing Aid Compatible** | | | |

| Personalize Your Phone | Why Switch to C Spire? | Personalized 4G LTE is Here |

**PRODUCT RATINGS**                                362 Reviews

236

44

30

17

35

| COMMON QUESTIONS | COMMUNITY ACTIVITY | See all discussions in Devices |
|---|---|---|
| Why Switch to C Spire? | **Re: Android** <br> Posted by Anonymous in About Us 7 months ago | 6 replies |
| What is your return/exchange policy? | **Re: Discounted Android Apps in the Market** <br> Posted by Anonymous in Apps 7 months ago | 3 replies |
| When am I making an international call? | **Android Event** <br> Posted by Anonymous in Engage 9 months ago | 1 replies |
| Are your phones hearing-aid compatible? | **New Android Apps** <br> Posted by BILLY SMITH in Engage 5 months ago | 6 replies |
| **CHAT WITH US** <br> Questions? Chat with one of our account representatives. <br> **CHAT WITH US** | **New Android Phones** <br> Posted by JAMES JONES in Devices 10 months ago | 10 replies |

Join the discussion    |    Start a new discussion

**SIMILAR PHONES**

| Samsung Repp R680 | Sony Ericsson Xperia PLAY | Motorola Milestone X2 |
|---|---|---|
| $0.00 | $59.99 | $69.99 |



FOLLOW US ON

| Personalize Your Phone | Why Switch to C Spire? | Personalized 4G LTE is Here |

| Personalize Your Phone | Why Switch to C Spire? | Personalized 4G LTE is Here | Show Genie |

| SHOP & LEARN | COMPANY INFO | MY ACCOUNT | BUSINESS & GOVERNMENT | HELP | POPULAR LINKS |
|---|---|---|---|---|---|
| Devices | About C Spire | Pay Bill | Business Home | Support | Register for PERCS |
| Plans | News | My Profile | Government Home | Live Chat | Why Switch to C Spire? |
| Features | Events | My Services | Manage Wireless Account | TextCS | Check Order Status |
| Accessories | Careers | Express Pay | Wireless | Contact Us | Activate Your Device |
| Android Apps | Special Programs | Register | HD Voice | Hearing Aid Compatibility | Device Software Updates |
| Blackberry Apps | Lifeline Assistance | | Internet | Store Locator | Reward Card Info |
| Windows Apps | Sponsorship & Grants | | | | International Roaming |
| Downloads | Coverage Map | | | CONNECT | LEGAL |
| Gift Cards | Personalized Wireless | | | CIRCLE | Customer Service Agreement |
| Rewards | | | | INNER CIRCLE | Privacy Policy |
| Data Calculator | | | | Social Central | Product Returns |
| Comparison Tool | | | | Send a Text | Terms of Use |
| | | | | Bright Lights: Football | |
| | | | | Bright Lights: Music | |

© 2012 C Spire. All rights reserved.