Exhibit 18

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4


 5

     APPLE INC., A CALIFORNIA     ) C-11-01846 LHK
 6   CORPORATION,                 )
                                  ) SAN JOSE, CALIFORNIA
 7              PLAINTIFF,        )
                                  ) AUGUST 13, 2012
 8         VS.                    )
                                  ) VOLUME 7
 9   SAMSUNG ELECTRONICS CO.,     )
     LTD., A KOREAN BUSINESS      ) PAGES 1989-2320
10   ENTITY; SAMSUNG              )
     ELECTRONICS AMERICA,         )
11   INC., A NEW YORK             )
     CORPORATION; SAMSUNG         )
12   TELECOMMUNICATIONS           )
     AMERICA, LLC, A DELAWARE     )
13   LIMITED LIABILITY            )
     COMPANY,                     )
14                                )
                DEFENDANTS.       )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18


19


20              APPEARANCES ON NEXT PAGE

21


22


23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24


25
```

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                 BY:  HAROLD J. MCELHINNY
 3                                MICHAEL A. JACOBS
                                  RACHEL KREVANS
 4                           425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA   94105
 5

 6    FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
      APPLE:                 HALE AND DORR
 7                           BY:  WILLIAM F. LEE
                             60 STATE STREET
 8                           BOSTON, MASSACHUSETTS   02109

 9                           BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
10                           PALO ALTO, CALIFORNIA   94304

11    FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
12                           BY:  CHARLES K. VERHOEVEN
                             50 CALIFORNIA STREET, 22ND FLOOR
13                           SAN FRANCISCO, CALIFORNIA   94111

14                           BY:  VICTORIA F. MAROULIS
                                  KEVIN P.B. JOHNSON
15                           555 TWIN DOLPHIN DRIVE
                             SUITE 560
16                           REDWOOD SHORES, CALIFORNIA   94065

17                           BY:  MICHAEL T. ZELLER
                                  WILLIAM C. PRICE
18                           865 SOUTH FIGUEROA STREET
                             10TH FLOOR
19                           LOS ANGELES, CALIFORNIA   90017

20

21

22

23

24

25
```

1                        INDEX OF WITNESSES

2       PLAINTIFF'S

3       **BORIS TEKSLER**
4            CROSS-EXAM BY MS. MAROULIS (RES.)    P. 2006
             REDIRECT EXAM BY MR. MUELLER         P. 2009
             RECROSS-EXAM BY MS. MAROULIS         P. 2019
5            FURTHER REDIRECT EXAM                P. 2022

6       **JUN WON LEE**
             BY VIDEOTAPED DEPOSITION             P. 2023
7                                                    2025

8       **DONG HOON CHANG**
             BY VIDEOTAPED DEPOSITION             P. 2026
9

10      **TIMOTHY BENNER**
             BY VIDEOTAPED DEPOSITION             P. 2028
11                                                   2029

12      **TIMOTHY SHEPPARD**
             BY VIDEOTAPED DEPOSITION             P. 2030
13

14      **TERRY MUSIKA**
             DIRECT EXAM BY MS. KREVANS           P. 2031
15           CROSS-EXAM BY MR. PRICE              P. 2098
             REDIRECT EXAM BY MS. KREVANS         P. 2160
16           RECROSS-EXAM BY MR. PRICE            P. 2165
             FURTHER REDIRECT EXAM                P. 2171
17

18

19      DEFENDANT'S

20      **BENJAMIN BEDERSON**
             DIRECT EXAM BY MR. DEFRANCO          P. 2228
21           CROSS-EXAM BY MR. JACOBS             P. 2254
             REDIRECT EXAM BY MR. DEFRANCO        P. 2269
22

23      **ADAM BOGUE**
             DIRECT EXAM BY MR. JOHNSON           P. 2274
24           CROSS-EXAM BY MR. JACOBS             P. 2300

25

```
1    PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS

2    EXAMINED AND TESTIFIED AS FOLLOWS:

3              THE WITNESS:  YES, I DO.

4              THE CLERK:  THANK YOU.  PLEASE BE SEATED.

5              THE COURT:  OKAY.  IT'S 9:52.

6          GO AHEAD, PLEASE.

7              THE CLERK:  PLEASE STATE YOUR NAME AND

8    SPELL IT FOR THE RECORD.

9              THE WITNESS:  YES, MY NAME IS TERRY

10   MUSIKA, T-E-R-R-Y, M-U-S-I-K-A.
```

**DIRECT EXAMINATION**

```
12   BY MS. KREVANS:

13   Q    GOOD MORNING, MR. MUSIKA.

14   A    GOOD MORNING.

15   Q    COULD YOU START BY TELLING THE JURY WHAT KIND

16   OF WORK DO YOU DO?

17   A    I'M A CERTIFIED PUBLIC ACCOUNTANT AND HAVE

18   BEEN FOR APPROXIMATELY JUST SHY OF 40 YEARS.

19            AND IN THAT CAPACITY, I HAVE, THROUGH

20   THAT 40 YEARS, I HAVE DONE AUDITING AND I'VE DONE

21   TESTIMONY SUCH AS THIS.  AND I'VE ALSO OWNED AND

22   OPERATED COMPANIES THAT I'VE HAD A SPECIFIC

23   INTEREST IN MYSELF, AS WELL AS DONE SOME WORK, AS I

24   THINK WE'LL TALK ABOUT, FOR THE COURTS.

25   Q    AND WHAT HAVE YOU BEEN ASKED TO DO, GENERALLY,
```

1   DIRECTLY ATTRIBUTABLE TO THE PRODUCTION AND/OR SALE
2   OF THE ACCUSED DEVICES.
3            AND THIS IS -- AGAIN, THIS ISN'T MY
4   CONSTRUCTION.  THIS IS REALLY GENERALLY ACCEPTED
5   ACCOUNTING PRINCIPALS AND THIS IS DIRECTLY FROM
6   THEIR STATEMENTS.
7            AND THAT GETS US, IF WE DEDUCT THE COST
8   OF GOODS SOLD FROM THE SALES, WE GET A GROSS PROFIT
9   NUMBER AND PERCENTAGE.
10  Q    AND WHAT'S THE GROSS PROFIT PERCENTAGE?
11  A    GROSS PROFIT PERCENTAGE IS, IN THIS STATEMENT
12  IS 39.2 PERCENT.
13  Q    WHAT WAS THE AVERAGE GROSS PROFIT AMOUNT THAT
14  YOU FOUND IN SAMSUNG'S FINANCIAL RECORDS FOR THE $8
15  BILLION IN SALES OF THE ACCUSED PRODUCTS IN THE
16  UNITED STATES?
17  A    ALL RIGHT.  THE ACCUSED PRODUCTS HAVE SLIGHTLY
18  LOWER GROSS PROFIT PERCENTAGE.  PER MY
19  RECOLLECTION, THE OVERALL GROSS PROFIT PERCENTAGE
20  ON JUST THE ACCUSED PRODUCTS WAS APPROXIMATELY 35.5
21  PERCENT.
22  Q    OKAY.  YOU SAID A COUPLE MINUTES AGO THAT IF
23  WE MOVE DOWN THIS SAME PAGE OF EXHIBIT 28, WE'RE
24  GOING TO SEE SOME OTHER KINDS OF EXPENSES.
25  A    YES.

```
 1   Q    OKAY.  IF, INSTEAD OF CALCULATING FOR THE 17
 2   MILLION PHONES AND TABLETS IN THE TOP LINE AND THE
 3   2 MILLION PHONES AND TABLETS IN THE MIDDLE LINE
 4   SAMSUNG PROFITS AND APPLE'S LOST PROFITS, IF YOU
 5   HAD JUST DONE A REASONABLE ROYALTY FOR ALL 22
 6   MILLION UNITS, WHAT WOULD THAT NUMBER HAVE BEEN?
 7   A    RIGHT.  THAT'S 500 -- IT'S APPROXIMATELY
 8   540 --
 9              MR. PRICE:  OBJECT TO THAT.  THAT'S
10   BEYOND THE SCOPE OF HIS REPORT.
11              MS. KREVANS:  YOUR HONOR, THIS IS IN THE
12   SUPPLEMENTAL EXPERT REPORT AT EXHIBIT 19-S IN THE
13   MIDDLE COLUMN.
14              THE COURT:  THAT'S OVERRULED.
15              GO AHEAD.
16              THE WITNESS:  IF YOU SLID ALL THE PHONES,
17   AS COUNSEL HAS SAID, OVER AND DOWN INTO REASONABLE
18   ROYALTY AND CALCULATED DAMAGES AGAIN AS A FLOOR, A
19   MINIMUM AMOUNT, NO LOST PROFITS, NO REASONABLE --
20   AND NO INFRINGER'S PROFITS, THE AMOUNT IS
21   APPROXIMATELY $540 MILLION, STANDALONE.
22   BY MR. KREVANS:
23   Q    LOOKING AT THE NUMBERS THE WAY YOU DID
24   CALCULATE THEM IN THE THREE SEPARATE BUCKETS, WHAT
25   IS THE TOTAL DAMAGES THAT YOU CALCULATED THAT YOU
```

1
2
3
4        <u>CERTIFICATE OF REPORTER</u>
5
6
7
8             I, THE UNDERSIGNED OFFICIAL COURT
9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13             THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21                        /S/
                          _____
22                        LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595
23
24                        DATED: AUGUST 14, 2012
25