Exhibit 19

1                 UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5

        APPLE INC., A CALIFORNIA    ) C-11-01846 LHK
6       CORPORATION,                )
                                    ) SAN JOSE, CALIFORNIA
7                      PLAINTIFF,   )
                                    ) AUGUST 16, 2012
8                VS.                )
                                    ) VOLUME 10
9       SAMSUNG ELECTRONICS CO.,    )
        LTD., A KOREAN BUSINESS     ) PAGES 2966-3386
10      ENTITY; SAMSUNG             )
        ELECTRONICS AMERICA,        )
11      INC., A NEW YORK            )
        CORPORATION; SAMSUNG        )
12      TELECOMMUNICATIONS          )
        AMERICA, LLC, A DELAWARE    )
13      LIMITED LIABILITY           )
        COMPANY,                    )
14                                  )
                     DEFENDANTS.    )
15      _____

16              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
24                           IRENE RODRIGUEZ, CSR, CRR
                             CERTIFICATE NUMBER 8074
25

```
 1     A P P E A R A N C E S:

 2     FOR PLAINTIFF          MORRISON & FOERSTER
       APPLE:                 BY:  HAROLD J. MCELHINNY
 3                                 MICHAEL A. JACOBS
                                   RACHEL KREVANS
 4                            425 MARKET STREET
                              SAN FRANCISCO, CALIFORNIA  94105
 5

 6     FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
       APPLE:              HALE AND DORR
 7                         BY:  WILLIAM F. LEE
                           60 STATE STREET
 8                         BOSTON, MASSACHUSETTS  02109

 9                         BY:  MARK D. SELWYN
                           950 PAGE MILL ROAD
10                         PALO ALTO, CALIFORNIA  94304

11     FOR THE DEFENDANT:  QUINN, EMANUEL, URQUHART,
                           OLIVER & HEDGES
12                         BY:  CHARLES K. VERHOEVEN
                           50 CALIFORNIA STREET, 22ND FLOOR
13                         SAN FRANCISCO, CALIFORNIA  94111

14                         BY:  VICTORIA F. MAROULIS
                                KEVIN P.B. JOHNSON
15                         555 TWIN DOLPHIN DRIVE
                           SUITE 560
16                         REDWOOD SHORES, CALIFORNIA  94065

17                         BY:  MICHAEL T. ZELLER
                                WILLIAM C. PRICE
18                         865 SOUTH FIGUEROA STREET
                           10TH FLOOR
19                         LOS ANGELES, CALIFORNIA  90017

20

21

22

23

24

25
```

INDEX OF WITNESSES

DEFENDANT'S

**TIMOTHY SHEPPARD**
     DIRECT EXAM BY MR. PRICE            P. 3001
     CROSS-EXAM BY MR. JACOBS            P. 3012

**MICHAEL WAGNER**
     DIRECT EXAM BY MR. PRICE            P. 3018
     CROSS-EXAM BY MR. JACOBS            P. 3057
     REDIRECT EXAM BY MR. PRICE          P. 3073

**RAMAMIRTHAM SUKUMAR**
     DIRECT EXAM BY MS. MAROULIS         P. 3092
     CROSS-EXAM BY MR. SELWYN            P. 3095

**VINCENT O'BRIEN**
     DIRECT EXAM BY MS. MAROULIS         P. 3101
     CROSS-EXAM BY MR. SELWYN            P. 3113

**DAVID TEECE**
     DIRECT EXAM BY MS. MAROULIS         P. 3123
     CROSS-EXAM BY MR. MUELLER           P. 3141


PLAINTIFF'S REBUTTAL:

**TONY BLEVINS**
     DIRECT EXAM BY MR. LEE              P. 3164

**EMILIE KIM**
     DIRECT EXAM BY MR. SELWYN           P. 3173
     CROSS-EXAM BY MR. JOHNSON           P. 3185

**PAUL DOURISH**
     DIRECT EXAM BY MR. SELWYN           P. 3188

**TONY GIVARGIS**
     DIRECT EXAM BY MR. SELWYN           P. 3220

**MANI SRIVASTAVA**
     DIRECT EXAM BY MR. SELWYN           P. 3287
     CROSS-EXAM BY MR. JOHNSON           P. 3317
     REDIRECT EXAM BY MR. SELWYN         P. 3320

**HYONG KIM**
     DIRECT EXAM BY MR. LEE              P. 3322

3017

1                    180, HAVING BEEN PREVIOUSLY MARKED FOR

2                    IDENTIFICATION, WAS ADMITTED INTO

3                    EVIDENCE.)

4                MR. JACOBS:  NO FURTHER QUESTIONS, SIR.

5                THE COURT:  ALL RIGHT.  ANY REDIRECT?

6    IT'S 9:25.

7                MR. PRICE:  NO, YOUR HONOR.

8                THE COURT:  MAY THIS WITNESS BE EXCUSED

9    AND IT IS SUBJECT TO RECALL OR NOT?

10                MR. PRICE:  NO RECALL, YOUR HONOR.

11                MR. JACOBS:  NO RECALL FROM US.

12                THE COURT:  ALL RIGHT.  YOU'RE EXCUSED.

13                ALL RIGHT.  CALL YOUR NEXT WITNESS,

14    PLEASE.

15                MR. PRICE:  CALL MICHAEL WAGNER.

16                THE CLERK:  PLEASE RAISE YOUR RIGHT.

17                        **MICHAEL WAGNER,**

18    BEING CALLED AS A WITNESS ON BEHALF OF THE

19    DEFENDANT, HAVING BEEN FIRST DULY SWORN, WAS

20    EXAMINED AND TESTIFIED AS FOLLOWS:

21                THE WITNESS:  I DO.

22                THE CLERK:  THANK YOU.  PLEASE BE SEATED.

23                THE COURT:  ALL RIGHT.  TIME IS NOW 9:27.

24    GO AHEAD, PLEASE.

25     /   /   /

1    Q      AND THE OTHER KEY ASSUMPTION IS THAT YOUR

2    ASSESSMENT OF SAMSUNG'S PROFITS ATTRIBUTABLE TO THE

3    INFRINGING PRODUCTS IS CORRECT.   TRUE, SIR?

4    A     I AGREE WITH THAT.

5    Q      AND JUST TO MAKE THIS KIND OF EASY FOR THE

6    JURY, YOUR CALCULATION OF SAMSUNG'S -- OF SAMSUNG'S

7    PROFITS WAS WHAT PERCENT?

8    A     FOR THAT CALCULATION, IT'S ABOUT 12 PERCENT.

9    Q      AND WHETHER MR. MUSIKA'S CALCULATION OF

10   SAMSUNG'S PROFITS, THE PERCENTAGE, THE

11   CORRESPONDING PERCENTAGE, WAS ABOUT 35.9 PERCENT.

12   IS THAT TRUE, SIR?

13   A     I THOUGHT IT WAS 35.5, BUT YOU MAY BE RIGHT.

14   Q     I'LL TAKE 35.5.   IF YOU APPLY MR. MUSIKA'S

15   CALCULATION OF SAMSUNG'S PROFITABILITY TO ALL THE

16   OTHER INFORMATION ON WHICH YOU REPLIED FOR YOUR

17   $519 MILLION CALCULATION, WHAT NUMBER DO YOU GET?

18   A     I HAVEN'T MADE THE CALCULATION.   IF YOU MADE

19   THE CALCULATION, AND FOR ONCE YOU GUYS DO IT RIGHT,

20   BECAUSE YOU GUYS ALWAYS SEEM TO DO IT WRONG -- I'M

21   SORRY.   IN MR. SHEPPARD'S DEPOSITION, WHEN YOU

22   TRIED TO RECREATE HIS INFORMATION, YOU MADE A $900

23   MILLION MISTAKE.

24            MR. JACOBS:   I'M SORRY, YOUR HONOR.   I

25   MOVE TO STRIKE.

3074

1      A      IT WAS 15 PERCENT, AND IT WAS 11 PERCENT IN

2      2010.

3      Q      OKAY.  AND ALSO ON THAT SAMSUNG FINANCIAL, IT

4      WENT DOWN TO THE LEVEL OF THE OPERATING SEGMENT

5      TELECOMMUNICATIONS IN WHICH THESE PHONES ARE SOLD;

6      CORRECT?

7      A      YES.

8      Q      AND FROM THAT SEGMENT, YOU COULD ALSO GET

9      REVENUE FROM THE EXTERNAL CUSTOMERS AND YOU COULD

10     COMPARE THAT TO THE OVERALL REVENUE; CORRECT?

11     A      YOU CAN, AND THAT'S WHAT WE JUST DID.

12     Q      AND WHAT WAS THAT -- OKAY.  WHAT YOU GAVE US

13     WAS THE -- WAS THAT SEGMENT OF PROFIT MARGIN?

14     A      CORRECT, YES.

15     Q      15 PERCENT.  AND IF YOU WENT UP TO THE ENTIRE

16     COMPANY AND COMPARED REVENUE TO OPERATING INCOME,

17     WHAT PERCENTAGE WAS THAT?

18     A      THAT'S 10 PERCENT FOR THE OVERALL COMPANY.

19     Q      OKAY.  SO 10 PERCENT FOR THE COMPANY, IT'S 15

20     PERCENT FOR THE, FOR TELECOMMUNICATIONS WITH THOSE

21     PHONES ARE SOLD, RIGHT?

22     A      11 TO 15 PERCENT.

23     Q      AND WHAT YOU DID, USING MORE DETAILED

24     INFORMATION, WAS TRY TO ARRIVE AT THE OPERATING

25     INCOME FOR THESE SPECIFIC PHONES?

```
1       A     THAT'S TRUE.

2       Q     OKAY.  AND WHAT PERCENTAGE DID YOU HAVE FOR

3       THAT?

4       A     FOR THE -- THE CALCULATION THAT I SHOWED TO

5       THE JURY, 12 PERCENT.

6       Q     OKAY.  AND SO LOOKING AT SAMSUNG'S AUDITED

7       FINANCIALS, WHAT DOES THAT TELL YOU ABOUT YOUR

8       CALCULATION OF THE OPERATING NUMBER?

9       A     WELL, WHEN I LOOK AT ALL THREE PIECES OF

10      INFORMATION, MINE APPEARS TO BE REASONABLE, AND IT

11      APPEARS THAT TELECOMMUNICATIONS IS A MORE

12      PROFITABLE BUSINESS TO SAMSUNG THAN A LOT OF THEIR

13      OTHER BUSINESSES.

14      Q     AND WHAT DOES THAT TELL YOU ABOUT MR. MUSIKA'S

15      MUCH, MUCH, MUCH HIGHER NUMBER?

16      A     WELL, HE'S ONLY LOOKING AT GROSS MARGIN.  I

17      WOULD EXPECT THAT TO BE MUCH LARGER.

18                  MR. PRICE:  THANK YOU.

19                  THE COURT:  ALL RIGHT.  THE TIME IS NOW

20      10:28.  IS THERE ANY REDIRECT?

21                  MR. JACOBS:  NO, YOUR HONOR.

22                  THE COURT:  ALL RIGHT.  MAY THIS WITNESS

23      BE EXCUSED AND IS IT SUBJECT TO RECALL?

24                  MR. JACOBS:  NO RECALL FROM US, YOUR

25      HONOR.
```

1

2

3                      CERTIFICATE OF REPORTERS

4

5

6

7              WE, THE UNDERSIGNED OFFICIAL COURT

8      REPORTERS OF THE UNITED STATES DISTRICT COURT FOR

9      THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

10     FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

11     CERTIFY:

12              THAT THE FOREGOING TRANSCRIPT,

13     CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

14     CORRECT TRANSCRIPT OF OUR SHORTHAND NOTES TAKEN AS

15     SUCH OFFICIAL COURT REPORTERS OF THE PROCEEDINGS

16     HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

17     TRANSCRIPTION TO THE BEST OF OUR ABILITY.

18

19                          /S/

                         _____
20                       LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
21

22                          /S/

                         _____
23                       IRENE RODRIGUEZ, CSR, CRR
                         CERTIFICATE NUMBER 8074
24

25                       DATED:  AUGUST 16, 2012