# Exhibit 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>AMENDED VERDICT FORM |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

1

Case No.: 11-CV-01846-LHK
VERDICT FORM

Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed the unregistered iPad/iPad 2 trade dress?

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Asserted Trade Dress | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Galaxy Tab 10.1 (WiFi) (JX 1037) | | | ■ |
| Galaxy Tab 10.1 (4G LTE) (JX 1038) | | ■ | |

*If you did not answer "Yes" to any of Question 20, please skip to Question 22, and do not answer Question 21.*

21. If you answered "Yes" to any of Question 20, and thus found that any Samsung entity has infringed Apple's unregistered iPad/iPad 2 trade dress, has Apple proven by a preponderance of the evidence that the Samsung entity's infringement was willful?

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Asserted Trade Dress | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Unregistered iPad/iPad 2 Trade Dress | | | |

## DAMAGES TO APPLE FROM SAMSUNG (IF APPLICABLE)

22. What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?

$ ~~1,051,855,000.00~~

$1,049,343,~~343~~ 540 .00    *ALL* 8/24/12

15

Case No.: 11-CV-01846-LHK
VERDICT FORM

23. For the total dollar amount in your answer to Question 22, please provide the dollar breakdown by product.

| Accused Samsung Product | Amount |
|---|---|
| Captivate (JX 1011) | 80,840,162 |
| Continuum (JX 1016) | 16,399,117 |
| Droid Charge (JX 1025) | 50,672,869 |
| Epic 4G (JX 1012) | 130,180,894 |
| Exhibit 4G (JX 1028) | 1,081,820 |
| Fascinate (JX 1013) | 143,539,179 |
| Galaxy Ace (JX 1030) | 0 |
| Galaxy Prevail (JX 1022) | 57,867,383 |
| Galaxy S (i9000) (JX 1007) | 0 ~~40,494,356~~ |
| Galaxy S 4G (JX 1019) 73,344,668 | ~~100,326,988~~ |
| Galaxy S II (AT&T) (JX 1031) | 40,494,356 |
| Galaxy S II (i9100) (JX 1032) 0 | 0 |
| Galaxy S II (T-Mobile) (JX 1033) | 83,791,708 |
| Galaxy S II (Epic 4G Touch) (JX 1034) | 100,326,988 |
| Galaxy S II (Skyrocket) (JX 1035) | 32,273,558 |
| Galaxy S Showcase (i500) (JX 1017) | 22,002,146 |
| Galaxy Tab (JX 1036) | 1,966,691 |
| Galaxy Tab 10.1 (WiFi) (JX 1037) | 833,076 |
| Galaxy Tab 10.1 (4G LTE) (JX 1038) | 0 ~~219,694~~ |
| Gem (JX 1020) | 4,075,585 |
| Indulge (JX 1026) | 16,011,184 |
| Infuse 4G (JX 1027) | 44,792,974 |
| Intercept (JX 1009) | 0 ~~2,242,013~~ |
| Mesmerize (JX 1015) | 53,123,612 |
| Nexus S 4G (JX 1023) | 1,828,297 |
| Replenish (JX 1024) | 3,350,256 |
| Transform (JX 1014) | 953,060 |
| Vibrant (JX 1010) | 89,673,957 |

16

Case No.: 11-CV-01846-LHK
VERDICT FORM

**PATENT EXHAUSTION**

33. Has Apple proven by a preponderance of the evidence that Samsung is barred by patent exhaustion from enforcing the following Samsung patents against Apple?

'516 Patent     Yes ✓ (for Apple)     No ___ (for Samsung)

'941 Patent     Yes ✓ (for Apple)     No ___ (for Samsung)

---

Have the presiding juror sign and date this form.

Signed: _Velvin R. Hogan_    Date: 8/24/12

PRESIDING JUROR

20

Case No.: 11-CV-01846-LHK
VERDICT FORM