Exhibit 23

Case 5:11-cv-01846-LHK   Document 1982-94   Filed 09/21/12   Page 2 of 7

**DEFENDANT'S EXHIBIT NO. 781.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

## Combined STA / SEA / SEC Profit

| Product | Earliest Date of Notice | Profit After Deductible Expenses |
|---|---|---|
| Captivate | April 15, 2011 | ($46,086,763) |
| Continuum | April 15, 2011 | ($648,106) |
| Droid Charge | April 15, 2011 | $22,335,101 |
| Epic 4G | April 15, 2011 | $68,316,039 |
| Exhibit 4G | N/A | $0 |
| Fascinate | April 15, 2011 | $5,798,256 |
| Galaxy Ace | April 15, 2011 | $0 |
| Galaxy Prevail | April 15, 2011 | $56,441,912 |
| Galaxy S (i9000) | April 15, 2011 | $0 |
| Galaxy S 4G | April 15, 2011 | $51,428,235 |
| Galaxy S II 2 (AT&T) | April 15, 2011 | $13,273,081 |
| Gem | June 16, 2011 | ($4,698,888) |
| Hercules / Galaxy S II (T-Mobile) | April 15, 2011 | $83,616,360 |
| Indulge | June 16, 2011 | $3,451,480 |
| Infuse 4G | April 15, 2011 | $51,579,801 |
| Intercept | N/A | $0 |
| Mesmerize | April 15, 2011 | $33,232,189 |
| Nexus S 4G | N/A | $0 |
| Replenish | N/A | $0 |
| Showcase / Galaxy S Showcase (i500) | April 15, 2011 | $12,464,938 |
| Transform | N/A | $0 |
| Vibrant | April 15, 2011 | $257,375 |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | April 15, 2011 | $168,094,038 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | April 15, 2011 | $3,784,225 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | $0 |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | April 15, 2011 | ($5,674,556) |
| Galaxy Tab 10.1 LTE / Galaxy Tab 10.1 (4G LTE) | April 15, 2011 | $1,742,137 |
| **Total** | | **$518,706,851** |

*Source:*
SAMNDCA00422828.

**STA and SEA Profit**

| Product | Earliest Date of Notice | Profit After Deductible Expenses | | |
|---|---|---|---|---|
| | | STA | SEA | Total |
| Captivate | April 15, 2011 | ($11,329,193) | $0 | ($11,329,193) |
| Continuum | April 15, 2011 | $2,130,466 | $0 | $2,130,466 |
| Droid Charge | April 15, 2011 | $2,778,744 | $0 | $2,778,744 |
| Epic 4G | April 15, 2011 | ($9,312,833) | $0 | ($9,312,833) |
| Exhibit 4G | N/A | $0 | $0 | $0 |
| Fascinate | April 15, 2011 | ($974,604) | $0 | ($974,604) |
| Galaxy Ace | April 15, 2011 | $0 | $0 | $0 |
| Galaxy Prevail | April 15, 2011 | ($5,576,184) | $0 | ($5,576,184) |
| Galaxy S (i9000) | April 15, 2011 | $0 | $0 | $0 |
| Galaxy S 4G | April 15, 2011 | $3,086,424 | $0 | $3,086,424 |
| Galaxy S II 2 (AT&T) | April 15, 2011 | ($5,622,281) | $0 | ($5,622,281) |
| Gem | June 16, 2011 | ($697,230) | $0 | ($697,230) |
| Hercules / Galaxy S II (T-Mobile) | April 15, 2011 | $8,363,455 | $0 | $8,363,455 |
| Indulge | June 16, 2011 | $194,193 | $0 | $194,193 |
| Infuse 4G | April 15, 2011 | ($2,060,118) | $0 | ($2,060,118) |
| Intercept | N/A | $0 | $0 | $0 |
| Mesmerize | April 15, 2011 | $8,267,060 | $0 | $8,267,060 |
| Nexus S 4G | N/A | $0 | $0 | $0 |
| Replenish | N/A | $0 | $0 | $0 |
| Showcase / Galaxy S Showcase (i500) | April 15, 2011 | $5,508,646 | $0 | $5,508,646 |
| Transform | N/A | $0 | $0 | $0 |
| Vibrant | April 15, 2011 | $446,545 | $0 | $446,545 |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | April 15, 2011 | $36,111,687 | $0 | $36,111,687 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | April 15, 2011 | $20,252,837 | $0 | $20,252,837 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | $0 | $0 | $0 |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | April 15, 2011 | $1,077,638 | ($11,734,481) | ($10,656,842) |
| Galaxy Tab 10.1 LTE | April 15, 2011 | ($54,653) | ($44,256) | ($98,909) |
| **Total** | | **$52,590,599** | **($11,778,737)** | **$40,811,862** |

<u>Source:</u>
SAMNDCA00422828.

Defendant's Exhibit No. 781.003

## Combined STA / SEA / SEC Profit

| Product | Earliest Date of Notice | Profit After Deductible Expenses |
|---|---|---|
| Captivate | First Sale | $21,027,992 |
| Continuum | First Sale | ($2,467,917) |
| Droid Charge | First Sale | $34,029,667 |
| Epic 4G | First Sale | $191,648,603 |
| Exhibit 4G | N/A | $0 |
| Fascinate | First Sale | $177,574,741 |
| Galaxy Ace | April 15, 2011 | $0 |
| Galaxy Prevail | First Sale | $59,005,176 |
| Galaxy S (i9000) | First Sale | $0 |
| Galaxy S 4G | First Sale | $109,117,651 |
| Galaxy S II 2 (AT&T) | First Sale | $10,197,013 |
| Gem | June 16, 2011 | ($4,698,888) |
| Hercules / Galaxy S II (T-Mobile) | First Sale | $85,107,630 |
| Indulge | June 16, 2011 | $3,451,480 |
| Infuse 4G | First Sale | $59,422,083 |
| Intercept | N/A | $0 |
| Mesmerize | First Sale | $64,603,169 |
| Nexus S 4G | N/A | $0 |
| Replenish | N/A | $0 |
| Showcase / Galaxy S Showcase (i500) | First Sale | $20,755,604 |
| Transform | N/A | $0 |
| Vibrant | First Sale | $80,863,587 |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | First Sale | $170,582,316 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | First Sale | $8,723,447 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | $0 |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | First Sale | ($5,119,634) |
| Galaxy Tab 10.1 LTE | First Sale | $2,983,657 |
| **Total** | | **$1,086,807,376** |

Source:
SAMNDCA00422828.

**STA and SEA Profit**

| Product | Earliest Date of Notice | Profit After Deductible Expenses | | |
|---|---|---|---|---|
| | | STA | SEA | Total |
| Captivate | First Sale | ($23,585,779) | $0 | ($23,585,779) |
| Continuum | First Sale | ($49,198) | $0 | ($49,198) |
| Droid Charge | First Sale | $5,698,630 | $0 | $5,698,630 |
| Epic 4G | First Sale | $944,209 | $0 | $944,209 |
| Exhibit 4G | N/A | $0 | $0 | $0 |
| Fascinate | First Sale | $16,750,438 | $0 | $16,750,438 |
| Galaxy Ace | April 15, 2011 | $0 | $0 | $0 |
| Galaxy Prevail | First Sale | ($5,593,329) | $0 | ($5,593,329) |
| Galaxy S (i9000) | First Sale | $0 | $0 | $0 |
| Galaxy S 4G | First Sale | $6,272,634 | $0 | $6,272,634 |
| Galaxy S II 2 (AT&T) | First Sale | ($5,622,281) | $0 | ($5,622,281) |
| Gem | June 16, 2011 | ($697,230) | $0 | ($697,230) |
| Hercules / Galaxy S II (T-Mobile) | First Sale | $8,363,455 | $0 | $8,363,455 |
| Indulge | June 16, 2011 | $194,193 | $0 | $194,193 |
| Infuse 4G | First Sale | ($1,979,270) | $0 | ($1,979,270) |
| Intercept | N/A | $0 | $0 | $0 |
| Mesmerize | First Sale | $10,448,834 | $0 | $10,448,834 |
| Nexus S 4G | N/A | $0 | $0 | $0 |
| Replenish | N/A | $0 | $0 | $0 |
| Showcase / Galaxy S Showcase (i500) | First Sale | $7,025,961 | $0 | $7,025,961 |
| Transform | N/A | $0 | $0 | $0 |
| Vibrant | First Sale | ($4,959,033) | $0 | ($4,959,033) |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | First Sale | $36,111,687 | $0 | $36,111,687 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | First Sale | $20,252,837 | $0 | $20,252,837 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | $0 | $0 | $0 |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | First Sale | $1,077,638 | ($11,734,481) | ($10,656,842) |
| Galaxy Tab 10.1 LTE | First Sale | ($54,653) | ($44,256) | ($98,909) |
| **Total** | | **$70,599,744** | **($11,778,737)** | **$58,821,007** |

*Source:*
SAMNDCA00422828.

**Combined STA / SEA / SEC Profit**

| Product | Earliest Date of Notice | Profit After Deductible Expenses |
|---|---|---|
| Captivate | June 16, 2011 | ($26,931,420) |
| Continuum | June 16, 2011 | ($1,606,505) |
| Droid Charge | June 16, 2011 | ($3,751,399) |
| Epic 4G | June 16, 2011 | $15,444,809 |
| Exhibit 4G | N/A | $0 |
| Fascinate | June 16, 2011 | $2,027,207 |
| Galaxy Ace | N/A | $0 |
| Galaxy Prevail | N/A | $0 |
| Galaxy S (i9000) | June 16, 2011 | $40,016,925 |
| Galaxy S 4G | June 16, 2011 | $13,273,081 |
| Galaxy S II 2 (AT&T) | June 16, 2011 | ($4,698,888) |
| Gem | N/A | $0 |
| Hercules / Galaxy S II (T-Mobile) | N/A | $3,451,480 |
| Indulge | June 16, 2011 | $20,246,124 |
| Infuse 4G | June 16, 2011 | $0 |
| Intercept | N/A | $19,176,130 |
| Mesmerize | June 16, 2011 | $0 |
| Nexus S 4G | N/A | $0 |
| Replenish | N/A | $9,496,914 |
| Showcase / Galaxy S Showcase (i500) | June 16, 2011 | $0 |
| Transform | N/A | ($977,180) |
| Vibrant | June 16, 2011 | $168,094,038 |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | June 16, 2011 | $3,784,225 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | June 16, 2011 | $0 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | ($10,255,734) |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | June 16, 2011 | $1,710,464 |
| Galaxy Tab 10.1 LTE | June 16, 2011 | |
| **Total** | | **$248,500,270** |
Source:
SAMNDCA00422828.

**STA and SEA Profit**

| Product | Earliest Date of Notice | Profit After Deductible Expenses | | |
|---|---|---|---|---|
| | | STA | SEA | Total |
| Captivate | June 16, 2011 | ($4,244,637) | $0 | ($4,244,637) |
| Continuum | June 16, 2011 | $2,232,321 | $0 | $2,232,321 |
| Droid Charge | June 16, 2011 | ($3,648,158) | $0 | ($3,648,158) |
| Epic 4G | June 16, 2011 | ($11,215,399) | $0 | ($11,215,399) |
| Exhibit 4G | N/A | $0 | $0 | $0 |
| Fascinate | June 16, 2011 | $1,916,571 | $0 | $1,916,571 |
| Galaxy Ace | N/A | $0 | $0 | $0 |
| Galaxy Prevail | N/A | $0 | $0 | $0 |
| Galaxy S (i9000) | June 16, 2011 | $0 | $0 | $0 |
| Galaxy S 4G | June 16, 2011 | $5,280,477 | $0 | $5,280,477 |
| Galaxy S II 2 (AT&T) | June 16, 2011 | ($5,622,281) | $0 | ($5,622,281) |
| Gem | June 16, 2011 | ($697,230) | $0 | ($697,230) |
| Hercules / Galaxy S II (T-Mobile) | N/A | $0 | $0 | $0 |
| Indulge | June 16, 2011 | $194,193 | $0 | $194,193 |
| Infuse 4G | June 16, 2011 | ($10,024,124) | $0 | ($10,024,124) |
| Intercept | N/A | $0 | $0 | $0 |
| Mesmerize | June 16, 2011 | $6,438,587 | $0 | $6,438,587 |
| Nexus S 4G | N/A | $0 | $0 | $0 |
| Replenish | N/A | $0 | $0 | $0 |
| Showcase / Galaxy S Showcase (i500) | June 16, 2011 | $5,948,497 | $0 | $5,948,497 |
| Transform | N/A | $0 | $0 | $0 |
| Vibrant | June 16, 2011 | ($973,838) | $0 | ($973,838) |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | June 16, 2011 | $36,111,687 | $0 | $36,111,687 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | June 16, 2011 | $20,252,837 | $0 | $20,252,837 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | $0 | $0 | $0 |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | June 16, 2011 | $854,129 | ($14,879,004) | ($14,024,875) |
| Galaxy Tab 10.1 LTE | June 16, 2011 | ($54,653) | ($44,256) | ($98,909) |
| **Total** | | **$42,748,978** | **($14,923,261)** | **$27,825,718** |

<u>Source:</u>
SAMNDCA00422828.