Exhibit 24

**DEFENDANT'S EXHIBIT
NO. 753.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

# CONSOLIDATED FINANCIAL STATEMENTS OF

# SAMSUNG ELECTRONICS CO., LTD. AND SUBSIDIARIES

## INDEX TO FINANCIAL STATEMENTS

**Page(s)**

**Report of Independent Auditors**....................................................................................... 1

**Consolidated Financial Statements**

Consolidated Statements of Financial Position............................................................... 2 - 3

Consolidated Statements of Income................................................................................ 4

Consolidated Statements of Comprehensive Income ................................................... 5

Consolidated Statements of Changes in Equity.............................................................. 6 - 9

Consolidated Statements of Cash Flows ........................................................................ 10 - 11

Notes to the Consolidated Financial Statements   .......................................................... 12 - 81

**Samsung Electronics Co., Ltd. and its subsidiaries**

**CONSOLIDATED STATEMENTS OF INCOME**

*(In millions of Korean won, in thousands of U.S. dollars (Note 2.27))*

| | Notes | 2011 | 2010 | 2011 | 2010 |
|---|---|---|---|---|---|
| | | KRW | KRW | USD | USD |
| **Revenue** | | 165,001,771 | 154,630,328 | 143,069,254 | 134,076,414 |
| **Cost of sales** | 23 | 112,145,120 | 102,666,824 | 97,238,463 | 89,020,051 |
| **Gross profit** | | 52,856,651 | 51,963,504 | 45,830,791 | 45,056,363 |
| Research and development expenses | 23 | 9,979,841 | 9,099,352 | 8,653,291 | 7,889,840 |
| Selling, general and administrative expenses | 23, 24 | 27,421,910 | 26,243,122 | 23,776,910 | 22,754,810 |
| Other operating income | 25 | 2,421,909 | 1,755,441 | 2,099,981 | 1,522,104 |
| Other operating expenses | 25 | 1,627,092 | 1,079,935 | 1,410,814 | 936,387 |
| **Operating profit** | | 16,249,717 | 17,296,536 | 14,089,757 | 14,997,430 |
| Share of profit or loss of associates and joint ventures | | 1,399,194 | 2,267,091 | 1,213,209 | 1,965,743 |
| Finance income | 26 | 7,403,525 | 7,465,128 | 6,419,427 | 6,472,841 |
| Finance expense | 26 | 7,893,421 | 7,700,099 | 6,844,204 | 6,676,579 |
| **Profit before income tax** | | 17,159,015 | 19,328,656 | 14,878,189 | 16,759,435 |
| Income tax expense | 27 | 3,424,948 | 3,182,131 | 2,969,694 | 2,759,153 |
| **Profit for the year** | | 13,734,067 | 16,146,525 | 11,908,495 | 14,000,282 |
| Profit attributable to owners of the parent | | 13,359,192 | 15,799,035 | 11,583,449 | 13,698,981 |
| Profit attributable to non-controlling interests | | 374,875 | 347,490 | 325,046 | 301,301 |
| Earnings per share for profit attributable to the owners of the parent (in Korean won and US dollars) : | 28 | | | | |
| Basic | | 89,073 | 105,992 | 77.23 | 91.90 |
| Diluted | | 88,990 | 105,672 | 77.16 | 91.63 |

The accompanying notes are an integral part of these consolidated financial statements.

**Samsung Electronics Co., Ltd. and Subsidiaries**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

D) Capital risk management

The object of capital management is to maintain sound capital structure. Consistent with others in the industry, the Company monitors capital on the basis of the debt to equity ratio. This ratio is calculated as total liabilities divided by equity based on the consolidated financial statements.

During 2011, the Company's strategy was to maintain a reliable credit rating. The Company has maintained an A credit rating for long term debt from S&P and A1from Moody's, respectively throughout the period. The gearing ratios at 31 December 2011 and 2010 were as follows:

| (In millions of Korean Won) | | 2011 | | 2010 |
|---|---|---|---|---|
| Total liabilities | ₩ | 53,785,931 | ₩ | 44,939,653 |
| Total equity | | 101,845,323 | | 89,349,091 |
| Gearing ratio | | 52.8% | | 50.3% |

### 31. Segment Information

The chief operating decision maker has been identified as the Management Committee. The Management Committee is responsible for making strategic decisions based on review of the group's internal reporting. The management committee has determined the operating segments based on these reports.

The Management Committee reviews operating profit of each operating segment in order to assess performance and make decisions about resources to be allocated to the segment.

The operating segments are product based and include Digital media, Telecommunication, Semiconductor, LCD and others.

The segment information provided to the Management committee for the reportable segments for the year ended 31 December 2011 and 2010, is as follows:

| 2011 (In millions of Korean Won) | SET | | | Device | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total[1] | Digital Media | Tele-Communi cation | Total[1] | Semi conductor | LCD | Total[1] | Elimination | Consoli-dated |
| Total segment Revenue | 246,168,779 | 132,067,414 | 113,263,888 | 131,926,525 | 71,305,465 | 61,648,667 | 378,693,504 | (213,691,733) | 165,001,771 |
| Inter-segment Revenue | (131,313,977) | (73,145,237) | (57,729,846) | (66,373,586) | (34,315,914) | (32,405,595) | (213,691,733) | 213,691,733 | - |
| Revenue from external customers | 114,854,802 | 58,922,177 | 55,534,042 | 65,552,939 | 36,989,551 | 29,243,072 | 165,001,771 | - | 165,001,771 |
| Depreciation | (1,138,951) | (644,759) | (296,138) | (11,715,044) | (7,678,022) | (4,027,032) | (12,934,274) | - | (12,934,274) |
| Amortization | (192,114) | (18,862) | (149,325) | (204,109) | (143,810) | (61,943) | (657,790) | - | (657,790) |
| Operating profit(loss) | 9,706,360 | 1,412,949 | 8,269,798 | 6,588,438 | 7,339,206 | (749,339) | 16,249,717 | - | 16,249,717 |

[1] The total amount includes others not composing operating segments.