Exhibit 25

```
               UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

                    SAN JOSE DIVISION


 APPLE INC., A CALIFORNIA      ) C-11-01846 LHK
 CORPORATION,                  )
                               ) SAN JOSE, CALIFORNIA
           PLAINTIFF,          )
                               ) AUGUST 3, 2012
       VS.                     )
                               ) VOLUME
 SAMSUNG ELECTRONICS CO.,      )
 LTD., A KOREAN BUSINESS       ) PAGES 556-930
 ENTITY; SAMSUNG               )
 ELECTRONICS AMERICA,          )
 INC., A NEW YORK              )
 CORPORATION; SAMSUNG          )
 TELECOMMUNICATIONS            )
 AMERICA, LLC, A DELAWARE      )
 LIMITED LIABILITY             )
 COMPANY,                      )
                               )
           DEFENDANTS.         )
 _____

            TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE LUCY H. KOH
           UNITED STATES DISTRICT JUDGE



            APPEARANCES ON NEXT PAGE



 OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                    CERTIFICATE NUMBER 9595
```

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF        MORRISON & FOERSTER
      APPLE:               BY:  HAROLD J. MCELHINNY
 3                              MICHAEL A. JACOBS
                                RACHEL KREVANS
 4                         425 MARKET STREET
                           SAN FRANCISCO, CALIFORNIA   94105
 5

 6    FOR COUNTERCLAIMANT  WILMER, CUTLER, PICKERING,
      APPLE:               HALE AND DORR
 7                         BY:  WILLIAM F. LEE
                           60 STATE STREET
 8                         BOSTON, MASSACHUSETTS   02109

 9                         BY:  MARK D. SELWYN
                           950 PAGE MILL ROAD
10                         PALO ALTO, CALIFORNIA   94304

11    FOR THE DEFENDANT:   QUINN, EMANUEL, URQUHART,
                           OLIVER & HEDGES
12                         BY:  CHARLES K. VERHOEVEN
                           50 CALIFORNIA STREET, 22ND FLOOR
13                         SAN FRANCISCO, CALIFORNIA   94111

14                         BY:  VICTORIA F. MAROULIS
                                KEVIN P.B. JOHNSON
15                         555 TWIN DOLPHIN DRIVE
                           SUITE 560
16                         REDWOOD SHORES, CALIFORNIA   94065

17                         BY:  MICHAEL T. ZELLER
                                WILLIAM C. PRICE
18                              JOHN B. QUINN
                           865 SOUTH FIGUEROA STREET
19                         10TH FLOOR
                           LOS ANGELES, CALIFORNIA   90017
20

21

22

23

24

25
```

```
 1                      INDEX OF WITNESSES

 2    PLAINTIFF'S

 3    PHILIP SCHILLER
             DIRECT EXAM BY MR. MCELHINNY        P. 594
 4           (RES.)
             CROSS-EXAM BY MR. PRICE             P. 666
 5           REDIRECT EXAM BY MR. MCELHINNY      P. 717
             RECROSS-EXAM BY MR. PRICE           P. 721
 6

 7    SCOTT FORSTALL
             DIRECT EXAM BY MR. MCELHINNY        P. 724
 8           CROSS-EXAM BY MR. JOHNSON           P. 760
             REDIRECT EXAM BY MR. MCELHINNY      P. 784
 9           RECROSS-EXAM BY MR. JOHNSON         P. 787

10

11    JUSTIN DENISON
             AS-ON CROSS-EXAM BY MR. LEE         P. 790
12           AS-ON DIRECT EXAM BY MR. QUINN      P. 839

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  ON THE CLOCK, SO YOU'RE NOT GETTING -- THEY'RE
2  GOING TO GET DOCKED THEIR TIME.  IF THEY WANT TO
3  FIGHT IN FRONT OF YOU, THAT'S THEIR CHOICE.
4        OKAY.  LET ME GO -- WE'RE GOING FORWARD
5  WITH MR. SCHILLER, WHO WAS HERE ON TUESDAY.
6        AND YOU'RE STILL UNDER OATH, SIR.
7        THE WITNESS:  YES.
8        THE COURT:  OKAY.  THE TIME IS NOW 9:15.
9  GO AHEAD.
10       **PHILIP SCHILLER,**
11 BEING RECALLED AS A WITNESS ON BEHALF OF THE
12 PLAINTIFF, HAVING BEEN PREVIOUSLY DULY SWORN, WAS
13 FURTHER EXAMINED AND TESTIFIED AS FOLLOWS:
14       MR. MCELHINNY:  THANK YOU, YOUR HONOR.
15       GOOD MORNING, LADIES AND GENTLEMEN.
16       **DIRECT EXAMINATION (RESUMED)**
17 BY MR. MCELHINNY:
18 Q    GOOD MORNING, MR. SCHILLER.
19 A    GOOD MORNING.
20 Q    WHEN WE LEFT HERE TUESDAY AFTERNOON, YOU WERE
21 THE SENIOR VICE-PRESIDENT OF WORLDWIDE MARKETING
22 PRODUCTS -- PRODUCT MARKETING AT APPLE; IS THAT
23 CORRECT?
24 A    YES.
25 Q    AND DO YOU STILL HAVE THAT JOB?

1   Q    SIR, WHAT IS THIS?
2   A    THIS IS A SUMMARY OF THAT SAME WALL STREET
3   JOURNAL ARTICLE FROM JANUARY 25TH, 2010.
4   Q    YOU SEE THE TITLE OF THIS ARTICLE IS "APPLE
5   TAKES A BIG GAMBLE ON THE" -- I'M SORRY.  "APPLE
6   TAKES BIG GAMBLE ON NEW IPAD."
7            DO YOU SEE THAT?
8   A    YES.
9   Q    DID APPLE'S EXECUTIVES AGREE WITH THAT
10  CHARACTERIZATION THAT THE WALL STREET JOURNAL MADE?
11  A    ABSOLUTELY.
12  Q    AND WHY, WHY DID YOU CONSIDER THE IPAD A
13  GAMBLE?
14  A    IT WAS A BIG GAMBLE TO INTRODUCE THE IPAD FOR
15  A COUPLE REASONS.
16           FIRST, THIS WAS A NEW CATEGORY DEVICE.
17  THE IPHONE WE WERE INVENTING, REINVENTING THE
18  PHONE.  PEOPLE WERE ALREADY BUYING OVER A BILLION
19  PHONES A YEAR.
20           PEOPLE HAD TRIED TO MAKE TABLET --
21  COMPANIES HAD TRIED TO MAKE TABLET PRODUCTS BEFORE
22  AND FAILED MISERABLY AND THERE WAS NO CATEGORY OF
23  TABLET COMPUTERS SELLING IN ANY QUANTITY THAT
24  MATTERED.
25           SO IT WAS CONSIDERED A, PRETTY MUCH A

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: AUGUST 3, 2012