Exhibit 26

| | TODAY'S<br>TOP 9 | | |
|---|---|---|---|
| | | | Sign In |
| | | | Join |
|  |  |  |  |
| Inside the shadowy underground of Korean monitor sales | How to find happiness in a world of password madness | HTC's Windows Phone 8X and Phone 8S: Hands-on | Tablets might actually be PC customer satisfaction |

| WHAT'S HOT | REVIEWS | HOW-TO | BUSINESS | LAPTOPS | COMPUTERS | PRINTERS | SECURITY | SOFTWARE | MOBILE | WINDOWS |

Phones    Tablets    E-Readers    Accessories



## TABLETS

# How Does the Samsung Galaxy Tab Compare to Rival Tablets?

By Daniel Ionescu, PCWorld                                   Sep 16, 2010 10:02 PM

 Samsung on Thursday announced that the Google Android-powered Galaxy Tab tablet would come on all four major U.S. wireless carriers, AT&T, Sprint, T-Mobile, and Verizon. Inspired by the iPad, the Galaxy Tab is Apple's tablet fiercest competitor so far, in a long trail of announced and unannounced tablets based on mobile operating systems.

What Samsung still did not disclose is the pricing for the Galaxy Tab (it runs at over $1,000 unlocked in Europe), or when the tablet will actually be available. The only clue to that was that it will all be unveiled "in the coming months." Meanwhile, the Galaxy Tab will only differ slightly in terms of coloring and extra bundled software from carrier to carrier. There will also be a Wi-Fi-only version in the near future, the company said.

Samsung learned from the success of the Galaxy S smartphone line, and decided to introduce its tablet on all four major U.S. wireless carriers simultaneously. The company said it has sold almost two million Galaxy S smartphones this way, only weeks after it announced it sold one million devices. Now Samsung hopes to replicate this success with the Galaxy Tab.



Subscribe to the Best of PCWorld Newsletter -

Enter e-mail    Go

See All Newsletters »



|  | Samsung Galaxy Tab | Apple iPad WiFi | Apple iPad WiFi+3G | Dell Streak | Archos 101 | StreamTV eLocity A |
|---|---|---|---|---|---|---|
| Price | Unspecified | $499/$599/$699 | $629/$729/$829 | $300 + contract / $550 without | $299/$349 | $369 |
| Carrier | AT&T, Sprint, T-Mobile, Verizon | — | AT&T (contract-free) | AT&T (2-year contract) | — | — |
| On-Board Storage | 16GB/32GB | 16GB/32GB/64GB | 16GB/32GB/64GB | 2GB | 8GB/16GB | 4GB |
| Operating System | Android 2.2 | iOS 3.2 (4.2 in November) | iOS 3.2 (4.2 in November) | Android 2.1 | Android 2.1 (2.2 from October) | Android 2.2 |
| Display Size | 7" TFT LCD | 9.7" IPS | 9.7" IPS | 5" TFT LCD | 10.1" TFT LCD | 7" TFT LCD |
| Display resolution | 1024 x 600 pixels | 1024 x 768 pixels | 1024 x 768 pixels | 800 x 480 pixels | 1024 x 600 pixels | 800 x 480 pixels |
| Size | 7.48" x 4.74" x 0.47" | 9.56" x 7.47" x 0.5" | 9.56" x 7.47" x 0.5" | 6.02" x 3.14" x 0.39" | 10.62" x 5.90" x 0.47" | 8.2" x 4.8" x 0.5" |
| Weight | 0.81 pounds (368g) | 1.5 pounds (680g) | 1.6 pounds (730g) | 0.48 pounds (220g) | 1.05 pounds (480g) | 1.02 pounds (462g) |
| Processor | 1GHz ARM Cortex A8 | 1GHz Apple A4 | 1GHz Apple A4 | 1GHz Qualcomm Snapdragon | 1GHz ARM Cortex A8 | 1.2GHz NVIDIA Tegra |
| RAM Memory | 512MB | 256MB | 256MB | 512MB | 256MB | 512MB |
| Storage expansion | microSD (up to 32GB) | — | — | microSD (16GB included) | microSD (up to 32GB) | microSD |
| WiFi | 802.11 b/g/n | 802.11 a/b/g/n | 802.11 a/b/g/n | 802.11 b/g | 802.11 b/g/n | 802.11 b/g |
| Cellular Network | GSM/CDMA | — | GSM/EDGE/UTMS/HSDPA | GSM/EDGE/UTMS/HSDPA | — | — |
| Battery Life | 7 hours | 10 hours WiFi-only | 9 hours 3G-only | 9 hours (talk time) | 7-10 hours | 5 hours |
| GPS | Yes | — | Yes | Yes | — | — |
| Bluetooth | Bluetooth 3.0 | Bluetooth 2.1 + EDR | Bluetooth 2.1 + EDR | Bluetooth 2.1 + EDR | Bluetooth 2.1 + EDR | Bluetooth 2.1 |
| Camera | 3.2-Megapixel + Flash | — | — | 5-Megapixel + Flash | — | — |
| Video Calling Camera | Yes (1.3-Megapixel) | — | — | Yes (VGA) | Yes (VGA) | Yes (1.3-Megapixel) |
| HDMI out | Via Dock (Sold Separately) | — | — | Via Dock (Sold Separately) | Yes | Yes |
| USB | 30-pin connector only | 30-pin connector only | 30-pin connector only | Yes | Yes | Yes |
| Multitasking | Yes | With iOS 4.2 | With iOS 4.2 | Yes | Yes | Yes |
| Phone Functionality | Yes (Speakerphone/Bluetooth) | — | — | Yes | — | — |
| Tethering (From Smartphone) | Yes | — | — | — | Yes | Yes |
| Adobe Flash Support | Yes | — | — | — | With Android 2.2 | Yes |
| Application Store | Android Market | Apple App Store | Apple App Store | Android Market | AppsLib | Android Market |

*[See how the Samsung Galaxy Tab stacks up against the Apple iPad, Dell Streak, and other Android tablets - click here or on the chart to expand]*

The Galaxy Tab is smaller than the iPad, with a 7-inch screen, and only slightly thinner. It has a similar screen resolution, it's almost half as heavy, and packs in twice the amount of RAM memory of the iPad. Battery life on paper is not as long as Apple's tablet, but the 3.2-megapixel camera (with flash) on the back, and front-facing 1.3-megapixel video calling camera should compensate for that.

Design-wise, Samsung borrowed many ideas for the Galaxy Tab from Apple's iPad. The tablet uses a strikingly similar 30-pin connector like the iPad (just in black, not white), a keyboard dock, and multifunctional carrying case. However, on the good side, the design of the Galaxy Tab is clean, shiny, and pleasant to the eye of any gadget lovers.

**An Over-sized Android Smartphone**

Much of the debate around the iPad when it was first announced in January was that it is an over-sized iPhone. With the Galaxy Tab the same issues apply. The Galaxy Tab is one the first Android tablets on the market, and there aren't any applications in the Android Market (over 80,000 apps in total) that take advantage of the higher resolution screen of the tablet.

As seen with the iPad though, developers quickly jumped on board and dedicated apps quickly came to light (over 25,000 since April). The same will probably apply to the Galaxy Tab, but meanwhile, the tablet is still an over-sized Android smartphone, with just a handful of apps (developed by Samsung). Full support for Adobe Flash technology (thanks to Android 2.2 on board) means however that you will be able to play all sorts of online games, without the need of dedicated applications.

Samsung Galaxy Tab is pictured laying on top of Apple's iPad**The**

**Bottom Line (So Far)**

Apple's iPad has been commending the tablet market by itself since launched in April (over 3.3 million devices sold). Many companies announced their Android rivals to the iPad, but besides Dell's failed attempt to captivate the market with its Streak smartphone/tablet hybrid, no one really claimed the crown - until the Samsung Galaxy Tab.

If Samsung gets the pricing for the Galaxy Tab just right, then its tablet should have high chances to be a hit with consumers this holiday season. The Tab ticks most of the boxes (on paper that is) for iPad's greatest rival so far, and if developers jump on board to make some great apps for it,

Apple will feel Samsung's steaming breath on the back of its head shortly.

- Follow Daniel Ionescu on Twitter (@danielionescu)

## comments

**ADD YOURS**

Sort by:   **OLDEST FIRST**   **NEWEST FIRST**

 **PCWorld**
09/16/2010 10:12 PM PDT

Post your comments for http://www.pcworld.com/article/id,205612/article.html here

recommend | reply | report abuse

 **tutkija**
09/17/2010 12:25 AM PDT

Three important unanswered questions remain:

1. Are consumers ultimately going to respond to the Tablet market in a way that is similar to the mobile phone market or other consumer electronics? IE, do people want yet another contract.

2. Why can't Samsung give any straight answer on pricing? I understand that this will depend on carrier subsidies, but the deafening silence about pricing for the Wi-Fi only model strongly leads to the conclusion that we should not expect it coming near the $499 magic price point.

3. What precisely does "in coming months" and "in the near future" mean? November? December? January? October 2012?

Absent answers to these basic questions, the promise of viable Android-based tablets this entire year remains mostly unfulfilled.

recommend | reply | report abuse

 **chuckchuck**
09/17/2010 11:59 AM PDT

*tutkija said*

*Three important unanswered questions remain:*

*1. Are consumers ultimately going to respond to the Tablet market in a way that is similar to the mobile phone market or other consumer electronics? IE, do people want yet another contract.*

*2. Why can't Samsung give any straight answer on pricing? I understand that this will depend on carrier subsidies, but the deafening silence about pricing for the Wi-Fi only model strongly leads to the conclusion that we should not expect it coming near the $499 magic price point.*

*3. What precisely does "in coming months" and "in the near future" mean? November? December? January? October 2012?*

*Absent answers to these basic questions, the promise of viable Android-based tablets this entire year remains mostly unfulfilled.*

I don't work for Samsung or PC World - but since I have been shopping around, looking at the different Galaxy phones - every carrier has different rules, rates, etc. So that could impact questions #2 & 3 depending upon the carrier. As to question #1 - I feel the same way. A tablet is pretty much a "toy" . . . if I got one, I might read the newpaper while I shave or keep it in the living room for the kids to play with. Right now, I do pretty much all that with cell phones. All a tablet would do is give me a bigger (but not much bigger) screen.

I can see tablets taking advantage of doctor's office waiting rooms,

airport terminals, etc. Other than that, it's still just a toy to me.

| recommend | reply | report abuse

use

## ADD YOUR COMMENT

u
s    Please login or register to comment

LOGIN



Helium-filled WD drives promise huge boost in capacity



Apple releases OS X 10.8.2 with Facebook integration, Save As improvements, more



Hands on with Amazon's new Kindle e-readers

PCWorld helps you navigate the PC ecosystem to find the products you want and the advice you need to get the job done.

- About Us
- Community Standards
- Contact Us
- Magazine Customer Service

- Newsletters
- Privacy Policy
- Premium Content
- RSS
- Terms of Service Agreement
- Forums

### PCWorld CHANNELS

- Business
- Laptops
- Mobile
- PC Hardware

- Printers
- Security
- Software
- Videos
- Windows

### IDG Network Sites

- Advertise
- Careers at IDG
- Content Works
- IDG

- IDG Consumer & SMB

**Try PCWorld Risk-Free**



SUBSCRIBE NOW

Follow us

Visit other IDG sites:

Select One

© 1998-2012, IDG Consumer & SMB

- Knowledge Hub
- Macworld
- TechHive