Exhibit 27

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4


 5
     APPLE INC., A CALIFORNIA    ) C-11-01846 LHK
 6   CORPORATION,                )
                                 ) SAN JOSE, CALIFORNIA
 7              PLAINTIFF,       )
                                 ) AUGUST 10, 2012
 8        VS.                    )
                                 ) VOLUME 6
 9   SAMSUNG ELECTRONICS CO.,    )
     LTD., A KOREAN BUSINESS     ) PAGES 1638-1988
10   ENTITY; SAMSUNG             )
     ELECTRONICS AMERICA,        )
11   INC., A NEW YORK            )
     CORPORATION; SAMSUNG        )
12   TELECOMMUNICATIONS          )
     AMERICA, LLC, A DELAWARE    )
13   LIMITED LIABILITY           )
     COMPANY,                    )
14                               )
                DEFENDANTS.      )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17              UNITED STATES DISTRICT JUDGE

18


19


20              APPEARANCES ON NEXT PAGE

21


22


23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24


25
```

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                 BY:  HAROLD J. MCELHINNY
 3                                MICHAEL A. JACOBS
                                  RACHEL KREVANS
 4                           425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
      APPLE:                 HALE AND DORR
 7                           BY:  WILLIAM F. LEE
                             60 STATE STREET
 8                           BOSTON, MASSACHUSETTS  02109

 9                           BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
10                           PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
12                           BY:  CHARLES K. VERHOEVEN
                             50 CALIFORNIA STREET, 22ND FLOOR
13                           SAN FRANCISCO, CALIFORNIA  94111

14                           BY:  VICTORIA F. MAROULIS
                                  KEVIN P.B. JOHNSON
15                           555 TWIN DOLPHIN DRIVE
                             SUITE 560
16                           REDWOOD SHORES, CALIFORNIA  94065

17                           BY:  MICHAEL T. ZELLER
                                  WILLIAM C. PRICE
18                           865 SOUTH FIGUEROA STREET
                             10TH FLOOR
19                           LOS ANGELES, CALIFORNIA  90017

20                           BY:  EDWARD J. DEFRANCO
                             51 MADISON AVENUE, 22ND FLOOR
21                           NEW YORK, NEW YORK  10010

22

23

24

25
```

1                    INDEX OF WITNESSES

2     PLAINTIFF'S

3     **HAL PORET**
           CROSS-EXAM BY MR. PRICE (RES.)     P. 1665
4          REDIRECT EXAM BY MR. JACOBS        P. 1687

5     **KENT VAN LIERE**
           DIRECT EXAM BY MR. JACOBS          P. 1690
6          CROSS-EXAM BY MR. PRICE            P. 1702

7     **RAVIN BALAKRISHNAN**
           DIRECT EXAM BY MR. JACOBS          P. 1723
8          CROSS-EXAM BY MR. JOHNSON          P. 1769
           REDIRECT EXAM BY MR. JACOBS        P. 1806
9          RECROSS-EXAM BY MR. JOHNSON        P. 1813

10    **KARAN SINGH**
           DIRECT EXAM BY MR. JACOBS          P. 1815
11         CROSS-EXAM BY MR. DEFRANCO         P. 1848
           REDIRECT EXAM BY MR. JACOBS        P. 1909

12

13    **JOHN HAUSER**
           DIRECT EXAM BY MR. JACOBS          P. 1914
14         CROSS-EXAM BY MR. PRICE            P. 1917
           REDIRECT EXAM BY MR. JACOBS        P. 1945
15         RECROSS-EXAM BY MR. PRICE          P. 1948

16    **BORIS TEKSLER**
           DIRECT EXAM BY MR. MUELLER         P. 1951
17         CROSS-EXAM BY MS. MAROULIS         P. 1964

18

19

20

21

22

23

24

25

```
                       INDEX OF EXHIBITS

                                   MARKED         ADMITTED

    PLAINTIFF'S

    24                                            1692
    24.5                                          1697
    24.6                                          1699
    24                                            1699
    1045                                          1729
    64                                            1755
    46                                            1758
    57                                            1763
    1023, 1024, 1028, 1036                        1768
    27.9, 27.12, 27.14, 27.16, 27.18              1811
        27.20, 27.22, 27.24, 27.33
        27.34 - 27.39
    UNDER SEAL 31                                 1811
    UNDER SEAL 27.31                              1812
    1044                                          1817
    1014, 1009                                    1831
    29.4, 29.5, 29.6, 29.10, 29.12                1844
    UNDER SEAL 29.13, 29.14, 29.36                1844
    29.16, 29.18, 29.20 - 29.28,                  1844
        29.32, 29.34 - 29.37,
        29.39, 29.41 - 29.45
    38                                            1845
    30                                            1915
    52                                            1959


    DEFENDANT'S

    2534                                          1669
    2528                                          1671
    2529                                          1686
    2526                                          1722
    3918.105                                      1795
    66-A, 66-B, 751-A                             1795
    3918.104, 3918.105, 3918.106                  1798
    29.29, 27.30                                  1813
    2557                                          1912
    586                                           1975
```

1    THE CLERK:  RAISE YOUR RIGHT HAND,
2    PLEASE.
3                **RAVIN BALAKRISHNAN,**
4    BEING CALLED AS A WITNESS ON BEHALF OF THE
5    PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS
6    EXAMINED AND TESTIFIED AS FOLLOWS:
7            THE WITNESS:  I DO.
8            THE CLERK:  WOULD YOU HAVE A SEAT,
9    PLEASE.
10           THE WITNESS:  THANK YOU.
11           MR. JACOBS:  YOUR HONOR, LET'S JUST TAKE
12   A MOMENT TO GET SETTLED WITH THE BINDERS.
13           THE COURT:  THAT'S FINE.
14           (PAUSE IN PROCEEDINGS.)
15           THE CLERK:  COULD YOU STATE YOUR NAME,
16   PLEASE, AND SPELL IT.
17           THE WITNESS:  MY NAME IS RAVIN
18   BALAKRISHNAN.  THAT IS SPELLED R-A-V-I-N, LAST NAME
19   IS SPELLED B-A-L-A-K-R-I-S-H-N-A-N.
20           THE CLERK:  IT'S 10:22.  GO AHEAD.
21                **DIRECT EXAMINATION**
22   BY MR. JACOBS:
23   Q    DR. BALAKRISHNAN, THE JURY HAS BEEN HEARING
24   ABOUT TRADEMARK SURVEYS.  ARE YOU HERE TO TALK
25   ABOUT TRADEMARK SURVEYS?

```
 1    OF YOUR WORK ON THE '381 PATENT?
 2    A    YES, IT IS.
 3              MR. JACOBS:  YOUR HONOR, WE OFFER PX 57
 4    IN EVIDENCE.
 5              MR. JOHNSON:  OBJECTION, YOUR HONOR.  NO
 6    FOUNDATION.
 7              MR. JACOBS:  JUST PROVIDED THE
 8    FOUNDATION, YOUR HONOR.
 9              THE COURT:  ALL RIGHT.  OVERRULED.
10              GO AHEAD.  IT'S ADMITTED.
11              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER
12              57, HAVING BEEN PREVIOUSLY MARKED FOR
13              IDENTIFICATION, WAS ADMITTED INTO
14              EVIDENCE.)
15    BY MR. JACOBS:
16    Q    WHAT IS PX 57, DR. BALAKRISHNAN?
17    A    PX 57 IS ANOTHER USABILITY EVALUATION DOCUMENT
18    CREATED BY SAMSUNG SOFTWARE VERIFICATION GROUP THAT
19    IN TURN -- SORRY -- INTERNAL SAMSUNG DOCUMENT, AND
20    THIS IS COMPARING A SAMSUNG TABLET TO THE IPAD 2,
21    AGAIN, FOR THE SAME BOUNCE FUNCTIONALITY, OR THE
22    LACK THEREOF IN THE ORIGINAL TABLET DESIGN IN
23    SAMSUNG'S CASE.
24    Q    SO LET'S TAKE A LOOK AT THE OVERVIEW.
25              AND WHAT DOES THE OVERVIEW DESCRIBE AS
```

1  KIND OF THE IMPORTANT POINTS OF THIS STUDY?
2  A    ONE OF THE IMPORTANT POINTS IS, IF YOU LOOK AT
3  THE SECOND MAJOR BULLET, IT SAYS "MAJOR USABILITY
4  PROBLEM AREAS," AND THE PART THAT'S RELEVANT TO THE
5  '381 PATENT IS THE LAST SUPPLEMENT OF THIS
6  PARAGRAPH.  IT STATES THAT "GUI," OR GRAPHICAL USER
7  INTERFACE, THAT'S WHAT THE G-U-I STANDS FOR, "AND
8  VISUAL EFFECT ARE LACKING IN COMPARISON TO THE
9  IPAD 2," AND THEN IT TALKS ABOUT FOUR APPLICATIONS
10 THAT'S LACKING FOR, AND ONE OF THEM IS THE GALLERY
11 APPLICATION.
12 Q    LET'S TAKE A LOOK AT ISSUE 51 IN THIS
13 DOCUMENT, THIS INTERNAL SAMSUNG DOCUMENT.
14          WHAT DOES THIS, THE PAGE OF THIS REPORT
15 DESCRIBE AS AN ISSUE?
16 A    THIS IS DESCRIBING AN ISSUE WITH THE BROWSER
17 ON THE PHONE, THE SAMSUNG TABLET, AND BASICALLY IF
18 YOU LOOK AT THE NEXT BULLET, THE FIRST BULLET POINT
19 UP THERE, IT SAYS "DURING THE TOP-MOST/BOTTOM-MOST
20 DIAGONAL MOVEMENTS, THERE IS NO SPRINGING BOUNCE
21 EFFECT."
22          AND YOU CAN SEE THAT ON THE LEFT-HAND
23 SIDE ARE THE IMAGE AND THE COMMENTARY TO THE RIGHT
24 OF THE LEFT IMAGE WHERE THEY'VE DRAGGED IT BEYOND
25 THE EDGE AND NOTHING IS HAPPENING.  IT DOESN'T

```
 1    BOUNCE.  IT SUFFERS FROM THE FROZEN SCREEN PROBLEM.
 2              AND THEN YOU LOOK AT THE COMPARISON,
 3    WHICH IS THE IPAD 2, AND IT CLEARLY GOES BEYOND THE
 4    EDGE AND IT SAYS IN THE COMMENTARY ON THE RIGHT, IT
 5    SAYS, "IN THE CASE OF IPAD 2, THERE IS A FUN
 6    ELEMENT FROM A NATURAL BOUNCE EFFECT THAT FOLLOWS
 7    THE HAND GESTURES."
 8              SO THIS THEN, THIS IS THE '381
 9    FUNCTIONALITY THAT SAMSUNG HAS CLEARLY SEEN IN THE
10    IPAD 2 AND FOUND THAT TO BE LACKING IN THEIR OWN
11    TABLET.
12    Q    AND WHAT WAS THIS -- CAN WE GO BACK TO THE
13    FULL PAGE VIEW?
14              AND HOW WAS THIS LABELED IN TERMS OF ITS
15    LEVEL OF IMPORTANCE BY SAMSUNG AS AN ISSUE?
16    A    IN A SUBSEQUENT PAGE I BELIEVE IT WAS LABELED
17    AS CRITICAL.  ON THIS PAGE IT WAS LABELED AS
18    SERIOUS.
19    Q    SO LET'S LOOK AT THAT SUBSEQUENT PAGE.
20    A    I DON'T --
21    Q    VISUAL EFFECT COMPARED TO IPAD 2.
22    A    SO THIS IS A CONTINUATION OF THAT SAME
23    DISCUSSION AND THEY'RE TALKING ABOUT IT LACKING --
24    IT LACKS THE FUN OR WOW EFFECT.  THAT'S THE FIRST
25    BULLET.
```

```
 1            AND IF YOU LOOK AT THE FIRST ROW THERE,
 2    IT TALKS ABOUT THE -- ACTUALLY, LET'S LOOK AT --
 3    YEAH, IF YOU LOOK AT THE MIDDLE IMAGE AND THE TEXT,
 4    RIGHT, THAT ONE, IT SAYS, "THE TOP-MOST/BOTTOM-MOST
 5    AND DIAGONAL MOVEMENT LACK THE BOUNCE EFFECT," SO
 6    THIS IS TALKING ABOUT WHAT I JUST TALKED ABOUT FROM
 7    THE PREVIOUS PAGE.
 8            AND IF YOU GO BACK TO THE PREVIOUS PAGE,
 9    YOU'LL SEE ON THE RIGHT-HAND SIDE, IT SAYS FOR
10    BROWSER, "THE BOUNCE EFFECT IS SCHEDULED TO BE
11    REVIEWED."  IN OTHER WORDS, THEY INTEND TO LOOK AT
12    THAT FUNCTIONALITY IN LIGHT OF WHAT THEY FOUND.
13    Q    AND HOW DID THIS GET LABELED IN TERMS OF ITS
14    LEVEL OF IMPORTANCE TO SAMSUNG AS AN ISSUE IN ITS
15    USER INTERFACE?
16    A    THIS WAS LABELED AS CRITICAL AS YOU CAN SEE ON
17    THE TOP RIGHT CORNER OF THE SLIDE.
18    Q    AND SO WHAT DO YOU OBSERVE AS A TECHNICAL
19    EXPERT WHEN YOU LOOK AT THESE DOCUMENTS AND YOU
20    LOOK AT THE SAMSUNG PRODUCTS?
21    A    AS A TECHNICAL EXPERT, WHEN I LOOK AT THESE
22    DOCUMENTS IT IS VERY CLEAR TO ME FROM THE DOCUMENTS
23    THAT THEY HAVE -- SAMSUNG HAS, A, STUDIED THIS
24    PROBLEM, RECOGNIZED THE LIMITATIONS OF THE CURRENT
25    DESIGN IN COMPARISON TO WHAT THE IPHONE AND THE
```

1  IPAD WERE DOING, RECOGNIZED THE IPHONE AND IPAD HAD
2  A BETTER, FUN, BOUNCING SOLUTION; AND IN SUBSEQUENT
3  VERSIONS OF THE PHONES AND TABLETS THAT WE SEE IN
4  THE MARKET, WHICH I'VE SHOWN SOME OF THE EXAMPLES
5  OF, THAT EXACT SAME FUNCTIONALITY, THAT BOUNCING
6  FUNCTIONALITY, HAS BEEN IMPLEMENTED.
7  Q    DID YOU LOOK AT OTHER INTERNAL SAMSUNG
8  DOCUMENTS IN ORDER TO ANALYZE THE LEVEL OF
9  IMPORTANCE, THE LEVEL OF ANALYSIS SAMSUNG DID OF
10  THE BOUNCE BACK FEATURE?
11  A    YES.  I LOOKED AT SEVERAL OTHER SAMSUNG
12  INTERNAL DOCUMENTS, INCLUDING SOME E-MAILS THAT ALL
13  POINT TO THE -- THAT THEY HAVE ANALYZED THIS
14  FUNCTIONALITY AND DEEMED IT TO BE AN IMPORTANT
15  FUNCTION.
16           MR. JACOBS:  YOUR HONOR, AT THIS POINT I
17  WOULD LIKE TO MOVE INTO EVIDENCE -- I'VE SHOWN
18  THESE TO COUNSEL -- JX 1023, THE NEXUS S 4G; JX
19  1024, THE REPLENISH; JX 1028, THE EXHIBIT 4G; AND
20  JX 1036, THE GALAXY TAB.
21           MR. JOHNSON:  NO OBJECTION.
22           THE COURT:  OKAY.  1024 IS THE REPLENISH;
23  1028 IS THE EXHIBIT 4G; AND 1026 IS THE GALAXY TAB?
24           MR. JACOBS:  1036 IS THE GALAXY TAB; AND
25  1028 IS THE EXHIBIT 4G.

|   |   |
|---|---|
| 1 | **DIRECT EXAMINATION** |
| 2 | BY MR. JACOBS: |
| 3 | Q    STATE YOUR NAME AND SPELL IT, PLEASE, SIR. |
| 4 | A    MY NAME IS JOHN HAUSER, H-A-U-S-E-R. |
| 5 | Q    DR. HAUSER, ARE YOU A FACULTY MEMBER AT M.I.T. |
| 6 | SLOAN SCHOOL OF MANAGEMENT? |
| 7 | A    YES, I AM.  I'M THE KIRIN PROFESSOR, |
| 8 | K-I-R-I-N, PROFESSOR OF MARKETING AT THE M.I.T. |
| 9 | SLOAN SCHOOL OF MANAGEMENT. |
| 10 | Q    AND WHAT IS YOUR FIELD OF EXPERTISE? |
| 11 | A    MY FIELD OF EXPERTISE IS MARKETING RESEARCH |
| 12 | AND ANALYSIS. |
| 13 | Q    WHAT IS YOUR FORMAL TRAINING IN? |
| 14 | A    I HAVE A DOCTORATE OF SCIENCE FROM M.I.T. IN |
| 15 | OPERATIONS RESEARCH.  OPERATIONS RESEARCH IS |
| 16 | BASICALLY MATHEMATICS APPLIED TO BUSINESS PROBLEMS. |
| 17 | Q    WE'RE GOING TO BE TALKING IN A MINUTE ABOUT A |
| 18 | SURVEY CALLED A CONJOINT SURVEY.  HAVE YOU |
| 19 | PUBLISHED IN THAT FIELD? |
| 20 | A    YES, I HAVE.  I'VE PUBLISHED OVER 70 |
| 21 | PROFESSIONAL ARTICLES IN MARKETING AND MARKETING |
| 22 | RESEARCH. |
| 23 | MR. JACOBS:  YOUR HONOR, WE OFFER |
| 24 | DR. HAUSER AS AN EXPERT IN THE FIELD OF MARKETING |
| 25 | SURVEYS AND ANALYSIS. |

1           MR. PRICE:  NO OBJECTION.
2           THE COURT:  ALL RIGHT.  HE'S CERTIFIED.
3    BY MR. JACOBS:
4    Q    NOW, WE ASKED YOU IN THIS CASE TO CONDUCT A
5    SURVEY; CORRECT, SIR?
6    A    YES, THAT'S CORRECT.
7    Q    WHAT DID WE ASK YOU TO DO?
8    A    I WAS ASKED TO CONDUCT TWO SURVEYS TO
9    DETERMINE HOW MUCH MONEY, IF ANY, SAMSUNG CONSUMERS
10   WOULD PAY FOR THE FEATURES ASSOCIATED WITH THE
11   PATENTS THAT ARE AT ISSUE IN THIS LITIGATION.
12   Q    I'D LIKE YOU TO TURN TO PX 30 IN YOUR BINDER,
13   PLEASE.
14   A    YES, I HAVE IT.
15   Q    WHAT IS PX 30?
16   A    PX 30 IS AN EXHIBIT THAT I PREPARED TO
17   SUMMARIZE MY FINDINGS.
18          MR. JACOBS:  YOUR HONOR, WE'D OFFER PX 30
19   INTO EVIDENCE.
20          MR. PRICE:  NO FURTHER OBJECTIONS.
21          THE COURT:  ALL RIGHT.  THAT'S ADMITTED.
22          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER
23          30, HAVING BEEN PREVIOUSLY MARKED FOR
24          IDENTIFICATION, WAS ADMITTED INTO
25          EVIDENCE.)

1    BY MR. JACOBS:

2    Q    WHAT CONCLUSIONS DID YOU DRAW FROM THE SURVEY

3    THAT YOU CONDUCTED?

4    A    I CONCLUDED THAT SAMSUNG CONSUMERS ARE WILLING

5    TO PAY A SUBSTANTIAL PRICE PREMIUM FOR THE FEATURES

6    THAT ARE ASSOCIATED WITH THE PATENTS THAT ARE AT

7    ISSUE IN THIS CASE.

8    Q    AND WHAT DO THE RESULTS OF YOUR SURVEY REFLECT

9    REGARDING CONSUMER DEMAND FOR THOSE PATENTED

10   FEATURES?

11   A    THE RESULTS REFLECT THAT THERE IS SUBSTANTIAL

12   DEMAND FOR THE FEATURES ASSOCIATED WITH THE PATENTS

13   AT ISSUE IN THIS CASE.

14            MR. JACOBS:  THANK YOU, DR. HAUSER.  I

15   HAVE NO FURTHER QUESTIONS.

16            THE COURT:  ALL RIGHT.  THE TIME IS NOW

17   3:30.

18            GO AHEAD, PLEASE.

19            MR. PRICE:  YOUR HONOR, I MOVE TO STRIKE

20   THE ENTIRE TESTIMONY.  THERE'S NO FOUNDATION FOR

21   THE JURY TO CONCLUDE HOW IT WAS DONE OR WHAT WAS

22   DONE.

23            THIS IS, IN THE INTERESTS OF TIME, GAME

24   PLAYING.  I WILL HAVE TO EXPLAIN THE ENTIRE SURVEY,

25   SO I MOVE TO STRIKE IT IN ITS ENTIRETY.

```
 1
 2
 3
 4                    CERTIFICATE OF REPORTER
 5
 6
 7
 8              I, THE UNDERSIGNED OFFICIAL COURT
 9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10     THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11     FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12     CERTIFY:
13              THAT THE FOREGOING TRANSCRIPT,
14     CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15     CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16     SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17     HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18     TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21                         /S/
                           _____
22                         LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
23
24                         DATED:  AUGUST 11, 2012
25
```