# Price Premium for Patented Features

## Conjoint Survey Results

PLAINTIFF'S EXHIBIT NO. 30
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

| Price Premium For: | Smartphones $199 Base Price Without Patented Features | Tablets $499 Base Price Without Patented Features |
|---|---|---|
| '915 | +$39 | +$45 |
| '915 + '163 + '381 | +$100 | +$90 |

**Dr. John Hauser**
Massachusetts Institute of Technology

Professor Hauser conducted separate consumer surveys for smartphones and tablets to determine the price premium over the base price Samsung consumers are willing to pay for the patented features.

1

# Exhibit 28

# Price Premium for Patented Features

## Conjoint Survey Sources

**Based on conjoint surveys completed by 455 consumers who purchased Samsung smartphones and 415 consumers who purchased Samsung tablets in the two years prior to completing the survey.**

**The smartphone and tablet survey questions** are depicted in Exhibits D, E, F, and G produced on March 22, 2012.

**The smartphone and tablet survey animations** were produced natively in the following files: Flash Audio Test.swf, Phone Camera A.swf, Phone Camera B.swf, Phone Camera C.swf, Phone Camera D.swf, Phone Connectivity A.swf, Phone Connectivity B.swf, Phone Connectivity C.swf, Phone Connectivity D.swf, Phone Touchscreen A.swf, Phone Touchscreen B.swf, Phone Touchscreen C.swf, Phone Touchscreen D.swf, Tablet Camera A.swf, Tablet Camera B.swf, Tablet Camera C.swf, Tablet Camera D.swf, Tablet Connectivity A.swf, Tablet Connectivity B.swf, Tablet Connectivity C.swf, Tablet Connectivity D.swf, Tablet Touchscreen A.swf, Tablet Touchscreen B.swf, Tablet Touchscreen C.swf, Tablet Touchscreen D.swf.

**Survey pretest results** are summarized in Exhibit H produced on March 22, 2012.

**Survey data** were produced natively as Final Survey Data Set.xlsx.

**Statistical calculations for the smartphone and tablet surveys** were produced natively in the following files: avss_fit.txt, avss4.csv, avss4.log, avss8.csv, avss8.log, avss12.csv, avss12.log, holdoutcalcs.m, avss_mono_scrub.sas7bdat, avst_mono_scrub.sas7bdat, wtp_sphone_mono_scrub.xls, wtp_tablet_mono_scrub.xls, header.sas, import_dra.sas, wtp_sphone.sas, wtp_tablet.sas, Holdout excluding 4.rar, Holdout excluding 8.rar, Holdout excluding 12.rar, All choice tasks.rar, avss_final Counts1.xls, avss_final Merge Log.txt, avss_final.att, avss_final.cbchb, avss_final.cho, avss_final.dat, avss_final.idx, avss_final.qnr, avss_final.smt, Samsung Smartphone Scrubbing Flags 3-09-12 w Resp No.csv, Samsung Tablet Scrubbing Flags 3-09-12 w Resp No..csv, avss.old, avst.old, avss.cho, avst.cho, CHO Scrub.do, avst12.csv, avst12.log, avst4.csv, avst4.log, avst8.csv, avst8.log, avst_fit.txt, avst_final Counts1.xls, avst_final Merge Log.txt, avst_final.att, avst_final.cbchb, avst_final.cho, avst_final.dat, avst_final.idx, avst_final.qnr, avst_final.smt. Certain filenames correspond to more than one unique file.