Exhibit 29

TRANSLATION

PLAINTIFF'S EXHIBIT NO. 57
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted: _____ By: _____

SAMNDCA00176053

# P5 Usability Evaluation Results

2011. 4. 9

S/W Verification Group 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Plaintiff's Exhibit No. 57.19
TRANSLATION
CONFIDENTIAL

# Visual Effect Compared to iPad 2

- Lacks Fun, Wow Effect

 ❌ Critical

**[GA lab Evaluation Content]**
- No GUI guide, HoneyComb basic effects are applied.
- HoneyComb 90 degrees transition effect will be referenced and a 180 degree transition effect will be roughly made and applied. (~4/22)
- **UX request detail: Please send a GUI Guide and video on P5 180 degrees transition effect.**

**Browser – Bounce effect is scheduled to be reviewed.**
Only, the effect of having the page and header separated was reflected up to GB, but Verfication and Domestic Version, etc. recognized this as a problem and made a request that there be no separation.

Therefore, need to decide whether the applicable effect will continue to be applied to HC.

| Content | P5 | |
|---|---|---|
| **Moving Browser Window** | | Top-most/Bottom-most and diagonal movements lack bounce effect |
| Page section and Header's menu section do not get separated and only basic scrolling function is provided. | | |
| **Delete Memo/Gallery** | | In the case of Gallery, a black screen appears without any effect then is deleted. |
| When deleting memo, there is no effect other than Pop-up notice informating that memo has been deleted. | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176071

Plaintiff's Exhibit No. 57.73
TRANSLATION
CONFIDENTIAL

# Issue 51 _ Browser

**Serious**

- During topmost/bottom-most, diagonal movements there is no springing Bounce effect

## P5 ad2/ Proposed Improvement

[GA Lab Review Content]
Bounce Effect scheduled for review.



In the case of iPad2, there is a fun element from a natural Bounce effect that follows hand gestures

During the topmost/bottom-most, diagonal movements, there is no Bounce effect in the header's menu section

SAMNDCA00176125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY