1  HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
   hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)            WILMER CUTLER PICKERING
   mjacobs@mofo.com                             HALE AND DORR LLP
3  RACHEL KREVANS (CA SBN 116421)               60 State Street
   rkrevans@mofo.com                            Boston, MA 02109
4  JENNIFER LEE TAYLOR (CA SBN 161368)          Telephone: (617) 526-6000
   jtaylor@mofo.com                             Facsimile: (617) 526-5000
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)            MARK D. SELWYN (SBN 244180)
   rhung@mofo.com                               mark.selwyn@wilmerhale.com
7  JASON R. BARTLETT (CA SBN 214530)            WILMER CUTLER PICKERING
   jasonbartlett@mofo.com                       HALE AND DORR LLP
8  MORRISON & FOERSTER LLP                      950 Page Mill Road
   425 Market Street                            Palo Alto, California 94304
9  San Francisco, California  94105-2482        Telephone: (650) 858-6000
   Telephone:  (415) 268-7000                   Facsimile: (650) 858-6100
10 Facsimile:  (415) 268-7522

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 APPLE INC., a California corporation,        Case No.    11-cv-01846-LHK (PSG)

18              Plaintiff,                      **MANUAL FILING
                                               NOTIFICATION OF EXHIBIT 32**
19      v.                                      **TO THE DECLARATION OF
                                               MARYLEE ROBINSON IN**
20 SAMSUNG ELECTRONICS CO., LTD., a            **SUPPORT OF APPLE'S
   Korean business entity; SAMSUNG             MOTIONS FOR A PERMANENT**
21 ELECTRONICS AMERICA, INC., a New York       **INJUNCTION, FOR DAMAGES
   corporation; SAMSUNG                        ENHANCEMENT, FOR**
22 TELECOMMUNICATIONS AMERICA, LLC, a          **SUPPLEMENTAL DAMAGES
   Delaware limited liability company,         AND FOR PREJUDGMENT**
23                                              **INTEREST**
                Defendants.
24

25

26

27

28

Regarding:     EXHIBIT 32 TO THE DECLARATION OF MARYLEE ROBINSON IN
                SUPPORT OF APPLE'S MOTIONS FOR A PERMANENT INJUNCTION, FOR
                DAMAGES ENHANCEMENT, FOR SUPPLEMENTAL DAMAGES AND FOR
                PREJUDGMENT INTEREST.


        This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web

site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

        This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

        _____

__X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): _____

        _____

Dated: September 21, 2012                    MORRISON & FOERSTER LLP


                                    By:  /s/ Michael Jacobs
                                        Michael Jacobs

                                        Attorneys for Plaintiff
                                        APPLE INC.