# Exhibit 34

```
             WELCOME TO BEST BUY #187
                 SAN FRANCISCO, CA 94103
                      (415)626-9682
                   Keep your receipt!


Val #:000109-990776-298617-843125-709480-648

0187 062 4078 08/26/12    11:48 00459933

PACKAGE 123425***************************
8938527    ACTIVATION                0.00 N*
   PAYGO ACTIVATION SKU
         0.01 COUPON DISC
         **************************
2414049    SAMSUNG PRE            129.99
   BOOST MOBILE-SAMSUNG GALAXY P
   SERIAL #.**************F61D
   ITEM TAX 11.05
1299413    BOOST DEFAU              0.00 N
   BST HANDSET ONLY - NO PLAN
4034387    I727                   649.99
   AT&T SAMSUNG GALAXY S II SKYR
   ITEM TAX 55.24
4119144    1                         0.00
   ATT HANDSET ONLY - NO PLAN
3386094    I777                   649.99
   AT&T SAMSUNG GALAXY S II
   ITEM TAX 55.25
4119144    1                         0.00
   ATT HANDSET ONLY - NO PLAN
3529199    SPHD710KIT             699.99
   SPRINT SAMSUNG GALAXY S II BL
   ITEM TAX 59.50
3974499    1                        0.00 N
   SPR HANDSET ONLY - NO PLAN
2340062    SCHI510RAV             699.99
   VZW SAMSUNG DRIOD CHARGE 4G L
   ITEM TAX 59.50
6820611    NON-QUALIFI              0.00
   VZW HANDSET ONLY NO PLAN
8101608    3G SIM CARD              0.01
   AT&T 3G/4G STANDARD SIM CARD
   REG $29.99  29.98 DISC
8101608    3G SIM CARD              0.01
   AT&T 3G/4G STANDARD SIM CARD
   REG $29.99  29.98 DISC
1726035    VERIZON LTE              0.01
   VERIZON LTE 4G SIM CARD
   REG $19.99  19.98 DISC
   ITEM TAX 1.70
                          -----------
                 SUBTOTAL  2,829.98
                 SALES TAX AMOUNT   242.24
                          ===========
                    TOTAL  3,072.22

Associate # 459933


xxxxxxxxxxxx9788         VISA   1,500.00
EDWARD SITTLER
APPROVAL 017646
xxxxxxxxxxxx9184         VISA   1,572.22
EDWARD W SITTLER
APPROVAL 014814


HARDWARE/SOFTWARE
You purchased the following:
BOOST MOBILE-SAMSUNG GALAXY PR
ESN/MEID:: 268435460812711453

SERVICE AND SERVICE OPTIONS
```