# Exhibit 35

```
T-MOBILE 8929                                           Register #2
225 EAST 4TH                                            Trans #22859
SAN MATEO, CA 94401-4006                                08-25-2012 14:25:16
(650)375-0817
```

NA NA                Sales Rep: 2193011

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214627711 | SAM T989 GALAXY S II TITANIUM KIT | 549.99 | 549.99 T |
| | | | Serial # 359605043976524 | | |
| | | | No Mobile Number | | |
| | | | Other   0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 549.99@ 8.5% | | 46.75 |
| 1 | EACH | 000000610214625717 | SAM T959 GALAXY S 4G REFLEX SILVER KIT | 399.99 | 399.99 T |
| | | | Serial # 357982047931033 | | |
| | | | No Mobile Number | | |
| | | | Other   0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 399.99@ 8.5% | | 34.00 |
| | | | **SALE AMOUNT** | | **949.98** |
| | | | **Total Tax** | | **80.75** |
| | | | **TOTAL** | | **1030.73** |
| | | | Mastercard --- 3387 35665P | | -1030.73 |
| | | | Reference # - 925928891 | | |

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.

- Service availability and usage limits vary – see your plan for details. Partial minutes rounded up, and data usage rounded up to nearest KB. Data roaming not available for prepaid plans. No cash value; no refunds. Not liable if lost/stolen. Service use is your agreement to T-Mobile's Terms and Conditions.

NA NA                Sales Rep: 2193011

- Plan features apply to service on T-Mobile's Network in the U.S. For international add-on features, calls must originate on T-Mobile's Network in the U.S and text messages must originate in U.S. International roaming rates apply. For **Int'l Talk & Text** add-on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only --- other types of international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.
- If I haven't signed up for a specific data plan, I will be charged for all data used on a per MB basis(rounded up to the nearest MB) unless I opt out of data service. If I have the 200MB Data (web) Plan, I will be charged 10¢ per MB for overage. Data plans may also have throughput and other limits, including Rate Plan Allotments. Domestic Off-Network data Allotments are: (1) 5MB if my data plan has 1MB to 199MB of full speed data; (2) 10MB if my data plan has 200MB to 1.99GB of full speed data; (3) 50 MB if my data plan has 2GB to 4.99GB of full speed data; (4) 100MB if my data plan has 5GB to 9.99GB of full speed data; (5) 200MB if my data plan has 10GB of data and above; or (6) 10MB if I use Mobile Web Pay Per Use.

**Return Policy:**

**Device Refunds or Exchanges.** *Devices Purchased with Annual Service:* To receive a refund or exchange a Device purchased with an annual service agreement, you must return or exchange the Device within 14 days of the original purchase date (30 days in CA). You may return a Device without cancelling your service activation or upgrade contract extension. *Devices Purchased without Annual Service:* To receive a refund or exchange a Device purchased without an annual service agreement, you must return or exchange the Device within 30 days of the original purchase date. *Requirements for All Device Refunds and Exchanges:* You must return your Device in its package with all original contents, undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the Sales Channel through which you received the Device. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged. You may also be required to pay a restocking fee as follows: The restocking fee shall be $75 for advanced, data-focused devices that are designed for web browsing (e.g. tablets, netbooks), the restocking fee shall be $50 for "smart phone" devices, which are high end phones that are designed for web and social media use in addition to standard phone features such as voice and text messaging (e.g. myTouch devices, Samsung Vibrant/Galaxy devices); and for all other devices, the restocking fee shall be $25 (e.g. basic phone devices, data sticks).

**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories. (i.e., retail store, web, telesales, etc.)

**Prepaid airtime and e-coupons** are non-refundable.

- As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.

T-MOBILE 8929                                           Register #2
225 EAST 4TH                                            Trans #22859
SAN MATEO, CA 94401-4006                                08-25-2012 14:25:16
(650)375-0817

T-MOBILE 8929  
225 EAST 4TH  
SAN MATEO, CA 94401-4006  
(650)375-0817

Register #2  
Trans #22859  
08-25-2012 14:25:16

NA NA          Sales Rep: 2193011

Cardholder Signature 1 - Mastercard - 3387  
AHN, DEOK KEUN