Exhibit 37



```
NORTHPARK MALL STORE
1200 E. County Line Rd.
        Suite 235
    RIDGELAND, MS 39157
       1.855.CSPIRE5

Order Number: 2002566337
Date: August 27, 2012 08:27 PM
Register: REG 1
Float: 1212695
Served By: JORDAN GILMORE
Customer: KELLY WOODS
Account Number: 2000173396

Item  Description    Unit Price    Total

ACTIVATION FEE AdvancePay
  Mob #: 7695722794
G0106PP     1 Each    $10.00    $10.00

AIRTIME PAYMENT AdvancePay
  Mob #: 7695722794
G0102PP     1 Each    $0.00     $50.00

Samsung Galaxy S Showcase
  Mob #: 7695722794
  Device SerialNbr: 268435460814471864
I500        1 Each    $329.99   $309.99


50 DOLLARS OFF ANY ANDROID W FLEX CHOICE
ANDROID SALE                   -$50.00


                 Subtotal:      $319.99
         MS STATE SALES TAX:     $18.20
           MS STATE CST TAX:      $0.70

               Amount Due:      $338.89

         DEBIT_CARD             $338.89
      4************7624


                  Change:         $0.00
```



# FedEx Office

6392 RIDGEWOOD COURT DR>
JACKSON, MS 39211

Location:       JANK
Device ID:      JANK-POS1
Employee:       2267683
Transaction:    78061441482

~~FIRST OVERNIGHT~~
800963401579        1.50 lb (S)         115.06

Scheduled Delivery Date 08/29/2012
Standard- Small, 8x8x8
790363010562        1      (T)            4.99

Shipment subtotal:              115.06
Merchandise taxable subtotal:     4.99
Tax(MS) 7.000%                    0.35

Total Due:      120.40

(V) CreditCard:         120.40
***********7624

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final. FedEx disclaims all warranties, express or implied, including, without limitation, the implied warranties of merchantability and fitness for a particular purpose. This packaging is sold 'as is' 'with all faults.' By paying for and accepting this packaging, you agree to release and hold FedEx harmless for any claims, suits, disputes or causes of action relating to this packaging as well as any related incidental or consequential damages incurred by you or any other party.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 27, 2012 8:42:41 PM

---

**FedEx Express US Airbill** (handwritten):

From:
Date: 8-27-12
Sender's Name: Kelly Woods
Company: 
Address: 203 Tupelo Dr.
City: Natchez   State: MS   ZIP: 39120
Phone: (601) 597-3668
Tracking Number: 8009 6340 1579

To:
Recipient's Name: Danielle Coleman
Company: Morrison & Foerster LLP
Address: 425 Market St.
City: San Francisco   State: CA   ZIP: 94105

Form ID No. 0200

Express Package Service: First Overnight
Packaging: FedEx Envelope
Special Handling: No dangerous goods
Payment: Bill Sender