1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL RE MOTION FOR DAMAGES ENHANCEMENTS AND PERMANENT INJUNCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Apple filed a motion to seal documents related to its Motion for Damages Enhancements
2   and Permanent Injunction ("Apple's Motion"), citing previously filed motions and supporting
3   declarations addressing the same confidential information.  The Court finds that Apple's sealing
4   request is narrowly tailored and justified.  Therefore, the following documents may be filed under
5   seal, consistent with Apple's proposed redactions covering its confidential information:

- The Declaration of Terry Musika in Support of Apple's Motion, in particular the portions of pages 8-9 discussing IDC data that Apple has proposed to redact.
- Exhibit 2 to the Declaration of Terry Musika in Support of Apple's Motion may be sealed in full.
- Apple's Motion, in particular the portion of page 27 discussing financial information that Apple has proposed to redact.
- The Declaration of Marylee Robinson in Support of Apple's Motion, in particular the portion of Paragraph 29 discussing financial information that Apple has proposed to redact.
- Exhibit 8 to the Robinson Declaration, in particular the lines addressing profits that Apple has proposed to redact.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                   Hon. Lucy H. Koh
                                                                   United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3197853

1