1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
7  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
10 Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16 APPLE INC., a California corporation,

17                 Plaintiff,

18        v.

19 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
20 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
21 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
22
                   Defendants.
23

Case No. 11-cv-01846-LHK

**DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S MOTION FOR PRELIMINARY INJUNCTION AND DAMAGES ENHANCEMENTS**

I, JASON BARLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Motion for Preliminary Injunction and Damages Enhancements.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Don-Joo Lee taken on February 17, 2012.

3. Attached hereto as **Exhibits 2** and **3** are true and correct copies of webpages of third-party resellers Amazon.com and PowerOn.com indicating that refurbished iPhone 3GS phones are widely available in the secondary market.

4. Attached hereto as **Exhibit 4** is a true and copy of excerpts from Samsung's JD Power Survey dated March 2011 bates labeled SAMNDCA10246338.

5. Attached hereto as **Exhibit 5** is a true and copy of excerpts from the deposition of Stephen Gray taken on May 4, 2012.

6. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the hearing transcript dated September 28, 2011.

7. According to logs maintained by individuals working under my supervision, PX 34 was first produced by Samsung on February 16, 2012, PX 40 was produced by Samsung on January 13, 2012, PX 44 was first produced by Samsung on December 29, 2011, and PX 55 was first produced by Samsung on January 13, 2012.

8. Attached hereto as **Exhibit** 7 is a true and correct copy of Samsung's Amended Response to Apple's Interrogatories served March 19, 2012.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the hearing transcript dated July 18, 2012.

10. Attached hereto as **Exhibit 9** is a true and correct copy of House Report 104-374 – Federal Trademark Dilution Act of 1995.

DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S MOTION FOR PRELIMINARY INJUNCTION AND DAMAGES ENHANCEMENTS
sf-3197252

1

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed this day
2   of 21st day of September 2012, at San Francisco, California.

/s/ Jason Bartlett
Jason Bartlett

DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S MOTION FOR PRELIMINARY INJUNCTION AND DAMAGES ENHANCEMENTS
sf-3197252

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason Bartlett has concurred in this filing.

Dated: September 21, 2012   /s/ Michael Jacobs

DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S MOTION FOR PRELIMINARY INJUNCTION AND DAMAGES ENHANCEMENTS
sf-3197252

3