HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

```
           HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                          SAN JOSE DIVISION
              Civil Action No.:  11-CV-01846-LHK
 3

 4    APPLE, INC., a California corporation,
             Plaintiff,
 5
      vs.
 6
      SAMSUNG ELECTRONICS CO., LTD.,
 7    a Korean business entity, et al.
             Defendants.
 8   _____

 9         UNITED STATES INTERNATIONAL TRADE COMMISSION
                         WASHINGTON, D.C.
10   _____

11    In the Matter of:

12    CERTAIN ELECTRONIC DIGITAL                   Case No.:

13    MEDIA DEVICES AND COMPONENTS                 337-TA-796

14    THEREOF

15   _____

16
                    *** HIGHLY CONFIDENTIAL ***
17                  SUBJECT TO PROTECTIVE ORDER

18           VIDEOTAPED PERSONAL DEPOSITION OF:

19                         DON-JOO LEE

20

21

22              Friday, February 17, 2012
                       Kim & Chang
23                  Seoul, South Korea
                 9:07 a.m. to 6:24 p.m.
24

25
```

```
 1         raise your right hand, please?
 2                    DON-JOO LEE,
 3   after having been duly sworn by the reporter, pursuant
 4   to stipulation of counsel, was examined and testified
 5   through the interpreter as follows:
 6         THE WITNESS:  I do.
 7         MR. KIM:  I've been asked to read the
 8      following statement.  We understand the court
 9      reporter is not authorized to administer oaths
10      in this venue; nevertheless, we request that she
11      administer the oath and we stipulate that we
12      waive any objection to the validity of the
13      deposition based on the oaths.
14         MS. MAROULIS:  Stipulated.
15                 DIRECT EXAMINATION
16   BY MR. KIM:
17      Q.   Good morning, Mr. Lee.
18           Have you had your deposition taken before,
19   Mr. Lee?
20      A.   No.
21      Q.   So I will briefly review the basics.  I
22   imagine your counsel has also mentioned it.  First, do
23   you understand that you have taken an oath to testify
24   truthfully today?
25      A.   Yes, I do.
```

```
 1   1977?
 2       A.    No, not 1977, but 1979.
 3       Q.    Okay.  And what is your current position?
 4       A.    I'm the head of the sales and marketing at
 5   mobile business unit of Samsung Electronics.
 6       Q.    And how long have you held that position?
 7       A.    This year marks the fourth year into this
 8   position.
 9       Q.    So since 1998?
10             I'm sorry.
11       A.    From 2009.
12       Q.    I see.  So you're entering your fourth year.
13       A.    Yes.
14       Q.    And what position did you hold before that?
15       A.    You mean immediately before?
16       Q.    Yes.
17       A.    I was responsible for CIS region for Samsung
18   Electronics.
19       Q.    And what is the CIS region?
20       A.    President of Samsung Electronics CIS.  And
21   CIS covers countries of the Soviet federations,
22   including Russia.
23       Q.    So in that position was that mobile devices
24   only, or was that all Samsung products?
25             MS. MAROULIS:  Objection, vague.
```

```
 1        don't have the data to support it.
 2   BY MR. KIM:
 3        Q.    Do you have any data at all on that subject?
 4              MS. MAROULIS:  Objection, vague.
 5              THE WITNESS:  I don't have precise
 6        recollection.
 7   BY MR. KIM:
 8        Q.    Who would be the best person -- or who would
 9   know about such data at Samsung Electronics?
10              MS. MAROULIS:  Objection, vague, calls for
11        speculation.
12   BY MR. KIM:
13        Q.    Or who would be responsible for collecting
14   that kind of data?
15        A.    A team doing market research under marketing
16   division.
17        Q.    That's in your division, correct?
18        A.    Yes.
19              (Exhibit 1559 Bates SAMNDCA 62702 through
20   711 was marked for identification.)
21   BY MR. KIM:
22        Q.    I'm showing you a document that's been
23   marked as Exhibit 1559, which has Bates numbers SAMNDCA
24   62702 through 711.  And feel free to review as much as
25   you want, but my question focuses on the second page
```

1   in, which has Bates number ending at 704.
2           And my first question is:  If you look at
3   page Bates number 10462704, is this an e-mail that
4   Brent Yoo of Samsung Telecommunications America sent to
5   several people, including a copy to you?
6       A.   This is what is written in the document, and
7   it seems likely.
8       Q.   And if you look at the second paragraph, do
9   you see the reference to first-time smartphone user and
10  IOS lock-in?
11      A.   I see it.
12      Q.   Is it correct that this e-mail notes that
13  it's important to get first-time smartphone users
14  before they're locked into the IOS so that Samsung can
15  lock them into the Android IOS?
16          MS. MAROULIS:  Objection, document speaks
17       for itself.
18          THE WITNESS:  That is one of our many
19       strategies.
20          MR. KIM:  Victoria, I finished this line of
21       questioning.  I have some other line of
22       questioning.  The question is what you want to
23       do for lunch.  I don't know if lunch is actually
24       here yet.
25          MS. MAROULIS:  It's 11:50.

C E R T I F I C A T E

(Seoul)

(South Korea)

I, Tracey S. LoCastro, Registered Professional Reporter, do hereby certify that the aforementioned witness was first duly sworn as noted by stipulation of counsel to testify the whole truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of February, 2012.

TRACEY S. LOCASTRO,
Registered Professional Reporter