

Your Amazon.com | Today's Deals | Gift Cards | Help

The All-New kindle fire HD

Shop by Department | Search | Cell Phones & Ac... | iphone 3gs | Hello. Sign in Your Account | 0 Cart | Wish List

Cell Phones & Accessories | All Electronics | Brands | Best Sellers | Phones with Plans: AmazonWireless | No-Contract Phones | Unlocked Phones | Accessories | Apps | Deals

## Similar Items with Better Ratings

Samsung S5830 Galaxy Ace - Unlocked Phone - Black
(103)
$197.66

Sony Xperia U ST25A-BW Unlocked Phone with...
(11)
$234.94

HTC A9192 Inspire 4G Unlocked Phone with...
(126)
$274.99

See larger image

See all 11 customer images
Share your own customer images

# Apple iPhone 3GS 8GB - Unlocked

by Apple

(94 customer reviews) | Like (136)

List Price: ~~$550.00~~
Price: $214.99 & this item ships for **FREE with Super Saver Shipping**. Details
You Save: $335.01 (61%)

**In Stock.**
Sold by **InventoryPlanet** and **Fulfilled by Amazon**.
**Want it delivered Monday, September 24?** Order it in the next 20 hours and 57 minutes, and choose **One-Day Shipping** at checkout. Details

35 new from $200.00 | 31 used from $147.99 | 17 refurbished from $185.00

**Thinking of Selling Your iPhone?**
Now Amazon has three easy ways to sell your iPhone: (1) Trade In Your iPhone for an Amazon.com Gift Card, (2) Sell Your iPhone for Cash as an Individual Seller, or (3) Sell Your iPhone for Cash as a Professional Seller. Learn more.

Quantity: 1

Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart
or
Sign in to turn on 1-Click ordering.

**Add Accessories**

2-Year iPhone Accidental Warranty
$99.99

Add to Wish List

**More Buying Choices**

hp electronics inc. Add to Cart
$215.95 + Free Shipping

orderinstan... Add to Cart
$211.00 + $4.99 shipping

Noble Planet Add to Cart
$217.39 + Free Shipping

83 used & new from $147.99

Have one to sell? Sell on Amazon

Share

## Frequently Bought Together

**Price For All Three: $221.26**

Add all three to Cart | Add all three to Wish List

These items are shipped from and sold by different sellers. Show details

- **This item:** Apple iPhone 3GS 8GB - Unlocked by Apple $214.99
- EMPIRE 5-Pack LCD Screen Protector with Lint Cleaning Cloth for Apple iPhone 3G 8GB 16GB [EMPIRE Packaging] by EMPIRE $0.32
- OKEBA Black RUBBER TPU GEL HARD CASE SKIN COVER FOR APPLE IPHONE 3G 3GS 8GB 16GB by GNWE $5.95

## What Other Items Do Customers Buy After Viewing This Item?

Apple iPhone 3G 8GB - Unlocked by Apple
(170)
$217.00

Apple iPhone 3GS 16GB Unlocked
(52)
$249.99

Apple iPhone 3GS Black 8GB AT&T Locked by Apple Inc.
(28)
$227.00

SanDisk 16 GB microSDHC Flash Memory Card SDSDQ-016G (Bulk Packaging) - Class 2 by SanDisk
(844)
$10.26

› Explore similar items

## Technical Details

- 8GB of internal storage
- 3.5in widescreen Multi-Touch Display

Amazon.com: Apple iPhone 3GS 8GB - Unlocked: Cell Phones & Accessories

- 3MP Camera
- 802.11b/g Wi-Fi,GSM/EDGE (850, 900, 1800, 1900 MHz)

See more technical details

## Product Details

**Item Weight:** 10.6 ounces
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**ASIN:** B004G1IP4W
**Item model number:** A1303
**Average Customer Review:** ★★★☆☆ (94 customer reviews)
**Amazon Best Sellers Rank:** #229 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)
#3 in Cell Phones & Accessories > **Unlocked Phones**

Did we miss any relevant product features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

iPhone 3GS 8GB Unlocked, ready to be used on any GSM carrier worldwide. You will receive an unlocked iPhone 3gs 8GB Black.

## Customers Who Bought This Item Also Bought

     

| Apple iPhone 3G 8GB - Unlocked | Apple iPhone 3GS 16GB Unlocked | OKEBA Black RUBBER TPU GEL HARD CASE SKIN COVER FOR APPLE IPHONE 3G 3GS 8GB ... | EMPIRE 5-Pack LCD Screen Protector with Lint Cleaning Cloth for Apple iPhone 3G 8GB 16GB ... | LE Deluxe Black Hard Case Cover with Chrome for Apple iPhone 3g 3gs | OtterBox Impact Case for iPhone 3G/3GS - Black |
|---|---|---|---|---|---|
| ★★★☆☆ (170) | ★★★☆☆ (52) | ★★★★☆ (239) | ★★★☆☆ (1,003) | ★★★★☆ (19) | ★★★★☆ (875) |
| $217.00 | $249.99 | $5.95 | $0.32 | $1.52 | $15.13 |

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

- **iPhone 5 on AT&T®** - Order **iPhone** 5 on AT&T®. Now with an impressive 4-inch Retina display   www.att.com/**iPhone**5
- **iPhone 3GS price** - Buy **iPhone 3GS** price in the Bay Area. Call 888-639-5463   www.evo2inc.com/
- **iPhone 3GS** - **iPhone 3GS** Sale. Huge Savings & Selection. All Here!   www.interiorsbuyer.com/

See a problem with these advertisements? Let us know

## Customer Reviews



★★★☆☆ (94)
3.6 out of 5 stars

| 5 star | 45 |
| 4 star | 12 |
| 3 star | 9 |
| 2 star | 7 |
| 1 star | 21 |

See all 94 customer reviews

"I like this phone so much, I just ordered another one as a spare."
JFA657 | 11 reviewers made a similar statement

"I am using it with my t-mobile sim card that I had previously used with my android unlocked phone, and it is working just perfectly!"
Lovely Sam | 6 reviewers made a similar statement

"Luckily I'm getting the phone returned, to get this rip off over with."
Fatima | 10 reviewers made a similar statement

## Most Helpful Customer Reviews

51 of 56 people found the following review helpful

★★★★★ **Just like described!** August 18, 2011
By Lovely Sam
**Amazon Verified Purchase**

I ordered this iphone 3Gs 8gb which was supposed to be unlocked and jailbroken and it was! I was happy especially after being so skeptic from the other buyer reviews, I was happy to know that I actually got what I ordered. My seller was Ibuy NWA and they gave me the exact product that they described, it wasn't scratched up or cracked, it looked practically brand new to me. I am using it with my t-mobile sim card that I had previously used with my android unlocked phone, and it is working just perfectly! I haven't had any problems yet, in fact I am thrilled and really happy with my purchase! I would definitely recommend this to any other person who is looking to buying an unlocked/jailbroken iphone that isn't terribly expensive. :) (This is also my

first iphone)

7 Comments | Was this review helpful to you? Yes  No

37 of 42 people found the following review helpful
★★★★★ **Factory Unlocked iPhone 3GS** March 10, 2011
By MARIA ROSSANA
Amazon Verified Purchase

Well, I actually bought this phone from FGS Trading, I'm very very happy because it arrived in less time that I expected.
This phone is for my son he loves apple products and i saw it and touched it and I'm very glad with this seller cause it really is a factory unlocked iPhone there was no problem with the other companies and the box was with the factory plastic wrap.
I would really buy again with this seller I'm very happy.
PS: The best phone I've ever seen.
Congrats FGS Trading.

4 Comments | Was this review helpful to you? Yes  No

39 of 45 people found the following review helpful
★★★☆☆ **Recovery mode out of the box** June 23, 2011
By Jason
Amazon Verified Purchase

I bought the phone from abe-123 vendor. I bought this for the wife because she loved her last iPhone. The delivery was fast, a lot faster then I expected. The only problem is that when she got it, it was stuck in recovery mode right out of the box, and nothing she did would get it unstuck. She went to the AT&T store and they couldn't do anything about it either. Now she has to send it back to Apple, which thank goodness it is still covered under warranty. So Apple is sending a replacement phone for her.

I understand I might have gotten one faulty phone out of several, but that is why I gave it a 3 out of 5, because I have to get a replacement phone for the one I just bought and didn't get to use once. I'm not going to blame the vendor at this point, because I know not every item will be functioning perfectly like it should

1 Comment | Was this review helpful to you? Yes  No

› See all 94 customer reviews

Write a customer review

---

Advertisement

### Most Recent Customer Reviews

★☆☆☆☆ **Unlocked phone, but Home button not working**
I received the phone in two days. Thanks to Amazon prime. The phone is unlocked one as mentioned in the specification. Unfortunately, the Home button is not working. Read more
Published 17 hours ago by Jishnu

★★★★★ **Thank you**
Thank you so much this is exactly what I have ordered. This is look brand new I phone I love it Thanks again
Published 1 day ago by i phone 3Gs

★★★★★ **Perfect, exactly how it was descirbed**
I purchased my iPhone from TABLET DISTRIBUTORS and there is nothing bad that i can say about it, the phone was at the latest firmware and the phone was in great condition, i... Read more
Published 2 days ago by Khalil Issa

★★★★★ **Fantastic iPhone**
I just received my iPhone GS and i am in love with it.
It has all the features a person could expect and it
has been unlocked by Apple. Read more
Published 3 days ago by JFA657

★★☆☆☆ **consumers of a smart phone are to be directly appointed to iPhone 4's...**
For many years the world has longed for a device that would allow them to connect to others such as friends and family, or coworkers via internet while on the go, but weren't able... Read more
Published 5 days ago by Cougar Alex

★☆☆☆☆ **NOT UNLOCKED!!!!!**
We ordered this phone so that we could use it with a T-mobile sim card. When we put in the sim, it didnt work. We took it to the T-mobile store and they told us it wasnt unlocked! Read more
Published 5 days ago by khandaker Islam

★★★★★ **It's cool**
It was exactly as described as the seller. It arrived pretty quickly too. this is my first iphone, let alone, first fancy phone that does a bunch of cool things. Read more
Published 5 days ago by Purevsuren Zeidel

★☆☆☆☆ **Not Really Unlocked Phone**
I received this Iphone 3gs hoping that it is unlocked as advertised, but in fact it was not.

My T-Mobile sim was not working on this phone.
Read more
Published 7 days ago by Boris

★★★★★ **iPhone 3GS**
After buying the iPhone 3GS in late March of '10 (unfortunately just before the new model arrived), I am pleased to write a review of such an amazing, affordable phone. Read more
Published 9 days ago by M. Neely

★★★★☆ **I love my iphone!**
The only thing I have to say about the iphone is, AWESOME! It's like carrying a portable PC in my pocket. There is no end to what I've been able to do with this thing. Read more
Published 11 days ago by Aieomee Blue

### Search Customer Reviews

Only search this product's reviews

## Related Items

- Most Popular
- Cases & Covers
- Screen Protectors
- Computer Tablets

 OKEBA Black RUBBER TPU GEL HARD CASE SKIN COVER FOR...
★★★★½ (239)
**$5.95**
In Stock from Richard's Superstore.
[Add to Cart]

 OtterBox Impact Case for iPhone 3G/3GS - Black
★★★★☆ (875)
$19.95 **$15.13**
In Stock and eligible for FREE Super Saver Shipping
[Add to Cart]

 LE Deluxe Black Hard Case Cover with Chrome for Apple...
★★★★½ (19)
$9.99 **$1.52**
In Stock from Boho Tronics (Ships From USA).
[Add to Cart]

 EMPIRE 5-Pack LCD Screen Protector with Lint Cleaning Cloth for...
★★★☆☆ (1,003)
$5.99 **$0.32**
In Stock from Importer520 ( Fast ship from USA ).
[Add to Cart]

 eForCity Screen Protector + Lint Cleaning Cloth (3 Packs) Compatible...
★★★★☆ (47)
**$0.77**
In Stock from Importer520 ( Fast ship from USA ).
[Add to Cart]

## Looking for "iphone 3gs" Products?

Other customers suggested these items:


Apple iPhone 3 / 3G / 3GS Case Floral Bee Silicone Cover With Screen Protector & Polishing Cloth
Suggested by 4 customers


Apple iPhone 3 / 3G / 3GS Case PU Leather Flip Cover With Screen Protector & Polishing Cloth
Suggested by 4 customers


Apple iPhone 3 / 3G / 3GS Case PU Leather Wallet Flip Cover With Screen Protector & Polishing Cloth
Buy new: **$3.99**
Suggested by 4 customers


Apple iPhone 3 / 3G / 3GS Case Floral Butterfly Silicone Cover With Screen Protector & Polishing Clo...
Suggested by 4 customers


Dark Pink Floral Patterned Silicone Case Cover For Apple iPhone 3/3G/3GS
★★★★★ (1)
Suggested by 3 customers

› Explore 606 other items related to "iphone 3gs"

## Forums

3 customer discussions

## eGift This Item (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item



**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.



## Look for Similar Items by Category

Cell Phones & Accessories > Unlocked Phones

### Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

| InventoryPlanet Privacy Statement | InventoryPlanet Shipping Information | InventoryPlanet Returns & Exchanges |

### Your Recent History (What's this?)



| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |
|  |  | Help |

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | MYHABIT<br>Private Fashion<br>Designer Sales |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates