2011 Wireless Smartphone Satisfaction Study<sup>SM</sup> — March 2011



## Key Expenditures and Usage Findings by Manufacturer

|  | Apple | HTC | Motorola | Nokia | Palm | RIM BlackBerry | Samsung | Industry Avg. |
|---|---|---|---|---|---|---|---|---|
| **Type of user:** | | | | | | | | |
| Personal | 36% | 41% | 42% | 49% | 41% | 35% | 47% | 39% |
| Both Business and Personal | 64% | 59% | 58% | 51% | 59% | 65% | 53% | 61% |
| Minutes used each month | 583 | 707 | 602 | 568 | 564 | 656 | 620 | 622 |
| Monthly $ expenditures (mean) | $107 | $108 | $115 | $86 | $95 | $108 | $107 | $107 |
| # Calls make/receive[1] | 139 | 160 | 132 | 109 | 129 | 155 | 141 | 143 |

[1] Based to those making at least one or more calls per month.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10246363

2011 Wireless Smartphone Satisfaction Study℠                             March 2011



## Length of Time Using Current Smartphone



## Length of Time Using Current Smartphone



27  © 2011 J.D. Power and Associates,
    The McGraw-Hill Companies, Inc.
    All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246364

2011 Wireless Smartphone Satisfaction Study[SM]          March 2011



## Features Used[1,2]

| Features Used | 2011 Vol. 1 |
|---|---|
| Send and receive e-mail | 88% |
| Access the Internet/Look at Web pages | 86% |
| PDA/PIM capabilities | 78% |
| Camera capabilities | 76% |
| View/edit e-mail attachments | 67% |
| Integrated social networking capabilities | 64% |
| Touch screen | 58% |
| Speakerphone | 47% |
| Receive text alerts | 47% |
| MMS/Picture messaging | 47% |
| Bluetooth capabilities | 44% |
| Wi-Fi capabilities | 40% |
| QWERTY Keyboard | 40% |
| Ability to send and receive e-mail on multiple accounts | 38% |
| Instant messaging | 36% |
| Global Positioning System (GPS) | 34% |
| Listen to music/MP3 player | 33% |
| Integrated application store | 25% |

[1] Based to those customers that indicate any of the above features are available to them.
[2] Responses less than 25% not shown.

28    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246365

## Features Desired on Future Smartphone[1]

| Features Desired on Future Smartphone | 2011 Vol. 1 |
| --- | --- |
| Memory expansion | 19% |
| Push-to-talk | 16% |
| Touch screen | 16% |
| Voice recognition/command/dialing | 11% |
| Mobile radio capability | 11% |
| Photo speed dial | 10% |
| International roaming capabilities | 10% |
| Global Positioning System (GPS) | 10% |
| Downloadable programs | 9% |
| Wi-Fi capabilities | 9% |
| Capture/Record video with device | 9% |
| QWERTY Keyboard | 9% |
| Stream music/video | 7% |
| View and pay bills from phone | 6% |
| Games | 6% |
| Download/View video clips | 5% |
| MMS/Picture messaging | 5% |
| Listen to music/MP3 player | 5% |
| Download MP3/music files | 5% |
| Ability to send and receive e-mail on multiple accounts | 5% |
| Integrated application store | 5% |

[1] Responses less than 5% not shown.

29  © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only    SAMNDCA10246366



## Features Desired By Current Smartphone Manufacturer[1]

| Features Desired on Future Handset | Apple | HTC | Motorola | Nokia | Palm | RIM BlackBerry | Samsung | Industry Average |
|---|---|---|---|---|---|---|---|---|
| Memory expansion | 37% | 7% | 11% | 7% | 26% | 7% | 6% | 19% |
| Push-to-talk | 16% | 20% | 32% | 7% | 15% | 12% | 17% | 16% |
| Touch screen | 1% | 4% | 5% | 21% | 1% | 42% | 10% | 16% |
| Voice recognition/command/dialing | 15% | 6% | 6% | 9% | 33% | 5% | 12% | 11% |
| Mobile radio capability | 9% | 11% | 11% | 12% | 14% | 11% | 11% | 11% |
| Photo speed dial | 11% | 10% | 11% | 9% | 13% | 8% | 13% | 10% |
| International roaming capabilities | 7% | 16% | 21% | 6% | 12% | 8% | 12% | 10% |
| Global Positioning System (GPS) | 7% | 6% | 3% | 9% | 18% | 13% | 13% | 10% |
| Downloadable programs | 14% | 9% | 10% | 8% | 6% | 6% | 6% | 9% |
| Wi-Fi capabilities | 2% | 4% | 6% | 12% | 20% | 18% | 13% | 9% |
| Capture/Record video with device | 19% | 2% | 3% | 3% | 3% | 5% | 4% | 9% |
| QWERTY Keyboard | 8% | 21% | 7% | 10% | 4% | 6% | 10% | 9% |
| Stream music/video | 5% | 7% | 4% | 9% | 5% | 8% | 7% | 7% |
| View and pay bills from phone | 3% | 7% | 5% | 2% | 12% | 8% | 10% | 6% |
| Games | 4% | 8% | 14% | 4% | 10% | 3% | 6% | 6% |
| Download/View video clips | 2% | 4% | 2% | 6% | 6% | 9% | 6% | 5% |
| MMS/Picture messaging | 6% | 4% | 4% | 7% | 4% | 5% | 5% | 5% |
| Listen to music/MP3 player | 1% | 3% | 2% | 12% | 11% | 8% | 9% | 5% |
| Download MP3/music files | 3% | 5% | 2% | 7% | 5% | 6% | 9% | 5% |
| Ability to send and receive e-mail on multiple accounts | 4% | 5% | 3% | 7% | 7% | 5% | 5% | 5% |
| Integrated application store | 2% | 8% | 1% | 4% | 9% | 4% | 11% | 5% |

[1] Responses less than 5% for the industry average not shown.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246367



## Overall Smartphone Satisfaction by Operating System



**Overall Satisfaction Index Score**

| Major Operating System Average | iPhone OS | Android | Web OS | Symbian | RIM | Windows Mobile | Palm OS* |
|---|---|---|---|---|---|---|---|
| 761 | 795 | 768 | 753 | 733 | 732 | 708 | 694 |

For handsets used for less than 2 years.

*Caution: low base.

31 | © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                         SAMNDCA10246368



## Smartphone Usage



**Use E-Mail on Smartphone**

| Brand | Send E-Mail | Receive E-Mail |
|---|---|---|
| Apple | 95% | 97% |
| HTC | 92% | 93% |
| RIM BlackBerry | 90% | 92% |
| Motorola | 90% | 94% |
| Industry Average | 89% | 91% |
| Palm | 81% | 84% |
| Samsung | 79% | 83% |
| Nokia | 56% | 57% |

32   © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10246369



## Smartphone Usage



**Total E-mail Messages Sent/Received In a Typical Day**[1,2]

| Brand | Messages |
|---|---|
| RIM BlackBerry | 25 |
| Apple | 22 |
| Industry Average | 21 |
| HTC | 19 |
| Motorola | 18 |
| Samsung | 16 |
| Palm | 15 |
| Nokia | 11 |

[1] Excludes "None."
[2] Data is based to those respondents that were able to identify their handset's operating system.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

33


J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10246370

## Smartphone Usage



[1] Excludes "None."

34    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                     SAMNDCA10246371

2011 Wireless Smartphone Satisfaction Study[SM]   March 2011



## Operating System

| Attribute Index Scores by Operating Systems[1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Factor/Attribute | Major Operating System Average | iPhone OS/OSx | Android | Blackberry RIM | Symbian | Windows Mobile | Palm OS/Garnet OS | Web OS |
| **Overall Index** | **761** | **795** | **768** | **732** | **733** | **708** | **694** | **753** |
| **EASE OF OPERATION** | **786** | **826** | **786** | **762** | **752** | **724** | **707** | **771** |
| Quality of sound when on a call | 7.77 | 7.84 | 7.87 | 7.68 | 7.76 | 7.51 | 7.31 | 7.73 |
| Ease of pressing / activating keypad / keyboard | 7.70 | 8.12 | 7.62 | 7.49 | 7.55 | 7.16 | 6.96 | 7.22 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.88 | 8.51 | 7.93 | 7.41 | 7.21 | 7.01 | 6.94 | 7.96 |
| Ability to adjust volume to suit your needs | 7.87 | 8.18 | 7.95 | 7.62 | 7.55 | 7.34 | 6.91 | 7.69 |
| Ease of navigating around phone menu system | 7.91 | 8.49 | 7.89 | 7.56 | 7.31 | 7.01 | 7.05 | 7.88 |
| Ease of using basic calling features | 8.01 | 8.42 | 7.83 | 7.89 | 7.78 | 7.46 | 7.33 | 7.77 |
| Ease of using text messaging | 7.94 | 8.33 | 7.97 | 7.74 | 7.47 | 7.21 | 7.02 | 7.74 |
| **OPERATING SYSTEM** | **728** | **769** | **745** | **685** | **691** | **657** | **676** | **737** |
| Reliability/stability of smartphone operating syste | 7.35 | 7.81 | 7.50 | 6.91 | 7.08 | 6.54 | 7.28 | 7.31 |
| Speed of mobile internet | 7.11 | 7.58 | 7.45 | 6.47 | 6.72 | 6.42 | 6.28 | 7.36 |
| Amount of time it takes to move between applica | 7.44 | 7.89 | 7.56 | 7.07 | 7.02 | 6.61 | 6.75 | 7.56 |
| Timeliness of syncing | 7.29 | 7.57 | 7.39 | 7.06 | 6.81 | 6.81 | 6.71 | 7.37 |
| Amount of time it takes to attach/transfer files | 7.08 | 7.40 | 7.26 | 6.73 | 6.66 | 6.55 | 6.18 | 7.28 |
| **PHYSICAL DESIGN** | **795** | **831** | **798** | **763** | **760** | **757** | **701** | **810** |
| Visual appeal of your wireless phone | 8.16 | 8.63 | 8.15 | 7.79 | 7.67 | 7.74 | 6.88 | 8.20 |
| Size of display screen | 7.93 | 8.37 | 8.22 | 7.34 | 7.33 | 7.57 | 6.56 | 7.61 |
| Brightness of background display screen lighting | 8.14 | 8.45 | 8.22 | 7.82 | 7.80 | 7.76 | 7.52 | 8.34 |
| Weight of wireless phone, including battery | 7.73 | 8.00 | 7.56 | 7.62 | 7.67 | 7.37 | 7.28 | 8.22 |
| Size of wireless phone | 7.75 | 8.01 | 7.69 | 7.57 | 7.54 | 7.40 | 6.84 | 8.10 |
| **FEATURES** | **774** | **821** | **797** | **726** | **727** | **708** | **684** | **747** |
| Usefulness of applications available on your pho | 8.01 | 8.59 | 8.17 | 7.50 | 7.33 | 7.38 | 7.27 | 7.56 |
| Ability to download additional applications | 7.84 | 8.57 | 8.15 | 7.20 | 7.07 | 6.62 | 6.37 | 7.36 |
| Availability of multimedia functions | 7.74 | 8.33 | 7.86 | 7.19 | 7.32 | 7.02 | 6.85 | 7.67 |
| Quality of camera pictures and videos | 7.50 | 7.73 | 7.81 | 7.07 | 7.25 | 7.19 | 6.65 | 7.50 |
| Variety of ring tones supported | 7.45 | 7.48 | 7.75 | 7.25 | 7.37 | 7.19 | 6.96 | 7.22 |
| **BATTERY FUNCTION** | **651** | **619** | **625** | **702** | **736** | **665** | **708** | **596** |
| Amount of battery life before it needs recharging | 6.19 | 6.13 | 5.64 | 6.70 | 7.18 | 6.29 | 7.14 | 5.28 |
| Length of time needed to recharge battery | 7.16 | 7.27 | 6.86 | 7.34 | 7.56 | 6.99 | 7.15 | 6.89 |
| Ease of replacing batteries | 6.41 | 4.71 | 7.07 | 7.45 | 7.58 | 7.16 | 6.77 | 6.47 |

[1] Data is based to those respondents that were able to identify their handset's operating system.
For handsets used for less than 2 years.

35   © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only    SAMNDCA10246372



## E-Mail Functionality



[1] Excludes "Don't know."

[2] Data is based to those respondents that were able to identify their handset's operating system.

36    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                  SAMNDCA10246373



## E-Mail Functionality



Percent E-Mails Originated from Smartphone

| | iPhone OS | Android | Web OS | RIM | Symbian | Windows Mobile | Palm OS* | Industry Average |
|---|---|---|---|---|---|---|---|---|
| 51%+ | 23% | 23% | 23% | 28% | 14% | 11% | 7% | 24% |
| 41-50% | 17% | 18% | 19% | | 4% | 12% | 10% | 17% |
| 31-40% | | | | | 0% | | 5% | |
| 21-30% | 8% | 6% | 5% | 18% | 4% | 3% | 13% | 7% |
| 11-20% | 15% | 12% | 10% | 9% | 9% | 13% | 15% | 13% |
| 1-10% | 11% | | 16% | 11% | | 18% | | 12% |
| | 25% | 29% | 27% | 12% | 68% | 42% | 52% | 27% |
| | | | | 21% | | | | |

* Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

37



Highly Confidential - Attorneys' Eyes Only         SAMNDCA10246374

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup> — March 2011



## Third Party Software



**Type of Third Party Software Downloaded**

| Category | % |
|---|---|
| Games | 66% |
| Social Networking | 65% |
| Travel | 54% |
| Entertainment | 53% |
| Utilities | 38% |
| News Applications | 36% |
| Multimedia | 32% |
| Business/Professional | 31% |
| Productivity | 29% |
| Communications | 26% |
| Health & Fitness | 25% |
| Personal Finance | 25% |
| Reference | 25% |
| Document Management | 23% |
| eBooks | 23% |
| Translation | 15% |
| Web Browsers | 14% |
| Education | 13% |
| Other | 2% |

38   © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.   J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10246375

## Third Party Software by Manufacturer

| Third Party Software | Industry Average | Apple | HTC | Motorola | Nokia* | Palm | RIM BlackBerry | Samsung |
|---|---|---|---|---|---|---|---|---|
| Games | 66% | 78% | 71% | 69% | 64% | 77% | 42% | 65% |
| Social Networking | 65% | 75% | 56% | 63% | 44% | 45% | 63% | 54% |
| Travel | 54% | 64% | 47% | 59% | 28% | 31% | 48% | 45% |
| Entertainment | 53% | 69% | 50% | 59% | 27% | 43% | 31% | 46% |
| Utilities | 38% | 48% | 40% | 47% | 28% | 28% | 19% | 37% |
| News Applications | 36% | 48% | 29% | 36% | 8% | 24% | 28% | 27% |
| Multimedia | 32% | 40% | 33% | 36% | 34% | 27% | 22% | 32% |
| Business/Professional | 31% | 40% | 26% | 30% | 29% | 19% | 24% | 25% |
| Productivity | 29% | 36% | 33% | 37% | 18% | 27% | 13% | 24% |
| Communications | 26% | 28% | 27% | 30% | 16% | 8% | 23% | 28% |
| Health & Fitness | 25% | 40% | 20% | 25% | 26% | 18% | 8% | 16% |
| Personal Finance | 25% | 36% | 24% | 26% | 9% | 17% | 12% | 16% |
| Reference | 25% | 35% | 22% | 21% | 16% | 25% | 12% | 16% |
| Document Management | 23% | 22% | 31% | 32% | 25% | 22% | 13% | 27% |
| eBooks | 23% | 34% | 19% | 20% | 21% | 20% | 10% | 19% |
| Translation | 15% | 22% | 14% | 12% | 9% | 12% | 5% | 16% |
| Web Browsers | 14% | 13% | 15% | 18% | 16% | 5% | 13% | 17% |
| Education | 13% | 21% | 8% | 7% | 17% | 11% | 5% | 5% |
| Other | 2% | 1% | 1% | 3% | 9% | 5% | 2% | 1% |

* Caution: small sample size.

39   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.


J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                               SAMNDCA10246376

# Customer Satisfaction Performance

40   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246377



## Customer Satisfaction Performance

Apple continues to be ranked highest in overall satisfaction among the covered smartphone manufacturers with an index score of 795, scoring 32 index points above its closest competitor, Motorola. In addition, Apple performs 34 index points significantly above the industry average of 761. Apple, as was the case in previous volumes, excels in four of five factors, scoring highest in Ease of Operation (826), Operating System (769), Physical Design (831) and Features (821). However, Apple does fall significantly below the industry average in Battery Function (619 vs. 651).

**Among the remaining smartphone manufacturers, highlights include:**

Motorola ranks second overall with an index score of 763, slightly above the industry average (761). Motorola ranks significantly higher than the industry average in the Operating System (749) and Features (792) factors. Motorola has an opportunity to improve within the Physical Design factor (777), as the manufacturer scores significantly below average in this particular aspect.

HTC ranks third overall (762), 1 index point below second-highest-ranked manufacturer, Motorola, and 1 index point above the industry average. HTC smartphone owners indicate they are significantly more satisfied than the industry average in Physical Design (808) and Features (789), whereas HTC is significantly below average in Ease of Operation (777) and Battery Function (615).

Palm scores significantly 25 index points lower than the industry average with a score of 736, which is actually an 11-point improvement from 2010 Vol. 2. The manufacturer is significantly below the industry average overall and in two of five factors: Ease of Operation (757) and Features (726).

Nokia ranks fifth overall, in a tie, with a score of 734, falling significantly below the industry average. Although Nokia ranks significantly above the industry average in Battery Function (737), it is significantly below average in the remaining four factors: Ease of Operation (752), Operating System (691), Physical Design (761), and Features (727).

Samsung ranks fifth place, in a tie, in 2011 Vol. 1 with a score of 734 overall. The manufacturer is significantly below the industry average by 27 index points. Samsung struggles significantly in four factors: Ease of Operation (756), Operating System (688), Physical Design (780) and Features (741). Satisfaction with the Battery Function stands above average (656 vs. 651).

RIM BlackBerry falls from its fourth place ranking in 2010 Vol. 2 to being the lowest-ranked manufacturer in 2011 Vol. 1 with an overall index score of 732, a significant 29 index points below the industry average. RIM BlackBerry smartphone owners are significantly more satisfied than the industry in Battery Function (702), despite being significantly below average in the remaining four factors.

41 | © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10246378

# Wireless Smartphone CSI Summary



**Factor Analysis** — Validates unique satisfaction dimensions and eliminates non-discriminating dimensions

**Regression Analysis** — Identifies importance based on implied weights of each unique dimension

**Index** — Scores respondents based on weights and establishes an average



Wireless Smartphone Customer Satisfaction Index Weights: 2011 Vol. 1

- Ease of Operation 26%
- Operating System 24%
- Physical Design 23%
- Features 19%
- Battery Function 8%

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                       SAMNDCA10246379



## Question Topics Used to Determine Factors

### Ease of Operation (26%)

- Quality of sound when on a call (16%)
- Ease of pressing/activating keypad/keyboard buttons (15%)
- Ease of navigating phone using touch screen, toggle/navigation wheel (15%)
- Ability to adjust volume to suit needs (14%)
- Ease of navigating around phone menu system (14%)
- Ease of using basic calling features (13%)
- Ease of using text messaging (13%)

### Operating System (24%)

- Reliability/stability of smartphone operating system (33%)
- Speed of mobile Internet (20%)
- Amount of time it takes to move between applications (19%)
- Timeliness of syncing (16%)
- Amount of time it takes to attach/transfer files (12%)

### Physical Design (23%)

- Visual appeal of your wireless phone (22%)
- Size of display screen (20%)
- Brightness of background display screen lighting (20%)
- Weight of wireless phone (including battery) (19%)
- Size of wireless phone (19%)

### Features (19%)

- Usefulness of applications available on phone (26%)
- Ability to download additional applications (21%)
- Availability of multimedia functions (20%)
- Quality of camera pictures and videos (17%)
- Variety of ring tones supported (16%)

### Battery Function (8%)

- Amount of battery life before it needs recharging (53%)
- Length of time needed to recharge battery (28%)
- Ease of replacing batteries (19%)

43 © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10246380

2011 Wireless Smartphone Satisfaction Study[SM]   March 2011



# Overall Smartphone CSI Rating



Handset Manufacturer Overall CSI Ratings

- Apple: 795
- Motorola: 763
- HTC: 762
- Industry Average: 761
- Palm: 736
- Nokia: 734
- Samsung: 734
- RIM BlackBerry: 732

For handsets used for less than 2 years.

= Significantly ABOVE Industry Average at 95% Confidence Level (excluding manufacturer).
= Significantly BELOW Industry Average at 95% Confidence Level (excluding manufacturer).



44 | © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246381

2011 Wireless Smartphone Satisfaction Study℠ — March 2011



## Smartphone CSI Ratings by Manufacturer

|  | Industry Avg. | Apple | Motorola | HTC | Palm | Nokia | Samsung | RIM BlackBerry |
|---|---|---|---|---|---|---|---|---|
| Overall | 761 | 795 | 763 | 762 | 736 | 734 | 734 | 732 |
| Ease of Operation | 786 | 826 | 780 | 777 | 757 | 752 | 756 | 762 |
| Operating System | 727 | 769 | 749 | 731 | 714 | 691 | 688 | 685 |
| Physical Design | 795 | 831 | 777 | 808 | 782 | 761 | 780 | 763 |
| Features | 774 | 821 | 792 | 789 | 726 | 727 | 741 | 726 |
| Battery Function | 651 | 619 | 650 | 615 | 630 | 737 | 656 | 702 |

For handsets used for less than 2 years.

 = Significantly ABOVE Industry Average at 95% Confidence Level (excluding manufacturer).
 = Significantly BELOW Industry Average at 95% Confidence Level (excluding manufacturer).

## Smartphone CSI Ratings—2011 V1 *minus* 2010 V2

|  | Industry Avg. | Apple | Motorola | HTC | Palm | Nokia | Samsung | RIM BlackBerry |
|---|---|---|---|---|---|---|---|---|
| Overall | -3 | -5 | -28 | -19 | 10 | 23 | -1 | -5 |
| Ease of Operation | -6 | -9 | -32 | -27 | -14 | 30 | -1 | 0 |
| Operating System | 1 | -2 | -23 | -15 | 40 | 23 | 1 | -7 |
| Physical Design | -4 | -9 | -27 | -4 | 14 | 19 | -3 | -5 |
| Features | 1 | -6 | -17 | -18 | 18 | 25 | 15 | -5 |
| Battery Function | -16 | 19 | -58 | -46 | -23 | 6 | -34 | -14 |

For handsets used for less than 2 years.

45    © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only       SAMNDCA10246382