2011 Wireless Smartphone Satisfaction Study[SM]  March 2011

## Future Purchasing[1] Likelihood—Manufacturers 2011 Vol. 1

29%
36%
25%
10%
32%
36%
24%
8%
35%
34%
20%
11%
43%
38%
14%
5%
21%
48%
24%
7%
19%
35%
32%
14%
20%
36%
31%
13%
26%
37%
26%
11%
Industry Avg.
Apple
HTC
Motorola
Nokia
Palm
RIM BlackBerry
Samsung
Definitely will
Probably will
Probably will not
Definitely will not

## Repurchase Likelihood of Current Brand—2011 Vol. 1

9%
27%
46%
18%
2%
12%
49%
37%
7%
26%
53%
14%
17%
28%
43%
12%
16%
28%
51%
5%
16%
50%
26%
8%
11%
36%
44%
9%
12%
32%
50%
6%
Industry Avg.
Apple
HTC
Motorola*
Nokia
Palm
RIM BlackBerry
Samsung
Definitely will
Probably will
Probably will not
Definitely will not

[1] Intent to purchase a new cell phone in the next 6 months.

*Caution: small sample size.

1 For handsets used for less than 2 years.

61

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only  SAMNDCA10246398



2011 Wireless Smartphone Satisfaction Study[SM] March 2011

# Repurchase Likelihood and Overall Satisfaction

Overall CSI Rating With Current Smartphone Manufacturer vs. Future Repurchase Intent
850
800
750
700
650
Overall Smartphone Rating
Apple
Motorola*
HTC
Industry Average
Palm
Nokia*
Samsung
RIM Blackberry
0%
25%
50%
75%
100%
% "Definitely/Probably Will" Consider Brand In Next Purchase Cycle

*Caution: small sample size.
Note: Based to those having owned their handset for less than 2 years.

62

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246399

# Smartphone Future Consideration Set

Apple
33%
HTC
27%
Samsung
10%
Motorola
10%
RIM BlackBerry
7%
Nokia
1%
Palm
1%
Other
10%
0%
10%
20%
30%
40%
50%

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10246400

# Smartphone CSI Ratings By Carrier

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246401



2011 Wireless Smartphone Satisfaction Study[SM] March 2011

# Overall Smartphone CSI Ratings by Carrier

Carrier Overall CSI Ratings
AT&T
780
Industry Average
761
T-Mobile
759
Sprint Nextel
754
Verizon Wireless
737
500
550
600
650
700
750
800

For handsets used for less than 2 years.

= Significantly ABOVE Industry Average at 95% Confidence Level

= Significantly BELOW Industry Average at 95% Confidence Level

65

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246402

2011 Wireless Smartphone Satisfaction Study[SM] March 2011

# Smartphone CSI Ratings by Carrier—AT&T

Overall Customer Satisfaction Index Ratings - AT&T
800
700
600
500
795
780
762
748
729
689
Apple
AT&T Avg.
HTC*
RIM Blackberry
Nokia*
Samsung*

| | AT&T Avg. | Apple | HTC* | RIM Blackberry | Nokia* | Samsung* |
|---|---|---|---|---|---|---|
| Overall | 780 | 795 | 762 | 748 | 729 | 689 |
| Ease of Operation | 808 | 826 | 776 | 768 | 749 | 712 |
| Operating System | 751 | 769 | 732 | 710 | 682 | 647 |
| Physical Design | 815 | 831 | 796 | 779 | 765 | 729 |
| Features | 797 | 821 | 781 | 734 | 716 | 679 |
| Battery Function | 642 | 619 | 672 | 739 | 724 | 648 |

For handsets used for less than 2 years.
*Caution: small sample size.
Motorola and Palm not shown due to lack of availability.

66

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246403

## Smartphone CSI Ratings by Carrier—Sprint Nextel

| | Sprint Nextel Avg. | HTC | Palm | RIM Blackberry | Samsung |
|---|---|---|---|---|---|
| Overall | 754 | 788 | 747 | 738 | 736 |
| Ease of Operation | 785 | 805 | 786 | 776 | 769 |
| Operating System | 715 | 769 | 709 | 688 | 684 |
| Physical Design | 788 | 820 | 796 | 765 | 777 |
| Features | 769 | 832 | 739 | 731 | 756 |
| Battery Function | 645 | 611 | 613 | 698 | 626 |

For handsets used for less than 2 years.
Apple, Nokia, and Motorola not shown due to lack of availability

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246404

# Smartphone CSI Ratings by Carrier—T-Mobile

| | T-Mobile Avg. | Samsung | HTC | Motorola | Nokia | RIM Blackberry |
|---|---|---|---|---|---|---|
| Overall | 759 | 827 | 766 | 757 | 743 | 740 |
| Ease of Operation | 790 | 848 | 802 | 785 | 759 | 773 |
| Operating System | 710 | 796 | 713 | 703 | 704 | 690 |
| Physical Design | 788 | 864 | 804 | 791 | 756 | 763 |
| Features | 767 | 843 | 785 | 783 | 747 | 731 |
| Battery Function | 699 | 711 | 660 | 671 | 751 | 728 |

For handsets used for less than 2 years.
Apple and Palm not shown due to lack of availability.
*Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246405

2011 Wireless Smartphone Satisfaction Study℠ March 2011

# Smartphone CSI Ratings by Carrier—Verizon Wireless

Overall Customer Satisfaction Index Ratings - Verizon Wireless
800
700
600
500
765
739
737
720
710
708
Motorola
HTC
Verizon Wireless Avg.
RIM Blackberry
Palm*
Samsung*

| | Verizon Wireless Avg. | Motorola | HTC | RIM Blackberry | Palm* | Samsung* |
|---|---|---|---|---|---|---|
| Overall | 737 | 765 | 739 | 720 | 710 | 708 |
| Ease of Operation | 754 | 780 | 740 | 748 | 707 | 700 |
| Operating System | 707 | 757 | 715 | 672 | 711 | 657 |
| Physical Design | 772 | 775 | 804 | 754 | 754 | 783 |
| Features | 748 | 796 | 761 | 716 | 696 | 698 |
| Battery Function | 646 | 646 | 579 | 675 | 629 | 692 |

For handsets used for less than 2 years.
Apple and Nokia not shown due to lack of availability.
*Caution: small sample size.

69

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES®

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246406

# Smartphone User Profile

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246407



## Smartphone User Profile

In addition to varied usage patterns between traditional handset and smartphone owners, their demographic profiles are slightly different. On average, smartphone users are 42 years old. Smartphone owners are also likely to be employed at a rate of 65% and have a household income of $71,539. This is not surprising given the increased costs associated with both the purchase prices and service fees for smartphones. In addition, smartphone owners are more likely to replace technology they no longer see as necessary—36% of smartphone owners indicate they have replaced their landline with wireless calling.

Wireless smartphone satisfaction levels differ across the demographic profiles. For example, satisfaction is higher among those between the ages of 18 and 24 compared to the industry average (796 vs. 761). Those between 25-34 years old are also highly satisfied (771). Satisfaction is lowest among those ages 55 to 64 (732). There is little differentiation between income groups with regard to satisfaction.

A number of demographic profile differences exist between manufacturers as well. HTC users are just over 36 years of age, 2 years younger than average. While smartphone users are more educated than the population as a whole, 93% of Palm users have had some college education or more. Apple users report household incomes of $88,250, more than $5,000 above the industry average.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246408



# Demographic Summary of Smartphone Users

Demographic Breakout of Wireless Users

| Demographic Category | Wireless Service Customers |
|---|---|
| % Employed | 65% |
| Age (mean) | 42 |
| % With Some College Education or More | 83% |
| Income (mean) | $71,539 |
| Ethnicity | |
| White/Caucasian | 83% |
| African American | 6% |
| Asian | 6% |
| Hispanic | 5% |
| Native American | 1% |
| % Replaced landline calling with wireless service | 36% |
| Number of Children Under 18 in Household (mean) | 0.58 |

For handsets used less than 2 years.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246409

2011 Wireless Smartphone Satisfaction Study℠ March 2011

## Employment Status by Satisfaction Level

Employment Status by Smartphone Satisfaction Level
100%
75%
50%
25%
0%
67%
67%
68%
69%
60%
76%
71%
33%
33%
32%
31%
40%
24%
29%
Employed Full-Time
Employed Part-Time
Temporarily Unemployed
A Full-time Homemaker
Retired, Not Employed
A Full-time Student
Not Employed (Disabled, etc)
Index: Less than 701
Index: 701 or more

## Ethnicity by Satisfaction Level

Ethnicity by Smartphone Satisfaction Level
100%
75%
50%
25%
0%
67%
74%
64%
74%
71%
33%
26%
36%
26%
29%
White or Caucasian
Black or African-American
Asian
Hispanic
Native American*
Index: Less than 701
Index: 701 or more

For handsets used less than 2 years.

* Caution: small sample.

73

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246410

2011 Wireless Smartphone Satisfaction Study℠ March 2011

## Age Index Differences

Smartphone Satisfaction Index by Age
1000
800
600
400
200
0
796
771
757
738
732
743
761
18 to 24
25 to 34
35 to 44
45 to 54
55 to 64
65 years or older
Industry Avg.

## Gender Index Differences

Smartphone Satisfaction Index by Gender
1000
800
600
400
200
0
762
759
761
Male
Female
Industry Avg.

For handsets used less than 2 years.

74

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246411



## Education OSAT Differences

Education by Smartphone Satisfaction Level
1000
800
600
400
200
0
820
785
781
772
773
760
745
740
761
Some High School*
High School Graduate
Trade/ Technical School
Some College
2-Year Degree
4-Year College Degree
Some Graduate Courses
Advanced Degree
Industry Avg.

## Income OSAT Differences

Income by Smartphone Satisfaction Level
1000
800
600
400
200
0
762
774
773
774
763
748
746
761
Under $25,000
$25,000> $39,999
$40,000> $59,999
$60,000> $79,999
$80,000> $99,999
$100,000> $149,999
$150,000 or more
Industry Avg.

For handsets used less than 2 years.

* Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

2011 Wireless Smartphone Satisfaction Study[SM] March 2011

# Employment Status and Smartphone Brand

Employment Status of Smartphone Users
100%
75%
50%
25%
0%
74%
79%
74%
73%
75%
78%
76%
76%
26%
21%
26%
27%
25%
22%
24%
24%
Apple
HTC
Motorola
Nokia
Palm
RIM BlackBerry
Samsung
Industry Average
Not Employed
Employed

# Age and Smartphone Brand

Average Age of Wireless Users
Nokia 42.16
Motorola 40.55
Samsung 39.49
RIM BlackBerry 38.96
Industry Average 38.44
Palm 37.73
Apple 37.57
HTC 36.46
0
10
20
30
40
50
Age (Mean Years)

For handsets used less than 2 years.

76

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246413

## Education and Smartphone Brand

## Income and Smartphone Brand

For handsets used less than 2 years.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246414

# Smartphone CSI Ratings: Business Use Segmentation

Overall
761
763
759
Ease of Operation
786
790
784
Operating System
727
726
728
Physical Design
795
799
793
Features
774
776
773
Battery Function
651
657
646
Industry Avg.
Non-Business Use
Business Use

Note: Industry Average is among handsets used for less than 2 years.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246415


2011 Wireless Smartphone Satisfaction Study[SM] March 2011

# Call Quality Issues and Smartphone Brand

Call Quality Problems Per 100 (Mean): Smartphones
10
5
0
7.0
4.7
3.2
2.5
2.1
5.2
2.7
1.9
2.3
1.3
1.9
0.5
2.8
0.6
0.7
5.9
4.0
2.1
2.2
1.7
6.0
0.6
2.2
2.0
1.0
5.0
2.9
2.8
1.5
1.3
4.0
2.3
2.6
1.4
2.4
5.4
3.2
2.7
1.9
1.6
Apple
HTC
Motorola
Nokia
Palm
RIM BlackBerry
Samsung
Industry Avg.
Dropped Calls
Calls not Connected
Calls with Static
Calls with Echoes
Calls with Distortion

Note: Call Quality data is from 2011 Wireless Call Quality Performance Study, Vol. 1.

79
© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246416

2011 Wireless Smartphone Satisfaction Study[SM] March 2011

## Attribution of Call Quality Issues & Smartphone Brand

Attribution of Call Quality Issues
80%
60%
40%
20%
0%
70%
7%
22%
58%
13%
29%
55%
9%
36%
47%
12%
41%
54%
16%
30%
58%
10%
32%
58%
11%
31%
61%
10%
29%
Apple
HTC
Motorola
Nokia
Palm
RIM BlackBerry
Samsung
Industry Avg.
Carrier's network
Wireless phone
Don't know

## Call Quality Issues and Smartphone Brand

**PP100 Among Those Who Attributed Their Call Quality Problems to Their Handsets**

Call Quality Issues by Mobile Phone Brand: Those Who Blame Handset
50
40
30
20
10
0
18.2
9.7
7.6
4.8
5.6
7.8
1.8
2.3
2.4
2.1
0.6
0.1
2.0
0.0
1.2
26.9
2.5
3.9
1.6
2.9
13.9
0.0
1.8
1.8
0.0
14.4
4.2
3.0
3.2
1.9
4.6
6.1
1.8
3.4
2.3
12.6
4.6
3.8
3.2
2.7
Apple
HTC
Motorola*
Nokia*
Palm*
RIM BlackBerry
Samsung
Industry Avg.
Dropped calls
Not connected calls
Calls with static
Calls with echoes
Calls with distortion

*Caution: small sample size.

Note: Call Quality data is from 2011 Wireless Call Quality Performance Study, Vol. 1

80

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only SAMNDCA10246417