Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4  APPLE INC., a California      )
    corporation,                  )
 5              Plaintiff,        )
                                  )
 6  vs.                           ) Case No. 11-cv-01846-LHK
                                  )
 7  SAMSUNG ELECTRONICS CO.,      )
    LTD., a Korean business       )
 8  entity; SAMSUNG ELECTRONICS   )
    AMERICA, INC., a New York     )
 9  corporation; SAMSUNG          )
    TELECOMMUNICATIONS AMERICA,   )
10  LLC, a Delaware limited       )
    liability company,            )
11              Defendants.       )
    _____)
12
13
14        H I G H L Y   C O N F I D E N T I A L
15        A T T O R N E Y S'   E Y E S   O N L Y
16
17      VIDEOTAPED DEPOSITION OF STEPHEN GRAY
18             Palo Alto, California
19             Friday, May, 4, 2012
20
21
22  BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR
23  CSR LICENSE NO. 12885
24  JOB NO. 49273
25
```

Highly Confidential - Attorneys' Eyes Only

Page 6

| | | |
|---|---|---|
| 1 | Samsung.  With me are my colleagues Patrick Schmidt and | 08:57:52 |
| 2 | Guy Eddon. | |
| 3 | And note for the record that we need to | |
| 4 | correct the case number; it's a different case. | |
| 5 | MR. MONACH:  It should be 1846.  What did you | 08:58:04 |
| 6 | say?  You said 630?  It should be case number | |
| 7 | 11-cv-01846-LHK. | |
| 8 | MS. MAROULIS:  That's correct. | |
| 9 | MR. MONACH:  Thank you. | |
| 10 | THE VIDEOGRAPHER:  Okay.  I'll read that case | 08:58:19 |
| 11 | number on again. | |
| 12 | 11-cv-01846-LHK. | |
| 13 | Will the court reporter please swear in the | |
| 14 | witness. | |
| 15 | (Whereupon, the witness, STEPHEN GRAY, | 08:58:31 |
| 16 | having been duly sworn, testified as follows:) | |
| 17 | EXAMINATION | |
| 18 | BY MR. MONACH: | |
| 19 | Q.  Good morning, sir. | |
| 20 | A.  Good morning. | 08:58:42 |
| 21 | Q.  Could you state and spell your name for the | |
| 22 | record, please. | |
| 23 | A.  My name is Steven Gray.  Spelling is | |
| 24 | S-T-E-P-H-E-N.  G-R-A-Y. | |
| 25 | Q.  Mr. Gray, where do you live? | 08:58:53 |

Highly Confidential - Attorneys' Eyes Only

Page 179

1  boxes at the location of the first gesture exclude the           15:47:48

2  embodiment shown in figure 5 of the patent?

3           MS. MAROULIS:  Objection; calls for legal

4  conclusion.

5           THE WITNESS:  In the case where the plurality           15:48:17

6  of boxes were not configured in such a manner where --

7  that there -- where there were multiple boxes at the

8  first -- at the location of the first gesture, then

9  discriminating between -- making a selection of a box as

10 in selecting box 5 in figure 5A, that would be fine.  I           15:48:34

11 mean, in other words, the language of the claim does not

12 preclude a configuration of boxes such as that seen in

13 figure 5A.

14 BY MR. MONACH:

15      Q.  Okay.  So is it now your opinion that if --              15:48:52

16 that touching box 5 or block 5 as shown in figure 5

17 where it's not overlapping or nested and that -- the

18 system that identifies block 5 has been touched, I'm

19 going to enlarge and substantially center it, is it your

20 belief that that behavior and instructions for that              15:49:19

21 behavior are covered by those limitations in Claim 50?

22          MS. MAROULIS:  Objection; incomplete

23 hypothetical.

24          THE WITNESS:  I don't think that the only

25 configuration of boxes to which Claim 50, the limitation        15:49:39

Page 180

1  regarding selection at a location is exclusively          15:49:43
2  regarding nested boxes or adjacent boxes, that it also
3  covers -- it could also be used to cover configuration
4  of boxes which aren't overlapped or nested.
5  BY MR. MONACH:                                            15:50:01
6      Q.   Okay.  With that understanding, do the
7  Samsung-accused products detect a -- determine a first
8  box in the plurality of boxes at the location of the
9  first gesture and enlarge and translate the first box?
10          MS. MAROULIS:  Objection; compound.  Calls for   15:50:33
11 legal conclusion.
12          THE WITNESS:  What I have observed in the
13 Samsung devices that I have analyzed is the ability
14 by -- at least some of them, I think all of them -- to
15 allow for the selection of a box in a configuration of   15:50:51
16 boxes that is comparable -- comparable to the
17 configuration of boxes on 5A and then -- and -- in
18 figure 5A on the patent.
19          And then based upon a first gesture that
20 provides for the selection of that box to then enlarge   15:51:13
21 and translate that box so that the first box -- so that
22 the first box -- I've observed it where the first box is
23 substantially centered.  I've observed it where the
24 first box isn't substantially centered.  So -- and by
25 the way, I'm not quite sure what "substantially          15:51:38

Page 233

1                        CERTIFICATE

2        STATE OF CALIFORNIA     )
                                  ) ss.:
3        COUNTY OF CONTRA COSTA   )

4

5            I, Heidi Belton, a Certified Shorthand
6        Reporter, a Registered Professional Reporter,
7        a Certified Realtime Reporter, and a
8        Certified Realtime Professional within and
9        for the State of California, do hereby
10       certify:
11           That STEPHEN GRAY, the witness whose
12       deposition is herein before set forth, was
13       duly sworn by me and that such deposition is
14       a true record of the testimony given by such
15       witness.
16           I further certify that I am not related to
17       any of the parties to this action by blood or
18       marriage and that I am in no way interested
19       in the outcome of this matter.
20           In witness whereof, I have hereunto set my
21       hand this 5th day of May, 20112.
22           _____
23           HEIDI BELTON, CSR, RPR, CRR, CCRR
24           Certified Shorthand Reporter No. 12885
25