1

2          IN THE UNITED STATES DISTRICT COURT

3        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                   SAN JOSE DIVISION

5

6    APPLE, INC.,                    )  CV-11-1846-LHK
                                     )
             PLAINTIFF,              )  SAN JOSE, CALIFORNIA
7                                    )
       VS.                           )
8                                    )  SEPTEMBER 28, 2011
     SAMSUNG ELECTRONICS CO.,        )
9    LTD., ET AL,                    )
                                     )  PAGES 1-87
10              DEFENDANT.           )
     _____

11

12            TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE PAUL S. GREWAL
13            UNITED STATES DISTRICT JUDGE

14

15   A P P E A R A N C E S:

16   FOR THE PLAINTIFF:  MORRISON FOERSTER
                         BY:  WESLEY OVERSON
17                            RICHARD HUNG
                              MINN CHUNG
18                            MICHAEL JACOBS
                         425 MARKET STREET
19                       SAN FRANCISCO, CA 94105

20   FOR THE DEFENDANT:  QUINN EMANUEL
                         BY:  VICTORIA MAROULIS
21                            BRETT ARNOLD
                              KEVIN JOHNSON
22                       555 TWIN DOLPHIN DRIVE, 5TH FL
                         REDWOOD SHORES, CA 94065
23

24

25   OFFICIAL COURT REPORTER: SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185

1

```
 1    SAN JOSE, CALIFORNIA            SEPTEMBER 28, 2011
 2                    P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE COURT:  GOOD MORNING.  PLEASE HAVE A
 6    SEAT.
 7              MR. RIVERA, WHENEVER YOU ARE READY, WOULD
 8    YOU CALL THE MATTER ON THIS MORNING'S CALENDAR
 9              THE CLERK:  YES, YOUR HONOR.
10              CALLING APPLE, INC. VERSUS SAMSUNG
11    ELECTRONICS, ET AL.  CASE NUMBER CV-11-1846.
12              COUNSEL, PLEASE STATE YOUR APPEARANCES.
13              MR. OVERSON:  WESLEY OVERSON ON BEHALF OF
14    APPLE, INC.
15              THE COURT:  MR OVERSON, GOOD MORNING,
16    SIR.
17              MS. MAROULIS:  VICTORIA MAROULIS WITH
18    QUINN EMANUEL ON BEHALF OF SAMSUNG.
19              AND WITH ME IS MR. KEVIN JOHNSON ALSO FOR
20    SAMSUNG AND BRETT ARNOLD.
21              THE COURT:  ALL RIGHT.
22              WELCOME BACK, MS. MAROULIS.
23              GOOD MORNING, GENTLEMAN.
24              MR. OVERSON:  YOUR HONOR, MAY I ALSO
25    INTRODUCE MR. JACOBS, MR. HUNG AND MR. MINN CHUNG.
```

1  DON'T EXIST.  THEY ARE LOOKING FOR A SMOKING GUN
2  DOCUMENT, A DOCUMENT THAT SAYS WE COPIED SOMETHING
3  FROM APPLE.  WE DON'T HAVE THOSE DOCUMENTS.
4           WE HAVE TAKEN A 30(B)(6) DEPOSITION LAST
5  WEEK --
6           THE COURT:  WELL, JUST TO BE PRECISE,
7  THEIR POSITION, THEIR REPRESENTATIONS THAT YOU HAVE
8  NOT IDENTIFIED ANY SUCH DOCUMENTS BASED ON THE
9  INVESTIGATION YOU HAVE DONE TODAY.
10          I THINK YOU JUST TOLD ME EARLIER YOU
11 CAN'T STAND HERE AND MAKE A REPRESENTATION THAT NO
12 SUCH DOCUMENT EXISTS OF YOUR CLIENT BECAUSE YOU
13 DON'T KNOW.
14          MS. MAROULIS:  THAT'S CORRECT,
15 YOUR HONOR.
16          BUT I DO WANT TO TALK BRIEFLY ABOUT THE
17 30(B)(6) DEPOSITION OF A SAMSUNG REPRESENTATIVE WHO
18 ASKS SPECIFICALLY WHETHER HE INTERVIEWED THE
19 DESIGNERS OF THE PRODUCTS AT ISSUE.
20          HE TESTIFIED HE SPOKE WITH ALL OF THEM
21 AND INQUIRED EXTENSIVELY WHETHER ANY OF THEM
22 CONSIDERED APPLE PRODUCTS WHEN DESIGNING THEIR
23 PRODUCTS, NOT JUST COPYING, BUT ANY CONSIDERATION
24 OF FRAME OF REFERENCE.  THEY TESTIFIED THEY HAVE
25 NOT.

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185