```
1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4

5

    APPLE INC., A CALIFORNIA     )   C-11-01846 LHK
6   CORPORATION,                 )
                                 )   SAN JOSE, CALIFORNIA
7              PLAINTIFF,        )
                                 )   JULY 18, 2012
8         VS.                    )
                                 )   PAGES 1-146
9   SAMSUNG ELECTRONICS CO.,     )
    LTD., A KOREAN BUSINESS      )
10  ENTITY; SAMSUNG              )
    ELECTRONICS AMERICA,         )
11  INC., A NEW YORK             )
    CORPORATION; SAMSUNG         )
12  TELECOMMUNICATIONS           )
    AMERICA, LLC, A DELAWARE     )
13  LIMITED LIABILITY            )
    COMPANY,                     )
14                               )
                DEFENDANTS.      )
15  _____

16              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22

23

24  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                    CERTIFICATE NUMBER 9595
25
```

```
 1    SAN JOSE, CALIFORNIA                    JULY 18, 2012
 2                    P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE CLERK:  CALLING CASE NUMBER
 6    C-11-01846 LHK, APPLE INCORPORATED VERSUS SAMSUNG
 7    ELECTRONICS COMPANY LIMITED, ET AL.
 8              (PAUSE IN PROCEEDINGS.)
 9              MR. MCELHINNY:  GOOD AFTERNOON, YOUR
10    HONOR.  HAROLD MCELHINNY AND MICHAEL JACOBS ON
11    BEHALF OF APPLE.  AND I WOULD ALSO LIKE TO
12    INTRODUCE MY PARTNER, RACHEL KREVANS, WHO WILL BE
13    JOINING US IN PART OF THE TRIAL.
14              MS. KREVANS:  GOOD AFTERNOON, YOUR HONOR.
15              THE COURT:  GOOD AFTERNOON.
16              MR. LEE:  GOOD AFTERNOON, YOUR HONOR.
17    BILL LEE AND MARK SELWYN FROM WILMER HALE FOR
18    APPLE.
19              MR. VERHOEVEN:  GOOD AFTERNOON, YOUR
20    HONOR.  CHARLES VERHOEVEN, AND WITH ME ARE MY
21    PARTNERS, KEVIN JOHNSON, MICHAEL ZELLER,
22    WILLIAM PRICE, AND VICTORIA MAROULIS FROM QUINN,
23    EMANUEL ON BEHALF OF SAMSUNG.
24              THE COURT:  OKAY.  GOOD AFTERNOON.
25              MR. OLSON:  GOOD AFTERNOON, YOUR HONOR.
```

1    AND THIS IS NEW TO THE RECORD -- WE ASKED HIM, AND
2    THIS IS AT PAGE 68 TO 69, QUOTE, "AND YOU'RE NOT
3    TRYING TO GENERALIZE ACROSS ALL PRODUCTS OR SAY
4    THAT ONE PRODUCT IS REPRESENTATIVE OF ALL THE OTHER
5    PRODUCTS; RIGHT?"
6             "ANSWER:  I'M NOT SAYING THAT ANY ONE
7    PRODUCT IS REPRESENTATIVE OF ALL THE PRODUCTS.
8             "AND I WILL NOTE THAT AS FAR AS THE
9    ANDROID VERSIONS ARE CONCERNED, THOSE ARE
10   REPRESENTATIVE VERSIONS OF THE SOURCE CODE I LOOKED
11   AT INDICATED BY SAMSUNG TO BE REPRESENTATIVE OF THE
12   DIFFERENT VERSIONS OF THE DIFFERENT -- PARTICULAR
13   DIFFERENT VERSIONS OF ANDROID."
14            THE ISSUE WE HAVE IS THAT NEITHER ONE OF
15   THEIR EXPERTS HAS OFFERED SPECIFIC AND SUBSTANTIAL
16   EVIDENCE ABOUT WHY ANY PARTICULAR PRODUCT IS
17   REPRESENTATIVE OR BEHAVES SIMILARLY TO ALL THE
18   OTHER PRODUCTS.
19            AND THAT'S JUST -- THAT'S JUST NOT IN HIS
20   REPORT.  THAT'S NOT IN HIS -- IT WASN'T TESTIFIED
21   ABOUT IN HIS DEPOSITION.
22            AND SO THAT'S WHY WE FILED THE MOTION IN
23   LIMINE IS THAT THERE -- THEY HAVE NOT CARRIED THE
24   BURDEN TO ESTABLISH THAT ANY OF THESE ARE, IN FACT,
25   REPRESENTATIVE OF WHAT THEY VIEW TO BE SIMILARLY

```
 1    SITUATED OR SIMILARLY BEHAVING PRODUCTS.
 2           THE COURT:  WHEN -- HOW IS THE DAMAGES
 3    ANALYSIS DONE?  IS THERE DIFFERENT -- ARE THERE
 4    DIFFERENT ROYALTY RATES AND DIFFERENT LOST PROFITS
 5    CALCULATIONS BY PRODUCT?  OR EVERYTHING --
 6           MR. JACOBS:  YES.
 7           THE COURT:  I SEE.  OKAY.
 8           MR. JACOBS:  BUT I THINK THERE'S A MIS --
 9    SO WE -- UNABLE TO REACH AGREEMENT ON
10    REPRESENTATIVE PRODUCTS, NATURALLY OUR EXPERT DOES
11    NOT TESTIFY, "I'M DOING THIS ON THE BASIS OF A
12    REPRESENTATIVE PRODUCTS APPROACH."
13           WHAT HE TESTIFIED IS, "I'VE LOOKED IN
14    DETAIL AT THIS PRODUCT, IT'S ANDROID X.Y.Z, I KNOW
15    THIS OTHER PRODUCT HAS THE VERY SAME WORKINGS OF
16    ANDROID IN IT AND I'VE LOOKED AT IT AND I SEE THE
17    SAME BEHAVIOR AND I, THEREFORE, CONCLUDE THAT WITH
18    THE SAME SOURCE CODE AND WITH THE SAME BEHAVIOR, IT
19    INFRINGES THE SAME WAY."
20           SO THEY HAVE THE FOUNDATIONAL INFORMATION
21    FOR A REPRESENTATIVE PRODUCT STIPULATION IF THEY
22    WERE WILLING TO TRY THE CASE ON REPRESENTATIVE
23    PRODUCTS.
24           I THINK IT'S A STRATEGIC MOVE ON
25    SAMSUNG'S PART TO TRY AND OVERLOAD THE SYSTEM THAT
```

1    HAS HELD US UP, NOT ANY LACK OF TECHNICAL DETAIL
2    FROM OUR EXPERTS.
3                MR. JOHNSON:  IT'S NOT A STRATEGIC MOVE
4    ON OUR PART.  THEIR EXPERTS SIMPLY HAVEN'T CARRIED
5    THE BURDEN AND ESTABLISHED THAT ANY OF THESE WERE
6    REPRESENTATIVE.
7                AND WHEN WE TOOK THE DEPOSITION OF
8    DR. BALAKRISHNAN LAST WEEK, HE WENT FURTHER AND HE
9    ESTABLISHED THAT HE NEEDS -- HE WASN'T -- EVEN IF
10   HE HAD THE SAME VERSION OF ANDROID, HE SAID THAT
11   WASN'T ENOUGH.  WE HAVE TO ESTABLISH THAT THE CODE
12   ON EACH PRODUCT WAS IDENTICAL.
13               AND HE HASN'T DONE THAT AND THAT WAS THE
14   BASIS FOR OUR MOTION FROM THE BEGINNING.
15               THE COURT:  IS THERE ANY -- IS THERE ANY
16   HORSE TRADING THAT CAN HAPPEN HERE?  IS THERE
17   SOMETHING THAT SAMSUNG WANTS OF APPLE AND YOU CAN
18   JUST SORT OF DO A HORSE TRADE ON -- I WOULD LIKE
19   THE NUMBER OF PRODUCTS TO GO DOWN.
20               I SEE BOTH SIDES' POINT AS TO WHY YOU
21   EACH HAVE A VALID POSITION.
22               CAN WE WORK OUT SOME DEAL WHERE THERE'S
23   SOMETHING THAT YOU WANT THAT THEY GIVE A LITTLE AND
24   THEN YOU GIVE A LITTLE ON THE PRODUCTS SO THAT EACH
25   SIDE FEELS SOMEWHAT SATISFIED?

```
 1              MR. JOHNSON:  WE CAN GO BACK AND TRY,
 2   YOUR HONOR.  WE HAVE BEEN -- BETWEEN NOW AND WHEN
 3   WE SEE YOU IN THE CASE TUESDAY.
 4              THE COURT:  OKAY.  COULD YOU FILE
 5   SOMETHING ON MONDAY, THEN, ON IF YOU'RE ABLE TO
 6   NARROW THE PRODUCTS IN EXCHANGE FOR SOMETHING ELSE,
 7   OR -- YOU KNOW, THERE ARE PROBABLY OTHER THINGS
 8   GOING ON HERE THAT I DON'T KNOW ABOUT THAT MAYBE
 9   YOU CAN WORK OUT SOME AGREEMENT.
10              MR. JACOBS:  WE'LL TAKE A SHOT IT, YOUR
11   HONOR.
12              MR. JOHNSON:  WE'LL TRY.
13              THE COURT:  OKAY.  NOW, WE'VE GOT TO TALK
14   ABOUT WITNESSES.
15              SAMSUNG HAS 192 WITNESSES ON ITS WILL
16   CALL LIST AND HAS 118 DEPONENTS FOR WHICH YOU MAY
17   DESIGNATE DEPOSITION EXCERPTS.
18              APPLE HAS 33 ON THE WILL CALL LIST, 17 ON
19   THE MAY CALL LIST, AND 90 DEPONENTS FOR WHOM YOU
20   MAY DESIGNATE DEPOSITION EXCERPTS.
21              OBVIOUSLY -- DO I NEED TO SAY ANYTHING
22   MORE ON THIS?  I MEAN, THIS IS -- THIS IS NOT
23   REALISTIC.
24              SO IF YOU ALL DON'T BRING IT DOWN, THEN I
25   WILL JUST IMPOSE MY OWN NUMBERS.  DO YOU WANT ME TO
```

CERTIFICATE OF REPORTER

     I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

     THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.


/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: JULY 20, 2012