HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CHRISTOPHER CROUSE IN SUPPORT OF APPLE'S MOTION FOR A PERMANENT INJUNCTION** |

CROUSE DECL. ISO MOTION FOR A PERMANENT INJUNCTION
CASE NO. 11-CV-01846-LHK (PSG)

I, Christopher Crouse, hereby declare as follows:

1. I am employed by plaintiff Apple Inc. as the Director of iPhone Service Supply Chain. I have been employed at Apple for eleven years. I have personal knowledge of the matters stated herein. I make this declaration in support of Apple's Motion for a Permanent Injunction.

2. Apple's support department, known as "AppleCare," offers customer support for Apple products including iPhones. When a customer encounters a problem with an iPhone under warranty that cannot otherwise be resolved, Apple will either repair or replace the phone.

3. For replacements, Apple's general policy is to replace the phone with a like model. So a customer with an iPhone 3GS that cannot be repaired will generally be offered a replacement iPhone 3GS. That policy for the iPhone 3GS will continue, even though Apple will soon no longer sell new iPhone 3GS phones.

4. Apple sometimes uses refurbished phones as replacement models, and sometimes uses new phones. In order to meet this requirement for replacement phones, Apple will continue to arrange for the manufacture of new iPhone 3GS phones for several years.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 21 the day of September, 2012, at Cupertino, California.

_____
Christopher Crouse

sf-3197442