| | |
|---|---|
| 1  HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
|    hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2  MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
|    mjacobs@mofo.com | HALE AND DORR LLP |
| 3  RACHEL KREVANS (CA SBN 116421) | 60 State Street |
|    rkrevans@mofo.com | Boston, MA 02109 |
| 4  JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
|    jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| 5  ALISON M. TUCHER (CA SBN 171363) | |
|    atucher@mofo.com | |
| 6  RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
|    rhung@mofo.com | mark.selwyn@wilmerhale.com |
| 7  JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
|    jasonbartlett@mofo.com | HALE AND DORR LLP |
| 8  MORRISON & FOERSTER LLP | 950 Page Mill Road |
|    425 Market Street | Palo Alto, California 94304 |
| 9  San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
|    Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBIT 1 TO THE DECLARATION OF PHILIP W. SCHILLER IN SUPPORT OF APPLE'S MOTIONS FOR A PERMANENT INJUNCTION, FOR DAMAGES ENHANCEMENT, FOR SUPPLEMENTAL DAMAGES AND FOR PREJUDGMENT INTEREST** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Regarding: EXHIBIT 1 TO THE DECLARATION OF PHILIP W. SCHILLER IN SUPPORT OF APPLE'S MOTIONS FOR A PERMANENT INJUNCTION, FOR DAMAGES ENHANCEMENT, FOR SUPPLEMENTAL DAMAGES AND FOR PREJUDGMENT INTEREST.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

__X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): _____

Dated: September 21, 2012            MORRISON & FOERSTER LLP

                                     By:  /s/ *Michael Jacobs*
                                          Michael Jacobs

                                          Attorneys for Plaintiff
                                          APPLE INC.