# Attachment 1



PDX10.1