# Attachment 3



**PLAINTIFF'S EXHIBIT NO. 144**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Highly Confidential - Attorneys' Eyes Only**                                   APLNDC-Y0000027341



# iPhone Buyer Survey

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
FY11 – Q1

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000027342

## Why this report?

Purpose: Apple Market Research conducts monthly surveys of iPhone buyers.
This report summarizes the results of the surveys fielded during FY11-Q1. Where appropriate and helpful, trended data for the previous quarters is provided.

The purpose of this study is to collect data on iPhone buyers in nine countries:
US, Canada, UK, France, Germany, Italy, Spain, Japan, and Australia.

Key areas include:

- Purchase decision making
- Buy mix
- Satisfaction
- Use

3

**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000027343

# Understanding iPhone buyers

| Collect | Measure | Profile | Examine |
|---|---|---|---|
| Data on recent iPhone buyers | Acquisition<br>Buy mix<br>Purchase<br>Use<br>Satisfaction<br>Demographics | Buyers | Trends |

**Method**: Customers who acquired an iPhone in FY11-Q1 were randomly selected from the Apple Customer Database and invited to participate in a short Web survey. Apple Market Research developed the questionnaire and used Advanis, an independent market research firm, to field the survey and tabulate results. Respondents were screened to exclude those under 14 years old, which is standard market research industry practice. Results are weighted by iPhone model, configuration, and channel purchased (Apple Retail Store, Apple Online Store, other retailer).

**Statistical testing** was conducted at a 95% confidence interval between quarterly data. If data reported for the current quarter is higher than the corresponding value for the previous quarter, it is indicated with a upward arrow next to the current quarter data. Similarly, if data reported for the previous quarter is higher than the corresponding value for the current quarter, it is indicated with a downward arrow next to the current quarter data. To simplify reporting, results of statistical testing is not shown for values under 5%.

**iPhone models included in this study**: iPhone 3GS and iPhone 4.

**Notes**: Data where the base of respondents is less than 50 are not reported and are noted "small base." "Top-2" and "Bottom-2" refer to the total of the top-2 or bottom-2 percentages in a scale. These may be off a percentage point or two due to rounding. Unless iPhone models are indicated, data represents both iPhone 3GS and 4.

4

**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000027344

**Many features are important in the purchase decision. However, Web capabilities, Ease of use, and Apps are rated highest.**

**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000027356



Plaintiff's Exhibit No. 144.6

# Ease of use is also high in importance

C6_B. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)

Highly Confidential - Attorneys' Eyes Only



Plaintiff's Exhibit No. 144.7

# Attractive appearance and design is rated moderately important

C6_N. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers) 22