# Attachment 6

