# Attachment 7

# IPHONE TELEVISION ADVERTISEMENTS

PLAINTIFF'S EXHIBIT NO. 12
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

| AD TITLE | MEDIA | FILE NAME | DATE |
|---|---|---|---|
| ORIGINAL IPHONE ADS | | | |
| "Hello" | TV | APLNDC-X0000007528 | March 2, 2007 (FY07-Q2) |
| "Never Been" | TV | APLNDC-X0000007533 | June 5, 2007 (FY07-Q3) |
| "Calamari" | TV | APLNDC-X0000007534 | June 5, 2007 (FY07-Q3) |
| "How To" | TV | APLNDC-X0000007535 | June 2, 2007 (FY07-Q3) |
| "Surprised" | TV | APLNDC-X0000007536 | June 30, 2007 (FY07-Q3) |
| "Watered Down" | TV | APLNDC-X0000007537 | June 30, 2007 (FY07-Q3) |
| "All These Years" | TV | APLNDC-X0000007539 | August 10, 2007 (FY07-Q4) |
| "Amazing OK Go" | TV | APLNDC-X0000007540 | August 1, 2007 (FY07-Q4) |
| "Instead" | TV | APLNDC-X0000007541 | August 1, 2007 (FY07-Q4) |
| "All the Parts" | TV | APLNDC-X0000007542 | August 10, 2007 (FY07-Q4) |
| "One Thing" | TV | APLNDC-X0000007543 | October 3, 2007 (FY08-Q1) |
| "My Show" | TV | APLNDC-X0000007544 | October 15, 2007 (FY08-Q1) |
| "Delay" | TV | APLNDC-X0000007545 | October 15, 207 (FY08-Q1) |
| "Meredith" | TV | APLNDC-X0000007546 | October 9, 2007 (FY08-Q1) |
| "The Winger" | TV | APLNDC-X0000007547 | October 15, 2007 (FY08-Q1) |
| "Mankind" | TV | APLNDC-X0000007548 | October 9, 2007 (FY08-Q1) |
| "Brilliant" | TV | APLNDC-X0000007550 | March 6, 20008 (FY08-Q2) |
| "Music Store" | TV | APLNDC-X0000007551 | March 6, 2008 (FY08-Q2) |
| "Bet" | TV | APLNDC-X0000007552 | March 6, 2008 (FY08-Q2) |
| "Facebook" | TV | APLNDC-X0000007553 | March 6, 2008 (FY08-Q2) |
| "Cars" | TV | APLNDC-X0000007554 | March 6, 2008 (FY08-Q2) |
| "The Great Thing" | TV | APLNDC-X0000007555 | March 6, 2008 (FY08-Q2) |
| IPHONE 3G ADS | | | |
| "Hallway" | TV | APLNDC-X0000007558 | June 10, 2008 (FY08-Q3) |
| "Vicinity" | TV | APLNDC-X0000007559 | August 29, 2008 (FY08-Q4) |
| "Work Friendly" | TV | APLNDC-X0000007560 | July 21, 2008 (FY08-Q4) |
| "Unslow" | TV | APLNDC-X0000007561 | July 21, 2008 (FY08-Q4) |
| "Lonely Planet" | TV | APLNDC-X0000007562 | August 20, 2008 (FY08-Q4) |
| "Cro-Mag" | TV | APLNDC-X0000007563 | August 29, 2008 (FY08-Q4) |
| "Everyone" | TV | APLNDC-X0000007564 | July 21, 2008 (FY08-Q4) |
| "Loopt" | TV | APLNDC-X0000007573 | November 14, 2008 (FY09-Q1) |
| "Game Changer" | TV | APLNDC-X0000007574 | October 30, 2008 (FY09-Q1) |
| "Shazam" | TV | APLNDC-X0000007575 | November 14, 2008 (FY09-Q1) |
| "Urban Spoon" | TV | APLNDC-X0000007576 | November 14, 2008 (FY09-Q1) |
| "Check" | TV | APLNDC-X0000007580 | January 23, 2009 (FY09-Q2) |
| "Fix" | TV | APLNDC-X0000007581 | March 11, 2009 (FY09-Q2) |
| "Read" | TV | APLNDC-X0000007582 | January 26, 2009 (FY09-Q2) |
| "Student" | TV | APLNDC-X0000007592 | April 2, 2009 (FY09-Q3) |

# IPHONE TELEVISION ADVERTISEMENTS

| | | | |
|---|---|---|---|
| "Office" | TV | APLNDC-X0000007593 | April 2, 2009 (FY09-Q3) |
| "Itchy" | TV | APLNDC-X0000007594 | April 2, 2009 (FY09-Q3) |
| **IPHONE 3GS ADS** | | | |
| "Break In" | TV | APLNDC-X0000007595 | June 15, 2009 (FY09-Q3) |
| "Skateboard" | TV | APLNDC-X0000007596 | June 22, 2009 (FY09-Q3) |
| "Travel" | TV | APLNDC-X0000007606 | July 31, 2009 (FY09-Q4) |
| "Nature Lovers, Pizza Lovers" | TV | APLNDC-X0000007607 | September 18, 2009 (FY09-Q4) |
| "Avid" | TV | APLNDC-X0000007608 | August 18, 2009 (FY09-Q4) |
| "Dine In, Dine Out" | TV | APLNDC-X0000007609 | September 18, 2009 (FY09-Q4) |
| "Voice Control" | TV | APLNDC-X0000007610 | July 16, 2009 (FY09-Q4) |
| "Share" | TV | APLNDC-X0000007611 | August 17, 2009 (FY09-Q4) |
| "Copy and Paste" | TV | APLNDC-X0000007612 | July 16, 2009 (FY09-Q4) |
| "Pass Test, Pass Time" | TV | APLNDC-X0000007613 | September 18, 2009 (FY09-Q4) |
| "Gift" | TV | APLNDC-X0000007624 | November 17, 2009 (FY10-Q1) |
| "Song" | TV | APLNDC-X0000007625 | November 17, 2009 (FY10-Q1) |
| "Multipeople" | TV | APLNDC-X0000007626 | November 20, 2009 (FY10-Q1) |
| "Where's the Movie" | TV | APLNDC-X0000007627 | November 20, 2009 (FY10-Q1) |
| "12 Apps of Christmas" | TV | APLNDC-X0000007628 | December 2, 2009 (FY10-Q1) |
| "Family Travel" | TV | APLNDC-X0000007650 | February 19, 2010 (FY10-Q2) |
| "On Hold" | TV | APLNDC-X0000007651 | February 19, 2010 (FY10-Q2) |
| "First Steps" | TV | APLNDC-X0000007652 | February 19, 2010 (FY10-Q2) |
| "Backpacker" | TV | APLNDC-X0000007667 | April 15, 2010 (FY10-Q3) |
| "Dog Lover" | TV | APLNDC-X0000007668 | April  15, 2010 (FY10-Q3) |
| "Shopper" | TV | APLNDC-X0000007669 | April 12, 2010 (FY10-Q3) |
| "Concert" | TV | APLNDC-X0000007670 | April 2, 2010 (FY10-Q3) |
| "Commute" | TV | APLNDC-X0000007671 | April 2, 2010 (FY10-Q3) |
| "Family Man" | TV | APLNDC-X0000007672 | April 15, 2010 (FY10-Q3) |
| **IPHONE 4 ADS** | | | |
| "Haircut" | TV | APLNDC-X0000007680 | July 12, 2010 (FY10-Q4) |
| "FaceTime AGD 60s" | TV | APLNDC-X0000007681 | July 8, 2010 (FY10-Q4) |
| "Big News" | TV | APLNDC-X0000007682 | July 12, 2010 (FY10-Q4) |
| "Meet Her" | TV | APLNDC-X0000007683 | July 12, 2010 (FY10-Q4) |
| "Smile" | TV | APLNDC-X0000007684 | July 12, 2010 (FY10-Q4) |