QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF SAMSUNG'S MOTION ON NON-JURY CLAIMS, INCLUDING INDEFINITENESS**<br><br>Date: December 6, 2012<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

I, B. Dylan Proctor, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion on Non-Jury Claims, Including Indefiniteness. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of Joint Trial Exhibit No. 1046.

3. Attached hereto as Exhibit 2 is a true and correct copy of Joint Trial Exhibit No. 1049.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Volume 3 of the Trial Transcript, Pages 556-930, dated August 3, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Volume 6 of the Trial Transcript, Pages 1638-1988, dated August 10, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Volume 9 of the Trial Transcript, Pages 2651-2965, dated August 15, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of Joint Trial Exhibit No. 1040.

8. Attached hereto as Exhibit 7 is a true and correct copy of Joint Trial Exhibit No. 1041.

9. Attached hereto as Exhibit 8 is a true and correct copy of Joint Trial Exhibit No. 1042.

10. Attached hereto as Exhibit 9 is a true and correct copy of Joint Trial Exhibit No. 1043.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the hearing held in this matter on July 24, 2012.

1      12.     Exhibit 11 is Joint Trial Exhibit 1005, which is a physical object and is in the
2  Court's files.  (See Dkt. No. 1947.)

3      13.     Attached hereto as Exhibit 12 is a true and correct copy of Defendants' Trial
4  Exhibit No. 741.

5      14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from Volume 2
6  of the Transcript of Proceedings ("Trial Transcript"), Pages 283-555, dated July 31, 2012.

7      15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from Volume
8  11 of the Trial Transcript, Pages 3387-3711, dated August 17, 2012.

9      16.     Attached hereto as Exhibit 15 is a true and correct copy of Defendants' Trial
10 Exhibit No. 810.

11     17.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from Volume 4
12 of the Trial Transcript, Pages 931-1296, dated August 6, 2012.

13     18.     Attached hereto as Exhibit 17 is a true and correct copy of Plaintiff's Trial Exhibit
14 No. 52.

15     19.     Attached hereto as Exhibit 18 is a true and correct copy of Defendants' Trial
16 Exhibit No. 800.

17     20.     Attached hereto as Exhibit 19 is a true and correct copy of Defendants' Trial
18 Exhibit No. 801.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on the 21[th] of September, 2012, in Los Angeles, California.

_____
B. Dylan Proctor