# Proctor Declaration

# EXHIBIT 2



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 12, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *11/850,013*
FILING DATE: *September 04, 2007*
PATENT NUMBER: *7,864,163*
ISSUE DATE: *January 04, 2011*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



E. BORNETT

Certifying Officer

JOINT TRIAL EXHIBIT NO. 1049

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC00022528

| **UTILITY PATENT APPLICATION TRANSMITTAL** *(Only for new nonprovisional applications under 37 CFR § 1.53(b))* | Attorney Docket No. | P4974US1/63266-5114-US |
|---|---|---|
| | First Inventor | Bas Ording |
| | Title | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents |
| | Electronically filed | September 4, 2007 |

| **APPLICATION ELEMENTS** *See MPEP Chapter 600 concerning utility patent application contents.* | Address to: | **Commissioner for Patents** P.O. Box 1450 Alexandria, VA 22313-1450 |
|---|---|---|

1. ☐ Fee Transmittal Form *(with duplicate for fee processing)*

2. ☐ Applicant claims Small Entity status, see 37 C.F.R. § 1.27

3. ☒ Specification                [Total Pages   47 ]

4. ☒ Drawing(s) *(35 USC § 113)*      [Total Sheets   29 ]

5. ☒ Oath or Declaration          [Total Pages   3 ]
   a. ☒ Newly executed *(original or copy)*
   b. ☐ Copy from a prior application *(37 CFR § 1.63(d))* *(for con/div with Box 18 completed)*
      ☐ Deletion of Inventor(s)
      Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR §§ 1.63(d)(2) and 1.33(b).

6. ☐ Application Data Sheet,  see 37 C.F.R. § 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program *(Appendix)*

8. ☐ Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐Computer Readable Form (CRF)
   b. ☐Specification Sequence Listing on
     i. ☐ CD-ROM or CD-R (2 copies); or
     ii. ☐ CD-ROM or CD-R (2 copies); or
     iii. ☐ Paper
   c. ☐ Statement verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. ☐ Assignment Papers *(cover sheet & document(s))*

10. ☐ 37 CFR § 3.73(b) Statement
   a. ☐ Power of Attorney

11. ☐ English Translation Document *(if applicable)*

12. ☐ Information Disclosure Statement and PTO-1449
   a. ☐ Copies of IDS Citations

13. ☐ Preliminary Amendment

14. ☐ Return Receipt Postcard *(MPEP 503)*

15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☐ Non-Publication Request under 35 U.S.C. § 122 (b)(2)(i)

17. ☐ Other:

18. If a **CONTINUING APPLICATION**, *check appropriate box and supply the requisite information below and in a preliminary amendment or in an Application Data Sheet under 37 CFR 1.76:*

☐ This application is a ☐ Continuation ☐ Divisional ☐ Continuation-in-part (CIP) of prior application No.:          filed

Prior application information:      Examiner:                Group Art Unit:

☐ This application is a ☐ Continuation ☐ Divisional ☐ Continuation-in-part (CIP) of prior application No.:          filed
, which is the National Stage of International Application No. PCT/US          , filed        .

Prior application information:      Examiner:                Group Art Unit:

☒ This application claims the benefit of Provisional Application No. 60/937,993, filed June 29, 2007; 60/946,715 filed June 27, 2007; 60/879,469 filed January 8, 2007; 60/879,253 filed January 7, 2007; and 60/824,769 filed September 6, 2006 under 35 U.S.C. § 119(e).

☐ This application claims the benefit of Application No.          , filed          in          35 U.S.C. § 119(a).

☒ All of the foregoing applications are incorporated by reference in this application in their entireties.

**19. CORRESPONDENCE ADDRESS: Customer Number 61725**

| Signature | | Date | September 4, 2007 |
|---|---|---|---|
| Name (Print/Type) | Gary S. Williams | Registration No. (Attorney/Agent) | 31,066 |

I-PA/3663182.1

APLNDC00022529

MORGAN, LEWIS & BOCKIUS ʟʟᴘ DOCKET NO. P4974US1/63266-5114-US

## DECLARATION FOR NON-PROVISIONAL PATENT APPLICATION*

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below at 201 et seq. beneath my name.

I believe I am the original, first and sole inventor if only one name is listed at 201 below, or an original, first and joint inventor if plural names are listed at 201 et seq. below, of the subject matter which is claimed and for which a patent is sought on the invention entitled **PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS**

and for which a patent application:

☒ is attached hereto and includes amendment(s) filed on        (if applicable)
☐ was filed in the United States on        as Application No.        (for declaration not accompanying application) with amendment(s) filed on        (if applicable)
☐ was filed as PCT international Application No.        on        and was amended under PCT Article 19 on  (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED PRIOR TO THE FILING DATE OF THE APPLICATION | | | | |
|---|---|---|---|---|
| APPLICATION NUMBER | COUNTRY | DATE OF FILING (day, month, year) | PRIORITY CLAIMED | |
| | | | YES ☐ | NO ☐ |
| | | | YES ☐ | NO ☐ |

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| PROVISIONAL APPLICATION NUMBER | FILING DATE |
|---|---|
| 60/937,993 | June 29, 2007 |
| 60/946,715 | June 27, 2007 |
| 60/879,469 | January 8, 2007 |
| 60/879,253 | January 7, 2007 |
| 60/824,769 | September 6, 2006 |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose information known to me which is material to patentability as defined in Title 37, Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| NON-PROVISIONAL APPLICATION SERIAL NO. | TYPE OF APPLICATION | FILING DATE | STATUS | | |
|---|---|---|---|---|---|
| | | | PATENTED | PENDING | ABANDONED |
| | | | | | |
| | | | | | |

---

*
  for use only when the application is assigned to a company, partnership or other organization.

1-PA/3658414.1                                    (1)

MORGAN, LEWIS & BOCKIUS LLP DOCKET NO. P4974US1/63266-5114-US

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under § 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| | | | | | |
|---|---|---|---|---|---|
| **2 0 1** | **FULL NAME OF INVENTOR** | LAST NAME ORDING | FIRST NAME BAS | MIDDLE NAME | |
| | **RESIDENCE & CITIZENSHIP** | CITY San Francisco | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP Netherlands | |
| | **POST OFFICE ADDRESS** | STREET 44 Newberg Street | CITY San Francisco | STATE OR COUNTRY CA | ZIP CODE 94131 |
| | | SIGNATURE OF INVENTOR 201 | | DATE | |

| | | | | | |
|---|---|---|---|---|---|
| **2 0 2** | **FULL NAME OF INVENTOR** | LAST NAME FORSTALL | FIRST NAME SCOTT | MIDDLE NAME | |
| | **RESIDENCE & CITIZENSHIP** | CITY Mountain View | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP US | |
| | **POST OFFICE ADDRESS** | STREET 329 Martens Way | CITY Mountain View | STATE OR COUNTRY CA | ZIP CODE 94040 |
| | | SIGNATURE OF INVENTOR 202 | | DATE 8/31/07 | |

| | | | | | |
|---|---|---|---|---|---|
| **2 0 3** | **FULL NAME OF INVENTOR** | LAST NAME CHRISTIE | FIRST NAME GREG | MIDDLE NAME | |
| | **RESIDENCE & CITIZENSHIP** | CITY San Jose | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP US | |
| | **POST OFFICE ADDRESS** | STREET 1112 Kelly Drive | CITY San Jose | STATE OR COUNTRY CA | ZIP CODE 95129 |
| | | SIGNATURE OF INVENTOR 203 | | DATE 8.29.2007 | |

| | | | | | |
|---|---|---|---|---|---|
| **2 0 4** | **FULL NAME OF INVENTOR** | LAST NAME LEMAY | FIRST NAME STEPHEN | MIDDLE NAME O. | |
| | **RESIDENCE & CITIZENSHIP** | CITY San Francisco | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP US | |
| | **POST OFFICE ADDRESS** | STREET 735 Kirkham Drive | CITY San Francisco | STATE OR COUNTRY CA | ZIP CODE 94122 |
| | | SIGNATURE OF INVENTOR 204 | | DATE 8/29/07 | |

| | | | | | |
|---|---|---|---|---|---|
| **2 0 5** | **FULL NAME OF INVENTOR** | LAST NAME CHAUDHRI | FIRST NAME IMRAN | MIDDLE NAME | |
| | **RESIDENCE & CITIZENSHIP** | CITY San Francisco | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP US / United Kingdom | |
| | **POST OFFICE ADDRESS** | STREET 300 Linden St., #7 | CITY San Francisco | STATE OR COUNTRY CA | ZIP CODE 94102 |
| | | SIGNATURE OF INVENTOR 205 | | DATE | |

I-PA/3658414.1

(2)

APLNDC00022531

MORGAN, LEWIS & BOCKIUS LLP DOCKET NO. P4974US1/63266-5114-US

| | | | | |
|---|---|---|---|---|
| 2 0 6 | FULL NAME OF INVENTOR | LAST NAME WILLIAMSON | FIRST NAME RICHARD | MIDDLE NAME |
| | RESIDENCE & CITIZENSHIP | CITY Los Gatos | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP United Kingdom |
| | POST OFFICE ADDRESS | STREET 340 Outer Zayante Road | CITY Los Gatos | STATE OR COUNTRY CA  ZIP CODE 95033 |
| | | SIGNATURE OF INVENTOR 206 | | DATE 8/29/2007 |

| | | | | |
|---|---|---|---|---|
| 2 0 7 | FULL NAME OF INVENTOR | LAST NAME BLUMENBERG | FIRST NAME CHRIS | MIDDLE NAME |
| | RESIDENCE & CITIZENSHIP | CITY San Francisco | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP US |
| | POST OFFICE ADDRESS | STREET 3600 21st St., #305 | CITY San Francisco | STATE OR COUNTRY CA  ZIP CODE 94114 |
| | | SIGNATURE OF INVENTOR 207 | | DATE 8/29/2007 |

I-PA/3658414.1

(3)

APLNDC00022532

Joint Trial Exhibit No. 1049.6

# Portable Electronic Device, Method, And Graphical User Interface For Displaying Structured Electronic Documents

## RELATED APPLICATIONS

[0001]    This application claims priority to U.S. Provisional Patent Application Nos. 60/937,993, "Portable Multifunction Device," filed June 29, 2007; 60/946,715, "Portable Electronic Device, Method, And Graphical User Interface For Displaying Structured Electronic Documents," filed June 27, 2007; 60/879,469, "Portable Multifunction Device," filed January 8, 2007; 60/879,253, "Portable Multifunction Device," filed January 7, 2007; and 60/824,769, "Portable Multifunction Device," filed September 6, 2006. All of these applications are incorporated by referenced herein in their entirety.

[0002]    This application is related to the following applications: (1) U.S. Patent Application No. 10/188,182, "Touch Pad For Handheld Device," filed July 1, 2002; (2) U.S. Patent Application No. 10/722,948, "Touch Pad For Handheld Device," filed November 25, 2003; (3) U. S. Patent Application No. 10/643,256, "Movable Touch Pad With Added Functionality," filed August 18, 2003; (4) U.S. Patent Application No. 10/654,108, "Ambidextrous Mouse," filed September 2, 2003; (5) U.S. Patent Application No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (6) U.S. Patent Application No: 10/903,964, "Gestures For Touch Sensitive Input Devices," filed July 30,2004; (7) U.S. Patent Application No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices" filed January 18, 2005; (8) U.S. Patent Application No. 11/057,050, "Display Actuator," filed February 11, 2005; (9) U.S. Provisional Patent Application No. 60/658,777, "Multi-Functional Hand-Held Device," filed March 4, 2005; (10) U.S. Patent Application No. 11/367,749, "Multi-Functional Hand-Held Device," filed March 3, 2006; and (11) U.S. Provisional Patent Application No. 60/947,155, "Portable Electronic Device, Method, And Graphical User Interface For Displaying Inline Multimedia Content", filed June 29, 2007. All of these applications are incorporated by reference herein in their entirety.

## TECHNICAL FIELD

[0003]    The disclosed embodiments relate generally to portable electronic devices, and more particularly, to portable electronic devices that display structured electronic documents such as web pages on a touch screen display.

APLNDC00022533

Joint Trial Exhibit No. 1049.7

# BACKGROUND

[0004]     As portable electronic devices become more compact, and the number of functions performed by a given device increase, it has become a significant challenge to design a user interface that allows users to easily interact with a multifunction device. This challenge is particular significant for handheld portable devices, which have much smaller screens than desktop or laptop computers. This situation is unfortunate because the user interface is the gateway through which users receive not only content but also responses to user actions or behaviors, including user attempts to access a device's features, tools, and functions. Some portable communication devices (e.g., mobile telephones, sometimes called mobile phones, cell phones, cellular telephones, and the like) have resorted to adding more pushbuttons, increasing the density of push buttons, overloading the functions of pushbuttons, or using complex menu systems to allow a user to access, store and manipulate data. These conventional user interfaces often result in complicated key sequences and menu hierarchies that must be memorized by the user.

[0005]     Many conventional user interfaces, such as those that include physical pushbuttons, are also inflexible. This may prevent a user interface from being configured and/or adapted by either an application running on the portable device or by users. When coupled with the time consuming requirement to memorize multiple key sequences and menu hierarchies, and the difficulty in activating a desired pushbutton, such inflexibility is frustrating to most users.

[0006]     In particular, it is slow and tedious to navigate in structured electronic documents (e.g., web pages) in portable electronic devices with small screens using conventional input devices (e.g., 5-way toggle switches). Moreover, it is cumbersome to control and view multimedia content within such documents on portable electronic devices.

[0007]     Accordingly, there is a need for portable electronic devices with more transparent and intuitive user interfaces for viewing and navigating structured electronic documents and multimedia content within such documents. Such interfaces increase the effectiveness, efficiency and user satisfaction with activities like web browsing on portable electronic devices.

APLNDC00022534

Joint Trial Exhibit No. 1049.8

SUMMARY

[0008]      The above deficiencies and other problems associated with user interfaces for portable devices are reduced or eliminated by the disclosed portable multifunction device. In some embodiments, the device has a touch-sensitive display (also known as a "touch screen") with a graphical user interface (GUI), one or more processors, memory and one or more modules, programs or sets of instructions stored in the memory for performing multiple functions. In some embodiments, the user interacts with the GUI primarily through finger contacts and gestures on the touch-sensitive display. In some embodiments, the functions may include telephoning, video conferencing, e-mailing, instant messaging, blogging, digital photographing, digital videoing, web browsing, digital music playing, and/or digital video playing. Instructions for performing these functions may be included in a computer readable storage medium or other computer program product configured for execution by one or more processors.

[0009]      In one aspect of the invention, a computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises: displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; detecting a first gesture at a location on the displayed portion of the structured electronic document; determining a first box in the plurality of boxes at the location of the first gesture; and enlarging and substantially centering the first box on the touch screen display.

[0010]      In another aspect of the invention, a graphical user interface on a portable electronic device with a touch screen display comprises: at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content. In response to detecting a first gesture at a location on the portion of the structured electronic document, a first box in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display.

[0011]      In another aspect of the invention, a portable electronic device comprises: a touch screen display, one or more processors, memory, and one or more programs. The one or more programs are stored in the memory and configured to be executed by the one or more processors. The one or more programs include instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured

APLNDC00022535

Joint Trial Exhibit No. 1049.9

electronic document comprises a plurality of boxes of content. The one or more programs also include: instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document; instructions for determining a first box in the plurality of boxes at the location of the first gesture; and instructions for enlarging and substantially centering the first box on the touch screen display.

[0012]    In another aspect of the invention, a computer-program product comprises a computer readable storage medium and a computer program mechanism (e.g., one or more computer programs) embedded therein. The computer program mechanism comprises instructions, which when executed by a portable electronic device with a touch screen display, cause the device: to display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; to detect a first gesture at a location on the displayed portion of the structured electronic document; to determine a first box in the plurality of boxes at the location of the first gesture; and to enlarge and substantially center the first box on the touch screen display.

[0013]    In another aspect of the invention, a portable electronic device with a touch screen display comprises: means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; means for detecting a first gesture at a location on the displayed portion of the structured electronic document; means for determining a first box in the plurality of boxes at the location of the first gesture; and means for enlarging and substantially centering the first box on the touch screen display.

[0014]    The disclosed embodiments allow users to more easily view and navigate structured electronic documents and multimedia content within such documents on portable electronic devices.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0015]    For a better understanding of the aforementioned embodiments of the invention as well as additional embodiments thereof, reference should be made to the Description of Embodiments below, in conjunction with the following drawings in which like reference numerals refer to corresponding parts throughout the figures.

APLNDC00022536

[0016]      Figures 1A and 1B are block diagrams illustrating portable multifunction devices with touch-sensitive displays in accordance with some embodiments.

[0017]      Figure 2 illustrates a portable multifunction device having a touch screen in accordance with some embodiments.

[0018]      Figure 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.

[0019]      Figures 4A and 4B illustrate exemplary user interfaces for a menu of applications on a portable multifunction device in accordance with some embodiments.

[0020]      Figures 5A-5M illustrate exemplary user interfaces for a browser in accordance with some embodiments.

[0021]      Figures 6A-6C are flow diagrams illustrating a process for displaying structured electronic documents such as web pages on a portable electronic device with a touch screen display in accordance with some embodiments.

[0022]      Figures 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

[0023]      Figure 8 is a flow diagram illustrating a process for displaying inline multimedia content on a portable electronic device with a touch screen display in accordance with some embodiments.

## DESCRIPTION OF EMBODIMENTS

[0024]      Reference will now be made in detail to embodiments, examples of which are illustrated in the accompanying drawings. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well-known methods, procedures, components, circuits, and networks have not been described in detail so as not to unnecessarily obscure aspects of the embodiments.

[0025]      It will also be understood that, although the terms first, second, etc. may be used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another. For example, a first

APLNDC00022537

gesture could be termed a second gesture, and, similarly, a second gesture could be termed a first gesture, without departing from the scope of the present invention.

[0026]      The terminology used in the description of the invention herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention.  As used in the description of the invention and the appended claims, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise.  It will also be understood that the term "and/or" as used herein refers to and encompasses any and all possible combinations of one or more of the associated listed items.  It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

[0027]      Embodiments of a portable multifunction device, user interfaces for such devices, and associated processes for using such devices are described.  In some embodiments, the device is a portable communications device such as a mobile telephone that also contains other functions, such as PDA and/or music player functions.

[0028]      The user interface may include a physical click wheel in addition to a touch screen or a virtual click wheel displayed on the touch screen.  A click wheel is a user-interface device that may provide navigation commands based on an angular displacement of the wheel or a point of contact with the wheel by a user of the device.  A click wheel may also be used to provide a user command corresponding to selection of one or more items, for example, when the user of the device presses down on at least a portion of the wheel or the center of the wheel.  Alternatively, breaking contact with a click wheel image on a touch screen surface may indicate a user command corresponding to selection. For simplicity, in the discussion that follows, a portable multifunction device that includes a touch screen is used as an exemplary embodiment.  It should be understood, however, that some of the user interfaces and associated processes may be applied to other devices, such as personal computers and laptop computers, which may include one or more other physical user-interface devices, such as a physical click wheel, a physical keyboard, a mouse and/or a joystick.

APLNDC00022538

[0029]      The device supports a variety of applications, such as one or more of the following: a telephone application, a video conferencing application, an e-mail application, an instant messaging application, a blogging application, a photo management application, a digital camera application, a digital video camera application, a web browsing application, a digital music player application, and/or a digital video player application.

[0030]      The various applications that may be executed on the device may use at least one common physical user-interface device, such as the touch screen. One or more functions of the touch screen as well as corresponding information displayed on the device may be adjusted and/or varied from one application to the next and/or within a respective application. In this way, a common physical architecture (such as the touch screen) of the device may support the variety of applications with user interfaces that are intuitive and transparent.

[0031]      The user interfaces may include one or more soft keyboard embodiments. The soft keyboard embodiments may include standard (QWERTY) and/or non-standard configurations of symbols on the displayed icons of the keyboard, such as those described in U.S. Patent Applications 11/459,606, "Keyboards For Portable Electronic Devices," filed July 24, 2006, and 11/459,615, "Touch Screen Keyboards For Portable Electronic Devices," filed July 24, 2006, the contents of which are hereby incorporated by reference. The keyboard embodiments may include a reduced number of icons (or soft keys) relative to the number of keys in existing physical keyboards, such as that for a typewriter. This may make it easier for users to select one or more icons in the keyboard, and thus, one or more corresponding symbols. The keyboard embodiments may be adaptive. For example, displayed icons may be modified in accordance with user actions, such as selecting one or more icons and/or one or more corresponding symbols. One or more applications on the portable device may utilize common and/or different keyboard embodiments. Thus, the keyboard embodiment used may be tailored to at least some of the applications. In some embodiments, one or more keyboard embodiments may be tailored to a respective user. For example, one or more keyboard embodiments may be tailored to a respective user based on a word usage history (lexicography, slang, individual usage) of the respective user. Some of the keyboard embodiments may be adjusted to reduce a probability of a user error when selecting one or more icons, and thus one or more symbols, when using the soft keyboard embodiments.

[0032]      Attention is now directed towards embodiments of the device. Figures 1A and 1B are block diagrams illustrating portable multifunction devices 100 with touch-sensitive

APLNDC00022539

Joint Trial Exhibit No. 1049.13

displays 112 in accordance with some embodiments. The touch-sensitive display 112 is sometimes called a "touch screen" for convenience, and may also be known as or called a touch-sensitive display system. The device 100 may include a memory 102 (which may include one or more computer readable storage mediums), a memory controller 122, one or more processing units (CPU's) 120, a peripherals interface 118, RF circuitry 108, audio circuitry 110, a speaker 111, a microphone 113, an input/output (I/O) subsystem 106, other input or control devices 116, and an external port 124. The device 100 may include one or more optical sensors 164. These components may communicate over one or more communication buses or signal lines 103.

[0033]     It should be appreciated that the device 100 is only one example of a portable multifunction device 100, and that the device 100 may have more or fewer components than shown, may combine two or more components, or a may have a different configuration or arrangement of the components. The various components shown in Figures 1A and 1B may be implemented in hardware, software or a combination of both hardware and software, including one or more signal processing and/or application specific integrated circuits.

[0034]     Memory 102 may include high-speed random access memory and may also include non-volatile memory, such as one or more magnetic disk storage devices, flash memory devices, or other non-volatile solid-state memory devices. Access to memory 102 by other components of the device 100, such as the CPU 120 and the peripherals interface 118, may be controlled by the memory controller 122.

[0035]     The peripherals interface 118 couples the input and output peripherals of the device to the CPU 120 and memory 102. The one or more processors 120 run or execute various software programs and/or sets of instructions stored in memory 102 to perform various functions for the device 100 and to process data.

[0036]     In some embodiments, the peripherals interface 118, the CPU 120, and the memory controller 122 may be implemented on a single chip, such as a chip 104. In some other embodiments, they may be implemented on separate chips.

[0037]     The RF (radio frequency) circuitry 108 receives and sends RF signals, also called electromagnetic signals. The RF circuitry 108 converts electrical signals to/from electromagnetic signals and communicates with communications networks and other communications devices via the electromagnetic signals. The RF circuitry 108 may include

APLNDC00022540

Joint Trial Exhibit No. 1049.14

well-known circuitry for performing these functions, including but not limited to an antenna system, an RF transceiver, one or more amplifiers, a tuner, one or more oscillators, a digital signal processor, a CODEC chipset, a subscriber identity module (SIM) card, memory, and so forth. The RF circuitry 108 may communicate with networks, such as the Internet, also referred to as the World Wide Web (WWW), an intranet and/or a wireless network, such as a cellular telephone network, a wireless local area network (LAN) and/or a metropolitan area network (MAN), and other devices by wireless communication. The wireless communication may use any of a plurality of communications standards, protocols and technologies, including but not limited to Global System for Mobile Communications (GSM), Enhanced Data GSM Environment (EDGE), wideband code division multiple access (W-CDMA), code division multiple access (CDMA), time division multiple access (TDMA), Bluetooth, Wireless Fidelity (Wi-Fi) (e.g., IEEE 802.11a, IEEE 802.11b, IEEE 802.11g and/or IEEE 802.11n), voice over Internet Protocol (VoIP), Wi-MAX, a protocol for email (e.g., Internet message access protocol (IMAP) and/or post office protocol (POP)), instant messaging (e.g., extensible messaging and presence protocol (XMPP), Session Initiation Protocol for Instant Messaging and Presence Leveraging Extensions (SIMPLE), and/or Instant Messaging and Presence Service (IMPS)), and/or Short Message Service (SMS)), or any other suitable communication protocol, including communication protocols not yet developed as of the filing date of this document.

[0038]    The audio circuitry 110, the speaker 111, and the microphone 113 provide an audio interface between a user and the device 100. The audio circuitry 110 receives audio data from the peripherals interface 118, converts the audio data to an electrical signal, and transmits the electrical signal to the speaker 111. The speaker 111 converts the electrical signal to human-audible sound waves. The audio circuitry 110 also receives electrical signals converted by the microphone 113 from sound waves. The audio circuitry 110 converts the electrical signal to audio data and transmits the audio data to the peripherals interface 118 for processing. Audio data may be retrieved from and/or transmitted to memory 102 and/or the RF circuitry 108 by the peripherals interface 118. In some embodiments, the audio circuitry 110 also includes a headset jack (e.g. 212, Figure 2). The headset jack provides an interface between the audio circuitry 110 and removable audio input/output peripherals, such as output-only headphones or a headset with both output (e.g., a headphone for one or both ears) and input (e.g., a microphone).

APLNDC00022541

Joint Trial Exhibit No. 1049.15

[0039]     The I/O subsystem 106 couples input/output peripherals on the device 100, such as the touch screen 112 and other input/control devices 116, to the peripherals interface 118.  The I/O subsystem 106 may include a display controller 156 and one or more input controllers 160 for other input or control devices.  The one or more input controllers 160 receive/send electrical signals from/to other input or control devices 116.  The other input/control devices 116 may include physical buttons (e.g., push buttons, rocker buttons, etc.), dials, slider switches, joysticks, click wheels, and so forth.  In some alternate embodiments, input controller(s) 160 may be coupled to any (or none) of the following: a keyboard, infrared port, USB port, and a pointer device such as a mouse.  The one or more buttons (e.g., 208, Figure 2) may include an up/down button for volume control of the speaker 111 and/or the microphone 113.  The one or more buttons may include a push button (e.g., 206, Figure 2).  A quick press of the push button may disengage a lock of the touch screen 112 or begin a process that uses gestures on the touch screen to unlock the device, as described in U.S. Patent Application 11/322,549, "Unlocking a Device by Performing Gestures on an Unlock Image," filed December 23, 2005, which is hereby incorporated by reference.  A longer press of the push button (e.g., 206) may turn power to the device 100 on or off.  The user may be able to customize a functionality of one or more of the buttons.  The touch screen 112 is used to implement virtual or soft buttons and one or more soft keyboards.

[0040]     The touch-sensitive touch screen 112 provides an input interface and an output interface between the device and a user.  The display controller 156 receives and/or sends electrical signals from/to the touch screen 112.  The touch screen 112 displays visual output to the user.  The visual output may include graphics, text, icons, video, and any combination thereof (collectively termed "graphics").  In some embodiments, some or all of the visual output may correspond to user-interface objects, further details of which are described below.

[0041]     A touch screen 112 has a touch-sensitive surface, sensor or set of sensors that accepts input from the user based on haptic and/or tactile contact.  The touch screen 112 and the display controller 156 (along with any associated modules and/or sets of instructions in memory 102) detect contact (and any movement or breaking of the contact) on the touch screen 112 and converts the detected contact into interaction with user-interface objects (e.g., one or more soft keys, icons, web pages or images) that are displayed on the touch screen.  In an exemplary embodiment, a point of contact between a touch screen 112 and the user corresponds to a finger of the user.

APLNDC00022542

[0042]     The touch screen 112 may use LCD (liquid crystal display) technology, or LPD (light emitting polymer display) technology, although other display technologies may be used in other embodiments. The touch screen 112 and the display controller 156 may detect contact and any movement or breaking thereof using any of a plurality of touch sensing technologies now known or later developed, including but not limited to capacitive, resistive, infrared, and surface acoustic wave technologies, as well as other proximity sensor arrays or other elements for determining one or more points of contact with a touch screen 112.

[0043]     A touch-sensitive display in some embodiments of the touch screen 112 may be analogous to the multi-touch sensitive tablets described in the following U.S. Patents: 6,323,846 (Westerman et al.), 6,570,557 (Westerman et al.), and/or 6,677,932 (Westerman), and/or U.S. Patent Publication 2002/0015024A1, each of which is hereby incorporated by reference. However, a touch screen 112 displays visual output from the portable device 100, whereas touch sensitive tablets do not provide visual output.

[0044]     A touch-sensitive display in some embodiments of the touch screen 112 may be as described in the following applications: (1) U.S. Patent Application No. 11/381,313, "Multipoint Touch Surface Controller," filed May 2, 2006; (2) U.S. Patent Application No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (3) U.S. Patent Application No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed July 30, 2004; (4) U.S. Patent Application No. 11/048,264, "Gestures For Touch Sensitive Input Devices," filed January 31, 2005; (5) U.S. Patent Application No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices," filed January 18, 2005; (6) U.S. Patent Application No. 11/228,758, "Virtual Input Device Placement On A Touch Screen User Interface," filed September 16, 2005; (7) U.S. Patent Application No. 11/228,700, "Operation Of A Computer With A Touch Screen Interface," filed September 16, 2005; (8) U.S. Patent Application No. 11/228,737, "Activating Virtual Keys Of A Touch-Screen Virtual Keyboard," filed September 16, 2005; and (9) U.S. Patent Application No. 11/367,749, "Multi-Functional Hand-Held Device," filed March 3, 2006. All of these applications are incorporated by reference herein.

[0045]     The touch screen 112 may have a resolution in excess of 100 dpi. In an exemplary embodiment, the touch screen has a resolution of approximately 160 dpi. The user may make contact with the touch screen 112 using any suitable object or appendage, such as a stylus, a finger, and so forth. In some embodiments, the user interface is designed to work

APLNDC00022543

primarily with finger-based contacts and gestures, which are much less precise than stylus-based input due to the larger area of contact of a finger on the touch screen. In some embodiments, the device translates the rough finger-based input into a precise pointer/cursor position or command for performing the actions desired by the user.

[0046]    In some embodiments, in addition to the touch screen, the device 100 may include a touchpad (not shown) for activating or deactivating particular functions. In some embodiments, the touchpad is a touch-sensitive area of the device that, unlike the touch screen, does not display visual output. The touchpad may be a touch-sensitive surface that is separate from the touch screen 112 or an extension of the touch-sensitive surface formed by the touch screen.

[0047]    In some embodiments, the device 100 may include a physical or virtual click wheel as an input control device 116. A user may navigate among and interact with one or more graphical objects (henceforth referred to as icons) displayed in the touch screen 112 by rotating the click wheel or by moving a point of contact with the click wheel (e.g., where the amount of movement of the point of contact is measured by its angular displacement with respect to a center point of the click wheel). The click wheel may also be used to select one or more of the displayed icons. For example, the user may press down on at least a portion of the click wheel or an associated button. User commands and navigation commands provided by the user via the click wheel may be processed by an input controller 160 as well as one or more of the modules and/or sets of instructions in memory 102. For a virtual click wheel, the click wheel and click wheel controller may be part of the touch screen 112 and the display controller 156, respectively. For a virtual click wheel, the click wheel may be either an opaque or semitransparent object that appears and disappears on the touch screen display in response to user interaction with the device. In some embodiments, a virtual click wheel is displayed on the touch screen of a portable multifunction device and operated by user contact with the touch screen.

[0048]    The device 100 also includes a power system 162 for powering the various components. The power system 162 may include a power management system, one or more power sources (e.g., battery, alternating current (AC)), a recharging system, a power failure detection circuit, a power converter or inverter, a power status indicator (e.g., a light-emitting diode (LED)) and any other components associated with the generation, management and distribution of power in portable devices.

APLNDC00022544

Joint Trial Exhibit No. 1049.18

[0049]     The device 100 may also include one or more optical sensors 164. Figures 1A and 1B show an optical sensor coupled to an optical sensor controller 158 in I/O subsystem 106. The optical sensor 164 may include charge-coupled device (CCD) or complementary metal-oxide semiconductor (CMOS) phototransistors.  The optical sensor 164 receives light from the environment, projected through one or more lens, and converts the light to data representing an image.  In conjunction with an imaging module 143 (also called a camera module), the optical sensor 164 may capture still images or video. In some embodiments, an optical sensor is located on the back of the device 100, opposite the touch screen display 112 on the front of the device, so that the touch screen display may be used as a viewfinder for either still and/or video image acquisition. In some embodiments, an optical sensor is located on the front of the device so that the user's image may be obtained for videoconferencing while the user views the other video conference participants on the touch screen display. In some embodiments, the position of the optical sensor 164 can be changed by the user (e.g., by rotating the lens and the sensor in the device housing) so that a single optical sensor 164 may be used along with the touch screen display for both video conferencing and still and/or video image acquisition.

[0050]     The device 100 may also include one or more proximity sensors 166. Figures 1A and 1B show a proximity sensor 166 coupled to the peripherals interface 118. Alternately, the proximity sensor 166 may be coupled to an input controller 160 in the I/O subsystem 106.   The proximity sensor 166 may perform as described in U.S. Patent Application Serial No. 11/241,839, "Proximity Detector In Handheld Device," filed September 30, 2005; Serial No. 11/240,788, "Proximity Detector In Handheld Device," filed September 30, 2005; Serial No. to be assigned,  filed January 7, 2007, "Using Ambient Light Sensor To Augment Proximity Sensor Output," attorney docket no. 04860.P4851US; Serial No. to be assigned, filed October 24, 2006, "Automated Response To And Sensing Of User Activity In Portable Devices," attorney docket no. 04860.P4293; and Serial No. to be assigned, filed December 12, 2006, "Methods And Systems For Automatic Configuration Of Peripherals," attorney docket no. 04860.P4293, which are hereby incorporated by reference. In some embodiments, the proximity sensor turns off and disables the touch screen 112 when the multifunction device is placed near the user's ear (e.g., when the user is making a phone call). In some embodiments, the proximity sensor keeps the screen off when the device is in the user's pocket, purse, or other dark area to prevent unnecessary battery drainage when the device is a locked state.

APLNDC00022545

[0051]     The device 100 may also include one or more accelerometers 168. Figures 1A and 1B show an accelerometer 168 coupled to the peripherals interface 118. Alternately, the accelerometer 168 may be coupled to an input controller 160 in the I/O subsystem 106. The accelerometer 168 may perform as described in U.S. Patent Publication No. 20050190059, "Acceleration-based Theft Detection System for Portable Electronic Devices," and U.S. Patent Publication No. 20060017692, "Methods And Apparatuses For Operating A Portable Device Based On An Accelerometer," both of which are which are incorporated herein by reference. In some embodiments, information is displayed on the touch screen display in a portrait view or a landscape view based on an analysis of data received from the one or more accelerometers.

[0052]     In some embodiments, the software components stored in memory 102 may include an operating system 126, a communication module (or set of instructions) 128, a contact/motion module (or set of instructions) 130, a graphics module (or set of instructions) 132, a text input module (or set of instructions) 134, a Global Positioning System (GPS) module (or set of instructions) 135, and applications (or set of instructions) 136.

[0053]     The operating system 126 (e.g., Darwin, RTXC, LINUX, UNIX, OS X, WINDOWS, or an embedded operating system such as VxWorks) includes various software components and/or drivers for controlling and managing general system tasks (e.g., memory management, storage device control, power management, etc.) and facilitates communication between various hardware and software components.

[0054]     The communication module 128 facilitates communication with other devices over one or more external ports 124 and also includes various software components for handling data received by the RF circuitry 108 and/or the external port 124. The external port 124 (e.g., Universal Serial Bus (USB), FIREWIRE, etc.) is adapted for coupling directly to other devices or indirectly over a network (e.g., the Internet, wireless LAN, etc.). In some embodiments, the external port is a multi-pin (e.g., 30-pin) connector that is the same as, or similar to and/or compatible with the 30-pin connector used on iPod (trademark of Apple Computer, Inc.) devices.

[0055]     The contact/motion module 130 may detect contact with the touch screen 112 (in conjunction with the display controller 156) and other touch sensitive devices (e.g., a touchpad or physical click wheel). The contact/motion module 130 includes various software components for performing various operations related to detection of contact, such as

APLNDC00022546

Joint Trial Exhibit No. 1049.20

determining if contact has occurred, determining if there is movement of the contact and tracking the movement across the touch screen 112, and determining if the contact has been broken (i.e., if the contact has ceased). Determining movement of the point of contact may include determining speed (magnitude), velocity (magnitude and direction), and/or an acceleration (a change in magnitude and/or direction) of the point of contact. These operations may be applied to single contacts (e.g., one finger contacts) or to multiple simultaneous contacts (e.g., "multitouch"/multiple finger contacts). In some embodiments, the contact/motion module 130 and the display controller 156 also detects contact on a touchpad. In some embodiments, the contact/motion module 130 and the controller 160 detects contact on a click wheel.

[0056]      The graphics module 132 includes various known software components for rendering and displaying graphics on the touch screen 112, including components for changing the intensity of graphics that are displayed. As used herein, the term "graphics" includes any object that can be displayed to a user, including without limitation text, web pages, icons (such as user-interface objects including soft keys), digital images, videos, animations and the like.

[0057]      The text input module 134, which may be a component of graphics module 132, provides soft keyboards for entering text in various applications (e.g., contacts 137, e-mail 140, IM 141, blogging 142, browser 147, and any other application that needs text input).

[0058]      The GPS module 135 determines the location of the device and provides this information for use in various applications (e.g., to telephone 138 for use in location-based dialing, to camera 143 and/or blogger 142 as picture/video metadata, and to applications that provide location-based services such as weather widgets, local yellow page widgets, and map/navigation widgets).

[0059]      The applications 136 may include the following modules (or sets of instructions), or a subset or superset thereof:

- a contacts module 137 (sometimes called an address book or contact list);

- a telephone module 138;

- a video conferencing module 139;

- an e-mail client module 140;

APLNDC00022547

Joint Trial Exhibit No. 1049.21

- an instant messaging (IM) module 141;

- a blogging module 142;

- a camera module 143 for still and/or video images;

- an image management module 144;

- a video player module 145;

- a music player module 146;

- a browser module 147;

- a calendar module 148;

- widget modules 149, which may include weather widget 149-1, stocks widget 149-2, calculator widget 149-3, alarm clock widget 149-4, dictionary widget 149-5, and other widgets obtained by the user, as well as user-created widgets 149-6;

- widget creator module 150 for making user-created widgets 149-6;

- search module 151;

- video and music player module 152, which merges video player module 145 and music player module 146;

- notes module 153; and/or

- map module 154.

[0060]      Examples of other applications 136 that may be stored in memory 102 include other word processing applications, JAVA-enabled applications, encryption, digital rights management, voice recognition, and voice replication.

[0061]      In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the contacts module 137 may be used to manage an address book or contact list, including: adding name(s) to the address book; deleting name(s) from the address book; associating telephone number(s), e-mail address(es), physical address(es) or other information with a name; associating an image with a name; categorizing and sorting names; providing telephone numbers or e-mail addresses to initiate and/or facilitate communications by telephone 138, video conference 139, e-mail 140, or IM 141; and so forth.

APLNDC00022548

Joint Trial Exhibit No. 1049.22

[0062]     In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the telephone module 138 may be used to enter a sequence of characters corresponding to a telephone number, access one or more telephone numbers in the address book 137, modify a telephone number that has been entered, dial a respective telephone number, conduct a conversation and disconnect or hang up when the conversation is completed. As noted above, the wireless communication may use any of a plurality of communications standards, protocols and technologies.

[0063]     In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, optical sensor 164, optical sensor controller 158, contact module 130, graphics module 132, text input module 134, contact list 137, and telephone module 138, the videoconferencing module 139 may be used to initiate, conduct, and terminate a video conference between a user and one or more other participants.

[0064]     In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the e-mail client module 140 may be used to create, send, receive, and manage e-mail. In conjunction with image management module 144, the e-mail module 140 makes it very easy to create and send e-mails with still or video images taken with camera module 143.

[0065]     In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the instant messaging module 141 may be used to enter a sequence of characters corresponding to an instant message, to modify previously entered characters, to transmit a respective instant message (for example, using a Short Message Service (SMS) or Multimedia Message Service (MMS) protocol for telephony-based instant messages or using XMPP, SIMPLE, or IMPS for Internet-based instant messages), to receive instant messages and to view received instant messages. In some embodiments, transmitted and/or received instant messages may include graphics, photos, audio files, video files and/or other attachments as are supported in a MMS and/or an Enhanced Messaging Service (EMS). As used herein, "instant messaging" refers to both telephony-based messages (e.g., messages sent using SMS or MMS) and Internet-based messages (e.g., messages sent using XMPP, SIMPLE, or IMPS).

[0066]     In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, text input module 134, image management

APLNDC00022549

Joint Trial Exhibit No. 1049.23

module 144, and browsing module 147, the blogging module 142 may be used to send text, still images, video, and/or other graphics to a blog (e.g., the user's blog).

[0067]     In conjunction with touch screen 112, display controller 156, optical sensor(s) 164, optical sensor controller 158, contact module 130, graphics module 132, and image management module 144, the camera module 143 may be used to capture still images or video (including a video stream) and store them into memory 102, modify characteristics of a still image or video, or delete a still image or video from memory 102.

[0068]     In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, text input module 134, and camera module 143, the image management module 144 may be used to arrange, modify or otherwise manipulate, label, delete, present (e.g., in a digital slide show or album), and store still and/or video images.

[0069]     In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, audio circuitry 110, and speaker 111, the video player module 145 may be used to display, present or otherwise play back videos (e.g., on the touch screen or on an external, connected display via external port 124).

[0070]     In conjunction with touch screen 112, display system controller 156, contact module 130, graphics module 132, audio circuitry 110, speaker 111, RF circuitry 108, and browser module 147, the music player module 146 allows the user to download and play back recorded music and other sound files stored in one or more file formats, such as MP3 or AAC files. In some embodiments, the device 100 may include the functionality of an MP3 player, such as an iPod (trademark of Apple Computer, Inc.).

[0071]     In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, and text input module 134, the browser module 147 may be used to browse the Internet, including searching, linking to, receiving, and displaying web pages or portions thereof, as well as attachments and other files linked to web pages. Embodiments of user interfaces and associated processes using browser module 147 are described further below.

[0072]     In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, e-mail module 140, and browser module 147, the calendar module 148 may be used to create,

APLNDC00022550

Joint Trial Exhibit No. 1049.24

display, modify, and store calendars and data associated with calendars (e.g., calendar entries, to do lists, etc.).

[0073]     In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, and browser module 147, the widget modules 149 are mini-applications that may be downloaded and used by a user (e.g., weather widget 149-1, stocks widget 149-2, calculator widget 149-3, alarm clock widget 149-4, and dictionary widget 149-5) or created by the user (e.g., user-created widget 149-6).   In some embodiments, a widget includes an HTML (Hypertext Markup Language) file, a CSS (Cascading Style Sheets) file, and a JavaScript file. In some embodiments, a widget includes an XML (Extensible Markup Language) file and a JavaScript file (e.g., Yahoo! Widgets).

[0074]     In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, and browser module 147, the widget creator module 150 may be used by a user to create widgets (e.g., turning a user-specified portion of a web page into a widget).

[0075]     In conjunction with touch screen 112, display system controller 156, contact module 130, graphics module 132, and text input module 134, the search module 151 may be used to search for text, music, sound, image, video, and/or other files in memory 102 that match one or more search criteria (e.g., one or more user-specified search terms).

[0076]     In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the notes module 153 may be used to create and manage notes, to do lists, and the like.

[0077]     In conjunction with RF circuitry 108, touch screen 112, display system controller 156, contact module 130, graphics module 132, text input module 134, GPS module 135, and browser module 147, the map module 154 may be used to receive, display, modify, and store maps and data associated with maps (e.g., driving directions; data on stores and other points of interest at or near a particular location; and other location-based data).

[0078]     Each of the above identified modules and applications correspond to a set of instructions for performing one or more functions described above.  These modules (i.e., sets of instructions) need not be implemented as separate software programs, procedures or modules, and thus various subsets of these modules may be combined or otherwise re-

APLNDC00022551

arranged in various embodiments. For example, video player module 145 may be combined with music player module 146 into a single module (e.g., video and music player module 152, Figure 1B). In some embodiments, memory 102 may store a subset of the modules and data structures identified above. Furthermore, memory 102 may store additional modules and data structures not described above.

[0079]     In some embodiments, the device 100 is a device where operation of a predefined set of functions on the device is performed exclusively through a touch screen 112 and/or a touchpad. By using a touch screen and/or a touchpad as the primary input/control device for operation of the device 100, the number of physical input/control devices (such as push buttons, dials, and the like) on the device 100 may be reduced.

[0080]     The predefined set of functions that may be performed exclusively through a touch screen and/or a touchpad include navigation between user interfaces. In some embodiments, the touchpad, when touched by the user, navigates the device 100 to a main, home, or root menu from any user interface that may be displayed on the device 100. In such embodiments, the touchpad may be referred to as a "menu button." In some other embodiments, the menu button may be a physical push button or other physical input/control device instead of a touchpad.

[0081]     Figure 2 illustrates a portable multifunction device 100 having a touch screen 112 in accordance with some embodiments. The touch screen may display one or more graphics within user interface (UI) 200. In this embodiment, as well as others described below, a user may select one or more of the graphics by making contact or touching the graphics, for example, with one or more fingers 202 (not drawn to scale in the figure). In some embodiments, selection of one or more graphics occurs when the user breaks contact with the one or more graphics. In some embodiments, the contact may include a gesture, such as one or more taps, one or more swipes (from left to right, right to left, upward and/or downward) and/or a rolling of a finger (from right to left, left to right, upward and/or downward) that has made contact with the device 100. In some embodiments, inadvertent contact with a graphic may not select the graphic. For example, a swipe gesture that sweeps over an application icon may not select the corresponding application when the gesture corresponding to selection is a tap.

[0082]     The device 100 may also include one or more physical buttons, such as "home" or menu button 204. As described previously, the menu button 204 may be used to

APLNDC00022552

Joint Trial Exhibit No. 1049.26

navigate to any application 136 in a set of applications that may be executed on the device 100. Alternatively, in some embodiments, the menu button is implemented as a soft key in a GUI in touch screen 112.

[0083]      In one embodiment, the device 100 includes a touch screen 112, a menu button 204, a push button 206 for powering the device on/off and locking the device, volume adjustment button(s) 208, a Subscriber Identity Module (SIM) card slot 210, a head set jack 212, and a docking/charging external port 124. The push button 206 may be used to turn the power on/off on the device by depressing the button and holding the button in the depressed state for a predefined time interval; to lock the device by depressing the button and releasing the button before the predefined time interval has elapsed; and/or to unlock the device or initiate an unlock process. In an alternative embodiment, the device 100 also may accept verbal input for activation or deactivation of some functions through the microphone 113.

[0084]      Attention is now directed towards embodiments of user interfaces ("UI") and associated processes that may be implemented on a portable multifunction device 100.

[0085]      Figure 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.  In some embodiments, user interface 300 includes the following elements, or a subset or superset thereof:

- Unlock image 302 that is moved with a finger gesture to unlock the device;

- Arrow 304 that provides a visual cue to the unlock gesture;

- Channel 306 that provides additional cues to the unlock gesture;

- Time 308;

- Day 310;

- Date 312; and

- Wallpaper image 314.

[0086]      In some embodiments, the device detects contact with the touch-sensitive display (e.g., a user's finger making contact on or near the unlock image 302) while the device is in a user-interface lock state. The device moves the unlock image 302 in accordance with the contact. The device transitions to a user-interface unlock state if the detected contact corresponds to a predefined gesture, such as moving the unlock image across channel 306. Conversely, the device maintains the user-interface lock state if the detected contact does not

APLNDC00022553

correspond to the predefined gesture. As noted above, processes that use gestures on the touch screen to unlock the device are described in U.S. Patent Applications 11/322,549, "Unlocking A Device By Performing Gestures On An Unlock Image," filed December 23, 2005, and 11/322,550, "Indication Of Progress Towards Satisfaction Of A User Input Condition," filed December 23, 2005, which are hereby incorporated by reference.

[0087]      Figures 4A and 4B illustrate exemplary user interfaces for a menu of applications on a portable multifunction device in accordance with some embodiments.  In some embodiments, user interface 400A includes the following elements, or a subset or superset thereof:

- Signal strength indicator(s) 402 for wireless communication(s), such as cellular and Wi-Fi signals;

- Time 404;

- Battery status indicator 406;

- Tray 408 with icons for frequently used applications, such as one or more of the following:

  o  Phone 138, which may include an indicator 414 of the number of missed calls or voicemail messages;

  o  E-mail client 140, which may include an indicator 410 of the number of unread e-mails;

  o  Browser 147; and

  o  Music player 146; and

- Icons for other applications, such as one or more of the following:

  o  IM 141;

  o  Image management 144;

  o  Camera 143;

  o  Video player 145;

  o  Weather 149-1;

  o  Stocks 149-2;

APLNDC00022554

- o   Blog 142;

- o   Calendar 148;

- o   Calculator 149-3;

- o   Alarm clock 149-4;

- o   Dictionary 149-5; and

- o   User-created widget 149-6.

[0088]        In some embodiments, user interface 400B includes the following elements, or a subset or superset thereof:

- 402, 404, 406, 141, 148, 144, 143, 149-3, 149-2, 149-1, 149-4, 410, 414, 138, 140, and 147, as described above;

- Map 154;

- Notes 153;

- Settings 412, which provides access to settings for the device 100 and its various applications 136, as described further below; and

- Video and music player module 152, also referred to as iPod (trademark of Apple Computer, Inc.) module 152.

[0089]        In some embodiments, UI 400A or 400B displays all of the available applications 136 on one screen so that there is no need to scroll through a list of applications (e.g., via a scroll bar). In some embodiments, as the number of applications increase, the icons corresponding to the applications may decrease in size so that all applications may be displayed on a single screen without scrolling. In some embodiments, having all applications on one screen and a menu button enables a user to access any desired application with at most two inputs, such as activating the menu button 204 and then activating the desired application (e.g., by a tap or other finger gesture on the icon corresponding to the application).

[0090]        Figures 5A-5M illustrate exemplary user interfaces for a browser in accordance with some embodiments.

[0091]        In some embodiments, user interfaces 3900A-3900M (in Figures 5A-5M, respectively) include the following elements, or a subset or superset thereof:

APLNDC00022555

- 402, 404, and 406, as described above;

- Previous page icon 3902 that when activated (e.g., by a finger tap on the icon) initiates display of the previous web page;

- Web page name 3904;

- Next page icon 3906 that when activated (e.g., by a finger tap on the icon) initiates display of the next web page;

- URL (Uniform Resource Locator) entry box 3908 for inputting URLs of web pages;

- Refresh icon 3910 that when activated (e.g., by a finger tap on the icon) initiates a refresh of the web page;

- Web page 3912 or other structured document, which is made of blocks 3914 of text content and other graphics (e.g., images and inline multimedia);

- Settings icon 3916 that when activated (e.g., by a finger tap on the icon) initiates display of a settings menu for the browser;

- Bookmarks icon 3918 that when activated (e.g., by a finger tap on the icon) initiates display of a bookmarks list or menu for the browser;

- Add bookmark icon 3920 that when activated (e.g., by a finger tap on the icon) initiates display of a UI for adding bookmarks (e.g., UI 3900F, Figure 5F, which like other UIs and pages, can be displayed in either portrait or landscape view);

- New window icon 3922 that when activated (e.g., by a finger tap on the icon) initiates display of a UI for adding new windows to the browser (e.g., UI 3900G, Figure 5G);

- Vertical bar 3962 (Figure 5H) for the web page 3912 or other structured document that helps a user understand what portion of the web page 3912 or other structured document is being displayed;

- Horizontal bar 3964 (Figure 5H) for the web page 3912 or other structured document that helps a user understand what portion of the web page 3912 or other structured document is being displayed;

- Share icon 3966 that when activated (e.g., by a finger tap on the icon) initiates display of a UI for sharing information with other users (e.g., UI 3900K, Figure 5K);

APLNDC00022556

Joint Trial Exhibit No. 1049.30

- URL clear icon 3970 (Figure 5I) that when activated (e.g., by a finger tap on the icon) clears any input in URL entry box 3908;

- Search term entry box 3972 (Figure 5I) for inputting search terms for web searches;

- URL suggestion list 3974 that displays URLs that match the input in URL entry box 3908 (Figure 5I), wherein activation of a suggested URL (e.g., by a finger tap on the suggested URL) initiates retrieval of the corresponding web page;

- URL input keyboard 3976 (Figures 5I and 5M) with period key 3978, backslash key 3980, and ".com" key 3982 that make it easier to enter common characters in URLs;

- Search term clear icon 3984 that when activated (e.g., by a finger tap on the icon) clears any input in search term entry box 3972;

- Email link icon 3986 (Figure 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains a link to be shared with one or more other users;

- Email content icon 3988 (Figure 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains content to be shared with one or more other users;

- IM link icon 3990 (Figure 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an IM that contains a link to be shared with one or more other users; and

- Cancel icon 3992 (Figure 5K) that when activated (e.g., by a finger tap or other gesture on the icon) cancels the sharing UI (e.g., UI 3900K, Figure 5K) and displays the previous UI.

[0092]     In some embodiments, in response to a predefined gesture by the user on a block 3914 (e.g., a single tap gesture or a double tap gesture), the block is enlarged and centered (or substantially centered) in the web page display. For example, in response to a single tap gesture 3923 on block 3914-5, block 3914-5 may be enlarged and centered in the display, as shown in UI 3900C, Figure 5C. In some embodiments, the width of the block is scaled to fill the touch screen display. In some embodiments, the width of the block is scaled to fill the touch screen display with a predefined amount of padding along the sides of the display. In some embodiments, a zooming animation of the block is displayed during

APLNDC00022557

Joint Trial Exhibit No. 1049.31

enlargement of the block. Similarly, in response to a single tap gesture 3925 on block 3914-2, block 3914-2 may be enlarged with a zooming animation and two-dimensionally scrolled to the center of the display (not shown).

[0093]    In some embodiments, the device analyzes the render tree of the web page 3912 to determine the blocks 3914 in the web page. In some embodiments, a block 3914 corresponds to a render node that is:  a replaced inline; a block; an inline block; or an inline table.

[0094]    In some embodiments, in response to the same predefined gesture by the user on a block 3914 (e.g., a single tap gesture or a double tap gesture) that is already enlarged and centered, the enlargement and/or centering is substantially or completely reversed. For example, in response to a single tap gesture 3929 (Figure 5C) on block 3914-5, the web page image may zoom out and return to UI 3900A, Figure 5A.

[0095]    In some embodiments, in response to a predefined gesture (e.g., a single tap gesture or a double tap gesture) by the user on a block 3914 that is already enlarged but not centered, the block is centered (or substantially centered) in the web page display. For example, in response to a single tap gesture 3927 (Figure 5C) on block 3914-4, block 3914-4 may be centered (or substantially centered) in the web page display. Similarly, in response to a single tap gesture 3935 (Figure 5C) on block 3914-6, block 3914-6 may be centered (or substantially centered) in the web page display. Thus, for a web page display that is already enlarged, in response to a predefined gesture, the device may display in an intuitive manner a series of blocks that the user wants to view. This same gesture may initiate different actions in  different contexts (e.g., (1) zooming and/or enlarging in combination with scrolling when the web page is reduced in size, UI 3900A and (2) reversing the enlargement and/or centering if the block is already centered and enlarged).

[0096]    In some embodiments, in response to a multi-touch 3931 and 3933 de-pinching gesture by the user (Figure 5C), the web page may be enlarged. Conversely, in response to a multi-touch pinching gesture by the user, the web page may be reduced.

[0097]    In some embodiments, in response to a substantially vertical upward (or downward) swipe gesture by the user, the web page (or, more generally, other electronic documents) may scroll one-dimensionally upward (or downward) in the vertical direction. For example, in response to an upward swipe gesture 3937 by the user that is within a

APLNDC00022558

Joint Trial Exhibit No. 1049.32

predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll one-dimensionally upward in the vertical direction.

[0098]     Conversely, in some embodiments, in response to a swipe gesture that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally (i.e., with simultaneous movement in both the vertical and horizontal directions). For example, in response to an upward swipe gesture 3939 (Figure 5C) by the user that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally along the direction of the swipe 3939.

[0099]     In some embodiments, in response to a multi-touch 3941 and 3943 rotation gesture by the user (Figure 5C), the web page may be rotated exactly 90° (UI 3900D, Figure 5D) for landscape viewing, even if the amount of rotation in the multi-touch 3941 and 3943 rotation gesture is substantially different from 90°. Similarly, in response to a multi-touch 3945 and 3947 rotation gesture by the user (UI 3900D, Figure 5D), the web page may be rotated exactly 90° for portrait viewing, even if the amount of rotation in the multi-touch 3945 and 3947 rotation gesture is substantially different from 90°.

[00100]    Thus, in response to imprecise gestures by the user, precise movements of graphics occur. The device behaves in the manner desired by the user despite inaccurate input by the user. Also, note that the gestures described for UI 3900C, which has a portrait view, are also applicable to UIs with a landscape view (e.g., UI 3900D, Figure 5D) so that the user can choose whichever view the user prefers for web browsing.

[00101]    Figures 6A-6C are flow diagrams illustrating a process 6000 for displaying structured electronic documents such as web pages on a portable electronic device with a touch screen display (e.g., device 100) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display. The structured electronic document comprises a plurality of boxes of content (e.g., blocks 3914, Figure 5A) (6006).

[00102]    In some embodiments, the plurality of boxes is defined by a style sheet language. In some embodiments, the style sheet language is a cascading style sheet language. In some embodiments, the structured electronic document is a web page (e.g., web page 3912, Figure 5A). In some embodiments, the structured electronic document is an HTML or XML document.

APLNDC00022559

Joint Trial Exhibit No. 1049.33

[00103]     In some embodiments, displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the touch screen display width independent of the document length (6008).

[00104]     In some embodiments, the touch screen display is rectangular with a short axis and a long axis (also called the minor axis and major axis); the display width corresponds to the short axis (or minor axis) when the structured electronic document is seen in portrait view (e.g., Figure 5C); and the display width corresponds to the long axis (or major axis) when the structured electronic document is seen in landscape view (e.g., Figure 5D).

[00105]     In some embodiments, prior to displaying at least a portion of a structured electronic document, borders, margins, and/or paddings are determined for the plurality of boxes (6002) and adjusted for display on the touch screen display (6004). In some embodiments, all boxes in the plurality of boxes are adjusted. In some embodiments, just the first box is adjusted. In some embodiments, just the first box and boxes adjacent to the first box are adjusted.

[00106]     A first gesture is detected at a location on the displayed portion of the structured electronic document (e.g., gesture 3923, Figure 5A) (6010). In some embodiments, the first gesture is a finger gesture. In some embodiments, the first gesture is a stylus gesture.

[00107]     In some embodiments, the first gesture is a tap gesture. In some embodiments, the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

[00108]     A first box (e.g., Block 5 3914-5, Figure 5A) in the plurality of boxes is determined at the location of the first gesture (6012). In some embodiments, the structured electronic document has an associated render tree with a plurality of nodes and determining the first box at the location of the first gesture comprises: traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture (6014); traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content (6016); and identifying content corresponding to the closest parent node as the first box (6018). In some embodiments, the logical grouping of content comprises a paragraph, an image, a plugin object, or a table. In some embodiments, the closest parent node is a replaced inline, a block, an inline block, or an inline table.

APLNDC00022560

Joint Trial Exhibit No. 1049.34

[00109]     The first box is enlarged and substantially centered on the touch screen display (e.g., Block 5 3914-5, Figure 5C) (6020). In some embodiments, enlarging and substantially centering comprises simultaneously zooming and translating the first box on the touch screen display (6022). In some embodiments, enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display (6024).

[00110]     In some embodiments, text in the enlarged first box is resized to meet or exceed a predetermined minimum text size on the touch screen display (6026). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (6028); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box (6030); and if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size (6032). In some embodiments, the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging. In some embodiments, the resizing occurs during the enlarging. In some embodiments, the resizing occurs after the enlarging.

[00111]     For example, suppose the predetermined minimum text size is an 18-point font and the scale factor is determined to be two. In that case, the minimum text size for text in the first box is 18 divided by 2, or 9. If text in the first box is in a 10-point font, its text size is not increased, because 10 is greater than the 9-point minimum. Once the scale factor is applied, the text will be displayed in a 20-point font, which is greater than the predetermined minimum text size of 18. If, however, text in the first box is in an 8-point font, application of the scale factor would cause the text to be displayed in a 16-point font, which is less than the predetermined minimum text size of 18. Therefore, since 8 is less than 9, the text size is increased to at least a 9-point font and displayed in at least an 18-point font after application of the scale factor.

[00112]     In some embodiments, text in the structured electronic document is resized to meet or exceed a predetermined minimum text size on the touch screen display (6026; Figure 6B). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (6028); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the

APLNDC00022561

Joint Trial Exhibit No. 1049.35

structured electronic document (6030); and if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size (6032). In some embodiments, the text resizing comprises: identifying boxes containing text in the plurality of boxes; determining a scale factor by which the first box will be enlarged; dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box to accommodate the resized text.

[0113]    In some embodiments, a second gesture (e.g., gesture 3929, Figure 5C) is detected on the enlarged first box (6034). In response to detecting the second gesture, the displayed portion of the structured electronic document is reduced in size (6036). In some embodiments, the first box returns to its size prior to being enlarged (6038).

[0114]    In some embodiments, the second gesture and the first gesture are the same type of gesture. In some embodiments, the second gesture is a finger gesture. In some embodiments, the second gesture is a stylus gesture.

[0115]    In some embodiments, the second gesture is a tap gesture. In some embodiments, the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

[0116]    In some embodiments, while the first box is enlarged, a third gesture (e.g., gesture 3927 or gesture 3935, Figure 5C) is detected on a second box other than the first box (6040). In response to detecting the third gesture, the second box is substantially centered on the touch screen display (6042). In some embodiments, the third gesture and the first gesture are the same type of gesture. In some embodiments, the third gesture is a finger gesture. In some embodiments, the third gesture is a stylus gesture.

[0117]    In some embodiments, the third gesture is a tap gesture. In some embodiments, the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

APLNDC00022562

Joint Trial Exhibit No. 1049.36

[00118]     In some embodiments, a swipe gesture (e.g., gesture 3937 or gesture 3939, Figure 5C) is detected on the touch screen display (6044; Figure 6C). In response to detecting the swipe gesture, the displayed portion of the structured electronic document is translated on the touch screen display (6046). In some embodiments, the translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display (6048). In some embodiments, the swipe gesture is a finger gesture. In some embodiments, the swipe gesture is a stylus gesture.

[00119]     In some embodiments, a fifth gesture (e.g., multi-touch gesture 3941/3943, Figure 5C) is detected on the touch screen display (6050). In response to detecting the fifth gesture, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (6052). In some embodiments, the fifth gesture is a finger gesture. In some embodiments, the fifth gesture is a multifinger gesture. In some embodiments, the fifth gesture is a twisting gesture.

[00120]     In some embodiments, a change in orientation of the device is detected (6054). For example, the one or more accelerometers 168 (Figures 1A-1B) detect a change in orientation of the device. In response to detecting the change in orientation of the device, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (6056).

[00121]     In some embodiments, a multi-finger de-pinch gesture (e.g., multi-touch gesture 3931/3933, Figure 5C) is detected on the touch screen display (6058). In response to detecting the multi-finger de-pinch gesture, a portion of the displayed portion of the structured electronic document is enlarged on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture (6060).

[00122]     While the content display process 6000 described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process 6000 can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

APLNDC00022563

[00123]     A graphical user interface (e.g., UI 3900A, Figure 5A) on a portable electronic device with a touch screen display comprises at least a portion of a structured electronic document (e.g., web page 3912, Figure 5A). The structured electronic document comprises a plurality of boxes of content (e.g., blocks 3914, Figure 5A). In response to detecting a first gesture (e.g., gesture 3923, Figure 5A) at a location on the portion of the structured electronic document, a first box (e.g., Block 5 3914-5, Figure 5A) in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display (e.g., Block 5 3914-5, Figure 5C).

[00124]     In some embodiments, in response to a tap or other predefined user gesture on URL entry box 3908, the touch screen displays an enlarged entry box 3926 and a keyboard 616 (e.g., UI 3900B, Figure 5B in portrait viewing and UI 3900E, Figure 5E in landscape viewing). In some embodiments, the touch screen also displays:

- Contextual clear icon 3928 that when activated (e.g., by a finger tap on the icon) initiates deletion of all text in entry box 3926;

- a search icon 3930 that when activated (e.g., by a finger tap on the icon) initiates an Internet search using the search terms input in box 3926; and

- Go to URL icon 3932 that when activated (e.g., by a finger tap on the icon) initiates acquisition of the web page with the URL input in box 3926;

[00125]     Thus, the same entry box 3926 may be used for inputting both search terms and URLs. In some embodiments, whether or not clear icon 3928 is displayed depends on the context.

[00126]     UI 3900G (Figure 5G) is a UI for adding new windows to an application, such as the browser 147. UI 3900G displays an application (e.g., the browser 147), which includes a displayed window (e.g., web page 3912-2) and at least one hidden window (e.g., web pages 3912-1 and 3934-3 and possibly other web pages that are completely hidden off-screen). UI 3900G also displays an icon for adding windows to the application (e.g., new window or new page icon 3936). In response to detecting activation of the icon 3936 for adding windows, the browser adds a window to the application (e.g., a new window for a new web page 3912).

[00127]     In response to detecting a gesture on the touch screen display, a displayed window in the application is moved off the display and a hidden window is moved onto the display. For example, in response to detecting a tap gesture 3949 on the left side of the

APLNDC00022564

Joint Trial Exhibit No. 1049.38

screen, the window with web page 3912-2 is moved partially or fully off-screen to the right, the window with web page 3912-3 is moved completely off-screen, partially hidden window with web page 3912-1 is moved to the center of the display, and another completely hidden window with a web page (e.g., 3912-0) may be moved partially onto the display. Alternatively, detection of a left-to-right swipe gesture 3951 may achieve the same effect.

[00128]    Conversely, in response to detecting a tap gesture 3953 on the right side of the screen, the window with web page 3912-2 is moved partially or fully off-screen to the left, the window with web page 3912-1 is moved completely off-screen, partially hidden window with web page 3912-3 is moved to the center of the display, and another completely hidden window with a web page (e.g., 3912-4) may be moved partially onto the display. Alternatively, detection of a right-to-left swipe gesture 3951 may achieve the same effect.

[00129]    In some embodiments, in response to a tap or other predefined gesture on a delete icon 3934, the corresponding window 3912 is deleted. In some embodiments, in response to a tap or other predefined gesture on Done icon 3938, the window in the center of the display (e.g., 3912-2) is enlarged to fill the screen.

[00130]    Additional description of adding windows to an application can be found in U.S. Patent Application No. 11/620,647, "Method, System, And Graphical User Interface For Viewing Multiple Application Windows," filed January 5, 2007, the content of which is hereby incorporated by reference.

[00131]    Figures 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

[00132]    In some embodiments, user interfaces 4000A–4000F (in Figures 7A-7F, respectively) include the following elements, or a subset or superset thereof:

- 402, 404, 406, 3902, 3906, 3910, 3912, 3918, 3920, 3922, as described above;

- inline multimedia content 4002, such as QuickTime content (4002-1), Windows Media content (4002-2), or Flash content (4002-3);

- other types of content 4004 in the structured document, such as text;

- Exit icon 4006 that when activated (e.g., by a finger tap on the icon) initiates exiting the inline multimedia content player UI (e.g., UI 4000B or 4000F) and returning to another UI (e.g., UI 4000A, Figure 7A);

APLNDC00022565

- Lapsed time 4008 that shows how much of the inline multimedia content 4002 has been played, in units of time;

- Progress bar 4010 that indicates what fraction of the inline multimedia content 4002 has been played and that may be used to help scroll through the inline multimedia content in response to a user gesture;

- Remaining time 4012 that shows how much of the inline multimedia content 4002 remains to be played, in units of time;

- Downloading icon 4014 that indicates when inline multimedia content 4002 is being downloaded or streamed to the device;

- Fast Reverse / Skip Backwards icon 4016 that when activated (e.g., by a finger tap on the icon) initiates reversing or skipping backwards through the inline multimedia content 4002;

- Play icon 4018 that when activated (e.g., by a finger tap 4026 (Figure 7C) on the icon) initiates playing the inline multimedia content 4002, either from the beginning or from where the inline multimedia content was paused;

- Fast Forward / Skip Forward icon 4020 that initiates forwarding or skipping forwards through the inline multimedia content 4002;

- Volume adjustment slider icon 4022 that that when activated (e.g., by a finger tap on the icon) initiates adjustment of the volume of the inline multimedia content 4002; and

- Pause icon 4024 that when activated (e.g., by a finger tap on the icon) initiates pausing the inline multimedia content 4002.

[00133]    Figure 8 is a flow diagram illustrating a process 8000 for displaying inline multimedia content on a portable electronic device with a touch screen display (e.g., device 100) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display (8002). The structured electronic document comprises content (e.g., content 4002 and 4004, Figure 7A). In some embodiments, the structured electronic document is a web page (e.g., web page 3912). In some embodiments, the structured electronic document is an HTML or XML document.

APLNDC00022566

[00134]     A first gesture (e.g., gesture 4028, Figure 7A) is detected on an item of inline multimedia content (e.g., content 4002-1, Figure 7A) in the displayed portion of the structured electronic document (8004). In some embodiments, the inline multimedia content comprises video and/or audio content. In some embodiments, the content can be played with a QuickTime, Windows Media, or Flash plugin.

[00135]     In response to detecting the first gesture, the item of inline multimedia content is enlarged on the touch screen display and other content (e.g., content 4004 and other content 4002 besides 4002-1, Figure 7A) in the structured electronic document besides the enlarged item of inline multimedia content ceases to be displayed (e.g., UI 4000B, Figure 7B or UI 4000F, Figure 7F) (8006).

[00136]     In some embodiments, enlarging the item of inline multimedia content comprises animated zooming in on the item. In some embodiments, enlarging the item of inline multimedia content comprises simultaneously zooming and translating the item of inline multimedia content on the touch screen display. In some embodiments, enlarging the item of inline multimedia content comprises rotating the item of inline multimedia content by 90° (e.g., from UI 4000A, Figure 7A to UI 4000B, Figure 7B).

[00137]     In some embodiments, the item of inline multimedia content has a full size; the touch screen display has a size; and enlarging the item of inline multimedia content comprises enlarging the item of inline multimedia content to the smaller of the full size of the item and the size of the touch screen display.

[00138]     In some embodiments, enlarging the item of inline multimedia content comprises expanding the item of inline multimedia content so that the width of the item of inline multimedia content is substantially the same as the width of the touch screen display (e.g., UI 4000B, Figure 7B or UI 4000F, Figure 7F).

[00139]     In some embodiments, ceasing to display other content in the structured electronic document besides the item of inline multimedia content comprises fading out the other content in the structured electronic document besides the item of inline multimedia content.

[00140]     While the enlarged item of inline multimedia content is displayed, a second gesture is detected on the touch screen display (e.g., gesture 4030, Figure 7B) (8008).

APLNDC00022567

[0141]     In response to detecting the second gesture, one or more playback controls for playing the enlarged item of inline multimedia content are displayed (8010). In some embodiments, the one or more playback controls comprise a play icon (e.g., icon 4018, Figure 7C), a pause icon (e.g., icon 4024, Figure 7E), a sound volume icon (e.g., icon 4022), and/or a playback progress bar icon (e.g., icon 4010).

[0142]     In some embodiments, displaying one or more playback controls comprises displaying one or more playback controls on top of the enlarged item of inline multimedia content (e.g., playback controls 4016, 4018, 4020, and 4022 are on top of enlarged inline multimedia content 4002-1 in Figure 7C). In some embodiments, the one or more playback controls are superimposed on top of the enlarged item of inline multimedia content. In some embodiments, the one or more playback controls are semitransparent.

[0143]     In some embodiments, an instruction in the structured electronic document to automatically start playing the item of inline multimedia content is overridden, which gives the device time to download more of the selected inline multimedia content prior to starting playback.

[0144]     A third gesture is detected on one of the playback controls (e.g., gesture 4026 on play icon 4018, Figure 7C) (8012).

[0145]     In response to detecting the third gesture, the enlarged item of inline multimedia content is played (8014). In some embodiments, playing the enlarged item of inline multimedia content comprises playing the enlarged item of inline multimedia content with a plugin for a content type associated with the item of inline multimedia content.

[0146]     In some embodiments, while the enlarged item of inline multimedia content is played, the one or more playback controls cease to be displayed (e.g., Figure 7D, which no longer displays playback controls 4016, 4018, 4020, and 4022, but still shows 4006, 4008, 4010, and 4012). In some embodiments, all of the playback controls cease to be displayed. In some embodiments, ceasing to display the one or more playback controls comprises fading out the one or more playback controls. In some embodiments, the display of the one or more playback controls is ceased after a predetermined time. In some embodiments, the display of the one or more playback controls is ceased after no contact is detected with the touch screen display for a predetermined time.

APLNDC00022568

Joint Trial Exhibit No. 1049.42

[00147]      In some embodiments, a fourth gesture is detected on the touch screen display
(8016). In response to detecting the fourth gesture, at least the portion of the structured
electronic document is displayed again (e.g., Figure 7A) (8018). In some embodiments, the
fourth gesture comprises a tap gesture on a playback completion icon, such as a done icon
(e.g., gesture 4032 on done icon 4006, Figure 7D). In some embodiments, the item of inline
multimedia content returns to its size prior to being enlarged.

[00148]      In some embodiments, the first, second, and third gestures are finger gestures.
In some embodiments, the first, second, and third gestures are stylus gestures.

[00149]      In some embodiments, the first, second, and third gestures are tap gestures. In
some embodiments, the tap gesture is a double tap with a single finger, a double tap with two
fingers, a single tap with a single finger, or a single tap with two fingers.

[00150]      While the multimedia display process 8000 described above includes a
number of operations that appear to occur in a specific order, it should be apparent that the
process 8000 can include more or fewer operations, which can be executed serially or in
parallel (e.g., using parallel processors or a multi-threading environment), an order of two or
more operations may be changed and/or two or more operations may be combined into a
single operation.

[00151]      A graphical user interface on a portable electronic device with a touch screen
display comprises: at least a portion of a structured electronic document, wherein the
structured electronic document comprises content; an item of inline multimedia content in the
portion of the structured electronic document; and one or more playback controls. In response
to detecting a first gesture on the item of inline multimedia content, the item of inline
multimedia content on the touch screen display is enlarged, and display of other content in
the structured electronic document besides the enlarged item of inline multimedia content is
ceased. In response to detecting a second gesture on the touch screen display while the
enlarged item of inline multimedia content is displayed, the one or more playback controls
for playing the enlarged item of inline multimedia content are displayed. In response to
detecting a third gesture on one of the playback controls, the enlarged item of inline
multimedia content is played.

[00152]      The foregoing description, for purpose of explanation, has been described with
reference to specific embodiments.  However, the illustrative discussions above are not

APLNDC00022569

Joint Trial Exhibit No. 1049.43

intended to be exhaustive or to limit the invention to the precise forms disclosed.  Many modifications and variations are possible in view of the above teachings.  The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated.

APLNDC00022570

What is claimed is:

1.      A computer-implemented method, comprising: at a portable electronic device with a touch screen display,

displaying at least a portion of a web page on the touch screen display, wherein the web page comprises a plurality of boxes of content;

detecting a first finger tap gesture at a location on the displayed portion of the web page;

determining a first box in the plurality of boxes at the location of the first finger tap gesture; and

enlarging and substantially centering the first box on the touch screen display, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display;

resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display;

while the first box is enlarged, detecting a second finger tap gesture on a second box other than the first box; and

in response to detecting the second finger tap gesture, substantially centering the second box on the touch screen display.

2.      A computer-implemented method, comprising: at a portable electronic device with a touch screen display,

displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

detecting a first gesture at a location on the displayed portion of the structured electronic document;

determining a first box in the plurality of boxes at the location of the first gesture; and

enlarging and substantially centering the first box on the touch screen display.

3.      The method of claim 2, including: prior to displaying at least a portion of a structured electronic document,

determining borders, margins, and/or paddings for the plurality of boxes that are specified in the structured electronic document; and

APLNDC00022571

adjusting the borders, margins, and/or paddings for the plurality of boxes for display on the touch screen display.

4.    The method of claim 2, wherein the structured electronic document is a web page.

5.    The method of claim 2, wherein the structured electronic document is an HTML or XML document.

6.    The method of claim 2, wherein:
      the structured electronic document has a document width and a document length;
      the touch screen display has a display width; and
      displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length.

7.    The method of claim 6, wherein:
      the touch screen display is rectangular with a short axis and a long axis;
      the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and
      the display width corresponds to the long axis when the structured electronic document is seen in landscape view.

8.    The method of claim 2, wherein the plurality of boxes are defined by a style sheet language.

9.    The method of claim 8, wherein the style sheet language is a cascading style sheet language.

10.   The method of claim 2, wherein the first gesture is a finger gesture.

11.   The method of claim 2, wherein the first gesture is a stylus gesture.

12.   The method of claim 2, wherein the first gesture is a tap gesture.

13.   The method of claim 12, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

APLNDC00022572

Joint Trial Exhibit No. 1049.46

14.     The method of claim 2, wherein:

the structured electronic document has an associated render tree with a plurality of nodes; and determining the first box at the location of the first gesture comprises:

traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture;

traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content; and

identifying content corresponding to the closest parent node as the first box.

15.     The method of claim 14, wherein the logical grouping of content comprises a paragraph, an image, a plugin object, or a table.

16.     The method of claim 14, wherein the closest parent node is a replaced inline, a block, an inline block, or an inline table.

17.     The method of claim 2, wherein enlarging and substantially centering comprises simultaneously zooming and translating the first box on the touch screen display.

18.     The method of claim 2, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display.

19.     The method of claim 2, including resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display.

20.     The method of claim 19, wherein the text resizing comprises:

determining a scale factor by which the first box will be enlarged;

dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box; and

if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size.

21.     The method of claim 20, wherein: the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging.

22.     The method of claim 19, wherein the resizing occurs during the enlarging.

APLNDC00022573

Joint Trial Exhibit No. 1049.47

23.     The method of claim 19, wherein the resizing occurs after the enlarging.

24.     The method of claim 2, including resizing text in the structured electronic document to meet or exceed a predetermined minimum text size on the touch screen display.

25.     The method of claim 24, wherein the text resizing comprises:
        determining a scale factor by which the first box will be enlarged;
        dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and
        if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size.

26.     The method of claim 24, wherein the text resizing comprises:
        identifying boxes containing text in the plurality of boxes;
        determining a scale factor by which the first box will be enlarged;
        dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and
        for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box.

27.     The method of claim 2, including:
        detecting a second gesture on the enlarged first box; and
        in response to detecting the second gesture, reducing in size the displayed portion of the structured electronic document.

28.     The method of claim 27, wherein the first box returns to its size prior to being enlarged.

29.     The method of claim 27, wherein the second gesture and the first gesture are the same type of gesture.

30.     The method of claim 27, wherein the second gesture is a finger gesture.

APLNDC00022574

31.     The method of claim 27, wherein the second gesture is a stylus gesture.

32.     The method of claim 27, wherein the second gesture is a tap gesture.

33.     The method of claim 32, wherein the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

34.     The method of claim 2, including:
        while the first box is enlarged, detecting a third gesture on a second box other than the first box; and
        in response to detecting the third gesture, substantially centering the second box on the touch screen display.

35.     The method of claim 34, wherein the third gesture and the first gesture are the same type of gesture.

36.     The method of claim 34, wherein the third gesture is a finger gesture.

37.     The method of claim 34, wherein the third gesture is a stylus gesture.

38.     The method of claim 34, wherein the third gesture is a tap gesture.

39.     The method of claim 38, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

40.     The method of claim 2, including:
        detecting a swipe gesture on the touch screen display; and
        in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display.

41.     The method of claim 40, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display.

42.     The method of claim 40, wherein the swipe gesture is a finger gesture.

43.     The method of claim 40, wherein the swipe gesture is a stylus gesture.

APLNDC00022575

44.    The method of claim 2, including:

detecting a fifth gesture on the touch screen display,

in response to detecting the fifth gesture, rotating the displayed portion of the structured electronic document on the touch screen display by 90 °.

45.    The method of claim 44, wherein the fifth gesture is a finger gesture.

46.    The method of claim 45, wherein the fifth gesture is a multifinger gesture.

47.    The method of claim 46, wherein the fifth gesture is a twisting gesture.

48.    The method of claim 2, including:

detecting a change in orientation of the device,

in response to detecting the change in orientation of the device, rotating the displayed portion of the structured electronic document on the touch screen display by 90°.

49.    The method of claim 2, including:

detecting a multi-finger de-pinch gesture on the touch screen display,

in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.

50.    A graphical user interface on a portable electronic device with a touch screen display, comprising:

at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content;

wherein:

in response to detecting a first gesture at a location on the portion of the structured electronic document, a first box in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display.

51.    A portable electronic device, comprising:

a touch screen display;

one or more processors;

APLNDC00022576

Joint Trial Exhibit No. 1049.50

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:

instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document;

instructions for determining a first box in the plurality of boxes at the location of the first gesture; and

instructions for enlarging and substantially centering the first box on the touch screen display.

52.     A computer-program product, comprising:

a computer readable storage medium and a computer program mechanism embedded therein, the computer program mechanism comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

detect a first gesture at a location on the displayed portion of the structured electronic document;

determine a first box in the plurality of boxes at the location of the first gesture; and

enlarge and substantially center the first box on the touch screen display.

53.     A portable electronic device with a touch screen display, comprising:

means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

means for detecting a first gesture at a location on the displayed portion of the structured electronic document;

APLNDC00022577

Joint Trial Exhibit No. 1049.51

means for determining a first box in the plurality of boxes at the location of the first gesture; and

means for enlarging and substantially centering the first box on the touch screen display.

APLNDC00022578

Joint Trial Exhibit No. 1049.52

# Portable Electronic Device, Method, And Graphical User Interface For Displaying Structured Electronic Documents

## ABSTRACT

A computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content, and detecting a first gesture at a location on the displayed portion of the structured electronic document. A first box in the plurality of boxes at the location of the first gesture is determined. The first box on the touch screen display is enlarged and substantially centered.

APLNDC00022579

Memory
102
Operating System
Communication Module
Contact/Motion Module
Graphics Module
Text Input Module
GPS Module
Applications
Contacts Module
Telephone Module
Video Conference Module
E-mail Client Module
Instant Messaging Module
Blogging Module
Camera Module
Image Management Module
Video Player Module
Music Player Module
Browsing Module
126
128
130
132
134
135
136
137
138
139
140
141
142
143
144
145
146
147
Portable Multifunction Device
100
Applications (continued)
Calendar Module
Widget Modules
Weather Widget
Stocks Widget
Calculator Widget
Alarm Clock Widget
Dictionary Widget
User-Created Widget(s)
Widget Creator Module
Search Module
136
148
149
149-1
149-2
149-3
149-4
149-5
149-6
150
151
Power System
162
External Port
124
RF Circuitry
108
Speaker
111
Audio Circuitry
110
Microphone
113
Proximity Sensor
166
Accelerometer(s)
168
103
118
104
122
Controller
Peripherals Interface
120
Processor(s)
I/O Subsystem
158
106
Display Controller
Optical sensor(s) Controller
Other Input Controller(s)
160
156
Touch-Sensitive Display System
112
Optical Sensor(s)
164
Other Input Control Devices
116

Figure 1A

Memory 102
Operating System
Communication Module
Contact/Motion Module
Graphics Module
Text Input Module
GPS Module
Applications
Contacts Module
Telephone Module
Video Conference Module
E-mail Client Module
Instant Messaging Module
Blogging Module
Camera Module
Image Management Module
Video and Music Player Module
Notes Module
Map Module
Browsing Module
126
128
130
132
134
135
136
137
138
139
140
141
142
143
144
152
153
154
147
Portable Multifunction Device 100
Applications (continued)
Calendar Module
Widget Modules
Weather Widget(s)
Stocks Widget
Calculator Widget
Alarm Clock Widget
Dictionary Widget
User-Created Widget(s)
Widget Creator Module
Search Module
136
148
149
149-1
149-2
149-3
149-4
149-5
149-6
150
151
Power System
162
External Port
124
RF Circuitry 108
Speaker
111
Audio Circuitry 110
Microphone 113
Proximity Sensor
166
Accelerometer(s) 168
118
103
104
122
120
Controller
Processor(s)
Peripherals Interface
I/O Subsystem
158
106
156
Display Controller
Optical sensor(s) Controller
Other Input Controller(s)
160
Touch-Sensitive Display System
112
Optical Sensor(s) 164
Other Input Control Devices
116
Figure 1B

Joint Trial Exhibit No. 1049.55



Figure 2

APLNDC00022582



**Portable Multifunction Device 100**

Figure 3

APLNDC00022583



**Figure 4A**

APLNDC00022584

Joint Trial Exhibit No. 1049.58



**Figure 4B**

APLNDC00022585

Joint Trial Exhibit No. 1049.59



**Figure 5A**

APLNDC00022586

Joint Trial Exhibit No. 1049.60



**Portable Multifunction Device 100**

206

3900B

208

208

Speaker 111 | Optical Sensor 164 | Proximity Sensor 166

402 | Current Time 404 | 406

Cancel     Welcome 3904

http://www.company.com| 3926

Clear 3928

Search 3930          Go to URL 3932

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M ⊠

616

.?123

Microphone 113 | Home 204 | Accelerometer(s) 168

**Figure 5B**

APLNDC00022587

Joint Trial Exhibit No. 1049.61



**Figure 5C**

APLNDC00022588

Joint Trial Exhibit No. 1049.62



**Figure 5D**

APLNDC00022589

Joint Trial Exhibit No. 1049.63



**Figure 5E**

APLNDC00022590



**Figure 5F**

APLNDC00022591



**Figure 5G**

APLNDC00022592

Joint Trial Exhibit No. 1049.66



**Figure 5H**

APLNDC00022593

Joint Trial Exhibit No. 1049.67



**Figure 5I**

APLNDC00022594

Joint Trial Exhibit No. 1049.68



**Figure 5J**

APLNDC00022595



**Portable Multifunction Device 100**

206

3900K

208

208

Speaker 111    Optical Sensor 164    Proximity Sensor 166

402    Current Time 404    406

Share ~3966    Start    Cancel

http://www.company.coml

Email Link    3986

Email Content    3988

SMS Link    3990

A   S   D   F   G   H   J   K   L

Cancel    3992

.?123    space

Microphone 113    Home 204    Accelerometer(s) 168

**Figure 5K**

Joint Trial Exhibit No. 1049.70



**Figure 5L**

APLNDC00022597

Joint Trial Exhibit No. 1049.71



**Figure 5M**

APLNDC00022598



6000

6002 — Determine borders, margins, and/or paddings for a plurality of boxes that are specified in a structured electronic document (e.g., a web page) (e.g., an HTML or XML document).

6004 — Adjust the borders, margins, and/or paddings for the plurality of boxes for display on a touch screen display of a portable electronic device.

6006 — Display, on the touch screen display of the portable electronic device, at least a portion of the structured electronic document comprising the plurality of boxes of content.

6008 — Scale the document width to fit within the touch screen display width independent of the document length.

6010 — Detect a first gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) at a location on the displayed portion of the structured electronic document.

6012 — Determine a first box in the plurality of boxes at the location of the first gesture.

6014 — In a render tree associated with the structured electronic document, traverse down the render tree to determine a first node that corresponds to the detected location of the first gesture.

6016 — Traverse up the render tree from the first node to a closest parent node that contains a logical grouping of content.

6018 — Identify content corresponding to the closest parent node as the first box.

6020 — Enlarge and substantially center the first box on the touch screen display.

6022 — Simultaneously zoom and translate the first box.

6024 — Expand the first box so that its width is substantially the same as the width of the touch screen display.

A

**Figure 6A**

APLNDC00022599



A

6026
Resize text in the enlarged first box or in the structured electronic document to meet or exceed a predetermined minimum text size on the touch screen display.

Determine a scale factor.                                                          6028

Divide the predetermined minimum text size by the scaling factor to determine a minimum text size.                                    6030

If a text size is less than the determined minimum text size, increase the text size to at least the determined minimum text size.      6032

6034
Detect a second gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on the enlarged first box.

6036
In response to detecting the second gesture, reduce in size the displayed portion of the structured electronic document.

Return the first box to its size prior to being enlarged.              6038

6040
While the first box is enlarged, detect a third gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on a second box other than the first box.

6042
In response to detecting the third gesture, substantially center the second box on the touch screen display.

B

**Figure 6B**



B

6044

Detect a swipe gesture (e.g., a finger or stylus gesture) on the touch screen display.

6046

In response to detecting the swipe gesture, translate the displayed portion of the structured electronic document on the touch screen display.

Move the structured electronic document vertically, horizontally, or diagonally on the touch screen display.

6048

6050

Detect a fifth gesture (e.g., a finger or multifinger gesture) (e.g., a twisting gesture) on the touch screen display.

6052

In response to detecting the fifth gesture, rotate the displayed portion of the structured electronic document on the touch screen display by 90°.

6054

Detect a change in orientation of the device.

6056

In response to detecting the change in orientation of the device, rotate the displayed portion of the structured electronic document on the touch screen display by 90°.

6058

Detect a multi-finger de-pinch gesture on the touch screen display.

6060

In response to detecting the multi-finger de-pinch gesture, enlarge a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.

**Figure 6C**

Joint Trial Exhibit No. 1049.75



**Figure 7A**

APLNDC00022602



**Figure 7B**

APLNDC00022603

Joint Trial Exhibit No. 1049.77



**Figure 7C**

APLNDC00022604



**Figure 7D**

APLNDC00022605



**Figure 7E**

APLNDC00022606

Joint Trial Exhibit No. 1049.80



**Figure 7F**

APLNDC00022607



8000

8002

Display, on a touch screen display of a portable electronic device, at least a portion of a structured electronic document (e.g., a web page) (e.g., an HTML or XML document) comprising content.

8004

Detect a first gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on an item of inline multimedia content (e.g., video and/or audio content) in the displayed portion of the structured electronic document.

8006

In response to detecting the first gesture, enlarge the item of inline multimedia content on the touch screen display. Cease to display other content in the structured electronic document besides the enlarged item of inline multimedia content.

8008

While the enlarged item of inline multimedia content is displayed, detect a second gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on the touch screen display.

8010

In response to detecting the second gesture, display one or more playback controls (e.g., play, pause, sound volume, and/or playback progress bar icons) for playing the enlarged item of inline multimedia content.

8012

Detect a third gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on one of the playback controls.

8014

In response to detecting the third gesture, play the enlarged item of inline multimedia content.

8016

Detect a fourth gesture (e.g., a tap gesture on a playback completion icon) on the touch screen display.

8018

Display, again, at least the portion of the structured electronic document.

**Figure 8**

APLNDC00022608

Joint Trial Exhibit No. 1049.82

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2157550 |
| **Application Number:** | 11850013 |
| **International Application Number:** | |
| **Confirmation Number:** | 6699 |
| **Title of Invention:** | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents |
| **First Named Inventor/Applicant Name:** | Bas  Ording |
| **Customer Number:** | 61725 |
| **Filer:** | Gary Scott Williams/Beverly Gemello |
| **Filer Authorized By:** | Gary Scott Williams |
| **Attorney Docket Number:** | P4974US1/63266-5114-US |
| **Receipt Date:** | 04-SEP-2007 |
| **Filing Date:** | |
| **Time Stamp:** | 22:09:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $3250 |
| RAM confirmation Number | 4137 |
| Deposit Account | 500310 |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLNDC00022609

| 1 | | 63266-5114US_ApplicationAsFiled.pdf | 1140654 | yes | 80 |
| | | | 43c0524b6380f0f94702006fea22fca351196503 | | |

| Multipart  Description/PDF files in .zip description | | |
| --- | --- | --- |
| Document Description | Start | End |
| Transmittal of New Application | 1 | 1 |
| Oath or Declaration filed | 2 | 4 |
| Specification | 5 | 42 |
| Claims | 43 | 50 |
| Abstract | 51 | 51 |
| Drawings | 52 | 80 |

| Warnings: |
| Information: |

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8611 | no | 2 |
| | | | ffd1ccb4c0a1930f4709a615a720a588216644a8 | | |

| Warnings: |
| Information: |

| Total Files Size (in bytes): | 1149265 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00022610

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents |
| First Named Inventor/Applicant Name: | Bas  Ording |
| **Filer:** | Gary Scott Williams/Beverly Gemello |
| **Attorney Docket Number:** | P4974US1/63266-5114-US |

Filed as Large Entity

## Utility     Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 300 | 300 |
| Utility Search Fee | 1111 | 1 | 500 | 500 |
| Utility Examination Fee | 1311 | 1 | 200 | 200 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 33 | 50 | 1650 |
| Independent claims in excess of 3 | 1201 | 3 | 200 | 600 |
| **Miscellaneous-Filing:** | | | | |

Joint Trial Exhibit No. 1049.85

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **3250** |

APLNDC00022612

Joint Trial Exhibit No. 1049.86

9/4/2007

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>**11/850,013** |
|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| **FOR** | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 300 |
| SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 500 |
| EXAMINATION FEE<br>(37 CFR 1.16. (p), or (q)) | N/A | N/A | N/A | | | N/A | 200 |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | 53 minus 20 = | 33 | X  25= | | OR | X  50= | 1,650 |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | 6 minus 3 = | 3 | X  100= | | | X  200= | 600 |
| APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | N/A | | | N/A | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 3,250 |

### APPLICATION AS AMENDED – PART II

**AMENDMENT A**

| | (Column 1) | (Column 2) | (Column 3) | | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) | | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) |
| Total<br>(37 CFR 1.16(i)) | * | Minus ** | = | X  = | | OR | X  = | |
| Independent<br>(37 CFR 1.16(h)) | * | Minus *** | = | X  = | | OR | X  = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | TOTAL<br>ADD'T FEE | | OR | TOTAL<br>ADD'T FEE | |

**AMENDMENT B**

| | (Column 1) | (Column 2) | (Column 3) | | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) | | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) |
| Total<br>(37 CFR 1.16(i)) | * | Minus ** | = | X  = | | OR | X  = | |
| Independent<br>(37 CFR 1.16(h)) | * | Minus *** | = | X  = | | OR | X  = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | TOTAL<br>ADD'T FEE | | OR | TOTAL<br>ADD'T FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Joint Trial Exhibit No. 1049.87



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 11/850,013 | 09/04/2007 | 2629 | 3250 | P4974US1/63266-5114-US | 53 | 6 |

**CONFIRMATION NO. 6699**

61725
MORGAN LEWIS & BOCKIUS LLP/ APPLE COMPUTER INC.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA94306

**FILING RECEIPT**

Date Mailed: 09/17/2007

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Bas Ording, San Francisco, CA;
Scott Forstall, Mountain View, CA;
Greg Christie, San Jose, CA;
Stephen O. Lemay, San Francisco, CA;
Imran Chaudhri, San Francisco, CA;
Richard Williamson, Los Gatos, CA;
Chris Blumenberg, San Francisco, CA;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This appln claims benefit of 60/937,993 06/29/2007
and claims benefit of 60/946,715 06/27/2007
and claims benefit of 60/879,469 01/08/2007
and claims benefit of 60/879,253 01/07/2007
and claims benefit of 60/824,769 09/06/2006

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 09/17/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is
**US11/850,013**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

APLNDC00022614