Proctor Declaration

# EXHIBIT 3

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5

      APPLE INC., A CALIFORNIA   ) C-11-01846 LHK
 6    CORPORATION,               )
                                 ) SAN JOSE, CALIFORNIA
 7                PLAINTIFF,     )
                                 ) AUGUST 3, 2012
 8            VS.                )
                                 ) VOLUME
 9    SAMSUNG ELECTRONICS CO.,   )
      LTD., A KOREAN BUSINESS    ) PAGES 556-930
10    ENTITY; SAMSUNG            )
      ELECTRONICS AMERICA,       )
11    INC., A NEW YORK           )
      CORPORATION; SAMSUNG       )
12    TELECOMMUNICATIONS         )
      AMERICA, LLC, A DELAWARE   )
13    LIMITED LIABILITY          )
      COMPANY,                   )
14                               )
                  DEFENDANTS.    )
15    _____

16           TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22

23  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                      CERTIFICATE NUMBER 9595
24

25
```

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                 BY:  HAROLD J. MCELHINNY
 3                                MICHAEL A. JACOBS
                                  RACHEL KREVANS
 4                           425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
      APPLE:                 HALE AND DORR
 7                           BY:  WILLIAM F. LEE
                             60 STATE STREET
 8                           BOSTON, MASSACHUSETTS  02109

 9                           BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
10                           PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
12                           BY:  CHARLES K. VERHOEVEN
                             50 CALIFORNIA STREET, 22ND FLOOR
13                           SAN FRANCISCO, CALIFORNIA  94111

14                           BY:  VICTORIA F. MAROULIS
                                  KEVIN P.B. JOHNSON
15                           555 TWIN DOLPHIN DRIVE
                             SUITE 560
16                           REDWOOD SHORES, CALIFORNIA  94065

17                           BY:  MICHAEL T. ZELLER
                                  WILLIAM C. PRICE
18                                JOHN B. QUINN
                             865 SOUTH FIGUEROA STREET
19                           10TH FLOOR
                             LOS ANGELES, CALIFORNIA  90017
20

21

22

23

24

25
```

INDEX OF WITNESSES

PLAINTIFF'S

**PHILIP SCHILLER**
　　DIRECT EXAM BY MR. MCELHINNY　　P. 594
　　(RES.)
　　CROSS-EXAM BY MR. PRICE　　　　 P. 666
　　REDIRECT EXAM BY MR. MCELHINNY　P. 717
　　RECROSS-EXAM BY MR. PRICE　　　 P. 721

**SCOTT FORSTALL**
　　DIRECT EXAM BY MR. MCELHINNY　　P. 724
　　CROSS-EXAM BY MR. JOHNSON　　　 P. 760
　　REDIRECT EXAM BY MR. MCELHINNY　P. 784
　　RECROSS-EXAM BY MR. JOHNSON　　 P. 787

**JUSTIN DENISON**
　　AS-ON CROSS-EXAM BY MR. LEE　　 P. 790
　　AS-ON DIRECT EXAM BY MR. QUINN　P. 839

```
                       INDEX OF EXHIBITS

                            MARKED           ADMITTED

PLAINTIFF'S

133                                          600
17                                           604
134                                          606
135                                          607
142                                          609
15                                           611
138                                          618
141                                          621
140                                          622
143                                          629
144                                          629
145                                          630
146                                          631
127                                          641
12                                           643
128                                          644
13, CHARTS                                   647
11                                           648
14, CHARTS                                   651
16 & 33                                      652
1046                                         751
58                                           809
54                                           813
62                                           815
60                                           817
```

```
                    INDEX OF EXHIBITS

                              MARKED        ADMITTED

    DEFENDANT'S:

    578                                     671
    1093                                    673
    1016                                    691
    1027                                    692
    1025                                    693
    143.22                                  700
    592                                     702
    143.82                                  705
    109                                     710
    143.4, 143.12, 143.6, 143.16            714
    143.22 & 143.25                         714
    2524                                    762
    2525                                    765
    2517                                    768
    2519                                    770
    2522                                    775
    1007                                    862
    1019                                    864
```

1    IT ON THE PHONE.
2              AND I THOUGHT, I'M HOLDING THIS
3    INCREDIBLY POWERFUL DEVICE IN MY HAND, WHY CAN'T IT
4    FIGURE OUT WHAT I KEEP ON DOING OVER AND OVER AGAIN
5    AND JUST DO IT FOR ME?
6              AND SO I CHALLENGED THE TEAM TO ENABLE
7    YOU TO JUST DOUBLE TAP ON A STORY AND THEN HAVE IT
8    DO THE ZOOM UP AND CENTER IT, SUBSTANTIALLY IN THIS
9    CASE, CENTER IT FOR ME TO READ THAT STORY.
10             AND THE TEAM AT FIRST THOUGHT THIS IS
11   GOING TO BE SUPER HARD, MAYBE NOT POSSIBLE, AND
12   THEY WENT BACK AND WORKED REALLY HARD AND MADE IT
13   POSSIBLE.
14   Q    IS THERE ANY RELATIONSHIP BETWEEN THE FEATURES
15   THAT WE'RE SHOWING AND THE ACTUAL STRUCTURE OF THE
16   WEB PAGE ITSELF?
17   A    YES.  THE WEB PAGE, BY ITS NATURE, IS -- IT'S
18   AN ELECTRONIC DOCUMENT, THE WEB PAGE IS, AND WEB
19   PAGES ARE GENERALLY MADE WITH THIS LANGUAGE CALLED
20   HTML, AND HTML DEFINES PIECES OF STRUCTURE.
21             AND SO WHAT WE IMPLEMENTED WAS WHEN THE
22   USER DOUBLE TAPS ON AN AREA, IT FIGURES OUT THE
23   PIECE OF STRUCTURE THAT IS DEFINED BY THE HTML AND
24   DEFINED BY THE APPEARANCE ON THE SCREEN, DETERMINES
25   THE SORT OF BOX OF STRUCTURE YOU CARE ABOUT, AND

1   THAT'S THE ONE THAT IT ZOOMS UP FOR YOU.
2   Q   PHYSICALLY, HOW IS THIS FEATURE IMPLEMENTED?
3   HOW DO YOU PUT IT INTO THE PHONE SYSTEM?  IS IT A
4   SOFTWARE STRUCTURE?
5   A   IT IS -- THE WHOLE THING IS A PIECE OF
6   SOFTWARE.  IT'S BUILT RIGHT INTO THE OS, AND BUILT
7   INTO A NUMBER OF PLACES IN THE OS.
8            SO YOU CAN USE IT, YOU KNOW, IN THIS
9   EXAMPLE IN A BROWSER.  YOU CAN USE IT IN MAIL, SAY
10  YOU RECEIVE DOCUMENTS.
11           YOU CAN DO IT, I THINK, TO PREVIEW OTHER
12  SORTS OF DOCUMENTS, LIKE PDF'S.
13           SO IT'S SORT OF BUILT THROUGHOUT THE OS
14  TO NAVIGATE THROUGH STRUCTURED DOCUMENTS.
15  Q   ARE THERE ANY CHALLENGES TO CODING OR PUTTING
16  THIS FEATURE INTO SOFTWARE?
17  A   YEAH, THERE WERE.
18           UNDERSTANDING THAT STRUCTURE AND, IN
19  FACT, THE STRUCTURE THAT THE USER CARES ABOUT,
20  THAT'S THE CHALLENGE.  THAT'S A LOT OF THE
21  CHALLENGE.
22           YOU CAN IMAGINE A STORY ON THE WEBSITE
23  WHERE THE FIRST LETTER OF THE FIRST WORD OF A STORY
24  IS A BIG CAPITAL LETTER, A GIANT LETTER, AND THE
25  REST OF THE STORY IS SMALLER.

1                WHEN YOU DOUBLE TAP AROUND THAT FIRST
2    LETTER, THE USER PROBABLY DOESN'T MEAN TO ZOOM INTO
3    ONE LETTER.  THEY PROBABLY MEAN TO ZOOM INTO THE
4    COLUMN OF THAT STORY.
5                SO THERE WAS A LOT OF WORK TO FIGURE OUT
6    WHAT WAS THE CORRECT STRUCTURE AND THE CORRECT BOX
7    THAT THE USER CARED ABOUT AND ZOOM UP THAT CORRECT
8    ONE.
9    Q    IS IT THE GOAL HERE TO MOVE EACH THING THAT
10   THE PERSON WANTS INTO THE EXACT CENTER OF THE
11   SCREEN?
12               MR. JOHNSON:  OBJECTION.  LEADING.
13               THE COURT:  SUSTAINED.
14   BY MR. MCELHINNY:
15   Q    CAN YOU TELL US WHETHER OR NOT IT IS THE GOAL
16   OF THIS TO MOVE THE BOX DIRECTLY INTO THE CENTER OF
17   THE STRUCTURE?
18   A    SO THE GOAL IS TO -- WE CALL IT SUBSTANTIALLY
19   CENTER IT, BUT THE GOAL IS TO MOVE IT TO THE BEST
20   VIEWING PLACE FOR YOU.
21               IF YOU HAVE A PICTURE WHICH IS SURROUNDED
22   BY A LOT OF OTHER TEXT OR PICTURES AND THAT PICTURE
23   IS IN THE CENTER, WHEN YOU DOUBLE TAP ON THAT
24   PICTURE, IT'LL LIKELY END UP EXACTLY CENTERED ON
25   THE PHONE.

```
 1              BUT IF YOU HAVE A, A COLUMN OF
 2    INFORMATION, LET'S SAY IT'S A COLUMN OF FIRST NAMES
 3    AND THEY'RE VERY SHORT NAMES AND IT'S ON THE VERY
 4    LEFT-HAND SIDE OF A WEB PAGE, IF YOU DOUBLE TAP ON
 5    THAT COLUMN, IT WOULD BE FOOLISH TO CENTER THAT
 6    COLUMN IN THE MIDDLE OF THE PHONE BECAUSE YOU LEAVE
 7    ALL THIS EMPTY SPACE BEYOND IT TO THE LEFT.  YOU'RE
 8    JUST WASTING SPACE.
 9              YOU CAN STILL PERFECTLY READ THOSE NAMES
10    LINED UP ON THE EDGE OF THE PHONE AND SEE MORE OF
11    THE WEB PAGE TO THE RIGHT.
12              SO WE TALKED ABOUT IT AS BEING
13    SUBSTANTIALLY CENTERED, MEANING CENTER IT WHERE IT
14    MAKES SENSE, BUT DON'T GO BEYOND THE EDGE OF A
15    DOCUMENT BECAUSE THERE'S NO REASON TO DO THAT.
16    Q    SIR, AS THE DEVELOPER OF ALL OF THE IOS
17    SYSTEM, DO YOU CONSIDER THIS A SIGNIFICANT FEATURE
18    IN THE IPHONE?
19    A    ABSOLUTELY.
20    Q    AND WHAT IS THE SIGNIFICANCE OF IT?
21    A    I REMEMBER WHAT IT WAS LIKE TO USE BEFORE WE
22    HAD THIS, WHILE WE WERE DEVELOPING IT, AND AFTER WE
23    IMPLEMENTED THE FEATURE, AND IT DRAMATICALLY
24    CHANGED HOW I USED THE WEB.  FOR ME PERSONALLY, IT
25    ENABLED ME TO BROWSE THE WEB MUCH MORE QUICKLY,
```

1   MUCH MORE FLUIDLY, AND I WOULD THINK TO GO AND
2   BROWSE CERTAIN WEBSITES ON MY PHONE WHERE, BEFORE,
3   I MIGHT HAVE THOUGHT I HAVE TO GO TO A COMPUTER FOR
4   THAT.
5              AND WE KNOW FROM OUR USERS THAT BROWSING
6   THE WEB IS ONE OF THE MORE POPULAR THINGS THEY DO
7   ON OUR IPHONES, AND ESPECIALLY ON OUR IPADS.
8              AND SO THIS, I THINK, ENABLES YOU TO HAVE
9   A, A DRAMATICALLY BETTER EXPERIENCE BROWSING THE
10  WEB ON OUR DEVICES.
11  Q    SIR, WAS THE FEATURE THAT'S COVERED BY THIS
12  PATENT, YOUR INVENTION, WAS IT EVER THE SUBJECT OF
13  A SPECIFIC AD THAT APPLE DID FOR ITS PRODUCTS?
14  A    YES.  WE MADE A TELEVISION AD SPECIFICALLY TO
15  HIGHLIGHT THIS.
16             MR. MCELHINNY:  YOUR HONOR, AT THIS POINT
17  I WOULD LIKE TO SHOW THAT AD, WHICH IS PART OF
18  PLAINTIFF'S EXHIBIT 12, WHICH IS IN EVIDENCE.
19             THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.
20             (WHEREUPON, A VIDEOTAPE WAS PLAYED IN
21  OPEN COURT OFF THE RECORD.)
22             MR. MCELHINNY:  THANK YOU, MR. FORSTALL.
23             I HAVE NO FURTHER QUESTIONS.
24             THE COURT:  ALL RIGHT.  THE TIME IS NOW
25  1:40.

1                    **CROSS-EXAMINATION**

2    BY MR. JOHNSON:

3    Q    GOOD AFTERNOON, MR. FORSTALL.

4    A    GOOD AFTERNOON.

5    Q    MY NAME IS KEVIN JOHNSON.  WE'VE SEEN EACH

6    OTHER BEFORE; RIGHT?

7    A    SEVERAL DEPOSITIONS.

8    Q    OKAY.

9              SO IF I MAY APPROACH, YOUR HONOR, WE'RE

10   GOING TO HAND OUT SOME BINDERS.

11              (PAUSE IN PROCEEDINGS.)

12              MR. JOHNSON:  I THINK I'M JUST GOING TO

13   REFER TO THE LAST ONE.

14   Q    NOW, THE ORIGINAL IPHONE WAS INTRODUCED,

15   MR. FORSTALL, IN JANUARY 2007; RIGHT?

16   A    CORRECT.

17   Q    AND LET'S GO BACK A LITTLE BIT FURTHER AND

18   TALK ABOUT THE DEVELOPMENT OF THE IPHONE.

19              IN 2006, YOUR TEAM WAS CONCERNED THAT THE

20   SPEED OF THE PROCESSOR THAT WAS GOING TO BE USED IN

21   THE IPHONE WAS TOO SLOW COMPARED TO THE SPEED OF

22   THE PROCESSORS USED IN OTHER SMARTPHONES, INCLUDING

23   SAMSUNG'S SMARTPHONES; RIGHT?

24   A    I HAD CONCERNS THAT I WANTED IT TO BE AS FAST

25   AS POSSIBLE, YES.

1  Q    AND IN FACT, YOU LOOKED AT WHAT SAMSUNG'S
2  PHONE DID AND WHAT KIND OF PROCESSOR IT HAD; RIGHT?
3  DO YOU REMEMBER DOING THAT?
4  A    YES.
5  Q    OKAY.  AND THE IDEA THERE WAS THAT, BY LOOKING
6  AT WHAT YOUR COMPETITORS WERE DOING, POTENTIALLY,
7  THAT WAS OKAY; RIGHT?
8  A    YES.
9  Q    NOW, THERE WERE OTHER INSTANCES WHEN
10  EXECUTIVES AT APPLE LOOKED AT WHAT COMPETITORS WERE
11  DOING DURING THE DEVELOPMENT OF THE IPHONE; RIGHT?
12  A    YES.
13  Q    AND THERE WERE OTHER EXAMPLES WHEN APPLE
14  EXECUTIVES LOOKED SPECIFICALLY AT WHAT SAMSUNG WAS
15  DOING IN DEVELOPMENT OF THE IPHONE; RIGHT?  DURING
16  THE DEVELOPMENT OF THE IPHONE?
17  A    YES.
18  Q    NOW, DO YOU RECALL LOOKING AT A SAMSUNG PHONE
19  CALLED THE SGH-E910, A BANG & OLUFSEN FASHION
20  PHONE?
21  A    I DO NOT.
22  Q    DO YOU REMEMBER THAT IT HAD A CLICKWHEEL-LIKE
23  CONTROL?
24  A    I DO NOT.
25  Q    IF I CAN DIRECT YOUR ATTENTION TO EXHIBIT,

<u>CERTIFICATE OF REPORTER</u>

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: AUGUST 3, 2012