Proctor Declaration

EXHIBIT 8



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

July 19, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *D604,305*
ISSUE DATE:  *November 17, 2009*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**



**M. TARVER**
**Certifying Officer**

**JOINT TRIAL EXHIBIT NO. 1042**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC00030421



US00D604305S

(12) **United States Design Patent**       (10) **Patent No.:**      **US D604,305 S**

Anzures et al.                             (45) **Date of Patent:** ★★ ***Nov. 17, 2009**

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventors: **Freddy Anzures**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/281,460**

(22) Filed: **Jun. 23, 2007**

(51) LOC (9) Cl. ................................................ **32-00**

(52) U.S. Cl. .................................................. **D14/486**

(58) Field of Classification Search .......... D14/485–95; D18/24–33; D19/6, 52; D20/11; D21/324–33; 715/700–867, 973–77
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D295,877 S | 5/1988 | Wells-Papanek et al. | |
| 5,214,756 A | 5/1993 | Franklin et al. | |
| 5,555,364 A | 9/1996 | Goldstein | |
| D390,548 S | 2/1998 | Maekawa et al. | |
| D392,266 S | 3/1998 | Snyder et al. | |
| D418,826 S | 1/2000 | Pavely et al. | |
| D420,993 S | 2/2000 | Decker | |
| D438,213 S | 2/2001 | Herget et al. | |
| D441,763 S | 5/2001 | Kahn et al. | |
| D445,428 S | 7/2001 | Pattenden | |
| D462,076 S | 8/2002 | Robbin et al. | |
| D472,244 S | 3/2003 | Wasko | |
| 6,731,316 B2 | 5/2004 | Herigstad et al. | |
| D507,577 S * | 7/2005 | Totten et al. | D14/486 |
| 6,983,424 B1 | 1/2006 | Dutta | |
| D540,340 S * | 4/2007 | Cummins | D14/486 |
| D544,875 S | 6/2007 | Wang et al. | |
| D548,239 S * | 8/2007 | Rimas-Ribikauskas et al. | D14/485 |
| D552,620 S * | 10/2007 | Sato et al. | D14/486 |
| D555,660 S * | 11/2007 | Noviello et al. | D14/485 |
| D559,261 S * | 1/2008 | Jung et al. | D14/486 |
| D564,530 S * | 3/2008 | Kim et al. | D14/486 |
| D565,586 S | 4/2008 | Shin et al. | |

| | | | |
|---|---|---|---|
| D565,588 S | 4/2008 | Sherry | |
| D567,171 S * | 4/2008 | Yu et al. | D13/110 |
| D568,900 S | 5/2008 | Seo et al. | |
| D569,383 S | 5/2008 | Jung et al. | |
| D574,009 S | 7/2008 | DelPonte | |
| D574,388 S * | 8/2008 | Armendariz et al. | D14/486 |
| D574,391 S * | 8/2008 | Kwag | D14/486 |
| D576,171 S | 9/2008 | Armendariz et al. | |
| D579,946 S | 11/2008 | Lee et al. | |
| D580,949 S | 11/2008 | Durarte | |
| D581,424 S | 11/2008 | Hong | |
| D585,075 S | 1/2009 | Flynt et al. | |
| D587,720 S * | 3/2009 | Noviello et al. | D14/485 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1235127 | 4/2005 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

(Continued)

*Primary Examiner*—Melanie H Tung
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described.

**DESCRIPTION**

The patent file contains at least one drawing executed in color. Copies of this patent with a color drawing will be provided by the Office upon request and payment of the necessary fee.

FIG. 1 is a front view of a graphical user interface for a display screen or portion thereof showing our new design; and,

FIG. 2 is a front view of a second embodiment thereof.

The broken line showing of a display screen in both views forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**
**(1 of 2 Drawing Sheet(s) Filed in Color)**



APLNDC00030422

## US D604,305 S
Page 2

### OTHER PUBLICATIONS

U.S. Appl. No. 29/281,695, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 28, 2007.

U.S. Appl. No. 29/281,747, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.

U.S. Appl. No. 29/282,835, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,837, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,839, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,841, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,842, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,843, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/283,656, Chaudhri, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 20, 2007.

U.S. Appl. No. 29/284,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 8, 2008.

U.S. Appl. No. 29/302,063, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 9, 2008.

U.S. Appl. No. 29/302,217, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 11, 2008.

U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 16, 2008.

U.S. Appl. No. 29/304,584, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed Mar. 4, 2008.

U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 20, 2008.

U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 8, 2008.

U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,434, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/321,374, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 15, 2008.

U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,196, Chaudhri et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,935, Anzures et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.

U.S. Appl. No. 29/326,396, Christie at al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.

U.S. Appl. No. 29/333,233 Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.

U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.

U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interfaces and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.

U.S. Appl. No. 29/335,282, Sepulveda et al., and Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

"PDAs with a built-in wireless LAN, using the Nursing Support System", *Casio News Release*, http://www.casio.co.jp/release/2003/nns.html, dated Jan. 28, 2003.

* cited by examiner

Joint Trial Exhibit No. 1042.4

**U.S. Patent**          Nov. 17, 2009          Sheet 1 of 2          US D604,305 S



# FIG. 1

Copy provided by USPTO from the PIBS Image Database on 07/14/2011

APLNDC00030424

Case 5:11-cv-01846-LHK   Document 1988-9   Filed 09/21/12   Page 6 of 62

**U.S. Patent**          Nov. 17, 2009          **Sheet 2 of 2**          **US D604,305 S**



# FIG. 2

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030425

**REPLACEMENT SHEET**
**Sheet 1 of 2**
**Appl. No. 29/281,460; Filed: June 23, 2007**
**Dkt. No. 2607.0100000(P5548US1); Group Unit: 2911**
**Tel. No. 202-371-2600**
**For: Graphical User Interfaces For A Display Screen or Portion Thereof** *(as amended)*



# FIG. 1

Joint Trial Exhibit No. 1042.7

REPLACEMENT SHEET
Sheet 2 of 2
Appl. No. 29/281,460; Filed: June 23, 2007
Dkt. No. 2607.0100000(P5548US1); Group Unit: 2911
Tel. No. 202-371-2600
For: Graphical User Interfaces For A Display Screen or Portion Thereof *(as amended)*



# FIG. 2

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000237386

Plaintiff's Exhibit No. 1042.8



IS 7366899

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

July 20, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF:

*PETITION FOR ACCEPTANCE OF COLOR DRAWINGS DATED MAY 18,
2009 FOR*
**SERIAL NUMBER: 29/281,460**
**FILING DATE: June 23, 2007**

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Plaintiff's Exhibit No. 1042.9

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 1415 |
| ANZURES *et al.* | Art Unit: 2911 |
| Appl. No.: 29/281,460 | Examiner: Tung, Melanie H. |
| Filed: June 23, 2007 | Atty. Docket: 2607.0100000(P5548US1) |
| For: **Graphical User Interface for a Display Screen or Portion Thereof** *(as amended)* | |

## Petition for Acceptance of Color Drawings
## Under 37 C.F.R. § 1.84(a)(2)

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Submitted herewith are two (2) sheets of replacement drawings (Figures 1 and 2) for the above-captioned application.  Applicants request that these drawings be entered to replace the drawings submitted with the original application.  Identification of the drawings is provided in accordance with 37 C.F.R. § 1.84(c).

Figure 1 submitted herewith is in color drawing.  Applicants petition for acceptance of Figure 1 as a color drawing.  It is necessary to present Figure 1 in color because color is the most effective manner to communicate color of the features shown in Figure 1.  Therefore, color is the only practical medium by which to disclose the subject matter of Figure 1 sought to be patented.

Three (3) sets of the color drawings are submitted herewith.  Also, the specification has been amended to include the language recited in 37 C.F.R. § 1.84(a)(2)(iii).  Accordingly, Applicants hereby petition that Figure 1 be accepted. Early written notice of acceptance of this petition is earnestly solicited.

Plaintiff's Exhibit No. 1042.10

– 2 –

ANZURES *et al.*
Appl. No. 29/281,460

The petition fee (37 C.F.R. § 1.17(h)) is provided. The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:    May 18, 2009

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

980807_1.DOC

Plaintiff's Exhibit No. 1042.11



**FIGURE 1**



**FIGURE 2**



**FIGURE 3**

Plaintiff's Exhibit No. 1042.12



**FIGURE 4**



**FIGURE 5**



**FIGURE 6**



**FIGURE 7**



**FIGURE 8**

Plaintiff's Exhibit No. 1042.13



FIGURE 9



FIGURE 10



FIGURE 11



FIGURE 12



FIGURE 13



FIGURE 14

Plaintiff's Exhibit No. 1042.14



**FIGURE 15**



**FIGURE 16**



**FIGURE 17**



**FIGURE 18**



**FIGURE 19**



**FIGURE 20**

Plaintiff's Exhibit No. 1042.15



**FIGURE 21**



**FIGURE 22**



**FIGURE 23**



**FIGURE 24**

Plaintiff's Exhibit No. 1042.16



**FIGURE 25**



**FIGURE 26**



**FIGURE 27**



**FIGURE 28**

Plaintiff's Exhibit No. 1042.17



**FIGURE 29**



**FIGURE 30**



**FIGURE 31**



**FIGURE 32**



**FIGURE 33**

**FIGURE 34**

**FIGURE 35**

Plaintiff's Exhibit No. 1042.19



**FIGURE 40**



**FIGURE 41**



**FIGURE 42**



**FIGURE 43**

Plaintiff's Exhibit No. 1042.20



**FIGURE 44**



**FIGURE 45**



**FIGURE 46**



**FIGURE 47**

Plaintiff's Exhibit No. 1042.21



**FIGURE 48**



**FIGURE 49**



**FIGURE 50**



**FIGURE 51**

Plaintiff's Exhibit No. 1042.22



**FIGURE 52**



**FIGURE 53**



**FIGURE 54**



**FIGURE 55**

Plaintiff's Exhibit No. 1042.23



**FIGURE 56**



**FIGURE 57**



**FIGURE 58**



**FIGURE 59**

Plaintiff's Exhibit No. 1042.24



**FIGURE 60**



**FIGURE 61**



**FIGURE 62**



**FIGURE 63**

Plaintiff's Exhibit No. 1042.25



**FIGURE 64**



**FIGURE 65**



**FIGURE 66**

Plaintiff's Exhibit No. 1042.26



**FIGURE 67**



**FIGURE 68**



**FIGURE 69**



**FIGURE 70**

Plaintiff's Exhibit No. 1042.27



**FIGURE 71**



**FIGURE 72**



**FIGURE 73**



**FIGURE 74**

Plaintiff's Exhibit No. 1042.28



**FIGURE 75**



**FIGURE 76**



**FIGURE 77**



**FIGURE 78**

Plaintiff's Exhibit No. 1042.29



**FIGURE 79**



**FIGURE 80**



**FIGURE 81**



**FIGURE 82**

Plaintiff's Exhibit No. 1042.30



**FIGURE 83**



**FIGURE 84**



**FIGURE 85**



**FIGURE 86**

Plaintiff's Exhibit No. 1042.31



**FIGURE 87**



**FIGURE 88**



**FIGURE 89**



**FIGURE 90**

Plaintiff's Exhibit No. 1042.32



**FIGURE 91**



**FIGURE 92**



**FIGURE 93**



**FIGURE 94**

Plaintiff's Exhibit No. 1042.33



**FIGURE 95**

**FIGURE 96**



**FIGURE 97**



**FIGURE 98**

Plaintiff's Exhibit No. 1042.34



**FIGURE 99**



**FIGURE 100**



**FIGURE 101**



**FIGURE 102**

Plaintiff's Exhibit No. 1042.35



**FIGURE 103**



**FIGURE 104**



**FIGURE 105**



**FIGURE 106**

Plaintiff's Exhibit No. 1042.36



**FIGURE 107**



**FIGURE 108**



**FIGURE 109**

Plaintiff's Exhibit No. 1042.37



**FIGURE 110**



**FIGURE 111**



**FIGURE 112**



**FIGURE 113**

Plaintiff's Exhibit No. 1042.38



**FIGURE 114**



**FIGURE 115**

Plaintiff's Exhibit No. 1042.39



**FIGURE 116**



**FIGURE 117**



**FIGURE 118**



**FIGURE 119**

Plaintiff's Exhibit No. 1042.40



**FIGURE 120**



**FIGURE 121**



**FIGURE 122**

Plaintiff's Exhibit No. 1042.41



**FIGURE 123**



**FIGURE 124**



**FIGURE 125**

Plaintiff's Exhibit No. 1042.42



**FIGURE 126**



**FIGURE 127**



**FIGURE 128**



**FIGURE 129**

Plaintiff's Exhibit No. 1042.43



**FIGURE 130**



**FIGURE 131**



**FIGURE 132**



**FIGURE 133**

Plaintiff's Exhibit No. 1042.44



**FIGURE 134**



**FIGURE 135**

Plaintiff's Exhibit No. 1042.45



**FIGURE 136**



**FIGURE 137**

**FIGURE 138**

Plaintiff's Exhibit No. 1042.46



**FIGURE 139**



**FIGURE 140**



**FIGURE 141**



**FIGURE 142**

Plaintiff's Exhibit No. 1042.47



**FIGURE 143**



**FIGURE 144**



**FIGURE 145**



**FIGURE 146**

Plaintiff's Exhibit No. 1042.48



**FIGURE 147**



**FIGURE 148**



**FIGURE 149**



**FIGURE 150**

Plaintiff's Exhibit No. 1042.49



**FIGURE 151**



**FIGURE 152**



**FIGURE 153**

Plaintiff's Exhibit No. 1042.50



**FIGURE 154**



**FIGURE 155**



**FIGURE 156**



**FIGURE 157**

Plaintiff's Exhibit No. 1042.51



**FIGURE 158**



**FIGURE 159**

Plaintiff's Exhibit No. 1042.52



**FIGURE 160**



**FIGURE 161**



**FIGURE 162**



**FIGURE 163**

Plaintiff's Exhibit No. 1042.53



**FIGURE 164**



**FIGURE 165**



**FIGURE 166**



**FIGURE 167**

Plaintiff's Exhibit No. 1042.54



**FIGURE 168**



**FIGURE 169**



**FIGURE 170**



**FIGURE 171**

Plaintiff's Exhibit No. 1042.55



**FIGURE 172**



**FIGURE 173**



**FIGURE 174**

Plaintiff's Exhibit No. 1042.56



**FIGURE 175**



**FIGURE 177**



**FIGURE 178**

Plaintiff's Exhibit No. 1042.57



**FIGURE 179**



**FIGURE 180**



**FIGURE 181**



**FIGURE 182**

Plaintiff's Exhibit No. 1042.58



**FIGURE 183**



**FIGURE 184**



**FIGURE 185**



**FIGURE 186**

Plaintiff's Exhibit No. 1042.59



**FIGURE 187**



**FIGURE 188**



**FIGURE 189**



**FIGURE 190**



**FIGURE 191**



**FIGURE 192**

Plaintiff's Exhibit No. 1042.61



**FIGURE 193**



**FIGURE 194**