Proctor Declaration

# EXHIBIT 11

# iPad 2