Proctor Declaration

# EXHIBIT 12

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California  94105-2482 | 950 Page Mill Road |
| Telephone:  (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile:  (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

**DEFENDANT'S EXHIBIT NO. 741.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **STIPULATION REGARDING PHYSICAL MODEL AND RELATED PHOTOGRAPHS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1      Apple Inc. ("Apple"), through its counsel, stipulates as follows:

2      1.     The specific physical model identified by Apple industrial designer Christopher Stringer during his November 4, 2011 deposition, identified as Apple Model 035, is the same model or mockup appearing in the photographs of the D'889 patent prosecution history produced by Apple.

     2.     The photographs from the D'889 patent prosecution history produced by Apple are the highest quality that it has found.

Dated: November 28, 2011           MORRISON & FOERSTER LLP

By:   */s/ Michael A. Jacobs*
       Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.

STIPULATION REGARDING PHYSICAL MODEL AND RELATED PHOTOGRAPHS
CASE NO. 4:11-CV-01846-LHK (PSG)
sf-3072821