Proctor Declaration

# EXHIBIT 13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., A CALIFORNIA CORPORATION, | ) ) | C-11-01846 LHK |
| | ) | SAN JOSE, CALIFORNIA |
| PLAINTIFF, | ) ) | JULY 31, 2012 |
| VS. | ) ) | VOLUME 2 |
| SAMSUNG ELECTRONICS CO., LTD., A KOREAN BUSINESS ENTITY; SAMSUNG ELECTRONICS AMERICA, INC., A NEW YORK CORPORATION; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, A DELAWARE LIMITED LIABILITY COMPANY, | ) ) ) ) ) ) ) ) ) ) | PAGES 283-555 |
| DEFENDANTS. | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

APPEARANCES ON NEXT PAGE

OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                 BY:  HAROLD J. MCELHINNY
 3                                MICHAEL A. JACOBS
                                  RACHEL KREVANS
 4                           425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
      APPLE:                 HALE AND DORR
 7                           BY:  WILLIAM F. LEE
                             60 STATE STREET
 8                           BOSTON, MASSACHUSETTS  02109

 9                           BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
10                           PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
12                           BY:  CHARLES K. VERHOEVEN
                             50 CALIFORNIA STREET, 22ND FLOOR
13                           SAN FRANCISCO, CALIFORNIA  94111

14                           BY:  VICTORIA F. MAROULIS
                                  KEVIN P.B. JOHNSON
15                           555 TWIN DOLPHIN DRIVE
                             SUITE 560
16                           REDWOOD SHORES, CALIFORNIA  94065

17                           BY:  MICHAEL T. ZELLER
                                  WILLIAM C. PRICE
18                                JOHN B. QUINN
                             865 SOUTH FIGUEROA STREET
19                           10TH FLOOR
                             LOS ANGELES, CALIFORNIA  90017
20

21

22

23

24

25
```

285

INDEX OF PROCEEDINGS


OPENING STATEMENT BY MR. MCELHINNY        P. 304

OPENING STATEMENT BY MR. LEE              P. 353

OPENING STATEMENT BY MR. VERHOEVEN        P. 380




INDEX OF WITNESSES

PLAINTIFF'S

**CHRISTOPHER STRINGER**
        DIRECT EXAM BY MR. MCELHINNY       P. 469
        CROSS-EXAM BY MR. VERHOEVEN        P. 511
        REDIRECT EXAM BY MR. MCELHINNY     P. 537

**PHILIP SCHILLER**
        DIRECT EXAM BY MR. MCELHINNY       P. 541

1

2                           INDEX OF EXHIBITS

3                                     MARKED          ADMITTED

4      PLAINTIFF'S

5      1040                                           472
       1041                                           473
6      1043                                           474
       163                                            481
7      164                                            483
       165                                            486
8      166                                            488
       168                                            490
9      167                                            491
       162                                            492
10     1000                                           497
       1001                                           497
11     1002                                           498
       1003                                           498
12     171                                            500
       170                                            502
13     1004                                           504
       1005                                           504
14

15

16     DEFENDANT'S

17     741                          524               538
       687                                            534
18     740                                            538

19

20

21

22

23

24

25

```
 1    EXAMINED AND TESTIFIED AS FOLLOWS:

 2              THE WITNESS:  I AFFIRM.

 3              THE CLERK:  WOULD YOU HAVE A SEAT,

 4    PLEASE.

 5              STATE YOUR NAME, PLEASE, AND SPELL IT.

 6              THE WITNESS:  CHRISTOPHER STRINGER,

 7    C-H-R-I-S-T-O-P-H-E-R, S-T-R-I-N-G-E-R.

 8                    DIRECT EXAMINATION

 9    BY MR. MCELHINNY:

10    Q    ARE YOU COMFORTABLE?

11    A    I AM.

12              THE COURT:  I'M SORRY.  THE TIME WAS

13    2:37.  GO AHEAD.

14              MR. MCELHINNY:  THANK YOU.

15    Q    WOULD YOU PLEASE STATE YOUR NAME FOR THE

16    RECORD.

17    A    CHRISTOPHER STRINGER.

18    Q    THANKS.  AND BY WHOM ARE YOU EMPLOYED?

19    A    APPLE.

20    Q    HOW LONG HAVE YOU WORKED AT APPLE?

21    A    SEVENTEEN YEARS IN SEPTEMBER.

22    Q    WHAT YEAR DID YOU START?

23    A    1995.

24    Q    WHAT IS YOUR CURRENT POSITION AT APPLE?

25    A    I'M AN INDUSTRIAL DESIGNER.
```

1    Q    SIR, CAN YOU TELL US JUST GENERALLY,

2    DEFINITIONALLY, WHAT DOES AN INDUSTRY DESIGNER DO?

3    A    WELL, AT APPLE, OUR ROLE IS TO IMAGINE OBJECTS

4    THAT DON'T EXIST AND TO GUIDE THE PROCESS THAT

5    BRINGS THEM TO LIFE.

6         AND SO THAT INCLUDES DEFINING THE

7    EXPERIENCE THAT A CUSTOMER HAS WHEN THEY TOUCH AND

8    FEEL OUR PRODUCTS.

9         SO IT'S MANAGING THE OVERALL FORM AND THE

10   MATERIALS, THE TEXTURES, THE COLORS.  IT'S MANAGING

11   THE DETAILS.

12        AND IT'S ALSO WORKING WITH ENGINEERING

13   GROUPS TO, AS I SAY, BRING IT TO LIFE, TO BRING IT

14   TO THE MARKET AND TO BUILDING THE CRAFTSMANSHIP

15   THAT IT ABSOLUTELY NEEDS TO HAVE TO HAVE THAT APPLE

16   QUALITY.

17   Q    TELL US A LITTLE BIT ABOUT YOUR PROFESSIONAL

18   BACKGROUND BEFORE YOU JOINED APPLE.

19   A    BEFORE I JOINED APPLE, I WORKED IN

20   CONSULTANCIES IN SAN FRANCISCO, IN SIDNEY, AND

21   LONDON.

22        AND PRIOR TO THAT, I -- MY EDUCATION WAS

23   COMPLETED AT THE ROYAL COLLEGE OF ART WHERE I HAD A

24   MASTER'S IN INDUSTRIAL DESIGN.

25   Q    WHAT IS A CONSULTANCY, SIR?

```
1    A    A CONSULTANCY WOULD BE A HIRED HAND FOR

2    INDUSTRIAL DESIGN.  SO WE WORK WITH MULTIPLE

3    CORPORATIONS, BASICALLY PROJECT BY PROJECT.

4    Q    TO WHOM DO YOU CURRENTLY REPORT AT APPLE?

5    A    JONATHAN IVE.

6    Q    WERE YOU INVOLVED IN THE DESIGN OF THE FIRST

7    IPHONE THAT WAS RELEASED BY APPLE?

8    A    YES, I WAS.

9    Q    HAVE YOU WORKED ON OTHER APPLE PRODUCTS?

10   A    YES.  I'VE WORKED ON EVERY APPLE PRODUCT SINCE

11   I JOINED APPLE IN 1995.

12        WE WORK AS A TEAM.  WE TAKE THAT VERY

13   SERIOUSLY.  WE DEDICATE TIME EVERY WEEK TO MAKE

14   SURE THAT WE ALL GET TOGETHER AND WE ALL DISCUSS

15   EVERY SINGLE PROJECT.  SO EACH MEMBER OF THE DESIGN

16   TEAM CONTRIBUTES TO ALL PROJECTS, PRODUCTS, WHICH

17   IS WHY I'M CONFIDENT THAT I HAVE HAD INPUT IN EVERY

18   PRODUCT THAT WE'VE SHIPPED SINCE 1995.

19   Q    ARE YOU NAMED, SIR, AS AN INVENTOR ON ANY

20   PATENTS?

21   A    YES, MANY.  HUNDREDS.  I HAVE NO IDEA HOW

22   MANY.

23   Q    IF I'M LUCKY, YOU'LL HAVE A BINDER IN FRONT OF

24   YOURSELF THAT SAYS EXHIBITS.

25        DO YOU SEE THAT?
```

1    A    YES.  IT DOESN'T SAY EXHIBITS, BUT I HAVE A

2    BINDER.

3    Q    OKAY.  DOES IT HAVE EXHIBITS IN IT?  CAN YOU

4    FIND JX 1040, PLEASE?

5    A    YES, I HAVE IT HERE.

6    Q    WHAT IS THAT DOCUMENT?

7    A    THIS IS A PATENT DOCUMENT THAT DEFINES THE

8    IPAD.

9    Q    AND CAN YOU TELL US THE LAST THREE NUMBERS OF

10   THE DOCUMENT, OF THE PATENT?

11   A    '889.

12   Q    ARE YOU A NAMED INVENTOR ON THAT PATENT?

13   A    YES, I AM.

14          MR. MCELHINNY:  YOUR HONOR, I'D MOVE JX

15   1040 INTO EVIDENCE.

16          THE COURT:  ANY OBJECTION.

17          MR. VERHOEVEN:  NO OBJECTION.

18          THE COURT:  SO ADMITTED.

19          (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

20          1040, HAVING BEEN PREVIOUSLY MARKED FOR

21          IDENTIFICATION, WAS ADMITTED INTO

22          EVIDENCE.)

23   BY MR. MCELHINNY:

24   Q    SIR, DO ANY APPLE PRODUCTS INCORPORATE THE

25   DESIGN OF THE '889 PATENT?

473

```
1    A    YES, IPAD 2 AND IPAD 3.

2    Q    WOULD YOU LOOK IN YOUR BINDER, PLEASE, TO

3    EXHIBIT JX 1041.

4    A    YES, I SEE IT.

5    Q    WHAT IS THAT DOCUMENT?

6    A    THIS IS A PATENT DOCUMENT THAT DESCRIBES THE

7    IPHONE.

8    Q    AND CAN YOU TELL US THE LAST THREE NUMBERS OF

9    THAT DOCUMENT?

10   A    '087.

11   Q    ARE YOU A NAMED INVENTOR ON THIS PATENT?

12   A    YES, I AM.

13        MR. MCELHINNY:  YOUR HONOR, I WOULD MOVE

14   EXHIBIT JX 1041 INTO EVIDENCE.

15        MR. VERHOEVEN:  NO OBJECTION.

16        THE COURT:  ALL RIGHT.  SO ADMITTED.

17        (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

18        1041, HAVING BEEN PREVIOUSLY MARKED FOR

19        IDENTIFICATION, WAS ADMITTED INTO

20        EVIDENCE.)

21        THE COURT:  GO AHEAD, PLEASE.

22   BY MR. MCELHINNY:

23   Q    DO ANY APPLE PRODUCTS INCORPORATE THIS DESIGN?

24   A    YES.  THE ORIGINAL IPHONE, THE IPHONE 3G, AND

25   THE 3GS.
```

474

```
1    Q    WOULD YOU LOOK, PLEASE, AT EXHIBIT JX 1043.

2    A    YES.

3    Q    WHAT IS THIS DOCUMENT?

4    A    THIS IS A PATENT DOCUMENT THAT DESCRIBES

5    IPHONE.

6    Q    I'M SORRY?

7    A    THIS IS A PATENT DOCUMENT THAT DESCRIBES

8    IPHONE.

9    Q    THANK YOU.  WHAT ARE THE LAST THREE NUMBERS OF

10   THE PATENT?

11   A    '677.

12   Q    AND ARE YOU A NAMED INVENTOR ON THIS PATENT?

13   A    YES, I AM.

14            MR. MCELHINNY:  YOUR HONOR, I MOVE JX

15   1043 INTO EVIDENCE.

16            MR. VERHOEVEN:  NO OBJECTION.

17            THE COURT:  SO ADMITTED.

18            (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

19            1043, HAVING BEEN PREVIOUSLY MARKED FOR

20            IDENTIFICATION, WAS ADMITTED INTO

21            EVIDENCE.)

22   BY MR. MCELHINNY:

23   Q    DO ANY APPLE PRODUCTS INCORPORATE THIS DESIGN?

24   A    YES, ALL -- ALL IPHONES TO DATE.

25   Q    CAN YOU TELL US A LITTLE BIT ABOUT HOW THE
```

1    DESIGN, THE INDUSTRIAL DESIGN GROUP AT APPLE WORKS?

2    A    WE -- FIRST LET ME EXPLAIN THE GROUP A LITTLE.

3    WE'RE A VERY SMALL GROUP, SOMETHING AROUND 15 OR 16

4    DESIGNERS.  AS I SAID EARLIER, WE WORK AROUND -- WE

5    WORK TOGETHER LIKE AROUND THE KITCHEN TABLE.

6              IT'S A VERY CULTURALLY DIVERSE GROUP.  WE

7    HAVE DESIGNERS FROM THE U.S., OF COURSE, BUT WE

8    ALSO HAVE AUSTRALIANS, JAPANESE, ENGLISH, I SHOULD

9    SAY BRITISH, GERMAN, AUSTRIAN.  YOU GET THE GIST.

10   IT'S A VERY DIVERSE GROUP.

11             WE'VE BEEN TOGETHER FOR AN AWFULLY LONG

12   TIME.  MANY OF US HAVE BEEN THERE FOR 15 TO 20

13   YEARS WORKING TOGETHER.

14             SO IT'S A VERY FAMILIAR, SMALL

15   ENVIRONMENT WHICH I THINK IS REMARKABLE ABOUT A

16   COMPANY THE SIZE OF APPLE.

17             WE REPORT DIRECTLY INTO THE HIGHEST

18   LEVELS OF LEADERSHIP AT APPLE.

19             AND WE HAVE OUR OWN, OUR ARMS AROUND ALL

20   OF THE PROJECTS THAT WE SHIP 100 PERCENT.

21             SO IN SOME WAYS, IT FEELS LIKE A SMALL

22   COMPANY.  IT'S A VERY COMFORTABLE WORKING

23   ENVIRONMENT AND WE WORK REALLY HARD.

24   Q    SIR, WE HEARD THIS MORNING IN SAMSUNG'S

25   OPENING THAT SAMSUNG HAS A THOUSAND DESIGNERS.

476

```
 1              AND HOW MANY DOES APPLE HAVE?

 2     A    15 OR 16.  I'M NOT QUITE SURE.  I'VE NEVER

 3     COUNTED.

 4     Q    YOU MENTIONED WORKING AROUND A TABLE.  IS

 5     THAT -- IS THAT -- ARE YOU USING THAT AS SORT OF A

 6     SYMBOL FOR SOMETHING, OR ARE YOU TALKING ABOUT

 7     SOMETHING LITERAL?

 8     A    THERE IS A TABLE IN THE KITCHEN.  IT'S WHERE

 9     WE'RE COMFORTABLE.  IT'S WHERE WE ARE MOST

10     FAMILIAL.  WE THROW IDEAS AROUND AND WE -- IT'S A

11     BRUTALLY HONEST CIRCLE OF DEBATE.  WE'RE JUST VERY

12     COMFORTABLE THERE.  THAT'S WHERE THE IDEAS HAPPEN.

13     Q    DOES THE INDUSTRIAL DESIGN GROUP AT APPLE

14     INTERACT WITH OTHER GROUPS AT APPLE?

15     A    YES, WE DO.  WE WORK WITH PRIMARILY TWO

16     GROUPS.  WE WORK WITH MANY GROUPS, OF COURSE, BUT

17     PRIMARILY TWO, ONE OF THEM BEING PRODUCT DESIGN,

18     WHICH IS OFTEN REFERRED TO AS PD.

19              THEY ARE RESPONSIBLE FOR PATENT DESIGN

20     AND BUILDING, MANUFACTURING THE PRODUCTS, OR

21     DESIGNING PATENT DESIGNS FOR MANUFACTURED PRODUCTS.

22              WE ALSO WORK WITH THE OPERATIONS GROUP

23     WHICH HAS MANY ENGINEERING ORGANIZATIONS UNDER ITS

24     ROOF, AND EACH OF THEM SPECIALIZE IN VARIOUS

25     ASPECTS OF MANUFACTURING ENGINEERING.
```

1    Q    AND YOU'VE SEEN THIS MODEL 035 BEFORE;

2    CORRECT?

3    A    YES.

4    Q    AND IF YOU LOOK AT -- IF WE CAN PUT ON THE

5    SCREEN DX 740, HERE WE HAVE -- AND THIS SHOULD BE

6    IN YOUR BINDER AS WELL IF YOU'D LIKE TO LOOK AT THE

7    HARD COPY IMAGES, SIR.

8    A    YES, I SEE IT.

9    Q    I DON'T HAVE MY HARD COPY YET, SO I'M GOING TO

10   GET MY HARD COPY, TOO.

11        MR. MCELHINNY:  YOUR HONOR, THIS EXHIBIT

12   HAS NOT BEEN MOVED INTO EVIDENCE.  I'M NOT SURE IT

13   SHOULD BE PUBLISHED.

14        THE COURT:  IS THERE GOING TO BE AN

15   OBJECTION?

16        MR. MCELHINNY:  IT DEPENDS ON WHETHER OR

17   NOT THERE'S A FOUNDATION THAT'S LAID, YOUR HONOR.

18        THE COURT:  ALL RIGHT.  LAY THE

19   FOUNDATION, PLEASE.

20        MR. VERHOEVEN:  OKAY.

21   Q    YOU'VE SEEN THESE IMAGES BEFORE, THESE PHOTOS;

22   RIGHT, SIR?

23   A    I BELIEVE I MAY HAVE SEEN THEM IN DEPOSITION.

24   Q    AND YOU'VE STUDIED THOSE PHOTOS AND YOU

25   COMPARED THEM TO THE APPLE MODEL 035, WHICH IS

1    MARKED AS DX 741; CORRECT?

2    A    I BELIEVE THAT IS TRUE.

3    Q    AND IT'S YOUR OPINION, IN FACT, YOU'RE

4    CONVINCED FROM STUDYING THEM BOTH THAT THEY ARE ONE

5    AND THE SAME?  IN OTHER WORDS, THE PHOTOS ARE

6    PICTURES OF APPLE MODEL 035; RIGHT?

7    A    I DO RECALL SUCH AN EXERCISE OF COMPARING THE

8    MODEL AND THE PHOTOS.  I THINK THESE ARE THOSE

9    PHOTOS, I THINK THIS IS THAT MODEL, SO IT FEELS

10   TRUE.

11   Q    OKAY.  AND YOU AGREE WITH ME THAT THE APPLE

12   MODEL 035 AND THE CORRESPONDING PICTURES ARE

13   EMBODIMENTS OF THE '889 DESIGN PATENT; RIGHT?

14        MR. MCELHINNY:  OBJECTION, YOUR HONOR.

15   CALLS FOR A LEGAL CONCLUSION FROM THIS WITNESS.

16        MR. VERHOEVEN:  YOUR HONOR, ON DIRECT THE

17   WITNESS TESTIFIED TO THE EXACT QUESTION WITH

18   RESPECT TO OTHER APPLE PHYSICAL EXHIBITS --

19        MR. MCELHINNY:  NO, WE'RE --

20        MR. VERHOEVEN:  -- IN TESTIMONY ELICITED

21   BY MR. MCELHINNY.

22        MR. MCELHINNY:  THE WORD "EMBODIMENT,"

23   WHICH IS A LEGAL WORD, WAS NEVER USED IN ANY

24   QUESTION THAT I ASKED.

25        THE COURT:  WHY DON'T YOU REPHRASE THE

```
 1    QUESTION, PLEASE?

 2    BY MR. VERHOEVEN:

 3    Q    THE SPECIFIC PHYSICAL MODEL, APPLE MODEL 035,

 4    IS THE SAME MODEL OR MOCK-UP APPEARS IN PHOTOGRAPHS

 5    THAT WERE SUBMITTED TO THE PATENT OFFICE TOGETHER

 6    WITH THE '889 PATENT APPLICATION?  ISN'T THAT TRUE,

 7    SIR?

 8              MR. MCELHINNY:  AGAIN, THAT LACKS

 9    FOUNDATION FROM THIS WITNESS, YOUR HONOR.

10              THE COURT:  IF YOU KNOW, SIR, GO AHEAD.

11              AND IF YOU COULD LAY THE FOUNDATION.

12              BUT IF YOU KNOW, SIR, YOU CAN ANSWER.

13              THE WITNESS:  YOU -- COULD YOU REPEAT THE

14    QUESTION?  YOU WERE ASKING ABOUT PHOTOGRAPHS WITH

15    THE PATENT APPLICATION?

16    BY MR. VERHOEVEN:

17    Q    YOU'RE AWARE THAT PHOTOGRAPHS WERE TAKEN OF

18    THE APPLE MODEL 035; RIGHT?

19    A    I SEE PHOTOGRAPHS OF 035.

20    Q    AND THOSE PHOTOGRAPHS WERE SUBMITTED TO THE

21    PATENT OFFICE AS PART OF THE PROSECUTION OF WHAT

22    BECAME THE '889 PATENT; ISN'T THAT TRUE, SIR?

23    A    I DON'T RECALL THE SPECIFICS OF SUCH AN

24    ATTACHMENT.

25    Q    WELL, YOU'RE AN INVENTOR ON THE PATENT; RIGHT?
```

```
 1              MR. MCELHINNY:  ARGUMENTATIVE, YOUR

 2     HONOR.

 3              THE COURT:  OVERRULED.

 4              YOU CAN ANSWER.  GO AHEAD.

 5              THE WITNESS:  YES, I AM.

 6     BY MR. VERHOEVEN:

 7     Q    IN YOUR --

 8              JUST ONE SECOND, YOUR HONOR.

 9              (DISCUSSION OFF THE RECORD BETWEEN

10     DEFENSE COUNSEL.)

11     BY MR. VERHOEVEN:

12     Q    ALL RIGHT.  WOULD YOU AGREE WITH ME, SIR, THAT

13     APPLE MODEL 035 INCORPORATES THE '889 DESIGN?

14     A    I BELIEVE THAT THE '889 PATENT REPRESENTS THIS

15     DESIGN.

16     Q    OKAY.  NOW, YOU TESTIFIED AT THE END OF YOUR

17     DIRECT TESTIMONY ABOUT SAMSUNG PHONES.

18     A    CORRECT.

19     Q    YOU'VE SEEN THE FOUR SOFT BUTTONS AT THE

20     BOTTOM OF SAMSUNG PHONES?

21     A    WOULD YOU LIKE TO SHOW ME WHAT YOU MEAN?

22     Q    WELL, YOU'RE THE ONE WHO TESTIFIED ON DIRECT

23     ALL ABOUT HOW IT WAS A RIP OFF.  DO YOU REMEMBER --

24              MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.

25     BY MR. VERHOEVEN:
```

529

1    Q    DO YOU REMEMBER, SIR, LOOKING AT SOFT BUTTONS

2    AT THE BOTTOM OF THE SAMSUNG PHONES?

3              MR. MCELHINNY:  OBJECTION, YOUR HONOR.

4    THAT'S NOT A QUESTION.  HE'S ARGUING WITH THE

5    WITNESS.

6              THE COURT:  OVERRULED.

7              YOU CAN ANSWER.

8              THE WITNESS:  COULD YOU REPEAT THE

9    QUESTION, PLEASE?

10   BY MR. VERHOEVEN:

11   Q    DO YOU REMEMBER, YES OR NO, WHEN YOU LOOKED AT

12   THE SAMSUNG PHONES TO FORM THE OPINION AND THE

13   TESTIMONY THAT YOU GAVE BEFORE THE JURY, WHETHER

14   THEY HAD FOUR SOFT BUTTONS AT THE BOTTOM?

15   A    I HAVE SEEN MANY SAMSUNG PHONES.  I DO NOT

16   REMEMBER THE EXACT DETAILS OF SOFTWARE BUTTONS.

17   Q    SO YOU DON'T REMEMBER WHETHER THEY HAD BUTTONS

18   ON THE BOTTOM?

19   A    I -- LIKE I SAID, I'VE SEEN MANY SAMSUNG

20   PHONES.  I DO NOT KNOW THAT THEY'RE ALL THE SAME IN

21   TERMS OF THEIR BUTTON ARRANGEMENTS AT THE BOTTOM.

22   Q    HAVE YOU EVER SEEN ANY SAMSUNG PHONES THAT

23   HAVE FOUR SOFT BUTTONS AT THE BOTTOM?

24   A    I WOULD LIKE YOU TO SHOW ME THE PHONE.  THIS

25   COULD BE A TRICK QUESTION.  I DON'T KNOW.

530

```
 1    Q    I'M JUST ASKING YOU, HAVE YOU EVER SEEN A
 2    SAMSUNG PHONE THAT HAD FOUR SOFT BUTTONS AT THE
 3    BOTTOM?
 4    A    IF YOU SHOWED ME THE PHONE, I COULD DETERMINE
 5    THAT THERE ARE FOUR SOFT BUTTONS.
 6    Q    THAT'S NOT MY QUESTION, SIR.  MY QUESTION IS,
 7    HAVE YOU SEEN A SAMSUNG PHONE THAT HAD FOUR SOFT
 8    BUTTONS AT THE BOTTOM?
 9    A    I CANNOT RECALL IT IT'S THREE OR FOUR.  I
10    CANNOT RECALL.
11    Q    HAVE YOU SEEN ANY PHONE, ANY SMARTPHONE THAT
12    HAD FOUR SOFT BUTTONS AT THE BOTTOM?
13    A    QUITE POSSIBLY.
14    Q    DID YOU THINK THEY WERE BEAUTIFUL?
15    A    CLEARLY THEY DID NOT STICK IN MY MIND.
16    Q    NOW, YOU TESTIFIED ON DIRECT ABOUT BUTTONS AND
17    HOW SOMETIMES YOU MIGHT DO 50 DIFFERENT MODELS OF A
18    BUTTON.  DO YOU REMEMBER THAT?
19    A    THAT'S CORRECT.
20    Q    HOW MANY MODELS DID YOU DO OF THE HOME BUTTON?
21    A    I COULD NOT GIVE YOU AN EXACT NUMBER, BUT I'M
22    SURE THERE WERE MANY.
23    Q    OVER TEN?
24    A    VERY LIKELY.
25    Q    OVER 100?
```

531

1    A    MAYBE NOT.

2    Q    WHAT'S YOUR BEST ESTIMATE?

3    A    I WILL NOT ESTIMATE BECAUSE I DO NOT KNOW.

4    Q    DID YOU WORK ON THE DIFFERENT MODELS OF THE

5    HOME BUTTON?

6    A    YES.

7    Q    AND WHY WERE THERE SO MANY MODELS OF THE HOME

8    BUTTON DONE?

9    A    TO GET IT EXACTLY RIGHT.

10   Q    BECAUSE SMALL DETAILS MATTER; RIGHT?

11   A    ABSOLUTELY.

12   Q    AS AN APPLE INDUSTRIAL DESIGNER, YOU TESTIFIED

13   ABOUT THE WORK YOU DID TO COME UP WITH YOUR DESIGNS

14   ON DIRECT.

15         DO YOU REMEMBER THAT?  YOU TESTIFIED

16   GENERALLY ABOUT SITTING AROUND THE KITCHEN TABLE

17   AND ALL THAT.

18   A    YES.

19   Q    ONE OF THE THINGS THAT YOU ALSO DO AS AN

20   INDUSTRIAL DESIGNER IS YOU PAY ATTENTION TO MOBILE

21   PHONES AND SMARTPHONES MANUFACTURED AND SOLD BY

22   YOUR COMPETITORS, DON'T YOU?

23   A    ON OCCASION WE PAY SOME ATTENTION.

24   Q    YOU ACTUALLY GET COMPETITIVE ANALYSES DONE AND

25   REVIEW THOSE OF YOUR COMPETITION, DON'T YOU?

1

2

3

4                          CERTIFICATE OF REPORTER

5

6

7

8               I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21                   /S/

                  _____
22                LEE-ANNE SHORTRIDGE, CSR, CRR
                  CERTIFICATE NUMBER 9595
23

24                DATED:  JULY 31, 2012

25