Proctor Declaration

EXHIBIT 14

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
6  CORPORATION,                )
                               )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,       )
                               )  AUGUST 17, 2012
8         VS.                  )
                               )  VOLUME 11
9  SAMSUNG ELECTRONICS CO.,    )
   LTD., A KOREAN BUSINESS     )  PAGES 3387-3711
10 ENTITY; SAMSUNG             )
   ELECTRONICS AMERICA,        )
11 INC., A NEW YORK            )
   CORPORATION; SAMSUNG        )
12 TELECOMMUNICATIONS          )
   AMERICA, LLC, A DELAWARE    )
13 LIMITED LIABILITY           )
   COMPANY,                    )
14                             )
              DEFENDANTS.      )
15 _____

16        TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE LUCY H. KOH
17        UNITED STATES DISTRICT JUDGE

18

19

20        APPEARANCES ON NEXT PAGE

21

22

23 OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24                         IRENE RODRIGUEZ, CSR, CRR
                           CERTIFICATE NUMBER 8074
25

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                   BY:  HAROLD J. MCELHINNY
 3                                  MICHAEL A. JACOBS
                                    RACHEL KREVANS
 4                            425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
      APPLE:               HALE AND DORR
 7                           BY:  WILLIAM F. LEE
                            60 STATE STREET
 8                          BOSTON, MASSACHUSETTS  02109

 9                           BY:  MARK D. SELWYN
                            950 PAGE MILL ROAD
10                          PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:   QUINN, EMANUEL, URQUHART,
                           OLIVER & HEDGES
12                           BY:  CHARLES K. VERHOEVEN
                            50 CALIFORNIA STREET, 22ND FLOOR
13                          SAN FRANCISCO, CALIFORNIA  94111

14                           BY:  VICTORIA F. MAROULIS
                                  KEVIN P.B. JOHNSON
15                          555 TWIN DOLPHIN DRIVE
                            SUITE 560
16                          REDWOOD SHORES, CALIFORNIA  94065

17                           BY:  MICHAEL T. ZELLER
                                  WILLIAM C. PRICE
18                          865 SOUTH FIGUEROA STREET
                            10TH FLOOR
19                          LOS ANGELES, CALIFORNIA  90017

20

21

22

23

24

25
```

3389

<pre>
 1                    INDEX OF WITNESSES

 2      PLAINTIFF'S REBUTTAL

 3      HYONG KIM
             DIRECT EXAM BY MR. LEE (RES.)     P. 3414
 4           CROSS-EXAM BY MR. VERHOEVEN       P. 3432
             REDIRECT EXAM BY MR. LEE          P. 3434
 5      EDWARD KNIGHTLY
             DIRECT EXAM BY MR. MUELLER        P. 3435
 6           CROSS-EXAM BY MR. VERHOEVEN       P. 3462
             REDIRECT EXAM BY MR. MUELLER      P. 3464
 7      SUSAN KARE
             DIRECT EXAM BY MS. KREVANS        P. 3465
 8           CROSS-EXAM BY MR. VERHOEVEN       P. 3474
        MICHAEL WALKER
 9           DIRECT EXAM BY MR. MUELLER        P. 3477
             CROSS-EXAM BY MR. VERHOEVEN       P. 3516
10           REDIRECT EXAM BY MR. MUELLER      P. 3526
        RICHARD DONALDSON
11           DIRECT EXAM BY MR. MUELLER        P. 3531
        SEUNG-HO AHN
12           VIDEOTAPED DEPOSITION PLAYED      P. 3547
        JUN WON LEE
13           VIDEOTAPED DEPOSITION PLAYED      P. 3548
        JANUSZ ORDOVER
14           DIRECT EXAM BY MR. MUELLER        P. 3569
        PETER BRESSLER
15           DIRECT EXAM BY MS. KREVANS        P. 3589
             CROSS-EXAM BY MR. VERHOEVEN       P. 3608
16      KARAN SINGH
             DIRECT EXAM BY MR. JACOBS         P. 3614
17      RAVIN BALAKRISHNAN
             DIRECT EXAM BY MR. JACOBS         P. 3629
18
        DEFENDANT'S SURREBUTTAL
19
        DAVID TEECE
20           DIRECT EXAM BY MS. MAROULIS       P. 3643
             CROSS-EXAM BY MR. LEE             P. 3651
21
        TIM WILLIAMS
22           DIRECT EXAM BY MR. VERHOEVEN      P. 3656
             CROSS-EXAM BY MR. LEE             P. 3660
23
        WOODWARD YANG
24           DIRECT EXAM BY MR. VERHOEVEN      P. 3665
             CROSS-EXAM BY MR. LEE             P. 3670
25
</pre>

INDEX OF EXHIBITS

                                    MARKED          ADMITTED

PLAINTIFF'S

| Exhibit | Admitted |
|---|---|
| 100 | 3425 |
| 104 | 3431 |
| 1060 | 3450 |
| 97 | 3454 |
| 2277 | 3469 |
| 2278 | 3472 |
| 74 | 3486 |
| 1085 | 3499 |
| 101 | 3501 |
| 72 | 3502 |
| 84 | 3504 |
| 122 | 3507 |
| 193 | 3510 |
| 1084 | 3511 |
| 70 | 3512 |
| 81 | 3541 |
| 1078 | 3603 |
| 1048 & 1049 | 3628 |
| 1047 | 3636 |
| 1066 | 3672 |

DEFENDANT'S

| Exhibit | Admitted |
|---|---|
| 613 | 3519 |
| 549 | 3522 |

1608

```
1    A    IN MY EXPERIENCE AS A DESIGNER, A DESIGN

2    COMING OUT DOESN'T HAVE THAT KIND OF IMPACT UNLESS

3    IT'S TRULY UNIQUE AND NOT OBVIOUS.

4              MS. KREVANS:  NOTHING FURTHER, YOUR

5    HONOR.

6              THE COURT:  ALL RIGHT.  THE TIME IS NOW

7    2:13.  GO AHEAD, PLEASE.

8              MR. VERHOEVEN:  THANK YOU, YOUR HONOR.

9              CAN WE PUT UP SDX 3927.001.

10                     CROSS-EXAMINATION

11   BY MR. VERHOEVEN:

12   Q    THIS IS A SLIDE WE LOOKED AT EARLIER WHEN I

13   WAS CROSS-EXAMINING YOU?

14             MS. KREVANS:  OBJECTION, YOUR HONOR.

15             MR. VERHOEVEN:  YOUR HONOR, IF WE'RE

16   GOING TO HAVE OBJECTIONS TO A SLIDE THAT'S ALREADY

17   BEEN USED AND TAKING MY TIME.

18             THE COURT:  GO AHEAD, OVERRULED.

19             MS. KREVANS:  YOUR HONOR, IF I MAY --

20             MR. VERHOEVEN:  CAN THIS GO OUT OF THEIR

21   TIME, YOUR HONOR.

22             THE COURT:  OVERRULED.  GO, PLEASE.

23             MR. VERHOEVEN:  THANK YOU.

24   Q    THIS IS A SLIDE I ASKED YOU ABOUT LAST TIME

25   YOU TESTIFIED; RIGHT?
```

1    A    CORRECT.

2    Q    AND ON THE LEFT WE HAVE THESE PRIOR ART

3    REFERENCES AND WE HAVE THE LG PRADA, DO YOU SEE

4    THAT?

5    A    I SEE THAT.

6    Q    ALL THESE PRIOR ART DEVICES HAVE A RECTANGULAR

7    SHAPE WITH ROUNDED CORNERS; RIGHT?

8    A    THAT'S WHAT I SAID LAST TIME, USE.

9    Q    THE USE OF A RECTANGULAR SHAPE WITH ROUNDED

10    CORNERS FOR AN ELECTRONIC DEVICE, THAT'S NOT

11    SOMETHING APPLE OWNS, IS IT, SIR?

12    A    THAT GENERAL DESCRIPTION CERTAINLY IS NOT.

13    THE SPECIFIC DESIGN THAT THEY PRODUCED IS.

14    Q    THAT ELEMENT IS NOT SOMETHING THAT APPLE OWNS,

15    IS IT, SIR?

16    A    I'M NOT SURE I UNDERSTAND THE QUESTION.

17    Q    RECTANGULAR SHAPE WITH ROUNDED CORNERS, DOES

18    APPLE OWN THAT?

19    A    APPLE OWNS A -- THE DESIGN OF THE PHONE WITH A

20    RECTANGULAR SHAPE AS DEPICTED IN THEIR PATENT WITH

21    ROUNDED CORNERS.

22    Q    CAN WE PLAY MR. BRESSLER'S APRIL 24TH, 2000

23    TELEPHONE DEPOSITION, PAGE 176, LINES 18 THROUGH

24    85.

25         (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

```
1    OPEN COURT OFF THE RECORD.)

2    BY MR. VERHOEVEN:

3    Q    AND THE USE OF A LARGE -- GO BACK TO THE

4    SLIDE, PLEASE.  EACH OF THESE HAS A LARGE DISPLAY

5    SCREEN; RIGHT?

6    A    THEY'RE DIFFERENT SIZES.

7    Q    BUT THEY'RE ALL LARGE DISPLAY SCREENS, AREN'T

8    THEY, SIR?

9    A    COMPARED TO WHAT?

10   Q    YOU DON'T CONCEDE THESE ARE LARGE DISPLAY

11   SCREENS?

12   A    I WOULD SAY SOME OF THEM ARE LARGE AND SOME OF

13   THEM ARE NOT, YES.

14   Q    WHICH ONE IS NOT LARGE?

15   A    THE 547 I DO NOT BELIEVE IS AS LARGE AS THE

16   '087.

17   Q    OKAY.  SO THESE THREE AT LEAST YOU'LL AGREE

18   ARE LARGE, THE JP'638, JP'383, AND THE LG PRADA?

19   A    THEY ARE LARGE RELATIVE TO THE DESIGNS THEY'RE

20   IN, YES.

21   Q    THE USE OF A LARGE DISPLAY SCREEN ON AN

22   ELECTRONIC DEVICE IS NOT SOMETHING THAT'S

23   PROPRIETARY TO APPLE, IS IT, SIR?

24   A    I'M SORRY.  THE WAY YOU'RE ASKING THAT

25   QUESTION IS NOT APPROPRIATE TO THE EVALUATION I
```

1611

```
 1    DID.

 2    Q    LET'S PLAY YOUR DEPOSITION, APRIL 24TH, 2012,

 3    PAGE 177, LINES 1 THROUGH 5.

 4              (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

 5    OPEN COURT OFF THE RECORD.)

 6    BY MR. VERHOEVEN:

 7    Q    NOW, THAT WAS TRUE TESTIMONY WHEN YOU GAVE IT

 8    AT YOUR DEPOSITION, WASN'T IT, SIR?

 9    A    AS I UNDERSTAND THE QUESTIONS AT THE TIME,

10    YES.

11    Q    NOW, WHEN YOU'RE LOOKING AT THE '889 PATENT,

12    THE TABLET DESIGN PATENT -- ARE YOU WITH ME?

13    A    I AM.

14    Q    YOU NOTICED A LOT OF LITTLE DIFFERENCES;

15    RIGHT?

16    A    A LOT OF LITTLE DIFFERENCES OF WHAT?

17    Q    IN THE FIDLER TABLET VERSUS THE '889?

18    A    I THOUGHT THEY WERE SUBSTANTIAL DIFFERENCES.

19    Q    AND, IN FACT, WHEN YOU COMPARED THE '888 TO

20    THE INITIAL IPAD, IT WAS YOUR BELIEF IT'S NOT AN

21    EMBODIMENT, RIGHT?

22    A    BECAUSE OF THE SHAPE.

23    Q    SO YOU DIDN'T THINK IT WAS AN EMBODIMENT OF

24    THE '889 PATENT; RIGHT?

25    A    THAT REALLY HAS NOT BEEN PART OF MY
```

1    EVALUATION.

2    Q    IS THAT YOUR OPINION?

3    A    NO.

4    Q    OKAY.  LET'S PLAY FROM YOUR DEPOSITION, APRIL

5    24TH, 2012, PAGE 121, LINES 6 THROUGH 13.

6              (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

7    OPEN COURT OFF THE RECORD.)

8              MR. VERHOEVEN:  I'LL JUST READ IT, BUT I

9    DON'T THINK THEY WOULD SEE THEM AS BEING

10   SUBSTANTIALLY THE SAME.

11   Q    YOU SAID THAT, RIGHT, IN ANSWER TO THAT

12   QUESTION AT YOUR DEPOSITION?

13   A    I DID.  AND I SAID THE WORD SIGNIFICANT

14   SIMILARITIES.

15   Q    BUT DID YOU NOT THINK THEY WERE SUBSTANTIALLY

16   THE SAME.  WAS THAT A MISTAKE AT YOUR DEPOSITION?

17   A    NO, THAT'S WHAT I SAID.

18   Q    OKAY.  AND YOU STAND BY IT?

19   A    I BELIEVE THAT THE BACK OF THE ORIGINAL IPAD

20   DOES NOT HAVE THE SAME SHAPES THAT THE '889

21   SUGGESTS.

22   Q    YOU AGREE THAT YOU APPLIED THE SAME TEST FOR

23   INVALIDITY AS YOU APPLY FOR INFRINGEMENT, YOU APPLY

24   THE ORDINARY OBSERVER TEST; RIGHT, SIR?

25   A    I APPLIED THE ORDINARY OBSERVER TEST, IF, IN

```
 1    FACT, I FOUND IN THE CONSTRUCTIONS THAT AS A

 2    DESIGNER OF THE ORDINARY SKILL I FELT WERE CLOSE TO

 3    OR PRIMARY REFERENCES FOR THE PATENTS, AND I --

 4    Q    SO IF?

 5    A    I DON'T BELIEVE ANY OF THEM ARE.

 6    Q    IF LITTLE DETAILS LIKE THE BEZEL WIDTH OR THE

 7    LOCATION OF THE SPEAKER ARE IMPORTANT FOR

 8    INVALIDITY, THEY'RE JUST AS IMPORTANT FOR

 9    NON-INFRINGEMENT, AREN'T THEY, SIR?

10    A    YES.  BUT I BELIEVE IT ALL COMES DOWN TO THE

11    OVERALL IMPRESSION.

12              MR. VERHOEVEN:  THANK YOU, SIR.

13              PASS THE WITNESS.

14              THE COURT:  ALL RIGHT.  2:18.

15              MS. KREVANS:  NO REDIRECT YOUR HONOR.

16              THE COURT:  ALL RIGHT.  IS THIS WITNESS

17    EXCUSED AND NOT SUBJECT TO RECALL.

18              MS. KREVANS:  HE IS EXCUSED AND NOT

19    SUBJECT TO RECALL.

20              THE COURT:  ALL RIGHT.  YOU ARE EXCUSED.

21              THE WITNESS:  THANK YOU.

22              THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

23                        KARAN SINGH,

24    BEING CALLED AS A WITNESS ON BEHALF OF THE

25    PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS
```

```
 1     EXAMINED AND TESTIFIED AS FOLLOWS:

 2               THE WITNESS:  I DO.

 3               THE CLERK:  THANK YOU.  PLEASE BE SEATED.

 4               MR. JACOBS:  YOUR HONOR, APPLE CALLS DR.

 5     KARAN SINGH IN REBUTTAL.

 6               THE COURT:  OKAY.  TIME IS 2:18.  GO

 7     AHEAD, PLEASE.

 8                    DIRECT EXAMINATION

 9     BY MR. JACOBS:

10     Q    WELCOME BACK, DR. SINGH.  THE JURY HEARD

11     WEDNESDAY FROM A MR. GRAY ON BEHALF OF SAMSUNG THAT

12     LAUNCHTILE AND AGNETTA, A PATENT WITH AGNETTA AS

13     THE INVENTOR, EACH OF THEM SEPARATELY ANTICIPATE

14     CLAIM 50 OF THE '163 PATENT.

15               ARE YOU AWARE OF THAT TESTIMONY?

16     A    SURE.  I WAS IN COURT.  I READ HIS TRANSCRIPT.

17     I SAW THE SLIDES.

18     Q    DO YOU AGREE WITH MR. GRAY?

19     A    NO, I DO NOT.

20     Q    AND BEFORE WE GET INTO THE DETAILS, LET'S TAKE

21     KIND OF A HIGH LEVEL LOOK AT THIS.  ARE CLAIM 50 OF

22     THE '163 PATENT ON ONE HAND AND LAUNCHTILE AND

23     AGNETTA, THE REFERENCES MR. GRAY TALKED ABOUT, ARE

24     THEY EVEN DIRECTED TO THE SAME PROBLEM?

25     A    NO, NOT AT ALL.  ONE, THE '163 DEALS WITH
```

1    FACILITATING THE NAVIGATION AND READABILITY OF THE

2    STRUCTURED ELECTRONIC DOCUMENTS, LIKE WEB PAGES.

3    IF WE LOOK AT THE VIDEO OF THE '163 ON THE APPLE

4    IPHONE AGAIN, YOU SEE TAPPING ON BOXES.

5              AND THEN THIS ENTIRE DOCUMENT BEING

6    ENLARGED AND CENTERED TO IMPROVE THE READABILITY OF

7    THAT DOCUMENT.

8              LAUNCHTILE AND AGNETTA, ON THE OTHER

9    HAND, DEAL WITH A COMPLETELY DIFFERENT PROBLEM,

10   WHICH IS INTERACTING WITH AND LAUNCHING APPLICATION

11   ICONS, SORT OF LIKE THE APPLICATION ICONS FOR

12   LAUNCHING PROGRAMS THAT YOU SEE ON A COMPUTER DESK

13   TOP.

14   Q    SO DO LAUNCHTILE AND AGNETTA ENLARGE AND

15   TRANSLATE A STRUCTURED ELECTRONIC DOCUMENT?

16   A    NO, NOT AT ALL.  AND CERTAINLY NOT THE WAY THE

17   '163 TALKS ABOUT.  THEY ESSENTIALLY REPLACE THE

18   CONCEPT.  THEY PROVIDE DIFFERENT CONTENT.

19   Q    SO DO -- DOES LAUNCHTILE DISCLOSE INSTRUCTIONS

20   FOR DISPLAYING AT LEAST A PORTION OF A STRUCTURED

21   ELECTRONIC DOCUMENT?

22   A    UM --

23   Q    CAN WE HAVE PDX 29.29, PLEASE?

24   A    NO, THEY DON'T.  JUST LOOKING AT THE CLAIM

25   ELEMENTS OVER HERE, LAUNCHTILE, AND AGNETTA,

1

2

3

4                    CERTIFICATE OF REPORTERS

5

6

7

8           WE, THE UNDERSIGNED OFFICIAL COURT

9   REPORTERS OF THE UNITED STATES DISTRICT COURT FOR

10  THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11  FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12  CERTIFY:

13          THAT THE FOREGOING TRANSCRIPT,

14  CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15  CORRECT TRANSCRIPT OF OUR SHORTHAND NOTES TAKEN AS

16  SUCH OFFICIAL COURT REPORTERS OF THE PROCEEDINGS

17  HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18  TRANSCRIPTION TO THE BEST OF OUR ABILITY.

19

20                      /S/
                        _____
21                      LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
22

23                      /S/
                        _____
24                      IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8074
25
                        DATED:  AUGUST 17, 2012