Proctor Declaration

# EXHIBIT 17

# *Samsung's Use of Apple Patents in Smartphones*

**PLAINTIFF'S EXHIBIT NO.  52**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

1

Highly Confidential -

Attorneys' Eyes Only

APLNDC00001103

## *Key issues*

- Samsung is a key Apple partner

- The Android software platform makes extensive use of Apple intellectual property ... without Apple's permission

  - Android is designed to lead companies to imitate the iPhone product design and strategy

- Samsung's choice to use Android without a license undermines Samsung's greater relationship with Apple



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

2

## *Apple Patents*

- Large worldwide patent portfolio on computing technology
  - Over 3500 US patents
  - Worldwide coverage for many key patents
- Tracks Apple's 35 years of leadership in personal and mobile computing and communications
- Definitive patent portfolio for industry --
  - Modern computing and consumer electronics hardware
  - Internet architecture and services
  - Modern software - OS, applications, and user interface



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

3

Highly Confidential -
Attorneys' Eyes Only

# *Apple: 35 Years of Market Leading Innovation*



*Confidential \* Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

4

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001106

# *Apple Patents: General Computing*

- Apple patents broadly cover general computing technologies used in all modern computing devices and consumer electronics

  - Core processor technologies

  - High speed internal buses and peripheral device buses

  - Graphics processors

  - Networking and communications

  - Power management

  - Mechanical and input technologies



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

5

Highly Confidential -
Attorneys' Eyes Only

## *Apple Patents: Internet architecture and services*

- Apple patents are essential to modern Internet-enabled devices and services

  - Dynamic web page generation

  - Persistent objects in a web page

  - Object/ relational database mapping

  - Location based services

  - Mobile computer IP address assignment

  - Media and application store services

  - Multimedia format and delivery



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

6

Highly Confidential -
Attorneys' Eyes Only

## *Apple Patents: Software*

- Apple has definitive patents on modern operating systems and applications architecture

  - Operating systems and basic software architecture

  - Graphics

  - User Interface

  - Multimedia processing

  - Networking and communication

  - Object oriented software

  - Development technologies



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

7

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001109

# *Convergence In Modern Smartphones*



### *Apple core computing*

Apple core computing technologies for modern and mobile computing developed over 20 years on desktop and laptop computer platform

- Modern, real computing platform
- Extensible, programmable OS
- Software application platform
- Advanced, friendly user interface
- Graphics and multimedia
- Component-based architecture with component links
- Internet and network technology

### *Basic telephony*

Basic network interface -- industry-standardized air interface (least common denominator) and data format









### *Apple advanced features*

Apple's iPod and iPhone innovations have defined the standard for modern high-end consumer devices

- Multitouch user interface
- Apps and App Store
- iTunes media store and media player
- Real Web and Web services
- Advanced sensors and device context
- Service-oriented offering

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

8



Highly Confidential -
Attorneys' Eyes Only

APLNDC00001110

# *Samsung Smartphone Sales*

**Samsung Smartphones (2009)**
**Total: 5,872,000**



**2%**

**Samsung Phones (2009)**
**Total: 235,772,000**



Samsung Smartphones by OS

■ Window Mobile   ▨ Symbian   ■ Android   ▨ 7|E

Source : HMC Investment Securities

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

9

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001111

## *Apple Patents and Android*

- Apple has identified dozens of examples where Android is using or encouraging others to use Apple patented technology

- Many more Apple patents are relevant to the Android platform

- Apple has not authorized the use of any of these patents

- Limited examples to follow



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential -
Attorneys' Eyes Only

# *Android Architecture*







*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

11

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.12

# *Apple Patents Infringed by Android Runtime*

*Example Apple patents infringed by Samsung phones using Android runtime*



- U.S. 6,424,354 (EP, JP)*  - Interest-based notification
- U.S. 5,481,721* - Dynamic binder
- U.S. 5,519,867*- Object oriented multitasking
- U.S. 6,275,983 (EP, JP, CN)* - Wrapper loader
- U.S. 5,367,633 (EP, JP) - OO notification framework
- U.S. 5,566,337 (EP, JP)* - Event handling
- U.S. 5,915,131 (EP)* - Tailored distinct IO APIs
- U.S. 5,969,705* - Background event handling
- U.S. 6,684,261 (EP, JP, CN) - OO operating system
- U.S. 5,379,432 (EP, JP, CN) - Wrappers
- U.S. 7,380,116 (JP) - Real-time display adaptation
- U.S. 6,067,577 - Dynamic resolution
- U.S. 5,911,067 - Application switching
- U.S. 5,911,069 - Exception handling
- U.S. 5,404,529 - IPC Wrapper
- U.S. 5,473,777 - VM Wrapper
- U.S. 5,475,845 (EP, JP, CN) - Wrapper system

\* Asserted against HTC in Pending Litigations

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*



Highly Confidential -
Attorneys' Eyes Only

APLNDC00001114

# *Apple Patents Infringed by Android Libraries*

*Example Apple patents infringed by Samsung phones using Android libraries*



- U.S. 6,343,263 (EP)* - Realtime signal processing APIs
- U.S. 5,920,726* - OS camera management
- U.S. 7,281,212 - Multi-track media
- U.S. 7,043,694 - Multi-track media
- U.S. 5,379,129 - Compositing images
- U.S. 5,404,447 (GB) - Manipulating pixel streams
- U.S. 7,292,636 (EP,CN,JP) - Processing a video picture
- U.S. 6,757,438 -  Video compression
- U.S. 6,728,315 (EP,CN,JP) - Digital video encoding
- U.S. 5,828,904 - Synchronizing data retrieval
- U.S. 6,098,126 - Synchronizing data retrieval

* Asserted against HTC in Pending Litigations



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

13

# _Apple Patents Infringed by Android Application Framework_

_Example Apple patents infringed by Samsung phones using Android application framework_



- U.S. 5,455,599 (EP, JP)* - OO graphics framework
- U.S. 7,362,331 (EP, JP)* - Non-linear animation of GUI
- U.S. 6,031,532 - Composite images
- U.S. 5,929,852 (EP)* - Network widget
- U.S. 6,344,855 (EP) - Encapsulated entity
- U.S. RE39,486 (EP)*- Extensible NW component system
- U.S. 7,469,381* - Scrolling with bounce and snapback
- U.S. 6,259,446 (EP, JP) - Menu system
- U.S. 6,593,947 - OO image rendering
- U.S. 6,956,564 (EP, CN) - Tilt-based display mode
- U.S. 5,764,218 - Touch gesture control
- U.S. 5,469,194 - Orientation-aware touch interface
- U.S. RE41,088 - Orientation of captured image
- U.S. 6,282,646 - Adaptive display configuration
- U.S. 7,003,260 - Database programs for handhelds
- U.S. 5,455,854 (EP) - Telephony system
- U.S. 7,084,859 - Tactile touch screen
- U.S. 5,880,729 (EP, JP) - Animated transitions
- U.S. 5,196,838 - Autoscrolling

\* Asserted against HTC in Pending Litigations



_Confidential * Provided for Information and Business Settlement Purposes Only_
_Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice_

14

Highly Confidential -
Attorneys' Eyes Only

# _Apple Patents Infringed by Android Applications Layer_

_Example Apple patents infringed by Samsung phones using Android standard applications_



- U.S. 7,657,849 (EP, JP)* - Swipe to unlock
- U.S. 5,946,647* - Data detectors
- U.S. 7,479,949*- Multiple distinct touch heuristics
- U.S. 7,602,378 - Selective soft keypad
- U.S. 5,128,672 (JP) - Dynamic predictive keyboard
- U.S. 6,236,396 - Calendar data entry
- U.S. 7,479,971 - Automatic window scrolling
- U.S. 5,612,719 - Gesture sensitive buttons
- U.S. 7,669,134 - Messaging UI
- U.S. 6,072,489 - Translucent user interfaces
- U.S. 5,949,432 - Translucent user interfaces
- U.S. 5,544,358 - Card/ list view for contacts
- U.S. 5,446,882 - Card/ list views for contacts
- U.S. 5,603,053 - Pop-up interactive tools
- U.S. 6,493,002 - Status bar

 * Asserted against HTC in Pending Litigations

_Confidential * Provided for Information and Business Settlement Purposes Only_
_Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice_

15

Highly Confidential -
Attorneys' Eyes Only

# *Apple Patents Infringed by Android Ecosystem*

*Example Apple patents infringed by Android phones offering Android loadable apps, Internet services and ecosystem*



- U.S. 7,421,690 - Threaded email
- U.S. 5,926,190 - Virtual reality images
- U.S. 7,187,997 - LBS
- U.S. 7,710,290 - Invocable speed reference
- U.S. 7,003,260 - Database programs for handheld
- U.S. 5,555,369 - SDK with device emulator
- U.S. 5,572,582 (EP) - Teleconference communication
- U.S. 6,910,052 - Software update
- U.S. 6,430,576 - Software update
- U.S. 7,584,468 - Software update
- U.S. 7,660,831 (EP) - Data synchronization
- U.S. 5,710,922 - Last-time altered sync
- U.S. 6,253,228 (EP) - Package-based sync
- U.S. 6,947,967 (EP) - Package-based sync



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

16

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001118

# *Samsung Copying iPhone*





## Apple iPhone 4

## Samsung Galaxy S



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

17

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.18

# Samsung Copying iPhone











## Apple iPhone 4                    Samsung Galaxy S



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

18

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001120

# *Samsung Copying iPhone*







## Apple iPhone 4                    Samsung Galaxy S

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

19

Highly Confidential -
Attorneys' Eyes Only

# *Macworld 2007 - January 9 ,2007*



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

20

Plaintiff's Exhibit No. 52.21

# *Android Phones*



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

21

Plaintiff's Exhibit No. 52.22

# Samsung's Bada Platform









*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

22

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001124

## *Key issues*

- Samsung is a key Apple partner

- The Android platform is causing Samsung to unfairly use Apple's intellectual property to undermine and imitate iPhone

    - Symbian and Bada also using Apple patents

- Samsung needs a license to continue to use Apple patents in infringing smartphones



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

23

Highly Confidential -
Attorneys' Eyes Only