Proctor Declaration

# EXHIBIT 19

## DHChang-Samsung-Counters

| Designation | Source | ID |
|---|---|---|
| 157:2 - 157:3 | **Chang, Dong Hoon 2012-03-07 (00:00:15)**<br>157:2   Q. Did you ever consider any Apple patents when<br>157:3 you were designing the Galaxy phone? | DHChang-Samsung.1 |
| 157:8 - 157:10 | **Chang, Dong Hoon 2012-03-07 (00:00:18)**<br>157:8   A. When we were doing our design work, we never<br>157:9 thought that this looked like the iPhone, so we did not<br>157:10 take those things into -- | DHChang-Samsung.2 |
| 157:12 - 157:12 | **Chang, Dong Hoon 2012-03-07 (00:00:02)**<br>157:12   A. We did not consider those. | DHChang-Samsung.3 |
| 157:14 - 157:14 | **Chang, Dong Hoon 2012-03-07 (00:00:02)**<br>157:14   A. We did not consider anything like that. | DHChang-Samsung.4 |

Samsung Counters = 00:00:39
**Total Time = 00:00:39**

DEFENDANT'S EXHIBIT NO.
801
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc v. Samsung Elecs

Date Admitted _____ By: _____

2012-08-13                                                                 1/1