UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION ON NON-JURY CLAIMS, INCLUDING INDEFINITENESS** |

THE COURT, having considered Samsung's Motion on Non-Jury Claims, Including Indefiniteness, HEREBY ORDERS that judgment in favor of Samsung is GRANTED insomuch as:

(i) Claim 50 of Apple's '163 patent is invalid because it is indefinite;

(ii) Apple's D'889, D'305, D'677 and D'087 are invalid because they are indefinite;

(iii) The record does not provide requisite objective proof of willful infringement by Samsung; and

(iv) The asserted claims of Apple's design and utility patents are invalid as obvious.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge