| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com | WILLIAM F. LEE william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com | WILMER CUTLER PICKERING HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com | 60 State Street Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com | Telephone: (617) 526-6000 Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com | MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com | WILMER CUTLER PICKERING HALE AND DORR LLP |
| MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF GRANT L. KIM IN SUPPORT OF APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL, AND AMENDED JUDGMENT** |

I, Grant L. Kim, declare as follows:

1. I am an attorney in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and am competent to testify thereto. I make this declaration in support of Apple's Motion for Judgment as a Matter of Law, New Trial, and Amended Judgment.

2. Attached as **Exhibit A** is a true and correct copy of the cover page and pages 60 to 63 of the Corrected Public Non-Confidential Brief of Defendants-Appellees, which Samsung filed in the Federal Circuit on January 11, 2012. I appeared as counsel for Apple in this appeal. These pages include Samsung's argument that the Federal Circuit should affirm the denial of a preliminary injunction based on the D'889 patent on the alternative ground that Apple failed to show likely infringement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September, 2012 at San Francisco, California.

*/s/ Grant L. Kim*
Grant L. Kim

DECL. OF GRANT L. KIM IN SUPPORT OF APPLE'S MOT. FOR JMOL, NEW TRIAL, AND AMENDED JUDGMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3197693

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Grant L. Kim has concurred in this filing.

Dated: September 21, 2012       */s/ Michael A. Jacobs*
                                 Michael A. Jacobs

DECL. OF GRANT L. KIM IN SUPPORT OF APPLE'S MOT. FOR JMOL, NEW TRIAL, AND AMENDED JUDGMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3197693

2