QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND FOR AN ORDER PROHIBITING THE PARTIES FROM COMMUNICATING WITH JURORS**<br><br>Date:   December 6, 2012<br>Time:   1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

1          Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5          1.  Highlighted portions of Samsung's Notice of Motion and Motion for Judgment as a
6              Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil
7              Procedure 50 and 59 ("Samsung's Rules 50 and 59 Motion");
8          2.  The Declaration of Susan Estrich in Support of Samsung's Rule 50 and 59 Motion
9              ("Estrich JMOL Declaration");
10         3.  Exhibits A-O to the Estrich JMOL Declaration; and
11         4.  Exhibits 13, 14, 18, 19, and 28 to the Declaration of John Pierce in Support of
12             Samsung's Rules 50 and 59 Motion;

13  and for an order prohibiting the parties from any further communication with jurors who served
14  during the trial until the matters raised by this motion have been finally resolved.

15         The trial and the deliberations that led to the verdict have received extensive media
16  coverage.   (*See* Estrich JMOL Decl. Exs. A-O.)    Samsung believes that the publicity that will
17  surround this portion of the motion, and the details and legal issues presented here, have the
18  potential to subject all of the jurors to extra-judicial scrutiny and public criticism which they may
19  find unwelcome and intrusive.   Moreover, the integrity of future proceedings on this matter may
20  be compromised by further inquiries from the parties, the media and others, and attendant
21  publicity.   Samsung respectfully requests that in order to protect both the privacy of the jurors
22  and the integrity of the process, that portions of its Rules 50 and 59 Motion, the Estrich
23  Declaration, and Exhibits A-O thereto be sealed, and the parties ordered to have no further contact
24  with any of the jurors until the matters raised by the Rules 50 and 59 Motion have been finally
25  resolved.   *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006);
26  *Bryson v. United States*, 238 F.2d 657, 665 (9th Cir. 1956); *Muhammad v. Woodford*, 2008 WL
27  1734235, at *2 (E.D. Cal. April 11, 2008).
28

1    Exhibits 13, 14, 18, and 28 to the Pierce Declaration contain information Apple Inc.
2 ("Apple") has designated as confidential.    Exhibit 19 to the Pierce Declaration contains
3 information third-party Intel has designated as confidential.    Samsung expects that Apple and
4 Intel will file declarations pursuant to Civil L.R. 79-5(d) establishing good cause to permit filing
5 under seal.
6    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
7 for *in camera* review and served on all parties.

8
9 DATED: September 21, 2012        QUINN EMANUEL URQUHART &
10                                 SULLIVAN, LLP
11
12                        By   */s/ Susan R. Estrich*
13                           Charles K. Verhoeven
                             Kathleen M. Sullivan
14                           Kevin P.B. Johnson
                             Victoria F. Maroulis
15                           Susan R. Estrich
                             Michael T. Zeller
16                           Attorneys for SAMSUNG ELECTRONICS CO.,
                             LTD., SAMSUNG ELECTRONICS AMERICA,
17                           INC., and SAMSUNG
                             TELECOMMUNICATIONS AMERICA, LLC
18
19
20
21
22
23
24
25
26
27
28