UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND PROHIBITING THE PARTIES FROM COMMUNICATING WITH JURORS** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Notice of Motion and Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 ("Samsung's Rules 50 and 59 Motion") and the Declarations of Susan R. Estrich and John Pierce in Support of Samsung's Rules 50 and 59 Motion.

Samsung, Apple Inc. ("Apple"), and third-party Intel have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL AND PROHIBITING THE PARTIES FROM COMMUNICATING WITH JURORS

1     Accordingly, for good cause shown, the Court ORDERS that the following documents
2 shall be filed under seal:

3     1. Highlighted portions of Samsung's Notice of Motion and Motion for Judgment as a
4         Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil
5         Procedure 50 and 59 ("Samsung's Rules 50 and 59 Motion");
6     2. The Declaration of Susan Estrich in Support of Samsung's Rule 50 and 59 Motion
7         ("Estrich JMOL Declaration");
8     3. Exhibits A-O to the Estrich JMOL Declaration; and
9     4. Exhibits 13, 14, 18, 19, and 28 to the Declaration of John Pierce in Support of
10        Samsung's Rules 50 and 59 Motion.

11     The Court further ORDERS that that the parties shall have no further contact with any of
12 the jurors until the matters raised by Samsung's Rules 50 and 59 Motion have been finally
13 resolved.

15 **IT IS SO ORDERED.**

17 DATED:   _____, 2012

20                          Honorable Luch H. Koh
                             United States District Judge

02198.5185

-2-     Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND PROHIBITING THE PARTIES FROM COMMUNICATING WITH JURORS