Estrich Declaration

# EXHIBIT A

Filed Under Seal