# Estrich Declaration

# EXHIBIT B

# Filed Under Seal