Estrich Declaration

# EXHIBIT C

Filed Under Seal