Estrich Declaration

# EXHIBIT D

Filed Under Seal