Estrich Declaration

# EXHIBIT E

Filed Under Seal