# Estrich Declaration

# EXHIBIT F

# Filed Under Seal