Estrich Declaration

# EXHIBIT G

Filed Under Seal