Estrich Declaration

# EXHIBIT H

Filed Under Seal