# Estrich Declaration

# EXHIBIT I

# Filed Under Seal