Estrich Declaration

# EXHIBIT J

Filed Under Seal