# Estrich Declaration

# EXHIBIT K

# Filed Under Seal