# Estrich Declaration

# EXHIBIT L

# Filed Under Seal