Estrich Declaration

# EXHIBIT M

Filed Under Seal