# Estrich Declaration

# EXHIBIT N

# Filed Under Seal