Estrich Declaration

# EXHIBIT O

Filed Under Seal