# Wagner Declaration

# EXHIBIT B

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 1**
**Summary of Reductions**

| | Product(s) | Amount Before Reduction | Reason For Reduction | Amount of Reduction | Amount Remaining |
|---|---|---|---|---|---|
| [a] | 11 Phones (Design Patent Only) | $599,859,395 | Correct Notice Dates | $253,328,000 | $346,531,395 |
| [b] | 11 Phones (After Adjustment for Correct Notice Dates) | $346,531,395 | Profits Attributable to IP (5%) | $329,204,825 | $17,326,570 |
| [c] | 5 Phones (Design Patent & Trade Dress) | $381,683,562 | No Lost Profits | $70,034,295 | $311,649,267 |
| [d] | 5 Phones (After Adjustment for No Lost Profits) | $311,649,267 | Correct Notice Dates | $220,952,000 | $90,697,267 |
| [e] | 5 Phones (After Adjustment for No Lost Profits and Correct Notice Dates) | $90,697,267 | Profits Attributable to IP (5%) | $86,162,404 | $4,534,863 |
| [f] | Prevail | $57,867,383 | No Basis for Award of Samsung's Profits | $57,867,383 | $0 |

***Sources:***

*[a] Schedule 1B.*
*[b] [Amount Remaining] = 5% * [Amount Before Reduction]*
*[c] Schedule 1A.*
*[d] Schedule 1B.*
*[e] [Amount Remaining] = 5% * [Amount Before Reduction]*
*[f] Amended Verdict Form (Dkt. No. 1931).*

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 1A**
**Adjustment For No Lost Profits**

| Products | Jury Award | Samsung's Profits Sought by Apple in PX25A1.5 | Jury Adjustment Factor | 40% of Samsung's Profits Sought by Apple in PX25A1.5 | Amount of Reduction |
|---|---|---|---|---|---|
| [a] | [b] | [c] | [d] | [e] | [f] |
| Fascinate | $143,539,179 | $267,735,061 | 40% | $107,094,024 | $36,445,155 |
| Galaxy S 4G | $73,344,668 | $155,204,780 | 40% | $62,081,912 | $11,262,756 |
| Galaxy S Showcase (i500) | $22,002,146 | $53,518,267 | 40% | $21,407,307 | $594,839 |
| Mesmerize | $53,123,612 | $114,099,746 | 40% | $45,639,898 | $7,483,714 |
| Vibrant | $89,673,957 | $188,565,314 | 40% | $75,426,126 | $14,247,831 |
| **Total** | **$381,683,562** | **$779,123,168** | | **$311,649,267** | **$70,034,295** |

*Notes:*

[a]  5 products liable for trade dress dilution and design patent infringement.

[b]  Amended Verdict Form (Dkt. No. 1931).

[c]  Trial Exhibit PX25A1.

[d]  Adjustment factor used by jury to arrive at verdict. See Declaration for replication of jury damages award.

[e]  = [c] * [d].

[f]  = [b] - [e].

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  
**Adjustment For Correct Notice Dates**

Schedule 1B

| Products | Jury Award | Samsung's Profits Sought by Apple in PX25A1.5 | Revenue Prior to Notice | Mr. Musika's Profit Rate | Profit Prior to Notice Date (Per Mr. Musika) | Samsung's Profits Sought by Apple in PX25A1.5 Adjusted for Notice | Jury Adjustment Factor | 40% of Samsung's Profits Sought by Apple in PX25A1.5 Adjusted for Notice | Amount of Reduction |
|---|---|---|---|---|---|---|---|---|---|
| [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] |
| Captivate | $80,840,162 | $202,100,404 | $457,000,000 | 35.5% | $162,235,000 | $39,865,404 | 40% | $15,946,162 | $64,894,000 |
| Continuum | $16,399,117 | $40,997,793 | $89,000,000 | 35.5% | $31,595,000 | $9,402,793 | 40% | $3,761,117 | $12,638,000 |
| Droid Charge | $50,672,869 | $126,682,172 | $241,000,000 | 35.5% | $85,555,000 | $41,127,172 | 40% | $16,450,869 | $34,222,000 |
| Epic 4G | $130,180,894 | $325,452,234 | $758,000,000 | 35.5% | $269,090,000 | $56,362,234 | 40% | $22,544,894 | $107,636,000 |
| Galaxy S II (AT&T) | $40,494,356 | $101,235,891 | $0 | 35.5% | $0 | $101,235,891 | 40% | $40,494,356 | ($0) |
| Galaxy S II (T-Mobile) | $83,791,708 | $209,479,270 | $0 | 35.5% | $0 | $209,479,270 | 40% | $83,791,708 | $0 |
| Galaxy S II (Epic 4G Touch) | $100,326,988 | $250,817,469 | $0 | 35.5% | $0 | $250,817,469 | 40% | $100,326,988 | $0 |
| Galaxy S II (Skyrocket) | $32,273,558 | $80,683,895 | $0 | 35.5% | $0 | $80,683,895 | 40% | $32,273,558 | $0 |
| Gem | $4,075,585 | $10,188,963 | $46,000,000 | 35.5% | $16,330,000 | ($6,141,037) | 40% | ($2,456,415) | $6,532,000 |
| Indulge | $16,011,184 | $40,027,960 | $55,000,000 | 35.5% | $19,525,000 | $20,502,960 | 40% | $8,201,184 | $7,810,000 |
| Infuse 4G | $44,792,974 | $111,982,436 | $138,000,000 | 35.5% | $48,990,000 | $62,992,436 | 40% | $25,196,974 | $19,596,000 |
| **Total for 11 Phones (Design Patent Only)** | **$599,859,395** | **$1,499,648,487** | **$1,784,000,000** | | **$633,320,000** | **$866,328,487** | | **$346,531,395** | **$253,328,000** |

| Products | Jury Award (After Adjustment for No Lost Profits) | Samsung's Profits Sought by Apple in PX25A1.5 | Revenue Prior to Notice | Mr. Musika's Profit Rate | Profit Prior to Notice Date (Per Mr. Musika) | Samsung's Profits Sought by Apple in PX25A1.5 Adjusted for Notice | Jury Adjustment Factor | 40% of Samsung's Profits Sought by Apple in PX25A1.5 Adjusted for Notice | Amount of Reduction |
|---|---|---|---|---|---|---|---|---|---|
| [a] | [b] | [c] | [d] | [e] | [f] | [g] | [h] | [i] | [j] |
| Fascinate | $107,094,024 | $267,735,061 | $601,000,000 | 35.5% | $213,355,000 | $54,380,061 | 40% | $21,752,024 | $85,342,000 |
| Galaxy S 4G | $62,081,912 | $155,204,780 | $242,000,000 | 35.5% | $85,910,000 | $69,294,780 | 40% | $27,717,912 | $34,364,000 |
| Galaxy S Showcase (i500) | $21,407,307 | $53,518,267 | $64,000,000 | 35.5% | $22,720,000 | $30,798,267 | 40% | $12,319,307 | $9,088,000 |
| Mesmerize | $45,639,898 | $114,099,746 | $205,000,000 | 35.5% | $72,775,000 | $41,324,746 | 40% | $16,529,898 | $29,110,000 |
| Vibrant | $75,426,126 | $188,565,314 | $444,000,000 | 35.5% | $157,620,000 | $30,945,314 | 40% | $12,378,126 | $63,048,000 |
| **Total for 5 Phones (Design Patent & Trade Dress)** | **$311,649,267** | **$779,123,168** | **$1,556,000,000** | | **$552,380,000** | **$226,743,168** | | **$90,697,267** | **$220,952,000** |

*Notes:*  
*[a] 16 products for which jury awarded Samsung's profits. Galaxy Prevail not included.*  
*[b] For the 11 phones (design patent only): Amended Verdict Form (Dkt. No. 1931). For the 5 phones (design patent & trade dress): Schedule 1A.*  
*[c] Trial Exhibit PX25A1.*  
*[d] Trial Exhibit JX 1500. Includes revenues for the entire quarter in which the notice date falls.*  
*[e] Profit rate testified to by Mr. Musika. See August 13, 2012 Tr. at 2073:21-2074:19.*  
*[f]  = [d] * [e].*  
*[g] = [c] - [f].*  
*[h] Adjustment factor used by jury to arrive at verdict. See Declaration for replication of jury*  
*[i]  = [g] * [h].*  
*[j]  = [b] - [i].*