UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW** |

1    THE COURT, having considered Samsung's Motion for Judgment as a Matter of
2 Law, and/or for New Trial and/or Remittitur, HEREBY ORDERS that judgment in favor of
3 Samsung pursuant to Federal Rule of Civil Procedure 50(b) is GRANTED as to all of Apple's
4 remaining affirmative claims in this action , and judgment in favor of Samsung is GRANTED as
5 to Samsung's affirmative claims against Apple for patent infringement as to the '516, '941, '460,
6 '893, and '711 patents.

7
8
9
10    **IT IS SO ORDERED.**
11
12 DATED:    _____, 2012
13
14
15                    Honorable Lucy H. Koh
                     United States District Judge
16

02198.5185