QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOHN PIERCE IN SUPPORT OF SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59**<br><br>Date:　December 6, 2012<br>Time:　1:30 p.m.<br>Place:　Courtroom 8, 4th Floor<br>Judge:　Hon. Lucy H. Koh |

I, John Pierce, declare:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Samsung's Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Volume 1 of the Transcript of Proceedings ("Trial Transcript"), Pages 1-282, dated July 30, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Volume 2 of the Trial Transcript, Pages 283-555, dated July 31, 2012.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Volume 3 of the Trial Transcript, Pages 556-930, dated August 3, 2012.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Volume 4 of the Trial Transcript, Pages 931-1296, dated August 6, 2012.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Volume 5 of the Trial Transcript, Pages 1297-1637, dated August 7, 2012.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Volume 6 of the Trial Transcript, Pages 1638-1988, dated August 10, 2012.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Volume 7 of the Trial Transcript, Pages 1989-2320, dated August 13, 2012.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Volume 8 of the Trial Transcript, Pages 2321-2650, dated August 14, 2012.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Volume 9 of the Trial Transcript, Pages 2651-2965, dated August 15, 2012.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from Volume 10 of the Trial Transcript, Pages 2966-3386, dated August 16, 2012.

1    13.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Volume 11 of the Trial Transcript, Pages 3387-3711, dated August 17, 2012.

3    14.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from Volume 12 of the Trial Transcript, Pages 3712-3940, dated August 18, 2012.

5    15.    Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the transcript of the April 24, 2012 deposition of Peter Bressler.

7    16.    Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff's Trial Exhibit 25A1.

9    17.    Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiff's Trial Exhibit 34.

11    18.    Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff's Trial Exhibit 52.

13    19.    Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff's Trial Exhibit 69.

15    20.    Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff's Trial Exhibit 79.

17    21.    Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff's Trial Exhibit 81.

19    22.    Attached hereto as **Exhibit 20** is a true and correct copy of Plaintiff's Trial Exhibit 180

21    23.    Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiff's Trial Exhibit 194.

23    24.    Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiff's Trial Exhibit 218.

25    25.    Attached hereto as **Exhibit 23** is a true and correct copy of Defendants' Trial Exhibit 511.

27    26.    Attached hereto as **Exhibit 24** is a true and correct copy of Defendants' Trial Exhibit 533.

1  27. Attached hereto as **Exhibit 25** is a true and correct copy of Defendants' Trial
2 Exhibit 550.

3  28. Attached hereto as **Exhibit 26** is a true and correct copy of Defendants' Trial
4 Exhibit 561.

5  29. Attached hereto as **Exhibit 27** is a true and correct copy of Defendants' Trial
6 Exhibit 592.

7  30. **Exhibit 28** is a Defendants' Trial Exhibit 645, which is a compilation of source
8 code and is in the Court's files.  (*See* Dkt. No. 1947.)

9  31. Attached hereto as **Exhibit 29** is a true and correct copy of Defendants' Trial
10 Exhibit 712.

11  32. Attached hereto as **Exhibit 30** is a true and correct copy of Defendants' Trial
12 Exhibit 727.

13  33. Attached hereto as **Exhibit 31** is a true and correct copy of Defendants' Trial
14 Exhibit 728.

15  34. Attached hereto as **Exhibit 32** is a true and correct copy of Defendants' Trial
16 Exhibit 800.

17  35. Attached hereto as **Exhibit 33** is a true and correct copy of Defendants' Trial
18 Exhibit 805.

19  36. Attached hereto as **Exhibit 34** is a true and correct copy of Defendants' Trial
20 Exhibit 810.

21  37. Attached hereto as **Exhibit 35** is a true and correct copy of Joint Trial
22 Exhibit 1046.

23  38. Attached hereto as **Exhibit 36** is a true and correct copy of Joint Trial
24 Exhibit 1069.

25  39. Attached hereto as **Exhibit 37** is a true and correct copy of Joint Trial
26 Exhibit 1070.

27  40. Attached hereto as **Exhibit 38** is a true and correct copy of Joint Trial
28 Exhibit 1073.

41. Attached hereto as **Exhibit 39** is a true and correct copy of Joint Trial Exhibit 1081.

42. **Exhibit 40** is Joint Trial Exhibit 1093, which is a physical object and is in the Court's files. (*See* Dkt. No. 1947.)

43. Attached hereto as **Exhibit 41** is a true and correct copy of Joint Trial Exhibit 1500.

44. Attached hereto as **Exhibit 42** is a true and correct copy of an excerpt from the presentation slides used during closing arguments, Defendants' Trial Demonstrative Exhibit 5010.167.

45. Attached hereto as **Exhibit 43** is a true and correct copy of the presentation slides used during closing arguments, consisting of SDX 5010.001-.002; .005-.014; .017-.031; .033-.055; .069-.086; .092-.098; .100-.105; .107-.116; .118-.122; .125-.126; .129-.131; .135-.139; .141; .143-.146; .148; .150-.154; .157-.165; .167-.170; .172-.174; .177-.178; .203-.204; .207-.210; .202; .214-.241; .243-.254; .258-.285; .290-.293; .296-.297; .300-.315; .317; .352-.390; .394; .396-.397; .399-.402; .405-.406; .408-.415; .419; PDX 45.12; and PDX 45.06.

46. Attached hereto as **Exhibit 44** is a true and correct copy of Joint Trial Exhibit 1044.

47. Attached hereto as **Exhibit 45** is a true and correct copy of an excerpt from Plaintiff's Trial Demonstrative Exhibit 26.

48. Attached hereto as **Exhibit 46** is a true and correct copy of an excerpt from Plaintiff's Trial Demonstrative Exhibit 34B.

49. Attached hereto as **Exhibit 47** is a true and correct copy of Defendants' Trial Exhibit 781.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on September 21, 2012.

    */s/ John Pierce*
John Pierce

**GENERAL ORDER ATTESTATION**

I, Susan R. Estrich, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from John Pierce.

                                                */s/ Susan R. Estrich*