Pierce Declaration

EXHIBIT 2

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4

5

6       APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
        CORPORATION,                )
                                    )  SAN JOSE, CALIFORNIA
7                    PLAINTIFF,     )
                                    )  JULY 31, 2012
8              VS.                  )
                                    )  VOLUME 2
9       SAMSUNG ELECTRONICS CO.,    )
        LTD., A KOREAN BUSINESS     )  PAGES 283-555
10      ENTITY; SAMSUNG             )
        ELECTRONICS AMERICA,        )
11      INC., A NEW YORK            )
        CORPORATION; SAMSUNG        )
12      TELECOMMUNICATIONS          )
        AMERICA, LLC, A DELAWARE    )
13      LIMITED LIABILITY           )
        COMPANY,                    )
14                                  )
                     DEFENDANTS.    )
15      _____

16                  TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17              UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23      OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24

25

```
1    A P P E A R A N C E S:

2    FOR PLAINTIFF          MORRISON & FOERSTER
     APPLE:                 BY:  HAROLD J. MCELHINNY
3                                MICHAEL A. JACOBS
                                 RACHEL KREVANS
4                           425 MARKET STREET
                            SAN FRANCISCO, CALIFORNIA  94105
5

6    FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
     APPLE:                 HALE AND DORR
7                           BY:  WILLIAM F. LEE
                            60 STATE STREET
8                           BOSTON, MASSACHUSETTS  02109

9                           BY:  MARK D. SELWYN
                            950 PAGE MILL ROAD
10                          PALO ALTO, CALIFORNIA  94304

11   FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                            OLIVER & HEDGES
12                          BY:  CHARLES K. VERHOEVEN
                            50 CALIFORNIA STREET, 22ND FLOOR
13                          SAN FRANCISCO, CALIFORNIA  94111

14                          BY:  VICTORIA F. MAROULIS
                                 KEVIN P.B. JOHNSON
15                          555 TWIN DOLPHIN DRIVE
                            SUITE 560
16                          REDWOOD SHORES, CALIFORNIA  94065

17                          BY:  MICHAEL T. ZELLER
                                 WILLIAM C. PRICE
18                               JOHN B. QUINN
                            865 SOUTH FIGUEROA STREET
19                          10TH FLOOR
                            LOS ANGELES, CALIFORNIA  90017
20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

OPENING STATEMENT BY MR. MCELHINNY        P. 304

OPENING STATEMENT BY MR. LEE              P. 353

OPENING STATEMENT BY MR. VERHOEVEN        P. 380

INDEX OF WITNESSES

PLAINTIFF'S

**CHRISTOPHER STRINGER**
        DIRECT EXAM BY MR. MCELHINNY       P. 469
        CROSS-EXAM BY MR. VERHOEVEN        P. 511
        REDIRECT EXAM BY MR. MCELHINNY     P. 537

**PHILIP SCHILLER**
        DIRECT EXAM BY MR. MCELHINNY       P. 541

INDEX OF EXHIBITS

|  | MARKED | ADMITTED |
|---|---|---|
| **PLAINTIFF'S** | | |
| 1040 | | 472 |
| 1041 | | 473 |
| 1043 | | 474 |
| 163 | | 481 |
| 164 | | 483 |
| 165 | | 486 |
| 166 | | 488 |
| 168 | | 490 |
| 167 | | 491 |
| 162 | | 492 |
| 1000 | | 497 |
| 1001 | | 497 |
| 1002 | | 498 |
| 1003 | | 498 |
| 171 | | 500 |
| 170 | | 502 |
| 1004 | | 504 |
| 1005 | | 504 |
| **DEFENDANT'S** | | |
| 741 | 524 | 538 |
| 687 | | 534 |
| 740 | | 538 |

1    ALREADY HAS THE PERSPECTIVE SET UP AND THE VIEWS IN

2    A WAY THAT YOU CAN SORT OF ADD IN LAVISH DETAIL

3    UPON THEM.

4    Q    AND WHAT DO THE SKETCHES ON THIS PARTICULAR

5    DOCUMENT, PX 163, TO WHAT DO THEY RELATE?

6    A    THESE ARE SKETCHES OF IPHONE IDEAS.

7              MR. MCELHINNY:  YOUR HONOR, I WOULD MOVE

8    PX 163, PLEASE.

9              MR. VERHOEVEN:  NO OBJECTION, YOUR HONOR.

10             THE COURT:  ALL RIGHT.  SO ADMITTED.

11             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

12             163, HAVING BEEN PREVIOUSLY MARKED FOR

13             IDENTIFICATION, WAS ADMITTED INTO

14             EVIDENCE.)

15   BY MR. MCELHINNY:

16   Q    SIR, IF YOU'D OPEN YOUR BINDER TO PX 164.

17   A    YES, I SEE IT.

18   Q    WHAT IS PX 164?

19   A    THE FIRST PAGE IS A SCREEN SHOT OF A

20   DIRECTORY, WHICH IS THE CAD FILE DATABASE.  IT

21   LISTS DATE MODIFIED, WHICH MEANS THE LAST DATE THAT

22   YOU WORKED ON THIS PARTICULAR FILE.

23             AND ALSO A CODE NAME, A THREAD.

24   BASICALLY, THAT HELPS YOU FIND IT IN THE DATABASE.

25             SUBSEQUENT PAGES ARE SCREEN SHOTS OF

1  THESE CAD MODELS.

2  Q    YOU MENTIONED IN AN EARLIER ANSWER, YOU SAID

3  SOMETHING ABOUT A CAD OUTPUT.  IS THIS WHAT YOU

4  WERE REFERRING TO AS A CAD OUTPUT?

5  A    YES.  THERE ARE VARYING DEGREES OF

6  SOPHISTICATION.  THIS IS A FAIRLY CRUDE SET OF WHAT

7  I WOULD CALL CAD OUTPUT.

8  Q    CAN YOU TELL, BY LOOKING AT THE DIRECTORY, THE

9  DATE OF THESE DRAWINGS?

10  A    MARCH 15TH, 2006.

11  Q    AND, SIR, DO YOU -- DO YOU WORK WITH THE --

12  LET ME ASK YOU THIS:  DO YOU PERSONALLY OPERATE THE

13  CAD SYSTEM?

14  A    NO, I DO NOT.

15  Q    WHO DOES THE CAD DRAWINGS AT APPLE?

16  A    WE HAVE A DEDICATED TEAM OF CAD SCULPTORS.

17  THERE ARE A FEW DESIGNERS THAT ARE CAPABLE OF

18  CREATING CAD THEMSELVES, BUT IT'S NOT A

19  REQUIREMENT.  IN FACT, MOST OF US DON'T.

20          IT'S -- IT REALLY IS A SKILL THAT YOU

21  NEED TO DEDICATE SIGNIFICANT TIME TO JUST TO

22  UNDERSTAND THE CRAFT OF CAD.

23          SO WE PREFER OUR DESIGNERS TO BE

24  THINKING, SO WE HAVE A DEDICATED TEAM FOR THIS.

25          MR. MCELHINNY:  YOUR HONOR, I WOULD MOVE

1          PX 164 INTO EVIDENCE.

2                    MR. VERHOEVEN:  NO OBJECTION, YOUR HONOR.

3                    THE COURT:  SO ADMITTED.

4                    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

5                    164, HAVING BEEN PREVIOUSLY MARKED FOR

6                    IDENTIFICATION, WAS ADMITTED INTO

7                    EVIDENCE.)

8          BY MR. MCELHINNY:

9          Q    SO AFTER CAD MODELS, WHAT COMES NEXT, SIR, IN

10         A DESIGN PROCESS, ASSUMING THAT YOU WERE GOING

11         LINEARLY AS OPPOSED TO JUMPING BACKWARDS?

12         A    IF WE FIND THAT WE AGREE, THAT WE WANT TO

13         PURSUE AN IDEA THAT WE SEE IN THE CAD SURFACES IN

14         PHYSICAL FORM, WE MODEL IT, WHICH IS TO CNC,

15         COMPUTER NUMERICALLY CONTROLLED.

16                   THAT IS THREE OR FIVE MACHINING, WHICH

17         ESSENTIALLY CUTS FROM A SOLID BLOCK A PHYSICAL

18         LIKENESS OF WHAT WE BUILD IN CAD.

19         Q    THIS PROCESS THAT YOU'VE DESCRIBED FOR US, IS

20         THAT AN ACCURATE DESCRIPTION OF THE PROCESS THAT

21         LED TO THE ORIGINAL IPHONE?

22         A    YES.

23         Q    AND IS IT AN ACCURATE DESCRIPTION OF THE

24         PROCESS THAT LED TO THE IPAD?

25         A    YES.

1    Q    LET'S TALK ABOUT THE IPHONE FOR A MINUTE.

2              WHAT -- IF YOU CAN DESCRIBE IT FOR US,

3    WHAT, IF ANYTHING, WERE YOU TRYING TO ACHIEVE IN

4    DESIGNING THE IPHONE?

5    A    WE -- WE WERE LOOKING FOR A NEW, ORIGINAL, AND

6    BEAUTIFUL OBJECT, SOMETHING THAT WOULD REALLY WOW

7    THE WORLD.

8              WE WERE ENTERING A CATEGORY THAT WE'D

9    NEVER PARTICIPATED IN BEFORE, AND THE CATEGORY THAT

10   WE DID NOT ENJOY.  THERE WERE NO CELL PHONES THAT

11   WE LOVED.

12             SO THIS WAS SOMETHING THAT WE REALLY

13   CARED DEEPLY AND PASSIONATELY ABOUT, PRODUCING

14   SOMETHING FOR OURSELVES.

15             WE -- AS ALWAYS, WE WANTED TO CREATE

16   SOMETHING THAT SEEMED SO, SO WONDERFUL THAT YOU,

17   YOU CAN'T IMAGINE HOW YOU COULD FOLLOW IT.

18             OF COURSE, YOU CAN BECAUSE IF YOU LOOK AT

19   THE HISTORY OF OUR PRODUCTS, WE'VE DONE THAT TIME

20   AND TIME AGAIN.

21             BUT YOU WANT TO CREATE THE SIMPLEST,

22   PUREST MANIFESTATION OF WHAT THAT OBJECT CAN BE,

23   SOMETHING THAT PEOPLE CAN LOVE.

24   Q    DO YOU RECALL APPROXIMATELY HOW LONG YOU

25   WORKED ON THE DESIGN OF THE IPHONE?

```
 1    A    I HAVE NO IDEA.  I'D HAVE TO LOOK AT

 2    DOCUMENTATION FOR THIS.  BUT IT WAS A LONG TIME.

 3    Q    YEARS?

 4    A    I THINK SO.

 5    Q    LET ME SHOW YOU PX 165.

 6              MAY I APPROACH, YOUR HONOR?

 7              THE COURT:  YES.

 8              MR. MCELHINNY:  (HANDING).

 9              THE WITNESS:  THANK YOU.

10    BY MR. MCELHINNY:

11    Q    WHAT IS PX 165, SIR?

12    A    THIS IS ONE OF THE EARLY MODELS THAT WE BUILT

13    ON M68, WHICH WAS A CODE NAME THAT WE USED FOR THE

14    ORIGINAL IPHONE.

15    Q    I'M SORRY.  THAT'S M68?

16    A    THAT'S CORRECT.

17    Q    WHEN YOU SAY "WE BUILT THIS MODEL," WHO ARE

18    YOU TALKING ABOUT?

19    A    "WE" BEING THE INDUSTRIAL DESIGN GROUP, WHICH

20    WOULD INCLUDE THE CAD AND THE MODEL MAKING TEAMS.

21    Q    AND IS THIS MODEL THAT YOU'RE LOOKING AT, WAS

22    THIS ORIGINAL APPLE WORK?

23    A    ABSOLUTELY, YES.

24              MR. MCELHINNY:  YOUR HONOR, I WOULD MOVE

25    EXHIBIT PX 165 INTO EVIDENCE.
```

```
1              MR. VERHOEVEN:  I HAVE A POINT OF

2      QUESTION.

3              CAN I CONFER WITH COUNSEL?

4              THE COURT:  YES, GO AHEAD, PLEASE.

5              (DISCUSSION OFF THE RECORD BETWEEN

6      COUNSEL.)

7              MR. VERHOEVEN:  SUBJECT TO YOUR HONOR'S

8      RULING, YOUR HONOR'S ALREADY RULED ON THESE

9      DOCUMENTS -- I DON'T KNOW IF WE CAN HAVE A

10     SIDE-BAR, YOUR HONOR.  I JUST WANT TO MAKE SURE I

11     DON'T WAIVE ANYTHING.

12             THE COURT:  OKAY.  I THOUGHT THIS WAS

13     WORKED OUT BEFORE THE JURY CAME OUT.

14             LET'S DO THAT.  UNFORTUNATELY, THE

15     MICROPHONE IS NOT WORKING, SO WE'LL HAVE TO

16     MEMORIALIZE IT AFTER.

17             LET'S GO AHEAD.

18             MR. VERHOEVEN:  THAT'S OKAY.

19             (SIDE-BAR DISCUSSION OFF THE RECORD.)

20             THE COURT:  OKAY.  THE -- I UNDERSTAND

21     THAT THE SAME OBJECTION WAS RESERVED, BUT IT'S

22     OVERRULED.

23             THIS IS ADMITTED.

24             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

25             165, HAVING BEEN PREVIOUSLY MARKED FOR
```

```
1              IDENTIFICATION, WAS ADMITTED INTO

2              EVIDENCE.)

3              THE COURT:  GO AHEAD.

4              MR. MCELHINNY:  THANK YOU, YOUR HONOR.

5    MAY I PUBLISH THIS TO THE JURY?

6              THE COURT:  GO AHEAD.

7              (PAUSE IN PROCEEDINGS.)

8    BY MR. MCELHINNY:

9    Q    MR. STRINGER, LET ME SHOW YOU AN EXHIBIT

10   THAT'S BEEN MARKED AS PX 166 (HANDING).

11   A    YES.

12   Q    WHAT IS THAT DEVICE, SIR?

13   A    THIS IS ALSO AN EARLY IPHONE MODEL, ALSO UNDER

14   ITSELF CODE NAME M68.

15   Q    IS IT THE SAME OR DIFFERENT THAN THE 165?

16   A    SIMILAR, BUT DIFFERENT.

17   Q    OKAY.  AND WHAT DOES IT SAY ON THE BACK OF IT,

18   SIR?

19   A    APPLE PROTO 1015 -- OH, IPOD.

20   Q    AND WHY DOES IT SAY IPOD ON A PROTOTYPE OF AN

21   IPHONE, SIR?

22   A    ONE OF TWO REASONS.  EITHER WE HAD NOT YET

23   COINED THE TERM "IPHONE" AND WE WANTED TO SEE

24   SOMETHING GRAPHICALLY REPRESENTED ON THE BACK; OR

25   WE WERE TRYING TO DISGUISE ITS IPHONE IDENTITY.
```

1    A    THE ENTIRE DESIGN TEAM, OR AT LEAST A

2    SUBSTANTIAL PORTION, THOSE THAT COULD BE THERE,

3    WERE AT THE APPLE STORE IN SAN FRANCISCO.

4    Q    AND WHY WERE YOU THERE?

5    A    WE WERE EXCITED.  WE HAD SOMETHING NEW.  THERE

6    WAS AN INCREDIBLE BUZZ.  PEOPLE WERE ANTICIPATING

7    SOMETHING, I THINK, STARTING WITH THE SEQUENCE OF

8    EVENTS.

9              BUT WE ANNOUNCED IT.  PEOPLE KNEW THAT

10   THERE WAS SOMETHING COMING THAT THEY WANTED.

11             AND THERE WAS AN ENORMOUS CROWD OUTSIDE.

12   WE WANTED TO FEEL THAT ENTHUSIASM AND SEE PEOPLE,

13   SEE THEIR EYES WHEN THEY GET THESE NEW PRODUCTS,

14   THE FIRST PEOPLE TO GET THEM.

15   Q    AND WHAT DID YOU OBSERVE WHEN THE DOORS

16   OPENED, SIR?

17   A    MAYHEM.  IT WAS LIKE A CARNIVAL.

18   Q    AND WHAT WAS YOUR REACTION TO THAT?

19   A    OVERWHELMED.  WE WERE OBVIOUSLY VERY, VERY

20   PROUD.  WE'D WORKED REALLY HARD.  IT WAS -- THERE

21   WAS AN ENORMOUS NUMBER OF PEOPLE THAT PUT IN

22   PERSONAL SACRIFICE AND IT WAS PAYING OFF IN SPADES.

23   IT WAS A BEAUTIFUL DAY.

24             MR. MCELHINNY:  WOULD THIS BE A GOOD

25   TIME, YOUR HONOR?

```
1              THE COURT:  THAT'S FINE.  IT'S 3:29.

2              JUST A TEN-MINUTE BREAK, SEVENTH INNING

3     STRETCH SO PEOPLE CAN STAND UP AND USE THE REST

4     ROOM.

5              OKAY.  THANK YOU.

6              (WHEREUPON, A RECESS WAS TAKEN.)

7              THE COURT:  ALL RIGHT.  THE TIME IS NOW

8     3:43.

9              PLEASE GO AHEAD.

10             MR. MCELHINNY:  THANK YOU, YOUR HONOR.

11             BOY, YOU TAKE A BREAK AND THE NITPICKERS

12    JUMP ALL OVER YOU.

13    Q    LET ME GO BACK TO SOMETHING TO MAKE SURE WE'VE

14    GOT IT RIGHT IN THE RECORD.  IF YOU WOULD LOOK,

15    PLEASE, AT JX 1043.

16    A    YES.

17    Q    THIS IS THE '677 PATENT?

18    A    THAT'S RIGHT.

19    Q    I ASKED YOU WHICH IPHONES INCORPORATED THIS

20    DESIGN, AND WHAT WAS YOUR ANSWER, SIR?

21    A    I BELIEVE MY ANSWER WAS ALL IPHONES.

22    Q    DID YOU SAY TODAY OR TO DATE?

23    A    TO DATE.

24    Q    TO DATE.  THANK YOU.

25             AND THEN MY MISTAKE.  WHEN YOU WENT TO
```

1    THE OPENING OF THE ORIGINAL IPHONE, WAS THAT IN THE

2    SUMMER OF 2007?

3    A    I DON'T RECALL THAT.

4    Q    OKAY.  HAS THE APPLE -- HAS THE DESIGN OF THE

5    IPHONE RECEIVED ANY PROFESSIONAL AWARDS FOR DESIGN?

6    A    IT'S RECEIVED MANY.  AWARDS ARE NOT OUR

7    MOTIVATION.  IT'S NOT WHY WE GET UP IN THE MORNING.

8    BUT IT'S CERTAINLY SOMETHING WE DON'T MIND.

9          THE ONLY ONE THAT REALLY WAS OF ANY REAL

10   IMPORTANCE TO MYSELF IS THE DNAD, AND WE RECEIVED A

11   GOLD PENCIL FOR THAT.

12   Q    WHAT IS DNAD?

13   A    DESIGNERS AND ART DIRECTORS.

14   Q    AND WHY IS THAT SIGNIFICANT TO YOU, SIR?

15   A    WE JUST HAVE A HIGH REGARD FOR THE JURY

16   SELECTION PROCESS FOR THAT.  WE HAVE A PEER JUDGING

17   COMMITTEE AND IT'S A VERY CREDIBLE AWARD.

18   Q    DO YOU KNOW WHETHER OR NOT YOUR DESIGNS FOR

19   YOUR PRODUCTS HAVE BEEN MADE PARTS OF DISPLAYS IN

20   MUSEUMS?

21   A    YEAH.  I'VE SEEN OUR PRODUCTS AT S.F. MOMA;

22   I'VE SEEN THEM AT THE SMITHSONIAN IN WASHINGTON.

23          I KNOW THERE'S NUMEROUS OTHERS.  I DON'T

24   SEEK THEM OUT, BUT IT'S FLATTERING TO KNOW THAT

25   THEY'RE THERE.

1    Q    HAS YOUR DESIGN GROUP RECEIVED AWARDS FOR THE

2    DESIGN OF THE IPAD?

3    A    YES, AGAIN, IT'S RECEIVED THE DNAD, AMONGST

4    OTHERS.

5    Q    SIR, HAVE YOU EVER BECOME AWARE THAT OTHER

6    PHONE MAKERS STARTED USING DESIGNS THAT WERE

7    SIMILAR TO YOURS?

8              MR. VERHOEVEN:  OBJECTION.  LEADING.

9              THE COURT:  SUSTAINED.

10   BY MR. MCELHINNY:

11   Q    SIR, TO YOUR KNOWLEDGE, DO YOU UNDERSTAND

12   WHETHER OR NOT OTHER PHONE MAKERS, AFTER THE IPHONE

13   WAS ISSUED, STARTED TO USE THAT DESIGN?

14             MR. VERHOEVEN:  OBJECTION.

15             THE COURT:  WHAT'S THE BASIS?

16             MR. VERHOEVEN:  IMPROPER OPINION

17   TESTIMONY FROM A PERCIPIENT WITNESS, YOUR HONOR.

18             THE COURT:  OVERRULED.

19             GO AHEAD.

20   BY MR. MCELHINNY:

21   Q    DO YOU HAVE THE QUESTION IN MIND?

22   A    COULD YOU REPEAT THE QUESTION?

23   Q    I CAN'T, BUT THE -- WELL, I'LL GIVE IT BACK TO

24   YOU.

25             AFTER THE IPHONE CAME OUT, DID YOU EVER

1    COME TO A DETERMINATION, IN YOUR OWN HEAD, ABOUT

2    WHETHER OR NOT OTHER COMPETITORS WERE USING YOUR

3    DESIGNS?

4    A    YES.  WE'VE BEEN RIPPED OFF.  IT'S PLAIN TO

5    SEE.

6    Q    BY WHOM, SIR?

7    A    SAMSUNG IN PARTICULAR.

8    Q    AND WHAT IS YOUR REACTION TO THAT AS AN

9    ARTIST?

10   A    IT'S OFFENSIVE.  AS I WAS EXPLAINING, IT'S A

11   HUGE LEAP OF IMAGINATION TO COME UP WITH SOMETHING

12   ENTIRELY NEW.  THAT'S SOMETHING THAT WE DID.

13          IT'S A PROCESS BY WHICH YOU HAVE TO

14   DISMISS EVERYTHING YOU KNOW, TRY TO FORGET

15   EVERYTHING YOU KNOW, WHICH MAKES IT VERY DIFFICULT,

16   BECAUSE IF YOU PAY ATTENTION TO THE COMPETITION,

17   YOU END UP FOLLOWING.

18          AND THAT'S NOT WHAT WE DO.  WE WANTED TO

19   CREATE ORIGINALITY.  IT'S A VERY DIFFICULT PROCESS.

20   IT TAKES A HUGE AMOUNT OF TIME AND RESOURCES AND

21   CONVICTION TO DO SO.

22          SO WE -- WE WERE OFFENDED.

23          MR. MCELHINNY:  NOTHING FURTHER AT THIS

24   TIME, YOUR HONOR.

25          THE COURT:  ALL RIGHT.  IT'S NOW 3:48.

1          CROSS-EXAMINATION, PLEASE.

2               (PAUSE IN PROCEEDINGS.)

3               MR. VERHOEVEN:  ONE SECOND, YOUR HONOR,

4     AS I GET ORGANIZED IF THAT'S OKAY.

5               THE COURT:  ALL RIGHT.

6               (PAUSE IN PROCEEDINGS.)

7               MR. VERHOEVEN:  CAN I HAVE JUST ONE

8     SECOND, YOUR HONOR, AND I'LL BE READY.

9               (DISCUSSION OFF THE RECORD BETWEEN

10    DEFENSE COUNSEL.)

11              MR. VERHOEVEN:  THANK YOU, YOUR HONOR.

12    MAY I PROCEED?

13              THE COURT:  PLEASE.  IT'S 3:49.

14              GO AHEAD.

15                   **CROSS-EXAMINATION**

16    BY MR. VERHOEVEN:

17    Q    GOOD AFTERNOON, MR. STRINGER.

18    A    GOOD AFTERNOON.

19    Q    GOOD TO SEE YOU AGAIN.

20              I'D LIKE TO START BY PUTTING UP THE '087

21    PATENT, WHICH IS JX 1041.

22              CAN WE HAND OUT THE CROSS BINDER?

23              MAY I APPROACH, YOUR HONOR?

24              THE COURT:  PLEASE, GO AHEAD.

25              MR. VERHOEVEN:  THIS IS OUR EXHIBITS

```
 1    (HANDING).

 2    Q    IF WE COULD GO TO THE NEXT PAGE AND

 3    HIGHLIGHT -- NO, NO, NO.  PLEASE GO BACK TO THE

 4    PAGE, THE FRONT PAGE.  GO TO THE NEXT PAGE.  KEEP

 5    GOING.  ONE MORE.  ONE MORE.

 6            ALL RIGHT.  YOU TESTIFIED ON DIRECT ABOUT

 7    THE '087 DESIGN PATENT, SIR; CORRECT?

 8    A    YES.

 9    Q    AND YOU ARE ONE OF THE INVENTORS LISTED ON

10    THAT PATENT; CORRECT?

11    A    YES.

12    Q    AND THE '087 DESIGN PATENT IS EMBODIED BY THE

13    INITIAL IPHONE; IS THAT RIGHT?

14    A    YES.

15    Q    OKAY.  AND DO YOU SEE HERE ON FIGURE 3 -- I'M

16    POINTING ON THE BIG SCREEN IF YOU WANT TO LOOK AT

17    MY POINTER.  LOOK AT FIGURE 3.

18    A    YES.

19    Q    THAT'S THE FRONT FACE OF THE DESIGN; IS THAT

20    CORRECT?

21    A    THAT IS CORRECT.

22    Q    AND I WANT TO MAKE SURE I GET THE RIGHT

23    FIGURE.  IT'S FIGURE 11, PLEASE, ON PAGE 433.

24            THIS IS ANOTHER DEPICTION, BUT THIS ONE

25    DOESN'T CLAIM THE CIRCULAR HOME BUTTON.  DO YOU SEE
```

1      THAT?

2      A      YES.

3      Q      DO YOU UNDERSTAND THAT THE LINES HERE MEANS

4      IT'S NOT BEING CLAIMED?

5      A      THAT'S CORRECT.

6      Q      AND THEN FIGURE 15 AND 16 ARE SIDE VIEWS OF

7      THAT SAME DESIGN PATENT; IS THAT RIGHT?

8      A      YES.

9      Q      OKAY.  NOW I'M GOING TO ASK YOU A FEW

10     QUESTIONS ABOUT THE DESIGN ELEMENTS WITH RESPECT TO

11     THE '087 PATENT.  OKAY?

12              IN YOUR VIEW, ONE IMPORTANT DESIGN ASPECT

13     OF THE '087 PATENT, AND THE INITIAL IPHONE, WAS

14     THAT IT HAD FOUR EVENLY RADIUS CORNERS; CORRECT?

15     A      YES.

16     Q      AND THAT'S DEPICTED RIGHT HERE ON EACH OF

17     THESE CORNERS IN FIGURE 11; CORRECT?

18     A      YES.

19     Q      ANOTHER IMPORTANT DESIGN FEATURE WITH RESPECT

20     TO THE INITIAL IPHONE AND THE '087 PATENT WAS THAT

21     IT HAD THIS CONTINUOUS RIM, OR BEZEL I THINK IS THE

22     WORD YOU USED.  IS THAT RIGHT?

23     A      YES.

24     Q      AND YOU AGREE WITH ME, THAT WAS AN IMPORTANT

25     ASPECT OF THIS DESIGN; RIGHT?

1    WERE LOOKING AT, PLEASE.

2              AND AGAIN, LOOKING AT FIGURE 16 AND 15,

3    THE SIDE VIEWS, POSITIONING -- AN IMPORTANT DESIGN

4    ELEMENT HERE WAS POSITIONING THE GLASS FLUSH WITH

5    THE BEZEL; RIGHT?

6    A    YES.

7    Q    EVEN THOUGH THAT MIGHT PRESENT SOME

8    MANUFACTURING DIFFICULTIES; CORRECT?

9    A    I AGREE.

10   Q    OKAY.  NOW, LET'S TURN TO THE FRONT FACE --

11   ACTUALLY, CAN WE GO BACK A PAGE, PLEASE.  ONE MORE.

12             LET'S GO TO THE '677 PATENT, WHICH SHOULD

13   BE IN YOUR BINDER.  I'M SORRY, '678.

14             I APOLOGIZE, YOUR HONOR.

15             (PAUSE IN PROCEEDINGS.)

16             MR. VERHOEVEN:  HERE IT IS.  IT'S IN YOUR

17   BINDER AT 1043.

18             MR. MCELHINNY:  WHAT EXHIBIT ARE YOU ON?

19             MR. VERHOEVEN:  IT'S JOINT TRIAL EXHIBIT

20   1043.  AND LET'S GO TO -- A PAGE INTO THE FIGURE.

21   Q    THIS IS ANOTHER DESIGN PATENT THAT YOU

22   TESTIFIED ABOUT ON DIRECT.  DO YOU REMEMBER?

23   A    YES.

24   Q    AND THIS IS ALSO A DESIGN PATENT THAT

25   CORRESPONDS TO THE INITIAL IPHONE; IS THAT RIGHT?

1    A    YES.

2    Q    AND DO YOU SEE THERE'S THIS ELEMENT UP HERE,

3    I'M CIRCLING IT AT THE TOP OF THE PHONE THERE?

4    A    YES.

5    Q    CAN YOU DESCRIBE FOR THE JURY WHAT THAT IS?

6    A    THAT IS THE RECEIVER DETAIL.

7    Q    IS THAT THE LOZENGE SHAPE DESIGN ELEMENT ON

8    THE PHONE?

9    A    YES, THAT'S THE OPENING FOR THE RECEIVER.

10   Q    AND THAT'S ANOTHER DESIGN ELEMENT IN THE

11   MINIMALIST DESIGN FOR THE INITIAL IPHONE; CORRECT?

12   A    CORRECT.

13   Q    AND IT WAS IMPORTANT FOR YOUR DESIGN TEAM,

14   WITH RESPECT TO THAT DESIGN ELEMENT, TO MAKE SURE

15   IT WAS CENTERED HORIZONTALLY; IS THAT CORRECT?

16   A    CAN YOU BE MORE SPECIFIC OF WHAT YOU MEAN BY

17   "CENTERED HORIZONTALLY"?

18   Q    SURE.  SO IF THIS IS HORIZONTAL FROM THE

19   BOTTOM TO THE TOP OF THE PHONE, DO YOU FOLLOW ME?

20   A    THAT IS VERTICAL TO ME, BUT, YES, IT'S

21   CENTERED ON THAT AXIS.

22   Q    OKAY.  LET'S SAY CENTERED VERTICALLY THEN.

23   A    YES.

24   Q    CAN I ASK THE QUESTION ONE MORE TIME FOR THE

25   RECORD?

```
1    A    PLEASE DO.

2    Q    IT WAS IMPORTANT TO YOU, AS THE DESIGN TEAM,

3    THAT THAT LOZENGE SHAPED DESIGN ELEMENT BE CENTERED

4    VERTICALLY ON THE PHONE; RIGHT?

5    A    YES.

6    Q    AND THAT -- AND THAT'S BETWEEN THE TOP OF THE

7    DISPLAY ELEMENT, WHICH WE SEE RIGHT HERE, AND THE

8    TOP OF THE PHONE?  IS THAT CORRECT?

9    A    CENTERED THAT WAY ALSO, YES.

10   Q    OKAY.  SO IT'S CENTERED IN BOTH WAYS?

11   A    YES.

12   Q    OKAY.  AND THAT WAS AN IMPORTANT DESIGN

13   ELEMENT FOR THE INITIAL IPHONE; CORRECT?

14   A    YES.

15   Q    OKAY.  IT WAS ALSO IMPORTANT TO YOU AND THE

16   DESIGN TEAM OF THE INITIAL IPHONE THAT THE DESIGN

17   BE MINIMALISTCI.  FAIR?

18   A    THAT'S NOT THE WORD THAT I WOULD USE.

19   Q    NOT HAVE A LOT OF BUTTONS ON IT?  NOT HAVE A

20   LOT OF ORNAMENTATION ON IT?

21   A    TO BE SIMPLE.

22   Q    TO BE SIMPLE.

23         IN FACT, YOU WANTED TO CREATE A PRODUCT

24   THAT EMBODIED THE SIMPLEST OF ICONS, AND ONE KEY

25   IMAGE WAS THAT OF A DARK, OILY POND.  IS THAT
```

1     RIGHT?

2     A     YES.

3     Q     THAT WAS YOUR DESIGN GOAL; RIGHT?

4     A     THAT WAS ONE --

5     Q     GO AHEAD.

6     A     THAT WAS ONE DESCRIPTION OF A DESIGN GOAL,

7     YES.

8     Q     YOU DIDN'T WANT TO PUT MULTIPLE BUTTONS ON THE

9     FACE OF THE PHONE; CORRECT?

10    A     CORRECT.

11    Q     YOU WANTED IT TO BE AS SIMPLE AS POSSIBLE?

12    A     YES.

13    Q     ALL RIGHT.  LET'S TURN TO THE '889 DESIGN

14    PATENT, WHICH YOU'RE ALSO LISTED AS AN INVENTOR ON.

15            THIS IS JX 1040 IN YOUR WITNESS BINDER IF

16    YOU'D LIKE.

17            AND IF WE COULD GO TO PAGE 146 OF JX

18    1040.

19            JUST FOR THE RECORD, YOU'RE AN INVENTOR

20    ON THE '889 DESIGN PATENT; CORRECT?

21    A     YES.

22    Q     AND YOU'RE FAMILIAR WITH THIS DESIGN PATENT?

23    A     YES.

24    Q     NOW, WITH RESPECT TO THE '889 DESIGN PATENT,

25    ISN'T IT CORRECT THAT THE DESIGN TEAMS' OBJECTIVES

```
 1    WERE TO REDUCE THE PRODUCT TO WHAT WAS ESSENTIALLY

 2    A SINGLE, SEAMLESS VESSEL, WHICH WAS THE REAR

 3    HOUSING?

 4    A    THAT WAS THE INSPIRATION OF THIS DESIGN, YES.

 5    Q    AND ANOTHER IMPORTANT DESIGN GOAL WAS TO HAVE

 6    JUST ONE GAP IN THE PRODUCT BETWEEN THE BACK

 7    HOUSING AND WHAT YOU REFER TO AS THE CLEAR GLASS

 8    BEZEL THAT EXTENDS ALL THE WAY ACROSS THE FRONT;

 9    RIGHT?

10    A    YES.

11    Q    SORRY.  WAS THAT YES?

12    A    YES.

13    Q    YOU WANTED A SINGLE PIECE OF REAR HOUSING;

14    RIGHT?

15    A    THAT WAS THE INSPIRATION FOR THE DESIGN, YES.

16    Q    NOW --

17              MAY I APPROACH THE WITNESS WITH A

18    PHYSICAL EXHIBIT, YOUR HONOR?

19              THE COURT:  PLEASE, GO AHEAD.

20              MR. VERHOEVEN:  (HANDING.)

21              THE WITNESS:  THANK YOU.

22              MR. MCELHINNY:  I DON'T BELIEVE THAT

23    EXHIBIT HAS BEEN MARKED, YOUR HONOR.

24              MR. VERHOEVEN:  YOUR HONOR, THE EXHIBIT

25    HAS BEEN IN THE EXCLUSIVE CUSTODY OF APPLE AND
```

```
 1    THEY'VE RETAINED POSSESSION OF IT.  WE'D BE HAPPY

 2    TO MARK IT WITH THE NEXT APPROPRIATE NUMBER.

 3              MR. MCELHINNY:  I'M NOT OBJECTING TO IT.

 4    I'M TRYING TO GET MR. VERHOEVEN A CLEAR RECORD.

 5              THE COURT:  WHAT NUMBER SHOULD IT BE?

 6              MR. VERHOEVEN:  WELL, IT'S ACTUALLY BEEN

 7    MARKED AS DX 741.

 8              THE COURT:  DX?  I'M SORRY.  CAN YOU

 9    REPEAT THAT, PLEASE?

10              MR. VERHOEVEN:  DX 741, YOUR HONOR.

11              THE COURT:  OKAY.

12              (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

13              741 WAS MARKED FOR IDENTIFICATION.)

14    BY MR. VERHOEVEN:

15    Q    NOW, YOU'VE SEEN THIS -- I'VE BEEN REFERRING

16    TO THIS AS APPLE MODEL 035.  WILL YOU UNDERSTAND

17    THAT'S WHAT I'M REFERRING TO?

18    A    YES.

19    Q    IT SAYS IT RIGHT ON THE BACK; RIGHT?

20    A    ABSOLUTELY.

21    Q    SO DX 741 IS APPLE MODEL 035.  FAIR?

22    A    EXCUSE ME.  WHAT WAS THE FIRST NUMBER AGAIN?

23    Q    THE EXHIBIT NUMBER WE JUST MARKED THAT AS, DX

24    741, CORRESPONDS TO APPLE MODEL 035?  FAIR?

25    A    I BELIEVE SO.
```

1    Q    AND YOU'VE SEEN THIS MODEL 035 BEFORE;

2    CORRECT?

3    A    YES.

4    Q    AND IF YOU LOOK AT -- IF WE CAN PUT ON THE

5    SCREEN DX 740, HERE WE HAVE -- AND THIS SHOULD BE

6    IN YOUR BINDER AS WELL IF YOU'D LIKE TO LOOK AT THE

7    HARD COPY IMAGES, SIR.

8    A    YES, I SEE IT.

9    Q    I DON'T HAVE MY HARD COPY YET, SO I'M GOING TO

10   GET MY HARD COPY, TOO.

11            MR. MCELHINNY:  YOUR HONOR, THIS EXHIBIT

12   HAS NOT BEEN MOVED INTO EVIDENCE.  I'M NOT SURE IT

13   SHOULD BE PUBLISHED.

14            THE COURT:  IS THERE GOING TO BE AN

15   OBJECTION?

16            MR. MCELHINNY:  IT DEPENDS ON WHETHER OR

17   NOT THERE'S A FOUNDATION THAT'S LAID, YOUR HONOR.

18            THE COURT:  ALL RIGHT.  LAY THE

19   FOUNDATION, PLEASE.

20            MR. VERHOEVEN:  OKAY.

21   Q    YOU'VE SEEN THESE IMAGES BEFORE, THESE PHOTOS;

22   RIGHT, SIR?

23   A    I BELIEVE I MAY HAVE SEEN THEM IN DEPOSITION.

24   Q    AND YOU'VE STUDIED THOSE PHOTOS AND YOU

25   COMPARED THEM TO THE APPLE MODEL 035, WHICH IS

```
 1    MARKED AS DX 741; CORRECT?

 2    A     I BELIEVE THAT IS TRUE.

 3    Q     AND IT'S YOUR OPINION, IN FACT, YOU'RE

 4    CONVINCED FROM STUDYING THEM BOTH THAT THEY ARE ONE

 5    AND THE SAME?  IN OTHER WORDS, THE PHOTOS ARE

 6    PICTURES OF APPLE MODEL 035; RIGHT?

 7    A      I DO RECALL SUCH AN EXERCISE OF COMPARING THE

 8    MODEL AND THE PHOTOS.  I THINK THESE ARE THOSE

 9    PHOTOS, I THINK THIS IS THAT MODEL, SO IT FEELS

10    TRUE.

11    Q     OKAY.  AND YOU AGREE WITH ME THAT THE APPLE

12    MODEL 035 AND THE CORRESPONDING PICTURES ARE

13    EMBODIMENTS OF THE '889 DESIGN PATENT; RIGHT?

14             MR. MCELHINNY:  OBJECTION, YOUR HONOR.

15    CALLS FOR A LEGAL CONCLUSION FROM THIS WITNESS.

16             MR. VERHOEVEN:  YOUR HONOR, ON DIRECT THE

17    WITNESS TESTIFIED TO THE EXACT QUESTION WITH

18    RESPECT TO OTHER APPLE PHYSICAL EXHIBITS --

19             MR. MCELHINNY:  NO, WE'RE --

20             MR. VERHOEVEN:  -- IN TESTIMONY ELICITED

21    BY MR. MCELHINNY.

22             MR. MCELHINNY:  THE WORD "EMBODIMENT,"

23    WHICH IS A LEGAL WORD, WAS NEVER USED IN ANY

24    QUESTION THAT I ASKED.

25             THE COURT:  WHY DON'T YOU REPHRASE THE
```

1    QUESTION, PLEASE?

2    BY MR. VERHOEVEN:

3    Q    THE SPECIFIC PHYSICAL MODEL, APPLE MODEL 035,

4    IS THE SAME MODEL OR MOCK-UP APPEARS IN PHOTOGRAPHS

5    THAT WERE SUBMITTED TO THE PATENT OFFICE TOGETHER

6    WITH THE '889 PATENT APPLICATION?  ISN'T THAT TRUE,

7    SIR?

8              MR. MCELHINNY:  AGAIN, THAT LACKS

9    FOUNDATION FROM THIS WITNESS, YOUR HONOR.

10             THE COURT:  IF YOU KNOW, SIR, GO AHEAD.

11             AND IF YOU COULD LAY THE FOUNDATION.

12             BUT IF YOU KNOW, SIR, YOU CAN ANSWER.

13             THE WITNESS:  YOU -- COULD YOU REPEAT THE

14   QUESTION?  YOU WERE ASKING ABOUT PHOTOGRAPHS WITH

15   THE PATENT APPLICATION?

16   BY MR. VERHOEVEN:

17   Q    YOU'RE AWARE THAT PHOTOGRAPHS WERE TAKEN OF

18   THE APPLE MODEL 035; RIGHT?

19   A    I SEE PHOTOGRAPHS OF 035.

20   Q    AND THOSE PHOTOGRAPHS WERE SUBMITTED TO THE

21   PATENT OFFICE AS PART OF THE PROSECUTION OF WHAT

22   BECAME THE '889 PATENT; ISN'T THAT TRUE, SIR?

23   A    I DON'T RECALL THE SPECIFICS OF SUCH AN

24   ATTACHMENT.

25   Q    WELL, YOU'RE AN INVENTOR ON THE PATENT; RIGHT?

```
 1                  MR. MCELHINNY:  ARGUMENTATIVE, YOUR

 2      HONOR.

 3                  THE COURT:  OVERRULED.

 4                  YOU CAN ANSWER.  GO AHEAD.

 5                  THE WITNESS:  YES, I AM.

 6      BY MR. VERHOEVEN:

 7      Q    IN YOUR --

 8                  JUST ONE SECOND, YOUR HONOR.

 9                  (DISCUSSION OFF THE RECORD BETWEEN

10      DEFENSE COUNSEL.)

11      BY MR. VERHOEVEN:

12      Q    ALL RIGHT.  WOULD YOU AGREE WITH ME, SIR, THAT

13      APPLE MODEL 035 INCORPORATES THE '889 DESIGN?

14      A    I BELIEVE THAT THE '889 PATENT REPRESENTS THIS

15      DESIGN.

16      Q    OKAY.  NOW, YOU TESTIFIED AT THE END OF YOUR

17      DIRECT TESTIMONY ABOUT SAMSUNG PHONES.

18      A    CORRECT.

19      Q    YOU'VE SEEN THE FOUR SOFT BUTTONS AT THE

20      BOTTOM OF SAMSUNG PHONES?

21      A    WOULD YOU LIKE TO SHOW ME WHAT YOU MEAN?

22      Q    WELL, YOU'RE THE ONE WHO TESTIFIED ON DIRECT

23      ALL ABOUT HOW IT WAS A RIP OFF.  DO YOU REMEMBER --

24                  MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.

25      BY MR. VERHOEVEN:
```

1    Q    DO YOU REMEMBER, SIR, LOOKING AT SOFT BUTTONS

2    AT THE BOTTOM OF THE SAMSUNG PHONES?

3            MR. MCELHINNY:  OBJECTION, YOUR HONOR.

4    THAT'S NOT A QUESTION.  HE'S ARGUING WITH THE

5    WITNESS.

6            THE COURT:  OVERRULED.

7            YOU CAN ANSWER.

8            THE WITNESS:  COULD YOU REPEAT THE

9    QUESTION, PLEASE?

10   BY MR. VERHOEVEN:

11   Q    DO YOU REMEMBER, YES OR NO, WHEN YOU LOOKED AT

12   THE SAMSUNG PHONES TO FORM THE OPINION AND THE

13   TESTIMONY THAT YOU GAVE BEFORE THE JURY, WHETHER

14   THEY HAD FOUR SOFT BUTTONS AT THE BOTTOM?

15   A    I HAVE SEEN MANY SAMSUNG PHONES.  I DO NOT

16   REMEMBER THE EXACT DETAILS OF SOFTWARE BUTTONS.

17   Q    SO YOU DON'T REMEMBER WHETHER THEY HAD BUTTONS

18   ON THE BOTTOM?

19   A    I -- LIKE I SAID, I'VE SEEN MANY SAMSUNG

20   PHONES.  I DO NOT KNOW THAT THEY'RE ALL THE SAME IN

21   TERMS OF THEIR BUTTON ARRANGEMENTS AT THE BOTTOM.

22   Q    HAVE YOU EVER SEEN ANY SAMSUNG PHONES THAT

23   HAVE FOUR SOFT BUTTONS AT THE BOTTOM?

24   A    I WOULD LIKE YOU TO SHOW ME THE PHONE.  THIS

25   COULD BE A TRICK QUESTION.  I DON'T KNOW.

1    Q    I'M JUST ASKING YOU, HAVE YOU EVER SEEN A

2    SAMSUNG PHONE THAT HAD FOUR SOFT BUTTONS AT THE

3    BOTTOM?

4    A    IF YOU SHOWED ME THE PHONE, I COULD DETERMINE

5    THAT THERE ARE FOUR SOFT BUTTONS.

6    Q    THAT'S NOT MY QUESTION, SIR.  MY QUESTION IS,

7    HAVE YOU SEEN A SAMSUNG PHONE THAT HAD FOUR SOFT

8    BUTTONS AT THE BOTTOM?

9    A    I CANNOT RECALL IT IT'S THREE OR FOUR.  I

10   CANNOT RECALL.

11   Q    HAVE YOU SEEN ANY PHONE, ANY SMARTPHONE THAT

12   HAD FOUR SOFT BUTTONS AT THE BOTTOM?

13   A    QUITE POSSIBLY.

14   Q    DID YOU THINK THEY WERE BEAUTIFUL?

15   A    CLEARLY THEY DID NOT STICK IN MY MIND.

16   Q    NOW, YOU TESTIFIED ON DIRECT ABOUT BUTTONS AND

17   HOW SOMETIMES YOU MIGHT DO 50 DIFFERENT MODELS OF A

18   BUTTON.  DO YOU REMEMBER THAT?

19   A    THAT'S CORRECT.

20   Q    HOW MANY MODELS DID YOU DO OF THE HOME BUTTON?

21   A    I COULD NOT GIVE YOU AN EXACT NUMBER, BUT I'M

22   SURE THERE WERE MANY.

23   Q    OVER TEN?

24   A    VERY LIKELY.

25   Q    OVER 100?

1

2

3

4                          CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21                    /S/

                     _____
22                   LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
23

24                    DATED:  JULY 31, 2012

25