# Pierce Declaration

# EXHIBIT 3

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA      )  C-11-01846 LHK
6  CORPORATION,                  )
                                 )  SAN JOSE, CALIFORNIA
7             PLAINTIFF,         )
                                 )  AUGUST 3, 2012
8        VS.                     )
                                 )  VOLUME
9  SAMSUNG ELECTRONICS CO.,      )
   LTD., A KOREAN BUSINESS       )  PAGES 556-930
10 ENTITY; SAMSUNG               )
   ELECTRONICS AMERICA,          )
11 INC., A NEW YORK              )
   CORPORATION; SAMSUNG          )
12 TELECOMMUNICATIONS            )
   AMERICA, LLC, A DELAWARE      )
13 LIMITED LIABILITY             )
   COMPANY,                      )
14                               )
              DEFENDANTS.        )
15 _____

16            TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22

23 OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
24

25

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                      BY:  HAROLD J. MCELHINNY
 3                                     MICHAEL A. JACOBS
                                       RACHEL KREVANS
 4                            425 MARKET STREET
                              SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
      APPLE:                  HALE AND DORR
 7                            BY:  WILLIAM F. LEE
                              60 STATE STREET
 8                            BOSTON, MASSACHUSETTS  02109

 9                            BY:  MARK D. SELWYN
                              950 PAGE MILL ROAD
10                            PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:   QUINN, EMANUEL, URQUHART,
                              OLIVER & HEDGES
12                            BY:  CHARLES K. VERHOEVEN
                              50 CALIFORNIA STREET, 22ND FLOOR
13                            SAN FRANCISCO, CALIFORNIA  94111

14                            BY:  VICTORIA F. MAROULIS
                                   KEVIN P.B. JOHNSON
15                            555 TWIN DOLPHIN DRIVE
                              SUITE 560
16                            REDWOOD SHORES, CALIFORNIA  94065

17                            BY:  MICHAEL T. ZELLER
                                   WILLIAM C. PRICE
18                                 JOHN B. QUINN
                              865 SOUTH FIGUEROA STREET
19                            10TH FLOOR
                              LOS ANGELES, CALIFORNIA  90017
20

21

22

23

24

25
```

1                           INDEX OF WITNESSES

2       <u>PLAINTIFF'S</u>

3       **PHILIP SCHILLER**
              DIRECT EXAM BY MR. MCELHINNY       P. 594
4             (RES.)
              CROSS-EXAM BY MR. PRICE            P. 666
5             REDIRECT EXAM BY MR. MCELHINNY     P. 717
              RECROSS-EXAM BY MR. PRICE          P. 721
6

7       **SCOTT FORSTALL**
              DIRECT EXAM BY MR. MCELHINNY       P. 724
8             CROSS-EXAM BY MR. JOHNSON          P. 760
              REDIRECT EXAM BY MR. MCELHINNY     P. 784
9             RECROSS-EXAM BY MR. JOHNSON        P. 787

10

11      **JUSTIN DENISON**
              AS-ON CROSS-EXAM BY MR. LEE        P. 790
12            AS-ON DIRECT EXAM BY MR. QUINN     P. 839

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                          INDEX OF EXHIBITS

3                              MARKED           ADMITTED

4      PLAINTIFF'S

5      133                                      600
       17                                       604
6      134                                      606
       135                                      607
7      142                                      609
       15                                       611
8      138                                      618
       141                                      621
9      140                                      622
       143                                      629
10     144                                      629
       145                                      630
11     146                                      631
       127                                      641
12     12                                       643
       128                                      644
13     13, CHARTS                               647
       11                                       648
14     14, CHARTS                               651
       16 & 33                                  652
15     1046                                     751
       58                                       809
16     54                                       813
       62                                       815
17     60                                       817

18

19

20

21

22

23

24

25

1

2                          INDEX OF EXHIBITS

3                                MARKED          ADMITTED

4      DEFENDANT'S:

5      578                                       671
       1093                                      673
6      1016                                      691
       1027                                      692
7      1025                                      693
       143.22                                    700
8      592                                       702
       143.82                                    705
9      109                                       710
       143.4, 143.12, 143.6, 143.16             714
10     143.22 & 143.25                           714
       2524                                      762
11     2525                                      765
       2517                                      768
12     2519                                      770
       2522                                      775
13     1007                                      862
       1019                                      864
14

15

16

17

18

19

20

21

22

23

24

25

1   WAS AMAZING.  PEOPLE HAD BEEN WAITING SO LONG AND

2   WERE SO EXCITED ABOUT THIS UPCOMING EVENT AT MAC

3   WORLD.

4   Q    WHAT WAS THE INITIAL REACTION TO THE

5   ANNOUNCEMENT?

6             MR. PRICE:  I'M GOING TO OBJECT, YOUR

7   HONOR.  VAGUE, BY WHOM, WHEN?

8             THE COURT:  SUSTAINED.

9   BY MR. MCELHINNY:

10  Q    WHAT WAS THE MEDIA REACTION TO THE

11  ANNOUNCEMENT?

12  A    WE HAD A HUGE AMOUNT OF PRESS, AND AS YOU

13  WOULD EXPECT, THE RANGE OF THE REACTION WAS

14  EVERYTHING YOU COULD IMAGINE FROM EXCITEMENT ABOUT

15  THIS BREAKTHROUGH PRODUCT TO DOUBT THAT APPLE COULD

16  SUCCEED AT THIS OR DO A GOOD JOB AT IT.

17  Q    CAN YOU GIVE US EXAMPLES OF PEOPLE WHO SAID

18  THAT YOU -- AFTER SEEING THE ANNOUNCEMENTS,

19  EXPRESSED DOUBT ABOUT WHETHER OR NOT IT WOULD BE --

20  THE IPHONE WOULD BE A SUCCESSFUL PRODUCT?

21            MR. PRICE:  OBJECT TO RELEVANCE AND

22  HEARSAY.

23            THE COURT:  WHAT WAS THE QUESTION AGAIN?

24  BY MR. MCELHINNY:

25  Q    CAN YOU GIVE US EXAMPLES OF PEOPLE WHO

```
 1    EXPRESSED DOUBT ABOUT WHETHER THE IPHONE WOULD BE A

 2    SUCCESSFUL PRODUCT.

 3               IT'S A SECONDARY CONSIDERATION.

 4               THE COURT:  I UNDERSTAND.  YOU NEED TO

 5    LAY A FOUNDATION.  OTHERWISE IT IS ELICITING

 6    HEARSAY.

 7               GO AHEAD, PLEASE.  REPHRASE YOUR

 8    QUESTION.

 9    BY MR. MCELHINNY:

10    Q    AS THE HEAD OF MARKETING, DID YOU BECOME AWARE

11    THAT PEOPLE EXPRESSED DOUBT AS TO THE SUCCESS OF

12    THE IPHONE PRODUCT?

13    A    YES, ABSOLUTELY.

14    Q    CAN YOU GIVE US AN EXAMPLE?

15    A    WE HAD MANY PRESS REPORTS, FROM THE PRESS,

16    FROM ANALYSTS, EVEN FROM COMPETITORS WHO SPOKE OUT

17    AGAINST OUR ANNOUNCEMENT AND SAID THAT WE'RE GOING

18    TO FAIL.  EVEN MICROSOFT SAID WE WERE GOING TO

19    FAIL.  THE HEAD OF PALM SAID WE WERE GOING TO FAIL.

20    THERE WERE MANY PEOPLE EXPRESSING DOUBT.

21    Q    AND DID THEY GIVE REASONS WHY THEY THOUGHT IT

22    WOULD FAIL?

23    A    YES, ABSOLUTELY.

24    Q    AND DO YOU RECALL ANY OF THE REASONS THAT WERE

25    GIVEN AT THE TIME?
```

1    A    PROBABLY THE BIGGEST REASON WAS THAT APPLE HAD

2    NEVER HAD A PHONE BEFORE AND WAS NEW INTO THE PHONE

3    BUSINESS AND THEY EXPECTED THAT WE WOULD FALL ON TO

4    OUR FACE AND DO A BAD JOB OF IT.

5    Q    SIR, IF YOU LOOK AT EXHIBIT 133 IN YOUR

6    EXHIBIT BINDER THERE, PX 133.

7    A    YES.

8    Q    CAN YOU TELL ME WHAT THAT DOCUMENT IS, PLEASE?

9    A    THIS IS AN ARTICLE FROM THE NEW YORK TIMES

10   THAT APPEARED THE DAY AFTER THE LAUNCH OF THE

11   IPHONE WRITTEN BY DAVID POGUE, ONE OF THE

12   PREEMINENT --

13            MR. MCELHINNY:  YOUR HONOR, I MOVE PX

14   133.

15            THE COURT:  ANY OBJECTION?

16            MR. PRICE:  WE HAVE NO FURTHER OBJECTION

17   TO THAT.

18            WE WOULD REQUEST A LIMITING INSTRUCTION

19   TO THE JURY THAT THIS IS NOT FOR THE TRUTH OF

20   ANYTHING THAT'S IN THE ARTICLE.

21            THE COURT:  THAT'S FINE.  THAT'S FINE.

22   IT'S ADMITTED, AND THIS IS NOT FOR THE TRUTH OF

23   WHAT IS STATED IN THE ARTICLE.

24            (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

25            133, HAVING BEEN PREVIOUSLY MARKED FOR

602

```
1              IDENTIFICATION, WAS ADMITTED INTO

2              EVIDENCE.)

3              THE COURT:  YOU MAY CONSIDER IT

4    OTHERWISE.

5              GO AHEAD.

6    BY MR. MCELHINNY:

7    Q    WOULD YOU PLEASE PUT UP PDX 1, PLEASE.

8              CAN YOU TELL US BRIEFLY WHAT MR. POGUE

9    SAID IN THIS ARTICLE?

10   A    YES.  MR. POGUE WROTE THAT APPLE HAD WAVED OUR

11   WAND, THE IPHONE, AT THE PHONE, AND HE CALLED IT

12   BEAUTIFUL AND THAT THAT ALONE WOULD BE ENOUGH TO

13   EXCITE PEOPLE AND MAKE PEOPLE WANT TO BUY IT.

14             HE ALSO CALLED IT GORGEOUS AND HE SPOKE

15   ABOUT ITS SHINY BLACK FACE AND STAINLESS STEEL

16   MIRRORED FINISHED RIM THAT WENT AROUND IT, THE LOOK

17   OF IT.

18             SO HE TALKED ABOUT HOW IT LOOKED AND HOW

19   BEAUTIFUL IT LOOKED.

20   Q    WHEN WAS THE IPHONE ACTUALLY PHYSICALLY

21   RELEASED, SIR?

22   A    WE SHIPPED THE FIRST IPHONES IN JUNE OF THAT

23   YEAR, JUNE 19TH, 2007.

24   Q    DID APPLE DO ANYTHING BETWEEN JANUARY AND JUNE

25   TO PROMOTE THE IPHONE ITSELF?
```

603

1   A    YES, WE DID.

2   Q    CAN YOU GIVE US EXAMPLES OF WHAT YOU DID?

3   A    WELL, IN THAT PERIOD FROM JANUARY UNTIL JUNE,

4   WE HAD A FEW MARKETING STRATEGIES.

5        THE BEGINNING WAS FIRST WE CALLED IT GO

6   QUIET.  SO RIGHT AFTER THE LAUNCH IN JANUARY, THERE

7   WAS SO MUCH EXCITEMENT, SO MUCH PRESS COVERAGE, WE

8   DIDN'T NEED TO DO OTHER MARKETING.  THE BEST THING

9   TO DO WAS LET THE PRESS WRITE AND TALK ABOUT THE

10  IPHONE.  SOME TALKED ABOUT THAT AS THE BIGGEST P.R.

11  LAUNCH OF A PRODUCT IN HISTORY.

12       AND THEN LEADING TOWARDS JUNE, WE BEGAN

13  TO CAREFULLY TURN ON THE MARKETING.  FIRST WE HELD

14  A TV AD DURING THE ACADEMY AWARDS IN EARLY MARCH.

15  IT WAS CALLED THE HELLO TV AD WHERE WE HAD FAMOUS

16  SCENES OF PEOPLE MAKING PHONE CALLS, AND THEN AT

17  THE END OF THAT AD, IT ANNOUNCED THAT THE IPHONE

18  WAS COMING IN JUNE, AT THE END OF JUNE.

19       AND THEN AS WE GOT CLOSER TO THE LAUNCH

20  IN JUNE, WE STARTED TO BRING ON ADDITIONAL TV ADS

21  SPECIFICALLY ABOUT THE IPHONE, SHOWCASING IT, AS

22  WELL AS DOING A TREMENDOUS AMOUNT OF MARKETING WITH

23  DIRECT MAIL, WEBSITES, HELPING THE WHOLE WORLD GET

24  READY FOR THE ARRIVAL OF THE IPHONE.

25  Q    WHERE WERE YOU PHYSICALLY WHEN THE IPHONE WAS

604

```
1    RELEASED, SIR?

2    A    I WAS AT OUR APPLE STORE IN CHICAGO ON

3    MICHIGAN AVENUE.

4    Q    AND WHY WERE YOU THERE?

5    A    WE REALIZED THAT THIS WAS A VERY, VERY BIG DAY

6    FOR APPLE, THE LAUNCH OF THE IPHONE, AND SO MUCH

7    EXCITEMENT HAD BUILT UP THAT I SENT MY TEAM,

8    INCLUDING MYSELF, AROUND THE COUNTRY TO DIFFERENT

9    LOCATIONS TO BE EVERYWHERE WE COULD.

10            AND SO I CHOSE TO GO TO CHICAGO, AND I

11   ACTUALLY EVEN BROUGHT MY SON WITH ME BECAUSE THIS

12   WAS SUCH A HUGE DAY AND I WANTED HIM TO BE PART OF

13   THAT.

14   Q    AFTER THE IPHONE WAS PHYSICALLY RELEASED, DID

15   YOU SEE ADDITIONAL REVIEWS IN THE PRESS CONCERNING

16   ITS FEATURES?

17   A    YES.

18   Q    DID ANY OF THE ARTICLES OR REVIEWS TALK ABOUT

19   THE DESIGN OF THE IPHONE?

20   A    OH, I THINK MANY, MANY OF THE ARTICLES TALKED

21   ABOUT THE DESIGN AND SPOKE ABOUT IT, EVEN SHOWED IT

22   IN THEIR STORIES.

23   Q    CAN YOU LOOK IN YOUR BINDER, PLEASE, AT

24   EXHIBIT PX 17, 17.

25   A    YES.
```

1    Q    CAN YOU TELL ME WHAT THIS DOCUMENT IS, PLEASE?

2    A    THIS IS A SUMMARY OF SOME OF THE NEWS COVERAGE

3    ABOUT THE IPHONE.

4              MR. MCELHINNY:  YOUR HONOR, I MOVE PX 17.

5              THE COURT:  ALL RIGHT.  ANY OBJECTION?

6              MR. PRICE:  NO FURTHER OBJECTIONS, AGAIN,

7    YOUR HONOR, WITH THE LIMITING INSTRUCTION THAT

8    NOTHING IN THESE ARTICLES IS TO BE TAKEN FOR THE

9    TRUTH OF THE MATTER ASSERTED.

10             THE COURT:  ALL RIGHT.  SO THIS IS

11   ADMITTED AND YOU ARE NOT TO CONSIDER THIS FOR THE

12   TRUTH OF WHAT'S ASSERTED IN THIS EXHIBIT.  YOU CAN

13   CONSIDER IT OTHERWISE.

14             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

15             17, HAVING BEEN PREVIOUSLY MARKED FOR

16             IDENTIFICATION, WAS ADMITTED INTO

17             EVIDENCE.)

18             THE COURT:  GO AHEAD, PLEASE.

19             MR. MCELHINNY:  THANK YOU, YOUR HONOR.

20   Q    IS THIS THE FIRST PAGE OF PX 17?

21   A    YES, IT IS.

22   Q    AND, AGAIN, JUST WHAT ARE EACH OF THESE

23   PHOTOGRAPHS THAT GO THROUGH THESE PAGES?

24   A    THESE ARE ALL EXCERPTS AND SUMMARIES OF

25   DIFFERENT NEWS COVERAGE THAT WAS WRITTEN ABOUT THE

622

1    STATED IN THE ARTICLE, BUT YOU CAN CONSIDER IT

2    OTHERWISE.

3              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

4              141, HAVING BEEN PREVIOUSLY MARKED FOR

5              IDENTIFICATION, WAS ADMITTED INTO

6              EVIDENCE.)

7              THE COURT:  GO AHEAD, PLEASE.

8              MR. MCELHINNY:  WOULD YOU SHOW, PLEASE,

9    DEMONSTRATIVE PDX 6.

10   Q    WHAT IS THIS DEMONSTRATIVE, SIR?

11   A    THIS IS A SUMMARY OF THAT SAME WALL STREET

12   JOURNAL REVIEW OF THE IPAD.

13   Q    NOW, AGAIN, REMIND US WHO MR. MOSSBERG IS?

14   A    MR. MOSSBERG IS A WRITER FOR THE WALL STREET

15   JOURNAL AND CONSIDERED ONE OF THE TOP TECH

16   JOURNALISTS IN OUR INDUSTRY.

17   Q    IF YOU LOOK AT PX 140, WHAT IS THIS DOCUMENT?

18   A    THIS IS A PRODUCT REVIEW, ALSO OF THE IPAD, BY

19   THE U.S.A. TODAY NEWSPAPER.

20             MR. MCELHINNY:  YOUR HONOR, I MOVE PX

21   140.

22             THE COURT:  SAME LIMITING INSTRUCTION?

23             MR. PRICE:  YES, YOUR HONOR.

24             THE COURT:  ALL RIGHT.  YOU CANNOT

25   CONSIDER THIS EXHIBIT FOR THE TRUTH OF WHAT'S

623

```
1    STATED IN THE EXHIBIT, BUT YOU CAN CONSIDER IT

2    OTHERWISE.

3              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

4              140, HAVING BEEN PREVIOUSLY MARKED FOR

5              IDENTIFICATION, WAS ADMITTED INTO

6              EVIDENCE.)

7              THE COURT:  GO AHEAD, PLEASE.

8              MR. MCELHINNY:  PLEASE SHOW DEMONSTRATIVE

9    PDX 7.

10   Q    AND WHAT IS THIS DEMONSTRATIVE, SIR?

11   A    THIS IS A SUMMARY OF THAT SAME U.S.A. TODAY

12   REVIEW OF THE IPAD AND SOME OF THE COMMENTS THE

13   WRITER WROTE.

14   Q    SIR, WAS THE EARLY PRESS FOR THE IPAD ALL

15   POSITIVE?

16   A    NO.

17   Q    AND WHAT WERE THE -- CAN YOU TELL US, JUST

18   GENERALLY, WHAT THE NEGATIVE COMMENTS WERE.

19   A    THERE WERE STILL MANY IN THE INDUSTRY AFTER WE

20   LAUNCHED THE IPAD WHO QUESTIONED WHETHER IT WOULD

21   SUCCEED AT ALL.

22        THEY QUESTIONED THE VALUE OF A PRODUCT

23   THAT PEOPLE MIGHT USE TO CREATE CONTENT LIKE THEY

24   DO ON A PERSONAL COMPUTER AND WHETHER THEY WOULD

25   USE A TABLET TO DO THOSE SAME ACTIONS.
```

624

1          THEY QUESTIONED THE NEED FOR SOMETHING

2     LARGER THAN AN IPHONE TO DO SOME OF THE SAME TASKS

3     AN IPHONE CAN DO.

4          THERE WAS GREAT DOUBT ON WHETHER IT WOULD

5     BE SUCCESSFUL TO ANYONE.

6     Q    DID THE IPAD HAVE A KEYBOARD?

7     A    IT HAD A SOFT SCREEN KEYBOARD, TOUCH KEYBOARD,

8     NO PHYSICAL KEYBOARD ATTACHED TO IT.

9     Q    WAS THERE REACTION TO THE FACT OF IT

10    ELIMINATED A PHYSICAL KEYBOARD?

11    A    OF COURSE.

12    Q    WHAT WAS THE NATURE OF THAT REACTION, SIR?

13    A    MANY IN THE INDUSTRY DOUBTED THAT A DEVICE

14    THAT DIDN'T HAVE A PHYSICAL KEYBOARD ATTACHED TO IT

15    COULD SUCCEED IN ANY MEANINGFUL NUMBERS.

16    Q    LET'S GO BACK TO PLAINTIFF'S EXHIBIT 15 IN

17    EVIDENCE.  DOES THIS CHART TELL US ABOUT SALES FOR

18    THE IPAD?

19    A    YES, IT DOES.

20    Q    AND CAN YOU SUMMARIZE THAT FOR US, PLEASE?

21    A    YES.  THE ORANGE LINE ON THE BOTTOM RIGHT THAT

22    STARTS IN MID-2010 AND GOES UNTIL 2012 SHOWS THE

23    CUMULATIVE SALES OF THE IPAD.

24    Q    SIR, I'M GOING TO CHANGE SUBJECTS A LITTLE

25    BIT.

```
 1              AS THE HEAD OF MARKETING, IN APPLE'S

 2     VIEW, HAS THE IPHONE BEEN A SUCCESSFUL PRODUCT?

 3     A    YES, IT'S BEEN VERY SUCCESSFUL.

 4     Q    AND WHAT IS YOUR UNDERSTANDING OF THE REASONS

 5     FOR ITS SUCCESS?

 6     A    WELL, I THINK THERE ARE --

 7              MR. PRICE:  I'LL OBJECT.  IT'S

 8     UNDISCLOSED OPINION.

 9              THE COURT:  OVERRULED.

10              GO AHEAD.

11              THE WITNESS:  I THINK THERE ARE MANY

12     REASONS FOR THE IPHONE SUCCESS.

13              FOR ME, WHAT I BELIEVE IS VERY PREVALENT

14     IS, NUMBER ONE, PEOPLE FIND THE IPHONE DESIGNS

15     BEAUTIFUL.

16              NUMBER TWO, IT'S AN INCREDIBLY

17     EASY-TO-USE DEVICE WITH ALL OF OUR SOFTWARE

18     INVENTIONS TO MAKE IT INTUITIVE AND SIMPLE AND WELL

19     INTEGRATED.

20              I THINK, THIRD, THE FACT THAT WE DO SUCH

21     A GOOD JOB INTEGRATING HARDWARE AND SOFTWARE

22     TOGETHER TO MAKE ONE EXPERIENCE.

23              AND, FOURTH, I THINK BECAUSE IT HAS --

24     WE'VE REALLY TAKEN THE ENTIRE EXPERIENCE, EVERY

25     ELEMENT OF IT, HARDWARE, SOFTWARE, APPLICATIONS,
```

626

1    INTERNET SERVICES AND TAKEN RESPONSIBILITY TO MAKE

2    ALL THOSE THINGS WORK WELL FOR THE CUSTOMER.  I

3    THINK THAT'S SORT OF MY LIST OF WHAT'S MADE IT

4    SUCCESSFUL.

5    Q    HAS THE IPAD BEEN A SUCCESSFUL DEVICE?

6    A    ABSOLUTELY.

7    Q    AND WHAT ARE YOUR UNDERSTANDINGS FOR THE

8    REASONS OF ITS SUCCESS?

9    A    WELL, FIRST I WOULD REPEAT SIMILAR ITEMS AS

10   WITH THE IPHONE, THAT IT'S ABSOLUTELY BEAUTIFUL;

11   THAT IT'S VERY EASY TO USE WITH ITS SOFTWARE; THAT

12   IT'S INTEGRATED TOGETHER HARDWARE AND SOFTWARE; AND

13   THE RESPONSIBILITY WE TAKE FOR ALL THOSE SERVICES.

14        BUT I WOULD ADD ONE MORE IN ADDITION TO

15   THE IPHONE, WHICH IS WE'VE ACTUALLY SHOWN PEOPLE

16   THE VALUE THAT THIS INCREDIBLY BEAUTIFUL PRODUCT

17   CAN HAVE IN THEIR LIVES AND WHY THEY WANT ONE WHEN

18   THEY NEVER HAD BEFORE.  THAT WAS ONE OF THE BIGGEST

19   CHALLENGES.

20   Q    COULD YOU PLEASE PUBLISH PDX 8.

21        SIR, THESE ARE PHOTOGRAPHS OF THE PHONES

22   THAT ARE ALREADY IN EVIDENCE IN THIS CASE.

23        I NOTICE THAT WHEN YOU LOOKED AT THE PTO

24   DISPLAY, YOU IMMEDIATELY RECOGNIZED, YOU TALKED

25   ABOUT THE DISTINCTIVE NATURE OF THE IPHONE.

627

```
 1              WHAT IS IT ABOUT THESE DESIGNS THAT
 2     CAUSES YOU TO CALL THEM DISTINCTIVE?
 3     A    WELL, AS A MARKETING PERSON, IT'S IMPORTANT TO
 4     ME THAT A PRODUCT BE UNIQUE, BE DISTINCTIVE, BE
 5     CONSISTENT OVER TIME.
 6              WHAT YOU'RE SEEING UP HERE, YOU MAY THINK
 7     IT'S JUST FOUR PICTURES OF PHONES, BUT IT ACTUALLY
 8     REPRESENTS MANY YEARS OF IPHONE TO APPLE.  WE DON'T
 9     BRING OUT NEW VERSIONS EVERY MONTH.  WE BRING THEM
10     OUT ABOUT ONCE A YEAR.
11              AND YOU SEE THE VERY CONSISTENT SHAPE OF
12     IT.  IT'S ROUNDED CORNERS, IT'S RECTANGULAR SHAPE,
13     ITS FULL GLASS FACE WITH THE BLACK SCREEN AND BLACK
14     AREA AROUND THE SCREEN JUST SEEN AS ONE.  YOU SEE
15     THE COLORFUL ICONS, THE APPLICATIONS, THE SQUARES
16     WITH THEIR ROUNDED CORNERS.
17              YOU SEE THE BOX ALONG THE BOTTOM WHICH
18     WE'RE KNOWN FOR.  I THINK THERE ARE A NUMBER OF
19     FACTS ALTOGETHER THAT MAKE IT VERY OBVIOUS THAT
20     IT'S AN IPHONE.
21              THE COURT:  MR. MCELHINNY, I DON'T HAVE
22     IT IN MY NOTES AS HAVING BEEN ADMITTED.  WHICH
23     WITNESS WAS THIS?
24              MR. MCELHINNY:  I'M SORRY, YOUR HONOR.
25     THE PHONES WERE ADMITTED THROUGH MR. SCHILLER, I
```

628

1    BELIEVE -- THROUGH MR. STRINGER, I BELIEVE, AND

2    THIS IS SIMPLY A PICTURE OF THE PHONES THAT ARE IN

3    EVIDENCE.

4             THE COURT:  OH, ALL RIGHT.

5    BY MR. MCELHINNY:

6    Q    WHICH IPHONES INCORPORATE THE DESIGN FEATURES

7    THAT YOU JUST DISCUSSED?

8    A    THEY ALL DO.

9    Q    IF YOU WOULD PUT UP, PLEASE, PDX 9.

10            THESE ARE PICTURES OF THE IPAD IN

11   EVIDENCE.

12            AGAIN, WHAT IS IT ABOUT THESE, THE SHAPE

13   OF THESE DEVICES THAT MAKES YOU THINK THAT THEY'RE

14   DISTINCTIVE?

15   A    AS A MARKETING PERSON, IT'S IMPORTANT TO ME

16   THAT THE IMAGE OF THE PRODUCT BE SIMPLE, CLEAR,

17   CONSISTENT OVER TIME AND WHAT YOU'RE SEEING IS THE

18   IPAD HAS HAD A CONSISTENT DESIGN OF THE LARGE

19   RECTANGLE WITH FOUR ROUNDED CORNERS, A FULL GLASS

20   FACE WITH A SCREEN AND THE AREA AROUND THE SCREEN

21   JUST BECOME ONE SURFACE.  THAT WE HAVE A BEAUTIFUL

22   SET OF ICONS THAT ARE COLORFUL, SQUARES WITH

23   ROUNDED CORNERS.  A DOCK FOR THE MOST COMMONLY USED

24   ICONS ALL ON THE BOTTOM.

25            AND ALTOGETHER IT'S A SIMPLE, BEAUTIFUL

629

1   LOOK THAT HAS STAYED CONSISTENT WITH ACROSS THE

2   PRODUCT LINE.

3   Q    IN YOUR EXPERIENCE, DOES THE DESIGN OF THESE

4   PRODUCTS CONTRIBUTE TO THEIR SUCCESS?

5   A    ABSOLUTELY.

6   Q    AND WHY DO YOU SAY THAT?

7   A    BECAUSE I BELIEVE CUSTOMERS VALUE BEAUTIFUL

8   PRODUCTS AND PRODUCTS THEY CAN ASSOCIATE AND

9   IDENTIFY WITH THE COMPANY WHO'S MADE THEM.

10  Q    SIR, IF YOU LOOK IN YOUR BINDER AT EXHIBIT

11  1 -- PX 143.

12  A    YES.

13  Q    WHAT IS EXHIBIT PX 143?

14  A    THIS IS AN APPLE CUSTOMER OR BUYER SURVEY OF

15  PEOPLE WHO PURCHASED IPHONES.

16  Q    CAN YOU TELL ME THE DATES OF IT, PLEASE?

17  A    THIS WAS FROM THE FOURTH FISCAL QUARTER IN

18  FISCAL YEAR 2010.

19  Q    ALL RIGHT.  WOULD YOU LOOK AT THE PAGES THAT

20  YOU'VE GOT THERE, PLEASE, AND TELL ME WHETHER YOU

21  HAVE THE ENTIRE SURVEY OR EXCERPTS FROM THE SURVEY?

22  A    THIS IS JUST A BRIEF EXCERPT OF A LARGER

23  SURVEY.

24       MR. MCELHINNY:  THANK YOU.  YOUR HONOR, I

25  MOVE PX 143.

633

```
1    Q    WHO DETERMINES WHAT QUESTIONS SHOULD BE ASKED
2    IN YOUR IPHONE BUYER SURVEY?
3    A    MY TEAM DOES.
4    Q    AND HOW ARE THE ANSWERS COMPILED?
5    A    THEY USUALLY ARE DONE BY GATHERING ANSWERS
6    FROM WEB SURVEYS AND SOMETIMES ALSO CERTAIN PHONE
7    SURVEYS, AND THOSE ARE COMPILED TOGETHER IN A
8    DATABASE AND THEN REPORTED IN A DOCUMENT SUCH AS
9    THESE.
10   Q    AND ARE THE BUYER SURVEYS THAT I'VE JUST SHOWN
11   YOU, ARE THEY CONSIDERED CONFIDENTIAL DOCUMENTS AT
12   APPLE?
13   A    YES, THEY ARE.
14   Q    WHY?
15   A    ONE OF THE TOUGH THINGS IN OUR INDUSTRY, AND
16   IN MARKETING PRODUCTS, IS YOU CAN RESEARCH YOUR OWN
17   CUSTOMERS BECAUSE YOU HAVE A DATABASE OF YOUR
18   CUSTOMERS.  THEY'VE BOUGHT A PRODUCT FROM YOU, SO
19   YOU KNOW HOW TO REACH THEM.
20        IT'S DIFFICULT TO RESEARCH SOMEONE ELSE'S
21   CUSTOMERS, A COMPETITOR'S CUSTOMERS.  SO A
22   COMPETITOR CAN EASILY RESEARCH THEIR OWN CUSTOMERS,
23   BUT TO RESEARCH OUR CUSTOMERS ARE MUCH MORE
24   DIFFICULT.
25        SO OUR DATA THAT WE'VE GATHERED ON OUR
```

634

1    CUSTOMERS IS VERY DIFFICULT TO GATHER, AND,

2    THEREFORE, IT'S VERY CONFIDENTIAL AND WE PREFER NOT

3    TO SHARE IT WITH OUR COMPETITORS.

4    Q    HAVE YOU PREPARED A SUMMARY OF THE INFORMATION

5    THAT'S CONTAINED IN THE FOUR SURVEYS THAT I JUST

6    SHOWED YOU?

7    A    YES.

8    Q    IF YOU LOOK IN YOUR BINDER, PLEASE, AT PDX 10.

9    A    YES.

10   Q    IS THIS THE SUMMARY THAT YOU HAVE PREPARED?

11   A    YES, IT IS.

12   Q    CAN YOU WALK US THROUGH IT, PLEASE?

13   A    SO THIS IS A SUMMARY WHERE, ACROSS THE SURVEYS

14   WE'VE JUST BEEN SPEAKING ABOUT, WE TOOK ONE OF THE

15   QUESTIONS AND JUST SHOWED WHAT THE RESULTS WERE

16   ACROSS EACH OF THOSE SURVEYS TOGETHER.

17             AND IN THIS CASE, IN THE IPHONE BUYER

18   SURVEY, THE QUESTION WAS FOR THE CUSTOMER TO RATE

19   THE IMPORTANCE OF THE ATTRACTIVE APPEARANCE AND

20   DESIGN INTO THEIR DECISION TO PURCHASE THE IPHONE.

21   Q    AND WHAT WAS THE QUESTION THAT WAS ASKED IN

22   THIS PARTICULAR, BEHIND THIS -- THAT IS BEHIND THIS

23   PARTICULAR SUMMARY?

24   A    SPECIFICALLY, THE EXACT QUESTION WAS, "HOW

25   IMPORTANT WERE EACH OF THE FOLLOWING ATTRIBUTES,

635

1    "AND THE QUESTION, OF COURSE, THERE WAS MORE THAN

2    ONE, THIS ONE WAS "HOW IMPORTANT IS ATTRACTIVE

3    APPEARANCE AND DESIGN?"

4            AND THEN WHAT YOU SEE THERE IN THE BARS

5    IS THE RESULTS.

6    Q    I'M SORRY.  SO WE'RE ON TRACK.  WHAT DOES

7    ATTRACTIVE APPEARANCE AND DESIGN MEAN IN YOUR

8    BUSINESS?

9    A    WE'RE SIMPLY TRYING TO UNDERSTAND FROM THE

10   CUSTOMER'S PERSPECTIVE THE ACTUAL PHYSICAL

11   APPEARANCE, THE LOOK OF THE PRODUCT, THE IPHONE,

12   AND WHAT THEY FELT ABOUT HOW IMPORTANT THAT

13   APPEARANCE OR LOOK WAS IN THEIR OWN DECISION TO BUY

14   IT.

15   Q    ALL RIGHT.  LET ME HAMMER THE OBVIOUS LATER.

16   THIS IS NOT JUST THE RESULT OF A SINGLE SURVEY; IS

17   THAT RIGHT?

18   A    NO, IT IS NOT.

19   Q    IT COVERS A PERIOD OF TIME?

20   A    YES, IT DOES.

21   Q    A NUMBER OF SURVEYS?

22   A    YES, IT DOES.

23   Q    AND WHAT, WHAT DOES THIS SUMMARY TELL US ABOUT

24   THE IMPORTANCE OF DESIGN TO YOUR CUSTOMERS?

25   A    THIS SURVEY RESULT, ACROSS TIME, ACROSS MANY

636

1    CUSTOMERS, AFFIRMS FOR ME THE PERSPECTIVE THAT,

2    THAT MOST CUSTOMERS BELIEVE THAT ATTRACTIVE

3    APPEARANCE AND DESIGN IS VERY IMPORTANT TO THEIR

4    CHOICE OF BUYING A PRODUCT, AND SPECIFICALLY OUR

5    PRODUCT.

6    Q    AND HOW DO YOU GET THAT CONCLUSION FROM THESE

7    NUMBERS?

8    A    WE ASKED THE CUSTOMERS, IN THIS QUESTION, TO

9    RATE THIS IMPORTANCE ON A SCALE OF 1 TO 5, WITH THE

10   TOP TWO IN THAT SCALE BEING THE ATTRACTIVE

11   APPEARANCE AND DESIGN IS EITHER SOMEWHAT IMPORTANCE

12   TO THE PURCHASE OR VERY IMPORTANT TO THE PURCHASE.

13            AND IN MARKETING LINGO, WE CALL THAT THE

14   TOP TWO BOX, THOSE TOP TWO CHOICES.

15            AND YOU USUALLY COMBINE THOSE FOR YOUR

16   MEASURE OF WHAT CUSTOMERS THINK WHETHER SOMETHING

17   IS IMPORTANT OR NOT.

18            AND -- NOW I APOLOGIZE THE WAY YOU

19   USUALLY SHOW A CHART LIKE THIS --

20   Q    SO WHEN YOU TALK ABOUT TOP TWO BOXES, YOU'RE

21   TALKING ABOUT THE BOTTOM TWO BOXES?

22   A    ONE OF THE FUNNY THINGS IN MARKETING IS WE

23   CALL THEM THE TOP TWO, BUT IN A CHART, THEY'RE

24   USUALLY THE BOTTOM COLORS IN THAT, SO IT'S THE DARK

25   BLUE AND MEDIUM BLUE THAT YOU SEE THERE.

```
 1              SO THE WAY I LOOK AT THESE WHEN I SEE

 2      THESE REPORTS IS YOU COMBINE THOSE TWO.

 3              SO, FOR EXAMPLE, THE FIRST BAR SHOWS 46

 4      PERCENT, PLUS 35 PERCENT OF THE TOP TWO BOXES, OR

 5      85 PERCENT OF THOSE CUSTOMERS BELIEVED THAT IT WAS,

 6      THE APPEARANCE AND DESIGN WAS IMPORTANT TO THEIR

 7      PURCHASE OF THE IPHONE.

 8      Q    DOES APPLE TAKE PRODUCT DESIGN SERIOUSLY?

 9      A    EXTREMELY.

10      Q    WHY?

11      A    I BELIEVE ONE OF THE THINGS THE MARKET LOOKS

12      AT FROM APPLE IS BEAUTIFUL PRODUCTS.  IT'S ONE OF

13      THE THINGS WE'RE KNOWN FOR.  IT'S ONE OF THE THINGS

14      WE STRIVE TO CREATE, AND I THINK IT'S PART OF WHO

15      APPLE IS.  WE CREATE BEAUTIFUL PRODUCTS.

16      Q    DOES, SIR, THIS SUMMARY THAT YOU PREPARED,

17      DOES IT HAVE A SECOND PAGE?

18      A    YES, IT DOES.

19      Q    LET'S LOOK AT THE SECOND PAGE.  AND WHAT DOES

20      THIS PAGE REPRESENT?

21      A    FROM THE SAME IPHONE BUYER SURVEYS, WE ALSO

22      ASKED THE QUESTION OF HOW IMPORTANT EASE OF USE WAS

23      TO THEIR PURCHASE DECISION, AND THIS REPRESENTS THE

24      RESULTS OF THAT QUESTION OVERALL OF THESE SURVEYS.

25      Q     AND, AGAIN, THE WAY THAT YOU USED THE PHRASE,
```

638

1    WHAT DOES "EASE OF USE" REFER TO?

2    A    EASE OF USE IS A WAY TO GET AT THE CUSTOMER'S

3    UNDERSTANDING OF JUST HOW EASY IT IS TO USE OUR

4    PRODUCTS.

5            AND USUALLY THAT, IT STANDS FOR BOTH THE

6    PHYSICAL DESIGN, IS IT SIMPLE TO UNDERSTAND, BUT

7    EVEN MORE SO, THE SOFTWARE AND HOW EASY IT IS TO

8    USE ALL THAT SOFTWARE.

9    Q    I'M GOING TO CHANGE SUBJECTS AGAIN.

10           SINCE THE RELEASE OF THESE PRODUCTS, HAS

11   APPLE SPENT -- MADE EFFORTS TO PROMOTE THE

12   PRODUCTS?

13   A    OH, YES, A GREAT DEAL.

14   Q    AND WHAT KINDS OF EFFORTS JUST GENERALLY HAVE

15   YOU MADE?

16   A    WE USE EVERYTHING THAT MARKETING HAS AT OUR

17   DISPOSAL TO USE.  THE LARGEST FORM OF COMMUNICATION

18   IS ADVERTISING.  THERE'S ALSO PUBLIC RELATIONS.

19   THERE'S DIRECT MAIL.  THERE'S EVENTS.  OUR

20   WEBSITES, OUR STORES AND ALL THE CONTENT IN THOSE

21   STORES, ON AND ON, MANY THINGS.

22   Q    IS ADVERTISING IMPORTANT TO, TO WHAT YOU DO?

23   A    AT APPLE, ADVERTISING IS ONE OF THE MOST

24   IMPORTANT MARKETING TOOLS WE HAVE.

25   Q    AND WHY IS THAT?

```
 1    A    ADVERTISING IS A WAY TO REACH MANY PEOPLE

 2    INSTANTLY WITH A SINGLE COMMUNICATION.  YOU CAN

 3    CREATE AN AD AND REACH MILLIONS OF CUSTOMERS AND

 4    SPEAK DIRECTLY TO THEM FROM OUR COMPANY.

 5    Q    ARE YOU INVOLVED IN HELPING TO SHAPE THE APPLE

 6    ADVERTISING CAMPAIGNS?

 7    A    YES, I AM.

 8    Q    DOES APPLE HAVE A PARTICULAR APPROACH THAT IT

 9    USES TO MARKET THE IPHONE AND THE IPAD?

10    A    YES.  I THINK WE HAVE A VERY DISTINCTIVE,

11    UNIQUE APPROACH.

12    Q    AND WHAT IS THAT APPROACH, SIR?

13    A    AT APPLE IN MARKETING, WE CALL THIS APPROACH

14    TO ADVERTISING PRODUCT AS HERO.  THAT'S THE TERM WE

15    USE.

16    Q    PRODUCT AS HERO?

17    A    YES.

18    Q    AND WHAT DOES THAT MEAN?

19    A    THAT MEANS -- THE MOST IMPORTANT WE DO AT

20    APPLE IS TO CREATE A PRODUCT.  THAT'S WHY WE'RE ALL

21    THERE, TO CREATE AMAZING PRODUCTS, AND WE WANT TO

22    SHOWCASE THOSE PRODUCTS AS PREDOMINANTLY AS WE CAN.

23          SO OUR MARKETING STRATEGY IS TO MAKE THE

24    PRODUCT THE BIGGEST, CLEAREST, MOST OBVIOUS THING

25    IN OUR ADVERTISEMENTS, OFTEN AT THE EXPENSE OF
```

640

```
 1     ANYTHING ELSE AROUND IT, TO REMOVE ALL THE OTHER
 2     ELEMENTS OF COMMUNICATION SO YOU SEE THE PRODUCT
 3     MOST PREDOMINANTLY IN THE MARKETING.
 4     Q    WAS THERE ANYTHING ESPECIALLY CHALLENGING TO
 5     MARKETING THE IPHONE?
 6     A    OH, YES, A GREAT --
 7              MR. PRICE:  OBJECT TO RELEVANCE TO THE
 8     ISSUES IN THIS CASE.
 9              MR. MCELHINNY:  ADVERTISING IS ONE OF THE
10     CRITICAL ISSUES ON DILUTION.
11              THE COURT:  OVERRULED.
12              GO AHEAD.
13     BY MR. MCELHINNY:
14     Q    WERE THERE ANY SPECIAL CHALLENGES TO MARKETING
15     THE IPHONE?
16     A    YES, THERE WERE.
17     Q    AND CAN YOU TELL US WHAT THOSE WERE?
18     A    BECAUSE THE IPHONE WAS SUCH A NEW KIND OF
19     DEVICE AND PEOPLE HAD NO IDEA HOW IT WORKED, THE
20     EASIEST WAY TO UNDERSTAND THE IPHONE WOULD BE TO
21     ACTUALLY PICK IT UP AND USE IT.
22              AND WHILE WE WANTED PEOPLE TO GO TO
23     STORES AND DO THAT, OUR TV ADVERTISEMENT CREATES AN
24     EXTRA CHALLENGE, HOW DO YOU SHOW THIS HERO PRODUCT,
25     AND HOW IT WILL WORK IF YOU HAVE NO FOUNDATION FOR
```

```
1    UNDERSTANDING HOW THAT IS?  SO THAT WAS A BIG
2    CHALLENGE CREATED IN OUR MARKETING.
3    Q    SIR, IF YOU LOOK IN YOUR BINDER AT EXHIBIT PX
4    127.
5    A    YES.
6    Q    CAN YOU TELL ME WHAT EXHIBIT PX 127 IS?
7    A    IT'S A VIDEO.
8    Q    AND IS IT A VIDEO OF ONE OF THE ADS THAT YOU
9    PRODUCED ABOUT HOW TO USE THE IPHONE?
10   A    YES.
11          MR. MCELHINNY:  YOUR HONOR, I MOVE PX 127
12   IN.
13          THE COURT:  ANY OBJECTION.
14          MR. PRICE:  NO ADDITIONAL OBJECTIONS.
15   AGAIN, CAN WE HAVE AN INSTRUCTION THAT WHAT'S SAID
16   IN THE VIDEO IS NOT RELEVANT MATERIAL.
17          MR. MCELHINNY:  THIS IS NOT HEARSAY.
18          THE COURT:  THAT OBJECTION IS OVERRULED.
19          ARE YOU GOING TO SHOW THIS OR WHAT?
20          MR. MCELHINNY:  I'M GOING TO SHOW IT,
21   YOUR HONOR.
22          THE COURT:  OKAY.  I THINK SINCE WE
23   STARTED EARLIER TODAY, I'D LIKE TO TAKE THE BREAK A
24   LITTLE EARLIER, MAYBE 10:15.  OKAY.
25          MR. MCELHINNY:  FINE, YOUR HONOR.
```

642

```
 1                    THE COURT:  GO AHEAD.

 2                    MR. MCELHINNY:  WOULD YOU SHOW EXHIBIT --

 3       DO WE NEED HELP WITH THAT?

 4                    (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

 5                    127, HAVING BEEN PREVIOUSLY MARKED FOR

 6                    IDENTIFICATION, WAS ADMITTED INTO

 7                    EVIDENCE.)

 8                    MR. MCELHINNY:  CAN YOU SHOW EXHIBIT PX

 9       127, PLEASE.

10                    (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

11       OPEN COURT OFF THE RECORD.)

12       BY MR. MCELHINNY:

13       Q    THAT WAS ONE OF THE EARLY ADS FOR THE IPHONE;

14       IS THAT CORRECT?

15       A    YES, IT WAS.

16       Q    EXPLAIN TO US THE LOGIC.  WHAT DID WE JUST SEE

17       FROM AN ADVERTISING PERSPECTIVE?

18       A    ADVERTISING IS ALWAYS CHALLENGING BECAUSE YOU

19       ONLY HAVE 30 SECONDS TO GET AN IDEA ACROSS, AND IN

20       THAT 30 SECONDS, WHAT YOU SAW FIRST WAS, WHAT I

21       SPOKE ABOUT EARLIER, THE PRODUCT WAS THE HERO.  YOU

22       SAW THE DISTINCTIVE DESIGN VERY CLEARLY.

23                    SECONDLY, WE GAVE YOU THE ABILITY TO SEE

24       A BIT ABOUT HOW IT MIGHT WORK.  SINCE YOU'VE NEVER

25       USED THIS PRODUCT BEFORE AS A CUSTOMER, YOU SAW HOW
```

643

```
 1    FLICKING AND SCROLLING AND TAPPING AND ALL THESE
 2    MULTITOUCH IDEAS SIMPLY.
 3             AND THEN THE THIRD THING I THINK THE AD
 4    DID VERY WELL WAS EXPRESS WHAT WE SPOKE ABOUT
 5    EARLIER FROM THE ORIGINAL LAUNCH, THAT THE IPHONE
 6    WAS A BREAKTHROUGH OF THREE THINGS:
 7             IT WAS A GREAT PHONE; IT WAS A PERSONAL
 8    COMMUNICATION DEVICE; AND IT WAS THE BEST IPOD YOU
 9    EVER HAD.
10             ALL THREE OF THOSE WERE USED IN THAT
11    ADVERTISEMENT.
12    Q    CAN YOU LOOK IN YOUR BINDER, PLEASE, TO
13    EXHIBIT PX 12.
14    A    YES.
15    Q    I THINK YOU'RE GOING TO FIND TWO THINGS THERE.
16    I THINK YOU'RE GOING TO FIND A CHART AND ANOTHER
17    CD.  IS THAT CORRECT?
18    A    CORRECT.
19    Q    WHAT IS THE CHART?
20    A    THIS IS A, A TABLE REPRESENTING ALL OF THE ADS
21    ABOUT IPHONE THAT WE'VE PUT ON A DVD.
22    Q    AND WHAT IS THE DVD?
23    A    THE DVD HAS ALL OF THESE ADS.  IT SHOWS THE
24    ORIGINAL IPHONE ADS, AS WELL AS FOLLOW-ON VERSIONS
25    OF THE IPHONE, ALL AS INDIVIDUAL VIDEOS.
```

644

1    Q    DOES IT INCLUDE THE AD WE JUST SAW.

2    A    YES, IT DOES.

3              MR. MCELHINNY:  YOUR HONOR, I MOVE PX 12.

4              MR. PRICE:  ONE MOMENT, PLEASE.

5              (PAUSE IN PROCEEDINGS.)

6              MR. PRICE:  NO ADDITIONAL OBJECTIONS,

7    JUDGE.

8              THE COURT:  ALL RIGHT.  THAT'S ADMITTED.

9              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

10             12, HAVING BEEN PREVIOUSLY MARKED FOR

11             IDENTIFICATION, WAS ADMITTED INTO

12             EVIDENCE.)

13   BY MR. MCELHINNY:

14   Q    AND THIS IS THE CHART THAT YOU WERE TALKING

15   ABOUT WITH THE ADS?

16   A    YES, IT IS.

17   Q    AND YOU'VE GIVEN EACH ONE OF THESE ADS AN

18   INDIVIDUAL NAME?

19   A    WE DO.

20   Q    ALL RIGHT.  AND JURY WILL HAVE THE DVD IN THE

21   COURTROOM?

22   A    THEY WILL.

23   Q    DO YOU KNOW, DID THESE ADS ACTUALLY AIR IN THE

24   UNITED STATES?

25   A    YES.  ALL OF THESE WERE ADS THAT WE RAN ON TV.

645

1     Q     THANK YOU.  WERE THERE ANY SPECIAL CHALLENGES

2     TO MARKETING THE IPAD?

3     A     OH, YES.

4     Q     AND CAN YOU GIVE US EXAMPLES OF WHAT THOSE

5     CHALLENGES WERE?

6     A     AGAIN, LIKE WITH THE IPHONE, THE IPAD IS A

7     DEVICE THAT WAS BRAND NEW AND PEOPLE HAD NO

8     EXPERIENCE WITH ANYTHING LIKE THE IPAD.

9               AND SO THE CHALLENGE IN MARKETING IS TO,

10    AGAIN, NOT ONLY SHOW IT AS THIS HERO, BEAUTIFUL

11    PRODUCT BUT GIVE YOU A SENSE OF HOW IT MIGHT WORK

12    AND WHAT IT MIGHT DO FOR YOU BEFORE YOU EVEN GET A

13    CHANCE TO GO TO THE STORE AND TRY ONE YOURSELF.

14    Q     IF YOU OPEN YOUR BINDER TO EXHIBIT PX 128.

15    WHAT IS THIS, SIR?

16    A     THIS IS A VIDEO.

17    Q     AND IS IT AN AD FOR THE IPAD AGAIN?

18    A     YES, IT IS.

19               MR. MCELHINNY:  YOUR HONOR, I MOVE PX

20    128.

21               MR. PRICE:  NO FURTHER OBJECTION TO THIS

22    VIDEO.

23               THE COURT:  ALL RIGHT.  IT'S ADMITTED.

24               (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

25               128, HAVING BEEN PREVIOUSLY MARKED FOR

```
1              IDENTIFICATION, WAS ADMITTED INTO

2              EVIDENCE.)

3              MR. MCELHINNY:  WE'D LIKE TO PUBLISH THIS

4    ONE, TOO, YOUR HONOR.

5              THE COURT:  GO AHEAD, PLEASE.

6              (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

7    OPEN COURT OFF THE RECORD.)

8    BY MR. MCELHINNY:

9    Q    AGAIN, WHAT WERE THE MESSAGES THAT WE TAKE

10   FROM -- THAT WE SHOULD HAVE TAKEN FROM THAT?

11   A    SO IN THAT BRIEF AD, WE WANTED YOU TO SEE THE

12   BEAUTIFUL DESIGN; GET A SENSE OF HOW EASY IT IS TO

13   USE; REALIZE THAT IT WAS MEANT FOR A WIDE RANGE OF

14   USERS.  IT'S REALLY FOR EVERYBODY, AND IT SHOWED

15   STUDENTS AND BUSY PEOPLE AND MANY OTHER EXAMPLES.

16             AND THEN TO GIVE YOU A TASTE OF THE RICH

17   DEPTH OF THE SOFTWARE THAT COULD BE USED ON THIS

18   AND HOW APPLICABLE IT IS TO THE THINGS YOU MIGHT DO

19   IN YOUR LIFE, TO CREATE A REASON THAT YOU MIGHT

20   WANT A TABLET DEVICE LIKE AN IPAD IN YOUR LIFE.

21   Q    WOULD YOU LOOK AT EXHIBIT PX 13, PLEASE.

22   A    YES.

23   Q    WHAT IS PX 13?

24   A    IT IS A TABLE OF A LIST OF OUR ADS FOR IPAD.

25   Q    FOR IPAD.
```

647

```
 1              YOUR HONOR, I MOVE -- AND IS THERE A CD
 2   THAT ACTUALLY HAS THOSE?
 3              THE WITNESS:  THERE'S ALSO A DISK THAT
 4   HAS THESE ON IT AS WELL.
 5              MR. MCELHINNY:  YOUR HONOR, I MOVE PX 13.
 6              MR. PRICE:  IF YOU'RE TALKING ABOUT THE
 7   SUMMARY, THERE'S NO ADDITIONAL OBJECTION.
 8              THE COURT:  YOU'RE TALKING ABOUT THE
 9   SUMMARY; CORRECT?
10              MR. MCELHINNY:  THE SUMMARY AND THE DVD.
11              MR. PRICE:  NO, NO, THOSE ARE DIFFERENT
12   ISSUES.  EARLIER --
13              THE COURT:  WHICH ONE IS THE CD?  DOES IT
14   HAVE A DIFFERENT NUMBER?  BECAUSE I ONLY HAVE PX 13
15   AS BEING A ONE-PAGE CHART.
16              MR. MCELHINNY:  THEY'RE NUMBERED THE
17   SAME, YOUR HONOR.  THE CHART IS THE LIST OF THE
18   CONTENTS OF THE DVD, AND THE DVD IS PART OF THE
19   EXHIBIT.
20              THE COURT:  ALL RIGHT.  WHAT'S THE
21   OBJECTION?
22              MR. PRICE:  WELL, YOUR HONOR, THERE'S NO
23   OBJECTION TO THE SUMMARY.  WE OBJECT TO THE ACTUAL
24   DVD'S.  THAT'S THE PURPOSE OF THE SUMMARY GETTING
25   INTO EVIDENCE.
```

```
1              AND, SECOND, WITH RESPECT TO THE PRIOR

2     SUMMARY, I DIDN'T OBJECT TO ANY OF THE DETAILED

3     DVD'S ALTHOUGH, FOR EXAMPLE, THERE'S ONE AD ON

4     THERE WHICH YOUR HONOR HAS ALREADY EXCLUDED.  SO --

5     THE ISSUE OF THE DVD'S ACTUALLY GETTING IN IS THE

6     OBJECTION.

7              THE COURT:  ALL RIGHT.  WELL, WHY DON'T

8     WE DO THIS.  I'M GOING TO, OVER THE BREAK, LOOK AT

9     THE DVD'S, OKAY?

10             BUT THE CHARTS, THE CHART YOU HAVE NO

11    OBJECTION TO?

12             MR. PRICE:  THE SUMMARY CHART, WE HAVE NO

13    ADDITIONAL OBJECTIONS.

14             THE COURT:  ALL RIGHT.  SO THE CHART

15    ITSELF IS ADMITTED, AND WHY DON'T WE RESERVE UNTIL

16    AFTER THE BREAK THE TWO DVD'S.

17             MR. MCELHINNY:  THANK YOU, YOUR HONOR.

18             THE COURT:  ALL RIGHT.

19             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

20             13, CHARTS, HAVING BEEN PREVIOUSLY MARKED

21             FOR IDENTIFICATION, WAS ADMITTED INTO

22             EVIDENCE.)

23    BY MR. MCELHINNY:

24    Q    OTHER THAN TV COMMERCIALS, SIR, WHAT OTHER

25    KINDS OF ADVERTISING HAVE YOU DONE FOR THE IPHONE
```

649

1    AND THE IPAD?

2    A    WE DO A LOT OF ADVERTISING.  WE ADVERTISE ON

3    MAGAZINES, NEWSPAPERS, OUTDOORS ON BILLBOARDS AND

4    BUS SHELTERS, MANY PLACES.

5    Q    WHAT KINDS OF MAGAZINES DO YOU -- IN WHAT KIND

6    OF MAGAZINES DO YOU ADVERTISE?

7    A    WELL, IT'S IMPORTANT WHEN WE PICK MEDIA, BE IT

8    TV SHOWS OR MAGAZINES, WE TRY TO PICK PUBLICATIONS

9    THAT FIT WELL WITH APPLE'S IMAGE, REALLY HIGH, WHAT

10   WE DO OF OUR HIGH QUALITY AND BEST OF CLASS.

11            AND WE ALSO TRY TO PICK NATIONWIDE,

12   LARGEST REACH PUBLICATIONS.  SO SOMETHING THAT'S A

13   NATIONAL TOP NEWSPAPER MAGAZINE WOULD BE THE

14   TYPICAL PLACE YOU WOULD FIND OUR ADS.

15   Q    IF YOU WOULD LOOK, PLEASE, AT EXHIBIT PX 11,

16   WHAT IS THAT?

17   A    PX 11 IS A DOCUMENT THAT SHOWS EXAMPLES OF

18   SOME OF OUR PRINT AND OUTDOOR ADVERTISEMENTS.

19            MR. MCELHINNY:  YOUR HONOR, I'D MOVE PX

20   11.

21            THE COURT:  ANY OBJECTION, MR. PRICE?

22            MR. PRICE:  NO ADDITIONAL OBJECTIONS.

23            THE COURT:  ALL RIGHT.  THAT'S ADMITTED.

24            (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

25            11, HAVING BEEN PREVIOUSLY MARKED FOR

1          GO AHEAD, PLEASE.

2          MR. MCELHINNY:  CAN I HAVE PX 16 UP,

3     PLEASE.

4     Q    SIR, CAN YOU GIVE US, AGAIN, ONE OF THESE

5     ESTIMATES ABOUT WHAT -- HOW MUCH APPLE SPENT ON

6     IPAD ADVERTISING THROUGH THE BEGINNING OF JUNE,

7     2011?

8     A    BY JUNE -- BY 2011, WE HAD SPENT A TOTAL OF

9     307 MILLION, SO BY JUNE, WHICH IS JUST A FEW MONTHS

10    BEFORE THAT, WE WOULD HAVE SPENT -- AND THIS IS

11    ABOUT THREE-QUARTERS OF THE YEAR AND PAST THE

12    BIGGEST SEASON OF THE HOLIDAYS, SO THREE-QUARTERS

13    OF THAT AT LEAST, IF NOT MORE.

14          SO I WOULD SAY AT LEAST 230 MILLION OR

15    MORE DOLLARS IN U.S. ADVERTISING.

16    Q    SIR, I WANT TO ASK YOU ABOUT A DIFFERENT

17    SUBJECT MATTER.

18          IS SAMSUNG ONE OF APPLE'S COMPETITORS IN

19    THE SMARTPHONE MARKET?

20    A    YES.

21    Q    CAN YOU IDENTIFY FOR US ANY SAMSUNG PRODUCTS

22    THAT HAVE COMPETED WITH APPLE'S SMARTPHONES?

23    A    THEY HAVE MANY SMARTPHONES THAT COMPETE WITH

24    US.  PROBABLY THE BEST KNOWN LINE OF THEIRS IS THE

25    GALAXY LINE, WHICH THERE'S ACTUALLY MANY MODEL, THE

1    GALAXY S, S II, S III.  THERE'S A BUNCH OF VARYING

2    SUBBRAND NAMES UNDER THOSE.  I DON'T KNOW ALL OF

3    THEM.

4    Q    DOES APPLE COMPETE WITH SAMSUNG IN THE TABLET

5    MARKET?

6    A    YES, WE DO.

7    Q    IN WHICH, IF ANY, RETAIL CHANNELS DO APPLE AND

8    SAMSUNG SELL THEIR PHONES AND TABLETS?

9           MR. PRICE:  OBJECT.  THAT'S VAGUE AS TO

10   TIME, YOUR HONOR.

11          THE COURT:  SUSTAINED.

12   BY MR. MCELHINNY:

13   Q    SINCE THE IPHONE WAS RELEASED, HAVE APPLE AND

14   SAMSUNG SOLD THEIR PHONES THROUGH THE SAME RETAIL

15   CHANNELS?

16          MR. PRICE:  I'LL OBJECT.  IT'S VAGUE.  IS

17   HE ASKING FOR THE ENTIRE TIME?

18          THE COURT:  CAN YOU JUST CLARIFY YOUR

19   QUESTION, PLEASE?

20          MR. MCELHINNY:  SURE.

21   Q    WOULD YOU LOOK, PLEASE, AS EXHIBIT PX -- PDX

22   13.

23   A    YES.

24   Q    WHAT IS PDX 13, SIR?

25   A    IT IS A CHART THAT SHOWS A NUMBER OF THE SALES

658

```
 1    CHANNELS THAT BOTH APPLE AND SAMSUNG SELL OUR

 2    PRODUCTS THROUGH IN THE U.S.

 3              MR. MCELHINNY:  YOUR HONOR, I'D LIKE TO

 4    PUBLISH PDX 13.

 5              MR. PRICE:  MY OBJECTION IS THAT THE

 6    CHART ALSO IS VAGUE AS TO TIME.

 7              MR. MCELHINNY:  I'VE GIVEN THEM SPECIFIC

 8    TIMES, SINCE THE PRODUCTS WERE RELEASED, WHEN THEY

 9    COMPETED IN THESE SPECIFIC CHANNELS.

10              THE COURT:  ALL RIGHT.  OVERRULED.

11              WHAT ABOUT TO THE EXHIBIT, MR. PRICE, PDX

12    13?

13              MR. MCELHINNY:  IT'S A DEMONSTRATIVE,

14    YOUR HONOR.

15              THE COURT:  OKAY.  GO AHEAD.

16    BY MR. MCELHINNY:

17    Q    WHAT DOES THIS DEMONSTRATIVE TELL US, SIR?

18    A    THIS SHOWS A LIST OF APPLE'S SALES CHANNELS

19    THAT YOU WOULD FIND OUR PRODUCTS SOLD IN THE U.S.,

20    AS WELL AS A LIST OF SAMSUNG'S SALES CHANNELS.

21    Q    AND IS THERE AN OVERLAP WHERE ONE CHANNEL IS

22    SELLING BOTH PRODUCTS AT THE SAME TIME?

23    A    YES.  YOU WILL SEE ACROSS THE MAJORITY OF ALL

24    APPLE SALES CHANNELS, THERE ARE ALSO SAMSUNG

25    PRODUCTS SOLD IN MOST OF ALL OF THOSE CHANNELS AND
```

1    STORES AS WELL.

2    Q    DO YOU REMEMBER, SIR, THE FIRST TIME THAT YOU

3    SAW A GALAXY S PHONE OR THE IMAGE OF ONE?

4    A    I RECALL HAVING FIRST SEEN THE GALAXY S PHONE

5    WHEN IT WAS ANNOUNCED.

6    Q    AND AS THE HEAD OF MARKETING, DO YOU KEEP

7    TRACK OF WHAT'S GOING ON AND WHAT'S THE COMPETITION

8    IN THOSE MARKETS?

9    A    BY KEEPING TRACK, OF COURSE I READ EVERYTHING

10   I CAN I AND JUST REALLY TRY TO KEEP TRACK OF THOSE

11   MARKETS, YES.

12   Q    WHAT WAS YOUR REACTION WHEN YOU SAW THE

13   GALAXY S PHONE FOR THE FIRST TIME?

14            MR. PRICE:  YOUR HONOR, I OBJECT.  IT'S

15   IMPROPER -- OBJECTION.  IT'S IMPROPER LAY OPINION.

16            MR. MCELHINNY:  THIS IS THE HEAD OF

17   MARKETING WHO MARKETS IN COMPETITION, YOUR HONOR,

18   AND THIS IS -- THIS IS CLASSIC LAY OPINION.

19            THE COURT:  ALL RIGHT.  OVERRULED.

20            GO AHEAD.

21            THE WITNESS:  YES, I RECALL HOW I FELT

22   WHEN I FIRST SAW THE GALAXY S SMARTPHONE.

23   BY MR. MCELHINNY:

24   Q    AND WHAT WAS YOUR REACTION AS A MARKETER?

25   A    I WAS PRETTY SHOCKED AT THE APPEARANCE OF THE

660

```
 1    GALAXY S PHONE AND THE EXTENT TO WHICH IT APPEARED

 2    TO COPY APPLE'S PRODUCT AND THE PROBLEMS THAT WOULD

 3    CREATE FOR US AS A MARKETING TEAM.

 4    Q    WHAT KIND OF PROBLEMS DOES COPYING CAUSE FOR

 5    APPLE IN THE MARKETPLACE?

 6              MR. PRICE:  I'LL OBJECT.  THAT'S VAGUE

 7    AND AMBIGUOUS AND NOT RELEVANT TO THIS TRIAL UNLESS

 8    HE'S TALKING ABOUT THESE PRODUCTS.

 9              MR. MCELHINNY:  YOUR HONOR, THIS IS THE

10    EFFECT ON COMPETITION.  THIS IS THE HEAD OF OUR

11    MARKETING.  I KNOW THEY DON'T WANT TO HEAR THE

12    TESTIMONY, BUT --

13              THE COURT:  ALL RIGHT.  I'M GOING TO

14    OVERRULE IT.

15              GO AHEAD.

16    BY MR. MCELHINNY:

17    Q    WHY IS COPYING A PROBLEM FOR APPLE, SIR?

18    A    IT'S A -- IT CREATES A HUGE PROBLEM IN

19    MARKETING ON MANY LEVELS.  WHEN WE CREATE

20    MARKETING -- WE TALKED ABOUT HOW WE MARKET OUR

21    PRODUCT AS THE HERO AND HOW DISTINCTIVE IT IS AND

22    WHAT CUSTOMERS SEE WHEN THEY LOOK AT THAT PRODUCT

23    AND HOW CONSISTENT WE'VE KEPT IT OVER TIME.

24              NOW, WHEN SOMEONE COMES UP WITH A PRODUCT

25    THAT COPIES, THAT COPIES THAT DESIGN AND COPIES
```

1      THAT MARKING, THEN CUSTOMERS CAN GET CONFUSED ON

2      WHOSE PRODUCT IS WHOSE.

3              A SIMPLE EXAMPLE.  WE HAVE SHOWN OUR

4      OUTDOOR BILLBOARDS.  IF YOU'RE DRIVING DOWN THE

5      HIGHWAY 55 MILES AN HOUR, YOU HAVE A SPLIT SECOND

6      TO SEE A PHONE ON A BILLBOARD.  IF IT LOOKS VERY,

7      VERY SIMILAR AND IS COPIED, WHOSE PHONE WAS THAT?

8      DO YOU HAVE TIME TO REALIZE?

9              IT ABSOLUTELY IMPACTS THE ABILITY TO

10     MARKET OUR DISTINCTIVE PRODUCT.

11             SAME THING WITH TV ADVERTISING.  IF

12     YOU'RE WATCHING A FOOTBALL GAME AND YOU GO TO GET

13     UP DURING THE ADS FOR A SECOND AND GET SOMETHING TO

14     EAT AND YOU CATCH OUT OF THE CORNER OF YOUR EYE A

15     TV AD THAT COMES ON FOR A PHONE, WHOSE PHONE WAS

16     THAT?  IF IT LOOKS THE SAME, YOU CAN'T TELL ANY

17     LONGER.

18             SO WE WENT FROM HAVING SOMETHING EASY TO

19     MARKET BECAUSE IT WAS SO DISTINCTIVE AND SO FAMOUS

20     TO NOW BEING MORE CHALLENGING TO MARKET BECAUSE

21     SOMETHING LOOKS A LOT LIKE IT AND CAN CONFUSE

22     CUSTOMERS.

23     Q   SIR, YOU WEREN'T HERE DURING THE OPENING

24     STATEMENTS BY THE LAWYERS, BUT THERE WAS A LOT OF

25     DISCUSSION ABOUT COMPETITION.  AND I WANT TO ASK

662

```
 1    YOU, AS THE HEAD OF MARKETING, ARE YOU OPPOSED TO

 2    COMPETITION, SIR?

 3    A    NO.  COMPETITION IS GREAT.

 4    Q    ARE YOU -- CAN YOU GIVE US EXAMPLES OF WHAT

 5    YOU CONSIDER TO BE FAIR COMPETITION?

 6    A    EVERY DAY THERE ARE COMPANIES CREATING

 7    PRODUCTS TO COMPETE WITH US, AND THEY CREATE THEIR

 8    OWN PRODUCTS, THEIR OWN UNIQUE DESIGNS, THEIR OWN

 9    UNIQUE FEATURES TO LOOK DISTINCTIVE AS WE DO, AND

10    WE LET THE CUSTOMER DECIDE WHO'S RIGHT, WHO'S MADE

11    THE BETTER PRODUCT, WHO'S GOT THE DESIGN THAT THEY

12    LIKE, CAME UP WITH THE IDEAS THEY BEST LIKE, AND

13    THAT'S FAIR, OPEN COMPETITION.

14    Q    AS YOU DEFINED "FAIR COMPETITION," IS COPYING

15    FAIR COMPETITION?

16    A    NOT AT ALL.

17    Q    AND WHY NOT?

18    A    BECAUSE WHEN YOU COPY OR STEAL THE IDEA OF ONE

19    COMPANY'S PRODUCT, NOW YOU'RE TRADING OFF OF ALL

20    THAT INVESTMENT IN MARKETING, ALL THAT GOOD WILL

21    WE'VE CREATED WITH CUSTOMERS TO SAY THIS IS THE

22    BEST PRODUCT, THIS IS WHAT IT LOOKS LIKE, THIS IS

23    WHAT IT DOES.

24         AND WHEN YOU RIP THAT OFF, YOU'RE TRYING

25    TO GET ALL OF THAT BENEFIT ONTO YOURSELF.  YOU'RE
```

1   TAKING ALL OF OUR INVESTMENT.  WE'VE SHOWN THE

2   CHARTS OF THE HUNDREDS OF MILLIONS OF DOLLARS WE'VE

3   SPENT MARKETING THE IPHONE AND THE WAY IT LOOKS,

4   AND IF YOU STEAL THAT, WELL, NOW YOU'RE TRYING TO

5   STEAL ON THAT TOTAL INVESTMENT AND ALL THE VALUE

6   WE'VE CREATED.

7   Q    DO YOU RECALL THE FIRST TIME THAT YOU SAW A

8   GALAXY TABLET PRODUCT?

9   A    I SURE DO.

10  Q    AND WHAT WAS YOUR REACTION AT THAT POINT AS A

11  MARKETER?

12          MR. PRICE:  OBJECTION, YOUR HONOR, FOR

13  THE RECORD.

14          THE COURT:  OVERRULED.

15          GO AHEAD.

16          THE WITNESS:  EVEN MORE SHOCKED.  MY

17  FIRST THOUGHT WAS, "WOW, THEY'VE DONE IT AGAIN.

18  THEY'RE JUST GOING TO COPY OUR WHOLE PRODUCT LINE."

19  BY MR. MCELHINNY:

20  Q    SIR, AGAIN, BASED ON YOUR EXPERIENCE AND WHAT

21  YOU DO EVERYDAY, IS THE CONDUCT THAT WE'RE TALKING

22  ABOUT IN THIS CASE, IS IT HAVING AN EFFECT ON APPLE

23  IN THE MARKETPLACE?

24          MR. PRICE:  OBJECTION.  THIS IS

25  INAPPROPRIATE LAY OPINION.  UNDISCLOSED.

1              MR. MCELHINNY:   THIS IS PERCIPIENT

2    TESTIMONY, YOUR HONOR.

3              THE COURT:   IT'S OVERRULED.

4              GO AHEAD.

5              THE WITNESS:   I BELIEVE IT'S HAVING A

6    LARGE IMPACT ON THE MARKETPLACE.

7    BY MR. MCELHINNY:

8    Q    AND CAN YOU TELL US THE KINDS OF IMPACTS THAT

9    IT IS HAVING?

10   A    I THINK HAVING COPYCAT PRODUCTS IN THE

11   MARKETPLACE MAKES OUR JOB AS A MARKETING TEAM MUCH

12   MORE DIFFICULT.   IT CONFUSES THE CUSTOMER ON WHO'S

13   THE CREATOR OF THESE PRODUCTS.

14             IT DIMINISHES THE VALUE THAT WE'VE

15   INVESTED IN AND BUILT OR THAT CUSTOMERS SEE APPLE

16   AS THE INVENTOR OF THESE PRODUCTS, THE DESIGNER OF

17   THESE BEAUTIFUL THINGS.

18             AND IT CREATES NOW -- IT DIMINISHES THAT

19   VALUE AND IT DILUTES THE WAY CUSTOMERS SEE APPLE.

20   Q    HAS THIS -- IN YOUR VIEW AS THE HEAD OF

21   MARKETING, HAS THIS CONDUCT THAT WE'RE TALKING

22   ABOUT HAD AN EFFECT ON APPLE'S SALES?

23             MR. PRICE:   OBJECTION, YOUR HONOR.

24   THAT'S IMPROPER LAY OPINION.

25             THE COURT:   OVERRULED.

665

```
1                THE WITNESS:  I ABSOLUTELY BELIEVE IT'S

2    HAD AN IMPACT ON OUR SALES.

3    BY MR. MCELHINNY:

4    Q   AND WE'LL HAVE EXPERTS COME IN TO TALK ABOUT

5    THE NUMBERS LATER, BUT WHAT IS THE OVERALL EFFECT,

6    SIR?

7    A   ONE OF THE JOBS OF MY TEAM IS THE FORECASTING

8    PROCESS AND UNDERSTANDING IMPACTS OF THESE THINGS,

9    AND WE HAVE TO GUESS AT THIS EVERY DAY.

10               AND IT IS OUR BELIEF THAT CUSTOMERS, SOME

11   CUSTOMERS ARE CHOOSING TO BUY A SAMSUNG PRODUCT

12   BECAUSE ONE OF THE THINGS IT DOES IS LOOK A LOT

13   LIKE THE IPHONE, A LOT LIKE THE IPAD.

14               I ALSO THINK IT HAS AN EFFECT AROUND

15   THOSE FIRST PURCHASES WHERE SUBSEQUENT PURCHASES

16   THEN ARE AFFECTED BECAUSE YOU'RE USED TO AN

17   ECOSYSTEM THAT YOU'VE STARTED ON, AND THE PEOPLE

18   AROUND YOU ARE AFFECTED BECAUSE IF ONE PERSON IN

19   YOUR FAMILY HAS A CERTAIN PRODUCT THAT RUNS A

20   CERTAIN OPERATING SYSTEM AND USES CERTAIN

21   APPLICATIONS, OTHERS ARE MORE LIKELY IN THAT FAMILY

22   TO CHOOSE A SIMILAR PRODUCT.

23               SO I THINK IT HAS EFFECTS IN THE INITIAL

24   SALES, AS WELL AS ON RELATED SALES.

25               MR. MCELHINNY:  THANK YOU, MR. SCHILLER.
```

```
 1                    I HAVE NO FURTHER QUESTIONS AT THIS TIME.

 2                    THE COURT:  ALL RIGHT.  THE TIME IS NOW

 3        10:47.

 4                    GO AHEAD, PLEASE, MR. PRICE.

 5                         CROSS-EXAMINATION

 6        BY MR. PRICE:

 7        Q    GOOD MORNING.  IT'S GOOD MORNING.  GOOD

 8        MORNING, MR. SCHILLER.

 9                    WHILE THE BINDERS ARE BEING DISTRIBUTED,

10        I'LL TRY TO ASK YOU SOME QUESTIONS THAT DON'T

11        CONCERN THEM.

12                    AND YOU WERE TESTIFYING ABOUT, OBVIOUSLY,

13        THAT IPHONE, IPAD MADE A SPLASH WHEN THEY WERE

14        LAUNCHED; RIGHT?

15        A    YES.

16        Q    AND I'M GOING TO TALK ABOUT THE IPHONE FIRST.

17                    NOW, THERE WERE SOME PHONES IN THE MARKET

18        IN 2007 THAT HAD THE HARD KEYBOARDS; CORRECT?

19        A    HARD?  I DON'T KNOW WHAT YOU MEAN BY "HARD

20        KEYBOARDS."

21        Q    THE ONES THAT YOU ACTUALLY HAD TO PUSH A

22        BUTTON INSTEAD OF BEING ON THE SCREEN?

23        A    A PHYSICAL KEYBOARD, YES, MOST PHONES AT THE

24        TIME HAD THAT.

25        Q    BEING ABLE TO PUT A KEYBOARD ON A PHONE ON A
```

1    SCREEN WAS SOMETHING THAT RESULTED BECAUSE OF

2    ADVANCED IN TECHNOLOGY; CORRECT?

3    A    I CAN'T SPEAK FOR OTHER COMPANIES.  I CAN ONLY

4    SAY THAT AT APPLE, WE WORKED REALLY HARD TO CREATE

5    A SOFT KEYBOARD ON THE SCREEN OF THE IPHONE.

6    Q    OKAY.  AND APPLE IN THIS CASE, YOUR

7    UNDERSTANDING, AS A MEMBER OF THE EXECUTIVE TEAM,

8    ISN'T SAYING THAT, YOU KNOW, OTHER COMPANIES CAN'T

9    PUT A SOFT KEYBOARD ON A SCREEN; RIGHT?

10   A    I DON'T KNOW THAT ANYONE HAS SAID THAT.

11   Q    SO ONCE THAT TECHNOLOGY IS AVAILABLE TO PUT,

12   YOU KNOW, A SOFT KEYBOARD ON A SCREEN, THAT WOULD

13   MEAN THAT YOU CAN MAKE THE SCREEN LARGER ON THE

14   PHONE; RIGHT?

15   A    I DON'T THINK THERE'S A DIRECT CORRELATION

16   THAT YOU HAVE TO MAKE A SCREEN LARGER FOR A

17   KEYBOARD OR SMALLER FOR NOT A KEYBOARD.  I THINK

18   THESE ARE TWO FACTORS THAT HAVE SOME RELATIONSHIP,

19   BUT THERE'S NOT A CAUSE AND EFFECT THAT ONE MUST BE

20   THE OTHER.

21   Q    WELL, MY QUESTION IS THIS:  IF YOU HAVE A

22   PHONE AND YOU HAVE A HARD KEYBOARD ON HALF OF IT,

23   WHICH YOU KIND OF HAVE TO HAVE SOME KIND OF

24   KEYBOARD IF YOU'RE GOING TO SEND MESSAGES AND

25   STUFF; RIGHT?

1    MR. SINCLAIR.

2    Q    THANK YOU VERY MUCH.  WHO IS MR. SINCLAIR?

3    A    HE IS A PRODUCT MANAGER ON MY TEAM.

4    Q    IT'S ACTUALLY A STRING OF E-MAILS.  DO YOU SEE

5    THAT?

6    A    YES, THERE ARE A NUMBER OF E-MAILS REFERENCED

7    IN HERE.

8    Q    AND ON THE SECOND PAGE, DO YOU SEE IT SAYS ON

9    APRIL 6TH, 2010, STEVE SINCLAIR WROTE; CORRECT?

10   A    YES, I SEE THAT.

11           MR. PRICE:  YOUR HONOR, MOVE EXHIBIT 578

12   INTO EVIDENCE.

13           THE COURT:  ANY OBJECTION?

14           MR. MCELHINNY:  NO OBJECTION, YOUR HONOR.

15           THE COURT:  IT'S ADMITTED.

16           (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

17           578, HAVING BEEN PREVIOUSLY MARKED FOR

18           IDENTIFICATION, WAS ADMITTED INTO

19           EVIDENCE.)

20           MR. PRICE:  AND IF WE COULD PUT UP THAT

21   SECOND PAGE AND JUST BLOW UP THE PART THAT STARTS

22   HERE WITH STEVE SINCLAIR, RIGHT HERE ON DOWN, THERE

23   WE GO.

24   Q    AND DO YOU SEE MR. SINCLAIR WRITES, "IT'S

25   TOUCH TO APPROACH THIS WITH THE CRITERIA BEING

1    'FIRST,'" AND THIS WAS IN CONNECTION WITH A

2    MARKETING APPROACH THAT WAS BEING DISCUSSED; RIGHT?

3    A    THIS WAS A DISCUSSION BETWEEN STEVE SINCLAIR

4    AND THE AD TEAM ON SOME CLAIMS.

5    Q    "AD" BEING ADVERTISING?

6    A    YES.

7    Q    OKAY.  AND HE SAYS, "I DON'T KNOW HOW MANY

8    THINGS WE CAN COME UP WITH THAT YOU COULD

9    LEGITIMATELY CLAIM WE DID FIRST.  CERTAINLY WE HAVE

10   THE FIRST COMMERCIALLY SUCCESSFUL VERSIONS OF MANY

11   FEATURES."

12          AND I JUST WANT TO GO, "THE FIRST PHONE

13   TO INCORPORATE A FULL TOUCHSCREEN FACE," AND IT

14   SAYS, "NOT TRUE," AND YOU SEE THERE'S THAT

15   WIKIPEDIA SITE TO A PRODUCT, THE LG PRADA.

16          DO YOU SEE THAT?

17   A    I SEE THAT.

18          MR. PRICE:  AND BY THE WAY, YOUR HONOR, I

19   MOVE THE PRADA INTO EVIDENCE, IF I CAN REMEMBER THE

20   EXHIBIT NUMBER.  DOES IT HAVE A NUMBER ON THE BACK?

21   1093.

22          THE COURT:  OKAY.  ANY OBJECTION?

23          MR. MCELHINNY:  THIS IS NOT SUPPOSED TO

24   COME IN, YOUR HONOR, PURSUANT TO YOUR ORDER ABOUT

25   THE SPECIFIC LIMITING INSTRUCTION WHICH HAS NOT

673

```
 1    BEEN PREPARED YET.  BUT IT IS NOT PRIOR ART AS THAT

 2    TERM IS USED AND WILL BE USED BY THE JURY.

 3              MR. PRICE:  AND WE'RE NOT -- THIS

 4    EXAMINATION IS NOT TALKING ABOUT PRIOR ART.

 5              MR. MCELHINNY:  SO IT'S NOT RELEVANT TO

 6    THE VALIDITY OF ANY OF OUR PATENTS AT ISSUE, YOUR

 7    HONOR.

 8              THE COURT:  ALL RIGHT.  SO WHAT -- IT'S

 9    1093?

10              MR. PRICE:  YES, YOUR HONOR.

11              THE COURT:  ALL RIGHT.  SO THE LIMITING

12    INSTRUCTION IS THAT THIS EXHIBIT, OR I GUESS THIS

13    PHONE, IS ADMITTED, BUT IT IS NOT PRIOR ART FOR

14    PURPOSES OF ANY INVALIDITY OF THE PATENTS.  OKAY?

15              SO YOU CAN CONSIDER IT.

16              MR. PRICE:  THANK YOU, YOUR HONOR.

17              THE COURT:  IT'S IN EVIDENCE.

18              (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

19              1093, HAVING BEEN PREVIOUSLY MARKED FOR

20              IDENTIFICATION, WAS ADMITTED INTO

21              EVIDENCE.)

22              THE COURT:  GO AHEAD.

23    BY MR. PRICE:

24    Q    TO BE CLEAR, THERE'S NO PATENT THAT HAS BEEN

25    ASSERTED HERE THAT SAYS THAT THE TOUCHSCREEN, THAT
```

674

1    APPLE OWNS THAT EXCLUSIVELY; RIGHT?

2    A    I'M NOT CERTAIN.  I KNOW THERE'S SOME

3    TOUCHSCREEN PATENTS INVOLVED.  I DON'T KNOW EXACTLY

4    WHICH ONES AND HOW TO SUMMARIZE THAT.

5    Q    OKAY.  WELL, IF -- YOU UNDERSTAND, AS SOMEONE

6    WHO'S IN MARKETING, THAT THERE IS AN ADVANTAGE TO

7    HAVING A LARGER SCREEN ON THE PHONE?

8    A    TO AN EXTENT OF THE THERE ARE TIMES WHEN IT IS

9    AND TIMES WHEN IT CAN BECOME A DISADVANTAGE.

10   Q    SO IT'S A FUNCTIONAL ADVANTAGE IF, FOR

11   EXAMPLE, YOU WANT TO WATCH MOVIES; RIGHT?

12          MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.

13   IF YOU THINK IT IS A TERM OF ART AND IT'S A LEGAL

14   EXPRESS WHICH HE JUST SUBSTITUTED INTO HIS

15   QUESTION.  WE DON'T HAVE A DEFINITION OF FUNCTIONAL

16   AS HE'S USING IT.

17          THE COURT:  WHY DON'T YOU REPHRASE YOUR

18   QUESTION.

19          MR. PRICE:  SURE.

20   Q    YOU BELIEVE THAT A LARGER SCREEN PROVIDES

21   ADVANTAGES TO A CONSUMER IF THE CONSUMER WANTS TO

22   WATCH A MOVIE?

23   A    THERE ARE TIMES WHEN A LARGER SCREEN IS A

24   BENEFIT AND ONE OF THOSE WOULD BE WATCHING A MOVIE.

25   Q    OKAY.  AND THAT IT'S AN ADVANTAGE BECAUSE YOU

1    CAN VIEW A LARGER SECTION, FOR EXAMPLE, OF A WEB

2    PAGE?

3    A    DEPENDING ON THE SCREEN RESOLUTION, IT CAN BE

4    AN ADVANTAGE FOR THAT.

5    Q    AND IT'S YOUR EXPERIENCE THAT THESE ARE THINGS

6    WHICH CONSUMERS WANT, THAT THEY WANT SCREENS THAT

7    ARE LARGER SO THEY CAN SEE WEB PAGES, MOVIES, YOU

8    KNOW, WITHIN THE LIMIT OF THE, YOU KNOW, BEING

9    USEFUL IN YOUR HAND?

10   A    LARGER SCREENS ARE -- CAN BE A BENEFIT TO

11   USERS.  IT'S NOT THE ONLY THING THEY WANT, BUT IT'S

12   ONE THING THAT THEY WANT.

13   Q    AND WHEN, WHEN YOU -- WHEN APPLE RELEASED THE

14   IPHONE IN 2007, IT EXPECTED COMPETITION IN THE

15   SMARTPHONE INDUSTRY WITH PHONES THAT YOU COULD

16   WATCH MOVIES ON OR VIEW WEB PAGES; CORRECT?

17   A    WE EXPECTED COMPETITION IN THE SMARTPHONE

18   SPACE, YES.

19   Q    BECAUSE YOU DIDN'T THINK THAT APPLE -- APPLE

20   DIDN'T THINK THAT IT HAD THE EXCLUSIVE RIGHT TO

21   GIVE THE CONSUMER A SMARTPHONE WITH A SCREEN THAT

22   COULD EXHIBIT WEB PAGES, MOVIES, MUSIC; RIGHT?

23   A    WE DID NOT HAVE EXCLUSIVITY ON PLAYING MOVIES

24   OR MUSIC ON PHONES.

25   Q    SO LET'S TALK THEN NOW ABOUT, ABOUT OTHER

```
 1    THINGS ABOUT THE WAY THE PHONE WORKS.

 2              IF -- LET ME ASK YOU, YOU'VE HEARD THE

 3    PHRASE THAT EVERYTHING DEFERS TO THE SCREEN?

 4    A    NO, ACTUALLY, I DON'T RECALL THAT PHRASE.

 5    Q    DO YOU REMEMBER MR. IVE SAYING SOME PHRASE

 6    LIKE THAT, THAT EVERYTHING DEFERS TO THE SCREEN?

 7    A    YOU MEAN JONATHAN IVE?

 8    Q    YES, IVE, THANK YOU.

 9    A    I DON'T RECALL THAT SAYING.

10    Q    BUT THAT'S THE IDEA FOR APPLE'S PHONES, FOR

11    EXAMPLE, IS THAT THE SCREEN KIND OF DOMINANTS THE

12    PHONE?

13              MR. MCELHINNY:  THIS IS BEYOND THE SCOPE

14    OF DIRECT EXAMINATION, YOUR HONOR, TALKING ABOUT

15    THE ELEMENTS OF THE DESIGN.

16              MR. PRICE:  HE TALKED ABOUT THE DESIGN AT

17    LENGTH.

18              THE COURT:  GO AHEAD.  OVERRULED.

19    BY MR. PRICE:

20    Q    CORRECT?

21    A    I'M SORRY.  COULD YOU REPEAT THE QUESTION.

22    Q    THE SCREEN DOMINANTS THE APPLE IPHONE;

23    CORRECT?

24    A    THE SCREEN IS ONE OF THE DOMINANT FEATURES OF

25    THE PHONE.
```

```
1    Q    AND I'M GOING TO -- WE WERE TALKING ABOUT

2    EXHIBIT 1000, WHICH WAS THE FIRST PHONE, AND YOU

3    WERE ASKED BY YOUR COUNSEL ABOUT THAT, SO WHEN THE

4    SCREEN DOMINANTS, THEN, FOR EXAMPLE, ON THE IPHONE,

5    THERE'S THESE TWO AREAS AT THE TOP AND BOTTOM,

6    FAIRLY SMALL AREAS COMPARED TO THE SCREEN; CORRECT?

7    A    YEAH, THERE ARE AREAS ON THE TOP AND BOTTOM OF

8    THE PHONE AND THE SCREEN AS WELL.

9    Q    AND IN THAT REGARD, APPLE'S PHILOSOPHY HAS

10   BEEN LET'S MAKE THIS REALLY CLEAN AND NOT HAVE

11   APPLE ON IT AND JUST HAVE A SPEAKER AND HAVE WHAT

12   IS CALLED THE HOME BUTTON; CORRECT?

13   A    OUR PHILOSOPHY IS TO CREATE ONE SEAMLESS FACE

14   ON THE FRONT FOR THE SCREEN AND THE AREA ABOVE AND

15   BELOW IT.  THAT'S OUR PHILOSOPHY ON THAT.

16   Q    SO IF YOU'VE GOT A TOUCHSCREEN, AND MOST

17   PEOPLE HOLD THEIR PHONES LIKE I'M HOLDING THIS IN

18   MY HAND NOW, RIGHT (INDICATING)?

19   A    THAT'S ONE WAY TO HOLD IT.

20   Q    VERY RARELY, WHEN MAKING A CALL, FOR EXAMPLE,

21   DO PEOPLE HOLD PHONES LIKE THIS WITH ONE FINGER,

22   RIGHT (INDICATING)?

23   A    I HOLD IT LIKE THAT WHEN I MAKE A CALL

24   (INDICATING).

25   Q    NOW, WHEN YOU HAVE A TOUCHSCREEN, YOU HAVE TO
```

678

1    DO SOMETHING ON THE EDGES HERE SO THAT YOUR FINGERS

2    AREN'T TOUCHING THAT SCREEN AND, AND DOING

3    SOMETHING THAT YOU DON'T WANT IT TO DO; RIGHT?

4    A    NO.  IT'S MUCH MORE COMPLICATED THAN THAT.

5    Q    WELL, YOU DON'T WANT TO HAVE SOMEONE

6    ACCIDENTALLY TOUCHING THE PHONE WHEN THEY'RE

7    HOLDING IT THE WAY THAT THEY WOULD NORMALLY HOLD IT

8    FOR A CALL; CORRECT?

9    A    AGAIN, I'M NOT SURE WHAT YOU MEAN.  YOU DO

10   WANT PEOPLE TO TOUCH THEIR PHONE WHEN THEY'RE

11   HOLDING IT TO MAKE A CALL AND IT WILL TOUCH THE

12   SCREEN.

13   Q    THE SCREEN.  YOU DON'T WANT PEOPLE TO -- IF

14   IT'S AN INTERACTIVE TOUCHSCREEN, YOU DON'T WANT

15   PEOPLE TO ACCIDENTALLY TOUCH IT WHILE THEY'RE

16   MAKING A CALL.  THAT WOULD BE A PROBLEM THAT WOULD

17   BE KIND OF AN INCONVENIENCE?

18   A    WELL, THEY WILL FROM TIME TO TIME TOUCH IT, SO

19   WE'VE INVENTED WAYS TO, TO KEEP THAT FROM CREATING

20   CONTACTS THAT YOU DON'T WANT OR SIGNALS THAT YOU

21   DON'T WANT TO HAPPEN ON YOUR CALL, YES.

22   Q    AND WHAT APPLE HAS DONE HERE, AT LEAST ON THE

23   FIRST IPHONE, IT HAS THIS METAL BEZEL AND IT HAS

24   THESE VERY SMALL DARK LINES DOWN THE SIDE WHICH ARE

25   NOT PART OF THE ACTUAL INTERACTIVE SCREEN; RIGHT?

1    A    THERE ARE -- THERE IS A BORDER AROUND THE

2    SCREEN THAT'S VERY SMALL, YES.

3    Q    AND THAT BORDER, IF YOU TOUCH IT, IT WON'T DO

4    ANYTHING TO MAKE THE PHONE FUNCTION; RIGHT?

5    A    IF YOU'RE NOT TOUCHING THE TOUCHSCREEN, YOU'RE

6    NOT -- EXCEPT FOR, OF COURSE, THE HOME BUTTON AND

7    THE BUTTONS ON THE SIDE, YOU'RE NOT INTERACTING

8    WITH IT; CORRECT.

9    Q    AND YOU NEED A SPEAKER AT THE TOP TO HEAR?

10   A    YOU NEED A SPEAKER TO HEAR, UNLESS YOU'RE

11   USING A HEAD SET.

12   Q    AND IF YOU'RE GOING TO HAVE A CAMERA, YOU NEED

13   SOMETHING ON THE TOP FOR A CAMERA; CORRECT?

14   A    FOR A FRONT FACING CAMERA, YES.

15   Q    AND THESE AREAS THAT ARE DARK, YOU KNOW, ABOVE

16   AND BELOW THE SCREEN, DO THEY HIDE INTERNAL WIRING

17   AND COMPONENTS?

18   A    THERE ARE COMPONENTS BEHIND EVERY PART OF THE

19   IPHONE, THE SCREEN AND THE TOP AND BOTTOM, AND

20   ALONG THE BOTTOM AS WELL.

21   Q    NOW, ANOTHER THING, THESE ARE ROUNDED.  I

22   ASSUME YOU THOUGHT THAT CUSTOMERS MIGHT PUT THESE

23   PHONES IN THEIR POCKETS.

24   A    WE CERTAINLY ASSUME CUSTOMERS PUT THEIR PHONE

25   IN THEIR POCKET.  I WOULDN'T SAY THAT'S WHY IT'S

680

1    ROUNDED.  THAT'S NOT THE ONLY REASON.

2    Q    IT MAY NOT BE THE ONLY REASON, BUT IF IT'S

3    SQUARE, THAT WOULD MAKE IT MORE DIFFICULT FOR A

4    CUSTOMER TO TAKE THEIR PHONE OUT OF THEIR POCKET?

5    A    IT DEPENDS.  THERE ARE WAYS TO HANDLE THAT NO

6    MATTER WHAT THE SHAPE IS.  SO I WOULDN'T SAY THAT'S

7    A GUARANTEED RULE.  I'VE SEEN SQUARE PHONES THAT

8    WORK JUST FINE IN YOUR POCKETS.

9    Q    YOU THINK THAT JUST GENERALLY, USING YOUR

10   COMMON SENSE, IT WOULD BE MORE DIFFICULT TO TAKE A

11   SQUARE PHONE OUT OF YOUR POCKET BECAUSE IT MIGHT

12   CATCH ON SOMETHING?

13   A    I THINK IT DEPENDS ON THE SIZE, BUT ROUNDED

14   CORNERS CERTAINLY HELP YOU MOVE THINGS IN AND OUT

15   OF YOUR POCKET.

16   Q    NOW, YOU SAID THAT YOU WERE INVOLVED IN THE

17   DEVELOPMENT OF THE IPHONE; RIGHT?

18   A    YES.

19   Q    AND YOU SAID THAT YOU THOUGHT IT WAS, I THINK,

20   BEAUTIFUL, UNIQUE, DISTINCTIVE; CORRECT?

21   A    YES.

22   Q    AND WE SHOWED THAT PICTURE IN 2011, AFTER

23   MR. JOBS PASSED AWAY, AND THEY HAD THE IPHONES AND

24   YOU SAID YOU COULD IMMEDIATELY RECOGNIZE THOSE AS

25   IPHONES; CORRECT?

681

1    A    YES, I DID.

2    Q    BECAUSE THEY WERE SO UNIQUE; RIGHT?

3    A    YES.

4    Q    SO I THEN HEARD YOU TESTIFY FROM, I GUESS,

5    MR. MCELHINNY SAYING THAT YOU BELIEVED THERE WAS

6    CONSUMER CONFUSION REGARDING THE IPHONE AND

7    SAMSUNG'S PRODUCTS; RIGHT?

8    A    I SAID -- I EXPLAINED AN EXAMPLE BOTH WITH TV

9    ADS AND OUTDOOR ADVERTISING HOW IT WOULD CREATE

10   CONFUSION AND IF THE USER SEES EITHER A SAMSUNG OR

11   AN APPLE PHONE, THE MORE THAT A SAMSUNG PHONE

12   COPIES AN APPLE PHONE, THE HARDER IT IS TO TELL

13   WHICH IS WHICH IN SITUATIONS LIKE I DESCRIBED,

14   DRIVING BY A BILLBOARD OR WATCHING TV AND MOVING

15   OUT OF THE ROOM.

16   Q    LET'S TALK ABOUT HOW, ABOUT HOW -- YOUR

17   UNDERSTANDING OF HOW CONSUMERS OVER THE YEARS HAVE

18   BUILT THESE SMARTPHONES.

19          THEY'RE FAIRLY EXPENSIVE COMPARED TO

20   OTHER PHONES; CORRECT?

21   A    NOT NECESSARILY.

22   Q    OKAY.  WOULD YOU SAY $500, $600 IS EXPENSIVE?

23   A    THE IPHONE STARTS AT FREE WHEN YOU PURCHASE

24   IT -- IN THE U.S., THE PREDOMINANT NUMBER OF

25   CUSTOMERS BUY IT WITH A CONTRACT AND IT'S FREE.

682

1    Q    THE CURRENT IPHONE ALSO?  MODELS?

2    A    THE IPHONE 3GS STARTS AT FREE, YES.

3    Q    I'M TALKING ABOUT THE LATEST AND GREATEST

4    MODELS THAT YOU COME OUT WITH AND THERE'S A BIG

5    SPLASH OF MEDIA, THEY'RE KIND OF EXPENSIVE?  SOME

6    PEOPLE DON'T BUY THEM BECAUSE THEY'RE EXPENSIVE?

7    A    SOME PEOPLE DO, SOME DON'T.  THEY

8    TRADITIONALLY START AT ABOUT $199 UNDER A CONTRACT.

9    SO DEPENDING ON YOUR PERSPECTIVE WHETHER THAT'S

10   EXPENSIVE OR NOT.

11   Q    AND YOUR RESEARCH TELLS YOU THAT PEOPLE

12   USUALLY CONSIDER THEIR PHONE PURCHASE CAREFULLY

13   WHEN THEY'RE BUYING SUCH A PERSONAL AND PRICED

14   ITEM?

15   A    I DON'T RECALL ANY SPECIFIC RESEARCH ABOUT THE

16   CARE SOMEONE TAKES IN AN INDIVIDUAL PURCHASE.

17   Q    YOU'VE HAD EXPERIENCE GOING INTO STORES;

18   CORRECT?

19   A    I HAVE GONE INTO STORES.

20   Q    AND IN THE STORES, THE IPHONE PRODUCTS ARE

21   SEGREGATED, AT THE CARRIERS, FROM SAMSUNG PRODUCTS;

22   RIGHT?

23   A    IT DEPENDS ON THE STORE AND THE SETUP, BUT

24   THEY'RE NOT ALWAYS NEXT TO EACH OTHER.

25   Q    THAT'S A LITTLE BIT DIFFERENT.  EVERY STORE

683

```
1    YOU'VE BEEN INTO THAT'S A CARRIER, THE IPHONE

2    PRODUCTS ARE SEGREGATED FROM THE SAMSUNG PRODUCTS;

3    RIGHT?

4    A    AGAIN, I'M NOT SURE BY SEGREGATED WHAT YOU

5    MEAN, BUT USUALLY THEY'RE DISPLAYED SEPARATELY FROM

6    EACH OTHER.

7    Q    AND YOU ARE SAYING THAT THE IPHONE IS CONFUSED

8    WITH SAMSUNG PHONES.  YOU KNOW THERE ARE A NUMBER

9    OF PHONES THAT ARE, THAT ARE ACCUSED IN THIS CASE;

10   RIGHT?

11   A    YES, I BELIEVE THERE ARE A NUMBER OF PHONES

12   THAT HAVE COPIED THE IPHONE, YES.

13   Q    AND SO IS IT YOUR TESTIMONY THAT IF YOU LOOK

14   AT THESE PHONES, THEN CUSTOMERS ARE GOING TO BE

15   CONFUSED ABOUT ALL THE PHONES THAT ARE ACCUSED IN

16   THIS CASE?

17   A    I BELIEVE CUSTOMERS CAN BE CONFUSED.

18            AND, AGAIN, I WAS SPEAKING SPECIFICALLY

19   ABOUT ALL THE MARKETING EFFORT AND I BELIEVE

20   THEY'RE CREATING CONFUSION THERE.

21   Q    WELL, LET ME SHOW YOU WHAT HAS BEEN MARKED AS

22   EXHIBIT 1016.  THIS IS A, A JOINT EXHIBIT.  IT'S

23   ONE OF THE ACCUSED PRODUCTS.  IT'S THE CONTINUUM.

24            IF I MAY APPROACH, YOUR HONOR?

25            THE COURT:  GO AHEAD, PLEASE.
```

706

1     SOMETHING AROUND THEIR IPHONE, SOME KIND OF CASE OR

2     COVER; RIGHT?

3     A    ALMOST THAT MANY, YES.

4     Q    AND SO THOSE CASES USUALLY COVER UP THE BEZEL

5     AND THE TOP, EXCEPT FOR THE USEFUL PARTS; CORRECT?

6     A    IT DEPENDS ON THE CASE.  THE BUMPER DOES.

7     SOME CASES DO.  SOME DON'T.

8     Q    AND SO IF YOU ARE COVERING UP THIS OUTSIDE OF

9     THE CASE, YOU KNOW, AND EVERYONE THE BACK, THEN

10    KIND OF WHAT YOU'RE LEFT WITH, WHEN YOU ACTUALLY

11    SEE IT IN USE MUCH OF THE TIME, IS THE FRONT FACE

12    WITH THE HOME BUTTON AND THE SPEAKER AND THE

13    SCREEN; CORRECT?

14    A    SOME CASES DO THAT, SHOW JUST THAT MUCH, YES.

15    Q    AND THE -- YOU HAVE -- YOU AGREE THAT THIS

16    HOME BUTTON IS PROMINENT, CONSISTENT, AND AN

17    UNMISTAKABLE FEATURE OF APPLE DESIGN?  THE HOME

18    BUTTON?

19    A    I AGREE THAT THE HOME BUTTON IS ON EVERY PHONE

20    AND PROMINENT, YES.

21    Q    WELL, YOU ALSO BELIEVE THAT IT IS AN

22    UNMISTAKABLE AND UNIQUE PART OF THE APPLE DESIGN;

23    CORRECT?

24    A    I THINK IT'S VERY UNIQUE TO HAVE A SINGLE

25    APPLE HOME BUTTON ONLY THE SCREEN, YES.

707

```
1    Q    AND THERE'S NOT A SINGLE SAMSUNG PHONE THAT

2    YOU'RE AWARE OF THAT HAS THE HOME BUTTON LIKE THE

3    ONE THAT APPLE HAS?

4    A    I'M NOT AWARE OF SAMSUNG PHONES WITH THE SAME

5    HOME BUTTON AS APPLE'S.

6    Q    NOW, WHEN YOU SHOWED THOSE -- YOU SHOWED A

7    DEMONSTRATIVE ABOUT WHERE APPLE IS SOLD, OR THE

8    CHAINS OF -- DISTRIBUTION CHAINS.  AM I RIGHT ON

9    THAT?

10   A    THERE WAS A CHART OF CHANNELS, CHANNELS THAT

11   THE PRODUCTS ARE SOLD THROUGH.

12   Q    CHANNELS.  AND IF YOU LOOK AT THAT, THOSE HAVE

13   NOT ALWAYS BEEN THE CHANNELS OF DISTRIBUTION FOR

14   APPLE PHONES; RIGHT?

15   A    THERE ARE TIMES WHEN WE HAVE SOLD THROUGH

16   ADDITIONAL CHANNELS OR STARTED AT THE VERY

17   BEGINNING WITH, WITH A SMALLER LIST OF CHANNELS.

18   Q    WELL, LET'S PUT UP PDX 13.

19        AND HERE ARE THE APPLE SALES CHANNELS AND

20   YOU'VE GOT VERIZON THERE.  THE IPHONE HAS BEEN OUT

21   SINCE 2007; IS THAT RIGHT?

22   A    YES.

23   Q    AND THIS VERIZON CHANNEL DIDN'T EXIST UNTIL

24   FEBRUARY 10TH, 2011; RIGHT?

25   A    CORRECT.
```

708

1    Q    AND THE SPRINT CHANNEL THAT YOU TOLD THE JURY

2    ABOUT DID NOT EXIST UNTIL OCTOBER 14TH, 2011;

3    CORRECT?

4    A    CORRECT.

5    Q    SO YOU WEREN'T INTENDING TO SAY THAT, SINCE

6    2007, THAT APPLE HAS BEEN IN ALL OF THESE CHANNELS;

7    RIGHT?

8    A    I DID NOT SAY THAT.

9    Q    AND YOU DIDN'T INTEND TO CONVEY THAT; CORRECT?

10   A    I JUST SHOWED THE LIST OF SIMILAR CHANNELS

11   THAT WE SELL OUR PRODUCTS AT.

12   Q    AND SO YOU HAVEN'T GIVEN INFORMATION ON

13   EXACTLY WHEN APPLE GOT INTO THESE CHANNELS;

14   CORRECT?

15   A    WE HAVE NOT SHOWN THAT, NO.

16   Q    IN FACT, T-MOBILE STILL DOESN'T EXIST AS AN

17   APPLE SALES CHANNEL; RIGHT?

18   A    CORRECT.

19   Q    AND HERE WE'VE GOT TARGET, FOR EXAMPLE, TARGET

20   WASN'T A SALES CHANNEL UNTIL NOVEMBER 7 OF 2010?

21   A    I DON'T RECALL THE EXACT DATE WHEN WE STARTED

22   AT TARGET.

23   Q    SO IF SOMEONE REALLY WANTED TO KNOW ON A

24   YEAR-BY-YEAR BASIS WHAT YOUR SALES CHANNELS WERE

25   AND WHETHER THEY WERE COMPARABLE TO SAMSUNG'S, YOUR

```
1    DIRECT TESTIMONY WOULD NOT HAVE BEEN ANY HELP TO

2    THEM?

3    A    I DID NOT TESTIFY TO THE EXACT TIME OF EACH OF

4    THESE CHANNELS, NO.

5    Q    IN FACT, IT MIGHT HAVE BEEN A LITTLE

6    MISLEADING --

7              MR. MCELHINNY:  OBJECTION, YOUR HONOR.

8    BY MR. PRICE:

9    Q    -- TO LIST ALL THOSE AND NOT EXPLAIN, EVERY

10   YEAR WE HAVEN'T BEEN IN THOSE CHANNELS.

11             MR. MCELHINNY:  OBJECTION.  THAT'S

12   ARGUMENTATIVE.

13             THE COURT:  OVERRULED.

14             GO AHEAD, PLEASE.

15             THE WITNESS:  SIMPLY SOLD THE LIST OF

16   CHANNELS.  THERE WAS NOTHING SAID ABOUT INDIVIDUAL

17   TIMES FOR EACH ONE OF THEM.  SO THERE WAS CERTAINLY

18   NO ATTEMPT TO MISLEAD ANY OF THEM.

19   BY MR. PRICE:

20   Q    OKAY.  YOU MENTIONED THAT YOU'RE -- DO YOU

21   REMEMBER, MR. SCHILLER, THAT VIDEO.

22   A    I'M SORRY, WHICH?

23   Q    THE VIDEO OF THE MAC WORLD WHICH HAD MR. JOBS

24   GETTING THE PHOTO AND THEN E-MAILING YOU WITH THE

25   PHOTO, YOU'RE THAT GUY?
```

1    A    I WAS IN THE DEMO OF THE LAUNCH, YES, OF THE

2    ORIGINAL IPHONE IN 2007.

3    Q    AND THAT'S EXHIBIT 1091.

4         AND, YOUR HONOR, WOULD IT BE OKAY TO PLAY

5    A SECTION OF THAT FROM 1:24:52 TO 1:25:46?  IT'S

6    WHAT WAS PLAYED IN THE OPENING.

7         THE COURT:  PLEASE, GO AHEAD.

8         CAN I ASK, HAS THAT ALREADY COME IN?

9         MR. PRICE:  NO.  WE MOVE THAT INTO

10   EVIDENCE NOW, YOUR HONOR.  EXHIBIT 109.

11        THE COURT:  ALL RIGHT.  ANY OBJECTION?

12        MR. MCELHINNY:  NO OBJECTION.

13        THE COURT:  IT'S ADMITTED.

14        (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

15        109, HAVING BEEN PREVIOUSLY MARKED FOR

16        IDENTIFICATION, WAS ADMITTED INTO

17        EVIDENCE.)

18        (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

19   OPEN COURT OFF THE RECORD.)

20   BY MR. PRICE:

21   Q    I WOULDN'T HAVE RECOGNIZED YOU.

22        BUT WHAT HAPPENS IS -- AND I SEE YOU'VE

23   DONE THIS, THAT YOU'VE SCROLLED TO A PHOTO, TOUCHED

24   IT, WRITTEN AN E-MAIL AND ACCEPT THE PHOTO; RIGHT?

25   A    SURE, I'VE SENT PHOTOS.

711

1    Q    AND IT'S YOUR UNDERSTANDING THAT CUSTOMERS OF

2    APPLE, WITH THE IPHONES, DO THE SAME THING, WHERE

3    THEY SCROLL TO A PICTURE, TOUCHED IT AND THEN SENT

4    IT WITH A TEXT?

5            MR. MCELHINNY:  LACKS FOUNDATION, YOUR

6    HONOR.

7            MR. PRICE:  HE'S HEAD OF MARKETING.

8            THE COURT:  OVERRULED.

9            GO AHEAD.

10           THE WITNESS:  I'M SORRY.  YOU STARTED BY

11   TALKING ABOUT E-MAIL AND THEN YOU JUST SAID TEXT.

12   SO THEY'RE DIFFERENT THINGS.

13   BY MR. PRICE:

14   Q    OKAY.  YOU BELIEVE THAT THE APPLE CUSTOMERS,

15   IPHONE CUSTOMERS, HAVE HAD THE EXPERIENCE OF

16   SCROLLING TO A PHOTO, TOUCHING IT, WRITING AN

17   E-MAIL, AND SENDING THAT PHOTO WITH THE E-MAIL?

18   A    YES, OUR CUSTOMERS HAVE OFTEN SENT PHOTOS WITH

19   E-MAIL AND DO.

20   Q    NOW, I'D LIKE YOU TO LOOK, IF YOU COULD, AT

21   EXHIBIT 715.  DO YOU HAVE THAT IN FRONT OF YOU,

22   SIR?

23   A    YES.

24   Q    AND YOU RECOGNIZE THIS AS A DOCUMENTATION OF A

25   TEAR-DOWN THAT APPLE DID ON THE SAMSUNG GALAXY S?

712

```
1    A    NO, I'M NOT FAMILIAR WITH THIS DOCUMENT.

2    Q    WELL, DO YOU SEE IT IS -- IT DOES COME FROM

3    APPLE, YOU CAN TELL THAT; CORRECT?

4    A    I SEE IT'S STAMPED WITH APPLE, YES.

5    Q    AND IT HAS THE APPLE LOGO; CORRECT?

6    A    YES.

7    Q    AND YOU'RE ON THE EXECUTIVE COMMITTEE, YOU

8    SAID, ONE OF THE FEW PEOPLE WHO TALK TO MR. COOK

9    DIRECTLY?

10   A    YES, I'M ON THE COMMITTEE.

11   Q    SO CERTAINLY YOU HAVE NO REASON TO THINK THIS

12   IS NOT AN APPLE DOCUMENT?

13   A    I HAVE NO REASON TO THINK OF IT.  I'VE JUST

14   NEVER SEEN IT BEFORE.

15        MR. PRICE:  YOUR HONOR, MOVE EXHIBIT 715

16   INTO EVIDENCE.

17        MR. MCELHINNY:  THIS IS ONE WE RESERVED

18   OBJECTIONS PENDING A FOUNDATION, YOUR HONOR.  HE'S

19   NOT LAID THAT.

20        THE COURT:  THAT'S SUSTAINED.  THAT'S NOT

21   COMING IN RIGHT NOW.  GET SOMEONE ELSE WHO HAS

22   PERSONAL KNOWLEDGE.

23        GO AHEAD, PLEASE.

24        MR. PRICE:  OKAY.  YOUR HONOR, I WOULD

25   LIKE TO -- AS WE DISCUSSED EARLIER, I WOULD LIKE TO
```

```
 1    MOVE INTO EVIDENCE PAGES LATER OF THESE APPLE

 2    MARKETING SURVEYS, BUT NOT THE WHOLE THING

 3    BECAUSE --

 4              THE COURT:  THAT'S FINE.  WHICH PAGES

 5    WOULD YOU LIKE.

 6              MR. PRICE:  WHAT I'D LIKE TO DO NOW, YOUR

 7    HONOR, IS THAT I WILL BE MOVING IN PAGES FROM 143,

 8    144, 145 --

 9              THE COURT:  WHY DON'T WE DO THAT RIGHT

10    NOW.  SO JUST GIVE ME THE NUMBERS AGAIN, PLEASE.

11    143?

12              MR. PRICE:  143.

13              THE COURT:  OKAY.  NOT THE WHOLE THING

14    THOUGH, YOU WANTED SPECIFIC PAGES?

15              MR. PRICE:  NOT THE WHOLE THING, THAT'S

16    RIGHT.

17              THE COURT:  OKAY.

18              MR. PRICE:  SPECIFIC PAGES.  IT WOULD BE

19    143.4, WHICH THAT MAY ALREADY BE IN.

20              THE COURT:  I DON'T HAVE IT IN.

21              MR. PRICE:  OKAY.  143.4.

22              THE COURT:  OKAY.

23              MR. PRICE:  143.12.

24              THE COURT:  OKAY.

25              MR. PRICE:  143.6.
```

714

```
1              THE COURT:  OKAY.
2              MR. PRICE:  143.16.
3              THE COURT:  ALL RIGHT.
4              MR. PRICE:  143.25; 143.22.
5              THE COURT:  ALL RIGHT.  ANY OBJECTIONS?
6              MR. MCELHINNY:  NO OBJECTIONS, YOUR
7    HONOR.
8              THE COURT:  ALL RIGHT.  THEY'RE ALL
9    ADMITTED.
10             (WHEREUPON, DEFENDANT'S EXHIBIT NUMBERS
11             143.4, 143.12, 143.6, 143.16, 143.22,
12             143.25, BEEN PREVIOUSLY MARKED FOR
13             IDENTIFICATION, WERE ADMITTED INTO
14             EVIDENCE.)
15   BY MR. PRICE:
16   Q    AND FINALLY, SIR, BECAUSE I USED WAY MORE OF
17   THE CLOCK THAN I SHOULD HAVE, I JUST WANT TO ASK
18   YOU, ON THESE APPLE PHONES THAT WE'VE SEEN FROM THE
19   3G TO THE 4, APPLE CHANGES THE DESIGN EVERY COUPLE
20   OF YEARS; CORRECT?
21   A    WE UPDATE THE DESIGN OF NEW MODELS, YES.
22   Q    AND THE -- IN FACT, WHEN YOU CAME OUT WITH THE
23   IPHONE 4S, THERE WAS SOME CRITICISM IN THE MARKET
24   THAT THE DESIGN WASN'T CHANGED; RIGHT?
25   A    THAT WAS ONE OF THE THINGS WE HEARD, YES.
```

715

```
 1    Q    AND, IN FACT, YOU'RE GOING TO CHANGE THE

 2    DESIGN AGAIN WITH THE IPHONE 5?

 3              MR. MCELHINNY:  OBJECTION, YOUR HONOR.

 4    THE IPHONE 5 IS NOT IN THIS CASE.  IT'S NOT PUBLIC.

 5    NO ONE KNOWS WHAT THE DESIGN OF IT WILL LOOK LIKE.

 6    IT'S ONE OF THE MOST CLOSELY GUARDED, CONFIDENTIAL

 7    SECRETS OF APPLE.

 8              MR. PRICE:  IT'S RELEVANT.  THEY KEEP

 9    CHANGING THEIR DESIGNS.

10              MR. MCELHINNY:  THAT IS ARGUMENTATIVE,

11    AND IT'S NOT RELEVANT TO WHY FUTURE DESIGNS --

12    THERE'S NO EVIDENCE, NEVER BEEN DISCOVERED, NO

13    DISCOVERY HAS BEEN TAKEN ON IT.

14              THE COURT:  ALL RIGHT.  I'M GOING TO

15    OVERRULE THE OBJECTION.

16              GO AHEAD.

17    BY MR. PRICE:

18    Q    SO THAT'S GOING TO BE A DIFFERENT DESIGN, TOO?

19    A    SO I JUST WANT TO MAKE SURE I UNDERSTAND.

20              I'M SORRY, JUDGE.  AM I BEING ASKED TO

21    TELL CONFIDENTIAL INFORMATION ABOUT FUTURE

22    PRODUCTS?

23              THE COURT:  NO.  YOU DON'T HAVE TO.  TO

24    THE EXTENT THAT YOU CAN, AND IF YOU CAN'T, THEN YOU

25    CAN'T.
```

1    BY MR. PRICE:

2    Q    IF YOU THINK YOU CAN'T TELL US ABOUT THE

3    DESIGN CHANGES FOR THE IPHONE 5, JUST TELL US AND

4    WE'LL GO ON?

5    A    I PREFER NOT TO TELL CONFIDENTIAL INFORMATION

6    ABOUT FUTURE PRODUCTS IF I DON'T HAVE TO.

7    Q    SURE, OKAY.  AND THE IPAD, WE'VE LOOKED AT THE

8    FRONT A LOT.  THERE'S ALSO A BACK TO THE IPAD;

9    CORRECT?

10   A    THERE IS A BACK TO THE IPAD.

11   Q    IT'S A SILVER WITH A BIG APPLE ON IT; RIGHT?

12   A    YES.

13   Q    AND IF SOMEONE IS USING THIS IN THE REAL WORLD

14   AGAIN AND SOMEONE WALKS IN FRONT OF THEM, THERE'S A

15   CHANCE THAT THEY'RE GOING TO SEE THE BACK?

16   A    PEOPLE CAN SEE THE IPAD, YES.

17   Q    AND THE BACK OF THE IPAD AS WELL?

18   A    YES.

19             MR. PRICE:  THANK YOU, MR. SCHILLER.

20             THE WITNESS:  THANK YOU.

21             THE COURT:  ALL RIGHT.  THE TIME IS NOW

22   11:41.  DOES ANYONE NEED BIO BREAK OR DO YOU WANT

23   TO KEEP GOING UNTIL NOON?

24             YOU NEED A BATHROOM BREAK?

25             OKAY.  LET'S JUST TAKE FIVE MINUTES AND

1    THEN WE'LL GO UNTIL NOON.  ALL RIGHT.

2                THANK YOU.  JUST A FEW MINUTES, PLEASE.

3                (WHEREUPON, A RECESS WAS TAKEN.)

4                THE COURT:  ALL RIGHT.  WE'RE BACK IN

5    SESSION.  PLEASE TAKE A SEAT.

6                AND IT IS NOW 11:45.  DO YOUR RECROSS,

7    PLEASE.  I'M SORRY, REDIRECT.

8                    **REDIRECT EXAMINATION**

9    BY MR. MCELHINNY:

10   Q    MR. SCHILLER, I THINK THE QUESTION THAT

11   EVERYONE REALLY WANTS TO KNOW, THE FOCUS, TO JUST

12   GET THE FACTS STRAIGHT, DID YOU HAVE DARK HAIR IN

13   2007?

14   A    YES, I DID.

15   Q    OKAY.

16   A    THANK YOU FOR REMINDING ME.

17   Q    I GUESS WE RESOLVED THAT ISSUE.

18                COUNSEL STARTED OFF BY SHOWING YOU A

19   PHONE THAT HE TOLD YOU WAS CALLED THE LG PRADA.  DO

20   YOU REMEMBER SEEING THAT PHONE?

21   A    YES, I DO.

22   Q    DO YOU KNOW WHETHER OR NOT THE LG PRADA WAS

23   EVER SOLD IN THE UNITED STATES?

24   A    NO, I DO NOT THINK IT WAS.

25   Q    COUNSEL SHOWED YOU EXHIBIT 592, WHICH WAS

718

1    CALLED THE COM-TECH SURVEY, AND HE SHOWED YOU PAGE

2    23, AND HE SHOWED YOU THE CHART UP IN THE UPPER

3    RIGHT-HAND CORNER, WHICH IF I UNDERSTAND IT

4    CORRECTLY, SHOWED THAT FOUR TIMES MORE PEOPLE LIKED

5    THE DESIGN OF THE BLACKBERRY PHONE THAN LIKED THE

6    DESIGN OF THE APPLE PHONE.  IS THAT WHAT THAT

7    PURPORTS TO SHOW?

8    A    NO, I DON'T AGREE IT SHOWS THAT.

9    Q    YOU WERE GOING TO -- YOU WERE GOING TO TRY TO

10   EXPLAIN HOW TO INTERPRET THIS CORRECTLY, AND I'D

11   LIKE TO GIVE YOU THE OPPORTUNITY TO DO THAT?

12   A    YES, AS I UNDERSTAND WHAT THIS COMPANY DID

13   WITH THIS DATA WAS THEY ASKED CUSTOMERS A SPECIFIC

14   QUESTION AND THAT QUESTION WAS, OTHER THAN PRICE,

15   SO YOU'VE ALREADY SET THE MINDSET TO START THEM

16   THINKING ABOUT WHAT MATTERS TO THEM, WHAT ONE OTHER

17   THING WOULD YOU RATE AS IMPORTANT IN YOUR PURCHASE?

18            AND THEY WERE ALLOWED TO ONLY PICK ONE

19   THING.

20            AND THAT'S THE UNDERSTANDING OF THE

21   METHODOLOGY I HAD HERE.  SO UNLIKE THE DATA WE

22   COLLECT WHERE WE ASK EACH ITEM AND CHECK WHICH IS

23   THE TOP BOXES OF PREFERENCE, THIS YOU WERE LIMITED

24   IN YOUR CHOICE.

25            AND TO FURTHER ADD CONFUSION, ONE OF

1    THOSE CHOICES IS BRAND, WHICH AS YOU SEE, APPLE

2    RANKS THE HIGHEST OF.

3              AND I BELIEVE THAT CUSTOMERS AT THIS

4    LEVEL AREN'T CLEAR ON BRAND AND DESIGN AND WHAT

5    THAT MEANS.

6              SO YOU WEREN'T GIVEN MORE THAN ONE

7    CHOICE, AND IT WAS CONFUSED WITH OTHER CHOICES THAT

8    HAD RATED VERY HIGHLY.  SO IF YOU LIKED BRAND AND

9    DESIGN, YOU COULDN'T SELECT THAT.

10   Q    SO THAT WE'RE, AGAIN, USING THE SAME

11   TERMINOLOGY, WHAT DOES BRAND, AS IS USED ON THIS

12   CHART WHICH COUNSEL PUT INTO EVIDENCE, WHAT DOES

13   BRAND MEAN?

14   A    ON THIS QUESTION IT'S CONFUSED BECAUSE THEY

15   SAY BRAND/MODEL.  SOME PEOPLE THINK BRAND MEANS THE

16   BRAND OF THE COMPANY, BUT MODEL MEANS MODEL OF

17   PHONES.  SO IN THIS CASE, IT MIGHT MEAN APPLE AND

18   IPHONE.

19             SO IN THIS CASE, I CAN ONLY ASSUME,

20   BECAUSE IT'S UP TO THE USER'S INTERPRETATION OF

21   WHAT THEY'RE ASKED, THAT 44 PERCENT OF APPLE IOS

22   CUSTOMERS SELECTED APPLE/IPHONE AS A PRIMARY REASON

23   TO PURCHASE, OTHER THAN PRICE.  AND THEN THEY

24   COULDN'T EXPECT ANYTHING ELSE.

25   Q    BASED ON YOUR EXPERIENCE IN MARKETING, IS

720

1    THERE AN OVERLAP OR A CONNECTION BETWEEN THE DESIGN

2    OF THE APPLE PHONES AND THE APPLE BRAND?

3    A    YES, I THINK THERE'S A STRONG CORRELATION.

4    Q    AND WHAT IS THAT CORRELATION?

5    A    IT IS THAT PEOPLE ASSOCIATE THE APPLE BRAND

6    WITH GREAT DESIGN, AND THEY HAVE INTRINSIC MEANING

7    TOGETHER.

8    Q    SIR, AGAIN, I THINK YOU TESTIFIED THAT YOU

9    WERE INVOLVED IN THE ORIGINAL IPHONE PRODUCT; IS

10   THAT CORRECT?

11   A    YES.

12   Q    AND WE'VE TALKED A LOT ABOUT WHAT THE IPHONE

13   LOOKS LIKE AND THE DESIGN AND THE ELEMENTS OF THAT

14   DESIGN; IS THAT CORRECT?

15   A    YES.

16   Q    WAS THAT DESIGN CHOSEN SO THAT IT WOULDN'T

17   MATCH ON SOMEBODY'S POCKET?

18   A    NO.

19   Q    WHAT WAS THE THEME OF THE OVERALL DESIGN OF

20   THE IPHONE?

21   A    WE WERE TRYING TO CREATE A NEW BREAKTHROUGH

22   DESIGN FOR A PHONE THAT WAS BEAUTIFUL AND SIMPLE

23   AND EASY TO USE AND CREATED A BEAUTIFUL, SMOOTH

24   SURFACE THAT HAD A TOUCHSCREEN AND WENT RIGHT TO

25   THE RIM WITH THE BEZEL AROUND IT AND LOOKING FOR A

721

```
 1   LOOK THAT WE FOUND WAS BEAUTIFUL AND EASY TO USE

 2   AND APPEALING.

 3           WE HAD A TERM AT APPLE, IN MARKETING,

 4   THAT WE CALLED THE LUST FACTOR.  DOES THIS IPHONE

 5   HAVE APPEAL TO PEOPLE THAT THEY LUST AFTER IT

 6   BECAUSE IT'S SO GORGEOUS.  THAT'S ONE OF THE THINGS

 7   WE WERE GOING FOR, A HIGH LUST FACTOR.

 8   Q    DURING THE FOUR YEARS THAT THE IPHONE WAS

 9   UNDER DEVELOPMENT, WERE OTHER DESIGNS CONSIDERED AT

10   ANY TIMES?

11   A    YES, THERE WERE MANY DESIGNS.

12   Q    WOULD THOSE OTHER DESIGNS HAVE CUT ON PEOPLE'S

13   POCKETS.

14   A    I DON'T BELIEVE SO.

15           MR. MCELHINNY:  THANK YOU.  I HAVE

16   NOTHING FURTHER.

17           THE COURT:  ALL RIGHT.  TIME IS NOW

18   11:50.

19           ANY RECROSS, MR. PRICE?

20           MR. PRICE:  NOT MUCH.

21                   RECROSS-EXAMINATION

22   BY MR. PRICE:

23   Q    I WANTED TO ASK YOU, YOU WANTED TO CREATE THIS

24   LUST FACTOR WITH THE IPHONE.  THE SAMSUNG PHONES I

25   SHOWED YOU WITH THE FOUR HARD BUTTONS AND THE
```

722

1    SIGNAGE AT THE TOP, DO YOU THINK THAT'S BEAUTIFUL?

2    A    I DON'T THINK THEY'RE AS BEAUTIFUL AS THE

3    IPHONE, BUT I THINK THEY'RE TRYING TO BE AS

4    BEAUTIFUL AS THE IPHONE.

5    Q    AND IN YOUR OPINION, THEY DON'T QUITE CUT IT

6    ON THAT REGARD; RIGHT?  IN YOUR OPINION?

7    A    NOT FOR ME.

8    Q    OKAY.  AND THAT'S ONE OF THE REASONS APPLE HAS

9    THAT ICONIC HOME BUTTON WITH NOTHING ELSE ON THE

10   BOTTOM BECAUSE THAT WAS AN IMPORTANT PART OF WHAT

11   YOU THOUGHT WAS A BEAUTIFUL, UNIQUE DESIGN?

12            MR. MCELHINNY:  BEYOND THE SCOPE.  ASKED

13   AND ANSWERED.

14            THE COURT:  OVERRULED.

15            GO AHEAD.  GO AHEAD, PLEASE.

16            THE WITNESS:  I THINK WE HAVE A LUSTFUL,

17   GORGEOUS DESIGN IN TOTAL AND I THINK THE HOME

18   BUTTON IS ONE OF THE FEATURES ON THE PHONE.

19            MR. PRICE:  NOTHING FURTHER.

20            THE COURT:  ALL RIGHT.  SO IT'S 11:51.

21            MAY THIS WITNESS BE EXCUSED AND IS HE

22   SUBJECT TO RECALL OR NOT?

23            MR. MCELHINNY:  I WOULD LIKE HIM EXCUSED,

24   NOT SUBJECT TO RECALL, ALTHOUGH WE MAY CHOOSE TO

25   USE HIM IN REBUTTAL, SO HE WON'T BE IN THE

723

```
1    COURTROOM.
2              THE COURT:  ALL RIGHT.  WELL, YOU'RE
3    EXCUSED.
4              THE WITNESS:  THANK YOU.
5              THE COURT:  ALL RIGHT.  CALL YOUR NEXT
6    WITNESS, PLEASE.
7              MR. MCELHINNY:  YOUR HONOR, ON BEHALF OF
8    APPLE, WE CALL MR. SCOTT FORSTALL.
9              THE CLERK:  WOULD YOU RAISE YOUR RIGHT
10   HAND, PLEASE.
11                      SCOTT FORSTALL,
12   BEING CALLED AS A WITNESS ON BEHALF OF THE
13   PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS
14   EXAMINED AND TESTIFIED AS FOLLOWS:
15             THE WITNESS:  I DO.
16             THE CLERK:  WOULD YOU HAVE A SEAT,
17   PLEASE.
18             WOULD YOU STATE YOUR NAME, PLEASE, AND
19   SPELL IT?
20             THE WITNESS:  SCOTT FORSTALL, S-C-O-T-T
21   FIRST NAME, LAST NAME FORSTALL, F, AS IN FRANK,
22   O-R-S-T-A-L-L.
23             THE CLERK:  THANK YOU.
24             MR. MCELHINNY:  MAY I PROCEED, YOUR
25   HONOR?
```

1    Q    DID I ACCURATELY READ THE TESTIMONY THAT YOU

2    GAVE APPLE'S LAWYERS?

3    A    YOU DID.

4    Q    NOW, I WANT TO COME -- I WILL COME BACK AND

5    TALK ABOUT THE INVESTIGATION THAT YOU DID AND WHO

6    YOU SPOKE TO, BUT FIRST I'D LIKE TO ADDRESS SOME OF

7    THE DOCUMENTS THAT MR. LEE SHOWED YOU.

8              FIRST IF WE COULD LOOK AT EXHIBIT 44.

9              AND PRIOR TO YOUR INVOLVEMENT IN THIS

10   CASE, HAD YOU EVER SEEN THIS EXHIBIT BEFORE?

11   A    I HAVE NOT.

12   Q    DO YOU KNOW, IN CONNECTION WITH, YOU KNOW,

13   PREPARING TO TESTIFY WHETHER THE ORIGINAL OF THIS

14   DOCUMENT IS IN THE KOREAN LANGUAGE?

15   A    IN PREPARATION FOR THIS TESTIMONY, I WAS TOLD

16   IT WAS TRANSLATED AND THERE'S A TRANSLATION LABEL

17   ON TOP OF IT.

18   Q    AND THIS IS, OBVIOUSLY, AN ENGLISH LANGUAGE

19   TRANSLATION OF THE DOCUMENT THAT WE'RE LOOKING AT?

20   A    CORRECT.

21   Q    NOW, MR. LEE CALLED YOUR ATTENTION TO PAGE

22   44.122, WHICH TALKS ABOUT -- THE TITLE IS "VISUAL

23   INTERACTION EFFECT-ICON."

24              DO YOU SEE THAT?

25   A    I DO.

1    Q    AND WAS THIS WITHIN THE -- THIS IS -- IS THIS

2    WHEN YOU WOULD CALL A FEATURE RELATING TO THE

3    GRAPHICAL USER INTERFACE, GUI?

4    A    I'M NOT SURE WHAT ALL CONSTITUTES A GUI, BUT I

5    GUESS THIS MIGHT BE PART OF THE GUI.

6    Q    BUT WAS THIS WITHIN THE SCOPE OF YOUR

7    INVESTIGATION, THIS FEATURE THAT IS TALKED ABOUT

8    HERE?

9    A    NO, IT'S NOT.

10   Q    SO IT'S NOT ONE OF THE DESIGN PATENTS?

11   A    CORRECT.

12   Q    AND DOES THIS RELATE TO BOUNCE BACK?

13   A    AS BEST AS I UNDERSTAND IT, NO.

14   Q    THERE'S A RECOMMENDATION DOWN THERE AT THE

15   BOTTOM.  DO YOU SEE THAT?

16   A    I DO.

17   Q    AND IT RELATES TO "EITHER CHANGE THE COLORS OF

18   THE BORDERING RECTANGULAR FRAMES ACCORDING TO A

19   CONSISTENT PATTERN FOR A UNIFORM FEEL OR REMOVE THE

20   RECTANGULAR FRAME AND USE THE ICONS ONLY FOR A

21   CLEAN AND UNIFORM FEEL."

22           DO YOU SEE THAT?

23   A    I DO.

24   Q    DO YOU KNOW WHETHER, IN FACT -- WELL, WHAT ARE

25   CONTAINERS?  DO YOU SEE A REFERENCE -- YOU KNOW,

849

1    WE'VE HEARD OF THE CONCEPT OF CONTAINERS AROUND

2    ICONS.

3    A    SO MY UNDERSTANDING OF CONTAINERS ARE THE, I

4    GUESS, SQUARES OR MAYBE RECTANGLES THAT SURROUND

5    THE ACTUAL ICON THAT MAY BE IN THE MIDDLE, SO TO

6    MAKES IT LOOK LIKE THEY'RE ALL THE SAME SIZE MAYBE

7    IS THE WAY TO DESCRIBE IT.

8    Q    ALL RIGHT.  AND DO YOU KNOW WHETHER, YOU KNOW,

9    SAMSUNG EVER IMPLEMENTED A RECOMMENDATION THAT ALL

10   THE CONTAINERS AROUND ICONS BE ELIMINATED?

11   A    I'M NOT AWARE OF ANY -- I'M SORRY.  CAN YOU

12   REPEAT?

13   Q    YEAH.  ARE YOU AWARE OF WHETHER THERE WAS SOME

14   RECOMMENDATION THAT WAS IMPLEMENTED THAT, ON ALL

15   THE GALAXY S PHONES, CONTAINERS AROUND ICONS SHOULD

16   BE ELIMINATED?

17   A    NO, I'M NOT AWARE OF THAT.

18   Q    DO YOU KNOW WHETHER, ON THE GALAXY S PHONES,

19   THIS RECOMMENDATION HERE WAS ACTUALLY IMPLEMENTED

20   ACROSS THE BOARD?

21   A    I'M NOT AWARE OF THAT.

22   Q    AND THEN IF -- ANOTHER PAGE THAT MR. LEE

23   SHOWED YOU, PAGE 131, IF WE COULD TAKE A LOOK AT

24   THAT, AND THIS RELATES AGAIN TO ICONS, AND WAS THIS

25   WITHIN THE SCOPE OF WHAT YOU TOLD APPLE YOU HAD

850

1    RESEARCHED AND WERE PREPARED TO TESTIFY ON?

2    A    NO, IT WAS NOT.

3    Q    AND THEN THE LAST LINE OF THE RECOMMENDATION

4    THERE IS "REMOVE THE FEELING THAT IPHONE'S MENU

5    ICONS ARE COPIED BY DIFFERENTIATING DESIGN."

6            DO YOU SEE THAT?

7    A    I DO.

8    Q    AND WHAT IS THE CONCEPT OF DIFFERENTIATING

9    DESIGN?  WHAT DOES THAT MEAN TO YOU?

10   A    IT'S FOUR DIFFERENT -- TO THAT WOULD MEAN

11   DIFFERENT AND/OR BETTER.

12   Q    ALL RIGHT.  I'D LIKE TO TURN NOW TO ACTUALLY,

13   YOU KNOW, YOUR INVESTIGATION AND WHAT IT WAS THAT

14   YOU DID.

15           AND AT THE BEGINNING, I'D ASK YOU IF I

16   COULD -- IF I COULD SHOW YOU TWO PHONE DEVICES

17   WHICH ARE IN EVIDENCE, FIRST THE JX 1000 -- AND I'M

18   GOING TO GET SOME HELP, I HOPE, FROM MS. KHAN --

19   THE IPHONE, WHICH IS IN EVIDENCE, THE JOINT EXHIBIT

20   1000, AND THE INFUSE 4G, JOINT EXHIBIT 1027, WHICH

21   IS ONE OF THE ACCUSED PHONES.

22           IF WE COULD HAND THOSE -- DO WE HAVE THE

23   IPHONE THERE, JX 1000?

24           THE COURT:  SO I'M GOING TO START

25   COUNTING THIS TIME AS YOUR DIRECT.  OKAY?

1        MR. QUINN:  OKAY.  THANK YOU, YOUR HONOR.

2        THE COURT:  FOR YOUR CASE.  OKAY.

3   BY MR. QUINN:

4   Q    DO YOU HAVE THOSE, SIR, THOSE TWO?

5   A    I HAVE THE INFUSE 4G AND THE ORIGINAL IPHONE,

6   I BELIEVE.

7   Q    CAN YOU TELL US, CAN YOU SEE DIFFERENCES

8   BETWEEN THOSE TWO?

9        MR. LEE:  I OBJECT.  YOUR HONOR, THIS IS

10  GETTING IN EVIDENCE -- THEY HAD AN EXPERT ON IT.

11  THE EXPERT IS OUT.  NOW THEY'RE TRYING TO GET THIS

12  IN.

13       MR. QUINN:  IT'S JUST HIS OBSERVATION,

14  YOUR HONOR.  HE'S LOOKING AT THEM AND IT'S A

15  PERCIPIENT ACTIVITY, WHAT HE SEES LOOKING AT THESE,

16  LOOKING AT THE PHYSICAL OBJECTS.

17       MR. LEE:  YOUR HONOR, THIS IS AN EFFORT

18  TO GET IN, THROUGH HIM, TESTIMONY THAT HAS BEEN

19  EXCLUDED.

20       THE COURT:  ALL RIGHT.  SUSTAINED.

21  BY MR. QUINN:

22  Q    WELL, IF WE COULD LOOK AT THE INFUSE, THE

23  JOINT EXHIBIT 1027, DOES IT HAVE, DOWN AT THE

24  BOTTOM, DOES IT HAVE SOME, WHAT LOOK LIKE SOFT

25  BUTTONS?

852

1    A    AT THE BOTTOM, THERE'S WHAT I CALL CAPACITIVE

2    KEYS.

3    Q    CAPACITIVE KEYS.  WHAT MIGHT THE REST OF US

4    CALL THOSE?

5    A    I'M NOT SURE.  IT'S THE OPPOSITE OF AN ACTUAL

6    PHYSICAL BUTTON.

7    Q    ALL RIGHT.

8    A    IT'S SOMETHING THAT SENSES YOUR FINGER AND

9    PERFORMS AN ACTION AS IF YOU TOUCHED A BUTTON.

10   Q    AND DOES THE INFUSE HAVE A BEZEL AROUND IT?

11   A    THE INFUSE, I DON'T THINK IT HAS A BEZEL, PER

12   SE.  IT'S KIND OF A UNIBODY DESIGN.

13   Q    AND IT'S A UNIBODY DESIGN.  IT DOES NOT HAVE A

14   BEZEL?

15   A    CORRECT.

16   Q    IS THAT UNIBODY, IS THAT FLAT AND LEVEL WITH

17   THE SCREEN OR NOT?

18   A    THE EDGES OF THE UNIBODY PROTRUDE ABOVE THE

19   SCREEN.  SO IT'S NOT FLAT, AS IT WERE.

20   Q    DOES IT HAVE WHAT'S BEEN REFERRED TO AS THE,

21   AS THE, WHAT DO YOU CALL IT, INNIE, THE HOME

22   BUTTON?  THE BELLY BUTTON?  THE HOME BUTTON.

23        DOES IT HAVE A HOME BUTTON ON IT?

24   A    IT JUST HAS A CAPACITIVE BUTTON FOR HOME, BUT

25   NOT A PHYSICAL HOME KEY AS SUCH.

853

1              MR. QUINN:  YOUR HONOR, WITH THE

2    PERMISSION OF THE COURT, I WOULD REQUEST, IF WE

3    COULD, TO HAND TO THE JURY THESE TWO EXHIBITS SO

4    THAT THEY CAN ACTUALLY HANDLE THEM AND SEE THEM IF

5    THAT WOULD BE ACCEPTABLE.

6              MR. LEE:  NO OBJECTION.

7              THE COURT:  GO AHEAD, PLEASE.  AND LET ME

8    JUST MAKE SURE I HAVE IT.  IT IS THE INFUSE 4,

9    WHICH IS 1027.

10             MR. QUINN:  YES, YOUR HONOR.

11             THE COURT:  4G, EXCUSE ME.

12             AND WHAT IS THE OTHER NUMBER?

13             MR. QUINN:  THE JX 1000, WHICH IS THE

14   IPHONE.

15             THE COURT:  OKAY.  AND THE JX 1000 HAS

16   ALREADY BEEN -- I DON'T SEE THAT COMING IN, SO

17   THAT'S COMING IN NOW.

18             MR. QUINN:  I WOULD OFFER JX 1000, YOUR

19   HONOR.

20             THE COURT:  OKAY.

21             THE CLERK:  IT CAME IN YESTERDAY.

22   BY MR. QUINN:

23   Q    SO IF I COULD ASK YOU NOW ABOUT YOUR

24   ASSIGNMENT THAT LED TO YOUR TESTIMONY THAT YOU

25   REFERRED TO.  WHAT WAS IT THAT YOU WERE ASKED TO

```
1    DO?

2    A    I WAS ASKED TO REPRESENT SAMSUNG IN A LEGAL

3    MATTER AS A CORPORATE REPRESENTATIVE.  MY JOB WAS

4    TO BECOME THE PERSON MOST KNOWLEDGEABLE ON CERTAIN

5    SUBJECTS, AND WE'VE TALKED ABOUT HOW IT WAS FOUR

6    PRODUCTS AND FOUR FEATURES OF PATENTS.

7    Q    AND WHAT DID YOU DO TO FULFILL THAT

8    ASSIGNMENT?

9    A    I UNDERTOOK RESEARCH, I SPOKE TO THE RELEVANT

10   DESIGNERS AND ENGINEERS FOR THE PRODUCTS AND THE

11   FEATURES IN QUESTION, INTERVIEWED THEM, AND THAT

12   WAS MY INVESTIGATION.

13   Q    ALL RIGHT.  AND LET ME -- WHEN YOU SAY "I

14   SPOKE TO THE DESIGNERS AND ENGINEERS," WHY WAS

15   IT -- WHICH WERE THE DESIGNERS AND ENGINEERS?  LET

16   ME WITHDRAW THAT.  BAD QUESTION.

17        HOW DID YOU GO ABOUT DECIDING WHAT

18   DESIGNERS AND ENGINEERS YOU WANTED TO TALK TO?

19   A    SO I LOCATED THE PRINCIPAL DESIGNERS AND

20   ENGINEERS THAT WERE IN CHARGE OF THE FINAL

21   PRODUCTION, IF YOU WILL, OF EITHER THE INDUSTRIAL

22   DESIGN IN THE CASE OF THE INDUSTRIAL DESIGN ISSUES,

23   AND THE -- WHO WERE IN CHARGE OF THE SOFTWARE

24   ENGINEERS FOR THE ACTUAL SOFTWARE FEATURES IN

25   QUESTION.
```

855

```
1     Q    AND DID YOU -- CAN YOU TELL US WHETHER OR NOT

2     YOU SPOKE TO THE ACTUAL DESIGNERS WHO WERE

3     RESPONSIBLE FOR THE DESIGN OF THOSE PRODUCTS THAT

4     WERE AT ISSUE?

5     A    I DID.

6     Q    AND IN THE CASE OF THE -- THE INFUSE THAT THE

7     JURY IS LOOKING AT NOW, WAS THAT ONE OF THE

8     PRODUCTS THAT YOU -- THAT WAS AT ISSUE AND YOU

9     SPOKE TO THE DESIGNERS?

10    A    YES.

11    Q    AND CAN YOU RECALL THE NAMES OF THE FOLKS YOU

12    SPOKE TO?

13    A    I RECALL THE NAMES OF SOME OF THEM.  IT MIGHT

14    HELP IF I REFERRED TO A REFERENCE.  BUT, YES, I

15    REMEMBER THE NAMES OF SOME.

16    Q    WELL, DO YOU REMEMBER THE NAMES OF THE

17    DESIGNERS OF THE INFUSE THAT YOU SPOKE TO?

18    A    THE INFUSE DESIGNERS, AS I RECALL, WERE, I

19    BELIEVE THAT WAS YONGSEOK BANK, I BELIEVE THAT WAS

20    BORA KIM, AND I BELIEVE THE LAST ONE WAS

21    MIN-HYOUK LEE IF I REMEMBER CORRECTLY.

22    Q    AND IN SOME CASE -- IN THE CASES -- WERE THERE

23    SOME CASES WHERE THE DESIGNER WASN'T FLUENT IN

24    ENGLISH?

25    A    THERE WERE SOME CONVERSATIONS THAT WERE
```

890

1    A    YES, I DO.

2    Q    AND WHAT DO YOU KNOW IN THAT REGARD?

3              MR. LEE:  YOUR HONOR, CAN WE HAVE A

4    FOUNDATION?  AND THE SAMSUNG BRAND IS IRRELEVANT TO

5    OUR TRADE DRESS AND TRADE DILUTION.  I DON'T KNOW

6    WHAT HIS BASIS IS.

7              THE COURT:  WELL, JUST LAY A FOUNDATION.

8              I'M GOING TO OVERRULE THE OBJECTION.

9              GO AHEAD, PLEASE.

10   BY MR. QUINN:

11   Q    SO WHAT YOU KNOW ABOUT THE VALUE OF THE

12   SAMSUNG BRAND, IS IT -- CAN YOU TELL US WHETHER OR

13   NOT THAT'S SOMETHING YOU LEARNED IN THE COURSE OF

14   YOUR WORK?

15   A    YES, IT'S SOMETHING I'VE COME ACROSS OVER THE

16   COURSE OF MY JOB.

17   Q    AND IN DOING YOUR JOB IN TERMS OF PLANNING AND

18   STRATEGY, IS THAT SOMETHING THAT YOU NEED TO BE

19   AWARE OF?

20   A    YES, IT IS.

21   Q    AND WHAT IS IT THAT YOU KNOW ABOUT THE VALUE

22   OF THE SAMSUNG BRAND?

23   A    ONE OF THE WAYS WE TRACK OUR BRAND IS USING A

24   SURVEY OR A REPORT FROM A COMPANY CALLED

25   INTERBRAND.  THEY DO A RANKING OF GLOBAL BRANDS.

1          AND IN THE LAST REPORT, ANNUAL RELEASE,

2     THIS ONE WAS 2011, WE WERE RANKED IN THE TOP 20 OF

3     GLOBAL BRANDS IN TERMS OF BRAND VALUE OR BRAND

4     EQUITY.

5     Q    AS PART OF YOUR JOB, IS IT -- CAN YOU TELL US

6     WHETHER OR NOT IT'S IMPORTANT FOR YOU TO UNDERSTAND

7     HOW CONSUMERS GO ABOUT MAKING DECISIONS TO BUY

8     PHONES AND OTHER DEVICES?

9     A    YES.

10    Q    AND HOW IS IT -- HOW CAN CONSUMERS PURCHASE

11    SAMSUNG DEVICES IN THE UNITED STATES?

12    A    SO SAMSUNG CONSUMERS CAN PURCHASE IN ANY

13    NUMBER OF PHYSICAL POINTS OF SALE.  SO CARRIER

14    STORES, FOR INSTANCE, OR NATIONAL --

15    Q    WHAT DO YOU MEAN BY "CARRIER STORES"?

16    A    SO CARRIER STORES ARE STORES THAT ARE, I

17    GUESS, OWNED AND OPERATED BY THE U.S. WIRELESS

18    CARRIERS.  SO AN EXAMPLE WOULD BE A STORE OWNED BY

19    AT&T, IT SAYS AT&T ON THE OUTSIDE.

20          ANOTHER EXAMPLE WOULD BE A NATIONAL

21    RETAILER.  THAT'S NOT AN EXAMPLE OF A CARRIER

22    STORE.  THAT'S AN EXAMPLE OF ANOTHER TYPE OF RETAIL

23    ENVIRONMENT.

24    Q    AND OTHER THAN CARRIER STORES, ARE THERE OTHER

25    STORES WHERE CONSUMERS CAN BUY SAMSUNG PRODUCTS?

1    A    THERE ARE.

2    Q    AND WHAT ARE THOSE?

3    A    THERE'S MULTIPLE DIFFERENT TYPES.  SOMETHING

4    THAT WE CALL DEALERS, SO THESE ARE TYPICALLY

5    EXCLUSIVE DEALERS, PEOPLE THAT OWN STORES THAT

6    LICENSE A CARRIER BRAND AND OFFER THOSE CARRIER

7    BRANDED SERVICES AND PRODUCTS IN THEIR STORES.  SO

8    THEY STILL MAY APPEAR LIKE A CARRIER OWNED STORE,

9    BUT THEY'RE NOT.  THEY'RE INDEPENDENTLY OWNED AND

10   OPERATED.

11           ANOTHER EXAMPLE WOULD BE A NATIONAL

12   RETAILER, SUCH AS BEST BUY OR WAL-MART OR RADIO

13   SHACK.  WE CALL THOSE NATIONAL RETAILERS.

14           ANOTHER EXAMPLE WOULD BE ON-LINE, SO

15   ON-LINE RETAILERS, LIKE AMAZON.COM, WHO WOULD SELL

16   THESE AS WELL.

17   Q    DO THESE STORES SOMETIMES SELL SAMSUNG PHONES

18   THAT THEY DID NOT OBTAIN FROM SAMSUNG IN THE

19   UNITED STATES?

20   A    IT'S POSSIBLE THAT THEY COULD SELL DEVICES

21   THAT THEY DID NOT OBTAIN FROM STA.

22   Q    AND HOW MIGHT THEY ACQUIRE THEM?

23   A    THEY CAN -- THEY CAN ACTUALLY BUY DEVICES FROM

24   INTERNATIONAL DISTRIBUTORS.

25   Q    BUT NOT FROM SAMSUNG?

```
1    A    THE DEVICES THAT THEY WOULD BUY FROM, FROM I

2    GUESS WHAT I'M CALLING INTERNATIONAL DISTRIBUTORS

3    WOULD NOT HAVE BEEN -- WOULD NOT HAVE BEEN PROVIDED

4    BY STA.

5    Q    AND BY THE WAY, DO YOU KNOW WHETHER -- WHERE

6    TITLE TO THE PRODUCTS, THE DEVICE -- WE HAD

7    TESTIMONY ABOUT HOW, YOU KNOW, STA, SAMSUNG AMERICA

8    INVOICES, YOU KNOW, BIG SAMSUNG BACK IN SEOUL.

9            DO YOU HAPPEN TO KNOW WHERE TITLE TO

10   THOSE DEVICES PASSES?

11   A    MY UNDERSTANDING IS TITLE -- STA TAKES TITLE

12   OR OWNERSHIP WHEN THE DEVICE ACTUALLY LEAVES THE

13   PORT HEADED TOWARDS THE UNITED STATES.

14   Q    SO OUTSIDE OF THE UNITED STATES?

15   A    CORRECT.

16   Q    NOW, ARE CONSUMERS -- IF WE COULD TAKE A LOOK,

17   WE HAVE A DEMONSTRATIVE EXHIBIT, SDX 3586.  SDX

18   3586.  AND WHEN --

19            MR. LEE:  BEFORE WE PUT IT UP --

20            THE COURT:  DO I HAVE THAT?  I ONLY HAVE

21   ALL THE OBJECTIONS.

22            (PAUSE IN PROCEEDINGS.)

23            THE COURT:  OKAY.  WHAT'S THE NUMBER,

24   PLEASE?

25            MR. QUINN:  IT'S 3586.
```

894

```
1              THE COURT:  OKAY.
2              MR. LEE:  AND, YOUR HONOR, WE OBJECT.  IF
3    YOU LOOK AT THE BOTTOM OF THE DOCUMENT, THIS IS AN
4    APPLE -- THIS IS AN EXCERPT FROM AN APPLE
5    PRESENTATION DOCUMENT.  HAVING HIM COMMENTING UPON
6    ON APPLE DOCUMENT, DEMONSTRATIVE --
7              MR. QUINN:  YOUR HONOR, I WOULD LAY A
8    FOUNDATION THAT HE'S FAMILIAR WITH THESE PHONES.
9              MR. LEE:  BUT THIS IS AN APPLE DOCUMENT
10   THAT I THINK HE'S NOT SEEN BEFORE.
11             MR. QUINN:  IT SAYS THAT THE IMAGES ARE
12   FROM AN APPLE DOCUMENT.
13             THE COURT:  YOU CAN LAY A FOUNDATION.
14             GO AHEAD, PLEASE.
15   BY MR. QUINN:
16   Q    DO YOU HAVE BEFORE YOU SOME IMAGES OF PHONES?
17   A    I DO.
18   Q    ALL RIGHT.  AND ARE YOU FAMILIAR WITH THOSE
19   PHONES THAT ARE DISPLAYED THERE?
20   A    LET ME LOOK AT THEM ONE-BY-ONE BRIEFLY.
21             (PAUSE IN PROCEEDINGS.)
22             THE WITNESS:  I'M FAMILIAR WITH THESE
23   PHONES.
24             MR. QUINN:  SO WE WOULD OFFER THIS, YOUR
25   HONOR, JUST AS A DEMONSTRATIVE.
```

895

```
1              THE COURT:  ANY OBJECTION, MR. LEE?
2              MR. LEE:  JUST THE SAME OBJECTION.  YOUR
3    HONOR, ACTUALLY, IF THEY WANT TO OFFER A SUBSTITUTE
4    WITHOUT THE LEGEND AT THE BOTTOM, THAT WOULD BE
5    FINE AND I THINK MORE APPROPRIATE.
6              MR. QUINN:  WE CAN REPLACE IT, YOUR
7    HONOR.
8              THE COURT:  THAT'S FINE.
9              GO AHEAD, PLEASE.
10             MR. QUINN:  ALL RIGHT.  IF WE CAN PUT
11   THAT UP ON THE SCREEN.
12   Q    WHEN CONSUMERS ARE -- CAN YOU TELL US WHETHER
13   OR NOT IT'S FAIR TO SAY THAT WHEN CONSUMERS ARE
14   DECIDING WHAT PHONE DEVICE TO BUY, THEY'VE GOT A
15   LOT OF DIFFERENT CHOICES?
16   A    YES, THAT'S RIGHT.
17   Q    AND WOULD IT BE FAIR TO SAY THAT A LOT OF THEM
18   LOOK KIND OF ALIKE?
19   A    I WOULD SAY THAT GENERALLY SPEAKING, YEAH,
20   THEY CAN LOOK ALIKE.
21   Q    AND WHEN THEY GO TO THE STORE -- THANKS VERY
22   MUCH -- WHEN THEY GO TO ONE OF THESE STORES WHERE
23   SAMSUNG PRODUCTS CAN BE FOUND -- YOU KNOW, BY THE
24   WAY, DO YOU VISIT STORES YOURSELF?
25   A    I DO.
```

1    Q    AS PART OF YOUR JOB?

2    A    ACTUALLY, WE'RE ALL EXPECTED TO GO VISIT

3    STORES SO WE CAN UNDERSTAND THE CONSUMER BUYING

4    ENVIRONMENT.

5    Q    AND HOW OFTEN DO YOU GO TO STORES TO TRY TO

6    UNDERSTAND, TRY TO UNDERSTAND THE CONSUMER BUYING

7    ENVIRONMENT?

8    A    I'LL GO IN SEVERAL TIMES A MONTH.

9    Q    SEVERAL TIMES A MONTH?

10   A    YES.

11   Q    AND CAN YOU TELL US WHETHER OR NOT IT'S

12   TYPICAL THAT -- I MEAN, DO YOU SEE APPLE PHONES

13   THAT ARE FOR SALE IN STORES WHEN YOU GO VISIT?

14   A    SURE.

15   Q    CAN YOU TELL US WHETHER OR NOT IT'S TYPICAL

16   THAT, YOU KNOW, APPLE PHONES AND DEVICES ARE MIXED

17   IN WITH OTHER COMPANIES' DEVICES OR WHETHER THEY'RE

18   SEGREGATED IN A SEPARATE AREA?

19   A    IN MY GENERAL EXPERIENCE, IT'S ALMOST ALWAYS

20   THIS CASE, APPLE DEVICES ARE BY THEMSELVES ON A

21   SEPARATE DISPLAY.

22   Q    ALL RIGHT.  IF WE COULD TAKE A LOOK AT EXHIBIT

23   60 IN EVIDENCE, PAGE 60.11.

24        AND UP ON THE RIGHT-HAND -- CAN YOU --

25   WE'VE GOT PICTURES ON THE LEFT-HAND SIDE.  DO YOU

1    KNOW WHAT THAT IS ON THE LEFT-HAND SIDE?

2    A    THAT IS AN APPLE RETAIL STORE.

3    Q    AND THEN IN THE MIDDLE, WHAT IS THAT PICTURE?

4    A    AS IT'S LABELED AND AS I'LL DESCRIBE, IT'S

5    WHAT WE CALL A STORE IN A STORE.  SO IT'S

6    ACTUALLY -- IT'S ACTUALLY A SMALL PIECE OF REAL

7    ESTATE, IF YOU WILL, INSIDE A STORE THAT IS

8    DISTINCTLY APPLE.

9    Q    OKAY.  AND WHEN YOU TOLD US EARLIER THAT APPLE

10   PRODUCTS ARE ALWAYS SEGREGATED IN STORES, IS THIS

11   AN EXAMPLE OF THAT?

12   A    THAT IS ONE EXAMPLE OF IT, YES.

13   Q    IF YOU GO TO A, AN AT&T STORE, IS A CONSUMER

14   LIKELY TO ENCOUNTER A GALAXY S 2 PHONE SIDE-BY-SIDE

15   WITH AN IPHONE?

16   A    YOU CERTAINLY WILL NOT ENCOUNTER ANY GALAXY

17   PHONES ON THE APPLE DISPLAY.

18   Q    IN TERMS OF -- ARE THERE SOME CARRIERS,

19   EACH -- FOR EXAMPLE, WOULD IT BE TRUE TO SAY AT A

20   T-MOBILE STORE, YOU'RE NOT GOING TO FIND ANY AT&T

21   PHONES?

22   A    THAT'S RIGHT.

23   Q    DOES T-MOBILE SELL THE IPHONE?

24   A    T-MOBILE DOES NOT SELL THE IPHONE.

25   Q    EVER?

1    A    THEY HAVE NOT EVER SOLD THE IPHONE.

2    Q    SO WOULD A CONSUMER EVER ENCOUNTER A SAMSUNG

3    PHONE FOR SALE IN THE SAME STORE AS AN IPHONE IN A

4    T-MOBILE STORE?

5    A    THEY WOULD NOT.

6    Q    DOES SPRINT CARRY THE IPHONE?

7    A    THEY DO.

8    Q    AND FOR HOW LONG HAS SPRINT CARRIED THE

9    IPHONE?

10   A    SINCE I THINK IT WAS OCTOBER OF LAST YEAR.

11   Q    AND HOW ABOUT VERIZON?

12   A    VERIZON HAS CARRIED IT SINCE, I BELIEVE,

13   FEBRUARY OF LAST YEAR.

14   Q    SO BEFORE THOSE DATES WHEN THOSE CARRIERS

15   STARTED CARRYING THE IPHONE, CONSUMERS WHO WANTED

16   TO USE THOSE CARRIERS, WOULD THEY HAVE BEEN ABLE TO

17   BUY AN IPHONE THERE?

18   A    YES.

19   Q    BEFORE THOSE DATES?

20   A    OH, NO, I'M SORRY.  NOT BEFORE THOSE DATES,

21   NO.

22   Q    I MEAN, DO YOU HAVE ANY INFORMATION ABOUT HOW,

23   YOU KNOW, WHAT CONSUMERS DO OR -- LET ME ASK IT

24   THIS WAY.

25              AS THE CHIEF STRATEGY OFFICER, IS IT

899

1    IMPORTANT FOR YOU TO UNDERSTAND HOW A CONSUMER GOES

2    ABOUT MAKING A DECISION TO BUY A SMARTPHONE?

3    A    SURE, YES.

4    Q    AND IS THAT SOMETHING THAT YOU'VE STUDIED AND

5    COLLECTED INFORMATION ON?

6    A    YES.

7    Q    IS THE DECISION -- BASED ON WHAT YOU'VE

8    LEARNED, IS THE DECISION TO MAKE AN INVESTMENT IN

9    BUYING A PHONE, IS THAT TYPICALLY SOMETHING THAT'S

10   DONE, YOU KNOW, ON THE SPUR OF THE MOMENT?  OR

11   WITHOUT A LOT OF STUDY AND ASSESSMENT?

12   A    NO.  IN FACT, WE FIND CONSUMERS DO A

13   CONSIDERABLE AMOUNT OF STUDYING.  THEY TAKE A

14   CONSIDERABLE AMOUNT OF TIME, ACTUALLY, TO MAKE

15   THEIR PHONE CHOICE.

16   Q    DO YOU HAVE ANY INFORMATION ABOUT HOW MUCH

17   TIME, IN AVERAGE, A CONSUMER SPENDS IN DECIDING

18   WHAT TYPE OF PHONE TO PURCHASE?

19   A    WE FIND THE AVERAGE CONSUMER TAKES

20   APPROXIMATELY SIX WEEKS, ABOUT ONE AND A HALF

21   MONTHS, TO MAKE THEIR PHONE PURCHASE DECISION.

22   Q    SO, I MEAN, BASED ON EVERYTHING THAT YOU KNOW

23   ABOUT HOW PHONES ARE SOLD, HOW IPHONES ARE SOLD,

24   THE DIFFERENT CHANNELS AND HOW CONSUMERS GO ABOUT

25   MAKING THESE DECISIONS, DO YOU HAVE ANY -- DO YOU

900

```
1    BELIEVE THAT ANY REASONABLE CONSUMER WOULD BUY A

2    SAMSUNG PHONE THINKING IT WAS AN IPHONE?

3            MR. LEE:  YOUR HONOR, THIS IS NOW OPINION

4    AND THIS IS THEIR EFFORT TO SUBSTITUTE HIM FOR

5    THEIR STRICKEN EXPERT.

6            THE COURT:  IT'S SUSTAINED.

7    BY MR. QUINN:

8    Q    WELL, I MEAN, HAVE YOU PERSONALLY HEARD OF

9    INSTANCES WHERE CONSUMERS BOUGHT A, A SAMSUNG PHONE

10   THINKING IT WAS AN IPHONE, AN APPLE PRODUCT?

11   A    I'M NOT AWARE OF ANY EXAMPLES OF THAT.

12   Q    YOU WERE ASKED SOME QUESTIONS ABOUT THE THREE

13   SAMSUNG ENTITIES, STA, SEA, AND SEC.

14           DO THOSE THREE COMPANIES EACH HAVE -- CAN

15   YOU TELL US WHETHER OR NOT THEY EACH HAVE DIFFERENT

16   MANAGEMENT?

17   A    THEY DO.

18   Q    DO THEY HAVE DIFFERENT EMPLOYEES?

19   A    YES, THEY DO.

20   Q    DO THEY HAVE DIFFERENT LOCATIONS?

21   A    YES, THEY DO.

22   Q    AND DOES STA, IN ITS BUSINESS HERE IN AMERICA,

23   MAKE ITS OWN BUSINESS DECISIONS?

24   A    WE DO.

25   Q    YOU WERE SHOWN EXHIBIT 62, AND IF WE COULD GO
```

1    TO PAGE 62.13.

2              MR. LEE SHOWED YOU THIS.  AND THE

3    RECOMMENDATION AT THE TOP, "RECOMMENDATION, SAMSUNG

4    4G PRODUCTS TO UNDERCUT IPHONE 5, GAP POTENTIALLY

5    REMAINS AT $49."

6              DO YOU SEE THAT?

7    A    I DO.

8    Q    AND I THOUGHT I HEARD YOU SAY, WHEN MR. LEE

9    WAS ASKING YOU ABOUT THIS, THAT THIS NEVER

10   HAPPENED.

11             IS THAT WHAT YOU SAID?  I WAS JUST GOING

12   TO GIVE YOU A CHANCE TO EXPLAIN WHAT YOU MEANT IF I

13   HEARD YOU RIGHT.

14   A    YEAH.  THERE ARE SEVERAL THINGS WRONG WITH

15   THIS, IF I MAY.

16             FIRST, THE ACTUAL DOCUMENT, IF I REMEMBER

17   CORRECTLY, WAS CREATED IN MARCH.

18             AND IT'S -- IT'S ATTEMPTING TO PROJECT

19   FORWARD THINGS THAT MAY OR MAY NOT HAPPEN.  SO, FOR

20   INSTANCE, THERE WAS NO IPHONE 5 THAT CAME OUT IN

21   2011.

22             IN TERMS OF THE PRICING, IT'S ACTUALLY --

23   IF YOU LOOK AT THIS CHART, IT'S -- WHAT IT'S TRYING

24   TO SAY IS THAT THERE'S ACTUALLY GOING TO BE A GAP

25   BETWEEN OUR FLAGSHIP SMARTPHONE, WHICH WAS SHOWN AS

1    CELOX, C-E-L-O-X, AT THE TOP, AND WHAT WE'RE

2    DEPICTING IS THE, I GUESS, FIGURATIVE IPHONE 5 AT

3    199.

4              OKAY.  SO AT THE 199 PRICE BAND, THAT'S

5    SHOWING THE IPHONE 5, AND THAT'S THE DEVICE THAT WE

6    THOUGHT CONSUMERS WOULD COMPARE OUR CELOX TO.

7              ACTUALLY WHAT WE'RE POINTING OUT IS THAT

8    WE'RE GOING TO BE PRICED, WE THOUGHT AT THE TIME AT

9    LEAST, $49 ABOVE THE IPHONE 5.

10             THE AUTHOR FURTHER GOES TO COMPARE TO

11   ANOTHER VERSION, A MORE EXPENSIVE VERSION OF THE

12   IPHONE 5 AT 32 GIGABYTES AT 299 RETAIL PRICE POINT

13   ABOVE, AND SO THAT'S AN ERRONEOUS COMPARISON.

14   Q    I MEAN, THESE PHONES, EXCEPT FOR THE REFERENCE

15   TO THE IPHONE 5 AND THE IPHONE 4 AND THE IPHONE

16   NANA AND THE SGS, THESE OTHER PHONES, CAN YOU TELL

17   US WHETHER OR NOT THOSE ARE ALL SAMSUNG PHONES?

18   A    THE ONES THAT ARE LABELED SAMSUNG ARE

19   DEFINITELY SAMSUNG.

20             I CAN'T ACTUALLY BE SURE WHETHER ALL OF

21   THEM ACTUALLY EVER CAME TO MARKET.  FOR INSTANCE,

22   HANOVERQ, I DON'T REMEMBER THAT IN PARTICULAR.

23   Q    WOULD THIS BE WHAT WAS REFERRED TO AS SAMSUNG

24   STRATEGY, DIFFERENT POINTS, DIFFERENT PRICE POINTS,

25   THE DEMOCRATIZATION OF THE CELL PHONE?

903

```
 1    A    YES, IT IS AN EXAMPLE OF A PORTFOLIO THAT

 2    SPANS WHAT WE HOPE IS MULTI-RETAIL PRICE POINTS AND

 3    YOU'RE SIMPLY SEEING A NORMAL, I GUESS, PRODUCT

 4    LIFECYCLE MANAGEMENT WHERE, WHEN YOU LAUNCH A NEW

 5    PHONE, LIKE THE CELOX, YOU HAVE TO DO OTHER THINGS

 6    TO OTHER DEVICES SO THAT THEY'RE NOT PRICED ON TOP

 7    OF EACH OTHER IN THE MARKET.

 8              MR. QUINN:  YOUR HONOR, I WAS GOING TO GO

 9    INTO A NEW AREA, BUT IT LOOKS LIKE WE'RE CLOSE TO

10    THE TIME --

11              THE COURT:  OH, I'M SORRY.  IT IS 4:32.

12    WHY DON'T WE END FOR THE DAY?

13              MR. DENISON WILL RESUME ON MONDAY.

14              SO I'M SORRY TO SOUND LIKE A BROKEN

15    RECORD, BUT LET ME JUST REITERATE, SINCE WE'RE

16    ABOUT TO HAVE A LONG WEEKEND, THAT BECAUSE YOU HAVE

17    TO BASE YOUR DECISION SOLELY ON THE EVIDENCE THAT'S

18    ADMITTED DURING THIS TRIAL AND APPLY THE LAW AS I

19    INSTRUCT YOU, YOU MUST NOT BE EXPOSED TO ANY OTHER

20    INFORMATION.

21              SO PLEASE, OVER THE WEEKEND, DON'T SPEAK

22    WITH ANYONE ABOUT THIS CASE, DON'T DO ANY OF YOUR

23    OWN RESEARCH, DON'T READ, WATCH, OR LISTEN TO ANY

24    NEWS OR MEDIA ACCOUNTS.

25              AND HAVE A GOOD EVENING.  ALL RIGHT.
```

1

2

3

4                    CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21                    /S/
                 _____
22               LEE-ANNE SHORTRIDGE, CSR, CRR
                 CERTIFICATE NUMBER 9595
23

24               DATED:  AUGUST 3, 2012

25