# Pierce Declaration

# EXHIBIT 10

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA     )  C-11-01846 LHK
6  CORPORATION,                 )
                                )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,        )
                                )  AUGUST 16, 2012
8         VS.                    )
                                )  VOLUME 10
9  SAMSUNG ELECTRONICS CO.,     )
   LTD., A KOREAN BUSINESS      )  PAGES 2966-3386
10 ENTITY; SAMSUNG              )
   ELECTRONICS AMERICA,         )
11 INC., A NEW YORK             )
   CORPORATION; SAMSUNG         )
12 TELECOMMUNICATIONS           )
   AMERICA, LLC, A DELAWARE     )
13 LIMITED LIABILITY            )
   COMPANY,                     )
14                              )
              DEFENDANTS.       )
15 _____

16            TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
17          UNITED STATES DISTRICT JUDGE

18

19

20           APPEARANCES ON NEXT PAGE

21

22

23 OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24                         IRENE RODRIGUEZ, CSR, CRR
                           CERTIFICATE NUMBER 8074
25

```
 1   A P P E A R A N C E S:

 2   FOR PLAINTIFF          MORRISON & FOERSTER
     APPLE:                     BY:  HAROLD J. MCELHINNY
 3                                   MICHAEL A. JACOBS
                                     RACHEL KREVANS
 4                             425 MARKET STREET
                              SAN FRANCISCO, CALIFORNIA  94105
 5

 6   FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
     APPLE:                     HALE AND DORR
 7                             BY:  WILLIAM F. LEE
                              60 STATE STREET
 8                             BOSTON, MASSACHUSETTS  02109

 9                             BY:  MARK D. SELWYN
                              950 PAGE MILL ROAD
10                             PALO ALTO, CALIFORNIA  94304

11   FOR THE DEFENDANT:    QUINN, EMANUEL, URQUHART,
                              OLIVER & HEDGES
12                             BY:  CHARLES K. VERHOEVEN
                              50 CALIFORNIA STREET, 22ND FLOOR
13                             SAN FRANCISCO, CALIFORNIA  94111

14                             BY:  VICTORIA F. MAROULIS
                                   KEVIN P.B. JOHNSON
15                             555 TWIN DOLPHIN DRIVE
                              SUITE 560
16                             REDWOOD SHORES, CALIFORNIA  94065

17                             BY:  MICHAEL T. ZELLER
                                   WILLIAM C. PRICE
18                             865 SOUTH FIGUEROA STREET
                              10TH FLOOR
19                             LOS ANGELES, CALIFORNIA  90017

20

21

22

23

24

25
```

```
 1                    INDEX OF WITNESSES

 2      DEFENDANT'S

 3      TIMOTHY SHEPPARD
             DIRECT EXAM BY MR. PRICE         P. 3001
 4           CROSS-EXAM BY MR. JACOBS         P. 3012

 5      MICHAEL WAGNER
             DIRECT EXAM BY MR. PRICE         P. 3018
 6           CROSS-EXAM BY MR. JACOBS         P. 3057
             REDIRECT EXAM BY MR. PRICE       P. 3073
 7
        RAMAMIRTHAM SUKUMAR
 8           DIRECT EXAM BY MS. MAROULIS      P. 3092
             CROSS-EXAM BY MR. SELWYN         P. 3095
 9
        VINCENT O'BRIEN
10           DIRECT EXAM BY MS. MAROULIS      P. 3101
             CROSS-EXAM BY MR. SELWYN         P. 3113
11
        DAVID TEECE
12           DIRECT EXAM BY MS. MAROULIS      P. 3123
             CROSS-EXAM BY MR. MUELLER        P. 3141
13

14      PLAINTIFF'S REBUTTAL:

15      TONY BLEVINS
             DIRECT EXAM BY MR. LEE           P. 3164
16
        EMILIE KIM
17           DIRECT EXAM BY MR. SELWYN        P. 3173
             CROSS-EXAM BY MR. JOHNSON        P. 3185
18
        PAUL DOURISH
19           DIRECT EXAM BY MR. SELWYN        P. 3188

20      TONY GIVARGIS
             DIRECT EXAM BY MR. SELWYN        P. 3220
21
        MANI SRIVASTAVA
22           DIRECT EXAM BY MR. SELWYN        P. 3287
             CROSS-EXAM BY MR. JOHNSON        P. 3317
23           REDIRECT EXAM BY MR. SELWYN      P. 3320

24      HYONG KIM
             DIRECT EXAM BY MR. LEE           P. 3322
25
```

1                          INDEX OF EXHIBITS

2                                    MARKED          ADMITTED

3        PLAINTIFF'S

4        180                                          3016
         186                                          3067
5        195                                          3070
         35                                           3071
6        80                                           3144
         121                                          3203
7        112                                          3206
         125                                          3234
8        117                                          3235
         116                                          3236
9        91                                           3246
         119                                          3307
10       118                                          3308
         120                                          3309
11

12

13       DEFENDANT'S

14

15       676                                          3004
         753                                          3008
         754.502, PAGE 2                              3026
16       781                                          3032
         1018                                         3037
17       69                                           3043
         78                                           3169
18       647                                          3185
         648                                          3186
19

20

21

22

23

24

25

```
 1    ADMINISTRATION FROM UCLA WHICH I RECEIVED IN 1971,

 2    AND A JURIS DOCTORATE DEGREE FROM LOYOLA UNIVERSITY

 3    SCHOOL OF LAW IN LOS ANGELES, WHICH I RECEIVED IN

 4    1975.

 5             THE LAST 36 YEARS I HAVE BEEN PRACTICING

 6    IN THIS AREA OF CALCULATING DAMAGES IN COMMERCIAL

 7    LITIGATION.

 8             I WAS A PARTNER AT PRICEWATERHOUSE.  I

 9    WAS PARTNERS IN OTHER MAJOR FIRMS THAT DO THIS TYPE

10    OF WORK, PUBLICLY TRADED MANAGEMENT CONSULTING

11    FIRMS LIKE CHARLES RIVERS ASSOCIATES, AND ALSO

12    LITINOMICS, INCORPORATED, WHICH WAS THE LARGEST

13    PRIVATELY HELD FINANCIAL CONSULTING FIRM.  IT

14    SPECIALIZES IN VALUING INTELLECTUAL PROPERTY.

15             I'M A CERTIFIED PUBLIC ACCOUNTANT IN THE

16    STATE OF CALIFORNIA, AND THOSE ARE MY BASIC

17    QUALIFICATIONS.

18    Q    ARE YOU A MEMBER OF ANY ASSOCIATIONS AND HAVE

19    ANY LEADERSHIP POSITIONS IN THOSE ASSOCIATIONS?

20    A    THE ONES THAT ARE RELEVANT HERE ARE

21    PRINCIPALLY THE AMERICAN INSTITUTE OF CERTIFIED

22    PUBLIC ACCOUNTS, WHICH BASICALLY GOVERNS THE

23    ACTIVITIES OF C.P.A.'S IN OUR COUNTRY, AND I'VE

24    SERVED A NUMBER OF LEADERSHIP ROLES IN THAT

25    ORGANIZATION.
```

```
1              PROBABLY THE MOST IMPORTANT IS THE
2     PRACTICE STANDARDS COMMITTEE FOR THE MANAGEMENT
3     CONSULTING DIVISION, AND I WAS ON THE COMMITTEE
4     WHEN WE SET THE STANDARDS FOR C.P.A.'S THAT DO THE
5     WORK THAT I'M DOING HERE AND LIKE MR. MUSIKA DID
6     WHEN HE TESTIFIED.
7              I ALSO SERVED ON THE INAUGURAL COMMITTEE
8     THAT SET THE STANDARDS TO HAVE A CERTIFICATE IN
9     FINANCIAL FORENSICS.  IT'S CALLED ACFF.  I WAS
10    NUMBER 23 IN THE COUNTRY TO GET THAT DESIGNATION.
11    THERE'S NOW OVER 5,000 C.P.A.'S WHO DO WORK IN THE
12    FORENSICS AREA IN LITIGATION.
13             AND I WAS THE PERSON WHO WAS ON THAT
14    COMMITTEE TO HELP SET THE STANDARD AND THE
15    QUALIFICATIONS YOU NEEDED TO GET THAT CREDENTIAL.
16             I WAS THE CO-EDITOR OF THE C.P.A. EXPERT
17    FOR A NUMBER OF YEARS, WHICH IS THE QUARTERLY
18    PUBLICATION FOR C.P.A.'S WHO EITHER DO BUSINESS
19    VALUATION OR LITIGATION SERVICES.
20             I SERVED ON THE LITIGATION SERVICES FOR
21    THE COMMITTEE FOR THE C.P.A., AND I WAS ALSO ON THE
22    AGENDA FOR THE NATIONAL COMMITTEE CONFERENCE FOR
23    FIVE YEARS.
24    Q    AND DO YOU HAVE ANY PUBLICATIONS IN THE AREA?
25    A    I HAVE 25 PROFESSIONAL PUBLICATIONS, 8 OF THEM
```

1    DEAL DIRECTLY WITH THE CALCULATION OF PATENT

2    DAMAGES.

3    Q    NOW, I'D LIKE FIRST TO TURN TO YOUR OPINION --

4         OH, I'M SORRY, YOUR HONOR.  FIRST WE'D

5    OFFER MR. WAGNER AS AN EXPERT.

6         MR. JACOBS:  NO OBJECTION, YOUR HONOR.

7         THE COURT:  SO CERTIFIED.

8    BY MR. PRICE:

9    Q    FIRST I'D LIKE TO LOOK AT YOUR OPINION AS TO

10   MR. MUSIKA'S OPINION AND YOUR COMMENTS.  AND

11   MR. MUSIKA GAVE AN OPINION AS TO WHAT HE SAID

12   SAMSUNG'S TOTAL PROFITS WERE IN THE EVENT THAT THE

13   JURY FINDS THAT ALL THE DESIGN AND TRADE DRESS

14   ALLEGATIONS GO APPLE'S WAY.

15        WHAT'S YOUR VIEW AS TO HIS OPINION OF

16   SAMSUNG'S TOTAL PROFIT?

17   A    THAT HIS CALCULATION OF THE TOTAL PROFITS DID

18   NOT INCLUDE ALL OF THE COSTS IN ORDER TO DETERMINE

19   TOTAL PROFITS.

20   Q    SO LET'S GO INTO THAT.  IF YOU COULD EXPLAIN

21   THAT.  AND IF YOU CAN PUT UP SLIDE 3965.004, AND

22   MAYBE YOU CAN EXPLAIN TO THE JURY WHAT YOUR VIEW OF

23   TOTAL PROFITS IS?

24   A    TOTAL PROFITS IS THE DIFFERENCE, IT'S THE

25   DIFFERENCE BETWEEN ALL THE REVENUES THAT ARE

3022

```
 1    BROUGHT INTO THE COMPANY AS A RESULT OF THE
 2    ALLEGEDLY INFRINGING PRODUCTS, LESS ALL OF THE
 3    COSTS IN ORDER TO MAKE THOSE PRODUCTS AND SELL
 4    THOSE PRODUCTS.
 5              AND YOU SUBTRACT THE COST OF REVENUES AND
 6    YOU GET TOTAL PROFITS.
 7    Q    NOW, LET'S TALK AND FOCUS ON THEIR TOTAL COST
 8    AREA, AND IF WE COULD PUT UP 3965.005.
 9              AND PERHAPS YOU CAN EXPLAIN TO US WHAT
10    YOU INCLUDE IN TOTAL COSTS?
11    A    THE COSTS THAT I BELIEVE ARE APPROPRIATE ARE
12    THE COST OF GOODS SOLD, WHICH ARE THE COSTS TO
13    ACTUALLY MANUFACTURE THE INFRINGING OR ALLEGEDLY
14    INFRINGING SMARTPHONES AND TABLETS BUT ALSO THE
15    OPERATING EXPENSES THAT ARE NECESSARY TO SELL THOSE
16    PHONES.
17              YOU CAN'T SELL A PHONE JUST BECAUSE
18    YOU'VE MADE IT.  YOU HAVE TO MARKET IT, YOU'VE GOT
19    TO SELL IT, YOU HAVE TO HAVE DEVELOPED IT
20    ORIGINALLY TO ACTUALLY MAKE IT INTO A PRODUCT, AND
21    THEN YOU HAVE TO HAVE AN UMBRELLA ORGANIZATION THAT
22    ORGANIZES ALL OF THOSE ACTIVITIES.
23    Q    SO PERHAPS YOU CAN EXPLAIN THEN THE OPERATING
24    EXPENSES THAT YOU HAVE HERE, SALES EXPENSES,
25    MARKING, ET CETERA, SO THE JURY CAN HAVE AN
```

1    UNDERSTANDING AS TO WHAT THE NATURE IS OF THOSE

2    EXPENSES?

3    A    STARTING WITH THE FIRST ONE, SALES EXPENSE, AS

4    YOU JUST HEARD, THERE ARE 40 CARRIERS WHO ARE

5    CUSTOMERS FOR THOSE PRODUCTS IN THE UNITED STATES.

6             SAMSUNG HAS TO SEND PEOPLE OUT TO THOSE

7    CARRIERS.  THERE ARE ALL KINDS OF COMPETITORS FOR

8    THE LIMITED SALE SPACE IN THE CARRIER STORES.

9             SO SAMSUNG HAS TO ACTIVELY GET IN THERE

10   AND TELL THESE CARRIERS WHY THEY SHOULD BE CARRYING

11   THEIR PHONES VERSUS APPLE PHONE OR HTC PHONE OR LG

12   PHONE.  SO THOSE ARE SELLING EXPENSES.

13   Q    IS IT YOUR UNDERSTANDING THAT IT IS CUSTOMARY

14   THAT SAMSUNG WOULD HAVE AN EMPLOYEE THAT'S DEVOTED

15   TO ONE PHONE, LIKE THE DROID CHARGE?

16   A    NO.  NORMALLY THEY'RE SELLING A WHOLE PRODUCT

17   LINE FOR THE COMPANY.

18   Q    AND SO HOW ARE EXPENSES THEN ALLOCATED FOR A

19   SALESMAN LIKE THAT?

20   A    WELL, IF YOU WANT TO ALLOCATE TO A PARTICULAR

21   PRODUCT, YOU'D HAVE TO ALLOCATE THAT TIME BECAUSE

22   THAT SALESPERSON DOESN'T ONLY JUST SELL, SAY, AN

23   EPIC 4G.  THEY MAY BE SELLING MANY OF THE OTHER

24   MODELS THAT ARE NOT ACCUSED IN THIS CASE AND YOU

25   HAVE TO ALLOCATE IT BASED ON EITHER TIME OR SOME

1    REASONABLE BASIS LIKE REVENUES.

2    Q    AND IF YOU COULD EXPLAIN THE MARKETING AND THE

3    R&D EXPENSES IN GENERAL, AND ADMINISTRATIVE?

4    A    MARKETING AND GENERAL, YOU AGAIN HAVE TO GET

5    CUSTOMERS AWARE THAT YOU HAVE A PRODUCT.  IT'S

6    MAINLY TV ADVERTISING, BILLBOARDS, MAGAZINE ADS,

7    THAT TYPE OF INFORMATION.

8         AND I'VE BEEN WATCHING THE OLYMPICS, OR I

9    DID, AND EVERY CITE I WOULD SEE THREE DIFFERENT

10   SAMSUNG ADS BEING RUN PROMOTING THEIR GALAXY

11   PHONES.  THAT COST MONEY, A LOT OF MONEY.  THAT

12   COST IS NECESSARY TO BE SUCCESSFUL IN THE

13   MARKETPLACE.

14        AND R&D, YOU HAVE TO DEVELOP THIS VERY

15   COMPLICATED TECHNOLOGY PRODUCT.  THESE ARE THE MOST

16   COMPLICATED CONSUMER PRODUCTS IN THE MARKETPLACE.

17   THERE'S ALL KINDS OF EFFORTS TO DEVELOP THE RIGHT

18   CHIPS, THE RIGHT INTEGRATED CIRCUITS, DETERMINE

19   WHAT FEATURES GO INTO IT, ALL OF THOSE THINGS TAKE

20   A LOT OF TIME AND EXPENSE TO DO AND THOSE COSTS ARE

21   NECESSARY OR YOU'D NEVER SELL A PHONE.

22        AND, FINALLY, GENERAL ADMINISTRATIVE IS

23   YOU, AGAIN, YOU NEED AN ORGANIZATION THAT CAN

24   MANAGE ALL OF THESE ACTIVITIES IN ORDER TO SELL A

25   PHONE.

76025

```
 1    Q    LET ME ASK YOU, DID MR. MUSIKA, IN HIS

 2    CALCULATIONS, DEDUCT THESE EXPENSES, SALES,

 3    MARKETING, R&D?

 4    A    NOT ONE PENNY.

 5    Q    SO NOT A PENNY OF ADVERTISING?

 6    A    NO.

 7    Q    NOT A PENNY OF RESEARCH AND DEVELOPMENT?

 8    A    NO.

 9    Q    LET ME ASK YOU, YOU'VE SEEN APPLE'S 10-K'S,

10    THEIR FINANCIALS?

11    A    I HAVE.

12    Q    AND DO THEY DEDUCT THESE EXPENSES ON THEIR

13    FINANCIALS?

14    A    THEY CERTAINLY DO.

15    Q    IF WE COULD LOOK AT EXHIBIT 754.502.  754 IS A

16    NUMBER OF, A NUMBER OF FORM 10-K'S, AND I'M GOING

17    TO CALL YOUR ATTENTION TO ACTUALLY 754.501, OR 502.

18    A    THERE'S A REASON I COULDN'T FIND IT.  IT WAS

19    ON THE FLOOR.

20            I'VE GOT IT.

21    Q    DO YOU SEE THIS IS APPLE'S 10-K FOR THE PERIOD

22    ENDING SEPTEMBER 24, 2011?

23    A    CORRECT.

24            MR. PRICE:  AND, YOUR HONOR, I'LL MOVE

25    PAGE 2 INTO EVIDENCE.
```

```
 1              THE COURT:  OKAY.  NO OBJECTION; RIGHT?

 2     IT'S ADMITTED.

 3                   (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

 4                   754.502, PAGE 2, HAVING BEEN PREVIOUSLY

 5                   MARKED FOR IDENTIFICATION, WAS ADMITTED

 6                   INTO EVIDENCE.)

 7     BY MR. PRICE:

 8     Q    IF WE CAN LOOK AT 754.545, IS THIS APPLE'S

 9     CONSOLIDATED STATEMENTS OF OPERATIONS?

10     A    IT IS.

11     Q    AND IF WE CAN BLOW THAT UP.

12              COULD YOU EXPLAIN TO THE JURY WHAT YOU'RE

13     TALKING ABOUT IN DEDUCTING THE OPERATING EXPENSES

14     FROM INCOME TO GET TOTAL PROFIT?

15     A    WELL, IT STARTS AT NET SALES, WHICH ARE THE

16     REVENUES, AND THEN IT SUBTRACTS COST OF GOODS SOLD

17     TO GET GROSS MARGIN, AND THAT IS WHAT IS GROSS

18     MARGIN, WHICH MR. MUSIKA CALLED TOTAL PROFIT, WHICH

19     IS NOT TOTAL PROFIT.

20              THEN YOU HAVE THE LINES THE OPERATING

21     EXPENSES WHICH THEY HAVE COLLAPSED INTO TWO GENERAL

22     CATEGORIES, RESEARCH AND DEVELOPMENT, AND THEN

23     SELLING, GENERAL AND ADMINISTRATIVE, AND YOU

24     SUBTRACT THOSE COSTS AND YOU GET TOTAL OPERATING

25     EXPENSES AND TOTAL OPERATING INCOME.
```

```
1            AND THAT IS WHERE YOU GET THE TOTAL

2     PROFITS FROM THEIR OPERATIONS.

3     Q    AND IF YOU GO BELOW THAT, IT HAS COME FROM

4     PROVISIONS OR INCOME TAXES.  IS APPLE TAXED ON THE,

5     THE GROSS MARGIN?

6     A    NO.  THEY'RE TAXED ON THEIR PROFIT BEFORE

7     TAXES WHICH SUBTRACTS ALL APPROPRIATE EXPENSES.

8     Q    AND THIS HAS ADDITIONAL SUBTRACTION, OTHER

9     INCOME AND EXPENSE, WHAT IS THAT RELATED TO?

10    A    THAT NORMALLY IS INTEREST INCOME OR INTEREST

11    EXPENSE IF THEY BORROWED MONEY IN ORDER TO DO THEIR

12    BUSINESS.

13    Q    AND YOU ALSO LOOKED AT SAMSUNG'S AUDITED

14    CONSOLIDATED FINANCIALS?

15    A    I HAVE.  THEY DO EXACTLY THE SAME THING.

16            THE COURT:  CAN I AND HAVE A QUICK

17    CLARIFICATION.  YOU MOVED PAGE 2 INTO EVIDENCE.  DO

18    YOU WANT THIS PAGE?

19            MR. PRICE:  YES, YOUR HONOR.

20            THE COURT:  PAGE 2 IS A SUMMARY.

21            MR. JACOBS:  YOUR HONOR, WE SHOULD HAVE

22    THE WHOLE THING IN.

23            THE COURT:  YOU'LL HAVE TO MOVE IT IN

24    YOUR CASE.  LET ME HEAR WHAT MR. PRICE WANTS.

25            MR. PRICE:  YES, PAGE 545.
```

```
 1                THE COURT:  OKAY.  THAT'S THE ONLY PAGE,

 2      RIGHT.

 3                MR. PRICE:  AND IF WE CAN FIGURE OUT THE

 4      BATES RANGE OF THE WHOLE DOCUMENT, I HAVE NO

 5      OBJECTION.

 6      BY MR. PRICE:

 7      Q    NOW, IF YOU'D LOOK AT EXHIBIT 676, WHICH WAS

 8      JUST ADMITTED INTO EVIDENCE, THAT'S THAT

 9      SPREADSHEET, DID YOU LOOK AT -- DID YOU LOOK AT A

10      SPREADSHEET -- THAT WAS JUST TESTIMONY ABOUT

11      SAMSUNG SPREADSHEET THAT HAD THE, THE INCOME,

12      COSTS, ET CETERA, OF THE PRODUCTS THAT ARE AT ISSUE

13      HERE.

14      A    I DID.

15      Q    AND DID YOU -- FIRST OF ALL, LET ME ASK YOU,

16      IS -- YOU'VE READ MR. MUSIKA'S REPORT?

17      A    I HAVE.

18      Q    WAS THIS THE SAME SPREADSHEET THAT HE WAS

19      USING?

20      A    HE USED A SIMILAR ONE, BUT THE NUMBERS THAT HE

21      SELECTED HAVE THE SAME NUMBERS THAT THIS ONE HAS.

22      Q    YOU SAID THEY HAVE THE SAME NUMBERS.  IS IT

23      THE SPREADSHEET THAT YOU GET THE NUMBER FOR INCOME

24      ON THESE PRODUCTS?

25      A    FOR REVENUE AND COSTS OF GOODS SOLD.
```

```
1    Q    I'M SORRY.  SO FOR REVENUE, THAT CAME FROM
2    THIS; CORRECT?
3    A    YES.
4    Q    AND YOU -- YOU SAID MR. MUSIKA DEDUCTED COSTS
5    OF GOODS SOLD.  WAS THAT OBTAINED FROM THIS SAME
6    DOCUMENT?
7    A    IT WOULD BE THE SAME NUMBERS, YES.
8    Q    AND DO YOU ALSO GET OPERATING EXPENSES FROM
9    THIS DOCUMENT?
10   A    YOU DO.
11   Q    AND DID MR. MUSIKA USE ANY OF THOSE OPERATING
12   EXPENSES FROM THIS DOCUMENT?
13   A    HE DID NOT.
14   Q    NOW, DID YOU, IN YOUR PROFESSIONAL OPINION,
15   FIND THE INFORMATION IN THIS TO BE RELIABLE?
16   A    I DID.
17   Q    AND IF WE CAN PUT UP EXHIBIT 3965.008, PERHAPS
18   YOU CAN EXPLAIN WHY USING THIS?
19   A    WELL, THE FIRST THING I FOUND IS THIS IS VERY
20   DETAILED FINANCIAL INFORMATION.  COMPANIES DON'T
21   PROVIDE THIS TYPE OF INFORMATION IN THEIR AUDITED
22   FINANCIAL STATEMENTS.  THEY DON'T GIVE YOU
23   MONTH-BY-MONTH COST INFORMATION FOR INDIVIDUAL
24   PRODUCTS THEY SELL.  SO YOU CAN'T TIE THIS TO AN
25   AUDITED FINANCIAL STATEMENT.
```

1              BUT IT COMES FROM A RELIABLE ACTING

2    SYSTEM, AND THAT IS THIS S.A.P. SYSTEM.  S.A.P. IS

3    THE LARGEST PROVIDER OF SOFTWARE IN THE WORLD TO

4    BUSINESSES.  THEY HAVE MORE ACCOUNTING SOFTWARE IN

5    THE MAJOR COMPANIES IN THE WORLD.  IT HAS

6    INTEGRITY.

7              PRICEWATERHOUSECOOPERS, A FIRM I USED TO

8    BE A PARTNER IN, AND SO DOES MR. MUSIKA, RELIED ON

9    THAT DATA TO PROVIDE THE FINANCIAL STATEMENTS.  SO

10   IT COMES FROM A RELIABLE SOURCE.

11             AND AS FAR AS THE METHODS OF ALLOCATION,

12   THEY ARE TYPICAL THAT I SEE AT COMPANIES OVER MY

13   CAREER.  THEY USE THE SAME GENERAL METHODOLOGY THAT

14   APPLE USES TO ALLOCATE COMMON COSTS.  SO I HAVE NO

15   PROBLEM WITH THE WAY THEY ALLOCATED COSTS.

16             AND THEN, FINALLY, THE RESULTS OF THIS

17   ANALYSIS ARE CONSISTENT WITH SAMSUNG'S FINANCIAL

18   STATEMENTS IN GENERAL.

19   Q    NOW, THIS SPREADSHEET GOES OVER 115 PAGES?

20   A    IT'S 115 PAGES THAT YOU CAN'T EVEN READ

21   BECAUSE IT'S SO COMPRESSED.  IF YOU REALLY WANTED

22   TO MAKE IT READABLE, IT WOULD PROBABLY BE A COUPLE

23   HUNDRED PAGES OR MORE THAN THAT.

24   Q    AND WHICH YOU SAID THAT THE METHOD OF

25   ALLOCATION IS SIMILAR TO WHAT APPLE DOES, HOW DOES

1    APPLE ALLOCATE ITS OPERATING COSTS?

2    A    WHEN THEY CAN DIRECTLY ATTRIBUTE IT TO A

3    PRODUCT LINE, THEY DON'T EVER ALLOCATE TO A

4    PRODUCT, LIKE ONE OF THEIR MODELS BUT THEY DO HAVE

5    PRODUCT LINE FINANCIALS FOR THE IPHONE AND FOR THE

6    IPAD.

7          BUT WHEN THEY ALLOCATE TO THOSE PRODUCT

8    LINE FINANCIALS, IF THEY CAN DIRECTLY ATTRIBUTE,

9    SAY, R&D ENGINEER ONLY WORKED ON THE IPAD, THEY

10   DIRECTLY ATTRIBUTE IT TO IT.

11         IF IT'S AN ENGINEER THAT HAS COMMON

12   TASKS, THEY WOULD HAVE SOME TYPE OF ALLOCATION

13   BASED ON EITHER TIME OR SPACE OR SOME OTHER DRIVER

14   OF, MEASURE OF THAT ACTIVITY.  AND IF THEY CAN'T DO

15   ANY OF THOSE THINGS, THEY USE REVENUE, AND THAT'S

16   EXACTLY WHAT SAMSUNG DOES AS WELL.

17   Q    SO NOW USING THE OPERATING COSTS AND

18   SUBTRACTING THEM FROM THE REVENUE TO GET THE

19   OPERATING INCOME, DID YOU MAKE A CALCULATION AS TO

20   WHAT SAMSUNG'S TOTAL PROFITS WERE ON THE PHONES

21   THAT ARE AT ISSUE HERE?

22   A    I DID FOR A NUMBER OF DIFFERENT PERIODS OF

23   TIME.

24   Q    AND IF YOU LOOK AT EXHIBIT 781, IS THAT A

25   SUMMARY OF YOUR CALCULATIONS WHICH, DEPENDING UPON

```
 1    THE DATE OF NOTICE --

 2    A    YES.

 3              MR. PRICE:  YOUR HONOR, I MOVE EXHIBIT

 4    781 INTO EVIDENCE.

 5              THE COURT:  ANY OBJECTION?

 6              MR. JACOBS:  NO OBJECTION, YOUR HONOR.

 7              THE COURT:  IT'S ADMITTED.

 8              (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

 9              781, HAVING BEEN PREVIOUSLY MARKED FOR

10              IDENTIFICATION, WAS ADMITTED INTO

11              EVIDENCE.)

12    BY MR. PRICE:

13    Q    AND IF WE LOOK AT THE FIRST PAGE, AND WE DO

14    HAVE A -- IF YOU ADD UP ALL THIS, WE COME TO ABOUT

15    518 MILLION.  DO YOU SEE THAT?

16    A    I ROUNDED 519, BUT YES.

17    Q    OKAY, 519.  AND THERE ARE THE EARLIEST DATES

18    OF NOTICE HERE, AND I JUST WANT TO SEE WHAT WE'RE

19    TALKING ABOUT.  YOU WERE ASKED TO ASSUME CERTAIN

20    THINGS ABOUT DATES OF NOTICE; CORRECT?

21    A    YES.  I HAVE NO INFORMATION AS TO WHEN ACTUAL

22    NOTICE OCCURRED.  I WAS TOLD TO USE THESE DATES.

23    APRIL 15TH, 2011 IS THE DATE OF THE FILING OF THE

24    COMPLAINT.  AND THERE ARE A COUPLE PRODUCTS THAT

25    ARE JUNE 16TH, 2011, AND THAT'S BASED ON FILING OF
```

1    THE AMENDED COMPLAINT.

2    Q    SO IF WE CAN PUT UP, AND MAKE THIS A LITTLE

3    CLEARER, SDX 3965.009.

4         SO THIS TAKES THAT SAME THING AND PUTS

5    COMPLAINT OR AMENDED COMPLAINT?

6    A    IT DOES.

7    Q    THERE ARE A FEW THAT SAY NOT ACCUSED.  WHAT'S

8    THAT RELATE TO?

9    A    THAT THESE PARTICULAR PRODUCTS ARE ACCUSED OF

10   OTHER PATENT INFRINGEMENT IN THIS CASE, THE UTILITY

11   PATENTS, BUT THEY'RE NOT ACCUSED OF DESIGN PATENTS

12   OR TRADE DRESS INFRINGEMENT.

13        AND IT'S ONLY PATENTS THAT ARE ACCUSED OF

14   EITHER THE TRADE DRESS INFRINGEMENT OR DESIGN

15   PATENT INFRINGEMENT WHERE YOU CAN ASK FOR SAMSUNG'S

16   PROFITS.

17   Q    OKAY.  AND SO WHEN YOU DO ALL YOUR ADDITION

18   HERE, GIVEN THESE DATES OF NOTICE, IF YOU CAN BLOW

19   THAT UP, YOU COME UP TO 518,706,851; CORRECT?

20   A    I DO.  THAT'S THROUGH JUNE 30TH, 2012.

21   Q    UNLIKE ME, DID YOU CHECK THE MATH?

22   A    I DID CHECK THIS MATH.

23   Q    NOW, YOU ALSO GIVE OTHER NUMBERS DEPENDING

24   UPON OTHER DATES OF NOTICE IN CASE THE JURY WANTS

25   TO LOOK AT THAT, RIGHT, IN EXHIBIT 781?

```
 1    A    I DID.

 2    Q    SO IF THERE'S A CONCLUSION THAT THERE WAS

 3    NOTICE ON AN EARLIER DATE, THEY COULD USE THOSE

 4    OTHER CHARTS?

 5    A    THEY COULD, OR THEY COULD COMBINE THEM IF THEY

 6    FIND SOMETHING DIFFERENT THAN THE THREE SCENARIOS

 7    THAT I HAVE DERIVED IN THE SCHEDULE.

 8    Q    NOW, LET'S SWITCH FROM SAMSUNG'S TOTAL PROFIT

 9    TO THE ISSUE OF LOST PROFITS.

10         AND MR. MUSIKA GAVE AN OPINION ON WHAT

11    LOST PROFITS WOULD BE IN THIS CASE.

12         DO YOU HAVE CRITICISMS OF HIS ANALYSIS OF

13    LOST PROFITS, THAT IS, THE PROFITS APPLE LOST?

14    A    I DO.

15    Q    AND IF WE CAN PUT UP SDX 3965.010.  AND WE

16    HAVE HERE THE ACCUSED FEATURES WERE REMOVED FROM

17    SAMSUNG'S PRODUCTS, AND WE HAVE APPLE WOULD NOT

18    HAVE MADE ADDITIONAL SALES.

19         SO LET ME ASK YOU, MR. MUSIKA WAS TALKING

20    ABOUT A BUT-FOR WORLD WHERE, WHERE SAMSUNG PRODUCTS

21    DID NOT HAVE THE ACCUSED FEATURES.

22         OKAY.  DO YOU HAVE ANY CRITICISMS OF HIS

23    ANALYSIS OF THAT BUT-FOR WORLD?

24    A    I DO, AND I DON'T BELIEVE THAT HE REALLY DID

25    ANALYZE A PROBLEM BUT-FOR WORLD.  THE WORLD THAT WE
```

```
 1              AND SO THAT'S WHAT YOU'RE LOOKING AT.

 2     AND PEOPLE BUY PHONES BECAUSE OF THE INTERNET

 3     CAPABILITY, THEY CAN DO THEIR WEB BROWSING, THEY

 4     WANT IT FAST.  SAMSUNG HAS GREAT PROCESSORS TO DO

 5     THAT.

 6              THEY WANT TO DO E-MAIL, THEY WANT TO TAKE

 7     PICTURES WITH A CAMERA, THEY WANT TO DOWNLOAD GAMES

 8     IF THEY REALLY WANT TO MAKE THE DEVICE FUN FOR

 9     THEM.  IT'S A MULTIFUNCTIONAL DEVICE.  THAT'S WHAT

10     THEY'RE BUYING, NOT JUST DESIGN.

11     Q    AND YOU HAVE APPLE LACKED CAPACITY.  WHAT'S

12     THAT REFERRING TO?

13     A    WELL, DURING CONCERN PERIODS OF MR. MUSIKA

14     LOST DAMAGES STUDY, APPLE COULDN'T SELL ONE MORE OF

15     THEIR PRODUCT THAN THEY ACTUALLY SOLD BECAUSE THEIR

16     CAPACITY WAS STRAINED.

17              WHEN THE IPHONE 4 CAME OUT, YOU SAW THAT

18     SPIKE, WHAT WAS HAPPENING WAS THEY COULDN'T MEET

19     THE DEMAND THEY HAD IN THE REAL WORLD.  THEY

20     COULDN'T HAVE SOLD ANOTHER 2 MILLION UNITS IN THIS

21     PERIOD.  THEY COULD NOT HAVE DONE IT.  AND THERE'S

22     PLENTY OF DOCUMENTATION BOTH FROM APPLE AND THE

23     PRESS THAT INDICATED THAT.  AND THAT WAS BETWEEN

24     JUNE OF 2010 AND SEPTEMBER OF 2010.

25              AND AS FAR AS THE TABLETS, AGAIN, WHEN
```

```
 1     THEY INTRODUCED THE IPAD 2, THEY COULD NOT SELL

 2     ENOUGH PRODUCT.  TIM COOK, THEIR CEO, TO PUBLIC

 3     INVESTORS STATED WE HAVE THE MOTHER OF ALL

 4     BACKLOGS.  HOW COULD THEY HAVE SOLD ANOTHER IPAD 2

 5     DURING THIS DAMAGES PERIOD?  THEY COULDN'T EVEN

 6     MEET THE DEMAND WITH THE COMPETITION WITH SAMSUNG.

 7     SO THERE SHOULD BE NO LOST PROFITS DURING THAT

 8     PERIOD OF TIME.

 9     Q    NOW, LET ME ASK YOU TO ASSUME THAT THERE WOULD

10     BE CUSTOMERS THAT WOULD SAY, I DON'T HAVE

11     BOUNCEBACK, I'M GOING TO SWITCH TO AN APPLE.

12          DO YOU HAVE ANY DISAGREEMENTS WITH

13     MR. MUSIKA'S CALCULATIONS OF THE WAY HE DID PROFITS

14     FOR APPLE, ASSUMING THERE WAS A SWITCH?

15     A    I DO.  I THINK HE'S OVERSTATED THE ACTUAL

16     PROFITS THAT WOULD HAVE BEEN EARNED.

17     Q    AND IF WE CAN LOOK AT 3965.011.  AND THE FIRST

18     POINT HERE, IT SAYS, USES WORLDWIDE PRICES INSTEAD

19     OF U.S. PRICES?

20     A    WHAT I'M TALKING ABOUT IS APPLE DOESN'T

21     PRODUCE THE INFORMATION ON A PERIODIC BASIS THAT

22     YOU WOULD NEED TO DO THE CALCULATIONS IN THIS CASE.

23     THIS CASE IS ABOUT THE U.S. MARKET.  APPLE ONLY

24     PRODUCES INFORMATION ON A PRODUCT LINE BASIS ON

25     WORLDWIDE SALES, BUT IT DOES PRODUCE INFORMATION TO
```

1  THEIR MANAGEMENT AS TO U.S. PRICES, U.S. UNITS,

2  WORLDWIDE PRICES AND WORLDWIDE UNITS.

3          AND MR. MUSIKA USED THE WORLDWIDE PRICES

4  INSTEAD OF U.S. PRICES, AND THEY ARE HIGHER THAN

5  U.S. PRICES.  THAT OVERSTATES HIS DAMAGE CLAIM IN

6  THE U.S.

7  Q    SO IF WE CAN LOOK AT 3965.013, AND COULD YOU

8  TELL US WHAT WE'RE LOOKING AT HERE?

9  A    WELL, THE TOP PART OF IT IS INFORMATION

10 STRAIGHT OUT OF THE WORK PAPERS THAT SUPPORT

11 MR. MUSIKA'S CALCULATIONS, AND THE BOTTOM PART I'VE

12 GIVEN YOU THE INFORMATION THAT'S THE AVERAGE PRICES

13 IN THE U.S. VERSUS WORLDWIDE FOR THE IPHONE DURING

14 2010 AND 2011.

15         AND YOU CAN SEE IN 2010, THE WORLDWIDE

16 AVERAGE PRICE IS $630.82.  FOR THE U.S. IN THIS

17 PERIOD, IT'S ONLY $567.78.

18         AND IN 2011, THE WORLDWIDE PRICE IS

19 $651.32.  WHERE IN THE U.S., THE AVERAGE PRICE IS

20 ONLY $615.87.  HE SHOULD HAVE USED U.S. PRICES.

21 Q    AND BY USING THE HIGHER SELLING PRICE, YOU GET

22 MORE PROFITS?

23 A    CORRECT, YOU HAVE A HIGHER PROFIT MARGIN.

24 Q    AND DID HE HAVE THE INFORMATION WHERE HE COULD

25 HAVE CALCULATED THE U.S. AVERAGE PRICE AS OPPOSED

```
 1    TO WORLDWIDE?

 2    A    HE DID.  I GOT THIS INFORMATION RIGHT OUT OF

 3    HIS WORK PAPERS.  HE HAD THE INFORMATION.

 4    Q    NOW, IF WE GO BACK TO 3965.011, ALSO GO TO THE

 5    NEXT ONE, WE HAVE GOT FAILS TO ADJUST FOR APPLE'S

 6    HIGHER PRICES.  WHAT ARE YOU TALKING ABOUT HERE?

 7    A    WHAT I'M TALKING ABOUT IS A FUNDAMENTAL

 8    ECONOMIC PRINCIPAL.  IF YOU TOOK ECON IN COLLEGE,

 9    ECON 101, THE FIRST THING YOU LEARN IS THE HIGHER

10    THE PRICE, THE LOWER QUANTITY YOU SELL.  IT'S THE

11    BASIC LAW OF DEMAND.  THERE'S A THING CALLED PRICE

12    ELASTICITY.  IF YOU RAISE YOUR PRICE, YOU'RE GOING

13    TO SELL FEWER UNITS.

14           HE HAS USED APPLE'S PRICES, HIGHER PRICES

15    THAN SAMSUNG'S PRICES AND ASSUMED THERE WILL BE NO

16    PRICE ELASTICITY, AND THESE CUSTOMERS IN THE REAL

17    WORLD WHO PAY A LOWER PRICE FOR SAMSUNG PHONES WHEN

18    THEY SWITCH WOULD PAY A HIGHER PRICE FOR APPLE.

19    NOT EVERYONE WOULD BE WILLING TO DO THAT, AND HE

20    DID NOT CONSIDER THAT FACT.

21    Q    YOU WERE HERE WHEN HE TESTIFIED; CORRECT?

22    A    I WAS.

23    Q    AND THERE WAS SOME DISCUSSION ABOUT WHAT A

24    CONSUMER WOULD ACTUALLY PAY FOR AN IPHONE VERSUS

25    SAMSUNG PHONES, AND I'M GOING TO PLACE UP FOR YOU
```

1    WHAT IS NOW IN EVIDENCE AS 69.24, WHICH IS FROM

2    THAT J.D. POWERS STUDY.  AND IF YOU BLOW UP THE

3    BOTTOM.

4              COULD YOU TELL US WHAT THIS SHOWS ON THE

5    BOTTOM OF THE PAGE?

6    A    WHAT THIS SHOWS IS THE ACTUAL CONSUMER, AFTER

7    THE SUBSIDY OF THE CARRIERS.  ON AVERAGE WHEN J.D.

8    POWERS STUDIED, THE AVERAGE APPLE CUSTOMER PAID

9    $206.

10             IF YOU GO OVER TO THE LAST BAR, OR SECOND

11   TO LAST BAR ON THE RIGHT, THE SAMSUNG AVERAGE

12   CUSTOMER ONLY PAID $139.  THAT'S A BIG DIFFERENCE

13   TO MOST CONSUMERS.

14             AND WHAT MR. MUSIKA IS TELLING YOU IS

15   THAT IN THIS BUT-FOR WORLD, THESE PEOPLE THAT PAID

16   AN AVERAGE PAID $139 WOULD BE WILLING TO PAY $206

17   WITHOUT ANY REDUCTION IN QUANTITY.  THAT IS NOT

18   REASONABLE.

19   Q    NOW, LET ME ASK YOU ABOUT THE IPAD.  IS THERE

20   ANY CARRIER SUBSIDY FOR THE IPAD VERSUS THE GALAXY

21   TAB?

22   A    NO, THERE IS NOT.

23   Q    IS THERE A PRICE DIFFERENCE BETWEEN THOSE TWO?

24   A    WELL, PARTICULARLY FOR THE DAMAGE PERIOD FOR

25   LOST PROFITS BETWEEN THE SEVEN INCH PRODUCT THAT

3051

```
 1    SAMSUNG WAS SELLING AND THE PRODUCT THAT IS
 2    ALLEGEDLY GOING TO BE NOW SOLD IN THE BUT-FOR
 3    WORLD, APPLE'S IPAD, THERE'S ABOUT A $240 PRICE
 4    DIFFERENCE FOR EACH OF THOSE.
 5    Q    LET ME ASK YOU, MR. MUSIKA ASSUMES THAT SOME
 6    PEOPLE WOULD SWITCH FROM SAMSUNG SEVEN INCH TABLET
 7    TO APPLE'S TEN INCH TABLET IF THESE FEATURES WERE
 8    TAKEN AWAY.
 9    A    HE DOES.
10    Q    AND WHAT'S YOUR OPINION ABOUT THAT?
11    A    WELL, THERE ARE SOME PEOPLE THAT ACTUALLY BUY
12    A PRODUCT BECAUSE OF ITS SIZE.  THEY WANT A SEVEN
13    INCH TABLET.  APPLE IN THIS TIME PERIOD DID NOT
14    OFFER THAT, ALTHOUGH ON THE ANDROID PLATFORM, THERE
15    WERE OTHER SEVEN INCH ALTERNATIVES.
16    Q    SO WHAT WOULD THAT SUGGEST?
17    A    IT WOULD SUGGEST IF SAMSUNG COULD NOT MAKE
18    THESE SALES THAT SOMEONE ELSE WOULD PICK IT UP.  IT
19    WOULDN'T HAVE BEEN APPLE, AT A LOWER PRICE AND THE
20    SIZE THE CUSTOMER WANTED.
21    Q    I WANT TO SWITCH TO ANOTHER TOPIC NOW -- AND
22    BY THE WAY, THE EFFECT OF THE PRICE, THE EXCESS
23    PRICE, WHAT EFFECT DOES THAT HAVE ON YOUR
24    CALCULATIONS ON WHAT LOST PROFITS ONE?
25    A    THE AVERAGE IS 16 TO 19 PERCENT, BUT THERE'S
```

```
 1    ANOTHER MISTAKE THAT I THINK HE MADE, AND THIS IS

 2    JUST A JUDGMENT, THAT HE DIDN'T INCLUDE ANY

 3    INCREMENTAL MARKETING EXPENSES FOR APPLE TO SELL

 4    THESE ADDITIONAL PRODUCTS.  I THINK THERE WOULD

 5    HAVE BEEN MORE MARKETING EXPENSE.  A LOT OF THESE

 6    CUSTOMERS WERE CARRIERS THAT DIDN'T CARRY THE

 7    IPHONE.  SO YOU HAVE TO GET TO THOSE CUSTOMERS AND

 8    NOW WE ADD ANOTHER 3 PERCENT.  OVERALL, I THINK

 9    HE'S OVERSTATED HIS PROFIT MARGIN BY ABOUT 20

10    PERCENT.

11    Q    AND THAT ASSUMES PEOPLE WOULD HAVE ACTUALLY

12    GONE TO APPLE BECAUSE OF THESE?

13    A    THOSE ARE FOR THE CUSTOMERS WHO WOULD ACTUALLY

14    GO TO APPLE.

15    Q    AND NOW I WANT TO TALK ABOUT A REASONABLE

16    ROYALTY CALCULATION WHICH RELIES ON THIS

17    HYPOTHETICAL NEGOTIATION, AND MR. MUSIKA SAID THAT

18    HE GAVE A REASONABLE ROYALTY NUMBER OF $24 FOR, I

19    THINK, THE DESIGN AND DO YOU HAVE ANY COMMENTS ON

20    THAT?

21    A    YEAH.  I THINK THAT WAY OVERSTATES WHAT SHOULD

22    BE PAID, AND THE MAIN REASON IS THE METHODOLOGY HE

23    USED TO GET THAT.  IT'S BASICALLY HIS MEASURE OF

24    THE TOTAL BRAND VALUE OF APPLE IN THE PRODUCT THAT

25    IS THEY SELL.  SAMSUNG DIDN'T TAKE THE WHOLE BRAND
```

3053

```
 1    VALUE OF APPLE.  THEY TOOK SOME SPECIFIC LIMITED

 2    DESIGN PATENTS.  BRAND VALUE INCLUDES A LOT MORE

 3    THAN DESIGN.  IT INCLUDES TRADEMARKS, IT INCLUDES

 4    EVERYTHING THAT MAKES YOU ATTRACTED TO APPLE.

 5    THEIR LOGO, THE LITTLE APPLE WITH THE BITE, THEIR

 6    NAME, ALL THAT IS IN THAT BRAND VALUE.

 7              AND THAT IS JUST A WAY OVERSTATEMENT OF

 8    WHAT'S BEING -- WHAT'S ALLEGEDLY TAKEN IN THIS

 9    CASE.  SO I THINK THAT DRAMATICALLY OVERSTATES THE

10    VALUE OF ANY DESIGN THAT SAMSUNG ALLEGEDLY TOOK IN

11    THIS CASE.

12    Q    IN OTHER WORDS, $24 HE USES, ASSUMING THERE IS

13    INFRINGEMENT, THAT WOULD INCLUDE BEING ABLE TO USE

14    THE BITTEN APPLE AND THE APPLE NAME AND EVERYTHING

15    APPLE?

16    A    AND ALL THE OTHER DESIGN PATENTS AND TRADE

17    DRESS AND TRADEMARKS THAT APPLE HAS.

18    Q    NOW, DID YOU DO A CALCULATION OF WHAT YOU

19    THOUGHT WAS A REASONABLE ROYALTY?

20    A    I DID.

21    Q    AND WHAT WAS THAT BASED ON?

22    A    THAT WAS BASED ON MY INTERVIEW OF ENGINEERS AT

23    SAMSUNG AND PEOPLE IN HUMAN RESOURCES TO GIVE ME

24    ESTIMATES AS TO THE TIME TO DESIGN AROUND AND ALSO

25    THE COST OF THOSE ENGINEERS.
```

1   Q    AND 3965.016, THIS IS ON THE HYPOTHETICAL

2   NEGOTIATION, WE'RE TALKING ABOUT GEORGIA PACIFIC

3   FACTORS AND WHAT'S THE KEY FACT THAT YOU FOCUSSED

4   ON?

5   A    THE KEY THAT I FOCUSSED ON, AFTER MY ANALYSIS,

6   IS WHAT IS THE NEXT BEST ALTERNATIVE TO SAMSUNG?

7   HERE'S APPLE COMING IN AND SAYING WE WANT HUNDREDS

8   OF MILLIONS OF DOLLARS FROM YOU.  THEY WOULD PAY

9   THAT IF THAT WAS THEIR ONLY CHOICE.

10        BUT IF THEY HAVE A CHOICE, THEY WOULD GO

11  BACK TO APPLE AND SAY TO THE NEGOTIATING TABLE AND

12  SAY YOU'RE ASKING TOO MUCH, BECAUSE IF YOU ASK THAT

13  MUCH, I'M GOING TO CHANGE MY PRODUCT AND I WILL NOT

14  PRACTICE YOUR PATENTS AND YOU GET A ZERO IS WHAT

15  YOU GET.

16        AND THE COST OF ME DOING THAT IS THE MOST

17  THAT I WOULD BE WILLING TO PAY YOU.  THAT'S WHAT

18  HAPPENS IN THE REAL WORLD.  THAT'S WHAT SHOULD

19  HAPPEN IN THIS HYPOTHETICAL NEGOTIATION.

20  Q    DID YOU THEN ESTIMATE SAMSUNG'S COSTS TO

21  DESIGN AROUND?  AND WE CAN LOOK AT CHART 3965.020.

22        COULD YOU EXPLAIN TO US WHAT THIS SHOWS?

23  A    YEAH, THIS IS JUST THE RESULT OF THE

24  INFORMATION I RECEIVED FROM SAMSUNG ABOUT THE

25  AMOUNT OF TIME IT WOULD TAKE TO DESIGN AROUND THESE

```
 1    DO YOU SEE THAT, SIR?

 2    A    I DO.

 3    Q    AND IT SAYS -- AND THEN YOU SEE IT SAYS,

 4    "REFER TO THE IPAD."

 5              DO YOU SEE THAT, SIR?

 6    A    I DO.

 7    Q    AND YOUR TESTIMONY IS THAT THE REASONABLE

 8    ROYALTY ON THE '381 RUBBER BANDING PATENT IS IN THE

 9    THOUSANDS OF DOLLARS?

10    A    IT'S ABOUT $10,000.  I THINK IT'S 11,000.

11    Q    LET'S LOOK AT ANOTHER DOCUMENT THAT YOU LOOKED

12    AT.  IT'S PX 195 IN YOUR BINDER.  YOU LOOKED AT

13    THIS DOCUMENT IN DOING YOUR WORK.  TRUE, SIR?

14    A    I'LL LOOK AT IT ON THE SCREEN BECAUSE I DON'T

15    HAVE ANY OF THESE DOCUMENTS IN FRONT OF ME.

16    Q    I'M SORRY.  TAKE A LOOK AT THE SCREEN, SIR?

17    A    I'M LOOKING, AND I DON'T THINK IT'S SUPPOSED

18    TO BE NUMERICAL SEQUENCE, AND I DON'T SEE 195 OR

19    THE LAST ONE YOU GAVE ME.

20    Q    THE WHITE BINDER, SIR?

21    A    I DON'T HAVE A WHITE BINDER.

22              MR. JACOBS:  MAY I APPROACH, YOUR HONOR.

23              THE COURT:  PLEASE, GO AHEAD.

24              THE WITNESS:  I'M SORRY.  IT WAS ON THE

25    FLOOR.  MY APOLOGIES.
```

```
1    BY MR. JACOBS:

2    Q    WE'RE ALL MOVING QUICKLY, SIR.

3    A    I KNOW.

4    Q    OKAY.  PLEASE LOOK AT 195.

5    A    I'M THERE.

6    Q    DID YOU EXAMINE THIS DOCUMENT IN THE COURSE OF

7    YOUR WORK?

8    A    I'M NOT RECALLING SEEING IT, NO.

9    Q    YOU HAVE A PORTION OF YOUR REPORT WHERE YOU

10   LIST THE BATES RANGES OF SAMSUNG DOCUMENTS THAT YOU

11   LOOKED AT.  I'LL REPRESENT TO YOU, SIR, THAT THIS

12   EXHIBIT IS LISTED IN THAT APPENDIX TO YOUR REPORT.

13   A    WELL, I'LL TELL YOU WHAT I DID IS WE PRODUCED

14   TO YOU EVERY DOCUMENT THAT EITHER I OR MY STAFF

15   LOOKED AT, AND THAT'S WHAT WE CALL DOUR DOCUMENTS

16   CONSIDERED LIST.

17        THE DOCUMENTS THAT I RELIED UPON FOR MY

18   OPINION ARE FOOTNOTED IN 14 VOLUMES THAT ARE

19   ATTACHED TO MY REPORT.  UNLESS THIS WAS FOOTNOTED,

20   I CAN TELL YOU MIKE WAGNER DID NOT LOOK AT IT.

21   Q    BUT YOUR STAFF SUBMITTED AN APPENDIX WITH YOUR

22   REPORT OF ALL DOCUMENTS THAT YOU AND YOUR STAFF

23   LOOKED AT; IS THAT TRUE, SIR?

24   A    THAT'S WHY I'M CERTAIN THAT WE RECEIVED THIS

25   INFORMATION.
```

                                                                                    8070

```
 1                  MR. JACOBS:  WE MOVE 195 INTO EVIDENCE,
 2      YOUR HONOR.
 3                  MR. PRICE:  SAME OBJECTION, YOUR HONOR.
 4                  THE COURT:  ALL RIGHT.  IT'S ADMITTED.
 5                  (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER
 6                  195, HAVING BEEN PREVIOUSLY MARKED FOR
 7                  IDENTIFICATION, WAS ADMITTED INTO
 8                  EVIDENCE.)
 9      BY MR. JACOBS:
10      Q    SO THIS IS EXHIBIT 195, AND DO YOU SEE IT SAYS
11      "WITH REGARDS TO BOUNCE, WE USE THE MASS SPRING
12      DAMPER MODEL AND OBTAINED THE BOUNCE EFFECT THAT IS
13      SIMILAR TO THE IPAD."
14                  DO YOU SEE THAT, SIR?
15      A    I DO.
16      Q    AND THEN IF YOU LOOK ON THE NEXT PAGE, WHICH
17      IS ACTUALLY A PREVIOUS E-MAIL IN THE STRING,
18      ACTUALLY 606, MR. LEE.
19      A    TWO PAGES.
20      Q    DO YOU SEE THERE'S A DISCUSSION ABOUT, AMONG
21      THE SAMSUNG ENGINEERS IN OCTOBER OF 2010 ABOUT HOW
22      COMPARED TO OUR COMPETITOR'S PRODUCT, YOU KNOW WELL
23      WHICH ONE, AND THEN SOME SYMBOL, IT IS STILL NOT
24      SATISFACTORY.
25                  DO YOU SEE THAT, SIR?
```

36071

```
 1      A    I DO.

 2      Q    AND SO THE SAMSUNG ENGINEERS ARE TALKING AMONG

 3      THEMSELVES ABOUT HOW TO GET THE BOUNCE EFFECT IN

 4      THE SAMSUNG PRODUCTS TO BE BETTER AND EQUAL TO THE

 5      APPLE PRODUCTS.  TRUE, SIR?

 6      A    I BELIEVE THAT'S A REASONABLE INTERPRETATION.

 7      Q    AND THEN ONE MORE, SIR.  WE'RE GOING TO TAKE A

 8      LOOK AT EXHIBIT 35.  DO YOU SEE THAT ONE, SIR?

 9      A    I DO.

10      Q    AND THAT'S ABOUT ICONS; TRUE, SIR?

11      A    IT IS.

12      Q    AND YOU LOOKED AT THAT DOCUMENT, OR YOU OR

13      YOUR STAFF LOOKED AT THAT DOCUMENT?

14      A    IF SOMEONE AT MY FIRM DID, IT WAS MY STAFF.

15               MR. JACOBS:  I OFFER IT INTO EVIDENCE,

16      YOUR HONOR.

17               MR. PRICE:  SAME OBJECTION.

18               THE COURT:  ALL RIGHT.  IT'S ADMITTED.

19               (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

20               35, HAVING BEEN PREVIOUSLY MARKED FOR

21               IDENTIFICATION, WAS ADMITTED INTO

22               EVIDENCE.)

23               MR. JACOBS:  CAN WE HAVE 35 UP, PLEASE.

24      Q    35 IS PASSING ON SOME COMMENTS FROM AT&T ABOUT

25      SAMSUNG'S ICONS.  DO YOU SEE THAT, SIR?
```

1    A    I HAVEN'T HAD A CHANCE TO READ IT, BUT I'M

2    ASSUMING THAT'S WHAT THIS ADDRESSES.

3    Q    IT SAYS, "IN ADDITION TO THIS, WE ALSO WANTED

4    TO SHARE SOME FEEDBACK COMPARING ICONS WE HAVE

5    IMPLEMENTED PROPOSED FOR ETERNITY/GENIE VERSUS

6    IPHONE."  DO YOU SEE THAT?

7    A    I DO.

8    Q    AT&T COMMENTS REGARDING OUR PROPOSED ICONS

9    THAT THEY APPEAR VERY CARTOONISH, ANIMATED, WHICH

10   IS EQUAL IF WE'RE TARGETING A MORE YOUTHFUL TWEEN

11   AUDIENCE, ICONS ARE COLORFUL, VIBRANT, HOWEVER,

12   THEY ARE IN CONTAINED SQUARE WHICH APPEAR MORE

13   ORGANIZED AND CONSISTENT.

14         DO YOU SEE THAT, SIR?

15   A    I DO.

16   Q    AND YOUR TESTIMONY IS THAT THERE IS NO

17   REASONABLE ROYALTY VALUE THAT CAN BE ATTRIBUTED TO

18   APPLE'S ICON DESIGNS?

19   A    NO, I DIDN'T SAY NO.  YOU CAN DESIGN AROUND

20   THESE AND GET A SIMILAR PRODUCT WITH SIMILAR

21   FEATURES AND THAT'S THE MOST YOU WOULD PAY IS WHAT

22   MY OPINION IS.

23         MR. JACOBS:  THANK YOU VERY MUCH, SIR.

24         THE COURT:  ALL RIGHT.  THE TIME IS NOW

25   10:25.

```
1            MR. PRICE:  YES.

2            THE COURT:  OKAY.  GO AHEAD.

3                  REDIRECT EXAMINATION

4   BY MR. PRICE:

5   Q    YOU WERE TALKING ABOUT PERCENTAGE OF YOUR

6   CALCULATIONS COMPARED TO MR. MUSIKA'S CALCULATIONS,

7   AND I'D LIKE TO PUT, IF WE CAN, THE SAMSUNG

8   FINANCIALS.

9            IF WE CAN PUT UP -- MAYBE WE CAN DO THIS

10  BY MEMORY.  YOU WERE HERE WHEN MR. SHEPPARD

11  TESTIFIED?

12  A    I WAS.

13  Q    AND YOU SAW HE TALKED ABOUT THE SAMSUNG

14  CONSOLIDATED FINANCIALS.  DO YOU REMEMBER THAT?

15  A    I DO.

16  Q    AND SAMSUNG CONSOLIDATED, COULD YOU EXPLAIN TO

17  US, IS THAT THE COMBINATION OF EVERYTHING?

18  A    THAT'S EVERYTHING.  IT'S ROLLED UP INTO THEIR

19  TOTAL COMPANY'S FINANCIALS OR BUSINESS SEGMENT,

20  WHICH WAS ALSO SHOWN.

21  Q    AND FROM THAT, YOU COULD GET THE PERCENTAGE OF

22  OPERATING PROFIT COMPARED TO REVENUES; CORRECT?

23  A    YOU COULD.

24  Q    OKAY.  AND YOU HEARD MR. SHEPPARD TESTIFY AS

25  TO WHAT THAT PERCENTAGE WAS IN 2011?
```

1    A    IT WAS 15 PERCENT, AND IT WAS 11 PERCENT IN

2    2010.

3    Q    OKAY.  AND ALSO ON THAT SAMSUNG FINANCIAL, IT

4    WENT DOWN TO THE LEVEL OF THE OPERATING SEGMENT

5    TELECOMMUNICATIONS IN WHICH THESE PHONES ARE SOLD;

6    CORRECT?

7    A    YES.

8    Q    AND FROM THAT SEGMENT, YOU COULD ALSO GET

9    REVENUE FROM THE EXTERNAL CUSTOMERS AND YOU COULD

10   COMPARE THAT TO THE OVERALL REVENUE; CORRECT?

11   A    YOU CAN, AND THAT'S WHAT WE JUST DID.

12   Q    AND WHAT WAS THAT -- OKAY.  WHAT YOU GAVE US

13   WAS THE -- WAS THAT SEGMENT OF PROFIT MARGIN?

14   A    CORRECT, YES.

15   Q    15 PERCENT.  AND IF YOU WENT UP TO THE ENTIRE

16   COMPANY AND COMPARED REVENUE TO OPERATING INCOME,

17   WHAT PERCENTAGE WAS THAT?

18   A    THAT'S 10 PERCENT FOR THE OVERALL COMPANY.

19   Q    OKAY.  SO 10 PERCENT FOR THE COMPANY, IT'S 15

20   PERCENT FOR THE, FOR TELECOMMUNICATIONS WITH THOSE

21   PHONES ARE SOLD, RIGHT?

22   A    11 TO 15 PERCENT.

23   Q    AND WHAT YOU DID, USING MORE DETAILED

24   INFORMATION, WAS TRY TO ARRIVE AT THE OPERATING

25   INCOME FOR THESE SPECIFIC PHONES?

```
1    A    THAT'S TRUE.

2    Q    OKAY.  AND WHAT PERCENTAGE DID YOU HAVE FOR

3    THAT?

4    A    FOR THE -- THE CALCULATION THAT I SHOWED TO

5    THE JURY, 12 PERCENT.

6    Q    OKAY.  AND SO LOOKING AT SAMSUNG'S AUDITED

7    FINANCIALS, WHAT DOES THAT TELL YOU ABOUT YOUR

8    CALCULATION OF THE OPERATING NUMBER?

9    A    WELL, WHEN I LOOK AT ALL THREE PIECES OF

10   INFORMATION, MINE APPEARS TO BE REASONABLE, AND IT

11   APPEARS THAT TELECOMMUNICATIONS IS A MORE

12   PROFITABLE BUSINESS TO SAMSUNG THAN A LOT OF THEIR

13   OTHER BUSINESSES.

14   Q    AND WHAT DOES THAT TELL YOU ABOUT MR. MUSIKA'S

15   MUCH, MUCH, MUCH HIGHER NUMBER?

16   A    WELL, HE'S ONLY LOOKING AT GROSS MARGIN.  I

17   WOULD EXPECT THAT TO BE MUCH LARGER.

18            MR. PRICE:  THANK YOU.

19            THE COURT:  ALL RIGHT.  THE TIME IS NOW

20   10:28.  IS THERE ANY REDIRECT?

21            MR. JACOBS:  NO, YOUR HONOR.

22            THE COURT:  ALL RIGHT.  MAY THIS WITNESS

23   BE EXCUSED AND IS IT SUBJECT TO RECALL?

24            MR. JACOBS:  NO RECALL FROM US, YOUR

25   HONOR.
```

```
 1              THE COURT:  OKAY.  WHAT ABOUT YOU?

 2              MR. PRICE:  POSSIBLE RECALL, BUT I DOUBT

 3    IT.

 4              THE COURT:  I'LL GO AHEAD AND SAY SUBJECT

 5    TO RECALL JUST IN CASE.  YOU ARE EXCUSED.

 6              THE WITNESS:  THANK YOU, YOUR HONOR.

 7              THE COURT:  SHOULD WE TAKE OUR BREAK NOW.

 8    IT'S 10:29.

 9              MR. JACOBS:  YES, YOUR HONOR.

10              THE COURT:  OKAY.  WHY DON'T WE DO THAT.

11    PLEASE KEEP AN OPEN MIND, PLEASE DON'T DISCUSS THE

12    CASE WITH ANYONE AND PLEASE DON'T READ ABOUT THE

13    CASE OR DO ANY OF YOUR OWN RESEARCH.  OKAY.  THANK

14    YOU.  WE'LL JUST TAKE A 15-MINUTE BREAK.

15              YOU CAN LEAVE YOUR NOTEBOOKS ON YOUR

16    CHAIRS, AND MR. RIVERA WILL PASS OUT THE PHOTOS OF

17    OUR LAST TWO WITNESSES AND JUST LEAVE THEM ON YOUR

18    BOOKS, OKAY, ON YOUR CHAIR.  THANK YOU.

19              AND THEN WE HAVE THE COKE ZERO AND

20    REGULAR COKE AND POTATO CHIPS THAT WERE REQUESTED.

21              (WHEREUPON, THE FOLLOWING PROCEEDINGS

22    WERE HELD OUT OF THE PRESENCE OF THE JURY:)

23              THE COURT:  ALL RIGHT.  THE RECORD SHOULD

24    REFLECT THE JURORS HAVE LEFT THE COURTROOM.  I JUST

25    HAVE ONE REQUEST.
```

1              MY 3965.020 WAS DIFFERENT THAN THE ONE

2    THAT WAS ON THE SCREEN, SO I JUST WANT TO MAKE SURE

3    WE GET THE ONE THAT WAS ON THE SCREEN THAT WAS

4    ADMITTED -- IT WASN'T ADMITTED, BUT AT LEAST IT WAS

5    SHOWN.

6              MR. PRICE:  FOR THE RECORD, YES, WE'LL

7    LODGE IT.

8              THE COURT:  OKAY.  AND CAN YOU GIVE ME A

9    NEW ONE, TOO, JUST FOR MY OWN.

10             MR. PRICE:  YES.

11             THE COURT:  I'M TRYING TO KEEP A SET OF

12   EVERYTHING AS WELL.

13             MR. PRICE:  WE WILL.

14             THE COURT:  THE ONLY THING THAT WAS

15   DIFFERENT WAS THE TIME FOR THE DESIGN AROUND ON

16   '163 AND '915.

17             MR. PRICE:  I THINK THEY WERE MISMATCHED.

18             THE COURT:  YES.  WELL, ONE HAD FOUR

19   WEEKS, TWO WEEKS, TWO DAYS AND THE OTHER ONE WAS

20   FOUR WEEKS, TWO DAYS.  CAN I GET THE NEW ONE FOR MY

21   OWN SET?

22             MR. PRICE:  YES.

23             THE COURT:  ALL RIGHT.  LET'S TAKE OUR

24   BREAK NOW.  THANK YOU.

25             (WHEREUPON, A RECESS WAS TAKEN.)

```
 1              (WHEREUPON, THE FOLLOWING PROCEEDINGS

 2     WERE HELD OUT OF THE PRESENCE OF THE JURY:)

 3              THE COURT:  ALL RIGHT.  WELCOME BACK.  GO

 4     AHEAD AND PLEASE TAKE A SEAT.  LET ME TAKE CARE OF

 5     ONE HOUSEKEEPING MATTER.

 6              SO THIS MORNING 75 PAGES OF OBJECTIONS

 7     AND RESPONSES TO 22 WITNESSES WAS FILED BY THE

 8     PARTIES.

 9              WE HAVE BASICALLY ABOUT EIGHT HOURS LEFT.

10     I THINK WE'LL DO ANOTHER FOUR TODAY.  YOU HAVE FOUR

11     HOURS TOMORROW.  COME ON.  YOU'RE NOT GOING TO CALL

12     22 WITNESSES.  THE 22 WITNESSES DOESN'T EVEN

13     INCLUDE THE THREE SAMSUNG WITNESSES AND THE 6 APPLE

14     WITNESSES THAT YOU REALLY HAVE ON YOUR LIST.

15              SO ARE YOU REALLY GOING TO CALL 22

16     WITNESSES IN 4 HOURS TOMORROW?  NOW, IT LOOKS LIKE

17     YOU ALL DON'T EVEN HAVE OBJECTIONS TO THE SAME

18     PEOPLE, I DON'T KNOW IF YOU DON'T HAVE ANY

19     OBJECTIONS, WHETHER THERE WAS SOME MISCOMMUNICATION

20     BETWEEN THE PARTIES.

21              WHAT'S GOING ON?

22              MR. SELWYN:  YOUR HONOR, DO I KNOW THAT

23     FOR APPLE, THERE WERE A NUMBER OF WITNESSES FOR

24     WHICH WE LODGED NO OBJECTIONS?  WE TRIED TO KEEP IT

25     TO A MINIMUM.  SO, THEREFORE, FOR A NUMBER OF THEM,
```

```
 1    Q    LET ME SHOW YOU WHAT'S BEEN MARKED AS PDX 59,

 2    AND WOULD YOU TELL THE LADIES AND GENTLEMEN OF THE

 3    JURY JUST WHAT THIS IS?

 4    A    THIS IS AN IPHONE 4.

 5    Q    NOW, DO YOU KNOW WHAT A BASEBAND PROCESSOR IS?

 6    A    YES, I DO.

 7    Q    WHAT DOES THE BASEBAND PROCESSOR DO IN THE

 8    APPLE PRODUCTS?

 9    A    IN SIMPLEST TERMS, THE BASEBAND PROCESSOR IS A

10    DEVICE THAT COMMUNICATES WITH CELLULAR NETWORKS.

11    Q    WHICH APPLE PRODUCTS USE BASEBAND PROCESSORS?

12    A    ALL OF OUR IPHONES USE BASEBAND PROCESSORS AND

13    CERTAIN MODELS OF OUR IPADS, THOSE THAT HAVE

14    CELLULAR CONNECTIVITY.

15    Q    DOES APPLE ACQUIRE ITS BASEBAND PROCESSORS

16    FROM OTHER COMPANIES?

17    A    YES, WE DO.

18    Q    FOR THE IPHONE 3G, THE IPHONE 3GS, THE IPHONE

19    4, THE IPAD AND THE IPAD 2, WHO SELLS YOU THE

20    BASEBAND PROCESSORS THAT APPLE USES?

21    A    IN EACH OF THOSE --

22         MR. PRICE:  OBJECTION, VAGUE AS TO TIME.

23         THE COURT:  ALL RIGHT.  WOULD YOU --

24    SUSTAINED.

25    BY MR. LEE:
```

```
1    Q     WHO -- I'D LIKE YOU TO FOCUS ON THE PERIOD

2    FROM TODAY.  WHO SELLS THE BASEBAND PROCESSORS TO

3    APPLE TODAY?

4    A     AS OF TODAY, WE HAVE TWO SUPPLIERS FOR

5    BASEBAND PROCESSOR.  THEY ARE INTEL AND QUALCOMM.

6    Q     AND FOR THE IPHONE 3G, THE IPHONE 3GS, THE

7    IPHONE 4, THE IPAD AND THE IPAD 2, WHO HAS PROVIDED

8    YOU BASEBAND PROCESSOR?

9    A     IN EACH OF THOSE CASES, INTEL HAS BEEN OUR

10   ONLY PROVIDER.

11   Q     IF YOU TOOK THE PDX 59 APART, WOULD YOU FIND

12   THIS MOTHERBOARD, PDX 60?

13   A     THAT IS CORRECT.

14   Q     IF I MAY APPROACH?

15   A     THAT IS THE MAJOR LOGIC BOARD FOR THE IPHONE

16   4.

17   Q     AND IF YOU COULD IDENTIFY FOR THE LADIES AND

18   GENTLEMEN JUST WHERE THEY WOULD FIND THE BASEBAND

19   PROCESSOR.  MAYBE YOU CAN HOLD IT UP, AND THEN IF

20   THERE'S SOMETHING THAT WOULD HELP IDENTIFY IT?

21   A     THE BASEBAND PROCESSOR IS ESSENTIALLY HERE

22   (INDICATING).

23          MR. LEE:  MAY I PUBLISH THIS TO THE JURY,

24   YOUR HONOR.

25          THE COURT:  ANY OBJECTION?
```

```
 1              MR. PRICE:  NO OBJECTION.

 2              THE COURT:  ALL RIGHT.  THEY'RE BOTH

 3    ADMITTED.

 4              IS PDX 59 ALREADY ADMITTED?

 5              MR. LEE:  PDX 59 IS A DEMONSTRATIVE, YOUR

 6    HONOR.  WE'D OFFER IT NOW.  THEY'RE BOTH

 7    DEMONSTRATIVES ONLY.

 8              THE COURT:  THEY'RE NOT COMING IN.  OKAY.

 9    GO AHEAD.

10    BY MR. LEE:

11    Q    WHILE THAT'S BEING PASSED AROUND, MR. BLEVINS,

12    HOW MANY PARTS ARE THERE IN THE IPHONE?

13    A    IT DEPENDS ON THE MODEL, BUT THERE ARE AROUND

14    850 TO 900 PARTS ON THE MAJOR LOGIC BOARD, AND THEN

15    THERE'S AN ADDITIONAL 100 PARTS THAT ARE REQUIRED

16    FOR ASSEMBLY.  SO 900 TO 1,000 PARTS TOTAL.

17    Q    AND HOW MUCH DOES THAT BASEBAND PROCESSOR THAT

18    IS IN THE IPHONE COST?

19    A    THE PRICE ACTUALLY VARIED BY QUARTER, BUT AS A

20    ROUGH NUMBER TO USE AS A WEIGHTED AVERAGE, ABOUT 12

21    U.S. DOLLARS EACH FOR THE CHIPSET.

22    Q    AND THAT'S WHAT YOU PAY INTEL?

23    A    THAT IS CORRECT.

24    Q    WHERE IS INTEL BASED?

25    A    THEY ARE BASED IN SANTA CLARA, CALIFORNIA.
```

1    Q    TURN, IF YOU WOULD, IN YOUR BINDER TO

2    PLAINTIFF'S EXHIBIT 78.  DO YOU HAVE THAT?

3    A    YES, I DO.

4    Q    CAN YOU TELL US WHAT IS IN PLAINTIFF'S EXHIBIT

5    78?

6    A    THIS IS A VERY TYPICAL INVOICE THAT APPLE

7    WOULD ISSUE TO APPLE -- OR THAT INTEL WOULD ISSUE

8    TO APPLE FOR PARTS.

9              MR. LEE:  YOUR HONOR, WE OFFER

10   PLAINTIFF'S EXHIBIT 78.

11             THE COURT:  ANY OBJECTION?

12             MR. PRICE:  NO OBJECTION.

13             THE COURT:  IT'S ADMITTED.

14             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

15              78, HAVING BEEN PREVIOUSLY MARKED FOR

16              IDENTIFICATION, WAS ADMITTED INTO

17              EVIDENCE.)

18   BY MR. LEE:

19   Q    DO YOU SEE THE REFERENCE TO INTEL AMERICAS?

20   A    YES.

21   Q    WHAT IS INTEL AMERICAS.

22             MR. PRICE:  LACK OF FOUNDATION.

23   BY MR. LEE:

24   Q    DO YOU KNOW WHAT INTEL AMERICAS IS?

25   A    YES, I DO.

1    Q    WHAT IS INTEL AMERICAS?

2    A    INTEL AMERICAS IS A SALES SUBSIDIARY OF INTEL

3    WHOSE FUNCTION IT IS TO SEND INVOICES AND COLLECT

4    PAYMENTS FOR INTEL PRODUCTS.

5    Q    AND DO THE INVOICES IN EXHIBIT 78, ARE THEY

6    REPRESENTATIVE OF THE INVOICES THAT APPLE RECEIVES

7    FROM INTEL AMERICAS?

8              MR. PRICE:  OBJECTION, LEADING.

9              THE WITNESS:  THESE INVOICES.

10             THE COURT:  OVERRULED.

11             THE WITNESS:  ARE VERY TYPICAL?

12   BY MR. LEE:

13   Q    LET'S FOCUS JUST ON THE FIRST PAGE OF THE

14   INVOICE.  WHO DOES IT SHOW AS BEING BILLED FOR THE

15   SHIP ITSELF?

16   A    APPLE.

17   Q    AND WHERE DOES IT SHOW THE CHIPS ARE BEING

18   SOLD?

19   A    APPLE.

20   Q    AND DOES IT SHOW WHERE APPLE MUST SEND PAYMENT

21   FOR THE CHIPS?

22   A    YES.

23   Q    LET ME DIRECT YOUR ATTENTION TO THE COLUMN

24   THAT SAYS INTEL PRODUCT.  INTEL PRODUCT.  WHAT IS

25   THE PRODUCT THAT'S BEING --

1    A    THE TRADE NAME INTEL USES FOR THIS CHIPSET IS

2    PMB 8878, SO THIS IS A REFERENCE TO THAT PARTICULAR

3    PRODUCT.

4    Q    AND LOOKING AT THE INVOICE, CAN YOU TELL US

5    THE PRICE OF THE BASEBAND PROCESSOR?

6    A    IN THIS PARTICULAR CASE, WE WERE CHARGED 9.09

7    EACH FOR 30,000 UNITS.

8    Q    WOULD YOU TURN TO THE FOURTH PAGE OF EXHIBIT

9    78, WHICH HAS THE BATES STAMP NUMBERING 3908 IN THE

10   RIGHT-HAND COLUMN.  DO YOU HAVE THAT?

11   A    YES, I DO.

12   Q    DOES THAT FOLLOW THE SAME FORMAT AS THE PAGE

13   THE JURORS JUST LOOKED AT?

14   A    IT DOES FOLLOW THE SAME FORMAT, YES.

15   Q    WHAT IS THE INTEL PRODUCT THAT IS SOLD TO

16   APPLE?

17   A    IN THIS CASE IT'S THE INTEL PRODUCT THAT THEY

18   CALL PMB 9801.

19   Q    WHAT WAS THE PRICE THAT YOU PAID TO INTEL?

20   A    IN THIS CASE THE PRICE FOR THAT PARTICULAR

21   ASIC WAS 6.78 EACH.

22         MR. LEE:  NOTHING FURTHER, YOUR HONOR,

23   AND I'LL RETRIEVE THE --

24         THE COURT:  THE DEMONSTRATIVES.

25         MR. LEE:  YES.

```
 1                    THE COURT:  ALL RIGHT.  1:23.  GO AHEAD,
 2      PLEASE.
 3                    MR. PRICE:  NO QUESTIONS.
 4                    THE COURT:  OKAY.  MAY THIS WITNESS BE
 5      EXCUSED.
 6                    MR. LEE:  THIS WITNESS MAY BE EXCUSED.  I
 7      DON'T THINK SUBJECT TO RECALL.
 8                    THE COURT:  SUBJECT TO RECALL OR NOT.
 9                    MR. LEE:  NO, NOT SUBJECT TO RECALL.
10                    THE COURT:  THEN HE MAY BE EXCUSED.
11                    MR. LEE:  YOUR HONOR, APPLE CALLS EMILIE
12      KIM AS ITS NEXT WITNESS.  AND, YOUR HONOR,
13      MR. SELWYN WILL PRESENT MS. KIM.
14                    THE COURT:  I'M SORRY.
15                    MR. LEE:  MR. SELWYN WILL PRESENT
16      MS. KIM.
17                    THE COURT:  OH, OKAY.
18                    THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.
19                              EMILIE KIM,
20      BEING CALLED AS A WITNESS ON BEHALF OF THE
21      PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS
22      EXAMINED AND TESTIFIED AS FOLLOWS:
23                    THE WITNESS:  YES.
24                    THE CLERK:  THANK YOU.  PLEASE BE SEATED.
25                    PLEASE STATE YOUR FULL NAME.
```

73

```
 1          THE COURT:  THE TIME IS NOW 1:25.
 2          GO AHEAD.
 3                 DIRECT EXAMINATION
 4   BY MR. SELWYN:
 5   Q    GOOD AFTERNOON.  COULD YOU PLEASE INTRODUCE
 6   YOURSELF TO THE JURY AND TELL US WHERE YOU WORK.
 7   A    MY NAME IS EMILIE KIM, AND I WORK AT A
 8   START-UP CALLED PATH.
 9   Q    MS. KIM, IF YOU WOULDN'T MIND MOVING A LITTLE
10   CLOSER TO THE MICROPHONE.
11          WHAT KIND OF A COMPANY IS PATH?
12   A    PATH IS AN INTERNET SOCIAL NETWORKING
13   START-UP.
14   Q    WHERE DID YOU WORK BEFORE PATH?
15   A    I WORKED AT APPLE.
16   Q    WHEN DID YOU WORK AT APPLE?
17   A    I STARTED FULL TIME IN 2005.
18   Q    WHEN DID YOU LEAVE APPLE?
19   A    LAST MONTH.
20   Q    CAN YOU TELL US A LITTLE BIT ABOUT WHY YOU
21   DECIDED TO LEAVE?
22   A    I HAD THE OPPORTUNITY TO WORK AT A START-UP.
23   Q    CAN YOU BRIEFLY DESCRIBE YOUR EDUCATIONAL
24   BACKGROUND FOR THE JURY?
25   A    I RECEIVED MY BACHELOR'S OF SCIENCE IN
```

1    BASICALLY IN A FROZEN STATE WHILE THE CAMERA APP IS

2    LAUNCHED.

3    Q    WHAT DO YOU MEAN BY "A FROZEN STATE"?

4    A    BY FROZEN STATE I MEAN IT'S STILL PRESENT IN

5    MEMORY, BUT THE CODE ISN'T EXECUTING.  THE USER

6    CAN'T INTERACT WITH THAT APP.

7    Q    AND THEN WHAT HAPPENS TO THE APP WHEN IT

8    RETURNS TO THE FOREGROUND?

9    A    WHEN IT RETURNS TO THE FOREGROUND, THE APP

10   BASICALLY BECOMES UNFROZEN AND THE USER CAN START

11   INTERACTING WITH THE APP AGAIN.

12   Q    ARE THERE CIRCUMSTANCES UNDER WHICH THE APP

13   WILL NOT RETURN TO THE FOREGROUND FROM THE FROZEN

14   STATE?

15   A    YES.

16   Q    TELL US WHEN.

17   A    ONE EXAMPLE WILL BE IF THE DEVICE IS RUNNING

18   LOW ON MEMORY, THEN THE DEVICE WILL AUTOMATICALLY

19   GO THROUGH AND KILL APPLICATIONS IN THE BACKGROUND

20   TO FREE UP MEMORY FOR THE APP THAT THE USER IS

21   CURRENTLY USING.

22   Q    TO TAKE THE EXAMPLE THAT YOU JUST SHOWED THE

23   JURY, IF THE USER LEAVES THE PHOTOS APP TO TAKE A

24   PICTURE AND THEN RETURNS TO THE PHOTOS APP, WILL

25   THE USER ALWAYS RETURN TO THE SAME IMAGE?

1    A    NO, NOT ALWAYS.

2    Q    WHY NOT?

3    A    FOR EXAMPLE, WITH THAT MEMORY SITUATION THAT I

4    DESCRIBED, IF THE PHOTOS APP IS KILLED WHILE THE

5    CAMERA APP IS UP AND RUNNING, THEN THE USER WILL

6    NOT RETURN TO THAT PICTURE OF THE TREES.

7    Q    HAVE YOU ALSO PREPARED A VIDEO OF THAT?

8    A    YES.

9    Q    CAN WE PLEASE HAVE PDX 53.3.

10        AND DESCRIBE WHAT WE'RE SEEING AS WE RUN

11   THE VIDEO.

12   A    SURE.  SO HERE YOU CAN SEE AT THE END OF THE

13   PREVIOUS VIDEO, I LAUNCHED THE CAMERA APP, AND

14   AFTER PREVIOUSLY SELECTING A PHOTO OF THE TREES IN

15   THE PHOTOS APP, AND NOW I'M GOING TO LAUNCH THREE

16   VIDEO GAMES ON THIS IPAD.

17        THE SEQUENCES HAVE BEEN SHORTENED, THE

18   FLASH SCREENS ARE QUITE LONG FOR THE VIDEO GAMES.

19        BUT THEN AFTER THE THIRD GAME, I'VE

20   LAUNCHED THE CAMERA APP AGAIN AND THEN NOW I'M

21   GOING TO TAKE A PICTURE OF THIS USB CABLE.

22        SO I'VE TAKEN A PICTURE OF THE USB CABLE

23   IN THE CAMERA APP.

24        AND THEN NOW I'M SENDING THE CAMERA APP

25   TO THE BACKGROUND, AND NOW WHEN I LAUNCH THE PHOTOS

```
 1    APP, YOU'LL RECALL I WAS SEEING A PICTURE OF THE
 2    TREES, AND NOW THAT PICTURE IS NO LONGER VISIBLE.
 3    Q    WHY DIDN'T YOU RETURN TO THE PICTURE OF THE
 4    TREES?
 5    A    IN THIS CASE, THE APP WAS RUNNING LOW ON
 6    MEMORY AS THE VIDEO GAMES WERE BEING LAUNCHED, SO
 7    THE PHOTOS APP WAS KILLED IN THE BACKGROUND.
 8    Q    ARE THERE ANY OTHER EVENTS THAT WOULD CAUSE
 9    THE APPLE PRODUCTS TO NOT RETURN TO THE LAST VIEWED
10    IMAGE?
11    A    YES.  FOR EXAMPLE, THE USER COULD POWER OFF
12    THE DEVICE OR THE DEVICE COULD RUN OUT OF BATTERY,
13    AND IN THAT CASE THE PHOTOS APP WOULD NOT RETURN TO
14    THE PICTURE OF THE TREES.
15            ALSO, FOR EXAMPLE, IF THE USER HAD SYNCED
16    THAT PHOTO THROUGH ITUNES AND THEN, WHILE THE
17    PHOTOS APP WAS IN THE BACKGROUND, DECIDED TO UNSYNC
18    THAT PHOTO, THE PICTURE WOULD NO LONGER BE THERE.
19    Q    DOES THE IPHONE HAVE ANY FEATURES OR FUNCTIONS
20    REFERRED TO AS A MODE?
21    A    YES.
22    Q    CAN YOU GIVE US AN EXAMPLE?
23    A    SURE.  ONE EXAMPLE IS AIRPLANE MODE.  WHEN THE
24    USER GET ON AN AIRPLANE, THEY CAN TURN ON THE
25    AIRPLANE MODE, WHICH TURNS OFF THE CELLULAR
```

1    SIGNALS.

2    Q    WHAT IS THE DIFFERENCE BETWEEN AN APP AND A

3    MODE?

4    A    AN APP IS LIKE AN IMMERSIVE ENVIRONMENT FOR

5    THE USER.  THEY CAN INTERACT WITH AN APP AND DO

6    LOTS OF DIFFERENT THINGS, AND AN APP CAN EVEN

7    CONTAIN MODES, WHEREAS A MODE IS ESSENTIALLY KIND

8    OF LIKE A STATE.

9    Q    LET'S RETURN TO THE TOPIC OF VIEWING PHOTOS.

10   CAN YOU REMIND US HOW THE USER MAY VIEW PHOTOS FROM

11   THE PHOTOS APP?

12   A    SURE.  THE USER CAN SELECT A PHOTO ALBUM ON

13   THEIR DEVICE, AND THEY'RE PRESENTED WITH A

14   THUMBNAIL GRID OF PHOTOS.  THEY CAN THEN SELECT ONE

15   OF THE PHOTOS AND VIEW IT IN FULL SCREEN.

16   Q    AND WHEN A USER IS VIEWING A PHOTO IN FULL

17   SCREEN IN THE PHOTOS APP, CAN SHE THEN VIEW OTHER

18   PHOTOS IN THE ALBUM?

19   A    YES.

20   Q    HOW?

21   A    IN IOS 4, THERE ARE ARROW BUTTONS THAT THE

22   USER CAN USE TO NAVIGATE TO OTHER PHOTOS IN THE

23   ALBUM, AS WELL AS SELECTING OTHER PHOTOS IN THE

24   ALBUM.

25   Q    HAS THE WAY IN WHICH THE USER CAN VIEW THE

6182

```
 1    PREVIOUS AND NEXT PHOTOS IN APPLE PRODUCTS CHANGED

 2    BETWEEN THE VERSION OF IOS CALLED IOS 4 AND THE

 3    VERSION CALLED IOS 5?

 4    A    YES.  IN IOS 5, THE ARROW BUTTONS ARE NO

 5    LONGER PRESENT.

 6    Q    AND HAVE YOU PREPARED A VIDEO TO DEMONSTRATE

 7    THIS?

 8    A    YES.

 9    Q    CAN WE HAVE PDX 53.6, PLEASE.

10    A    HERE I'VE LAUNCHED THE PHOTOS APP AND I'VE

11    SELECTED THE PHOTO ALBUM CALLED VACATION AND I'VE

12    SELECTED A PHOTO, AND NOW YOU CAN SEE I TAPPED THE

13    BACK ARROW BUTTON TO GO TO THE PREVIOUS PHOTO AND

14    THE NEXT ARROW TO GO BACK TO MY FIRST PHOTO.

15    Q    AND WHAT CHANGES WERE MADE FROM IOS 4 TO IOS 5

16    FOR THIS FEATURE?

17    A    IN IOS 5 THOSE ARROW BUTTONS WERE REMOVED.

18    Q    DO THE PHOTOS AND CAMERA APPS LOOK DIFFERENT

19    WHEN THEY MOVE BETWEEN PHOTOS IN THE OLDER LEFT AND

20    RIGHT ARROW SYSTEM AS COMPARED WITH THE SWIPING

21    SYSTEM?

22    A    YES.  WHEN THE USER USES THE ARROW BUTTONS TO

23    NAVIGATE BETWEEN PHOTOS, THE OLD PHOTO INSTANTLY

24    DISAPPEARS AS THE NEW PHOTO INSTANTLY APPEARS IN

25    ITS PLACE.
```

1          SO WHEN THE USER SWIPES THROUGH THE

2     PHOTOS -- WHEN THE USER SWIPES BETWEEN PHOTOS, THE

3     OLD PHOTO ANIMATES OFF SCREEN AS THE NEW PHOTO

4     ANIMATES ON SCREEN AT THE SAME TIME.

5     Q    COULD WE HAVE PDX 53.7?  AS WE PLAY THIS

6     VIDEO, CAN YOU EXPLAIN WHAT WE'RE SEEING?

7     A    SURE.  HERE YOU CAN SEE I'VE SELECTED THIS

8     PICTURE AND NOW I'M SWIPING BACK TO LOOK AT THE

9     PREVIOUS PICTURE AND SWIPING TO LOOK BACK AT THE

10    FIRST PICTURE AGAIN.

11    Q    LAST TOPIC.  LET'S TURN TO THE TOPIC OF

12    E-MAILING PHOTOS.

13         SUPPOSE A USER WANTS TO E-MAIL ONE OF HER

14    PHOTOS TO A FRIEND.  HOW DOES SHE DO THAT?

15    A    THE USER WOULD SELECT THE PHOTO THAT SHE WANTS

16    TO E-MAIL AND THEN TAP THE SHARE BUTTON, TAP THE

17    E-MAIL PHOTO BUTTON, AND THEN A MAIL SHEET WILL

18    COME UP WITH THE PHOTO ATTACHED TO THE E-MAIL AND

19    SHE CAN BEGIN WRITING HER E-MAIL.

20    Q    AFTER A USER HAS SELECTED A PHOTO AND STARTS

21    WRITING THE E-MAIL, CAN THE USER THEN SELECT OTHER

22    PHOTOS TO E-MAIL?

23    A    NO, NOT WITHOUT LEAVING THE E-MAIL.

24    Q    CAN THE USER SCROLL THROUGH OTHER PHOTOS TO

25    SEE IF THERE MIGHT BE OTHER PHOTOS THAT SHE WANTS

1    TO SEND IN THE SAME E-MAIL?

2    A    NO, NOT WITHOUT LEAVING THE E-MAIL.

3    Q    AND HAVE YOU PREPARED A VIDEO TO HELP

4    DEMONSTRATE THIS AS WELL?

5    A    YES.

6    Q    CAN WE PLEASE HAVE PDX 53.9.

7            PLEASE EXPLAIN.

8    A    SO HERE I'M LAUNCHING THE PHOTOS APP, AND THEN

9    A LIST OF PHOTO ALBUMS ON THE DEVICE WILL APPEAR.

10           I'VE SELECTED THE VACATION PHOTO ALBUM

11   AND NOW I'VE SELECTED A PHOTO.  I'M TAPPING THE

12   SHARE BUTTON AT THE BOTTOM, AND NOW THE E-MAIL

13   PHOTO BUTTON, AND YOU CAN SEE THE MAIL SHEET COMING

14   UP WITH THE PHOTO ATTACHED TO THE E-MAIL.

15           AND NOW YOU CAN SEE I'M TRYING TO

16   NAVIGATE TO OTHER PHOTOS, BUT I CAN'T.  I'M STUCK

17   IN THE E-MAIL.

18   Q    IN THE CAMERA APP, WOULD A USER BE ABLE TO

19   SELECT OTHER PHOTOS AFTER CHOOSING TO E-MAIL A

20   PHOTO?

21   A    NO.  IT BEHAVES THE SAME AS THE PHOTOS APP.

22           MR. SELWYN:  THANK YOU, MS. KIM.

23           NO FURTHER QUESTIONS.

24           THE COURT:  ALL RIGHT.  IT'S 1:30.

25           ANY CROSS?

```
 1              GO AHEAD, PLEASE.

 2              MR. JOHNSON:  THANK YOU, YOUR HONOR.

 3                  CROSS-EXAMINATION

 4    BY MR. JOHNSON:

 5    Q    GOOD AFTERNOON, MS. KIM.  I'M KEVIN JOHNSON.

 6    JUST A COUPLE OF QUESTIONS.

 7              BEFORE SELLING ITS IPHONES, IPADS, AND

 8    IPOD TOUCHES TO THE PUBLIC, APPLE TESTS THOSE

 9    PRODUCTS TO MAKE SURE THAT A USER CAN SEND AN

10    E-MAIL, E-MAIL A PHOTO, AND ACTUALLY SCROLL THROUGH

11    THE PHOTOS; RIGHT?

12    A    YES.

13    Q    LET ME -- YOU SHOULD HAVE A BINDER IN FRONT OF

14    YOU THAT'S BLACK.  I WANT TO DIRECT YOUR ATTENTION

15    TO DX 647.

16              YOU RECOGNIZE THIS; RIGHT?  LET ME JUST

17    ASK YOU, WHAT IS THIS?

18    A    I RECOGNIZE THIS KIND OF E-MAIL, AND IT LOOKS

19    LIKE A -- THE REPORT FOR QUICK LOOK TESTS.

20              MR. JOHNSON:  YOUR HONOR, WE MOVE FOR

21    ADMISSION OF DX 647.

22              MR. SELWYN:  NO OBJECTION.

23              THE COURT:  NO OBJECTION.  OKAY.  647 IS

24    ADMITTED.

25              (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER
```

1           647, HAVING BEEN PREVIOUSLY MARKED FOR

2           IDENTIFICATION, WAS ADMITTED INTO

3           EVIDENCE.)

4    BY MR. JOHNSON:

5    Q    AND, MS. KIM, CAN YOU ALSO LOOK AT EXHIBIT

6    648, PLEASE?  AND WHAT'S THIS, PLEASE?

7    A    THIS ALSO LOOKS LIKE A KIND OF E-MAIL FOR A

8    QUICK LOOK REPORTS.

9           MR. JOHNSON:  YOUR HONOR, WE'D ASK THAT

10   EXHIBIT 648 BE MOVED IN EVIDENCE.

11          THE COURT:  ANY OBJECTION?

12          MR. SELWYN:  NO OBJECTION.

13          THE COURT:  IT'S ADMITTED.

14          (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

15          648, HAVING BEEN PREVIOUSLY MARKED FOR

16          IDENTIFICATION, WAS ADMITTED INTO

17          EVIDENCE.)

18   BY MR. JOHNSON:

19   Q    MS. KIM, DURING THE VIDEO THAT WE SAW, YOU

20   SHOWED AN INSTANCE FOR THE IPOD AND I THINK THE

21   IPAD WHERE, AFTER YOU'D TAKEN A PHOTO, IT DIDN'T

22   RETURN TO THE SAME PHOTO IN THE GALLERY.  DO YOU

23   REMEMBER THAT?

24   A    YES.

25   Q    NOW, THERE ARE PLENTY OF INSTANCES WHERE IT

187

1    DOES RETURN TO THE SAME PHOTO; RIGHT?

2    A    IT CAN RETURN TO THE SAME PHOTO.

3    Q    AND YOU'RE AWARE THAT IT DOES; RIGHT?

4    A    IN SOME CASES, YES.

5             MR. JOHNSON:  OKAY.  THANK YOU VERY MUCH.

6             NO FURTHER QUESTIONS, YOUR HONOR.

7             THE COURT:  ALL RIGHT.  1:38.

8             IS THERE ANY REDIRECT?

9             MR. SELWYN:  NO, YOUR HONOR.

10            THE COURT:  ALL RIGHT.  MAY THIS WITNESS

11   BE EXCUSED, AND IS IT SUBJECT TO RECALL OR NOT?

12            MR. LEE:  I THINK --

13            MR. SELWYN:  SHE MAY BE EXCUSED AND IS

14   NOT SUBJECT TO RECALL.

15            THE COURT:  DO YOU AGREE WITH THAT?

16            MR. JOHNSON:  YES, YOUR HONOR.

17            THE COURT:  ALL RIGHT.  THEN YOU MAY BE

18   EXCUSED.

19            MR. LEE:  YOUR HONOR, APPLE NOW CALLS

20   PROFESSOR DOURISH, WHO I THINK IS NEXT ON THE LIST

21   WE GAVE YOUR HONOR.

22            THE COURT:  OKAY.  GO AHEAD, PLEASE.

23            MR. LEE:  MR. SELWYN IS GOING TO DO THE

24   HONORS AGAIN, YOUR HONOR.

25            THE COURT:  OKAY.

```
 1              THE CLERK:  MR. DOURISH, PLEASE STAND AND

 2    RAISE YOUR RIGHT HAND.

 3                       PAUL DOURISH,

 4    BEING CALLED AS A WITNESS ON BEHALF OF THE

 5    PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS

 6    EXAMINED AND TESTIFIED AS FOLLOWS:

 7              THE WITNESS:  I DO.

 8              THE CLERK:  THANK YOU.  PLEASE BE SEATED.

 9              THE COURT:  TIME IS 1:38.

10              GO AHEAD, PLEASE.  1:39.  GO AHEAD.

11                    DIRECT EXAMINATION

12    BY MR. SELWYN:

13    Q    GOOD AFTERNOON, SIR.  WOULD YOU PLEASE

14    INTRODUCE YOURSELF TO THE JURY AND TELL US WHERE

15    YOU WORK?

16    A    MY NAME IS PAUL DOURISH.  I'M A PROFESSOR IN

17    THE SCHOOL OF INFORMATION AND COMPUTER SCIENCES AT

18    UNIVERSITY OF CALIFORNIA IRVINE.

19    Q    AND PROFESSOR DOURISH, IF YOU COULD MOVE A

20    LITTLE BIT CLOSER TO YOUR MICROPHONE, THAT WOULD BE

21    GREAT.  THANK YOU.

22              HAVE YOU BEEN RETAINED AS AN EXPERT BY

23    APPLE IN THIS CASE?

24    A    I HAVE.

25    Q    FOR WHICH PATENT HAVE YOU BEEN ASKED TO OFFER
```

```
 1    OPINIONS?

 2    A    THE '893 PATENT.

 3    Q    WOULD YOU PLEASE SUMMARIZE YOUR EDUCATIONAL

 4    BACKGROUND FOR THE JURY?

 5    A    I RECEIVED A BACHELOR OF SCIENCE WITH HONORS

 6    IN ARTIFICIAL INTELLIGENCE AND COMPUTER SCIENCE

 7    FROM THE UNIVERSITY OF EDINBURGH IN 1989, AND A

 8    PH.D. IN COMPUTER SCIENCE FROM THE UNIVERSITY OF

 9    LONDON IN 1996.

10    Q    WHAT DID YOU DO AFTER YOU EARNED YOUR PH.D.?

11    A    THEN I MOVED TO CALIFORNIA TO TAKE UP A

12    POSITION WITH APPLE.

13    Q    WHAT TYPE OF WORK DID YOU DO AT APPLE?

14    A    I WORKED IN APPLE RESEARCH LABS WHERE WE

15    CONDUCTED ADVANCED RESEARCH INTO SOFTWARE

16    ARCHITECTURES FOR USER INTERFACES AND INTERACTIVE

17    SYSTEMS.

18    Q    HOW LONG DID YOU WORK AT APPLE?

19    A    I WAS THERE FOR APPROXIMATELY ONE YEAR.

20    Q    WHAT DID YOU DO NEXT?

21    A    THEN I MOVED UP THE ROAD TO PALO ALTO TO A

22    RESEARCH POSITION AT XEROX PARK.

23    Q    WHAT IS XEROX PARK?

24    A    XEROX PARK IS AN ADVANCED RESEARCH LABORATORY

25    OWNED BY THE XEROX CORPORATION.  IT'S ONE OF THE
```

1    PREEMINENT COMPUTER SCIENCE RESEARCH LABS IN THE

2    WORLD.

3    Q    WHEN DID YOU JOIN THE FACULTY AT THE

4    UNIVERSITY OF CALIFORNIA AT IRVINE?

5    A    I JOINED U.C. IRVINE IN 2000 AS AN ASSISTANT

6    PROFESSOR; I WAS PROMOTED TO ASSOCIATE PROFESSOR

7    WITH TENURE IN 2002; AND THEN FULL PROFESSOR IN

8    2006.

9    Q    WHAT HAS BEEN THE FOCUS OF YOUR RESEARCH AT

10   THE UNIVERSITY?

11   A    I WORKED ON A WIDE VARIETY OF THINGS, BUT MY

12   PRIMARY RESEARCH IS AROUND THE USER EXPERIENCE

13   ASSOCIATED WITH MOBILE AND UBIQUITOUS COMPUTING,

14   INCLUDING SOME WORK SPECIFICALLY FOCUSSED ON HOW

15   PEOPLE CAN CAPTURE AND SHARE DIGITAL IMAGES ON

16   MOBILE PHONES.

17   Q    HAVE YOU AUTHORED ANY BOOKS OR ACADEMIC

18   PUBLICATIONS OVER THE COURSE OF YOUR CAREER?

19   A    I'VE PUBLISHED OVER 100 PAPERS IN PEER

20   REVIEWED CONFERENCES AND JOURNALS, CONTRIBUTED

21   SEVERAL BOOK CHAPTERS, AND WRITTEN TWO BOOKS.

22   Q    AND ARE YOU A NAMED INVENTOR ON ANY PATENTS?

23   A    I'M AN INVENTORY ON 19 PATENTS FROM MY TIME AT

24   XEROX.

25   Q    HAVE YOU EVER TESTIFIED IN COURT BEFORE ?

```
  1    YOU WON ANY AWARDS?

  2    A    YES, I HAVE WON AN AWARD, A COUPLE OF AWARDS

  3    FOR MY TEACHING.  I HAVE WON A NUMBER OF AWARDS FOR

  4    BEST PAPERS.  AND I HAVE ALSO WON A NUMBER OF

  5    AWARDS IN THE FORM OF RESEARCH GRANTS FROM THE

  6    NATIONAL SCIENCE FOUNDATION.

  7    Q    ARE YOU AUTHORED ACADEMIC PUBLICATIONS IN THE

  8    FIELD OF COMPUTER SCIENCE?

  9    A    YES.  I HAVE OVER 70 PEER REVIEWED CONFERENCE

 10    AND JOURNAL PUBLICATIONS.  I HAVE ALSO CO-AUTHORED

 11    TWO TEXTBOOKS ON EMBEDDED SYSTEMS AS WELL.

 12    Q    ARE ANY OF YOUR PUBLICATIONS RELEVANT TO THE

 13    '711 PATENT THAT WE'RE TALKING ABOUT TODAY?

 14    A    YES, MANY OF MY PUBLICATIONS WOULD BE RELEVANT

 15    TO THE '711 PATENT BECAUSE THEY DEAL WITH EMBEDDED

 16    DEVICES, SUCH AS CELL PHONES.

 17         ONE IN PARTICULAR WAS CO-AUTHORED WITH MY

 18    STUDENT, HARDER NICOLE, AND ALSO IS LISTED ON THE

 19    FACE OF THE '711 PATENT.

 20    Q    IF WE COULD PULL UP THE FRONT PAGE OF THE '711

 21    PATENT, CAN YOU IDENTIFY FOR US WHICH PAPER IS

 22    YOURS?

 23    A    YES.  ACTUALLY, I THINK IT'S ON BACK.  THIS --

 24    THIS PAGE ACTUALLY IS CALLED SYNTHESIS OF TIME

 25    CONSTRAINTS, MULTITASKING IMBEDDED SOFTWARE.
```

1    Q    ARE YOU A NAMED INVENTOR ON ANY U.S. PATENTS?

2    A    YES.

3    Q    IN WHICH FIELDS ARE YOUR PATENT?

4    A    I'M AN INVENTOR ON TEN PATENTS AND THEY'RE

5    MOSTLY RELATED TO SOFTWARE AND SOFTWARE EMBEDDED

6    SYSTEMS OF VARIOUS DESIGNS.

7              MR. SELWYN:  YOUR HONOR, WE OFFER

8    DR. GIVARGIS AS AN EXPERT IN THE FIELD OF SOFTWARE

9    DESIGN AND EMBEDDED SYSTEMS.

10              THE COURT:  ANY OBJECTION?

11              MR. DEFRANCO:  NO, YOUR HONOR.

12              THE COURT:  ALL RIGHT.  SO CERTIFIED.

13    BY MR. SELWYN:

14    Q    WHAT WAS YOUR ASSIGNMENT FOR THIS CASE?

15    A    I WAS ASKED TO OFFER AN EXPERT OPINION ON

16    WHETHER THE APPLE PRODUCTS INFRINGE THE '711

17    PATENT, AND ALSO IF THE '711 PATENT IS VALID.

18    Q    ARE YOU BEING PAID BY APPLE?

19    A    YES.

20    Q    WHAT IS YOUR HOURLY RATE?

21    A    IT'S $275 AN HOUR.

22    Q    AND APPROXIMATELY HOW MANY HOURS HAVE YOU

23    WORKED ON THE CASE TO DATE?

24    A    TO DATE, APPROXIMATELY 400 HOURS.

25    Q    IS THIS THE FIRST TIME THAT YOU'VE TESTIFIED

1    IN A COURTROOM?

2    A    YES.

3    Q    VERY BRIEFLY, WHAT OPINIONS DID YOU REACH ON

4    INFRINGEMENT AND VALIDITY OF THE '711 PATENT?

5    A    ON INFRINGEMENT, THE APPLE PRODUCTS DO NOT

6    INFRINGE THE '711 PATENT.  AND THE '711 PATENT,

7    CLAIM 9 IS INVALID.

8    Q    WHAT MATERIALS DID YOU CONSIDER IN REACHING

9    YOUR OPINIONS?

10   A    I REVIEWED THE PATENT ITSELF, THE FILE HISTORY

11   OF THE PATENT, AND ALL OF THE REFERENCES THAT I'VE

12   CITED IN MY REPORTS, INCLUDING THINGS SUCH AS

13   PUBLICATIONS AND SOURCE CODE REVIEW.

14   Q    AND AT A HIGH LEVEL, CAN YOU EXPLAIN TO THE

15   JURY WHAT THE SUBJECT MATTER OF THIS PATENT IS

16   ABOUT?

17   A    YES.  THE '711 PATENT DESCRIBES PORTABLE

18   MOBILE PHONE THAT IS CAPABLE OF PLAYING MUSIC,

19   CAPABLE OF MULTITASKING, AND ALSO ALLOWS YOU TO

20   LISTEN TO MUSIC WHILE OPERATING SOME OTHER FUNCTION

21   OF THE PHONE.

22   Q    BEFORE WE GET INTO THE DETAILS, LET ME ASK YOU

23   ABOUT SOME OF THE TECHNICAL CONCEPTS.

24         FIRST QUESTION.  WHAT IS MULTITASKING?

25   A    MULTITASKING IS THE ABILITY TO PERFORM

```
 1    MULTIPLE FUNCTIONS ON THE PHONE AT THE SAME TIME.

 2    Q    HOW LONG HAS MULTITASKING IN COMPUTER DEVICES

 3    EXISTED?

 4    A    MULTITASKING ON A COMPUTER DEVICE GOES BACK TO

 5    THE EARLY '60S, EARLY DAYS OF COMPUTING.

 6    Q    AND HOW ABOUT IF WE FOCUS ON MOBILE PHONES?

 7    HOW LONG HAVE MOBILE PHONES HAD MULTITASKING

 8    CAPABILITIES?

 9    A    SINCE THE LATE 90S.

10    Q    CAN WE HAVE CLAIM 9 ON THE SCREEN.  AND DO YOU

11    SEE THE TERM -- APPLET?

12    A    YES.

13    Q    CAN WE HIGHLIGHT THAT, PLEASE.  WHAT IS AN

14    APPLET?

15    A    THE COURT HAS OFFERED A DEFINITION FOR THE

16    TERM "APPLET."

17    Q    CAN WE HAVE THE COURT'S CLAIM CONSTRUCTION ON

18    THE SCREEN, PLEASE.  HOW HAS THE COURT DEFINED

19    APPLET AS USED IN CLAIM 9?

20    A    THE COURT HAS DEFINED AN APPLET TO MEAN AN

21    APPLICATION DESIGNED TO RUN WITHIN AN APPLICATION

22    MODULE.

23    Q    UNDER THE COURT'S DEFINITION, DOES IT MATTER

24    IF THE APPLET IS DESIGNED FOR A PARTICULAR

25    OPERATING SYSTEM?
```

```
1    A    NO, IT DOES NOT.

2    Q    WHAT DOES IT MEAN FOR AN APPLICATION TO RUN

3    WITHIN AN APPLICATION MODULE?

4    A    IT MEANS THAT THE APPLET, OR THIS APPLICATION

5    REQUIRES THE APPLICATION MODULE IN ORDER TO RUN.

6    IT REQUIRES THE APPLICATION MODULE TO PROVIDE ALL

7    OF THE RESOURCES NECESSARY TO RUN THE APPLET.

8    Q    OKAY.  CAN WE HAVE PDX 43.6 ON THE SCREEN.

9    NOW, CAN YOU EXPLAIN THE RELATIONSHIP APPLET AND

10   APPLICATION MODULE WITH RESPECT TO THIS

11   DEMONSTRATIVE?

12   A    YES.  HERE YOU SEE THE HARDWARE SYSTEM, AND AN

13   OPERATING SYSTEM OF THAT DEVICE, AND YOU SEE AN

14   APPLICATION MODULE, THAT'S RUN ON THIS DEVICE, AND

15   WITHIN IT YOU HAVE AN APPLET.  THE APPLET IS

16   RUNNING WITHIN THE APPLICATION MODULE.

17   Q    SO I WANT TO MAKE SURE THAT WE ALL UNDERSTAND

18   THE TERMS.  WHAT DO YOU MEAN BY HARDWARE?

19   A    BY HARDWARE, I MEAN THE PROCESSOR, THE

20   MEMORIES AND OTHER CHIPS THAT ARE ON THE LOGIC

21   BOARD OR THE MOTHERBOARD.  I BELIEVE THERE WAS A

22   LOGIC BOARD THAT WAS PASSED AROUND EARLIER.  SO

23   THAT WOULD BE THE HARDWARE.

24   Q    AND WHAT DO YOU MEAN BY OPERATING SYSTEM?

25   A    THE OPERATING SYSTEM IS A LAYER OF SOFTWARE
```

1    THAT ALLOWS AN APPLICATION TO RUN ON THE HARDWARE.

2    Q    CAN YOU GIVE US AN EXAMPLE?

3    A    A HARDWARE COULD BE MOBILE PHONE, SUCH AS AN

4    IPHONE, AND AN OPERATING SYSTEM COULD BE SOMETHING

5    LIKE THE IOS OPERATING SYSTEM.

6    Q    WHAT HAPPENS IF YOU TAKE THE APPLET OUT OF THE

7    APPLICATION MODULE?

8    A    IT WILL NOT RUN, AND AS THIS ILLUSTRATION

9    EMPHASIZES THAT POINT.  IF YOU TAKE THE APPLET

10   OUTSIDE OF THE APPLICATION MODULE, THE APPLET

11   CANNOT RUN.

12   Q    CAN YOU EXPLAIN WHY?

13   A    WELL, THE APPLICATION MODULE PROVIDES ALL OF

14   THE RESOURCES, ALL OF THE, THE ENVIRONMENT FOR THIS

15   APPLET TO RUN.

16        AND WITHOUT THE APPLICATION MODULE, THE

17   APPLET CANNOT GAIN ACCESS TO THE RESOURCES OF THE

18   DEVICE THROUGH THE HARDWARE.

19   Q    SO WE'RE GOING TO BE TALKING A LITTLE BIT MORE

20   ABOUT APPLETS, BUT I THINK IT'S NOW TIME TO DIVE

21   INTO YOUR NON-INFRINGEMENT OPINION.  CAN YOU REMIND

22   US WHAT APPLE PRODUCTS SAMSUNG ALLEGES INFRINGE THE

23   '711 PATENT?

24   A    YES, THE IPHONE 3G, THE IPHONE 3GS, THE IPHONE

25   4, AND THE IPOD TOUCH FOURTH GENERATION.

1   Q    AND LET'S LOOK AGAIN AT CLAIM 9 ON THE SCREEN.

2   CAN YOU GIVE US AN OVERVIEW OF WHAT CLAIM 9

3   DESCRIBES?

4   A    ROUGHLY SPEAKING, CLAIM 9 DESCRIBES A PORTABLE

5   POCKET SIZED MOBILE COMMUNICATION DEVICE THAT IS

6   CAPABLE OF PLAYING MP3 MUSIC, ITS CAPABLE OF

7   MULTITASKING, AND IT'S ALSO -- IT ALLOWS YOU TO

8   LISTEN TO MUSIC WHILE PERFORMING SOME OTHER

9   FUNCTION OF THE PHONE.  AND IT HAS TO DO THAT WITH

10  PARTICULAR PROGRAMMING STYLE CALLED APPLETS.

11  Q    WHAT IS THE BASIS FOR YOUR OPINION THAT THE

12  APPLE PRODUCTS DO NOT INFRINGE CLAIM 9?

13  A    THERE ARE TWO REASONS.  THE APPLE PRODUCTS

14  MAKE NO USE OF APPLETS.  THEY DO NOT USE APPLETS

15  FOR MUSIC PLAY BACK.

16           AND THE SECOND REASON IS THAT THE APPLE

17  PRODUCTS DO NOT HAVE AN MP3 MODE, WHICH IS REQUIRED

18  BY THE CLAIM LANGUAGE.

19  Q    OKAY.  LET ME ASK YOU ABOUT THE FIRST REASON

20  FOR YOUR NON-INFRINGEMENT OPINION RELATING TO

21  APPLET.

22           DID YOU APPLY THE COURT'S CLAIM

23  CONSTRUCTION OF APPLET IN YOUR ANALYSIS?

24  A    YES.

25  Q    DO THE APPLE DEVICES USE APPLETS FOR PLAYING

1      MUSIC?

2      A    THE APPLE PRODUCTS -- DEVICES DO NOT USE

3      APPLETS.  THEY USE STANDALONE APPLICATIONS FOR

4      MUSIC PLAYING.

5      Q    HOW DO YOU KNOW?

6      A    I'VE SPENT SEVERAL DAYS LOOKING AT THE SOURCE

7      CODE OF THE ACCUSED DEVICES.  IN ADDITION, I SPENT

8      ANOTHER DAY, AN EXTRA DAY SPECIFICALLY LOOKING AT

9      THE SOURCE CODE FILES THAT WERE LISTED, EVEN THOUGH

10     HE DID NOT POINT OUT THE APPLET WITHIN THAT CODE,

11     AND IN THE APPLE PRODUCTS, THERE'S ABSOLUTELY NO

12     USE OF APPLETS FOR THE PURPOSE OF MUSIC PLAY.

13     Q    BASED UPON YOUR REVIEW OF THE APPLE SOURCE

14     CODE AND OTHER MATERIALS THAT YOU REVIEWED, WHAT

15     DID YOU LEARN ABOUT THE ARCHITECTURE OF THE APPLE

16     CODE RELEVANT TO CLAIM 9?

17     A    WELL, THE ARCHITECTURE OF, OF THE -- AND I

18     BELIEVE IN THE NEXT SLIDE I HAVE A DEMONSTRATIVE

19     FOR THAT.

20     Q    CAN WE HAVE PDX 43.8.  GO AHEAD?

21     A    THE ARCHITECTURE OF THE APPLE PRODUCTS LOOKS

22     LIKE WHAT'S ILLUSTRATED IN THIS SLIDE.  THERE ARE

23     TWO APPLICATIONS, THE MUSIC APPLICATION, WHICH IS

24     RESPONSIBLE FOR MANAGING THE MUSIC LIBRARY, IT'S

25     RESPONSIBLE FOR ALLOWING TO BUILD PLAY LISTS --

1           THE COURT:  CAN I ASK, CAN YOU KEEP IT

2     DOWN?  I'VE BEEN HEARING THIS LOW HUM OF

3     CONVERSATION.  KEEP IT DOWN.  IF YOU NEED TO TALK,

4     STEP OUTSIDE, PLEASE.

5           GO AHEAD.

6           THE WITNESS:  AND IT'S BASICALLY THE

7     MUSIC APP IS RESPONSIBLE FOR ALL THE FUNCTIONS THAT

8     YOU APPLY TO MUSIC FILES.

9           AND ANOTHER APPLICATION, ANOTHER

10    STANDALONE APPLICATION, THE MEDIA SERVER D, IS

11    RESPONSIBLE FOR ACTUALLY PLAY BACK OF MUSIC.

12          IN FACT, THE MEDIA SERVER D APPLICATION

13    IS RESPONSIBLE FOR ALL OF THE SOUND THAT COMES OUT

14    OF THE IPHONE DEVICE.

15          THE MEDIA SERVER, THE APPLICATION STARTS

16    RUNNING THE MOMENT YOU POWER UP THE DEVICE, AND IT

17    REMAINS RUNNING FOR THE ENTIRE DURATION THAT THE

18    DEVICE IS POWERED UP.  THESE APPLICATIONS DO

19    COMMUNICATE AND SEND MESSAGES.

20    BY MR. SELWYN:

21    Q    IS THE MUSIC APP AN APPLET?

22    A    THE MUSIC APP IS NOT AN APPLET.

23    Q    WHY NOT?

24    A    IT IS NOT AN APPLET BECAUSE IT'S NOT DESIGNED

25    TO RUN WITHIN AN APPLICATION MODULE.  IT'S A

```
1     JUST PLAYED FOR YOU THAT SHOWS THAT THE SONY K700I

2     IS A POCKET SIZED MOBILE COMMUNICATION DEVICE.  IT

3     HAS MP3 PLAYING CAPABILITIES, AND IT'S ALSO

4     MULTITASKING.  HE SHOWED YOU THREE DIFFERENT

5     FUNCTIONS.

6     Q    LET'S GO TO ELEMENT A.  ELEMENT A REQUIRES A

7     CONTROLLER FOR PERFORMING CERTAIN FUNCTIONS.  DO

8     YOU SEE THAT?

9     A    YES.

10    Q    WHAT IS A CONTROLLER?

11    A    A CONTROLLER IS A PROCESSOR.  IT IS WHAT RUNS

12    THE APPLICATIONS.

13    Q    DOES THE SONY K700I HAVE A CONTROLLER?

14    A    YES.

15    Q    HOW DO YOU KNOW?

16    A    I TOOK ONE APART, LOOKED AT THE LOGIC BOARD.

17    IT HAS A PROCESSOR.

18    Q    ELEMENT A ALSO REQUIRES GENERATING A MUSIC

19    PLAYGROUND PLAY OBJECT WHERE IN THE BASIC

20    PLAYGROUND PLAY OBJECT HAS THE APPLICATION MODE.

21    DOES IT HAVE THAT ELEMENT?

22    A    YES, IN THIS SCREEN, YOU SEE THERE IS AN ICON

23    THAT REPRESENTS THE MUSIC PLAY, THE MUSIC PLAYER,

24    AND YOU SAW ME SELECT THAT, THAT IT STARTED PLAYING

25    MUSIC IN THE BACKGROUND.
```

```
1    Q    LET'S TURN NOW TO ELEMENT B.  CAN WE HAVE PDX

2    43.18.  DOES THE SONY K700I INCLUDE AT LEAST ONE

3    APPLET WITH CLAIMED FUNCTION?

4    A    I DON'T KNOW.  I COULD NOT DETERMINE THAT.

5    Q    WHY NOT?

6    A    TO DETERMINE THAT, I WOULD NEED TO LOOK AT THE

7    SOFTWARE OF THE SONY.

8    Q    SO WE'LL LEAVE THAT BOX BLANK, AND LET'S MOVE

9    ON TO THE NEXT ELEMENT.

10            PROVIDING AN INTERFACE FOR MUSIC PLAY BY

11   THE MUSIC PLAYGROUND PLAY OBJECT.  DOES THE SONY

12   K700I HAVE THAT ELEMENT?

13   A    YES, I ALREADY SHOWED IT HAS A MUSIC

14   BACKGROUND PLAY OBJECT, AND IT HAS BUTTONS THAT I

15   WAS PRESSING TO OPERATE THE USER INTERFACE.

16   Q    LET'S GO TO ELEMENT D.  SELECTING AN MP3 MODE

17   IN A POCKET SIZED MOBILE COMMUNICATION DEVICE USING

18   THE INTERFACE.  WHERE DO WE SEE THAT IN THE SONY

19   K700I?

20   A    YES, YOU SAW ME, BY CLICKING THE ICON, IT

21   LAUNCHED THIS APPLICATION FROM WHICH I COULD

22   ACTUALLY SELECT AN MP3 FILE AND FILE THAT FILE.  IT

23   DOES HAVE THIS ELEMENT.

24   Q    NEXT IS ELEMENT E, FOR SELECTING AND PLAYING A

25   MUSIC FILE IN THE POCKET SIZED MOBILE COMMUNICATION
```

6243

```
 1     DEVICE IN THE MP3 MODE.
 2               DOES THE SONY K700I MEET THAT
 3     REQUIREMENT?
 4     A    YES, THOSE FILES ON THAT LIST, THEY'RE ALL MP3
 5     FILES.  THAT'S INDICATED IN THE ZOOM FIGURE.  THE
 6     SCREEN SHOT IS FROM THE VIDEO.  AND IT IS CAPABLE
 7     OF PLAYING MP3 FILES.
 8     Q    CAN WE HAVE PDX 43.20, ELEMENT F.  DOES THE
 9     SONY K700I HAVE THE ELEMENT OF SWITCHING FROM THE
10     MP3 MODE TO A STANDBY MODE WHILE THE PLAYING OF THE
11     MUSIC FILE CONTINUES?
12     A    YES.  THESE SCREEN SHOTS FROM THE VIDEO SHOW
13     YOU THAT I WENT THROUGH A FEW, BUTTON PRESSES TO
14     MINIMIZE THE APPLICATION AND GO BACK TO THE STANDBY
15     MODE.
16     Q    LET'S GO TO ELEMENT G, SELECTING AND
17     PERFORMING AT LEAST ONE FUNCTION OF THE POCKET
18     SIZED MOBILE COMMUNICATION DEVICE FROM THE STANDBY
19     MODE WHILE THE PLAYING OF THE MUSIC FILE CONTINUES.
20               WHERE DO WE FIND THAT IN THE SONY K700I?
21     A    IN THE VIDEO I SHOWED YOU THREE DIFFERENT
22     FUNCTIONS, SCREEN SHOTS OF EACH ONE OF THOSE
23     FUNCTIONS WHILE THE MUSIC WAS PLAYING, AND THE SONY
24     K700 DOES ALLOW TO YOU DO THIS.
25     Q    CAN WE HAVE PDX 43.22.  DOES THE SONY K700I
```

```
 1    HAVE A DISPLAY UNIT FOR DISPLAYING AN INDICATION

 2    THAT THE MUSIC FILE IS BEING PLAYED IN THE STANDBY

 3    MODE?

 4    A    YES.  IN THE STANDBY MODE, I POINTED OUT THE

 5    INDICATION.  IT'S ALSO ZOOMED IN THIS PICTURE.

 6    THERE'S AN INDICATION AT THE TOP OF THE SCREEN THAT

 7    SLOWS THAT THE MUSIC IS PLAYING.

 8    Q    LAST ELEMENT, PDX 43.23.  DOES THE SONY K700I

 9    CONTINUE TO DISPLAY THE INDICATION THAT THE MUSIC

10    FILE IS BEING PLAYED WHILE PERFORMING THE SELECTED

11    FUNCTION?

12    A    YES.  IN ALL THOSE THREE MODES, OR ALL THOSE

13    THREE APPLICATIONS THAT I SHOWED YOU, CALENDAR,

14    STOP WATCH, AND CONTACTS, THAT INDICATION ON TOP OF

15    THE SCREEN WAS THERE.

16    Q    LET'S RECAP FOR A MOMENT.  CAN WE HAVE PDX

17    43.24.  WE'VE CHECKED OFF EVERY ELEMENT FOR CLAIM 9

18    EXCEPT FOR THE APPLET ONE, RIGHT?

19    A    YES.

20    Q    IN YOUR OPINION, WOULD THE USE OF AN APPLET

21    HAVE BEEN OBVIOUS TO A PERSON OF ORDINARY SKILL IN

22    THE ART IN 2005?

23    A    YES.

24    Q    WHY?

25    A    APPLETS WERE WELL KNOWN PRIOR TO 2005.  THEY
```

```
 1     OFFERED A NUMBER OF ADVANTAGES THAT WOULD HAVE BEEN

 2     VERY USEFUL TO TAKE, TO EMPLOY IN A CELL PHONE.

 3     Q    WHAT ADVANTAGES?

 4     A    THOSE WOULD BE, TWO EXAMPLES WOULD BE

 5     PORTABILITY AND SECURITY.

 6     Q    WHAT DO YOU MEAN BY SECURITY AND HOW DO

 7     APPLETS HELP WITH THAT?

 8     A    WELL, BY SECURITY, I MEAN BEING CAREFUL ABOUT

 9     AN APPLICATION GAINING ACCESS TO AN APPLICATION

10     THAT'S POSSIBLY MALICIOUS OR BUGGING GAINING ACCESS

11     TO THE DATA STORED ON THE DEVICE, AND APPLETS HELP

12     BY THE FACT THAT THEY RUN WITHIN AN APPLICATION

13     MODULE, IT ALLOWS THE APPLICATION MODULE TO SERVE

14     AS A LAYER OF PROTECTION.  IT LIMITS THE ACCESS OF

15     THE APPLET TO THE DEVICE.

16     Q    DO YOU HAVE ANY OTHER BASIS FOR YOUR

17     CONCLUSION THAT IT WOULD HAVE BEEN OBVIOUS FOR A

18     PERSON OF ORDINARY SKILL TO USE AN APPLET FOR

19     BACKGROUND MUSIC PLAY IN A MOBILE PHONE?

20     A    YES, THERE'S A PATENT BY WONG, W-O-N-G, THAT

21     TEACHES THE USEFULNESS OF APPLETS FOR MOBILE

22     DEVICES.

23     Q    COULD YOU TURN TO TAB 6 IN YOUR BINDER.  DO

24     YOU RECOGNIZE -- WHICH IS PX 91.  DO YOU RECOGNIZE

25     THAT?
```

                                                                    6246

1      A     YES.

2      Q     WHAT IS IT?

3      A     THIS IS THE PATENT TO WONG.

4                  MR. SELWYN:  YOUR HONOR, WE OFFER PX 91.

5                  THE COURT:  ANY OBJECTION?

6                  MR. DEFRANCO:  NO, YOUR HONOR.

7                  THE COURT:  IT'S ADMITTED.

8                  (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

9                  91, HAVING BEEN PREVIOUSLY MARKED FOR

10                 IDENTIFICATION, WAS ADMITTED INTO

11                 EVIDENCE.)

12     BY MR. SELWYN:

13     Q     WHEN WAS THE WONG PATENT PUBLISHED?

14     A     THE DATE OF THE WONG PATENT IS OCTOBER 24TH,

15     2002.

16     Q     AND WAS THE WONG PATENT CONSIDERED BY THE

17     PATENT OFFICE DURING THE PROSECUTION OF THE '711

18     PATENT?

19     A     NO.

20     Q     WHAT DOES THE WONG PATENT DISCLOSE?

21     A     WELL, THE WONG PATENT TALKS ABOUT THE JAVA

22     MEDIA FRAMEWORK SPECIFICALLY INTENDED FOR MOBILE

23     PHONES, AND I HAVE A DEMONSTRATIVE FOR THAT IF WE

24     CAN GO TO THE NEXT SLIDE.

25     Q     CAN WE HAVE PDX 43.28.

1    A    YES.  IN THIS SLIDE WE SEE THAT IN PARAGRAPH 1

2    OF THE WONG PATENT, IT TALKS ABOUT MULTIMEDIA

3    FRAMEWORK INTENDED FOR MOBILE DEVICES, PARAGRAPH 2

4    DESCRIBES THIS IN MORE DETAIL.  IT SPECIFICALLY

5    TALKS ABOUT SMALLER PROGRAMS KNOWN AS APPLETS.

6            AND IF YOU WERE TO GO TO THE NEXT SLIDE,

7    YOU SEE THAT IT ALSO TALKS ABOUT THE JMF, THE JAVA

8    MULTIMEDIA FRAMEWORK, IS CAPABLE OF FRAMEWORK AND

9    MP3 AUDIO FILES.

10   Q    IN YOUR OPINION, WOULD A PERSON OF ORDINARY

11   SKILL IN THE ART IN 2005 HAVE BEEN MOTIVATED THAT

12   COMBINE THE TEACHINGS OF WONG WITH THE SONY K700I

13   DEVICE?

14   A    YES.  WONG DOES TALK ABOUT JAVA AS BEING A

15   VERY USEFUL ENVIRONMENT FOR MOBILE PHONES.  IT THEN

16   TALKS ABOUT THIS FRAMEWORK, THIS MULTIMEDIA

17   FRAMEWORK THAT ALLOWS YOU TO, IN ESSENCE, WRITE

18   APPLETS OR JAVA APPLICATIONS THAT RUN ON MOBILE

19   PHONES AND THAT ARE CAPABLE OF PLAYING WAVE FILES

20   OR MP3 FILES.  THAT WOULD HAVE BEEN EXACTLY THE

21   KIND OF THINGS WONG WOULD HAVE NEEDED IN A CELL

22   PHONE.

23   Q    LET'S SUM UP .  WHAT'S YOUR OPINION REGARDING

24   WHETHER THE SONY K700I WHEN COMBINED WITH THE WONG

25   PATENT, HOW THAT AFFECTS THIS PATENT?

```
 1    A    IT IS $425.

 2    Q    AND APPROXIMATELY HOW MANY HOURS HAVE YOU

 3   WORKED ON THIS CASE TO INDICT?

 4    A    THUS FAR AROUND 225.

 5    Q    WHAT WAS YOUR ASSIGNMENT IN THIS CASE?

 6    A    I WAS ASKED TO PROVIDE MY EXPERT OPINION ON

 7   WHETHER OR NOT THE '460 PATENT IS VALID, AS WELL AS

 8   WHETHER CERTAIN APPLE PRODUCTS INFRINGE ON THAT

 9   PATENT.

10    Q    WHAT MATERIALS DID YOU CONSIDER IN REACHING

11   YOUR OPINIONS?

12    A    WELL, OF COURSE THE '460 PATENT ITSELF, ITS

13   PROSECUTION HISTORY.  I ALSO EXAMINED THE PRIOR

14   ART, A FEW PATENTS, AS WELL AS VARIOUS DOCUMENTS

15   FROM BOTH SIDES, SUCH AS DEPOSITION TRANSCRIPT,

16   EXPERT REPORTS AND SUCH.

17           I ALSO EXAMINED CERTAIN APPLE SOURCE CODE

18   AS WELL.

19    Q    HAVE YOU REACHED AN OPINION AS TO WHETHER OR

20   NOT THE APPLE PRODUCTS INFRINGE THE '460 PATENT AND

21   WHETHER THAT PATENT IS VALID?

22    A    YES, I HAVE.

23    Q    WHAT IS YOUR OPINION?

24    A    THE '460 PATENT IS NOT VALID AND THE APPLE

25   PRODUCTS DO NOT INFRINGE ON THAT PATENT.
```

1    Q    CAN YOU TELL US, AT A HIGH LEVEL, WHAT THE

2    SUBJECT MATTER IS OF THE '460 PATENT?

3    A    THE '460 PATENT IS ABOUT A NETWORK CONSISTING

4    OF SEVERAL STEPS FOR A USER OF A DEVICE THAT HAS

5    BOTH PHONE AND CAMERA FUNCTIONS TO BE ABLE TO SEND

6    AN E-MAIL WITH A MESSAGE ONLY, AN E-MAIL WITH A

7    MESSAGE AND AN IMAGE, AS WELL AS TO SCROLL-THROUGH

8    IMAGES ON THE DEVICE.

9    Q    NOW, I'D LIKE, IF YOU COULD, TO ROLL BACK THE

10   CLOCK FOR US A LITTLE BIT TO THE TIME THAT SAMSUNG

11   APPLIED FOR THE '460 PATENT, FEBRUARY OF 1999.

12          WHAT TECHNOLOGIES EXISTED AS OF THAT TIME

13   RELEVANT NOT '460 PATENT?

14   A    THERE WERE THREE, A CELLULAR TELEPHONE,

15   DIGITAL PHOTOGRAPHING, AND MOBILE COMPUTER.

16   Q    BRIEFLY, WHAT WAS THE STATE OF CELL PHONE

17   TECHNOLOGY AS OF FEBRUARY 1999?

18   A    WELL, CELL PHONES EXISTED.  BY THAT TIME, THEY

19   HAD ADOPTED DIGITAL TECHNOLOGY, AND AS A RESULT,

20   BEYOND JUST MAKING PHONE CALLS, THEY COULD ALSO

21   HANDLE OTHER TYPES OF DATA.  SO, FOR EXAMPLE, WE

22   COULD SEND E-MAIL, WE COULD SEND TEXTS, WE COULD DO

23   OTHER FUNCTIONS.

24          MOREOVER, ON THE DEVICE ITSELF, YOU HAD

25   FUNCTIONS LIKE CALENDARING, CONTACT LIST, THAT SORT

```
 1    OF THING.

 2    Q    WHAT WAS THE STATE OF DIGITAL PHOTOGRAPHY AS

 3    OF FEBRUARY 1999?

 4    A    SO, AGAIN, DIGITAL CAMERAS EXISTED.  BENEFITS

 5    OF IT WAS TAKING PHOTOS IN A DIGITAL FORM VERSUS

 6    SIMPLY TAKING IMAGES.  A USER COULD ALSO EDIT THEM,

 7    BROWSE THROUGH THEM, DO OTHER FUNCTIONS ON THEM,

 8    E-MAIL THEM, FOR EXAMPLE.

 9            MOREOVER, AS A RESULT OF DIGITAL

10    TECHNOLOGY, THE CAMERA MODELS THEMSELVES HAD BECOME

11    SMALL ENOUGH SO THAT THEY COULD BE INCORPORATED

12    INTO OTHER DEVICES, NOT JUST STAND ALONE.  FOR

13    EXAMPLE, THEY COULD BE PART OF A PHONE OR PDA,

14    THINGS LIKE THAT.

15    Q    WHAT WAS THE STATE OF PORTABLE COMPUTING AS OF

16    FEBRUARY 1999?

17    A    WELL, A VARIETY OF PORTABLE COMPUTERS EXISTED.

18    LAPTOPS, OBVIOUSLY.  IN MID-'90S, THERE WERE

19    PERSONAL DIGITAL ASSISTANTS WERE VERY POPULAR.

20    SOME OF YOU MAY RECALL A PALM PILOT, WHICH WAS VERY

21    POPULAR IN THE MID-'90S.

22            ESSENTIALLY ON THE SMALL COMPUTERS YOU

23    COULD DO A VARIETY OF FUNCTIONS WHICH WERE TYPICAL

24    OF COMPUTING, SEND AN E-MAIL, BROWSING THROUGH

25    DOCUMENTS, THINGS LIKE THAT.
```

```
1    Q    LET'S TURN TO THE PATENT.  CAN WE HAVE CLAIM 1

2    ON THE SCREEN.  CAN YOU GIVE US AN OVERVIEW OF WHAT

3    CLAIM 1 DESCRIBES?

4    A    SO CLAIM 1 DESCRIBES A SPECIFIC METHOD, WHICH

5    IS BASED ON THE USER MODES AND SUB-MODES, SO THAT A

6    USER OF THE DEVICE THAT IS BOTH PHONE AND CAMERA

7    FUNCTIONS IN THE PHONE, COULD DO, FOR INSTANCE,

8    SENDING E-MAIL WITH A MESSAGE ONLY, SEND AN E-MAIL

9    WITH JUST A MESSAGE AND AN IMAGE, AS WELL AS SCROLL

10   THROUGH IMAGES WHICH ARE ON THE DEVICE.

11   Q    WHAT IS A MODE AS USED IN THE PATENT?

12   A    SO A MODE IS A DISTINCT STATE OF OPERATION OR

13   SETTING FOR A DEVICE OR OF AN APPLICATION.  IT'S

14   BEST ILLUSTRATED BY AN EXAMPLE.

15        AS YOU CAN SEE, THIS CLAIM REFERS THE

16   PORTABLE PHONE MODE UNDER ELEMENT A AND HAS A

17   REFERENCE TO A CAMERA MODE UNDER ELEMENT B.

18        SO THESE ARE EXAMPLES OF MODES WHEN THE

19   DEVICE IS IN THE PORTABLE PHONE MODE, YOU HAVE

20   PHONE FUNCTIONS.  WHEN IT'S IN THE CAMERA ROAD, YOU

21   HAVE CAMERA RELATED FUNCTIONS AND THERE'S A SWITCH

22   WHEN THE USER MOVES THE DEVICE BETWEEN THE TWO

23   MODES.

24   Q    LET'S LOOK AT FIGURE 6 OF THE '460 PATENT ON

25   THE SCREEN.  WHAT MODES ARE SHOWN IN FIGURE 6?
```

2295

```
 1    A    YES.  SO I WOULD REQUEST THAT WE HIGHLIGHT A
 2    COUPLE OF BOXES.  BOX 602, WHICH SHOWS THE PORTABLE
 3    PHONE MODE, AND IF YOU COULD GO DOWN AND BOX 614
 4    WHICH SHOWS THE CAMERA MODE.  AND YOU WILL SEE THAT
 5    BOX 612 REFERS TO THE CAMERA ON A SWITCH THAT I
 6    JUST MENTIONED WITHIN WHICH THE DEVICE MOVES FROM
 7    ONE MODE TO THE OTHER.
 8    Q    HOW DOES THE PATENT DESCRIBE THE PORTABLE
 9    PHONE MODE?
10    A    IN THE PORTABLE PHONE MODE, THE PHONE RELATED
11    FUNCTIONS ARE DONE, SO RELATED TO RECEIVE PHONE
12    CALL, MAKE PHONE CALLS, THINGS LIKE THAT.
13    Q    CAN THE USER TAKE A PHOTO FROM THE PORTABLE
14    PHONE MODE OF THE '460 PATENT?
15    A    NO, HE CANNOT BECAUSE THE USER HAS TO TURN
16    THAT SWITCH ON, MOVE TO THE CAMERA MODE TO BE ABLE
17    TO DO THAT.
18    Q    WHAT DOES FIGURE 6 TELL US ABOUT THE CAMERA
19    MODE?
20    A    WELL, IN THE CAMERA MODE, IF YOU CAN GO DOWN
21    THE FIGURE A LITTLE BIT, IN THE CAMERA MODE, THE
22    CAMERA HAS TURNED ON AND THEN A CAMERA RELATED
23    FUNCTIONS, TAKING A PHOTO, BROWSING THROUGH THE
24    PHOTOS THAT WERE TAKEN, CAN BE PERFORMED.
25              AND, AGAIN, BECAUSE OF THE SWITCH IN THAT
```

1    MODE, THE USER CANNOT MAKE PHONE CALLS.  IT'S IN

2    CAMERA MODE.

3    Q    CAN THE DEVICE BE IN MORE THAN ONE MODE AT

4    ONCE?

5    A    NO, IT CANNOT.

6    Q    HOW DO YOU KNOW?

7    A    WELL, THAT SWITCH THAT I REFERRED TO, SO IN

8    THIS FIGURE, YOU SEE THAT HOW WHEN THE USER TURNS

9    THAT SWITCH ON, IT MOVES FROM PHONE TO CAMERA MODE.

10   THERE IS ANOTHER FIGURE IN THE PATENT, FIGURE 8,

11   WHETHER THE DEVICE HAPPENS WHEN THE USER TURNS THE

12   SWITCH OFF, IT RETURNS BACK TO THE PHONE MODE.

13   Q    OKAY.  LET'S TURN NOW TO YOUR NON-INFRINGEMENT

14   OPINION.  CAN YOU REMIND US FIRST WHAT THE ACCUSED

15   PRODUCTS ARE?

16   A    THERE ARE FIVE PRODUCTS.  THE IPHONE 3G, THE

17   IPHONE 3GS, THE IPHONE 4, THE IPOD TOUCH FOURTH

18   GENERATION, AND THE IPAD 2.

19   Q    COULD YOU GIVE US AN OVERVIEW OF THE REASONS

20   WHY YOU BELIEVE APPLE PRODUCTS DO NOT INFRINGE

21   CLAIM 1.

22   A    WELL, THERE ARE THREE REASONS:  FIRSTLY, APPLE

23   PRODUCTS ARE SIMPLY INCAPABLE OF PERFORMING THE

24   STEPS IN THE ORDER THAT THE CLAIM LANGUAGE OF THE

25   CLAIM REQUIRES;

```
 1              SECONDLY, CURRENT APPLE PRODUCTS DO NOT
 2   HAVE THE SCROLL KEY, WHICH IS MENTIONED IN ELEMENT
 3   C OF THE CLAIM; AND,
 4              FINALLY, APPLE PRODUCTS ORGANIZE THEIR
 5   CAMERA AND PHONE FUNCTIONS USING A NEW WAY, APPS OR
 6   APPLICATIONS, AS OPPOSED TO MODES THAT THE '460
 7   PATENT USES.
 8   Q    CAN WE HAVE PDX 52.2 BACK ON THE SCREEN, WHICH
 9   IS CLAIM 1.
10              DO YOU HAVE AN OPINION WHETHER THE FIVE
11   ELEMENTS DESCRIBED IN CLAIM 1 MUST OCCUR IN A
12   CERTAIN ORDER?
13   A    YES, I DO.
14   Q    WHAT IS THAT?
15   A    WELL, ELEMENT A AND B MUST OCCUR IN ORDER, AND
16   ELEMENT B, C, AND E MUST OCCUR IN ORDER.
17   Q    NOW, I WANT TO GO THROUGH THIS SLOWLY WITH
18   YOU.
19              WHAT ORDER IS REQUIRED BETWEEN ELEMENTS A
20   AND D?
21   A    WELL, A MUST HAPPEN BEFORE D.
22   Q    WHY?
23   A    SO IF YOU LOOK AT ELEMENT A, THIS IS WHERE THE
24   USER STARTS TO COMPROMISE AN E-MAIL, JUST WITH THE
25   MESSAGE, AND ELEMENT D IS ABOUT THE TRANSMISSION OF
```

1    THAT E-MAIL.  SO OBVIOUSLY WE HAVE TO COMPROMISE IT

2    BEFORE THE E-MAIL CAN BE SENT, SO A HAS TO BE

3    BEFORE D.

4    Q    DOES DR. YANG AGREE WITH YOU ON THAT POINT?

5    A    YES, HE DOES.

6    Q    WHAT ORDER IS REQUIRED BETWEEN ELEMENTS B, C,

7    AND E?

8    A    ELEMENT B MUST HAPPEN BEFORE C AND C MUST

9    HAPPEN BEFORE E.

10   Q    WHY?

11   A    WELL, AN EXAMPLE.  ELEMENT B IS ABOUT THE USER

12   IS STARTING TO COMPOSE AN E-MAIL WHICH HAS THE

13   LATEST IMAGE IN IT TAKEN FROM THE CAMERA.  AND

14   ELEMENT E IS ABOUT SENDING THAT E-MAIL.  OBVIOUSLY

15   B HAS TO HAPPEN BEFORE E.

16         NOW, LET'S FOCUS ON C.  AND I WOULD

17   REQUEST THAT WE HIGHLIGHT A COUPLE OF PHRASES ON

18   HERE.  SO FIRSTLY, HIGHLIGHT THE PHRASE OTHER

19   IMAGES AND ELEMENT C, AND I WOULD ALSO LIKE THAT WE

20   HIGHLIGHT DISPLAY AN IMAGE.  SO CAN WE HIGHLIGHT AN

21   IMAGE IN ELEMENT B, TOWARD ATTENTION THE --

22   Q    SO JUST TO SLOW YOU DOWN A MOMENT, DOCTOR,

23   WE'RE HIGHLIGHTING DISPLAYING AN IMAGE IN ELEMENT

24   B; CORRECT?

25   A    THAT'S CORRECT.

```
1    Q    AND WE'VE ALSO HIGHLIGHTED OTHER IMAGES IN

2    ELEMENT C; IS THAT CORRECT?

3    A    YES.

4    Q    SO NOW WOULD YOU EXPLAIN TO US WHERE ELEMENT C

5    FITS INTO THIS?

6    A    RIGHT.  SO PLAIN MEANING OF OTHER IMAGES HAS

7    TO BE WITH REFERENCE TO SOMETHING ELSE, WHICH YOU

8    HAVE DONE PREVIOUSLY, AND THAT'S WHEN THAT'S

9    CAPTURED.  SO CLEARLY LOGICALLY C HAS TO FOLLOW B.

10   OTHERWISE OTHER IMAGES WON'T MAKE ANY SENSE.

11        FURTHERMORE, C HAS TO BE BEFORE E, AND

12   THE REASON FOR THAT IS IF C IS STANDALONE, THAT

13   MEANS YOU ARE GOING TO BE BROWSING MOVING THROUGH

14   THESE IMAGES, BUT THAT WOULD HAVE NOTHING TO DO

15   WITH THE STATED PURPOSE OF THIS CLAIM, WHICH IS IN

16   THE VERY PREAMBLE, A DATA TRANSMISSION METHOD.

17        STEP C HAS TO HAVE SOMETHING TO DO WITH

18   DATA TRANSMISSION METHOD, SO THAT IMPLIES THAT C

19   HAS TO COME BEFORE E.

20   Q    LET ME ASK YOU NOW ABOUT THE APPLE PRODUCTS.

21   CAN THE APPLE PRODUCTS PERFORM THE ELEMENTS IN THE

22   ORDER REQUIRED BY CLAIM 1?

23   A    NO, THEY CANNOT.

24   Q    WHY NOT?

25   A    WELL, APPLE PRODUCTS SIMPLY CANNOT DO STEP C,
```

1    ELEMENT C AFTER ELEMENT B.

2    Q    CAN WE HAVE PDX 52.3 ON THE SCREEN, PLEASE.

3            CAN YOU USE PDX 52.3 TO EXPLAIN YOUR

4    OPINION THAT THE APPLE PRODUCTS CANNOT PERFORM THE

5    STEPS IN THE ORDER REQUIRED BY CLAIM 1?

6    A    YES.  SO WHAT YOU SEE ON THE SCREEN HERE IS

7    HOW THE SCREEN ON THE DEVICE LOOKS AFTER THE USER

8    HAS BEGUN TO COMPOSE AN E-MAIL IN WHICH THERE IS AN

9    IMAGE TO IT.

10           AND NORMALLY YOU DON'T SEE ANY SCROLL

11   KEYS HERE, BUT ACTUALLY THERE'S NO WAY YOU CAN

12   SCROLL THE IMAGES WHILE YOU ARE IN THIS VIEW.  SO

13   STEP C SIMPLY CAN'T BE PERFORMED.

14   Q    WERE YOU IN COURT WHEN DR. YANG TESTIFIED THAT

15   ELEMENT C COULD BE PERFORMED IN ANY ORDER AND AT

16   ANY TIME?

17   A    YES, I WAS.

18   Q    DO YOU AGREE WITH THAT?

19   A    NO, I DO NOT.

20   Q    WHY NOT?

21   A    AS I MENTIONED A SHORT WHILE AGO, IF STEP C IS

22   A STAND ALONE FUNCTION, OPERATION, THEN IT WOULD

23   HAVE NOTHING TO DO WITH DATA TRANSMISSION METHOD,

24   WHICH IS WHAT THIS CLAIM IS ABOUT.

25   Q    LET'S RETURN TO CLAIM 1 AND LET ME ASK YOU

1    ABOUT THE SECOND BASIS OF YOUR NON-INFRINGEMENT

2    OPINION?

3    A    THE SECOND BASIS IS THAT CURRENT APPLE

4    PRODUCTS DO NOT HAVE THE SCROLL KEYS.

5    Q    WHY NOT?

6    A    THEY USE NEWER, MORE SOPHISTICATED METHOD

7    CALLED SWIPING.

8    Q    CAN WE HAVE PDX 52.4 ON THE SCREEN, PLEASE.

9    CAN YOU EXPLAIN THIS SLIDE, PLEASE.

10   A    YES.  SO THIS SHOWS PRECISELY THE POINT I JUST

11   MADE, THAT CURRENT APPLE PRODUCTS, AND THAT'S THE

12   MIDDLE COLUMN IN THIS FIGURE, THEY DO NOT HAVE

13   THOSE ARROW BUTTONS WHICH CORRESPOND TO THE SCROLL

14   KEYS.  THEY INSTEAD HAVE ONLY SWIPING.

15          I WOULD ALSO MENTION THAT IPAD 2 ACTUALLY

16   NEVER HAD THE ARROW BUTTONS, EVEN IN THE PREVIOUS

17   VERSION OF THE IOS OPERATING SYSTEM THAT RUNS ON

18   THESE DEVICES.

19   Q    DID YOU HEAR DR. YANG TESTIFY THAT SWIPING, IN

20   HIS OPINION, MEETS THE SCROLL KEY LIMITATION UNDER

21   SO THE SO-CALLED DOCTRINE OF EQUIVALENTS?

22   A    YES, I HEARD HIM SAY THAT.

23   Q    DO YOU AGREE WITH THAT?

24   A    NO, I DO NOT.

25   Q    CAN WE HAVE VIDEO 50 -- PARDON ME, PDX 53.6 ON

```
1    THE SCREEN.

2              AS WE PLAY THIS, CAN YOU EXPLAIN WHAT

3    WE'RE SEEING?

4    A    YES.  SO THIS IS A VIDEO WE ALSO SAW IN

5    MS. KIM'S TESTIMONY THAT SHOWS HOW USING THE LEFT

6    AND RIGHT ARROW, YOU CAN MOVE THROUGH THE PREVIOUS

7    OR NEXT IMAGE, AND THEY MAY MAKE CHANGES AS YOU

8    WILL NOTICE.

9    Q    NOW LET'S LOOK AT VIDEO PDX 53.7, AND AGAIN

10   CAN YOU EXPLAIN WHAT WE'RE SEEING?

11   A    IN THIS ONE YOU WILL SEE THE USER USING

12   SWIPING TO MOVE THE PREVIOUS IMAGE, AND THERE'S AN

13   IMAGE THAT GOES ON WHERE IT SLIDES AND IT DEPENDS

14   UPON THE WAY THE USER TOUCHES THE PICTURE, THE

15   SPEED AND THE DISTANCE OF THE MOVEMENT OF THE

16   FINGER.

17   Q    SO NOW I WANT TO PUT A LITTLE BIT MORE MEAT ON

18   THE BONES HERE OF HOW DO YOU COMPARE SWIPING WITH

19   SCROLL KEYS.  DOES SWIPING PERFORM SUBSTANTIALLY

20   THE SAME FUNCTION AS SCROLL KEYS?

21   A    NO, IT DOES NOT.  WE JUST SAW THAT SWIPING

22   PROVIDES ANIMATION AS THE USER IS MOVING, AND THE

23   PURPOSE BEHIND THAT IS TO GIVE THE USER A MORE

24   NATURAL PHYSICAL INTERFACE WITH THE DEVICE, AS

25   OPPOSED TO TAPPING ON THE KEYS.
```

```
1     Q    DOES SWIPING PERFORM IN SUBSTANTIALLY THE SAME

2     WAY AS SCROLL KEYS?

3     A    NO, IT DOES NOT.  TO PERFORM THAT ANIMATION,

4     THE UNDERLYING SOFTWARE, THE IOS SOFTWARE, HAS TO

5     DO THOSE FUNCTIONS CORRESPONDING TO THAT IMAGE.

6              AND MOREOVER, I ALSO EXAMINED THE SOURCE

7     CODE FOR THE OLDER APPLE DEVICES WHERE THEY ALSO

8     HAD THE ARROW KEYS, AND THE INTERACTION OF THE

9     APPLICATION WITH THE UNDERLYING OPERATING SYSTEM

10    WAS TOTALLY DIFFERENT.  IT INVOLVED A DIFFERENT SET

11    OF FUNCTIONS, METHODS TO DO THAT.  SO NO.

12    Q    HOW MUCH TIME DID YOU SPEND REVIEWING THE

13    SOURCE CODE?

14    A    ROUGHLY I WOULD SAY 12 TO 14 HOURS OVER TWO

15    DAYS THAT I WAS THERE.

16    Q    DOES SWIPING HAVE SUBSTANTIALLY THE SAME

17    RESULT AS SCROLL KEYS?

18    A    NO, IT DOESN'T.

19    Q    WHY?

20    A    IT CERTAINLY CAN MOVE TO THE NEXT OR PREVIOUS

21    IMAGE, BUT ALSO IF I CAN PUT UP ANOTHER VIDEO TO

22    SHOW --

23    Q    LET'S HAVE PDX 53.8 ON THE SCREEN.

24              CAN YOU EXPLAIN WHAT'S HAPPENING IN THIS

25    VIDEO?
```

6304

```
 1    A    SO YOU WILL SEE THAT HERE THE USER SWIPES, BUT

 2    LOOKS AT THE NEXT PHOTO AND THEN CHANGES THEIR MIND

 3    AND THE PHOTO SNAPS BACK.

 4            AND THE IDEA IS THAT IF YOU'RE LOOKING

 5    FOR A PHOTO AND WHEN YOU REALIZE THE NEXT PHOTO IS

 6    NOT THE ONE YOU WANT, YOU CAN JUST CHANGE YOUR MIND

 7    AND SNAP BACK.

 8            WITH ARROWS YOU SIMPLY CANNOT DO IT.  IT

 9    WILL MOVE TO THE NEXT ONE.

10    Q    SO WE'VE TALKED ABOUT THE ORDER OF STEPS.

11    WE'VE TALKED ABOUT SCROLL KEYS.

12            NOW I WANT TO TURN TO THE THIRD BASIS FOR

13    YOUR NON-INFRINGEMENT OPINION.  CAN YOU REMIND US

14    WHAT THAT IS?

15    A    APPLE PRODUCTS ORGANIZE THEIR CAMERA AND PHONE

16    FUNCTIONS USING A TOTALLY NEW WAY OF APPS AS

17    OPPOSED TO THE MODES THAT THE '460 DEVICE USES.

18    Q    ARE APPS THE SAME THING OR DIFFERENT FROM

19    MODES?

20    A    THEY ARE DIFFERENT.

21    Q    HOW ARE THEY DIFFERENT?

22    A    WELL, APPS ARE STAND ALONE SOFTWARE PROGRAMS.

23    THEY PROVIDE THE USER SOME FUNCTIONS.  THEY PROVIDE

24    SEVERAL BENEFITS TO THE USER IN THAT THEY'RE

25    IMPLEMENTED DIFFERENTLY.
```

1    Q    CAN WE PUT PDX 52.2 SHOWING CLAIM 1 BACK ON

2    THE SCREEN.  ON THIS ISSUE OF APPS VERSUS MODES,

3    WHICH ELEMENTS OF CLAIM 1 HAVE YOU CONCLUDED ARE

4    MISSING FROM THE APPLE PRODUCTS?

5    A    WELL, APPLE PRODUCTS DO NOT HAVE THE PORTABLE

6    PHONE MODE; THEY DO NOT HAVE A CAMERA MODE; THEY DO

7    NOT HAVE THE FIRST E-MAIL TRANSMISSION SUB-MODE;

8    THEY DO NOT HAVE THE SECOND E-MAIL TRANSMISSION

9    SUB-MODE; THEY DO NOT HAVE THE DISPLAY SUB-MODE.

10   Q    WERE YOU PRESENT IN COURT WHEN DR. YANG

11   TESTIFIED THAT THE APPLE PRODUCTS HAVE MODES AS

12   CLAIMED IN THE '460 PATENT?

13   A    YES, I WAS.

14   Q    DO YOU AGREE OR DISAGREE WITH HIM ON THAT?

15   A    I DISAGREE.  THEY DO NOT HAVE THE MODES TALKED

16   ABOUT IN '460.

17   Q    DID YOU HEAR DR. YANG TESTIFY THAT IT IS

18   APPLE'S POSITION THAT THERE ARE NO MODES IN APPLE'S

19   PRODUCTS?

20   A    YES, I HEARD HIM SAY THAT.

21   Q    AND IS IT YOUR TESTIMONY THAT THERE ARE NO

22   MODES IN THE APPLE PRODUCTS?

23   A    NOT AT ALL.  THESE DEVICES DO HAVE MODES, JUST

24   NOT THE MODES THAT ARE DESCRIBED IN '460.  WE OFTEN

25   SEE THE LITTLE SWITCH ON THE SIDE OF PHONES, FOR

```
 1    EXAMPLE, SILENT MODE OR TYPICALLY THEY PROVIDE YOU

 2    WITH THINGS LIKE AIRPLANE MODE.

 3              SO CERTAINLY IT HAS MODES, BUT NOT THE

 4    ONES IN THE '460.

 5    Q    NOW I WANT TO TURN TO YOUR INVALIDITY OPINION,

 6    AND WE'RE GOING TO BE TALKING ABOUT A FEW DIFFERENT

 7    REFERENCES, SO I WANT TO MAKE SURE WE GO THROUGH

 8    THIS SLOWLY.

 9              BRIEFLY, WHAT IS THE BASIS FOR YOUR

10    CONCLUSION THAT CLAIM 1 IS INVALID?

11    A    THE PRIOR ART I EXAMINED, AND SPECIFICALLY

12    THREE PRIOR ART PATENTS, THE SO-CALLED SUSO, HARRIS

13    AND YOSHIDA PATENTS WHICH, IN COMBINATION, MAKE

14    CLAIM 1 OF '460 OBVIOUS FOR SOMEONE OF SKILL IN THE

15    ART.

16    Q    WE'RE GOING TO TALK ABOUT EACH OF THOSE THREE

17    REFERENCES SEPARATELY, BUT BEFORE WE DO THAT, CAN

18    YOU TELL US HOW THOSE REFERENCES RELATE TO ONE

19    ANOTHER?

20    A    WELL, THERE ARE OTHER CAMERA PHONES ACTUALLY,

21    AND IN FACT, GREAT EXAMPLES OF THE THREE

22    TECHNOLOGIES I MENTIONED EARLIER, CELLULAR

23    TELEPHONE, DIGITAL CAMERA, AND MOBILE COMPUTING

24    WHILE THEY WERE CONVERGING PRIOR TO THE '460

25    PATENT.
```

```
1    Q    LET'S TURN NOW TO THAT PRIOR ART.  COULD YOU

2    LOOK IN YOUR BINDER AT TAB 3.  DO YOU RECOGNIZE

3    THAT?

4    A    YES, I DO.

5    Q    WHAT IS IT T?

6    A    THAT'S THE SUSO PATENT THAT I JUST MENTIONED.

7    Q    WHAT IS THE TITLE OF THAT PATENT?

8    A    IT READS "INFORMATION COMMUNICATION TERMINAL

9    DEVICE."

10              MR. SELWYN:  YOUR HONOR, WE OFFER PX 119,

11   THE SUSO PATENT.

12              THE COURT:  ANY OBJECTION?

13              MR. JOHNSON:  NO, YOUR HONOR.

14              THE COURT:  IT'S ADMITTED.

15              (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

16              119, HAVING BEEN PREVIOUSLY MARKED FOR

17              IDENTIFICATION, WAS ADMITTED INTO

18              EVIDENCE.)

19              MR. SELWYN:  COULD WE HAVE FIGURES 8A AND

20   B FROM THE SUSO PATENT ON THE SCREEN.

21   Q    AND GENERALLY WHAT DOES THE SUSO PATENT

22   DESCRIBE?

23   A    WELL, IT DESCRIBES A CAMERA PHONE, AND YOU CAN

24   SEE FROM THIS FIGURE THAT IT HAS BOTH SORT OF A

25   PHONE FUNCTIONALITY AND IT HAS A CAMERA FUNCTION
```

```
 1    WHERE YOU SEE THE IMAGE IN THE RIGHT-HAND VIEW.

 2    Q    NOW TURN IN YOUR BINDER TO TAB 4.  CAN YOU

 3    TELL US WHAT THAT DOCUMENT IS?

 4    A    THAT'S THE HARRIS PATENT.

 5              MR. SELWYN:  YOUR HONOR, WE OFFER THE

 6    HARRIS PATENT, PX 118.

 7              THE COURT:  ANY OBJECTION.

 8              MR. JOHNSON:  NO OBJECTION.

 9              THE COURT:  IT'S ADMITTED.

10              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

11               118, HAVING BEEN PREVIOUSLY MARKED FOR

12               IDENTIFICATION, WAS ADMITTED INTO

13               EVIDENCE.)

14              MR. SELWYN:  CAN WE SHOW FIGURE 8 FROM

15    THE HARRIS PATENT ON THE SCREEN?

16    Q    AND CAN YOU TELL US GENERALLY WHAT THE HARRIS

17    PATENT DESCRIBES?

18    A    IT TOO DESCRIBES A CAMERA PHONE.  YOU SEE A

19    CAMERA, BEING IN THE CAMERA MODE WHERE IT'S SHOWING

20    THE IMAGES.  THERE'S ALSO A LITTLE BUTTON WHICH IS

21    A SOFT KEY TO GO BACK TO THE PHONE FUNCTION.

22    Q    NOW TURN TO TAB 5 IN YOUR BINDER.  DO YOU

23    RECOGNIZE THAT DOCUMENT?

24    A    YES, I DO.

25    Q    WHAT IS IT?
```

```
 1     A    THAT'S THE YOSHIDA PATENT THAT I MENTIONED.

 2              MR. SELWYN:  YOUR HONOR, WE OFFER PX 120,

 3     THE YOSHIDA PATENT.

 4              THE COURT:  ANY OBJECTION?

 5              MR. JOHNSON:  NO OBJECTION.

 6              THE COURT:  IT'S ADMITTED.

 7              (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

 8              120, HAVING BEEN PREVIOUSLY MARKED FOR

 9              IDENTIFICATION, WAS ADMITTED INTO

10              EVIDENCE.)

11              MR. SELWYN:  CAN WE HAVE FIGURE 1.

12     Q    WHAT DOES THE YOSHIDA PATENT DESCRIBE?

13     A    THIS IS THE CAMERA PHONE.  IT HAS CAMERA,

14     PHONE, BOTH.

15     Q    BRIEFLY, CAN YOU DESCRIBE WHY YOU BELIEVE THE

16     YOSHIDA, SUSO AND HARRIS REFERENCES RENDER CLAIM 1

17     OBVIOUS?

18     A    THEY TOGETHER TEACH US EVERY ELEMENT OF THE

19     '460, CLAIM 1, AND THEREFORE WOULD HAVE BEEN

20     OBVIOUS FOR SOMEONE OF SKILL IN THE ART TO COMBINE

21     THEM.

22     Q    WHY WOULD ONE OF ORDINARY SKILL IN THE ART

23     HAVE COMBINED THOSE THREE PATENTS?

24     A    SO I ALREADY REFERRED TO HOW THE THREE

25     TECHNOLOGIES ARE CONVERGING, AND YOU CAN SEE THAT
```

```
 1    BOTTOM IN THE MIDDLE BOX, S558, TALKS ABOUT THE
 2    MAIL TRANSMISSION PROCESS, AND THIS MAIL THAT'S
 3    BEING DISPLAYED ON THE SCREEN IS WHAT BOX S558
 4    SHOWS.
 5    Q    LET'S TURN NOW TO THE LAST ELEMENT OF THE
 6    CLAIM.  DOES YOSHIDA DISCLOSE THE LAST TRANSMITTING
 7    ELEMENT, ELEMENT E?
 8    A    YES, IT DOES.
 9    Q    CAN WE HAVE, PLEASE, PDX 52.17 ON THE SCREEN?
10         TELL US, PLEASE, WHERE DOES YOSHIDA
11    DISCLOSE THE LAST TRANSMITTING ELEMENT?
12    A    RIGHT.  SO I HAVE TAKEN TWO PIECES OF TEXT
13    FROM THE PATENT.  SO IN THAT TOP BOX, LET'S
14    HIGHLIGHT THE PHRASE THE ADDRESS OF THE MAIL, WHICH
15    IS IN THE MIDDLE LINE.
16         AND THEN NEXT ALSO, FROM THE BOTTOM TEXT,
17    LET'S HIGHLIGHT THE TEXT OF THE MAIL, WHICH IS
18    LINES TWO AND THREE, AND LET'S ALSO HIGHLIGHT
19    ATTACH AN IMAGE FILE, WHICH IS FOUR FROM THE
20    BOTTOM.
21         AND WHAT THIS IS DESCRIBING IS HOW THE
22    RECIPIENT'S ADDRESS IS SPECIFIED, AN E-MAIL IS
23    SENT, WHICH HAS A TEXT, ALONG WITH AN ATTACHED
24    IMAGE.
25    Q    IN REACHING YOUR INVALIDITY OPINION, DID YOU
```

```
 1    CONSIDER ANY SECONDARY CONSIDERATIONS OF

 2    NON-OBVIOUSNESS?

 3    A    YES, I DID.

 4    Q    DID YOU FIND ANY EVIDENCE WHETHER ANYONE

 5    COPIED THE '460 PATENT?

 6    A    NO.

 7    Q    DID YOU SEE ANY EVIDENCE ONE WAY OR THE OTHER

 8    ABOUT WHETHER THE '460 PATENT HAD ENJOYED

 9    COMMERCIAL SUCCESS?

10    A    NO, I DID NOT FIND ANY.

11    Q    ARE YOU AWARE OF ANY EVIDENCE SHOWING THAT

12    ANYONE HAD TRIED AND FAILED TO MAKE THE METHODS AND

13    CLAIMS IN THE '460 PATENT?

14    A    NO, I'M NOT AWARE.

15    Q    AND ARE YOU AWARE OF ANY EVIDENCE THAT ANYONE

16    HAS EVER EXPRESSED ANY PRAISE OR CLAIM FOR THE '460

17    PATENT IN THE INDUSTRY?

18    A    NO.

19    Q    HOW DO THESE SECONDARY CONSIDERATIONS AFFECT

20    YOUR OPINION?

21    A    BY THE WAY -- FROM WHAT I STATED, THAT THE

22    '460 PATENT IS OBVIOUS IN LIGHT OF THE PRIOR ART.

23              MR. SELWYN:  THANK YOU.  NO FURTHER

24    QUESTIONS.

25              THE COURT:  ALL RIGHT.  THE TIME IS NOW
```

3617

```
 1      4:20.  ANY CROSS?

 2              MR. JOHNSON:  YOUR HONOR, MAY I HAND OUT

 3      JUST A BINDER BRIEFLY?

 4              THE COURT:  PLEASE, GO AHEAD.

 5              MR. JOHNSON:  MAY I APPROACH?

 6              THE COURT:  PLEASE.

 7              GO AHEAD, PLEASE.  IT'S 4:20.

 8                      CROSS-EXAMINATION

 9      BY MR. JOHNSON:

10      Q    DR. SRIVASTAVA, THE ACCUSED APPLE PRODUCTS

11      HAVE A CAMERA MODE; RIGHT?

12      A    NOT THE CAMERA MODE DESCRIBED IN THE '460, NO.

13      Q    DO YOU REMEMBER YOU WERE DEPOSED IN THIS CASE?

14      A    YES.

15      Q    YOUR DEPOSITION TESTIMONY IS IN FRONT OF YOU

16      IN THE BINDER AT THE BACK.

17      A    YES.

18      Q    IF YOU COULD PULL UP PAGE 179, LINES 16 TO 21.

19      A    PAGE WHAT NUMBER?

20      Q    179, LINES 16 TO 21.

21      A    WHICH TAB FOR THAT, PLEASE?

22      Q    DEPOSITION.  IT'S AT THE BACK.

23      A    OKAY.  AND WHICH LINE TO YOU WANT ME TO GO TO?

24      Q    PAGE 179, LINES 16 TO 21.

25      A    PAGE 179.
```

```
1    Q    DO YOU SEE LINES 16 TO 21?

2    A    YES.

3    Q    THE QUESTION IS, "SO APPLE IS DESCRIBING THE

4    CAMERA FUNCTION WITHIN THE CAMERA APP AS HAVING A

5    CAMERA MODE; RIGHT?

6             "ANSWER:  THAT CAMERA APP HAVING A CAMERA

7    MODE.

8             "QUESTION:  RIGHT?"

9             YOUR ANSWER:  "YEAH."

10             DO YOU SEE THAT?

11    A    YEAH.

12    Q    WAS THAT YOUR TESTIMONY?

13    A    YES.

14    Q    YOU STAND BY THAT TESTIMONY; RIGHT?

15    A    ABSOLUTELY.

16    Q    NOW, YOU'D ALSO AGREE THAT THE ACCUSED APPLE

17    PRODUCTS HAVE A PHOTO BROWSING MODE; RIGHT?

18    A    YOU CAN BROWSE PHOTOS.

19    Q    THEY HAVE A PHOTO BROWSING MODE, SIR, DON'T

20    THEY?

21    A    AGAIN, IN THE PHOTO APP, YOU CAN BROWSE

22    PHOTOS.  THERE IS A SCREEN IMAGE.

23    Q    SIR, THEY HAVE A PHOTO BROWSING MODE, DON'T

24    THEY?

25    A    NO, I DON'T QUITE AGREE WITH YOU.
```

```
 1    Q    OKAY.  LET ME TURN YOUR ATTENTION TO PAGE 146
 2    OF YOUR DEPOSITION, LINE 23 TO 147, LINE 1.
 3    A    146?
 4    Q    YES, PLEASE.  LINE 23.
 5    A    YES.
 6    Q    YOU SAY:  "I MEAN, WERE YOU TO TAP THAT IMAGE,
 7    THE CAMERA APP WOULD THEN -- WOULD THEN LET YOU
 8    SEQUENTIALLY SCROLL THROUGH THE PICTURES THAT ARE
 9    STORED IN MEMORY THAT HAVE BEEN TAKEN BY THE CAMERA
10    AND NOT DELETED.
11              "ANSWER:  YES, IF I WERE TO PRESS THAT
12    ICON, THEN SUBSEQUENTLY IN THE PHOTO BROWSING MODE,
13    I CAN."
14              THAT WAS YOUR TESTIMONY WHEN YOU WERE
15    DEPOSED; RIGHT?
16    A    YES.
17    Q    AND YOU STAND BY THAT TESTIMONY, DON'T YOU?
18    A    YES.
19    Q    NOW, THE SUSO AND HARRIS REFERENCES THAT YOU
20    TALKED ABOUT WITH RESPECT TO VALIDITY, THOSE WERE
21    CONSIDERED BY THE PATENT OFFICE, WEREN'T THEY?
22    A    THEY WERE, YES.
23    Q    AND THE PATENT OFFICE FOUND THEM TO BE
24    DIFFERENT FROM THE '460 PATENT; ISN'T THAT TRUE?
25    A    I'M NOT SURE WHAT YOU MEAN BY "DIFFERENT."
```

1     Q    THE '460 PATENT ISSUED OVER THE SUSO AND

2     HARRIS REFERENCES, DIDN'T IT?

3     A    THAT'S CORRECT.

4            MR. JOHNSON:  THANK YOU.  NO FURTHER

5     QUESTIONS.

6            THE COURT:  ALL RIGHT.  IT'S 4:23.

7            ANY REDIRECT?

8            MR. SELWYN:  VERY BRIEFLY.

9            THE COURT:  GO AHEAD, PLEASE.

10                  **REDIRECT EXAMINATION**

11    BY MR. SELWYN:

12    Q    SIR, DOES ANY MODE IN THE CAMERA APP

13    CORRESPOND TO ANY OF THE MODES CLAIMED IN THE '460

14    PATENT?

15    A    NO, IT DOES NOT.

16    Q    WHY?

17    A    WELL, FIRST, THE CAMERA APP CAN RUN

18    CONCURRENTLY WITH OTHER APPS, WITH THE PHONE APP,

19    FOR EXAMPLE.

20            THE MODES IN THE '460 PATENT ARE -- YOU

21    CAN BE IN ONE OR THE OTHER, NOT AT THE SAME TIME.

22    SO THEY'RE DIFFERENT FROM MODES DESCRIBED THE '460.

23            MR. SELWYN:  THANK YOU.  NOTHING FURTHER.

24            THE COURT:  ALL RIGHT.  TIME IS NOW 4:23.

25            IS THIS WITNESS EXCUSED AND IS IT SUBJECT

```
 1    TO RECALL?

 2             MR. SELWYN:  THIS WITNESS IS EXCUSED, NOT

 3    SUBJECT TO RECALL.

 4             AND YOUR HONOR, I MISSPOKE BEFORE WITH

 5    RESPECT TO OUR LAST TWO WITNESSES.  DR. DOURISH AND

 6    DR. GIVARGIS, WE DON'T NEED THEM AGAIN.  THEY'RE

 7    NOT SUBJECT TO RECALL BY US.

 8             THE COURT:  OKAY.

 9             MR. SELWYN:  SO THEY CAN BE EXCUSED.

10             THE COURT:  ALL RIGHT.  AND NOT SUBJECT

11    TO RECALL FROM SAMSUNG'S PERSPECTIVE AS WELL;

12    RIGHT?

13             MR. JOHNSON:  THAT'S CORRECT, YOUR HONOR.

14             THE COURT:  OKAY.  YOU ARE EXCUSED.

15             CALL YOUR NEXT WITNESS, PLEASE.

16             MR. LEE:  YOUR HONOR, APPLE CALLS

17    PROFESSOR HYONG KIM.

18             IF WE CAN JUST HAVE A MINUTE TO GET THE

19    BINDERS UP?

20             THE COURT:  GO AHEAD.

21             MR. LEE:  YOUR HONOR, JUST SO I KNOW WHEN

22    TO STOP, IS THIS CLOCK ON TIME WITH YOURS?

23             THE COURT:  UM, I HAVE 4:24.

24             MR. LEE:  OKAY.

25             THE COURT:  I DON'T KNOW IF THE JURORS
```

1    WANT TO GO AN EXTRA FIVE MINUTES TODAY.

2              MR. LEE:  ALL RIGHT.  I'LL TRY TO GO TEN.

3              THE COURT:  OKAY.

4              THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

5                      **HYONG KIM,**

6    BEING CALLED AS A WITNESS ON BEHALF OF THE

7    PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS

8    EXAMINED AND TESTIFIED AS FOLLOWS:

9              THE WITNESS:  I DO.

10             THE CLERK:  THANK YOU.  PLEASE BE SEATED.

11             THE COURT:  TIME IS 4:25.  GO AHEAD.

12                 **DIRECT EXAMINATION**

13   BY MR. LEE:

14   Q    WOULD YOU SIT UP AND TALK INTO THE MICROPHONE?

15             GOOD AFTERNOON, PROFESSOR KIM.  WOULD YOU

16   INTRODUCE YOURSELF TO THE JURY?

17   A    MY NAME IS HYONG KIM, AND I LIVE IN

18   PITTSBURGH, PENNSYLVANIA.

19   Q    HAVE YOU BEEN RETAINED BY APPLE AS AN EXPERT

20   WITNESS IN THIS CASE?

21   A    YES.

22   Q    LET ME PUT UP ON THE SCREEN PDX 35.1.  THIS

23   DESCRIBES YOUR BACKGROUND; CORRECT?

24   A    YES.

25   Q    WHERE DO YOU WORK TODAY?

1

2

3                       CERTIFICATE OF REPORTERS

4

5

6

7              WE, THE UNDERSIGNED OFFICIAL COURT

8    REPORTERS OF THE UNITED STATES DISTRICT COURT FOR

9    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

10   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

11   CERTIFY:

12             THAT THE FOREGOING TRANSCRIPT,

13   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

14   CORRECT TRANSCRIPT OF OUR SHORTHAND NOTES TAKEN AS

15   SUCH OFFICIAL COURT REPORTERS OF THE PROCEEDINGS

16   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

17   TRANSCRIPTION TO THE BEST OF OUR ABILITY.

18

19                      /S/
                   _____
20                 LEE-ANNE SHORTRIDGE, CSR, CRR
                   CERTIFICATE NUMBER 9595
21

22                      /S/
                   _____
23                 IRENE RODRIGUEZ, CSR, CRR
                   CERTIFICATE NUMBER 8074
24

25                 DATED:  AUGUST 16, 2012