Pierce Declaration

# EXHIBIT 13

Filed Under Seal