Pierce Declaration

# EXHIBIT 15

Filed Manually