Pierce Declaration

# EXHIBIT 17

Filed Manually