Pierce Declaration

# EXHIBIT 18

Filed Under Seal