Pierce Declaration

# EXHIBIT 21

**Sender:** SUNGSIK LEE tonyss.lee@samsung.com
**Date Sent:** Tuesday, March 2, 2010 9:16
**Subject:** To UX Executives…

PLAINTIFF'S EXHIBIT NO. 194
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

**Importance: HIGH**

This is Principal Sungsik Lee.

At the Lismore critique meeting yesterday, CEO Gee Sung Choi strongly pointed out Samsung UX's mindset of "clinging to the past generation."

This is being interpreted as an instruction to think about and decide all matters from the perspective of the user. (Not suppliers or providers...) The most representative example is obviously the iPhone.

Of course this must be distinguished from saying that we should do something simply because the iPhone did it that way, but he told us to make judgments based on user convenience, rather than through logical reasoning. For example, he pointed out problems such as where to place "0" level when it comes to messaging. Because of the current integrated messaging, when one opens the Messages app, one must again select between Messages or E-mail, and even after again selecting Messages while there, one is taken to the List rather than to the Compose Message window. As such, the user who intended to compose a message eventually loses patience. (Even though this sequence is not wrong logically.) Although this is extreme, I feel this is our current situation in UX.

In the end, we must learn through the lessons of the iPhone that just providing every good feature isn't the way to go about it. Although everyone would agree with this, we would face huge obstacles when putting this into practice. The reality is that it is difficult to remove properly even a small function. The person in charge of each market will prevent it, managers who know the past history will prevent it, product planners will prevent it, and it will be prevented due to insufficient development schedules, and it will be prevented also due to instructions from someone, and so on.

I am not saying to make a UX that is exactly identical to the iPhone, but I am saying to learn the wisdom of the the iPhone and recognize the standard (?) of the industry which was set by them already.

Will we be held back by the attributes which were advantages in the past? Will we accept the new trends?

1. Shall we offer both the Folder view and Conversation view in Messages?
2. Shall we offer the Folders through both the Tap method and List method in E-mails?
3. Shall we offer all of multi-tasking?
4. Shall we offer all of Delta as a function, which has more functionality than the iPhone?
   Urgent problems such as the above are piling up.
   (During yesterday's meeting, the decision to offer both pinch zoom and one-finger zoom was canceled, and it was decided to only offer pinch zoom.)

We must engage in thoughtful reflection in order to create a high quality UX that will not only restore our company's faith in our UX and prove our department's worth, but also be a future market success.

Please weigh in with your opinion so we can compile excellent opinions.

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10247549

TRANSLATION

That's all…

In hopes of a sunny day in Suwon…

Respectfully, Sung-sik Lee.
------- **Original Message** --------
Sender: SOONYOUNG RHEW <soon0.rhew@samsung.com> D4 (Senior)/UX Design Part 2/Samsung Electronics
Date: 2010-03-01 20:35 (GMT +09:00)
Title: Re: RE: [Lismore] Absence of Multi-Tasking Support, Problems When Deleting Folder View

Dear Sung-sik Lee,
Greetings. This is Soonyoung Rhew of the UX Part.
I am e-mailing you to share with you the following.
Thank you.

------ **Original Message** --------
**Sender**: Su-jeong Youn <sj.youn@samsung.com>/ Part Manager/UX Design Part 2 (Mobile) Samsung Electronics
**Date**: 2010-03-01 19:35 (GMT +09:00)
**Title**: RE: [Lismore] Absence of Multi-Tasking Support, Problems When Deleting Folder View

Ms. Rhew, please forward this to Principal Lee. Keep up the hard work…

---- Original Message ----
Sender: Soonyoung Rhew
Date: 2010-03-01 PM 07:24 (GMT +0900)
Subject: [Lismore] Absence of Multi-Tasking Support, Problem When Deleting Folder View

Greetings. This is Soonyoung Rhew of the UX Part.

Principal-
I am responding by e-mail to the inquiries made by Senior Ji-eun Lee.

1. **Problems Arising When There is No Multi-Tasking Support**
- Concerns about reduced competitiveness with other companies (iPhone) (It is possible that the **iPhone 4G** has **multi-tasking** support.)
- In all Apps, concerns for failure to remember and lose the date being input and the screen being viewed
- Need to reform to provide multi-tasking in all apps by supporting **3rd party OSP app** multi-tasking in the future (**Software** upgrade necessary)
  - Although a **UX** request was made to allow multi-tasking support for the early **OSP apps**, this problem is still pending due to development limitations (Multi-tasking is supported only for **Native apps**)
  Lismore target capability plan in the event multi-tasking is not supported.
- Allow memory of the **last task** for **various main apps such as Calls, Messages, Internet**, in a manner identical to that of the iPhone (3G)
  However, the future direction will require development support to allow multi-tasking across all apps in order to bolster competitiveness

2. **Problems When Offering Conversation View Instead of Folders View in Messages**
- There is a need to connect to the user experience of the majority of users (**mass marketing** strategy)
- Surveys also show the **Need** by existing phone users for the Message Folders view (Maintain Folders view which was provided in traditional **mobile phones** such as **Nokia** and **Samsung**)
- They have user experience which can only be provided by the traditional **Folders view**
- The Folders view has advantages in providing convenient functions with multiple items

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10247550

- In the future, we can make improvements for a better UX.  Deleting the current **Folders view** presents a slight challenge.

> Thank you.
> ------------------------------------------------------------------------------------------------------------------
> I am sending you Senior Miyeon's additional explanations of Number 2.
> 1. There is a need to connect to the user experience of the majority of users (**mass marketing** strategy)
>    -The majority of users throughout the world are accustomed to the traditional Message Folders view.
>    -The strategy of Samsung UX is to provide a convenient Conversation view while connecting with their experience in using the above
>    -We feel that naturally inducing users by linking to their experience is a strategy suitable as mass marketing
>    - Traditional mobile companies such as Nokia, Samsung, and LG provide the Message Folders view
>    The MS of iPhone, Android, and others is still not widespread
>
> 2. Surveys also show the Need for the Message Folders view by existing phone users
>    -Users accustomed to the traditional Folders view responded they needed the Folders view (70%)
>    Users accustomed to the Conversation view responded they did not need the Folders view (Among Android UT)
>    -Although existing phone users have a positive view of the utility of the Conversation view, they wish to maintain their experience with the Folders view
>    We view this is as the response of the absolute majority of current users
>    -Consideration needs to be given to early adapters and regular users
>
> 3. They have user experience which can only be provided by the traditional Folders view
>
>    -Function which allows to read received messages and sent messages in chronological order
>    -Function which arrays messages in order of size
>    -Deletion, management of multiple messages,
>
> 3. The Folders view is very advantageous in providing multiple convenient functions
>    -Transmitting appointments, spam filtering function, saving drafts
>    -Messages which have not turned into conversations are encouraged to be deleted (psychologically) and isolated from the UX (Informational messages)
>
> 4. We can make improvements for a better UX in the future.  Deleting the current Folders view presents a slight challenge.
>    -Stability and multi-functionality are strengths of the Samsung UX
>    -While the current UX structure divides Conversations and Folders, we can make improvements toward a more intuitive UX
>    -Rather than proceeding rapidly with deletion of the Folders view, it would be advisable to proceed with making gradual improvements.
> ……………………………………………………………………………………………………………………
> Soonyoung.Rhew
> Tel: +82-2-2255-5467 Mobile: +82-10-7137-6220
> UX Part Design Group
> Mobile Communication Division
> Telecommunication Network Business
> SAMSUNG ELECTRONICS CO., LTD
>
> ………………………………………………....
> LEE, SUNGSIK
> UX Cluster Part, Design Group
> Mobile Communication Division

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10247551

SAMSUNG ELECTRONICS CO., LTD.

T: +82-2-2255-5431

M: +82-10-8931-4619

E: tonyss.lee@samsung.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act.
Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

11 May 2012

I hereby certify that this Korean to English translation of pages SAMNDCA10247549 to SAMNDCA10247552 of the document with the beginning Bates number SAMNDCA10247549 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
Peter Mauro Schroepfer

| | |
|---|---|
| 差出人: | SUNGSIK LEE <tonyss.lee@samsung.com> |
| 送信日時: | 2010年3月2日火曜日 9:16 |
| 件名: | UX 간부께… |
| 重要度: | 高 |

이성식 수석입니다.

어제 LIsmore 품평회에서 대표이사이신 최지성 사장님께서
당사 UX의 "이전 세대에 집착하는" 태도에 대해 강하게 지적하셨습니다.

사용자의 입장에서 모든 것을 생각하고 결정하라는 의미로 해석하고 있습니다.
(공급자나 사업자가 아니라…)
가장 대표적인 예는 당연히 iPhone이 되겠습니다.

단순히 아이폰이 이부분을 이렇게 했으니 그렇게 하자는 것과는 달라야 할 것입니다만,
논리적으로 생각하지말고 사용자의 편의에 의해서 판단하라고도 하셨습니다.
예를 들면 메시지 같은 경우 "0" level을 어디에 둘것인가 같은 문제라고 지적하셨습니다.
현재 통합 메시징 때문에 메시지 어플을 열면 다시 메시지나 이메일 등을 선택해야 하고
거기서 다시 메시지를 선택하더라도 작성창이 아니라 리스트로 가게 되어서
결국 메시지를 작성하고자 했던 사용자는 인내할 수 없는 단계에 이르게 된다는 것입니다.
(이런 순서가 논리적으로는 틀리지 않았습니다만.)
극단적이지만 우리 UX의 현주소라고 생각합니다.

결국 좋은 것을 모두 제공하는 것만이 능사가 아님을 우리는 iPhone의 교훈을 통해 배워야 합니다.
이 부분은 누구나 동감하지만 막상 실천에 옮기려고 하면 큰 장애를 만나게 됩니다.
어느 작은 기능하나 제대로 빼기가 어려운 것이 현실입니다.
각 시장 담당자가 막고, 이전 히스토리를 알고 있는 담당자가 막고, 상품기획자가 막고,
개발일정 부족이라고 막고, 누구누구의 지시라고 막고….

iPhone과 똑같은 UX를 만들자는 것이 아니라
iPhone의 지혜를 배우고 그들이 이미 만든 업계의 표준(?)을 인정하자는 것입니다.

과거의 장점에 사로잡혀 있을 것인가? 새로운 흐름을 받아들일 것인가?
1. 메시지에서 Folder view와 Conversation view를 모두 줄 것인가?
2. 이메일에서 Folder를 Tap방식과 List 방식으로 모두 제공할 것인가?
3. 멀티태스킹을 모두 제공할 것인가?
4. iPhone과 비교하여 추가 제공하고 있는 기능상의 Delta를 모두 제공할 것인가?
 등 당면한 문제가 산적해 있습니다.
(어제 회의에서 핀치줌과 원펑거줌 사용을 모두 주기로 한결정이 취하되고 핀치 줌만 주기로 결정되었습니다.)

사내에서 우리 UX의 신뢰를 되찾고 우리 부서의 존재가치를 증명하기 위해
나아가 시장에서 성공하는 UX 명품을 만들기 위해
심사숙고해야 하겠습니다.
고견을 모을 수 있도록 의견 주시기 바랍니다.

1

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10247549

총총

수원에 엎드려 밝은 날을 기다리며...
이성식 배상.


------ **Original Message** ------
**Sender** : SOONYOUNG RHEW<soon0.rhew@samsung.com> D4(선임)/UX Design Part 2/Samsung Electronics
**Date** : 2010-03-01 20:35 (GMT+09:00)
**Title** : Re: RE: [Lismore] 멀티태스킹미지원, 폴더뷰삭제 시 문제점


이성식 수석님.
안녕하세요. UX파트 류순영입니다.
하기 건에 대해서 메일로 공유 드립니다.
감사합니다.

------ **Original Message** ------
**Sender** : 윤수정<sj.youn@samsung.com> Part장/UX디자인2파트(무선)/삼성전자
**Date** : 2010-03-01 19:35 (GMT+09:00)
**Title** : RE: [Lismore] 멀티태스킹미지원, 폴더뷰삭제 시 문제점

류선임 이수석님께 메일로 보내주세요 수고~


---원본 메시지---
발신인: 류순영
발신일자: 2010-03-01 PM 07:24 (GMT+9:00)
제목 : [Lismore] 멀티태스킹미지원, 폴더뷰삭제 시 문제점

안녕하세요. UX파트 류순영입니다.

수석님~
이지은 책임님께서 문의하셨던 내용 메일로 답변 드립니다.

**1. 멀티태스킹 미지원 시 문제점**
- 타사(iPhone)대비 경쟁력 측면 약화 우려 (iPhone-4G, Multi-tasking 지원 가능성있음)
- 전체어플에서 입력중인데이터, 보고 있던 화면을 기억하지 못하고 날리는 우려 발생
- 향후 3rd party OSP app 멀티태스킹 지원하여 전체어플 멀티태스킹 제공방향으로 개선 필요 (S/W 개선필요)
  - 초기 OSP app에 대해 멀티태스킹 지원가능토록 UX 요청하였으나, 개발제약으로 현안 유지 (Native app에 대해서만 멀티태스킹 지원)

만약 멀티태스킹 미지원 시, Lismore 타겟 가능 방안
- iPhone (3G)방식과 동일하게 <u>Call, Message, Internet</u>등 몇몇 주요 어플 대해서는 Last task 기억하도록 함
단, 향후 방향은 멀티태스킹 전 어플 지원토록 경쟁력 측면 강화하여 개선지원 필요함


**2. 메시지에서 폴더뷰 대신 대화형뷰만 제공 시 문제점**
- 다수 사용자의 사용경험 연계 필요 (Mass market 전략)
- 설문 조사 결과에서도 기존 폰 사용자의 경우 메시지 폴더뷰에 대한 Needs를 나타냄
  (Nokia, Samsung 등 전통적 Mobile에서 제공해주었던 폴더뷰 유지)
- 기존의 Folders view에서만 줄 수 있는 사용 경험이 있음
- 다수 편리 기능 제공에 대해 폴더뷰가 갖는 이점이 큼

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10247550

■ 추후 더 나은 UX로 개선할 수 있음, 현재 Folders view를 삭제하기에는 다소 무리있음

감사합니다.

---

2번에 대한 미연선임 추가 설명 부분 함께 전달 드립니다.

1. 다수 사용자의 사용경험 연계 필요 (Mass market 전략)
  - 전세계 사용자의 대부분이 전통적 메시지 폴더뷰에 익숙함
  - 이에 대한 사용 경험을 연계하면서도 편리한 Conversation view도 제공하는 것이 삼성 UX의 전략임
  - 경험 연계를 통해 자연스럽게 사용자를 유도하는 것이 Mass market에는 적합한 전략으로 사료됨
  - 노키아, 삼성, LG 등 전통적 모바일 업체에서 메시지 폴더 뷰 제공함
    아이폰, 안드로이드 등의 MS는 아직 확산이 미진한 상태임

2. 설문 조사 결과에서도 기존 폰 사용자의 경우 메시지 폴더뷰에 대한 Needs를 나타냄
  - 기존 폴더뷰에 익숙한 사용자는 폴더뷰의 필요하다고 응답함 (70%)
    Conversation view에 익숙한 사용자는 폴더뷰가 필요하지 않다고 응답함 (안드로이드 UT 중)
  - 기존 폰 사용자는 Conversation view의 유용성에 긍정적이면서도, 폴더뷰에 대한 경험도 유지하길 원함
    현재 절대 다수의 사용자의 응답이라고 사료됨
  - Early adaptor와 일반 사용자에 대한 고려 필요함

3. 기존의 Folders view에서만 줄 수 있는 사용 경험이 있음
  - 받은 메시지, 보낸 메시지 등을 시간순으로 열람하는 기능
  - 메시지를 용량 순으로 정렬하는 기능
  - 메시지의 다수 삭제, 관리 등

3. 다수 편리 기능 제공에 대해 폴더뷰가 갖는 이점이 큼
  - 예약전송, 스팸 filtering 기능, Draft 저장함 등
  - 대화가 이루어지지 않는 메시지는 삭제를 유도하며(심리적), UX상 소외됨 (정보 메시지 등)

4. 추후 더 나은 UX로 개선할 수 있음, 현재 Folders view를 삭제하기에는 다소 무리있음
  - 삼성 UX는 안정성과 다기능성이 장점임
  - 현재 Conversations과 Folders가 이분화되어 있는 UX 구조이나, 이는 추후 더 자연스러운 UX로 개선할 수 있음
  - Folders view 삭제라는 급진적 진행보다는 전진적 개선이 바람직한 방향임

---

Soonyoung.Rhew

Tel : +82-2-2255-5467 | Mobile : +82-10-7137-6220
UX Part | Design Group
Mobile Communication Division
Telecommunication Network Business
SAMSUNG ELECTRONICS CO., LTD

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

LEE, SUNGSIK

UX Cluster Part, Design Group

Mobile Communication Division

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10247551

SAMSUNG ELECTRONICS CO., LTD.

T: +82-2-2255-6431

M: +82-10-8931-4619

E: tonyss.lee@samsung.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여
관련 법률에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다.
본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다.
본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged
and confidential information otherwise protected under applicable law including the Unfair Competition Prevention
and Trade Secret Protection Act.
Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited.
If you have received this communication in error, please notify the sender by email and delete the communication immediately.

4

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10247552