# Pierce Declaration

# EXHIBIT 22

Case Clip(s) Detailed Report

# Apple v. Samsung Video DB

Thursday, August 16, 2012, 12:05:01 PM

**PLAINTIFF'S EXHIBIT NO. 218**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
Thursday, August 16, 2012, 12:05:01 PM

## Apple v. Samsung Video DB

 **Ahn, Seung-ho (Vol. 01) - 03/15/2012**                                    1 CLIP  (RUNNING 00:07:35.440)

 FRAND

     **AHNS_FRAND_V4**          **13 SEGMENTS  (RUNNING 00:07:35.440)**      

**1. PAGE 7:10 TO 7:13  (RUNNING 00:00:22.533)**

```
      10   Q:   Could you please state and spell your full
      11    name for the record?
      12   A:   Yes, my name is Seung-Ho Ahn. A-H-N
      13     S-E-U-N-G-H-O.
```

**2. PAGE 23:25 TO 24:04  (RUNNING 00:00:32.067)**

```
      25   Q:   Mr. Ahn, are you the highest ranking
   00024:01    licensing executive at Samsung?
      02   A:   Yes.
      03   Q:   To whom do you report?
      04   A:   That is the CEO.
```

**3. PAGE 31:24 TO 32:21  (RUNNING 00:02:44.121)**

```
      24        The court reporter has marked as Ahn Exhibit 1 a
      25        document entitled "Patent Cross License Agreement
   00032:01     Between Samsung Electronics Co., Ltd., and Intel
      02        Corporation"; as Ahn Exhibit 2 a document entitled
      03        "Amendment Number 1 to the Patent Cross License
      04        Agreement Between Samsung and Intel Corporation Having
      05        an Effective Date of January 1, 1993"; and as Ahn
      06        Exhibit 3, a document with a letter on the cover and
      07        right behind the letter is the actual agreement and
      08        this is "Amendment Number 2 With an Effective Date of
      09        July 1, 2004 To The Patent Cross License Agreement
      10        Between Samsung Electronics Co., Ltd. and Intel
      11        Corporation."
      12        Mr. Ahn, have you seen these before?
      13   A:   I don't think I've looked through all of
      14    them.
      15   Q:   But you have seen these before?
      16   A:   I'm not sure -- considering the title page
      17    all look similar to each other, I'm not sure whether
      18    I've seen this exactly or not.
      19   Q:   Mr. Ahn, do you understand that the
      20    agreement, the patent cross license agreement between
      21    Samsung and Intel, has expired? --
```

**4. PAGE 32:23 TO 32:23  (RUNNING 00:00:04.084)**

```
      23   A:   Yes, that's what I heard.
```

**5. PAGE 98:06 TO 98:08  (RUNNING 00:00:26.200)**

```
      06   Q:   Have you made any effort to familiarize
      07    yourself with the requirements of fair, reasonable and
      08    non-discriminatory licensing?
```

**6. PAGE 98:10 TO 98:10  (RUNNING 00:00:02.034)**

```
      10   A:   No.
```

**7. PAGE 100:20 TO 100:22  (RUNNING 00:00:37.000)**

```
      20        Dr. Ahn, as head of licensing at Samsung, have
      21    you personally taken any steps to ensure that Samsung
      22    complies with its FRAND commitments?
```

**Case Clip(s) Detailed Report**
**Thursday, August 16, 2012, 12:05:01 PM**

## Apple v. Samsung Video DB

**8. PAGE 100:24 TO 101:04 (RUNNING 00:00:43.233)**

```
        24  A:   I am the head of the IP center and I have not
        25       taken any such steps.
 00101:01  BY MR. MUELLER:
        02  Q:   Do you know of anyone at the IP center who
        03       has taken steps to ensure that Samsung complies with
        04       its FRAND commitments?
```

**9. PAGE 101:07 TO 101:08 (RUNNING 00:00:16.134)**

```
        07  A:   I have never verified whether somebody does
        08       that.
```

**10. PAGE 117:21 TO 118:02 (RUNNING 00:00:39.400)**

```
        21  Q:   Mr. Ahn, do you know anything about how the
        22       2.4% number was derived?
        23  A:   No.
        24  Q:   Do you know any reason or basis to support
        25       that number?
 00118:01  A:   Personally, I do not -- there is nothing I
        02       know.
```

**11. PAGE 128:15 TO 128:17 (RUNNING 00:00:37.467)**

```
        15  Q:   Can you give me any reason why any of the
        16       patents asserted by Samsung in any jurisdiction are
        17       important from a technological perspective?
```

**12. PAGE 128:18 TO 128:18 (RUNNING 00:00:01.600)**

```
        18  A:   No.
```

**13. PAGE 130:10 TO 130:13 (RUNNING 00:00:29.567)**

```
        10  Q:   Do you have any knowledge as to whether or
        11       not Samsung played an important role in developing the
        12       cellar telecommunication system?
        13  A:   No, I do -- not really know.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:35.440) |
|---|