Pierce Declaration

# EXHIBIT 23

**DEFENDANT'S EXHIBIT NO. 5%%$$%**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

(19)【発行国】日本国特許庁(JP)
(45)【発行日】平成17年6月6日(2005.6.6)
(12)【公報種別】意匠公報(S)
(11)【登録番号】意匠登録第1241638号(D1241638)
(24)【登録日】平成17年4月15日(2005.4.15)
(54)【意匠に係る物品】カメラ付き携帯電話機
【部分意匠】
(52)【意匠分類】H3-30
(51)【国際意匠分類(参考)】14-03
[Dターム]HCABA00、HCABB03、HCABC00、HCACA06、HCACC02、HCACD01、HCACE01
(21)【出願番号】意願2004-31512(D2004-31512)
(22)【出願日】平成16年10月18日(2004.10.18)
(72)【創作者】
【氏名】小山 啓一
【住所又は居所】大阪府大阪市阿倍野区長池町22番22号 シャープ株式会社内
(73)【意匠権者】
【識別番号】000005049
【氏名又は名称】シャープ株式会社
【氏名又は名称原語表記】SHARP KABUSHIKI KAISHA
【住所又は居所】大阪府大阪市阿倍野区長池町22番22号
【住所又は居所原語表記】22-22, Nagaike-cho, Abeno-ku, Osaka-shi, Osaka 545-8522 JAPAN
(74)【代理人】
【識別番号】100103296
【弁理士】
【氏名又は名称】小池 隆彌
(74)【代理人】
【識別番号】100088281
【弁理士】
【氏名又は名称】田畑 昌男
【審査官】橘 崇生
(56)【参考文献】意登1154720 意登1173802 意登1221142 意登1221145
(55)【意匠の説明】明調子で表した部分が、部分意匠として意匠登録を受けようとする部分である。
【図面】
【開蓋斜視図】

(2)　　　　意匠登録1241638



【斜視図】



【正面図】

(3) 意匠登録1241638



【背面図】



【平面図】



【底面図】

(4) 意匠登録１２４１６３８



【右側面図】



【左側面図】



【内部機構を省略したＡ－Ａ端面図】

(5) 意匠登録1241638



【開蓋正面図】



【開蓋背面図】

SAMNDCA00255251

(6) 意匠登録1241638



【開蓋平面図】



【開蓋底面図】



【開蓋右側面図】

(7)　　　　　　　意匠登録1241638



【開蓋左側面図】



【内部機構を省略したB－B端面図】

(3)　　　　　　　意匠登録1241638





ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUESSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Afsana Liza, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following document from Japanese into English.

JP1009317
JP1235888
JP1241383
JP1280315
JP1295003
JP1241638

Afsana Liza

Sworn to before me this
Monday, August 22, 2011

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4, 2014

Stamp, Notary Public
State of New York

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

SAMNDCA00255255

(19) (Issuing Country): Japan Patent Office (JP)
(45) (Issue Date): June 6, 2005 (6.6.2005)
(12) (Publication Classification): Design Publication (S)
(11) (Registration No.): Design Registration No. 1241638 (D1241638)
(24) (Registration Date): April 15, 2005 (4.15.2005)
(54) (Article Concerning the Design): Portable telephone device with camera
(Partial Design)
(52) (Design Classification): H3-30
(51) (International Design Classification (reference)): 14-03
(D-Term): HCABA00, HCABB03, HCABC00, HCACA06, HCACC02, HCACD01, HCACE01
(21) (Application No.): Application for Design 2004-31512 (D2004-31512)
(22) (Filing Date): October 18, 2004 (10.18.2004)
(72) (Creator)
(Name): Keiichi Koyama
(Address or Domicile): c/o Sharp Corporation, 22-22 Nagaike-chō, Abeno-ku, Ōsaka-shi, Ōsaka-fu
(73) (Holder of Design Right)
(Identification Number): 000005049
(Name or Appellation): Sharp Corporation
(Name or Appellation in Original Language): SHARP KABUSHIKI KAISHA
(Address or Domicile): 22-22 Nagaike-chō, Abeno-ku, Ōsaka-shi, Ōsaka-fu
(Address or Domicile in Original Language): 22-22, Nagaike- chō, Abeno-ku, Ōsaka-shi, Ōsaka 545-8522 JAPAN
(74) (Agent)
(Identification Number): 100103296
(Patent Attorncy)
(Name or Appellation): Takaya Koike
(74) (Agent)
(Identification Number): 100088281
(Patent Attorney)
(Name or Appellation): Masao Tabata
(Patent Examiner): Takao Tachibana
(56) (Reference Literature) Design Registration 1154720, Design Registration 1173802, Design Registration 1221142, Design Registration 1221145
(55) (Description of the Design) The [lighter] part is the portion that is to receive the Design Registration as a partial design.
(Figure)
(Open Lid Perspective View)

SAMNDCA00255256

# DRAWINGS

[Drawings]
[An opening perspective view]



[Perspective view]



[Front view]



[A rear elevation]



[Top view]



[Bottom view]



[Right side view]



[Left side view]



[The A-A end elevation which omitted inner structure]

SAMNDCA00255258



[Opening front view]



[Opening rear elevation]



[Opening top view]



[Opening bottom view]



[Opening right side view]



[Opening left side view]



[The B-B end elevation which omitted inner structure]

