Pierce Declaration

# EXHIBIT 24

Filed Manually