Pierce Declaration

EXHIBIT 25

DEFENDANT'S EXHIBIT NO. 550.001

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

(19)【日本国特許庁（ＪＰ）】　　　（12）【公 開 特 許 公 報 （A）】　　　（11）特許出願公開番号

特開2000−163031
（P2000−163031A）

（43）公開日　平成12年6月16日(2000.6.16)

| (51)Int.Cl.⁷ | 識別記号 | | F I | | | テーマコード (参考) |
|---|---|---|---|---|---|---|
| G09G | 5/00 | 530 | C09G | 5/00 | 530A | |
| | | 510 | | | 510C | |
| C06F | 3/00 | 656 | C06F | 3/00 | 656D | |
| | 15/02 | 310 | | 15/02 | 310Z | |
| | 17/30 | | C09B | 29/00 | A | |

審査請求　未請求　請求項の数7　FD　（全 30 頁）　最終頁に続く

| (21)出願番号 | 特願平10−350728 | (71)出願人　000002369 |
|---|---|---|
| (22)出願日 | 平成10年11月25日(1998.11.25) | セイコーエプソン株式会社 |

(71)出願人　000002369
セイコーエプソン株式会社
東京都新宿区西新宿2丁目4番1号

(72)発明者　野村　靖浩
長野県諏訪市大和3丁目3番5号　セイコーエプソン株式会社内

(72)発明者　千代　芳郁
長野県諏訪市大和3丁目3番5号　セイコーエプソン株式会社内

(74)代理人　100090479
弁理士　井上　一　（外2名）

最終頁に続く

(54)【発明の名称】　携帯情報機器及び情報記憶媒体

(57)【要約】

【課題】　地図画像の回転、拡大、縮小、スクロール等の機能を使い勝手のよいヒューマンインターフェースで実現できる電子ブックや携帯情報機器及びこれらに使用する情報記憶媒体を提供すること。

【解決手段】　地図画像を表示可能な表示部を含む電子ブックである。表示部に接触させた指の動作履歴により、地図画像の回転、拡大、縮小及びスクロールの少なくとも1つの操作の実行指示及び操作量を同時に入力可能である。2本の指を遠ざける動作により地図画像の拡大指示及び拡大量を入力できる。また、2本の指を近づける動作により地図画像の縮小指示及び縮小量を入力できる。また、1本の指を軸に他の1本の指を回転させる動作により地図画像を回転指示及び回転量を入力できる。



【特許請求の範囲】

【請求項1】 地図画像を表示可能な表示部を含む携帯情報機器であって、

地図画像が表示された表示部に接触させた指の移動履歴を検出する指動作検出手段と、

前記指の移動履歴にもとづき、地図画像の回転、拡大、縮小及びスクロールの少なくとも1つの操作が入力されたと判断する操作内容判断手段と、

前記判断に基づき、表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも1つの操作を施した地図画像を生成する地図画像生成手段を含むことを特徴とする携帯情報機器。

【請求項2】 請求項1において、

前記操作内容判断手段が、

前記指の移動履歴に基づき、地図画像の回転量、拡大量、縮小量及びスクロール量の少なくとも1つの操作量を決定し、

前記地図画像生成手段が、

決定された操作量に基づき表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも1つの操作を施した地図画像を生成することを特徴とする携帯情報機器。

【請求項3】 請求項1乃至2のいずれかにおいて、

前記指動作検出手段が、

地図画像が表示された表示部に接触させた2本の指を遠ざける動作を検出した場合には、

前記操作内容判断手段が、

地図画像の拡大操作が入力されたと判断し、

前記地図画像生成手段が、

拡大された地図画像を生成することを特徴とする携帯情報機器。

【請求項4】 請求項1乃至3のいずれかにおいて、

前記指動作検出手段が、

地図画像が表示された表示部に接触させた2本の指を近づける動作を検出した場合には、

前記操作内容判断手段が、

地図画像の縮小操作が入力されたと判断し、

前記地図画像生成手段が、

縮小された地図画像を生成することを特徴とする携帯情報機器。

【請求項5】 請求項1乃至4のいずれかにおいて、

前記指動作検出手段が、

地図画像が表示された表示部に接触させた1本の指を軸に表示部に接触させた他の1本の指を回転させる動作を検出した場合には、

前記操作内容判断手段が、

地図画像の回転操作が入力されたと判断し、

前記地図画像生成手段が、回転された地図画像を生成することを特徴とする携帯情報機器。

【請求項6】 請求項1乃至5に記載の携帯情報機器であって、

電子ブックとして使用されることを特徴とする携帯情報機器。

【請求項7】 地図画像を表示可能な携帯情報機器及び電子ブックの少なくとも一方に使用する情報記憶媒体であって、

地図画像が表示された表示部に接触させた指の移動履歴を検出するための情報と、

前記指の移動履歴にもとづき、地図画像の回転、拡大、縮小及びスクロールの少なくとも1つの操作が入力されたと判断するための情報と、

前記判断に基づき、表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも1つの操作を施した地図画像を生成するための情報を含むことを特徴とする情報記憶媒体。

【発明の詳細な説明】

【0001】

【発明の属する技術分野】本発明は、携帯情報機器、電子ブック及びこれらに使用される情報記憶媒体に関する。

【0002】

【背景技術及び発明が解決しようとする課題】近年、文字、画像、音声などの情報を、CD—ROMやFDなどの電子メディアに記録し、書籍のように利用する出版形態である電子ブック、携帯情報機器、が実用化されている。

【0003】係る電子ブックや携帯情報機器は紙の本ではい« «ずまる物理的な限界を解消することができる。また非直線的読書スタイルも可能であり、読者はそれぞれの自由な視点から多角的に読書を楽しむことができる。

【0004】さらに出版に金や手間がかからないため、だれもが手軽に出版することができたり、購読者が限定されるような専門的なものが出版できたりというような出版の理想像を実現することも可能となる。

【0005】ところで、係る電子ブックや携帯情報機器に地図情報を格納しておくと、出かける際や旅行時に携帯して、地図画像の参照ができて便利である。特に電子ブックや携帯情報機器においては、通常の地図と異なり、必要な部分のみ自由に拡大したり、縮小したり、また必要な部分をスクロールしたり等の充実した機能を実現することが可能となる。電子ブックや携帯情報機器は、情報を検索、活用する上で通常の紙の本に比べて格段に充実した機能を実現することができるからである。

【0006】しかし、いくら充実した機能を実現できても、操作が煩雑であったり困難であったり等使い勝手が悪い場合には、宝の持ち腐れとなってしまう。特に電子ブックや携帯情報機器は小型で携帯に便利に形成されているので、入力方法、操作方法もこれに適したものが望まれている。

【0007】本発明は、以上のような課題に鑑みてなさ

SAMNDCA00359128

れたものであり、その目的とするところは、地図画像を表示可能な携帯情報機器や電子ブックにおいて、地図画像の回転、拡大、縮小、スクロール等の機能を使い勝手のよいヒューマンインターフェースで実現できる電子ブックや携帯情報機器及びこれらに使用する情報記憶媒体を提供することである。

【０００８】

【課題を解決するための手段】本発明は、地図画像を表示可能な表示部を含む携帯情報機器であって、地図画像が表示された表示部に接触させた指の移動履歴を検出する指動作検出手段と、前記指の移動履歴にもとづき、地図画像の回転、拡大、縮小及びスクロールの少なくとも１つの操作が入力されたと判断する操作内容判断手段と、前記判断に基づき、表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも１つの操作を施した地図画像を生成する地図画像生成手段とを含むことを特徴とする。

【０００９】本発明によれば、ユーザーは指の移動履歴により、表示部に表示された地図画像の回転、拡大、縮小及びスクロールの少なくとも１つの操作を入力することができる。

【００１０】表示部に接触させた指の移動履歴とは、経時的要素を含む概念であり、単に指で入力マーク等をタッチする場合のように経時的要素を含まない操作とは区別される。

【００１１】本発明によれば指の移動履歴により各種操作を入力できるため、筐体にボタンやキーボード等のハードを設ける必要がなく、よりコンパクトな携帯情報機器を提供することができる。また画面上に操作用の入力マーク表示等も不要になるため、携帯に適した小さな画面の有効活用を促進し、より見やすい画面表示が可能となる。

【００１２】また、ボタン等では１回の操作で実行指示及び実行内容を同時に入力することは困難であるため、実行内容を指定する操作や実行指示を行う操作等の複数の操作が必要となり、煩雑である。しかし、本発明は指の動作により入力するため、指の指示範囲や移動範囲等を検出することにより、操作量や操作範囲を同時に指定することが可能となり、使い勝手のよいヒューマンインターフェースを提供することができる。

【００１３】また本発明は、前記操作内容判断手段が、前記指の移動履歴に基づき、地図画像の回転量、拡大量、縮小量及びスクロール量の少なくとも１つの操作量を決定し、前記地図画像生成手段が、決定された操作量に基づき表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも１つの操作を施した地図画像を生成することを特徴とする。

【００１４】本発明によれば、ユーザーは指の移動履歴により、表示部に表示された地図画像の回転、拡大、縮小及びスクロールの少なくとも１つの操作の実行指示の

みならず操作量をも同時に入力することができる。

【００１５】操作の実行指示とは、回転や拡大や縮小やスクロール等のいずれかの操作の実行の指示することを意味する。また操作量とは、例えば回転操作であればその回転量、拡大操作であればその拡大量、縮小操作であればその縮小量、スクロール操作であればそのスクロール量等や、拡大や縮小や回転やスクロールして表示させたい範囲の指定等を意味する。

【００１６】本発明によれば指の移動履歴により各種操作の操作量を入力できるため、ユーザーは、自己のニーズに応じて指動作を調節することにより、所望の操作量を入力することができるようになる。

【００１７】また、ボタンやタグでは、１回の操作で任意の操作量を指示して実行指示を行うことは困難であるため、操作量の指定や実行指示等の複数の操作が必要となり煩雑である。しかし、本発明は指の動作により入力するため、指の指示範囲や移動範囲等を検出することにより、操作量や操作範囲を同時に指定することが可能となり、簡単で使い勝手のよいヒューマンインターフェースを提供することができる。

【００１８】また本発明は、前記指動作検出手段が、地図画像が表示された表示部に接触させた２本の指を遠ざける動作を検出した場合には、前記操作内容判断手段が、地図画像の拡大操作が入力されたと判断し、前記地図画像生成手段が、拡大された地図画像を生成することを特徴とする。

【００１９】地図画像が表示された表示部に接触させた２本の指を遠ざける動作は、地図画像の拡大をイメージさせる動作であり、ユーザーに係る動作を拡大操作として違和感無く受け入れることができる。しかも、指の動作位置や動作量により、１回の動作で例えば拡大範囲や拡大量等の拡大内容を指定した実行指示も可能となる。

【００２０】従って本発明によれば、ユーザーに使い勝手のよい拡大操作が可能な携帯情報機器の提供が可能となる。

【００２１】なお、地図画像の拡大は、１回の動作により常に一定の割合で拡大される場合でも良いし、指の移動距離に応じた割合で拡大される場合でもよい。指の移動距離に応じた割合で拡大すると、ユーザーは拡大量を指定した実行指示１回の動作で行うことができ、使い勝手のよいインターフェースを提供することができる。

【００２２】また拡大された結果、表示部に表示される地図画像の範囲は、拡大前に指が接触していた位置の地図画像を含む範囲にすることが好ましい。このようにするとユーザーは拡大範囲を指定した実行指示を１回の動作で行うことができ使い勝手のよいインターフェースを提供することができる。

【００２３】また地図画像を拡大する態様は、単に縮尺を小さくする場合のみならず、たとえば、拡大前は主に地形や都市の位置等の情報を主体とした地図画像であっ

SAMNDCA00359129

DEFENDANT'S EXHIBIT NO. 550.004
Case 5:11-cv-01846-LHK   Document 1991-25   Filed 09/21/12   Page 5 of 62

たのを、都市の部分が拡大されて建物や道路等の情報を主体とした都市の詳細地図等になる場合も含まれる。

【0024】また本発明は、前記指動作検出手段が、地図画像が表示された表示部に接触させた2本の指を近づける動作を検出した場合には、前記操作内容判断手段が、地図画像の縮小操作が入力されたと判断し、前記地図画像生成手段が、縮小された地図画像を生成することを特徴とする。

【0025】地図画像が表示された表示部に接触させた2本の指を近づける動作は、地図画像の縮小をイメージさせる動作であり、ユーザーは係る動作を縮小操作として違和感無く受け入れることができる。しかも、指の動作位置や動作量により、1回の動作で例えば縮小範囲や縮小量等の縮小内容を指定した実行指示も可能となる。

【0026】従って本発明によれば、ユーザーに使い勝手のよい縮小操作が可能な携帯情報機器の提供が可能となる。

【0027】なお、地図画像の縮小は、1回の動作により常に一定の割合で縮小される場合でも良いし、指の移動距離に応じた割合で縮小される場合でもよい。指の移動距離に応じた割合で縮小するとユーザーは縮小量を指定した実行指示を1回の動作で行うことができ使い勝手のよいインターフェースを提供することができる。

【0028】また縮小された結果、表示部に表示される地図画像の範囲は、拡大前に指が接触していた位置の地図画像を含む範囲にすることが好ましい。このようにするとユーザーは縮小範囲を指定した実行指示を1回の動作で行うことができ使い勝手のよいインターフェースを提供することができる。

【0029】また地図画像を縮小する態様は、単に縮尺を大きくする場合のみならず、たとえば、拡大前は主に建物や道路等の情報を主体としたタウンマップ風の地図画像であったのを、縮小することにより地形や都市の位置等の情報を主体とした地図画像等になる場合も含まれる。

【0030】また本発明は、前記指動作検出手段が、地図画像が表示された表示部に接触させた1本の指を軸に表示部に接触させた他の1本の指を回転させる動作を検出した場合には、前記操作内容判断手段が、地図画像の回転操作が入力されたと判断し、前記地図画像生成手段が、回転された地図画像を生成することを特徴とする。

【0031】地図画像が表示された表示部に接触させた1本の指を軸に表示部に接触させた他の1本の指を回転させる動作はコンパス使用時の動作に類似している。このため地図画像の回転をイメージさせ、ユーザーは係る動作を回転操作として違和感無く受け入れることができる。しかも、指の動作位置や動作量により、1回の動作で例えば回転範囲や回転量等の回転内容を指定した実行指示も可能となる。

【0032】従って本発明によれば、ユーザーに使い勝

手のよい回転操作が可能な携帯情報機器の提供が可能となる。

【0033】また、現在ユーザーが向いている方位と画面上方位を一致させたい場合に、実際の地図の場合、地図自体を回転させることになる。しかし本発明の携帯情報機器の場合、表示された地図画像を回転させることにより同様の効果をえることができる。このため、ユーザは簡単な操作で所望の方向に回転された地図画像をみることができ、実際の地図より使い勝手のよい提供携帯情報機器の提供が可能となる。

【0034】なお、地図画像の回転は、1回の動作により常に一定の割合で回転される場合でも良いし、指の移動距離に応じた割合で回転される場合でもよい。指の移動距離に応じた割合で回転するとユーザーは回転量を指定した実行指示を1回の動作で行うことができ使い勝手のよいインターフェースを提供することができる。

【0035】また回転された結果、表示部に表示される地図画像の範囲は、回転前に指が接触していた位置の地図画像を含む範囲にすることが好ましい。このようにするとユーザーは回転範囲を指定した実行指示を1回の動作で行うことができ使い勝手のよいインターフェースを提供することができる。

【0036】また本発明は、前記記載の携帯情報機器であって、電子ブックとして使用されることを特徴とする。

【0037】即ち、地図画像を表示可能な表示部を含む電子ブックであって、地図画像が表示された表示部に接触させた指の移動履歴を検出する指動作検出手段と、前記指の移動履歴にもとづき、地図画像の回転、拡大、縮小及びスクロールの少なくとも1つの操作が入力されたと判断する操作内容判断手段と、前記操作内容判断手段が判断に基づき、表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも1つの操作を施した地図画像を生成する地図画像生成手段とを含むことを特徴とする。

【0038】また前記電子ブックにおいて、前記操作内容判断手段が、前記指の移動履歴に基づき、地図画像の回転量、拡大量、縮小量及びスクロール量の少なくとも1つの操作量を決定し、前記地図画像生成手段が、決定された操作量に基づき表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも1つの操作を施した地図画像を生成することを特徴とする。

【0039】また前記電子ブックにおいて、前記指動作検出手段が、地図画像が表示された表示部に接触させた2本の指を遠ざける動作を検出した場合には、前記操作内容判断手段が、地図画像の拡大操作が入力されたと判断し、前記地図画像生成手段が、拡大された地図画像を生成することを特徴とする。

【0040】また前記電子ブックにおいて、前記指動作検出手段が、地図画像が表示された表示部に接触させた

SAMNDCA00359130

DEFENDANT'S EXHIBIT NO. 550.005

Case 5:11-cv-01846-LHK   Document 1991-25   Filed 09/21/12   Page 6 of 62

２本の指を近づける動作を検出した場合には、前記操作内容判断手段が、地図画像の縮小操作が入力されたと判断し、前記地図画像生成手段が、縮小された地図画像を生成することを特徴とする。

【００４１】また前記電子ブックにおいて、前記指動作検出手段が、地図画像が表示された表示部に接触させた１本の指を軸に表示部に接触させた他の１本の指を回転させる動作を検出した場合には、前記操作内容判断手段が、地図画像の回転操作が入力されたと判断し、前記地図画像生成手段が、回転された地図画像を生成することを特徴とする。

【００４２】また本発明は、地図画像を表示可能な携帯情報機器及び電子ブックの少なくとも一方に使用する情報記憶媒体であって、地図画像が表示された表示部に接触させた指の移動履歴にもとづき、地図画像の回転、拡大、縮小及びスクロールの少なくとも１つの操作が入力されたと判断するための情報と、前記判断に基づき、表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも１つの操作を施した地図画像を生成するための情報を含むことを特徴とする。

【００４３】また前記情報記憶媒体において、前記指の移動履歴に基づき、地図画像の回転量、拡大量、縮小量及びスクロール量の少なくとも１つの操作量を決定し、決定された操作量に基づき表示部に表示された地図画像に回転、拡大、縮小及びスクロールの少なくとも１つの操作を施した地図画像を生成するための情報を含むように構成することが好ましい。

【００４４】また前記情報記憶媒体において、地図画像が表示された表示部に接触させた２本の指を遠ざける動作を検出した場合には、地図画像の拡大操作が入力されたと判断し、拡大された地図画像を生成するための情報を含むように構成することが好ましい。

【００４５】また前記情報記憶媒体において、地図画像が表示された表示部に接触させた２本の指を近づける動作を検出した場合には、地図画像の縮小操作が入力されたと判断し、縮小された地図画像を生成するための情報を含むように構成することが好ましい。

【００４６】また前記情報記憶媒体において、地図画像が表示された表示部に接触させた１本の指を軸に表示部に接触させた他の１本の指を回転させる動作を検出した場合には、地図画像の回転操作が入力されたと判断し、回転された地図画像を生成するための情報を含むように構成することが好ましい。

【００４７】

【発明の実施の形態】１．本発明の特徴

本発明の特徴は、地図画像を表示可能な形態情報機器や電子ブックにおいて、表示された地図画像上で指動作を行うことにより、地図画像の回転、拡大、縮小、スクロール等を行える点にある。

【００４８】図１は、本発明の特徴の機能を有する形態情報機器や電子ブックの機能ブロック図である。

【００４９】指動作検出部１０は、ユーザーが地図画像の拡大、縮小、回転、スクロール等の操作を入力するために、地図画像が表示された表示部に対して行った指の移動履歴を検出するためのものである。指動作検出部１０は、表示部６０に透明なタッチパネル等を重ねて構成されている。指動作検出部１０で得られた検出データは処理部２０へ入力される。

【００５０】処理部２０は、前記検出データ、所与のプログラム等基づいて地図画像を生成する処理を行うものである。この処理部２０の機能は、ＣＰＵ（ＣＩＳＣ型、ＲＩＳＣ型）、ＤＳＰ、カスタム（ゲートアレーなど）ＩＣ、メモリなどのハードウエアにより実現できる。

【００５１】情報記憶媒体７０は、プログラムやデータを記憶するためのものである。この情報記憶媒体７０の機能は、ＣＤ－ＲＯＭ、カセット、ＩＣカード、ＭＯ、ＦＤ、ＤＶＤ、ハードディスク、メモリ等のハードウエアにより実現できる。処理部２０は、この情報記憶媒体７０からのプログラム、データに基づいて種々の処理を行うことになる。

【００５２】処理部２０は、操作内容判断部３０、地図操作処理部４０、画像生成部５０を含んで構成される。

【００５３】操作内容判断部３０は、指動作検出部１０が検出した指の移動履歴に基づきユーザーが入力した操作内容を判断する。具体的には、指動作検出部１０が検出した指の動作履歴が２本の指を遠ざける動作である場合には、地図画像の拡大操作が入力されたと判断する。また例えば、指動作検出部１０が検出した指の動作履歴が２本の指を近づける動作である場合には、地図画像の縮小操作が入力されたと判断する。また例えば、指動作検出部１０が検出した指の動作履歴が、１本の指を軸に他の１本の指を回転させる動作である場合には、地図画像の回転操作が入力されたと判断する。また例えば、指動作検出部１０が検出した指の動作履歴が１本の指を移動させる動作である場合には、地図のスクロール操作が入力されたと判断する。

【００５４】地図操作処理部４０は、操作内容判断部３０で判断された操作が施された地図画像を生成するための処理を行うもので、拡大処理部４２、縮小処理部４４、回転処理部４６、スクロール処理部４８を含む。

【００５５】拡大処理部４２は、２本の指が遠ざかる距離に応じて拡大された地図画像を生成するために必要な処理を行う。縮小処理部４４は、２本の指が近づく距離に応じて縮小された地図画像を生成するために必要な処理を行う。回転処理部４６は、１本の回転角に応じて回転された地図画像を生成するために必要な処理を行う。

【００５６】スクロール処理部４８は、１本の指の移動に応じてスクロールされた地図画像を生成するために必

SAMNDCA00359131

DEFENDANT'S EXHIBIT NO. 550.006
Case 5:11-cv-01846-LHK Document 1991-25 Filed 09/21/12 Page 7 of 62

要な処理を行う。

【００５７】画像生成部５０は、地図操作処理部４０が行った処理に基づき表示部に出力する地図画像を生成する。地図画像の生成は、最大の解像度の画像データを保持し、縮尺に応じて当該画像データを間引きして生成する手法でもよいし、データをすべてベクトルデータとして持つ必要に応じて演算を行い地図画像を生成する手法でもよい。

【００５８】２．本発明の好適な実施形態
以下、本発明の好適な実施形態について電子ブックを例にとり詳細に説明する。

【００５９】（１）電子ブックの外観
図２（Ａ）（Ｂ）（Ｃ）は本実施の形態の電子ブックの外観図を示している。図２（Ａ）の１１０は本実施の形態の電子ブックを閉じた状態の外観正面図であり、１２０は側面図である。１３０は、本実施の形態の電子ブックを開いた状態を表した図である。本実施の形態の電子ブックは携帯に便利なように、１１０のように電子ブックを閉じた状態で文庫本程度の大きさになるよう構成されている。

【００６０】図２（Ｂ）は、電子ブックに使用するソフトを納めたディスク１４０を示した図である。本実施の形態の電子ブックは図２（Ｃ）に示すように、電子ブック本体１５０に各種ソフトを納めたディスク１４０をセットすることにより、各種ソフトの内容に対応した情報を提供することができる。

【００６１】（２）指動作による地図画像の操作処理
次に、本実施の形態の電子ブックにおける指動作による地図画像の操作の具体例について説明する。

【００６２】図３は、旅行情報ソフトをセットした場合に表示される画面例を表した図である。画面中央は主に情報表示領域として、画面の端部領域は主に検索用タグ領域やツールバー表示領域として使用される。情報表示領域には、本の見開き１ページ分に記載されている内容が画像情報として表示されている。また検索用タグ領域には検索用タグ２１０～２３０等が表示されている。また、表示領域の左右の端には「本の厚み」を模した画像２４０、２４２が表示されている。

【００６３】① 地図の拡大操作
ユーザが指２５０で検索用タグの「地図」２２０の欄をタッチすると、画面内に、「インド」の全体地図２６０が表示される（図４参照）。「ボンベイ」付近の情報を得たい場合には、図６（Ｂ）に示すように親指と人差し指を近づけた状態で画面上「ボンベイ」のあたりに親指と人差し指をおいて、親指と人差し指を遠ざける方向に動かす動作（地図の拡大ジェスチャー）を行う（図５参照）。このようにすると、親指と人差し指の移動履歴に応じて拡大された地図画像が表示される。即ち、親指と人差し指の離れる度合いが大きい程、縮尺が小さくなり詳細な地図が表示される。

【００６４】このとき、親指と人差し指を遠ざける動作にリアルタイムに対応して、画面上の地図を拡大させてもよい。また、指の動きが止まった時点で最終的な拡大量が確定してから、その拡大量に応じて拡大された地図画像を表示してもよい。

【００６５】また図７に示すように親指を固定して人差し指のみを親指から遠ざける方向に移動させた場合も地図の拡大ジェスチャーに含ませても良い。

【００６６】拡大された地図を参照した結果、更に詳細な地図画像を得たいと思った場合には、前記地図の拡大ジェスチャーを繰り返すことにより、更に詳細な地図画像を得ることができる。なお本実施の形態では、都市部の地図をある程度拡大したらタウンマップ等の都市の詳細地図が表示されるようになる。

【００６７】② 地図のスクロール操作
また図８に示すように画面上に指をおいて、指を画面上に押し当てたまま希望の方向に動かすと（地図のスクロールジェスチャー）、動かした方向に動かした距離だけその地図が移動して表示される。

【００６８】③ 地図の縮小操作
また、例えばより大きな縮尺の地図画像を見たい場合や広範囲の情報を画面に表示したい場合や等のように地図を縮小したい場合には、最初に図６（Ａ）に示すように親指と人差し指を離した状態で画面上に表示された地図の上におき、図９に示すように親指と人差し指が近づく方向に動かす動作（地図の縮小ジェスチャー）を行う。このようにすると、親指と人差し指の移動履歴に応じて縮小された地図画像が表示される。即ち、親指と人差し指の離れる度合いが大きい程、縮尺が小さくなり詳細な地図が表示される。

【００６９】このとき、親指と人差し指を近づける動作とともにリアルタイムに画面上の地図を縮小してもよい。また、指の動きが止まった時点で最終的な縮小量が確定してから、その縮小量に応じて縮小された地図画像を表示してもよい。

【００７０】また図７とは逆に親指を固定して人差し指のみを親指に近づける方向に移動させた場合も地図の縮小ジェスチャーに含ませても良い。

【００７１】縮小された地図を参照した結果、更に広範囲の地図画像が得たいと思った場合には、前記地図の縮小ジェスチャーを繰りかえすことにより、更に広範囲の地図画像を得ることができる。なお本実施の形態では、都市部の地図をある程度縮小したらタウンマップ等の都市の詳細地図から通常の地図表示に変更して表示されるようになる。

【００７２】④ 地図の回転操作
また、縮尺は変えずに表示されている地図画像の向きを変えたい場合には、最初に図６（Ａ）に示すように親指と人差し指を離した状態で画面上に表示された地図の上におき、親指と人差し指のいずれか一方の指を固定し、

SAMNDCA00359132

固定した指を中心軸として、いずれか他方の指をコンパスのように回転させる動作（地図の回転ジェスチャー）を行う（図１０参照）。このようにすると、親指と人差し指の移動履歴に応じて回転された地図画像が表示される。

【００７３】図１１に示すように、点Ｏにいずれか一方の指を固定して、いずれか他方の指を点ＡからＢに回転させた場合、その回転角θ○分だけＡからＢへ回転する方向３７０に回転した地図画像が表示される。

【００７４】このとき、いずれか一方の指の回転とともにリアルタイムに画面上の地図を回転させても良い。また、指の動きが止まった時点で最終的な回転量が確定してから、その回転量に応じて縮小された地図画像を表示してもよい。

【００７５】なお指動作は、親指と人差し指で行う場合に限られず、例えば親指と中指でもよいし、その他の指の組み合わせで行ってもよい。

【００７６】（３）検索処理
次に、本実施の形態の電子ブックにおける指動作による検索処理の具体例について説明する。

【００７７】① 通常の検索操作
例えばユーザーが、「南インド」のホテルの情報を得たい場合、図１２に示すような方法もある。即ちまず「南インド」のタグを選択し、「南インド」の情報が掲載された先頭ページを表示する。次に宿泊のタグを選択し、「南インドの宿泊」の情報が掲載された先頭ページを表示させる方法である。係る方法は、ユーザーが「南インド」について様々な情報を得たい場合、取り合えず「南インド」の情報が掲載された先頭ページを表示させ、その後「南インド」の様々な情報を検索したい場合等に有効である。

【００７８】② 論理積条件での検索操作
しかし、ユーザーが「南インドの宿泊」情報のみが必要な場合には、１回の操作でダイレクトに「南インドの宿泊」の情報が掲載された先頭ページが表示されることが好ましい。 そこで本実施の形態では、図１３（Ａ）に示すように、ユーザーが例えば左手の指で「南インド」のタグを、右手の指で「宿泊」のタグを同時にタッチした場合には、１回の操作でダイレクトに「南インドの宿泊」の情報が掲載された先頭ページが表示されるよう構成されている。

【００７９】「南インドの宿泊」の情報が複数ページに渡っている場合には、図１３（Ｂ）に示すようにページめくり入力を行うことにより、次ページ以降に記載される情報を読むことができる。

【００８０】（４）ページめくり、しおり処理等
次に、本実施の形態の電子ブックでページめくりを行う具体例について説明する。

【００８１】① ページめくり入力操作
本実施の形態の電子ブックでは、各種操作は画面上の指

動作として入力するため、筐体に操作入力用のボタン等がほとんどない。また本の内容が表示された画面においては、画面上に操作入力用マークがほとんどないのが特徴である（図３参照）。

【００８２】本実施の形態では、旅行情報ソフトを電子ブックにセットすることにより、ユーザーは旅行のガイドブックを参照するのと同様の使い勝手で、図３に示すような画面上で実際の本のページと同様の内容を参照することができる。

【００８３】ユーザーが次ページを参照したいと思った場合には、ユーザーが画面上の情報表示領域を紙の本のページをくる時のように人差し指で左から右へなぞると、図１４に示すようにあたかもページをめくれるようなイメージで表示画面が次ページの内容に更新される。

【００８４】このとき、ユーザーは人差し指等をべった り画面に接触させて、ある程度の強さでこするように指を横方向に移動させることが必要である。本実施の形態では、ページめくりの入力を他の入力と区別するために、指が所定の面積以上かつ所定の圧力値以上で画面に接触されて、横方向に移動している場合に、ページめくりが入力されていると判断するからである。

【００８５】なお、ページめくりの方向はページの昇降は、実際の本と同様に縦書きか横書きかによって異なる。従って、縦書きの本の場合はページは右から左に進むので、図１４のように指の移動を行うと、次ページがめくれるが、横書きの場合は前ページがめくれる。また逆に、縦書きの本の場合は図１４と逆に人差し指で右から左へなぞると、前ページがめくれるが、横書きの場合は次ページがめくれることになる。

【００８６】このように、ユーザーは通常の本を扱うのと同様の感覚でページめくり入力が行えるので、操作の習得が容易で使い勝手のよいヒューマンインターフェースを提供できる。

【００８７】なおページめくり入力時に、図１４に示すように指の動きに応じてページがめくれる途中のイメージ画像を表示してもよいが、直接前ページ画面又は次ページ画面に切り替わる構成でもよい。

【００８８】またページめくりに対応して「パラ」等のページがめくれる音を連想できるようなイメージ音を出力してもよい。

【００８９】③ 連続ページめくり入力操作
また図１５に示すように、「本の厚み」を模した画像（以下「本の厚み」という）２４０、２４２をユーザーが所定時間以上タッチし続けると、ページがパラパラと連続してめくれる。このとき、ユーザーがタッチする強さを変えると、ページめくりの速度を変更することができる。即ち、ユーザーはより強くタッチすることでページがめくれる速度を早めることができる。またタッチする強さを弱めることで、ページがめくれる速度を遅くすることができる。ユーザーは自分が読みたいページが見

SAMNDCA00359133

つかった時点で、前記「本の厚み」から手を離すことにより、連続ページめくりを止めて、表示画面を当該ページに位置づけることができる。

【0090】なお、前述したページめくりの場合と同様にページの昇降は縦書きか横書きによって異なる。従って、縦書きの本の場合は、図15のように左端の本の厚みをタッチし続けると次ページ方向に連続してページがめくれるが、横書きの場合は前ページ方向に連続してページがめくれる。また逆に、縦書きの本の場合は図15と右端の本の厚みをタッチし続けると前ページ方向に連続してページがめくれるが、横書きの場合は次ページ方向に連続してページがめくれる。

【0091】このように、ユーザーは通常の本を扱うのと同様の感覚でページめくり入力が行えるので、操作の習得が容易で使い勝手のよいヒューマンインターフェースを提供できる。

【0092】なお連続ページめくり入力時に、図15に示すように指の動きに応じてページがめくれる途中のイメージ画像を表示してもよいが、直接前ページ画面又は次ページ画面に所定時間おきに切り替わる構成でもよい。

【0093】またページめくりに対応して「パラパラパラ」等のページがめくれる音を連想できるようなイメージ音を出力してもよい。

【0094】④　しおり挿入、参照操作
次に本実施の形態の有しているしおり機能について説明する。通常の読書の際に再び参照したい箇所にしおりを挿入するように、本実施の形態でも、再び参照したいページにしおりを付すことができる。

【0095】図16に示すように、矢印部260をドラッグして画面の一番下まで指でなぞると当該ページにしおりを挿入することができる。即ち上記動作後から図17に示すように画面上にしおりマーク270が表示される。

【0096】ユーザーが他のページを参照している際には、図18（A）に示すように画面の下端にしおり270が表示されている。

【0097】ユーザーは、しおりを付したページを参照したくなった場合には、図18（B）に示すように画面の下端に表示された一番下まで指でタッチすると、図18（C）に示すように、画面はしおりを付したページに切り替わる。

【0098】なお、しおりを1本のみ挟む場合を例にとり説明したがこれに限られない。例えば、複数のページにしおりを付したい場合には複数の色のしおりマークを表示する等してもよい。

【0099】（5）今日のフォルダの使用例
次に、本実施の形態の今日のフォルダーの使用の具体例について説明する。

【0100】図3において、280の入力用アイコンを

指でタッチすると、図19に示すように画面下部に各種操作用アイコン（282、284、286、288）で構成されたツールバーが表示される。

【0101】282は、本電子ブックの各種設定入力を行うためのモードへの移行する際にタッチするアイコンである。また284は、本電子ブックの付属部品であるカメラで動画又は静止画を撮影するモードへ移行する際にタッチするアイコンである。286は、本電子ブックの付属部品であるペンを使って文字や図形等をメモ入力するモードへ移行する際にタッチするアイコンである。288は入力したデータや画面上で指定した情報を今日のフォルダに格納する際や、今日のフォルダの中味を参照したい場合等にタッチするアイコンである。この今日のフォルダとは毎日自動的に作成されるものであり、使い方は日々の使用シーンの中で作成しておいたデータを常に入れっぱなしにしておくいわば倉庫のようなものである。以下、今日のフォルダーの各種使用例について説明する。

【0102】①　電子ブックに格納されている情報をフローティングして格納する例
電子ブックに格納されている情報をフローティングして格納する例について図20～図22を用いて説明する。例えば「北インド」の情報を得たい場合、「北インド」のインデックスをタッチしてページを開き読んでみる。その中でも「タージマハイル」の文字が赤色に表示してあるのでタッチしてみる（図20（A）参照）。すると「タージマハイル」のページに自動的にジャンプするよう構成されている。

【0103】例えば通常紙の本で「タージマハイル」について読んでみて、この部分をコピーして持ち歩きたいと思ったような場合、本電子ブックでは、以下のような操作を行うことができる。

【0104】即ち、ユーザーが切り取りたいと思う情報が記載されている範囲を人差し指でなぞりながら四角形で囲み指を画面から離す（図20（B）の矢印410参照）。するとその囲われた部分が画面に浮き上がったように表示される（図21の420参照）。これをフローティング化という。

【0105】そしてフローティング化された部分を指で押さえて、ドラッグ・アンド・ドロップの要領で今日のフォルダのアイコン288まで移動してそこで指を離す（以下、「今日のフォルダにドラッグ・アンド・ドロップする」という）と（図22参照）、フローティング化された部分が今日のフォルダへ格納される。このように、本電子ブックでは、切り取りたい内容を指で指定して、今日のフォルダにドラッグ・アンド・ドロップすると、画面上指定した内容を今日のフォルダに格納することができる。

【0106】なお、フローティング化する領域は、閉曲線や多角形で囲んでできる領域だけでなく、画面の端と

指で囲んだ部分で指定される領域でもよい。例えば図４
２（Ａ）にボすように、指で８４０のように軌跡を描い
て画面をなぞった場合に、軌跡８４０と画面の端の稜線
８５０で囲まれる部分８５２（斜線領域）をフローティ
ング化するようにしてもよい。

【０１０７】また、図４２（Ｂ）に示すように、画面上
の２点Ｐ１、Ｐ２を指で指定して、当該２点を結ぶ縦分
を対角線とする長方形領域８５４（斜線領域）をフロー
ティング化するようにしてもよい。

【０１０８】また、図４２（Ｃ）に示すように、画面上
の３点Ｐ３、Ｐ４、Ｐ５を指で指定して、当該３点をそ
の円周上に有する円領域８５６（斜線領域）をフローテ
ィング化するようにしてもよい。

【０１０９】⑳　　静止画及び動画を格納する例
次にカメラで撮影した映像を今日のフォルダに格納する
例について図２３～図２５を用いて説明する。

【０１１０】例えばユーザーが旅行中に時刻表等の内容
をひかえたい場合に、本電子ブックを利用すれば、図２
４（Ａ）に示すように、電子ブック本体内に設けられて
いるカメラレンズ５２０を引き出して、時刻表５１０を
撮影し、撮影データを電子ブックに格納することができ
る。

【０１１１】即ちユーザーが電子ブックのツールバーを
引き出しカメラアイコン２８４を指でタッチすると撮影
モードになり、図２３に示すようなカメラ撮影用操作表
示画面が表示される。ユーザーは画面左側に大きく配置
されたファインダー画面５３０の上に表示された「動
画」と「静止画」のいずれかの画面スイッチ５５０、５
４０を指でタッチすることにより、動画或いは静止画の
撮影を選択することができる。

【０１１２】例えばユーザーが静止画の画面スイッチ５
４０にタッチすると、撮影実行用スイッチ５６０の表示
が「シャッター」に変わる。そしてユーザーが時刻表５
１０にカメラレンズを向けると、ファインダー画面５３
０にカメラレンズ５２０がとらえた時刻表映像が表示さ
れる。ユーザーが、「シャッター」ボタン５６０を指で
タッチすると、取り終えた画像データが撮影日時ととも
に自動的にフォルダファイルに格納される。

【０１１３】フォルダファイルとは、「今日のフォルダ
ー」に入れる情報を記憶するためのファイルである。格
納された情報は日時で管理され、日付単位で読み出し可
能に形成されている。

【０１１４】また例えばユーザーが動画像を撮影したい
場合には、動画のスイッチ５５０にタッチすると、撮影
実行用スイッチ５６０の表示が「録画待機中」に変わ
る。ユーザーが「録画待機中」のボタンにタッチすると
動画像の撮影が開始される。

【０１１５】なお、図２５に示すように本電子ブックの
カメラレンズ５２０は電子ブック本体５２２から取り外
せるワイヤレスタイプであるため、ユーザーは周りの人

に気兼ねなく撮影することができる。またユーザーが
「録画待機中」と表示された撮影実行用スイッチ５６０
を押すと、表示が「撮影中」に切り替わる。ユーザーが
撮影を中断したい場合には当該「撮影中」ボタンを指で
タッチすると、撮影が中断され、表示は「撮影待機中」
に切り替わる。そして撮影された画像は撮影日時ととも
にフォルダファイルに自動的に格納される。

【０１１６】㉑　　メモ書きを格納する例
次はユーザーのメモ書きを格納する例について図２６、
図２７を用いて説明する。

【０１１７】ユーザーが画面下部にあるツールバーを引
き出して、「メモ」のアイコン２８６を指でタッチする
と、図２６に示すようなメモ入力画面６００が表示され
る。ユーザーが本電子ブック付属のペン６１０でこの画
面上に文字等を入力すると、そのままイメージデータと
して記録される。書き終えたメモは、図２７に示すよう
にそのメモ入力画面を今日のフォルダにドラッグ・アン
ド・ドロップするとメモ入力画面６００に記載した内容
を格納日時とともにフォルダファイルに格納することが
できる。

【０１１８】㉒　　今日のフォルダの参照処理
ユーザーが画面下部にあるツールバーを引き出して、
「今日のフォルダ」のアイコン２８８を指でタッチする
と、図２８に示すようなその日の今日のフォルダ画面７
００が表示される。その中には、その日に今日のフォル
ダに格納されたデータがアイコン化（７１０、７２０、
７３０、７４０）して表示されている。本電子ブックで
はユーザーが格納したデータ内容が、そのまま縮小され
たイメージとしてアイコン化されるので、ユーザーはデ
ータの中身についての記憶を喚起し易い。更にアイコン
の下部にはデータを格納した時間が表示されているの
で、ユーザーの行動記録としても活用し易く、後でデー
タを整理する場合にも便利である。

【０１１９】ユーザーは、アイコン化したデータ７１
０、７２０、７３０、７４０を指でタッチして、「内容
を見る」の部分７５０にドラッグ・アンド・ドロップさ
せると、その内容が画面上に表示される。同様に「捨て
る」とかかれたゴミ箱部分７８０に入れると、その内容
を自動的に消去できる。

【０１２０】また「前の日」とかかれた部分７６０をタ
ッチすると、前日の「今日のフォルダ画面」が表示さ
れ、「次の日」とかかれた部分７７０をタッチすると、
次の日「今日のフォルダ画面」が表示される。ユーザー
はこの「前の日」と「次の日」の部分をタッチすること
で、過去のフォルダ画面にさかのぼり、また現在のフォ
ルダ画面に帰ってくることができる。

【０１２１】また、図２９に示すように関連のあるデー
タのアイコンを接触するように指で移動させると、接触
しているデータがグループ化される。このため、データ
の整理に便利である。

SAMNDCA00359135

【０１２２】図３０は、今日のフォルダの活用の一例を説明するための図である。

【０１２３】例えば、ユーザーが約１ヶ月間の旅行に本電子ブックを携帯して、旅行中に様々なデータを今日のフォルダに格納したとする。ユーザーが、電子ブックを開いてみると、３０個の今日のフォルダが記憶されている（図３０（Ａ）参照）。

【０１２４】ユーザーは、電子ブック８００に格納されてる今日のフォルダのデータをインターネットに接続されている他のコンピュータ８１０に書き込み、インターネットを利用して旅行データ収集会社８２０に送る（図３０（Ｂ）参照）。

【０１２５】旅行データ収集会社８２０は、回収したデータを編集して旅行用ソフト出版会社８３０に最新旅行データを供給する。そして旅行用ソフト出版会社８３０は最新データに基づきバージョンアップした旅行用ソフトを発売する。

【０１２６】このように電子出版産業が発達すれば、より最新のデータを反映した内容のデジタルソフトの供給が行える用になる。また、出版に金や手間がかからないため、だれもが手軽に出版することができたり、購読者が限定されるような専門的なものが出版できたりというような出版の理想像を実現することも可能となる。

【０１２７】（６）電子ブックの構成
次に本実施の形態の電子ブックのハードウエア構成について図３１を用いて説明する。

【０１２８】図３１に示すように、本実施の形態の電子ブックは、ＣＰＵ（中央処理ユニット）１０１０、メモリ１０２０、ディスプレイコントローラ１０３０、タッチパネルコントローラ１０４０、バス１０５０、タッチパネル１０６０、ディスプレイ１０７０、ディスクドライブコントローラ１０８０、ディスクドライブ１０９０、情報記憶媒体１２２０、カメラ１１３０、ペン１１２０を含んで構成されている。

【０１２９】ディスプレイ１０７０は液晶等で構成されており、ディスプレイコントローラ１０３０により、出力が制御される。

【０１３０】タッチパネル１０６０は、光学式、抵抗式、静電容量式、超音波式などのパネルによって構成されており、タッチパネルコントローラ１０４０により制御される。タッチパネル１０６０は、ディスプレイ１０７０に透明なタッチセンサ板を重ねて設置される。ユーザーが指先やペン１１２０などで表示画面に接触すると、タッチパネル１０６０は指の接触位置情報及び接触圧力及び接触面積やペン１１２０で入力された文字や図形等のイメージデータを検出することができる。

【０１３１】このようにディスプレイ１０７０の表面に透明なタッチセンサ板を重ねて一体化することにより表示画面上での指動作入力やペン入力が可能になる。

【０１３２】ＣＰＵ１０１０は装置全体の制御や各種デ

ータ処理、図２〜図３０で説明した種々の処理の実行を行う。メモリは、ＲＯＭ、ＲＡＭで構成されて、ＲＡＭはこのＣＰＵ１０１０の作業領域等として用いられる記憶手段であり、情報記憶媒体１２２０やＲＯＭの所々の内容、あるいはＣＰＵ１０１０の演算結果等が格納される。

【０１３３】ディスクドライブ１０９０はフロッピーディスク等の情報記憶媒体１２２０に対してデータの書き込み、読み込みを行うもので、ディスクドライブコントローラ１０８０により制御される。

【０１３４】情報記憶媒体１２２０には、画像を生成するためのデータ、プログラム、図２〜図３０で説明した種々の処理を行うための情報等が記録されている。

【０１３５】カメラ１１３０は、動画及び静止画を撮影するためのものである。

【０１３６】ペン１１２０は表示画面上でメモ入力するためのものであり、ペンの形状をした棒もしくはインク等がディスプレイにつかなければなんでもよい。

【０１３７】ユーザーがディスプレイ上で指操作を行ったり、メモ入力を行ったり、カメラで撮影を行ったり等の様々な入力を行うとＣＰＵ１０１０は、その入力内容に基づき、ユーザーの指示した操作を実行する。

【０１３８】図３２は、本電子ブックの機能ブロック図の一例である。

【０１３９】指動作検出部１１１０は、ユーザーが表示部上で行った指の移動履歴や接触圧力や接触面積を検出するためのものである。指動作検出部１１１０は、表示部１２４０に透明なタッチパネル等を重ねて構成されている。指動作検出部１１１０で得られた検出データは処理部１１００へ入力される。

【０１４０】ペン入力部１１２０は、ユーザーが表示部上にペンで記載した内容を入力するためのものである。ペン入力部１１２０は、ユーザーが前期ペン１１２０で表示部１２４０に文字や図形等を記載すると、表示部に重ねられた透明なタッチパネル等がその内容をイメージデータとして検出するよう構成されている。ペン入力部１１２０で得られた検出データは処理部１１００へ入力される。

【０１４１】撮影部１１３０は、ユーザーが動画及び静止画の少なくとも一方を撮影するためのものである。撮影部１１３０は、カメラ又はビデオカメラ等で構成されている。撮影部１１３０で撮影された撮影データは処理部１１００へ入力される。

【０１４２】処理部１１００は、前記指動作やペン入力による検出データ、撮影データ、所有のプログラム等基づいて、表示部に表示する画像を生成する処理や、データをフォルダファイルに格納する処理等を行うものである。この処理部１１００の機能は、ＣＰＵ（ＣＩＳＣ型、ＲＩＳＣ型）、ＤＳＰ、カスタム（ゲートアレーなど）ＩＣ、メモリなどのハードウエアにより実現でき

SAMNDCA00359136

DEFENDANT'S EXHIBIT NO. 550.011

（１１）ＪＰ００−１６３０３１（Ｐ２０００−１６３０３１Ａ）

る。

【０１４３】情報記憶媒体１２２０は、プログラムやデータを記憶するためのものである。この情報記憶媒体１２２０の機能は、ＣＤ－ＲＯＭ、カセット、ＩＣカード、ＭＯ、ＦＤ、ＤＶＤ、ハードディスク、メモリ等のハードウエアにより実現できる。処理部１１００は、この情報記憶媒体１２２０からのプログラム、データに基づいて種々の処理を行うことになる。

【０１４４】処理部１１００は、処理内容決定部１１４０、各種処理部１１５０、画像生成部１２００、記憶部１２３０を含んで構成される。

【０１４５】処理内容決定部１１４０は、指動作検出部１１１０、ペン入力部１１２０、撮影部１１３０から入力されたデータに基づき、処理すべき内容を決定する。

【０１４６】各種処理部１１５０は、拡大処理部１１６２、縮小処理部１１６４、回転処理部１１６６、スクロール処理部１１６８、通常の検索処理部１１７２、論理積検索処理部１１７４、ページめくり処理部１１８２、連続ページめくり処理部１１８４、しおり挿入処理部１１８６、しおり挿入箇所参照処理部１１８８、フローティング処理部１１９２、撮影処理部１１９４、メモ入力処理部１１９６、フォルダ参照処理部１１９８を含み、処理内容決定部１１４０の決定にしたがい、地図画像の拡大処理、縮小処理、回転処理、スクロール処理、通常の検索処理、論理積検索処理、ページめくり処理、連続ページめくり処理、しおり挿入処理、しおり挿入箇所参照処理、フローティング処理、撮影処理、メモ入力処理、フォルダ参照処理等を行う。

【０１４７】記憶部１２３０は、各種情報を記憶するのであり、今日のフォルダに格納されたデータを記憶するためのフォルダファイル１２３２を含む。

【０１４８】画像生成部１２００は、各種処理部１１５０が行った処理に基づき表示部に表示する画像を生成する。

【０１４９】（７）本実施の形態の動作例
図３３～図４１は本実施の形態の電子ブックの動作例を表したフローチャート図である。

【０１５０】本実施の形態の電子ブックで、指動作、ペン入力、撮影等の入力があると以下のようにして処理内容が決定される（図３３のステップＳ１０）。現在撮影モードであれば撮影処理が行われる（ステップＳ２０、Ｓ３０）。なお、通常は通常入力モードであり、ツールバーのカメラアイコンがタッチされると撮影モードに移行する。撮影モード下で入力を検出した場合には、図２３～図２５で説明したような撮影処理が行われる。

【０１５１】例えば、ユーザーが画面中の操作ボタンを押したのが検出された場合は当該ボタンに対応した処理、例えば「動画」又は「静止画」ボタンがタッチされた場合には動画と静止画の選択処理、「シャッター」ボタンがタッチされた場合には静止画を撮影して、撮影画像データを撮影の日時を付してフォルダファイルに格納する処理、「録画待機中」ボタンがタッチされた場合には、動画の撮影を開始する処理、「録画中」ボタンがタッチされた場合には動画の撮影を終了して、撮影画像データを撮影の日時を付してフォルダファイルに格納する処理等が行われる。

【０１５２】現在メモ入力モードであればメモ入力処理が行われる（ステップＳ４０、Ｓ５０）。なお、通常は通常入力モードであり、ツールバーのメモアイコンがタッチされるとメモ入力モードに移行する。メモ入力モード下で入力を検出した場合には、図２６～図２７で説明したようなメモ入力処理が行われる。

【０１５３】例えば、ユーザーが画面中にペンで文字等を入力したのが検出された場合は、入力内容をリアルタイムで画像表示し、入力内容をイメージデータとしてワークエリアに格納する処理が行われる。そして、入力内容がドラッグ・アンド・ドロップされた場合には、ワークエリアに格納されたイメージデータを、格納の日時を付してフォルダファイルに格納する処理等が行われる。

【０１５４】現在フォルダ参照モードであればフォルダ参照処理が行われる（ステップＳ５２、Ｓ５４）。なお、通常は通常入力モードであり、ツールバーの今日のフォルダアイコンがタッチされるとフォルダ参照モードに移行する。フォルダ参照モード下で入力を検出した場合には、図２８～図２９で説明したようなフォルダ参照処理が行われる。

【０１５５】例えば、ユーザーが画面中のアイコンをタッチして「内容を見る」の部分にドラッグ・アンド・ドロップされたのが検出された場合には、そのデータ内容を画面上に表示する処理が行われる。また、同様に「捨てる」とかかれたゴミ箱部分に入れたのが検出された場合には、そのデータを消去する処理が行われる。また「前の日」とかかれた部分がタッチされたのが検出されると、前日の「今日のフォルダ画面」を表示する処理がおこなわれ、「次の日」とかかれた部分がタッチされたのが検出される、次の日「今日のフォルダ画面」を表示する処理が行われる。

【０１５６】通常入力モードにおいて、タッチパネルへの指の接触があった場合には以下のような処理が行われる（図３３のステップＳ６０、図３４参照）。

【０１５７】ツールバーのアイコンへの接触があった場合には各種アイコン処理（図４１参照）が行われる（ステップ図３４のＳ７０、Ｓ８０）。

【０１５８】「検索用タグ」や「本の厚み」や「しおり」や「しおり挿入矢印」等の各種入力マークへの接触であった場合には入力マーク処理（図３６参照）が行われる（ステップＳ９０、Ｓ１００）。

【０１５９】タッチパネルへの２点目の接触があった場合、地図画像が表示されている場合には地図操作の処理を行う（ステップＳ１１０、Ｓ１２０、Ｓ１３０）。

【０１６０】２点目の接触が無かった場合には、接触点が移動しているか否かを検出し、移動している場合には、接触面積及び接触圧力によって指示入力されている処理内容を判断する（ステップＳ１４０、Ｓ１５０）。

【０１６１】接触面積及び接触圧力が所定値以上である場合は、表示されているのが地図画像であればスクロール処理を行い、通常の本のページ画像である場合にはページめくりの処理を行う（ステップＳ１６０、Ｓ１８０）。

【０１６２】接触面積及び接触圧力が所定値以上でない場合は以下の処理を行う（図３５参照）。「今日のフォルダ」へのドラッグ・アンド・ドロップでない場合に、指で囲まれた情報がある場合には、その指で囲まれた情報のフローティング処理を行う（ステップＳ９１０、Ｓ９６０、Ｓ９７０）。

【０１６３】「今日のフォルダ」へのドラッグ・アンド・ドロップである場合、それがメモ内容であれば、メモ内容をイメージデータとして、格納日時を付してフォルダファイルに格納する（ステップＳ９２０、Ｓ９３０）。

【０１６４】それがフローティング化されたデータであれば、フローティング化されたデータに格納日時を付してフォルダファイルに格納する（ステップＳ９４０、Ｓ９５０）。

【０１６５】図３６は入力マークへのタッチを検出した場合の処理（図３４のステップＳ１００）の詳細な処理内容を説明するためのフローチャート図である。

【０１６６】ユーザーの指が検索用タグ上に接触している場合には検索処理を行う（ステップＳ２１０、Ｓ２２０）。

【０１６７】ユーザーの指がしおり挿入用矢印マーク上に接触している場合にはしおり挿入処理を行う（ステップＳ２３０、Ｓ２４０）。

【０１６８】ユーザーの指がしおりマーク上に接触している場合にはしおり挿入箇所参照処理を行う（ステップＳ２５０、Ｓ２６０）。

【０１６９】ユーザーの指が連続ページめくり用マーク上に接触している場合には連続ページめくり処理を行う（ステップＳ２７０、Ｓ２８０）。

【０１７０】図３７は地図操作の処理（図３４のステップＳ１３０）の詳細な処理内容を説明するためのフローチャート図である。

【０１７１】２点間の距離の変化を演算し（ステップＳ３１０）、２点間の距離が拡大している場合には、拡大距離に応じた拡大処理を行う（ステップＳ３２０、Ｓ３３０）。

【０１７２】２点間の距離が縮小している場合には、縮小距離に応じた縮小処理を行う（ステップＳ３４０、Ｓ３５０）。

【０１７３】２点間の距離が変化していない場合には、

回転処理を行う（ステップＳ３６０、Ｓ３７０）。

【０１７４】図３８は検索処理（図３６のステップＳ２２０）の詳細な処理内容を説明するためのフローチャート図である。

【０１７５】ユーザーの指の２点目の接触が検出されない場合は、ユーザーの指が接触している検索用タグの検索条件を満たす情報が記載されているページを検索し、その先頭ページを表示する通常の検索処理を行う（ステップＳ４１０、Ｓ４２０）。

【０１７６】ユーザーの指の２点目の接触が検出され、それが検索用タグ上への接触である場合には、２つの検索用タグの検索条件の論理積が予定されている場合には、２つの検索条件の論理積にあたる条件を満たす情報が記載されているページを検索し、その先頭ページを表示部に表示する論理積検索処理を行う（ステップＳ４４０、Ｓ４５０）。

【０１７７】図３９はページめくり処理（図３４のステップＳ１８０）の詳細な処理内容を説明するためのフローチャート図である。

【０１７８】ユーザーの指の接触位置が画面上の左から右へ移動している場合、表示されている本が縦書きの本の場合には、次ページの画像に更新され、横書きの本の場合には前ページの画像に更新される（ステップＳ５１０、Ｓ５２０、Ｓ５３０、Ｓ５４０）。

【０１７９】ユーザーの指の接触位置が画面上の右から左へ移動している場合、表示されている本が縦書きの本の場合には、前ページの画像に更新され、横書きの本の場合には次ページの画像に更新される（ステップＳ５５０、Ｓ５６０、Ｓ５７０、Ｓ５８０）。

【０１８０】図４０は連続ページめくり処理（図３６のステップＳ２８０）の詳細な処理内容を説明するためのフローチャート図である。

【０１８１】ユーザーの指の接触圧力を検出し、所定の圧力値以上で無ければ、連続ページめくりを中止する（ステップＳ６１０、Ｓ６２０、Ｓ６３０）。

【０１８２】所定の圧力値以上であれば、以下のように連続ページめくりを行う。

【０１８３】即ち、ユーザーの指の接触位置が画面上右端の本の厚みであれば、表示されている本が縦書きの本の場合には、前ページ方向に連続してページめくりを行い、横書きの本の場合には次ページ方向に連続してページめくりを行う（ステップＳ６４０、Ｓ６５０、Ｓ６６０、Ｓ６７０）。

【０１８４】また、ユーザーの指の接触位置が画面上左端の本の厚みであれば、表示されている本が縦書きの本の場合には、次ページ方向に連続してページめくりを行い、横書きの本の場合には前ページ方向に連続してページめくりを行う（ステップＳ６４０、Ｓ６８０、Ｓ６９０、Ｓ７００）。

【０１８５】図４１は各種アイコン処理（図３４のステ

DEFENDANT'S EXHIBIT NO. 550.013

ップS80)の詳細な処理内容を説明するためのフローチャート図である。

【0186】カメラアイコン上への接触である場合には、図23に示すようなカメラ撮影用の操作画面を表示し撮影モードに移行する。（ステップS810、S820）。以下撮影モード中に入力があった場合には、図33のステップS30の撮影処理が実行される。

【0187】メモアイコン上への接触である場合には、図26に示すようなメモ入力画面を表示しメモ入力モードに移行する。（ステップS830、S840）。以下メモ入力モード中に入力があった場合には、図33のステップS50のメモ入力処理が実行される。

【0188】今日のフォルダアイコン上への接触である場合には、図28に示すような今日のフォルダ画面を表示しフォルダ参照モードに移行する。（ステップS850、S860）。以下フォルダ参照モード中に入力があった場合には、図33のステップS54のフォルダ参照処理が実行される。

【0189】（8）その他種々の実施の形態
なお、本発明は本実施形態に限定されず、本発明の要旨の範囲内で種々の変形実施が可能である。

【0190】本実施の形態では、親指と人差し指を使用して操作入力を行う場合を例にとり説明したがこれに限られない。例えば、親指と中指等でもよいし、その他の指の組み合わせでもよい。

【0191】本実施の形態では、電子ブックの場合を例に取り説明したため、検索項目の論理積となる検索情報が記載された先頭ページが表示されたが、電子ブック以外の携帯情報端末等の場合ページの概念がない場合もある。従って、ページに関係なく情報単位表示する場合でもよい。

【0192】また、本実施の形態では、2つの検索項目を同時に指で接触すると、当該2つ項目の論理積となる検索情報を出力する場合を例にとり説明したがこれに限られない。例えば3つ以上の検索項目を同時に指で接触して、当該3つ以上の項目の論理積となる検索情報を出力する場合でもよい。

【0193】また、同時に指で接触した場合に限られず、所定時間内に指で接触した場合も論理積となる検索情報を出力するようにしてもよい。

【0194】また、同時又は所定時間内に指で接触された複数の検索項目に対応する検索条件と論理積の関係を有する情報がない場合には、論理和及び論理積と論理積の組み合わせの少なくとも一方を有する情報を表示部に出力する手段を更に含むよう構成してもよい。

【0195】例えば、「南インド」「宿泊」と「食事」のタグを同時にタッチした場合に、南インドの宿泊情報と南インドの食事情報を出力するような構成にしてもよい。

【0196】特にページに関係なく情報単位で表示する

場合、係る構成をとると有効である。

【0197】例えば、電話番号が格納された電子ブックや携帯情報端末において、電話番号単位で検索出力可能な場合、日次欄で電話番号の検索項目を複数指定すると、その指定に応じて自動的に論理和や論理積の関係を有する電話番号をリストアップするような場合も含む。即ち例えば「A地区」と「病院」というように「A地区の病院」という共通集合が予定された関係にある項目の指定された場合には、論理積の関係にある情報を検索出力し、「A地区」と「B地区」や、「病院」と「図書館」というように共通集合が予定されていない関係にある項目が指定された場合には論理和の関係にある情報を検索出力するよう構成してもよい。

【0198】また、本実施の形態では、メモ入力画面、写真モード画面など全画面として例示されているが、ウィンドウによる部分表示であってもかまわない。

【0199】
【図面の簡単な説明】
【図1】本発明の特徴的機能を有する形態情報機器や電子ブックの機能ブロック図である。

【図2】図2（A）（B）（C）は本実施の形態の電子ブックの外観図を示している。

【図3】旅行情報ソフトをセットした場合に表示される画面例を表した図である。

【図4】4】地図画像の表示例を表した図である。

【図5】本実施の形態における地図の拡大ジェスチャーの操作例を説明するための図である。

【図6】図6（A）（B）は、本実施の形態における指動作例を説明するための図である。

【図7】本実施の形態における地図の拡大ジェスチャーの他の操作例を説明するための図である。

【図8】本実施の形態における地図のスクロールジェスチャーの操作例を説明するための図である。

【図9】本実施の形態における地図の縮小ジェスチャーの操作例を説明するための図である。

【図10】本実施の形態における地図の回転ジェスチャーの操作例を説明するための図である。

【図11】本実施の形態における地図の回転角について説明するための図である。

【図12】本実施の形態の検索処理の一例について説明するための図である。

【図13】本実施の形態の論理積検索処理の一例について説明するための図である。

【図14】本実施の形態におけるページめくり操作について説明するための図である。

【図15】本実施の形態における連続ページめくり操作について説明するための図である。

【図16】本実施の形態におけるしおり挿入操作について説明するための図である。

【図17】本実施の形態におけるしおり挿入操作につい

て説明するための図である。

【図18】本実施の形態におけるしおり挿入箇所参照操作について説明するための図である。

【図19】ツールバーが表示された画面例を説明するための図である。

【図20】本実施の形態におけるフローティング処理の操作例を説明するための図である。

【図21】本実施の形態におけるフローティング処理の操作例を説明するための図である。

【図22】本実施の形態におけるドラッグ・アンド・ドロップの操作例を説明するための図である。

【図23】本実施の形態のカメラ撮影用操作画面を表した図である。

【図24】本実施の形態における静止画の撮影処理を説明するための図である。

【図25】本実施の形態における動画の撮影処理を説明するための図である。

【図26】本実施の形態におけるメモ入力処理を説明するための図である。

【図27】本実施の形態におけるメモ入力のドラッグ・アンド・ドロップ操作を説明するための図である。

【図28】本実施の形態における今日のフォルダ参照画面を表した図である。

【図29】本実施の形態における今日のフォルダ参照処理を説明するための図である。

【図30】本実施の形態における今日のフォルダの活用の一例を説明するための図である。

【図31】本実施形態の電子ブックのハードウエア構成について説明するための図である。

【図32】本実施の形態の電子ブックの機能ブロック図の一例である。

【図33】本実施の動作例を表したフローチャート図である。

【図34】本実施の動作例を表したフローチャート図である。

【図35】本実施の動作例を表したフローチャート図である。

【図36】本実施の動作例（入力マーク操作処理）を表したフローチャート図である。

【図37】本実施の動作例（地図操作処理）を表したフローチャート図である。

【図38】本実施の動作例（検索処理）を表したフローチャート図である。

【図39】本実施の動作例（ページめくり処理）を表したフローチャート図である。

【図40】本実施の動作例（連続ページめくり処理）を表したフローチャート図である。

【図41】本実施の動作例（各種アイコン処理）を表したフローチャート図である。

【図42】本実施の形態におけるフローティング処理の

他の操作例を説明するための図である。

【符号の説明】
10　　　指動作検出部
20　　　処理部
30　　　操作内容判断部
40　　　地図操作処理部
42　　　拡大処理部
44　　　縮小処理部
46　　　回転処理部
48　　　スクロール処理部
50　　　画像生成部
60　　　表示部
70　　　情報記憶媒体
1010　　CPU（中央処理ユニット）
1020　　メモリ
1030　　ディスプレイコントローラ
1040　　タッチパネルコントローラ
1050　　バス
1060　　タッチパネル
1070　　ディスプレイ
1080　　ディスクドライブコントローラ
1090　　ディスクドライブ
1100　　処理部
1110　　指動作検出部
1120　　入力部（ペン）
1130　　撮影部（カメラ）
1140　　処理内容決定部
1150　　各種処理部
1160　　地図操作処理部
1162　　拡大処理部
1164　　縮小処理部
1166　　回転処理部
1168　　スクロール処理部
1170　　検索処理部
1172　　通常の検索処理部
1174　　論理積検索処理部
1182　　ページめくり処理部
1184　　連続ページめくり処理部
1186　　しおり挿入処理部
1188　　しおり挿入箇所参照処理部
1192　　フローティング処理部
1194　　撮影処理部
1196　　メモ入力処理部
1198　　フォルダ参照処理部
1200　　画像生成部
1220　　情報記憶媒体
1230　　記憶部
1232　　フォルダファイル
1240　　表示部

SAMNDCA00359140

(15))00-163031(P2000-163031A)



SAMNDCA00359141

(16))00-163031(P2000-163031A)

【図3】

【図11】



【図5】

【図18】



(17))00-163031(P2000-163031A)

【図7】                                        【図29】



【図8】                                        【図25】



(18))00-163031(P2000-163031A)

【図9】



【図12】



(19)100-163031 (P2000-163031A)

【図14】



【図15】



(20))00-163031(P2000-163031A)

【図16】



【図17】



DEFENDANT'S EXHIBIT NO. 550.021
Case 5:11-cv-01846-LHK   Document 1991-25   Filed 09/21/12   Page 22 of 62

(21) )00-163031 (P2000-163031A)

【図19】



【図20】

【図24】



SAMNDCA00359147

(22))00-163031(P2000-163031A)

【図21】



【図22】



(23)00-163031 (P2000-163031A)

【図23】



【図26】



(24) )00-163031 (P2000-163031A)

【図27】



【図28】



(25)) 00-163031 (P2000-163031A)

【図30】



【図33】

【図31】



(26) )00-163031 (P2000-163031A)

【図32】



【図34】          【図41】



DEFENDANT'S EXHIBIT NO. 550.027
Case 5:11-cv-01846-LHK   Document 1991-25   Filed 09/21/12   Page 28 of 62

(27))00-163031(P2000-163031A)

【図35】



SAMNDCA00359153

(28) )00-163031 (P2000-163031A)



(29))00-163031 (P2000-163031A)

【図38】



【図39】



(30))00-163031 (P2000-163031A)

【図40】



_____

フロントページの続き

| (51)Int.Cl.7 | 識別記号 | | FI | | | (参考) |
|---|---|---|---|---|---|---|
| G09B | 29/00 | | G06F | 15/40 | 310G | |
| | | | | | 370C | |
| | | | | 15/403 | 310Z | |
| | | | | | 380A | |

(72)発明者　根橋　瑳
　　　　　　　長野県諏訪市大和3丁目3番5号　セイコ
　　　　　　　ーエプソン株式会社内

(72)発明者　若井　洋
　　　　　　　長野県諏訪市大和3丁目3番5号　セイコ
　　　　　　　ーエプソン株式会社内

**CERTIFICATION OF TRANSLATION**

I, Shunsuke Obinata, hereby certify that I am well versed in both Japanese and English languages, that I have over 25 years of experience in translating Japanese technical documents into English, and vice versa, and that the following translation of the document *Yasuhiro-JapaneseSAMNDCA00359127* into English is accurate and complete to the best of my knowledge and ability.

*Shunsuke Obinata*

Shunsuke Obinata

July 5, 2012

(19) Japanese Patent Office (JP)

(11) Unexamined Patent Application (*Kokai*)
2000-163031
(P2000-163031A)

| (51) Int. Cl⁵ | ID Number | FI | Theme code (reference) |
|---|---|---|---|
| G 09 G  5/00 | 530 | G 09 G  5/00  530 A | |
| | 510 | | 510 C |
| G 06 F   3/00 | 656 | G 06 F   3/00  656 D | |
| 15/02 | 310 | 15/02  310 Z | |
| 17/30 | | G 09 B  29/00 | A |

Request for examination: Not requested Number of claims: 7 (total of 30 pages)
Continued on last page

(21) Application number: H10-350728
(22) Filing date: November 25, 1998

(71) Applicant 000002369
 Seiko Epson Co., Ltd.
  2-4-1 Nishi-Shinjuku, Shinjuku-ku, Tokyo
(72) Inventor: NOMURA, Yasuhiro
 Seiko Epson Co., Ltd.
 3-3-5 Yamato, Suwa-shi, Nagano-ken
(72) Inventor: CHIYO, Yoshiiku
 Seiko Epson Co., Ltd.
 3-3-5 Yamato, Suwa-shi, Nagano-ken
(74) Agent: 100090479
 Patent agent INOUE, Hajime (and two associates)
  Continued on last page

---

(54) [Title of the Invention] Portable Information Device and Information Storage Medium
(57) [Abstract] (revised)

[Purpose] To provide a portable information device that can be implemented with an easy-to-use human interface by using features such as the rotation, enlargement, reduction, and scrolling of map images, and an information storage medium that can be used therefor.
[Constitution] This is an electronic book including a display unit that can display map images. By the operation history of the finger that is caused to touch the display unit, the execution specification on at least one operation, including the rotation, enlargement, reduction, and scrolling of a map image, and the amount of operation to be performed, can be input simultaneously. By an operation in which two fingers are spaced apart, the enlargement of a map image and the amount of enlargement can be input. Also, by an operation in which two fingers are brought close together, the reduction of a map image and the amount of reduction can be input. Further, by an operation in which one finger is rotated around another finger functioning as an axis, the specification of the rotation of a map image, and the amount of rotation, can be input.



[What Is Claimed Is]

[Claim 1]  In a portable information device containing a display unit capable of displaying map images, a portable information device comprising:

finger operation detection means that detect the movement history of the finger that is caused to touch the display unit on which a map image is displayed;

operation content determination means that determine that at least one operation, including rotation, enlargement, reduction, and scrolling of a map image, has been entered, based on said finger movement history; and

map image generation means that generate a map image on which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit, based on said determination.

[Claim 2]  In Claim 1, wherein

said operation content determination means

based on said finger movement history, determine at least one operation amount, including  the rotation amount, enlargement amount, reduction amount, and scrolling amount of a map image; and wherein

said map image generation means

generate a map image on which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit, based on the amount of operation that is determined.

[Claim 3]  In Claim 1 or 2, wherein

if said finger operation detection means

detect an operation that moves the two fingers touching the display unit on which a map image is displayed are moved apart,

said operation content determination means

determine that an enlargement operation on the map image was input; and wherein

said map image generation means

generate an enlarged map image.

[Claim 4] In any of the claims in Claims 1 through 3, wherein

if said finger operation detection means

detect an operation that brings the two fingers touching the display unit on which a map image is displayed are brought close to each other,

said operation content determination means

determine that a reduction operation on the map image was input; and wherein

said map image generation means

generate a reduced map image.

[Claim 5] In any of the claims in Claims 1 through 4, wherein

if said finger operation detection means

detect an operation that rotates, around one finger touching the display unit on which a map image is displayed, the other finger touching the display unit,

said operation content determination means

determine that a map image rotation operation was input; and wherein

said map image generation means

generate a rotated map image.

[Claim 6]  In the portable information device of Claims 1 through 5,

a portable information device that is used as an electronic book.

[Claim 7] In an information storage medium which is used in either a portable information device capable of displaying map images or in an electronic book, or both, an information storage medium containing:

information on the movement history of the finger that is caused to touch the display unit on which a map image is displayed;

information for determining, based on said finger movement history, that at least one operation, including rotation, enlargement, reduction, and scrolling of the map image, was input; and

information for generating, based on said determination, a map image for which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit.

[Detailed Description of the Invention]

[0001]

[Field of Industry]        This invention is directed to portable information devices, electronic books, and information storage media that are used therein.

[0002]

[Background Technology and the Problems to Be Solved by the Invention] In recent years, electronic books and portable information devices which are forms of publishing  wherein characters, images, audio, and other types of information are recorded on CD-ROM, FD, and related electronic media and wherein such information is used like books.

[0003]  Such electronic books and portable information devices can eliminate physical limits imposed on paper-based books. Such electronic books and devices can also permit non-linear reading styles, and readers can enjoy reading on a multi-faceted basis, each from his or her own free-to-choose viewpoints.

[0004] Further, because publishing can be low-cost in money and labor, anyone can publish easily, and specialized books for which the readership is limited can be published; and thus an ideal image of publishing operations could be achieved.

[0005] Incidentally, map information stored in such an electronic book or portable information device can be helpful when one goes out or takes a trip by carrying such a device so that map images can be looked up. In particular, in  electronic books and devices, unlike regular maps, extensive functions, such as enlarging, reducing, or scrolling the part of interest at will, can be implemented, the reason being that electronic books and

devices can implement significantly extended functions

in terms of information search and use, compared with the regular paper-based book.

[0006] However, functions, however well-extended they may be, would be useless if the operation is cumbersome or difficult, or the device is not user-friendly. Especially because electronic books and devices are formatted compactly for ease of carrying, correspondingly well-attuned input and operating methods are desired.

[0007] An objective of this invention, accomplished in view of the above problems, in portable information devices and

SAMNDCA00359128

electronic books capable of displaying map images, is to provide an electronic book, a portable information device, or an information storage medium that can be used therein, that can be implemented with an easy-to-use human interface by using features such as the rotation, enlargement, reduction, and scrolling of map images.

[0008]

[Means of Solving the Problems] This is an electronic book including a display unit that can display map images. By operation history of the finger that is caused to touch the display unit, the execution specification on at least one operation, including the rotation, enlargement, reduction, and scrolling of a map image, and the amount of operation to be performed, can be input simultaneously. By an operation in which two fingers are spaced apart, the enlargement of a map image and the amount of enlargement can be input. Also, by an operation in which two fingers are brought close together, the reduction of a map image and the amount of reduction can be input. Further, by an operation in which one finger is rotated around another finger functioning as an axis, the specification of the rotation of a map image, and the amount of rotation, can be input.

[0009]  According to the present invention, the user, by finger movement history, can input at least one operation, including the rotation, enlargement, reduction, and scrolling of the map image displayed on the display unit.

[0010]  The movement history of the finger touching the display unit is a concept that includes time elements, to be distinguished from operations that do not include time elements, such as simply touching an input mark and other objects with a finger.

[0011]  According to the present invention, various operations can be entered based on finger movement history, which eliminates the need for providing buttons, a keyboard, and other hardware elements on the case, and thus the present invention can provide a more compact portable information device. Further, since the need for the display of input marks and other operation aids on the screen is eliminated, the invention promotes the effective use of a small screen well-suited for portable use, and permits an easier-to-view screen display.

[0012]  In addition, since it is difficult with a button to simultaneously input an execution specification and what is to be executed in a single operation, buttons require multiple operations, such as an operation to specify what is to be executed and an execution specification, which makes the operations cumbersome. In the present invention, however, input is performed by finger operations. Through the detection of a finger specification range, a movement range, and so forth, it is possible to simultaneously specify the amount and range of operation, and thus the present invention can provide an easy-to-use human interface.

[0013]  A characteristic of the present invention is that said operation content determination means, based on said finger movement history, determine at least one operation amount, including the rotation amount, enlargement amount, reduction amount, and scrolling amount of a map image; such that said map image generation means generate a map image on which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit, based on the amount of operation that is determined.

[0014]  According to the present invention, the user, based on finger movement history, can enter not only an execution specification in one operation consisting of the rotation, enlargement, reduction, and scrolling of the map image displayed on the display unit, but also the amount of operation simultaneously.

[0015]  The execution specification of an operation means the specification of execution of any of the operations including

rotation, enlargement, reduction, and scrolling. Further, the amount of operation means the amount of rotation in the case of a rotation operation, for example; the amount of enlargement in the case of an enlargement operation; the amount of reduction in the case of a reduction operation; and the amount of scrolling in the case of a scrolling operation. It also means the specification of a range in which the object is to be displayed by enlargement, reduction, rotation, or scrolling.

[0016]  Since according to the present invention the amount of operation of various operations can be entered based on finger movement history, the user, by adjusting his/her finger operations according to his/her own needs, can learn to enter a desired amount of operation.

[0017]  Also, with buttons and tags since it is difficult to perform an execution specification by specifying a desired amount of operation in a single operation, the specification of an operation amount or providing an execution specification requires multiple operations, which make the operations cumbersome. In the present invention, however, input is performed by finger operations. Through the detection of a finger specification range, a movement range, and so forth, it is possible to simultaneously specify the amount and range of operation, and thus the present invention can provide an easy-to-use human interface.

[0018]  Also, in the present invention, if said finger operation detection means detect an operation that moves apart the two fingers touching the display unit on which a map image is displayed, said operation content determination means determine that an enlargement operation on the map image was input; and wherein said map image generation means generate an enlarged map image.

[0019]  The operation that moves apart the two fingers touching the display unit on which a map image is displayed being an operation that simulates the enlargement of the map image, the user can accept such an operation without resistance as an enlargement operation. Moreover, by the positions through which the finger moves and by the amount of operation, it is possible to specify execution by specifying the type of enlargement to be performed, such as the range of enlargement or the amount of enlargement, in a single operation.

[0020]  As a consequence, the present invention permits the provision of a portable information device that enables users to perform enlargement operations in an easy-to-use manner.

[0021]  It should be noted that the enlargement of a map image can be performed in a single operation always at a fixed rate, or it can be performed at a rate corresponding to the distance of finger motion. If the map image is enlarged at a rate commensurate with the distance of finger motion, the user can perform the enlargement in a single operation of execution specification specifying the amount of enlargement to be effected, and in this manner the present invention can provide an easy-to-use human interface.

[0022]  Also, the range of map image displayed on the display unit as a result of the enlargement should preferably be in a range including the map image in the position in which the finger was touching before the enlargement. This permits the user to perform an execution specification specifying an enlargement range in a single operation, and thus the present invention can provide an easy-to-use human interface.

[0023]  Further, the manner in which a map image is enlarged includes not only reducing the scale, but also creating a detailed map of a city highlighting information such as buildings and roads with the city part enlarged.

SAMNDCA00359129

[0024] Also, a characteristic of the present invention lies in the fact that if said finger operation detection means detect an operation that brings the two fingers touching the display unit on which a map image is displayed close to each other, said operation content determination means determine that a reduction operation on the map image was input, with the result that said map image generation means generate a reduced map image.

[0025] The operation that that brings the two fingers touching the display unit on which a map image is displayed close to each other being an operation that simulates the reduction of the map image, the user can accept such an operation without resistance as a reduction operation. Moreover, by the positions through which the finger moves and by the amount of operation, it is possible to specify execution by specifying the type of reduction to be performed, such as the range of reduction or the amount of reduction, in a single operation.

[0026] Consequently, the present invention permits the provision to users of a portable information device capable of performing reduction operations in an easy-to-use manner.

[0027] It should be noted that the reduction of a map image can be performed in a single operation always at a fixed rate, or it can be performed at a rate corresponding to the distance of finger motion. If the map image is reduced at a rate commensurate with the distance of finger motion, the user can perform the reduction in a single operation of execution specification specifying the amount of reduction to be effected, and in this manner the present invention can provide an easy-to-use human interface.

[0028] Also, the range of map image displayed on the display unit as a result of the reduction should preferably be in a range including the map image in the position in which the finger was touching before the reduction. This permits the user to perform an execution specification specifying a reduction range in a single operation, and thus the present invention can provide an easy-to-use human interface.

[0029] Further, the manner in which a map image is reduced includes not only expanding the scale, but also creating reduced map images in which terrain and city location are the main items, whereas before the enlargement the map was a town map-style map image highlighting information such as buildings and roads, for example.

[0030] Also, a characteristic of the present invention lies in the fact that if said finger operation detection means detect an operation that rotates, around one finger touching the display unit on which a map image is displayed, the other finger touching the display unit, said operation content determination means determine that a map image rotation operation was input, with the result that said map image generation means generate a rotated map image.

[0031] The operation in which the other finger is rotated around the finger touching the display unit on which a map image is displayed is similar to the operation of using a compass. For this reason, the operates simulates the rotation of the map image, and

the user can accept such an operation without resistance as a rotation operation. Moreover, by the positions through which the finger moves and by the amount of

operation, it is possible to specify execution by specifying the type of rotation to be performed, such as the range of rotation or the amount of rotation, in a single operation, for example.

[0032] Consequently, the present invention permits the provision to users of a portable information device capable of performing rotation operations in an easy-to-use manner.

[0033] In addition, if the orientation in which the user is positioned is to match the orientation on the screen, in the case of a map the map itself must be rotated. In the case of the portable information device of the present invention, however, the same effect can be achieved by rotating the map image that is displayed. Consequently, the user by a simple operation can view a map image rotated in a desired direction, and in this manner the present invention can provide a portable information device that is easier to use than an actual map.

[0034] It should be noted that the rotation of a map image can be performed in a single operation always at a fixed rate, or it can be performed at a rate corresponding to the distance of finger motion. If the map image is rotated at a rate commensurate with the distance of finger motion, the user can perform the rotation in a single operation of execution specification specifying the amount of rotation to be effected, and in this manner the present invention can provide an easy-to-use human interface.

[0035] The range of the map image displayed on the display unit as a result of the rotation should preferably be a range that includes the map image in the position in which the finger was touching before the rotation. In this manner, the user can perform the rotation in a single operation of execution specification specifying the range of rotation to be effected, and thus the present invention can provide an easy-to-use human interface.

[0036] Also, the present invention is said portable information device that is used as an electronic book.

[0037] Specifically, the electronic book includes a display unit capable of displaying map images, and the electronic book comprises finger operation detection means that detect the movement history of the finger that is caused to touch the display unit on which a map image is displayed; operation content determination means that determine that at least one operation, including rotation, enlargement, reduction, and scrolling of a map image, has been entered, based on said finger movement history; and map image generation means that generate a map image on which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit, based on said determination.

[0038] Also, in said electronic book, said operation content determination means determine that at least one operation, including rotation, enlargement, reduction, and scrolling of a map image, has been entered, based on said finger movement history; and said map image generation means generate a map image on which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit, based on the amount of operation that has been determined.

[0039] Also, in said electronic book, if said finger operation detection means detect an operation that moves apart the two fingers touching the display unit on which a map image is displayed, said operation content determination means determine that an enlargement operation on the map image was input, with the result that said map image generation means generate an enlarged map image.

SAMNDCA00359130

[0040] Further, a characteristic of the present invention lies in the fact that in said electronic book, if said finger operation detection means detect an operation that moves close to each other the two fingers touching the display unit on which a map image is displayed, said operation content determination means determine that a reduction operation on the map image was input, with the result that said map image generation means generate a reduced map image.

[0041] Also, a characteristic of the present invention lies in the fact that in said electronic book, if said finger operation detection means detect an operation that rotates the other finger around the finger touching the display unit on which a map image is displayed, said operation content determination means determine that a rotation operation on the map image was input, with the result that said map image generation means generate a rotated map image.

[0042] In addition, the present invention is an information storage medium which is used in either a portable information device capable of displaying map images or in an electronic book, or both, and the information storage medium includes:   information on the movement history of the finger that is caused to touch the display unit on which a map image is displayed;   information for determining, based on said finger movement history, that at least one operation, including rotation, enlargement, reduction, and scrolling of the map image, was input; and information for generating, based on said determination, a map image for which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit.

[0043] Also, said information storage medium can be constituted to include information for determining, based on said finger movement history, that at least one operation, including rotation, enlargement, reduction, and scrolling of the map image, was input; and

information for generating, based on said determination, a map image for which at least one operation, including rotation, enlargement, reduction, and scrolling, is performed on the map image displayed on the display unit.

[0044] Also, in said electronic book, if said finger operation detection means detect an operation that moves apart the two fingers touching the display unit on which a map image is displayed, said operation content determination means determine that an enlargement operation on the map image was input, with the result that said map image generation means generate an enlarged map image.

[0045] Further, in said information storage medium, the medium should be constituted to include information such that if an operation is detected that moves close to each other the two fingers touching the display unit on which a map image is displayed, it is determined that a reduction operation on the map image was input, with the result that a reduced map image is generated.

[0046] Also, in said information storage medium, the medium should be constituted to include information such that if an operation is detected that rotates around the other finger the finger touching the display unit on which a map image is displayed, it is determined that a map image rotation operation was input, with the result that a rotated map image is generated.

[0047] [Mode of Embodiment of the Invention] 1. Characteristics of the present invention

A characteristic of the present invention lies in the fact that, in a form information device or an electronic book capable of displaying map images, the map image can be rotated, enlarged, reduced,  scrolled, and so forth by performing finger operations on the displayed map image.

[0048] Fig. 1 is a functional block diagram of the form information device or electronic book having the characteristic features of the present invention.

[0049] The finger operation detection unit 10 is designed to detect the finger movement history that the user has performed on the display unit on which a map image is displayed, in order to input operations such as the enlargement, reduction, rotation, or scrolling of the map image. The finger operation detection unit 10 is constituted by overlaying transparent touch panels on the display unit 60. The detection data acquired in the finger operation detection unit is input into the processing unit 20.

[0050] The processing unit 20 is designed to perform the processing for the generation of map images based on said detection data and given programs. The functions of the processing unit can be implemented with hardware components, such as the CPU (CISC type or RISC type), custom ICs (gate arrays), and memory units.

[0051] The information storage medium 70 is designed to store programs and data. The functions of the information storage medium 70 can be implemented with hardware components, such as the CD-ROM, a cassette, an IC card, an MO, an FD, a DVD, a hard disk, or memory units. The processing unit 20 performs various processing tasks based on the programs and data supplied from the information storage medium 70.

[0052]

The processing unit 20 comprises an operation content determination unit 30, a map operation processing unit 40, and an image generation unit 50.

[0053] The operation content determination unit 30 determines, based upon the finger movement history detected by the finger operation detection unit 10, the type of operation that was input by the user. Specifically, if the finger movement history detected by the finger operation detection unit is an operation of moving two fingers apart, the unit determines that a map image enlargement operation was input. Also, if, for example, the finger movement history detected by the finger operation detection unit is an operation of moving two fingers close to one another, the unit determines that a map image reduction operation was input. Further, if, for example, the finger movement history detected by the finger operation detection unit is an operation of rotating the other finger around a finger, the unit determines that a map image rotation operation was input. If, for example, the finger movement history detected by the finger operation detection unit is an operation that moves one finger, the unit determines that a map scrolling operation was input.

[0054] The map operation processing unit 40 is designed to generate map images on which the operation determined by the operation content determination unit is performed; as such, it comprises an enlargement processing unit 42, a reduction processing unit 44, a rotation processing unit 46, and a scrolling processing unit 48.

[0055] The enlargement processing unit 42 performs the processing necessary to generate a map image enlarged commensurate with the distance by which the two fingers are moved apart. The reduction processing unit 44 performs the processing necessary to generate a map image reduced commensurate with the distance by which two fingers are brought close together. The rotation processing unit 46 performs the processing necessary to generate a map image rotated commensurate with the angle of one rotation.

SAMNDCA00359131

[0056] The scrolling processing unit 48 performs the processing necessary to generate a map image scrolled commensurate with the extent of motion of one finger.

[0057] The image generation unit 50 generates the map image to be output to the display unit, based on the processing performed by the map operation processing unit 40. Map images can be generated using a technique wherein image data in the maximum resolution is retained and wherein said image data is thinned out

according to the specific scaling factor employed, or they can be generated using a technique wherein all data is retained as vector data and computations are performed as necessary to generate a map image.

[0058] 2. Preferred modes of embodiment of the present invention

The text below provides a detailed description of preferred modes of embodiment of the present invention, taking an electronic book as an example.

[0059] (1) Physical appearance of the electronic book

Figs. 2 (A), (B), and (C) show external views of the electronic book of this mode of embodiment. Item 110 is an external frontal view of the electronic book of the present mode of embodiment, in which the book is closed. Item 120 is a lateral view. Item 130 is drawing of the electronic book of the present mode of embodiment, in which the book is open. The electronic book of the present mode of embodiment, for ease of carrying, is constituted so that the size of the electronic book, when closed, is approximately equal to that of a paperback book.

[0060] Fig. 2 (B) is a drawing showing the disk 140 storing the software used for the electronic book. As shown in Fig. 2 (C), the electronic book of the present embodiment mode can provide information corresponding to the contents of the various pieces of software by setting a disk 140 storing various pieces of software.

[0061] (2) Map image operation processing by finger operations

The text below provides a description of the operation of a map image by finger operation in the electronic book of the present embodiment mode, in terms of specific examples.

[0062] Fig. 3 is a drawing showing a screen example wherein trip information software is set. The center of the screen is principally used as an information display area, and the edges of the screen are used as a search tag area or a toolbar display area. Displayed in the information display area, as image information, is the contents equivalent to one page when the book is opened. Also, displayed in the search tag area are search tags 210 – 230. Also displayed on the right and left edges of the display area are images that simulate "the thickness of the book."

[0063] 1 Map enlargement operation

When the user touches a "map" 220 field with a finger 250, the overall map 260 of "India" is displayed on the screen (Fig. 4). If it is desired to obtain information around "Bombay," the user places his thumb and index finger with the thumb and index finger held close together, as shown in Fig. 6 (B), and performs an operation that moves the thumb and index finger apart (map enlargement gesture) (Fig. 5). In this manner, an enlarged map image is displayed according to the movement history of the thumb and index finger. Specifically, the greater the extent of the thumb and index finger moving apart, the

smaller is the scaling factor, and the greater is the detail level of the map that is displayed.

[0064] In this operation, the map on the screen can be enlarged in realtime, corresponding to the operation of moving the thumb and index finger apart. Also, a map image can be displayed such that it is enlarged according to the amount of enlargement, after the final amount of enlargement is confirmed when the fingers have stopped moving.

[0065] Also, as shown in Fig. 7, the operation of keeping the thumb fixed and exclusively moving the index finger away from the thumb can be included in the map enlargement gesture.

[0066] If the user, after viewing the enlarged map, desires to obtain an even more detailed map image, the user can repeat said map enlargement gesture, and thus obtain a further detailed map. In the present embodiment mode, a detailed city map, such as a town map, is displayed, in which an urban map is enlarged to some extent.

[0067] 2 Map scrolling operation

As shown in Fig. 8, if a finger is placed on the screen and the finger is moved in a desired direction with the finger pressed on the screen (map scrolling gesture), the map is moved and displayed in a distance equal to the distance of motion and in the direction of motion.

[0068] 3 Map reduction operation

If the user desires to view a map image with a greater scaling factor or display wide-range information on the screen or otherwise desires to reduce the map, first the user places his thumb and index finger on the map displayed on the screen, with the thumb and index finger held apart, as shown in Fig. 6 (A), and performs an operation that moves the thumb and index finger close together (map reduction gesture), as shown in Fig. 9. In this manner, a reduced map image is displayed according to the movement history of the thumb and index finger. Specifically, the greater the extent of the thumb and index finger moving apart, the smaller is the scaling factor, and the greater is the detail level of the map that is displayed.

[0069] In this operation, the map on the screen can be reduced in realtime, corresponding to the operation of moving the thumb and index finger close together. Also, a map image can be displayed such that it is reduced according to the amount of reduction, after the final amount of reduction is confirmed when the fingers have stopped moving.

[0070] Also, in reverse of what is shown in Fig. 7, the operation of keeping the thumb fixed and exclusively moving the index finger close to the thumb can be included in the map reduction gesture.

[0071] If the user, after viewing the reduced map, desires to obtain an even larger-scale map image, the user can repeat said map reduction gesture, and thus

obtain an even larger-scale map. In the present embodiment mode, a regular map ends up being displayed from a detailed city map, such as a town map, that had been obtained by reducing a city-part map to some extent.

[0072] 4 Map rotation operation

If it is desired to change the orientation of the map image that is displayed without changing the scaling factor, first the user places his thumb and index finger on the map displayed on the screen, with the thumb and index finger held apart, as shown in Fig. 6 (A), and performs an operation that

SAMNDCA00359132

rotates the other finger in a manner similar to a compass, around the fixed finger, by keeping either the thumb of the index finger immobilized (map rotation gesture) (Fig. 10). In this manner, a rotated map image is displayed according to the movement history of the thumb and index finger.

[0073] As shown in Fig. 11, if either finger is fixed on Point O and the other finger is rotated from Point A to Point B, a map image is displayed in which the map is rotated by the direction 370 from Point A to Point B, in an angle equal to the angle Θ of rotation.

[0074] In this operation, the map on the screen can be rotated in realtime, corresponding to the rotation of either finger. Also, a map image can be displayed such that it is reduced according to the amount of reduction, after the final amount of reduction is confirmed when the finger has stopped moving.

[0075] It should be noted that finger operations are not limited to a thumb and an index finger; it can be performed with a thumb and a middle finger, or in any combination of other fingers.

[0076] 3 Search processing

The text below provides a description of search processing based on finger operations on the electronic book of the present embodiment mode, in reference to specific examples.

[0077] 1 Regular search operation

If the user wants to obtain hotel information on "southern India," for example, the method shown in Fig. 12 may be employed. Specifically the method involves the following: first the user selects the "southern India" tag, displays the first page containing information on "southern India," selects a lodging tag, and displays the first page containing "lodging in southern India." This technique is useful when the user wants to obtain various types of information on "southern India"  and desires to display the first page containing information on "southern India" for now, and then wants to search for various types of information on "southern India."

[0078] 2 Search operations using logical product conditions

If the user exclusively wants "lodging in southern India" information, it is desirable if the first page containing "lodging in southern India" information is directly displayed in a single operation. Therefore, in the present embodiment mode, as shown in Fig. 13 (A), the user simultaneously touches the "southern India" tag with a left-hand finger and the "lodging" tag with a right-hand finger, and the device is constituted so that the first page containing "lodging in southern India" information is displayed directly in a single operation.

[0079] If the "lodging in southern India" extends over several pages, by performing page-flipping input, as shown in Fig. 13 (B), the user can read the information containing in subsequent pages.

[0080] (4) Page turning and bookmarking processing

The text below describes specific examples of turning pages on the electronic book of the present embodiment mode.

[0081] 1 Page turning input operation

Because with the electronic book of the present embodiment mode, various operations are input as finger operations on the screen, the case provides few buttons for operation input. Another characteristic is that on the screen on which the contents of a book are displayed, few operation input marks dot the screen (Fig. 3).

[0082] In the present embodiment mode, by installing trip information software on the electronic book, the user can reference the contents similar to pages in an actual book, on the type of screen shown in Fig. 3, in a manner similar to referencing a travel guide book.

[0083] If the user desires to see the next page, the user traces the information display area on the screen from left to right with an index finger, similar to turning a page in a paper-based book, and this causes the display screen to be updated to the contents of the next page, as if an actual page was flipped, as shown in Fig. 14.

[0084] In this case, the user needs to fully touch the screen with the index finger or other finger, and move the finger in a rubbing motion by applying some force, in a lateral direction. The reason is that in the present embodiment mode, in order to distinguish the page-turning input from other types of input, the determination is made that a page turning was input when the finger touches the screen in an area greater than a prescribed area and with a pressure greater than a prescribed pressure exerted on the screen.

[0085] It should be noted that the direction of page turning and the up and down motions of pages differ, as in the case of an actual book, depending upon whether the book is in horizontal or vertical script. Consequently, in the case of a vertical script book, pages move from right to left. Therefore, the page turns to the next page when the finger moves, as shown in Fig. 14, and in the case of horizontal script, the page turns to the previous page when the finger moves. Conversely, in the case of a vertical script book the previous page is flipped when the area is traced conversely with an index finger, and in the case of horizontal script, the next page is flipped.

[0086] Thus, because the user can perform page-turning input as if handling a regular book, the present invention can provide a human interface that is both easy to learn and easy to use.

[0087] When page turning is input, as shown in Fig. 14, an image showing page turning in progress can be displayed according to the motion of the finger; however, the device can also be constituted such that screen changes directly to the previous page screen or the next page screen.

[0088] Also, in correspondence with page turning, simulation sounds that conjure page-flipping sounds can be generated.

[0089] 2 Continuous page turning input operation

Also, as shown in Fig. 15, if the user continues to touch the image (hereinafter referred to as "the thickness of a book") that simulates the thickness of a book 240, 242, pages turn continuously by making a flipping sound. In this operation, if the user changes the force of touching, the speed of page turning can be changed. In other words, when the user touches it more strongly, the speed of page turning can be increased. Conversely, when the user touches it more softly, the speed of page turning can be decreased. When finding the page that he wants to read, the user can release his hand from the aforementioned "thickness of book" to stop the continuous page turning action and position the display screen on the applicable page.

SAMNDCA00359133

[0090]     As in the case of previously described page turning, the direction of page turning and the up and down motions of pages differ, depending upon whether the book is in horizontal or vertical script. Consequently, in the case of a vertical script book, when the user continues to touch the book thickness on the left edge, pages are turned continuously in the direction of the next page; in the case of horizontal script, pages are turned continuously in the direction of the previous page.  Conversely, in the case of a vertical script book, when the user continues to touch the book thickness on the right edge, in reverse of Fig. 15, pages are turned continuously in the direction of the previous page, and in the case of horizontal script, pages are turned continuously in the direction of the next page.

[0091] In this way, because a user can turn pages up and input using the same feeling as when handling a normal book, it is possible to provide a human interface with convenience of use and with an easy operation acquisition.

[0092] Moreover, during linked page turning input, it is permissible to display image graphics while page turning in response to the movement of fingers as shown in FIG. 15. A structure is permissible that changes completely the directly previous page screen or the next page screen in a specific period.

[0093] In addition, an image sound may be output so as to be able to associate the sound of pages turning such as "rustling" in response to page turning.

[0094] A description is given for a bookmark function that has an embodiment for bookmark insertion and reference operations. It is possible to attach a bookmark to a page that the user desires to reference once again, using the present embodiment so as to insert a bookmark at a location that the user desires to reference once again during normal reading.

[0095] As shown in FIG. 16, it is possible to insert a bookmark to a page where a finger has traced to the lowest point of a screen having dragged the arrow part 260. That is, the bookmark mark 270 is displayed on the screen as shown in FIG. 17 after the operation.

[0096] When the user references other page, the bookmark 270 is shown at the lower end of the screen as shown in FIG. 18(A).

[0097] When the user has not referenced a page with an attached bookmark, if the bookmark 270 that is displayed on the lower part of the screen as shown in FIG. 18(B) is touched with a finger, as shown in FIG. 18(C), the screen is changed completely to the page with the attached bookmark.

[0098] Moreover, a description has been given by way of example for the case when one bookmark is inserted, but the invention is not so limited. For example, when the user desires to attach a bookmark on multiple pages, it is permissible to display multiple color bookmark marks.

[0099] (5) A description is given using a concrete example for the use of the current day's folder.

[0100] In FIG. 3, when the icon used for input of 280 is touched with a finger, a tool bar is shown that was constructed using various operations icons (282, 284, 286, and 288) at the lower part of the screen as shown in FIG. 19.

[0101] 282 is an icon that is touched when transitioning to modes for performing every kind of specific input using this electronic book. In addition, 284 is an icon that is touched for transitioning to modes that image moving images or still images using a camera that is an attached product to this electronic book. 286 is an icon that is touched when transitioning to a mode that memo inputs characters or drawings using a pen that is an attached product to this electronic book. 288 is an icon that is touched when storing information designated by inputted data or on a screen and when trying to reference the contents of the current day's folder. The current day's folder is automatically formed every day. The way to use the folder is to store data formed within each day's scene that normally remains. Below, a description is given for every kind of use of the daily folder.

[0102]  ① A description is given using FIG. 20-22 for an example that floats and stores information stored in the example electronic book. For example, when information about "North India" is desired, by touching the "North India" index, pages are opened and read. Within these pages, the "Taj Mahal" characters displayed in red may be touched (Reference FIG. 20 (A)). Thus, the electronic book is formed so that the operation jumps automatically to the "Taj Mahal" page.

[0103] For example, having tried to read about the "Taj Mahal" using a book with normal pages, and having thought about copying this portion and carrying the copy, it is possible to perform the following operation using this electronic book.

[0104] That is, while tracing with his index finger the area where the information that the user thinks he want to cut off is found, the area bounded by a square that the forefinger has traced out is removed. (Reference arrow 410 of FIG. 20 (B)). Thus, the bounded portion is shown floating on the screen (Reference 420 of FIG. 21). This operation makes the portion floating.

[0105] The portion that has been made to float can be pushed by a finger and by dragging-and-dropping until the icon 288 of today's folder and then lifting the finger (below, called "dragging-and-dropping" to current day's folder"), the portion that was made to float is stored in the current day's folder (Reference FIG. 22). In this way, using this electronic book, the contents that the user desires to remove is designated by a finger and if the dragging-and-dropping is to the current day's folder, it is possible to store the designated contents on the screen in the current day's folder.

[0106] Moreover, the floating area is not the only area that can be bounded by a closed curve or a polygon and it is permissible to designate using a portion bounded by the end of the screen and a finger. For example, as shown in FIG. 42(A), when tracing on the screen by drawing a trajectory as in 840 using a finger, it is permissible to float the portion 852 (slanted line area) that is bounded by the trajectory 840 and the ridgeline 850 at the end of the screen.

SAMNDCA00359134

[0107] In addition, as shown in FIG. 42(B), it is permissible to designate the two points P1 and P2 on the screen and float the rectangular area 854 (slanted line area) with the line portion that connects the two points as a diagonal line.

[0108] In addition, as shown in FIG. 42 (C), it is permissible to designate the 3 points P3, P4, and P5 on the screen using a finger and float the circular area 856 (slanted line) that has the 3 points on top of its circumference as a diagonal line.

[0109]② A description is given using FIG. 23-25 for an example that stores in today's folder video images photographed by a camera in the following example that stores still and moving images.

[0110] For example, when the user wants to make a note of the contents with the time during travel, if this electronic book is used, as shown in FIG. 24(A), it is possible to remove the camera lens 520 that is established within the electronic book, to photograph the time stamp 510 and store the photographed data in the electronic book.

[0111] That is, when the user touches with his finger the camera ion 284, drawing out the toolbar of the electronic book, the operating display screen for camera imaging as shown FIG. 23 is shown. The user can select the photography of a moving image area or still image by touching either one of the screen switches 550 or 540 of the "moving image" and "still image" displayed on the finder screen 530 that is substantially disposed on the left side of the screen.

[0112] For example, if the user touches the screen switch 540 of the still image, the display of the switch 560 used for photography execution is changed to "shutter." If the user orients the camera lens 520 to the time display, the time display video image that the camera lens 520 has taken onto the finder screen 530 is displayed. If the user touches the "shutter" button 560 using his finger, the image data that is no longer needed is stored automatically in the folder file along with an image time stamp.

[0113] The folder file is a file for storing information that is input into "the current day's folder." The stored information is managed by date and time and is formed so as to be able to be read by date.

[0114] In addition, when the user wants to photograph moving images, and when he touches the switch 550 of the moving image, the display of the switch 560 used for photography execution is changed to "video recording wait." When the user touches the button "video recording wait", photography of moving images begins.

[0115] Moreover, because the camera lens 520 of the electronic book shown in FIG. 25 is a wireless type that is detachable from the electronic book's main body, the user can photograph without affecting those surrounding him. In addition, when the user pushes the switch 560 used for photograph execution displayed as "recording wait", the display is replaced by "photographing." Thus, the photographed image is automatically stored in the folder file along with a photography time stamp.

[0116] ③ A description is given, as the following example of memo writing, using FIG. 26 and 27 for an example that stores the user's memo writing.

[0117] The user draws out the tool bar that is on the bottom part of the screen. If a finger touches the "memo" icon 286, the memo input screen 600 as shown in FIG. 26 is displayed. When the user inputs a character on this screen using the pen 610 that is an electronic book attachment, without alteration, image data is stored. After writing completion, when this memo input screen is dragged-and dropped to the current day's folder, along with storing with a time stamp the contents stored on the memo input screen 600, it is possible to store the contents in the folder file.

[0118]④ When the reference processing user of today's folder draws out the tool bar that is at the bottom of the screen, and touches using his finger the "the current day's folder" icon 288, the current day folder screen 700 of that day as shown in FIG. 28 is displayed. Within the screen, data that is stored on the current day folder of that day is made into an icon (710, 720, 730, and 740) and displayed. Because data contents that the user stored using this electronic book is made into an icon as an image that was shrunk unaltered, the user may easily be alerted to the storage of the contents of the data. Furthermore, because at the bottom of the icon the time when the data was stored is displayed, even a record of the user's movements is easily utilized and afterwards, this feature is convenient for also adjusting data.

[0119] When the user drags-and drops to the portion 750 for "viewing contents" after touching using his finger the iconized data 710, 720, 730, and 740, this content is displayed on the screen. It is possible to automatically eliminate this content by placing in the trash box portion 780 that deals with for "discarding" in the same way.

[0120] In addition, when touching the portion 760 that deals with the "previous day" the previous day's "current day folder screen" is displayed and when touching the portion 770 that deals with the "next day", the next day's "current day folder screen" is displayed. The user by touching the portions of the "previous day" and the "next day" can return to past folder screens and can return to the current folder screen.

[0121] In addition, when moving the icon of linked data as shown in FIG. 29 by a finger so as to make contact, the data that makes contact is made global. From this operation, it is convenient to make adjustments to the data.

SAMNDCA00359135

[0122] FIG. 30 is a diagram for describing one example for utilizing the current day folder.

[0123] For example, carries this electronic book for one month's travel and stores in the current day's folder various data accumulated during the trip. If the user opens the electronic book, a folder representing 30 days travel is stored (Reference FIG. 30 (A)).

[0124] The user writes to another computer 810 that is connected to the internet data of the current day's folder that is stored in the electronic book 800 and by using the internet, sends the data to travel data collection company 820 (FIG. 30 (B)).

[0125] The travel data collection company 820 compiles the recovered data and supplies the latest travel data to a travel software software publishing company 830. The travel software publishing company 830 sells the updated travel software based on the latest data.

[0126] If an electronic publishing industry is developed in this way, the supply of digital software having contents that reflect the lasts data can be put to use. In addition, because neither time nor money is required for publishing, it becomes possible to realize an idealized image of publishing where it is possible to publish anything cheaply and it is possible to publish specialized works for which prospective purchasers are limited.

[0127] (6) A description is given using FIG. 31 for the hardware construction of an electronic book having the configuration of this embodiment.

[0128] As shown in FIG. 31, the electronic book of this embodiment is formed from the CPU (central processing unit) 1010, the memory 1020, the display controller 1030, the touch panel controller 1040, the bus 1050, the touch panel 1060, the display 1070, the disk drive controller 1080, the disk drive 1090, the information storage media 1220, the camera 1130, and the pen 1120.

[0129] The display 1070 is formed from liquid crystal, etc.. The display controller 1030 controls output.

[0130] The touch panel 1060 is formed by an optical, resistive, electrostatic, and ultrasonic panel and is controlled by the touch panel controller 1040. The touch panel 1060 is layer disposed on a transparent touch sensor plate on the display 1070. If the user makes contact with the display screen by the forefinger or by the pen 1120, the touch panel can detect image data such as character or graphic that is input the contact position information of the finger, contact pressure and contact surface area or pen 1120.

[0131] It becomes possible to conduct finger operation input or pen input on the display screen by layering and integrating transparent touch sensor plates on the surface of the display 1070 in this way.

[0132] The CPU 1010 performs control of the entire device and every kind of data processing. It also performs various processing that is described using FIG. 2-30. The memory is formed using ROM and RAM. RAM is a storage means that is used as an operations area for this CPU 1010. The given contents of the information storage media 1220 or the ROM or the calculation results of the CPU 1010 are stored.

[0133] The disk drive 1090 writes data to and reads data from the information storage media 1220 such as a floppy disk and is controlled by the disk drive controller 1080.

[0134] Principally stored in the information storage media 1220 is data for generating images, programs and information for performing various processing that is described in FIG. 2- FIG. 30.

[0135] The camera 1130 is for photographing moving and still images.

[0136] The pen is for inputting moving and still images and a rod that has the shape of a pen or ink is preferable for display.

[0137] The user performs finger operations on top of the display. When he performs memo input and various input such as photography by camera, the CPU 1010, based on the input contents, executes operations that the user has designated.

[0138] FIG. 32 is one example of a function block diagram of this electronic book.

[0139] The finger motion detector 1110 detects the motion history or contact pressure or contact surface area of a finger that the user has used to perform on the display unit. Transparent touch panels are layered and formed on the display unit 1240 to act as the finger motion detector 1110. The detected data that can be obtained by the finger motion detector 1110 is input to the processing unit 1100.

[0140] The pen input unit 1120 is for inputting contents that the user has recorded by the pen on the display unit. When the pen input unit 1120 has previously recorded characters or graphics on the display unit using the pen 120, the transparent touch panel that is layered on the display unit is formed to detect these contents as image data. The detected data that can be obtained using the pen input unit 1120 is input to the processing unit 1100.

[0141] The photography unit 1130 is for the user to use in photographing at least either a moving image or still image. The photography unit 1130 is formed by a camera or video camera. The image data that is photographed by the photography unit 1130 is input to the processing unit 1100.

[0142] The processing unit 1100, based on detected data from finger operations or pen input, image data, given programs, performs processing that generates images that are displayed on the display unit and processing that stores the data in folder files. The functions of this processing unit 1100 can be realized by hardware such as CPU (CISC type, RISC type), DSP, custom (gate array, etc.) IC and memory.

SAMNDCA00359136

[0143] The information storage media 1220 is for storing programs or data. The functions of this information storage media 1220 can be realized by hardware such as CD-ROM, cassette, IC cards, MO, FD, DVD, hard disks or memory. The processing unit 1100 conducts various processing based on programs and data from this information storage media 1220.

[0144] The processing unit 1100 is formed to include the processing contents decision unit 1140, the various processing unit 1150, the image generation unit 1200 and the storage unit 1230.

[0145] The processing contents decision unit 1140 determines the required contents for processing based on data input from the finger motion detector 1100, the pen input unit 1120 and the photography unit 1130.

[0146] The various processing unit 1150 includes the expansion processing unit 1162, the compression processing unit 1164, the rotation processing unit 1166, the scroll processing unit 1168, the usual search processing unit 1172, the logical AND search unit 1174, the page turning unit 1182, the linked page turning unit 1184, the bookmark insert processing unit 1186, the bookmark insert location reference processing unit 1188, the floating processing unit 1192, the photography processing unit 1194, the memory input processing unit 1196, and the folder reference processing unit 1198. Following determination of the processing contents decision unit 1140, the following processing may be performed: expansion processing of the map image, compression processing, rotation processing, scroll processing, normal search processing, logical AND search processing, page turning processing, linked page turning processing, bookmark insert processing, bookmark insert location reference processing, floating processing, photography processing, memory input processing, and folder reference processing.

[0147] The storage unit 1230 stores every kind of information and includes the folder file 1232 for storing data that is stored in the current day's folder.

[0148] The image formation unit 1200 generates images that are displayed on the display unit based on the processing that the various processing unit 1150 has performed.

[0149] (7) The operating example FIG. 3-41 are flowcharts that display operating examples of electronic books of this embodiment.

[0150] Using the electronic book of this embodiment, with inputs from finger operations, pen input or photography, the processing details are determined as follows (Step S10 of FIG. 33). If in current photography mode, photography processing is performed (Steps S20, S30). Moreover, normally, the operation is in normal input mode and when the camera icon of the tool bar is touched, the operation moves to the photography mode. When input is detected in the photography mode, photography processing is performed as described in FIG. 23-25.

[0151] For example, when it has been detected that the user has pushed an operating button within the screen, processing is performed corresponding to this button and when the "moving image" or "still image" button has been touched, selection is made of moving image or still image processing. When the "shutter" button has been touched, a still image is photographed and processing is performed that attaches a time stamp to the photograph of the photographed image data and stores the data in a folder file. When the "recording wait" button is touched, perform processing that starts the photographing of the moving

image and when the "recording" button is touched, photographing of the moving image is completed. The photographed image data is stored in a folder file with a time stamp of the photography.

[0152] If the existing memo input mode is active, memo input processing is performed (Step S40, S50). Moreover, usually, the system is in the usual input mode and if the memo icon on the tool bar is touched, the system moves to the memo input mode. When input is detected in the memo input mode, memo processing is performed as described in FIG. 26-27.

[0153]For example, when it is detected that the user has input characters by pen within the screen, the input contents are imagined and displayed in real-time and the input contents are stored in a work area as image data. When the input contents are dragged-and-dropped, the image data stored in the work area are stored in a folder file with a time stamp.

[0154] If the operation is in a current folder reference mode, folder reference processing occurs (Step S52, S54). Moreover, usually, the operation is in a normal input mode and if the folder icon for today on the tool bar is touched, the operation moves to folder reference mode. When input is detected while in folder reference mode, folder reference processing occurs as described by FIG. 28-29.

[0155] For example, when it is detected that the user after touching an icon on the screen has dragged-and-dropped to the portion "view contents", processing is performed that displays on the screen the data contents. In addition, when it is detected that input has been made to the trash box as required for "discard" in the same way, this data undergoes elimination processing. In addition, when a portion related to "previous day" has been touched and detected, processing is performed that displays "current day's folder screen" of the previous day. If the portion relating to "next day" has been touched and detected, processing occurs that displays "current day's folder screen" for the next day.

[0156] In normal input mode, when contact has been made of the finger with the touch panel, the following processing occurs (reference FIG. 33's step S60 and FIG. 34).

[0157] When contact has been made of an icon on the tool bar, various icon processing (reference FIG. 41) occurs (FIG. 34's S70 and S80).

[0158] When contact has been made for various input marks such as "tag used for search" or "thickness of book" or "bookmark" or "arrow for bookmark insertion", input mark operation processing (Reference FIG. 36) is performed (Steps S90, S100).

[0159] When 2 points have been touched on the touch panel, and when a map image is displayed, perform map operation processing (Steps S110, S120, and S130).

SAMNDCA00359137

[0160] If there is not a 2nd contact point, detection is made whether or not the contact point is moving. When there is movement, by contact surface area or contact pressure, determine the processing contents that are designated input (step S140, S150).

[0161] When the contact surface area and contact pressure are above specific values, if what is displayed is a map image, perform scroll processing. When there is a normal book page image, perform page turning processing (Steps S160, S180).

[0162] When the contact surface area and contact pressure are not at or above specific values, perform the following processing (Reference FIG. 35). When there is no drag-and-drop to "current day's folder", and when there is information bounded by a finger, perform floating processing of the information bounded by this finger (Steps S910, S960, S970).

[0163] When there is drag-and-drop towards "today's folder", and if the dragging and dropping results in a memo contents, store the memo contents as image data and having attached a storage time stamp, store in a folder file (Steps S920, S930).

[0164] If there is data that has been floated, attach a storage time stamp to the floated data and store in a folder file (Steps S940, S950).

[0165] FIG. 36 is a flowchart diagram for describing detailed processing contents for processing (Step S100 of FIG. 34) when input a touch on an input mark has been detected.

[0166] When the user's finger has made contact with a tag used for search, perform search processing (Steps S210, S220).

[0167] When the user's finger is contacting the arrow mark used for bookmark insertion, perform bookmark insertion processing (Steps S230 and S240).

[0168] When the user's finger is contacting the bookmark mark, perform bookmark insertion location reference processing (Steps S250, S260).

[0169] When the user's finger is making contact with the mark used for linked page turning, perform linked page turning processing (Steps S270, S280).

[0170] FIG. 37 is a flowchart for describing the detailed processing contents of the processing (Step S130 of FIG. 34) of the map operation.

[0171] When calculating the change in distance between 2 points (Step S310) and the distance between the two points has expanded, perform expansion processing in response to the expanded distance (Steps S320, S330).

[0172] When the distance between two points has shrunk, perform compression processing in response to the shrunken distance (Steps S340, S350).

[0173] When there is no change in the distance between two points, perform rotation processing (Steps S360, S370).

[0174] FIG. 38 is a flowchart that describes the detailed processing contents of search processing (FIG. 36's Step S220).

[0175] When the second contact of the user's finger is not detected, detect the page where the information that fulfills the search conditions for the tag used for search that the finger of the user is making contact with is contained (Steps S410, S420).

[0176] When a second contact point of the user's finger is detected and the contact point is on a tag used for search, and when a logical AND for a tag used for two searches is expected, search for pages where information that fulfills conditions that apply to the logical AND of the two search conditions is contained. Perform logical AND searching that displays on the display unit the first page (Steps S440, S450).

[0177] FIG. 39 is a flowchart that describes the detailed processing contains for page turning processing (FIG. 34's Step S180).

[0178] When the contact position of the user's finger is moving to the right from the left on the screen and the book to be displayed is a vertical text book, change to an image of the following page and when there a horizontal text book, change to an image of the previous page (Steps S510, S520, S530, S540).

[0179] When the contact position of the user's finger is moving to the left from the right on the screen, and when the book to be displayed is a vertical text book, change to an image of the previous page and when a horizontal text book, change to an image of the following page (Steps S550, S560, S570, and S580).

[0180] FIG. 40 is a flowchart for describing the detailed processing contents of linked page turning processing (FIG. 36's Step S280).

[0181] If contact pressure from the user's finger is not detected and if the contact pressure is not at or above a specific pressure, terminate linked page turning (Steps S610, S620, and S630).

[0182] If the pressure is at or above a specific pressure value, perform the following linked page turning.

[0183] That is, the contact location of the user's finger is at the broad part of the book at the right end on the screen and the book to be displayed is a vertical text book, perform linked page turning in the direction of the previous page. Perform linked page turning in the direction of the next page when the text is a horizontal text book (Steps S640, S650, S660, S670).

[0184] In addition, if the contact location of the user's finger is at the thick part of the book on the left end on the screen, perform linked page turning in the direction of the next page. When there is a horizontal text book, perform linked page turning in the direction of the previous page (Steps S640, S680, S690, S700).

[0185] FIG. 41 is a flowchart for describing the detailed processing contents of various icon processing (FIG. 34's Step S80).

SAMNDCA00359138

[0186] When there is contact on the camera icon, display an operation screen for camera photography as shown in FIG. 23 and transition to photography mode. (Steps S810 and S820). When there has been input in the photography mode, execute the photography processing at FIG. 33's Step S30.

[0187]When there is contact on a memo icon, display the memo input screen as shown in FIG. 26 and transition to memo input mode. (Steps S830 and S840). When there is input in memo input mode, execute the memo input processing at FIG. 33's Step S50.

[0188] When there is contact on the current day's folder icon, display the current day's folder screen as shown in FIG. 28 and transition to the folder reference mode. (Steps S850 and S860). When there is input while in folder reference mode, execute the folder reference processing at FIG. 33's Step S54.

[0189] (8) There are other various embodiments and the present invention is not limited to these embodiments. It is possible to make various transformations within the theme of the present invention.

[0190] Using the present embodiments, descriptions have been given by way of example when using the thumb and index finger for performing operations input, but the operations are not limited to this use. For example, the forefinger and middle finger may be used along with combinations of other fingers.

[0191] Using these embodiments, because descriptions have been given using examples for the case of electronic books, the first page that contains the search information that results in the logical ANDing of search items was displayed, but there are also cases when there is no concept of page as in, for example, portable information terminals other than electronic books. Consequently, information unit displays without relationship to page may also occur.

[0192] In addition, using these embodiments, when two search items are touched by a finger at the same time, a description was made by way of example of the case of outputting search information that results in the logical ANDing of two items, but the embodiment is not limited to this operation. For example, it is permissible to touch 3 or more search items and search information is output that results in the logical ANDing of 3 or more items.

[0193] In addition, the embodiments are not limited to cases of simultaneous touch by the fingers and it is permissible to output search information that results in logical ANDing even for cases when the touch is by fingers within specific periods.

[0194] In addition, when there is no information having the relationship of search conditions and logical ANDing corresponding to the multiple search items touched by fingers simultaneously or within a specific period, it is permissible to form embodiments that further include a means for outputting to display units information having at least one of a combination of logical Or and Logical OR and logical AND.

[0195] For example, when simultaneously touching the tags "South India", "lodging" and "food", the output may be formed to give south India lodging information and south India food information.

[0196] More particularly, when displaying information units not related to page, it is effective to extract related construction.

[0197] For example, in an electronic book or portable information terminal where telephone numbers are stored, when search output is possible using telephone number units, when designating multiple search items for telephone numbers using table of contents columns, the case is also include when automatically listing telephone numbers having logical OR or logical AND relationships in response to these designations. That is, it is possible to form embodiments that act in the following way: for example, when items have been designated whose intersection called "hospitals on the A map" as in "A map" and "hospitals" is expected, search and output information related to logical ANDs. When there are designated items whose intersection such as "A map" and "B map" or "hospital" and "library" is not expected, search and output information for logical Or relationships.

[0198] In addition, using these embodiments, there are example displays as complete screens for memo input screen, photo mode screens, etc. and it is not inconvenient even to have partial displays in various windows.

[0199]

[Brief Explanation of the Drawings]

[FIG. 1] A function flowchart for configurable information equipment or electronic book that has the characteristic functions of the present invention.

[FIG. 2] FIG. 2(A), (B), and (C) show exterior views of the electronic book of these embodiments.

[FIG. 3] A diagram showing a screen example that is displayed when travel information software has been set.

[FIG. 4] A diagram that shows a display example of map images.

[FIG. 5] A diagram for describing an operating example of an expanded gesture for maps in these embodiments.

[FIG. 6] FIG 6(A) and (B) are diagram for describing finger movement operations in these embodiments.

[FIG. 7] A diagram for describing other operating examples of expanded gestures for maps in these embodiments.

[FIG. 8] A diagram for describing a scroll gesture operating example for a map in these embodiments.

[FIG. 9] A diagram for describing a compression gesture for maps in these embodiments.

[FIG. 10] A diagram for describing a rotation gesture operating example for maps in these embodiments.

[FIG. 11] A diagram for describing rotation angles of maps in these embodiments.

[FIG. 12] A diagram for describing one example of search processing in these embodiments.

[FIG. 13] A diagram for describing one example of logical AND search processing in these embodiments.

[FIG. 14] A diagram for describing a page turning operating example for these embodiments.

[FIG. 15] A diagram for describing a linked page turning operating example for these embodiments.

[FIG. 16] A diagram for describing a bookmark insertion operating example for these embodiments.

SAMNDCA00359139

[FIG. 17] A diagram for describing a bookmark insertion operating example for these embodiments.
[FIG. 18] A diagram for describing a bookmark insertion location reference operating example for these embodiments.
[FIG. 19] A diagram for describing a screen example with toolbar displayed.
[FIG. 20] A diagram for describing an operating example of floating processing for these embodiments.
[FIG. 21] A diagram for describing an operating example of floating processing for these embodiments.
[FIG. 22] A diagram for describing an operating example of drag-and-drop for these embodiments.
[FIG. 23] A diagram that shows an operating screen used for camera photography for these embodiments.
[FIG. 24] A diagram for describing photography processing of still images for these embodiments.
[FIG. 25] A diagram for describing photography processing of moving images for these embodiments.
[FIG. 26] A diagram for describing memo input processing for these embodiments.
[FIG. 27] A diagram for describing the drag-and-drop operating example with memo input for these embodiments.
[FIG. 28] A diagram that shows the current day's folder reference screen for these embodiments.
[FIG. 29] A diagram for describing the current day's folder reference processing for these embodiments.
[FIG. 30]  A diagram for describing one example of the application of the current day's folder for these embodiments.
[FIG. 31] A diagram for describing the hardware formation of the electronic book of these embodiments.
[FIG. 32] An example of a function block diagram of an electronic book in these embodiments.
[FIG. 33] A flowchart that shows an operating example of these embodiments.
[FIG. 34] A flowchart that shows an operating example of these embodiments.
[FIG. 35] A flowchart that shows an operating example of these embodiments.
[FIG. 36] A flowchart that shows an operating example (input mark operating processing) of these embodiments.
[FIG. 37] A flowchart that shows an operating example (map operations processing) of these embodiments.
[FIG. 38] A flowchart that shows an operating example (search processing) of these embodiments.
[FIG. 39] A flowchart that shows an operating example (page turning processing) of these embodiments.
[FIG. 40] A flowchart that shows an operating example (linked page turning processing) of these embodiments.
[FIG. 41] A flowchart that shows an operating example (various icon processing) of these embodiments.
[FIG. 42] A diagram for describing other operating examples for floating processing in these embodiments.
[Description of the Related Numerals]

10-finger movement detector
20-processing unit
30-operating contents determination unit
40-map operations processing unit
42-expansion processing unit
44-compression processing unit
46-rotation processing unit
48-scroll processing unit
50-image generation unit
60-display unit
70-information storage media
1010- CPU (central processing unit)
1020- memory
1030-display controller
1040-touch panel controller
1050-bus
1060- touch panel
1070-display
1080- disk drive controller
1090-disk drive
1100- processing unit
1120- input unit (pen)
1130- photography unit (camera)
1140- processing contents determination unit
1150- various processing unit
1160-map operations processing unit
1162- expansion processing unit
1164-compression processing unit
1166-rotation processing unit
1168-scroll processing unit
1170- search processing unit
1172- normal search processing unit
1174- logical AND search processing unit
1182- page turning processing unit
1184- linked page turning processing unit
1186-bookmark insertion processing unit
1188- bookmark insertion location reference processing unit
1192-floating processing unit
1194- photography processing unit
1196-memo input processing unit
1200-image generation unit
1220-information storage media
1230-storage unit
1232- folder file
1240- display unit

SAMNDCA00359140

[FIG. 1]

[FIG. 4[



[FIG. 10]

[FIG. 2]

[FIG. 6]



SAMNDCA00359141

[FIG. 3]　　　　　　　　　　　　　[FIG. 11]



210-complete India, 212-East India, 214-West India, 216- South India, 218- North India, 220-map, 222-Table of contents, 224-traffic, 226-compression, 228-food, 230-emergency?

[FIG. 5]　　　　　　　　　　　　　[FIG. 18]



[Translator's note: headings for FIG. 5 identical to those on FIG. 3]

SAMNDCA00359142

[FIG. 7]     [FIG. 29]



[FIG. 8]     [FIG. 25]



[Translators note: headings on FIG. 7 and FIG. 8 identical to those on FIG. 3]

SAMNDCA00359143

[FIG. 9]



[Translator's note: headings on FIG. 9 identical to those on FIG. 3]

[FIG. 12]                    [FIG. 13]



1-tag selection of "South India", 2-information screen display of South India, 3-tag selection of "lodging", 4-lodging information display of South India, 5-Lodging information display of South India, 6-next page display

SAMNDCA00359144

[FIG. 14]



[FIG. 15]



[Translators note: headings on FIG. 14 and FIG. 15 identical to those on FIG. 3]

SAMNDCA00359145

[FIG. 16]



[FIG. 17]



[Translators note: headings on FIG. 16 and FIG. 17 identical to those on FIG. 3]

SAMNDCA00359146

[FIG. 19]



[FIG. 20]          [FIG. 24]



282-set, 284- camera, 286-memo, 288-current day's folder

[Translators note: headings on FIG. 19 identical to those on FIG. 3]

SAMNDCA00359147

[FIG. 21]



[FIG. 22]



282-set, 284- camera, 286-memo, 288-current day's folder

[Translators note: headings on FIG. 21 and FIG. 22 identical to those on FIG. 3]

SAMNDCA00359148

[FIG. 23]



[FIG. 26]



282-set, 284- camera, 286-memo, 288-current day's folder
540-still image, 550-moving image, 560-shutter

SAMNDCA00359149

[FIG. 27]



[FIG. 28]



288-current day's folder, 700-current day's folder (August 2, 1999), 750-view details760-previous day, 770-next day, 780-trash bin

SAMNDCA00359150



[FIG. 30]  [FIG. 33]

[FIG. 31]



1-start

820-travel data collection company, 830-travel software publishing company
S10-input?, S20-photography mode?, S30-photography processing, S40-memo input mode, S50-memo input processing, S52-folder reference mode?, S54-folder reference processing, S60-holding finger towards touch finger?
1020-memory, 1030, display controller, 1040-touch panel controller, 1050-bus, 1060-touch panel, 1080-disk drive controller, 1090-disk drive, 1130-camera, 1220-information recording media

SAMNDCA00359151

[FIG. 32]

[FIG. 34]          [FIG. 41]



1-start, 2-end
1100- processing unit
1120- input unit (pen)
1130- photography unit (camera)
1140- processing contents determination unit
1150- various processing unit
1160-map operations processing unit
1162- expansion processing unit
1164-compression processing unit
1166-rotation processing unit
1168-scroll processing unit
1170- search processing unit
1172- normal search processing unit
1174- logical AND search processing unit

1182- page turning processing unit
1184- linked page turning processing unit
1186-bookmark insertion processing unit
1188- bookmark insertion location reference
processing unit
1192-floating processing unit
1194- photography processing unit
1196-memo input processing unit
1200-image generation unit
1220-information storage media
1230-storage unit
1232- folder file
1240- display unit

S70-contact made on icon of tool bar?, S80-various icon processing, S90-contact on input mark, S100-input mark operations processing, S110-contact with 2nd point?, S120-map image?, S130-map operations processing, S140-movement towards contact point?, S150-contact pressure and contact surface area the same or greater than specific value?, S160-map image?, S170-croll processing, S180-page turning processing

S810-contact with camera icon?, S820-transition to photography mode, S830-contact with memo icon, S840-transition to memo input mode, S850-contact with current day's folder icon?

SAMNDCA00359152

[FIG. 35]



2- end
S910- drag-and-drop towards current day's folder?, S920-has the memo been dragged-and dropped?, S930-processing that stores the memo contents in a folder file as an image, S940-has the floating data been dragged and dropped? S950- processing that stores in a folder file data that was floating, S960-is there information bounded by fingers, S970-floating processing

SAMNDCA00359153



[FIG. 36]

[FIG. 37]

[FIG. 42]

1-start, 2-end, 3-input mark operation processing, 4-map operations processing

S210-contact with tag for searching, S220-searching processing, S230-contact with expanded mark for bookmark insertion,?S240-bookmark insertion processing, S250-bookmark mark? , S260-bookmark insertion location reference processing, S270-contact with linked page turning mark?, S280-linked page turning processing

S310-calculation of change in distance between two points, S320-has distance between two points expanded?, S330-expansion processing, S340-has distance between two points shrunk?, S360-shrunkan distance processing, movement of one point?, S370- rotation processing.

SAMNDCA00359154

[FIG. 38]



[FIG. 39]



1-start, 2-end, 3-search processing, 4-page turning processing

S410-contact with 2nd point?, S420-normal search processing, S430-contact with search tag, S440-is there logical AND information?, S450-logical AND search processing

S510-movement towards right from left of contact location, S520-vertical text book?, S530-change to image of next page, S540-change to image of previous page, S550-has the contact location moved to the left from the right?, S570-vertical text book?, S580- change to image of next page, S590-change to image of previous page

SAMNDCA00359155

DEFENDANT'S EXHIBIT NO. 550.061

[FIG. 40]



1-start, 2-end, 3-linked page turning processing

S610-contact pressure detection of finger, S620-is the contact pressure equal or greater a specific value?, S630-halt linked page turning, S640-is there contact on the thick part at the right?, S650-vertical txt book?, S660-linked page turning in direction of previous page, S670-linked page turning in direction of next page, S680-vertical text book?, S690- linked page turning in direction of previous page, S700- linked page turning in direction of next page .

Continued from the front page

(51) Int. Cl.7       (ID symbol)                FI                        (Reference)
    G09B 29/00                          G06F 15/40        310G
                                                         370C
                                             15/403       310Z
                                                         380A


(72) Inventor NEHASHI, Satoru              (72) Inventor IWAI, Yoichi
         Seiko Epson Co., Ltd.                     Seiko Epson Co., Ltd.
         3-3-5 Yamato, Suwa-shi, Nagano-ken         3-3-5 Yamato, Suwa-shi, Nagano-ken

SAMNDCA00359156