# Pierce Declaration

# EXHIBIT 27

**DEFENDANT'S EXHIBIT
NO. 592.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

APLNDC00010809

EXHIBIT NO. 14
7.26.11
Andrea Ignacio, CSR 9830

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.002

APLNDC00010809.2

# ComTech United States Report Q410

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
February 11, 2011

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.003

# Why this report?

Purpose:  The purpose of this study is to provide a comprehensive view of consumer behavior trends in the United States mobile phone market.

Key areas include:

- Market introduction
- Brand and model
- Operating system
- Demographics
- Usage
- Pricing
- Carrier and channel

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.3

# Consumer Panel Methodology

| Country | Methodology | Coverage | 4 weekly panel size | Total Q410 Interviews |
|---|---|---|---|---|
| alia | Web | Nationally representative, age 16+ | 10,000 | 30,358 |
| | Face-to-face | Nationally representative, age 8+ | 24,000 | 81,780 |
| ce | Web & Postal | Nationally representative, age 15+ | 10,700 | 25,536 |
| many | Web | Nationally representative, age 16+ | 10,000 | 41,652 |
| t Britain | Web | Nationally representative, age 12+ | 15,000 | 42,482 |
| | Web | Nationally representative of online population, age 16+ | 7,000 | 31,632 |
| n | Web | Nationally representative, age 16+ | 10,000 | 31,478 |
| co | Face-to-face | Nationally representative, age 8+ | 22,500 | 68,647 |
| n | Web & Telephone | Nationally representative, age 16+ | 8,000 | 21,456 |
| | Web | Nationally representative, age 16+ | 20,000 | 67,204 |

Q410 data period for all countries: 04 Oct - 26 Dec 2010 inclusive

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.4

# Understanding the Mobile Phone Market

**Collect**
Consumer interviews amongst the same people every 4 weeks over time

**Mobile Ownership Carrier Measure**
- Connections
- Mobile Sales
- Device and Bill spend
- Usage
- Trends

**Mobile phone owners Profile**
- Smartphone owners
- Carriers
- High value groups
- Devices
- Usage groups

**Examine**
- Market make-up
- Performance
- Consumer behavior
- Threats
- Opportunities

Method: Kantar Worldpanel ComTech is an independent market research service conducting longitudinal consumer surveys, measuring ownership and purchasing of device, carrier connections, billing and usage in the mobile phone market. Respondents are recruited to represent each country's population by demographic and region and screened to exclude those who complete other mobile phone related surveys. Respondents are incentivised through a redeemable points system which, combined with a simple interview, leads to high panel retention rates (on average circa 80% per year) and improved data quality.

The Enterprise market is not covered within this study. Surveys are conducted at least once per month amongst all consumers belonging to the survey - enabling short recall, accurate trending and brand loyalty/switching analysis.

Charts with sample sizes that fall below 50 (where % share and data become less significant) are clearly indicated in the data. Consumer survey panel data should be used to inform on ranking/trend movements and (as with all research) is liable to some statistical error, depending on sample size and consumer response.

Charts containing monetary values are as standard presented in USDS. Where local currencies are presented, this report has used the following exchange rates.
1 USDS = 0.623 GBPE, 0.734 EURE, 82.899 JPYY, 1.010 AUDS, 12.289 MXNS, 1.723 BRLRS, Exchange rates from www.xe.com on 11/15/10.

5

APLNDC00010809.5

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.006

# Consumer Panel Definitions

| Data | Time period | Explanation |
|---|---|---|
| Ownership | Latest 4 weeks | Provides the market size in terms of installed base. This represents the number of handsets owned in a snapshot of the market over the latest 4 weeks. This includes multiple handset ownership for those panelists who own 2+ handsets. |
| Purchasing | Latest quarter | Provides the latest snapshot of consumer purchasing. Each 4 weeks our panelists are asked to whether they bought a handset, either for themselves or another person. This covers replacement, additional handsets and gift purchases summed up to represent purchasing for the latest quarter. The report includes data for total mobile, but mainly focusses on smartphone. |
| Switching | Latest 6/12 months | When a panelist purchases a replacement handset, we are able to identify the previously owned handset in order to calculate brand switching. This analysis is calculated on a continuous panel over the course of a year in order to provide consistency in sample and provide robust data. |
| Churn & loyalty | Latest 6/12 months | Churn & loyalty analysis is run in a similar way to switching (on a continuous panel) and identifies the proportion of a brands owners that have churned (left) away from the brand over the course of the last year. Loyalty is the inverse of this figure. For churn, loyalty and switching, base size depends on the brand and is representative of how many panelists have switched or churned from it relative to the brand size. |
| ARPU | Latest quarter | Panelists tell us the value of the bill they paid (for contract) or top up value (for pre-pay) every 4 weeks, therefore the ARPU figure is representative of all those who paid a bill, whether for themselves or another person. As panelists answer our survey multiple times each quarter, the ARPU figure presented is an average of all the bills paid during that quarter. |
| Usage | Latest 4 weeks | Panelists are asked what they have used on their phone in the last four weeks from a list including things such as 'Downloading/ using an application' and 'Sending/ receiving email'. Our penetration figure shows what proportion of the population have used each feature. As panelists |

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.6

DEFENDANT'S EXHIBIT NO. 592.007

# Time periods

| Time period | Purchasing | Ownership (4 w/e) |
|---|---|---|
| Q409 | 05 October - 27 December 2009 | 30 November - 27 December 2009 |
| Q110 | 28 December - 21 March | 22 February - 21 March 2010 |
| Q210 | 22 March - 13 June 2010 | 17 May - 13 June 2010 |
| Q310 | 14 June - 03 October 2010 | 06 September - 03 October 2010 |
| Q410 | 03 October - 26 December 2010 | 28 November - 26 December 2010 |

· Purchase data is run on a quarterly basis in order to provide the most significant base size for robust analysis and represents the majority of the data contained in this report.

· Ownership data is used for measurement of market size (installed base) during a 4 week snapshot in time, and a few select additional analyses.

· As our panelists complete the questionnaire repeatedly every 4 weeks, if the ownership data were run on a quarterly basis it would count each panelists ownership multiple times and hence over-read the market.

· Using ownership rather than purchasing for additional analysis (e.g. demographic profiling) provides a larger base size which allows deeper granularity, but is also not restricted to recent purchasers providing the most holistic understanding of the brand or OS being analyzed.

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.7

# What We Learned Q410

Smartphone ownership continues to increase in Q410, up to 26% of all mobile phones owned from 22% in Q210.

. Consumer purchasing in Q410 continues to be driven by smartphones, which now account for 36% of all sales.

. Samsung and HTC have gained a significant share of the smartphone market; however, Apple maintains the number one position.

– Samsung takes 16% of the market, up from 3% in Q310

– HTC's growth has continued this quarter, reaching a share of 19% from 12% in Q210

– BlackBerry's share has been impacted the most by Samsung and HTC growth, declining for the second quarter in a row to 18%.

. The iPhone 4 remains the top selling smartphone in the United States.

– However, since last quarter its share declined by 4% from 15.3%.

– Other iPhone models have slipped outside of the top 5, further denting Apple's overall share of the smartphone market.

– Furthermore, Android handsets now accounts for four of the five top selling smartphones: HTC Evo, HTC Droid Incredible, Motorola Droid X and Motorola Droid 2, taking a combined 19.8% share.

8

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.8

DEFENDANT'S EXHIBIT NO. 592.009

# What We Learned Q410

Android partnerships with multiple manufacturers has proved successful, with the OS accounting for 50% of all consumer purchasing in Q410.

- Of all Verizon connections this quarter, 77% are Android handsets.

  – Motorola and HTC hold the largest smartphone sales share within the carrier (54% jointly), predominantly driven by the Droid models of both brands.

- The average handset spend on iOS models is higher than Android, $183 versus $151, while the average ARPU is similar, at $129 and $123 respectively.

  – iOS has a strong leaning towards the premium market, with 66% of sales over $170 versus 50% for Android.

  – Leading the over $170 segment is the iPhone 4 (29%), while several Android models follow some way behind: HTC Evo 4G (11%), Samsung Epic 4G (6%), Motorola Droid X (5%) and Droid (4%).

- Android is driving more feature phone owners to the smartphone category:

  – 67% of Android owners switched into Android since June 2010. 71% of them previously owned a non smartphone.

    • 82% of Android switchers upgraded within their current carrier, likely to be due to Android availability on different brands and networks.

  – During the same period, 23% of iOS owners switched into iOS, of which 73% were previously non smartphone owners.

    • 31% of iOS switchers were willing to move carrier in order to complete the switch.



APLNDC00010809.9

DEFENDANT'S EXHIBIT NO. 592.010

# What We Learned Q410

With the growth of the smartphone sector, usage among smartphone owners increases across all categories.

- Sending and receiving emails leads with 66% of all smartphones owners using this function on their mobile in the last 4 weeks, closely followed by downloading or using an app at 61%.

- The usage profile of iOS and Android owners is remarkably similar across all usage categories except for music: Android owners are far less likely to use their mobile phone as a music playing device than iOS owners (38% versus 57%).

- Apple leads on all key usage categories (apps, games, email and Internet), while HTC takes the largest share of usage of all the Android brands.

- In terms of age profile, 25 to 49 is the largest user group across the four usage categories.
  – A key target for iOS, this age group makes up 63% of its owners.

- The primary purchasing reason (across all OS's) is to upgrade from another phone and get a more modern one. This is seen most among owners of iOS and Android phones (each 69%).
  – Brand is the overwhelming reason for choice among iOS owners (44%), followed by multimedia functions (30%).
  – For Android owners multimedia functions hold the greatest importance (41%), while brand follows at 24%. likely a result of the different brands Android is available on.

10

APLNDC00010809.10



DEFENDANT'S EXHIBIT NO. 592.011

# What We Learned Q410

50% of AT&T consumers spend over $170 on their handset versus 26% at Verizon.

· Sprint's share of the smartphone market increases to 18% from 12% last quarter, while AT&T see a decline, from 40% to 35% quarter on quarter.

· Apple continues to dominate AT&T's smartphone offer.

  – The iPhone 4 is by far the top selling model, and the price points of Apple products deliver higher value customers to the carrier.

· Verizon has maintained its share, both within the overall and smartphone market, despite Sprints increasing share.

  – Verizon top smartphones are HTC, Motorola and Samsung Android models.

· Carrier storefront remains the main channel to purchase a smartphone, also delivering the highest handset sales value ($165).

11

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.11

DEFENDANT'S EXHIBIT NO. 592.012

# Market introduction

APLNDC00010809.12

Highly Confidential – Attorneys' Eyes Only





APLNDC00010809.13

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.014



# Mobile phone purchasing

## Smartphone versus non smartphone



APLNDC00010809.14

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.015

# Prepay versus contract shares

## Smartphone versus non smartphone





APLNDC00010809.15

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.016

# Brand and model

APLNDC00010809.16

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.017



## Manufacturer share

APLNDC00010809.17

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.018





APLNDC00010809.18

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.019

# Mobile phone churn (past 6 months)

## By manufacturer



Left the brand
Stayed with the brand

| N = | 591 | 873 | 1,392 | 2,916 | 283 | 3,057 | 3,083 | 188 |
|-----|-----|-----|-------|-------|-----|-------|-------|-----|

| Apple | Blackberry | Nokia | Samsung | Sony Ericsson | LG | Motorola | HTC |
|-------|-----------|-------|---------|---------------|-----|----------|-----|
| 2% | 18% | 16% | 12% | 30% | 16% | 17% | 17% |
| 98% | 82% | 84% | 89% | 70% | 84% | 83% | 83% |

% of customers

% of brand owners churned away during Q210 - Q410. For further explanation, please see definitions in slide 6
For data collection dates in each quarter, please see slide 7

19

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.19

DEFENDANT'S EXHIBIT NO. 592.020



# By model with share and average price paid

N=   773                1,118                711

**Top selling smartphones**

|     | Q210 | Q310 | Q410 |
|-----|------|------|------|
| #1 | Apple iPhone 3GS<br>9.3% $186  n=82 | Apple iPhone 4<br>19.2% $201  n=211 | Apple iPhone 4<br>15.3% $204  n=104 |
| #2 | BlackBerry Curve 8520<br>8.4% $75  n=60 | Motorola Droid<br>13.7% $148  n=158 | HTC EVO 4G<br>5.5% $199  n=35 |
| #3 | Apple iPhone 3G<br>16GB 8.3% $117  n=75 | Apple iPhone 3GS<br>7.4% $133  n=83 | HTC Droid Incredible<br>5.1% $100  n=43 |
| #4 | Motorola Droid<br>6.7% $176  n=55 | Apple iPhone 3G 16GB<br>4.2% $159  n=52 | Motorola Droid X<br>4.8% $161  n=37 |
| #5 | BlackBerry 9630 Tour / Motorola Droid X | BlackBerry Curve 8530<br>3.9% $84  n=43 | Motorola Droid 2<br>4.4% $132  n=32 |

Q210 and Q310 Motorola Droid / BlackBerry 9630 Tour Droid X
For data collection dates in each quarter ... $1.67 billion ... n=27
Low base size warning - please use this data with caution, indicative results only

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.20

DEFENDANT'S EXHIBIT NO. 592.021

# Operating systems

APLNDC00010809.21

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.022

# Operating system overview

## Shares over time, by carrier, handset spend and ARPU



OS share of smartphone sales



Spend on handset acquisition by OS in Q410



OS share of smartphone sales by carrier connection in Q410



Monthly ARPU by OS in Q410

Handset acquisition spend based upon subsidized purchasing, figures are the average price paid by the consumer and not RRP
Monthly ARPU is total spend on calls, sms and dataplans - average of all bills paid, 04 Oct - 19 Dec 2010
For data collection dates in each quarter, please see slide 7
Low base size warning - please use this data with caution, indicative results only



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.22

DEFENDANT'S EXHIBIT NO. 592.023

# Reason for purchase (ownership)

## By OS



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.23



DEFENDANT'S EXHIBIT NO. 592.024

# Switchers into iOS (past 6 months)





APLNDC00010809.24

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.025



# Switchers into Android (past 6 months)

## By OS and carrier

Switched to Android
Already owned

% source of switchers by OS
N=647

67%

34%

% share of Android owners
N=417

iOS
RIM
Windows
Symbian
Non smartphone

19%
7%
71%

% source of switchers by carrier
N=471

Upgraders
Carrier switchers

82%
18%

Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 wte 26 December 2010 compared to 4 wte 13 June 2010

25

APLNDC00010809.25

Highly Confidential – Attorneys' Eyes Only



DEFENDANT'S EXHIBIT NO. 592.026

# Switchers into RIM (past 6 months)

## By OS and carrier



Switched to RIM
Already owned

**% source of switchers by OS**
N=855

16%

85%

**% share of RIM owners**
N=120

iOS
Android
Windows
Symbian
Non smartphone

96%

**% source of switchers by carrier**
N=120

Upgraders
Carrier switchers

72%

28%

Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to RIM in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

26



APLNDC00010809.26

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.027

# Switchers from non smartphone (past 6 months)

## By OS (carrier switchers versus upgraders)



Upgraders
Carrier switchers

Into iOS (73%)
N=143

Into Android (71%)
N=305

Into RIM (96%)
N=113

Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to iOS, Android, RIM in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

27



APLNDC00010809.27

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.028

# Demographic

APLNDC00010809.28

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.029

# Gender shares by smartphone and OS





APLNDC00010809.29

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.030

# Age shares by smartphone and OS



For data collection dates in each quarter, please see slide 7

APLNDC00010809.30

Highly Confidential – Attorneys' Eyes Only



DEFENDANT'S EXHIBIT NO. 592.031



# Demographic overview

## Age by priceband, ARPU and handset spend

Legend:
- Over $250
- $170 to $249
- $125 to $169
- $90 to $124
- $50 to $89
- Under $50
- Free

| | All ages | 16 to 24 | 25 to 34 | 35 to 49 | 50 to 65 | 65+ |
|---|---|---|---|---|---|---|
| N= | 711 | 52 | 135 | 226 | 228 | 70 |
| | 13% | 17% | 17% | 11% | 10% | 3% |
| | 30% | 38% | 29% | 27% | 28% | 32% |
| | 10% | 8% | 9% | 10% | 13% | 8% |
| | 15% | 14% | 15% | 17% | 15% | 14% |
| | 16% | 15% | 11% | 18% | 17% | 26% |
| | 6% | 7% | 9% | 6% | 6% | 8% |
| | 10% | 7% | 10% | 11% | 11% | 9% |
| Average ARPU | $116 | $102 | $113 | $122 | $124 | $108 |
| Average handset spend | $141 | $167 | $148 | $134 | $130 | $115 |

% Priceband by age

Handset spend figures are the average photo paid by the consumer and not RRP
based upon subsidized purchasing.
For data collection dates in each quarter, please see slide 7

31

APLNDC00010809.31

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.032



Usage

APLNDC00010809.32

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.033

# Usage penetration and ARPU

## Among smartphone owners





Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.33

DEFENDANT'S EXHIBIT NO. 592.034

# Usage penetration
## Among iOS, Android and RIM owners



Data periods covered 4 w/e 19 December 2010
Penetration figures calculated based on owners
Q - During the last 4 weeks, did you use your mobile for any of the following? Please see appendix for explanation and full list of usage items



34

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.34

DEFENDANT'S EXHIBIT NO. 592.035

# Usage profiling

## By OS

- iOS
- Android
- RIM
- Windows
- Other



Apps - 61% penetration
N=2,321

Games - 42%
penetration
N=1,497

Email - 66%
penetration
N=2,630

Internet - 61%
penetration
N=2,386

Data periods covered 4 w/e 19 December 2010
Share of usage calculated based on devices
Q - During the last 4 weeks, did you use your mobile for any of the following? Please see appendix for explanation and full list of usage items

35

APLNDC00010809.35

Highly Confidential – Attorneys' Eyes Only



DEFENDANT'S EXHIBIT NO. 592.036

# Usage profiling

## By smartphone manufacturer



Apple
BlackBerry
Samsung
LG
Motorola
HTC
Other

**Apps - 61% penetration**
N=2,321

**Games - 42%**
penetration
N=1,497

**Email - 66%**
penetration
N=2,630

**Internet - 61%**
penetration
N=2,386

Data periods covered 4 w/e 19 December 2010
Share of usage calculated based on devices
Q - During the last 4 weeks, did you use your mobile for any of the following? Please see appendix for explanation and full list of usage items

APLNDC00010809.36

Highly Confidential – Attorneys' Eyes Only



DEFENDANT'S EXHIBIT NO. 592.037

# Usage profiling

## By demographic

16 to 24
25 to 34
35 to 49
50 to 64
65+



**Apps - 61% penetration**
N=2,321

**Games - 42%**
penetration
N=1,497

**Email - 66%**
penetration
N=2,630

**Internet - 61%**
penetration
N=2,386



Data periods covered 4 w/e 19 December 2010
Share of usage calculated based on devices
Q - During the last 4 weeks, did you use your mobile for any of the following? Please see appendix for explanation and full list of usage items

37



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.37

DEFENDANT'S EXHIBIT NO. 592.038

APLNDC00010809.38

Highly Confidential – Attorneys' Eyes Only



Pricing

DEFENDANT'S EXHIBIT NO. 592.039

# Handset spend overview
## By smartphone and OS



Handset acquisition spend based upon subsidized purchasing, figures are the average price paid by the consumer and not RRP
For data collection dates in each quarter, please see slide 7



APLNDC00010809.39

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.040

APLNDC00010809.40

# Handset spend overview
## Under $170 by OS and top models





Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.041

# Handset spend overview

## Over $170 by OS and top models





DEFENDANT'S EXHIBIT NO. 592.042

# Carrier and channel

APLNDC00010809.42

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.043

# Carrier overview

## Total mobile and smartphone shares, and ARPU by carrier



Carrier share of total mobile phone sales



Carrier share of smartphone sales



Monthly smartphone prepay ARPU in Q410



Monthly smartphone contract ARPU in Q410

*No Base prepay customers bought a refill during the quarter
Monthly ARPU is total spend on calls, sms and data/apps - average of all bills paid
For data collection dates in each quarter, please see slide 7
Low base size warning - please use this data with caution, indicative results only

APLNDC00010809.43

Highly Confidential – Attorneys' Eyes Only



DEFENDANT'S EXHIBIT NO. 592.044

# Carrier overview

## Snapshot - AT&T shares by OS and top models







Handset acquisition spend based upon subsidized purchasing, figures are the average price paid by the consumer and not RRP
For data collection dates in each quarter, please see slide 7
Low base size warning - please use this data with caution, indicative results only

APLNDC00010809.44

Highly Confidential – Attorneys' Eyes Only



# Carrier overview

## Snapshot - Verizon shares by OS and top models



Manufacturer share of Verizon mobile phone sales in Q410

Other
HTC
Motorola
LG
Samsung
BlackBerry

Total

20%
6%
16%
27%
23%
7%

Smartphone

5%
17%
37%
8%
15%
19%



Top 5 selling smartphones on Verizon in Q410

HTC Droid Incredible
Motorola Droid X
Motorola Droid 2
Samsung Fascinate
Motorola Droid



Over $250
$170 to $249
$125 to $169
$90 to $124
$50 to $89
Under $50
Free

| | Smartphones | Android | RIM |
|---|---|---|---|
| | 6% | 7% | 1% / 8% |
| | 20% | 24% | 15% |
| | 17% | 18% | 27% |
| | 17% | 16% | 17% |
| | 20% | 20% | 6% |
| | 8% | 8% | 26% |
| | 12% | 7% | |
| n= | 263 | 201 | 52 |

Priceband share by Verizon customers in Q410

Handset acquisition spend based upon subsidized purchasing, figures are the average price paid by the consumer and not RRP
For data collection dates in each quarter, please see slide 7
Low base size warning - please use this data with caution, indicative results only

15

APLNDC00010809.45

Highly Confidential – Attorneys' Eyes Only



DEFENDANT'S EXHIBIT NO. 592.046

# Channel overview

## Shares by OS, tariff and handset spend









Channel share of smartphone sales

Channel share of sales by OS in Q410

Top 5 selling smartphones by carrier storefront in Q410

Average price paid for handset by channel in Q410

Handset acquisition spend based upon subsidized purchasing, figures are the average price paid by the consumer and not RRP
For data collection dates in each quarter, please see slide 7
Low base size warning - please use this data with caution, indicative results only

APLNDC000010809.46

Highly Confidential – Attorneys' Eyes Only



DEFENDANT'S EXHIBIT NO. 592.047

# What We Learned Q410

Android partnerships with multiple manufacturers has proved successful, with the OS accounting for 50% of all consumer purchasing in Q410.

- Of all Verizon connections this quarter, 77% are Android handsets.

  - Motorola and HTC hold the largest smartphone sales share within the carrier (54% jointly), predominantly driven by the Droid models of both brands.

- The average handset spend on iOS models is higher than Android, $183 versus $151, while the average ARPU is similar, at $129 and $123 respectively.

  - iOS has a strong leaning towards the premium market, with 66% of sales over $170 versus 50% for Android.

  - Leading the over $170 segment is the iPhone 4 (29%), while several Android models follow some way behind: HTC Evo 4G (11%), Samsung Epic 4G (6%), Motorola Droid X (5%) and Droid (4%).

- Android is driving more feature phone owners to the smartphone category:

  - 67% of Android owners switched into Android since June 2010. 71% of them previously owned a non smartphone.

    - 82% of Android switchers upgraded within their current carrier, likely to be due to Android availability on different brands and networks.

  - During the same period, 23% of iOS owners switched into iOS, of which 73% were previously non smartphone owners.

    - 31% of iOS switchers were willing to move carrier in order to complete the switch.

48

APLNDC00010809.48

DEFENDANT'S EXHIBIT NO. 592.048

# What We Learned Q410

With the growth of the smartphone sector, usage among smartphone owners increases across all categories.

- Sending and receiving emails leads with 66% of all smartphones owners using this function on their mobile in the last 4 weeks, closely followed by downloading or using an app at 61%.

- The usage profile of iOS and Android owners is remarkably similar across all usage categories except for music: Android owners are far less likely to use their mobile phone as a music playing device than iOS owners (38% versus 57%).

- Apple leads on all key usage categories (apps, games, email and Internet), while HTC takes the largest share of usage of all the Android brands.

- In terms of age profile, 25 to 49 is the largest user group across the four usage categories.

  - A key target for iOS, this age group makes up 63% of its owners.

- The primary purchasing reason (across all OS's) is to upgrade from another phone and get a more modern one. This is seen most among owners of iOS and Android phones (each 69%).

  - Brand is the overwhelming reason for choice among iOS owners (44%), followed by multimedia functions (30%).

  - For Android owners multimedia functions hold the greatest importance (41%), while brand follows at 24%, likely a result of the different brands Android is available on.

49

APLNDC00010809.49





# What We Learned Q410

50% of AT&T consumers spend over $170 on their handset versus 26% at Verizon.

- Sprint's share of the smartphone market increases to 18% from 12% last quarter, while AT&T see a decline, from 40% to 35% quarter on quarter.

- Apple continues to dominate AT&T's smartphone offer.
  - The iPhone 4 is by far the top selling model, and the price points of Apple products deliver higher value customers to the carrier.

- Verizon has maintained its share, both within the overall and smartphone market, despite Sprints increasing share.
  - Verizon top smartphones are HTC, Motorola and Samsung Android models.

- Carrier storefront remains the main channel to purchase a smartphone, also delivering the highest handset sales value ($165).

50

APLNDC00010809.50

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.050

# ComTech United States Report Q410

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

For further information on this presentation, contact:

Or

John Brown Research Manager Christine Cho Senior Business Manager cho@apple.com

Apple Market Research & Analysis
February 11, 2011

APLNDC00010809.51

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.051



TM and © 2009 Apple Computer, Inc. All rights reserved.

APLNDC00010809.52

Highly Confidential – Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 592.052

# Switching analysis explanation

## How is it calculated?

- When our panellists take each 4 weekly ComTech survey, they are asked whether they have bought a new phone, and if so what brand and model they now own (plus other questions).

- We already have the information on their previous brand and model of phone from the previous surveys they took, and thereby identify those people as having switched brands.

- To perform the analysis, continuous panel members over the last 12 months are selected for the analysis (i.e. those who have been completing our survey each 4 weeks for a year).

- The proportion of a brands owners who have switched as well as the brand they have switched from and to is profiled by brand and other variables.

- Using a continuous panel over the course of 1 year provides consistency in our sample and ensures highest possible base sizes for robust data. Following are 2 examples of how the base size breaks down on different starting panel sizes.

Worldpanel ComTech
© Kantar Worldpanel

53

APLNDC00010809.53

Highly Confidential – Attorneys' Eyes Only

# Usage analysis

## Explanation

Every 4 weeks when answering our survey, our panelists are asked:

- Multiple items from the list can be selected
- Responses are aggregated from 4 weekly to quarterly figures
- Responses are selected from individual items in the list:

  — apps = downloading/ using an application
  — games = playing games
  — email = sending/ receiving emails
  — internet = web browsing
  — maps = using navigation system/ gps
  — music = listening to music

During the last 4 weeks, did you use your mobile for any of the following?

Downloading music
Downloading video
Downloading games

Downloading ringtones

Downloading pictures/ wallpaper
Downloading podcasts

Listening to music

Listening to radio

Playing games

Sending/ receiving emails

Web browsing

Taking pictures

Sending pictures

Making videos

Sending videos

Watching mobile TV

Using navigation system/ GPS

Sending text messages

Using MSN

Making phone calls

Downloading / using an application    54

Watching video on internet