Pierce Declaration

# EXHIBIT 28

Filed Under Seal