# Pierce Declaration

# EXHIBIT 29

**DEFENDANT'S EXHIBIT NO. 712.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____ By:_____

Subject: Competitive Phone Tracker 02/25
Date: Fri, 25 Feb 2011 22:54:28 +0000
From: "Jason Lor" <jlor@apple.com>
To: "NewTech XFunct" <new_tech_xfunct@group.apple.com>
CC: "New Tech Core Team Core Team" <new_tech_core_team@group.apple.com>
Message-ID: <0A10C40F-F4AF-4778-B07A-36BD32450B49@apple.com>

Hi all,

We've compiled a comprehensive list for all current and future flagship phones. We'll be adding new cellular competitors in an ongoing basis
and will be extending this to other products in the future.

**Jason Lor**
iPod/iPhone New Tech
c: 408.862.2680


------ end message ------

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230186

APLNDC0002230187



# State of Mobile 2011

iPod/iPhone New Tech



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230188

# Current Flagship Phones

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .004

APLNDC0002230189

HTC

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .005**

June 2010

HTC
# EVO 4G



| | |
|---|---|
| **Price & Carriers** | $199 w/ 2-year contract on Sprint |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Qualcomm QSD 8650 (1.0GHz)<br>512MB RAM, 1GB NAND plus microSD slot |
| **Network** | CDMA 800/1900 MHz, EVDO Rev. A<br>WiMAX 2.5 to 2.7GHz; 802.16e |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4.3-inch LCD (480x800 pixel resolution)<br>217ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11 b/g), Bluetooth 2.1 + EDR w/ stereo A2DP<br>GPS, A-GPS, micro-HDMI, Wi-Fi router for 8 devices, FM |
| **Dimensions** | Width: 66mm (2.6 inches)<br>Height: 122mm (4.8 inches)<br>Thickness: 12.7mm (0.5 inches) |
| **Weight** | 170 grams (6 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230190

October 2010

## HTC
# G2



| | |
|---|---|
| **Price & Carriers** | $99 w/ 2-year contract on T-Mobile |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Qualcomm MSM 7230 (800MHz); 512MB RAM, 4GB NAND plus microSD slot |
| **Network** | GSM:850/900/1800/1900 MHz UMTS: Band IV (1700/2100) |
| **Battery & Charging** | 1300mAh microUSB |
| **Display** | 3.7-inch LCD (480x800 pixel resolution), 252ppi |
| **Camera** | 5MP auto-focus camera with LED flash 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo GPS, A-GPS |
| **Dimensions** | Width: 60mm (2.36 inches) Height: 119mm (4.69 inches) Thickness: 14.2mm (0.56 inches) |
| **Weight** | 180 grams (6.3 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC000223O191

APLNDC0000230192

November 2010

### HTC
# myTouch 4G





| | |
|---|---|
| **Price & Carriers** | $99 w/ 2-year contract on Sprint |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Qualcomm MSM 8255 Snapdragon (1.0GHz); 768MB RAM, 4GB NAND plus microSD slot |
| **Network** | GSM: 850/900/800/1900MHz<br>UMTS: Band IV (1700/2100) |
| **Battery & Charging** | 1400mAh<br>microUSB |
| **Display** | 3.8-inch LCD (480x800 pixel resolution), 246ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS |
| **Dimensions** | Width: 62mm (2.44 inches)<br>Height: 122mm (4.80 inches)<br>Thickness: 10.9mm (0.43 inches) |
| **Weight** | 153 grams (5.4 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230193

November 2010

## HTC
# HD7



| | |
|---|---|
| **Price & Carriers** | $99 w/ 2-year contract on T-Mobile |
| **Operating System** | Windows Phone 7 |
| **SoC & Memory** | Qualcomm QSD 8250 (1.0GHz)<br>512MB RAM, 16GB internal microSD |
| **Network** | GSM: 850/900/800/1900 MHz;<br>UMTS: Band I (2100), Band IV (1700/2100) |
| **Battery & Charging** | 1230mAh<br>microUSB |
| **Display** | 4.3-inch LCD (480x800 pixel resolution)<br>217ppi |
| **Camera** | 5MP auto-focus camera with LED flash<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/), Bluetooth 2.1 + EDR w/ stereo A2DP<br>GPS, FM |
| **Dimensions** | Width: 68mm (2.67 inches)<br>Height: 122mm (4.8 inches)<br>Thickness: 11.2mm (0.44 inches) |
| **Weight** | 162 grams (5.7 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .009**

# Motorola

Apple Need-To-Know Confidential

APLNDC000230194

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .010

APLNDC0002230195

July 2010

Motorola

# Droid X



| | |
|---|---|
| **Price & Carriers** | $150 w/ 2-year contract on Verizon |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | TI OMAP 3630 (1.0GHz)<br>512MB RAM, 8GB NAND plus microSD slot |
| **Network** | CDMA 800/1900, EVDO rev. A |
| **Battery & Charging** | 1540mAh<br>microUSB |
| **Display** | 4.3-inch LCD (480x854 pixel resolution), 228bpi |
| **Camera** | 8MP auto-focus camera with LED flash<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11b/g/n 5GHz), Bluetooth 2.1 + EDR w/ A2DP Stereo GPS, A-GPS, Wi-Fi router functionality, micro-HDMI |
| **Dimensions** | Width: 65.5mm (2.58 inches)<br>Height: 128mm (5.02 inches)<br>Thickness: 9.9mm (0.39 inches) |
| **Weight** | 155 grams (5.5 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .011

APLNDC000230196

November 2010

Motorola

# Droid 2 Global



| Price & Carriers | $199 w/ 2-year contract on Verizon |
| --- | --- |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | TI OMAP 3640 (1.2GHz); 512MB RAM, 8GB NAND plus microSD slot |
| **Network** | GSM 850/900/1800/1900<br>UMTS: 850/1900/2100, CDMA 800/1900<br>HSDPA 10.2 Mbps, CDMA EV-DO Release A (World Phone) |
| **Battery & Charging** | 1420mAh<br>microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution), 265ppi |
| **Camera** | 5MP auto-focus camera with LED flash<br>480p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS |
| **Dimensions** | Width: 61mm (2.38 inches)<br>Height: 116mm (4.58 inches)<br>Thickness: 13.7mm (0.54 inches) |
| **Weight** | 169 grams (6.0 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230197

January 2011

Motorola

# Cliq2



| | |
|---|---|
| **Price & Carriers** | $599 w/ 2-year contract on T-Mobile |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | TI OMAP 3620 (1.0GHz)<br>512MB RAM, 1GB NAND plus microSD slot |
| **Network** | GSM 850/900/1800/1900<br>UMTS 850/1700/2100<br>HSDPA 10.1 Mbps, HSUPA 5.76 Mbps |
| **Battery & Charging** | 1420mAh<br>microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution),<br>265ppi |
| **Camera** | 5MP auto-focus camera with LED flash |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, FM |
| **Dimensions** | Width: 60mm (2.35 inches)<br>Height: 116mm (4.57 inches)<br>Thickness: 14.5mm (0.57 inches) |
| **Weight** | 175 grams (6.3 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .013**

APLNDC000223O198

Samsung

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .014**

APLNDC0002230199

Samsung
# Galaxy S

June 2010



| | |
|---|---|
| **Price & Carrier** | $50-199 w/ 2-year contract on AT&T, Verizon, Sprint & T-Mobile |
| **Operating System** | Android 2.1 |
| **SoC & Memory** | 1GHz Cortex A8 Hummingbird<br>512MB RAM, 16GB NAND plus microSD slot |
| **Network** | GSM/EDGE/GPRS 850/ 900/1800/1900<br>HSUPA 900/1900/2100 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4.0-inch AMOLED (480x800 pixel resolution),<br>233ppi, 16-bit color |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 3.0 + EDR w/ A2DP Stereo |
| **Dimensions** | Width: 64.2mm (2.53 inches)<br>Height: 122.4mm (4.82 inches)<br>Thickness: 9.9mm (0.39 inches) |
| **Weight** | 118 grams (4.16 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230200

November 2010

Samsung

# Continuum



| Price & Carrier | $599 on Verizon w/ 2-year contract on Verizon |
| --- | --- |
| Operating System | Android 2.1 |
| SoC & Memory | 1GHz Cortex A8 Hummingbird<br>384MB RAM, 2GB NAND plus microSD slot |
| Network | CDMA 800/1900 |
| Battery & Charging | 1500mAh<br>microUSB |
| Display | 3.4-inch LCD (480x800 pixel resolution)<br>1.8-inch ticker (480x96 pixel resolution)<br>233ppi |
| Camera | 5MP auto-focus camera with LED flash, front VGA |
| Sensors | Accelerometer, ambient light, proximity |
| Connectivity | Wi-Fi (802.11 b/g/n), Bluetooth 3.0 + EDR w/ A2DP Stereo |
| Dimensions | Width: 58mm (2.30 inches)<br>Height: 125mm (4.94 inches)<br>Thickness: 12mm (0.48 inches) |
| Weight | 125 grams (4.41 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .016

APLNDC0000230201

Highly Confidential - Attorneys' Eyes Only

Apple Need-To-Know Confidential

November 2010

Samsung

# Focus



| Price & Carrier | $99 w/ 2-year contract on AT&T |
|---|---|
| Operating System | Windows Phone 7 |
| SoC & Memory | Qualcomm Snapdragon MSM 8255 (1GHz)<br>512MB RAM, 8GB NAND with microSD slot |
| Network | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>UMTS: 850/1900/2100MHz |
| Battery & Charging | 1500mAH<br>microUSB |
| Display | 4.0-inch AMOLED (480x800 pixel resolution),<br>233ppi |
| Camera | 5MP autofocus camera with LED flash<br>720p video recording |
| Sensors | Accelerometer, Compass, Proximity & Light Sensor |
| Connectivity | Wi-Fi (802.11b/g/n), Bluetooth 2.1, GPS, A-GPS, FM Radio |
| Dimensions | Width: 65mm (2.56 inches)<br>Height: 123.0mm (4.84 inches)<br>Thickness: 10.0mm (0.39 inches) |
| Weight | 115 grams (4.07 ounces) |

**Defendant's Exhibit No. 712 .017**

APLNDC0002230202

December 2010

Samsung / Google

# Nexus S



| | |
|---|---|
| **Price & Carrier** | $529 unlocked or $199 w/ 2-year contract on T-Mobile |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | 1GHz Cortex A8 Hummingbird<br>512MB RAM, 16GB NAND |
| **Network** | GSM: 850/900/1800/1900, HSPA 900/2100/1900 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4.0-inch AMOLED (480x800 pixel resolution),<br>233ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo, NFC |
| **Dimensions** | Width: 63mm (2.52 inches)<br>Height: 124mm (4.37 inches)<br>Thickness: 10.92mm (0.43 inches) |
| **Weight** | 129 grams (5.5 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .018

APLNDC0002230203

LG

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230204

November 2010

LG
# Optimus series

| | |
|---|---|
| **Price & Carriers** | Free to $149 on Sprint, T-Mobile, metroPCS, Virgine Mobile, US Cellular |
| **Operating System** | Android 2.2 |
| **SoC & Memory** (Sprint version) | Qualcomm MSM7627 (600 MHz); 512MB RAM, microSD slot |
| **Network** | CDMA: 1.9 GHz PCS, 800 MHz<br>GSM: 850/900/1800/1900 MHz, 1700/2100 MHz |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 3.2-inch LCD (320x480 pixel resolution), 180ppi |
| **Camera** | 3.2MP auto-focus camera<br>VGA video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11b/g), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, Wi-Fi router functionality (up to 5 devices) |
| **Dimensions** (Sprint version) | Width: 58mm (2.28 inches)<br>Height: 107mm (4.23 inches)<br>Thickness: 11.9mm (0.47 inches) |
| **Weight** | 115 grams (4.1 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .020

APLNDC0002230205

Nokia

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230206

October 2010

Nokia
# N8



| | |
|---|---|
| **Price & Carrier** | $399 unlocked |
| **Operating System** | Symbian[3] |
| **SoC & Memory** | OMAP 2420 680MHz, 256MB RAM<br>16GB NAND with microSD slot |
| **Network** | GSM/EDGE 850/900/1800/1900<br>WCDMA 850/900/1700/1900/2100 |
| **Battery & Charging** | 1200mAh<br>microUSB |
| **Display** | 3.5" OLED display (640x360 pixel resolution)<br>209ppi |
| **Camera** | 12MP auto-focus camera w/ Xenon flash, front-facing VGA<br>720p video recording |
| **Sensors** | Accelerometer, Compass, Proximity & Ambient light sensors |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 3.0, HDMI, FM Radio, GPS, A-GPS |
| **Dimensions** | Width: 59mm (2.32 inches)<br>Height: 114mm (4.49 inches)<br>Thickness: 12.9mm (0.51 inches) |
| **Weight** | 135 grams (4.76 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .022

APLNDC0002230207

# Research in Motion

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .023

APLNDC0002230208

November 2009

RIM

# Blackberry Storm 2 9550



| | |
|---|---|
| **Price & Carrier** | $99.99 on Verizon |
| **Operating System** | Blackberry OS 5.0 |
| **SoC & Memory** | processor unknown, 256MB RAM<br>2GB eMMC plus microSD slot |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>UMTS/HSPA 2100MHz<br>CDMA:800/1900MHz/EV-DO rev A |
| **Battery & Charging** | 1400mAh |
| **Display** | 3.25-inch LCD (480x360 pixel resolution)<br>184ppi |
| **Camera** | 3.2MP auto-focus camera with LED flash |
| **Sensors** | Accelerometer, ambient light & proximity |
| **Connectivity** | Wi-Fi (802.11 b/g), Bluetooth 2.0, GPS |
| **Dimensions** | Width: 62mm (2.45 inches)<br>Height: 113mm (4.43 inches)<br>Thickness: 13.0mm (0.55 inches) |
| **Weight** | 160 grams (5.64 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .024

APLNDC0002230209

August 2010

RIM

# Blackberry Torch



| | |
|---|---|
| **Price & Carrier** | $499.99 USD on AT&T |
| **Operating System** | Blackberry OS 6.0 |
| **SoC & Memory** | 624MHz processor, 512MB RAM<br>4GB eMMC plus microSD slot |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900<br>UMTS 2100/1900/850/800 |
| **Battery & Charging** | 1300mAh |
| **Display** | 3.2-inch LCD (480x360 pixel resolution),<br>188ppi |
| **Camera** | 5MP auto-focus camera w/ LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS |
| **Dimensions** | Width: 62mm (2.44 inches)<br>Height: 111mm (4.37 inches)<br>Thickness: 14.6mm (0.57 inches) |
| **Weight** | 161 grams (5.7 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .025

APLNDC0002230210

Highly Confidential - Attorneys' Eyes Only

# Feature Highlights

Apple Need-To-Know Confidential

Defendant's Exhibit No. 712 .026

APLNDC0002230211

Highly Confidential - Attorneys' Eyes Only

HTC
# Surround



**Feature**

Phone slides partially to reveal speaker grill

**Engadget**

"We don't think any amount of audio postprocessing can make tiny phone speakers sound good... On a more positive note, the speakers do get nicely **loud without distortion**"

**cnet**

"...the only thing its built-in speakers really add to the phone is weight."

**Slashgear**

"It's certainly loud, but it lacks clarity and sharpness; the surround sound mode, meanwhile, is audibly different from the default setting, but we wouldn't say it was theater-like either."

Apple Need-To-Know Confidential

APLNDC0002230212

Motorola
# Defy





**Feature**

Water-resistant and dustproof

**Engadget**

"Physically, the Defy is unusual in that it looks so... well, usual. Typically, ruggedized phones are overbuilt, over-engineered behemoths that are obviously designed to look tough, and that's just not the case with this one.

**cnet**

"The Motorola Defy is tough enough to withstand everyday hazards with its tough Gorilla glass and rugged exterior... its rough-and-tumble aesthetic isn't for everyone."

**PC Magazine**

"I dunked the Defy in a foot of water with the MP3 player going, and it continued playing without a problem. I couldn't stop the playback, though, because capacitive touch screens don't work when they're wet."

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .028

APLNDC0002230213

# Future Flagship Phones

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .029

APLNDC0002230214

Highly Confidential - Attorneys' Eyes Only

HTC

Apple Need-To-Know Confidential

HTC

# Incredible S

Q2 2011



| | |
|---|---|
| **Price & Carrier** | Unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm Snapdragon MSM8255 (1GHz), 768MB RAM<br>1.1GB internal storage with microSD expansion |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>HSPA/WCDMA: 900/AWS/2100MHz |
| **Battery & Charging** | 1450mAH<br>microUSB |
| **Display** | 4.0-inch LCD (480x800 pixel resolution),<br>233ppi |
| **Camera** | 8MP autofocus camera w/ dual LED flash, 1.3MP front-facing<br>720p video recording |
| **Sensors** | Accelerometer, Digital Compass, Proximity & Light Sensor |
| **Connectivity** | Wi-Fi 802.11b/g/n, Bluetooth 2.1 with FTP/OPP & A2DP<br>GPS, A-GPS |
| **Dimensions** | Width: 64mm (2.52 inches)<br>Height: 120.0mm (4.72 inches)<br>Thickness: 11.7mm (0.46 inches) |
| **Weight** | 135.5grams (4.78 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230215

Q2 2011

HTC

# Desire S



| Price & Carrier | Unannounced |
|---|---|
| Operating System | Android 2.3 |
| SoC & Memory | Qualcomm Snapdragon MSM8255 (1GHz), 768MB RAM<br>1.1GB internal storage w/ microSD expansion |
| Network | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>HSPA/WCDMA: 900/2100MHz |
| Battery & Charging | 1450mAH<br>microUSB |
| Display | 3.7-inch LCD (480x800 pixel resolution),<br>252ppi |
| Camera | 5MP autofocus camera w/ LED flash, front-facing VGA<br>720p video recording |
| Sensors | Accelerometer, Digital Compass, Proximity & Light Sensor |
| Connectivity | Wi-Fi (802.11b/g/n), Bluetooth 2.1 with FTP/OPP & A2DP<br>GPS, A-GPS |
| Dimensions | Width: 59.8mm (2.35 inches)<br>Height: 115.0mm (4.53 inches)<br>Thickness: 11.63mm (0.46 inches) |
| Weight | 130.0grams (4.59 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230216

APLNDC0002230217

Q2 2011

HTC
# Wildfire S



| Price & Carrier | Unannounced |
|---|---|
| Operating System | Android 2.3 |
| SoC & Memory | Qualcomm Snapdragon MSM 8255 (600MHz), 512MB RAM<br>512MB ROM & microSD memory expansion |
| Network | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>HSPA/WCDMA 900/2100MHz |
| Battery & Charging | 1230mAH<br>microUSB |
| Display | 3.2-inch LCD (320x480 pixel resolution),<br>180ppi |
| Camera | 5MP autofocus camera w/ LED flash<br>video recording |
| Sensors | Accelerometer, Digital Compass, Proximity & Light Sensor |
| Connectivity | Wi-Fi (802.11b/g/n), Bluetooth 3.0 with FTP/OPP & A2DP<br>GPS, A-GPS |
| Dimensions | Width: 59.4mm (2.34 inches)<br>Height: 101.3mm (3.99 inches)<br>Thickness: 12.4mm (0.49 inches) |
| Weight | 105grams (3.7 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .033

APLNDC0002230218

# Motorola

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .034

APLNDC0002230219

February 2011

Motorola

# Motorola Atrix



| | |
|---|---|
| **Price & Carriers** | $199 w/ 2-year contract on AT&T |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | NVIDIA Tegra 2 dual-core (1.0GHz)<br>1GB RAM, 16GB NAND plus microSD slot |
| **Network** | GSM: 850/900/1800/1900<br>UMTS: 850/1900/2100<br>HSDPA+ 14Mbps |
| **Battery & Charging** | 1930mAh<br>microUSB |
| **Display** | 4.0-inch LCD (540x960 pixel resolution),<br>275ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity & compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, micro-HDMI, HDMI & laptop docks (right image) |
| **Dimensions** | Width: 64mm (2.50 inches)<br>Height: 118mm (4.64 inches)<br>Thickness: 11.0mm (0.43 inches) |
| **Weight** | 135 grams (4.8 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .035

Q2 2011

Motorola

# Droid Bionic LTE 4G



| | |
|---|---|
| **Price & Carrier** | 599 USD on Verizon Wireless |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | NVIDIA Tegra 2 (dual-core) 1.0GHz, 512MB RAM<br>2GB ROM w/ microSD expansion |
| **Network** | CDMA 800/1900, LTE 700<br>CDMA2000 1xEV-DO / LTE |
| **Battery & Charging** | 1930mAH<br>microUSB |
| **Display** | 4.3-inch LCD (540x960 pixel resolution)<br>256ppi, 16-bit color |
| **Camera** | 8MP camera w/ dual LED flash, 0.3MP front-facing<br>720p video recording |
| **Sensors** | Accelerometer, Digital Compass, Proximity & Light Sensor |
| **Connectivity** | Wi-Fi 802.11b/g/n, Bluetooth 2.1 w/ EDR & A2DP, GPS, A-GPS |
| **Dimensions** | Width: 66.9mm (2.63 inches)<br>Height: 125.9mm (4.96 inches)<br>Thickness: 13.3mm (0.52 inches) |
| **Weight** | 158grams (5.57 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230220

Defendant's Exhibit No. 712 .036

APLNDC0002230221

Samsung

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .037

Q1 2011

Samsung
# Galaxy S II



| Price & Carrier | 599 EUR ($814 USD) & unannounced |
|---|---|
| Operating System | Android 2.3 |
| SoC & Memory | 1.0GHz dual-core, 1024MB RAM<br>16GB internal storage w/ microSD slot |
| Network | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE,<br>UMTS/HSPA 800/850/1900/2100 |
| Battery & Charging | 1600mAh<br>microUSB |
| Display | 4.3-inch LCD (480x800 pixel resolution),<br>218ppi, 16-bit color |
| Camera | 8MP auto-focus camera w/ LED flash, 2MP front-facing<br>720p video recording w/ video light |
| Sensors | Accelerometer, ambient light, gyroscope, proximity, & compass |
| Connectivity | Wi-Fi 802.11b/g/n, Bluetooth 3.0 w/ EDR & A2DP, GPS, A-GPS, FM<br>Radio, NFC |
| Dimensions | Width: 66.1mm (2.6 inches)<br>Height: 125.3mm (4.93 inches)<br>Thickness: 8.49mm (0.33 inches) |
| Weight | 116 grams (4.09 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230222

Q1 2011

Samsung
# Infuse 4G



| | |
|---|---|
| **Price & Carrier** | 599 EUR ($814 USD) & unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | 1.2GHz Humming Bird, 1024MB RAM<br>16GB internal storage w/ microSD slot |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE,<br>UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1750mAh<br>microUSB |
| **Display** | 4.5-inch LCD (480x800 pixel resolution),<br>207ppi, 16-bit color |
| **Camera** | 8MP auto-focus camera w/ LED flash, 1.3MP front-facing<br>1080p video recording |
| **Sensors** | Accelerometer, ambient light, gyroscope, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | |
| **Weight** | |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230223

Defendant's Exhibit No. 712 .039

APLNDC000230224

LG

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .040

April 2011

LG
# Optimus 2X

| Price & Carrier | 499 EUR & unannounced |
|---|---|
| Operating System | Android 2.2 |
| SoC & Memory | NVIDIA Tegra 2 (dual-core) 1.0GHz<br>512MB RAM |
| Network | GSM 800/900/1800/1900, EDGE,<br>UMTS/HSPA 900/2100 |
| Battery & Charging | 1500mAh<br>microUSB |
| Display | 4-inch LCD (480x800 pixel resolution),<br>233ppi, 16-bit color |
| Camera | 8MP camera w/ LED flash, 1.3MP front-facing<br>1080p video recording |
| Sensors | Accelerometer, ambient light, gyroscope, proximity, & compass |
| Connectivity | Wi-Fi, Bluetooth, GPS, A-GPS |
| Dimensions | Width: 63.2mm (2.49 inches)<br>Height: 123.9mm (4.88 inches)<br>Thickness: 10.9mm (0.43 inches) |
| Weight | 139 grams (4.90 ounces) |

Apple Need-To-Know Confidential

APLNDC0000230225

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .041**

APLNDC000230226

April 2011

LG

# Optimus Black




| | |
|---|---|
| **Price & Carrier** | 499 EUR & unannounced |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Texas Instruments OMAP 3630 (1 GHz) 512MB RAM |
| **Network** | GSM 800/900/1800/1900, EDGE, UMTS/HSPA 900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 4-inch LCD (480x800 pixel resolution), 700cd/m² brightness 233ppi |
| **Camera** | 5MP camera w/ LED flash, 2MP front-facing 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 64.0mm (2.52 inches) Height: 122.0mm (4.80 inches) Thickness: 9.2mm (0.36 inches) |
| **Weight** | 109 grams (3.84 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only





**Defendant's Exhibit No. 712 .042**

APLNDC0002230227

April 2011

LG
# Optimus 3D

| | |
|---|---|
| **Price & Carrier** | 499 EUR & unannounced |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Texas Instruments OMAP4 ARM Cortex-A9 dual-core (1GHz) 512MB RAM |
| **Network** | GSM 800/900/1800/1900, EDGE, UMTS/HSPA 900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 4.3-inch autostereoscopic LCD (480x800 pixel resolution) 218ppi, 16-bit color |
| **Camera** | 5MP camera w/ LED flash, 1.3MP front-facing 1080p 3D video recording |
| **Sensors** | Accelerometer, ambient light, gyroscope, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 68.0mm (2.68 inches) Height: 128.8mm (5.07 inches) Thickness: 11.9mm (0.47 inches) |
| **Weight** | 168 grams (4.90 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .043**

APLNDC0002230228

Highly Confidential - Attorneys' Eyes Only

Sony Ericsson

Apple Need-To-Know Confidential

APLNDC0000230229

April 2011

Sony Ericsson
# Xperia arc





| | |
|---|---|
| **Price & Carrier** | 599 EUR ($814 USD) & unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz); 512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE, UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 4.2-inch LCD (480x854 pixel resolution), 233ppi |
| **Camera** | 8.1MP auto-focus camera w/ LED flash 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS, FM Radio |
| **Dimensions** | Width: 63.0mm (2.5 inches) Height: 125.0mm (4.9 inches) Thickness: 8.7mm (0.3 inches) (at thinnest point) |
| **Weight** | 117 grams (4.1 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .045**

APLNDC0002230230

March 2011

Sony Ericsson

# Xperia neo



| | |
|---|---|
| **Price & Carrier** | 479 EUR ($651 USD) & unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz); 512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE, UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution), 265ppi, 16-bit color |
| **Camera** | 8.1MP auto-focus camera w/ LED flash 720p video recording w/ video light |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS, FM Radio |
| **Dimensions** | Width: 57.0mm (2.2 inches) Height: 116.0mm (4.6 inches) Thickness: 13.0mm (0.5 inches) |
| **Weight** | 126 grams (4.4 ounces) |

Apple Need-To-Know Conf

Highly Confidential - Attorneys' Eyes Only

**Defendant's Exhibit No. 712 .046**

APLNDC0002230231

Sony Ericsson

# Xperia PLAY

April 2011



| | |
|---|---|
| **Price & Carrier** | 649 EUR (S882 USD) & unannounced |
| **Operating System** | Android 2.3, plays PSP games |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz); 512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE, UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 4.2-inch LCD (480x854 pixel resolution), 233ppi, 16-bit color |
| **Camera** | 8.1MP auto-focus camera w/ LED flash 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass, dual-shock joysticks |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 62.0mm (2.4 inches) Height: 119mm (4.7 inches) Thickness: 16.0mm (0.6 inches) |
| **Weight** | 117 grams (4.1 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .047

APLNDC0002230232

April 2011

Sony Ericsson
# Xperia Pro



| | |
|---|---|
| **Price & Carrier** | unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz); 512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE, UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution), 265ppi |
| **Camera** | 8.1MP auto-focus camera w/ LED flash, front VGA 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 57mm (2.24 inches) Height: 120mm (4.72 inches) Thickness: 13.7mm (0.53 inches) |
| **Weight** | 140 grams (4.94 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .048

APLNDC0002230233

# HP/Palm

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .049

Summer 2011

## HP
# Pre³



| | |
|---|---|
| **Price & Carrier** | Unannounced |
| **Operating System** | webOS 3.0 |
| **SoC & Memory** | Qualcomm MSM 8x55 single-core (1.4GHz); 512MB RAM |
| **Network** | n/a |
| **Battery & Charging** | 1230mAh microUSB & Inductive (Touchstone) |
| **Display** | 3.58-inch LCD (480x800 pixel resolution), 261 ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11a/b/g/n 5GHz), Bluetooth 2.1 + EDR w/ A2DP Stereo GPS, A-GPS, Wi-Fi router functionality (up to 5 devices) |
| **Dimensions** | Width: 64.0mm (2.52 inches) Height: 111.0mm (4.37 inches) Thickness: 16.0mm (0.63 inches) |
| **Weight** | 156 grams (5.5 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230234

Spring 2011

HP
# Veer



| Price & Carrier | Unannounced |
|---|---|
| **Operating System** | webOS 2.2 |
| **SoC & Memory** | Qualcomm MSM7230 single-core SoC 800MHz<br>512MB RAM |
| **Network** | GSM/EDGE 850/900/1800/1900<br>HSDPA 7.2/HSUPA 5.76 |
| **Battery & Charging** | 910mAh<br>Inductive (Touchstone) |
| **Display** | 2.6-inch LCD (320x400 pixel resolution)<br>197ppi |
| **Camera** | 5MP auto-focus camera<br>video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11a/b/g/n 5GHz), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, Wi-Fi router functionality (up to 5 devices),<br>magnetic port for 3.5mm & microSD adapter |
| **Dimensions** | Width: 54.5mm (2.15 inches)<br>Height: 84.0mm (3.31 inches)<br>Thickness: 15.1mm (0.59 inches) |
| **Weight** | 103 grams (3.63 ounces) |

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230235

Defendant's Exhibit No. 712 .051

APLNDC0002230236

Highly Confidential - Attorneys' Eyes Only

# Analysis of Future Flagship Devices

Apple Need-To-Know Confidential

APLNDC0002230237

# Comparison of battery capacity (mAh)



| Device | Battery Capacity (mAh) |
| --- | --- |
| HP Veer | 910 |
| HP Pre | 1230 |
| HTC Wildfire S | 1230 |
| Apple iPhone 4 | 1420 |
| HTC Incredible S | 1450 |
| HTC Desire S | 1450 |
| LG Optimus (3D/2X/Black) | 1500 |
| Sony Xperia (arc/neo/pro/PLAY) | 1500 |
| Samsung Galaxy S II | 1600 |
| Samsung Infuse 4G | 1750 |
| Motorola Droid Bionic LTE 4G | 1930 |
| Motorola Atrix 4G | 1930 |

Battery Capacity (mAh)

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .053

APLNDC0002230238

Highly Confidential - Attorneys' Eyes Only

# Comparison of device depth (mm)



Apple Need-To-Know Confidential

APLNDC000230239

Highly Confidential - Attorneys' Eyes Only

# Comparison of display pixel density



Apple Need-To-Know Confidential

Defendant's Exhibit No. 712 .055

APLNDC0002230240

Highly Confidential - Attorneys' Eyes Only

# Comparison of screen size



Apple Need-To-Know Confidential

Defendant's Exhibit No. 712 .056



Battery Capacity vs. Device Thickness

Apple Need-To-Know Confidential

APLNDC0002230241

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .057

APLNDC0002230242



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Defendant's Exhibit No. 712 .058

APLNDC0002230243

Highly Confidential - Attorneys' Eyes Only