Pierce Declaration

# EXHIBIT 31

DEFENDANT'S EXHIBIT
NO. 728.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

(19)【発行国】日本国特許庁(JP)
(45)【発行日】平成17年6月6日(2005.6.6)
(12)【公報種別】意匠公報(S)
(11)【登録番号】意匠登録第1241383号(D1241383)
(24)【登録日】平成17年4月15日(2005.4.15)
(54)【意匠に係る物品】携帯用情報端末機
(52)【意匠分類】H5-41
(51)【国際意匠分類(参考)】14-02
[Dターム]HFHBA01, HFHBB00, HFHCA03, HFHCB00
(21)【出願番号】意願2004-26856(D2004-26856)
(22)【出願日】平成16年9月3日(2004.9.3)
(72)【創作者】
【氏名】磯村 歩
【住所又は居所】東京都港区西麻布2-26-30 富士写真フイルム株式会社内
(73)【意匠権者】
【識別番号】000005201
【氏名又は名称】富士写真フイルム株式会社
【住所又は居所】神奈川県南足柄市中沼210番地
(74)【代理人】
【識別番号】100075281
【弁理士】
【氏名又は名称】小林 和憲
【審査官】木村 恭子
(55)【意匠に係る物品の説明】本物品は、参考図に示すように、操作部及び画像表示部を有する本体部の正面、平面、底面、及び左右側面を透明なカバー部材で覆った携帯型情報端末機である。
(55)【意匠の説明】参考図に示すカバー部材は、全体に透明である。また、本体部を示す参考図にハッティングで示した箇所は、透明な画像表示部である。
【図面】
【斜視図】

(2)  意匠登録1241383



【正面図】



【背面図】

Defendant's Exhibit No. 728 .003

(3)　　　　　　　意匠登録1241383



【平面図】



【底面図】

SAMNDCA00255285



(4)  意匠登録1241383

【左側面図】



【右側面図】

SAMNDCA00255286

Defendant's Exhibit No. 728 .005

(5)  意匠登録1241383



【内部機構を省略した正面図中央縦断面図】



【カバー部を示す参考図】

SAMNDCA00255287

(5)

意匠登録1241383



【本体部を示す参考図】





ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUESSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Afsana Liza, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following document from Japanese into English.

JP1009317
JP1235888
JP1241383
JP1280315
JP1295003
JP1241638

Afsana Liza

Sworn to before me this
Monday, August 22, 2011

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public
State of New York

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

(19) [Country of issue] Japan Patent Office (JP)
(45) [Date issued] June 6, 2005 (2005.6.6)
(12) [Type of gazette] Design Gazette (S)
(11) [Registration number] Design registration number 1241383 (D1241383)
(24) [Date registered] April 15, 2005 (2005.4.15)
(54) [Article to the design] Portable information terminal
(52) [Design classification] H5-41
(51) [International patent classification (reference)] 14-02
[D terms] HFHBA01, HFHBB00, HFHCA03, HFHCB00
(21) [Application number] Design Application 2004-26856 (D2004-26856)
(22) [Application date] September 3, 2004 (2004.9.3)
(72) [Creator]
[Name] Ayumu Isomura
[Address or domicile] c/o Fuji Photo Film Co., Ltd., 2-26-30 Nishiazabu, Minato-ku, Tokyo
(73) [Holder of design right]
[ID number] 000005201
[Name or title] Fuji Photo Film Co., Ltd.
[Address or domicile] 210 Nakanuma, Minami-ashigara-shi, Kanagawa
(74) [Agent]
[ID number] 100075281
[Patent attorney]
[Name or title] Kazunori Kobayashi
[Examiner] Kyoko Kimura
(55) [Description of the article to the design] This article is a portable information terminal consisting of a body portion having an operation portion and image display portion whose front face, plane face, bottom face and left and right side faces are covered with a transparent cover member, as shown in the reference drawings.
(55) [Description of design] The cover member shown in the reference drawings is transparent overall. The portion indicated by hatching in the reference drawings showing the body portion is the transparent image display portion.
[Drawings]
[Perspective view]

(2)   Design registration 1241383



[Front view]



[Rear view]

SAMNDCA00255291



Design registration 1241383

[Plane view]



[Bottom view]

SAMNDCA00255292

(4)  Design registration 1241383



[Left side view]



[Right side view]

(5)                                Design registration 1241383



[Left side view]



[A-A edge without internal mechanism]



Design registration 1241383

[Reference drawing showing body portion]



SAMNDCA00255295