Pierce Declaration

# EXHIBIT 33

# Fidler, Roger F.
# 09-23-2011

FIDLER-SAMSUNG-Fidler-Samsung
Presentation Run Standard Report
Created 08-12-2012

**Samsung Affirmative  00:11:03**
-----------------------------------------------------------------
**Total Time  00:11:03**



> **DEFENDANT'S EXHIBIT**
> **NO. 805**
> United States District Court
> Northern District of California
> No. 11-CV-1846-LHK (PSG)
> *Apple v. Samsung*
> Date Admitted:_____ By: _____

| Designation | Source | ID |
|---|---|---|
| 7:17 - 7:19 | **Fidler, Roger F. 09/23/2011 (00:00:03)**<br>7:17   Q. Could you state your name for the record,<br>7:18 please?<br>7:19   A. Roger Frank Fidler. | FIDLER-SAMSUNG.1 |
| 8:23 - 9:9 | **Fidler, Roger F. 09/23/2011 (00:00:34)**<br>8:23   Q. Okay.  I notice that you brought with you<br>8:24 the three tablets I asked you to bring.  Could you<br>8:25 pick up the one on top?<br>9:1   A. Okay.<br>9:2   Q. Can you tell me -- my first question is<br>9:3 what -- what is it?<br>9:4   A. Well, this is the first mock-up I made of a<br>9:5 tablet in the early eighties.  Began from a article<br>9:6 that I wrote for the Associated Press Managing Editors<br>9:7 Association about the future of newspapers and<br>9:8 described the idea of a tablet that newspapers could<br>9:9 be displayed upon. | FIDLER-SAMSUNG.2 |
| 9:14 - 9:20 | **Fidler, Roger F. 09/23/2011 (00:00:24)**<br>9:14   Q. Did you have a specific idea in mind of<br>9:15 what you wanted it to look like?<br>9:16   A. I did.  My -- my feeling was that it should<br>9:17 be something that's lightweight, portable, a flat<br>9:18 screen that had a ability to use touch to navigate and<br>9:19 that the newspapers displayed on it would involve<br>9:20 hyperlinks and hypermedia. | FIDLER-SAMSUNG.3 |
| 11:14 - 11:18 | **Fidler, Roger F. 09/23/2011 (00:00:09)**<br>11:14   Q. (By Ms. Taylor)  Sir, my first request is<br>11:15 for you to take a look at Exhibit 245 --<br>11:16   A. Uh-huh.<br>11:17   Q. -- and confirm that that is the declaration<br>11:18 that you signed. | FIDLER-SAMSUNG.4 |
| 11:19 - 11:19 | **Fidler, Roger F. 09/23/2011 (00:00:02)**<br>11:19   A. Okay.  Yes, it is a document I signed. | FIDLER-SAMSUNG.5 |
| 23:15 - 23:18 | **Fidler, Roger F. 09/23/2011 (00:00:10)**<br>23:15   Q. (By Ms. Taylor)  So if we could refer to<br>23:16 the mock-up that you created again.  And do you -- do<br>23:17 you -- do you call that a mock-up or a prototype?  I<br>23:18 want to use whatever terminology you use. | FIDLER-SAMSUNG.6 |
| 23:21 - 23:24 | **Fidler, Roger F. 09/23/2011 (00:00:09)**<br>23:21   A. No, this was a -- a three-dimensional<br>23:22 mock-up of what a tablet might be like with a<br>23:23 two-dimensional display of what a newspaper might be<br>23:24 like on the device. | FIDLER-SAMSUNG.7 |
| 26:16 - 27:9 | **Fidler, Roger F. 09/23/2011 (00:00:50)**<br>26:16 Did you eventually create a different type<br>26:17 of mock-up? | FIDLER-SAMSUNG.8 |

| Designation | Source | ID |
|---|---|---|
| | 26:18  A. I did.<br>26:19  Q. Is that one you brought with you today?<br>26:20  A. Yes, 1994.<br>26:21  Q. Can you hold up that one?<br>26:22  A. Yeah, that's this one.<br>26:23  Q. Okay.  Did your vision of what you were<br>26:24 creating change from the one that you first created<br>26:25 in --<br>27:1  A. Essentially it didn't.  However, obviously<br>27:2 you see more rounded corners in this example.  The<br>27:3 size of the display is pretty much the same.  We did<br>27:4 include memory cards within it anticipating that there<br>27:5 would be a need for storage of that information.<br>27:6 A flat screen touchscreen.  At that time we<br>27:7 were anticipating that we probably would also have to<br>27:8 use a stylus, basically because the technology at the<br>27:9 time required it. | |
| 29:3 - 29:11 | **Fidler, Roger F. 09/23/2011 (00:00:30)**<br>29:3   Q. So did you anticipate it would work without<br>29:4 a stylus?<br>29:5   A. My original assumptions were it would be a<br>29:6 touchscreen without a stylus.  In 1994 in working with<br>29:7 technology companies, including Apple, at the<br>29:8 Information Design Laboratory in Boulder, we were<br>29:9 informed by the technology companies that a<br>29:10 touchscreen would require a stylus at that point.  I<br>29:11 always still argued for a touchscreen. | FIDLER-SAMSUNG.9 |
| 48:6 - 48:15 | **Fidler, Roger F. 09/23/2011 (00:00:30)**<br>48:6 I should point out, however, in the<br>48:7 drawings that were created I was always attempting to<br>48:8 create a device that had a flat screen all the way<br>48:9 across that would be flush with the -- the outside.<br>48:10 The manufacturer indicated that there<br>48:11 wasn't any way that he could actually do that<br>48:12 practically.  So many of the things that -- that were<br>48:13 adapted here with the backplate and the way the<br>48:14 display was created were for practical reasons to --<br>48:15 to make it work. | FIDLER-SAMSUNG.10 |
| 164:1 - 164:6 | **Fidler, Roger F. 09/23/2011 (00:00:23)**<br>164:1   Q. (By Ms. Taylor)  All right.  So what we<br>164:2 just watched was labeled Exhibit V to your<br>164:3 declaration -- I'm sorry, Exhibit L to your<br>164:4 declaration.  If you want to confirm that, you can.<br>164:5 Somewhere in here, paragraph fourteen in your<br>164:6 declaration says what Exhibit L is.  So if you look | FIDLER-SAMSUNG.11 |
| 164:23 - 165:2 | **Fidler, Roger F. 09/23/2011 (00:00:09)** | FIDLER-SAMSUNG.12 |

**FIDLER-SAMSUNG-Fidler-Samsung**

| Designation | Source | ID |
|---|---|---|
| 165:8 - 165:22 | 164:23   Q. So can you confirm that the video that we<br>164:24 just watched is the video that's described in<br>164:25 paragraph --<br>165:1   A. Thirteen and fourteen.<br>165:2   Q. I think fourteen talks about the video.<br>**Fidler, Roger F. 09/23/2011 (00:00:40)**<br>165:8   Q. Okay.  So is that the video we just<br>165:9 watched?<br>165:10   A. Correct.<br>165:11   Q. All right.  Could you tell me what the<br>165:12 purpose was of creating that video?<br>165:13   A. To make technology companies and media<br>165:14 companies more aware of the potential of the tablet<br>165:15 for newspapers in the future.  That was our role at<br>165:16 the Information Design Lab was to look five, ten,<br>165:17 fifteen, twenty years into the future and anticipate<br>165:18 what newspapers might be like.<br>165:19 And so this video that we produced with<br>165:20 approval from Knight-Ridder executives was to help<br>165:21 people visualize what might happen in that period of<br>165:22 time. | FIDLER-SAMSUNG.13 |
| 208:15 - 208:23 | **Fidler, Roger F. 09/23/2011 (00:00:18)**<br>208:15   Q. Okay.  So the last sentence in paragraph<br>208:16 thirteen says members of the Apple Lab viewed this<br>208:17 tablet shortly after its creation.<br>208:18   A. Uh-huh.<br>208:19   Q. Do you see that sentence?<br>208:20   A. Uh-huh.  That's correct.<br>208:21   Q. So they viewed the black 1994 prototype<br>208:22 that you brought with you today?<br>208:23   A. Uh-huh.  That's correct. | FIDLER-SAMSUNG.14 |
| 290:4 - 290:21 | **Fidler, Roger F. 09/23/2011 (00:00:29)**<br>290:4   Q. Okay.  Fine.  Directing your attention to<br>290:5 Exhibit 266 --<br>290:6   A. Uh-huh.<br>290:7   Q. -- which is the presentation that you<br>290:8 created --<br>290:9   A. Uh-huh.<br>290:10   Q. -- and the slides that you created in 2010.<br>290:11   A. Uh-huh.<br>290:12   Q. First of all, are the dates that are<br>290:13 reflected in here a true and correct chronology of<br>290:14 events?<br>290:15   A. Yes.<br>290:16   Q. And you created this document, Exhibit<br>290:17 266 -- | FIDLER-SAMSUNG.15 |

| Designation | Source | ID |
|---|---|---|
| | 290:18   A. Uh-huh.<br>290:19   Q. -- prior to the time that you knew of any<br>290:20 dispute between Apple and Samsung?<br>290:21   A. Yes. | |
| 296:18 - 297:13 | **Fidler, Roger F. 09/23/2011 (00:00:48)**<br>296:18   Q. If we could actually then look at your 1981<br>296:19 three-dimensional mock-up.<br>296:20   A. Uh-huh.  It actually came after 1981,<br>296:21 but --<br>296:22   Q. Right.  What we're calling the 1981 --<br>296:23   A. Uh-huh.<br>296:24   Q. -- three-dimensional mock-up.<br>296:25   A. Uh-huh.<br>297:1   Q. And to be clear, the -- what you have in<br>297:2 front of you, the physical three-dimensional<br>297:3 mock-up --<br>297:4   A. Uh-huh.<br>297:5   Q. -- the white one that's sometimes referred<br>297:6 to is an exact copy of a mock-up that was in fact<br>297:7 created in 1981?<br>297:8   A. That's correct.<br>297:9   Q. Now, does that 1981 mock-up show a<br>297:10 substantially flat back panel?<br>297:11   A. Yes.<br>297:12   Q. Does it show a thin form factor?<br>297:13   A. Yes. | FIDLER-SAMSUNG.16 |
| 297:25 - 299:10 | **Fidler, Roger F. 09/23/2011 (00:01:11)**<br>297:25   Q. (By Mr. Zeller)  I'll rephrase it.  Is it<br>298:1 the case that, and tell me if it is, that in 1981 --<br>298:2   A. Uh-huh.<br>298:3   Q. -- when you created the three-dimensional<br>298:4 mock-up --<br>298:5   A. Uh-huh.<br>298:6   Q. -- of a tablet --<br>298:7   A. Yes.<br>298:8   Q. -- that you envisioned, that it had a<br>298:9 substantially flat back?<br>298:10   A. Yes.<br>298:11   Q. Did it have a thin form factor?<br>298:12   A. Yes.<br>298:13   Q. And also, if you could hold up the -- the<br>298:14 three-dimensional mock-up, this so-called white tablet<br>298:15 or 1981 tablet --<br>298:16   A. Uh-huh.<br>298:17   Q. -- and you testified earlier about there<br>298:18 being buttons on it.  Do you recall that? | FIDLER-SAMSUNG.17 |

| Designation | Source | ID |
|---|---|---|
| 314:7 - 315:12 | 298:19  A. That there are no buttons.<br>298:20  Q. Well, even earlier in the day --<br>298:21  A. Uh-huh.<br>298:22  Q. -- you were asked questions about the<br>298:23 buttons that appear here?<br>298:24  A. Oh, yes, okay.<br>298:25  Q. And those, to be clear, are -- are shown<br>299:1 here as touchscreen buttons, not physical buttons?<br>299:2  A. Yes.  They're touchscreen buttons, soft<br>299:3 buttons.<br>299:4  Q. There's no physical buttons --<br>299:5  A. No physical buttons.<br>299:6  Q. -- on the 1981 mock-up?<br>299:7  A. Correct.<br>299:8  Q. And it was always the case --<br>299:9  A. Yes.<br>299:10  Q. -- that there was no physical buttons?  And<br>**Fidler, Roger F. 09/23/2011 (00:01:09)**<br>314:7  Q. (By Mr. Zeller)  I'd like to direct your<br>314:8 attention to the 1994 mock-up, and that's --<br>314:9 specifically the one with the -- the memory cards.  I<br>314:10 think it's the other one that has memory cards.  If<br>314:11 you can please hold that one up for the video camera.<br>314:12  A. Uh-huh.<br>314:13  Q. And so this is what was referred to earlier<br>314:14 as one of the 1994 mock-ups?<br>314:15  A. That's correct.<br>314:16  Q. And at the top there are two memory cards<br>314:17 that stick out?<br>314:18  A. Yes.<br>314:19  Q. Now, in terms of how the -- the design was<br>314:20 to appear --<br>314:21  A. Uh-huh.<br>314:22  Q. -- were the memory cards to stick out?<br>314:23  A. No.  It was only for -- make it easy for us<br>314:24 to pull it out.<br>314:25  Q. Were the memory cards to be flush with<br>315:1 the --<br>315:2  A. They were intended --<br>315:3  Q. -- top?<br>315:4  A. They were intended to be flush with the<br>315:5 top.<br>315:6  Q. And I think you said earlier with that<br>315:7 notch for the stylus on the right --<br>315:8  A. Uh-huh.<br>315:9  Q. -- that also would be flush when the stylus | FIDLER-SAMSUNG.18 |

**FIDLER-SAMSUNG-Fidler-Samsung**

| Designation | Source | ID |
|---|---|---|
| 315:13 - 315:22 | 315:10 was there?<br>315:11  A. The stylus when it was there would be flush<br>315:12 with the edge.<br>**Fidler, Roger F. 09/23/2011 (00:00:32)**<br>315:13  Q. So in other words, as you conceived of this<br>315:14 tablet that you have a mock-up of from 1994, the<br>315:15 surface edges, even though it had rounded corners,<br>315:16 would be straight?<br>315:17  A. That's correct.<br>315:18  Q. Directing your attention to your 1994<br>315:19 mock-up, does it have an overall rectangular shape?<br>315:20  A. Yes.<br>315:21  Q. Does it have four evenly rounded corners?<br>315:22  A. Yes. | FIDLER-SAMSUNG.19 |
| 316:1 - 316:2 | **Fidler, Roger F. 09/23/2011 (00:00:03)**<br>316:1  Q. (By Mr. Zeller)  Does it have a thin rim<br>316:2 surrounding the front surface? | FIDLER-SAMSUNG.20 |
| 316:4 - 316:24 | **Fidler, Roger F. 09/23/2011 (00:00:52)**<br>316:4  A. Relatively thin.<br>316:5  Q. (By Mr. Zeller)  Does it have substantially<br>316:6 flat back panel?<br>316:7  A. Yes.<br>316:8  Q. And is it true that -- well, let me ask it<br>316:9 this way.  You've described the back panel and been<br>316:10 asked questions about the back panel of the 1994<br>316:11 mock-up previously?<br>316:12  A. Uh-huh.<br>316:13  Q. Is that right?<br>316:14  A. Yes, I have.<br>316:15  Q. And particularly you were asked about<br>316:16 screws and plates and everything else.  Please tell us<br>316:17 why were screws and plates and the like on the back<br>316:18 surface?<br>316:19  A. It was only to facilitate the ability to<br>316:20 change the images that we would display on the tablet.<br>316:21  Q. In your view, would -- would there be<br>316:22 anything novel or new or inventive in taking the 1994<br>316:23 mock-up design and simply making the back of it<br>316:24 completely flat? | FIDLER-SAMSUNG.21 |
| 317:2 - 317:5 | **Fidler, Roger F. 09/23/2011 (00:00:07)**<br>317:2  A. My answer would be no, I don't see anything<br>317:3 novel.<br>317:4  Q. (By Mr. Zeller)  Did your 1994 mock-up have<br>317:5 a thin form factor? | FIDLER-SAMSUNG.22 |
| 317:7 - 317:7 | **Fidler, Roger F. 09/23/2011 (00:00:02)**<br>317:7  A. Yes. | FIDLER-SAMSUNG.23 |

| Designation | Source | ID |
|---|---|---|
| | **FIDLER-SAMSUNG-Fidler-Samsung** | |
| 332:1 - 332:3 | **Fidler, Roger F. 09/23/2011 (00:00:12)**<br>332:1   Q. Generally speaking, has -- has tablet<br>332:2 technology evolved such that there's -- there's more<br>332:3 or less of a need for physical buttons on tablets? | FIDLER-SAMSUNG.24 |
| 332:7 - 332:18 | **Fidler, Roger F. 09/23/2011 (00:00:31)**<br>332:7   A. Current generation of tablets such as the<br>332:8 iPad have no need for physical buttons or -- or very<br>332:9 few physical buttons.<br>332:10   Q. (By Mr. Zeller)  And do you have an<br>332:11 understanding as to why that is?<br>332:12   A. Because the devices have been simplified<br>332:13 and that most of the interaction is through a<br>332:14 touchscreen.<br>332:15   Q. And do you know if that's a result of<br>332:16 advancements in technology or based on some other<br>332:17 reason?<br>332:18   A. Advancements in technology. | FIDLER-SAMSUNG.25 |

Samsung Affirmative = 00:11:03
**Total Time = 00:11:03**