# Pierce Declaration

# EXHIBIT 35

U 7302677

## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**June 28, 2011**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *7,864,163*

ISSUE DATE:  *January 04, 2011*

By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

N.  WILLIAMS

**Certifying Officer**

JOINT TRIAL EXHIBIT NO. 1046

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC00027870



US007864163B2

(12) **United States Patent**       (10) **Patent No.:**    **US 7,864,163 B2**
Ording et al.                        (45) **Date of Patent:**       **Jan. 4, 2011**

---

(54) **PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS**

(75) Inventors: **Bas Ording**, San Francisco, CA (US); **Scott Forstall**, Mountain View, CA (US); **Greg Christie**, San Jose, CA (US); **Stephen O. Lemay**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US); **Richard Williamson**, Los Gatos, CA (US); **Chris Blumenberg**, San Francisco, CA (US); **Marcel Van Os**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 688 days.

(21) Appl. No.: **11/850,013**

(22) Filed:   **Sep. 4, 2007**

(65)               **Prior Publication Data**
       US 2008/0094368 A1      Apr. 24, 2008

       **Related U.S. Application Data**

(60) Provisional application No. 60/937,993, filed on Jun. 29, 2007, provisional application No. 60/946,715, filed on Jun. 27, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/824,769, filed on Sep. 6, 2006.

(51) **Int. Cl.**
       *G06F 3/041*       (2006.01)
(52) **U.S. Cl.** ........................ 345/173; 715/234; 715/781

(58) **Field of Classification Search** ......... 345/173–178; 178/18.01–18.09, 18.11; 715/810, 828–831, 715/234, 781, 700
       See application file for complete search history.

(56)                **References Cited**

                U.S. PATENT DOCUMENTS

       6,025,842 A     2/2000 Filetto et al. ................ 345/345
                       (Continued)

           FOREIGN PATENT DOCUMENTS

EP           0476972 A2     3/1992
                       (Continued)

               OTHER PUBLICATIONS

Milic-Frayling, N. et al., "Smartview: Enhanced Document Viewer for Mobile Devices," Microsoft Technical Report, Nov. 15, 2002, URL: ftp://ftp.research.microsoft.com/pub/tr/tr-2002-114.pdf, retrieved Dec. 17, 2007.

                       (Continued)

*Primary Examiner*—Stephen G Sherman
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57)                **ABSTRACT**

A computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content, and detecting a first gesture at a location on the displayed portion of the structured electronic document. A first box in the plurality of boxes at the location of the first gesture is determined. The first box on the touch screen display is enlarged and substantially centered.

**61 Claims, 29 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 06/20/2011

## US 7,864,163 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,073,036 A | 6/2000 | Heikkinen et al. | 455/575 |
| 6,177,936 B1 | 1/2001 | Cragun | 345/340 |
| 6,199,082 B1 | 3/2001 | Ferrel et al. | 707/522 |
| 6,243,080 B1 | 6/2001 | Molne | 345/173 |
| 6,262,732 B1 | 7/2001 | Coleman et al. | 345/348 |
| 6,326,970 B1 | 12/2001 | Mott et al. | 345/439 |
| 6,349,410 B1 | 2/2002 | Lortz | 725/110 |
| 6,359,615 B1 | 3/2002 | Singh | 345/173 |
| 6,411,283 B1 | 6/2002 | Murphy | 345/173 |
| 6,466,198 B1 | 10/2002 | Feinstein | 345/158 |
| 6,466,203 B2 | 10/2002 | Van Ee | 345/173 |
| 6,489,975 B1 | 12/2002 | Patil et al. | 345/781 |
| 6,570,583 B1 | 5/2003 | Kung et al. | 345/661 |
| 6,613,100 B2 | 9/2003 | Miller | 715/526 |
| 6,639,584 B1 | 10/2003 | Li | 345/173 |
| 6,771,250 B1 | 8/2004 | Oh | 345/156 |
| 6,928,461 B2 | 8/2005 | Tuli | 709/203 |
| 7,054,965 B2 | 5/2006 | Bell et al. | 710/72 |
| 7,075,512 B1 | 7/2006 | Fabre et al. | 345/156 |
| 7,149,549 B1 | 12/2006 | Ortiz et al. | 455/566 |
| 7,166,791 B2 | 1/2007 | Robbin et al. | 84/477 |
| 7,346,855 B2 | 3/2008 | Hellyar et al. | 715/783 |
| 7,461,353 B2 | 12/2008 | Rohrabaugh et al. | 715/815 |
| 2002/0152283 A1 | 10/2002 | Dutta et al. | 709/218 |
| 2003/0033331 A1 | 2/2003 | Sena et al. | 707/513 |
| 2003/0095135 A1 | 5/2003 | Kaasila et al. | 345/613 |
| 2003/0095155 A1 | 5/2003 | Johnson | 345/864 |
| 2003/0164861 A1 | 9/2003 | Barbanson et al. | 345/815 |
| 2003/0193524 A1 | 10/2003 | Bates et al. | 345/786 |
| 2004/0103371 A1 | 5/2004 | Chen et al. | 715/513 |
| 2004/0143796 A1 | 7/2004 | Lerner et al. | 715/538 |
| 2004/0169674 A1 | 9/2004 | Linjama | 345/702 |
| 2004/0201595 A1 | 10/2004 | Manchester | 345/649 |
| 2005/0071364 A1 | 3/2005 | Xie et al. | 707/102 |
| 2005/0071778 A1 | 3/2005 | Tokkonen | 715/822 |
| 2005/0079896 A1 | 4/2005 | Kokko et al. | 345/702 |
| 2005/0093826 A1 | 5/2005 | Huh | 345/168 |
| 2005/0114788 A1 | 5/2005 | Fabritius | 715/767 |
| 2005/0166232 A1 | 7/2005 | Lamkin et al. | 725/37 |
| 2005/0177783 A1 | 8/2005 | Agrawala et al. | 715/512 |
| 2005/0285880 A1 | 12/2005 | Lai et al. | 345/660 |
| 2006/0026521 A1 | 2/2006 | Hotelling et al. | 715/702 |
| 2006/0033761 A1 | 2/2006 | Suen et al. | 345/660 |
| 2006/0064647 A1 | 3/2006 | Tapuska et al. | 715/800 |
| 2006/0085743 A1 | 4/2006 | Baudisch et al. | 715/526 |
| 2006/0097991 A1 | 5/2006 | Hotelling et al. | 345/173 |
| 2006/0101354 A1 | 5/2006 | Hashimoto et al. | 715/863 |
| 2006/0125799 A1* | 6/2006 | Hillis et al. | 345/173 |
| 2006/0143574 A1 | 6/2006 | Ito et al. | 715/800 |
| 2006/0146016 A1 | 7/2006 | Chan et al. | 345/156 |
| 2006/0146038 A1 | 7/2006 | Park et al. | 345/173 |
| 2006/0197753 A1 | 9/2006 | Hotelling | 345/173 |
| 2006/0277588 A1 | 12/2006 | Harrington et al. | 725/135 |
| 2006/0284852 A1* | 12/2006 | Hofmeister et al. | 345/173 |
| 2007/0038612 A1 | 2/2007 | Sull et al. | 707/3 |
| 2007/0152984 A1 | 7/2007 | Ording et al. | 345/173 |
| 2007/0155434 A1 | 7/2007 | Jobs et al. | 455/565 |
| 2007/0157228 A1 | 7/2007 | Bayer et al. | 725/34 |
| 2007/0250768 A1* | 10/2007 | Funakami et al. | 715/521 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 651 544 A2 | 5/1995 |
| EP | 0 701 220 A1 | 3/1996 |
| EP | 0880090 A2 | 11/1998 |
| EP | 0 990 202 A1 | 4/2000 |
| EP | 1 049 305 A1 | 11/2000 |
| EP | 1 517 228 A2 | 3/2005 |
| EP | 1 632 874 A2 | 3/2006 |
| EP | 1 752 880 A1 | 2/2007 |
| JP | 11 143604 | 5/1999 |

| | | |
|---|---|---|
| JP | 2000181436 | 6/2000 |
| JP | 2005 267049 | 9/2005 |
| WO | WO 99/54807 A1 | 10/1999 |
| WO | WO 02/46903 A1 | 6/2002 |
| WO | WO 02/082418 A2 | 10/2002 |
| WO | WO 02/093542 A1 | 11/2002 |
| WO | WO 02093542 A1 * | 11/2002 |
| WO | WO 03/052626 A1 | 6/2003 |
| WO | WO 2004/021166 A1 | 3/2004 |
| WO | WO 2004/040481 A1 | 5/2004 |
| WO | WO 2005/036416 A2 | 4/2005 |
| WO | WO 2005/074268 A1 | 8/2005 |
| WO | WO 2005/106684 A1 | 11/2005 |
| WO | WO 2006/003591 A2 | 1/2006 |

### OTHER PUBLICATIONS

Holmquist, L., "The Zoom Browser Showing Simultaneous Detail and Overview in Large Documents," Human IT, 1998, URL: http://www.hb.se/bhs/ith/3-98/leh.htm, retrieved Dec. 17, 2007.

Khella, A. et al., "Pocket PhotoMesa: A Zoomable Image Browser for PDAs," Proceedings of the 3rd International Conference on Mobile and Ubiquitous Multimedia, Oct. 29, 2004, pp. 19-24, URL: http://delivery.acm.org/10.1145/1060000/1052384/p19-khella.pdf?key1=1052384&key2=2419987911&coll=GUIDE&dl=GUIDE&CFID=47073625&CFTOKEN=65767142, retrieved Dec. 17, 2007.

Invitation to Pay Additional Fees for International Application PCT/US2007/077644, dated Jan. 23, 2008.

Cooper, A., "The Inmates Are Running the Asylum," Sams Publishing, 1999, pp. 138-147.

European Search Report dated Jan. 26, 2010, received in European Application No. 09171787.6-2212, which corresponds to U.S. Appl. No. 11/850,013.

Versiontracker, "Photogather—7.2.6. Hi-res Image Viewer & Editor for Palm," printed Jun. 12, 2006, 5 pages, http://www.versiontracker.com/dyn/moreinfo/palm/4624.

Office Action dated Sep. 28, 2009, received in Australian Patent Application No. 2009100760, which corresponds to U.S. Appl. No. 11/850,013.

Agarwal, A., "iTunesInlineVideo," Digital Inspiration—The Tech Guide, 27 pages, http://labnol.blogspot.com/2006_09_17_labnol_archive.html.

Ahmad I. et al., "Content-Based Image Retrieval on Mobile Devices," Proc. Of SPIE-IS&T Electronic Imaging, vol. 5684, 2005, 10 pages.

Alam, H. et al., "Web Document Manipulation for Small Screen Devices: A Review," 4 pages, http://www.csc.liv.ac.uk/~wda2003/Papers/Section_II/Paper_8.pdf, 2003.

Apparao, V. et al., "Level 1 Document Object Model Specification," W3C Working Draft Jul. 20, 1998, 3 pages, http://www.w3.org/TR/WD-DOM/.

Bos, B. et al., "3 Conformance: Requirements and Recommendations," Cascading Style Sheets, level 2 CSS2 Specification, W3C Recommendation, May 12, 1998, 6 pages, http://www.w3.org/TR/CSS21/conform.html#doctree.

Chen, L. et al., "DRESS: A Slicing Tree Based Web Representation for Various Display Sizes," Microsoft Researach, Technical Report MSR-TR-2002-126, Nov. 16, 2002, 9 pages.

Eyemodule, "Turn Your Handspring™ Handheld into a Digital Camera," User's Manual, www.eyemodule.com, 9 pages, 2000.

Fling, B., "Designing for Mobile, Bringing Design Down to Size," Copyright© 2006 Blue Flavor.

Hart, A., "Rewriting the Web for Mobile Phones," washingtonpost.com, Jul. 26, 2006, 2 pages, http://www.washingtonpost.com/wp-dyn/content/article/2006/07/25/AR2006072501517_pf.html.

Hinckley et al., "Input/Output Devices and Interaction Techniques," Microsoft Research, 79 pages, 2003.

Laakko, T. et al., "Adapting Web Content to Mobile User Agents," IEEE Internet Computing, vol. 9, Issue 2, Mar/Apr. 2005, 8 pages.

Opera Software, "Download the Opera Mobile™ Browser," 5 pages, http://www.opera.com/products/mobile/products/, 2006.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

## US 7,864,163 B2

Page 3

Opera Software, "Opera 7.60 for Series 60 Mobile," http://jp.opera.com/support/tutorials/s60/760/O760manual.pdf, 2009.

Palme, J. et al., "MIME Encapsulation of Aggregate Documents, such as HTML," The Internet Society, 1999, 24 pages.

Raman, B. et al., "Application-specific Workload Shaping in Multi-media-enabled Personal Mobile Devices," CODES + ISSS' 06, Oct. 22-25, 2006, Seoul, Korea, Copyright 2006 ACM, 6 pages.

Robie, J., "What is the Document Object Model?" Texcel Research, 5 pages, http://www.w3.org/TR-DOM/introduction.html, 2006.

Rohrer, T., "Metaphors We Compute by: Bringing Magic into Interface Design," http://www.uoregon.edu/~uophil/metaphor/gui4web.htm, printed Jun. 13, 2006, 7 pages.

Roto, V. et al. "Minimap—A Web Page Visualization Method for Mobile Phones," CHI 2006, Nokia Research Center, Apr. 22-27, 2006, 10 pages.

Salmre, I., "Chapter 2, Characteristics of Mobile Applications," Salmre_02.fm, pp. 19-36, Dec. 20, 2004.

Schreiner, T., "High DPI in IE: Tip & Mystery Solved," Tony Schreiner's Weblog, May 2004, 2 pages, http://blogs.msdn.com/tonyschr/archive/2004/05/05/126305.aspx.

Stampfli, T., "Exploring Full-Screen Mode in Flash Player 9," Jan. 5, 2007, http://web.archive.org/web2007010523163/http://www.adobe.com/devnet/flashplayer/articles/full₁₃ screen_mode.html.

Stanek, W. et al., "Chapter 9, Video and Animation Plug-Ins," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet edu.pk/taimoor/books/1-57521-198-X/index.htm.

Stanek, W. et al., "Chapter 22, Adding Multimedia to Your Web Site," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet.edu.pk/taimoor/books/1-57521-198-X/index.htm.

Surfin'Safari, "XUL," 7 pages, Oct. 2003, http://weblogs.mozillazine.org/hyatt/archives/2003_10.html.

w3 schools.com, "Multimedia Video Formats," www.w3sschools.com/media/media_videoformats.asp?output=print, 2006.

w3schools.com, "Playing QuickTime Movies," http://www.w3schools.com/media/media_quicktime.asp?output=print, 2006.

w3schools.com, "Playing Videos On The Web," www.w3schools.com/media/media_browservideos.asp?out=print, 2006.

Wave Technologies, "Certified Internet Webmaster Foundations Study Guide," Wave Technologies Internation, Inc., a Thomson Learning company, copyright 1988-2000.

Warabino, T. et al., "Video Transcoding Proxy for 3Gwireless Mobile Internet Access," IEEE Communications Magazine, vol. 38, Issue 10, Oct. 2000, 6 pages.

weblogs, "Chapter 1: Downloading and Building WebCore," WebCore documentation, 2 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter1.html, 2006.

weblogs, "Chapter 2: An Overview of WebCore," WebCore documentation, 3 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter2.html, 2006.

webmasterworld.com, "Page Zooming with IE," webmasterworld.com, Jul. 2004, 7 pages, http://www.webmasterworld.com/forum83/4179.htm.

Wikipedia, "Comparison of Layout Engines," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/Comparison_of_loyout_engines, 2005.

Wikipedia, "KDE," Wikipedia, the free encyclopedia, 9 pages, http://en.wikipedia.org/wiki/KDE, 2004.

Wikipedia, "KHTML," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/KDHTML, 2004.

Wikipedia, "List of Layout Engines," 1 page, http://en.wikipedia.org/wiki/List_of_layout_engines, 2005.

Wobbrock, J. et al., "WebThumb: Interaction Techniques for Small-Screen Browsers," Human Computer Interaction Institute and School of Design, Carnegie Mellon University, {jrock, forlizzi, scott.hudson, bam}@cs.cmu.edu, Oct. 27-30, 2002, 4 pages.

Yin, X. et al., "Using Link Analysis to Improve Layout on Mobile WWW2004, May 17-22, 2004, 7 pages, http://www.iw3c2.org/WWW2004/docs/1p338.pdf.

Xiao, X. et al., "Slicing*-Tree Based Web Page Transformation for Small Displays," CIKM'05, Oct. 31-Nov. 5, 2005, Bremen, Germany, 2 pages.

Xie, X. et al., "Efficient Browsing of Web Search Results on Mobile Devices Based on Block Importance Model," Microsoft Research Asia, mgx03@ mails.tsinghua.edu.cn, 10 pages, 2005.

Zhiwei et al., "Zoom Selector: A Pen-based Interaction Technique for Small Target Selection," Transactions of the Information Processing Society of Japan, Aug. 2004, vol. 45, No. 8, pp. 2087-2097, Inf. Process. Soc. Japan, ISSN 0387-5806.

International Search Report and Written Opinion for International Application No. PCT/US2007/088893, mailed Jul. 11, 2008.

Designing Interfaces.com, "Animated Transition," http://designinginterfaces.com/Animated_Transition, printed Oct. 16, 2006, 2 pages.

Alejandre, S., "Graphing Linear Equations," http://mathforum.org/alejandre/palm/times.palm.html, printed Jun. 12, 2006, 3 pages.

Baudisch, P., "Collapse-to-Zoom: Viewing Web Pages on Small Screen Devices by Interactively Removing Irrelevant Content," Oct. 24-27, 2004, 4 pages.

Bitstream®, "ThunderHawk Pocket PC Edition for End Users," http://www.bitstream.com/wireless/products/pocketpc/faq_using.html, printed Jun. 12, 2006, 4 pages.

Buyukkokten, O. et al., "Power Browser: Efficient Web Browsing for PDAs," Digital Libraries Lab (InfoLab), Stanford University, Stanford, CA, 8 pages, 2002.

Chen, H. et al., "A Novel Navigation and Transmission Technique for Mobile Handheld Devices," 8 pages, 2002.

Chen, Y., "Detecting Web Pages Structure for Adaptive Viewing on Small Form Factor Devices," Microsoft Research, i-yuchen@microsoft.com, May 20-24, 2003, 9 pages.

Coolsmartphone, "Orange SPV C600 Review," http://www.coolsmartphone.com/article569.html, Apr. 14, 2006, 58 pages.

Getgreg, "Jeff Han's Multiple Touch Point Display, the Stuff Dreams are Made of;" http://www.theyshoulddothat.com2006/08/jeff_hanns_multiple_touch_poin.html>, Aug. 16, 2006, 2 pages.

Han, J., "Talks Jeff Han: Unveiling the Genius of Multi-touch Interface Design," Ted Ideas Worth Spreading, http://www.ted.com/inhttp://www.ted.com/index.php/talks/view/id/65>, Aug. 6, 2006, 1 page.

Karlson et al., "AppLens and Lunch Tile: Two Designs for One-handed Thumb Use on Small Devices," http://heil.cs.umd.edu/trs/2004-37.html, printed Jun. 12, 2006, 11 pages.

Landragin, F., "The Role of Gesture in Multimodal Referring Actions," Proceedings of the Fourth IEEE International Conference on Multimodal Interfaces, http://ieeexplore.iee.org/ie15/8346i/26309/01166988pdf?arnumber=116i6988>, 2002, 6 pages.I

Lie, H., "Cascading Style Sheets," http://people.opera.com/howcome/2006/phd/css.pdf, 2005, pp. 243-247.

Milic-Frayling, N. et al., "Smartview: Flexible Viewing of Web Page Contents," The Eleventh International World Wide Web Conference, http://www2002.org/CDROM/poster/172/>, May 11, 2002, 4 pages.

Opera Software, "Opera for Mobile, The Full Web Anytime, Anywhere," www.opera.com/mobile, Jan. 2006, 7 pages.

Opera Software, "Opera for S60 Tutorial," http://www.opera.com/support/tutorials/260/, Apr. 5, 2006, 5 pages.

Opera—Press Releases Database, "The New Opera Browser for Series 60 Features Zoom and Password Manager," Nov. 14, 2005, 3 pages.

Opera Software, "Opera for Windows Mobile Smartphone 2003 Tutorial," http://www.opera.com/support/tutorials/winmobile, Apr. 5, 2005, 4 pages.

Opera Software, "Opera 8.5 Beta 2 for Windows Mobile, Pocket PC," http://www.opera.com/products/mobile/products/winmobileppc, Apr. 5, 2006, 2 pages.

Opera, "Opera 8.5 for S60 Phones-Get the Full Internet Experience on Your Mobile Phone," http://www.symbian-freak.com/news/1105/opera.htm, Apr. 5, 2006, 3 pages.

International Search Report and Written Opinion for International Application No. PCT/US2007/077644, mailed May 30, 2008.

International Search Report and Written Opinion dated Jun. 30, 2008, received in International Application PCT/US2007/088879 which corresponds to U.S. Appl. No. 11/620,647.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027873

## US 7,864,163 B2
Page 4

Office Action dated Nov. 17, 2009, received in U.S. Appl. No. 11/620,647.

Office Action dated Jun. 24, 2010, received in U.S. Appl. No. 11/620,647.

Examiner's Report dated Mar. 24, 2010, received in Australian Patent Application No. 2007292383, which corresponds to U.S. Appl. No. 11/850,013, 2 pages.

Office Action dated Jun. 7, 2010, received in German Patent Application No. 11 2007 002 107.1-53, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Jun. 21, 2010, received in European Application No. 07 814 690.9-2212, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 13, 2010, received in Chinese Patent Application No. 20078004122.6, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 19, 2010, received in European Application No. 07 814 690.9, which corresponds to U.S. Appl. No. 11/850,013.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027874



Joint Trial Exhibit No. 1046.6

Figure 1A

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

**U.S. Patent**          Jan. 4, 2011          Sheet 2 of 29          US 7,864,163 B2



Figure 1B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027876

**U.S. Patent**     **Jan. 4, 2011**     **Sheet 3 of 29**     **US 7,864,163 B2**



**Figure 2**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027877



**Figure 3**

APLNDC00027878

Portable Multifunction Device
100
206
208
208
Speaker 111
Optical Sensor 164
Proximity Sensor 166
400A
402
Current Time 404
406
IM
Text 141
Photos 144
Camera 143
Videos 145
75°
Weather 149-1
Stocks 149-2
Blog 142
Jan 15
Calendar 148
+ - x ÷
Calculator 149-3
Alarm 149-4
ABC
Dictionary 149-5
User-Created Widget
Widget 149-6
410
6
Phone 138
Mail 140
Browser 147
Music 146
408
Touch Screen 112
Microphone 113
Home 204
Accelerometer(s) 168

Figure 4A

**U.S. Patent**      **Jan. 4, 2011**      **Sheet 6 of 29**      **US 7,864,163 B2**



Portable Multifunction Device 100

**Figure 4B**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027880

Joint Trial Exhibit No. 1046.12

**U.S. Patent**          **Jan. 4, 2011**          **Sheet 7 of 29**          **US 7,864,163 B2**



**Figure 5A**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027881

Joint Trial Exhibit No. 1046.13

**U.S. Patent**          **Jan. 4, 2011**          **Sheet 8 of 29**          **US 7,864,163 B2**



**Figure 5B**

APLNDC00027882



**Figure 5C**

**U.S. Patent**     Jan. 4, 2011     Sheet 10 of 29     US 7,864,163 B2



**Figure 5D**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027884



**Figure 5E**

**U.S. Patent**     Jan. 4, 2011     Sheet 12 of 29     US 7,864,163 B2



**Figure 5F**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027886

Joint Trial Exhibit No. 1046.18

**U.S. Patent**     **Jan. 4, 2011**     **Sheet 13 of 29**     **US 7,864,163 B2**



**Figure 5G**

APLNDC00027887

**U.S. Patent**         Jan. 4, 2011         Sheet 14 of 29         US 7,864,163 B2



**Figure 5H**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027888

Joint Trial Exhibit No. 1046.20

**U.S. Patent**     **Jan. 4, 2011**     **Sheet 15 of 29**     **US 7,864,163 B2**



**Figure 5I**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027889



Figure 5J



**Figure 5K**

APLNDC00027891

U.S. Patent          Jan. 4, 2011          Sheet 18 of 29          US 7,864,163 B2



Figure 5L

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027892

Joint Trial Exhibit No. 1046.24

**U.S. Patent**    **Jan. 4, 2011**    **Sheet 19 of 29**    **US 7,864,163 B2**



**Figure 5M**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027893

Joint Trial Exhibit No. 1046.25

**U.S. Patent**          **Jan. 4, 2011**          **Sheet 20 of 29**          **US 7,864,163 B2**



Figure 6A

APLNDC00027894

A
6026
Resize text in the enlarged first box or in the structured electronic document to meet or exceed a predetermined minimum text size on the touch screen display.
Determine a scale factor.
6028
Divide the predetermined minimum text size by the scaling factor to determine a minimum text size.
6030
If a text size is less than the determined minimum text size, increase the text size to at least the determined minimum text size.
6032
6034
Detect a second gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on the enlarged first box.
6036
In response to detecting the second gesture, reduce in size the displayed portion of the structured electronic document.
Return the first box to its size prior to being enlarged.
6038
6040
While the first box is enlarged, detect a third gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on a second box other than the first box.
6042
In response to detecting the third gesture, substantially center the second box on the touch screen display.
B

**Figure 6B**



**Figure 6C**

APLNDC00027896

Portable Multifunction Device
100
206
208
208
4000A
Speaker 111
Optical Sensor 164
Proximity Sensor 166
402
Current Time 404
406
http://www.company.com/start
3920
3910
Web page
3912
Inline Multimedia Content
4002-1
4028
Content
4004-1
Content
4004-2
Inline Multimedia Content
4002-3
Inline Multimedia Content
4002-2
Content
4004-3
Content
4004-4
Inline Multimedia Content
4002-4
3902
3906
3918
3922
Microphone 113
Home 204
Accelerometer(s) 168

Figure 7A



**Figure 7B**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027898

Joint Trial Exhibit No. 1046.30

**U.S. Patent**          Jan. 4, 2011          Sheet 25 of 29          US 7,864,163 B2



**Figure 7C**

APLNDC00027899



**Figure 7D**

Joint Trial Exhibit No. 1046.32

**U.S. Patent**        Jan. 4, 2011        Sheet 27 of 29        US 7,864,163 B2



**Figure 7E**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027901

U.S. Patent          Jan. 4, 2011          Sheet 28 of 29          US 7,864,163 B2



Figure 7F

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027902

Joint Trial Exhibit No. 1046.34

**U.S. Patent**        Jan. 4, 2011        **Sheet 29 of 29**        **US 7,864,163 B2**

<u>8000</u>



8002

Display, on a touch screen display of a portable electronic device, at least a portion of a structured electronic document (e.g., a web page) (e.g., an HTML or XML document) comprising content.

8004

Detect a first gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on an item of inline multimedia content (e.g., video and/or audio content) in the displayed portion of the structured electronic document.

8006

In response to detecting the first gesture, enlarge the item of inline multimedia content on the touch screen display. Cease to display other content in the structured electronic document besides the enlarged item of inline multimedia content.

8008

While the enlarged item of inline multimedia content is displayed, detect a second gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on the touch screen display.

8010

In response to detecting the second gesture, display one or more playback controls (e.g., play, pause, sound volume, and/or playback progress bar icons) for playing the enlarged item of inline multimedia content.

8012

Detect a third gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on one of the playback controls.

8014

In response to detecting the third gesture, play the enlarged item of inline multimedia content.

8016

Detect a fourth gesture (e.g., a tap gesture on a playback completion icon) on the touch screen display.

8018

Display, again, at least the portion of the structured electronic document.

**Figure 8**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027903

US 7,864,163 B2

1

**PORTABLE ELECTRONIC DEVICE,
METHOD, AND GRAPHICAL USER
INTERFACE FOR DISPLAYING
STRUCTURED ELECTRONIC DOCUMENTS**

RELATED APPLICATIONS

This application claims priority to U.S. Provisional Patent Application Nos. 60/937,993, "Portable Multifunction Device," filed Jun. 29, 2007; 60/946,715, "Portable Electronic Device, Method, and Graphical User Interface For Displaying Structured Electronic Documents," filed Jun. 27, 2007; 60/879,469, "Portable Multifunction Device," filed Jan. 8, 2007; 60/879,253, "Portable Multifunction Device," filed Jan. 7, 2007; and 60/824,769, "Portable Multifunction Device," filed Sep. 6, 2006. All of these applications are incorporated by referenced herein in their entirety.

This application is related to the following applications: (1) U.S. patent application Ser. No. 10/188,182, "Touch Pad For Handheld Device," filed Jul. 1, 2002; (2) U.S. patent application Ser. No. 10/722,948, "Touch Pad For Handheld Device," filed Nov. 25, 2003; (3) U.S. patent application Ser. No. 10/643,256, "Movable Touch Pad With Added Functionality," filed Aug. 18, 2003; (4) U.S. patent application Ser. No. 10/654,108, "Ambidextrous Mouse," filed Sep. 2, 2003; (5) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (6) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed Jul. 30, 2004; (7) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices" filed Jan. 18, 2005; (8) U.S. patent application Ser. No. 11/057,050, "Display Actuator," filed Feb. 11, 2005; (9) U.S. Provisional Patent Application No. 60/658,777, "Multi-Functional Hand-Held Device," filed Mar. 4, 2005; (10) U.S. patent application Ser. No. 11/367, 749, "Multi-Functional Hand-Held Device," filed Mar. 3, 2006; and (11) U.S. Provisional Patent Application No. 60/947,155, "Portable Electronic Device, Method, And Graphical User Interface For Displaying Inline Multimedia Content," filed Jun. 29, 2007. All of these applications are incorporated by reference herein in their entirety.

TECHNICAL FIELD

The disclosed embodiments relate generally to portable electronic devices, and more particularly, to portable electronic devices that display structured electronic documents such as web pages on a touch screen display.

BACKGROUND

As portable electronic devices become more compact, and the number of functions performed by a given device increase, it has become a significant challenge to design a user interface that allows users to easily interact with a multifunction device. This challenge is particular significant for handheld portable devices, which have much smaller screens than desktop or laptop computers. This situation is unfortunate because the user interface is the gateway through which users receive not only content but also responses to user actions or behaviors, including user attempts to access a device's features, tools, and functions. Some portable communication devices (e.g., mobile telephones, sometimes called mobile phones, cell phones, cellular telephones, and the like) have resorted to adding more pushbuttons, increasing the density of push buttons, overloading the functions of pushbuttons, or using complex menu systems to allow a user to access, store

2

and manipulate data. These conventional user interfaces often result in complicated key sequences and menu hierarchies that must be memorized by the user.

Many conventional user interfaces, such as those that include physical pushbuttons, are also inflexible. This may prevent a user interface from being configured and/or adapted by either an application running on the portable device or by users. When coupled with the time consuming requirement to memorize multiple key sequences and menu hierarchies, and the difficulty in activating a desired pushbutton, such inflexibility is frustrating to most users.

In particular, it is slow and tedious to navigate in structured electronic documents (e.g., web pages) in portable electronic devices with small screens using conventional input devices (e.g., 5-way toggle switches). Moreover, it is cumbersome to control and view multimedia content within such documents on portable electronic devices.

Accordingly, there is a need for portable electronic devices with more transparent and intuitive user interfaces for viewing and navigating structured electronic documents and multimedia content within such documents. Such interfaces increase the effectiveness, efficiency and user satisfaction with activities like web browsing on portable electronic devices.

SUMMARY

The above deficiencies and other problems associated with user interfaces for portable devices are reduced or eliminated by the disclosed portable multifunction device. In some embodiments, the device has a touch-sensitive display (also known as a "touch screen") with a graphical user interface (GUI), one or more processors, memory and one or more modules, programs or sets of instructions stored in the memory for performing multiple functions. In some embodiments, the user interacts with the GUI primarily through finger contacts and gestures on the touch-sensitive display. In some embodiments, the functions may include telephoning, video conferencing, e-mailing, instant messaging, blogging, digital photographing, digital videoing, web browsing, digital music playing, and/or digital video playing. Instructions for performing these functions may be included in a computer readable storage medium or other computer program product configured for execution by one or more processors.

In one aspect of the invention, a computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises: displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; detecting a first gesture at a location on the displayed portion of the structured electronic document; determining a first box in the plurality of boxes at the location of the first gesture; and enlarging and substantially centering the first box on the touch screen display.

In another aspect of the invention, a graphical user interface on a portable electronic device with a touch screen display comprises: at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content. In response to detecting a first gesture at a location on the portion of the structured electronic document, a first box in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display.

In another aspect of the invention, a portable electronic device comprises: a touch screen display, one or more pro-

APLNDC00027904

US 7,864,163 B2

3                                                                4

cessors, memory, and one or more programs. The one or more programs are stored in the memory and configured to be executed by the one or more processors. The one or more programs include instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content. The one or more programs also include: instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document; instructions for determining a first box in the plurality of boxes at the location of the first gesture; and instructions for enlarging and substantially centering the first box on the touch screen display.

In another aspect of the invention, a computer-program product comprises a computer readable storage medium and a computer program mechanism (e.g., one or more computer programs) embedded therein. The computer program mechanism comprises instructions, which when executed by a portable electronic device with a touch screen display, cause the device: to display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; to detect a first gesture at a location on the displayed portion of the structured electronic document; to determine a first box in the plurality of boxes at the location of the first gesture; and to enlarge and substantially center the first box on the touch screen display.

In another aspect of the invention, a portable electronic device with a touch screen display comprises: means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; means for detecting a first gesture at a location on the displayed portion of the structured electronic document; means for determining a first box in the plurality of boxes at the location of the first gesture; and means for enlarging and substantially centering the first box on the touch screen display.

The disclosed embodiments allow users to more easily view and navigate structured electronic documents and multimedia content within such documents on portable electronic devices.

BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the aforementioned embodiments of the invention as well as additional embodiments thereof, reference should be made to the Description of Embodiments below, in conjunction with the following drawings in which like reference numerals refer to corresponding parts throughout the figures.

FIGS. 1A and 1B are block diagrams illustrating portable multifunction devices with touch-sensitive displays in accordance with some embodiments.

FIG. 2 illustrates a portable multifunction device having a touch screen in accordance with some embodiments.

FIG. 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.

FIGS. 4A and 4B illustrate exemplary user interfaces for a menu of applications on a portable multifunction device in accordance with some embodiments.

FIGS. 5A-5M illustrate exemplary user interfaces for a browser in accordance with some embodiments.

FIGS. 6A-6C are flow diagrams illustrating a process for displaying structured electronic documents such as web pages on a portable electronic device with a touch screen display in accordance with some embodiments.

FIGS. 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

FIG. 8 is a flow diagram illustrating a process for displaying inline multimedia content on a portable electronic device with a touch screen display in accordance with some embodiments.

DESCRIPTION OF EMBODIMENTS

Reference will now be made in detail to embodiments, examples of which are illustrated in the accompanying drawings. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well-known methods, procedures, components, circuits, and networks have not been described in detail so as not to unnecessarily obscure aspects of the embodiments.

It will also be understood that, although the terms first, second, etc. may be used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another. For example, a first gesture could be termed a second gesture, and, similarly, a second gesture could be termed a first gesture, without departing from the scope of the present invention.

The terminology used in the description of the invention herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. As used in the description of the invention and the appended claims, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will also be understood that the term "and/or" as used herein refers to and encompasses any and all possible combinations of one or more of the associated listed items. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Embodiments of a portable multifunction device, user interfaces for such devices, and associated processes for using such devices are described. In some embodiments, the device is a portable communications device such as a mobile telephone that also contains other functions, such as PDA and/or music player functions.

The user interface may include a physical click wheel in addition to a touch screen or a virtual click wheel displayed on the touch screen. A click wheel is a user-interface device that may provide navigation commands based on an angular displacement of the wheel or a point of contact with the wheel by a user of the device. A click wheel may also be used to provide a user command corresponding to selection of one or more items, for example, when the user of the device presses down on at least a portion of the wheel or the center of the wheel. Alternatively, breaking contact with a click wheel image on a touch screen surface may indicate a user command corresponding to selection. For simplicity, in the discussion that follows, a portable multifunction device that includes a touch screen is used as an exemplary embodiment. It should be understood, however, that some of the user interfaces and associated processes may be applied to other devices, such as

APLNDC00027905

US 7,864,163 B2

5

personal computers and laptop computers, which may include one or more other physical user-interface devices, such as a physical click wheel, a physical keyboard, a mouse and/or a joystick.

The device supports a variety of applications, such as one or more of the following: a telephone application, a video conferencing application, an e-mail application, an instant messaging application, a blogging application, a photo management application, a digital camera application, a digital video camera application, a web browsing application, a digital music player application, and/or a digital video player application.

The various applications that may be executed on the device may use at least one common physical user-interface device, such as the touch screen. One or more functions of the touch screen as well as corresponding information displayed on the device may be adjusted and/or varied from one application to the next and/or within a respective application. In this way, a common physical architecture (such as the touch screen) of the device may support the variety of applications with user interfaces that are intuitive and transparent.

The user interfaces may include one or more soft keyboard embodiments. The soft keyboard embodiments may include standard (QWERTY) and/or non-standard configurations of symbols on the displayed icons of the keyboard, such as those described in U.S. patent application Ser. Nos. 11/459,606, "Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, and 11/459,615, "Touch Screen Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, the contents of which are hereby incorporated by reference. The keyboard embodiments may include a reduced number of icons (or soft keys) relative to the number of keys in existing physical keyboards, such as that for a typewriter. This may make it easier for users to select one or more icons in the keyboard, and thus, one or more corresponding symbols. The keyboard embodiments may be adaptive. For example, displayed icons may be modified in accordance with user actions, such as selecting one or more icons and/or one or more corresponding symbols. One or more applications on the portable device may utilize common and/or different keyboard embodiments. Thus, the keyboard embodiment used may be tailored to at least some of the applications. In some embodiments, one or more keyboard embodiments may be tailored to a respective user. For example, one or more keyboard embodiments may be tailored to a respective user based on a word usage history (lexicography, slang, individual usage) of the respective user. Some of the keyboard embodiments may be adjusted to reduce a probability of a user error when selecting one or more icons, and thus one or more symbols, when using the soft keyboard embodiments.

Attention is now directed towards embodiments of the device. FIGS. 1A and 1B are block diagrams illustrating portable multifunction devices 100 with touch-sensitive displays 112 in accordance with some embodiments. The touch-sensitive display 112 is sometimes called a "touch screen" for convenience, and may also be known as or called a touch-sensitive display system. The device 100 may include a memory 102 (which may include one or more computer readable storage mediums), a memory controller 122, one or more processing units (CPU's) 120, a peripherals interface 118, RF circuitry 108, audio circuitry 110, a speaker 111, a microphone 113, an input/output (I/O) subsystem 106, other input or control devices 116, and an external port 124. The device 100 may include one or more optical sensors 164. These components may communicate over one or more communication buses or signal lines 103.

6

It should be appreciated that the device 100 is only one example of a portable multifunction device 100, and that the device 100 may have more or fewer components than shown, may combine two or more components, or a may have a different configuration or arrangement of the components. The various components shown in FIGS. 1A and 1B may be implemented in hardware, software or a combination of both hardware and software, including one or more signal processing and/or application specific integrated circuits.

Memory 102 may include high-speed random access memory and may also include non-volatile memory, such as one or more magnetic disk storage devices, flash memory devices, or other non-volatile solid-state memory devices. Access to memory 102 by other components of the device 100, such as the CPU 120 and the peripherals interface 118, may be controlled by the memory controller 122.

The peripherals interface 118 couples the input and output peripherals of the device to the CPU 120 and memory 102. The one or more processors 120 run or execute various software programs and/or sets of instructions stored in memory 102 to perform various functions for the device 100 and to process data.

In some embodiments, the peripherals interface 118, the CPU 120, and the memory controller 122 may be implemented on a single chip, such as a chip 104. In some other embodiments, they may be implemented on separate chips.

The RF (radio frequency) circuitry 108 receives and sends RF signals, also called electromagnetic signals. The RF circuitry 108 converts electrical signals to/from electromagnetic signals and communicates with communications networks and other communications devices via the electromagnetic signals. The RF circuitry 108 may include well-known circuitry for performing these functions, including but not limited to an antenna system, an RF transceiver, one or more amplifiers, a tuner, one or more oscillators, a digital signal processor, a CODEC chipset, a subscriber identity module (SIM) card, memory, and so forth. The RF circuitry 108 may communicate with networks, such as the Internet, also referred to as the World Wide Web (WWW), an intranet and/or a wireless network, such as a cellular telephone network, a wireless local area network (LAN) and/or a metropolitan area network (MAN), and other devices by wireless communication. The wireless communication may use any of a plurality of communications standards, protocols and technologies, including but not limited to Global System for Mobile Communications (GSM), Enhanced Data GSM Environment (EDGE), wideband code division multiple access (W-CDMA), code division multiple access (CDMA), time division multiple access (TDMA), Bluetooth, Wireless Fidelity (Wi-Fi) (e.g., IEEE 802.11a, IEEE 802.11b, IEEE 802.11g and/or IEEE 802.11n), voice over Internet Protocol (VoIP), Wi-MAX, a protocol for email (e.g., Internet message access protocol (IMAP) and/or post office protocol (POP)), instant messaging (e.g., extensible messaging and presence protocol (XMPP), Session Initiation Protocol for Instant Messaging and Presence Leveraging Extensions (SIMPLE), and/or Instant Messaging and Presence Service (IMPS)), and/or Short Message Service (SMS)), or any other suitable communication protocol, including communication protocols not yet developed as of the filing date of this document.

The audio circuitry 110, the speaker 111, and the microphone 113 provide an audio interface between a user and the device 100. The audio circuitry 110 receives audio data from the peripherals interface 118, converts the audio data to an electrical signal, and transmits the electrical signal to the speaker 111. The speaker 111 converts the electrical signal to human-audible sound waves. The audio circuitry 110 also

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027906

US 7,864,163 B2

7

receives electrical signals converted by the microphone 113 from sound waves. The audio circuitry 110 converts the electrical signal to audio data and transmits the audio data to the peripherals interface 118 for processing. Audio data may be retrieved from and/or transmitted to memory 102 and/or the RF circuitry 108 by the peripherals interface 118. In some embodiments, the audio circuitry 110 also includes a headset jack (e.g. 212, FIG. 2). The headset jack provides an interface between the audio circuitry 110 and removable audio input/output peripherals, such as output-only headphones or a headset with both output (e.g., a headphone for one or both ears) and input (e.g., a microphone).

The I/O subsystem 106 couples input/output peripherals on the device 100, such as the touch screen 112 and other input/control devices 116, to the peripherals interface 118. The I/O subsystem 106 may include a display controller 156 and one or more input controllers 160 for other input or control devices. The one or more input controllers 160 receive/send electrical signals from/to other input or control devices 116. The other input/control devices 116 may include physical buttons (e.g., push buttons, rocker buttons, etc.), dials, slider switches, joysticks, click wheels, and so forth. In some alternate embodiments, input controller(s) 160 may be coupled to any (or none) of the following: a keyboard, infrared port, USB port, and a pointer device such as a mouse. The one or more buttons (e.g., 208, FIG. 2) may include an up/down button for volume control of the speaker 111 and/or the microphone 113. The one or more buttons may include a push button (e.g., 206, FIG. 2). A quick press of the push button may disengage a lock of the touch screen 112 or begin a process that uses gestures on the touch screen to unlock the device, as described in U.S. patent application Ser. No. 11/322,549, "Unlocking a Device by Performing Gestures on an Unlock Image," filed Dec. 23, 2005, which is hereby incorporated by reference. A longer press of the push button (e.g., 206) may turn power to the device 100 on or off. The user may be able to customize a functionality of one or more of the buttons. The touch screen 112 is used to implement virtual or soft buttons and one or more soft keyboards.

The touch-sensitive touch screen 112 provides an input interface and an output interface between the device and a user. The display controller 156 receives and/or sends electrical signals from/to the touch screen 112. The touch screen 112 displays visual output to the user. The visual output may include graphics, text, icons, video, and any combination thereof (collectively termed "graphics"). In some embodiments, some or all of the visual output may correspond to user-interface objects, further details of which are described below.

A touch screen 112 has a touch-sensitive surface, sensor or set of sensors that accepts input from the user based on haptic and/or tactile contact. The touch screen 112 and the display controller 156 (along with any associated modules and/or sets of instructions in memory 102) detect contact (and any movement or breaking of the contact) on the touch screen 112 and converts the detected contact into interaction with user-interface objects (e.g., one or more soft keys, icons, web pages or images) that are displayed on the touch screen. In an exemplary embodiment, a point of contact between a touch screen 112 and the user corresponds to a finger of the user.

The touch screen 112 may use LCD (liquid crystal display) technology, or LPD (light emitting polymer display) technology, although other display technologies may be used in other embodiments. The touch screen 112 and the display controller 156 may detect contact and any movement or breaking thereof using any of a plurality of touch sensing technologies now known or later developed, including but not limited to

8

capacitive, resistive, infrared, and surface acoustic wave technologies, as well as other proximity sensor arrays or other elements for determining one or more points of contact with a touch screen 112.

A touch-sensitive display in some embodiments of the touch screen 112 may be analogous to the multi-touch sensitive tablets described in the following U.S. Pat. Nos. 6,323, 846 (Westerman et al.), 6,570,557 (Westerman et al.), and/or 6,677,932 (Westerman), and/or U.S. Patent Publication 2002/0015024A1, each of which is hereby incorporated by reference. However, a touch screen 112 displays visual output from the portable device 100, whereas touch sensitive tablets do not provide visual output.

A touch-sensitive display in some embodiments of the touch screen 112 may be as described in the following applications: (1) U.S. patent application Ser. No. 11/381,313, "Multipoint Touch Surface Controller," filed May 2, 2006; (2) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (3) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed Jul. 30, 2004; (4) U.S. patent application Ser. No. 11/048,264, "Gestures For Touch Sensitive Input Devices," filed Jan. 31, 2005; (5) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices," filed Jan. 18, 2005; (6) U.S. patent application Ser. No. 11/228,758, "Virtual Input Device Placement On A Touch Screen User Interface," filed Sep. 16, 2005; (7) U.S. patent application Ser. No. 11/228,700, "Operation Of A Computer With A Touch Screen Interface," filed Sep. 16, 2005; (8) U.S. patent application Ser. No. 11/228,737, "Activating Virtual Keys Of A Touch-Screen Virtual Keyboard," filed Sep. 16, 2005; and (9) U.S. patent application Ser. No. 11/367,749, "Multi-Functional Hand-Held Device," filed Mar. 3, 2006. All of these applications are incorporated by reference herein.

The touch screen 112 may have a resolution in excess of 100 dpi. In an exemplary embodiment, the touch screen has a resolution of approximately 160 dpi. The user may make contact with the touch screen 112 using any suitable object or appendage, such as a stylus, a finger, and so forth. In some embodiments, the user interface is designed to work primarily with finger-based contacts and gestures, which are much less precise than stylus-based input due to the larger area of contact of a finger on the touch screen. In some embodiments, the device translates the rough finger-based input into a precise pointer/cursor position or command for performing the actions desired by the user.

In some embodiments, in addition to the touch screen, the device 100 may include a touchpad (not shown) for activating or deactivating particular functions. In some embodiments, the touchpad is a touch-sensitive area of the device that, unlike the touch screen, does not display visual output. The touchpad may be a touch-sensitive surface that is separate from the touch screen 112 or an extension of the touch-sensitive surface formed by the touch screen.

In some embodiments, the device 100 may include a physical or virtual click wheel as an input control device 116. A user may navigate among and interact with one or more graphical objects (henceforth referred to as icons) displayed in the touch screen 112 by rotating the click wheel or by moving a point of contact with the click wheel (e.g., where the amount of movement of the point of contact is measured by its angular displacement with respect to a center point of the click wheel). The click wheel may also be used to select one or more of the displayed icons. For example, the user may press down on at least a portion of the click wheel or an associated button. User commands and navigation commands

US 7,864,163 B2

9                                                          10

provided by the user via the click wheel may be processed by an input controller 160 as well as one or more of the modules and/or sets of instructions in memory 102. For a virtual click wheel, the click wheel and click wheel controller may be part of the touch screen 112 and the display controller 156, respectively. For a virtual click wheel, the click wheel may be either an opaque or semitransparent object that appears and disappears on the touch screen display in response to user interaction with the device. In some embodiments, a virtual click wheel is displayed on the touch screen of a portable multifunction device and operated by user contact with the touch screen.

The device 100 also includes a power system 162 for powering the various components. The power system 162 may include a power management system, one or more power sources (e.g., battery, alternating current (AC)), a recharging system, a power failure detection circuit, a power converter or inverter, a power status indicator (e.g., a light-emitting diode (LED)) and any other components associated with the generation, management and distribution of power in portable devices.

The device 100 may also include one or more optical sensors 164. FIGS. 1A and 1B show an optical sensor coupled to an optical sensor controller 158 in I/O subsystem 106. The optical sensor 164 may include charge-coupled device (CCD) or complementary metal-oxide semiconductor (CMOS) phototransistors. The optical sensor 164 receives light from the environment, projected through one or more lens, and converts the light to data representing an image. In conjunction with an imaging module 143 (also called a camera module), the optical sensor 164 may capture still images or video. In some embodiments, an optical sensor is located on the back of the device 100, opposite the touch screen display 112 on the front of the device, so that the touch screen display may be used as a viewfinder for either still and/or video image acquisition. In some embodiments, an optical sensor is located on the front of the device so that the user's image may be obtained for videoconferencing while the user views the other video conference participants on the touch screen display. In some embodiments, the position of the optical sensor 164 can be changed by the user (e.g., by rotating the lens and the sensor in the device housing) so that a single optical sensor 164 may be used along with the touch screen display for both video conferencing and still and/or video image acquisition.

The device 100 may also include one or more proximity sensors 166. FIGS. 1A and 1B show a proximity sensor 166 coupled to the peripherals interface 118. Alternately, the proximity sensor 166 may be coupled to an input controller 160 in the I/O subsystem 106. The proximity sensor 166 may perform as described in U.S. patent application Ser. No. 11/241,839, "Proximity Detector In Handheld Device," filed Sep. 30, 2005; Ser. No. 11/240,788, "Proximity Detector In Handheld Device," filed Sep. 30, 2005; Ser. No. 11/620,702, filed Jan. 7, 2007, "Using Ambient Light Sensor To Augment Proximity Sensor Output," Ser. No. 11/586,862, filed Oct. 24, 2006, "Automated Response To And Sensing Of User Activity In Portable Devices," and Ser. No. 11/638,251, filed Dec. 12, 2006, "Methods And Systems For Automatic Configuration Of Peripherals," which are hereby incorporated by reference. In some embodiments, the proximity sensor turns off and disables the touch screen 112 when the multifunction device is placed near the user's ear (e.g., when the user is making a phone call). In some embodiments, the proximity sensor keeps the screen off when the device is in the user's pocket, purse, or other dark area to prevent unnecessary battery drainage when the device is a locked state.

The device 100 may also include one or more accelerometers 168. FIGS. 1A and 1B show an accelerometer 168 coupled to the peripherals interface 118. Alternately, the accelerometer 168 may be coupled to an input controller 160 in the I/O subsystem 106. The accelerometer 168 may perform as described in U.S. Patent Publication No. 20050190059, "Acceleration-based Theft Detection System for Portable Electronic Devices," and U.S. Patent Publication No. 20060017692, "Methods And Apparatuses For Operating A Portable Device Based On An Accelerometer," both of which are which are incorporated herein by reference. In some embodiments, information is displayed on the touch screen display in a portrait view or a landscape view based on an analysis of data received from the one or more accelerometers.

In some embodiments, the software components stored in memory 102 may include an operating system 126, a communication module (or set of instructions) 128, a contact/motion module (or set of instructions) 130, a graphics module (or set of instructions) 132, a text input module (or set of instructions) 134, a Global Positioning System (GPS) module (or set of instructions) 135, and applications (or set of instructions) 136.

The operating system 126 (e.g., Darwin, RTXC, LINUX, UNIX, OS X, WINDOWS, or an embedded operating system such as VxWorks) includes various software components and/or drivers for controlling and managing general system tasks (e.g., memory management, storage device control, power management, etc.) and facilitates communication between various hardware and software components.

The communication module 128 facilitates communication with other devices over one or more external ports 124 and also includes various software components for handling data received by the RF circuitry 108 and/or the external port 124. The external port 124 (e.g., Universal Serial Bus (USB), FIREWIRE, etc.) is adapted for coupling directly to other devices or indirectly over a network (e.g., the Internet, wireless LAN, etc.). In some embodiments, the external port is a multi-pin (e.g., 30-pin) connector that is the same as, or similar to and/or compatible with the 30-pin connector used on iPod (trademark of Apple Computer, Inc.) devices.

The contact/motion module 130 may detect contact with the touch screen 112 (in conjunction with the display controller 156) and other touch sensitive devices (e.g., a touchpad or physical click wheel). The contact/motion module 130 includes various software components for performing various operations related to detection of contact, such as determining if contact has occurred, determining if there is movement of the contact and tracking the movement across the touch screen 112, and determining if the contact has been broken (i.e., if the contact has ceased). Determining movement of the point of contact may include determining speed (magnitude), velocity (magnitude and direction), and/or an acceleration (a change in magnitude and/or direction) of the point of contact. These operations may be applied to single contacts (e.g., one finger contacts) or to multiple simultaneous contacts (e.g., "multitouch"/multiple finger contacts). In some embodiments, the contact/motion module 130 and the display controller 156 also detects contact on a touchpad. In some embodiments, the contact/motion module 130 and the controller 160 detects contact on a click wheel.

The graphics module 132 includes various known software components for rendering and displaying graphics on the touch screen 112, including components for changing the intensity of graphics that are displayed. As used herein, the term "graphics" includes any object that can be displayed to a user, including without limitation text, web pages, icons

APLNDC00027908

US 7,864,163 B2

11

(such as user-interface objects including soft keys), digital images, videos, animations and the like.

The text input module 134, which may be a component of graphics module 132, provides soft keyboards for entering text in various applications (e.g., contacts 137, e-mail 140, IM 141, blogging 142, browser 147, and any other application that needs text input).

The GPS module 135 determines the location of the device and provides this information for use in various applications (e.g., to telephone 138 for use in location-based dialing, to camera 143 and/or blogger 142 as picture/video metadata, and to applications that provide location-based services such as weather widgets, local yellow page widgets, and map/ navigation widgets).

The applications 136 may include the following modules (or sets of instructions), or a subset or superset thereof:

a contacts module 137 (sometimes called an address book or contact list);

a telephone module 138;

a video conferencing module 139;

an e-mail client module 140;

an instant messaging (IM) module 141;

a blogging module 142;

a camera module 143 for still and/or video images;

an image management module 144;

a video player module 145;

a music player module 146;

a browser module 147;

a calendar module 148;

widget modules 149, which may include weather widget 149-1, stocks widget 149-2, calculator widget 149-3, alarm clock widget 149-4, dictionary widget 149-5, and other widgets obtained by the user, as well as user-created widgets 149-6;

widget creator module 150 for making user-created widgets 149-6;

search module 151;

video and music player module 152, which merges video player module 145 and music player module 146;

notes module 153; and/or map module 154.

Examples of other applications 136 that may be stored in memory 102 include other word processing applications, JAVA-enabled applications, encryption, digital rights management, voice recognition, and voice replication.

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the contacts module 137 may be used to manage an address book or contact list, including: adding name(s) to the address book; deleting name(s) from the address book; associating telephone number(s), e-mail address(es), physical address(es) or other information with a name; associating an image with a name; categorizing and sorting names; providing telephone numbers or e-mail addresses to initiate and/ or facilitate communications by telephone 138, video conference 139, e-mail 140, or IM 141; and so forth.

In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the telephone module 138 may be used to enter a sequence of characters corresponding to a telephone number, access one or more telephone numbers in the address book 137, modify a telephone number that has been entered, dial a respective telephone number, conduct a conversation and disconnect or hang up when the conversation is completed. As noted above, the wireless communication may use any of a plurality of communications standards, protocols and technologies.

12

In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, optical sensor 164, optical sensor controller 158, contact module 130, graphics module 132, text input module 134, contact list 137, and telephone module 138, the video-conferencing module 139 may be used to initiate, conduct, and terminate a video conference between a user and one or more other participants.

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the e-mail client module 140 may be used to create, send, receive, and manage e-mail. In conjunction with image management module 144, the e-mail module 140 makes it very easy to create and send e-mails with still or video images taken with camera module 143.

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the instant messaging module 141 may be used to enter a sequence of characters corresponding to an instant message, to modify previously entered characters, to transmit a respective instant message (for example, using a Short Message Service (SMS) or Multimedia Message Service (MMS) protocol for telephony-based instant messages or using XMPP, SIMPLE, or IMPS for Internet-based instant messages), to receive instant messages and to view received instant messages. In some embodiments, transmitted and/or received instant messages may include graphics, photos, audio files, video files and/or other attachments as are supported in a MMS and/or an Enhanced Messaging Service (EMS). As used herein, "instant messaging" refers to both telephony-based messages (e.g., messages sent using SMS or MMS) and Internet-based messages (e.g., messages sent using XMPP, SIMPLE, or IMPS).

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, text input module 134, image management module 144, and browsing module 147, the blogging module 142 may be used to send text, still images, video, and/or other graphics to a blog (e.g., the user's blog).

In conjunction with touch screen 112, display controller 156, optical sensor(s) 164, optical sensor controller 158, contact module 130, graphics module 132, and image management module 144, the camera module 143 may be used to capture still images or video (including a video stream) and store them into memory 102, modify characteristics of a still image or video, or delete a still image or video from memory 102.

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, text input module 134, and camera module 143, the image management module 144 may be used to arrange, modify or otherwise manipulate, label, delete, present (e.g., in a digital slide show or album), and store still and/or video images.

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, audio circuitry 110, and speaker 111, the video player module 145 may be used to display, present or otherwise play back videos (e.g., on the touch screen or on an external, connected display via external port 124).

In conjunction with touch screen 112, display system controller 156, contact module 130, graphics module 132, audio circuitry 110, speaker 111, RF circuitry 108, and browser module 147, the music player module 146 allows the user to download and play back recorded music and other sound files stored in one or more file formats, such as MP3 or AAC files.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027909

Joint Trial Exhibit No. 1046.41

US 7,864,163 B2

13

In some embodiments, the device **100** may include the functionality of an MP3 player, such as an iPod (trademark of Apple Computer, Inc.).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the browser module **147** may be used to browse the Internet, including searching, linking to, receiving, and displaying web pages or portions thereof, as well as attachments and other files linked to web pages. Embodiments of user interfaces and associated processes using browser module **147** are described further below.

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, e-mail module **140**, and browser module **147**, the calendar module **148** may be used to create, display, modify, and store calendars and data associated with calendars (e.g., calendar entries, to do lists, etc.).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, and browser module **147**, the widget modules **149** are mini-applications that may be downloaded and used by a user (e.g., weather widget **149-1**, stocks widget **149-2**, calculator widget **149-3**, alarm clock widget **149-4**, and dictionary widget **149-5**) or created by the user (e.g., user-created widget **149-6**). In some embodiments, a widget includes an HTML (Hypertext Markup Language) file, a CSS (Cascading Style Sheets) file, and a JavaScript file. In some embodiments, a widget includes an XML (Extensible Markup Language) file and a JavaScript file (e.g., Yahoo! Widgets).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, and browser module **147**, the widget creator module **150** may be used by a user to create widgets (e.g., turning a user-specified portion of a web page into a widget).

In conjunction with touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the search module **151** may be used to search for text, music, sound, image, video, and/or other files in memory **102** that match one or more search criteria (e.g., one or more user-specified search terms).

In conjunction with touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the notes module **153** may be used to create and manage notes, to do lists, and the like.

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, GPS module **135**, and browser module **147**, the map module **154** may be used to receive, display, modify, and store maps and data associated with maps (e.g., driving directions; data on stores and other points of interest at or near a particular location; and other location-based data).

Each of the above identified modules and applications correspond to a set of instructions for performing one or more functions described above. These modules (i.e., sets of instructions) need not be implemented as separate software programs, procedures or modules, and thus various subsets of these modules may be combined or otherwise re-arranged in various embodiments. For example, video player module **145** may be combined with music player module **146** into a single module (e.g., video and music player module **152**, FIG. 1B). In some embodiments, memory **102** may store a subset of the modules and data structures identified above. Furthermore, memory **102** may store additional modules and data structures not described above.

14

In some embodiments, the device **100** is a device where operation of a predefined set of functions on the device is performed exclusively through a touch screen **112** and/or a touchpad. By using a touch screen and/or a touchpad as the primary input/control device for operation of the device **100**, the number of physical input/control devices (such as push buttons, dials, and the like) on the device **100** may be reduced.

The predefined set of functions that may be performed exclusively through a touch screen and/or a touchpad include navigation between user interfaces. In some embodiments, the touchpad, when touched by the user, navigates the device **100** to a main, home, or root menu from any user interface that may be displayed on the device **100**. In such embodiments, the touchpad may be referred to as a "menu button." In some other embodiments, the menu button may be a physical push button or other physical input/control device instead of a touchpad.

FIG. 2 illustrates a portable multifunction device **100** having a touch screen **112** in accordance with some embodiments. The touch screen may display one or more graphics within user interface (UI) **200**. In this embodiment, as well as others described below, a user may select one or more of the graphics by making contact or touching the graphics, for example, with one or more fingers **202** (not drawn to scale in the figure). In some embodiments, selection of one or more graphics occurs when the user breaks contact with the one or more graphics. In some embodiments, the contact may include a gesture, such as one or more taps, one or more swipes (from left to right, right to left, upward and/or downward) and/or a rolling of a finger (from right to left, left to right, upward and/or downward) that has made contact with the device **100**. In some embodiments, inadvertent contact with a graphic may not select the graphic. For example, a swipe gesture that sweeps over an application icon may not select the corresponding application when the gesture corresponding to selection is a tap.

The device **100** may also include one or more physical buttons, such as "home" or menu button **204**. As described previously, the menu button **204** may be used to navigate to any application **136** in a set of applications that may be executed on the device **100**. Alternatively, in some embodiments, the menu button is implemented as a soft key in a GUI in touch screen **112**.

In one embodiment, the device **100** includes a touch screen **112**, a menu button **204**, a push button **206** for powering the device on/off and locking the device, volume adjustment button(s) **208**, a Subscriber Identity Module (SIM) card slot **210**, a head set jack **212**, and a docking/charging external port **124**. The push button **206** may be used to turn the power on/off on the device by depressing the button and holding the button in the depressed state for a predefined time interval; to lock the device by depressing the button and releasing the button before the predefined time interval has elapsed; and/or to unlock the device or initiate an unlock process. In an alternative embodiment, the device **100** also may accept verbal input for activation or deactivation of some functions through the microphone **113**.

Attention is now directed towards embodiments of user interfaces ("UI") and associated processes that may be implemented on a portable multifunction device **100**.

FIG. 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments. In some embodiments, user interface **300** includes the following elements, or a subset or superset thereof:

Unlock image **302** that is moved with a finger gesture to unlock the device;

Arrow **304** that provides a visual cue to the unlock gesture;

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027910

US 7,864,163 B2

15                                                           16

Channel 306 that provides additional cues to the unlock
gesture;
Time 308;
Day 310;
Date 312; and
Wallpaper image 314.

In some embodiments, the device detects contact with the
touch-sensitive display (e.g., a user's finger making contact
on or near the unlock image 302) while the device is in a
user-interface lock state. The device moves the unlock image
302 in accordance with the contact. The device transitions to
a user-interface unlock state if the detected contact corre-
sponds to a predefined gesture, such as moving the unlock
image across channel 306.

Conversely, the device maintains the user-interface lock
state if the detected contact does not correspond to the pre-
defined gesture. As noted above, processes that use gestures
on the touch screen to unlock the device are described in U.S.
patent application Ser. Nos. 11/322,549, "Unlocking A
Device By Performing Gestures On An Unlock Image," filed
Dec. 23, 2005, and 11/322,550, "Indication Of Progress
Towards Satisfaction Of A User Input Condition," filed Dec.
23, 2005, which are hereby incorporated by reference.

FIGS. 4A and 4B illustrate exemplary user interfaces for a
menu of applications on a portable multifunction device in
accordance with some embodiments. In some embodiments,
user interface 400A includes the following elements, or a
subset or superset thereof:

Signal strength indicator(s) 402 for wireless communica-
tion(s), such as cellular and Wi-Fi signals;
Time 404;
Battery status indicator 406;
Tray 408 with icons for frequently used applications, such
as one or more of the following:
Phone 138, which may include an indicator 414 of the
number of missed calls or voicemail messages;
E-mail client 140, which may include an indicator 410 of
the number of unread e-mails;
Browser 147; and
Music player 146; and
Icons for other applications, such as one or more of the
following:
IM 141;
Image management 144;
Camera 143;
Video player 145;
Weather 149-1;
Stocks 149-2;
Blog 142;
Calendar 148;
Calculator 149-3;
Alarm clock 149-4;
Dictionary 149-5; and
User-created widget 149-6.

In some embodiments, user interface 400B includes the
following elements, or a subset or superset thereof:
402, 404, 406, 141, 148, 144, 143, 149-3, 149-2, 149-1,
149-4, 410, 414, 138, 140, and 147, as described above;
Map 154;
Notes 153;
Settings 412, which provides access to settings for the
device 100 and its various applications 136, as described
further below; and
Video and music player module 152, also referred to as
iPod (trademark of Apple Computer, Inc.) module 152.

In some embodiments, UI 400A or 400B displays all of the
available applications 136 on one screen so that there is no
need to scroll through a list of applications (e.g., via a scroll
bar). In some embodiments, as the number of applications
increase, the icons corresponding to the applications may
decrease in size so that all applications may be displayed on a
single screen without scrolling. In some embodiments, hav-
ing all applications on one screen and a menu button enables
a user to access any desired application with at most two
inputs, such as activating the menu button 204 and then acti-
vating the desired application (e.g., by a tap or other finger
gesture on the icon corresponding to the application).

FIGS. 5A-5M illustrate exemplary user interfaces for a
browser in accordance with some embodiments.

In some embodiments, user interfaces 3900A-3900M (in
FIGS. 5A-5M, respectively) include the following elements,
or a subset or superset thereof:

402, 404, and 406, as described above;
Previous page icon 3902 that when activated (e.g., by a
finger tap on the icon) initiates display of the previous
web page;
Web page name 3904;
Next page icon 3906 that when activated (e.g., by a finger
tap on the icon) initiates display of the next web page;
URL (Uniform Resource Locator) entry box 3908 for
inputting URLs of web pages;
Refresh icon 3910 that when activated (e.g., by a finger tap
on the icon) initiates a refresh of the web page;
Web page 3912 or other structured document, which is
made of blocks 3914 of text content and other graphics
(e.g., images and inline multimedia);
Settings icon 3916 that when activated (e.g., by a finger tap
on the icon) initiates display of a settings menu for the
browser;
Bookmarks icon 3918 that when activated (e.g., by a finger
tap on the icon) initiates display of a bookmarks list or
menu for the browser;
Add bookmark icon 3920 that when activated (e.g., by a
finger tap on the icon) initiates display of a UI for adding
bookmarks (e.g., UI 3900F, FIG. 5F, which like other
UIs and pages, can be displayed in either portrait or
landscape view);
New window icon 3922 that when activated (e.g., by a
finger tap on the icon) initiates display of a UI for adding
new windows to the browser (e.g., UI 3900G, FIG. 5G);
Vertical bar 3962 (FIG. 5H) for the web page 3912 or other
structured document that helps a user understand what
portion of the web page 3912 or other structured docu-
ment is being displayed;
Horizontal bar 3964 (FIG. 5H) for the web page 3912 or
other structured document that helps a user understand
what portion of the web page 3912 or other structured
document is being displayed;
Share icon 3966 that when activated (e.g., by a finger tap on
the icon) initiates display of a UI for sharing information
with other users (e.g., UI 3900K, FIG. 5K);
URL clear icon 3970 (FIG. 5I) that when activated (e.g., by
a finger tap on the icon) clears any input in URL entry
box 3908;
Search term entry box 3972 (FIG. 5I) for inputting search
terms for web searches;
URL suggestion list 3974 that displays URLs that match
the input in URL entry box 3908 (FIG. 5I), wherein
activation of a suggested URL (e.g., by a finger tap on
the suggested URL) initiates retrieval of the correspond-
ing web page;
URL input keyboard 3976 (FIGS. 5I and 5M) with period
key 3978, backslash key 3980, and ".com" key 3982 that
make it easier to enter common characters in URLs;

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

US 7,864,163 B2

17                                                                18

Search term clear icon **3984** that when activated (e.g., by a finger tap on the icon) clears any input in search term entry box **3972**;

Email link icon **3986** (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains a link to be shared with one or more other users;

Email content icon **3988** (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains content to be shared with one or more other users;

IM link icon **3990** (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an IM that contains a link to be shared with one or more other users; and

Cancel icon **3992** (FIG. 5K) that when activated (e.g., by a finger tap or other gesture on the icon) cancels the sharing UI (e.g., UI **3900K**, FIG. 5K) and displays the previous UI.

In some embodiments, in response to a predefined gesture by the user on a block **3914** (e.g., a single tap gesture or a double tap gesture), the block is enlarged and centered (or substantially centered) in the web page display. For example, in response to a single tap gesture **3923** on block **3914-5**, block **3914-5** may be enlarged and centered in the display, as shown in UI **3900C**, FIG. 5C. In some embodiments, the width of the block is scaled to fill the touch screen display. In some embodiments, the width of the block is scaled to fill the touch screen display with a predefined amount of padding along the sides of the display. In some embodiments, a zooming animation of the block is displayed during enlargement of the block. Similarly, in response to a single tap gesture **3925** on block **3914-2**, block **3914-2** may be enlarged with a zooming animation and two-dimensionally scrolled to the center of the display (not shown).

In some embodiments, the device analyzes the render tree of the web page **3912** to determine the blocks **3914** in the web page. In some embodiments, a block **3914** corresponds to a render node that is: a replaced inline; a block; an inline block; or an inline table.

In some embodiments, in response to the same predefined gesture by the user on a block **3914** (e.g., a single tap gesture or a double tap gesture) that is already enlarged and centered, the enlargement and/or centering is substantially or completely reversed. For example, in response to a single tap gesture **3929** (FIG. 5C) on block **3914-5**, the web page image may zoom out and return to UI **3900A**, FIG. 5A.

In some embodiments, in response to a predefined gesture (e.g., a single tap gesture or a double tap gesture) by the user on a block **3914** that is already enlarged but not centered, the block is centered (or substantially centered) in the web page display. For example, in response to a single tap gesture **3927** (FIG. 5C) on block **3914-4**, block **3914-4** may be centered (or substantially centered) in the web page display. Similarly, in response to a single tap gesture **3935** (FIG. 5C) on block **3914-6**, block **3914-6** may be centered (or substantially centered) in the web page display. Thus, for a web page display that is already enlarged, in response to a predefined gesture, the device may display in an intuitive manner a series of blocks that the user wants to view. This same gesture may initiate different actions in different contexts (e.g., (1) zooming and/or enlarging in combination with scrolling when the web page is reduced in size, UI **3900A** and (2) reversing the enlargement and/or centering if the block is already centered and enlarged).

In some embodiments, in response to a multi-touch **3931** and **3933** de-pinching gesture by the user (FIG. 5C), the web

page may be enlarged. Conversely, in response to a multi-touch pinching gesture by the user, the web page may be reduced.

In some embodiments, in response to a substantially vertical upward (or downward) swipe gesture by the user, the web page (or, more generally, other electronic documents) may scroll one-dimensionally upward (or downward) in the vertical direction. For example, in response to an upward swipe gesture **3937** by the user that is within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll one-dimensionally upward in the vertical direction.

Conversely, in some embodiments, in response to a swipe gesture that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally (i.e., with simultaneous movement in both the vertical and horizontal directions). For example, in response to an upward swipe gesture **3939** (FIG. 5C) by the user that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally along the direction of the swipe **3939**.

In some embodiments, in response to a multi-touch **3941** and **3943** rotation gesture by the user (FIG. 5C), the web page may be rotated exactly 90° (UI **3900D**, FIG. 5D) for landscape viewing, even if the amount of rotation in the multi-touch **3941** and **3943** rotation gesture is substantially different from 90°. Similarly, in response to a multi-touch **3945** and **3947** rotation gesture by the user (UI **3900D**, FIG. 5D), the web page may be rotated exactly 90° for portrait viewing, even if the amount of rotation in the multi-touch **3945** and **3947** rotation gesture is substantially different from 90°.

Thus, in response to imprecise gestures by the user, precise movements of graphics occur. The device behaves in the manner desired by the user despite inaccurate input by the user. Also, note that the gestures described for UI **3900C**, which has a portrait view, are also applicable to UIs with a landscape view (e.g., UI **3900D**, FIG. 5D) so that the user can choose whichever view the user prefers for web browsing.

FIGS. 6A-6C are flow diagrams illustrating a process **6000** for displaying structured electronic documents such as web pages on a portable electronic device with a touch screen display (e.g., device **100**) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display. The structured electronic document comprises a plurality of boxes of content (e.g., blocks **3914**, FIG. 5A) (**6006**).

In some embodiments, the plurality of boxes is defined by a style sheet language. In some embodiments, the style sheet language is a cascading style sheet language. In some embodiments, the structured electronic document is a web page (e.g., web page **3912**, FIG. 5A). In some embodiments, the structured electronic document is an HTML or XML document.

In some embodiments, displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the touch screen display width independent of the document length (**6008**).

In some embodiments, the touch screen display is rectangular with a short axis and a long axis (also called the minor axis and major axis); the display width corresponds to the short axis (or minor axis) when the structured electronic document is seen in portrait view (e.g., FIG. 5C); and the display width corresponds to the long axis (or major axis) when the structured electronic document is seen in landscape view (e.g., FIG. 5D).

In some embodiments, prior to displaying at least a portion of a structured electronic document, borders, margins, and/or paddings are determined for the plurality of boxes (**6002**) and

APLNDC00027912

US 7,864,163 B2

19

20

adjusted for display on the touch screen display (6004). In some embodiments, all boxes in the plurality of boxes are adjusted. In some embodiments, just the first box is adjusted. In some embodiments, just the first box and boxes adjacent to the first box are adjusted.

A first gesture is detected at a location on the displayed portion of the structured electronic document (e.g., gesture 3923, FIG. 5A) (6010). In some embodiments, the first gesture is a finger gesture. In some embodiments, the first gesture is a stylus gesture.

In some embodiments, the first gesture is a tap gesture. In some embodiments, the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

A first box (e.g., Block 5 3914-5, FIG. 5A) in the plurality of boxes is determined at the location of the first gesture (6012). In some embodiments, the structured electronic document has an associated render tree with a plurality of nodes and determining the first box at the location of the first gesture comprises: traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture (6014); traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content (6016); and identifying content corresponding to the closest parent node as the first box (6018). In some embodiments, the logical grouping of content comprises a paragraph, an image, a plugin object, or a table. In some embodiments, the closest parent node is a replaced inline, a block, or an inline table.

The first box is enlarged and substantially centered on the touch screen display (e.g., Block 5 3914-5, FIG. 5C) (6020). In some embodiments, enlarging and substantially centering comprises simultaneously zooming and translating the first box on the touch screen display (6022). In some embodiments, enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display (6024).

In some embodiments, text in the enlarged first box is resized to meet or exceed a predetermined minimum text size on the touch screen display (6026). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (6028); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box (6030); and if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size (6032). In some embodiments, the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging. In some embodiments, the resizing occurs during the enlarging. In some embodiments, the resizing occurs after the enlarging.

For example, suppose the predetermined minimum text size is an 18-point font and the scale factor is determined to be two. In that case, the minimum text size for text in the first box is 18 divided by 2, or 9. If text in the first box is in a 10-point font, its text size is not increased, because 10 is greater than the 9-point minimum. Once the scale factor is applied, the text will be displayed in a 20-point font, which is greater than the predetermined minimum text size of 18. If, however, text in the first box is in an 8-point font, application of the scale factor would cause the text to be displayed in a 16-point font, which is less than the predetermined minimum text size of 18. Therefore, since 8 is less than 9, the text size is increased to at least a 9-point font and displayed in at least an 18-point font after application of the scale factor.

In some embodiments, text in the structured electronic document is resized to meet or exceed a predetermined minimum text size on the touch screen display (6026; FIG. 6B). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (6028); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document (6030); and if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size (6032). In some embodiments, the text resizing comprises: identifying boxes containing text in the plurality of boxes; determining a scale factor by which the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box to accommodate the resized text.

In some embodiments, a second gesture (e.g., gesture 3929, FIG. 5C) is detected on the enlarged first box (6034). In response to detecting the second gesture, the displayed portion of the structured electronic document is reduced in size (6036). In some embodiments, the first box returns to its size prior to being enlarged (6038).

In some embodiments, the second gesture and the first gesture are the same type of gesture. In some embodiments, the second gesture is a finger gesture. In some embodiments, the second gesture is a stylus gesture.

In some embodiments, the second gesture is a tap gesture. In some embodiments, the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

In some embodiments, while the first box is enlarged, a third gesture (e.g., gesture 3927 or gesture 3935, FIG. 5C) is detected on a second box other than the first box (6040). In response to detecting the third gesture, the second box is substantially centered on the touch screen display (6042). In some embodiments, the third gesture and the first gesture are the same type of gesture. In some embodiments, the third gesture is a finger gesture. In some embodiments, the third gesture is a stylus gesture.

In some embodiments, the third gesture is a tap gesture. In some embodiments, the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

In some embodiments, a swipe gesture (e.g., gesture 3937 or gesture 3939, FIG. 5C) is detected on the touch screen display (6044; FIG. 6C). In response to detecting the swipe gesture, the displayed portion of the structured electronic document is translated on the touch screen display (6046). In some embodiments, the translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display (6048). In some embodiments, the swipe gesture is a finger gesture. In some embodiments, the swipe gesture is a stylus gesture.

In some embodiments, a fifth gesture (e.g., multi-touch gesture 3941/3943, FIG. 5C) is detected on the touch screen display (6050). In response to detecting the fifth gesture, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (6052). In some embodiments, the fifth gesture is a finger gesture. In some

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

US 7,864,163 B2

21

embodiments, the fifth gesture is a multifinger gesture. In some embodiments, the fifth gesture is a twisting gesture.

In some embodiments, a change in orientation of the device is detected (6054). For example, the one or more accelerometers 168 (FIGS. 1A-1B) detect a change in orientation of the device. In response to detecting the change in orientation of the device, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (6056).

In some embodiments, a multi-finger de-pinch gesture (e.g., multi-touch gesture 3931/3933, FIG. 5C) is detected on the touch screen display (6058). In response to detecting the multi-finger de-pinch gesture, a portion of the structured portion of the structured electronic document is enlarged on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture (6060).

While the content display process 6000 described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process 6000 can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

A graphical user interface (e.g., UI 3900A, FIG. 5A) on a portable electronic device with a touch screen display comprises at least a portion of a structured electronic document (e.g., web page 3912, FIG. 5A). The structured electronic document comprises a plurality of boxes of content (e.g., blocks 3914, FIG. 5A). In response to detecting a first gesture (e.g., gesture 3923, FIG. 5A) at a location on the portion of the structured electronic document, a first box (e.g., Block 5 3914-5, FIG. 5A) in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display (e.g., Block 5 3914-5, FIG. 5C).

In some embodiments, in response to a tap or other predefined user gesture on URL entry box 3908, the touch screen displays an enlarged entry box 3926 and a keyboard 616 (e.g., UI 3900B, FIG. 5B in portrait viewing and UI 3900E, FIG. 5E in landscape viewing). In some embodiments, the touch screen also displays:

Contextual clear icon 3928 that when activated (e.g., by a finger tap on the icon) initiates deletion of all text in entry box 3926;

a search icon 3930 that when activated (e.g., by a finger tap on the icon) initiates an Internet search using the search terms input in box 3926; and

Go to URL icon 3932 that when activated (e.g., by a finger tap on the icon) initiates acquisition of the web page with the URL input in box 3926;

Thus, the same entry box 3926 may be used for inputting both search terms and URLs. In some embodiments, whether or not clear icon 3928 is displayed depends on the context.

UI 3900G (FIG. 5G) is a UI for adding new windows to an application, such as the browser 147. UI 3900G displays an application (e.g., the browser 147), which includes a displayed window (e.g., web page 3912-2) and at least one hidden window (e.g., web pages 3912-1 and 3934-3 and possibly other web pages that are completely hidden off-screen). UI 3900G also displays an icon for adding windows to the application (e.g., new window or new page icon 3936). In response to detecting activation of the icon 3936 for adding windows, the browser adds a window to the application (e.g., a new window for a new web page 3912).

22

In response to detecting a gesture on the touch screen display, a displayed window in the application is moved off the display and a hidden window is moved onto the display. For example, in response to detecting a tap gesture 3949 on the left side of the screen, the window with web page 3912-2 is moved partially or fully off-screen to the right, the window with web page 3912-3 is moved completely off-screen, partially hidden window with web page 3912-1 is moved to the center of the display, and another completely hidden window with a web page (e.g., 3912-0) may be moved partially onto the display. Alternatively, detection of a left-to-right swipe gesture 3951 may achieve the same effect.

Conversely, in response to detecting a tap gesture 3953 on the right side of the screen, the window with web page 3912-2 is moved partially or fully off-screen to the left, the window with web page 3912-1 is moved completely off-screen, partially hidden window with web page 3912-3 is moved to the center of the display, and another completely hidden window with a web page (e.g., 3912-4) may be moved partially onto the display. Alternatively, detection of a right-to-left swipe gesture 3951 may achieve the same effect.

In some embodiments, in response to a tap or other predefined gesture on a delete icon 3934, the corresponding window 3912 is deleted. In some embodiments, in response to a tap or other predefined gesture on Done icon 3938, the window in the center of the display (e.g., 3912-2) is enlarged to fill the screen.

Additional description of adding windows to an application can be found in U.S. patent application Ser. No. 11/620, 647, "Method, System, And Graphical User Interface For Viewing Multiple Application Windows," filed Jan. 5, 2007, the content of which is hereby incorporated by reference.

FIGS. 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

In some embodiments, user interfaces 4000A-4000F (in FIGS. 7A-7F, respectively) include the following elements, or a subset or superset thereof:

402, 404, 406, 3902, 3906, 3910, 3912, 3918, 3920, 3922, as described above;

inline multimedia content 4002, such as QuickTime content (4002-1), Windows Media content (4002-2), or Flash content (4002-3);

other types of content 4004 in the structured document, such as text;

Exit icon 4006 that when activated (e.g., by a finger tap on the icon) initiates exiting the inline multimedia content player UI (e.g., UI 4000B or 4000F) and returning to another UI (e.g., UI 4000A, FIG. 7A);

Lapsed time 4008 that shows how much of the inline multimedia content 4002 has been played, in units of time;

Progress bar 4010 that indicates what fraction of the inline multimedia content 4002 has been played and that may be used to help scroll through the inline multimedia content in response to a user gesture;

Remaining time 4012 that shows how much of the inline multimedia content 4002 remains to be played, in units of time;

Downloading icon 4014 that indicates when inline multimedia content 4002 is being downloaded or streamed to the device;

Fast Reverse/Skip Backwards icon 4016 that when activated (e.g., by a finger tap on the icon) initiates reversing or skipping backwards through the inline multimedia content 4002;

Play icon 4018 that when activated (e.g., by a finger tap 4026 (FIG. 7C) on the icon) initiates playing the inline

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027914

US 7,864,163 B2

23

multimedia content **4002**, either from the beginning or from where the inline multimedia content was paused;

Fast Forward/Skip Forward icon **4020** that initiates forwarding or skipping forwards through the inline multimedia content **4002**;

Volume adjustment slider icon **4022** that that when activated (e.g., by a finger tap on the icon) initiates adjustment of the volume of the inline multimedia content **4002**; and

Pause icon **4024** that when activated (e.g., by a finger tap on the icon) initiates pausing the inline multimedia content **4002**.

FIG. **8** is a flow diagram illustrating a process **8000** for displaying inline multimedia content on a portable electronic device with a touch screen display (e.g., device **100**) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display (**8002**). The structured electronic document comprises content (e.g., content **4002** and **4004**, FIG. **7A**). In some embodiments, the structured electronic document is a web page (e.g., web page **3912**). In some embodiments, the structured electronic document is an HTML or XML document.

A first gesture (e.g., gesture **4028**, FIG. **7A**) is detected on an item of inline multimedia content (e.g., content **4002-1**, FIG. **7A**) in the displayed portion of the structured electronic document (**8004**). In some embodiments, the inline multimedia content comprises video and/or audio content. In some embodiments, the content can be played with a QuickTime, Windows Media, or Flash plugin.

In response to detecting the first gesture, the item of inline multimedia content is enlarged on the touch screen display and other content (e.g., content **4004** and other content **4002** besides **4002-1**, FIG. **7A**) in the structured electronic document besides the enlarged item of inline multimedia content ceases to be displayed (e.g., UI **4000B**, FIG. **7B** or UI **4000F**, FIG. **7F**) (**8006**).

In some embodiments, enlarging the item of inline multimedia content comprises animated zooming in on the item. In some embodiments, enlarging the item of inline multimedia content comprises simultaneously zooming and translating the item of inline multimedia content on the touch screen display. In some embodiments, enlarging the item of inline multimedia content comprises rotating the item of inline multimedia content by 90° (e.g., from UI **4000A**, FIG. **7A** to UI **4000B**, FIG. **7B**).

In some embodiments, the item of inline multimedia content has a full size; the touch screen display has a size; and enlarging the item of inline multimedia content comprises enlarging the item of inline multimedia content to the smaller of the full size of the item and the size of the touch screen display.

In some embodiments, enlarging the item of inline multimedia content comprises expanding the item of inline multimedia content so that the width of the item of inline multimedia content is substantially the same as the width of the touch screen display (e.g., UI **4000B**, FIG. **7B** or UI **4000F**, FIG. **7F**).

In some embodiments, ceasing to display other content in the structured electronic document besides the item of inline multimedia content comprises fading out the other content in the structured electronic document besides the item of inline multimedia content.

While the enlarged item of inline multimedia content is displayed, a second gesture is detected on the touch screen display (e.g., gesture **4030**, FIG. **7B**) (**8008**).

24

In response to detecting the second gesture, one or more playback controls for playing the enlarged item of inline multimedia content are displayed (**8010**). In some embodiments, the one or more playback controls comprise a play icon (e.g., icon **4018**, FIG. **7C**), a pause icon (e.g., icon **4024**, FIG. **7E**), a sound volume icon (e.g., icon **4022**), and/or a playback progress bar icon (e.g., icon **4010**).

In some embodiments, displaying one or more playback controls comprises displaying one or more playback controls on top of the enlarged item of inline multimedia content (e.g., playback controls **4016**, **4018**, **4020**, and **4022** are on top of enlarged inline multimedia content **4002-1** in FIG. **7C**). In some embodiments, the one or more playback controls are superimposed on top of the enlarged item of inline multimedia content. In some embodiments, the one or more playback controls are semitransparent.

In some embodiments, an instruction in the structured electronic document to automatically start playing the item of inline multimedia content is overridden, which gives the device time to download more of the selected inline multimedia content prior to starting playback.

A third gesture is detected on one of the playback controls (e.g., gesture **4026** on play icon **4018**, FIG. **7C**) (**8012**).

In response to detecting the third gesture, the enlarged item of inline multimedia content is played (**8014**). In some embodiments, playing the enlarged item of inline multimedia content comprises playing the enlarged item of inline multimedia content with a plugin for a content type associated with the item of inline multimedia content.

In some embodiments, while the enlarged item of inline multimedia content is played, the one or more playback controls cease to be displayed (e.g., FIG. **7D**, which no longer displays playback controls **4016**, **4018**, **4020**, and **4022**, but still shows **4006**, **4008**, **4010**, and **4012**). In some embodiments, all of the playback controls cease to be displayed. In some embodiments, ceasing to display the one or more playback controls comprises fading out the one or more playback controls. In some embodiments, the display of the one or more playback controls is ceased after a predetermined time. In some embodiments, the display of the one or more playback controls is ceased after no contact is detected with the touch screen display for a predetermined time.

In some embodiments, a fourth gesture is detected on the touch screen display (**8016**). In response to detecting the fourth gesture, at least the portion of the structured electronic document is displayed again (e.g., FIG. **7A**) (**8018**). In some embodiments, the fourth gesture comprises a tap gesture on a playback completion icon, such as a done icon (e.g., gesture **4032** on done icon **4006**, FIG. **7D**). In some embodiments, the item of inline multimedia content returns to its size prior to being enlarged.

In some embodiments, the first, second, and third gestures are finger gestures. In some embodiments, the first, second, and third gestures are stylus gestures.

In some embodiments, the first, second, and third gestures are tap gestures. In some embodiments, the tap gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

While the multimedia display process **8000** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **8000** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027915

US 7,864,163 B2

25     26

A graphical user interface on a portable electronic device with a touch screen display comprises: at least a portion of a structured electronic document, wherein the structured electronic document comprises content; an item of inline multimedia content in the portion of the structured electronic document; and one or more playback controls. In response to detecting a first gesture on the item of inline multimedia content, the item of inline multimedia content on the touch screen display is enlarged, and display of other content in the structured electronic document besides the enlarged item of inline multimedia content is ceased. In response to detecting a second gesture on the touch screen display while the enlarged item of inline multimedia content is displayed, the one or more playback controls for playing the enlarged item of inline multimedia content are displayed. In response to detecting a third gesture on one of the playback controls, the enlarged item of inline multimedia content is played.

The foregoing description, for purpose of explanation, has been described with reference to specific embodiments. However, the illustrative discussions above are not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings. The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

1. A computer-implemented method, comprising:
at a portable electronic device with a touch screen display;
displaying at least a portion of a web page on the touch screen display, wherein the web page comprises a plurality of boxes of content;
detecting a first finger tap gesture at a location on the displayed portion of the web page;
determining a first box in the plurality of boxes at the location of the first finger tap gesture; and
enlarging and translating the web page so as to substantially center the first box on the touch screen display, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display;
resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display;
while the first box is enlarged, detecting a second finger tap gesture on a second box other than the first box; and
in response to detecting the second finger tap gesture, translating the web page so as to substantially center the second box on the touch screen display.

2. A computer-implemented method, comprising:
at a portable electronic device with a touch screen display;
displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;
detecting a first gesture at a location on the displayed portion of the structured electronic document;
determining a first box in the plurality of boxes at the location of the first gesture;
enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;
while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

3. The method of claim 2, including: prior to displaying at least a portion of a structured electronic document,
determining borders, margins, and/or paddings for the plurality of boxes that are specified in the structured electronic document; and
adjusting the borders, margins, and/or paddings for the plurality of boxes for display on the touch screen display.

4. The method of claim 2, wherein the structured electronic document is a web page.

5. The method of claim 2, wherein the structured electronic document is an HTML or XML document.

6. The method of claim 2, wherein:
the structured electronic document has a document width and a document length;
the touch screen display has a display width; and
displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length.

7. The method of claim 6, wherein:
the touch screen display is rectangular with a short axis and a long axis;
the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and
the display width corresponds to the long axis when the structured electronic document is seen in landscape view.

8. The method of claim 2, wherein the plurality of boxes are defined by a style sheet language.

9. The method of claim 8, wherein the style sheet language is a cascading style sheet language.

10. The method of claim 2, wherein the first gesture is a finger gesture.

11. The method of claim 2, wherein the first gesture is a stylus gesture.

12. The method of claim 2, wherein the first gesture is a tap gesture.

13. The method of claim 12, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

14. The method of claim 2, wherein:
the structured electronic document has an associated render tree with a plurality of nodes; and determining the first box at the location of the first gesture comprises:
traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture;
traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content; and
identifying content corresponding to the closest parent node as the first box.

15. The method of claim 14, wherein the logical grouping of content comprises a paragraph, an image, a plugin object, or a table.

16. The method of claim 14, wherein the closest parent node is a replaced inline, a block, an inline block, or an inline table.

17. The method of claim 2, wherein enlarging and translating the structured electronic document comprises display-

APLNDC00027916

US 7,864,163 B2

27                                                                    28

ing at least a portion of the second box of the plurality of boxes of content on the touch screen display.

**18.** The method of claim **2,** wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display.

**19.** The method of claim **2,** including resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display.

**20.** The method of claim **19,** wherein the text resizing comprises:
determining a scale factor by which the first box will be enlarged;
dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box; and
if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size.

**21.** The method of claim **20,** wherein: the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging.

**22.** The method of claim **19,** wherein the resizing occurs during the enlarging.

**23.** The method of claim **19,** wherein the resizing occurs after the enlarging.

**24.** The method of claim **2,** including resizing text in the structured electronic document to meet or exceed a predetermined minimum text size on the touch screen display.

**25.** The method of claim **24,** wherein the text resizing comprises:
determining a scale factor by which the first box will be enlarged;
dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and
if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size.

**26.** The method of claim **24,** wherein the text resizing comprises:
identifying boxes containing text in the plurality of boxes;
determining a scale factor by which the first box will be enlarged;
dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and
for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box.

**27.** The method of claim **2,** including:
detecting a third gesture on the enlarged second box; and
in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document.

**28.** The method of claim **27,** wherein the first box returns to its size prior to being enlarged.

**29.** The method of claim **27,** wherein the third gesture and the first gesture are the same type of gesture.

**30.** The method of claim **27,** wherein the third gesture is a finger gesture.

**31.** The method of claim **27,** wherein the third gesture is a stylus gesture.

**32.** The method of claim **27,** wherein the third gesture is a tap gesture.

**33.** The method of claim **32,** wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

**34.** The method of claim **2,** wherein the second gesture and the first gesture are the same type of gesture.

**35.** The method of claim **2,** wherein the second gesture is a finger gesture.

**36.** The method of claim **2,** wherein the second gesture is a stylus gesture.

**37.** The method of claim **2,** wherein the second gesture is a tap gesture.

**38.** The method of claim **37,** wherein the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

**39.** The method of claim **2,** including:
detecting a swipe gesture on the touch screen display; and
in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display.

**40.** The method of claim **39,** wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display.

**41.** The method of claim **39,** wherein the swipe gesture is a finger gesture.

**42.** The method of claim **39,** wherein the swipe gesture is a stylus gesture.

**43.** The method of claim **2,** including:
detecting a fifth gesture on the touch screen display,
in response to detecting the fifth gesture, rotating the displayed portion of the structured electronic document on the touch screen display by 90°.

**44.** The method of claim **43,** wherein the fifth gesture is a finger gesture.

**45.** The method of claim **44,** wherein the fifth gesture is a multifinger gesture.

**46.** The method of claim **45,** wherein the fifth gesture is a twisting gesture.

**47.** The method of claim **2,** including:
detecting a change in orientation of the device,
in response to detecting the change in orientation of the device, rotating the displayed portion of the structured electronic document on the touch screen display by 90°

**48.** The method of claim **2,** including:
detecting a multi-finger de-pinch gesture on the touch screen display,
in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.

**49.** A graphical user interface on a portable electronic device with a touch screen display, comprising:
at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content;

APLNDC00027917

US 7,864,163 B2

29

wherein:

in response to detecting a first gesture at a location on the portion of the structured electronic document:

a first box in the plurality of boxes at the location of the first gesture is determined;

the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display;

while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

50. A portable electronic device, comprising:

a touch screen display;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:

instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document;

instructions for determining a first box in the plurality of boxes at the location of the first gesture;

instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

instruction for, while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

instructions for, in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

51. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

detect a first gesture at a location on the displayed portion of the structured electronic document;

determine a first box in the plurality of boxes at the location of the first gesture;

enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display;

while the first box is enlarged, detect a second gesture on a second box other than the first box; and

in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display.

52. A portable electronic device with a touch screen display, comprising:

means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

30

means for detecting a first gesture at a location on the displayed portion of the structured electronic document;

means for determining a first box in the plurality of boxes at the location of the first gesture;

means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

means for, while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

means for, in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

53. A portable electronic device, comprising:

a touch screen display;

one or more processors;

memory; and

a program, wherein the program is stored in the memory and configured to be executed by the one or more processors, the program including instructions for:

displaying a user interface on the touch screen display, wherein the user interface includes:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application;

while displaying the displayed window and the one or more partially hidden windows, detecting a gesture on the touch screen display;

in response to detecting the gesture,

moving the displayed window partially or fully off the touch screen display, and

moving a first partially hidden window into full view on the touch screen display; and

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

54. The portable electronic device of claim 53, wherein the detected gesture is a swipe gesture.

55. The portable electronic device of claim 53, including:

in response to detecting the gesture, moving a second partially hidden window off the touch screen display.

56. The portable electronic device of claim 53, wherein the detected gesture is a left-to-right swipe gesture, including:

in response to detecting the left-to-right swipe gesture:

moving the displayed window partially off-screen to the right,

moving the first partially hidden window into full view on the touch screen display, and

moving a second partially hidden window completely off-screen.

57. The portable electronic device of claim 53, wherein the user interface is displayed in response to activation of an icon for initiating display of the user interface, and wherein the icon for initiating display of the user interface indicates the number of windows in the application.

58. The portable electronic device of claim 53, wherein the displayed window and the one or more partially hidden windows are displayed prior to detecting the gesture.

59. A computer-implemented method, comprising:

at a portable electronic device with a touch screen display:

displaying a user interface on the touch screen display, wherein the user interface includes:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application;

APLNDC00027918

US 7,864,163 B2

31

while displaying the displayed window and the one or more partially hidden windows, detecting a gesture on the touch screen display;

in response to detecting the gesture,

moving the displayed window partially or fully off the touch screen display, and

moving a first partially hidden window into full view on the touch screen display; and,

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

60. A graphical user interface on a portable electronic device with a touch screen display, the graphical user interface comprising:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application; wherein:

while displaying the displayed window and the one or more partially hidden windows, a gesture is detected on the touch screen display;

in response to detecting the gesture:

the displayed window is moved partially or fully off the touch screen display, and

a first partially hidden window is moved into full view on the touch screen display; and,

32

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

61. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display a user interface on the touch screen display, wherein the user interface includes:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application;

while displaying the displayed window and the one or more partially hidden windows, detect a gesture on the touch screen display;

in response to detecting the gesture,

move the displayed window partially or fully off the touch screen display, and

move a first partially hidden window into full view on the touch screen display; and

in response to detecting a gesture on an icon, enlarge a window of the application in the center of the touch screen display.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027919

Joint Trial Exhibit No. 1046.51

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.        : 7,864,163 B2                             Page 1 of 2
APPLICATION NO. : 11/850013
DATED             : January 4, 2011
INVENTOR(S)     : Ording et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Claim 2, column 25, line 66, between the words "enlarged," and "a second" insert --detecting--, and at the end of the line, delete "is detected".

Claim 2, column 26, line 1, between the words "gesture," and "the structured" insert --translated--.

Claim 2, column 26, line 2, delete "is translated".

Claim 50, column 29, line 34, between the words "enlarged," and "a second" insert --detecting--.

Claim 50, column 29, line 35, delete "is detected".

Claim 50, column 29, line 38, between the words "gesture," and "the structured" insert --translating--, and at the end of the line delete "is translated".

Claim 52, column 30, line 8, between the words "enlarged" and "a second" insert --detecting--.

Claim 52, column 30, line 9, delete "is detected".

Claim 52, column 30, line 10, between the words "gesture," and "the structured" insert --translating--.

Claim 52, column 30, line 11, delete "is translated".

Claim 53, column 30, line 35, between the words "icon," and "a window" insert --enlarging--.

Claim 53, column 30, line 37, delete "is enlarged".

Signed and Sealed this
Fifteenth Day of March, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

APLNDC00027920

Joint Trial Exhibit No. 1046.52

**CERTIFICATE OF CORRECTION (continued)**
**U.S. Pat. No. 7,864,163 B2**

Page 2 of 2

Claim 59, column 31, line 9, between the words "icon," and "a window" insert --enlarging--.

Claim 59, column 31, line 11 delete "is enlarged".

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027921