Pierce Declaration

# EXHIBIT 40

# LG Prada Phone