# Pierce Declaration

# EXHIBIT 43

# Filed Manually