Pierce Declaration

# EXHIBIT 46

# Calculation of Total Profits

**Samsung's Sales**

Reduced to

**Sales Accused of Violating Design IP/Trade Dress**

less

**Cost of Goods Sold**

**$4.170 Billion**
**(Cost of Goods Sold)**

**$2.241 Billion**

PDX 34B.17

# Calculation of Total Profits

**Samsung's Sales**

Reduced to

**Sales Accused of Violating Design IP/Trade Dress**

less

**Cost of Goods Sold**

Equals

**Total Profits**

**$2.241 Billion**
**(Total Profits)**

PDX 34B.18