HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

```
         HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION
              Civil Action No.:  11-CV-01846-LHK
 3

 4   APPLE, INC., a California corporation,
            Plaintiff,
 5
     vs.
 6
     SAMSUNG ELECTRONICS CO., LTD.,
 7   a Korean business entity, et al.
            Defendants.
 8   _____

 9       UNITED STATES INTERNATIONAL TRADE COMMISSION
                       WASHINGTON, D.C.
10   _____

11   In the Matter of:

12   CERTAIN ELECTRONIC DIGITAL              Case No.:

13   MEDIA DEVICES AND COMPONENTS            337-TA-796

14   THEREOF

15   _____

16
                     *** HIGHLY CONFIDENTIAL ***
17                  SUBJECT TO PROTECTIVE ORDER

18             VIDEOTAPED PERSONAL DEPOSITION OF:

19                          DON-JOO LEE

20

21

22              Friday, February 17, 2012
                        Kim & Chang
23                  Seoul, South Korea
                  9:07 a.m. to 6:24 p.m.
24

25
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7

```
 1           raise your right hand, please?
 2                      DON-JOO LEE,
 3   after having been duly sworn by the reporter, pursuant
 4   to stipulation of counsel, was examined and testified
 5   through the interpreter as follows:
 6           THE WITNESS:  I do.
 7           MR. KIM:  I've been asked to read the
 8        following statement.  We understand the court
 9        reporter is not authorized to administer oaths
10        in this venue; nevertheless, we request that she
11        administer the oath and we stipulate that we
12        waive any objection to the validity of the
13        deposition based on the oaths.
14           MS. MAROULIS:  Stipulated.
15                    DIRECT EXAMINATION
16   BY MR. KIM:
17       Q.   Good morning, Mr. Lee.
18            Have you had your deposition taken before,
19   Mr. Lee?
20       A.   No.
21       Q.   So I will briefly review the basics.  I
22   imagine your counsel has also mentioned it.  First, do
23   you understand that you have taken an oath to testify
24   truthfully today?
25       A.   Yes, I do.
```

```
 1    1977?
 2       A.    No, not 1977, but 1979.
 3       Q.    Okay.  And what is your current position?
 4       A.    I'm the head of the sales and marketing at
 5    mobile business unit of Samsung Electronics.
 6       Q.    And how long have you held that position?
 7       A.    This year marks the fourth year into this
 8    position.
 9       Q.    So since 1998?
10             I'm sorry.
11       A.    From 2009.
12       Q.    I see.  So you're entering your fourth year.
13       A.    Yes.
14       Q.    And what position did you hold before that?
15       A.    You mean immediately before?
16       Q.    Yes.
17       A.    I was responsible for CIS region for Samsung
18    Electronics.
19       Q.    And what is the CIS region?
20       A.    President of Samsung Electronics CIS.  And
21    CIS covers countries of the Soviet federations,
22    including Russia.
23       Q.    So in that position was that mobile devices
24    only, or was that all Samsung products?
25             MS. MAROULIS:  Objection, vague.
```

```
 1           don't have the data to support it.
 2    BY MR. KIM:
 3        Q.    Do you have any data at all on that subject?
 4              MS. MAROULIS:  Objection, vague.
 5              THE WITNESS:  I don't have precise
 6         recollection.
 7    BY MR. KIM:
 8        Q.    Who would be the best person -- or who would
 9    know about such data at Samsung Electronics?
10              MS. MAROULIS:  Objection, vague, calls for
11         speculation.
12    BY MR. KIM:
13        Q.    Or who would be responsible for collecting
14    that kind of data?
15        A.    A team doing market research under marketing
16    division.
17        Q.    That's in your division, correct?
18        A.    Yes.
19              (Exhibit 1559 Bates SAMNDCA 62702 through
20    711 was marked for identification.)
21    BY MR. KIM:
22        Q.    I'm showing you a document that's been
23    marked as Exhibit 1559, which has Bates numbers SAMNDCA
24    62702 through 711.  And feel free to review as much as
25    you want, but my question focuses on the second page
```

1  in, which has Bates number ending at 704.
2      And my first question is:  If you look at
3  page Bates number 10462704, is this an e-mail that
4  Brent Yoo of Samsung Telecommunications America sent to
5  several people, including a copy to you?
6     A.    This is what is written in the document, and
7  it seems likely.
8     Q.    And if you look at the second paragraph, do
9  you see the reference to first-time smartphone user and
10 IOS lock-in?
11    A.    I see it.
12    Q.    Is it correct that this e-mail notes that
13 it's important to get first-time smartphone users
14 before they're locked into the IOS so that Samsung can
15 lock them into the Android IOS?
16          MS. MAROULIS:  Objection, document speaks
17       for itself.
18          THE WITNESS:  That is one of our many
19       strategies.
20          MR. KIM:  Victoria, I finished this line of
21       questioning.  I have some other line of
22       questioning.  The question is what you want to
23       do for lunch.  I don't know if lunch is actually
24       here yet.
25          MS. MAROULIS:  It's 11:50.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

202

```
 1                    C E R T I F I C A T E

 2     (Seoul)

 3     (South Korea)

 4
              I, Tracey S. LoCastro, Registered
 5     Professional Reporter, do hereby certify
       that the aforementioned witness was first duly sworn
 6     as noted by stipulation of counsel to testify the
       whole truth; that I was authorized to and did report
 7     said deposition in stenotype; and that the foregoing
       pages are a true and correct transcription of my
 8     shorthand notes of said deposition.

 9              I further certify that said deposition was
       taken at the time and place hereinabove set forth
10     and that the taking of said deposition was commenced
       and completed as hereinabove set out.
11
                I further certify that I am not attorney
12      or counsel of any of the parties, nor am I a
        relative or employee of any attorney or counsel of
13      party connected with the action, nor am I
        financially interested in the action.
14
                The foregoing certification of this
15     transcript does not apply to any reproduction of the
       same by any means unless under the direct control
16     and/or direction of the certifying reporter.

17

18              IN WITNESS WHEREOF, I have hereunto

19     set my hand this 19th day of February, 2012.

20

21                      _____

22                      TRACEY S. LOCASTRO,
                        Registered Professional Reporter
23

24

25
```