

**Toll Free:**
**1.800.673.6227**

| Home | New Products | My Account | Shopping Cart | Contact Us | Terms and Conditions |

Corporate Site

## Product Categories

- Power Mac G5
- iMac
- iPad
- iPhone 3GS
- iPhone 4
- Keyboards and Mice
- MacBook

## Specials

**iPhone 4 (16GB) Black AT&T**



now **$349**$^{00}$

## Specials

Specials ¬$^a$ iPhone 3GS (16GB) Black AT&T



### iPhone 3GS (16GB) Black AT&T

**Item condition**
Grade B - Used

Your price: **$229**$^{00}$
+ standard shipping $7$^{99}$

[ Add to Cart ] [ View Others Available ]

## My Account

Email Address

Password

I forgot my password

**New to PowerON Shopping?**
Sign-up here.

## Shopping Cart

🛒 **0** items in your cart

## Newsletter Signup

(enter your e-mail address below)



Please consider the environment when replacing or discarding aging technology.

Click Here To Details

### Product Description

Although it looks essentially identical to the iPhone 3G before it with the same black or white plastic case design and the same 3.5" display with 320x480 resolution at 163 ppi (albeit with a new "oleophobic" oil repellent coating) -- and still combines mobile phone, iPod, and Internet functionality -- the iPhone 3GS* has a variety of significant additions.

Perhaps most notably, the iPhone 3GS is faster -- "S" refers to its enhanced speed (600 MHz up from 412 MHz, with a dramatically improved graphics processor as well), twice the RAM (256 MB up from 128 MB) -- and adds support for faster 7.2 Mbps HSDPA (802.11g/n and Bluetooth are supported too), a 3.0 megapixel camera -- *with VGA video recording at 30 FPS* -- as well as autofocus, macro, and white balance support, a "tap to focus" feature, and the ability to trim the beginning and ending of videos, along with a digital compass and A-GPS.

It also includes new accessibility features (VoiceOver), voice control functionality, integrated Nike + iPod support, and an inline remote on the headphone cable (like the iPod shuffle 3G).

The iPhone 3GS released in 2009 includes 16 GB or 32 GB of storage and the version released in 2010 includes 8 GB of storage (for a lower price). Regardless of capacity, Apple reports that it provides "up to" 30 hours of audio playback, 12 hours of talk time on 2G, 5 hours of talk time on 3G, 5 hours of Internet use on 3G, 9 hours of Internet use on Wi-Fi, 10 hours of video playback and 300 hours of standby time.

*For those truly interested in minutia, this model was introduced on June 8, 2009 as the iPhone 3G S (with a space between "3G" and "S"), and on June 23, 2009, Apple changed it to iPhone 3GS (no space).



| Home | New Products | My Account | Shopping Cart | Contact Us | Terms and Conditions |

© Copyright PowerON Services Inc. @ 2009 | All rights reserved