2011 Wireless Smartphone Satisfaction Study℠                                                                                       March 2011

# Customer Satisfaction

# Smartphone Index Results
# By Factor

46    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                              SAMNDCA10246383



# Smartphone Index Results By Factor

## Ease of Operation Factor

In Ease of Operation, Apple (826) performs significantly better than the industry average (786) and above average in all Ease of Operation attributes. Motorola (780) smartphones are rated 6 points below the industry average. The remaining manufacturers perform significantly below the industry average in 2011 Vol. 1: HTC (777), RIM BlackBerry (762), Palm (757), Samsung (756), and Nokia (752). Despite HTC's significantly below average score, the smartphone manufacturer ranks highest in *Quality of sound when on a call* with a rating of 7.86.

## Operating System Factor

In the Operating System factor, Apple and Motorola perform significantly above average (727) with scores of 769 and 749, respectively. HTC (731) performs above the industry average but not by a significant margin. In 2011 Vol. 1, Palm's falls slightly below the industry average with a score of 714. The remaining three smartphone manufacturers have significantly below average rankings: Nokia (691), Samsung (688), and RIM BlackBerry (685).

## Physical Design Factor

Apple outperforms all other manufacturers in the Physical Design factor as well, scoring a significant 36 index points higher than the industry average (831 vs. 795). Apple sets the bar for the competition with regard to styling and screen quality. HTC also performs significantly above the industry average with a score of 808. Palm smartphones garner lower-than-average satisfaction ratings within this particular factor (782 vs. 795). Samsung (780), Motorola (777), RIM BlackBerry (763), and Nokia (761) have Physical Design factor rankings that are significantly below the industry average. Despite Motorola's significantly low rankings, the smartphone manufacturer garners a particularly high score in the *Size of display screen* attribute (8.24 vs. 7.93 for the industry average).



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246384



# Smartphone Index Results By Factor

## Features Factor

Once again, Apple, Motorola, and HTC each rank significantly above the industry average within the Features factor, while Samsung, Nokia, Palm and RIM BlackBerry have significantly below average rankings. Apple ranks highest in three of five attributes: *Usefulness of applications available on phone, Ability to download additional applications,* and *Availability of multimedia functions.* HTC ranks highest in *Quality of camera pictures and videos,* while Motorola ranks highest in *Variety of ring tones supported.*

## Battery Function Factor

The Battery Function factor shows variation among manufacturers. Nokia and RIM BlackBerry each significantly outperform the industry average of 651 with scores of 737 and 702, respectively, while Apple (619) and HTC (615) fall significantly below average. RIM BlackBerry and Nokia perform above the industry average in all three attributes. Although Apple struggles in the factor due to difficulties with replacing batteries (4.71), it performs particularly well in *Length of time needed to recharge battery.*

48   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10246385

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup> — March 2011

## Ease of Operation Factor Index Ratings by Manufacturer



### Overall Customer Satisfaction Index Ratings: Ease of Operation Factor

| Manufacturer | Score |
|---|---|
| Apple | 826 |
| Industry Average | 786 |
| Motorola | 780 |
| HTC | 777 |
| RIM BlackBerry | 762 |
| Palm | 757 |
| Samsung | 756 |
| Nokia | 752 |

## Ease of Operation Attribute Ratings Compared to Average

| | Industry Average | Apple | Motorola | HTC | RIM BlackBerry | Palm | Samsung | Nokia |
|---|---|---|---|---|---|---|---|---|
| Ease of Operation Index | 786 | 826 | 780 | 777 | 762 | 757 | 756 | 752 |
| Quality of sound when on a call | 7.78 | 7.84 | 7.75 | 7.86 | 7.68 | 7.64 | 7.76 | 7.76 |
| Ease of pressing/activating keypad/keyboard buttons | 7.69 | 8.12 | 7.58 | 7.53 | 7.49 | 7.19 | 7.36 | 7.56 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.88 | 8.51 | 7.87 | 7.87 | 7.41 | 7.72 | 7.33 | 7.22 |
| Ability to adjust volume to suit needs | 7.87 | 8.18 | 7.82 | 7.88 | 7.62 | 7.48 | 7.78 | 7.55 |
| Ease of navigating around phone menu system | 7.91 | 8.49 | 7.89 | 7.71 | 7.56 | 7.66 | 7.48 | 7.32 |
| Ease of using basic calling features | 8.00 | 8.42 | 7.85 | 7.77 | 7.89 | 7.71 | 7.54 | 7.78 |
| Ease of using text messaging | 7.94 | 8.33 | 7.90 | 7.80 | 7.74 | 7.57 | 7.67 | 7.47 |

For handsets used for less than 2 years.



= Significantly ABOVE Industry Average at 95% Confidence Level (excluding manufacturer).
= Significantly BELOW Industry Average at 95% Confidence Level (excluding manufacturer).

49  © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only        SAMNDCA10246386

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup>                                            March 2011



## Operating System Factor Index Ratings by Manufacturer



Overall Customer Satisfaction Index Ratings: Operating System Factor

| Manufacturer | Score |
|---|---|
| Apple | 769 |
| Motorola | 749 |
| HTC | 731 |
| Industry Average | 727 |
| Palm | 714 |
| Nokia | 691 |
| Samsung | 688 |
| RIM BlackBerry | 685 |

## Operating System Attribute Ratings Compared to Average

| | Industry Average | Apple | Motorola | HTC | Palm | Nokia | Samsung | RIM BlackBerry |
|---|---|---|---|---|---|---|---|---|
| Operating System Index | 727 | 769 | 749 | 731 | 714 | 691 | 688 | 685 |
| Reliability/stability of smartphone operating system | 7.35 | 7.81 | 7.57 | 7.28 | 7.19 | 7.09 | 6.96 | 6.91 |
| Speed of mobile Internet | 7.11 | 7.58 | 7.49 | 7.28 | 7.00 | 6.73 | 6.75 | 6.47 |
| Amount of time it takes to move between applications | 7.44 | 7.89 | 7.57 | 7.38 | 7.30 | 7.03 | 7.03 | 7.07 |
| Timeliness of syncing | 7.29 | 7.57 | 7.37 | 7.40 | 7.13 | 6.82 | 6.82 | 7.06 |
| Amount of time it takes to attach/transfer files | 7.08 | 7.40 | 7.27 | 7.21 | 6.95 | 6.66 | 6.71 | 6.73 |

For handsets used for less than 2 years.

▨ = Significantly ABOVE Industry Average at 95% Confidence Level (excluding manufacturer).
▨ = Significantly BELOW Industry Average at 95% Confidence Level (excluding manufacturer).

50    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.


J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                              SAMNDCA10246387



2011 Wireless Smartphone Satisfaction Study<sup>SM</sup> — March 2011

## Physical Design Factor Index Ratings by Manufacturer



**Overall Customer Satisfaction Index Ratings: Physical Design Factor**

- Apple: 831
- HTC: 808
- Industry Average: 795
- Palm: 782
- Samsung: 780
- Motorola: 777
- RIM BlackBerry: 763
- Nokia: 761

## Physical Design Attribute Ratings Compared to Average

|  | Industry Average | Apple | HTC | Palm | Samsung | Motorola | RIM BlackBerry | Nokia |
|---|---|---|---|---|---|---|---|---|
| Physical Design Index | 795 | 831 | 808 | 782 | 780 | 777 | 763 | 761 |
| Visual appeal of wireless phone | 8.16 | 8.63 | 8.28 | 7.87 | 7.95 | 7.89 | 7.79 | 7.67 |
| Size of display screen | 7.93 | 8.37 | 8.16 | 7.32 | 7.90 | 8.24 | 7.34 | 7.34 |
| Brightness of background display screen lighting | 8.14 | 8.45 | 8.27 | 8.15 | 7.93 | 8.09 | 7.82 | 7.80 |
| Weight of phone (including battery) | 7.73 | 8.00 | 7.77 | 7.95 | 7.71 | 7.11 | 7.62 | 7.68 |
| Size of wireless phone | 7.75 | 8.01 | 7.88 | 7.80 | 7.47 | 7.43 | 7.57 | 7.55 |

For handsets used for less than 2 years.



= Significantly ABOVE Industry Average at 95% Confidence Level (excluding manufacturer).
= Significantly BELOW Industry Average at 95% Confidence Level (excluding manufacturer).

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

51



J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246388

2011 Wireless Smartphone Satisfaction Study[SM]  March 2011



# Features Factor Index Ratings by Manufacturer



Overall Customer Satisfaction Index Ratings: Features Factor

- Apple: 821
- Motorola: 792
- HTC: 789
- Industry Average: 774
- Samsung: 741
- Nokia: 727
- Palm: 726
- RIM BlackBerry: 726

## Features Attribute Ratings Compared to Average

|  | Industry Average | Apple | Motorola | HTC | Samsung | Nokia | Palm | RIM BlackBerry |
|---|---|---|---|---|---|---|---|---|
| Features Index | 774 | 821 | 792 | 789 | 741 | 727 | 726 | 726 |
| Usefulness of applications available on phone | 8.01 | 8.59 | 8.09 | 8.11 | 7.63 | 7.33 | 7.48 | 7.50 |
| Ability to download additional applications | 7.84 | 8.57 | 8.12 | 7.93 | 7.23 | 7.07 | 7.07 | 7.20 |
| Availability of multimedia functions | 7.74 | 8.33 | 7.79 | 7.82 | 7.31 | 7.33 | 7.34 | 7.19 |
| Quality of camera pictures and videos | 7.50 | 7.73 | 7.72 | 7.78 | 7.52 | 7.25 | 7.18 | 7.07 |
| Variety of ring tones supported | 7.45 | 7.48 | 7.79 | 7.70 | 7.33 | 7.37 | 7.16 | 7.25 |

For handsets used for less than 2 years.

▒ = Significantly ABOVE Industry Average at 95% Confidence Level (excluding manufacturer).
▒ = Significantly BELOW Industry Average at 95% Confidence Level (excluding manufacturer).



52  © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246389

2011 Wireless Smartphone Satisfaction Study℠      March 2011

## Battery Function Index Ratings by Manufacturer



**Overall Customer Satisfaction Index Ratings: Battery Function Factor**

| Manufacturer | Score |
|---|---|
| Nokia | 737 |
| RIM BlackBerry | 702 |
| Samsung | 656 |
| Industry Average | 651 |
| Motorola | 650 |
| Palm | 630 |
| Apple | 619 |
| HTC | 615 |

## Battery Function Attribute Ratings Compared to Average

| | Industry Average | Nokia | RIM BlackBerry | Samsung | Motorola | Palm | Apple | HTC |
|---|---|---|---|---|---|---|---|---|
| Battery Function Index | 651 | 737 | 702 | 656 | 650 | 630 | 619 | 615 |
| Amount of battery life before needs recharging | 6.19 | 7.19 | 6.70 | 6.19 | 5.91 | 5.80 | 6.13 | 5.50 |
| Length of time needed to recharge battery | 7.16 | 7.55 | 7.34 | 6.91 | 7.11 | 6.99 | 7.27 | 6.75 |
| Ease of replacing batteries | 6.42 | 7.59 | 7.45 | 7.06 | 7.27 | 6.65 | 4.71 | 7.06 |

For handsets used for less than 2 years.

▨ = Significantly ABOVE Industry Average at 95% Confidence Level (excluding manufacturer).
▨ = Significantly BELOW Industry Average at 95% Confidence Level (excluding manufacturer).



© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.


J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only     SAMNDCA10246390

2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011




## Ease of Operation Attribute Ratings—2011 V1 *minus* 2010 V2 [1]

|  | Industry Average | Nokia | RIM BlackBerry | Samsung | Apple | Palm | HTC | Motorola |
|---|---|---|---|---|---|---|---|---|
| Ease of Operation Index | -6 | 30 | 0 | -1 | -9 | -14 | -27 | -32 |
| Quality of sound when on a call | -0.04 | 0.31 | -0.05 | 0.07 | -0.05 | 0.07 | -0.20 | -0.49 |
| Ease of pressing/activating keypad/keyboard buttons | -0.06 | 0.27 | 0.04 | 0.02 | -0.08 | -0.30 | -0.33 | -0.33 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | -0.03 | 0.31 | 0.03 | -0.01 | -0.15 | -0.07 | -0.27 | -0.13 |
| Ability to adjust volume to suit needs | -0.02 | 0.55 | -0.03 | 0.04 | -0.03 | -0.22 | -0.19 | -0.42 |
| Ease of navigating around phone menu system | -0.06 | 0.10 | 0.00 | -0.01 | -0.10 | -0.09 | -0.40 | -0.22 |
| Ease of using basic calling features | -0.10 | 0.32 | -0.01 | -0.29 | -0.10 | -0.15 | -0.28 | -0.21 |
| Ease of using text messaging | -0.07 | 0.29 | -0.01 | 0.04 | -0.12 | -0.27 | -0.21 | -0.38 |

## Operating System Attribute Ratings—2011 V1 *minus* 2010 V2 [1]

|  | Industry | Palm | Nokia | Samsung | Apple | RIM BlackBerry | HTC | Motorola |
|---|---|---|---|---|---|---|---|---|
| Operating System Index | 1 | 40 | 23 | 1 | -2 | -7 | -15 | -23 |
| Reliability/stability of smartphone operating system | -0.07 | 0.41 | 0.20 | -0.01 | -0.12 | -0.18 | -0.21 | -0.20 |
| Speed of mobile Internet | 0.08 | 0.41 | 0.18 | -0.03 | 0.09 | -0.09 | -0.07 | -0.22 |
| Amount of time it takes to move between applications | 0.10 | 0.34 | 0.36 | 0.15 | 0.09 | 0.04 | -0.11 | -0.18 |
| Timeliness of syncing | -0.01 | 0.35 | 0.37 | -0.16 | -0.05 | 0.02 | -0.28 | -0.39 |
| Amount of time it takes to attach/transfer files | 0.08 | 0.51 | 0.07 | 0.16 | -0.01 | 0.05 | 0.00 | -0.23 |

For handsets used for less than 2 years

[1]2011 Vol. 1 and 2010 Vol. 2 data incorporates index weight changes

54    © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246391

2011 Wireless Smartphone Satisfaction Study℠ — March 2011



## Physical Design Attribute Ratings—2011 V1 *minus* 2010 V2 [1]

|  | Industry Average | Nokia | Palm | Samsung | HTC | RIM BlackBerry | Apple | Motorola |
|---|---|---|---|---|---|---|---|---|
| Physical Design Index | -4 | 19 | 14 | -3 | -4 | -5 | -9 | -27 |
| Visual appeal of wireless phone | 0.02 | 0.31 | 0.06 | 0.01 | 0.04 | 0.02 | -0.04 | -0.36 |
| Size of display screen | -0.07 | 0.06 | -0.02 | 0.05 | -0.15 | -0.15 | -0.20 | -0.18 |
| Brightness of background display screen lighting | -0.03 | 0.27 | 0.19 | 0.07 | -0.09 | -0.04 | -0.13 | -0.23 |
| Weight of phone (including battery) | -0.08 | 0.15 | 0.33 | -0.04 | -0.08 | -0.03 | -0.12 | -0.26 |
| Size of wireless phone | -0.03 | 0.15 | 0.14 | -0.27 | 0.06 | -0.05 | -0.01 | -0.32 |

## Features Attribute Ratings—2011 V1 *minus* 2010 V2 [1]

|  | Industry Average | Nokia | Palm | Samsung | RIM BlackBerry | Apple | Motorola | HTC |
|---|---|---|---|---|---|---|---|---|
| Features Index | 1 | 25 | 18 | 15 | -5 | -6 | -17 | -18 |
| Usefulness of applications available on phone | -0.06 | 0.17 | -0.20 | 0.09 | -0.08 | -0.17 | -0.21 | -0.20 |
| Ability to download additional applications | 0.03 | 0.29 | 0.23 | 0.41 | -0.05 | -0.14 | 0.01 | -0.29 |
| Availability of multimedia functions | -0.02 | 0.36 | 0.38 | -0.01 | -0.02 | -0.13 | -0.34 | -0.37 |
| Quality of camera pictures and videos | 0.18 | 0.13 | 0.17 | 0.19 | -0.14 | 0.32 | -0.09 | 0.35 |
| Variety of ring tones supported | -0.01 | 0.33 | 0.49 | 0.08 | 0.03 | -0.17 | -0.23 | -0.35 |

## Battery Function Attribute Ratings—2011 V1 *minus* 2010 V2 [1]

|  | Industry Average | Apple | Nokia | RIM BlackBerry | Palm | Samsung | HTC | Motorola |
|---|---|---|---|---|---|---|---|---|
| Battery Function Index | -16 | 19 | 6 | -14 | -23 | -34 | -46 | -58 |
| Amount of battery life before needs recharging | -0.22 | 0.25 | 0.00 | -0.21 | -0.28 | -0.38 | -0.50 | -0.80 |
| Length of time needed to recharge battery | -0.19 | -0.08 | 0.09 | -0.10 | -0.23 | -0.24 | -0.44 | -0.31 |
| Ease of replacing batteries | 0.04 | 0.44 | 0.13 | -0.01 | -0.11 | -0.40 | -0.42 | -0.30 |

For handsets used for less than 2 years.

[1] 2010 Vol. 1 and Vol. 2 trended data incorporates index weight changes

55  © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.


J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10246392

# Purchasing Selection Process

56　© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only　　　SAMNDCA10246393



## Purchasing Selection Process

Main reasons for choosing the smartphone manufacturer include *Liked overall design or style* (45%), *Internet capability* (44%), and *Touch screen* (43%). The reasons for selecting a particular smartphone brand differ from the reasons for selecting a traditional handset, as smartphone users are less likely to select their handset for price-related reasons. The reasons for selecting a smartphone manufacturer frequently pertain to an available communication feature or technology. For example, 36% selected their manufacturer because of its ability to use e-mail accounts. Another common trend among smartphone users is selecting their phones based on the ease of operating said features and technologies. An additional 36% of smartphone users select their phones because the smartphone is *Generally easy to use*, 35% select their phones for *Wi-Fi capabilities*, and 35% reported that their selection was based on the *Quality of the phone*.

Satisfaction with the handset is highest when it is chosen for reasons pertaining to quality. Those having chosen their smartphone for these reasons rate their model a score of 804, while those that indicate their model was selected as a result of the price rate their device a score of 749.

The correlation between satisfaction and repurchase rates still remains the same evidenced by Apple owners indicating they "Definitely will" repurchase their current brand at a rate of 37% compared with 18% for the industry average. Just 2% of Apple users indicate they "Definitely will not" repurchase their current brand of smartphone. HTC owners indicate that they "Probably will" repurchase at a rate of 53%; however, these users are not as likely to fully commit and say they "Definitely will" repurchase. This implies there is a certain level of loyalty, although HTC owners will consider their options when it is time for them to purchase a new handset.

57   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                         SAMNDCA10246394



## Smartphone Selection Process



Reasons for Choosing Handset Brand

| Reason | % |
|---|---|
| Liked overall design/style | 45% |
| Internet capable | 44% |
| Touch screen | 43% |
| Ability to use e-mail accounts | 36% |
| Generally easy to use | 36% |
| Wi-Fi capabilities | 35% |
| Quality of phone/best one | 35% |
| Quality of display screen | 34% |
| Digital camera feature | 33% |
| GPS/Location feature | 32% |
| Ease of using Internet features | 32% |
| Ease of using e-mail features | 31% |
| Plays music/MP3 files | 30% |
| Liked size of phone | 29% |
| Latest technology | 29% |
| Easy to understand/navigate menu system | 28% |
| Able to connect to Internet at higher speeds | 26% |
| Variety | 26% |
| Reliability of phone | 26% |
| Bluetooth capabilities | 25% |
| Speakerphone feature | 25% |
| Keyboard style (Qwerty) | 24% |
| Integrated application store | 24% |
| Plays games | 24% |
| Ability to use multiple e-mail accounts | 22% |
| Operating system platform | 20% |
| PDA/PIM functionality | 20% |
| Phone was discounted/reduced price | 19% |
| Captures/plays video images | 19% |
| Durability of phone | 18% |
| Lightweight | 18% |
| Ease of holding | 17% |

Responses less than 17% not shown.

☐ = Service plan promotion/price related.   ☐ = Physical quality related.

58    © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246395

2011 Wireless Smartphone Satisfaction Study[SM]                                      March 2011



## Selection Process Among Smartphone Manufacturers[1,2]

| Reasons for Selecting Handset | Industry Avg. | Apple | HTC | Motorola | Nokia | Palm | RIM BlackBerry | Samsung |
|---|---|---|---|---|---|---|---|---|
| Liked overall design/style | 45% | 51% | 49% | 50% | 34% | 42% | 38% | 43% |
| Internet capable | 44% | 48% | 51% | 57% | 18% | 37% | 37% | 39% |
| Touch screen | 43% | 58% | 61% | 58% | 16% | 56% | 11% | 52% |
| Ability to use e-mail accounts | 36% | 40% | 39% | 50% | 14% | 28% | 33% | 28% |
| Generally easy to use | 36% | 45% | 32% | 35% | 26% | 33% | 31% | 30% |
| Wi-Fi capabilities | 35% | 50% | 42% | 43% | 13% | 27% | 18% | 25% |
| Quality of phone/best one | 35% | 49% | 36% | 33% | 23% | 18% | 25% | 23% |
| Quality of display screen | 34% | 41% | 40% | 45% | 17% | 29% | 22% | 32% |
| Digital camera feature | 33% | 34% | 37% | 44% | 27% | 32% | 25% | 34% |
| GPS/Location feature | 32% | 40% | 40% | 50% | 16% | 25% | 19% | 27% |
| Ease of using Internet features | 32% | 44% | 33% | 40% | 11% | 26% | 21% | 21% |
| Ease of using e-mail features | 31% | 40% | 27% | 38% | 10% | 24% | 28% | 20% |

[1] Reasons less than 31% not shown.
[2] Based to all lengths of handset ownership.

## Selection Process Among Tenured < 12 Months[1]

|  | Industry Avg. | Apple | HTC | Motorola | Nokia | Palm | RIM BlackBerry | Samsung |
|---|---|---|---|---|---|---|---|---|
| Liked overall design/style | 47% | 51% | 50% | 50% | 36% | 49% | 38% | 43% |
| Touch screen | 46% | 55% | 62% | 59% | 26% | 54% | 8% | 54% |
| Internet capable | 44% | 44% | 52% | 56% | 23% | 44% | 34% | 43% |
| Wi-Fi capabilities | 38% | 48% | 44% | 44% | 13% | 38% | 24% | 32% |
| Quality of display screen | 37% | 43% | 43% | 46% | 18% | 35% | 22% | 38% |
| Ability to use e-mail accounts | 36% | 36% | 39% | 50% | 16% | 37% | 31% | 32% |
| Generally easy to use | 36% | 44% | 32% | 35% | 29% | 33% | 31% | 34% |
| Quality of phone/best one | 35% | 49% | 39% | 32% | 15% | 17% | 26% | 30% |
| Digital camera feature | 35% | 35% | 40% | 44% | 26% | 39% | 26% | 38% |
| GPS/Location feature | 35% | 38% | 43% | 50% | 21% | 32% | 19% | 31% |
| Ease of using Internet features | 32% | 40% | 34% | 40% | 13% | 34% | 23% | 26% |
| Latest technology | 31% | 39% | 38% | 40% | 10% | 27% | 14% | 28% |
| Ease of using e-mail features | 31% | 37% | 30% | 39% | 7% | 29% | 26% | 25% |
| Plays music/MP3 files | 31% | 39% | 31% | 34% | 19% | 28% | 19% | 32% |

[1] Reasons less than 36% not shown.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

59



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246396

2011 Wireless Smartphone Satisfaction Study[SM]                                              March 2011



## Overall Satisfaction and the Selection Process



Percentage of Handset users Rating Overall Satisfaction Experience as Outstanding or Delighted (8-10 ratings): Handset Satisfaction[1]

- Quality: 77%
- Operation: 73%
- Features: 70%
- Style/Design: 70%
- Price/Cost: 63%
- Service Plans/Carrier: 59%
- Other Reasons: 70%
- No Choice: 52%



Overall Handset Satisfaction Index and Reasons for Choosing Handset[1]

- Quality: 799
- Operation: 783
- Features: 776
- Style/Design: 774
- Service Plans/Carrier: 737
- Price/Cost: 749
- Other Reasons: 774
- No Choice: 707

[1] For handsets used for less than 2 years.

60   © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                         SAMNDCA10246397