2011 Wireless Smartphone Satisfaction Study[SM]                                              March 2011



## Future Purchasing[1] Likelihood—Manufacturers 2011 Vol. 1



## Repurchase Likelihood of Current Brand—2011 Vol. 1



[1] Intent to purchase a new cell phone in the next 6 months.                    *Caution: small sample size.
1 For handsets used for less than 2 years.

61   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.





Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10246398



## Repurchase Likelihood and Overall Satisfaction



*Caution: small sample size.
Note: Based to those having owned their handset for less than 2 years.

62    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10246399

2011 Wireless Smartphone Satisfaction Study℠                                March 2011

## Smartphone <u>Future</u> Consideration Set





63  © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246400

# Smartphone CSI Ratings By Carrier

64   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246401

2011 Wireless Smartphone Satisfaction Study[SM]  March 2011

## Overall Smartphone CSI Ratings by Carrier



For handsets used for less than 2 years.

= Significantly ABOVE Industry Average at 95% Confidence Level
= Significantly BELOW Industry Average at 95% Confidence Level

65  © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                 SAMNDCA10246402

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup> — March 2011



## Smartphone CSI Ratings by Carrier—AT&T



Overall Customer Satisfaction Index Ratings - AT&T

|  | AT&T Avg. | Apple | HTC* | RIM Blackberry | Nokia* | Samsung* |
|---|---|---|---|---|---|---|
| Overall | 780 | 795 | 762 | 748 | 729 | 689 |
| Ease of Operation | 808 | 826 | 776 | 768 | 749 | 712 |
| Operating System | 751 | 769 | 732 | 710 | 682 | 647 |
| Physical Design | 815 | 831 | 796 | 779 | 765 | 729 |
| Features | 797 | 821 | 781 | 734 | 716 | 679 |
| Battery Function | 642 | 619 | 672 | 739 | 724 | 648 |

For handsets used for less than 2 years.
*Caution: small sample size.
Motorola and Palm not shown due to lack of availability.

66  © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246403

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup> — March 2011



## Smartphone CSI Ratings by Carrier—Sprint Nextel



Overall Customer Satisfaction Index Ratings - Sprint Nextel

| | Sprint Nextel Avg. | HTC | Palm | RIM Blackberry | Samsung |
|---|---|---|---|---|---|
| Overall | 754 | 788 | 747 | 738 | 736 |
| Ease of Operation | 785 | 805 | 786 | 776 | 769 |
| Operating System | 715 | 769 | 709 | 688 | 684 |
| Physical Design | 788 | 820 | 796 | 765 | 777 |
| Features | 769 | 832 | 739 | 731 | 756 |
| Battery Function | 645 | 611 | 613 | 698 | 626 |

For handsets used for less than 2 years.
Apple, Nokia, and Motorola not shown due to lack of availability.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

67



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246404

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup> — March 2011

## Smartphone CSI Ratings by Carrier—T-Mobile



Overall Customer Satisfaction Index Ratings - T-Mobile

| | T-Mobile Avg. | Samsung | HTC | Motorola | Nokia | RIM Blackberry |
|---|---|---|---|---|---|---|
| Overall | 759 | 827 | 766 | 757 | 743 | 740 |
| Ease of Operation | 790 | 848 | 802 | 785 | 759 | 773 |
| Operating System | 710 | 796 | 713 | 703 | 704 | 690 |
| Physical Design | 788 | 864 | 804 | 791 | 756 | 763 |
| Features | 767 | 843 | 785 | 783 | 747 | 731 |
| Battery Function | 699 | 711 | 660 | 671 | 751 | 728 |

For handsets used for less than 2 years.
Apple and Palm not shown due to lack of availability.
*Caution: small sample size.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only     SAMNDCA10246405

## Smartphone CSI Ratings by Carrier—Verizon Wireless



Overall Customer Satisfaction Index Ratings - Verizon Wireless

|  | Verizon Wireless Avg. | Motorola | HTC | RIM Blackberry | Palm* | Samsung* |
|---|---|---|---|---|---|---|
| Overall | 737 | 765 | 739 | 720 | 710 | 708 |
| Ease of Operation | 754 | 780 | 740 | 748 | 707 | 700 |
| Operating System | 707 | 757 | 715 | 672 | 711 | 657 |
| Physical Design | 772 | 775 | 804 | 754 | 754 | 783 |
| Features | 748 | 796 | 761 | 716 | 696 | 698 |
| Battery Function | 646 | 646 | 579 | 675 | 629 | 692 |

For handsets used for less than 2 years.
Apple and Nokia not shown due to lack of availability.
*Caution: small sample size.

69   © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.   J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10246406

# Smartphone User Profile

70   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                     SAMNDCA10246407



## Smartphone User Profile

In addition to varied usage patterns between traditional handset and smartphone owners, their demographic profiles are slightly different. On average, smartphone users are 42 years old. Smartphone owners are also likely to be employed at a rate of 65% and have a household income of $71,539. This is not surprising given the increased costs associated with both the purchase prices and service fees for smartphones. In addition, smartphone owners are more likely to replace technology they no longer see as necessary—36% of smartphone owners indicate they have replaced their landline with wireless calling.

Wireless smartphone satisfaction levels differ across the demographic profiles. For example, satisfaction is higher among those between the ages of 18 and 24 compared to the industry average (796 vs. 761). Those between 25-34 years old are also highly satisfied (771). Satisfaction is lowest among those ages 55 to 64 (732). There is little differentiation between income groups with regard to satisfaction.

A number of demographic profile differences exist between manufacturers as well. HTC users are just over 36 years of age, 2 years younger than average. While smartphone users are more educated than the population as a whole, 93% of Palm users have had some college education or more. Apple users report household incomes of $88,250, more than $5,000 above the industry average.

71   © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10246408



# Demographic Summary of Smartphone Users

Demographic Breakout of Wireless Users

| Demographic Category | Wireless Service Customers |
|---|---|
| % Employed | 65% |
| Age (mean) | 42 |
| % With Some College Education or More | 83% |
| Income (mean) | $71,539 |
| Ethnicity | |
| White/Caucasian | 83% |
| African American | 6% |
| Asian | 6% |
| Hispanic | 5% |
| Native American | 1% |
| % Replaced landline calling with wireless service | 36% |
| Number of Children Under 18 in Household (mean) | 0.58 |

For handsets used less than 2 years.

72 © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only            SAMNDCA10246409

2011 Wireless Smartphone Satisfaction Study[SM]                                                                                          March 2011

## Employment Status by Satisfaction Level



## Ethnicity by Satisfaction Level



For handsets used less than 2 years.

* Caution: small sample.

73   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                                        SAMNDCA10246410

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup>   March 2011



# Age Index Differences



# Gender Index Differences



For handsets used less than 2 years.

74   © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only        SAMNDCA10246411



## Education OSAT Differences



Education by Smartphone Satisfaction Level

| Some High School* | High School Graduate | Trade/ Technical School | Some College | 2-Year Degree | 4-Year College Degree | Some Graduate Courses | Advanced Degree | Industry Avg. |
|---|---|---|---|---|---|---|---|---|
| 820 | 785 | 781 | 772 | 773 | 760 | 745 | 740 | 761 |

## Income OSAT Differences



Income by Smartphone Satisfaction Level

| Under $25,000 | $25,000> $39,999 | $40,000> $59,999 | $60,000> $79,999 | $80,000> $99,999 | $100,000> $149,999 | $150,000 or more | Industry Avg. |
|---|---|---|---|---|---|---|---|
| 762 | 774 | 773 | 774 | 763 | 748 | 746 | 761 |

For handsets used less than 2 years.
* Caution: small sample size.

75   © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10246412



## Employment Status and Smartphone Brand



## Age and Smartphone Brand



For handsets used less than 2 years.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

76



Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10246413

2011 Wireless Smartphone Satisfaction Study℠                                          March 2011

## Education and Smartphone Brand



## Income and Smartphone Brand



For handsets used less than 2 years.

77  © 2011 J.D. Power and Associates,
    The McGraw-Hill Companies, Inc.
    All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246414

2011 Wireless Smartphone Satisfaction Study[SM]                             March 2011



## Smartphone CSI Ratings: Business Use Segmentation



| Category | Industry Avg. | Non-Business Use | Business Use |
|---|---|---|---|
| Overall | 761 | 763 | 759 |
| Ease of Operation | 786 | 790 | 784 |
| Operating System | 727 | 726 | 728 |
| Physical Design | 795 | 799 | 793 |
| Features | 774 | 776 | 773 |
| Battery Function | 651 | 657 | 646 |

Note: Industry Average is among handsets used for less than 2 years.

78    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.




J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246415

2011 Wireless Smartphone Satisfaction Study[SM] — March 2011

## Call Quality Issues and Smartphone Brand



Note: Call Quality data is from 2011 Wireless Call Quality Performance Study, Vol. 1.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246416

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup>  March 2011



## Attribution of Call Quality Issues & Smartphone Brand



## Call Quality Issues and Smartphone Brand

PP100 Among Those Who Attributed Their Call Quality Problems to Their Handsets



*Caution: small sample size.
Note: Call Quality data is from 2011 Wireless Call Quality Performance Study, Vol. 1

80  © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.  J.D. POWER AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10246417