# Customer Satisfaction

# Index Results Among Smartphone Models

81

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10246418



## Index Results Among Smartphone Models

It is expected that the majority of newer phones, those that launched within the last year, generate higher smartphone CSI ratings than older smartphones (one year to less than two years). In 2011 Vol. 1, these more recently tenured owners rate their handset manufacturer much higher than longer tenured owners across all factors. The most pronounced differences are in the Operating System factor (+58 points) and the Features factor (+47 points). These differences have widened over the past 6 months. This gap in Features is likely because consumers with older handsets are exposed to newer handsets' upgraded and innovative features through advertisements and retail store visits. Faster processors contribute to better scores across multiple factors.

The Apple iPhone 4 ranks highest overall in 2011 Vol. 1 with a score of 836 and is followed by the Nokia 5800 Xpress Music (829) and HTC Evo 4G (823). The Samsung Vibrant (816) and Apple iPhone 3GS (802) also receive scores above 800.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246419

## Smartphone Manufacturers CSI Ratings: Tenure



Note: Industry Average is among handsets used for less than 2 years.

83    © 2011 J.D. Power and Associates,
      The McGraw-Hill Companies, Inc.
      All Rights Reserved.



2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011



# Smartphone CSI Model Ratings—Above Industry Avg.



| Model | Rating |
|---|---|
| Apple iPhone 4 | 836 |
| Nokia 5800 Xpress Music* | 829 |
| HTC EVO 4G | 823 |
| Samsung Vibrant T959* | 816 |
| Apple iPhone 3GS | 802 |
| BlackBerry RIM Bold 9700 | 800 |
| HTC myTouch 3G/Magic | 799 |
| Motorola Droid | 782 |
| BlackBerry RIM Curve 8900 | 782 |
| Motorola Droid X | 778 |
| HTC MyTouch 3G Slide* | 776 |
| HTC HD2* | 776 |
| Samsung Behold II* | 773 |
| HTC Droid Incredible | 769 |
| HTC Hero | 767 |
| HTC Touch Pro 2 T7373* | 764 |
| Palm Pre | 763 |
| Palm Pixi* | 763 |
| Apple iPhone 3G | 761 |
| Industry Average | 761 |

Model Level Overall CSI Ratings at or Above Handset Average = 761. Only models with sample sizes 30+ are shown.
For handsets used for less than 2 years.
*Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

84



2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011



# Smartphone CSI Model Ratings—Below Industry Avg.



| Model | Rating |
|---|---|
| Industry Average | 761 |
| BlackBerry RIM Bold 9650 | 755 |
| BlackBerry RIM Curve 8530 | 755 |
| Motorola CLIQ | 754 |
| BlackBerry RIM Curve 8520 | 750 |
| Palm Pre Plus* | 750 |
| BlackBerry RIM 8310 Curve* | 747 |
| Motorola Cliq XT/Quench* | 747 |
| Apple iPhone* | 743 |
| BlackBerry RIM Storm2 9550* | 742 |
| BlackBerry RIM Pearl Flip 8230* | 740 |
| Samsung Epic 4G* | 737 |
| BlackBerry RIM Curve 8350i* | 736 |
| Samsung Instinct S30/ Instinct Mini* | 732 |
| Samsung Moment | 732 |
| BlackBerry RIM 8130 Pearl* | 729 |
| Samsung Instinct HD* | 728 |
| HTC Droid Eris* | 728 |
| Nokia Nuron 5230 | 728 |
| BlackBerry RIM Bold 9000* | 728 |
| BlackBerry RIM Tour 9630 | 725 |
| RIM BlackBerry Curve 3G 9300* | 722 |
| Motorola Droid 2* | 721 |
| RIM BlackBerry Curve 3G 9330 | 715 |
| Samsung Acclaim R880* | 713 |
| BlackBerry RIM Storm 9530* | 713 |
| BlackBerry RIM 8120 Pearl* | 712 |
| HTC G1 | 711 |
| BlackBerry RIM 8330 Curve | 703 |
| BlackBerry RIM Pearl Flip 8220* | 697 |
| Samsung Intercept* | 694 |
| BlackBerry RIM 8320 Curve* | 683 |
| Palm Centro* | 674 |
| BlackBerry RIM 8300 Curve* | 667 |
| BlackBerry RIM 8110 Pearl* | 654 |
| HTC Touch Pro* | 638 |
| Nokia 6650* | 632 |
| HTC Dash 3G/Snap* | 611 |

Model Level Overall CSI Ratings at or Above Handset Average = 761. Only models with sample sizes 30+ are shown.
For handsets used for less than 2 years.
*Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

85



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246422

# Customer Satisfaction

# Apple Models

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246423

2011 Wireless Smartphone Satisfaction Study[SM]                                                    March 2011



## Customer Satisfaction Performance—Apple

The Apple smartphone brand average overall satisfaction score is 795, down from 800 in 2010 Vol. 2 and 810 in 2010 Vol.1.  As would be expected, the Apple iPhone 4 performs best among Apple's  devices with sufficient sample size for analysis.  The Apple iPhone 4 receives an index score of 836, while the 3GS and 3G receive index scores of 802 and 761, respectively.

The iPhone 4 performs better than the iPhone 3GS in all respects.  iPhone 4 users are particularly satisfied with their devices' camera compared with users of more outdated models.  While the iPhone 3G is rated well below the iPhone 4 and iPhone 3GS, it struggles with regard to Operating System in particular.  Users of the iPhone 3G actually rate their device lower than original iPhone users with regard to *Timeliness of syncing, Amount of time to attach/transfer files,* and *Amount of time to move between apps.*

Of note, the iPhone 4 performs well above the brand average in *Amount of battery life before needs recharging.*  Users of the iPhone 4 rate their model 7.24 in this attribute compared with just 5.75 among 3GS users.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246424

2011 Wireless Smartphone Satisfaction Study℠ · March 2011



## Attribute Differences—Apple Models

| | Apple Brand Average | Apple iPhone 4 | Apple iPhone 3GS | Apple iPhone 3G | Apple iPhone* |
|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 795 | 836 | 802 | 761 | 743 |
| EASE OF OPERATION FACTOR | 826 | 849 | 837 | 801 | 778 |
| Quality of sound when on a call | 7.84 | 8.10 | 7.85 | 7.71 | 7.13 |
| Ease of pressing/activating keypad/keyboard buttons | 8.12 | 8.45 | 8.25 | 7.76 | 7.68 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 8.51 | 8.71 | 8.68 | 8.17 | 8.18 |
| Ability to adjust volume to suit your needs | 8.18 | 8.45 | 8.22 | 7.97 | 7.59 |
| Ease of navigating around phone menu system | 8.49 | 8.72 | 8.62 | 8.20 | 8.03 |
| Ease of using basic calling features | 8.42 | 8.58 | 8.56 | 8.19 | 7.87 |
| Ease of using text messaging | 8.33 | 8.49 | 8.45 | 8.10 | 8.02 |
| OPERATING SYSTEM FACTOR | 769 | 829 | 787 | 706 | 707 |
| Reliability/stability of smartphone operating system | 7.81 | 8.45 | 8.00 | 7.15 | 7.11 |
| Speed of mobile Internet | 7.58 | 8.13 | 7.73 | 7.04 | 6.74 |
| Amount of time to move between apps | 7.89 | 8.58 | 8.13 | 7.10 | 7.31 |
| Timeliness of syncing | 7.57 | 8.10 | 7.73 | 6.99 | 7.18 |
| Amount of time to attach/transfer files | 7.40 | 7.93 | 7.50 | 6.88 | 6.98 |
| PHYSICAL DESIGN FACTOR | 831 | 862 | 836 | 805 | 777 |
| Visual appeal of your wireless phone | 8.63 | 8.92 | 8.71 | 8.36 | 8.01 |
| Size of display screen | 8.37 | 8.62 | 8.45 | 8.10 | 8.15 |
| Brightness of background display screen lighting | 8.45 | 8.82 | 8.46 | 8.20 | 8.08 |
| Weight of wireless phone (including battery) | 8.00 | 8.27 | 8.08 | 7.76 | 7.23 |
| Size of wireless phone | 8.01 | 8.40 | 8.03 | 7.75 | 7.31 |
| FEATURES FACTOR | 821 | 857 | 825 | 792 | 760 |
| Usefulness of apps. Available on your phone | 8.59 | 8.79 | 8.68 | 8.35 | 8.19 |
| Ability to download additional applications | 8.57 | 8.84 | 8.69 | 8.30 | 7.85 |
| Availability of multimedia functions | 8.33 | 8.67 | 8.43 | 8.04 | 7.61 |
| Quality of camera pictures and video | 7.73 | 8.53 | 7.59 | 7.33 | 7.07 |
| Variety of ring tones supported | 7.48 | 7.80 | 7.50 | 7.25 | 6.91 |
| BATTERY FUNCTION FACTOR | 619 | 697 | 587 | 596 | 606 |
| Amount of battery life before needs recharging | 6.13 | 7.24 | 5.75 | 5.70 | 5.98 |
| Length of time needed to recharge battery | 7.27 | 7.89 | 7.09 | 7.06 | 6.69 |
| Ease of replacing batteries | 4.71 | 4.80 | 4.36 | 5.01 | 5.35 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
* Caution: small sample size.

88 | © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246425

# Customer Satisfaction

# HTC Models

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246426



## Customer Satisfaction Performance—HTC

The HTC smartphone overall brand average is 762.  Out of the six models analyzed, the HTC EVO 4G (823) is rated highest, followed by the myTouch 3G (799), myTouch 3G Slide (776), HD 2 (776), Incredible (769), and Hero (767).

HTC's EVO 4G ranks highest in Ease of Operation, Operating System, and Features factors. Owners are highly satisfied with this phone's processing capability, 8 megapixel camera, and touch display.  The EVO 4G's performance in the Features factor is noteworthy – the model outperforms all other HTC devices in all attributes comprising the factor.

The myTouch 3G ranks highest in the Physical Design factor with a score of 854.  Users are particularly surprised with the screen's brightness and weight and size aspects of the phone. While the EVO 4G performs well overall, is receives a score of just 593 in the Battery Function factor.  The myTouch 3G recieves the highest score in this factor and is rated highest with regard to *Amount of battery life before needs recharging.*  The Droid Incredible fairs poorly in this regard.

90          © 2011 J.D. Power and Associates,
            The McGraw-Hill Companies, Inc.
            All Rights Reserved.

J.D.POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246427

2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011



## Attribute Differences—HTC Models

| | HTC Brand Average | HTC EVO 4G | HTC myTouch 3G/Magic | HTC MyTouch 3G Slide* | HTC HD2* | HTC Droid Incredible | HTC Hero |
|---|---|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 762 | 823 | 799 | 776 | 776 | 769 | 767 |
| EASE OF OPERATION FACTOR | 777 | 839 | 838 | 806 | 797 | 772 | 777 |
| Quality of sound when on a call | 7.86 | 8.38 | 8.50 | 7.66 | 7.77 | 7.68 | 8.20 |
| Ease of pressing/activating keypad/keyboard buttons | 7.53 | 8.12 | 7.94 | 8.49 | 8.06 | 7.54 | 7.19 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.87 | 8.56 | 8.57 | 8.17 | 7.89 | 7.99 | 7.78 |
| Ability to adjust volume to suit your needs | 7.88 | 8.38 | 8.52 | 7.88 | 8.37 | 7.94 | 8.06 |
| Ease of navigating around phone menu system | 7.71 | 8.44 | 8.48 | 7.90 | 7.98 | 7.49 | 7.89 |
| Ease of using basic calling features | 7.77 | 8.54 | 8.45 | 7.98 | 8.19 | 7.56 | 7.63 |
| Ease of using text messaging | 7.80 | 8.31 | 8.24 | 8.30 | 7.58 | 7.80 | 7.65 |
| OPERATING SYSTEM FACTOR | 731 | 829 | 729 | 751 | 707 | 770 | 722 |
| Reliability/stability of smartphone operating system | 7.28 | 8.37 | 7.28 | 7.54 | 6.55 | 7.62 | 7.27 |
| Speed of mobile Internet | 7.28 | 8.38 | 7.22 | 7.21 | 7.44 | 7.87 | 7.19 |
| Amount of time to move between apps. | 7.38 | 8.34 | 7.32 | 8.03 | 7.30 | 7.74 | 7.19 |
| Timeliness of syncing | 7.40 | 8.12 | 7.38 | 7.43 | 7.34 | 7.73 | 7.31 |
| Amount of time to attach/transfer files | 7.21 | 8.05 | 7.22 | 7.19 | 7.18 | 7.57 | 7.06 |
| PHYSICAL DESIGN FACTOR | 808 | 844 | 854 | 808 | 847 | 818 | 818 |
| Visual appeal of your wireless phone | 8.28 | 8.80 | 8.65 | 8.18 | 8.67 | 8.43 | 8.32 |
| Size of display screen | 8.16 | 9.05 | 8.21 | 8.02 | 9.17 | 8.20 | 7.98 |
| Brightness of background display screen lighting | 8.27 | 8.68 | 8.79 | 7.96 | 8.74 | 8.19 | 8.27 |
| Weight of wireless phone (including battery) | 7.77 | 7.64 | 8.50 | 8.15 | 7.77 | 8.06 | 8.09 |
| Size of wireless phone | 7.88 | 7.93 | 8.54 | 8.05 | 7.88 | 7.97 | 8.23 |
| FEATURES FACTOR | 789 | 870 | 809 | 775 | 786 | 791 | 812 |
| Usefulness of apps. Available on your phone | 8.11 | 8.73 | 8.54 | 7.81 | 7.83 | 7.87 | 8.45 |
| Ability to download additional applications | 7.93 | 8.81 | 8.40 | 8.09 | 7.48 | 8.18 | 8.36 |
| Availability of multimedia functions | 7.82 | 8.64 | 8.17 | 7.40 | 8.01 | 7.88 | 7.90 |
| Quality of camera pictures and video | 7.78 | 8.76 | 7.03 | 7.80 | 8.09 | 8.23 | 7.95 |
| Variety of ring tones supported | 7.70 | 8.51 | 8.04 | 7.57 | 8.02 | 7.34 | 7.75 |
| BATTERY FUNCTION FACTOR | 615 | 593 | 701 | 670 | 681 | 571 | 625 |
| Amount of battery life before needs recharging | 5.50 | 5.13 | 6.44 | 6.36 | 6.13 | 4.87 | 5.60 |
| Length of time needed to recharge battery | 6.75 | 6.60 | 7.34 | 7.09 | 7.46 | 6.62 | 6.86 |
| Ease of replacing batteries | 7.06 | 7.17 | 8.10 | 7.08 | 7.74 | 6.68 | 6.58 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

91



2011 Wireless Smartphone Satisfaction Study<sup>SM</sup>                      March 2011



## Attribute Differences—HTC Models

| | HTC Brand Average | HTC Touch Pro 2 T7373* | HTC Droid Eris* | HTC G1 | HTC Touch Pro* | HTC Dash 3G/Snap* |
|---|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 761 | 764 | 728 | 711 | 638 | 611 |
| EASE OF OPERATION FACTOR | 777 | 786 | 725 | 775 | 672 | 621 |
| Quality of sound when on a call | 7.86 | 7.67 | 7.48 | 7.59 | 7.21 | 6.86 |
| Ease of pressing/activating keypad/keyboard buttons | 7.53 | 8.08 | 6.89 | 7.74 | 6.52 | 5.73 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.87 | 7.79 | 7.44 | 7.90 | 6.09 | 5.61 |
| Ability to adjust volume to suit your needs | 7.88 | 7.89 | 7.39 | 7.66 | 6.93 | 6.40 |
| Ease of navigating around phone menu system | 7.71 | 7.62 | 7.38 | 7.73 | 6.21 | 5.61 |
| Ease of using basic calling features | 7.77 | 7.93 | 6.75 | 7.62 | 6.97 | 6.37 |
| Ease of using text messaging | 7.80 | 8.06 | 7.38 | 8.02 | 7.14 | 6.90 |
| OPERATING SYSTEM FACTOR | 731 | 690 | 681 | 645 | 602 | 566 |
| Reliability/stability of smartphone operating system | 7.28 | 6.63 | 6.68 | 6.65 | 5.88 | 6.04 |
| Speed of mobile Internet | 7.28 | 6.98 | 6.80 | 6.05 | 5.50 | 5.24 |
| Amount of time to move between apps. | 7.38 | 6.86 | 7.02 | 6.51 | 6.09 | 5.57 |
| Timeliness of syncing | 7.40 | 7.24 | 6.88 | 6.52 | 6.52 | 5.84 |
| Amount of time to attach/transfer files | 7.21 | 7.14 | 6.74 | 6.23 | 6.45 | 5.22 |
| PHYSICAL DESIGN FACTOR | 808 | 800 | 812 | 727 | 642 | 680 |
| Visual appeal of your wireless phone | 8.28 | 8.23 | 8.21 | 7.36 | 6.76 | 7.01 |
| Size of display screen | 8.16 | 8.70 | 7.97 | 7.45 | 6.15 | 6.69 |
| Brightness of background display screen lighting | 8.27 | 8.33 | 8.29 | 7.94 | 7.24 | 6.63 |
| Weight of wireless phone (including battery) | 7.77 | 7.05 | 8.04 | 6.71 | 5.42 | 6.95 |
| Size of wireless phone | 7.88 | 7.59 | 8.05 | 6.81 | 6.45 | 6.69 |
| FEATURES FACTOR | 789 | 802 | 773 | 744 | 658 | 580 |
| Usefulness of apps. Available on your phone | 8.11 | 8.13 | 8.18 | 8.04 | 6.62 | 5.48 |
| Ability to download additional applications | 7.93 | 7.79 | 7.91 | 7.47 | 6.17 | 5.10 |
| Availability of multimedia functions | 7.82 | 8.17 | 7.70 | 7.33 | 6.38 | 5.86 |
| Quality of camera pictures and video | 7.78 | 7.89 | 7.20 | 6.68 | 7.01 | 6.46 |
| Variety of ring tones supported | 7.70 | 8.11 | 7.42 | 7.43 | 6.84 | 6.43 |
| BATTERY FUNCTION FACTOR | 615 | 717 | 544 | 575 | 578 | 583 |
| Amount of battery life before needs recharging | 5.50 | 6.85 | 4.63 | 5.27 | 5.20 | 5.43 |
| Length of time needed to recharge battery | 6.75 | 7.42 | 6.15 | 6.17 | 6.26 | 6.09 |
| Ease of replacing batteries | 7.06 | 7.68 | 6.66 | 6.48 | 6.66 | 6.58 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

92



J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                      SAMNDCA10246429

# Customer Satisfaction

# Motorola Models

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10246430



## Customer Satisfaction Performance—Motorola

The Motorola smartphone brand average overall satisfaction score is 763. Five Motorola phones have sufficient sample size for analysis. Performing above the brand average are the Droid (782) and Droid X (778), while the CLIQ (754), CLIQ XT (747), and Droid 2 (721) each fall below.

The Motorola Droid's turn-by-turn GPS navigation, 5 megapixel auto-focus camera, and voice search all contribute to its above average rating in the Features factor (823 vs. 792). While the Droid does not perform to the level of the iPhone 3GS with regard to Ease of Operation, it still excels with a factor score of 799. In regard to Operation, the Droid 2 is rated lowest among Motorola devices in *Ease of pressing/activating keypad/keyboard buttons.* Attrtibute ratings reveal that Droid 2 users find navigating the device more difficult than other Motorola models.

Despite a large screen, extensive feature set, and ability to connect to the internet at high speeds, the Droid performs fairly well in the Battery Function factor – it receives an index score of 671 compared to just 618 for the Droid 2. The CLIQ XT also receives a factor score of 671 and is rated highest in terms of *Amount of battery life before needs recharging.*

The Droid X is rated highest among Motorola models in *Size of display screen,* scoring well above the brand average (8.80 vs. 8.24).

94          © 2011 J.D. Power and Associates,
            The McGraw-Hill Companies, Inc.
            All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246431

2011 Wireless Smartphone Satisfaction Study[SM]                              March 2011



## Attribute Differences—Motorola Models

| | Motorola Brand Average | Motorola Droid | Motorola Droid X | Motorola CLIQ | Motorola Cliq XT/Quench* | Motorola Droid 2* |
|---|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 763 | 782 | 778 | 754 | 747 | 721 |
| EASE OF OPERATION FACTOR | 780 | 799 | 791 | 785 | 768 | 728 |
| Quality of sound when on a call | 7.75 | 7.86 | 7.87 | 7.64 | 7.89 | 7.46 |
| Ease of pressing/activating keypad/keyboard buttons | 7.58 | 7.66 | 7.85 | 7.80 | 7.26 | 6.93 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.87 | 8.08 | 8.10 | 7.78 | 7.57 | 7.24 |
| Ability to adjust volume to suit your needs | 7.82 | 8.13 | 7.65 | 8.11 | 7.86 | 7.28 |
| Ease of navigating around phone menu system | 7.89 | 8.17 | 8.06 | 7.96 | 7.77 | 7.04 |
| Ease of using basic calling features | 7.85 | 8.03 | 7.90 | 7.71 | 7.79 | 7.57 |
| Ease of using text messaging | 7.90 | 8.06 | 7.93 | 7.95 | 7.67 | 7.43 |
| OPERATING SYSTEM FACTOR | 749 | 774 | 774 | 706 | 688 | 708 |
| Reliability/stability of smartphone operating system | 7.57 | 7.84 | 7.72 | 7.03 | 6.68 | 7.41 |
| Speed of mobile Internet | 7.49 | 7.84 | 7.81 | 6.89 | 6.77 | 6.86 |
| Amount of time to move between apps. | 7.57 | 7.75 | 7.92 | 7.26 | 7.09 | 7.18 |
| Timeliness of syncing | 7.37 | 7.58 | 7.68 | 7.15 | 6.98 | 6.76 |
| Amount of time to attach/transfer files | 7.27 | 7.51 | 7.48 | 6.95 | 7.08 | 6.81 |
| PHYSICAL DESIGN FACTOR | 777 | 780 | 809 | 782 | 782 | 736 |
| Visual appeal of your wireless phone | 7.89 | 7.92 | 8.27 | 8.07 | 7.92 | 7.37 |
| Size of display screen | 8.24 | 8.28 | 8.80 | 8.04 | 7.58 | 7.95 |
| Brightness of background display screen lighting | 8.09 | 8.11 | 8.35 | 8.08 | 8.17 | 7.80 |
| Weight of wireless phone (including battery) | 7.11 | 7.04 | 7.39 | 7.25 | 7.69 | 6.79 |
| Size of wireless phone | 7.43 | 7.56 | 7.55 | 7.62 | 7.74 | 6.82 |
| FEATURES FACTOR | 792 | 823 | 790 | 776 | 784 | 754 |
| Usefulness of apps. Available on your phone | 8.09 | 8.43 | 8.01 | 7.99 | 7.95 | 7.77 |
| Ability to download additional applications | 8.12 | 8.44 | 8.19 | 7.89 | 8.04 | 7.75 |
| Availability of multimedia functions | 7.79 | 8.10 | 7.60 | 7.68 | 7.73 | 7.55 |
| Quality of camera pictures and video | 7.72 | 7.86 | 7.89 | 7.40 | 7.62 | 7.41 |
| Variety of ring tones supported | 7.79 | 8.17 | 7.75 | 7.72 | 7.76 | 7.04 |
| BATTERY FUNCTION FACTOR | 650 | 671 | 641 | 665 | 671 | 618 |
| Amount of battery life before needs recharging | 5.91 | 5.94 | 5.92 | 6.27 | 6.49 | 5.65 |
| Length of time needed to recharge battery | 7.11 | 7.43 | 6.86 | 6.93 | 7.04 | 6.94 |
| Ease of replacing batteries | 7.27 | 7.78 | 7.08 | 7.30 | 6.84 | 6.51 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution: small sample size.

© 2011 J.D. Power and Associates.
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                              SAMNDCA10246432

Case 5:11-cv-01846-LHK   Document 1992-8   Filed 09/22/12   Page 16 of 28

# Customer Satisfaction

# Nokia Models

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246433



# Customer Satisfaction Performance—Nokia

The overall brand average for Nokia is 734, 23 index points higher than 2010 Vol. 2. Only the 5800 Xpress Music, Nuron 5230, and 6650 have sufficient sample for model level analysis. The 5800 Xpress Music garners an index score of 829, while the Nuron 5230 (728) and 6650 (632) fall below the brand average.

Each factor score rank order follows the same trend as the overall ranking in which the 5800 Xpress Music is followed by the Nuron and then 6650. In terms of Physical Design, the 5800 Xpress Music receives a factor score of 873, 112 index points above the brand average. This particular factor is the models greatest strength relative to the brand average, however, there is also a 102 point performance gap in Features, and 98 point gap in Ease of Operation. The 6650 fails to outperform the brand average in all attributes. In addition, the Nokia Nuron 5230 falls below the 5800 Xpress Music in each attribute. When compared to the brand average, however, the Nuron 5230 outpaces the brand average in the Features and Battery Function factors.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10246434

2011 Wireless Smartphone Satisfaction Study<sup>SM</sup>                                    March 2011



## Attribute Differences—Nokia Models

| | Nokia Brand Average | Nokia 5800 Xpress Music* | Nokia Nuron 5230 | Nokia 6650* |
|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 734 | 829 | 728 | 632 |
| EASE OF OPERATION FACTOR | 752 | 850 | 742 | 647 |
| Quality of sound when on a call | 7.76 | 8.61 | 7.73 | 6.56 |
| Ease of pressing/activating keypad/keyboard buttons | 7.56 | 8.40 | 7.15 | 6.72 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.22 | 8.41 | 7.28 | 6.08 |
| Ability to adjust volume to suit your needs | 7.55 | 8.51 | 7.52 | 6.47 |
| Ease of navigating around phone menu system | 7.32 | 8.48 | 7.30 | 6.39 |
| Ease of using basic calling features | 7.78 | 8.73 | 7.59 | 7.13 |
| Ease of using text messaging | 7.47 | 8.39 | 7.39 | 5.89 |
| OPERATING SYSTEM FACTOR | 691 | 766 | 691 | 585 |
| Reliability/stability of smartphone operating system | 7.09 | 8.07 | 6.92 | 6.04 |
| Speed of mobile Internet | 6.73 | 7.56 | 6.75 | 5.46 |
| Amount of time to move between apps. | 7.03 | 7.43 | 7.10 | 6.00 |
| Timeliness of syncing | 6.82 | 7.28 | 7.00 | 5.80 |
| Amount of time to attach/transfer files | 6.66 | 7.56 | 6.69 | 5.57 |
| PHYSICAL DESIGN FACTOR | 761 | 873 | 743 | 690 |
| Visual appeal of your wireless phone | 7.67 | 8.59 | 7.41 | 6.81 |
| Size of display screen | 7.34 | 8.77 | 7.28 | 6.37 |
| Brightness of background display screen lighting | 7.80 | 8.92 | 7.62 | 7.21 |
| Weight of wireless phone (including battery) | 7.68 | 8.81 | 7.46 | 7.20 |
| Size of wireless phone | 7.55 | 8.59 | 7.38 | 6.96 |
| FEATURES FACTOR | 727 | 829 | 729 | 597 |
| Usefuless of apps. Available on your phone | 7.33 | 8.47 | 7.26 | 5.96 |
| Ability to download additional applications | 7.07 | 7.74 | 7.22 | 5.83 |
| Availability of multimedia functions | 7.33 | 8.61 | 7.42 | 5.81 |
| Quality of camera pictures and video | 7.25 | 8.07 | 7.16 | 6.19 |
| Variety of ring tones supported | 7.37 | 8.57 | 7.43 | 6.14 |
| BATTERY FUNCTION FACTOR | 737 | 820 | 743 | 639 |
| Amount of battery life before needs recharging | 7.19 | 8.18 | 7.36 | 6.04 |
| Length of time needed to recharge battery | 7.55 | 8.16 | 7.51 | 6.66 |
| Ease of replacing batteries | 7.59 | 8.43 | 7.47 | 6.95 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution:  small sample size.

98 | © 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246435

2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011

# Customer Satisfaction

# Palm Models

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246436



## Customer Satisfaction Performance—Palm

The Palm smartphone brand average overall satisfaction score is 736, 10 points above 2010 Vol. 2. There are four models with sufficient sample to analyze—the Palm Pixi (763), Pre (763), Pre Plus (750), and Centro (674).

With regard to Ease of Operation, the Pixi (803) and Pre (797) perform particularly well. The Pre excels in *Ease of navigating around the phone menu system* and *Ease of using basic calling features* in particular. The Palm Pre and Pre Plus rank highest in terms of Operating System with score of 746 and 744, compared with a brand average of 714. Attribute ratings of specific attributes, however, are not comparable between the two models. The Palm Pre excels in *Amount of time to move between applications,* while the Pre Plus is rated above average in *Reliability/stability of operating system* and *Amount of time to attach/transfer files.*

The Pixi is the highest rated Palm model in Physical Design. It excels in size aspects as well as styling and appeal-related attributes.

The Palm Centro does, however, excel in the Battery Function factor relative to other models, receiving a score of 668 compared with a brand average of 630. In particular, the model is rated highly in terms of *Amount of battery life before needs recharging.*

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                      SAMNDCA10246437

2011 Wireless Smartphone Satisfaction Study$^{SM}$                    March 2011



## Attribute Differences—Palm Models

| | Palm Brand Average | Palm Pixi* | Palm Pre | Palm Pre Plus* | Palm Centro* |
|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 736 | 763 | 763 | 750 | 674 |
| EASE OF OPERATION FACTOR | 757 | 803 | 797 | 748 | 679 |
| Quality of sound when on a call | 7.64 | 8.06 | 7.73 | 7.91 | 6.98 |
| Ease of pressing/activating keypad/keyboard buttons | 7.19 | 7.82 | 7.61 | 6.65 | 6.73 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.72 | 8.27 | 8.23 | 7.78 | 6.63 |
| Ability to adjust volume to suit your needs | 7.48 | 8.07 | 7.90 | 7.50 | 6.77 |
| Ease of navigating around phone menu system | 7.66 | 7.90 | 8.22 | 7.62 | 6.66 |
| Ease of using basic calling features | 7.71 | 7.95 | 8.13 | 7.47 | 6.89 |
| Ease of using text messaging | 7.57 | 8.11 | 8.04 | 7.42 | 6.88 |
| OPERATING SYSTEM FACTOR | 714 | 700 | 746 | 744 | 665 |
| Reliability/stability of smartphone operating system | 7.19 | 6.71 | 7.36 | 7.52 | 7.11 |
| Speed of mobile Internet | 7.00 | 7.20 | 7.40 | 7.36 | 6.42 |
| Amount of time to move between apps | 7.30 | 7.29 | 7.83 | 7.38 | 6.65 |
| Timeliness of syncing | 7.13 | 7.00 | 7.45 | 7.43 | 6.52 |
| Amount of time to attach/transfer files | 6.95 | 7.07 | 7.29 | 7.50 | 5.97 |
| PHYSICAL DESIGN FACTOR | 782 | 842 | 813 | 824 | 681 |
| Visual appeal of your wireless phone | 7.87 | 8.66 | 8.27 | 8.25 | 6.47 |
| Size of display screen | 7.32 | 7.63 | 7.64 | 7.87 | 6.19 |
| Brightness of background display screen lighting | 8.15 | 8.63 | 8.35 | 8.55 | 7.25 |
| Weight of wireless phone (including battery) | 7.95 | 8.71 | 8.22 | 8.35 | 7.29 |
| Size of wireless phone | 7.80 | 8.47 | 8.19 | 8.19 | 6.92 |
| FEATURES FACTOR | 726 | 750 | 758 | 734 | 673 |
| Usefulness of apps. Available on your phone | 7.48 | 7.88 | 7.61 | 7.47 | 7.02 |
| Ability to download additional applications | 7.07 | 7.26 | 7.46 | 7.30 | 6.34 |
| Availability of multimedia functions | 7.34 | 7.94 | 7.73 | 7.52 | 6.77 |
| Quality of camera pictures and video | 7.18 | 7.37 | 7.67 | 7.29 | 6.60 |
| Variety of ring tones supported | 7.16 | 6.84 | 7.41 | 7.01 | 6.89 |
| BATTERY FUNCTION FACTOR | 630 | 623 | 581 | 602 | 668 |
| Amount of battery life before needs recharging | 5.80 | 5.70 | 5.01 | 5.46 | 6.76 |
| Length of time needed to recharge battery | 6.99 | 7.13 | 6.71 | 6.83 | 6.86 |
| Ease of replacing batteries | 6.65 | 6.35 | 6.71 | 6.38 | 6.21 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution: small sample size.

101    © 2011 J.D. Power and Associates,
       The McGraw-Hill Companies, Inc.
       All Rights Reserved.



J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only
                                          SAMNDCA10246438



# Customer Satisfaction

# RIM BlackBerry Models

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246439



## Customer Satisfaction Performance—RIM BlackBerry

Overall, the RIM BlackBerry brand average score is 732 with the 19 most popular models being analyzed. The best performing RIM BlackBerry model is the Bold 9700 (800) scoring well above average across all factors, followed by the Curve 8900 (782). These devices are followed by the Bold 9650 (755), Curve 8530 (755), Curve 8520 (750), each scoring 750 or above.  Multiple models in the Pearl lineup fall below brand average.

The BlackBerry Bold 9700 is highest ranked in all factors with the exception of Battery Function.  In Ease of Operation, the Bold 9700 excels in terms of ease of navigation related attributes.  *Quality of sound when on a call* is a particular strength for the Curve 8900.  In regard to Physical Design, the Bold 9700 performs well across all attributes, however, the model's performance in *Brightness of background display screen* is particularly noteworthy.

The Curve 8900 receives the highest Battery Function factor score in the BlackBerry model lineup (800).

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES®

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246440

2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011

## Attribute Differences—RIM BlackBerry Models

| | RIM BlackBerry Brand Average | BlackBerry RIM Bold 9700 | BlackBerry RIM Curve 8900 | BlackBerry RIM Bold 9650 | BlackBerry RIM Curve 8530 | BlackBerry RIM Curve 8520 | BlackBerry RIM 8310 Curve* | BlackBerry RIM Storm2 9550* | BlackBerry RIM Pearl Flip 8230* | BlackBerry RIM Curve 8350* | BlackBerry RIM 8130 Pearl* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 732 | 800 | 782 | 755 | 755 | 750 | 747 | 742 | 740 | 736 | 729 |
| EASE OF OPERATION FACTOR | 762 | 827 | 812 | 777 | 783 | 795 | 790 | 747 | 797 | 767 | 748 |
| Quality of sound when on a call | 7.68 | 8.04 | 8.21 | 7.72 | 7.85 | 7.95 | 7.93 | 7.70 | 8.33 | 7.30 | 8.46 |
| Ease of pressing/activating keypad/keyboard buttons | 7.49 | 8.26 | 8.00 | 7.81 | 7.68 | 7.76 | 7.71 | 7.02 | 7.84 | 7.62 | 7.00 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.41 | 8.39 | 7.67 | 7.58 | 7.70 | 7.78 | 7.71 | 7.50 | 7.65 | 7.46 | 7.46 |
| Ability to adjust volume to suit your needs | 7.62 | 8.13 | 8.13 | 7.67 | 7.81 | 8.01 | 7.99 | 7.57 | 8.11 | 7.72 | 7.35 |
| Ease of navigating around phone menu system | 7.56 | 8.28 | 8.16 | 7.73 | 7.78 | 7.98 | 7.75 | 7.34 | 7.74 | 7.86 | 7.16 |
| Ease of using basic calling features | 7.89 | 8.43 | 8.53 | 8.01 | 8.08 | 8.12 | 8.12 | 7.80 | 8.45 | 7.92 | 7.77 |
| Ease of using text messaging | 7.74 | 8.37 | 8.24 | 7.87 | 7.98 | 8.09 | 8.11 | 7.40 | 7.64 | 7.94 | 7.08 |
| OPERATING SYSTEM FACTOR | 685 | 772 | 747 | 722 | 722 | 695 | 691 | 698 | 675 | 665 | 702 |
| Reliability/stability of smartphone operating system | 6.91 | 7.72 | 7.89 | 7.43 | 7.33 | 7.16 | 6.99 | 6.94 | 6.95 | 7.09 | 7.35 |
| Speed of mobile Internet | 6.47 | 7.45 | 6.81 | 6.98 | 6.85 | 6.19 | 6.56 | 6.44 | 6.60 | 6.01 | 6.76 |
| Amount of time to move between apps. | 7.07 | 8.20 | 7.62 | 7.23 | 7.40 | 7.28 | 7.06 | 7.27 | 6.69 | 6.77 | 7.15 |
| Timeliness of syncing | 7.06 | 7.71 | 7.44 | 7.26 | 7.34 | 7.16 | 7.20 | 7.39 | 6.91 | 6.65 | 6.96 |
| Amount of time to attach/transfer files | 6.73 | 7.42 | 7.14 | 6.99 | 7.09 | 6.81 | 6.68 | 6.93 | 6.32 | 6.28 | 6.45 |
| PHYSICAL DESIGN FACTOR | 763 | 805 | 770 | 781 | 786 | 790 | 788 | 771 | 774 | 766 | 742 |
| Visual appeal of your wireless phone | 7.79 | 8.16 | 7.67 | 7.98 | 8.06 | 7.95 | 8.07 | 7.87 | 7.66 | 7.82 | 7.91 |
| Size of display screen | 7.34 | 7.66 | 7.06 | 7.49 | 7.46 | 7.46 | 7.42 | 8.01 | 7.01 | 7.45 | 6.14 |
| Brightness of background display screen lighting | 7.82 | 8.29 | 7.99 | 8.02 | 7.93 | 8.09 | 7.97 | 7.92 | 7.87 | 7.93 | 7.84 |
| Weight of wireless phone (including battery) | 7.62 | 8.19 | 7.94 | 7.84 | 8.01 | 8.13 | 7.94 | 7.23 | 8.09 | 7.40 | 7.94 |
| Size of wireless phone | 7.57 | 7.97 | 7.87 | 7.72 | 7.82 | 7.86 | 7.99 | 7.45 | 8.16 | 7.66 | 7.22 |
| FEATURES FACTOR | 726 | 806 | 788 | 755 | 745 | 728 | 715 | 768 | 706 | 736 | 729 |
| Usefulness of apps. Available on your phone | 7.50 | 8.23 | 8.05 | 7.81 | 7.64 | 7.53 | 7.58 | 7.80 | 7.57 | 7.85 | 7.59 |
| Ability to download additional applications | 7.20 | 8.02 | 7.67 | 7.26 | 7.64 | 7.20 | 6.91 | 7.63 | 7.14 | 7.04 | 7.03 |
| Availability of multimedia functions | 7.19 | 7.96 | 7.90 | 7.44 | 7.58 | 7.01 | 6.83 | 7.75 | 6.62 | 7.35 | 7.13 |
| Quality of camera pictures and video | 7.07 | 7.88 | 7.60 | 7.76 | 6.94 | 7.20 | 7.15 | 7.67 | 6.80 | 6.85 | 7.47 |
| Variety of ring tones supported | 7.25 | 8.19 | 8.16 | 7.44 | 7.32 | 7.41 | 7.17 | 7.48 | 6.98 | 7.56 | 7.14 |
| BATTERY FUNCTION FACTOR | 702 | 760 | 800 | 708 | 690 | 704 | 732 | 708 | 725 | 753 | 704 |
| Amount of battery life before needs recharging | 6.70 | 7.37 | 7.84 | 6.76 | 6.40 | 6.59 | 7.08 | 6.77 | 6.82 | 7.33 | 6.74 |
| Length of time needed to recharge battery | 7.34 | 7.74 | 8.02 | 7.57 | 7.42 | 7.60 | 7.51 | 7.47 | 7.56 | 7.74 | 7.51 |
| Ease of replacing batteries | 7.45 | 8.06 | 8.41 | 7.25 | 7.51 | 7.46 | 7.72 | 7.38 | 7.99 | 7.75 | 7.19 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution: small sample size.

104   © 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10246441

2011 Wireless Smartphone Satisfaction Study[SM]                                           March 2011



## Attribute Differences—RIM BlackBerry Models

| | RIM BlackBerry Brand Average | BlackBerry RIM Bold 9000* | BlackBerry RIM Tour 9630 | BlackBerry RIM Storm 9530* | BlackBerry RIM 8120 Pearl* | BlackBerry RIM 8330 Curve | BlackBerry RIM Pearl Flip 8220* | BlackBerry RIM 8320 Curve* | BlackBerry RIM 8300 Curve* | BlackBerry RIM 8110 Pearl* |
|---|---|---|---|---|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 732 | 728 | 725 | 713 | 712 | 703 | 697 | 683 | 667 | 654 |
| EASE OF OPERATION FACTOR | 762 | 745 | 760 | 752 | 725 | 749 | 724 | 706 | 714 | 697 |
| Quality of sound when on a call | 7.68 | 7.49 | 7.61 | 7.70 | 7.80 | 7.55 | 7.53 | 7.03 | 6.83 | 7.25 |
| Ease of pressing/activating keypad/keyboard buttons | 7.49 | 7.75 | 7.57 | 7.14 | 7.03 | 7.35 | 6.94 | 6.83 | 7.69 | 6.74 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.41 | 7.24 | 7.08 | 7.47 | 6.74 | 7.22 | 7.09 | 6.80 | 6.90 | 6.16 |
| Ability to adjust volume to suit your needs | 7.62 | 7.11 | 7.78 | 7.64 | 7.32 | 7.42 | 7.22 | 7.07 | 6.92 | 7.43 |
| Ease of navigating around phone menu system | 7.56 | 7.39 | 7.51 | 7.50 | 7.10 | 7.50 | 7.05 | 6.95 | 6.80 | 6.93 |
| Ease of using basic calling features | 7.89 | 7.64 | 7.80 | 7.89 | 7.48 | 7.72 | 7.82 | 7.33 | 7.35 | 7.34 |
| Ease of using text messaging | 7.74 | 7.48 | 7.91 | 7.35 | 7.26 | 7.70 | 7.07 | 7.50 | 7.54 | 7.06 |
| OPERATING SYSTEM FACTOR | 685 | 688 | 667 | 628 | 673 | 642 | 641 | 633 | 617 | 587 |
| Reliability/stability of smartphone operating system | 6.91 | 6.56 | 6.77 | 5.92 | 6.93 | 6.39 | 6.34 | 6.34 | 6.42 | 5.63 |
| Speed of mobile Internet | 6.47 | 6.50 | 6.07 | 5.93 | 6.32 | 6.13 | 5.83 | 5.94 | 5.82 | 5.42 |
| Amount of time to move between apps | 7.07 | 7.39 | 6.82 | 6.56 | 6.97 | 6.64 | 6.83 | 6.56 | 6.48 | 6.55 |
| Timeliness of syncing | 7.06 | 7.27 | 7.16 | 6.88 | 6.51 | 6.63 | 6.69 | 6.58 | 5.69 | 6.25 |
| Amount of time to attach/transfer files | 6.73 | 7.08 | 6.44 | 6.56 | 6.78 | 6.34 | 6.48 | 6.24 | 6.24 | 5.67 |
| PHYSICAL DESIGN FACTOR | 763 | 797 | 762 | 759 | 742 | 731 | 726 | 718 | 691 | 698 |
| Visual appeal of your wireless phone | 7.79 | 8.22 | 7.85 | 7.94 | 7.37 | 7.47 | 7.50 | 7.19 | 6.60 | 6.90 |
| Size of display screen | 7.34 | 7.59 | 7.19 | 8.13 | 5.99 | 6.93 | 6.52 | 6.77 | 7.17 | 6.08 |
| Brightness of background display screen lighting | 7.82 | 8.29 | 7.94 | 7.84 | 7.88 | 7.51 | 7.33 | 7.42 | 7.14 | 7.43 |
| Weight of wireless phone (including battery) | 7.62 | 7.83 | 7.51 | 6.83 | 8.17 | 7.32 | 7.49 | 7.37 | 6.86 | 7.39 |
| Size of wireless phone | 7.57 | 7.91 | 7.61 | 7.11 | 7.76 | 7.32 | 7.45 | 7.14 | 6.79 | 7.16 |
| FEATURES FACTOR | 726 | 698 | 736 | 718 | 695 | 685 | 699 | 662 | 627 | 636 |
| Usefulness of apps. Available on your phone | 7.50 | 7.28 | 7.31 | 7.47 | 7.12 | 7.17 | 7.26 | 6.95 | 6.96 | 6.74 |
| Ability to download additional applications | 7.20 | 7.45 | 7.37 | 6.84 | 6.81 | 6.90 | 6.82 | 6.44 | 6.11 | 6.53 |
| Availability of multimedia functions | 7.19 | 7.00 | 7.23 | 7.15 | 6.98 | 6.82 | 6.91 | 6.51 | 6.19 | 5.75 |
| Quality of camera pictures and video | 7.07 | 6.08 | 7.50 | 7.05 | 6.95 | 6.44 | 7.01 | 6.61 | 5.78 | 6.27 |
| Variety of ring tones supported | 7.25 | 6.81 | 7.45 | 7.32 | 6.84 | 6.76 | 6.87 | 6.49 | 6.05 | 6.36 |
| BATTERY FUNCTION FACTOR | 702 | 657 | 651 | 694 | 739 | 693 | 683 | 703 | 683 | 626 |
| Amount of battery life before needs recharging | 6.70 | 5.88 | 5.99 | 6.58 | 7.36 | 6.70 | 6.35 | 6.65 | 6.58 | 5.95 |
| Length of time needed to recharge battery | 7.34 | 7.37 | 7.02 | 7.20 | 7.52 | 7.10 | 7.28 | 7.44 | 7.05 | 6.53 |
| Ease of replacing batteries | 7.45 | 7.33 | 7.21 | 7.58 | 7.28 | 7.31 | 7.49 | 7.49 | 7.20 | 6.72 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246442

2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011

# Customer Satisfaction

# Samsung Models

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246443

2011 Wireless Smartphone Satisfaction Study[SM]                                    March 2011



## Customer Satisfaction Performance—Samsung

The overall Samsung brand average score is 734, 1 index point less than in 2010 Vol. 2. Eight Samsung models have sufficient sample to be analyzed in 2011 Vol. 1.  The models include: the Vibrant (816), Behold II (773), Epic 4G (737), Instinct S30/Instinct Mini (732), Moment (732), Instinct HD (728), Acclaim R880 (713), and Intercept (694).

The Samsung Vibrant ranks higher than all other models in each factor.  In Ease of Operation, the Vibrant receives a factor score of 825, well above all other models – this device is rated highest in all attributes within the factor.  Results are similar in the Operating System factor.  The Behold II is ranked second in terms of Physical Design with a score of 810.  In particular, the Behold II is rated highly in *Brightness of background display/lighting.* Behold II users are also particularly fond of their phone's camera.  In *Quality of camera pictures and video,* the Behold II receives a rating of 7.94 compared with an brand average of 7.52.

The Samsung Moment fairs poorly in regard to Battery Function, receiving a factor score of just 559 vs. 656 for the brand average.  Its primary deficiency is in regard to battery life.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                  SAMNDCA10246444

2011 Wireless Smartphone Satisfaction Study[SM]                    March 2011



## Attribute Differences—Samsung Models

| | Samsung Brand Average | Samsung Vibrant T959* | Samsung Behold II* | Samsung Epic 4G* | Samsung Instinct S30/ Instinct Mini* | Samsung Moment | Samsung Instinct HD* | Samsung Acclaim R880* | Samsung Intercept* |
|---|---|---|---|---|---|---|---|---|---|
| OVERALL SMARTPHONE INDEX | 734 | 816 | 773 | 737 | 732 | 732 | 728 | 713 | 694 |
| EASE OF OPERATION FACTOR | 756 | 825 | 770 | 766 | 765 | 774 | 782 | 745 | 700 |
| Quality of sound when on a call | 7.76 | 8.34 | 7.63 | 7.74 | 7.88 | 7.68 | 7.69 | 7.24 | 7.71 |
| Ease of pressing/activating keypad/keyboard buttons | 7.36 | 8.06 | 7.32 | 7.57 | 7.33 | 7.56 | 7.85 | 7.34 | 6.27 |
| Ease of navigating phone using touch screen, toggle/navigation wheel | 7.33 | 8.23 | 7.46 | 7.43 | 7.30 | 7.71 | 7.75 | 7.27 | 6.74 |
| Ability to adjust volume to suit your needs | 7.78 | 8.38 | 7.97 | 7.61 | 8.01 | 7.90 | 8.12 | 7.78 | 7.56 |
| Ease of navigating around phone menu system | 7.48 | 8.21 | 7.68 | 7.66 | 7.56 | 7.70 | 7.86 | 7.51 | 6.87 |
| Ease of using basic calling features | 7.54 | 8.07 | 7.98 | 7.77 | 7.95 | 7.49 | 7.74 | 7.45 | 6.42 |
| Ease of using text messaging | 7.67 | 8.46 | 7.96 | 7.84 | 7.54 | 8.19 | 7.71 | 7.62 | 7.47 |
| OPERATING SYSTEM FACTOR | 688 | 783 | 752 | 720 | 675 | 679 | 655 | 654 | 609 |
| Reliability/stability of smartphone operating system | 6.96 | 7.90 | 7.53 | 7.34 | 6.85 | 6.47 | 6.46 | 6.68 | 6.57 |
| Speed of mobile Internet | 6.75 | 7.56 | 7.40 | 7.20 | 6.44 | 6.88 | 6.62 | 6.58 | 5.67 |
| Amount of time to move between apps. | 7.03 | 8.13 | 7.69 | 7.30 | 7.07 | 7.10 | 6.79 | 6.70 | 5.71 |
| Timeliness of syncing | 6.82 | 7.72 | 7.44 | 7.00 | 6.86 | 6.97 | 6.52 | 6.36 | 6.10 |
| Amount of time to attach/transfer files | 6.71 | 7.76 | 7.50 | 6.91 | 6.33 | 6.80 | 6.39 | 6.05 | 6.04 |
| PHYSICAL DESIGN FACTOR | 780 | 866 | 810 | 768 | 789 | 756 | 765 | 750 | 768 |
| Visual appeal of your wireless phone | 7.95 | 8.77 | 7.94 | 8.13 | 7.88 | 7.77 | 7.70 | 7.67 | 7.89 |
| Size of display screen | 7.90 | 8.80 | 7.98 | 7.91 | 7.71 | 7.96 | 7.67 | 7.55 | 7.65 |
| Brightness of background display screen lighting | 7.93 | 8.83 | 8.69 | 7.80 | 7.97 | 8.08 | 7.40 | 7.60 | 7.83 |
| Weight of wireless phone (including battery) | 7.71 | 8.51 | 7.83 | 7.26 | 8.09 | 6.88 | 7.82 | 7.41 | 7.50 |
| Size of wireless phone | 7.47 | 8.35 | 8.08 | 7.20 | 7.82 | 7.01 | 7.65 | 7.22 | 7.50 |
| FEATURES FACTOR | 741 | 825 | 787 | 731 | 696 | 786 | 711 | 740 | 748 |
| Usefulness of apps. Available on your phone | 7.63 | 8.52 | 8.10 | 7.65 | 7.17 | 8.10 | 7.56 | 7.78 | 7.61 |
| Ability to download additional applications | 7.23 | 8.11 | 7.99 | 7.10 | 6.59 | 8.06 | 6.51 | 7.36 | 7.65 |
| Availability of multimedia functions | 7.31 | 8.29 | 7.58 | 7.16 | 6.90 | 7.82 | 6.89 | 7.23 | 7.25 |
| Quality of camera pictures and video | 7.52 | 7.98 | 7.94 | 7.54 | 6.81 | 7.62 | 7.20 | 7.42 | 7.80 |
| Variety of ring tones supported | 7.33 | 8.30 | 7.61 | 7.00 | 7.35 | 7.54 | 7.34 | 7.04 | 6.98 |
| BATTERY FUNCTION FACTOR | 656 | 725 | 713 | 624 | 715 | 559 | 706 | 623 | 589 |
| Amount of battery life before needs recharging | 6.19 | 7.05 | 6.71 | 5.84 | 6.95 | 4.87 | 6.34 | 5.84 | 5.28 |
| Length of time needed to recharge battery | 6.91 | 7.41 | 7.36 | 6.67 | 7.23 | 6.24 | 7.70 | 6.29 | 6.47 |
| Ease of replacing batteries | 7.06 | 7.59 | 7.99 | 6.75 | 7.58 | 6.63 | 8.10 | 7.23 | 6.77 |

Note: Only models with sample sizes 30 or more are included.
For handsets used for less than 2 years.
*Caution: small sample size.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



J.D. POWER
AND ASSOCIATES

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10246445