```
                                                        Page 1
 1            UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4   APPLE INC., a California      )
     corporation,                   )
 5              Plaintiff,          )
                                    )
 6   vs.                            ) Case No. 11-cv-01846-LHK
                                    )
 7   SAMSUNG ELECTRONICS CO.,       )
     LTD., a Korean business        )
 8   entity; SAMSUNG ELECTRONICS    )
     AMERICA, INC., a New York      )
 9   corporation; SAMSUNG           )
     TELECOMMUNICATIONS AMERICA,    )
10   LLC, a Delaware limited        )
     liability company,             )
11              Defendants.         )
     _____)
12
13
14        H I G H L Y   C O N F I D E N T I A L
15        A T T O R N E Y S'   E Y E S   O N L Y
16
17       VIDEOTAPED DEPOSITION OF STEPHEN GRAY
18                Palo Alto, California
19                Friday, May, 4, 2012
20
21
22   BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR
23   CSR LICENSE NO. 12885
24   JOB NO. 49273
25
```

Highly Confidential - Attorneys' Eyes Only

Page 6

1  Samsung.  With me are my colleagues Patrick Schmidt and       08:57:52
2  Guy Eddon.
3          And note for the record that we need to
4  correct the case number; it's a different case.
5          MR. MONACH:  It should be 1846.  What did you          08:58:04
6  say?  You said 630?  It should be case number
7  11-cv-01846-LHK.
8          MS. MAROULIS:  That's correct.
9          MR. MONACH:  Thank you.
10         THE VIDEOGRAPHER:  Okay.  I'll read that case           08:58:19
11 number on again.
12         11-cv-01846-LHK.
13         Will the court reporter please swear in the
14 witness.
15         (Whereupon, the witness, STEPHEN GRAY,                  08:58:31
16    having been duly sworn, testified as follows:)
17                        EXAMINATION
18 BY MR. MONACH:
19     Q.  Good morning, sir.
20     A.  Good morning.                                           08:58:42
21     Q.  Could you state and spell your name for the
22 record, please.
23     A.  My name is Steven Gray.  Spelling is
24 S-T-E-P-H-E-N.  G-R-A-Y.
25     Q.  Mr. Gray, where do you live?                            08:58:53

Highly Confidential - Attorneys' Eyes Only

Page 179

| | | |
|---|---|---|
| 1 | boxes at the location of the first gesture exclude the | 15:47:48 |
| 2 | embodiment shown in figure 5 of the patent? | |
| 3 | MS. MAROULIS:  Objection; calls for legal | |
| 4 | conclusion. | |
| 5 | THE WITNESS:  In the case where the plurality | 15:48:17 |
| 6 | of boxes were not configured in such a manner where -- | |
| 7 | that there -- where there were multiple boxes at the | |
| 8 | first -- at the location of the first gesture, then | |
| 9 | discriminating between -- making a selection of a box as | |
| 10 | in selecting box 5 in figure 5A, that would be fine.  I | 15:48:34 |
| 11 | mean, in other words, the language of the claim does not | |
| 12 | preclude a configuration of boxes such as that seen in | |
| 13 | figure 5A. | |
| 14 | BY MR. MONACH: | |
| 15 | Q.  Okay.  So is it now your opinion that if -- | 15:48:52 |
| 16 | that touching box 5 or block 5 as shown in figure 5 | |
| 17 | where it's not overlapping or nested and that -- the | |
| 18 | system that identifies block 5 has been touched, I'm | |
| 19 | going to enlarge and substantially center it, is it your | |
| 20 | belief that that behavior and instructions for that | 15:49:19 |
| 21 | behavior are covered by those limitations in Claim 50? | |
| 22 | MS. MAROULIS:  Objection; incomplete | |
| 23 | hypothetical. | |
| 24 | THE WITNESS:  I don't think that the only | |
| 25 | configuration of boxes to which Claim 50, the limitation | 15:49:39 |

Page 180

| | | |
|---|---|---|
| 1 | regarding selection at a location is exclusively | 15:49:43 |
| 2 | regarding nested boxes or adjacent boxes, that it also | |
| 3 | covers -- it could also be used to cover configuration | |
| 4 | of boxes which aren't overlapped or nested. | |
| 5 | BY MR. MONACH: | 15:50:01 |
| 6 |     Q.  Okay.  With that understanding, do the | |
| 7 | Samsung-accused products detect a -- determine a first | |
| 8 | box in the plurality of boxes at the location of the | |
| 9 | first gesture and enlarge and translate the first box? | |
| 10 |     MS. MAROULIS:  Objection; compound.  Calls for | 15:50:33 |
| 11 | legal conclusion. | |
| 12 |     THE WITNESS:  What I have observed in the | |
| 13 | Samsung devices that I have analyzed is the ability | |
| 14 | by -- at least some of them, I think all of them -- to | |
| 15 | allow for the selection of a box in a configuration of | 15:50:51 |
| 16 | boxes that is comparable -- comparable to the | |
| 17 | configuration of boxes on 5A and then -- and -- in | |
| 18 | figure 5A on the patent. | |
| 19 |     And then based upon a first gesture that | |
| 20 | provides for the selection of that box to then enlarge | 15:51:13 |
| 21 | and translate that box so that the first box -- so that | |
| 22 | the first box -- I've observed it where the first box is | |
| 23 | substantially centered.  I've observed it where the | |
| 24 | first box isn't substantially centered.  So -- and by | |
| 25 | the way, I'm not quite sure what "substantially | 15:51:38 |

Highly Confidential - Attorneys' Eyes Only

Page 233

1          CERTIFICATE
2    STATE OF CALIFORNIA     )
                             ) ss.:
3    COUNTY OF CONTRA COSTA  )
4
5        I, Heidi Belton, a Certified Shorthand
6    Reporter, a Registered Professional Reporter,
7    a Certified Realtime Reporter, and a
8    Certified Realtime Professional within and
9    for the State of California, do hereby
10   certify:
11       That STEPHEN GRAY, the witness whose
12   deposition is herein before set forth, was
13   duly sworn by me and that such deposition is
14   a true record of the testimony given by such
15   witness.
16       I further certify that I am not related to
17   any of the parties to this action by blood or
18   marriage and that I am in no way interested
19   in the outcome of this matter.
20       In witness whereof, I have hereunto set my
21   hand this 5th day of May, 20112.
22       _____
23       HEIDI BELTON, CSR, RPR, CRR, CCRR
24       Certified Shorthand Reporter No. 12885
25