Pierce Declaration

# EXHIBIT 48



APLNDC0002007689
Highly Confidential - Attorneys' Eyes Only