Pierce Declaration

# EXHIBIT 49

## Deposition Testimony Played During the Cross Examination of Peter Bressler

| Trial Transcript | Deposition Testimony |
|---|---|
| 1103:6 | Deposition of Peter Bressler, dated April 24, 2012 (Bressler Depo.), 145:24-146:7 |
| 1195:25 | Bressler Depo., 19:3-9 |
| 1198:4 | Bressler Depo., 210:14-24 |
| 1199:19 | Bressler Depo., 209:9-21 |
| 1201:4 | Bressler Depo., 212:25-213:4 |
| 1210:22 | Bressler Depo., 171:24-172:4 |
| 1212:10 | Bressler Depo., 168:18-169:2 |

DEFENDANT'S EXHIBIT NO. 807
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.

Date Admitted _____ By: _____

Apple v Samsung

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**   7 CLIPS  (RUNNING 00:02:46.415)

Did anyone inform you that courts ...

PB-01903                    1 SEGMENT  (RUNNING 00:00:19.750)   

1. PAGE 19:03 TO 19:09  (RUNNING 00:00:19.750)

```
03        Q.   Did anyone inform you that courts
04   also used language where functionality is
05   analyzed as to whether or not the element is
06   primarily functional as opposed to primarily
07   ornamental?
08        A.   I don't recall being familiar with
09   those specific terms.
```

**Apple v Samsung**

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**       7 CLIPS  (RUNNING 00:02:46.415)



I'm trying to find out.  We'll get to ...

PB145L24                              1 SEGMENT  (RUNNING 00:00:26.937)

1. PAGE 145:24 TO 146:07  (RUNNING 00:00:26.937)

```
        24        Q.   I'm trying to find out.  We'll get to
        25   other opinions you have.  I'm trying to find a
  00146:01   baseline here right now.
        02             Please tell me, In your expert
        03   opinion, do you believe that consumers get
        04   confused during the course of their purchasing
        05   decisions and confuse Apple devices with
        06   Samsung devices or vice versa?
        07        A.   I do not know if they get confused.
```

Apple v Samsung

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**     7 CLIPS  (RUNNING 00:02:46.415)

 With respect to the competitive ...

PB-16818                        2 SEGMENTS  (RUNNING 00:00:22.394)      

1. PAGE 168:18 TO 168:22  (RUNNING 00:00:15.644)

```
        18        Q.   With respect to the competitive
        19   phones that you looked at, what did you do to
        20   try and determine what the differences in cost
        21   were from a manufacturing or production
        22   perspective?
```

2. PAGE 168:25 TO 169:02  (RUNNING 00:00:06.750)

```
        25        A.   I did not do anything specific on
   00169:01   each phone to determine a comparable
        02   manufacturing cost of each phone.
```

## Apple v Samsung

  **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**     7 CLIPS  (RUNNING 00:02:46.415)

Do you have any information for the ...

PB-17124                     1 SEGMENT  (RUNNING 00:00:20.241)                            

1. **PAGE 171:24 TO 172:04  (RUNNING 00:00:20.241)**

```
        24        Q.   Do you have any information for the
        25   other phones, these 10 competitive phones that
  00172:01   you identified, as to whether any product
        02   feature of those phones affected the cost of
        03   the article?
        04        A.   No.
```

## Apple v Samsung

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**   7 CLIPS (RUNNING 00:02:46.415)

 Using your definition of "functional" ...

| PB-20909 | 3 SEGMENTS (RUNNING 00:00:31.750) |



**1. PAGE 209:09 TO 209:11  (RUNNING 00:00:15.000)**

```
09      Q.   Using your definition of "functional"
10   in your analysis, is the use of a cover that is
11   transparent over a display functional?
```

**2. PAGE 209:14 TO 209:18  (RUNNING 00:00:12.000)**

```
14      A.   I believe it is not exclusively
15   functional.
16      Q.   And therefore, by your definition, it
17   is not functional; correct?
18      A.   Correct.
```

**3. PAGE 209:20 TO 209:21  (RUNNING 00:00:04.750)**

```
20      A.   It is not functional as we've defined
21   it relative to a design patent.
```

## Apple v Samsung

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**     7 CLIPS  (RUNNING 00:02:46.415)

Let me try it this way.  In your ...

PB-21014                    2 SEGMENTS  (RUNNING 00:00:26.750)    

1. PAGE 210:14 TO 210:17  (RUNNING 00:00:17.750)

```
    14        Q.    Let me try it this way.  In your
    15   view, is the incorporation of a display element
    16   functional as you've defined the term for
    17   smartphones?
```

2. PAGE 210:20 TO 210:24  (RUNNING 00:00:09.000)

```
    20        A.    Given the way it's been defined here,
    21   no.
    22        Q.    And when you say "here," you're
    23   talking about in your expert analysis.
    24        A.    That's correct.
```

Apple v Samsung

 **Bressler, Peter (Vol. 01) - 04/24/2012 [Bressler, Peter]**  7 CLIPS  (RUNNING 00:02:46.415)

In your view, is the location of the ...

PB-21225      1 SEGMENT  (RUNNING 00:00:18.593)   

1. PAGE 212:25 TO 213:04  (RUNNING 00:00:18.593)

```
        25        Q.   In your view, is the location of the
   00213:01   speaker or the receiver aperture in the upper
        02   portion of the front face of a smartphone
        03   functional as you have used that term?
        04        A.   No.
```

TOTAL: 7 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:02:46.415)