HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Under Seal (Dkt. No. 1990) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Samsung requested to seal four documents that contain information Apple designated as confidential: Exhibits 13, 14, 18, and 28 to the Pierce Declaration.

3. Apple does not maintain a claim of confidentiality on Exhibits 13 or 18 to the Pierce Declaration.

4. Exhibit 14 to the Pierce Declaration consists of PX25A1, an admitted trial exhibit summarizing Apple's damages calculations. The Court has already ordered that this exhibit may be sealed in part. (Dkt. No. 1649 at 6-7.) The Court ordered Apple to file its proposed redactions by 8:00 a.m. the day before the redacted document would be introduced so the Court could approve the redactions. (*Id.*) Apple filed its proposed redactions (Dkt. No. 1691), and the Court approved them. (Trial Tr. 1993:18-19.)[1]

5. Apple's Court-approved redactions to PX25A1 cover only capacity information. As the Court agreed, such information relating to Apple's production and supply capacity is trade secret and is properly sealed:

> [D]isclosure of this information would cause substantial competitive harm to Apple. Competitors and suppliers armed with knowledge of Apple's capacity would be able to alter their business and pricing models to gain an unfair advantage over Apple in such a way that would harm its competitive standing. Suppliers, for instance, could predict when Apple would most need to increase supply and leverage this knowledge to exact substantial price increases. Similarly, competitors could lower their prices during periods when Apple has excess capacity and is therefore most vulnerable to a price cut. Although Apple seeks to seal *past* capacity data, such data is cyclical and would allow competitors and suppliers to discover the patterns in Apple's capacity that would make it easy to predict Apple's current and future capacity constraints.

---

[1] The exhibit number is mistranscribed as "PX 2581" rather than "PX25A1."

1 | Dkt. No. 1649 at 4 (internal quotations and citations omitted).

2 |       6.      Exhibit 28 to the Pierce Declaration consists of DX645, an admitted trial exhibit containing Apple iOS source code. The Court has already ordered that this exhibit may be sealed. (Dkt. No. 1649 at 8.) As the Court held, source code is undoubtedly a trade secret. (*Id*; *see also* Dkt. Nos. 1504, 1505 (previously filed declarations confirming confidentiality of Apple source code).) Apple derives independent economic value from its source code and goes to extraordinary lengths to maintain its secrecy and security. (Dkt. Nos. 1504 ¶¶ 5-8, 1505 ¶¶ 4-9.) If Apple's source code were subject to disclosure and copying, it would amount to a transfer of Apple's investment in developing the iOS source code from it to a competitor, providing an unfair competitive advantage. (Dkt. No. 1505 ¶¶ 6-9.)

      7.      The above information is highly confidential and trade secret. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September, 2012 at Dusseldorf, Germany.

                                        */s/ Cyndi Wheeler*
                                        Cyndi Wheeler

...

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: September 24, 2012              */s/ Richard S.J. Hung*
                                       Richard S.J. Hung