UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3198371

1 | Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a motion to file under seal (Dkt. No. 1990) relating to Samsung's Rule 50 and 59 Motion. Pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Samsung's Motion to File Under Seal ("Wheeler Declaration"). As stated in prior orders covering this same information, the following documents may be filed under seal:

- Exhibit 14 to the Pierce Declaration may be sealed in part, consistent with the redactions Apple filed at Dkt. No. 1691, already approved by the Court;
- Exhibit 28 to the Pierce Declaration may be sealed in full.

**IT IS SO ORDERED.**

Dated: _____     _____
                                          Hon. Lucy H. Koh
                                          United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3198371

1