UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[PROPOSED] **ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO WITHDRAW SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT SAMUEL LUCENTE TO REVIEW MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER.** |

On January 30, 2012, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a Motion to Permit Samsung's Expert Samuel Lucente to Review materials Designated Under the Protective Order (Dkt No. 691).

On February 29, 2012, Samsung filed a motion to withdraw its January 30 motion. Having reviewed the motion, for good cause shown, the Court ORDERS as follows:

-1-    Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO WITHDRAW
MOTION TO PERMIT SAMUEL LUCENTE TO REVIEW MATERIALS

02198.5185

Samsung's Unopposed Motion to Withdraw Samsung's Motion to Permit Samsung's Expert Samuel Lucente to Review materials Designated Under the Protective Order is GRANTED.

**IT IS SO ORDERED.**

DATED:   Ugrvgodgt"46."4234

HONORABLE PAUL S. GREWAL
United States Magistrate Judge