1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK

19         Plaintiff,

20     vs.                                | **UNOPPOSED MOTION TO REMOVE
                                          | INCORRECTLY FILED DOCUMENT
21 SAMSUNG ELECTRONICS CO., LTD., a       | (DKT. NO, 1991)**
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
           Defendants.
25

26
27
28

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively "Samsung") hereby move the Court to remove
3  from its docket Exhibit 19 to the Declaration of John Pierce in Support of Samsung's Rules 50 and
4  59 Motion (Dkt. No. 1991), which consists of an un-redacted version of Plaintiff's Trial Exhibit
5  81.   Since a redacted version of Plaintiff's Trial Exhibit 81 that excludes information third-party
6  Intel considers confidential was admitted during trial, Samsung requests that the un-redacted
7  version filed in Dkt. No. 1991 be removed from the Court's docket and replaced with the partially
8  redacted version admitted during trial.
9  Attached to this Motion is Corrected Exhibit 19 to the Pierce Declaration.

11  DATED: September 25, 2012            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

13                                       By   */s/ Victoria F. Maroulis*
                                            Charles K. Verhoeven
14                                          Kevin P.B. Johnson
                                            Victoria F. Maroulis
15                                          Michael T. Zeller
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
16                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., and SAMSUNG
17                                          TELECOMMUNICATIONS AMERICA, LLC