1   HAROLD J. MCELHINNY (CA SBN 66781)            WILLIAM F. LEE
    hmcelhinny@mofo.com                           william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)             WILMER CUTLER PICKERING
    mjacobs@mofo.com                              HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)                60 State Street
    rkrevans@mofo.com                             Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)           Telephone: (617) 526-6000
    jtaylor@mofo.com                              Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)             MARK D. SELWYN (SBN 244180)
    rhung@mofo.com                                mark.selwyn@wilmerhale.com
7   JASON R. BARTLETT (CA SBN 214530)             WILMER CUTLER PICKERING
    jasonbartlett@mofo.com                        HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                       950 Page Mill Road
    425 Market Street                             Palo Alto, California 94304
9   San Francisco, California  94105-2482         Telephone: (650) 858-6000
    Telephone:  (415) 268-7000                    Facsimile: (650) 858-6100
10  Facsimile:  (415) 268-7522

11

12  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
13

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

18  APPLE INC.,                                   Case No.    11-cv-01846-LHK

19                  Plaintiff,                    **DECLARATION OF
                                                  NATHAN SABRI IN SUPPORT OF
20        v.                                      APPLE'S CORRECTED
                                                  RENEWED MOTION TO SEAL**
21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
24
                    Defendants.
25

26

27

28

SABRI DECL. ISO APPLE'S CORRECTED RENEWED MOTION TO SEAL
CASE NO. 11-CV-01846 LHK
sf-3174757

1        I, NATHAN SABRI, declare as follows:

2        1.        I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple

3    Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal

4    knowledge of the matters stated herein or understand them to be true.  I make this declaration in

5    support of Apple's Corrected Renewed Motion to Seal.

6        2.        Through its Corrected Renewed Motion to Seal, Apple seeks to seal data created

7    by third-party market research companies where such data is extensive and risks supplanting the

8    third party's market for its report.  Apple does not seek to seal passing references or data that

9    focuses on Apple and Samsung.

10        3.        I understand that Apple is contractually obligated to defend the interests of third

11    parties who sell Apple their proprietary consumer and market studies, and disclosure of this

12    material would severely harm such third parties competitively and damage Apple's relationship

13    with them.  The market research companies with which Apple does business operate by selling

14    their reports, which typically cost many thousands of dollars each.

15        4.        Public disclosure of a substantial portion or the entirety of one of these reports

16    would completely supplant the market for that report.  If Apple is forced to disclose this

17    information, which Apple acquired under an agreement to keep the information private and

18    confidential, the affected third party companies could be reluctant to do business with Apple

19    again in the future, potentially permanently harming Apple's relationships and preventing Apple

20    from obtaining this critical consumer data.

21        I declare under penalty of perjury that the foregoing is true and correct.  Executed this

22    27th day of July, 2012 at San Jose, California.

23

24                                                    */s/ Nathan Sabri*
                                                      Nathan Sabri
25

26

27

28

SABRI DECL. ISO APPLE'S CORRECTED RENEWED MOTION TO SEAL
CASE NO. 11-CV-01846 LHK                                                                      1
sf-3174757

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3

Declaration.  In compliance with General Order 45, X.B., I hereby attest that Nathan Sabri has

4

concurred in this filing.

5

Dated:  July 27, 2012                                          */s/ Michael A. Jacobs*
                                                                        Michael A. Jacobs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28