Exhibit A

SIGN IN | REGISTER | NEWSLETTERS Part of the Bay Area News Group

Silicon Valley MercuryNews.com

Olhh 65n eEdition / Subscriber Services
Mobile | Mobile Alerts | RSS

NEWS PHOTOS BUSINESS TECH SPORTS ENTERTAINMENT LIVING OPINION PUBLICATIONS MY TOWN HELP JOBS CARS REAL ESTATE CLASSIFIED SHOPPING

SEARCH Site Web Search by YAHOO! San Jose, CA Now:70°F High:81°F Low:52°F city or zip

today'sDEALS Raley's

In The News: Disturbing findings at principal's home | Rihanna comforts Chris Brown | Pattinson sans Stewart | Rage over NFL refs | Video: 'Gangnam Style' band

Advertisement

Uhfrp p hqg Vhqg 4#shuvrq#uhfrp p hqgv#wklv#Eh# wkh#iluvw#ri#|rxu#iulhqgv1 Share Tweet 0

# Samsung seeks new trial in legal feud with Apple

By Howard Mintz
hmintz@mercurynews.com
Srvwhg=##3<258253454#37=35=36#SP#SGW
Xsgdwhg=##3<258253454#37=35=45#SP#SGW

SAN JOSE -- Samsung has asked a federal judge to set aside a jury's $1 billion verdict in favor of Apple (AAPL) in their legal war over smartphone and tablet patents, suggesting in court papers filed in recent days that the South Korean tech giant will allege jury misconduct as one of its legal arguments.

In asking for a new trial, Samsung maintains that "no reasonable jury" could support Apple's sweeping arguments that Samsung copied the designs of the iPhone and iPad in a host of smartphone and tablet products. U.S. District Judge Lucy Koh has set a hearing for December to consider the flurry of post-trial motions filed by both sides.

**Apple vs. Samsung**

- Trial special section
- More Apple news
- Track Apple stock

While most of the arguments in Samsung's 42-page brief were raised during trial, the company's legal team is keeping some of its legal ammunition under seal, filing many documents that are blacked out from public view. That includes arguments involving the jury, which are mentioned in a separate document filed Monday that asks Koh to bar any "further communication with jurors who served during the trial until the matters raised by this motion have finally been resolved."

Those "matters" are blacked out, as is a declaration on the topic from Susan Estrich, a Samsung lawyer, law professor and prominent television legal commentator.

Apple, meanwhile, also delivered its latest legal arguments to Koh over the weekend, asking for a permanent injunction against the sale of more than two dozen smartphone and tablet models, such as the Galaxy S II and Galaxy Tab 10.1. In addition, Apple asked for another $535 million in damages as a result of the jury's findings of patent infringement and violation of trade dress protections for many of those products, which would bring the final judgment to more than $1.5 billion.

Advertisement

In a brief email exchange Monday, jury foreman Velvin Hogan defended the integrity of the jury's verdict, which he told this newspaper last month came after a painstaking review of the evidence.

"There was no jury misconduct at all," Hogan said.

Trial judges seldom grant motions for new trials, but Samsung's arguments will also lay the foundation for the company's expected appeal to the Washington, D.C.-based U.S. Circuit Court of Appeals, which reviews patent cases.

An Apple spokeswoman declined comment on Samsung's latest legal arguments.

Howard Mintz covers legal affairs. Contact him at 408-286-0236 or follow him at Twitter.com/hmintz

**More Apple coverage**

- Struggling RIM aims for leading role in mobile industry
- Biz Break: iPhone 5 production concerns continue to hurt Apple stock as markets fall, Yahoo makes a change
- Samsung seeks new trial in legal feud with Apple
- iPhone 5 screen shortage causing Apple production delays, analysts report; stock falls
- Albert Einstein's brain becomes an interactive iPad app
- Google's Schmidt: No plans for Google Maps for iPhone 5
- More Apple news
- More about CEO Tim Cook
- Market update: AAPL
- Apple SEC filings
- Company profile: Apple

**Related Stories**

Sep 24:

- Document: Apple's motion for permanant injunction, more damages
- Document: Samsung's motion for a new trial

Dq#hp sor|hh#srvhv#dv#kh#krogv#Dssoh*v#Skrqh#7v#+O,#dqg#Vdp vxqj *v#Jdod{|#V#LLL#dw#d#uhwdlo#vwruh#lq#Vhrxo#Dxjxvw#57/#5345#1#+UHXWHUV2Ohh#Mdh0Z rq#OHH#MDH0Z RQ,

samdismiss

docstoc 1 / 42 Full Screen Download

Menu

Case5:11-cv-01846-LHK Document1990-3 Filed09/21/12 Page1 of 42

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**BUSINESS**

**Headlines**

- Cassidy: Tesla's Model S Supercharger puts a buzz in Gilroy
- Cisco CEO John Chambers: Meg Whitman faces tough task at HP
- Yahoo CEO Marissa Mayer gives employees a preview of her plans
- Struggling RIM aims for leading role in mobile industry
- Comcast will slash about 1,000 jobs in Northern California, including 600 in the Bay Area

**Good Morning Silicon Valley blog**

- Car talk: Tesla sputters, Google's robot cars, electric vehicles
- Content matters: Show goes from YouTube to TV, cable's video-game push, Nook Video coming

**Silicon Beat blog**

- Apple's bad week sends stock sliding: iPhone 5 shipping delays, iOS 6 maps, #scuffgate
- Video: Tesla Motors Supercharger Event
- That phone ain't just for talking -- it's a mobile ad billboard

Follow @mercbiznews 2,809 followers

mercbiznews: Cisco CEO John Chambers: Meg Whitman faces tough task at HP: Meg Whitman faces a daunting task in trying to turn... http://t.co/vG2SJz1h

mercbiznews: Yahoo CEO Marissa Mayer gives employees a preview of her plans: The Sunnyvale Internet giant's new CEO also name... http://t.co/SYCblFRH

San Jose Mercury News rq# Idfherrn
Olhh 65/7;:

**More on Business**

SiliconValley.com | Personal tech | Tech Files

Most Viewed Most E-Mailed

(From the last 12 hours) RSS

1. Hicks: Madonna urges support for 'black muslim' Barack Obama
2. Santa Clara elementary school principal charged with selling meth
3. Hicks: Robert Pattinson hits the town; no sign of Kristen Stewart
4. NFL upholds controversial touchdown ruling in Seattle Seahawks' win...
5. San Francisco 49ers express outrage at Seattle Seahawks'...
6. San Jose police release photos of bank robbery suspect

**Recommendations**

'Princess Bride': A 25th anniversary quiz - San Jose Mercury News
5:#shrsoh#uhfrp p hqg#wklv1#

Back story: Dead Kennedys' East Bay Ray - San Jose Mercury News

the brands you love at great prices every day see more › You Might Like GotDailyDeals

