1   HAROLD J. MCELHINNY (CA SBN 66781)        WILLIAM F. LEE
    hmcelhinny@mofo.com                       william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)         WILMER CUTLER PICKERING
    mjacobs@mofo.com                          HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)            60 State Street
    rkrevans@mofo.com                         Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)       Telephone: (617) 526-6000
    jtaylor@mofo.com                          Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)         MARK D. SELWYN (SBN 244180)
    rhung@mofo.com                            mark.selwyn@wilmerhale.com
7   JASON R. BARTLETT (CA SBN 214530)         WILMER CUTLER PICKERING
    jasonbartlett@mofo.com                    HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                   950 Page Mill Road
    425 Market Street                         Palo Alto, California 94304
9   San Francisco, California  94105-2482     Telephone: (650) 858-6000
    Telephone:  (415) 268-7000                Facsimile: (650) 858-6100
10  Facsimile:  (415) 268-7522

11

12  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
13

14

15                      UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                           SAN JOSE DIVISION

18  APPLE INC.,                               Case No.    11-cv-01846-LHK

19                 Plaintiff,                 **DECLARATION OF
                                              NATHAN SABRI IN SUPPORT OF
20         v.                                 APPLE'S PARTIAL OPPOSITION
                                              TO SAMSUNG'S
21  SAMSUNG ELECTRONICS CO., LTD., a          ADMINISTRATIVE MOTION TO
    Korean business entity; SAMSUNG           FILE DOCUMENTS UNDER SEAL
22  ELECTRONICS AMERICA, INC., a New York     AND FOR AN ORDER
    corporation; SAMSUNG                      PROHIBITING THE PARTIES
23  TELECOMMUNICATIONS AMERICA, LLC, a        FROM COMMUNICATING WITH
    Delaware limited liability company,       JURORS [DKT. NO. 1990]**
24
                   Defendants.
25

26

27

28

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein.  I make this declaration in support of Apple's Partial Opposition to Samsung's Administrative Motion to File Documents Under Seal and For an Order Prohibiting the Parties from Communicating with Jurors [Dkt. No. 1990].  This declaration attaches true and correct copies of articles retrieved on September 25, 2012.

2. Attached as **Exhibit A** is a true and correct copy of "Samsung seeks new trial in legal feud with Apple," an article available at http://www.mercurynews.com/business/ci_21621841/samsung-apple-seeks-new-trial-legal-feud-smartphone?IADID=Search-www.mercurynews.com-www.mercurynews.com.

3. Attached as **Exhibit B** is a true and correct copy of "Samsung goes after jury foreman in bid to reverse Apple verdict," an article available at http://newsandinsight.thomsonreuters.com/Legal/News/ViewNews.aspx?id=57594&terms=%40ReutersTopicCodes+CONTAINS+%27ANV%27.

4. Attached as **Exhibit C** is a true and correct copy of "Jury awards Apple more than $1B, finds Samsung infringed," an article available at http://news.cnet.com/8301-13579_3-57500159-37/jury-awards-apple-more-than-$1b-finds-samsung-infringed.

5. Attached as **Exhibit D** is a true and correct copy of "Samsung monitors jury foreman," an article available at http://www.koreatimes.co.kr/www/news/nation/2012/08/182_118662.html.

6. Attached as **Exhibit E** is a true and correct copy of "Inside the Apple-Samsung Jury Room," an article available at http://online.wsj.com/article/SB10000872396390444270404577612160843420578.html.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of September, 2012 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

Sabri Decl. ISO Apple's Partial Opp. to Samsung's Mot. to Seal
Case No. 11-cv-01846 LHK
sf-3199283

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Nathan Sabri has concurred in this filing.

Dated:  September 25, 2012

*/s/ Michael A. Jacobs*
Michael A. Jacobs

Sabri Decl. ISO Apple's Partial Opp. to Samsung's Mot. to Seal
Case No. 11-cv-01846 LHK
sf-3199283

2