UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, </br></br>           Plaintiff, </br>     v. </br></br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, </br></br>           Defendants. | Case No.: 11-CV-01846-LHK </br></br> ORDER TO REMOVE INCORRECTLY FILED DOCUMENT |

Samsung has requested that the Court remove from its docket Exhibit 19 to the Declaration of John Pierce in Support of Samsung's Rules 50 and 59 Motion (ECF No. 1991). As this document is the subject of a pending motion to file under seal, and Samsung apparently filed it in error, the Court GRANTS the motion to remove the incorrectly filed document. The parties may replace it with a redacted version, pending resolution of Samsung's Administration to File Documents Under Seal, ECF No. 1990.

**IT IS SO ORDERED.**

Dated: September 27, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge