MCKOOL SMITH HENNIGAN, P.C.
Courtland L. Reichman (SBN 268873)
creichman@mckoolsmith.com
303 Twin Dolphin Drive, 6th Floor
Redwood Shores, CA 94065
Telephone: 650-394-1400
Fax: 650-551-9901

*Attorneys for Non-Party Telefonaktiebolaget LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE, INC., a California Corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 11-CV-01846-LHK

**DECLARATION OF COURTLAND L. REICHMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL**

McKool Smith Hennigan P.C.
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065

McKool Smith Hennigan P.C.
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065

I, Courtland L. Reichman, declare and state:

1. I am an attorney at law admitted to practice before this Court and the courts of the State of California, and am a shareholder in the law firm of McKool Smith Hennigan, P.C., counsel for non-party Telefonaktiebolaget LM Ericsson ("Ericsson").

2. Pursuant to Rule 79-5(d) of the Civil Local Rules of this Court, I submit this declaration on behalf of Ericsson and in support of "Samsung's Renewed Administrative Motion to File Documents Under Seal" (Doc. No. 1980). I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify thereto.

3. In its motion, Samsung, among other things, requests that the Court seal excerpts from Plaintiff's Exhibits 87 and 2065. The declaration of Ms. Anna Johns, Director of Patent Licensing for Ericsson, Inc., is attached as Exhibit A to this declaration. In her declaration, Ms. Johns discusses the confidential and sensitive nature of the Ericsson information which Samsung seeks to seal. Based on her testimony, each exhibit contains confidential information of Ericsson that is sealable under the law of the Ninth Circuit and this Court's "Order Granting-in-Part and Denying-in-Part Motions to Seal" (the "Order") (Doc. No. 1649).

4. Plaintiff Exhibit 87 is the "2nd Expert Report on Ericsson's Cross-License Offer to Samsung" (the "Report"). In paragraphs 3, 4, 5, 10, 11, 12, 16, 21, 27, and 28 and Table 2, the authors of the Report discuss and describe the terms of a cross-license offer from Ericsson to Samsung, including the amount of the royalty payments requested by Ericsson and Ericsson's reference royalty rates for essential patents in that technology area. The Court has previously determined that third-party pricing terms, royalty rates, and license payments are protected and should be sealed. *See* Order at 21-22 and 29. Ericsson requests that the Court order that all or portions of paragraphs 3, 4, 5, 10, 11, 12, 16, 21, 27, and 28, and Table 2 be redacted from Plaintiff's Exhibit 87 and sealed from public access.

5. Plaintiff Exhibit 2065 is the transcript of the deposition of Karl Heinz Rosenbrock, which was taken in this case. Page 252, line 25 through page 256, line 13, discusses Exhibit 13 to the deposition, which is also Plaintiff's Exhibit 87. A question on page 254, lines 19 through 24, quotes from paragraph 28 of Exhibit 87, which quote contains the royalty payments offered and

Ericsson's essential patent reference royalty rates. Ericsson requests that the Court order lines 20-24 on page 254 of the Rosenbrock deposition transcript be redacted and sealed from public access.

6. Attached as Exhibit B is Plaintiff's Exhibit 87 redacted consistent with Ericsson's requested relief.

7. Attached as Exhibit C is page 254 of Exhibit 2065 redacted consistent with Ericsson's requested relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Redwood Shores, California this 28th day of September 2012.

*/s/Courtland L. Reichman*
Courtland L. Reichman

McKool Smith Hennigan P.C.
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065

McKool Smith Hennigan P.C.
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065

**PROOF OF SERVICE**

I am employed in the County of Dallas, State of Texas. I am over the age of 18 years and not a party to the within action; my business address is 300 Crescent Court, Suite 1500, Dallas, Texas 75201.

On September 28, 2012, all counsel of record who are registered ECF users are being served with a copy of the foregoing document described as **DECLARATION OF COURTLAND L. REICHMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL**, via the Electronic Case Filing Program of the United States District Court for the Northern District of California per Local Rule 5-3.3.

Executed on September 28, 2012 at Dallas, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Janet Wasson*
Janet Wasson