CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
KARL HEINZ ROSENBROCK - 4/20/2012

Page 254

| Time | Line | | |
|---|---|---|---|
| 17:09:53 | 1 | A | Yes. |
| 17:09:54 | 2 | | MR. PEASE: Objection, vague. |
| 17:09:55 | 3 | BY MR. MUELLER: | |
| 17:09:56 | 4 | Q | You signed the first report, Exhibit 12, |
| 17:09:57 | 5 | right? | |
| 17:09:58 | 6 | A | Yeah, but I have -- I think I have nothing |
| 17:10:01 | 7 | to do with the second one. I have not -- I must check | |
| 17:10:04 | 8 | whether I have seen anything of it but -- | |
| 17:10:06 | 9 | Q | Sure. Why don't you take a look. |
| 17:15:10 | 10 | | Okay. |
| 17:15:11 | 11 | A | Yeah, I think I glanced through it. |
| 17:15:16 | 12 | Q | Now, in this report your colleagues at |
| 17:15:19 | 13 | Hillebrand & Partners were offering their opinions on, | |
| 17:15:21 | 14 | as the caption says, Ericsson's Cross-License Offer to | |
| 17:15:25 | 15 | Samsung, correct? | |
| 17:15:26 | 16 | A | Yeah. |
| 17:15:26 | 17 | | MR. PEASE: Objection, lacks foundation. |
| 17:15:29 | 18 | BY MR. MUELLER: | |
| 17:15:29 | 19 | Q | Look at paragraph 28. Do you see where it |
| 17:15:37 | 20 | states, | |
| 17:15:40 | 21 | | |
| 17:15:48 | 22 | | |
| 17:15:53 | 23 | | |
| 17:15:58 | 24 | | |
| 17:16:02 | 25 | | Do you see that? |