MCKOOL SMITH HENNIGAN, P.C.
Courtland L. Reichman (SBN 268873)
creichman@mckoolsmith.com
303 Twin Dolphin Drive, 6th Floor
Redwood Shores, CA  94065
Tel:  650-394-1400
Fax:  650-551-9901

*Attorneys for Non-Party Telefonaktiebolaget LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, | Case No. 11-CV-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER TO SEAL EXCERPTS OF PLAINTIFF'S EXHIBITS 87 AND 2065** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung has moved the Court to seal portions of certain documents, including excerpts from Plaintiff's Exhibits 87 and 2065, which contain information of non-party Telefonaktiebolaget LM Ericsson ("Ericsson").  Pursuant to Civil Local Rule 79-5(d) of this Court, Ericsson filed the declarations of Mr. Reichman and Ms. Johns to establish that certain confidential, trade secret information in each exhibit should be sealed and submitted a proposed order addressing Exhibits 87 and 2065.  The Court has considered Ericsson's declarations and the other papers in this cause and finds that Ericsson has established compelling reasons to seal and redact the information requested.  Accordingly, the Court hereby Orders:

1. That all or portions of paragraphs 3, 4, 5, 10, 11, 12, 16, 21, 27, and 28, and Table 2 of Plaintiff's Exhibit 87, "2nd Expert Report on Ericsson's Cross-License Offer to Samsung," be redacted as shown in Exhibit B to the Declaration of Mr. Reichman, that Plaintiff's Exhibit 87 in its entirety be sealed, and that only Plaintiff's Exhibit 87 as redacted, pursuant to this Order, be made available to the public.

2. That lines 20 through 24 of page 254 of Plaintiff's Exhibit 2065, the transcript of the deposition of Karl Heinz Rosenbrock, be redacted as shown in Exhibit C to the Declaration of Mr. Reichman, that Plaintiff's Exhibit 2065 in its entirety be sealed, and that only Plaintiff's Exhibit 2065 as redacted, pursuant to this Order, be made available to the public.

**IT IS SO ORDERED.**

Dated: October ___, 2012

                                             LUCY H. KOH
                                             United States District Judge

McKool Smith Hennigan P.C.
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065