1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
      kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
      victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
      michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16
                        UNITED STATES DISTRICT COURT
17
                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S NOTICE OF REMAND AND APPLICATION PURSUANT TO FED. R. CIV. P. 62.1(c) FOR DECISION ON MOTION TO DISSOLVE THE JUNE 26, 2012 PRELIMINARY INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:<br>Time:<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 62.1(c), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") respectfully notify the Court that the United States Court of Appeals for the Federal Circuit has remanded Samsung's appeal of the June 26, 2012 preliminary injunction so that this Court may rule on Samsung's motion to dissolve (ECF No. 1936).  The Federal Circuit's order was entered today and is attached hereto as Addendum A.[1]

Samsung's motion to dissolve is fully briefed (*see* ECF Nos. 1936, 1963, 1967), and the Court stated last week that, since "the sole basis for the June 26 Preliminary Injunction no longer exists," it would have "dissolve[d] the June 26 Preliminary Injunction if the Court had jurisdiction." (ECF No. 1968, at 3.)   The Court now has jurisdiction, and there has been no change in the circumstances since last week that would support any other result.  Samsung therefore respectfully requests, pursuant to Rule 62.1(c) and for the reasons set forth in Samsung's prior papers, that the Court dissolve the preliminary injunction forthwith.

DATED:  September 28, 2012               Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Victoria Maroulis
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1] Because the Federal Circuit granted a *limited* remand and retained jurisdiction over the appeal, no mandate will issue and the order is effective immediately.  *See* Fed. R. App. P. 12.1(b) ("the court of appeals may remand for further proceedings but retains jurisdiction unless it expressly dismisses the appeal"); Fed. R. Civ. P. 62.1(c) ("The district court may decide the motion if the court of appeals remands for that purpose.").