# ADDENDUM A

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1506

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

## ON MOTION

---

Before BRYSON, PROST and O'MALLEY, *Circuit Judges.*

PER CURIAM.

## ORDER

Samsung Electronics Co., Ltd. et al. move for a limited remand for the purpose of permitting the United States District Court for the Northern District of Califor-

APPLE INC. V SAMSUNG ELECTRONICS CO., LTD. 2

nia to consider Samsung's motion to dissolve the preliminary injunction. Apple Inc. opposes the motion.

We grant the motion and remand for the purpose of allowing the trial court to consider Samsung's motion and Apple's arguments in opposition thereto. The appeal is held in abeyance pending further ruling from the trial court. The parties are to inform this court promptly of the trial court's ruling on the motion and propose how they believe the appeal should proceed in light of such ruling.

In granting the motion, the Federal Circuit takes no position on the proceedings the trial court should employ in considering the motion to dissolve the preliminary injunction or on the merits of the motion.

Accordingly,

IT IS ORDERED THAT:

The motion to remand is granted. The court retains jurisdiction over the appeal at this time.

FOR THE COURT

SEP 2 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kathleen M. Sullivan, Esq.
    Michael A. Jacobs, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2012

JAN HORBALY
CLERK