1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

14  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S REPLY IN FURTHER SUPPORT OF ITS APPLICATION PURSUANT TO FED. R. CIV. P. 62.1(c) FOR DECISION ON MOTION TO DISSOLVE THE JUNE 26, 2012 PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1  Samsung respectfully submits this reply in further support of its application, pursuant to Fed. R. Civ. P. 62.1(c), for the Court to issue a decision on its motion to dissolve the Galaxy Tab 10.1 preliminary injunction.  In its Opposition, Apple rehashes arguments that the Court has already rejected, arguing for at least the third time that dissolution of the preliminary injunction should be delayed until resolution of the post-trial motions.  But, as the Court correctly explained in its indicative ruling, "[e]ven if Apple ultimately prevails on its post-trial motions, any permanent injunction would be prospective and not retrospective" (ECF No. 1968, at 4), and thus the possibility of *future* post-trial relief does not support continuing a preliminary injunction *now* where the "sole basis for [the injunction] … no longer exists" (*id.* at 3.)  Samsung will respond to Apple's post-trial motions in due course but the fact that they have now been filed provides no support for the continuance of the current injunction.

It has now been well over a month since the jury's verdict of non-infringement on the D'889 patent; the time has come for the preliminary injunction to be dissolved.  Samsung respectfully requests that the Court do so without delay.

DATED:  September 30, 2012              Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By/s/ Victoria Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

-1-                       Case No. 11-cv-01846-LHK (PSG)
SAMSUNG'S REPLY IN FURTHER SUPPORT OF ITS APPLICATION PURSUANT TO FED. R. CIV. P. 62.1(c)
FOR DECISION ON MOTION TO DISSOLVE JUNE 26, 2012 PRELIMINARY INJUNCTION