QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SUPPLEMENTAL DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59** |

I, Susan R. Estrich, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I would testify to such facts under oath.

2. I submit this declaration in support of Samsung's Notice of Motion and Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur (the "Motion").

3. In response to Samsung's motion detailing Velvin Hogan's failure to reveal his litigation with Seagate during *voir dire* and its impact on the integrity of the trial and the verdict, Apple demanded that Samsung disclose the timing of its knowledge regarding those facts. A true and correct copy of Apple's email, along with further correspondence between counsel for the parties that resulted in Apple's agreement that any such disclosures would not constitute a waiver of any privilege, is attached hereto as Exhibit A. By way of separate declaration, Samsung is confirming to Apple that it did not know of Mr. Hogan's undisclosed litigation against Seagate until after the verdict. To date, Apple has not revealed whether it was aware of Mr. Hogan's litigation against Seagate prior to the verdict or prior to Samsung's Motion.

4. After Samsung filed its Motion on September 21, 2012, Reuters published an account of an additional interview given by Mr. Hogan. Attached hereto as Exhibit B is a true and correct copy of an article entitled "Samsung goes after jury foreman in bid to reverse Apple verdict." This copy of the article was printed on October 1, 2012 from the website *Thomson Reuters* at the following URL: http://newsandinsight.thomsonreuters.com/Legal/News/2012/09_-_September/Samsung_goes_after_jury_foreman_in_bid_to_reverse_Apple_verdict/.

5. According to the article, Mr. Hogan stated "that he didn't mention the 1993 Seagate case" during *voir dire* because "he wasn't asked specifically to disclose every case he'd ever been involved in." Further, the article states that Mr. Hogan said that he sued Seagate for fraud.

//

-1-                        Case No. 11-cv-01846-LHK
ESTRICH SUPP. DECL. ISO SAMSUNG'S MOTION FOR JMOL, NEW TRIAL, AND REMITTITUR

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed in Los Angeles, California on October 1, 2012.

By  /s/  *Susan R. Estrich*

Susan R. Estrich