1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
16 Telecommunications America, LLC

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 11-cv-01846-LHK
ESTRICH DECL. ISO SAMSUNG'S MOTION FOR JMOL. NEW TRIAL. AND REMITTITUR

1      I, Susan R. Estrich, declare as follows:

2      1.      I am a partner in the Los Angeles office of Quinn Emanuel Urquhart & Sullivan,
3 LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
4 Samsung Telecommunications America, LLC (collectively "Samsung").   I submit this declaration
5 in support of Samsung's Notice of Motion and Motion for Judgment as a Matter of Law, New
6 Trial, and/or Remittitur.   Unless otherwise indicated, I have personal knowledge of the facts set
7 forth in this declaration and, if called upon as a witness, I would testify to such facts under oath.

8      2.      Attached hereto as Exhibit A is a true and correct copy of an excerpt of the
9 complaint filed by Seagate Technology, Inc. against Velvin Hogan, which was obtained from the
10 bankruptcy court file, Exhibit B.

11      3.      Diane M. Doolittle, a partner in the Silicon Valley office of Quinn Emanuel
12 Urquhart & Sullivan, LLP, is married to Michael F. Grady, the attorney who filed the complaint,
13 Exhibit A, against Velvin Hogan on behalf of Seagate.

14      4.      Attached hereto as Exhibit B is a true and correct copy of the bankruptcy court file
15 from *In re Velvin R. Hogan and Carol K. Hogan*, Case No. 93-58291-MM (Bankr. N.D. Cal. Dec.
16 27, 1993).

17      5.      Attached hereto as Exhibit C is a true and correct copy of an article entitled
18 "Samsung Sells HDD Division to Seagate for $1.375 billion."   This copy of the article was
19 printed on September 14, 2012 from the website *engadget* at the following URL:
20 http://www.engadget.com/2011/04/19/samsung-sells-hdd-division-to-seagate-for-1-375-billion/.

21      6.      Attached hereto as Exhibit D is a true and correct copy of an article entitled
22 "Seagate to Buy Samsung's Disk-Drive Unit."   This copy of the article was printed on September
23 18, 2012 from the website *The New York Times* at the following URL:
24 http://dealbook.nytimes.com/2011/04/19/seagate-to-buy-samsung-disk-drive-unit/.

25      7.      Attached hereto as Exhibit E is a true and correct copy of an article entitled
26 "Samsung Hard Drives Now Belong to Seagate."   This copy of the article was printed on
27 September 18, 2012 from the website *The New York Times* at the following URL:
28 http://bits.blogs.nytimes.com/2011/12/20/seagate-samsung-acquisition/?pagewanted=print.

8.  Attached hereto as Exhibit F is a true and correct copy of Seagate's Form 10-K filed on August 17, 2011 for the period ending July 1, 2011.

9.  Attached hereto as Exhibit G is a true and correct copy of a Yahoo Finance web page identifying the major stock holders of Seagate.  This copy of the web page was printed on September 14, 2012 from the website *Yahoo Finance* at the following URL: http://finance.yahoo.com/q/mh?s=STX+Major+Holders.

10. Attached hereto as Exhibit H is a true and correct copy of an article entitled "'I Expected To Be Dismissed': Even jury foreman on Apple case against Samsung admits he thought his own patents would make him ineligible."  This copy of the article was printed on August 31, 2012 from the website *Mail Online* at the following URL: http://www.dailymail.co.uk/news/article-2195607/I-expected-dismissed-Jury-foreman-Apple-case-Samsung-thought-patents-make-ineligible.html.

11. Attached hereto as Exhibit I is a true and correct copy of an article entitled "Apple v. Samsung jury foreman: only the 'court of popular opinion' can change the patent system." This copy of the article was printed on September 20, 2012 from the website *The Verge* at the following URL:  http://www.theverge.com/2012/8/31/3280361/apple-samsung-jury-foreman-velvin-hogan-interview.

12. Attached hereto as Exhibit J is a true and correct copy of an article entitled "Jury foreman in Apple v. Samsung: Verdict a message that copying is a big risk."  This copy of the article was printed on August 27, 2012 from the website *Mercury News* at the following URL: http://www.mercurynews.com/business/ci_21400423/jury-foreman-apple-v-samsung-verdict-message-that.

13. Attached hereto as Exhibit K is a true and correct copy of an article entitled "Jury Didn't Want to Let Samsung Off Easy in Apple Trial: Foreman."  This copy of the article was printed on August 26, 2012 from the website *Reuters* at the following URL: http://www.reuters.com/assets/print?aid=USBRE87O09U20120825.

14. Attached hereto as Exhibit L is a true and correct copy of an article entitled "Apple versus Samsung: Full interview with the jury foreman."  This copy of the article was printed on

August 30, 2012 from the website *BBC News* at the following URL:

http://www.bbc.co.uk/news/technology-19425051?print=true.

15. Attached hereto as Exhibit M is a true and correct copy of an article entitled "Jury foreman in Apple vs. Samsung had 'light bulb moment.'"  This copy of the article was printed on September 4, 2012 from the website *EE Times* at the following URL:

http://www.eetimes.com/General/PrintView/4394863.

16. Attached hereto as Exhibit N is a true and correct copy of a video embedded at www.bloomberg.com, headlined "Jury Foreman Discusses Apple-Samsung Trial, Verdict," and a transcript thereof.  This video file was obtained on September 20, 2012 from the website *Bloomberg TV* at the following URL:   http://www.bloomberg.com/video/jury-foreman-discusses-apple-samsung-trial-verdict-ikNjTofgRRecKM4cFXZoZA.html.

17. Attached hereto as Exhibit O is a true and correct copy of an article entitled "Ask Apple Vs Samsung Jury Foreman Velvin Hogan Whatever You Want."  This copy of the article was printed on September 19, 2012 from the website *Gizmodo* at the following URL: http://gizmodo.com/5940257/ask-apple-vs-samsung-jury-foreman-velvin-hogan-whatever-you-want.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California on September 21, 2012.


By  /s/   Susan R. Estrich

Susan R. Estrich