# Estrich Declaration

# EXHIBIT C

# Filed Under Seal

Engadget for iPhone - get the app now!

AoI Tech.

| MAIL    You might also like: Engadget HD, Engadget Mobile and More

engadget

**HAPPENING NOW:** The Engadget Mobile Podcast

| IPHONE 5 | NOKIA LUMIA | AMAZON KINDLES | E3 2012 | NEXUS 7 | ENGADGET DISTRO |

FILED UNDER  *Storage*

# Samsung sells HDD division to Seagate for $1.375 billion

By Vlad Savov  posted Apr 19th 2011 5:04AM



We're firmly of the belief that SSDs are our future and Samsung would seem to agree. The Korean electronics giant has just announced that it's selling its hard disk drive-manufacturing arm to Seagate Technology for a neat $1.375 billion in equal measures of cash and stocks. As a result, Samsung Electronics will own approximately 9.6 percent of Seagate and get to nominate one new member to join Seagate's Board of Directors, while the two companies have further agreed to deepen their strategic relationship with related cross-licensing and supply stipulations. Samsung will provision Seagate's solid state drives with NAND flash memory, whereas Seagate will furnish Samsung's PCs and consumer electronics products with hard disk storage. The deal is expected to complete in full by year's end and you can read all about it in Seagate's press release after the break.

[Thanks, Pavel]

SOURCE  *Seagate*                                                                            205

                                                0        0        0        2    Pin it

*acquisition*, *agreement*, *breaking news*, *business*, *buy*, *deal*, *financial*, *financials*, *hard disk drive*, *HardDiskDrive*, *hdd*, *industry*, *magnetic storage*, *MagneticStorage*, *partnership*, *plans*, *purchase*, *roadmap*, *sale*, *samsung*, *samsung electronics*, *SamsungElectronics*, *seagate*, *storage*, *strategic*, *strategy*, *transaction*



blog comments powered by **DISQUS**

### Featured Breaking

Intel's Core i3 NUC mini-system bares it all for IDF (hands-on video)
*7 hours ago*

HP Envy Spectre XT review: a sleek and speedy Ultrabook with a killer keyboard
*1 day ago*

Double telepresence bot spotted in the wild, we go eyes-on (video)
*1 day ago*

Nikon unveils lightweight, full-frame D600 DSLR -- hands-on and low-light samples (video)
*1 day ago*

Apple's September 12th event roundup: iPhone 5, new iPods, iOS 6, Lightning and everything else
*1 day ago*

### Daily Top 5

**Subscribe**

This newsletter will be delivered Monday - Friday around 10am.

### Weekly Top 15

**Subscribe**

This newsletter will be delivered around 10am Fridays.

**Sponsored Links**

**Buy LifeLock® Protection**
While you travel, ensure your identity is safeguarded with LifeLock®
LifeLock.com

**Serve® from AMEX**
Verizon customers: You can get $25 if you add $25 to your Serve card.
www.serve.com

**Social Media Marketing**
Monitor your Brand & Engage w/ Fans. Easy-to-Use Tool. Sign Up Now
http://www.verticalresponse.com

**Buy a link here**



The most commented posts on Engadget over the past 24 hours.

No results

A look back on popular stories from today in a specific year.

No results



**JOYSTIQ**

Joystiq invites you into the Dust 514 beta
AbleGamers creates how-to accessibility guide for devs, publishers
Joystiq's Wii U news roundup

**TUAW**

iPhone 5 contract prices for UK phone networks published
Daily Deals for September 14, 2012
A peek inside Apple's first Swedish retail store

**TECHCRUNCH**

Google Chrome Team Celebrates 500 "Experiments", Web Innovation Continues To Move Forward
Google Search Insights Can Help Motivate You To Increase Your Charitable Giving
Startup Alley At Disrupt SF — Argentina Shows Off Its Startup Scene

**HUFFPOST TECH**

FROM COLBERT TO SILVERWARE
Apple Exec's Posh $17M Home
Artificial Heart Transplant Is A Success

### SITES WE LIKE

| TECH | DESIGN | NEWS | LIFESTYLE | ENVIRONMENTAL | ENTERTAINMENT |
|---|---|---|---|---|---|
| gdgt | FFFFOUND! | HuffPost Politics | Lifehacker | Inhabitat | Massively |
| Slashdot | Core77 | The Daily Beast | HuffPost Women | Good | The Onion |
| MAKE | Popcorn Shower | Huffington Post | StyleList | Autoblog Green | i09 |
| Technology Review | MoCo Loco | Taxes | Automotive | HuffPost Green | HuffPost Celebrity |
| Ars Technica | Design*Sponge | Stock Quotes | Gadling |  | Spinner |
| TechMeme | The Sartorialist | DJIA |  |  | Moviefone |
| Phone Scoop |  |  |  |  |  |



| LATEST NEWS | HUBS | GALLERIES | VIDEO | PODCASTS | TOPICS | REVIEWS

© 2012 AOL Inc. All rights Reserved. Privacy Policy | Terms of Use | Trademarks | AOL A-Z HELP | Advertise With Us