Estrich Declaration

# EXHIBIT G

Filed Under Seal

New User? Register   Sign In   Help            Make Y! My Homepage                              Mail   My Y!   Yahoo!

[ Search Web ]

| HOME | INVESTING | NEWS | PERSONAL FINANCE | MY PORTFOLIOS | EXCLUSIVES |

[ Get Quotes ]   Finance Search            Fri, Sep 14, 2012, 2:29PM EDT - U.S. Markets close in 1 hr 31 mins

Dow ↑0.30%  Nasdaq ↑0.98%

**Seagate Technology Public Limited Company (STX)** - NasdaqGS                     Add to Portfolio    Like 186

**30.47**  ↑0.15(0.49%)  2:29PM EDT - Nasdaq Real Time Price

### Major Holders                                                                 Get Major Holders for: [ ]  GO

| Breakdown | |
|---|---|
| % of Shares Held by All Insider and 5% Owners: | 12% |
| % of Shares Held by Institutional & Mutual Fund Owners: | 74% |
| % of Float Held by Institutional & Mutual Fund Owners: | 84% |
| Number of Institutions Holding Shares: | 416 |



| Major Direct Holders (Forms 3 & 4) | | |
|---|---|---|
| Holder | Shares | Reported |
| SAMSUNG ELECTRONICS CO LTD /FI | 45,239,490 | Jan 26, 2012 |
| LUCZO STEPHEN J | 648,805 | Aug 26, 2012 |
| O MALLEY PATRICK J | 415,329 | Aug 28, 2012 |
| WHITMORE ROBERT W | 76,419 | Aug 29, 2012 |
| MARSHALL LYDIA MICHEAUX | 44,166 | Aug 13, 2012 |

| Top Institutional Holders | | | | |
|---|---|---|---|---|
| Holder | Shares | % Out | Value* | Reported |
| FMR LLC | 32,449,081 | 7.54 | 802,465,773 | Jun 29, 2012 |
| GREENLIGHT CAPITAL, INC. | 23,199,026 | 5.39 | 573,711,912 | Jun 29, 2012 |
| VANGUARD GROUP, INC. (THE) | 23,000,630 | 5.35 | 568,805,579 | Jun 29, 2012 |
| Clearbridge Advisors, LLC | 19,928,952 | 4.63 | 492,842,982 | Jun 29, 2012 |
| STATE STREET CORPORATION | 12,682,271 | 2.95 | 313,632,561 | Jun 29, 2012 |
| LSV ASSET MANAGEMENT | 10,960,717 | 2.55 | 271,058,531 | Jun 29, 2012 |
| IRIDIAN ASSET MANAGEMENT LLC | 9,387,791 | 2.18 | 232,160,071 | Jun 29, 2012 |
| BlackRock Institutional Trust Company, N.A. | 7,444,835 | 1.73 | 184,110,769 | Jun 29, 2012 |
| Invesco Ltd. | 6,729,686 | 1.56 | 166,425,134 | Jun 29, 2012 |
| Robeco Investment Management, Inc. | 6,329,825 | 1.47 | 156,536,572 | Jun 29, 2012 |

| Top Mutual Fund Holders | | | | |
|---|---|---|---|---|
| Holder | Shares | % Out | Value* | Reported |
| FIDELITY LOW-PRICED STOCK FUND | 31,450,000 | 7.31 | 967,402,000 | Apr 29, 2012 |
| VANGUARD MID-CAP INDEX FUND | 5,286,957 | 1.23 | 142,536,360 | Mar 30, 2012 |
| VANGUARD TOTAL STOCK MARKET INDEX FUND | 5,122,063 | 1.19 | 138,090,818 | Mar 30, 2012 |
| Powershares Exhg Traded Fd Tr-Powershares QQQ Tr, Series 1 | 4,701,327 | 1.09 | 110,152,091 | May 30, 2012 |
| Legg Mason Clearbridge Aggressive Growth Fd | 4,194,860 | 0.98 | 113,093,425 | Mar 30, 2012 |
| Advanced Series Tr-AST/First Trust Capital Appreciation Targ | 3,983,934 | 0.93 | 107,406,860 | Mar 30, 2012 |
| American Beacon Large Cap Value Fd | 3,451,625 | 0.80 | 85,358,686 | Jun 29, 2012 |
| FIRST EAGLE FUND OF AMERICA, INC. | 2,483,420 | 0.58 | 76,389,999 | Apr 29, 2012 |
| DWS Investment Tr-DWS Core Equity Fd | 1,613,700 | 0.38 | 37,808,991 | May 30, 2012 |
| John Hancock Mutual Fds III-Disciplined Value Fd | 1,521,915 | 0.35 | 35,658,468 | May 30, 2012 |

View Transactions for Insiders & Institutional Holders

Value shown is computed using the security's price on the report date given.

Currency in USD.

Copyright © 2012 Yahoo! Inc. All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright/IP Policy - Send Feedback - Yahoo! - ABC News Network

Quotes are **real-time** for NASDAQ, NYSE, and NYSE MKT. See also delay times for other exchanges. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc. US Financials data provided by Edgar Online and all other Financials provided by Capital IQ. International historical chart data, daily updates, fundAnalyst estimates data provided by Thomson Financial Network. All data povided by Thomson Financial Network is based solely upon research information provided by third party analysts. Yahoo! has not reviewed, and in no way endorses the validity of such data. Yahoo! and ThomsonFN shall not be liable for any actions taken in reliance thereon.