Pierce Declaration

# EXHIBIT 13

Filed Under Seal

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2          OF NORTHERN CALIFORNIA
3            San Jose Division
4         Case No. 11-CV-846 LHK
5   _____
6   APPLE, INCORPORATED,                )
7                            Plaintiff, )
8       v.                              )
9   SAMSUNG ELECTRONICS COMPANIES,      )
10  et al,                              )
11                           Defendants.)
12  _____)
13
14      H I G H L Y   C O N F I D E N T I A L
15         * ATTORNEYS' EYES ONLY *
16
17        DEPOSITION OF PETER BRESSLER
18
19             Washington, D.C.
20              April 24, 2012
21
22
23
24  Reported by:  Mary Ann Payonk, RDR-CRR
25  Job No. 48797

Highly Confidential - Attorneys' Eyes Only

Page 2

1
2
3
4                April 24, 2012
5                 9:13 a.m.
6
7        Deposition of PETER BRESSLER, held at
8   the law offices of Quinn Emanuel, 1299
9   Pennsylvania Avenue, N.W., Washington, D.C.,
10  pursuant to Notice before Mary Ann Payonk,
11  Certified Realtime Reporter and notary public
12  of the District of Columbia.
13
14
15
16
17
18
19
20
21
22
23
24
25

1  APPEARANCES:
2  ON BEHALF OF SAMSUNG:
3      MICHAEL ZELLER, ESQUIRE
4      BRETT ARNOLD, ESQUIRE
5      Quinn Emanuel Urquhart & Sullivan, LLP
6      865 S. Figueroa St., 10th Floor
7      Los Angeles, CA 90017
8
9  ON BEHALF OF APPLE:
10     CHARLES S. BARQUIST, ESQUIRE
11     Morrison & Foerster LLP
12     555 West Fifth Street, Suite 3500
13     Los Angeles, CA 90013
14
15     SARAH L. PRUTZMAN, ESQUIRE
16     Morrison & Foerster LLP
17     1290 Avenue of the Americas
18     New York, New York 10104
19
20 ALSO PRESENT:
21     Conway Barker, Legal Video Specialist
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 143

| | | |
|---|---|---|
| 1 | that any consumer who purchased an iPhone at | 02:03 |
| 2 | any time through any Apple website was confused | 02:03 |
| 3 | into believing that the device that he or she | 02:03 |
| 4 | was buying was a Samsung device? | 02:03 |
| 5 |     A.   I have no evidence to that effect. | 02:03 |
| 6 |     Q.   Do you have any knowledge or | 02:03 |
| 7 | information to believe that any consumer who | 02:03 |
| 8 | purchased an iPhone at any time through any | 02:03 |
| 9 | carrier was confused into believing that the | 02:04 |
| 10 | device that he or she was buying was a Samsung | 02:04 |
| 11 | device? | 02:04 |
| 12 |     A.   I have no facts in that regard. | 02:04 |
| 13 |     Q.   Do you have any knowledge or | 02:04 |
| 14 | information to suggest that any consumer has | 02:04 |
| 15 | ever purchased a Samsung device or an Apple | 02:04 |
| 16 | device believing it was actually a device | 02:04 |
| 17 | manufactured by the other? | 02:04 |
| 18 |     A.   I have no direct evidence. | 02:04 |
| 19 |     Q.   Do you believe that consumers are | 02:04 |
| 20 | confused?  Or have been confused? | 02:04 |
| 21 |     A.   I believe it is possible for | 02:04 |
| 22 | consumers to be confused. | 02:04 |
| 23 |     Q.   My question is:  Do you believe that | 02:04 |
| 24 | consumers have been confused at any time when | 02:04 |
| 25 | purchasing Apple devices or Samsung devices | 02:04 |

Highly Confidential - Attorneys' Eyes Only

Page 144

| | | |
|---|---|---|
| 1 | into thinking that they are the devices of the | 02:05 |
| 2 | other manufacturer? | 02:05 |
| 3 |     A.   I don't know. | 02:05 |
| 4 |     Q.   You don't know if you have a belief? | 02:05 |
| 5 |     A.   I have no direct evidence or | 02:05 |
| 6 | experience that would tell me that I should | 02:05 |
| 7 | believe that other than the opinions I've | 02:05 |
| 8 | formed about how substantially similar the | 02:05 |
| 9 | Samsung phones are to the iPhone patents. | 02:05 |
| 10 |     Q.   When you've looked at Samsung | 02:05 |
| 11 | devices, did you think to yourself and were you | 02:05 |
| 12 | confused into believing they were Apple | 02:05 |
| 13 | devices? | 02:05 |
| 14 |     A.   When? | 02:05 |
| 15 |     Q.   At any time. | 02:05 |
| 16 |     A.   When I first saw a Samsung phone in | 02:06 |
| 17 | the Galaxy line, I do recall being impressed | 02:06 |
| 18 | with how much they looked like an iPhone. | 02:06 |
| 19 | Whether I -- I personally was not deceived into | 02:06 |
| 20 | thinking they were the same because I'm a | 02:06 |
| 21 | designer and I could recognize the minor | 02:06 |
| 22 | differences. | 02:06 |
| 23 |     Q.   And in your view, the typical, | 02:06 |
| 24 | ordinary member of the public is too stupid to | 02:06 |
| 25 | tell the difference between the two? | 02:06 |

Highly Confidential - Attorneys' Eyes Only

Page 145

| | | |
|---|---|---|
| 1 | MR. BARQUIST: Objection, misstates | 02:06 |
| 2 | the testimony. | 02:06 |
| 3 | A. I don't think I would use that word. | 02:06 |
| 4 | Q. They're just gullible and stupid? | 02:06 |
| 5 | A. No, I don't think -- | 02:06 |
| 6 | MR. BARQUIST: Objection, misstates | 02:06 |
| 7 | the testimony. | 02:06 |
| 8 | (Reporter admonition) | 02:06 |
| 9 | BY MR. ZELLER: | 02:06 |
| 10 | Q. Do you think consumers are confused | 02:06 |
| 11 | when they buy these smartphones and they | 02:06 |
| 12 | confuse Apple products and Samsung products | 02:07 |
| 13 | when they are doing it? | 02:07 |
| 14 | MR. BARQUIST: Objection, | 02:07 |
| 15 | overbroad, vague and ambiguous. | 02:07 |
| 16 | A. I believe that the overall impression | 02:07 |
| 17 | of the two phone -- the several phone designs | 02:07 |
| 18 | are substantially similar enough that someone | 02:07 |
| 19 | could mistake one for another. | 02:07 |
| 20 | Q. Is there some reason you won't answer | 02:07 |
| 21 | my question? | 02:07 |
| 22 | MR. BARQUIST: Objection, | 02:07 |
| 23 | argumentative. | 02:07 |
| 24 | Q. I'm trying to find out. We'll get to | 02:07 |
| 25 | other opinions you have. I'm trying to find a | 02:07 |

Highly Confidential - Attorneys' Eyes Only

Page 146

| | | |
|---|---|---|
| 1 | baseline here right now. | 02:07 |
| 2 | Please tell me, In your expert | 02:07 |
| 3 | opinion, do you believe that consumers get | 02:07 |
| 4 | confused during the course of their purchasing | 02:07 |
| 5 | decisions and confuse Apple devices with | 02:07 |
| 6 | Samsung devices or vice versa? | 02:07 |
| 7 | A.   I do not know if they get confused. | 02:07 |
| 8 | Q.   Do you believe they do? | 02:08 |
| 9 | MR. BARQUIST:  Objection, asked and | 02:08 |
| 10 | answered. | 02:08 |
| 11 | A.   I don't know if they get confused. | 02:08 |
| 12 | Q.   Do you believe, based on all the | 02:08 |
| 13 | information you have available to you about all | 02:08 |
| 14 | the circumstances that go into the purchasing | 02:08 |
| 15 | process, believe that consumers purchase | 02:08 |
| 16 | Samsung phones thinking that they're Apple | 02:08 |
| 17 | phones? | 02:08 |
| 18 | MR. BARQUIST:  Objection, asked and | 02:08 |
| 19 | answered. | 02:08 |
| 20 | A.   I would believe by the end of the | 02:08 |
| 21 | purchasing decision process, the consumer would | 02:08 |
| 22 | have to know which phone he was buying. | 02:08 |
| 23 | Q.   Is that also your belief with respect | 02:08 |
| 24 | to consumer purchasing of tablet computer | 02:09 |
| 25 | devices? | 02:09 |

Highly Confidential - Attorneys' Eyes Only

Page 147

| | | |
|---|---|---|
| 1 | A. Again, I believe by the time the | 02:09 |
| 2 | purchase decision was made and you're paying | 02:09 |
| 3 | for your device, you would know which device | 02:09 |
| 4 | you were paying for. | 02:09 |
| 5 | Q. Are Samsung devices sold in Apple | 02:09 |
| 6 | stores? | 02:09 |
| 7 | A. No. | 02:09 |
| 8 | Q. Are Apple devices sold in Samsung | 02:09 |
| 9 | stores? | 02:09 |
| 10 | A. I was unaware there were Samsung | 02:09 |
| 11 | stores. | 02:09 |
| 12 | Q. So you don't have any knowledge or | 02:09 |
| 13 | information about those kinds of retail | 02:09 |
| 14 | outlets; is that true? | 02:09 |
| 15 | MR. BARQUIST: Objection, lacks | 02:09 |
| 16 | foundation, vague and ambiguous. | 02:09 |
| 17 | A. Retail outlets that I'm aware of, | 02:09 |
| 18 | such as Best Buy and AT&T, do sell both lines | 02:09 |
| 19 | of products. | 02:09 |
| 20 | Q. I'm trying to find out something in | 02:10 |
| 21 | particular. Do you have any knowledge or | 02:10 |
| 22 | information about any Samsung retail stores? | 02:10 |
| 23 | A. No. | 02:10 |
| 24 | MR. BARQUIST: Objection, vague and | 02:10 |
| 25 | ambiguous. | 02:10 |

Highly Confidential - Attorneys' Eyes Only

Page 148

| | | |
|---|---|---|
| 1 | A. I'm sorry. | 02:10 |
| 2 | Q. Did you do anything as an expert to | 02:10 |
| 3 | try and understand the consumer experience in | 02:10 |
| 4 | the Apple stores? | 02:10 |
| 5 | A. No, I don't believe so. | 02:10 |
| 6 | Q. Did you do anything as an expert to | 02:10 |
| 7 | try and understand the consumer experience in | 02:10 |
| 8 | purchasing products through any Apple website? | 02:10 |
| 9 | A. Beyond my own experience as an | 02:10 |
| 10 | individual, no. | 02:10 |
| 11 | Q. Please tell me your understanding of | 02:10 |
| 12 | the consumer evaluation and purchasing process | 02:10 |
| 13 | for electronic devices that are sold through | 02:11 |
| 14 | carriers such as AT&T and Verizon. | 02:11 |
| 15 | A. Could you repeat that, please? | 02:11 |
| 16 | MR. ZELLER: Yeah, if we can read | 02:11 |
| 17 | it back. | 02:11 |
| 18 | (The reporter read from the record.) | 02:11 |
| 19 | A. I suspect that the purchasing process | 02:11 |
| 20 | would to some degree be different depending | 02:11 |
| 21 | upon which kind of electronic device they're | 02:11 |
| 22 | going to buy. | 02:11 |
| 23 | BY MR. ZELLER: | 02:11 |
| 24 | Q. Please tell me your understanding of | 02:11 |
| 25 | the circumstances under which consumers | 02:11 |

Page 149

1  evaluate and purchase smartphones through             02:11
2  carriers here in the United States.                   02:12
3       A.   To the best of my knowledge -- and I        02:12
4  don't have any documentation that supports a          02:12
5  particular process.  But my -- I would expect         02:12
6  that they would evaluate what they understood         02:12
7  about different phone models, compare them to         02:12
8  one another, and go to a store and compare them       02:12
9  to one another and make a decision based upon a       02:12
10 number of factors, including price,                   02:12
11 performance, and appearance.                          02:12
12      Q.   Do you have any other -- any other          02:12
13 understanding?                                        02:12
14      A.   Not beyond that as I sit here today.        02:12
15      Q.   Isn't it true that when a consumer          02:12
16 encounters a smartphone in a carrier store or         02:13
17 carrier outlet that often, consumers actually         02:13
18 see some sort of marketing content on the             02:13
19 device?                                               02:13
20           MR. BARQUIST:  Objection, vague and         02:13
21      ambiguous.                                       02:13
22      A.   I don't know as a general rule, but I       02:13
23 have seen marketing content on phones in -- in        02:13
24 stores.                                               02:13
25      Q.   In your view, does that have any            02:13

Page 281

1      C E R T I F I C A T E

2  DISTRICT OF COLUMBIA:

3

4      I, MARY ANN PAYONK, CRR-RDR, CBC, CCP,

5  CLR, shorthand reporter, do hereby certify:

6      That the witness whose deposition is

7  hereinbefore set forth was duly sworn, and that

8  such deposition is a true record of the

9  testimony given by such witness.

10     I further certify that I am not related

11 to any of the parties to this action by blood

12 or marriage, and that I am in no way interested

13 in the outcome of this matter.

14     IN WITNESS WHEREOF, I have hereunto set

15 my hand this 24th day of April, 2012.

16

17     _____

18     MARY ANN PAYONK, CRR-RDR, CBC, CCP, CLR

19     Shorthand Reporter

20

21

22

23

24

25