HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**United States District Court**
**Northern District of California**
**San Jose Division**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF SAMUEL J. MASELLI IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DISCOVERY**<br><br>Date:   January 19, 2012<br>Time:  10:00am<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**SUBMITTED UNDER SEAL** |

DECLARATION OF SAMUEL J. MASELLI IN
SUPPORT OF APPLE'S OPPOSITION TO
SAMSUNG'S MOTION TO COMPEL
Case No. 11-cv-01846 (LHK)

1

I, Samuel J. Maselli, hereby declare as follows:

1.      I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of California, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.      The parties have exchanged various correspondence regarding the production of source code for the accused Apple products.  Attached as <u>Exhibit A</u> is a true and correct copy of a letter from me to Melissa Chan (counsel for Samsung) dated December 6, 2011.  Attached as <u>Exhibit B</u> is a true and correct copy of a letter from Diane Hutnyan (counsel for Samsung) to Mia Mazza (counsel for Apple) dated January 2, 2012.  Attached as <u>Exhibit C</u> is a true and correct copy of an email from Peter Kolovos (counsel for Apple) to Diane Hutnyan dated January 3, 2012.  Attached as <u>Exhibit D</u> is a true and correct copy of a letter from Mia Mazza to Charles Verhoeven (counsel for Samsung) dated January 7, 2012.

3.      We understand that counsel for Samsung and Intel have been in communication since at least December 22, 2011 about the production of Intel's baseband source code for Apple's accused products.  Attached as <u>Exhibit E</u> is a true and correct copy of a letter from Christopher Kelly (counsel for Intel) to Todd Briggs (counsel for Samsung) sent on January 13, 2012.

4.      With its patent local rule disclosures, Apple produced detailed schematics, schematic board diagrams, and programming guides for the accused Apple products.  These documents show circuit schematics, pin layouts, and subcomponents of the accused products, and include a comprehensive guide on programming in iOS.  Apple's production of technical

2

DECLARATION OF SAMUEL J. MASELLI IN
SUPPORT OF APPLE'S OPPOSITION TO
SAMSUNG'S MOTION TO COMPEL
Case No. 11-cv-01846 (LHK)

documents related to the accused Apple products has continued both in this action and a related action between the parties -- to date, Apple's total production across both United States cases includes over four million pages of documents relevant to this action from the files of Apple engineers whose work relates to the accused Apple products.  These materials include additional schematics, bills of material, specifications, testing data, certification documentation, project build status information and data, and email correspondence concerning accused product technical issues.

5. With respect to technical documents relating to the Intel baseband processor chips used in the accused Apple products, on January 11, 2012, Intel provided Apple consent to produce to Samsung those Intel documents that Apple has located thus far (as reflected in Exhibit E).  Apple will be producing over 21,000 pages of these documents to Samsung this week.  These documents reflect information about the operation of the baseband chips in the accused Apple products and also include communications between Apple's and Intel's engineers, such as:

- Presentations regarding the baseband chips used in the original iPhone, iPhone 3G, and iPhone 3GS;
- Progress reports regarding the design and implementation of the chips in the original iPhone, the iPhone 3G, and the iPhone 3GS, including hardware delivery schedules, project plans, and test results;
- Detailed technical specifications, design specifications and manuals;
- Detailed manuals regarding specific functionality of the chips, including the Layer 1 software stack and Layer 2 AT command interface;
- Emails between Apple and Intel engineers detailing bug identification, tracking, and resolution; and
- Presentations regarding chip packaging, structure, and RF design.

3

DECLARATION OF SAMUEL J. MASELLI IN
SUPPORT OF APPLE'S OPPOSITION TO
SAMSUNG'S MOTION TO COMPEL
Case No. 11-cv-01846 (LHK)

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.  Executed on this 17th day of January, 2012, in Palo Alto, California.

5  Dated:  January 17, 2012                                  */s/ Samuel J. Maselli*
                                                                          Samuel J. Maselli

4

DECLARATION OF SAMUEL J. MASELLI IN
SUPPORT OF APPLE'S OPPOSITION TO
SAMSUNG'S MOTION TO COMPEL
Case No. 11-cv-01846 (LHK)

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Samuel J. Maselli has concurred in this filing.

Dated: January 17, 2012                     /s/ *Richard S.J. Hung*
                                            Richard S.J. Hung