| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **APPLE INC.'S STATEMENT REGARDING SEPTEMBER 18, 2012 ORDER** |

APPLE INC.'S STATEMENT RE SEPTEMBER 18, 2012 ORDER
Case No. 11-cv-01846-LHK (PSG)

On September 18, 2012, Magistrate Judge Grewal issued an order granting-in-part and denying-in-part various motions by the parties to file documents under seal.  (Dkt. 1978.)  Among other things, Judge Grewal instructed the parties to "file within fourteen days documents that comply with the court's determinations[.]"  Apple Inc. ("Apple") is informed that Motorola intends to file, and Siemens may file, their own motions to seal related to Exhibits 23 and 24 to the Declaration of S. Calvin Walden (Dkt. 737).  Further, Samsung has requested that Apple refrain from filing Exhibits 42 and 43 to the Declaration of Mia Mazza (Dkt. 736) in order to give Sprint and T-Mobile an opportunity to evaluate whether they will move to seal those exhibits.  Accordingly, Apple will refrain from filing the aforementioned documents publicly to permit the Court time to consider any forthcoming motions to seal from third parties.

Dated: October 2, 2012            WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

                                  By:   */s/ Mark D. Selwyn*
                                        Mark D. Selwyn

                                        Attorneys for Plaintiff and
                                        Counterclaim-Defendant APPLE INC.

APPLE INC.'S STATEMENT RE SEPTEMBER 18, 2012 ORDER
Case No. 11-cv-01846-LHK (PSG)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 2, 2012 to all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ *Mark. D Selwyn*
Mark D. Selwyn

APPLE INC.'S STATEMENT RE SEPTEMBER 18, 2012 ORDER
Case No. 11-cv-01846-LHK (PSG)