# Exhibit C

**Samsung's Production of Documents from Custodial Files of Samsung Designers As of 1/24/2012**

| Custodian | Produced By 10/13/11 | | Produced from 10/14/11 to 12/31/11 | | Produced After 12/31/11 | |
|---|---|---|---|---|---|---|
| | All | Ref. Apple[1] | All | Ref. Apple | All | Ref. Apple |
| Jinsoo Kim | 445 | 10 | 131 | 4 (12/29/11) <br> 2 (12/31/11) | 217 | 0 |
| Jung Min Yeo | 43 | 8 | 0 | 0 | 504 | 0 |
| Minhyouk Lee | 17 | 0 | 12 | 6 (12/29/11) | 0 | 0 |
| GiYoung Lee | 915 | 11 | 1 | 0 | 0 | 0 |
| Yongseok Bang | 21 | 0 | 1 | 0 | 1 | 0 |
| Bora Kim | 703 | 1 | 15 | 12 (12/29/11) | 161 | 66 (1/7/12) |
| Yunjung Lee | 96 | 23 | 12 | 1 (12/7/11) <br> 11 (12/29/11) | 1148 | 12 (1/7/12) |
| Wookyun Kho | 114 | 6 | 0 | 0 | 35 | 0 |
| Kihyung Nam | 0 | 0 | 0 | 0 | 360 | 0 |
| Dooju Byun | 53 | 24 | 1 | 1 (12/7/11) | 10 | 0 |
| Jaegwan Shin | 1 | 0 | 87 | 29 (12/23/11) | 0 | 0 |
| Qi Ling | 36 | 15 | 33 | 18 (12/29/11) | 0 | 0 |
| Jeeyeun Wang | 3 | 0 | 0 | 0 | 1846 | 945 (1/13/12) <br> 11 (1/23/12) |
| **Total** | 2446 | 98 (4%)[2] | 293 | 84 (28%) | 4282 | 1034 (24%) |

---

[1] Documents referencing Apple or Apple products.
[2] The percentage of documents referencing Apple or Apple products in the total production from the designer custodian files in the relevant period.

sf-3102197