# Exhibit L

# Corey K. Cho, J.D.

6599 McAbee Rd, San Jose, CA 95120

(352) 359-5163
coreykcho@yahoo.com

February 4, 2012

Certificate of Translation

I hereby certify that the Korean to English translation of the
**SAMNDCA00201771 – SAMNDCA00201780**
is an accurate and complete rendering of the contents of the source document
to the best of my knowledge, except for the "Translation" markings
which are provided to indicate pages with translated text.
This marking is not part of the original document.
I further certify that I translated said document and
that I am a professional competent in both languages with more than
five (5) years of professional experience and several years of
apprenticeship in Korean to English translation.

By: _____
Corey K. Cho

TRANSLATION

## Analysis of Galaxy tab Operation Speed and Screen Effects

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | No. | Application | Category | Content |
| 5 | | 1 | Music | Performance | On Artist Tab, the response speed is slow when moving Split horizontally |
| 6 | | 2 | Music | List Scroll | On Album, Songs, scrolling is not smooth |
| 7 | | 3 | Music | List Bounce | On Album, Songs, Bounce effect has no emotional impact |
| 8 | | 4 | Music | Screen Switch (black screen) | When sharing mp3 files through Share via, black screen is displayed when screen switch occurs |
| 9 | | 5 | Music | Graphic effect | On Album Tab, the Album Popup effect is awkward |
| 10 | | 6 | Music | Screen Switch (insufficient effect) | After selecting the file to share from Share via, no effect exists to indicate the transfer to the shared device<br>- refer to an effect similar to that of iPad Mail transfer |
| 11 | | 7 | Music | Graphic effect | When deleting music files, the screen blinks<br>-uncertain as to which file was deleted |
| 12 | | 8 | Music | Graphic effect | When checking the list from Add to Playlist, the momentary blinking effect of Focus is awkward |
| 13 | | 9 | Calendar | Screen Switch (black screen) | When opening Calendar, the entire screen blacks out first, then the Calendar screen fades in to appear |
| 14 | | 10 | Calendar | Performance | When using the bottom area of the Day/Week/Month screen to move dates, the page is scrolled horizontally, and this screen transition is not smooth. |
| 15 | | 11 | Calendar | List Scroll | Scrolling of the List view is not smooth |
| 16 | | 12 | Calendar | Screen Switch (consistency) | Screen switch has no consistency<br>- when executing Create > back, the Fade out effect shows; when executing Menu > Settings > back, the sliding effect shows. |
| 17 | | 13 | Contact | Screen Switch (black screen) | When opening Contacts, the entire screen blacks out first, then the screen fades in to get displayed |
| 18 | | 14 | Contact | Performance | When selecting an item from a Group included in the Group List, the resulting screen switch is unnatural<br>- the Category List on the left-hand side scrolls to the left  after the fade-out animation occurs but this is not smooth |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | F | G | H |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | Comparison with iPad | Analysis | Step |
| 5 | | Cannot keep up with the hand movements, and fast movements cause discontinuity | Select Artist Tab > Split Window Size Adjustment |
| 6 | | Animation is carried out at a lower FPS (Frame Per Second) compared to the iPad, so its movement is perceived to be not smooth | Select Album Tab > List Scroll |
| 7 | Upon releasing the dragged List, the speed is initially fast but it slows down just before coming to a stop for smooth movement | At the time of releasing the dragged List, the speed of the List returning to the original location is too quick and thus does not give a smooth impression<br>On iPad, after release, the speed of returning to the original location steadily reduces to make the motion appear natural | Select Album Tab > Scroll from the very top/bottom of the List |
| 8 | | Mail transfer is possible only after black screen appears interim rather than by directly connecting to the Mail Transfer Window | Share via > All share/Email/Message > Select items |
| 9 | Pop-ups, when they occur, give an impression of seamless transition with a 3D rotational effect | | Select Album Tab > Select Album Art |
| 10 | In Mail, it provides the effect of the selected content being sucked into the receiving folder | After choosing a file, switches to shared Apps without any screen effects, which is too simplistic | Share via > Select App > Select items |
| 11 | | No screen effect when deleting, only a blinking of the screen when a file is deleted | Menu Option > Delete |
| 12 | Provides the effect of the colors of Focus fading out for a fixed period of time when releasing Focus | When Focus is located, it blinks too momentarily | Add to Playlist > Select File |
| 13 | | Black screen appears for too long before Calendar is opened, giving the impression that a long  time has lapsed | Execute Calendar |
| 14 | Smooth switching of screen with the effect of turning a page of the calendar | The screen does not switch smoothly, but intermittently gets cut off while switching occurs | Calendar > Move dates using the Bar at the bottom |
| 15 | | In scrolling the List, it does not move according to the movements of the hand, and it also gets cut off | Select List Tab > Scroll List |
| 16 | | While adding a contact, in executing Back, the screen's transparency changes and returns to the previous screen. Inconsistent Back Motion as in other Apps & Option Menu | Contact > Back after Add |
| 17 | | Black screen is displayed for a long time before Contacts is executed, giving impression of a long time lapse. | Execute Contacts |
| 18 | | The fade-out speed of both left and right areas is slow, and thereafter, contacts information scrolls to the left, but this movement is slow and the screen gets cut off | Select Group Tab > Select Contact from Right |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRANSLATION

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 19 | | 15 | Contact | List Scroll | In scrolling Favorites/ Groups/ Contacts List, items (unintentionally) get selected. |
| 20 | | 16 | Contact | List Bounce | In scrolling Favorites/ Groups/ Contacts List, the Bounce effect has no emotional impact. |
| 21 | | 17 | Contact | Screen Switch (insufficient effect) | When adding to Contacts, there is no screen switch effect and the screen blinks (iPad provides a screen switch effect).<br>It switches to a completely different looking screen. |
| 22 | | 18 | Contact | Graphic effect | When selecting an item from Contacts List to edit, iPad provides an Edit screen, pushing the existing screen to the left to give continuity, but P1 switches the entire screen with the sliding effect. |
| 23 | | 19 | Contact | Graphic effect | After entering the Edit mode, when deleting the items from List, the items being deleted disappear all at once without any effect, which makes it feel unemotional |
| 24 | | 20 | Contact | SIP Animation | When adding a new contact, SIP Call/Hide animation is not smooth. |
| 25 | | 21 | Dialer | SIP Animation | When entering the Create Message screen, the appearing SIP animation blinks |
| 26 | | 22 | Memo | SIP Animation | When creating a Memo, the SIP animation called for blinks. |
| 27 | | 23 | Memo | Graphic effect | When selecting a created Memo and switching the page, the sliding effect has been applied but it is not visibly noticeable. |
| 28 | | 24 | Memo | Graphic effect | When deleting a created Memo, such deletion occurs without any effect and thus has no emotional impact |
| 29 | | 25 | Memo | List Bounce | On the Memo detail view screen, no Bounce effect is provided and thus has no emotional impact. |
| 30 | | 26 | Video | Screen Switch (insufficient effect) | From the vertical mode, when executing the Video function from Thumbnail list, the resulting screen effect is awkward. |
| 31 | | 27 | Video | Screen Switch (black screen) | When returning to the List after Video play ends, a black screen appears first, then switches to the List screen. |
| 32 | | 28 | Video | List Bounce | Upon releasing the List screen after dragging it, the Bounce effect is provided with no regard to speed, so it has no emotional impact. |
| 33 | | 29 | Video | Screen Switch (insufficient effect) | Selecting from mosaic Thumbnail screen to return to Video Player, no screen switch effect exists.  Need animation to seamlessly connect to Video Player as Thumbnail expands |
| 34 | | 30 | Phone | Screen Switch (black screen) | When entering the Phone, a black screen first appears then the Apps screen is displayed. |
| 35 | | 31 | Internet | Performance | In screen-scrolling/panning, the screen intermittently gets cut off and is not smooth. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201773

| | F | G | H |
|---|---|---|---|
| 19 | | While scrolling to change the location of the List, the contact located on the part where the scroll touched ends up being selected, and is displayed on the right. | Scrolling on Favorites/Groups/Contacts List |
| 20 | Upon releasing the List after dragging, the speed is initially fast but it slows down just before coming to a stop for smooth movement. | Upon releasing the List after dragging, the speed of the List returning to its original location is too fast and thus does not give a smooth impression. On iPad, after release, the speed of returning to the original location steadily reduces to make the motion appear natural | Select each Tab > List Top/Bottom Scroll |
| 21 | In moving to Edit screen, the Notebook metaphor is maintained and the screen switches with seamless animation | Instant teleport to the screen with a different look overall | Add Contact |
| 22 | | Editing is possible only after moving to a screen with overall different looks instead of maintaining the existing screen. | Contacts> Edit |
| 23 | Items to be deleted disappear smoothly, providing the effect of the List being pushed up | | Contacts > Select Contact > Edit > Delete Item form the List |
| 24 | Provides the effect of SIP ascending by gently pushing up the overall screen. | | Contacts > Add |
| 25 | | | Phone > Dialer Tab > Message |
| 26 | Provides the effect of SIP ascending by gently pushing up the overall screen. | | Memo > Create Memo |
| 27 | Provides the effect of smooth turning of a page | | Memo > move between Memo pages |
| 28 | Provides the effect of the Delete Icon (trash) opening up and sucking in the paper. | | Memo > Delete Memo |
| 29 | Provides the Bounce effect | | Memo > Select Memo > detail view |
| 30 | | 1. Animation for expanding occurs while the now vertically switched thumbnail appears as an overlay right on the horizontal thumbnail. 2. Animation for expanding the thumbnail to full size is not smooth. 3. After appearing in full screen, black screen is displayed again, after which the loading icon is displayed. | Video > Vertical Mode |
| 31 | | | Video > Play > Stop |
| 32 | Speed gradually reduces and Bounce occurs | | Video |
| 33 | | | Video |
| 34 | | | Enter Phone |
| 35 | Screen motion is smooth | | Browser |

SAMNDCA00201774

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 36 |  | 32 | Internet | Performance | In expanding screen with a double-tap, the screen intermittently gets cut off and is not smooth |
| 37 |  | 33 | Internet | Graphic effect | In switching screen between multi-windows, it feels unemotional because the screen reduces without any Tension effect. |
| 38 |  | 34 | Internet | Graphic effect | Animation effect for multi-window deletion is too simplistic compared to the iPad. |
| 39 |  | 35 | Internet | List Bounce | No emotional impact because Browser screen provides no Bounce effect |
| 40 |  | 36 | E-mail | Graphic effect | Selecting and deleting from received mail (Inbox) has no emotional impact because it simply checks a box to delete. |
| 41 |  | 37 | E-mail | Graphic effect | Selecting a Mail and moving to a different mailbox has no emotional impact because the mail simply disappears as it moves. |
| 42 |  | 38 | E-mail | Graphic effect | No applied effect in attaching picture files to e-mails. Only the added picture file names are displayed. |
| 43 |  | 39 | Readers Hub | Screen Switch (black screen) | In executing Readers Hub, black screen appears first, then wooden background is displayed, and then Contents displayed afterward. |
| 44 |  | 40 | Readers Hub | Screen Switch (consistency) | The screens upon which Library, Newspaper, Magazines, Expert Knowledge, Comic Books are executed lack consistency in their screen-switching effect. |
| 45 |  | 41 | Readers Hub | Screen Switch (black screen) | When selecting an item from "Expert Knowledge" to execute and to close, the screen switch is unnatural. |
| 46 |  | 42 | Readers Hub | Graphic effect | The screen on which to view Management Note from "Expert Knowledge" does not correspond to the Real Metaphor expressing the screen switch. |
| 47 |  | 43 | Readers Hub | List Bounce | When viewing Management Note from "Expert Knowledge," the Bounce effect at the beginning and ending pages is awkward. |
| 48 |  | 44 | Readers Hub | List Bounce | The Bounce effect of Bookshelf from "Expert Knowledge" is awkward. |
| 49 |  | 45 | Readers Hub | Screen Switch (black screen) | On "Expert Knowledge," switching from Bookshelf to List is awkward because a wooden background is displayed before the switch occurs. |
| 50 |  | 46 | Readers Hub | Graphic effect | When switching from "Expert Knowledge" to Store, black screen first appears then the switch occurs, so the screen switch effect lacks emotional impact compared to the iPad. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00201775

| | F | G | H |
|---|---|---|---|
| 36 | Screen expands smoothly | | Browser |
| 37 | When switching to multi-window screen, if provides the effect of the screen shrinking to slightly smaller than thumbnail size, then bulging to the size of thumbnail. | | Browser > Multi-window |
| 38 | Provides the Genie effect of folding up images | Provides the effect of simply reducing the window size | Browser > Multi-window > Delete Window |
| 39 | Provides the Bounce effect | | Browser |
| 40 | Mail accumulates with every selection, and when deleting, the effect of the accumulated mail disappearing into the List is provided | | Email > Inbox > Delete |
| 41 | Provides the effect of mail shrinking and entering into appropriate mailboxes | | Email > Select Mail > Move to different Mailboxes |
| 42 | iPad continues to show photos while providing the suction effect | | Menu – Open Email > Compose Mail button on the top right corner – Attach button – Select file to attach |
| 43 | On the iPad, the bookshelf frame screen used on the iBook becomes larger and is displayed. | When executing an App by clicking on the icon from the Menu, black screen is used in the expansion effect (Memo, Browser use white screen, and for Maps, the default checker pattern background screen, as it enlarges, is applied) | Menu – Execute Readers Hub |
| 44 | iBook does not provide Category | Tech Store maintains the title on the top on black screen and switches with the right side sliding effect, Kyobo eBook's white screen switches by applying the sliding effect, and Expert Knowledge switches the screen with the effect of a bookshelf ascending from bottom to top | Menu – Readers Hub – Select Each Item |
| 45 | In case of the iBook, the book pages open and expand in view, and then view naturally turns to the page last opened | In opening, white background first appears with no effect, then contents displayed afterward (blinking feeling); in closing, black screen displayed first, then the book page appears afterward with the right side sliding effect | Menu – Readers Hub – Expert Knowledge – when selecting Item, when pressing the back key afterward |
| 46 | iBook applies the effect of turning the pages of a book just like in real life | The page is switched with sliding method, and the applied sound effect occurs later than the actual page switching action, which feels awkward | Menu – Readers Hub – Expert Knowledge – select Item – switching pages with horizontal flick |
| 47 | iBook applies the turning pages effect, therefore, no Bounce effect | It feels cramped and awkward since the Bounce effect applied here is not as much as applied in other Apps, allowing movement of only about 1cm | Menu – Readers Hub – Expert Knowledge – select Item – Move to Last Page – when attempting to move to the next page |
| 48 | In case of the iBook, the initial speed is fast abd then laterr transitions to a slower speed, which feels natural | In case of P1, there is a change in speed t, but, there is a clear line between fast and slow speeds, which gives a feeling of discontinuity | Menu – Readers Hub – Expert Knowledge – move the bookshelf to execute the Bounce effect. |
| 49 | In case of the iBook, switch occurs directly without any images | When switching from the ListView to Bookshelf screen, wood shape background screen is inserted in between, and one more screen switch takes place | Menu – Readers Hub – Expert Knowledge – Switch List button on top right – Bookshelf switch button on top right |
| 50 | In case of the iBook, Bookshelf flips and switches to Store | With sliding effect, the screen switches to black screen, in ending, wood pattern background slides out to switch to Bookshelf | Menu – Readers Hub – Expert Knowledge – Menu key – Enter Store the back key |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 51 |  | 47 | Readers Hub | Graphic effect | On viewer, when turning pages using the progress bar, there is no animation for such turning of pages |
| 52 |  | 48 | Readers Hub | Horizontal/ Vertical Rotation | After entering "Expert Knowledge," in switching the horizontal/vertical mode, the screen switch speed is slow and the screen blinks. |
| 53 |  | 49 | Settings | Graphic effect | In generating a usable List Menu, no screen effect exists |
| 54 |  | 50 | Settings | List Bounce | The List Bounce effect has no emotional impact. |
| 55 |  | 51 | Internet | Performance | In reducing web-page size, the reduction/expansion effect is not smooth and way too quick. |
| 56 |  | 52 | Internet | Graphic effect | In zooming out of a web page, the menu bar on the top changes arbitratily (iPad is stable and fixed) |
| 57 |  | 53 | World Clock | Graphic effect | In rotation of the Globe, the rotational speed is too fast and gives a feeling of discontinuity; the rotation does not stop even after a certain period of time has passed. |
| 58 |  | 54 | Map | Graphic effect | In designating locations, no effect exists, only displays information about the designated location (iPad provides the pin-drop-like screen effect) |
| 59 |  | 55 | Map | Graphic effect | In using Option, no effect exists; only provides options with the menu key (iPad provides the effect of turning the pages of maps) |
| 60 |  | 56 | Daily Briefing | Performance | When moving between pages, screen switch speed is slow and unsmooth. |
| 61 |  | 57 | myFiles | List Bounce | The List Bounce effect has no emotional impact |
| 62 |  | 58 | Camera | Horizontal/ Vertical Rotate | Switching of the Preview screen's horizontal/vertical mode is not possible (iPhone allows horizontal/vertical mode switching with the icons switching all together) |
| 63 |  | 59 | Camera | Graphic effect | In changing to self-recording mode, there is no screen switch effect (iPhone provides the switching effect of the screen rotating around) |
| 64 |  | 60 | Camera | Graphic effect | When recording ends, it returns to Record mode without any screen effect (iPhone provides the effect of the recorded photos getting sucked into Quick view). |
| 65 |  | 61 | Camera | Graphic effect | In entering Camera, the screen switch is not instant (iPhone allows instant screen switch, and while the actual camera execution speed is slower than our company's, it provides an aperture effect to give a fast-speed user experience) |
| 66 |  | 62 | Camera | Screen Switch (insufficient effect) | Camera – in switching to Camcorder mode, the entire screen blinks and switches the mode |
| 67 |  | 63 | Camera | Screen Switch (insufficient effect) | When connecting to Image Viewer from Camera, there is no switch effect. |

TRANSLATION

| | F | G | H |
|---|---|---|---|
| 51 | On iBook, using the progress bar, the turning page effect is applied when pages switches. | Switches to applicable screens without any effect being applied. | Menu – Readers Hub – Library – Bookshelf – select item – touch screen to see Menu – in switching pages from the progress bar below |
| 52 | On iBook, the screen switches naturally to horizontal/vertical mode without blinking | Screen blinks and Contents is displayed as if a wiping down effect in horizontal and vertical directions, has been applied | Menu – Readers Hub – Expert Knowledge – in switching to Horizontal/Vertical Mode. |
| 53 | iPad provides the effect of expanding the List (provides the effect of Wi-Fi search results getting expanded) | In changing Wi-Fi to On from the Off mode, the List blinks and gets generated at once. | Menu – Configuration – Mobile or Network – Wi-Fi setup – when Wi-Fi is On. |
| 54 | iPad applies change in speed, so that the effect is to move quickly at first and then to return gradually to the original location | Applies the effect of maintaining constant speed to return to the original location and then stopping, which causes a feeling of discontinuity | Menu – Settings – when the Bounce effect occurs with Dragging the List screen up and down. |
| 55 | | | |
| 56 | | | |
| 57 | None on the iPad | When rotating the Globe, the rotational speed is faster than intended, and while it needs to come to a stop as in a real Globe, it continues to rotate. | Menu – World Clock – Menu Key – Add City – Map view switch button on top right – when flicking the Globe shape horizontally. |
| 58 | Animation of a pin-drop from the screen top to stick on the map is shown. | | Execution of the Map App. |
| 59 | Provides animation for folding of the map like the paper map, by interactively responding to the fingers. | | Flicking the bottom right of the Map Screen |
| 60 | NA | | Daily Briefing Page Flicking |
| 61 | After dragging/releasing the very top/bottom of the List, the speed of the List returning to the original location is steadily reduced, which makes the movement look natural. | After dragging the List and then releasing, the speed of returning to the original location is too fast, which does not give a smooth impression. On the iPad, after release, the speed of returning to the original location is steadily reduced, which makes the movement look natural. | My files > Scroll from the very top/bottom of the LIst |
| 62 | | | Camera > Device rotate horizontally/vertically |
| 63 | Provides the effect of the screen being flipped into 3D | | Camera > Switch to Self recording mode |
| 64 | Animation of recorded screen getting sucked into Quick view at the bottom right | | Camera > Record |
| 65 | When entering Camera App, it first displays the existing screen, then shows the aperture animation while preparing for camera function to operate | Actual execution speed is faster in Galaxy tab, but iPhone shows appropriate animation until the camera is ready to operate, therefore helps the user to not feel any delay in user experience. | Enter Camera |
| 66 | | | Camera > Switch Camera/Camcorder Mode |
| 67 | | | Camera > Select Quick view photos |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TRANSLATION

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 68 |  | 64 | Alarm | List Bounce | The List Bounce effect has no emotional impact |
| 69 |  | 65 | Message | SIP Animation | SIP call animation blinks |
| 70 |  | 66 | Scientific Calculator | Screen Switch (black screen) | In executing scientific calculator, calculator screen is not immediately displayed but black screen appears first for a long time, and then the calculator screen is executed. |
| 71 |  | 67 | Home Screen | Horizontal/Vertical Rotate | In switching between horizontal/vertical mode, the switch is slow and causes the screen to be cut off (no screen switch effect) |
| 72 |  | 68 | Menu | Horizontal/Vertical Rotate | In switching between horizontal/vertical mode, the switch is slow and causes the screen to be cut off |
| 73 |  | 69 | Menu | Performance | In moving Icons from Edit mode, the effect of the interaction between the Icons is insufficient |
| 74 |  | 70 | eBook | Performance | In selecting a Book from Bookshelf, in case of P1 the Progress animation appears and it is slow in speed compared to the iPad. |
| 75 |  | 71 | eBook | Performance | In continuous Page switching, iPad allows to turn pages smoothly but in case of P1, the response is either slow or it gets broken/cut off. |
| 76 |  | 72 | eBook | Graphic effect | In moving the page to the bottom Page indicator, compared to the iPad, P1's moving speed is slow and gives an unnatural effect. |
| 77 |  | 73 | eBook | Horizontal/Vertical Rotate | In switching between horizontal/vertical view mode, the iPad switches naturally, but in case of P1, the Progress animation is generated and the speed is slow. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00201779

| | F | G | H |
|---|---|---|---|
| 68 | After dragging/releasing from the very top/bottom of the List, the speed of the List in returning to original location is steadily reduced, which makes the movement look natural. | After dragging the List and then releasing, the speed of returning to the original location is too fast, which does not give a  smooth impression On the iPad, after release, the speed of returning to the original location is steadily reduced, which makes the movement natural | Alarm > Scroll from the very top/very bottom of the List |
| 69 | | | Message > SIP Call/Hide Motion |
| 70 | | | |
| 71 | Background screen and Icon/Indicator/Quick Launch areas are separated and rotated. | Background screen and Icon/Indicator/Quick Launch areas are separated and the animation for rotating these is shown, in which the rotating motion appears as natural with proportionate screen ratio in horizontal/vertical directions | Home screen > Switch Horizontal/Vertical |
| 72 | | The switch animation is executed at a lower FPS (Frame Per second) compared to the iPad, giving the impression of unsmooth motion | Menu > Switch Horizontal/Vertical |
| 73 | Compare Video | The animation for moving Icon is executed at a lower FPS (Frame Per Second) compared to the iPad, giving the impression of unsmooth motion | Menu > Edit Mode |
| 74 | | | eBook > Enter Select Book |
| 75 | | The page-turning animation is executed at a lower FPS (Frame Per second) compared to the iPad, giving the impression of unsmooth motion | eBook  > Turning Pages |
| 76 | | | eBook > Move the page to the Page Indicator at the bottom. |
| 77 | | | eBook > Switch Horizontal/Vertical |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Galaxy tab 사용속도, 화면Effect 분석

| No. | Application | 분류 | 내용 |
|---|---|---|---|
| 1 | Music | 성능 | Artist Tab에서 Split을 좌우로 움직일 때 반응속도가 느림 |
| 2 | Music | 리스트 스크롤 | Album, Songs에서 Scroll시에 부드럽지 않음 |
| 3 | Music | 리스트 바운스 | Album, Songs에서 Bounce효과가 감성적이지 않음 |
| 4 | Music | 화면전환 (검은화면) | Share via로 mp3공유시 검은 화면이 표시되면서 화면 전환 발생 |
| 5 | Music | Graphic effect | Album Tab에서 Album Popup 효과가 어색함 |
| 6 | Music | 화면전환 (효과미흡) | Share via에서 공유할 파일 선택 후, 공유기기로 넘어가는 효과가 없음<br>- iPad Mail 이동시와 같은 효과 참조 |
| 7 | Music | Graphic effect | 음악 파일 삭제시, 화면이 깜박임<br>- 어떤 파일이 삭제되었는지 알 수 없음 |
| 8 | Music | Graphic effect | 재생목록에 추가 기능에서 List를 체크할 때 리스트에 Focus가 순간적으로 깜박이는 효과가 어색함 |
| 9 | Calendar | 화면전환 (검은화면) | 캘린더 실행 시, 전체화면이 검게 보인 이후 에서야, 캘린더 화면이 Fade in 되면서 나타남 |
| 10 | Calendar | 성능 | 일/주/월 화면 하단 영역을 이용하여, 날짜 이동시, 페이지가 좌/우로 스크롤 되는데 화면전환이 부드럽지 못함 |
| 11 | Calendar | 리스트 스크롤 | 목록 리스트 스크롤이 부드럽지 못함 |
| 12 | Calendar | 화면전환 (일관성) | 화면전환효과 일관성 없음<br>- Create > back시 Fade out효과, Menu > Settings > back시 슬라이드효과 |
| 13 | Contact | 화면전환 (검은화면) | 연락처 실행 시, 전체화면이 검게 보인 이후 에서야, 화면이 Fade in 되면서 나타남 |
| 14 | Contact | 성능 | 그룹 리스트의 그룹에 속한 아이템 선택시, 발생하는 화면 전환이 부자연 스러움<br>- 좌측의 카테고리 리스트가 페이드 아웃되는 애니메이션 이후에 좌측으로 Scroll이 되는데 부드럽지 못함 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201771

| | F | 분석 | 경로 |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | iPad비교 | 분석 | 경로 |
| 5 | | 손의 움직임을 제대로 따라오지 못하고 빨리 움직이는 경우 끊기는 현상 발생함 | Artist탭 선택 > Split 창 크기 조절 |
| 6 | | Animation이 iPad대비 낮은 FPS(Frame Per second)에서 실행되어 움직임이 부드럽지 않은 듯이 인식됨 | Album탭 선택 > 리스트 스크롤 |
| 7 | 리스트를 드래그 한 후 릴리즈 시 처음에는 속도가 빠르다가 멈추기 직전에 속도가 줄어들어 부드럽게 동작함 | 리스트를 드래그 한 이후, 릴리즈 시, 리스트가 원래 위치로 돌아가기 까지의 속도가 너무 빨라서 부드럽지 않게 인식됨<br>iPad의 경우, 릴리즈 이후, 원래 위치로 돌아가기 까지의 속도가 일정하게 감속되어 움직임이 자연스럽게 보임 | Album탭 선택 > 리스트 최상단/최하단에서 스크롤 |
| 8 | | Mail 전송창으로 바로 연결 되지 않고 중간에 검은 화면이 얼마간 표시 된 이후에야 mail 전송 가능함 | Share via > All share/Email/Message > Select items |
| 9 | Poup발생시, 3D로 로테이트 되는 효과가 보여져 Seamless하게 이어지는 느낌을 받음 | | Album탭 선택 > 앨범아트 선택 |
| 10 | Mail에서는 선택한 내용이 이동할 폴더로 빨려들어가는 효과를 주고 있음 | 파일 선택 후 아무런 화면효과 없이 공유할 어플로 전환이 되어 단순함 | Share via > 어플 선택 > Select items |
| 11 | | 파일 삭제와 동시에 화면만 깜박일 뿐 삭제 효과가 없음 | Menu Option > Delete |
| 12 | Focus를 릴리즈 하는 순간 일정시간동안 포커스 색상이 fade out 되는 효과 제공 | Focus가 위치할 때 너무 짧은 순간 깜박임 | Add to playlist > 파일 선택 |
| 13 | | 검은 화면이 오래 표시 된 후 캘린더가 실행 되어 시간이 오래 소요 되는 것으로 인식됨 | 일정 실행 |
| 14 | 달력을 넘기는 듯한 효과로 부드럽게 화면이 전환 됨 | 화면이 부드럽게 전환되지 않고 중간중간 끊기면서 전환되고 있음 | 일정 > 하단Bar를 이용하여 날짜 이동 |
| 15 | | 리스트를 스크롤 할 때 손의 움직임에 따라 이동이 되지 않으며 끊기면서 스크롤 됨 | List 탭 선택 > 목록 스크롤 |
| 16 | | 연락처 추가 중 Back 실행시 화면의 투명도가 변하면서 이전화면으로 복귀 됨. 타이틀 및 옵션 메뉴에서 Back 동작시와 일관성 떨어짐 | 연락처 > 추가 이후 Back |
| 17 | | 검은 화면이 오래 표시 된 후 연락처가 실행 되어 시간이 오래 소요 되는 것으로 인식됨 | 연락처 실행 |
| 18 | | 좌측 영역이 fade out 되는 속도가 느리며 이후 연락처 정보가 좌측으로 스크롤 되는데 화면이 끊기며 느리게 이동 되고 있음 | Group 탭 선택 > 우측에서 연락처 선택 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 19 | 15 | Contact | 리스트 스크롤 | 즐겨찾기 / 그룹 / 연락처 리스트에서 스크롤 시, 아이템이 선택되어 버림 |
| 20 | 16 | Contact | 리스트 바운스 | 즐겨찾기 / 그룹 / 연락처 리스트에서 스크롤 시, Bounce효과가 감성적이지 않음 |
| 21 | 17 | Contact | 화면전환 (효과미흡) | 연락처 추가 時 화면 전환 효과가 없고 깜박임 (iPad는 화면 전환 효과 제공) 상이한 Look이 화면으로 전환 됨 |
| 22 | 18 | Contact | Graphic effect | Contact List에서 Item 선택하여 Edit시, iPad는 화면이 왼쪽으로 밀리며 Edit화면이 제공되어 연속적인 반면, P1은 슬라이드 효과로 전체 화면이 전환됨 |
| 23 | 19 | Contact | Graphic effect | Edit mode 진입後 List에서 항목 삭제時, 삭제할 항목이 효과없이 한번에 사라져 감성적이지 않음. |
| 24 | 20 | Contact | SIP애니메이션 | 새 연락처 추가 時, SIP 호출/숨김 애니메이션이 부드럽지 못함. |
| 25 | 21 | Dialer | SIP애니메이션 | 메시지 작성화면 진입 時, SIP 올라오는 애니메이션이 깜박임. |
| 26 | 22 | Memo | SIP애니메이션 | Memo 작성 時 SIP 호출 애니메이션이 깜박임. |
| 27 | 23 | Memo | Graphic effect | 작성된 Memo를 선택하여 page 전환 時 슬라이드 효과 적용되었으나 눈에 잘 띄지 않음 |
| 28 | 24 | Memo | Graphic effect | 작성된 Memo 삭제 時 효과 없이 삭제되어 감성적이지 않음. |
| 29 | 25 | Memo | 리스트 바운스 | 메모 detail view화면에 Bounce 효과 제공되지 않아 감성적이지 않음. |
| 30 | 26 | Video | 화면전환 (효과미흡) | 세로 모드에서 썸네일 리스트에서 비디오 실행시, 화면 효과가 어색하다 |
| 31 | 27 | Video | 화면전환 (검은화면) | 비디오 플레이 종료하여 리스트 복귀 時 검은 화면 표시된 이후, 리스트 화면으로 전환됨. |
| 32 | 28 | Video | 리스트 바운스 | 리스트 화면 Drag 後 Release 時 Bounce 효과가 속도의 가감없이 제공되어, 감성적이지 않음. |
| 33 | 29 | Video | 화면전환 (효과미흡) | 모자이크 썸네일 화면에서 선택하여, 비디오 플레이어로 들어올 때, 화면전환 효과가 없음 썸네일이 확대되며 비디오 플레이어로 Seamless하게 연결되는 애니메이션 필요 |
| 34 | 30 | Phone | 화면전환 (검은화면) | Phone진입 時, 검은화면 표시후 App.화면 표시됨. |
| 35 | 31 | Internet | 성능 | 화면 스크롤/패닝 時, 화면이 뚝뚝 끊어지며 부드럽지 못함. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | F | G | H |
|---|---|---|---|
| 19 | | 리스트의 위치를 변경하려고 스크롤을 하였으나 터치한 부분의 contact이 선택되어 우측에 표시 되고 있음 | 즐겨찾기/그룹/연락처 리스트에서 스크롤 |
| 20 | 리스트를 드래그 한 후 릴리즈 시 처음에는 속도가 빠르다가 멈추기 직전에 속도가 줄어들어 부드럽게 동작함 | 리스트를 드래그 한 이후, 릴리즈 시, 리스트가 원래 위치로 돌아가기 까지의 속도가 너무 빨라서 부드럽지 않게 인식됨<br>iPad의 경우, 릴리즈 이후, 원래 위치로 돌아가기 까지의 속도가 일정하게 감속되어 움직임이 자연스럽게 보임 | 각 탭 선택 > 리스트 최상단/최하단에서 스크롤 |
| 21 | 편집화면 이동 시, 수첩 메타포가 유지 되며, Seamless한 애니메이션으로 화면이 전환됨 | 전체적인 Look이 다른 화면으로 순간 이동 됨 | 연락처 추가 |
| 22 | | 기존 화면을 유지하지 못 하고 전반적으로 Look이 다른 화면으로 이동한 이후에 편집이 가능함 | 연락처 > 편집 |
| 23 | 삭제할 항목이 부드럽게 사라지며, List가 밀려 올라가는 효과 제공. | | Contact > Contact선택 > Edit > list에서 항목 삭제 |
| 24 | SIP가 전체화면을 부드럽게 밀고 올라오는 효과 제공. | | Contact > Add |
| 25 | | | Phone > Dialer탭 > Message |
| 26 | SIP가 전체화면을 부드럽게 밀고 올라오는 효과 제공. | | Memo > Memo 작성 |
| 27 | page가 부드럽게 넘어가는 효과 제공 | | Memo > 메모간 이동 |
| 28 | 삭제icon(휴지통)이 열리며 종이가 빨려 들어가는 효과 제공. | | Memo > 메모 삭제 |
| 29 | Bounce 효과 제공. | | Memo > 메모선택 > detail view |
| 30 | | 1. 가로 썸네일 위에 세로로 전환된 썸네일이 보여진 상태로 확대 애니메이션 발생<br>2. 썸네일이 전체 크기로 확대되는 애니메이션이 부드럽지 못함.<br>3. 전체크기로 보여진 이후에 다시 검은 화면으로 디스플레이하고, 그 이후에 로딩 아이콘이 디스플레이 | Video > 세로모드 |
| 31 | | | Video > 재생 > 종료 |
| 32 | 속도가 점점 줄어들며 Bounce됨 | | Video |
| 33 | | | Video |
| 34 | | | Phone 진입 |
| 35 | 화면이 부드럽게 움직임. | | Browser |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201774

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 36 | 32 | Internet | 성능 | Double tap으로 화면 확대 時, 화면이 뚝뚝 끊어지며 부드럽지 못함. |
| 37 | 33 | Internet | Graphic effect | 멀티윈도우 화면 전환 時, Tension효과 없이 화면이 축소되어 감성적이지 못함. |
| 38 | 34 | Internet | Graphic effect | 멀티윈도우 삭제되는 애니메이션 효과가 iPad에 비해 평이함. |
| 39 | 35 | Internet | 리스트 바운스 | Browser 화면에서 Bounce 효과 제공되지 않아, 감성적이지 않음. |
| 40 | 36 | E-mail | Graphic effect | 받은 mail에서 선택 삭제 時 단순히 체크박스로 선택하여 삭제되어, 감성적이지 않음. |
| 41 | 37 | E-mail | Graphic effect | Mail을 선택하여 다른 편지함으로 이동 時, 단순히 이동되며 사라져, 감성적이지 않음. |
| 42 | 38 | E-mail | Graphic effect | 이메일에 사진첨부 時 적용된 효과가 없음 추가 된 사진 파일을 파일명만 표시 |
| 43 | 39 | Readers Hub | 화면전환 (검은화면) | Readers Hub 실행 시 검은 화면이 먼저 나오고, 나무바탕이 표시된 뒤 Contents가 표시됨 |
| 44 | 40 | Readers Hub | 화면전환 (일관성) | 도서, 신문, 잡지, 전문지식, 만화 실행되는 화면 전환 효과가 일관성 없음 |
| 45 | 41 | Readers Hub | 화면전환 (효과미흡) | "전문 지식"에서 item 선택하여 실행 및 종료시 화면전환이 부자연 스러움 |
| 46 | 42 | Readers Hub | Graphic effect | "전문 지식"에서 경영노트를 View 하는 화면에서 페이지 전환이 표현된 Real Methaphor와 맞지 않음 |
| 47 | 43 | Readers Hub | 리스트 바운스 | "전문 지식"에서 경영노트를 View 할 때 처음과 끝 페이지에서 Bounce 효과가 어색함 |
| 48 | 44 | Readers Hub | 리스트 바운스 | "전문 지식"에서 Bookshelf의 Bounce 효과가 어색함 |
| 49 | 45 | Readers Hub | 화면전환 (검은화면) | "전문 지식"에서 Bookshelf와 List 전환시 나무바탕이 표시된 뒤 전환되어 어색함 |
| 50 | 46 | Readers Hub | Graphic effect | "전문 지식"에서 Store 전환시 검은 화면이 보인 뒤 전환되고 전환 효과도 iPad 대비 감성적이지 못함 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201775

| | F | G | H |
|---|---|---|---|
| 36 | 화면이 부드럽게 확대됨. | | Browser |
| 37 | 멀티윈도우 화면 전환時, 화면이 축소되며 썸네일 크기보다 살짝 작아졌다가 썸네일 크기로 블록해지는 효과 제공 | | Browser > 멀티윈도우 |
| 38 | 이미지를 접어 버리는 듯한 지니효과 제공 | 단순히 창크기가 줄어드는 효과만을 제공 | Browser > 멀티윈도우 > 창 삭제 |
| 39 | Bounce 효과 제공. | | Browser |
| 40 | 선택할 때마다 mail이 쌓이고 삭제할 경우 쌓인 메일이 List 안으로 사라지는 효과 제공. | | Email > 받은 메일함 > Delete |
| 41 | Mail이 작아지며 해당 편지함으로 들어가는 효과 제공. | | Email > Mail선택 > 다른 편지함으로 이동 |
| 42 | iPad는 빨려 들어가는 효과를 제공하며 사진을 계속 보여줌 | | 메뉴 - Email 실행 - 우측 상단 메일 작성 버튼 - 첨부버튼 - 파일 선택하여 첨부 |
| 43 | iPad는 ibook에서 사용되는 책장 프레임 화면이 커지면서 표시됨 | 메뉴에서 아이콘 클릭하여 app 실행시 확대 효과에 검은 화면이 사용됨(메모, 브라우저는 흰색 화면이 사용되고 있고, Maps의 경우 기본 화면인 격자무늬 배경화면이 커지면서 적용되어 있음) | 메뉴 - Readers Hub 실행 |
| 44 | iBook은 카테고리 존재하지 않음 | 텍스토어는 검은화면에 상단 타이틀을 유지하고 오른쪽 슬라이드 효과로 전환되고, 교보 eBook 흰색화면이 슬라이드 효과 적용되어 전환되며, 전문지식의 경우 아래에서 위로 책선반이 올라오는 효과로 화면전환됨) | 메뉴 - Readers Hub - 각 항목 선택 |
| 45 | iBook의 경우 책장이 열리면서 확대되어 마지막에 열었던 page가 자연스럽게 펼쳐짐 | 실행 시 효과 없이 흰색 배경먼저 나온 후 contents가 표시 되며(깜빡이는 느낌), 종료 시에는 검은 화면 표시 후 책장이 오른쪽 슬라이드 효과로 표시됨 | 메뉴 - Readers Hub - 전문지식 - Item 선택시, 이후 back키 누를 시 |
| 46 | iBook의 경우 실제 책을 볼 때와 마찬가지로 책장이 넘어가는 효과가 적용됨 | 페이지가 슬라이드 방식으로 전환되며 적용된 sound도 실제 페이지 전환 동작보다 늦게 나와 어색함 | 메뉴 - Readers Hub - 전문지식 - Item 선택 - 좌우 flick으로 페이지 전환 |
| 47 | iBook의 경우 책장 넘기는 효과가 적용되어 Bounce 효과 없음 | Bounce 효과 적용이 타 app에서 적용된 만큼이 아닌 1cm정도만 움직이도록 적용되어 답답하고 어색한 느낌이 발생 | 메뉴 - Readers Hub - 전문지식 - Item 선택 - 마지막 페이지로 이동 - 다음페이지 이동 시도시 |
| 48 | iBook의 경우 처음에 빠른 속도, 나중에 느린 속도로 이동되어져 자연스러움 | P1의 경우도 속도의 가감은 있으나 빨랐다가 느려지는 순간의 경계가 뚜렷하여 끊기는 느낌이 발생 | 메뉴 - Readers Hub - 전문지식 - bookshelf 이동하여 Bounce효과 실행시 |
| 49 | iBook의 경우 별도의 이미지 없이 바로 전환됨 | List화면에서 Bookshelf화면으로 전환시 나무모양 배경화면이 중간에 삽입되어 화면전환이 한번 더 일어남 | 메뉴 - Readers Hub - 전문지식 - 오른쪽 상단 List 전환 버튼 - 오른쪽 상단 Bookshelf 전환버튼 |
| 50 | iBook의 경우 Bookshelf가 뒤집어 지며 store로 전환됨 | 검은 배경이 슬라이드 효과로 적용되어 화면전환 이루어짐, 종료시에는 나무무늬배경이 슬라이드 되어 bookshelf로 전환됨 | 메뉴 - Readers Hub - 전문지식 - 메뉴키 - 스토어, 진입 후 back키 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 51 | | 47 | Readers Hub | Graphic effect | viewer에서 프로그래스 바를 이용해서 페이지 넘길 시 페이넘어가는 에니메이션 없음 |
| 52 | | 48 | Readers Hub | 가로/세로 로테이트 | "전문 지식" 진입 후 가로/세로 mode 전환 時 화면전환 속도가 느리고 화면 깜박임. |
| 53 | | 49 | Settings | Graphic effect | 사용 가능한 리스트 메뉴 발생 時 화면 효과 없음 |
| 54 | | 50 | Settings | 리스트 바운스 | List의 Bounce 효과가 감성적이지 않음 |
| 55 | | 51 | Internet | 성능 | 웹페이지를 축소 時 축소/확대 되는 효과가 부드럽지 않고, 과하게 빠름 |
| 56 | | 52 | Internet | Graphic effect | 웹페이지 Zoom out 시 상단 메뉴바의 위치가 임의로 변경됨 ( iPad는 안정적 고정 ) |
| 57 | | 53 | World Clock | Graphic effect | 지구본 회전 時 속도가 너무 빠르고 끊기는 느낌이 있음 일정 시간이 경과해도 회전이 멈추지 않음 |
| 58 | | 54 | Map | Graphic effect | 위치 지정 時 화면 효과 없으며 지정 된 위치에 대한 정보만을 표시 (iPad는 핀이 떨어지는 듯한 화면 효과 제공) |
| 59 | | 55 | Map | Graphic effect | Option 사용 時 화면 효과 없으며 메뉴키를 통한 옵션만을 제공 (iPad는 지도를 넘기는 듯하는 효과 제공) |
| 60 | | 56 | 데일리브리핑 | 성능 | Page간 이동 時 화면 전환 속도가 느리고 부드럽지 않음 |
| 61 | | 57 | myFiles | 리스트 바운스 | List Bounce 효과가 감성적이지 않음 |
| 62 | | 58 | Camera | 가로/세로 로테이트 | Preview 화면의 가로/세로 모드 전환이 불가능 (iPhone은 아이콘이 함께 전화 되며 가로/세로 모드 전환 가능) |
| 63 | | 59 | Camera | Graphic effect | 셀프촬영 모드 변경 時 아무런 화면 전환 효과가 없음 (iPhone은 화면이 돌아가는 듯한 전환 효과를 제공) |
| 64 | | 60 | Camera | Graphic effect | 촬영 완료 時 아무런 화면 효과 없이 촬영 모드로 복귀 (iPhone은 촬영한 사진이 Quick view로 빨려 들어가는 듯한 효과제공) |
| 65 | | 61 | Camera | Graphic effect | 카메라 진입 時 화면 전환 즉시 안 됨 (iPhone은 즉시 화면 전환 되며, 당사보다 실질적으로 카메라 실행 속도는 느리지만 조리개 효과를 제공하여 체감속도 빠름) |
| 66 | | 62 | Camera | 화면전환 (효과미흡) | 카메라 – 캠코더 모드 전환 시 화면 전체가 깜박이면서 모드 전환 |
| 67 | | 63 | Camera | 화면전환 (효과미흡) | 카메라에서 이미지뷰어 연동시 전환 효과가 없음 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201777

| # | F | G | H |
|---|---|---|---|
| 51 | iBook의 경우 프로그래스 바를 이용하여 페이지 전환시에도 책장이 넘어가는 효과가 적용됨 | 아무 효과도 적용되지 않은 채 해당화면으로 전환됨 | 메뉴 - Readers Hub - 도서 - Bookshelf – item 선택 - 화면터치하여 메뉴 보일 때 - 아래 프로그래스 바로 페이지 전환 시 |
| 52 | iBook의 경우 화면 깜빡임 없이 자연스럽게 가로/세로 모드 전환됨 | 화면이 깜빡이면서 Contents가 좌->우 위->아래로 닦아내기 효과가 적용된 거처럼 표시됨 | 메뉴 - Readers Hub - 전문지식 - 가로/세로 모드 전환시 |
| 53 | iPad는 리스트가 늘어나는 듯한 효과 제공(Wi-Fi 검색결과가 늘어나는 듯한 효과로 제공됨) | Wi-Fi off상태에서 On으로 변경시 리스트가 깜빡이며 한번에 생성됨 | 메뉴 - 환경설정 - 무선 및 네트워크 - Wi-Fi 설정 - Wi-Fi on시 |
| 54 | iPad는 속도 가감이 적용되어 처음에 빠르게 이동되다가 서서히 제자리를 찾아가는 효과가 적용됨 | 일정한 속도로 제자리를 찾아가 멈추는 효과가 적용되어 끊어지는 느낌이 발생 | 메뉴 - Settings - List화면에서 위아래로 Drag하여 Bounce효과 발생시 |
| 55 | | | |
| 56 | | | |
| 57 | iPad 없음 | 지구본을 회전시켰을 경우 회전속도가 의도한 것보다 빠르게 동작하며 시간이 지나면 실제 지구본 처럼 멈춰야 하지만 계속 돌아감 | 메뉴 - 세계시간 - 메뉴키 - 도시추가 - 오른쪽 상단 Map view 전환 버튼 - 지구본 모양 좌우 Flick시 |
| 58 | 핀이 화면 상단에서 떨어져서 지도 위에 꽂히는 애니메이션이 보여짐 | | map 어플 실행 진입 |
| 59 | 종이 지도 처럼 손가락 반응에 인터랙티브 하게 반응하는 전이는 애니메이션 제공 | | map 화면 우측 하단 플릭 |
| 60 | NA | | 데일리 브리핑 페이지 플리킹 |
| 61 | 리스트 최상단/최하단에서 드래그/릴리즈 이후, 리스트가 원래 위치로 돌아가기 까지의 속도가 일정하게 감속되어 움직임이 자연스럽게 보임 | 리스트를 드래그 한 이후, 릴리즈 시, 리스트가 원래 위치로 돌아가기 까지의 속도가 너무 빨라서 부드럽지 않게 인식됨<br>iPad의 경우, 릴리즈 이후, 원래 위치로 돌아가기 까지의 속도가 일정하게 감속되어 움직임이 자연스럽게 보임 | My files > 리스트 최상단/최하단에서 스크롤 |
| 62 | | | Camera > 기기 가로/세로 로테이트 |
| 63 | 화면이 3D로 뒤집히는 효과 제공 | | Camera > Self촬영모드 전환 |
| 64 | 촬영한 화면이 우측 하단의 Quick view로 빨려 들어가는 애니메이션 제공 | | Camera > 촬영 |
| 65 | 카메라 어플 진입시, 기본 화면을 먼저 보여주고 카메라 동작 상태를 준비하는 동안 조리개 애니메이션을 보여줌 | 실질적인 실행 속도는 Galaxy tab이 빠르지만, iPhone은 카메라 동작 상태로 준비되기까지 적절한 애니메이션을 보여줌으로써 사용자가 체감적으로 Delay를 느끼지 않도록 함 | Camera 진입 |
| 66 | | | Camera > 카메라/캠코더 모드 전환 |
| 67 | | | Camera > Quick view 사진 선택 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 68 | | 64 | Alarm | 리스트 바운스 | List Bounce 효과가 감성적이지 않음 |
| 69 | | 65 | Message | SIP애니메이션 | SIP 호출 애니메이션이 깜박임 |
| 70 | | 66 | 공학용 계산기 | 화면전환 (검은화면) | 공학용 계산기 실행 時 계산기 화면이 바로 보이지 않고 검은 화면이 오래 표시 된 뒤 계산기 화면 실행 |
| 71 | | 67 | Home Screen | 가로/세로 로테이트 | 가로/세로 전환시 전환이 늦고, 화면 끊김 발생(화면 전환 효과 없음 ) |
| 72 | | 68 | Menu | 가로/세로 로테이트 | 가로/세로 전환시 전환이 늦고, 화면 끊김 발생 |
| 73 | | 69 | Menu | 성능 | Edit mode에서 Icon 이동시 Icon간의 Interaction 효과가 미흡 |
| 74 | | 70 | eBook | 성능 | Bookshelf에서 Book을 선택하면 P1의 경우  Progress animation이 나타나고, ipad 대비 속도가 느림 |
| 75 | | 71 | eBook | 성능 | 연속적인 Page 전환 시, ipad는 부드럽게 넘어가는 것에 반해 P1의 경우 끊기거나 반응이 느림 |
| 76 | | 72 | eBook | Graphic effect | 하단 Page indicator로 page 이동 시, iPad 대비 P1의 이동 속도가 느리고 효과가 부자연스러움 |
| 77 | | 73 | eBook | 가로/세로 로테이트 | 가로 / 세로 보기 mode 전환 시, iPad는 자연스럽게 전환되나 P1의 경우 Progress animation 발생하고 속도가 느림 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201779

| | F | | H |
|---|---|---|---|
| 68 | 리스트 최상단/최하단에서 드래그/릴리즈 이후, 리스트가 원래 위치로 돌아가기 까지의 속도가 일정하게 감속되어 움직임이 자연스럽게 보임 | 리스트를 드래그 한 이후, 릴리즈 시, 리스트가 원래 위치로 돌아가기 까지의 속도가 너무 빨라서 부드럽지 않게 인식됨<br>iPad의 경우, 릴리즈 이후, 원래 위치로 돌아가기 까지의 속도가 일정하게 감속되어 움직임이 자연스럽게 보임 | Alarm > 리스트 최상단/최하단에서 스크롤 |
| 69 | | | Message > SIP 호출/숨김 동작 |
| 70 | | | |
| 71 | 바탕 화면과 아이콘/인디케이터/퀵런치 영역이 분리되어 로테이트 됨 | 바탕 화면과 아이콘/인디케이터/퀵런치 영역이 분리되어 로테이트 되는 애니메이션이 보여짐으로써, 가로/세로 화면 비율에 맞게 로테이트 되어 동작이 자연스럽게 인식됨 | Home screen > 가로/세로 전환 |
| 72 | | 전환 Animation이 iPad대비 낮은 FPS(Frame Per second)에서 실행되어 움직임이 부드럽지 않은 듯이 인식됨 | Menu > 가로/세로 전환 |
| 73 | 동영상 비교 | Icon이동 Animation이 iPad대비 낮은 FPS(Frame Per second)에서 실행되어 움직임이 부드럽지 않은 듯이 인식됨 | Menu > Edit모드 |
| 74 | | | eBook > 책 선택 진입 |
| 75 | | 페이지 넘김 Animation이 iPad대비 낮은 FPS(Frame Per second)에서 실행되어 움직임이 부드럽지 않은 듯이 인식됨 | eBook > 페이지 넘김 |
| 76 | | | eBook > 하단 Page Indicator로 Page 이동 |
| 77 | | | eBook > 가로/세로 전환 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201780