# Exhibit N

### Surveys from Samsung Survey Custodians Mentioning Apple or Apple Products

Custodial survey documents produced before 10/13/11, from 10/13/11-12/31/11, and after 12/31/11 that refer to Apple or Apple products.

| Custodian | Documents Produced Before 10/13/11 | Survey Produced After 10/13/11 but Before 12/31/11 | Survey Produced After 12/31/11 |
|---|---|---|---|
| Sung Wook Kwon | 0 | 73 (12/9/11) | 0 |
| Tim Benner | 0 | 96 (12/30/11) <br> 84 (12/31/11) | 1 (1/5/12) |
| Jinna Yoon | 0 | 44 (12/9/11) <br> 112 (12/29/11) | 0 |
| **Total** |  | 409 | 1 |

410 total survey documents

sf-3102242