# Exhibit U

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19              Plaintiff,
                                                  **SAMSUNG'S AMENDED**
20       vs.                                      **IDENTIFICATION OF CUSTODIANS,**
                                                  **LITIGATION HOLD NOTICES AND**
21 SAMSUNG ELECTRONICS CO., LTD., a               **SEARCH TERMS**
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG                      **HIGHLY CONFIDENTIAL –**
23 TELECOMMUNICATIONS AMERICA,                    **ATTORNEYS' EYES ONLY**
   LLC, a Delaware limited liability company,
24
                Defendants.
25

26

27

28

1       Pursuant to the Court's September 28, 2011 Order, Defendants and Counterclaimants

2  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

3  Telecommunications America, LLC (collectively "Samsung") hereby serve the following

4  identifications of custodians, litigation hold notices and discovery search terms.    Disclosure of

5  the below document collection information and the attached exhibits pursuant to the Court's Order

6  does not constitute waiver of attorney client, work product, or any other applicable privilege.

7

8  **LITIGATION HOLD NOTICES**

9

10      SEC Litigation Hold Notices

| Litigation Notice (exhibit) | Date of Litigation Notice | Language | Recipients |
|---|---|---|---|
| A | 8-23-2010 | English | See Exhibit S |
| B | 9-3-2010 | Korean | See Exhibit S |
| C | 4-21-2011 | English | All SEC custodians (approximately 2,841 individuals) |
| D | 4-21-2011 | Korean | All SEC custodians (approximately 2,841 individuals) |
| E | 5-11-2011 | English | All SEC custodians (approximately 2,841 individuals) |
| F | 5-11-2011 | Korean | All SEC custodians (approximately 2,841 individuals) |
| G | 7-11-2011 | English | All SEC custodians (approximately 2,841 individuals) |
| H | 7-12-2011 | Korean | All SEC custodians (approximately 2,841 individuals) |
| I | 5-18-2011 | Korean | See Exhibit T |
| J | 7-18-2011 | Korean | See Exhibit T |

STA Litigation Hold Notices

| K | 4-20-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |
| L | 4-25-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |
| M | 7-8-2011 | English | See Exhibit U |

| | | | |
|---|---|---|---|
| N | 5-25-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |

SEA Litigation Hold Notices

| | | | |
|---|---|---|---|
| O | 4-21-2011 | English | All SEA personnel (approximately 850 individuals) |
| P | 4-21-2011 | Korean | All SEA personnel (approximately 850 individuals) |
| Q | 6-20-2011 | English | All SEA personnel (approximately 850 individuals) |
| R | 7-8-2011 | English | All SEA personnel (approximately 850 individuals) |

## SEARCH TERMS USED IN DISCOVERY

| Documents Subject to Search Term | Search Terms |
|---|---|
| Emails from Jinsoo Kim; Jung Min Yeo; Minhyouk Lee; GiYoung Lee; Yongseok Bang; Bo-ra Kim; Yunjung Lee | Apple or 애플 or A 사 or A 社 or A4 or A Company or iPhone or 아이폰 or iPad or 아이패드 or Infuse or Dempsey or Galaxy or Behold or Vibrant or Droid Charge or Stealth or P4 or P5 |
| Other (non-email) documents collected from Jinsoo Kim; Jung Min Yeo; Minhyouk Lee; GiYoung Lee; Yongseok Bang; Bo-ra Kim; Yunjung Lee. | Each document was reviewed manually; AND The following search terms also were used to ensure that documents including these terms were not inadvertently missed during the manual review: Apple or 애플 or A 사 or A 社 or A4 or A Company or iPhone or 아이폰 or iPad or 아이패드 AND The following search terms also were run again on these custodians' hard drives and email accounts to ensure that documents including these terms were not inadvertently missed during the prior two reviews: iPhone or 아이폰 or iPad or 아이패드 |

1

2

3

| Custodial Files (ie. Entire Hard Drive and Email Account) Subject to Search Term | Search Terms |
|---|---|
| Jeeyeun Wang; Ahyoung Kim; Min Kyung Kim; SeungHun Yoo. | iPhone or 아이폰 or iPad or 아이패드 |
| Jaegwan Shin; Ioi Lam; Qi Ling | Apple or A Company or 애플 or A 사 or A 社 or A4 or iPhone or 아이폰 or iPad or 아이패드 or "bounce effect" |
| Wookyun Kho; Kihyung Nam; Dooiu Byun | iPhone or 아이폰 or iPad or 아이패드 and bounce or 바운스 |
| Sungwook Kwon | iPhone or 아이폰 or iPad or 아이패드 or Infuse or Galaxy or Droid Charge or Tab 10.1 |

| | |
|---|---|
| Don Joo Lee* <br><br> *Date restriction of March 2 to March 31, 2011 applied | iPhone or 아이폰 or iPad or 아이패드 or redesign or 재디자인 or "design change" or "디자인 변경" or Galaxy Tab or design or 디자인 or P3 or P4 |

## CUSTODIANS

A list of all custodians is attached as Amended Exhibit V.

DATED: October 10, 2011