# EXHIBIT 1

# FILED UNDER SEAL

1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
6   Facsimile:  (415) 268-7522

7

8
    Attorneys for Plaintiff and
9   Counterclaim-Defendant Apple Inc.

    WILLIAM F. LEE (*pro hac vice*)
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
       HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000

    MARK D. SELWYN (CA SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
       HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304
    Telephone: (650) 858-6000
    Facsimile: (650) 858-6100

10
                **UNITED STATES DISTRICT COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**

12  APPLE INC., a California corporation,

13              Plaintiff,

14      vs.
                                                    Civil Action No. 11-CV-01846-LHK
15  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity, SAMSUNG             **APPLE INC.'S NOTICE OF**
16  ELECTRONICS AMERICA, INC., a New           **DEPOSITION OF SEUNGHO AHN**
    York corporation, and SAMSUNG
17  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
18
                Defendants.
19

20  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity, SAMSUNG
21  ELECTRONICS AMERICA, INC., a New
    York corporation, and SAMSUNG
22  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company, a
23  California corporation,

24              Counterclaim-Plaintiffs,
        v.
25
    APPLE INC., a California corporation,
26
                Counterclaim-Defendant.
27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant and counterclaim plaintiff Apple Inc., by and through its attorneys, will take the deposition upon oral examination of Seungho Ahn.  The deposition will commence at 9:00 a.m. on January 23, 2012 at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304, or at such date, time, and place as is otherwise agreed to by the parties or ordered by the Court.  The examination will be taken before a notary public or other person authorized to administer oaths and will continue day-to-day until completed, or may be continued until completed at a future date or dates.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the deposition will be videotaped and recorded stenographically.

You are invited to attend and cross-examine.

1    Dated:  December 27, 2011

2                                              Mark D. Selwyn (CA SBN 244180)
                                               (mark.selwyn@wilmerhale.com)
3                                              WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
4                                              950 Page Mill Road
                                               Palo Alto, California  94304
5                                              Telephone:  (650) 858-6000
                                               Facsimile:   (650) 858-6100
6

7                                              William F. Lee (admitted *pro hac vice*)
                                               (william.lee@wilmerhale.com)
8                                              Peter J. Kolovos (admitted *pro hac vice*)
                                               (peter.kolovos@wilmerhale.com)
9                                              WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
10                                             60 State Street
                                               Boston, Massachusetts  02109
11                                             Telephone: (617) 526-6000
                                               Facsimile: (617) 526-5000
12

13                                             Harold J. McElhinny (CA SBN 66781)
14                                             (HMcElhinny@mofo.com)
                                               Michael A. Jacobs (CA SBN 111664)
15                                             (MJacobs@mofo.com)
                                               Richard S.J. Hung (CA SBN 197425)
16                                             rhung@mofo.com
                                               MORRISON & FOERSTER LLP
17                                             425 Market Street
18                                             San Francisco, California 94105
                                               Telephone: ( 415) 268-7000
19                                             Facsimile:  (415) 268-7522

20                                             Attorneys for Plaintiff and
21                                             Counterclaim-Defendant Apple Inc.

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on December 27, 2011 by e-mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Kolovos

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S NOTICE OF DEPOSITION OF DONGHOON CHANG** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3 Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4 Donghoon Chang.  The deposition will commence at 9:00 a.m. on Monday, January 9, 2012, at

5 such place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by

6 a notary public or other authorized officer and will continue from day to day until concluded, or

7 may be continued until completed at a future date or dates.

8    PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure

9 30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12 Dated:  December 6, 2011         MORRISON & FOERSTER LLP

13

14         By:   */s/ Richard S.J. Hung*

           RICHARD S.J. HUNG

15         Attorneys for Plaintiff

16         APPLE INC.

17

18

19

20

21

22

23

24

25

26

27

28

1   HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
    hmcelhinny@mofo.com                         william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
    mjacobs@mofo.com                            HALE AND DORR LLP
3   JENNIFER LEE TAYLOR (CA SBN 161368)         60 State Street
    jtaylor@mofo.com                            Boston, MA 02109
4   ALISON M. TUCHER (CA SBN 171363)            Telephone: (617) 526-6000
    atucher@mofo.com                            Facsimile: (617) 526-5000
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)           MARK D. SELWYN (SBN 244180)
    jasonbartlett@mofo.com                      mark.selwyn@wilmerhale.com
7   MORRISON & FOERSTER LLP                     WILMER CUTLER PICKERING
    425 Market Street                           HALE AND DORR LLP
8   San Francisco, California  94105-2482       950 Page Mill Road
    Telephone:  (415) 268-7000                  Palo Alto, California 94304
9   Facsimile:  (415) 268-7522                  Telephone: (650) 858-6000
                                                Facsimile: (650) 858-6100
10  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
11

12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN JOSE DIVISION

16  APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK

17                 Plaintiff,                    **APPLE INC.'S NOTICE OF
                                                 DEPOSITION OF**
18          v.                                   **JOSEPH CHEONG**

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG ELECTRONICS
20  AMERICA, INC., a New York corporation; and
    SAMSUNG TELECOMMUNICATIONS
21  AMERICA, LLC, a Delaware limited liability
    company,
22
                   Defendants.
23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3    Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4    Joseph Cheong.  The deposition will commence at 9:00 a.m. on Wednesday, February 1, 2012, at

5    the facilities of TSG Reporting, Inc. at Regus-Highland Park Place, 4514 Cole Avenue, Suite 600,

6    Dallas, Texas, 75202.  The deposition will be taken by a notary public or other authorized officer

7    and will continue from day to day until concluded, or may be continued until completed at a

8    future date or dates.

9    PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil

10   Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

11

12

13   Dated:  January 22, 2012                   MORRISON & FOERSTER LLP

14

15                                         By:   /s/ Richard S.J. Hung
                                                 _____
16                                                 RICHARD S.J. HUNG

17                                                 Attorneys for Plaintiff
                                                   APPLE INC.

18

19

20

21

22

23

24

25

26

27

28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S NOTICE OF DEPOSITION OF JAEWAN CHI** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant and counterclaim plaintiff Apple Inc., by and through its attorneys, will take the deposition upon oral examination of Jaewan Chi.  The deposition will commence at 9:00 a.m. on January 24, 2012 at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304, or at such date, time, and place as is otherwise agreed to by the parties or ordered by the Court.  The examination will be taken before a notary public or other person authorized to administer oaths and will continue day-to-day until completed, or may be continued until completed at a future date or dates.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the deposition will be videotaped and recorded stenographically.

You are invited to attend and cross-examine.

1  Dated:  December 27, 2011

2                                                    Mark D. Selwyn (CA SBN 244180)
                                                     (mark.selwyn@wilmerhale.com)
3                                                    WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
4                                                    950 Page Mill Road
                                                     Palo Alto, California  94304
5                                                    Telephone:  (650) 858-6000
                                                     Facsimile:   (650) 858-6100
6

7                                                    William F. Lee (admitted *pro hac vice*)
                                                     (william.lee@wilmerhale.com)
8                                                    Peter J. Kolovos (admitted *pro hac vice*)
                                                     (peter.kolovos@wilmerhale.com)
9                                                    WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
10                                                   60 State Street
                                                     Boston, Massachusetts  02109
11                                                   Telephone: (617) 526-6000
                                                     Facsimile: (617) 526-5000
12

13                                                   Harold J. McElhinny (CA SBN 66781)
                                                     (HMcElhinny@mofo.com)
14                                                   Michael A. Jacobs (CA SBN 111664)
                                                     (MJacobs@mofo.com)
15                                                   Richard S.J. Hung (CA SBN 197425)
                                                     rhung@mofo.com
16                                                   MORRISON & FOERSTER LLP
                                                     425 Market Street
17                                                   San Francisco, California 94105
                                                     Telephone: ( 415) 268-7000
18                                                   Facsimile:  (415) 268-7522
19

20                                                   Attorneys for Plaintiff and
                                                     Counterclaim-Defendant Apple Inc.
21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on December 27, 2011 by e-mail upon the following:

4

5

Charles Kramer Verhoeven (Cal. Bar No. 170151)

6

(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP

7

50 California Street, 22nd Floor
San Francisco, California 94111

8

Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

9

10

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)

11

Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)

12

Quinn Emanuel Urquhart & Sullivan LLP

13

555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065

14

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

15

16

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)

17

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor

18

New York, New York 10010
Telephone: (212) 849-7000

19

Facsimile: (212) 849-7100

20

21

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)

22

Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor

23

Los Angeles, California 90017
Telephone: (213) 443-3000

24

Facsimile: (213) 443-3100

25

26

27

Peter J. Kolovos

28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S NOTICE OF DEPOSITION OF SEUNGHWAN CHO** |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3    Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4    Seunghwan Cho.  The deposition will commence at 9:00 a.m. on Monday, February 6, 2012, at

5    such place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by

6    a notary public or other authorized officer and will continue from day to day until concluded, or

7    may be continued until completed at a future date or dates.

8    PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil

9    Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12   Dated:  January 25, 2012                 MORRISON & FOERSTER LLP

13

14                                          By:   /s/ Richard S.J. Hung
                                                  RICHARD S.J. HUNG
15
                                                  Attorneys for Plaintiff
16                                                APPLE INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on January 25, 2012, a true and correct copy of **APPLE INC.'S**

3  **NOTICE OF DEPOSITION OF SEUNGHWAN CHO** was served via electronic mail on the

4  following counsel of record at the addresses indicated below:

5          Charles Kramer Verhoeven
           Quinn Emanuel Urquhart & Sullivan, LLP
6          50 California Street, 22nd Floor
           San Francisco, CA 94111
7          Tel: 415-875-6600
           Email: charlesverhoeven@quinnemanuel.com
8
           Edward J. DeFranco
9          Quinn Emanuel Urquhart & Sullivan, LLP
           335 Madison Avenue , 22nd Floor
10         New York, NY 10017
           Tel: 212-849-7000
11         Fax: 212-849-7100
           Email: eddefranco@quinnemanuel.com
12
           Kevin P.B. Johnson
13         Quinn Emanuel Urquhart & Sullivan LLP
           555 Twin Dolphin Drive, 5th Floor
14         Redwood Shores, CA 94065
           Tel: 650-801-5000
15         Fax: 650-801-5100
           Email: kevinjohnson@quinnemanuel.com
16
           Michael Thomas Zeller
17         Quinn Emanuel Urquhart & Sullivan, LLP
           865 S. Figueroa Street , 10th Floor
18         Los Angeles, CA 90017
           Tel: 213-443-3000
19         Fax: 213-443-3100
           Email: michaelzeller@quinnemanuel.com
20
           Victoria F. Maroulis
21         Quinn Emanuel Urquhart & Sullivan, LLP
           555 Twin Dolphin Drive, Fifth Floor
22         Redwood Shores, CA 94065
           Tel: 650-801-5000
23         Fax: 650-801-5100
           Email: victoriamaroulis@quinnemanuel.com
24

25

26

27

28

1

Margret Mary Caruso
Quinn Emanuel Urquhart & Sullivan, LLP

2

555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

3

Tel: 650-801-5000
Fax: 650-801-5100

4

Email: margretcaruso@quinnemanuel.com

5

Todd Michael Briggs
Quinn Emanuel Urquhart & Sullivan, LLP

6

555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

7

Tel: 650-801-5000
Email: toddbriggs@quinnemanuel.com

8

9

I declare under penalty of perjury that the foregoing is true and correct.  Executed at

10

San Francisco, California, this 25th day of January 2012.

11

_____
        */s/ Esther Kim*

12

Esther Kim

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
     hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2    MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
     mjacobs@mofo.com                             HALE AND DORR LLP
3    JENNIFER LEE TAYLOR (CA SBN 161368)         60 State Street
     jtaylor@mofo.com                             Boston, MA 02109
4    ALISON M. TUCHER (CA SBN 171363)            Telephone: (617) 526-6000
     atucher@mofo.com                             Facsimile: (617) 526-5000
5    RICHARD S.J. HUNG (CA SBN 197425)
     rhung@mofo.com
6    JASON R. BARTLETT (CA SBN 214530)            MARK D. SELWYN (SBN 244180)
     jasonbartlett@mofo.com                       mark.selwyn@wilmerhale.com
7    MORRISON & FOERSTER LLP                      WILMER CUTLER PICKERING
     425 Market Street                            HALE AND DORR LLP
8    San Francisco, California  94105-2482        950 Page Mill Road
     Telephone:  (415) 268-7000                   Palo Alto, California 94304
9    Facsimile:  (415) 268-7522                   Telephone: (650) 858-6000
                                                  Facsimile: (650) 858-6100
10   Attorneys for Plaintiff and
     Counterclaim-Defendant APPLE INC.

11

12

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16   APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK

17                Plaintiff,                      **APPLE INC.'S NOTICE OF
                                                  DEPOSITION OF
18         v.                                     GEE SUNG CHOI**

19   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG ELECTRONICS
20   AMERICA, INC., a New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
21   AMERICA, LLC, a Delaware limited liability
     company,
22
                  Defendants.
23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3    Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4    Gee Sung Choi.  The deposition will commence at 9:00 a.m. on Wednesday, February 8, 2012, at

5    such place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by

6    a notary public or other authorized officer and will continue from day to day until concluded, or

7    may be continued until completed at a future date or dates.

8         PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil

9    Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12   Dated:  January 28, 2012              MORRISON & FOERSTER LLP

13

14                                  By:    /s/ Richard S.J. Hung
                                          RICHARD S.J. HUNG

15                                        Attorneys for Plaintiff
                                          APPLE INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 28, 2012, a true and correct copy of **APPLE INC.'S**

3   **NOTICE OF DEPOSITION OF GEE SUNG CHOI** was served via electronic mail on the

4   following counsel of record at the addresses indicated below:

5          Charles Kramer Verhoeven
           Quinn Emanuel Urquhart & Sullivan, LLP
6          50 California Street, 22nd Floor
           San Francisco, CA 94111
7          Tel: 415-875-6600
           Email: charlesverhoeven@quinnemanuel.com
8

9          Edward J. DeFranco
           Quinn Emanuel Urquhart & Sullivan, LLP
           335 Madison Avenue , 22nd Floor
10         New York, NY 10017
           Tel: 212-849-7000
11         Fax: 212-849-7100
           Email: eddefranco@quinnemanuel.com
12

13         Kevin P.B. Johnson
           Quinn Emanuel Urquhart & Sullivan LLP
           555 Twin Dolphin Drive, 5th Floor
14         Redwood Shores, CA 94065
           Tel: 650-801-5000
15         Fax: 650-801-5100
           Email: kevinjohnson@quinnemanuel.com
16

17         Michael Thomas Zeller
           Quinn Emanuel Urquhart & Sullivan, LLP
           865 S. Figueroa Street , 10th Floor
18         Los Angeles, CA 90017
           Tel: 213-443-3000
19         Fax: 213-443-3100
           Email: michaelzeller@quinnemanuel.com
20

21         Victoria F. Maroulis
           Quinn Emanuel Urquhart & Sullivan, LLP
           555 Twin Dolphin Drive, Fifth Floor
22         Redwood Shores, CA 94065
           Tel: 650-801-5000
23         Fax: 650-801-5100
           Email: victoriamaroulis@quinnemanuel.com
24

25

26

27

28

1
2
3
4

Margret Mary Caruso
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com

5
6
7

Todd Michael Briggs
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Email: toddbriggs@quinnemanuel.com

8

9      I declare under penalty of perjury that the foregoing is true and correct.  Executed at

10   San Francisco, California, this 28th day of January 2012.

11                                                          */s/ Esther Kim*
                                                            Esther Kim

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

APPLE INC., a California corporation,

            Plaintiff,

      vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

            Defendants.


SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company, a
California corporation,

            Counterclaim-Plaintiffs,

      v.

APPLE INC., a California corporation,

            Counterclaim-Defendant.

Civil Action No. 11-CV-01846-LHK

**APPLE INC.'S NOTICE OF
DEPOSITION OF MINHYUNG CHUNG**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant and counterclaim plaintiff Apple Inc., by and through its attorneys, will take the deposition upon oral examination of Minhyung Chung.  The deposition will commence at 9:00 a.m. on January 25, 2012 at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304, or at such date, time, and place as is otherwise agreed to by the parties or ordered by the Court.  The examination will be taken before a notary public or other person authorized to administer oaths and will continue day-to-day until completed, or may be continued until completed at a future date or dates.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the deposition will be videotaped and recorded stenographically.

You are invited to attend and cross-examine.

Dated:  December 27, 2011

Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
Peter J. Kolovos (admitted *pro hac vice*)
(peter.kolovos@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (CA SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (CA SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 27, 2011 by e-mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Kolovos

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S NOTICE OF DEPOSITION OF WON PYO HONG** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3  Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4  Won Pyo Hong.  The deposition will commence at 9:00 a.m. on Thursday, January 12, 2012, at

5  such place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by

6  a notary public or other authorized officer and will continue from day to day until concluded, or

7  may be continued until completed at a future date or dates.

8      PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure

9  30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12  Dated:  December 6, 2011                MORRISON & FOERSTER LLP

13

14                                  By:   /s/ Richard S.J. Hung
                                         RICHARD S.J. HUNG

15                                       Attorneys for Plaintiff
                                         APPLE INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
4   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)
    jasonbartlett@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
9   Facsimile:  (415) 268-7522

10  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

11

12

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16  APPLE INC., a California corporation,

17                    Plaintiff,

18          v.

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG ELECTRONICS
20  AMERICA, INC., a New York corporation; and
    SAMSUNG TELECOMMUNICATIONS
21  AMERICA, LLC, a Delaware limited liability
    company,
22
                    Defendants.
23

Case No. 11-cv-01846-LHK

**APPLE INC.'S NOTICE OF
DEPOSITION OF
HEONBAE KIM**

24

25

26

27

28

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3   Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4   Heonbae Kim.  The deposition will commence at 9:00 a.m. on Monday, February 6, 2012, at such

5   place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by a

6   notary public or other authorized officer and will continue from day to day until concluded, or

7   may be continued until completed at a future date or dates.

8   PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil

9   Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12   Dated:  January 25, 2012                    MORRISON & FOERSTER LLP

13

14                                         By:   _/s/ Richard S.J. Hung_____
                                                RICHARD S.J. HUNG

15                                              Attorneys for Plaintiff
16                                              APPLE INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 25, 2012, a true and correct copy of **APPLE INC.'S**

3    **NOTICE OF DEPOSITION OF HEONBAE KIM** was served via electronic mail on the

4    following counsel of record at the addresses indicated below:

5          Charles Kramer Verhoeven
           Quinn Emanuel Urquhart & Sullivan, LLP
6          50 California Street, 22nd Floor
           San Francisco, CA 94111
7          Tel: 415-875-6600
           Email: charlesverhoeven@quinnemanuel.com
8
           Edward J. DeFranco
9          Quinn Emanuel Urquhart & Sullivan, LLP
           335 Madison Avenue , 22nd Floor
10         New York, NY 10017
           Tel: 212-849-7000
11         Fax: 212-849-7100
           Email: eddefranco@quinnemanuel.com
12
           Kevin P.B. Johnson
13         Quinn Emanuel Urquhart & Sullivan LLP
           555 Twin Dolphin Drive, 5th Floor
14         Redwood Shores, CA 94065
           Tel: 650-801-5000
15         Fax: 650-801-5100
           Email: kevinjohnson@quinnemanuel.com
16
           Michael Thomas Zeller
17         Quinn Emanuel Urquhart & Sullivan, LLP
           865 S. Figueroa Street , 10th Floor
18         Los Angeles, CA 90017
           Tel: 213-443-3000
19         Fax: 213-443-3100
           Email: michaelzeller@quinnemanuel.com
20
           Victoria F. Maroulis
21         Quinn Emanuel Urquhart & Sullivan, LLP
           555 Twin Dolphin Drive, Fifth Floor
22         Redwood Shores, CA 94065
           Tel: 650-801-5000
23         Fax: 650-801-5100
           Email: victoriamaroulis@quinnemanuel.com

24

25

26

27

28

1      Margret Mary Caruso
             Quinn Emanuel Urquhart & Sullivan, LLP

2      555 Twin Dolphin Drive, Suite 560
             Redwood Shores, CA 94065

3      Tel: 650-801-5000
             Fax: 650-801-5100

4      Email: margretcaruso@quinnemanuel.com

5      Todd Michael Briggs
             Quinn Emanuel Urquhart & Sullivan, LLP

6      555 Twin Dolphin Drive, Fifth Floor
             Redwood Shores, CA 94065

7      Tel: 650-801-5000
             Email: toddbriggs@quinnemanuel.com

8

9      I declare under penalty of perjury that the foregoing is true and correct.  Executed at

10  San Francisco, California, this 25th day of January 2012.

11                                */s/ Esther Kim*
12                                Esther Kim

1   HAROLD J. MCELHINNY (CA SBN 66781)        WILLIAM F. LEE
    hmcelhinny@mofo.com                        william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)          WILMER CUTLER PICKERING
    mjacobs@mofo.com                           HALE AND DORR LLP
3   JENNIFER LEE TAYLOR (CA SBN 161368)        60 State Street
    jtaylor@mofo.com                           Boston, MA 02109
4   ALISON M. TUCHER (CA SBN 171363)           Telephone: (617) 526-6000
    atucher@mofo.com                           Facsimile: (617) 526-5000
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)          MARK D. SELWYN (SBN 244180)
    jasonbartlett@mofo.com                     mark.selwyn@wilmerhale.com
7   MORRISON & FOERSTER LLP                    WILMER CUTLER PICKERING
    425 Market Street                          HALE AND DORR LLP
8   San Francisco, California  94105-2482      950 Page Mill Road
    Telephone:  (415) 268-7000                 Palo Alto, California 94304
9   Facsimile:  (415) 268-7522                 Telephone: (650) 858-6000
                                               Facsimile: (650) 858-6100
10  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

11

12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16  APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK

17              Plaintiff,                       **APPLE INC.'S NOTICE OF
                                                 DEPOSITION OF DONG JIN KO**
18       v.

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG ELECTRONICS
20  AMERICA, INC., a New York corporation; and
    SAMSUNG TELECOMMUNICATIONS
21  AMERICA, LLC, a Delaware limited liability
    company,
22
                Defendants.
23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3 Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4 Dong Jin Ko.  The deposition will commence at 9:00 a.m. on Tuesday, January 10, 2012, at such

5 place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by a

6 notary public or other authorized officer and will continue from day to day until concluded, or

7 may be continued until completed at a future date or dates.

8    PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure

9 30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12 Dated:  December 6, 2011           MORRISON & FOERSTER LLP

13

14                        By:    */s/ Richard S.J. Hung*
                                RICHARD S.J. HUNG

15                                Attorneys for Plaintiff
                                APPLE INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S NOTICE OF DEPOSITION OF KEN KOREA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant and counterclaim plaintiff Apple Inc., by and through its attorneys, will take the deposition upon oral examination of Ken Korea.  The deposition will commence at 9:00 a.m. on January 26, 2012 at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304, or at such date, time, and place as is otherwise agreed to by the parties or ordered by the Court.  The examination will be taken before a notary public or other person authorized to administer oaths and will continue day-to-day until completed, or may be continued until completed at a future date or dates.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the deposition will be videotaped and recorded stenographically.

You are invited to attend and cross-examine.

Dated:  December 27, 2011

Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
Peter J. Kolovos (admitted *pro hac vice*)
(peter.kolovos@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (CA SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (CA SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 27, 2011 by e-mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Kolovos

1   HAROLD J. MCELHINNY (CA SBN 66781)   WILLIAM F. LEE (*pro hac vice*)
hmcelhinny@mofo.com   william.lee@wilmerhale.com

2   MICHAEL A. JACOBS (CA SBN 111664)   WILMER CUTLER PICKERING
mjacobs@mofo.com   HALE AND DORR LLP

3   RICHARD S.J. HUNG (CA SBN 197425)   60 State Street
rhung@mofo.com   Boston, Massachusetts 02109

4   MORRISON & FOERSTER LLP   Telephone: (617) 526-6000
425 Market Street   Facsimile: (617) 526-5000

5   San Francisco, California  94105-2482
Telephone:  (415) 268-7000   MARK D. SELWYN (CA SBN 244180)

6   Facsimile:  (415) 268-7522   mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING

7   HALE AND DORR LLP
950 Page Mill Road

8   Palo Alto, California 94304
Telephone: (650) 858-6000

9   Attorneys for Plaintiff and   Facsimile: (650) 858-6100
Counterclaim-Defendant Apple Inc.

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

11   **SAN JOSE DIVISION**

12   APPLE INC., a California corporation,

13          Plaintiff,

14      vs.   Civil Action No. 11-CV-01846-LHK

15   SAMSUNG ELECTRONICS CO., LTD., a   **APPLE INC.'S NOTICE OF**
Korean business entity, SAMSUNG   **DEPOSITION OF SEUNG GUN PARK**

16   ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG

17   TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

18         Defendants.

19

20   SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG

21   ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG

22   TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company, a

23   California corporation,

24        Counterclaim-Plaintiffs,

25      v.

26   APPLE INC., a California corporation,

27        Counterclaim-Defendant.

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Apple Inc., by and through its attorneys, will take the deposition upon oral examination of Seung Gun Park.  The deposition will commence at 9:00 a.m. on January 31, 2012 at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304, or at such date, time, and place as is otherwise agreed to by the parties or ordered by the Court.  The examination will be taken before a notary public or other person authorized to administer oaths and will continue day-to-day until completed, or may be continued until completed at a future date or dates.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the deposition will be videotaped and recorded stenographically.

You are invited to attend and cross-examine.

1 Dated:  January 12, 2012

*/s/ Mark D. Selwyn*_____
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
Peter J. Kolovos (admitted *pro hac vice*)
(peter.kolovos@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (CA SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (CA SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

3       The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on January 12, 2012 by e-mail upon the following:

4

5

Charles Kramer Verhoeven (Cal. Bar No. 170151)

6  (charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP

7  50 California Street, 22nd Floor
San Francisco, California 94111

8  Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

9

10  Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)

11  Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)

12  Quinn Emanuel Urquhart & Sullivan LLP

13  555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065

14  Telephone: (650) 801-5000
Facsimile: (650) 801-5100

15

16  Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)

17  Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor

18  New York, New York 10010
Telephone: (212) 849-7000

19  Facsimile: (212) 849-7100

20

Michael T. Zeller (Cal. Bar No. 196417)

21  (michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP

22  865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

23  Telephone: (213) 443-3000
Facsimile: (213) 443-3100

24

25

26                                        */s/ Mark D. Selwyn*

27                                        Mark D. Selwyn

28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                 Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                 Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S NOTICE OF DEPOSITION OF JONG-KYUN SHIN** |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3    Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4    Jong-Kyun Shin.  The deposition will commence at 9:00 a.m. on Monday, February 13, 2012, at

5    such place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by

6    a notary public or other authorized officer and will continue from day to day until concluded, or

7    may be continued until completed at a future date or dates.

8    PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil

9    Procedure 30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12   Dated:  January 22, 2012                    MORRISON & FOERSTER LLP

13

14                                          By:    /s/ Richard S.J. Hung
                                                  RICHARD S.J. HUNG
15
                                                  Attorneys for Plaintiff
16                                                APPLE INC.

17

18

19

20

21

22

23

24

25

26

27

28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S NOTICE OF DEPOSITION OF DALE SOHN** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff

3    Apple Inc., by and through its attorneys, will take the deposition upon oral examination of

4    Dale Sohn.  The deposition will commence at 9:00 a.m. on Monday, January 9, 2012, at such

5    place as is agreed to by the parties or ordered by the Court.  The deposition will be taken by a

6    notary public or other authorized officer and will continue from day to day until concluded, or

7    may be continued until completed at a future date or dates.

8        PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure

9    30(b)(3), the deposition will be videotaped and recorded stenographically.

10

11

12   Dated:  December 6, 2011                 MORRISON & FOERSTER LLP

13

14                                    By:    /s/ Richard S.J. Hung
                                            RICHARD S.J. HUNG
15                                          Attorneys for Plaintiff
                                            APPLE INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE INC.'S NOT. OF DEPO. OF DALE SOHN
CASE NO. 11-cv-01846-LHK

sf-3079636