# EXHIBIT 3

# FILED UNDER SEAL

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF SEUNGHO AHN** |

Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby object to the Notice of Deposition of SEUNGHO AHN ("Notice").

<u>**OBJECTIONS**</u>

Samsung makes the following objections to Apple's Notice:

1.      Samsung objects to the Notice to the extent it seeks information protected by the attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

2.      Samsung objects to the Notice to the extent that (i) the discovery sought is cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome, and/or less expensive, (ii) providing information in response to the Notice would be unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise beyond the legitimate scope and limitations of discovery, both generally and specifically in this investigation.

3.      Samsung objects to the date and time of the deposition as stated in the Notice. Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

4.      Samsung objects the Notice insofar as it states the deposition "will continue from day to day until concluded, or may be continued until completed at a future date or dates." Samsung will meet and confer with Apple regarding whether a continuance or additional dates are warranted.

5.      Samsung objects to the Notice to the extent that it seeks information that is not relevant to the subject matter of this investigation or to the claims or defenses of any party, not reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise outside the proper scope of discovery.

6.      Samsung's discovery and investigation in connection with this investigation is continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or supplement its objections.

1

2   DATED: January 21, 2012              Respectfully submitted,

3                                        QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
4

5

6                                        By   /s/ Victoria Maroulis
                                             Charles K. Verhoeven
7                                            Kevin P.B. Johnson
                                             Victoria F. Maroulis
8                                            Michael T. Zeller
9                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., Samsung ELECTRONICS AMERICA,
10                                           INC. and Samsung TELECOMMUNICATIONS
                                             AMERICA, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2012, I caused **SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF SEUNGHO AHN** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

| | |
|---|---|
| AppleMoFo@mofo.com | WILLIAM F. LEE |
| HAROLD J. MCELHINNY | william.lee@wilmerhale.com |
| hmcelhinny@mofo.com | WILMER CUTLER PICKERING HALE |
| MICHAEL A. JACOBS | AND DORR LLP |
| mjacobs@mofo.com | 60 State Street |
| JENNIFER LEE TAYLOR | Boston, Massachusetts 02109 |
| jtaylor@mofo.com | Telephone: (617) 526-6000 |
| ALISON M. TUCHER | Facsimile: (617) 526-5000 |
| atucher@mofo.com | |
| RICHARD S.J. HUNG | MARK D. SELWYN |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT | WILMER CUTLER PICKERING HALE |
| jasonbartlett@mofo.com | AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on January 21, 2012.

_____/s/ Alex Binder_____

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                   Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                   Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF JOSEPH CHEONG** |

1    Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby object to the Notice of Deposition of Joseph Cheong ("Notice").

4                                    **OBJECTIONS**

5    Samsung makes the following objections to Apple's Notice:

6    1.    Samsung objects to the Notice to the extent it seeks information protected by the

7  attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8  privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9  way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10    2.    Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16    3.    Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18    4.    Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22    5.    Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26    6.    Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

1      7.      Samsung objects to the Notice on the grounds that Joseph Cheong is a high-level

2  executive with little or no knowledge relevant to the case, and therefore, the deposition is unlikely

3  to lead to discoverable information.

4

5  DATED: February 2, 2012                    Respectfully submitted,

6                                             QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP
7

8

9                                             By  /s/ Victoria Maroulis
                                                  Charles K. Verhoeven
10                                                 Kevin P.B. Johnson
                                                   Victoria F. Maroulis
11                                                 Michael T. Zeller
12                                                 Attorneys for SAMSUNG ELECTRONICS CO.,
                                                   LTD., Samsung ELECTRONICS AMERICA,
13                                                 INC. and Samsung TELECOMMUNICATIONS
                                                   AMERICA, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012, I caused **SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF JOSEPH CHEONG** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

AppleMoFo@mofo.com
HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on February 2, 2012.

_____/s/ Alex Binder_____

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF JAEWAN CHI** |

1    Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby object to the Notice of Deposition of JAEWAN CHI ("Notice").

4  <u>**OBJECTIONS**</u>

5    Samsung makes the following objections to Apple's Notice:

6    1.    Samsung objects to the Notice to the extent it seeks information protected by the

7  attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8  privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9  way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10    2.    Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16    3.    Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18    4.    Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22    5.    Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26    6.    Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

1

2   DATED: January 21, 2012            Respectfully submitted,

3                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
4

5

6                                      By   /s/ Victoria Maroulis
                                           Charles K. Verhoeven
7                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
8                                          Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
9                                          LTD., Samsung ELECTRONICS AMERICA,
                                           INC. and Samsung TELECOMMUNICATIONS
10                                         AMERICA, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2012, I caused **SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF JAEWAN CHI** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

AppleMoFo@mofo.com
HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on January 21, 2012.

_____/s/ Alex Binder_____

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Charles K. Verhoeven (Bar No. 170151)
2       charlesverhoeven@quinnemanuel.com
     50 California Street, 22nd Floor
3    San Francisco, California 94111
     Telephone: (415) 875-6600
4    Facsimile: (415) 875-6700

5       Kevin P.B. Johnson (Bar No. 177129)
        kevinjohnson@quinnemanuel.com
6       Victoria F. Maroulis (Bar No. 202603)
        victoriamaroulis@quinnemanuel.com
7    555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California  94065-2139
8    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
9
        Michael T. Zeller (Bar No. 196417)
10       michaelzeller@quinnemanuel.com
     865 S. Figueroa St., 10th Floor
11   Los Angeles, California 90017
     Telephone: (213) 443-3000
12   Facsimile: (213) 443-3100

13   Attorneys for SAMSUNG ELECTRONICS CO.,
     LTD., SAMSUNG ELECTRONICS AMERICA,
14   INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC
15

16                       UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20                    Plaintiff,
                                                    **SAMSUNG'S OBJECTIONS TO APPLE'S**
21              vs.                                 **NOTICE OF DEPOSITION OF**
                                                    **SEUNGHWAN CHO**
22   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity;  SAMSUNG
23   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
24   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
25
                      Defendant.
26

27

28

1    Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3   "Samsung") hereby object to the Notice of Deposition of Seunghwan Cho ("Notice").

4                                    **OBJECTIONS**

5    Samsung makes the following objections to Apple's Notice:

6    1.    Samsung objects to the Notice to the extent it seeks information protected by the

7   attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8   privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9   way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10    2.    Samsung objects to the Notice to the extent that (i) the discovery sought is

11   cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12   burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13   unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14   beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15   investigation.

16    3.    Samsung objects to the date and time of the deposition as stated in the Notice.

17   Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18    4.    Samsung objects the Notice insofar as it states the deposition "will continue from

19   day to day until concluded, or may be continued until completed at a future date or dates."

20   Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21   warranted.

22    5.    Samsung objects to the Notice to the extent that it seeks information that is not

23   relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24   reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25   outside the proper scope of discovery.

26    6.    Samsung's discovery and investigation in connection with this investigation is

27   continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28   supplement its objections.

7.      Samsung objects to the Notice on the grounds that Seunghwan is a high-level executive with little or no knowledge relevant to the case, and therefore, the deposition is unlikely to lead to discoverable information.

DATED: February 2, 2012              Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  _/s/ Victoria Maroulis_
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Michael T. Zeller
    Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., Samsung ELECTRONICS AMERICA,
    INC. and Samsung TELECOMMUNICATIONS
    AMERICA, LLC

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on February 2, 2012, I caused **SAMSUNG'S OBJECTIONS TO**

3

**APPLE'S NOTICE OF DEPOSITION OF SEUNGHWAN CHO** to be electronically served

4

on the following via email:

5

**ATTORNEYS FOR APPLE INC.**

6
AppleMoFo@mofo.com
HAROLD J. MCELHINNY
7
hmcelhinny@mofo.com
MICHAEL A. JACOBS
8
mjacobs@mofo.com
JENNIFER LEE TAYLOR
9
jtaylor@mofo.com
ALISON M. TUCHER
10
atucher@mofo.com
RICHARD S.J. HUNG
11
rhung@mofo.com
JASON R. BARTLETT
12
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
13
425 Market Street
San Francisco, California 94105-2482
14
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

15

16

17

I declare under penalty of perjury that the foregoing is true and correct.  Executed in

18

San Francisco, California on February 2, 2012.

19

_____/s/ Alex Binder_____

20

21

22

23

24

25

26

27

28

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2       charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5     Kevin P.B. Johnson (Bar No. 177129)
        kevinjohnson@quinnemanuel.com
6       Victoria F. Maroulis (Bar No. 202603)
        victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
      Michael T. Zeller (Bar No. 196417)
10      michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

20                  Plaintiff,
                                                 **SAMSUNG'S OBJECTIONS TO APPLE'S**
21            vs.                                **NOTICE OF DEPOSITION OF**
                                                 **GEE SUNG CHOI**
22  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity;  SAMSUNG
23  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
                    Defendant.
26

27

28

1      Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3   "Samsung") hereby object to the Notice of Deposition of Gee Sung Choi ("Notice").

4                                    **OBJECTIONS**

5      Samsung makes the following objections to Apple's Notice:

6      1.      Samsung objects to the Notice to the extent it seeks information protected by the

7   attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8   privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9   way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10     2.      Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16     3.      Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18     4.      Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22     5.      Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26     6.      Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

1    7.    Samsung objects to the Notice on the grounds that Gee Sung Choi is a high-level

2    executive with little or no knowledge relevant to the case, and therefore, the deposition is unlikely

3    to lead to discoverable information.

4

5    DATED: February 2, 2012                Respectfully submitted,

6                                           QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
7

8

9                                           By  /s/ Victoria Maroulis
                                               Charles K. Verhoeven
10                                              Kevin P.B. Johnson
                                               Victoria F. Maroulis
11                                              Michael T. Zeller
                                               Attorneys for SAMSUNG ELECTRONICS CO.,
12                                              LTD., Samsung ELECTRONICS AMERICA,
                                               INC. and Samsung TELECOMMUNICATIONS
13                                              AMERICA, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
     I hereby certify that on February 2, 2012, I caused **SAMSUNG'S OBJECTIONS TO**

3
**APPLE'S NOTICE OF DEPOSITION OF GEE SUNG CHOI** to be electronically served on

4
the following via email:

5
**ATTORNEYS FOR APPLE INC.**

6
AppleMoFo@mofo.com
HAROLD J. MCELHINNY

WILLIAM F. LEE
william.lee@wilmerhale.com

7
hmcelhinny@mofo.com
MICHAEL A. JACOBS

WILMER CUTLER PICKERING HALE
AND DORR LLP

8
mjacobs@mofo.com
JENNIFER LEE TAYLOR

60 State Street
Boston, Massachusetts 02109

9
jtaylor@mofo.com
ALISON M. TUCHER

Telephone: (617) 526-6000
Facsimile: (617) 526-5000

10
atucher@mofo.com
RICHARD S.J. HUNG

MARK D. SELWYN

11
rhung@mofo.com
JASON R. BARTLETT

mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE

12
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP

AND DORR LLP
950 Page Mill Road

13
425 Market Street
San Francisco, California 94105-2482

Palo Alto, California 94304
Telephone: (650) 858-6000

14
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Facsimile: (650) 858-6100

15

16

17
     I declare under penalty of perjury that the foregoing is true and correct.  Executed in

18
San Francisco, California on February 2, 2012.

19

20
_____/s/ Alex Binder_____

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF MINHYUNG CHUNG** |

1    Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby object to the Notice of Deposition of MINHYUNG CHUNG ("Notice").

4                                    **OBJECTIONS**

5    Samsung makes the following objections to Apple's Notice:

6    1.    Samsung objects to the Notice to the extent it seeks information protected by the

7  attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8  privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9  way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10    2.    Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16    3.    Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18    4.    Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22    5.    Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26    6.    Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

1

2   DATED: January 21, 2012            Respectfully submitted,

3                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
4

5

6                                      By  /s/ Victoria Maroulis
                                           Charles K. Verhoeven
7                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
8                                          Michael T. Zeller
9                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., Samsung ELECTRONICS AMERICA,
10                                         INC. and Samsung TELECOMMUNICATIONS
                                           AMERICA, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on January 21, 2012, I caused **SAMSUNG'S OBJECTIONS TO**

3   **APPLE'S NOTICE OF DEPOSITION OF MINHYUNG CHUNG** to be electronically served

4   on the following via email:

5   **ATTORNEYS FOR APPLE INC.**

6   AppleMoFo@mofo.com                          WILLIAM F. LEE
    HAROLD J. MCELHINNY                         william.lee@wilmerhale.com
7   hmcelhinny@mofo.com                         WILMER CUTLER PICKERING HALE
    MICHAEL A. JACOBS                           AND DORR LLP
8   mjacobs@mofo.com                            60 State Street
    JENNIFER LEE TAYLOR                         Boston, Massachusetts 02109
9   jtaylor@mofo.com                            Telephone: (617) 526-6000
    ALISON M. TUCHER                            Facsimile: (617) 526-5000
10  atucher@mofo.com
    RICHARD S.J. HUNG                           MARK D. SELWYN
11  rhung@mofo.com                              mark.selwyn@wilmerhale.com
    JASON R. BARTLETT                           WILMER CUTLER PICKERING HALE
12  jasonbartlett@mofo.com                      AND DORR LLP
    MORRISON & FOERSTER LLP                     950 Page Mill Road
13  425 Market Street                           Palo Alto, California 94304
    San Francisco, California 94105-2482        Telephone: (650) 858-6000
14  Telephone: (415) 268-7000                   Facsimile: (650) 858-6100
    Facsimile: (415) 268-7522

15

16

17

18          I declare under penalty of perjury that the foregoing is true and correct.  Executed in

    San Francisco, California on January 21, 2012.
19

20                                                      _____/s/ Alex Binder_____

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF HEONBAE KIM** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby object to the Notice of Deposition of Heonbae Kim ("Notice").

4                              **OBJECTIONS**

5    Samsung makes the following objections to Apple's Notice:

6    1.    Samsung objects to the Notice to the extent it seeks information protected by the

7  attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8  privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9  way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10    2.    Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16    3.    Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18    4.    Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22    5.    Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26    6.    Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

7.        Samsung objects to the Notice on the grounds that Heonbae Kim is a high-level executive with little or no knowledge relevant to the case, and therefore, the deposition is unlikely to lead to discoverable information.

DATED: February 2, 2012            Respectfully submitted,

                                 QUINN EMANUEL URQUHART &
SULLIVAN, LLP


                        By  */s/ Victoria Maroulis*
                            Charles K. Verhoeven
                            Kevin P.B. Johnson
                            Victoria F. Maroulis
                            Michael T. Zeller
                            Attorneys for SAMSUNG ELECTRONICS CO.,
                            LTD., Samsung ELECTRONICS AMERICA,
                            INC. and Samsung TELECOMMUNICATIONS
                            AMERICA, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 2, 2012, I caused **SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF HEONBAE KIM** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

AppleMoFo@mofo.com
HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on February 2, 2012.

_____/s/ Alex Binder_____

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF KEN KOREA** |

1      Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby object to the Notice of Deposition of KEN KOREA ("Notice").

4                                    **OBJECTIONS**

5      Samsung makes the following objections to Apple's Notice:

6      1.      Samsung objects to the Notice to the extent it seeks information protected by the

7  attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8  privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9  way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10     2.      Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16     3.      Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18     4.      Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22     5.      Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26     6.      Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

1

2   DATED: January 21, 2012          Respectfully submitted,

3                                    QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
4

5

6                                    By  /s/ Victoria Maroulis
                                        Charles K. Verhoeven
7                                       Kevin P.B. Johnson
                                        Victoria F. Maroulis
8                                       Michael T. Zeller
9                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., Samsung ELECTRONICS AMERICA,
10                                      INC. and Samsung TELECOMMUNICATIONS
                                        AMERICA, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2012, I caused **SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF KEN KOREA** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

AppleMoFo@mofo.com
HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on January 21, 2012.

_____/s/ Alex Binder_____

SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF KEN KOREA

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
       kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
       victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
     Michael T. Zeller (Bar No. 196417)
10     michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

20              Plaintiff,
                                                **SAMSUNG'S OBJECTIONS TO APPLE'S**
21         vs.                                  **NOTICE OF DEPOSITION OF**
                                                **SEUNG GUN PARK**
22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity;  SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
                Defendant.
26

27

28

1    Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby object to the Notice of Deposition of Seung Gun Park ("Notice").

4                                **OBJECTIONS**

5    Samsung makes the following objections to Apple's Notice:

6    1.    Samsung objects to the Notice to the extent it seeks information protected by the

7  attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8  privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9  way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10    2.    Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16    3.    Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18    4.    Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22    5.    Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26    6.    Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

7.      Samsung objects to the Notice to the extent it seeks testimony from a high-level executive who does not have unique personal knowledge that is relevant to the case.

DATED: February 2, 2012              Respectfully submitted,

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By  /s/ Victoria Maroulis
                                         Charles K. Verhoeven
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., Samsung ELECTRONICS AMERICA,
                                         INC. and Samsung TELECOMMUNICATIONS
                                         AMERICA, LLC

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on February 2, 2012, I caused **SAMSUNG'S OBJECTIONS TO**

3

**APPLE'S NOTICE OF DEPOSITION OF SEUNG GUN PARK** to be electronically served on

4

the following via email:

5

**ATTORNEYS FOR APPLE INC.**

6
AppleMoFo@mofo.com
HAROLD J. MCELHINNY

WILLIAM F. LEE
william.lee@wilmerhale.com

7
hmcelhinny@mofo.com
MICHAEL A. JACOBS

WILMER CUTLER PICKERING HALE
AND DORR LLP

8
mjacobs@mofo.com
JENNIFER LEE TAYLOR

60 State Street
Boston, Massachusetts 02109

9
jtaylor@mofo.com
ALISON M. TUCHER

Telephone: (617) 526-6000
Facsimile: (617) 526-5000

10
atucher@mofo.com
RICHARD S.J. HUNG

MARK D. SELWYN

11
rhung@mofo.com
JASON R. BARTLETT

mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE

12
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP

AND DORR LLP
950 Page Mill Road

13
425 Market Street
San Francisco, California 94105-2482

Palo Alto, California 94304
Telephone: (650) 858-6000

14
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Facsimile: (650) 858-6100

15

16

17

I declare under penalty of perjury that the foregoing is true and correct.  Executed in

18

San Francisco, California on February 2, 2012.

19

_____/s/ Alex Binder_____

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF SEUNG GUN PARK

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF JONG-KYUN SHIN** |

1    Pursuant to Fed. R. Civ. P. 30, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby object to the Notice of Deposition of JONG-KYUN SHIN ("Notice").

4                                      **OBJECTIONS**

5    Samsung makes the following objections to Apple's Notice:

6    1.    Samsung objects to the Notice to the extent it seeks information protected by the

7  attorney-client privilege, the work-product doctrine, common interest privilege, and/or any other

8  privilege or immunity.  Nothing stated in this response to the Notice is intended to be, or in any

9  way shall be deemed, a waiver of any such applicable privilege, immunity, or doctrine.

10    2.    Samsung objects to the Notice to the extent that (i) the discovery sought is

11  cumulative or duplicative, or is obtainable from some other source that is more convenient, less

12  burdensome, and/or less expensive, (ii) providing information in response to the Notice would be

13  unduly burdensome, expensive, and/or oppressive, and/or (iii) the discovery sought is otherwise

14  beyond the legitimate scope and limitations of discovery, both generally and specifically in this

15  investigation.

16    3.    Samsung objects to the date and time of the deposition as stated in the Notice.

17  Samsung will meet and confer with Apple regarding the date and time of the noticed deposition.

18    4.    Samsung objects the Notice insofar as it states the deposition "will continue from

19  day to day until concluded, or may be continued until completed at a future date or dates."

20  Samsung will meet and confer with Apple regarding whether a continuance or additional dates are

21  warranted.

22    5.    Samsung objects to the Notice to the extent that it seeks information that is not

23  relevant to the subject matter of this investigation or to the claims or defenses of any party, not

24  reasonably calculated to lead to the discovery of admissible evidence, or which is otherwise

25  outside the proper scope of discovery.

26    6.    Samsung's discovery and investigation in connection with this investigation is

27  continuing.  As a result, Samsung's objections are given without prejudice to its right to amend or

28  supplement its objections.

1    7.      Samsung objects to the Notice to the extent it seeks testimony from a high-level

2  executive who does not have unique personal knowledge that is relevant to the case.

3

4  DATED: February 2, 2012                Respectfully submitted,

5                                         QUINN EMANUEL URQUHART &
6                                         SULLIVAN, LLP

7

8                                         By  /s/ Victoria Maroulis
                                              Charles K. Verhoeven
9                                             Kevin P.B. Johnson
                                              Victoria F. Maroulis
10                                            Michael T. Zeller
                                              Attorneys for SAMSUNG ELECTRONICS CO.,
11                                            LTD., Samsung ELECTRONICS AMERICA,
                                              INC. and Samsung TELECOMMUNICATIONS
12                                            AMERICA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAMSUNG'S OBJECTIONS TO APPLE'S NOTICE OF DEPOSITION OF JONG-KYUN SHIN

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on February 2, 2012, I caused **SAMSUNG'S OBJECTIONS TO**

3  **APPLE'S NOTICE OF DEPOSITION OF JONG-KYUN SHIN** to be electronically served on

4  the following via email:

5  **ATTORNEYS FOR APPLE INC.**

6  AppleMoFo@mofo.com                         WILLIAM F. LEE
   HAROLD J. MCELHINNY                        william.lee@wilmerhale.com
7  hmcelhinny@mofo.com                        WILMER CUTLER PICKERING HALE
   MICHAEL A. JACOBS                          AND DORR LLP
8  mjacobs@mofo.com                           60 State Street
   JENNIFER LEE TAYLOR                        Boston, Massachusetts 02109
9  jtaylor@mofo.com                           Telephone: (617) 526-6000
   ALISON M. TUCHER                           Facsimile: (617) 526-5000
10 atucher@mofo.com
   RICHARD S.J. HUNG                          MARK D. SELWYN
11 rhung@mofo.com                             mark.selwyn@wilmerhale.com
   JASON R. BARTLETT                          WILMER CUTLER PICKERING HALE
12 jasonbartlett@mofo.com                     AND DORR LLP
   MORRISON & FOERSTER LLP                    950 Page Mill Road
13 425 Market Street                          Palo Alto, California 94304
   San Francisco, California 94105-2482       Telephone: (650) 858-6000
14 Telephone: (415) 268-7000                  Facsimile: (650) 858-6100
   Facsimile: (415) 268-7522

15

16

17      I declare under penalty of perjury that the foregoing is true and correct.  Executed in

18 San Francisco, California on February 2, 2012.

19                                              _____/s/ Alex Binder_____

20

21

22

23

24

25

26

27

28