# EXHIBIT 6

# FILED UNDER SEAL

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000  FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5005

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

February 9, 2012

VIA ELECTRONIC MAIL

Mia Mazza                                    Peter Kolovos
Morrison & Foerster                          WilmerHale
425 Market Street                            60 State Street
San Francisco, CA 94105                      Boston, MA 02109

Re:   *Apple Inc. v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Mia and Peter:

This letter is a follow up to Samsung's February 3 letter concerning Apple's notices of deposition for several high-ranking Samsung executives.  While Apple has withdrawn some of its notices and Samsung has offered others for depositions, Apple has not explained why it believes the depositions of the following witnesses are justified, or why it believes it cannot obtain whatever information these individuals possess through other means of discovery:

- Dale Sohn, President and Chief Executive Officer of STA;
- Joseph Cheong, Chief Financial Officer of STA;
- Gee Sung Choi, Vice Chairman and CEO of SEC;
- Jong-Kyun Shin, President of Mobile Communications;
- Won-Pyo Hong, Vice President of Mobile Communications;
- Heonbae Kim, Executive Vice President of Advanced S/W R&D;
- Seunghwan Cho, Senior Vice President of Advanced R&D;

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

- Dong Jin Koh, Senior Vice President of R&D Management;
- Min Cheol Shin, Vice President of Advanced Development Software Group;
- Younghee Lee, Senior Vice President of Samsung's Marketing Group;
- Dong Hoon Chang, Senior Vice President of Design Group;
- YoungHoon Eom, Senior Vice President of Sales & Marketing;
- Minhyung Chung, Senior Vice President of Samsung's Intellectual Property Center;
- Ken Korea, Vice President of Samsung's Intellectual Property Center;
- Seungho Ahn, Executive Vice President of Samsung's Intellectual Property Center;
- Jaewan Chi, Executive Vice President of Samsung's Intellectual Property Center; and
- Seung Gun Park, Senior Vice President of Intellectual Property Strategy.

During the February 6 lead counsel meet and confer, Apple agreed to send Samsung a letter this week explaining why it believed these depositions were justified, and providing us with whatever grounds or information it would include in a putative Motion to Compel these depositions, should motion practice become necessary.  To date, we have yet to receive Apple's reasons.  Please send this letter by the close of business today, so that we can have a meaningful discussion about these depositions tomorrow, February 10, as the parties had planned to do.  If we do not hear from you today, we will assume that Apple has no basis for seeking these depositions, and will inform the court of this fact in any subsequent motion practice that might be necessary.

Very truly yours,

*/s/ Rachel Herrick Kassabian*

Rachel Herrick Kassabian