# EXHIBIT 23

# FILED UNDER SEAL



# Analysis on the Competitiveness of Cubic 37

Development Management Group

6/19/09



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214274

# Contents

- Analysis on the Competitiveness of Cubic 37

  - Overview
    - Compared Models
    - Result Summary

  - Analysis Result
    - Exterior Design + Hardware
    - Software Effect
    - UX
    - Finger Gesture

## Appendix — Detail



HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

SAMNDCA00214275

# Compared Models

| Samsung Cubic37 | Apple iPhone 3G | HTC Touch HD |
|---|---|---|
|  |  |  |
| **Samsung Cubic37** | **Apple iPhone 3G** | **HTC Touch HD** |
| · Windows mobile 6.1<br>· 3.7" WVGA<br>· **AMOLED LCD**<br>· 5MP AF Camera<br>· SD(480p) Video<br>· 2G/8G/16G + microSD<br>· **Cube UI** | · MAC OS X<br>· 3.5" HVGA 16M<br>· TFT LCD<br>· 2MP AF Camera<br>· SD(480p) Video<br>· 8G/16G<br>· Touch UI | · Windows mobile 6.1<br>· 3.8" WVGA 65K<br>· TFT LCD<br>· 5MP AF Camera<br>· QVGA(240p) Video<br>· 327MB + microSD<br>· HTC TouchFLO 3D Interface |

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

# Result Summary

◆ Evaluated Version **: H/W Rev1.1 , S/W Ver. XXIF3**

◆ Exterior Design **+ H/W**
  - 5 itemsout of the 32 items in thechecklist need to be improved (Satisfaction level 84%)

## ◆ UI + GUI
  - 20 items out of 38 items need to be improved (Satisfaction level is 47%.)

| Category | Exterior Design + H/W |
|---|---|
| | Number of Issues |
| | 2 |
| Keys | 2 |
| | 0 |
| Touch | 1 |
| Accessory | – |
| **Total** | **5** |

| Category | UI+ GUI |
|---|---|
| | Numer of Issues |
| Layout | 14 |
| Text | 3 |
| Graphic | 8 |
| Touch | 3 |
| Feature | 17 |
| **Total** | **45** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00214277

# Review

◆ The clear picture quality, color, and wide LCD screen are satisfactory.

◆ The convenient functions of WM are strengths. (i.e. data sync with PC, Office Mobile, IM, and etc)

◆ Overall it seems slow (especially 3D View Mode), and the palpable sense when touch is not too good.

- It is not just the matter of response time, but the haptic & sound offered by touch function make the user feel that the overall operation is slow.
  (When in use, it is not like iPhone that is sleek and smooth, but frustrating.)

◆ Media related functions are too bad to be called "rich media."
- Especially in case of the horizontal 3D, Cube is slow, and it does not function as the user intends. It is frustrating and makes the user avoid using.
- In terms of the specifications including the number of pixels in the camera, the number of files that can be played, and resolution, we are in a relatively advantageous position.  But they do not give the user a good impression.  (Photo album, and Touch player need improvments in graphics.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exterior Design + H/W

| | Cubic37 | iPhone (A) | Touch HD (H) |
|---|---|---|---|
| **Exterior Design** | -The simple exterior is satisfactory.<br>-The rear side is too easy to be soiled by finger prints.<br>-The way to use microSD is difficulty (sliding method), and the cross section is sharp. | -The exterior design is satisfactory, and it gives the best grip.<br>-microSD cannot be inserted. | -Gives the worst grip.<br>-Matte material being used, it is resiliant to finger prints.<br>-The use of push-pull is intuitive. |
| **Keys** | -The imprints on the side keys are hard to recognize.<br>-The clicking sound when the buttons are pressed is not pleasing and luxurious.<br>-The outline of the cube key is so thick that it does not give a feeling of refinement. | -It is simple with the minimized keys.<br><br>-It sets vibration with the side vibration button. Intuitive and simple | -Hard to recognize power key, and volume key.<br>-The front touch key are satisfactory. |
| **LCD** | -The most satisfactory among the three with the clear and wide view | | -Has the largest screen (3.8"WVGA) |
| **Battery** | -Li-Ion 1500mAh | -The battery duration is very short. | -Li-Ion 1350 mAh |
| **Various Sensors** | -Multisensor detection rate seems little low. | -Nothing particular | -Nothing particular |

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

SAMNDCA00214279

# S/W Effect (1/2)

◆ Haptic technology negatively influences during touch scrolling

- When the screen scrolls, the screen moves sluggishly due to the haptic effects.

  ➢ Touch alert default option is set to a tap event, when this is set in Dialer&Visual input panel, the operation is much more smooth and good.

◆ Slow photo album thumbnail
- While it offers various view modes, the slow thumbnail loading speed gives a frustration.



| Cubic37 | iPhone (A) |
|---|---|
| Thumbnail loads slowly in horizontal 3D mode. | Showing the thumnails is a standard, iPhone supports scroll functions in a speedy manner. |
| The hour glass appearing during the thumbnail loading in the photo album makes the user conscious of the elapsed time, and frustsrates and bores the user. | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# S/W Effect (2/2)

◆ 3D album art does not appear sleek



| Cubic37 | iPhone (A) |
|---|---|
| Tilts to the selected album on the left. The edge is not smooth. Needs a graphic remedy. | A sleek album art |

◆ Without any screen transition, the operation appears unnatural



| Cubic37 | iPhone (A) |
|---|---|
| [Only] simple operations including up/down/left/right are offered. | Appropriate effects for each function and situation are offered. |

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

# Finger gesture

◆ Undesired selections occur while scrolling the main menu

- Menus are frequently selected while scrolling lists, and this is frustrating.

◆ Difficulty in operatingcube
- When touching Cube to rotate, it does not operate as desired.  It is frustrating. (It is hard to stop at the desired page.  The operation itself is slow.)

- While iPhone gives a feeling that the screen natually follows the user's hand, Cubic37 gives a sense that the screen is forced to follow.

◆ Difficulty of operation in 3D
- It is hard to browse single images in Folder/Album view in the photo/music horizontal mode.

 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Contents

■ Analysis on Cubit 37 Competitiveness

- Overview
  - ✓ Specifications of compared models
  - ✓ Result summary

- Analysis Result
  - ✓ Exterior design + H/W
  - ✓ S/W Effect
  - ✓ UX
  - ✓ Finger gesture
  - ✓

## ▪ Appendix – Detail 비교



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Idle/Layout - Function Comparison





|  | Cubic37 | iPhone (A) | Touch HD (H) |
|---|---|---|---|
| Widget | O | X | O |
| Main menu | O | O | O |
| Cube | O | X | X |
| Lock screen | O | O | X |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214294

# Idle/Layout - Review

◆ Relative Strengths

- Offers various widgets (user downloadable)
- High accessibility to main menu
  The speed and the accuracy of virtual keyboard touch are good.
-

◆ Items requiring improvements

- The gaps between the icons in main menu are narrow, and the number of icons
  displyed in each page is small.  (Need an option to choose a layout such as 3x4 and 4x4)

- Making transitions in main menu is possible only through scrolling, and it is inconvenient.
  (iPhone displays the page number that lets the user directly moves to the desired page.)
- The basic background color of the main menu and the page icon are not aethestically pleasing.

- Not offering recent programs causes inconvenience.
- When virtual keyboard is touched, the enlarged image is covered by the finger that touched
  the screen.  Thus, the touched character is not recognizable and confusing.

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

SAMNDCA00214295

# Idle/Layout - Widget

| Cubic37 | iPhone (A) | Touch HD (H) |
|---|---|---|



**Cubic37**

* Offers 3 widget pages, and the number of times and the quantity are noticeably large.
* Widgets users want are downloadable through "more widgets" menu.

**iPhone (A)**

Does not offer Widgets. Weather and stocks aer offered through applications

**Touch HD (H)**

* Specific widgets are offered in the idle screen.
*Time/weather/stock shows speparately on each page. It has a strong homescreen characteristic.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Idle/Layout - Main menu

| Cubic37 | iPhone (A) | Touch HD (H) |
|---|---|---|



**Cubic37**

* High accessibility with Cube Key
* Can set 12 shortcuts per page
  (Need an option to choose 3x4 / 4x4 layout)
* Can change the icon sequence and enlarge pages.
* As the page icon is not touchable, the user has to scroll when navigating pages.
* The gaps between the icons are too narrow to touch.
* The background color and the page icon are not aesthetically pleasing.

**iPhone (A)**

*Has a high accessibility by offering main menu on the home screen.

*Can set up 16 shortcuts per page.

*Can change the icon sequence and enlarge pages.

*Can jump to the page by pressing the page icon.

*Can add web clips.

**Touch HD (H)**

* Offers MS programs as a standard, and has program widgets.

* Single page contains everything (scroll vertically)

* The worse model among the three.

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY



# Cubic37 경쟁력 분석

개발관리그룹
2009.06.19

SAMNDCA00214274

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Contents

## ▪ Cubic37 경쟁력 분석

- 평가 개요
  - ✓ 비교 모델
  - ✓ 결과 요약

- 분석 결과
  - ✓ 외관 디자인 + H/W
  - ✓ S/W Effect
  - ✓ UX
  - ✓ Finger gesture

## ▪ Appendix – Detail 비교



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 비교 모델

|  |  |  |
|---|---|---|
| **Samsung Cubic37** | **Apple iPhone 3G** | **HTC Touch HD** |
| · Windows mobile 6.1<br>· 3.7″ WVGA<br>· **AMOLED LCD**<br>· 5MP AF Camera<br>· SD(480p) Video<br>· 2G/8G/16G + microSD<br>· **Cube UI** | · MAC OS X<br>· 3.5″ HVGA 16M<br>· TFT LCD<br>· 2MP AF Camera<br>· SD(480p) Video<br>· 8G/16G<br>· Touch UI | · Windows mobile 6.1<br>· 3.8″ WVGA 65K<br>· TFT LCD<br>· 5MP AF Camera<br>· QVGA(240p) Video<br>· 327MB + microSD<br>· HTC TouchFLO 3D Interface |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 결과 요약

◆ **평가 버전 : H/W Rev1.1 , S/W Ver. XXIF3**

◆ **외관디자인 + H/W**
  • Checklist 항목 총 32개 中 5개 항목 개선 필요 **(만족도 84%)**

◆ **UI + GUI**
  • Checklist 항목 총 38개 中 20개 항목 개선 필요 **(만족도 47%)**

| Category | 외관 디자인+H/W<br>발생 이슈 數 |
|---|---|
| 외관 형태 | 2 |
| Keys | 2 |
| 외관 조명 | 0 |
| Touch | 1 |
| Accessory | - |
| **Total** | **5** |

| Category | UI+GUI<br>발생 이슈 數 |
|---|---|
| Layout | 14 |
| Text | 3 |
| Graphic | 8 |
| Touch | 3 |
| Feature | 17 |
| **Total** | **45** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214277

# 평가 의견

◆ **선명한 화질, 뚜렷한 색감, 넓은 LCD Size는 만족스러움**

◆ **WM의 편리한 기능은 강점임 (PC와 Data Sync, Office mobile, IM 등)**

◆ **전체적으로 성능이 느리다는 느낌이 들고 (특히 3D View mode)
Touch 시 느낌이 좋지 않음**
   - **단순한 반응 속도 문제가 아니라 Touch 시 제공되는 Haptic&Sound 효과가
     오히려 사용자로 하여금 느리다는 느낌을 받게 함
     (사용 시 iPhone 처럼 매끄럽다는 느낌이 아니라 답답하다는 느낌이 듬)**

◆ **Rich media 라고 하기에는 미디어 관련 성능이 좋지 않음**
   - **특히 가로 3D mode, Cube의 경우 동작이 느리고 사용자가 의도한 대로
     움직이지 않아 답답하고 사용 꺼려짐**
   - **Camera 화소 수, 재생 가능 File format, 해상도 등 Spec 상으로는 경쟁사
     대비 우월하나 사용자에게 보여줄 때에는 좋은 느낌을 주지 못함
     (Photo album, Touch player 그래픽 효과 개선 필요)**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00214278

# 외관 디자인 + H/W

| | Cubic37 | iPhone (A) | Touch HD (H) |
|---|---|---|---|
| 외관 디자인 | -심플한 외관디자인 만족스러움<br><br>-뒷면에 지문이 너무 쉽게 묻음<br><br>-microSD Slot 사용 방식이 어렵고 (여닫이 방식) 단면이 날카로움 | -외관 디자인 만족스러우며 그립감이 가장 뛰어남<br><br><br><br>-microSD 삽입할 수 없음 | -그립감 가장 열세<br><br>-무광 소재로 지문 잘 묻지 않음<br><br>-Push-pull 타입으로 사용 방식이 직관적임 |
| Keys | -Side Key 각인이 알아보기 힘듦<br><br>-전면 Key를 눌렀을 때 딸각이는 돔 간섭 음이 고급스럽지 못함<br><br>-Cube key 테두리가 두꺼워 세련된 느낌 없음 | -Key를 최소화 하여 심플함<br><br>-측면 진동 버튼으로 진동 설정 직관적이고 간편함 | -Power key, Volume key 인지하기 어려움<br><br>-전면 Touch key 만족스러움 |
| LCD | -선명하고 시원한 느낌이 3社 모델 중 가장 만족스러움 | | -화면 크기 가장 큼 (3.8″ WVGA) |
| 배터리 | −Li-Ion 1500 mAh | -배터리 지속 시간 매우 짧음 | −Li-Ion 1350 mAh |
| 각종 센서 | -Motion Sensor 인식률이 다소 떨어지는 느낌 | -특이사항 없음 | -특이사항 없음 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# S/W Effect (1/2)

## ◆ Haptic이 Touch scroll 시 부정적 영향을 미침

- 화면 Scroll 시 Haptic 효과로 인해 화면이 무겁게 움직이는 느낌
  - ➢ Touch Alert Default Option이 Tap event로 되어 있는데,
    이를 Dialer&Virtual input panel로 지정 시 훨씬 부드럽고 좋은 느낌

## ◆ Photo album Thumbnail 로딩 느림

- 다양한 View mode를 제공하지만
  1차적으로 Thumbnail 로딩 속도가 느려 답답한 느낌



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# S/W Effect (2/2)

## ◆ 3D Album art 가 매끄럽지 못한 느낌



| Cubic37 | iPhone (A) |
|---|---|
| 좌측에 선택된 Album까지 기울어지게 그려져 계단현상 심각하며 매끄럽지 못함. Graphic적으로 Cover해야 함 | Album art가 매끄러움 |

## ◆ 화면 전환 효과 거의 없어 화면 동작이 부자연스러움



| Cubic37 | iPhone (A) |
|---|---|
| 상/하/좌/우 이동 정도의 간단한 효과 제공 | 각 기능과 상황에 적합한 효과 제공 |
| | 카메라 셔터동작    노트 넘김/삭제 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Finger gesture

◆ **Main menu 화면 Scroll 시 의도하지 않은 선택 발생함**
  • 리스트 Scroll 중 선택되는 경우가 빈번히 발생하여 사용 시 답답한 느낌

◆ **Cube 동작 어려움**
  • Cube를 터치하여 돌릴 때 의도한 대로 동작하지 않아 답답함
    (원하는 면에서 멈추기 힘듦, Cube 동작 속도 자체도 느림)
  • iPhone은 터치 동작 시 화면이 내 손에 이끌려 오는 느낌이 드는 반면
    Cubic37 터치 동작은 화면에 내 손이 끌려 다니는 듯한 느낌

◆ **3D View 에서 동작 어려움**
  • Photo/Music 가로모드에서 Folder/Album view의 이미지를 한 장씩
    넘기기 힘듦

 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Contents

- ## Cubic37 경쟁력 분석

  - 평가 개요
    - ✓ 비교 모델 Spec.
    - ✓ 결과 요약

  - 분석 결과
    - ✓ 외관 디자인 + H/W
    - ✓ S/W Effect
    - ✓ UX
    - ✓ Finger gesture

- ## Appendix – Detail 비교



HIGHLY  CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

# Idle/Layout - 기능 비교

  

|           | Cubic37 | iPhone (A) | Touch HD (H) |
|-----------|---------|------------|--------------|
| **Widget**    | O | X | O |
| **Main menu** | O | O | O |
| **Cube**      | O | X | X |
| **Lock screen** | O | O | X |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Idle/Layout - Review

## ◆ 경쟁사 대비 강점

- 다양한 Widget 제공 (사용자 Download 가능)
- Main menu의 접근성 높음
- Virtual keyboard Touch 반응 속도 및 정확도 좋음

## ◆ 개선 필요 사항

- Main menu의 Icon 사이 간격 좁고 Page 당 표시되는 개수 적음
  (3X4 / 4X4 등 표시 개수 선택 옵션 필요)
- Main menu page 이동이 스크롤로만 가능하여 불편함
  (iPhone의 경우 page 표시 Icon 터치 시 해당 page로 이동함)
- Main menu 기본 배경색 및 page 표시 아이콘 심미성 떨어짐
- Recent programs 제공되지 않아 불편함
- Virtual keyboard 터치 시 확대 이미지가 손가락에 가려
  터치한 Character 인지가 되지 않고 정신 없음

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Idle/Layout - Widget



| Cubic37 | iPhone (A) | Touch HD (H) |
|---------|-----------|--------------|
| • Idle 화면에 3개의 Widget page를 제공하고 있으며 종류 및 개수 월등히 많음<br><br>• More Widgets 통해 사용자가 원하는 Widget Download 가능함 | Widget 제공하지 않으며 날씨, 주가 등을 Application으로 제공함 | • Idle 화면에 정해진 Widget 제공<br><br>• Page당 시간/날씨/주가 등 한가지씩 볼 수 있으며 Homescreen의 성격이 강함 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Idle/Layout - Main menu

| Cubic37 | iPhone (A) | Touch HD (H) |
|---|---|---|
|  |  |  |
| · Cube key 이용하여 접근성 높음<br><br>· Page 당 12개 Shortcut 설정 가능<br>　(3X4 / 4X4 Layout 선택 옵션 필요)<br><br>· Icon 순서 변경 및 Page 확장 가능<br><br>· Page 표시 Icon 이 터치 되지 않아<br>　page 이동 시 일일이 스크롤 해야함<br><br>· 각 Icon 사이 간격이 너무 좁아서<br>　터치하기 부담스러움<br><br>· 배경 색상 및 Page 표시 Icon 의<br>　심미성 떨어짐 | · Homescreen에 Main menu 제공하며<br>　Home key 이용한 접근성 높음<br><br>· Page 당 16개 Shortcut 설정 가능<br><br>· Icon 순서 변경 및 Page 확장 가능<br><br>· Page 표시 아이콘 터치로 이동 가능<br><br>· Web clips 추가 가능 | · 기본적으로 MS Programs 제공하며<br>　Programs Widget 있음<br><br>· 1개 Page 로 되어 있음(세로 Scroll)<br><br>· 3社 모델 중 가장 열세 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY