# EXHIBIT 24

# FILED UNDER SEAL

Song-A Sherman
505 Highland Drive
Danville, CA 94526
(818) 334-9344

Certificate of Translation

I hereby certify that the partial Korean to English translation of SAMNDCA00214454 of
document with pages ranging from SAMNDCA00214454 to SAMNDCA00214473  is an
accurate and complete rendering of the contents of the source document to the best of my
knowledge.  I further certify that I translated said document and am a professional competent in
both languages with more than three years of professional experience in Korean to English
translation.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Report on Competitiveness Analysis

| | | | |
|---|---|---|---|
| 평가 모델 | GT-I8000_SEA_DX | 비교 모델 | Apple iPhone 3G, HTC Touch HD |
| H/W Ver. | Rev 1.1 | S/W Ver. | I8000XXIF3 |
| 평가자 | 이연아S | 평가 기간 | 2009.06.16 ~ 2009.06.17 |

**Sales Point**
Extreme Display (3.7″ WVGA AMOLED LCD)
Rich Media Innovator (5MP Camera, SD Video, Opera browser...)
Emotional User Experience (3D Media Cube)

**Target Segment**   Rich Media

**모델 Spec.**

- Windows mobile 6.1 Proffessional
- 3.7″ WVGA AMOLED LCD
- 5MP AF Camera / SD(480p) Video
- 2G/8G/16G + microSD (Upto 32G)
- Cube UI

**비교 모델 Spec.**

- MAC OS X
- 3/5″ HVGA 16M TFT LCD
- 2MP AF Camera / SD(480p) Video
- 8G/16G
- Touch UI

**비교 모델 Spec.**

- Windows mobile 6.1 Proffessional
- 3.8″ WVGA 65K TFT LCD
- 5MP AF Camera / QVGA(240p) Video
- 327MB + microSD (Upto 32G)
- HTC TouchFLO 3D Interface

**평가 결과**

※ 세부 이슈는
Checklist Sheet
참조 바랍니다

• PUI + Acc.   총 32개 항목 中 5개 항목 Dissatisfied (만족도 84%)

| Category | 발생 이슈 | 개선 항목 수 | 미개선 항목 수 | 해결률 |
|---|---|---|---|---|
| 외관형태 | 2 | | | % |
| Keys | 2 | | | % |
| 외관조명 | 0 | | | % |
| Touch | 1 | | | % |
| Accessary | 0 | | | % |
| Total | 5 | 0 | 0 | % |

• GUI + UI   총 38개 항목 中 20개 항목 Dissatisfied (만족도 47%)

| Category | 발생 이슈 | 개선 항목 수 | 미개선 항목 수 | 해결률 |
|---|---|---|---|---|
| Layout | 14 | | | % |
| Text | 3 | | | % |
| Graphic | 8 | | | % |
| Touch | 3 | | | % |
| Feature | 17 | | | % |
| Total | 45 | 0 | 0 | % |

**평가 의견**

- 선명한 화질, 뚜렷한 색감, 넓은 LCD size 만족스러움

- WM의 편리한 기능은 강점임 (PC와 Data sync, Office mobile, IM 등)

- 전체적으로 성능이 느리다는 느낌이 들고 (3D 심각) Touch할 때 느낌이 좋지 않음,
단순한 반응 속도 문제가 아니라 Touch 시 제공되는 Haptic & Sound 효과가 오히려
사용자로 하여금 느리다는 느낌을 받게 함 (사용 시 i-Phone 처럼 매끄럽다는 느낌이
아니라 답답하다는 느낌이 듬)

- Rich media 라고 하기에는 미디어 관련 성능이 좋지 않음(특히 가로 3D mode, Cube
같은 경우 동작 느리고 사용자가 의도한 대로 움직이지 않아 답답하고 사용 꺼려짐),
Camera 화소, 재생 가능 File format, 해상도 등 Spec 상으로는 경쟁사 대비 우월하나
사용자에게 보여줄 때에는 좋은 느낌을 주지 못함(Photo album, Touch palyer 그래픽
효과 개선 필요).



## PUI+Accessary Checklist

Total 5/32 Dissatisfy (만족도 84%)

PUI+Acc. Issue 5건 (외관형태 2건 | Keys 2건 | 외관조명 0건 | Touch 1건 | Accessary 0건)

수정 예정 : 적용 예정 Version명
현상태 유지 : 사유
차후모델 적용 : 모델명

| Category | 평가<br>항목 | No | 평가 내용<br>문제 내용 | 결<br>과<br>S/ | 담당자 Feedback | | 결론 |
|---|---|---|---|---|---|---|---|
| | | | | | 기구팀 Comment 및 대책 | H/W 그룹 Comment 및 대책 | |
| | | | 외관형태 | | | | |
| | | | 기구조작 | | | | |
| | 효율성 | 1 | 슬라이드/폴더/스윙 등의 기구 사용이 편리한가<br><br>- 슬라이드/폴더 개폐시 기구가 많이 흔들리는 느낌이 들면 안됨<br>- 적절한 힘을 들여 조작할 수 있어야 함<br>- 기구 조작시 sliding, open/close, rotate 방향과 순서가 일반적이고 상식적이어야 함<br>- Slide up/down, folder open/close시 의도치 않은 동작이 발생하면 안됨 | | | | |
| | 안정성 | 2 | 인체의 손으로 조작하기에 편한 디자인을 제공하고 기구를 잡았을 때 촉감이 인체가 느끼기에<br>친화적인가 | S | | | |
| | 안정성 | 3 | 통화나 사용하기에 외관크기와 무게가 적정하며 통화시 송/수신이 편리한 길이인가 | S | | | |
| | | | 디자인 | | | | |
| | 심미성 | 4 | 외관 디자인이 투박하거나 세련미가 떨어지지 않는가 | S | | | |
| | 효율성 | 5 | 핸드폰 고리 걸이를 제공하는가 | S | | | |
| | | | 재질 | | | | |
| | 안정성 | 6 | 외관 재질이 사용하기에 적당한가<br>- 지문이 쉽게 묻지 않아야 함<br>- 외관 표면에 스크래치가 쉽게 생기거나 견고하지 못한 느낌을 주지 않아야 함 | D | | | |
| 외관형태 | | 6-1 | 뒷면에 지문이 너무 쉽게 묻음 | | | | |
| | | | 주변기구 | | | | |
| | 안정성 | 7 | 기구 조작에 있어 방해요소는 없는가 (주변기구)<br><br>- 안테나, sim card 덮개, 충전기/이어폰 덮개 등이 서로 간섭을 주지 않아야 함<br>- 주변기구를 연결했을 때 안정감이 있어야 함<br>  (DMB 안테나 탈착 및 지지, 충전기, 이어폰, USB 케이블 연결 등)<br>- 덮개가 걸리적거려 사용상에 불편함을 주면 안됨 | S | | | |
| | 효율성 | 8 | 배터리 탈부착이 용이한가<br><br>- 많은 힘을 들이지 않고 배터리를 탈부착 할 수 있어야 함<br>- 사용자가 배터리 덮개 개폐 방향을 예측할 수 있어야 함 | S | | | |
| | 효율성 | 9 | USIM 카드의 탈부착이 용이한가 | S | | | |
| | | | 외장메모리 카드의 탈부착이 용이한가 | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214456

| | A | B | C | D | | | | I |
|---|---|---|---|---|---|---|---|---|
| 34 | | | 효율성 | 10 | 10-1) SD card 탈부착 방식을 한 번에 인지하기 어렵고 Slot 단면이 날카로워 손을 다칠 것 같은 느낌 (여닫이 형보다 Push-pull 타입이 사용하기 편리함) | **D** | | | |
| 35 | | | 효율성 | 11 | 충전기/이어폰/USB 케이블 삽입구 덮개 개폐가 용이한가 | S | | | |
| 36 | | | | | | | | | |
| 37 | | | | | 카메라 | | | | |
| 38 | | | 효율성 | 12 | 카메라 렌즈 각도가 적당한가<br>- 촬영, 화상통화시 각도가 적절해야 함 | S | | | |
| 39 | | | | | | | | | |
| 40 | | | 안정성 | 13 | 카메라 렌즈가 외부 간섭에 안정적인가 | S | | | |
| 41 | | | | | | | | | |
| 42 | | | | | Keys | | | | |
| 43 | | | | | 키 인식 | | | | |
| 44 | | | 인식성 | 14 | 모든 버튼을 사용해 보았을 때 버튼의 인식률이 좋은가 | S | | | |
| 45 | | | | | | | | | |
| 46 | | | | | 키 감 | | | | |
| 47 | | | 피드백 | 15 | 전면키, 숫자키, 사이드키 클릭시 느낌이 좋고 피드백이 적절하며 사용하기에 적절한 크기인가 | **D** | | | |
| 48 | | | | | 15-1) 전원키를 눌렀을 때 들리는 소리가 고급스럽지 못함 (딸깍거리는 소리 심함, 동의 간섭이 크게 느껴짐) | | | | |
| 49 | | Keys | | | 버튼 오작동 | | | | |
| 50 | | | 에러<br>수용성 | 16 | 키의 배치, 간격, 크기가 적절하여 의도되지 않게 키가 눌러지는 것을 방지하는가 | S | | | |
| 51 | | | | | | | | | |
| 52 | | | | | 키 각인 | | | | |
| 53 | | | 가시성 | 17 | 키의 각인 확인 시 키의 용도를 명확하게 알 수 있는가 | **D** | | | |
| 54 | | | | | 17-1) Side key의 Hold, Back 각인이 알아보기 힘듦 (Back key 각인은 알아보는 사람이 거의 없었음) | | | | |
| 55 | | | | | 키 배치 | | | | |
| 56 | | | 효율성 | 18 | Camera 로딩, 볼륨 조절 등 사용성이 높은 기능키를 제공하는가 | S | | | |
| 57 | | | | | | | | | |
| 58 | | | | | 외관조명 | | | | |
| 59 | | | | | LCD | | | | |
| 60 | | | 가시성 | 19 | LCD가 밝고 선명한 화면을 시현하는가 | S | | | |
| 61 | | | | | | | | | |
| 62 | | | 가시성 | 20 | 햇빛 아래에서 LCD가 잘 보이는가 | S | | | |
| 63 | | | | | | | | | |
| 64 | | 외관조명 | 가시성 | 21 | 사용하기에 적절한 LCD 크기를 제공하는가 | S | | | |
| 65 | | | | | | | | | |
| 66 | | | | | LED | | | | |
| 67 | | | 가시성 | 22 | 키패드 밝기가 적절한가 | | | | |
| 68 | | | | | | | | | |
| 69 | | | 심미성 | 23 | 제공되는 키패드 컬러가 GUI와 조화롭고 세련미를 갖추었는가 | | | | |
| 70 | | | | | | | | | |
| 71 | | | | | Touch | | | | |
| 72 | | | | | Touch 인식 | | | | |
| 73 | | | 효율성 | 24 | 버튼 터치 시 동작의 반응 속도가 적절한가<br>- 명확하면서 빠른 반응으로 깔끔한 조작이 가능하도록 함 | S | | | |
| 74 | | | | | | | | | |
| 75 | | Touch | 안정성 | 25 | 의도된 터치 기제 대해서 손가락 끝이나 터치 하였을 때, 제대로 인식 될 수 있는 공간이 확보되었는가<br>- 너무 좁은 터치이식 공간으로 인해 미작동이 되지 않도록 함 | S | | | |
| 76 | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214457

| | A | B | C | D | | | | |
|---|---|---|---|---|---|---|---|---|
| 77 | | | 피드백 | 26 | 터치 버튼 사용시 적절한 피드백이 동반되는가<br><br>-사용자가 올바른 입력을 확인할 수 있도록 시각,청각,촉감 등의 명확하고 깔끔한 피드백이 동반되야 함<br>- Haptic(진동)기능이 있어야 함 | **D** | | |
| 78 | | | | | 26-1) Haptic이 무겁게 느껴짐, Touch 동작 시 Haptic 기능으로 인해 성능이 저하되는 느낌을 받게 됨 | | | |
| 79 | | | | | Accessary | | | |
| 80 | | | | | 구성 | | | |
| 81<br>82 | | | 효율성 | 27 | TA / TC이 포함되어 있고 사용하기에 용이한가 | | | |
| 83<br>84 | | | 효율성 | 28 | Cradle이 포함되는 경우 재질, 색상등이 만족스러우며 사용하기에 용이한가 | | | |
| 85<br>86 | | Accessary | 효율성 | 29 | Case가 포함되는 경우 재질, 색상등이 만족스러우며 사용하기에 용이한가 | | | |
| 87<br>88 | | | 효율성 | 30 | Headset / Mic. Cable이 포함되어 있고 사용하기에 용이한가 | | | |
| 89<br>90 | | | 효율성 | 31 | Data Cable이 포함되어 있고 사용하기에 용이한가 | | | |
| 91<br>92 | | | 효율성 | 32 | CD / Manual이 포함되어 있고 사용하기에 용이한가 | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214458



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | | | | Common | 2-3) 동일 기능을 하는 화면이 App마다 달라서 Identity가 없음 (ringtone 선택 화면과 Alarm음 선택 화면 구성이 다름, 반면 음악을 복수 선택하는 포토앨범과 디지털 프레임은 구성이 일치함)  | 2-3) | 2-3) | 2-3) | 2-3) |
| 18 | | | | | Message | 2-4) Menu가 다른 App과 다름 (Message만 MS 제공 Menu 쓰고 있어 일관성 떨어짐)  | 2-4) | 2-4) | 2-4) | 2-4) |
| 19 | | | | | | ...페이지에 모드는 것으로, 그래픽 요소가 너무 요소를 포디어서 표준으로는 배치하였었다<br>- Tab menu를 사용할 경우 최대한 텍스트를 사용하고 불가피하게 아이콘을 사용할 경우 아이콘이 이해하기 쉽고 명확할 것<br>- Soft key label을 반드시 제공할 것<br>- 내용이 표현이 필요한 경우 다방이더 라인 제공할 것 | | | | |
| 20 | | | | | Idle | 3-1) Idle 화면 상단의 페이지 표시 그래픽이 의미하는 바를 알 수 없고 보기에도 좋지 않음, 터치했을 때 해당 페이지로 이동하는 기능이 없어 불편  | 3-1) | 3-1) | 3-1) | 3-1) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214460

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | Layout | 효율성 | 3 | Main menu | 3-2) Main menu 화면 상단의 페이지 표시 그래픽이 의미하는 바를 알 수 없고 보기에도 좋지 않음 (색상 역시 이상해서 군복에 박음질 해놓은 것 같다는 의견 있었음)<br>Idle 페이지 표시와 마찬가지로 터치했을 때 해당 페이지로 이동하는 기능이 없는데, Main menu의 경우 사용자 편집에 의해 10 page까지 늘어날 수 있는데 페이지 이동을 스크롤으로만 ~~~~은 노력이 필요함 (해당 페이지 아이콘 클릭 시 이동하는 기능 빈~~  | 3-2) | 3-2) | 3-2) | 3-2) |
| 22 | | | | | Lock screen | 3-3) Lock screen의 Unlock 메시지 위치가 직관적이지 못함, 실제 Hold key는 우측 상단에 위치해 있는데 Unlock 메시지는 화면 하단에 위치하여 직관적이지 못함. 시간 및 이벤트 메시지 표시를 화면 중앙-하단에 하고 Unlock 메시지를 상단으로 변경 후 Hold key 표시 아이콘 추가하였으면 함 (Cubic35 SKT의 경우 애니메이션 있는 ▶ 아이콘으로 Hold key 위치 표시함)<br>Hold key 눌렀을 때 Lockscreen이 너무 느리게 나타나서 답답함  | 3-3) | 3-3) | 3-3) | 3-3) |
| 23 | | | | | Touch calendar | 3-4) Attendees 목록이 하나도 없는 상태에서 Delete시 타이틀바의 전체 선택 체크박스가 활성화되어 있고 선택 가능함. 선택 가능 목록이 없다면 전체 선택 체크박스 비~~  | **D** | 3-4) | 3-4) | 3-4) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214461

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | | | | File manager | 3-5) Menu > View > Thumbnail을 해도 이미지 파일 미리보기 지원되지 않음, 아이콘으로만 표시되며 Thumbnail view 기능 제공 자체가 무의미함 (List view에도 아이콘...  | 3-5) | 3-5) | 3-5) | 3-5) |
| 25 | | | | | File manager | 3-6) File manager에서 파일 선택하여 tab and hold 하였을 때 메뉴에 Copy/Move가 지원되지 않아 불편함 (Copy/Move 하려면 Menu > Edit > Copy to 의 3단계 진입해야 함)  | 3-6) | 3-6) | 3-6) | 3-6) |
| 26 | | | | | Settings | 3-7) Storage card가 없는 경우 Setting > Memory settings > Storage card 진입 시 Storage card가 설치되지 않았다는 내용도 없고 "Format" 버튼도 활성화 되어 있으며, 선택하면 아래와 같은 팝업 메시지 발생함. Storage card를 넣지 않은 경우라면 해당 기능 비활성화되고 사용자에게 설치되어 있지 않다는 내용을 인지해주어야 함 (기존 MS Setting 이라면 "Not installed"라는 메시지 표시함  | 3-7) | 3-7) | 3-7) | 3-7) |
| 27 | | | | | | 사용자가 배경화면/메뉴 구성을 변경할 수 있고 변경 결과를 예측 가능한가<br><br>- 미리보기 지원할 것<br>- Idle 화면에 표시되는 정보들의 가독성이 유지되도록 구성 요소 위치 변경가능한 옵션 제공할 것 | | | | |

SAMNDCA00214462

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | | 사용자 변경 | 4 | Widget | 4-1) Shortcut widget의 추가/삭제 편집은 가능하나 순서 변경 옵션은 제공되지 않아 순서 변경하려면 삭제/추가 작업을 해야해서 번거로움 | D | | | |
| 29 | | | 효율성 | 5 | | 아이콘 등을 제공하는가, 혹은 사용자가 현재 수행중인 태스크에 대한 정보를 제공하는가<br><br>- 현재 페이지 위치 및 페이지 정보를 그래픽/텍스트 등으로 제공할 것<br>- 의도하지 않은 화면으로 이동하였을 때 이전 단계로 쉽게 돌아갈 수 있는 아이콘 등을 제공할 것<br>- 사용자가 수행중인 태스크의 정보를 그래픽/텍스트로 제공할 것<br>- 사용자가 수행중인 태스크를 취소/정정할 수 있을 것<br>- Navigation logic을 일관성을 유지할 것 | S | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | 페이지 길이 | | | | | |
| 32 | | | 간결성 | 6 | | 스크롤링을 최소화 하여 한눈에 보기 쉬운가<br>정보의 양이 많을 경우 스크롤을 제공하며 스크롤 크기 및 위치가 사용하기 편리한가<br><br>- 페이지를 나누었을 경우 각 페이지간의 이동이 편리할 것<br>- 한 화면에 2개 이상의 스크롤 제공 지양 | D | | | |
| 33 | | | | | Idle | 6-1) Widget 페이지 전환이 너무 느림, 상단 페이지 표시 아이콘이 먼저 바뀌고 배경이 변경되는데 속도를 더 느리보이게 함(페이지간 윙들게 따라오는 듯한 느낌, i-Phone저럼 매끄러운 느낌 없음), 페이지 스크롤할 때 Haptic 효과가 무겁고 느린 느낌을 줘서 슴이 턱턱 막힘 | | 6-1) | 6-1) | 6-1) |
| 34 | | | | | 화면전환 | | | | | |
| 35 | | | | | | 화면 전환 효과가 부드러우며 동적인 느낌을 제공하는가 | | | | |
| 36 | | | 심미성 | 7 | Common | 7-1) 화면 전환 효과 없음, Application이 로딩될 때 부자연스러움, i-Phone은 App 구동시 화면 효과가 자연스러워 매끄러운 느낌이 드는데 반해 Cubic37은 윙들고 버거워 보임 | D | 7-1) | 7-1) | 7-1) |
| 37 | | | | | Text | | | | | |
| 38 | | | | | Font | | | | | |
| 39 | | | 일관성 | 8 | | 모든 화면에서 동일한 글씨체를 사용하며 사용자가 글씨체 변경시 모든 화면에 예외없이 사용자 지정 글씨체가 적용되는가 | S | | | |
| 40 | | | | | | | | | | |
| 41 | | | 심미성 | 9 | | 텍스트가 깨져보이는 부분이 없고 계단현상이 나타나지 않는가 | S | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | 가독성 | | | | | |
| 44 | | | | | | 동일 기능의 명칭은 디바이스 내에서 공통으로 사용되며 중요도에 따라 차별화된 텍스트 색상, 크기 및 볼드체를 사용하는가<br><br>- Title / Sub Title / List 폰트 사이즈 및 굵기 등의 명확한 기준 존재해야 함 | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214463

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | | | 간결성 | 10 | Common | 10-1) Title bar 텍스트 굵기와 크기가 App 마다 제각각임  | D | 10-1) | 10-1) | 10-1) |
| 46 47 | | Text | 가시성 | 11 | | 텍스트 사이즈가 화면 크기 비례하여 적절하고 행간이 적절하여 가독성이 좋은가<br>- 줄바꿈이 발생할 경우 내용 흐름이 어색해지지 않도록 고려하여 줄바꿈<br>- 텍스트가 길어져 한 라인에 모두 표기되지 않는 중요 정보의 경우 marquee sliding 효과를 | S | | | |
| 48 | | | | | | 텍스트가 그래픽과 함께 사용될 경우 배경색과 텍스트 색상이 강한 대비를 이루어 색상 및 배치가<br>조화를 이루는가 | | | | |
| 49 | | | 가시성 | 12 | Cube | 12-1) Cube에서 각 면 선택 시 하단에 형광하늘색 텍스트 색상이 심미성/가독성<br>떨어짐  | D | 12-1) | 12-1) | 12-1) |
| 50 | | | | | Cube | 12-2) Cube Music player에서 재생 상태가 아닐 때 하단에 회색 텍스트로 Not playing...<br>표시되는데 가독성 매우 떨어짐  | | 12-2) | 12-2) | 12-2) |
| 51 | | | | | Graphic | | | | | |
| 52 | | | | | 배경 | | | | | |
| 53 54 | | | 일관성 | 13 | | 테마변경 시 모든 Application에 해당 테마가 적용되는가 | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214464

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | | | 가시성 | 14 | | Option menu , Pop up message 디스플레이 시 Background에 Shadow가 적용되는가, 또한 Option menu와 Pop up message의 배경은 흐릿하면서 배경화면과 명확히 구분되는 색상으로 채워져있는가 | S | | | |
| 56 | | | | | | | | | | |
| 57 | | | | | 아이콘 | | | | | |
| 58 | | | | | | 사용된 아이콘이 목적에 맞게 디자인 되어 있는가, 또한 사용자가 한눈에 의미를 알 수 없는 아이콘의 경우 Label을 제공하는가 | | | | |
| 59 | | | | | Camera | 15-1) Camera Quick view에 Options을 나타내는 아이콘(...)의 의미를 알 수 없음  | | 15-1) | 15-1) | 15-1) |
| 60 | | | 학습성 | 15 | Phonebook | 15-2) Phonebook Index(Quick search) 아이콘이 직관적이지 않음 (i-Phone 대비)  | D | 15-2) | 15-2) | 15-2) |
| 61 | | | | | Smart memo | 15-3) Smart memo 의 지우개 아이콘이 직관적이지 않음 메타포는 맞으나 아이콘 모양 자체가 이  | | 15-3) | 15-3) | 15-3) |
| 62 | | | 일관성 | 16 | | 동일한 기능을 하는 아이콘의 경우 전체 Application에서 공동으로 사용되는가 | S | | | |
| 63 | | | | | | | | | | |
| 64 | | | | | | 선택 시 색상 반전효과, 하이라이트 등을 주어 사용자에게 선택되었다는 피드백을 제공하는가 | | | | |

SAMNDCA00214465



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | | Graphic | 피드백 | 17 | Clock | 17-1) 다른 App과 달리 Clock의 버튼 터치 시 배경만 반전되고 텍스트 색상은 반전되지 않음, 텍스트 색상도 화이트로 반전되어야 함 (우측이 정상 케이스) | D | 17-1) | 17-1) | 17-1) |
| 66 | | | | | | 제공되는 이미지가 선명하고 세련된 느낌을 주는가 | | | | |
| 67 | | | 심미성 | 18 | Smart reader | 18-1) Smart reader 인식 중 나타나는 팝업의 모서리 부분이 지저분하고 프로그래스바 좌측 끝이 매끄럽지 못함 | D | 18-1) | 18-1) | 18-1) |
| 68 | | | | | Opera | 18-2) Opera 즐겨찾기 그래픽 심미성 떨어짐 (아이콘이 매끄럽게 처리되지 못하고 아이콘 색상과 포커싱 색상이 같아 조화롭지 못함) | | 18-2) | 18-2) | 18-2) |
| 69 | | | | | 색상 | | | | | |
| 70 | | | | | | 일관성 있는 채색 구성표를 사용하는가<br>한 화면에서 지나치게 많은 색상을 사용하지 않는가 (3~5개 이상 사용 자제) | D | | | |
| 71 | | | 일관성 | 19 | Common | 전체적으로 Color 통일성이 없어 복잡하고 산만한 느낌, 지나치게 많은 색상 사용하여 정신없음 (특히 Main menu가 한눈에 들어오지 않음) | | | | |
| 72 / 73 | | | 가시성 | 20 | | 채도가 높은 색이 자주 사용되지 않는가 (사용자의 눈을 지나치게 자극할 수 있음) | S | | | |
| 74 | | | | | 차별성 | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 75 | | | 간결성 | 21 | 주로 사용하는 아이템 및 중대한 실수를 일으킬 수 있는 아이템이 강조되었는가<br>(가시성 높은 컬러 적용 / 크기 / 배치 / 하이라이트 적용 등) | | S | | | |
| 76 | | | | | | | | | | | |
| 77 78 | | | 피드백 | 22 | Photo album | 일정 시간이 소요되는 작업의 경우 Progress or Wait 그래픽 등의 Design Feedback을 제공하는가<br><br>- 해당 Design Feedback은 Animation으로 제공하며 가능한 사용자에게 Cancel할 수 있는 수단(버튼 등)을 제공할 것<br>22-1) Thumbnail 로딩 시 보이지는 모래시계 모양 아이콘이 무언가를 기다리고 있다는 느낌을 강하게 주면서 더 오래 기다리고 답답한 느낌을 받게 함 | D | | | |
| 79 | | | | | Touch | | | | | |
| 80 | | | | | Touch | | | | | |
| 81 82 | | Touch | 에러<br>수용성 | 23 | 사용자가 엄지손가락으로 쉽게 사용할 수 있을 정도로 버튼 등 아이템의 사이즈가 충분히 크고 적당한 간격을 유지하는가<br><br>- 크기가 작은 아이템들은 충분한 간격을 두고 배치하여 정확히 선택 가능해야 함 | | S | | | |
| 83 84 | | | 효율성 | 24 | Common | 화면 Scroll 및 선택 시 Touch 반응 속도 및 이동 속도가 만족스러운가<br>24-1) 전체적으로 Scroll과 선택의 구분이 모호함, 리스트를 스크롤 하고 있는데 선택되어 버리는 경우가 빈번하여 사용시 답답함을 느낌 | | | 24-1) | 24-1) | 24-1) |
| 85 | | | | | Common | 24-2) 리스트 스크롤 시 Haptic은 사용자에게 무겁고 느린 느낌을 줌 (실제 화면이 움직이는 속도는 타사 대비 동등 이상이나 Haptic 때문에 버벅거리는 느낌이 듬) | D | | 24-2) | 24-2) | 24-2) |
| 86 | | | | | Cube | 24-3) Cube 터치하여 돌릴 때 의도한대로 동작하지 않아 답답하고(원하는 면에서 멈추기 힘듦) 사용자 동작이 굉장히 조심스러워 지며 사용이 꺼려짐, Cube 자체 동작 속도도 느리기 때문에 더욱 사용하기 힘듦 | | | 24-3) | 24-3) | 24-3) |
| 87 | | | | | Feature | | | | | | |
| 88 | | | | | Idle/Menu | | | | | |
| 89 90 | | | 심미성 | 25 | 디바이스에 기본적으로 탑재되어 있는 Wallpaper들이 심플하고 매력적인가 | | S | | | |
| 91 92 | | | 심미성 | 26 | 기본 제공되는 Theme가 상용적이고 편리하며 독특하고 매력적인가<br><br>- icon, text, focus, scrolling indicator등에 일관성 있는 스타일이 적용될 것 | | S | | | |
| 93 | | | | | | Main menu의 구성이 심플한가<br><br>- 아이콘, 레이블의 크기와 모양이 조화를 이루고 일관성 있는 배치를 이루어야 함 | | | | | |
| 94 | | | | | Main menu | 27-1) Main menu key의 동작 정의가 불확실함, i-Phone의 경우 Home key는 항상 Home위면으로 돌아가는데 Main menu key는 간혹 다른 동작을 함 (Ex. Message > Menu 팝업한 상태에서 Main menu key 누르면 팝업이 닫히고 Main menu 실행되지 않음) | | | 27-1) | 27-1) | 27-1) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | | | 간결성 | 27 | Main menu | 27-2) Main menu의 배경 색상이 흐강가지 않으며 그라데이션 효과까지 있어 아이콘들이 한눈에 걸끔하게 보이지 않음 (가운데 위치한 아이콘들에 집중되고 가장자리에 있는 아이콘들은 인지가 현번에 되지 않음), 또한 Main menu 페이지 수가 너무 많아 복잡하다는 느낌을 주며 실제 사용하기에도 불편함(한 화면에 표시하는 아이콘 개수 선택하는 옵션 필요함 3X4/4X4 등), Start menu를 Main menu가 담고 있는데 Recnt Programs을 사용할 수 없다는 것 또한 굉장히 불편함 (Main menu에서 페이지 이동하여 선택하는 것이 굉장히 수고스러움) | D 27-2) | 27-2) | 27-2) |
| 96 | | | | | Calling | | | | | |
| 97 | | | | | | Dialer의 화면이 직관적으로 구성 되어 있는가<br><br>- 전화 수/발신 및 영상통화 시 화면 구성이 심플하고 직관적일 것 | | | | |
| 98 | | | 효율성 | 28 | Dialer | 28-1) 다이얼러의 smart search 영역의 스크롤이 조화롭지 못하고 부자연스러워 심미성 떨어짐, MS 제공이라도 수정 필요<br> | D | 28-1) | 28-1) | 28-1) |
| 99 | | | 피드백 | 29 | | 전화 수/발신 시 느스플데이지는 애니메이션이 획득에 못고 않음없이 수드너우며 중간에 걸머검 있는가 | S | | | |
| 100 | | | | | | | | | | |
| 101 | | | | | Messaging | | | | | |
| 102 | | | | | | Message/Mail 사용이 편리하고 직관적인가 | | | | |
| 103 | | | 효율성 | 30 | Message | 30-1) 기능에는 불만이 없으나 화면 구성이 조잡한 느낌이고 Inbox에서 메시지 본문 확인 시 스크롤이 타 App 대비 너무 느림<br>아래 갭처에서 From 버튼과 텍스트가 너무 붙어있어 가독성 좋지 않고 너무 짙은 회색이라 가독성도 좋지<br> | D | 30-1) | 30-1) | 30-1) |
| 104 | | | | | | 키패드의 레이아웃과 키 모양 및 사이즈가 적절한가 | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214468

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | | | 효율성 | 31 | Keyboard | 31-1) Virtual keyboard 터치 시 터치한 자판이 확대되어 팝업으로 보이는데, 이 때 팝업 위치가 너무 낮아 손가락에 가려 무슨 글자인지 보이지 않음. 실제로 사용하는 사람들은 무슨 글자를 눌렀는지 확인하는 것이 아니라 정신없이 무언가가 나타났다 사라지는 느낌만 받음. i-Phone의 경우 팝업이 손가락 위로 보이게 뜨기 때문에 무슨 글자를 눌렀는지 인지 | D | 31-1) | 31-1) | 31-1) |
| 106 | | | | | Multimedia | | | | | |
| 107 / 108 | | | 효율성 | 32 | | 카메라의 Preview 화면이 끊임이고 끊게 재생되는가 카메라, 동영상 Player 등 Fullscreen을 사용하는 Application의 경우 일반 Application의 GUI와 유사한가<br>- 화면 구성이 일반 카메라와 유사한 look을 지닐 것<br>- Brightness, Zoom In/Out 조절 시 변경 내용이 바로 적용되며 사용자에게 화면상 변경 정보를 디스플레이할 것 | S | | | |
| 109 | | | 심미성 | 33 | Dice | 기본 제공되는 Game의 비쥬얼이 매력적이며 동작 속도가 만족스러운가<br>- 중요한 게임정보(예 : player health, score 등)는 contrast 대비하여 선명하게 표현될 것 | D | | | |
| 110 | | | | | | 33-1) Dice 동작 속도가 너무 느려서 답답함(동작도 느리고 화면에 뿌려지는 속도도 느리기 때문에 사용자는 전체적으로 답답하다는 느낌을 받음) | | 33-1) | 33-1) | 33-1) |
| 111 | | | | | | Photo album이 직관적으로 디자인 되어 있고 동작 속도가 만족스러운가 | | | | |
| 112 | | | | | Cube | 34-1) Cube의 Photo album 동작속도가 너무 느리고 Thumbnail 로딩 속도도 느려 답답한 느낌 (사진이 넘어갈 때 사운드 효과가 오히려 더 느린 느낌을 받게 됨) | | 34-1) | 34-1) | 34-1) |
| 113 | | | | | Photo Album | 34-2) 가로로 돌려 3D 모드 진입 시 Thumbnail 로딩 속도 느려서 답답한 느낌, Folder view의 경우 한 폴더씩 넘기기 힘듦 | | 34-2) | 34-2) | 34-2) |
| 114 | | | | | Photo Album | 34-3) Thumbnail의 DRM 표시 아이콘이 너무 크고 뚜렷해서 조화롭지 못하고 눈에 거슬림, 반투명 처리라도 했으면 좋겠음 | | 34-3) | 34-3) | 34-3) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214469

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | | Feature | 효율성 | 34 | Photo Album | 34-4) Zoom in/out 동작방식이 tab&hold인지 예측하기 어려움. (계속 tab&hold 해야 하는 것도 불편함)<br>또한 최대 Zoom in 되었을 때에도 화살표 아이콘은 계속 움직여 더 Zoom in될거라고 기대하게 됨. (Zoom 아이콘이 프레임 영역 밖까지 나가기 때문에 숫자를 볼 수 없음)<br> | D | 34-4) | 34-4) | 34-4) |
| 116 | | | | | Photo Album | 34-5) Zoom in/out 아이콘 중앙의 ㅡ 테두리가 어색함(화살표 모양과 두께와 색상과 스타일이 모두 다름, 위치도 청 중앙이 아님, 테스트용 이미지가 들어가 있다는 느낌)<br> | | 34-5) | 34-5) | 34-5) |
| 117 | | | | | | player는 더 자근에 배치되어야 효다면건가<br>- Album art 지원 여부 등 | | | | |

SAMNDCA00214470

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 118 | | 심미성 | 35 | Touch player | 35-1) 3D 모드 진입 시 앨범아트 로딩 속도가 매우 느리고 로딩된 후에도 매끄럽지 못한 느낌, 좌측에 보여지는 앨범(실제 선택된 앨범)은 사선이 아니라 일자로 매끄럽게 나오는게 훨씬 보기 좋을 것 같음(아래 i-Phone참고), 너무 3D에만 치중하여 심   | D | 35-1) | 35-1) | 35-1) |
| 119 | | | | Touch player | 35-2) 재생화면이 트랜디하지 못함(앨범아트 작게 표시됨), i-Phone의 경우 재생화면에 400x400pixel 앨범 아트가 표시되며 재생 시 해당 음악의 앨범아트를 화면 가   | | 35-2) | 35-2) | 35-2) |
| 120 | | | | Touch player | 35-3) Playlist가 하나도 없을 때, "음악 없음" 등의 메시지가 없음  | | 35-3) | 35-3) | 35-3) |

SAMNDCA00214471



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 121 | | | 요율성 | 36 | | Player/Recorder가 직관적으로도 디자인 되어 있는가<br><br>- 재생/녹음 버튼 등이 강조될 것<br>- 일반 멀티미디어 기기 (ex. mp3 player, PMP 등) 들과 유사한 look을 지닐 것<br>- 이해하기 쉬운 아이콘/레이블 제공할 것 | S | | | |
| 122 | | | | | | | | | | |
| 123 | | | | | **Organizer** | | | | | |
| 124 | | | | | | 달력, 시계, 계산기 등의 그래픽 디자인이 직관적이고 간결한가<br><br>- 달력 등은 텍스트 및 그래픽이 복잡하게 구성되어 있으므로 가독성을 위해 배경이미지가<br>복잡하지 않을 것 | | | | |
| 125 | | | | | Clock | 37-1) 시간 입력창에서 직접 입력 시 시간을 입력하고 나면 커서가 분단위로<br>이동했음 | | 37-1) | 37-1) | 37-1) |
| 126 | | | 요율성 | 37 | Stop watch | 37-2) 시간 입력창에서 직접 입력 시 시간 입력창에 "44" "55" 등 포맷에 맞지 않는<br>시간을 입력하고 Done/Ok 하면 아무 피드백 없이 화면이 넘어가지 않음,<br>사용자에게 적절한 피 | D | 37-2) | 37-2) | 37-2) |
| 127 | | | | | Stop watch | 37-3) Start/Lap이 LSK에 매칭되어 있어 터치하기 어려움, 터치폰임에도 공간 활용을<br>못하고 있는 듯함, Stopwatch의 기능은 Start, Lap, Stop, Reset이 전부이므로 화면<br>상에 터치하기 적당한 위치의 버튼으로 제공해야 함 (LSK영역 매우 좁아 빠르게<br>선택해야 하는 Stopwatch 성격과 | | 37-3) | 37-3) | 37-3) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214472

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 128 | | | 효율성 | 38 | 달력에 周(w)자 수가 표시되는가 | | S | | | |
| 129 | | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00214473