# EXHIBIT 25

# FILED UNDER SEAL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209377

# *iPhone & iPod Touch*

## iPhone & iPod Touch

- Spec and UI same as iPhone
  - 3.5 inch wide screen
  - Multi-touch display
  - 480*320 pixel resolution
  - Wireless LAN (IEEE 802.11b/g)
  - OS X
  - Safari embedded
  - 8GB or 16GB flash drive
- To be slim and light relative to iPhone
  - iPhone (115 x 61 x 11.6mm, 135g)
  - iPod Touch (110 x 61.8 x 8mm, 120g)
- Playback time is shortened relative to iPhone.
  (A small battery adopted)
  - iPhone (Music 24 hours and moving image 7 hours)
  - iPod Touch (Music 22 hours and moving image 5 hours)





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209378

## iPod Touch; Box and Box contents

### Box of iPod



### Box and its Contents





**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **SAMNDCA00209379**

## iPod Touch; All the contents in the Box





**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **SAMNDCA00209380**

# *iPod Touch; Appearance*





**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **SAMNDCA00209381**

# *iPod Touch; Power On/Off*





## Power Off

• Press the Power Button on top of iPod Touch for a fixed time for driving.

• Must slide the 'Arrow' Button for a complete power off, as displayed on the screen.



**<Power Off video >**

### Power on

• As Apple logo is displayed, it lasts for 15 seconds.



**<Power On Moving Image>**



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00209382**

# *iPod Touch; Key Lock Screen*



## Key Lock Screen

• If the user makes no action for a fixed period of time, it will automatically enter the Key Lock state. (LCD screen is turned off.)

• To wake up iPod Touch, just slide the 'arrow' button to the right as indicated on the bottom of the LCD screen.

• The user can freely change the background screen on the image shown on the left.



**\<Key Lock and Lock Off video \>**



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

SAMNDCA00209385

## *iPod Touch; Main Screen*



### Main Screen

- Main screen of iPod Touch
  - Safari (Browser)
  - YouTube (Interfaces with YouTube site)
  - Calendar (Interfaces with Outlook Calendar)
  - Contact (Address Book)
  - Clock (World clock, alarm, stop watch, timer)
  - Calculator
  - Setup
  - Music
  - Video
  - Photo
  - iTunes (Connected to iTunes Store)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209386

# *iPod Touch; Safari (Screen Zoom In/Out)*



## Screen Zoom In/Out

- To enlarge/return the screen, use two fingers to grab and drag the screen as shown in the left.
- In case of return, take the steps in reverse.







**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

SAMNDCA00209388

# *iPod Touch; Photo (Enlarged View)*



## Photo (Enlarged View)

- Double tab the photo enlarges it.
- The enlarged photo is dragged to view the desired portion



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## *iPod Touch; iTunes*



### iTunes

- Manages iTunes Store
- Connects to iTunes Store to provide a Search and Download function
- Cannot use in Korea



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**          **SAMNDCA00209420**

# *iPod Touch; Hardware*



## Size and weight

- Height : 4.3 inches (110mm)
- Width : 2.4 inches (61.8mm)
- Depth : 0.31 inches (8mm)
- Weight : 120g

## Specification

| Capacity | 8GB or 16GB flash drive |
|---|---|
| Display | 3.5inch widescreen<br>Multi-touch display<br>480*320 pixel resolution |
| Audio | AAC, protected AAC, MP3, MP3 VBR, Audible, Apple lossless, AIFF, WAV |
| Video | H.264 (up to 1.5Mbps)<br>MPEG4 (up to 2.5Mbps) |
| Wireless data | Wi-Fi |
| Headphones | 3.5Φ stereo headphone jack |
| System | Mac OS X v10.4 or later<br>Windows Vista or Windows XP Home or<br>Windows professional SP2 or later |
| Batt. | Built-in Li-ion Polymer<br>- Music playback time : up to 22hrs<br>- Video playback time : up to 5hrs |
| Other | • 17 languages support<br>• USB 2.0 support<br>• international keyboard (Korean not support) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209421

## *iPod Touch; Hardware*





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## *iPod Touch; Hardware*



### 3.5 inch QVGA LCD

- thickness : 2.3mm

  (including a backplate)

## Touch screen assembly

- The touch screen assembly is adhesively
  attached to the front enclosure
- thickness : 1.85mm



**Touch screen glass FPCB**





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## *iPod Touch; Hardware*





**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00209429**



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                        **SAMNDCA00209430**



# iPod Touch 분석자료

## 30th October, 2007
### 개발기획팀

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209377

# *iPhone & iPod Touch*

## iPhone & iPod Touch

- iPhone과 동일한 사양 과 UI
  - 3.5inch widescreen
  - Multi-touch display
  - 480*320 pixel resolution
  - 무선랜(IEEE 802.11b/g)
  - OS X
  - Safari 탑재
  - 8GB or 16GB flash drive
- iPhone 보다 슬림화, 경량화 함
  - iPhone (115 x 61 x 11.6mm, 135g)
  - iPod Touch (110 x 61.8 x 8mm, 120g)
- iPhone 보다 재생시간이 단축됨(적은 배터리 채용)
  - iPhone (음악 24시간, 동영상 7시간)
  - iPod Touch (음악 22시간, 동영상 5시간)





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *iPod Touch ; Box* 및 *Box* 내용물



iPod Touch의 Box



Box 와 내용물

**Clip**
**Earphone**
**USB Cable**
**Dock connector**

**Box**

**iPod**

**Manual**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209379

# *iPod Touch ; Box*안의 모든 내용물





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# *iPod Touch* ; 외형





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   SAMNDCA00209381

# *iPod Touch ; Power On/Off*



## **Power on**

● **Apple社 Logo가 display** 되면서**, 15**초 동안 지속됨



< 전원 켜기 동영상 >



## **Power off**

● **iPod Touch**의 상단 **power** 버튼을 일정시간 누르면 구동

● 화면과 같이 '화살표' 버튼을 **slide** 해야 완전히 **power off** 됨



< 전원 *끄기* 동영상 >



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *iPod Touch ; Key Lock* 화면



### **Key Lock 화면**

● 일정시간 **user action**이 발생하지 않으면 자동으로 **Key Lock** 상태로 진입함(**LCD** 화면 꺼짐)

● **iPod Touch**를 **wake-up** 하기 위해선, **LCD** 화면 하단의 지시대로 '화살표' 버튼을 우측으로 **slide** 하면 됨.

● 좌측 이미지의 배경화면은 유저가 임의로 변경 가능함.



< 잠금 및 잠금해제 동영상 >



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *iPod Touch ;* 메인 화면



<u>메인 화면</u>

- **iPod Touch**의 메인 화면
  - **- Safari(Browser)**
  - **- YouTube(YouTube site와 연동)**
  - **- 캘린더(OutLook Calendar와 연동)**
  - **- 연락처(Address Book)**
  - **- 시계(세계시계, 알람, 스톱워치, 타이머)**
  - **- 계산기**
  - **- 설정**
  - **- 음악**
  - **- 비디오**
  - **- 사진**
  - **- iTunes(iTunes Store와 연결)**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *iPod Touch ; Safari(Screen Zoom in/out)*

## Screen Zoom in/out

● 화면을 확대/복귀 하려면, 좌측과 같이 손가락 **2**개로 화면을 잡아 끌면 됨.

● 복귀의 경우 반대로 처리하면 됨.





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00209388

# *iPod Touch ; 사진( 확대보기)*





<u>사진(확대보기)</u>

● 사진을 더블 탭하면 사진 확대됨

● 확대된 사진을 **Drag**하여 원하는 부분의 사진 감상이 가능함



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *iPod Touch ; iTunes*



### iTunes

● **iTunes Store** 관리 기능

● **iTunes Store**에 접속하여 컨텐츠의 검색 및 다운로드 기능을 제공함

● 국내에서는 사용할 수 없음



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *iPod Touch ; Hardware*



## Size and weight

- Height : 4.3 inches (110mm)
- Width : 2.4 inches (61.8mm)
- Depth : 0.31 inches (8mm)
- Weight : 120g

## Specification

| | |
|---|---|
| **Capacity** | 8GB or 16GB flash drive |
| **Display** | 3.5inch widescreen<br>Multi-touch display<br>480*320 pixel resolution |
| **Audio** | AAC, protected AAC, MP3, MP3 VBR,<br>Audible, Apple lossless, AIFF, WAV |
| **Video** | H.264 (up to 1.5Mbps)<br>MPEG4 (up to 2.5Mbps) |
| **Wireless data** | Wi-Fi |
| **Headphones** | 3.5Φ stereo headphone jack |
| **System** | Mac OS X v10.4 or later<br>Windows Vista or Windows XP Home or<br>Windows professional SP2 or later |
| **Batt.** | Built-in Li-ion Polymer<br>- Music playback time : up to 22hrs<br>- Video playback time : up to 5hrs |
| 기타 | • 17 languages support<br>• USB 2.0 support<br>• international keyboard (Korean not support) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209421

# *iPod Touch ; Hardware*



**Wi-Fi Module**

**PWR KEY**

**contact**

**Wi-Fi ANTENNA**

Batt. cell

Main PCB

REAR enclosure



# *iPod Touch ; Hardware*



**Touch screen assembly**

- The touch screen assembly is adhesively
  attached to the front enclosure
- thickness : 1.85mm

## 3.5 inch QVGA LCD

- thickness : 2.3mm
  (including a backplate)





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# iPod Touch ; Hardware





**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                              SAMNDCA00209429

# Thank You!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209430