# EXHIBIT 26

# FILED UNDER SEAL

Song-A Sherman
505 Highland Drive
Danville, CA 94526
(818) 334-9344

Certificate of Translation

I hereby certify that the partial Korean to English translation of SAMNDCA00209001 of
document with pages ranging from SAMNDCA00209001 to SAMNDCA00209082 is an
accurate and complete rendering of the contents of the source document to the best of my
knowledge.  I further certify that I translated said document and am a professional competent in
both languages with more than three years of professional experience in Korean to English
translation.

# Features of iPad



## 2010. 4. 19
### Development Management Group

SAMSUNG CONFIDENTIAL

Copyright © 2010 Samsung Mobile Development Group

# Features of iPad



## 2010. 4. 19
## 개발관리그룹

SAMSUNG CONFIDENTIAL

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209001

# **Preload Applications**

SAMSUNG CONFIDENTIAL

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Overview   The best way to experience the web, email, photos and video.



## 기본 제공 Application (13)

| | | | |
|---|---|---|---|
| **Calendar** | **Contacts** | **Notes** | **Maps** |
| **Videos** | **YouTube** | **iTunes** | **App Store** |
| **Settings** | | | |
| **Safari** | **Mail** | **Photos** | **iPod** |



Phone
Messages
Camera
Calculator
Voice Memos
Clock
Weather
Stocks
Compass



※ iPhone의  iPod에 있던 Videos가 iPad에서는 별도의 App으로 분리되어 제공됨

**SAMSUNG CONFIDENTIAL**

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

3

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00209003**

 **Safari** The best way to see the sites. 

## PC 버전의 Web Site 연결

iPhone의 경우 화면 사이즈로 인해 Mobile site로 자동 접속하도록 되어 있었으나,
iPad의 경우 커다란 화면으로 전체 화면을 확인할 수 있음

**[Portrait mode]**          **[Landscape mode]**





iPhone Safari에서 daum.net 접속 시
m.daum.net/mini로 접속 됨

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA00209004

 **Safari** The best way to see the sites. 

## Menu Toolbar + URL pane + Search pane

iPhone에서 화면 상단에 URL + Search pane을 제공하며 자동으로 숨기는 방식을 사용하였다면,
iPad에서는 Menu Toolbar와 URL + Search pane을 하나로 합쳐 화면 상단에 고정시킴



이전/다음 탐색  다른 창 탐색  북마크 추가 + 히스토리  URL pane  Search pane

**iPhone Safari에서는 URL + Search pane을 자동으로 숨겨주며
사용을 원할 때에는 화면을 끌어 내리도록 되어 있음**

SAMSUNG CONFIDENTIAL

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209005



# **Safari** The best way to see the sites.

## **Double-tap or Pinch to Zoom in/out**

iPhone과 마찬가지로 화면 Double-tap 시 화면 폭에 맞춰 확대되며 (Smart Zoom in),
Pinch Zoom의 경우 iPhone에 비해 민감하게 반응함



Double tap
→ Zoom in

Pinch to
Zoom in

Double tap
→ Zoom out

 **Safari** The best way to see the sites. 

## Touch and hold a link

Link를 Tap and hold 하면 해당 링크로 이동할 것인지, 새로운 페이지로 연결할 것인지
혹은 단순히 링크를 Copy할 것인지를 묻는 Action sheet가 나타남



해당 링크의 URL

SAMSUNG CONFIDENTIAL

Copyright© 2010 Samsung Mobile 개발관리그룹

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209007



**Safari** The best way to see the sites.

## Select and Copy or Save
텍스트 선택 시와 범위 조절 시에도 Magnified view가 제공되며
선택한 텍스트의 경우 Copy, 이미지의 경우 Copy/Save 기능 제공됨

### 의문의 여지 없이 웹, 이메일, 사진 동 가장 재미있게 즐기는 방법

iPad에 내장된 응용 프로그램은 모두 처음부터 대형 Multi-Touch 스크린과 iPad의 앞선 기능을 최대한 활용하도록 설계되었습니다. 그리고 iPad를 가로나 세로 어떤 방향으로 들고 있어도 사용할 수 있습니다. 그 어떤 기기에서도 할 수 없던 작업을 iPad에서는 응용 프로그램으로 할 수 있습니다.

텍스트 선택 시

텍스트 선택 후 범위 설정 시

### 의문의 여지 없이 웹, 이메일, 사진 동 가장 재미있게 즐기는 방법.

iPad에 내장된 응용 프로그램은 모두 처음부터 대형 Multi-Touch 스크린과 iPad의 앞선 기능을 최대한 활용을 iPad설계되었습니다. 그리고 iPad를 가로나 세로 어떤 방향으로 들고 있어도 사용할 수 있습니다 그 어떤 기기에서도 할 수 없던 작업을 iPad에서는 응용 프로그램으로 할 수 있습니다.

### 의문의 여지 없이 웹, 이메일, 사진 동 가장 재미있게 즐기는 방법.

iPad에 내장된 응용 프로그램은 모두 처음부터 대형 Multi-Touch 스크린과 iPad의 앞선 기능을 최대한 활용하도록 설계되었습니다. 그리고 iPad를 가로나 세로 어떤 방향으로 들고 있어도 사용할 수 있습니다. 그 어떤 기기에서도 할 수 없던 작업을 iPad에서는 응용 프로그램으로 할 수 있습니다.

텍스트 : Copy



이미지 : Save or Copy

Save Image
Copy



**Safari** The best way to see the sites.

## Multi windows

최대 9개 Page를 사용할 수 있으며 3X3 Layout으로 하나의 화면에 표시해 줌,
iPhone과 달리 Toolbar에 현재 사용 중인 페이지 개수가 표시되지 않음





iPhone은 현재 열려있는 Window 개수를
표시하고 있으나 iPad는 표시하지 않음

[iPhone]          [iPad]

Thumbnail image 눌러 진입하거나
X버튼을 눌러 창을 닫을 수 있음



X버튼으로 페이지가
빨려 들어가는 듯한
애니메이션 효과 추가됨

New Page 누르면 새 창 열림

SAMSUNG CONFIDENTIAL

Copyright ⓒ 2010 Samsung Mobile 개발관리그룹

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209009

 **Safari** The best way to see the sites. 

## Bookmark

Bookmark Bar가 추가되어 자주 사용하는 Site 진입 Depth를 최소화 함



[Bookmarks]

[Bookmarks – Edit mode]

폴더 생성,
Bookmark 삭제 및
순서 재정렬 가능

[Bookmarks 추가]



Bookmark 추가 시 Bookmark를 어느 위치에 추가할 것인지
선택할 수 있으며 Bookmarks Bar에 추가 시 URL pane 하단에
바로 가기 버튼으로 나타남



URL 입력 모드에서 하단 Bookmarks Bar에 바로 가기 나타남

SAMSUNG CONFIDENTIAL

Copyright ⓒ 2010 Samsung Mobile 개발관리그룹

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209010

**Safari** The best way to see the sites. 

## History

오늘 이전 방문 기록은 각 날짜 別 Folder로 제공



[Bookmarks]

[Bookmarks – History]

오늘 방문한 Site가 7개까지 리스트로 나타나고, 7개 이전에 방문한 기록은 Earlier Today라는 폴더로 묶여 제공됨

오늘 이전 방문한 기록은 각 날짜 別 폴더로 묶여 제공됨

SAMSUNG CONFIDENTIAL

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209011

**Safari** The best way to see the sites. 

## Watch a video without leaving the page

Webpage에 포함된 Video를 페이지를 떠나지 않고 전체 화면으로 감상할 것을 권유함



Webpage에서 동영상 재생 중
Full Screen 버튼 누름

가로 모드 전환하여 전체 화면으로 비디오 감상 후
화면 축소 버튼 누름

이전 상태로 복귀

SAMSUNG CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209012

# Thank you

SAMSUNG CONFIDENTIAL

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

82

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209082