# EXHIBIT 27

# FILED UNDER SEAL

One Jun Yu

1244 4th Ave., #18
Los Angeles, CA 90019

213-400-1065
onejohnyu@yahoo.com

February 15, 2012

Certificate of Translation

I hereby certify that the partial Korean to English translation of
SAMNDCA00209083 of document
SAMNDCA00209083-SAMNDCA00209137
is an accurate and complete rendering of the contents of the source
document to the best of my knowledge. I further certify that I
translated said document and that I am a professional competent in
both languages with more than twenty (20) years of professional
experience and several years of apprenticeship in Korean to English
translation.

By: _One Jun Yu_
One Jun Yu

# Apple iPAD UX Analysis



**April 9, 2010**

**Development Management Group**

SAMSUNG CONFIDENTIAL

**Copyright 2010 Samsung Mobile Management Development Group**

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00209083

# Apple iPAD UX 분석



## 2010. 4. 9
### 개발관리그룹

**SAMSUNG CONFIDENTIAL**

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00209083**

# iPhone 3GS 대비 변경 사항

SAMSUNG CONFIDENTIAL

Copyright ⓒ 2010 Samsung Mobile 개발관리그룹

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209084

# iPhone 3GS 대비 변경 사항

- **모든 화면에서 Landscape View를 제공**
  - iPhone 3GS의 경우 일부 Application에서만 Landscape View를 제공했으나,
    iPad의 경우 **Home Screen 포함한 모든 화면**에서 Landscape View 제공
  - **"No default or user-expected orientation"**





**SAMSUNG CONFIDENTIAL**

Copyright ⓒ 2010 Samsung Mobile 개발관리그룹

3

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

SAMNDCA00209085

# iPhone 3GS 대비 변경 사항

## ▪ Lock Screen, Home Screen 모두 Wallpaper 지정 가능

- iPhone 3GS의 경우 Lock Screen의 배경 이미지만 지정 가능했으나,
  iPad의 경우 Lock Screen, Home Screen의 배경 이미지를 모두 지정 가능
  ※ Settings>Wallpaper에서 하나의 사진 선택 후
    Lock Screen only, Home Screen only, Both 설정 가능



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209086

# iPhone 3GS 대비 변경 사항

## ▪ Lock Screen에서 Picture Frame 기능 실행 가능
- Lock Screen에 Picture Frame 실행 버튼 제공
- Settings>Picture Frame에서 Transition 및 Album 설정 가능







Lock Screen 상태에서 Slide Show 실행

SAMSUNG CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00209087

# iPhone 3GS 대비 변경 사항

## ▪ Split View, Popover, Search result button 等 신규 Elements 제공

- 넓은 화면의 공간 활용을 위해 Split View 제공
- 전체 화면을 사용하지 않아도 되는 Control/View를 위해 Popover 제공
- Search 이력 및 Clear를 위한 Search result button, Clear button 제공





SAMSUNG CONFIDENTIAL

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209088

# iPhone 3GS 대비 변경 사항

## ▪ Magnified View 강화

- 텍스트 편집 시 Cursor positioning을 위해 제공하던 Magnified view를 편집 모드가 아닌
  일반 텍스트 선택 시에도 적용 → **범위 설정이 조금 더 쉬워짐**





↓ 편집 모드가 아닌 일반 모드

g happily at a dandelion, and wonderii
ould _____ year, next year, sometime
d ju nice, wh ed that it would be neve
g t aid Pooh what "*it*" was, and hopii
hing f ___ when Pooh came up.
t," said Pooh excitedly, "we're going i
, all of us, with things to eat. To discov

↓ 텍스트 선택 후 범위 조정

ks I mind," said Piglet earnestly.
if Christopher Robin is coming I
." tition   star
hey were a ready at the top of the
Expotition   started.  First  came

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA00209089

# iPhone 3GS 대비 변경 사항

## ▪ Browser Native UI 변경

- 넓은 화면 제공으로 인해 iPhone에서 사용했던 Spinner 형태 대신 단순 Popover 제공
- iPhone에서 제공하던 Prev/Next 버튼 제공되지 않음

  

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209090

# iPad UI Elements

**SAMSUNG CONFIDENTIAL**

Copyright© 2010 Samsung Mobile 개발관리그룹

9

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00209091**

# UI Elements

## ▪ New UI Elements and Behaviors

- **Split view**
  : 하나의 화면을 두 개 영역으로 나누어 사용 가능 (Master-Detail 개념)
- **Popover**
  : 부가 정보, Control, 선택 등을 위해 일시적으로 화면에 표시 가능
- **Results list button**
  : 검색 결과를 나타내는 용도
- **Modal view have new presentation styles**
  : 4가지 스타일의 Modal view 제공
- **Toolbars can be in additional locations**
  : 화면의 상단과 하단에 제공 가능, Split view와 Popover에서도 제공 가능
- **The edit menu can display custom items**
  : Cut, Copy, Paste, Select, Select all 항목을 교체하거나 추가 가능
- **The Keyboard view can be customized**
  : Custom button을 포함한 Custom view로 교체 가능
- **Custom text views can offer advanced editing features**
  : Word-processing 기능, Spell checking, Autocompletion 기능 제공 가능

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                SAMNDCA00209092

## UI Elements

### ▪ The Status Bar

- 단말 방향과 관계 없이 항상 화면 상단에 표시
- Network connection, Time of day, Battery charge 등 사용자가 필요로 하는 정보 제공
- **게임, Full-screen media-viewing App이 아닌 이상 Status Bar를 숨기지 않을 것**
  ※ Full-screen view에서 숨기더라도 Single tap으로 다시 표시할 수 있도록 할 것
- **Status Bar는 Device의 일부분 같이 보이도록 디자인 함**



Application의 상단 Bar를
둥근 사각으로 처리 하여
Status Bar가 Device 자체의
일부분으로 보이도록 함

**SAMSUNG CONFIDENTIAL**

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

11

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00209093**

# UI Elements

## ▪ Navigation Bar
- Application의 상단에 표시
- 현재 화면에 대한 Title, 화면을 관리할 수 있는 Control, Navigational control 등을 포함
- Split view, Popover, Modal view, Full-screen application view 등에서 제공 가능
- 한 단계 진입 후
  - Title은 현재 진입한 Level에 대한 Label로 변경
  - Navigation control의 Label은 이전 단계에서의 Title로 변경
- **Navigation bar 공간에 여유가 많이 남더라도 Control을 많이 추가하지 말 것**
- **가로↔세로 전환 시 Navigation Bar 높이를 변경하지 않을 것**
  ※ iPhone과는 상반된 원칙으로, 화면 크기가 충분히 크므로 높이 그대로 유지



이전 단계에서의 Title        현재 진입한 단계에 대한 Title

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      SAMNDCA00209094

# UI Elements

## ▪ Tab Bar

- Application 화면 하단에 표시
- 서로 다른 Subtasks, Views, Mode 間 전환을 위해 제공
- Popover, Split view pane에서도 사용 가능
- Tab bar에 너무 많은 Tab menu를 제공하지 말 것 (대략 7개 정도로 제한)
- 가로, 세로 방향에서 동일한 개수의 Tab menu를 제공할 것
- **More tab 제공을 피할 것**

  ※ iPhone에서는 최대 5개로 Tab menu 제한되어 있으며 More tab 제공 가능



--------- Portrait mode

---------- Landscape mode

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      SAMNDCA00209095

# UI Elements

## ▪ Toolbars
- 화면 상단에 표시하나 때에 따라 하단에 표시 가능
  ※ iPhone에서는 하단에 표시
- Screen view와 연관된 action을 취할 수 있는 Control을 포함
- **Toolbar 내에 Segmented control 제공 가능**
- **각각의 Toolbar item 크기가 44x44 pixel 이상이 되도록 디자인** 해야 함
- 동일한 Toolbar 내에서 Plain style과 Bordered style 의 Control을 혼용하지 말 것



Segmented Control

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209096

# UI Elements

## ▪ Popover

- **Available in iPad applications only**
- 사용자가 Control이나 화면의 특정 영역을 Tap했을 때 일시적으로 제공하는 화면
- Popover에서 제공 가능한 Elements
  · Table, image, map, text, web or custom views
  · Navigation bars, toolbars, or tab bars
  · 현재 View와 연관된 동작을 하는 Controls or objects
- Popover 제공 예
  · 선택된 item에 대한 부가 정보 표시
  · Split 화면에서 좌측 item 선택 시 세부 내용 표시
  · Action sheet 제공 시 표시
- **A popover always an arrow**
  ※ Arrow는 사용자가 선택한 항목을 정확히 가리켜야 함
- Popover 외부 영역을 Tap 시 선택 사항을 저장한 상태로
  Popover가 사라지도록 할 것 (실수 방지)
- 하나의 화면에는 Popover가 한 개 이상 표시될 수 없음



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209097

# UI Elements

## ▪ Split View

- **Available in iPad applications only**
- 하나의 화면을 2개의 Pane으로 구분하여 사용하는 전체 화면
- 좌측 Pane을 Master pane, 우측 Pane을 Detail pane으로 구분
- Split View의 각각의 Pane에서 제공 가능한 Elements
  - Table, image, map, text, web or custom views
  - Navigation bars, toolbars, or tab bars
    ※ 동시에 Split view 좌/우에 Navigation bar를 제공하지 말 것
- 우측 Pane을 좌측 Pane보다 얇게 디자인 하지 않을 것
- 좌측 선택된 item에 대한 표시를 명확히 할 것



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00209098

# UI Elements

## ▪ Segmented Control

- A linear set of segments, each of which functions as a button that can display a different view
- 제공 방식
  - 상단 Toolbar : Application level에서의 Data category 혹은 Mode 변경
  - 하단 Toolbar : View level에서의 Data category 혹은 Mode 변경



상단 Toolbar에 제공한 Case

Popover 내에서
하단 Toolbar에 제공한 Case

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209101

# **Graphics**

**SAMSUNG CONFIDENTIAL**

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00209104**

## ▪ Add Physicality and Realism

- The more true to life your application looks and behaves, the easier it is for people to understand how it works and the more they enjoy using it

e.g.)  Contacts는 사용자가 기대하는 실제 Address Book와 유사하게 디자인 함



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209105

# Graphics

## ▪ Delight People with Stunning Graphics

- The high-resolution iPad supports rich, beautiful, engaging graphics that draw people into an application and make the simplest task rewarding

e.g.)  Notes는 가죽, 종이, 색연필의 질감을 현실 세계와 동일하게 표현





**Note)**
선택한 노트를 표시하는
색연필 모양이 획일적이지 않고
Tap 할 때마다 랜덤하게 변경
→ 세심한 배려로 기계 같지
  않은 느낌 제공

SAMSUNG CONFIDENTIAL

Copyright ⓒ 2010 Samsung Mobile 개발관리그룹

24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209106

# Graphics

**e.g.)** 실제 종이로 된 Map을 뒤집은 듯한 형태에
코팅된 듯한 광택과 살짝 비침을 적용

**e.g.)** 코르크 질감의 합판에 달력을 붙여 놓은 듯 한 형태에
상단 부분에는 종이 달력을 몇 장 찢어낸 듯이 표현





**SAMSUNG CONFIDENTIAL**

Copyright© 2010 Samsung Mobile 개발관리그룹

25

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

SAMNDCA00209107

# Features

SAMSUNG CONFIDENTIAL

Copyrightⓒ 2010 Samsung Mobile 개발관리그룹

26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209108

# Home Screen

- **Program Icon 간의 공간을 충분히 두어 시원한 느낌 (가로 4개 Layout 유지)**
- **배경 화면 Customization 가능해 짐**
- **하단에 Mac Dock Style 적용**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  SAMNDCA00209109

# Home Screen



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209110

# Settings

- **좌측에 Setting 항목 리스트, 우측에 실제 설정 화면의 Split view 제공**
- **설정 항목 및 Animation 효과 등은 iPhone과 거의 동일함**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209136

# Settings



SAMSUNG CONFIDENTIAL

Copyright ⓒ 2010 Samsung Mobile 개발관리그룹

55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00209137