# EXHIBIT 28

# FILED UNDER SEAL

One Jun Yu

1244 4th Ave., #18
Los Angeles, CA 90019

213-400-1065
onejohnyu@yahoo.com

February 15, 2012

Certificate of Translation

I hereby certify that the partial Korean to English translation of
S-ITC-009427168 of document
S-ITC-009427168 to S-ITC-009427220
is an accurate and complete rendering of the contents of the source
document to the best of my knowledge. I further certify that I
translated said document and that I am a professional competent in
both languages with more than twenty (20) years of professional
experience and several years of apprenticeship in Korean to English
translation.

By: _____
One Jun Yu



# Vzw Omnia2 Competitiveness Analysis

ASM Development Management Group

2009.07.24

Confidential Business Information -- Subject to Protective Order

S-ITC-009427168

# Vzw Omnia2 광 전 검 사 문



개발관리부
2009.07.24

Confidential Business Information -- Subject to Protective Order

S-ITC-009427168

# Contents

- **Omnia2 경쟁력 분석**

  I. 평가 개요

  II. 결과 요약

  III. 세부 평가 결과
  - 외관 디자인 + H/W
  - S/W Issue
  - UX Issue

Confidential Business Information -- Subject to Protective Order                                   S-ITC-009427169

# I. 평가 개요

◆ 평가 툴 비교 모델

| Samsung Omnia2 | Cubic37_EUR_OPEN | Apple iPhone 3G |
|---|---|---|
|  | | |
| · Windows mobile 6.1<br>· 3.7" WVGA<br>· **AMOLED LCD**<br>· 5MP AF Camera<br>· D1(720p) Video<br>· 8G + microSD<br>· **Cube UI** | · Windows mobile 6.1<br>· 3.7" WVGA<br>· **AMOLED LCD**<br>· 5MP AF Camera<br>· SD(480p) Video<br>· 2G/8G/16G + microSD<br>· **Cube UI** | · MAC OS X<br>· 3.5" HVGA 16M<br>· TFT LCD<br>· 2MP AF Camera<br>· SD(480p) Video<br>· 8G/16G<br>· Touch UI |

# Ⅲ. 세부 평가 결과
## UX Issue (33/33)


중요도 C

### 33. Getting started 하단 설정버튼이 작아 터치하기 다소 불편함

- 텍스트 사이에 있어 터치하기에 작고 인지성이 다소 낮음



✓ 개선안 제안
- Settings 의 설정버튼으로 설정할 시에 충분한 개선효과 기대