# EXHIBIT 39

# FILED UNDER SEAL

| | |
|---|---|
| From: | Dale Sohn |
| Sent: | Wednesday, December 28, 2011 9:26 AM |
| To: | Brian Rosenberg; Kevin Packingham; Todd Pendleton; Johnny Hart; Michael Pennington; Curtis Matson; Brian Wallace; Ketrina Dunagan; Ji-Ung Park; Kyung Hwan Cha; Jwa Young Poo; Paul Chapple; Travis Warren; Seunghyun Choi; Ji-Ung Park; Brent (Byung Gil) Yoo; Corey Kerstetter; Nicholas Dicarlo; Tim Rowden; Tim Sheppard; Joon Kyo Cheong; Justin (Jong Hyeon) Lee; Yong KI Min; Jang Hoon Lee; Corey Kerstetter; Reza Rahman; Byung Hee Choi; Kevin Geklinsky; Lisa Helm Jagoda; Brian S. Woods |
| Subject: | beat Apple strategy and new year kick off |

Team,

We had a very stressful year this year...  All of our growth potential was taken by Apple and we could not make any meaningful turnaround all the year... I hope we got lots of lessons from this year and we should not repeat this kind of mediocre performance at all.  While most of you are out for vacation, I want to give you some material for deep thoughts.  Please review this carefully and present your idea at the Jan 3rd extended leadership meeting.  The below is high level of STA Beat Apple strategy.  I put your name on each action item to have a very productive meeting next week. Please digest and put your contributions.  After the meeting, we will formalize our strategy and execution plan.

How to beat Apple ?
If you visit market place ( on and off line stores), you would quickly know how Samsung phones are selling.  Other than iPhones, all other vendors' models are displayed and sold like OEM models... Current Samsung position is only part of Android models... With this status quo, there is no hope and way to beat Apple.  We have to have a paradigm shift.  We need to change our business model from pure OEM based to OEM/ Samsung based approach.  Samsung should be carriers' the most strategic supplier and should be the most valuable brand supplier. We are different from others. Unlike Apple, we can do both of OEM based and Samsung Brand based sales and marketing process.  We will apply 80/20 rule here.  80% of our models should be supplied to carriers with OEM business models.  We will be their most reliable and competitive supplier.  However, for 20% of our models, mostly super premium models, we have to build up Samsung brand power and should be able to attract the customers to stores...  There should be no conflict of interest here.  We would have stronger position against carriers' exclusivity and other terms by prevailing Samsung's way of brand promotion, if necessary.  I believe that attracting customers to stores should be Samsung's responsibilities.  We have to make excitement to create this consumer demand.  Todd, let me know if we can, how we can, and whether we are on the right track in terms of execution?  Bottom line is that we have to make consumers asking for Samsung branded phones at the stores.

If this is happening, then stores (carriers, retailers, on line, dealers) should be responsible for making consumers' visit as sales closing.  They have to design any of sales and marketing programs for POP, display, training, incentives, and so on.  We need to ask them to invest these by themselves... As long as the stores see more of consumers are coming in for Samsung phones, the end of day, they would see their benefit by initiating the programs as mentioned above.. bottom line here is that Samsung cannot afford too much of marketing dollars to fund ATL/ BTL and

1

Highly Confidential - Attorneys' Eyes Only                                        SAMNDCA10343802

everything.  All GMs and Brian W and Ketrina, I want to know how we invested this year and what would be different next year. What would be your plan to make this happen ?  Please analyze this and present to the team next week.  I think we need to build up 8-10K of Samsung experience table nationwide by the end of next year.  We have to work out with carriers, retailers, and dealers and distributors.  We have to select most favorable partners and make small success in the beginning.  If we can create momentum and people start to see the benefits, they would jump in Samsung's initiatives.  We have witnessed this from Samsung France, Germany, and Malaysia.  This is proven process for the success.

We also need to develop some idea for incenting sales people.  we understand that the most motivation to dealers and distributors are financial gains.  We should not throw out our money and carefully design the ways of incentives, bonus, and so on..  I'd like to ask Mike P take care of this as your team recently initiate Monopoly incentive programs.  At the next week meeting, you could expand how STA should deal with dealers and distributors.

In my summary, the skeleton of Beat Apple strategy should be
- Attract consumers to stores by Samsung
- Make their visit to sales by carriers, on and off line stores thru POP, display, training, incentives
- Dealers and distributors incentive programs by Samsung

This process is quite different from OEM models.  Traditionally we offer exclusive models to carriers and depend on their mercy on the success.  For the 20% of our models, we will try to manage our distribution by Samsung.
Key is here that more of distribution control would expedite our success here.  We should not generate any misunderstanding on our initiatives especially with carriers.  This is the area that GMs and every STA employees should be very much careful of..  We cannot afford any doubts and retaliation from carriers to our beat Apple strategy.  Each employees should be responsible for this.

At this moment, I hope you understand what to do.  I have been very consistent for the last several weeks in sharing this idea with the team.  before we make this our formal one, please feel free to exchange your thoughts and don't hesitate to challenge the idea, if you believe you have better idea.  I want to be very clear that I have no problem in hearing any of your valuable feedback.  And please keep in mind that we will drive very hard and focus sharply once we make a decision.  As a leadership team, this is the critical time for you to speak out.

I look forward to exciting next week meeting.  Sorry for long email over the year ending holidays…  I know that you are thinking and also preparing no matter what you are doing.  Sometimes good ideas are coming from relaxing and enjoying the time…

I appreciate your hard work and dedication for the best in class through the year.  Happy New Year…

Dale

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10343803