# EXHIBIT 45

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
                    HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
1              UNITED STATES INTERNATIONAL TRADE COMMISSION
                              WASHINGTON, D.C.
2

3     _____

      In the Matter of:
4
      CERTAIN ELECTRONIC DIGITAL              Case No.:
5
      MEDIA DEVICES AND COMPONENTS            337-TA-796
6
      THEREOF
7     _____

8

9          *** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY ***

10
           VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF:
11

12                          JINSOO KIM

13

14

15                       February 3, 2012

16                         Kim & Chang

17                      Seoul, South Korea

18                   8:59 a.m. - 6:51 p.m.

19

20

21

22

23

24

25
```

**Page 42**

1  receiving a request form from the Product Planning team.
2  Based on that request, we start working on it.
3  BY MR. STERN:
4      Q.   Does that form have a particular name?
5      A.   Product planning request form.
6      Q.   To whom is the product planning request form
7  directed?
8          MS. CARUSO:  Objection, vague, compound.
9      A.   Are you asking me as to which individual would
10 receive that kind of request form?
11 BY MR. STERN:
12     Q.   Yes.  Precisely.
13     A.   Within the design group?
14     Q.   Yes.
15     A.   The Design Strategy Part would receive it.
16     Q.   So the Product Planning Group submits a request
17 to the Design Strategy Part, do I understand that correctly?
18     A.   Yes.
19     Q.   And at some point is that form submitted to one
20 of the design groups, the Product Design Part I or the
21 Product Design Part II?
22     A.   Yes.
23     Q.   Okay.  What information is contained in the
24 request form?
25         MS. CARUSO:  Objection, vague.

**Page 43**

1      A.   It contains information on the concept and
2  overall price and target consumers of a particular product.
3  BY MR. STERN:
4      Q.   Does the request form contain any information
5  about competitors for the proposed design?
6          MS. CARUSO:  Objection, vague, compound.
7      A.   Sometimes it does; sometimes it doesn't.
8  BY MR. STERN:
9      Q.   How does the Product Design Part begin to work on
10 the proposed design after receiving the request form?
11         MS. CARUSO:  Objection, vague.
12     A.   It is based on the specifications contained in
13 the product planning request form.  So based on that
14 information, we will create the size for X, Y, and Z.  And
15 we will design the product in a way components which are
16 described in the mechanical feasibility study can fit in.
17 BY MR. STERN:
18     Q.   I want to distinguish between two different types
19 of design work.  The first involves modifying an existing
20 design and the second involves an entirely new design.  Does
21 that distinction make sense to you?
22         MS. CARUSO:  Objection, vague.
23     A.   Yes.
24 BY MR. STERN:
25     Q.   With regard to the design request that you

**Page 44**

1  receive and the design work that you undertake, how are
2  those two scenarios different?
3          MS. CARUSO:  Objection, vague, compound.
4          (A discussion was had off the record between
5  Lead Interpreter and Check Interpreter in Korean.)
6      A.   When it comes to the first scenario, we call it
7  as derivative design.  In that case, we will just change
8  colors or materials of the product out of CMF.  And after
9  making such changes, that product can be a new product.
10         Even though these products have the same design,
11 sometimes based on the specifications of the region these
12 products would be sold, the thickness of those products can
13 be different.  They can be thicker by 1 millimeter or
14 2 millimeters.
15         When it comes to completely new designs which are
16 not derivative designs, designers have to start from the
17 sketch to work on the design process.
18 BY MR. STERN:
19     Q.   Can you give me an example of a nonderivative
20 design?
21         MS. CARUSO:  Objection, vague.
22     A.   The thing that I can recall for now is Kobe
23 design series.
24 BY MR. STERN:
25     Q.   Why do you say that the Kobe design series was a

**Page 45**

1  nonderivative design?
2      A.   As I mentioned earlier, derivative designs
3  involve making minor modifications to existing products.
4  But when it comes to Kobe series project, it has the design
5  which was not available previously.  So we call it the new
6  design product.
7      Q.   Was the Galaxy SI9000 product also a
8  nonderivative design?
9          MS. CARUSO:  Objection, vague.
10     A.   It is a new design.
11 BY MR. STERN:
12     Q.   I want to continue to focus on nonderivative or
13 new designs.  In those occasions when you're asked to
14 prepare nonderivative designs, who makes the decision that
15 that design should take place?
16         MS. CARUSO:  Objection, vague.
17         For the record, you're directing this
18 question to Mr. Kim and saying "you."  Are you asking
19 him in his personal capacity who asks him or generally
20 asking who asks designers?
21         MR. STERN:  He's testifying as a company
22 witness, so I'm interested in all information reasonably
23 available to the company, which, of course, includes his
24 personal knowledge as well.
25         MS. CARUSO:  In that case, I request that the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 46

1  question make that clear because as phrased,
2  substituting "you" with "Samsung" doesn't make very much
3  sense here, and I think it can confuse the witness.  If
4  what you're seeking is testimony generally regarding the
5  design group, you should ask a question accordingly.
6            MR. STERN:  Okay.  I'll do my best to do
7  that, but, you know, I think it's been pretty clear in
8  light of the way I started off, and certainly the nature
9  of your objections, that this is the 30(b)(6) deposition
10  and he's testifying on behalf of the company.
11            MS. CARUSO:  I appreciate that.  But when you
12  ask questions like where did you go to college, that's
13  obviously with respect to Mr. Kim.  So I'm asking you to
14  make an effort, if you're seeking general information,
15  to incorporate that into your question.  And I think
16  that that will give you the answers better that you're
17  looking for.
18            MR. STERN:  Sure.  We all want a clean
19  record, so let me proceed that way.
20            Do I need to rephrase the question?  Let's go
21  back and have the pending question, if there was one,
22  for me to take a look at.
23            (Pause.)
24  BY MR. STERN:
25       Q.   Okay.  Mr. Kim, on those occasions when the

Page 47

1  Design Part is asked to prepare a nonderivative design, who
2  within Samsung Electronics makes the decision that that
3  design should be undertaken?
4            MS. CARUSO:  Objection, vague.
5       A.   Are you asking me as to the decision made within
6  the design group or within the organization?
7  BY MR. STERN:
8       Q.   Within the company.
9       A.   When it comes to the product planning request
10  involving new products, the final decision would be made by
11  President Hong.
12            LEAD INTERPRETER:  Correction.
13       A.   Made by vice president.
14            (A discussion was had off the record between
15  Lead Interpreter and Check Interpreter in Korean.)
16       A.   Executive vice president.
17  BY MR. STERN:
18       Q.   That's Mr. WP Hong, whose name came up earlier in
19  questioning?
20       A.   Yes.  Correct.
21       Q.   Is Mr. JK Shin involved in authorizing the -- in
22  authorizing a nonderivative design to go forward?
23            MS. CARUSO:  Objection, vague.
24       A.   I'm not 100 percent sure.
25            (Deposition Exhibit 6 was marked.)

Page 48

1  BY MR. STERN:
2       Q.   Before we get to Exhibit 6, Mr. Kim, in order to
3  proceed with a nonderivative design, whose authorization is
4  required in addition to Mr. WP Hong's, if anybody?
5            MS. CARUSO:  Objection, vague.
6       A.   The project proposal would be submitted by the
7  Product Planning team.  And there could be some review
8  conducted by the Design Strategy Part within the design
9  group.
10  BY MR. STERN:
11       Q.   Is there a particular document created within
12  Samsung Electronics to reflect the approval or
13  green-lighting, if you will, of a nonderivative design
14  project?
15            MS. CARUSO:  Objection, vague; vague as to
16  time.
17       A.   The project would be assigned to a person
18  concerned or individuals concerned using the MD Net system.
19  BY MR. STERN:
20       Q.   And what particular group would that person
21  belong to?
22       A.   I don't clearly understand your question.
23       Q.   Is there a document that is created on the MD Net
24  system that reflects the approval of the nonderivative
25  design project?

Page 49

1            MS. CARUSO:  Objection, vague; vague as to
2  time.
3            When you talk about "approval" or
4  "green-lighting," are you talking about giving an
5  industrial designer the go-ahead to start working on the
6  design or finalizing the design ultimately for
7  production?
8            MR. STERN:  Well, Counsel, I'm asking the
9  questions here, but I think it's very -- been very clear
10  that we're talking about the initiation of a design
11  project for a nonderivative design.
12       A.   Yes.
13  BY MR. STERN:
14       Q.   What is the name of the document that reflects
15  the approval of the initiation of the nonderivative design
16  project?
17            CHECK INTERPRETER:  Interjection by the
18  interpreter.  The previous answer "yes" could have been
19  the response to your explanation as to the stages of the
20  project and approval process related to your question.
21  So he was probably saying yes.
22            MR. STERN:  Okay.  Let me go back to my
23  original question.
24  BY MR. STERN:
25       Q.   Is there a document that is created on the MD Net

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

50..53

Page 50

1  system to record the green-lighting of a new nonderivative
2  design project?
3         MS. CARUSO:  Objection, vague; vague as to
4  time.
5      A.   Yes.
6  BY MR. STERN:
7      Q.   What's the name of that document?
8      A.   It is within the MD Net system, so you can just
9  contact it.
10     Q.   If I wanted to look for this particular document
11 on the MD Net system, how would I do that?
12     A.   Are you asking me as to the person in charge or
13 are you asking me as to if you want to do it?
14     Q.   I'm asking if I or someone else at Samsung
15 Electronics wanted to find that document, where should we
16 look on MD Net?
17        MS. CARUSO:  Objection, compound.
18     A.   First of all, you go into the MD Net system, then
19 you can search for the products. So you type in the product
20 that you are looking for. Then you will see the list of
21 people responsible for product planning and products.
22 BY MR. STERN:
23     Q.   So if, for example, in the case of the Kobe
24 product, I wanted to find the document that requested
25 initiation of design, I could find that on the MD Net?

Page 51

1      A.   Since I was not responsible for Kobe, myself, I'm
2  not quite sure as to that.
3      Q.   If the system operated as usual, would you expect
4  someone to be able to find that document for the Kobe
5  product?
6      A.   People who have authorization to search for
7  documents can do that.
8      Q.   Turning your attention to Exhibit 6, Mr. Kim,
9  Bates numbers for which are SAMNDCA10015854 through -856.
10 Are you able to identify this document for me, Mr. Kim?
11        MS. CARUSO:  Objection, beyond the scope.
12     A.   This is the first time to see this document.
13 BY MR. STERN:
14     Q.   Does this type of document play any role in the
15 design process as you're familiar with it?
16        MS. CARUSO:  Objection, vague.
17     A.   At the initial stage of the product design, this
18 kind of --
19        LEAD INTERPRETER:  Strike that.
20     A.   At the initial stage of the product design, this
21 type of documents are rarely reflected.
22 BY MR. STERN:
23     Q.   I have another document to show you, Mr. Kim --
24        MS. CARUSO:  Mr. Stern, before you do that,
25 can we take a break?

Page 52

1         MR. STERN:  Sure.
2         THE VIDEOGRAPHER:  Going off the record. The
3  time now is 11:16. This is the end of Tape No. 2.
4         (Recess taken.)
5         THE VIDEOGRAPHER:  We are now back on the
6  record. The time now is 11:31. This is the beginning
7  of Tape No. 3.
8  BY MR. STERN:
9      Q.   Mr. Kim, directing your attention to the exhibit
10 in front of you -- excuse me. We don't have an exhibit in
11 front of you yet, but it's been marked and it's on its way.
12        (Deposition Exhibit 7 was marked.)
13     Q.   Exhibit 7 is a multipage document that bears the
14 word "Dempsey" up at the top of the first page and Bates
15 Nos. SAMNDCA00508037 through -8074.
16     A.   Yes.
17     Q.   Mr. Kim, are you able to identify this document
18 for me?
19        MS. CARUSO:  Objection, beyond the scope.
20     A.   I didn't author this document, and I don't have
21 any recollection to have seen this document before.
22 BY MR. STERN:
23     Q.   Have you encountered documents similar to this
24 document in your work as a senior designer or principal
25 designer?

Page 53

1         MS. CARUSO:  Objection, vague.
2      A.   Yes.
3  BY MR. STERN:
4      Q.   And you see up at the top, as I indicated, the
5  heading of the document says Dempsey.
6      A.   Yes.
7      Q.   And Dempsey is the name of a Samsung product,
8  correct?
9         MS. CARUSO:  Objection, vague.
10     A.   Yes, that is an internal product name.
11 BY MR. STERN:
12     Q.   Do you know who -- do you know which
13 organizational group within Samsung prepared this document?
14        MS. CARUSO:  Objection, beyond the scope.
15     A.   Since I don't have any recollection to have
16 received this document directly, I don't know.
17 BY MR. STERN:
18     Q.   But you don't have any doubt that this document
19 was prepared by Samsung Electronics, do you?
20     A.   Correct.
21     Q.   Directing your attention to the first page of the
22 document, the Bates number ending in -8037. In the top
23 left-hand portion of the document, you see the letters PP?
24     A.   Yes.
25     Q.   Do you know what those letters stand for?

Page 70

BY MR. STERN:
2    Q.    At what stage in the design process does the
3 mechanical feasibility evaluation take place?
4    A.    Before the --
5    LEAD INTERPRETER:  Strike that.
6    A.    Before the mockup for a design is completed, data
7 would be transferred to the development group.
8    MR. STERN:  I have some other questions in
9 this line, but let's break for lunch and come back in an
10 hour.  Thank you.
11    THE VIDEOGRAPHER:  Going off the record.  The
12 time now is 12:22.  This is the end of Tape No. 3.
13    (Recess taken.)
14    THE VIDEOGRAPHER:  We are now back on the
15 record.  The time now is 13:24.  This is the beginning
16 of Tape No. 4.
17    MR. STERN:  I've asked the reporter to mark
18 exhibit next in order, which I believe is 8, a multipage
19 e-mail document with Bates Nos. SAMNDCA10472588 [sic]
20 through -560.
21    (Deposition Exhibit 8 was marked.)
22 BY MR. STERN:
23    Q.    Mr. Kim, directing your attention to the first
24 page of Exhibit 8.  Is this document an e-mail string
25 involving e-mails that you received and sent on or about

Page 71

1 August 19th, 2010?
2    MS. CARUSO:  Objection, compound, beyond the
3 scope.
4    A.    Yes.
5 BY MR. STERN:
6    Q.    And am I correct that in this e-mail, you are
7 exchanging information regarding design of the window
8 outline for the Crespo product?
9    MS. CARUSO:  Objection, vague, beyond the
10 scope.
11    A.    Yes.
12 BY MR. STERN:
13    Q.    Looking at the document, are you able to tell me
14 the nature of the design issue that you were facing when you
15 wrote this e-mail?
16    MS. CARUSO:  Objection, vague, beyond the
17 scope, lacks foundation.
18    A.    We needed it to have a natural curve and R value,
19 but as you can see here indicated by an arrow, that portion
20 had a problem, so I pointed that out.
21 BY MR. STERN:
22    Q.    What specifically was the problem?
23    MS. CARUSO:  Objection, beyond the scope.
24    A.    As I just mentioned, the arrow indicated a
25 portion looks a little receded visually compared to the line

Page 72

1 above.
2 BY MR. STERN:
3    Q.    Directing your attention to the top of the first
4 page of the e-mail string.  Do you see the name TaeMoon Roh?
5    A.    Yes.
6    Q.    Are you familiar with an individual by the name
7 of TaeMoon Roh at Samsung?
8    MS. CARUSO:  Objection, beyond the scope.
9    A.    I don't know as to the extent of familiarity, but
10 I know this person.
11 BY MR. STERN:
12    Q.    What department is Mr. or Ms. Roh in?
13    MS. CARUSO:  Objection, beyond the scope.
14    A.    He's working at the Advanced Hardware Development
15 team.
16 BY MR. STERN:
17    Q.    Is he an engineer or is he a designer or
18 something else?
19    MS. CARUSO:  Objection, beyond the scope.
20    A.    He's an engineer.
21 BY MR. STERN:
22    Q.    Okay.  So is this e-mail string an example of the
23 type of exchange that you, as a designer, have with
24 engineers concerning product design?
25    MS. CARUSO:  Objection, vague.

Page 73

1    A.    Yes, that is correct.
2    (Deposition Exhibit 9 was marked.)
3 BY MR. STERN:
4    Q.    Mr. Kim, the court reporter has handed you
5 Exhibit 9, which is a multipage document bearing Bates No.
6 SAMNDCA10473212 through -215.
7    A.    Yes.
8    Q.    Mr. Kim, do you recognize this exhibit as an
9 e-mail that you received from YunHee Yoo on or about
10 September 30th, 2010?
11    MS. CARUSO:  Objection, beyond the scope,
12 compound.
13    A.    Yes.
14 BY MR. STERN:
15    Q.    And in the e-mail, Miss Yoo is commenting on
16 mockups for products under design; is that correct?
17    MS. CARUSO:  Objection, beyond the scope,
18 vague.
19    A.    Yes.
20 BY MR. STERN:
21    Q.    Do you know who YunHee Yoo is?
22    MS. CARUSO:  Objection, beyond the scope.
23    A.    Yes.
24 BY MR. STERN:
25    Q.    Who is YunHee Yoo?

Page 74

1          MS. CARUSO:  Objection, beyond the scope.
2      A.    She is a colleague of mine working at the Product
3  Design Part I Group.
4  BY MR. STERN:
5      Q.    Does this exhibit, Mr. Kim, represent the type of
6  exchange that you as a designer have with others concerning
7  product mockups in the design process?
8          MS. CARUSO:  Objection, vague.
9      A.    It is not concerning the designs, but it seems to
10  me that it is talking about the management of mockups which
11  were already created.
12  BY MR. STERN:
13     Q.    Mr. Kim, who determines which designs are going
14  to be created as mockups?
15     A.    When it comes to the designs within our part
16  group, I was the person who made such a decision mostly.
17     Q.    Mr. Kim, are you familiar with something at
18  Samsung called Team Center?
19     A.    Yes, I am.
20     Q.    What is Team Center?
21     A.    As we discussed before the lunch break, this is
22  the name of a server that manages data.
23     Q.    And what role does Team Center play in the
24  Samsung design process?
25          MS. CARUSO:  Objection, vague.

Page 75

1      A.    This system is consolidating and managing 3D
2  modeling data which was created by designers.
3  BY MR. STERN:
4      Q.    In order to call up specific information via Team
5  Center, what information is necessary?  Let me give you a
6  better question, Mr. Kim.
7          In order to access 3D modeling data on Team
8  Center, is there a model number or name that needs to be
9  input into Team Center?
10          MS. CARUSO:  Objection, vague.
11     A.    First of all, you need to have an authorization
12  to have access to a particular model concerned.  And then
13  you need to have a code related to the Team Center.  You
14  don't need model name.
15  BY MR. STERN:
16     Q.    Earlier in the deposition, Mr. Kim, we had some
17  testimony about the process whereby the design group, the
18  Product Planning Group, and the development group consider
19  mockups as part of the design process.  Do you recall that
20  testimony?
21          MS. CARUSO:  Objection, vague.
22     A.    Yes.
23  BY MR. STERN:
24     Q.    After the consideration of those groups has been
25  completed, how does Samsung make a final decision regarding

Page 76

1  which design to use in its products?
2          MS. CARUSO:  Objection, vague.
3      A.    First of all, we would report to vice president
4  SukKeun Kim with regard to the design which was evaluated in
5  terms of mechanical feasibility.
6  BY MR. STERN:
7      Q.    When you report to SukKeun Kim, do you provide
8  SukKeun Kim with a recommendation on a design to adopt?
9          MS. CARUSO:  Objection, vague.
10     A.    When it comes to that kind of personal input, I
11  don't provide it.
12  BY MR. STERN:
13     Q.    Okay.  Does Samsung provide Mr. SukKeun Kim with
14  multiple alternative designs from which to choose a final
15  design?
16          MS. CARUSO:  Objection, assumes facts not in
17  evidence.  Lacks foundation.
18     A.    With regard to some projects, we do; sometimes we
19  don't.
20  BY MR. STERN:
21     Q.    Do you participate -- you personally participate
22  in the process whereby a design is ultimately selected for
23  the Samsung cell phone or tablet computer that's presented
24  to SukKeun Kim?
25          MS. CARUSO:  Objection, vague and confusing,

Page 77

1  compound.
2      A.    There were some projects that I was involved.
3  BY MR. STERN:
4      Q.    How does Samsung make a final decision on what
5  design to adopt for its products?
6      A.    When it comes to the final decision, we would
7  report it to the head of the business division, and then
8  mass production would occur.
9      Q.    Is the head of the business division Mr. JK Shin?
10     A.    Yes, president JongKyun Shin.
11     Q.    Yes.  So do I understand that Mr. Shin is the
12  highest level of authorization needed to choose a design for
13  a Samsung cell phone or tablet?
14          MS. CARUSO:  Objection, lacks foundation,
15  calls for speculation, beyond the scope, and vague.
16     A.    In my opinion, I think that's the case.
17          CHECK INTERPRETER:  Can I have a moment with
18  the translator?
19          (A discussion was had off the record between
20  Lead Interpreter and Check Interpreter in Korean.)
21          CHECK INTERPRETER:  Counsel, we are having a
22  little bit of discussion about your previous question,
23  one of the previous questions, whereby you asked:  Do
24  you participate, pause, you personally pause in the
25  process whereby a design is ultimately selected for the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

78..81

Page 78

1  Samsung cell phone or tablet computer that's presented
2  to SukKeun Kim?
3          I believe the translation was in a way that
4  if he participated in the design of such products which
5  was ultimately selected by Mr. SukKeun Kim, but I was
6  wondering if you were actually asking if he participated
7  in the process of decision-making.  So --
8          MR. STERN:  The latter.
9          CHECK INTERPRETER:  Okay.  But the
10  translation was --
11          LEAD INTERPRETER:  Her interpretation is
12  right.  Then should I retranslate it for the witness?
13          MR. STERN:  Sure.
14          (Translation.)
15          (A discussion was had off the record between
16  Lead Interpreter and Check Interpreter in Korean.)
17      A.   I'm not involved in the decision-making process
18  for the design.
19  BY MR. STERN:
20      Q.   Okay.  When a decision is presented -- well,
21  scratch that.
22          When a proposed design is presented to Mr. Shin
23  for his approval, is there a meeting that takes place?
24          MS. CARUSO:  Objection, vague.
25      A.   Yes.

Page 79

1  BY MR. STERN:
2      Q.   How is the proposed design presented to Mr. Shin
3  for his approval?
4          MS. CARUSO:  Objection, vague.
5      A.   We would report it to the president when the
6  president makes a visit to our design group or we directly
7  report it to the president.
8  BY MR. STERN:
9      Q.   Is there a document that is prepared in
10  conjunction with this report to the president?
11          MS. CARUSO:  Objection, vague.
12      A.   I don't prepare a document --
13          CHECK INTERPRETER:  "Myself."
14      A.   -- myself.
15  BY MR. STERN:
16      Q.   Does anybody at Samsung prepare a document on
17  that occasion?
18      A.   Sometimes we do; sometimes we don't.
19      Q.   On those occasions when you do, what information
20  is contained in the document?
21          MS. CARUSO:  Objection, vague, compound.
22      A.   The minutes would be prepared in a way to
23  describe the conclusions made with regard to the
24  decision-making.
25  ///

Page 80

1  BY MR. STERN:
2      Q.   Who prepares the minutes?
3      A.   Mostly they are prepared by the Design Strategy
4  Part.
5      Q.   Does the Design Strategy Part also keep the
6  minutes after it prepares them?
7      A.   I don't know.
8      Q.   Mr. Kim, apart from groups within the design
9  group that we've discussed today, are there any other groups
10  within Samsung that provide input into the process of
11  designing Samsung cell phones or tablets?
12          MS. CARUSO:  Objection, vague, lacks
13  foundation, beyond the scope, unless you're limiting
14  this to Samsung Electronics Corporation.
15          MR. STERN:  Yes, I mean Samsung Electronics.
16  I'm going to get to other entities next.
17      A.   No.
18  BY MR. STERN:
19      Q.   Does Samsung have an industrial design group
20  other than the design groups that we looked at on the
21  organization chart contained on Exhibit 2 today?
22          MS. CARUSO:  Objection, vague, beyond the
23  scope, lacks foundation.
24      A.   Each business division is running its own design
25  group.

Page 81

1  BY MR. STERN:
2      Q.   In what division is your group contained?
3      A.   It's Mobile Communications division.
4      Q.   Does Samsung Electronics America have any role in
5  the design of cell phones or tablets manufactured by Samsung
6  Electronics Corporation?
7          MS. CARUSO:  Objection, beyond the scope,
8  lacks foundation, vague.
9      A.   It rarely participates.
10  BY MR. STERN:
11      Q.   When SEA does participate, what is its role?
12          MS. CARUSO:  Objection, beyond the scope,
13  lacks foundation, vague.
14      A.   The Samsung Electronics America has its own US
15  design studio which is called SDA.  So it manages products
16  partially on its part.
17  BY MR. STERN:
18      Q.   Are you able to tell me what SDA does?
19          MS. CARUSO:  Objection, beyond the scope,
20  vague, lacks foundation.
21      A.   I don't know exactly, but my understanding is
22  that they are partially involved in the design of products
23  and UX.
24  BY MR. STERN:
25      Q.   Do you sometimes have interaction with SDA on the

Page 82

1 design projects that you work on?
2      A.     Once a year last year -- we had an interaction
3 once last year.
4      Q.     And what was the nature of that action?
5          MS. CARUSO:  Objection, vague,
6 mischaracterizes the testimony.
7 BY MR. STERN:
8      Q.     I'm sorry.  What was the nature of that
9 interaction, I guess I should have said.
10     A.     There were some discussions in order to review
11 some products' design.
12     Q.     What's the role, if any, of Samsung
13 Telecommunications America, in the design of cell phones and
14 tablet computers by Samsung Electronics?
15         MS. CARUSO:  Objection, vague, beyond the
16 scope, lacks foundation.
17     A.     Are you asking me as to the SDA?
18 BY MR. STERN:
19     Q.     No.  I'm asking you about an entity called
20 Samsung Telecommunications America.
21     A.     No relation.
22     Q.     Okay.  Is there any other entity within the
23 Samsung group that has any input into the design of Samsung
24 cell phones or tablet computers manufactured by Samsung
25 Electronics?

Page 83

1          MS. CARUSO:  Objection, vague, beyond the
2 scope.
3      A.     There are some occasions where input is provided
4 by the sales and marketing team.
5          (A discussion was had off the record between
6 Lead Interpreter and Check Interpreter in Korean.)
7 BY MR. STERN:
8      Q.     What are the occasions when input are provided by
9 the sales and marketing team?
10         MS. CARUSO:  Objection, vague; vague as to
11 time.
12         LEAD INTERPRETER:  Correction by the main
13 interpreter.  Instead of the "sales and marketing team,"
14 I would like to correct it as the "sales team."  Thank
15 you.
16     A.     When it comes to the opinions provided by the
17 marketing team, for example, it is related to colors.  If
18 they want to sell products in red more, then they would ask
19 us to apply the color of red to a certain product, or some
20 marketers want us to apply black to a certain product so
21 that they can sell those products more in a certain region
22 they are responsible for.
23 BY MR. STERN:
24     Q.     At what stage in the design process does the
25 marketing team provide the input that you described?

Page 84

1          MS. CARUSO:  Objection, compound, assumes
2 facts not in evidence.
3      A.     After the completion of the design and the
4 mechanical feasibility study, then we would create a molding
5 for a particular product and we would start working on the
6 injection that we have.
7 BY MR. STERN:
8      Q.     So do I understand correctly that input from the
9 marketing team comes at the stage of the creation of
10 injection moldings?
11     A.     That's not something that I'm responsible for,
12 but I guess that's the case.  Actually, this is handled by
13 the expert lab group.
14     Q.     So far as you're aware, does the marketing team
15 provide the design group with information on how to create
16 designs that will compete successfully against other
17 products in the market?
18         MS. CARUSO:  Objection, vague.
19     A.     I don't have any recollection as to receiving
20 such an information that pinpoint that kind of information
21 that you've just mentioned.  However, when it comes to the
22 products which were already marketed, they have sales data
23 by color.  And based on that information, they provide input
24 to us.
25 ///

Page 85

1 BY MR. STERN:
2      Q.     Have you ever participated in a meeting where a
3 member of the marketing team made statements such as, "In
4 order to compete effectively against one of our competitors,
5 we need to create designs that look in a certain way" or
6 words to that effect?
7          MS. CARUSO:  Objection, vague.
8      A.     No.
9 BY MR. STERN:
10     Q.     Mr. Kim, what did you do prior to your deposition
11 today to prepare to testify on behalf of Samsung
12 Electronics?
13     A.     I had a meeting with our counsel who are present
14 here for two days.
15     Q.     Did you contact any other individuals at Samsung
16 Electronics in order to gather information about the topic
17 on which you were going to be questioned today?
18     A.     For this deposition?
19     Q.     Yes.
20     A.     No.
21     Q.     Did you review any documents in order to prepare
22 for your testimony today on behalf of Samsung Electronics?
23     A.     No, I didn't.
24         MR. STERN:  Let's take a five-minute break.
25         THE VIDEOGRAPHER:  Going off the record.  The

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

162..163

| Page 162 | Page 163 |

**Page 162**

1  (Counsel representing this witness should arrange for reading and signing and thereafter distribute copies of
2  the signed Errata sheet to opposing counsel without involvement of the court reporter.)
3
4  STYLE OF CASE:   Certain Electronic Digital Media Devices and Components Thereof
5
6  DEPOSITION OF:   JINSOO KIM
6  DATE TAKEN:      February 3, 2012
7                   E R R A T A   S H E E T
8  Page    Line  Change              Reason
9  ____    ____  _____
10 ____    ____  _____
11 ____    ____  _____
12 ____    ____  _____
13 ____    ____  _____
14 ____    ____  _____
15 ____    ____  _____
16 ____    ____  _____
17 ____    ____  _____
18 ____    ____  _____
19 ____    ____  _____
20 ____    ____  _____
21 ____    ____  _____
22
23 I hereby certify that I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.
24 _____          _____
   Date                    JINSOO KIM
25

**Page 163**

1                 C E R T I F I C A T E
2  SEOUL          )
3  KOREA          )
4       I, Lisa A. Knight, Registered Merit Reporter and Certified Realtime Reporter, do hereby
5  certify that the aforementioned witness was first duly sworn by me pursuant to stipulation of counsel to
6  testify to the truth; that I was authorized to and did report said deposition in stenotype; and that the
7  foregoing pages are a true and correct transcription of my shorthand notes of said deposition.
8
9       I further certify that said deposition was taken at the time and place hereinabove set forth and that
   the taking of said deposition was commenced and completed as
10 hereinabove set out.
11      I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or
12 employee of any attorney or counsel of any party connected with the action, nor am I financially interested in the
13 action.
14      The foregoing certification of this transcript does not apply to any reproduction of the same by
15 any means unless under the direct control and/or direction of the certifying reporter.
16
17      IN WITNESS WHEREOF, I have hereunto set my
18 hand this 4th day of February, 2012.
19
20
21 _____
   LISA A. KNIGHT
22 Certified Realtime Reporter
   Registered Merit Reporter
23 Realtime Systems Administrator
24
25

American Realtime Court Reporters / Asia
www.americanrealtime.com  (561) 279-9132

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
              HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
2                      SAN JOSE DIVISION

3     _____

4     APPLE, INC., a California corporation,

5     Plaintiff,

6     v.                                     Civil Action No.
                                             11-CV-01846-LHK
7
      SAMSUNG ELECTRONICS CO., LTD.,
8     a Korean business entity;
      SAMSUNG ELECTRONIC AMERICA, INC.,
9     a New York corporation; and
      SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
10    a Delaware limited liability company,

11    Defendants.
      _____
12

13
                   *** HIGHLY CONFIDENTIAL ***
14                     ATTORNEYS EYES ONLY

15            VIDEOTAPED PERSONAL DEPOSITION OF:

16

17                         JINSOO KIM

18

19

20                     February 2, 2012

21                       Kim & Chang

22                      Seoul, Korea

23                  9:50 a.m. - 5:41 p.m.

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 14

1    A.    At present, we are in the stage of thinking about
2  specifically what we are going to do in the future, so it
3  will be somewhat difficult for me to tell you we are going
4  to do this or that.
5    Q.    Will you have responsibility for cell phone
6  design?
7          MS. CARUSO:  Objection, lacks foundation,
8  calls for speculation, asked and answered, vague.
9    A.    Cell phone design is something that I basically
10 have done, so I believe that I will continue to do so.
11 BY MR. STERN:
12   Q.    Going forward in your role as a principal
13 designer, will you have responsibility for tablet computer
14 design?
15         MS. CARUSO:  Objection, lacks foundation,
16 calls for speculation.
17   A.    It seems to me that I might be responsible for
18 tablet design as well as accessory design, but that's my
19 personal opinion.
20 BY MR. STERN:
21   Q.    Prior to the structural change that you testified
22 about which took place as of February 1st, 2012, you
23 testified that you were responsible for the design of
24 tablets and premium smartphone products; is that correct?
25         MS. CARUSO:  Objection, mischaracterizes the

Page 15

1  testimony.
2    A.    Yes.
3          MR. STERN:  The answer was "yes"?
4          LEAD INTERPRETER:  "Yes."
5          MR. STERN:  Okay.
6  BY MR. STERN:
7    Q.    And as senior designer prior to becoming
8  principal designer in 2010, what was the scope of your job
9  responsibilities?
10         MS. CARUSO:  Objection, vague.
11   A.    I was responsible for designing cell phones.
12 BY MR. STERN:
13   Q.    As senior designer, did you have any
14 responsibility for the design of tablets?
15   A.    Are you asking me as to 2010 or 2009?
16         MR. STERN:  Any -- at any time when Mr. Kim
17 was working as senior designer, before becoming
18 principal designer, did he have responsibility for
19 tablet design?
20   A.    Yes.
21         MR. STERN:  Okay.  I'd like to ask the court
22 reporter to mark as exhibit next in order 1364, a
23 one-page document bearing Bates No. S-ITC-003006128.
24         (Deposition Exhibit 1364 was marked.)
25 ///

Page 16

1  BY MR. STERN:
2    Q.    Mr. Kim, do you recognize this document as an
3  organizational chart for a portion of the -- of Samsung
4  Electronics?
5    A.    Yes, I do.
6    Q.    And in particular, does this one-page document
7  reflect the organization of the design group?
8          MS. CARUSO:  Objection, vague as to time.
9  Lacks foundation.  It calls for speculation.
10   A.    It does not reflect the current structure of our
11 organization.
12 BY MR. STERN:
13   Q.    Does this document reflect the organization of
14 the design group as of a date prior to the recent
15 restructuring which took effect on February 1st, 2012?
16         MS. CARUSO:  Objection, lacks foundation,
17 calls for speculation.
18   A.    Yes.
19 BY MR. STERN:
20   Q.    Mr. Kim, do you see your name on this
21 organizational chart?
22   A.    Yes.
23   Q.    And does it appear as the first entry in the
24 middle column for the group named Product Design Part I?
25   A.    My name doesn't come first.  Actually, the name

Page 17

1  that appears first is SukKeun Kim, vice president.
2          LEAD INTERPRETER:  Spelling by the
3  interpreter:  S-u-k-K-e-u-n space K-i-m.
4  BY MR. STERN:
5    Q.    Your name appears underneath the name of director
6  SukKeun Kim; is that correct?
7    A.    My name appears under the words "IA."
8    Q.    Okay.  Looking at the rectangular box immediately
9  above the larger box with names of designers in which your
10 name appears, do you see the name director SukKeun Kim?
11         MS. CARUSO:  Objection, vague.
12         Mr. Stern, do you have a copy of this with
13 the translation of this in English?
14         MR. STERN:  No, I don't.
15         MS. CARUSO:  All right.  I would like to put
16 on the record a continuing objection to not having an
17 English translation because I'm unable to look at the
18 document and understand what it says and object as to
19 whether it's mischaracterizing testimony or not.
20         Your last question in particular was very
21 confusing to someone who doesn't understand which large
22 rectangular box you're referring to.
23   A.    Counsel, what was your question, sir?
24 BY MR. STERN:
25   Q.    Let me ask you the question a different way.

Page 18

1     Mr. Kim, do you report to director SukKeun Kim of
2  the Product Design Part I?
3     A.   Yes, that is correct.
4     Q.   And looking at this chart, do I understand
5  correctly that director SukKeun Kim, in turn, reports to the
6  design group executive DH Jang?
7         MS. CARUSO:  Objection, lacks foundation,
8  calls for speculation.
9     A.   Yes.
10 BY MR. STERN:
11    Q.   And do I further understand correctly that
12 director DongHoon Jang reports to global product strategy --
13 strike that -- well, Mr. DongHoon Jang reports to Dr. WP
14 Hong, who appears to have two titles, vice president and
15 also person in charge of product -- global product strategy?
16        MS. CARUSO:  Objection, compound.
17    A.   Yes, that is correct.  Our command -- chain of
18 command is working in a way.  Mr. DongHoon Jang, senior vice
19 president, is reporting to WonPyo Hahn, executive vice
20 president.
21        LEAD INTERPRETER:  Spelling by interpreter as
22 for DongHoon Jang:  D-o-n-g-H-o-o-n, last name Jang,
23 C-h-a-n-g [sic].  As for WonPyo Hong:  First name
24 W-o-n-P-y-o, last name H-o-n-g.
25 ///

Page 19

1  BY MR. STERN:
2     Q.   And who does Mr. WonPyo Hong report to currently?
3         MS. CARUSO:  Objection, lacks foundation,
4  calls for speculation.
5     A.   My understanding is that executive vice president
6  Jang is reporting to president JongKyun Shin.
7         LEAD INTERPRETER:  Spelling by the
8  interpreter:  J-o-n-g-K-y-u-n, last name Shin, S-h-i-n.
9  BY MR. STERN:
10    Q.   Is Mr. Shin sometimes referred to as JK Shin?
11    A.   Yes.
12    Q.   What is the responsibility of Mr. DH Jang with
13 respect to the design of cellular phone product by Samsung
14 Electronics?
15        MS. CARUSO:  Objection, lacks foundation,
16 calls for speculation, vague.
17    A.   I think your question is a little broad, but
18 anyways, he's responsible for external design of Samsung's
19 cell phone products as well as internal design, which
20 includes UX aspects.
21 BY MR. STERN:
22    Q.   Okay.  What is "UX"?
23    A.   My understanding is that UX refers --
24        LEAD INTERPRETER:  Strike that.
25    A.   My understanding is that UX stands for user

Page 20

1  experience.  So when it comes to display, that -- actually,
2  I'm not responsible for UX so I'm not quite sure, but my
3  understanding is that UX is related to everything that comes
4  on the screen.
5         THE WITNESS:  (Through Interpreter)  Can I
6  take a quick break, Counsel?
7         MR. STERN:  Yes.  Let's go off the record.
8         THE VIDEOGRAPHER:  Going off the record.  The
9  time now is 10:24.
10        (Recess taken.)
11        THE VIDEOGRAPHER:  We are now back on the
12 record.  The time now is 11:32.
13        MS. CARUSO:  Thank you very much, Mr. Stern,
14 for the warmer office.
15 BY MR. STERN:
16    Q.   Mr. Kim, before we took a break, I asked you some
17 questions about the job responsibilities of Mr. DH Jang.
18    A.   Yes.
19    Q.   Does Mr. Jang currently have any responsibilities
20 for the design of tablet products?
21        MS. CARUSO:  Objection, lacks foundation,
22 calls for speculation.
23    A.   Based on my understanding, I believe he's, to a
24 certain extent, involved in that job.
25        MR. STERN:  I'd like to have marked next in

Page 21

1  order an exhibit that bears Bates stamp SAMNDCA10183936
2  through -83948 [sic].
3         (Deposition Exhibit 1365 was marked.)
4         MS. CARUSO:  Mr. Stern, again, you don't have
5  an English translation of this document?
6         MR. STERN:  Counsel, it's not my
7  responsibility to provide you with English translations
8  of materials that your company has produced in a
9  language in which your company does business.
10        MS. CARUSO:  If you're expecting to introduce
11 testimony at trial in the United States court, you need
12 certified copies of translations.
13        MR. STERN:  Not at this deposition.
14 BY MR. STERN:
15    Q.   Mr. Kim, please take a look at this document, and
16 in particular, I'd like to direct your attention to the page
17 beginning 10183938.
18    A.   Yes.
19    Q.   Mr. Kim, what is this document?
20        MS. CARUSO:  Objection to the extent you're
21 asking him to identify the entire document based on one
22 page.  Also lacks foundation.
23    A.   Would it be okay for me to answer with regard to
24 the portions involving my interview?
25 ///

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

1   BY MR. STERN:
2       Q.   Yes.
3       A.   Let me take some time to read this.
4       Q.   That's fine.
5            (Pause.)
6       Q.   Mr. Kim, please feel free to take whatever time
7   you need look at the document, but I'm only going to ask you
8   questions about pages -938 through -939.
9       A.   Yes.
10      Q.   Directing your attention to the middle of
11  page ending in -939 --
12      A.   Yes.
13      Q.   -- in the middle of the page, there's a heading
14  and then a first paragraph.  Could you please read that text
15  for me, Mr. Kim.
16      A.   The era of touch phones, philosophy for new
17  design.
18      Q.   Could you please read the next sentence?
19      A.   With the advent of full touch phones,
20  principle --
21           LEAD INTERPRETER:  Strike that.
22      A.   Senior engineer Kim is faced with new challenges
23  because there is wide touchscreen which takes up the most
24  portions of cellular phones.  The room for showing
25  creativity is decreasing.

Page 23

1   BY MR. STERN:
2       Q.   Mr. Kim, do you agree with what's stated in this
3   article, that cell phone design is currently in a "full
4   touch era"?
5            MS. CARUSO:  Objection, vague.  Vague as to
6   time.
7       A.   With regard to that statement, I do not fully
8   agree.
9   BY MR. STERN:
10      Q.   Okay.  This article, if you look at the first
11  page of the document, there's a date that appears,
12  August 4th, 2009.  Do you see that?
13      A.   Yes, I'm there.
14      Q.   Okay.  Mr. Kim, do you recognize this as an
15  article that was circulated within Samsung on August 4th,
16  2009?
17           MS. CARUSO:  Objection, vague.  By "this,"
18  are you referring to the entire document or some smaller
19  portion of it?
20      A.   With regard to this document, I cannot quite
21  recall.
22  BY MR. STERN:
23      Q.   Returning to the answer that you gave to my
24  earlier question regarding the text in the middle of
25  page ending -939, Mr. Kim, could you please explain for me

Page 24

1   your grounds for disagreeing with the statement that you
2   read from the news report?
3            MS. CARUSO:  Objection, mischaracterizes the
4   testimony.
5       A.   As you mentioned in your objection, I believe the
6   countries where we are selling our cell phones are not
7   limited to a few number of countries.  There are countries
8   which are developing countries or there are other countries.
9   So these cell phones are selling globally.  Therefore, even
10  though we are embracing the era of full touch phones, but
11  that era does not apply to all countries at once.
12  BY MR. STERN:
13      Q.   With respect to the United States market,
14  Mr. Kim, would you agree that as of August 2009, the market
15  had entered a full touch era?
16           MS. CARUSO:  Objection, vague.
17      A.   I'm not quite sure.
18  BY MR. STERN:
19      Q.   With respect to Samsung cell phones directed to
20  the United States market, in your view as a designer, is
21  full touch the primary market appeal of Samsung phones
22  today?
23           MS. CARUSO:  Objection, vague, lacks
24  foundation, calls for speculation.
25      A.   I don't believe you pointed out a particular time

Page 25

1   frame.
2   BY MR. STERN:
3       Q.   Let me ask you a different question.  What do you
4   understand by "full touch technology"?
5            MS. CARUSO:  Objection, vague.
6       A.   In my opinion, it refers to a technology that
7   allows you to manipulate the functions of cell phones by
8   touching the screen.
9   BY MR. STERN:
10      Q.   Would you agree with me that the Apple iPhone is
11  an example of full touch technology?
12           MS. CARUSO:  Objection, vague.
13      A.   Are you asking me only on iPhone?
14  BY MR. STERN:
15      Q.   I'm limiting my question to the iPhone.  Is the
16  iPhone an example of full touch technology?
17           MS. CARUSO:  Objection, vague, lacks
18  foundation.
19      A.   In my opinion, it could be one of the examples.
20  BY MR. STERN:
21      Q.   And in your opinion, does Samsung currently
22  manufacture cell phones that implement full touch
23  technology?
24      A.   Yes.
25      Q.   So far as you are aware, what was the first model

Page 74

1  please, so the camera can see them?  Okay.  I'm referring to
2  what the camera is now recording.  That's the portion of the
3  phones that I'm asking you to compare and comment on of
4  points of similarity.
5      A.    Because of the component used, in other words,
6  because of the black window which was used here might make
7  you think they look alike.  However, when it comes to this
8  portion, because of technical reasons and because of
9  perspective of assembly, it leads to a situation where we
10  should make this as it is.
11             This black portion is something that you can
12  consider as a completely black surface.  So this --
13             LEAD INTERPRETER:  Strike that.
14      A.    So the role of this black curtain is to cover up
15  the TSP sensor and double-sided tape and LCD window --
16             LEAD INTERPRETER:  Strike that.
17      A.    The role of this black curtain is to cover the
18  TSP sensor in the back side of this phone, double-sided
19  tape, and the components which are located beneath the LCD
20  window.  When it comes to the last step of a process in
21  assembling a cell phone, it is to assemble LCD module with
22  the window.
23             In order to attach the main PCB to the LCD of a
24  cell phone, you need to have a double-sided tape.  And if
25  you don't use a black color, it would be very difficult to

Page 75

1  hide it.  So if I take a guess, the reason why Apple came up
2  with a white window version much later was because of those
3  reasons that I've just mentioned.
4             TSP pattern underneath the white display is in
5  black color.  Therefore, you need to paint the back portion
6  of the window with white color.
7             CHECK INTERPRETER:  "If you only paint once
8  all the components located at the bottom of the device,
9  it will be exposed, and it will also make the light go
10  through the window."
11  BY MR. STERN:
12      Q.    Are you finished with your answer?
13      A.    Yes.  That's it.
14      Q.    I'd like to shift to another topic, if I can.
15  Are you aware of any competitive analysis of Apple products
16  that Samsung Electronics undertakes?
17             MS. CARUSO:  Objection, vague.
18      A.    I'm not quite sure.
19  BY MR. STERN:
20      Q.    Okay.  In your meetings with -- to discuss design
21  issues with other designers or with executives of the
22  company, do you discuss Apple products?
23             MS. CARUSO:  Objection, vague, compound.
24      A.    Mostly we are discussing competitiveness of our
25  company.

Page 76

1             CHECK INTERPRETER:  "Our product."
2             MR. STERN:  Competitiveness of what?
3             CHECK INTERPRETER:  "Our product."
4  BY MR. STERN:
5      Q.    Okay.  In what particular regard do you discuss
6  the competitiveness of the products?
7             MS. CARUSO:  Objection, vague; vague as to
8  time; compound.
9      A.    It's a very compound issue.  We have to consider
10  the price and the sales areas.  So there are many aspects
11  that we need to consider.
12  BY MR. STERN:
13      Q.    Okay.
14             (Deposition Exhibit 1372 was marked.)
15      Q.    I'd like to have marked as exhibit next in order
16  a document Bates numbered SAMNDCA10247373 through -378.
17             Mr. Kim, why don't you take a look at the
18  document, and let me know when you are ready for questions.
19             (Pause.)
20      Q.    Mr. Kim, this document consists of an e-mail
21  string, does it not?
22      A.    Correct.
23      Q.    Directing your attention first to page -1 --
24  Bates number SAMNDCA10247375, towards the bottom of the
25  page.  Do you see an e-mail dated February 10th, 2010?

Page 77

1      A.    Yes.
2      Q.    The sender of that e-mail is HyeSun Kim, manager
3  of G5 Wireless Communication Design Group, Samsung, correct?
4             MS. CARUSO:  Objection, lacks foundation,
5  compound.
6      A.    It appears to me at that time she sent such an
7  e-mail.  For your information, currently she is no longer
8  with the company.
9  BY MR. STERN:
10      Q.    Thank you.
11             The e-mail sent by Ms. Kim on February 10th,
12  2010, records a meeting of the Mobile Communications
13  Division, correct?
14      A.    It appears to me that's the case.
15      Q.    There is a list of attendees of this meeting in
16  Ms. Kim's e-mail message.  Do you see that?
17      A.    Yes.
18             MS. CARUSO:  Objection, lacks foundation.
19  BY MR. STERN:
20      Q.    Do you see your name on the list of attendees at
21  the meeting that took place on February 10th, 2010?
22      A.    Yes.
23      Q.    Do you recall receiving this particular e-mail
24  from Ms. Kim?
25      A.    For now, I don't remember.

Page 106

1 BY MR. STERN:
2     Q.    Okay.  What is the material that is -- of which
3 the silver rim around the edge of the Galaxy Tab 10.1
4 consists?
5     A.    It's plastic.
6     Q.    Okay.  And I believe you testified that the
7 reason for implementing that particular design choice was to
8 protect the device and to provide a good feel for the user's
9 hand; is that correct?
10        MS. CARUSO:  Objection, mischaracterizes the
11 testimony.
12     A.    Yes.
13 BY MR. STERN:
14     Q.    My question is, with respect to those two
15 advantages, protecting the device and providing good feel
16 for the user's hand, did you believe that the design
17 reflected in the Galaxy Tab 10.1 was superior to the models
18 that we've been looking at in Exhibit 1346, 1347, and 1348?
19        MS. CARUSO:  Objection, compound.
20     A.    When everything is considered, I think that's the
21 case.
22        MR. STERN:  That's all I have for you today,
23 Mr. Kim, in the Northern District case.  So I will see
24 you tomorrow.
25        THE VIDEOGRAPHER:  Going off the record at

Page 107

1 17:41.  This brings to a close the tape of the
2 deposition of Mr. Jinsoo Kim.  This is the end of Tape
3 No. 5.
4        (Time noted:  5:41 p.m.)

Page 108

1 (Counsel representing this witness should arrange for
reading and signing and thereafter distribute copies of
2 the signed Errata sheet to opposing counsel without
involvement of the court reporter.)
3
STYLE OF CASE:    Apple v. Samsung Electronics, et al.
4 DEPOSITION OF:    JINSOO KIM
5 DATE TAKEN:       February 2, 2012
6      E R R A T A   S H E E T
7 Page    Line  Change           Reason
8 ____  ____ _____
9 ____  ____ _____
10 ____  ____ _____
11 ____  ____ _____
12 ____  ____ _____
13 ____  ____ _____
14 ____  ____ _____
15 ____  ____ _____
16 ____  ____ _____
17 ____  ____ _____
18 ____  ____ _____
19 ____  ____ _____
20 ____  ____ _____
21 ____  ____ _____
22 I hereby certify that I have read my deposition and that it
23 is true and correct subject to any changes in form or
substance entered here.
24 _____    _____
25 Date                        JINSOO KIM

Page 109

1        C E R T I F I C A T E
2 SEOUL        )
              )
3 KOREA        )
4     I, Lisa A. Knight, Registered Merit
Reporter and Certified Realtime Reporter, do hereby
5 certify that the aforementioned witness was first duly
sworn by me pursuant to stipulation of counsel to
6 testify to the truth; that I was authorized to and did
report said deposition in stenotype; and that the
7 foregoing pages are a true and correct transcription of
my shorthand notes of said deposition.
8
    I further certify that said deposition was
9 taken at the time and place hereinabove set forth and that
the taking of said deposition was commenced and completed as
10 hereinabove set out.
11     I further certify that I am not attorney or
counsel of any of the parties, nor am I a relative or
12 employee of any attorney or counsel of any party connected
with the action, nor am I financially interested in the
13 action.
14     The foregoing certification of this
transcript does not apply to any reproduction of the same by
15 any means unless under the direct control and/or direction
of the certifying reporter.
16
17     IN WITNESS WHEREOF, I have hereunto set my
18 hand this 3rd day of February, 2012.
19
20 _Lisa A. Knight_
21 LISA A. KNIGHT
Certified Realtime Reporter
22 Registered Merit Reporter
Realtime Systems Administrator