# EXHIBIT 46

# FILED UNDER SEAL

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

```
 1            STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4  APPLE INC., a California    §
    Corporation,                §
 5                              §
         Plaintiff,             §
 6                              §
    Vs.                         §     Case No.
 7                              §   11-CV-01846-LHK
                                §
 8  SAMSUNG ELECTRONICS CO.,    §
    LTD., a Korean business     §
 9  entity; SAMSUNG ELECTRONICS §
    AMERICA, INC., a New York   §
10  corporation; SAMSUNG        §
    TELECOMMUNICATIONS AMERICA, §
11  LLC, a Delaware limited     §
    liability company,          §
12                              §
         Defendants.            §
13
14           HIGHLY CONFIDENTIAL
           OUTSIDE ATTORNEYS' EYES ONLY
15
16
17       DEPOSITION OF OMAR SHARIF KHAN
                 Dallas, Texas
18        Tuesday, September 20th, 2011
19
20
21
22
23  Reported by:
24  Daniel J. Skur, Notary Public and CSR
25  JOB NO. 41452
```

Highly Confidential - Outside Attorneys' Eyes Only

Page 26

1  S, Galaxy S series of phones?
2     A.   I don't recall.
3     Q.   Can you name one person on that
4  team?
5     A.   No.
6     Q.   Where is that team located?
7     A.   To the best of my recollection, most
8  of it was located in Suwon, S-W-O-N.
9        MS. MAROULIS:  S-U-W-O-N.
10    A.   S-U-W-O-N, sorry.
11       THE WITNESS:  Sorry about that.
12       THE REPORTER:  That's all right.
13 BY MR. HUNG:
14    Q.   Now with respect to the user
15 interface.  I'm assuming that at some point you
16 used the -- you've used the Galaxy S phone,
17 correct?
18    A.   I have, yes.
19    Q.   The user interface of that phone,
20 did that fall within your responsibility while
21 at Samsung?
22       MS. MAROULIS:  Objection, vague.
23    A.   No.
24 BY MR. HUNG:
25    Q.   Did you have any responsibilities

Page 27

1  with respect to the UI of the Galaxy S series
2  of phones while at Samsung?
3     A.   To provide feedback on the UI.
4     Q.   To whom?
5     A.   To the UI design teams.
6     Q.   And where are they located?
7     A.   Probably be a combination -- they're
8  located in Korea.
9     Q.   Were there any individuals on the UI
10 design teams who were located in the U.S.?
11    A.   I don't recall.
12    Q.   With whom did you interact on the
13 UI's design team?
14    A.   On the U.S. design team?
15    Q.   Oh, I'm sorry.  You referred to
16 providing feedback to the UI design team,
17 correct?
18    A.   Correct.
19    Q.   With whom did you interact?
20    A.   My team was responsible for that
21 interaction.
22    Q.   And who on your team was responsible
23 for that interaction?
24    A.   Spanned product planning design and
25 product management.

Page 28

1     Q.   We discussed Nick Dicarlo with
2  respect to product planning, correct?
3     A.   Correct, yes.
4     Q.   And product management, we discussed
5  Tim Rowden, correct?
6     A.   Correct.
7     Q.   In terms of design, who was on that
8  team?
9        MS. MAROULIS:  Objection, vague.
10    A.   The director of design for STA.
11 BY MR. HUNG:
12    Q.   Who was the director of design for
13 STA during this period when you were providing
14 feedback on the Galaxy S?
15    A.   David Townsend.
16    Q.   Do you know whether Mr. Rowden is
17 still at Samsung, any division?
18    A.   To the best of my knowledge, yes.
19    Q.   What about Mr. Dicarlo?
20    A.   Yes.
21    Q.   And finally, what about
22 Mr. Townsend?
23    A.   I don't know.
24    Q.   I want to ask you a similar series
25 of questions with respect to the original

Page 29

1  Galaxy Tab.
2     A.   Uh-huh.
3     Q.   What was your role with respect to
4  the original Galaxy Tab?
5     A.   Can you define "the original Galaxy
6  Tab"?
7     Q.   There was a -- I believe it had a
8  seven-inch screen.
9     A.   Okay.
10    Q.   It was released in the United States
11 a year or so ago.  You're familiar with that
12 product, right?
13    A.   I am, yes.
14    Q.   Okay.  What was your involvement
15 with that product?
16    A.   The responsibility would be very
17 similar to the ones I described for the Galaxy
18 S.
19    Q.   Did you have a different -- start
20 again.
21       Were you working with a different
22 person on the product team with respect to the
23 Galaxy Tab?
24    A.   Which product team?
25       MS. MAROULIS:  Objection, vague.

Page 30

1  BY MR. HUNG:
2     Q.  You mentioned that your role was
3  similar with respect to the Galaxy Tab as it
4  was with respect to the Galaxy S series of
5  phones, correct?
6     A.  (Witness nods head.)
7     Q.  I want to see if you had a similar
8  team in terms of a vice president of product
9  management such as Mr. Rowden or someone who
10 was involved in product planning such as
11 Mr. Dicarlo.  Was there someone who served a
12 role similar to Mr. Rowden's role for you on --
13 with respect to the Galaxy Tab tablet?
14        MS. MAROULIS:  Objection, vague,
15    assumes facts.
16    A.  The roles would be the same.
17 BY MR. HUNG:
18    Q.  Was it also Mr. Rowden?
19    A.  Yes.
20    Q.  And to be clear, who served the
21 role -- who served the role, the product
22 management function on your team?
23    A.  Yes.
24    Q.  What about product planning with
25 respect to the Galaxy Tab; who served that role

Page 31

1  on your team?
2     A.  The director of product planning.
3     Q.  Was that also Mr. Dicarlo?
4     A.  Yes.
5     Q.  And finally, what about the design
6  function; was there someone who served the
7  design function on your team with respect to
8  the Galaxy Tab?
9     A.  Our director of design would have
10 been involved in a similar capacity.
11    Q.  Was that Mr. Townsend?
12    A.  Yes.
13    Q.  Are you familiar with a product
14 known as the Galaxy Tab 10.1?
15    A.  Yes.
16    Q.  Have you used the Galaxy Tab 10.1?
17    A.  Yes.
18    Q.  Was that product released by Samsung
19 in the United States while you were working for
20 STA?
21    A.  I believe so, yes.
22    Q.  I want to ask you the same series of
23 questions about the Galaxy Tab 10.1.  What was
24 your role with respect to the Galaxy Tab 10.1
25 development, if any?

Page 32

1     A.  Product planning, product management
2  for the U.S. market.
3     Q.  In terms of product planning, did
4  that include planning with respect to the
5  design, the exterior design of the Galaxy Tab
6  10.1?
7        MS. MAROULIS:  Objection, vague,
8    assumes facts.
9     A.  Not overall responsibility, no.
10 BY MR. HUNG:
11    Q.  Were you indirectly responsible for
12 the exterior design of the Galaxy Tab 10.1?
13       MS. MAROULIS:  Objection, vague.
14    A.  Just feedback.
15 BY MR. HUNG:
16    Q.  What about the hardware
17 specifications of the Galaxy Tab 10.1?  Were
18 you involved in any way with respect to the
19 hardware design of the 10.1?
20    A.  My team at Samsung played a role in
21 finalizing the specifications of the device
22 limited to memory, camera.
23    Q.  What about with respect to the user
24 interface, the UI of the Galaxy Tab 10.1, were
25 you involved in any way with respect to the UI

Page 33

1  of the 10.1?
2     A.  Again, to provide feedback.
3     Q.  To make sure I'm understanding who
4  the feedback came from, from whom, who was the
5  feedback from?
6     A.  Combination of my team, carrier
7  customers, retail customers.  Change my -- I
8  don't believe retail customer feedback was
9  involved, so...
10    Q.  Did you have someone who was in
11 charge of product management for the 10.1?
12    A.  VP of product management.
13    Q.  And was that Mr. Rowden?
14    A.  Yes.
15    Q.  What about product planning?
16       MS. MAROULIS:  Objection, vague.
17 BY MR. HUNG:
18    Q.  Did you have someone in charge of
19 product planning for the Tab 10.1?
20    A.  I guess at that time it would be the
21 senior director of product planning.
22    Q.  And who was that?
23    A.  Nick Dicarlo.
24    Q.  He was promoted?
25    A.  Yes, during that time frame.

Highly Confidential - Outside Attorneys' Eyes Only

Page 34

1    Q.   And finally, what about on the
2    design side, was there someone on your team who
3    was working on the design on the Tab 10.1?
4         MS. MAROULIS:  Objection, vague.
5    A.   I wouldn't say working on the
6    design.
7    BY MR. HUNG:
8    Q.   Who was involved with the design and
9    who reported to you?
10   A.   The director of design would have
11   been providing feedback.
12   Q.   I want to make sure I understand the
13   scope of your responsibilities with respect to
14   not just these products but other products --
15   A.   Uh-huh.
16   Q.   -- before I move on.  Putting aside
17   the Galaxy S series of phones and also the
18   tablet with the tab, with the Tab 10.1, did you
19   work on other products while at Samsung?
20   A.   Yes.
21   Q.   What other products?
22   A.   I don't recall exactly.
23   Q.   Broad categories is okay.
24   A.   Handsets.
25   Q.   Including nonAndroid handsets?

Page 35

1    A.   Including nonAndroid handsets.  MiFi
2    Hotspots, tablets.
3    Q.   So would it be fair to say that your
4    focus while at Samsung was in mobile?
5    A.   Primarily, primarily.
6    Q.   I just want to make sure I'm not --
7    you were involved with keyboards or desktop
8    computers or some other categories.
9    A.   Accessories.
10        MS. MAROULIS:  Objection, vague.
11   BY MR. HUNG:
12   Q.   Putting aside Android and nonAndroid
13   handsets, MiFi Hotspots, tablets, and
14   accessories, as you sit here today, are there
15   other broad categories of products with which
16   you were responsible while at Samsung?
17   A.   I had involvement in, for a short
18   period of time, in set-top box and wireless
19   infrastructure.
20   Q.   What about notebooks, notebook
21   computers; did those ever fall within your area
22   of responsibility?
23        MS. MAROULIS:  Objection, relevance.
24   A.   Not to my knowledge.
25   BY MR. HUNG:

Page 36

1    Q.   There came a point in time at which
2    you left Samsung, and I believe you testified
3    that was sometime this year, correct?
4    A.   Yes.
5    Q.   Do you recall the month in which you
6    left Samsung?
7    A.   I believe it was July 2011.
8    Q.   Why did you leave Samsung?
9    A.   I had a good opportunity.
10   Q.   Were you asked to leave Samsung?
11   A.   No.
12   Q.   Do you have a continuing
13   relationship with Samsung?
14        MS. MAROULIS:  Objection, vague.
15   A.   Can you define "continuing
16   relationship"?
17   BY MR. HUNG:
18   Q.   Sure.  What is your current
19   relationship with Samsung?
20   A.   I don't have a formal relationship
21   with Samsung.
22   Q.   When you left Samsung STA and joined
23   Citigroup, did you retain any form of
24   employment status with Samsung?
25   A.   Not to the best of my knowledge, no.

Page 37

1    Q.   Since you departed Samsung in July,
2    have you been paid anything by Samsung?
3    A.   Only, I believe, the payments
4    limited to reimbursement of expenses that I
5    accrued while I was an employee of Samsung.
6    Q.   For example, you're not -- but
7    you're not currently working as a consultant
8    for Samsung, are you?
9    A.   No.
10   Q.   Your current work for Citigroup, is
11   Samsung a client of yours while at Citigroup?
12        MS. MAROULIS:  Objection to the
13        extent you feel uncomfortable revealing
14        your current confidential information you
15        don't have to.
16   A.   I don't think I'm allowed to speak
17   to our client list without having their
18   attorneys present.
19   BY MR. HUNG:
20   Q.   We're under a protective order, and
21   I do need to know whether you have a
22   relationship with Samsung to find out
23   whether -- to be blunt, whether your testimony
24   today might be biased by virtue of the fact
25   that Samsung is a current client of yours.

Highly Confidential - Outside Attorneys' Eyes Only

Page 38

1    MS. MAROULIS: You're asking the
2    witness about confidential information that
3    belongs to Citibank that we don't know
4    ourselves nor entitled to know, so I don't
5    think it's appropriate.
6  BY MR. HUNG:
7    Q.  Do you know whether Samsung is
8  currently a client of yours at Citigroup?
9    A.  I am not -- I am not personally
10 working with Samsung as an employee of
11 Citigroup as a client.
12   Q.  Who is Gavin Kim?
13   MS. MAROULIS: Objection, vague.
14 BY MR. HUNG:
15   Q.  Do you know?
16   A.  He's an employee at Samsung.
17   Q.  Okay. Did he report to you?
18   A.  Yes.
19   Q.  What was his role?
20   A.  VP of content and services.
21   Q.  How is his role different than
22 Mr. Dicarlo's or Mr. Rowden's within your
23 organization?
24   A.  He was focused on content and
25 services.

Page 39

1    Q.  By "content and services," do you
2  mean that content and services that could be
3  provided through, for example, the Galaxy S
4  phone?
5    A.  That's one example.
6    Q.  Music Hub, would that be an example
7  of a content or service?
8    MS. MAROULIS: Objection, vague.
9    A.  Not that we worked on.
10 BY MR. HUNG:
11   Q.  What is an example of a content or
12 service that you worked on with Mr. Kim?
13   A.  One example, Media Hub.
14   Q.  Media downloads?
15   A.  Media Hub.
16   Q.  Oh, Media Hub?
17   A.  Uh-huh.
18   Q.  Okay. At the time of your departure
19 from Samsung, did you read press relating to
20 your own departure?
21   A.  I remember reading some press
22 related to my departure.
23   Q.  I'll represent to you that there
24 were articles that referred to your continued
25 relationship with Samsung. Do you recall

Page 40

1  seeing such articles?
2    A.  I don't recall specifically.
3    Q.  Were -- were those articles
4  inaccurate? Would an article that said that
5  you had a continued relationship after leaving
6  Samsung, that article have been inaccurate?
7    MS. MAROULIS: Objection, vague,
8    compound, and calls for speculation. If
9    you have actual articles, show them to the
10   witness.
11 BY MR. HUNG:
12   Q.  I asked you a question.
13   A.  Can you repeat it? I'm sorry.
14   Q.  At the time that you departed
15 Samsung, would a statement that you had a
16 continued relationship with Samsung at the time
17 of your departure have been inaccurate?
18   A.  Can you define "continued
19 relationship"?
20   Q.  A relationship that is ongoing in
21 any way.
22   MS. MAROULIS: Objection, vague,
23   asked and answered.
24   There's a question pending. Can you
25   answer, or do you need him to repeat?

Page 41

1    A.  Oh, sorry.
2  BY MR. HUNG:
3    Q.  The question is still pending. I'm
4  sorry.
5    A.  Can you repeat it?
6    Q.  Sure. Would it have been incorrect
7  at the time that you departed Samsung -- start
8  again.
9    Would a statement at the time that
10 you departed Samsung that you had an ongoing
11 relationship with Samsung have been inaccurate?
12   MS. MAROULIS: Objection, vague,
13   incomplete hypothetical.
14   A.  I have not maintained any formal
15 working relationship with Samsung.
16 BY MR. HUNG:
17   Q.  Do you have an informal working
18 relationship with Samsung?
19   MS. MAROULIS: Objection, asked and
20   answered.
21   A.  Not to -- not sure exactly the
22 question, but not to the best of my
23 understanding.
24 BY MR. HUNG:
25   Q.  You mentioned "no formal

Page 42

1  relationship with Samsung."  I'm just trying to
2  find out whether there was another relationship
3  that your qualifier "formal" is excluding.
4          MS. MAROULIS:  Objection, vague.
5      A.   Not with Samsung as a corporation,
6  no.
7  BY MR. HUNG:
8      Q.   What about any division of Samsung?
9      A.   No.
10     Q.   What about any of the suppliers to
11 Samsung with whom you worked while at Samsung?
12         MS. MAROULIS:  Objection, vague,
13     compound.
14     A.   Again, I can't -- I can't reveal
15 customers or clients of my current employer.
16 BY MR. HUNG:
17     Q.   What about yourself personally,
18 putting aside your employer?
19         MS. MAROULIS:  Same objection and
20     calls for confidential information of a
21     third party.
22     A.   I need to speak --
23 BY MR. HUNG:
24     Q.   I'm sorry?
25     A.   I'm not sure I can make that

Page 43

1  distinction.
2      Q.   So as you sit here today -- let me
3  start again.
4          I have to make sure that I
5  understand the specific question that you're
6  refusing to decline -- that you're declining to
7  answer today.  You are declining to answer
8  whether any of your current clients for whom
9  you may be working while at Citigroup includes
10 any of Samsung's suppliers, correct?
11         MS. MAROULIS:  Now reiterate my
12     objection of confidentiality and vagueness
13     and compound nature of the question because
14     you did not identify in any way who those
15     suppliers are.
16     A.   Sorry.  I can't reveal any customers
17 or clients of my current employer, and I have
18 no knowledge of exactly what -- I mean, to the
19 best of my knowledge, I can't speak to who
20 Samsung's suppliers are at this point.
21 BY MR. HUNG:
22     Q.   As you sit here today, you are
23 unwilling to answer any questions directed to
24 whether your current clients while at Citigroup
25 include any of the suppliers with whom -- for

Page 44

1  Samsung with whom you worked while you were at
2  Samsung.
3          MS. MAROULIS:  Objection, misstates
4      testimony.
5  BY MR. HUNG:
6      Q.   Asking whether that's accurate or
7  not.
8      A.   I don't believe I'm allowed to
9  reveal my current employer's client list or
10 customer list, no.
11     Q.   So on that basis, you're not
12 answering my question, correct?
13     A.   Correct.
14         MS. MAROULIS:  So that the record is
15     clear, do you even know if any of your
16     current clients are or not suppliers of
17     Samsung?
18         THE WITNESS:  I don't know.
19 BY MR. HUNG:
20     Q.   And as you sit here today, so the
21 record is clear, do you know if any of your
22 current clients are or are not a Samsung
23 entity, any Samsung entity?
24     A.   Can you repeat -- please repeat the
25 question?

Page 45

1      Q.   I'm asking you the same question
2  your counsel asked you.  As you sit here today,
3  and so that the record is clear, do you know if
4  any of your current clients is a Samsung
5  entity?
6      A.   Samsung entity.  No, I don't know.
7      Q.   Whether Samsung Electronics Company
8  Limited or Samsung Electronics America,
9  Incorporated, or Samsung Telecommunications
10 America, LLC?
11     A.   I don't know.
12     Q.   What did you do to prepare for your
13 deposition today?
14     A.   I met with Vickie.
15     Q.   Anybody else?
16     A.   General counsel of Samsung
17 Telecommunications America was present.
18     Q.   When did you meet?
19     A.   Yesterday.
20     Q.   For how long did you meet?
21     A.   It was approximately five hours.
22     Q.   Where did you meet?
23     A.   At the offices of Samsung
24 Telecommunications America.
25     Q.   Did you review any documents

Highly Confidential - Outside Attorneys' Eyes Only

Page 102

1  Q.  Why were you --
2  A.  -- for competitors.
3  Q.  Do you recall the context in which
4  you were looking at documents that forecast
5  expectations for the future product evolutions
6  of Apple?
7      MS. MAROULIS:  Objection, vague,
8  compound.
9  A.  Not specifically.  Not specifically.
10 BY MR. HUNG:
11 Q.  Do you recall looking at documents
12 that forecast expectations for the future
13 product evolutions of Apple in connection with
14 the Galaxy S series of phones?
15 A.  Again, not specifically.
16 Q.  What about generally?
17     MS. MAROULIS:  Objection, vague.
18 A.  Generally, with regards to
19 competitive analysis, the responsibility, you
20 know, our responsibility, my team's
21 responsibility, includes for product planning,
22 as you mentioned, to make sure that our
23 products were competitive for -- our future
24 product roadmaps were competitive.  So in that
25 context, competitive expectations of product

Page 103

1  evolutions were -- played a role in that.
2  BY MR. HUNG:
3  Q.  Do you recall competitive
4  expectations or product evolutions for the
5  iPhone playing a role with respect to product
6  planning for the Galaxy S series of phones?
7      MS. MAROULIS:  Objection, vague,
8  assumes facts.
9  A.  Again, not specifically.
10 BY MR. HUNG:
11 Q.  What about generally?
12     MS. MAROULIS:  Same objections.
13 A.  As one of the competitors among
14 others, such as Motorola, HTC, RIM, our goal
15 was to always make sure that our products were
16 competitive against those competitors.
17 BY MR. HUNG:
18 Q.  So the answer is yes, you did.  You
19 do recall generally reviewing reports relating
20 to expectations for the product evolution of
21 the iPhone --
22     MS. MAROULIS:  Objection --
23 BY MR. HUNG:
24 Q.  -- in connection with product
25 planning for the Galaxy S series of phones?

Page 104

1  A.  No, I said --
2      MS. MAROULIS:  Objection, misstates
3  testimony.
4  A.  I said generally competitor, not
5  specific -- any specific competitor.
6  BY MR. HUNG:
7  Q.  Do you recall any specific analyses
8  performed with respect to the iPhone and its
9  future product evolutions in planning for the
10 Galaxy S series of phones?
11 A.  No, I don't remember specifically.
12 Q.  I'm going to ask you the same
13 question with respect to the iPad and also the
14 Galaxy Tab.
15 A.  Uh-huh.
16 Q.  Do you recall any specific analyses
17 performed with respect to the iPad and its
18 future product evolutions in planning for the
19 Galaxy Tab tablet?
20 A.  No, again, not specifically.
21 Q.  Generally, do you recall such
22 analyses?
23     MS. MAROULIS:  Objection, vague.
24 A.  Generally, it was the same type of
25 analysis that I mentioned as smart phones.

Page 105

1  BY MR. HUNG:
2  Q.  What about for the iPad 2 and the
3  Galaxy Tab 10.1; do you recall performing any
4  product analyses that compared the Tab 10.1
5  against expectations for the product evolution
6  of the iPad in product planning for the 10.1?
7      MS. MAROULIS:  Objection, vague.
8  A.  Not -- again, not specifically, not
9  specific analyses, no.
10 BY MR. HUNG:
11 Q.  I have to ask you kind of an
12 important question about Exhibit 714.  I
13 understand that you testified that you haven't
14 seen this before.
15 A.  I don't recall.
16 Q.  I understand.  You don't recall
17 having seen this before.  While you were at
18 Samsung, did you receive any information about
19 Apple's future product releases while you were
20 working in the smart phone division?
21     MS. MAROULIS:  Objection, assumes
22 facts.
23 BY MR. HUNG:
24 Q.  Let me restate the question.
25     What, if any, information did you

Page 106

1  receive about Apple's future product offerings
2  while you were at Samsung?
3       MS. MAROULIS: Objection, vague,
4    assumes facts.
5    A.   Nothing specific, other than
6  general -- the general analyses that I
7  mentioned earlier.
8  BY MR. HUNG:
9    Q.   Did you ever discuss Apple's future
10 product offerings with carriers such as
11 Verizon?
12      MS. MAROULIS: Objection, vague.
13   A.   I don't personally remember that,
14 no, not to the best of my recollection.
15 BY MR. HUNG:
16   Q.   Do you recall ever discussing
17 Apple's future product offerings with any
18 carrier?
19      MS. MAROULIS: Objection, vague.
20   A.   I don't recall.
21 BY MR. HUNG:
22   Q.   Do you recall ever having
23 information about an unreleased Apple product
24 before its release?
25      MS. MAROULIS: Objection, vague,

Page 107

1  assumes facts.
2    A.   Just general information that was
3  sort of gleaned from blogs and competitive
4  analysis that was from third parties, et
5  cetera.
6  BY MR. HUNG:
7    Q.   Do you recall having any nonpublic
8  information about an unreleased Apple product
9  before its release?
10   A.   I don't recall.
11   Q.   You don't recall whether you had it
12 or whether you didn't have it?
13   A.   ==I don't recall.==
14   Q.   Do you recall ever discussing
15 nonpublic information about an Apple unreleased
16 product before its release with anyone?
17      MS. MAROULIS: Objection, vague,
18   assumes facts.
19   A.   Can you repeat the question?
20 BY MR. HUNG:
21   Q.   Sure. Do you recall having -- let
22 me start again.
23      Do you recall ever discussing
24 nonpublic information about an Apple unreleased
25 product before its release with anyone?

Page 108

1       MS. MAROULIS: Objection, vague,
2    assumes facts.
3    A.   Let me make sure I understand your
4  question precisely. Please repeat it again.
5  BY MR. HUNG:
6    Q.   Sure. Do you recall ever discussing
7  nonpublic information about an unreleased Apple
8  product before the release of that product with
9  anyone?
10   A.   Okay. No, I don't recall that. Not
11 to the best of my knowledge.
12      MS. MAROULIS: Break?
13      MR. HUNG: Why don't we go off now.
14      VIDEOGRAPHER: We're off record at
15   11:49 a.m., end of tape 2.
16      (Recess held.)
17      (Deposition Exhibit 404 marked.)
18      (Ms. Moreland no longer present.)
19      VIDEOGRAPHER: We're back on record
20   at 12:45 p.m. Beginning of tape 3.
21 BY MR. HUNG:
22   Q.   Mr. Khan, the court reporter has
23 placed before you what's been marked as Exhibit
24 404. I want to first ask you whether you've
25 ever seen this document before.

Page 109

1    A.   I don't recall it.
2    Q.   Okay. Have you ever seen documents
3  like this while at Samsung?
4       MS. MAROULIS: Objection, vague.
5    A.   Similar documents, yes. I haven't
6  finished flipping through it, but yeah.
7  BY MR. HUNG:
8    Q.   Is there a group that you recall at
9  Samsung -- let me start again.
10      Was there a group that reported to
11 you that created documents like this when you
12 were at Samsung?
13      MS. MAROULIS: Objection, vague.
14   A.   This doesn't seem like a document my
15 team would have produced.
16 BY MR. HUNG:
17   Q.   I can jump quickly then just a
18 couple of pages to see -- to get your thoughts
19 on the document. If you jump to the page
20 ending 522.
21   A.   522?
22   Q.   Yes. At the bottom of the page,
23 that number.
24   A.   Got it. Okay.
25   Q.   There is a slide in this deck called

Page 110

1  iPad Buzz.  Do you see that?
2      A.   Yes, I do.
3      Q.   And this slide repeats a statement,
4  makes a statement that is -- also uses the word
5  about carving a path.  I'll read it to you.  It
6  states, iPad has carved a path for tablets
7  creating a new category distinctive from smart
8  phones and laptops.
9           Do you see that sentence?
10     A.   I do.
11     Q.   Did you discuss with anyone in --
12 earlier this year as to whether the iPad, on
13 its release, was distinctive?
14          MS. MAROULIS:  Objection, vague,
15     lacks foundation.
16     A.   I don't recall having that -- that
17 specific discussion.
18 BY MR. HUNG:
19     Q.   Okay.  Do you recall ever discussing
20 with anyone whether the iPad's introduction
21 created a new category that was distinct from
22 smart phones and laptops?
23     A.   I remember general discussions
24 around tablet categories, but not specific
25 discussions to what you're talk -- what you're

Page 111

1  referencing there.
2      Q.   Do you recall general discussions
3  about whether the iPad had created a new
4  category distinctive from smart phones and
5  laptops?
6      A.   No, I don't recall.
7      Q.   Do you believe it to be true that
8  the iPad created a new category distinct from
9  iPhones and laptops?
10          MS. MAROULIS:  Objection, vague,
11     calls for opinion.
12     A.   No, I do not.
13 BY MR. HUNG:
14     Q.   Why not?
15     A.   Because I believe tablets that --
16 the tablet market is distinct from laptops and
17 smart phones, I do agree with that, but the
18 tablet market -- tablets have existed for many,
19 many years.
20     Q.   Do you believe that the iPad is a
21 commercially successful product?
22          MS. MAROULIS:  Objection, vague.
23     A.   I can't speak to that company's
24 targets or whether or not it's a -- you know,
25 for them it's commercially successful, but I

Page 112

1  think all accounts from third parties that I've
2  read lead me to believe it's a commercial
3  success, yes.
4  BY MR. HUNG:
5      Q.   Before the introduction of the iPad,
6  are you aware of any tablet computers that were
7  commercially successful?
8           MS. MAROULIS:  Objection, vague.
9      A.   Again, I can't speak to whether or
10 not the companies that launch them, whether or
11 not they were commercial successes for them or
12 not because I don't know their targets, but
13 from my perspective, probably not.
14 BY MR. HUNG:
15     Q.   Are you aware of any commercially
16 successful Samsung tablet that was released
17 before Apple released the iPad?
18          MS. MAROULIS:  Objection, vague.
19     A.   Help me define, if you don't mind,
20 what you mean by "commercial success."
21 BY MR. HUNG:
22     Q.   Have you ever used the phrase while
23 at Samsung?
24     A.   I don't know if I remember using the
25 exact phrase, no.

Page 113

1      Q.   Okay.  When you answered the last
2  couple of questions, what did you understand
3  that phrase to mean?
4      A.   I think there's -- there's a
5  definition that deals with a company's own
6  expectations around their product launch and
7  whether or not they're commercial successes,
8  and then I think there's the market perception,
9  so I just want to make sure I understand
10 what...
11     Q.   I think you were answering those
12 prior questions with respect to the market
13 expectation.
14     A.   Market perception or market buzz.
15     Q.   Applying that same understanding,
16 are you aware of any Samsung tablets that
17 Samsung released before the iPad was released
18 that were commercially successful?
19          MS. MAROULIS:  Objection, vague.
20     A.   Again, they didn't -- I don't
21 really -- I don't recall any -- any launches
22 that -- that -- that were mar -- you know, sort
23 of got the press as market, large market share
24 or high selling volume.  Again, I wasn't
25 involved in necessarily the target setting on

Highly Confidential - Outside Attorneys' Eyes Only

Page 114

1  those, so I don't know.  I can't speak to
2  commercial success definitions.
3  BY MR. HUNG:
4      Q.  Okay.  With respect to market
5  perceptions as we've understood commercial
6  success, you would agree that while you were at
7  Samsung, the iPad was commercially successful,
8  correct?
9          MS. MAROULIS:  Objection, assumes
10     facts, misstates testimony.
11     A.  Again, I can't speak to whether or
12 not the company that -- you know, that launched
13 it was -- to whether or not it was a commercial
14 success.  I think the market buzz that we've
15 all read was all fairly positive around it in
16 terms of its -- its sales and market share.
17 BY MR. HUNG:
18     Q.  And with respect to the iPhone, you
19 would agree, wouldn't you, that the iPhone was
20 commercially successful from the standpoint of
21 market perception while you were at Samsung, --
22         MS. MAROULIS:  Objection, vague.
23 BY MR. HUNG:
24     Q.  -- correct?
25     A.  From everything that I read, I would

Page 115

1  agree.
2      Q.  Would you agree that the design of
3  the iPhone, the exterior look, contributes to
4  this commercial success?
5          MS. MAROULIS:  Objection, lacks
6      foundation, calls for speculation.
7      A.  Honestly, I can't speak to that.  I
8  can't speak to why each consumer buys it or
9  doesn't buy it.
10 BY MR. HUNG:
11     Q.  Do you have an opinion on whether
12 the exterior look of the iPhone contributes to
13 its commercial success?
14         MS. MAROULIS:  Same objection and
15     calls for opinion.
16     A.  I don't think it's the biggest
17 driver, no.
18 BY MR. HUNG:
19     Q.  Do you think it is a driver?
20         MS. MAROULIS:  Objection, calls for
21     speculation, lacks foundation.
22     A.  I think it can be.  I can't speak to
23 sort of where it is on the spectrum.
24 BY MR. HUNG:
25     Q.  What about its hardware

Page 116

1  specifications for the iPhone; do you think
2  that that is a driver in terms of its
3  commercial success, in your opinion?
4          MS. MAROULIS:  Objection, calls for
5      speculation, lacks foundation, vague as to
6      what hardware specification you're talking
7      about.
8      A.  I can't speak to -- there's lots of
9  customers have bought products.  I don't know
10 exactly why each customer bought those
11 products, so I can't -- I can't make that
12 conclusion.
13 BY MR. HUNG:
14     Q.  What about its user interface; do
15 you think that that is a driver in terms of the
16 iPhone's commercial success?
17     A.  Again --
18         MS. MAROULIS:  Objection, calls for
19     speculation, lacks foundation.
20     A.  Again, I think it can be a factor.
21 I don't know where it fits on each consumer's
22 priorities -- priorities.
23 BY MR. HUNG:
24     Q.  Now, while you were at Samsung,
25 people within your group performed studies in

Page 117

1  terms of the factors that went into making the
2  iPhone successful; is that true?
3          MS. MAROULIS:  Objection, misstates
4      testimony, assumes facts.
5      A.  I don't know if it -- I don't know
6  if it was exactly that type of analysis, but as
7  I stated before, it was -- we did competitive
8  analysis against competitive products.
9  BY MR. HUNG:
10     Q.  And some of the analysis that you
11 did included analyzing the characteristics of
12 the iPhone that resulted in its sales; is that
13 fair?
14         MS. MAROULIS:  Objection, misstates
15     testimony, vague.
16     A.  Characteristics, yes, but I can't
17 make the conclusion that each of those
18 characteristics led to its sales.
19 BY MR. HUNG:
20     Q.  Let me ask you a similar set of
21 questions about the Samsung S series of phones.
22 Do you believe that the design of the Samsung S
23 series of phones is a factor -- actually, let
24 me start again.
25         Let me completely start again.

Highly Confidential - Outside Attorneys' Eyes Only

Page 118

1  Do you think that the Samsung S
2  series of phones has been commercially
3  successful?
4      MS. MAROULIS: Objection, compound.
5  A.  I do believe so, yes.
6  BY MR. HUNG:
7  Q.  Are you familiar with the product
8  known as the Droid Charge?
9  A.  I am, yes.
10 Q.  Are you familiar with the product
11 known as the Infuse 4G?
12 A.  Yes.
13 Q.  Are you familiar with the product
14 known as the Galaxy S 4G?
15 A.  Yes.
16 Q.  Of course you're familiar with the
17 Galaxy Tab 10.1.
18 A.  Yes.
19 Q.  Let me start with the Droid Charge.
20 A.  Yes.
21 Q.  Do you think that the Droid charge
22 was a commercially successful product?
23     MS. MAROULIS: Objection, vague.
24 A.  Now, I departed shortly after the
25 launch of that product so I'm not close enough

Page 119

1  to it now to make that determination.
2  BY MR. HUNG:
3  Q.  At the time that you departed, did
4  you think that the Droid Charge was
5  commercially successful?
6      MS. MAROULIS: Same objection,
7  vague.
8  A.  I personally believed it to be so.
9  BY MR. HUNG:
10 Q.  What about the Infuse 4G; at the
11 time of your departure, did you think that that
12 product was commercially successful?
13     MS. MAROULIS: Objection, vague.
14 A.  Again, from a market perception, the
15 same thing applies as Droid Charge, I left
16 shortly thereafter, but again, from a market
17 perception, from a reviews perspective, very
18 positive.
19 BY MR. HUNG:
20 Q.  What about the Galaxy S 4G; did you
21 think that the Galaxy S 4G was commercially
22 successful at the time you departed?
23     MS. MAROULIS: Objection, vague.
24 A.  I considered it successful, yes.
25 BY MR. HUNG:

Page 120

1  Q.  Let me ask for each of these
2  products a slightly different question. We
3  talked about commercial success from a market
4  perception.  You also discussed commercial
5  success from the standpoint of a company's
6  targets.  Do you recall that?
7  A.  I do.
8  Q.  Okay.  For the Infuse 4G, in terms
9  of Samsung's targets, was it your belief that
10 the Infuse 4G was commercially successful?
11     MS. MAROULIS: Objection, vague.
12 A.  Again, I'm not close enough to it to
13 be able to make that judgment anymore.
14 BY MR. HUNG:
15 Q.  For the Infuse 4G in terms of
16 Samsung's targets, at the time of your
17 departure, was it your belief that the Infuse
18 4G was commercially successful?
19     MS. MAROULIS: Objection, asked and
20   answered.
21 A.  I don't recall.
22 BY MR. HUNG:
23 Q.  What about for the Droid Charge; at
24 the time that you departed Samsung, did you
25 think, in terms of the company's targets, that

Page 121

1  the Droid Charge was commercially successful?
2      MS. MAROULIS: Objection, vague.
3  A.  I don't recall.
4  BY MR. HUNG:
5  Q.  What about the Galaxy S 4G; at the
6  time you departed Samsung, did you think, in
7  terms of the company's targets, that the S 4G
8  was commercially successful?
9  A.  I don't recall.
10     MS. MAROULIS: Objection, vague.
11 A.  Sorry. I don't recall.
12 BY MR. HUNG:
13 Q.  Now, going back to each of these
14 products and thinking about them in terms of --
15 I'll revert to commercially successful in terms
16 of market perception, okay.  I believe you
17 stated that at the time that you departed
18 Samsung, you thought that the Infuse 4G was
19 commercially successful in terms of market
20 perception, correct?
21     MS. MAROULIS: Objection, asked and
22   answered.
23 A.  I did, yes.
24 BY MR. HUNG:
25 Q.  Do you think that the design of the

Highly Confidential - Outside Attorneys' Eyes Only

Page 174

1  BY MR. HUNG:
2      Q.  Sorry, 24907.
3          MS. MAROULIS:  Thanks.
4          MR. HUNG:  Thank you.
5      A.  No worries.  Yeah.
6  BY MR. HUNG:
7      Q.  Have you seen product packaging
8  comparisons comparing Samsung's product
9  packaging and Apple's product packaging as
10 depicted in -- on page 24907 during your tenure
11 at Samsung?
12     A.  As I mentioned earlier, as part of
13 launch, comprehensive launch reports, we would
14 compare every aspect of a product, any product,
15 Motorola's product, HTC's product, so this
16 seems consistent with comparing packaging of
17 our product with another competitor's.
18     Q.  Why would you want to compare
19 product packaging?
20         MS. MAROULIS:  Objection, lacks
21     foundation.
22     A.  I mean, in terms of size,
23 dimensions, that's -- it's a -- it's one of the
24 factors, I think.
25 BY MR. HUNG:

Page 175

1      Q.  During your tenure at Samsung, was
2  it important to you, as the person in charge of
3  product planning and strategy for the mobile
4  division for Samsung U.S.A., to ensure that the
5  product packaging of Samsung's devices were
6  distinct from that of its competitors?
7      A.  I would not call it one of --
8  something I was -- no.
9      Q.  As the person at Samsung, who was in
10 charge of product planning and strategy for the
11 probably division, was it important to you to
12 ensure that product packaging for Samsung
13 devices was similar to that of its competitors?
14     A.  No.  I don't believe -- I don't
15 believe packaging plays a role in the consumer
16 purchase decisions.
17     Q.  Ever?
18         MS. MAROULIS:  Objection, calls for
19     opinion, speculation.
20     A.  I wouldn't say ever.  I don't think
21 it's -- generally, you're not -- at a point of
22 sale, they're usually looking at the product,
23 not the packaging.
24 BY MR. HUNG:
25     Q.  Were you aware of any efforts by

Page 176

1  Samsung to mimic the packaging, Apple's
2  packaging, for its iPhone devices for its
3  Android smart phones?
4          MS. MAROULIS:  Objection to
5      characterization, assumes facts.
6      A.  I don't remember that type of
7  effort, no.  I don't recall.
8  BY MR. HUNG:
9      Q.  Do you recall any discussions with
10 anyone about what the packaging of the Galaxy S
11 smart phones should look like in comparison to
12 what the Apple iPhone product packaging looked
13 like?
14         MS. MAROULIS:  Objection, assumes
15     facts.
16     A.  I remember that we had discussions
17 around Galaxy S packaging.  I don't remember
18 whether it was in regards to specifically
19 against a competitor or any specific set of
20 competitors.  I do remember we had discussions
21 on packaging, what to put in the box, what not
22 to put in the box, colors, branding, et cetera.
23 BY MR. HUNG:
24     Q.  What about shape of the packaging?
25         MS. MAROULIS:  Objection, vague.

Page 177

1      A.  I don't remember that, no.  Go
2  ahead.
3  BY MR. HUNG:
4      Q.  If you look at the next page, 24908,
5  there's a reference to a branding comparison.
6  Do you see that?
7      A.  I do, yes.
8      Q.  Do you know why someone would be
9  comparing the branding for the Galaxy S as
10 compared to the iPhone 4?
11     A.  No.  As I mentioned, this was
12 generally part of our comparisons to other
13 products.
14     Q.  Can you think of any other
15 competitors besides Apple that Samsung might
16 have created -- might have compared the
17 branding for its products against?
18     A.  Again, I don't remember specific
19 reports, but probably HTC, Motorola as well.
20     Q.  So you think that reports like this
21 would exist for Motorola and HTC?
22         MS. MAROULIS:  Objection, calls for
23     speculation.
24     A.  I would imagine that -- maybe not
25 for every product, but there's probably reports

Highly Confidential - Outside Attorneys' Eyes Only

Page 178

1  like this, maybe not exact same format, that
2  are for other large competitive devices, yes.
3  BY MR. HUNG:
4      Q.   You think those reports would have
5  similar packaging comparisons?
6          MS. MAROULIS:  Objection, calls for
7      speculation.
8      A.   I don't -- I mean, I don't know, but
9  this seemed -- I have -- trying to remember.
10 Let's see.  I don't remember -- I don't
11 remember, but this -- to the best of my
12 recollection, this seems -- we would have
13 compared to other devices as well.
14 BY MR. HUNG:
15     Q.   I'm going to ask you similar
16 questions to those that I asked you this
17 morning, if not this afternoon, about what you
18 knew about before the iPhone, okay?  I'll
19 clarify.
20     A.   Before the --
21     Q.   Before the iPhone and I'll clarify.
22 If you look at page 24907, the page that we
23 were just looking at.
24     A.   Yes.
25     Q.   You see that iPhone packaging on the

Page 179

1  right side?
2      A.   Uh-huh.
3      Q.   Have you seen that before today, the
4  packaging for the iPhone?
5          MS. MAROULIS:  You mean a box,
6      iPhone box, has he seen it before this
7      picture?
8          MR. HUNG:  Yeah.
9      A.   I don't know if I've seen the iPhone
10 4 box, but I've seen iPhone packaging before,
11 yes.
12 BY MR. HUNG:
13     Q.   Do you believe that you personally
14 took an iPhone out of a box to see how the
15 packaging was constructed and/or assembled?
16     A.   I don't remember -- I don't remember
17 that exact instance, but -- but I -- I'm sure
18 I've opened the box before.
19     Q.   I think -- I believe you'll agree
20 with me that the iPhone, the original iPhone,
21 came out before the Galaxy S line of smart
22 phones, correct?
23     A.   I believe so.
24     Q.   Are you aware of any Samsung smart
25 phone that used packaging similar to the iPhone

Page 180

1  packaging depicted in -- on page 24907 before
2  the introduction of the Galaxy S series of
3  phones?
4          MS. MAROULIS:  Objection, vague.  If
5      you're asking if Samsung phones came in
6      boxes before --
7  BY MR. HUNG:
8      Q.   That looked like the one on page
9  24907, if you know?
10         MS. MAROULIS:  Objection, vague,
11     assumes facts.
12     A.   I don't, because, I mean, it's a box
13 you open up.  I'm not sure what's -- I mean,
14 other than colors.  What distinctive feature
15 are you mentioning -- are you pointing out
16 here?
17 BY MR. HUNG:
18     Q.   Shape and size.
19         MS. MAROULIS:  Objection, vague.
20     A.   I couldn't honestly tell you that
21 because I'd have to go literally look at the
22 hundreds of devices we launched, go back and
23 look at all the packaging, take a ruler and do
24 dimensional analysis before I could accurately
25 answer that question.  The general shape is the

Page 181

1  shape of most boxes, but I can't speak to the
2  size.
3  BY MR. HUNG:
4      Q.   Do you recall that when you take
5  this iPhone box as depicted on page 24907, it's
6  actually a two-piece box, meaning there was a
7  cover and a box underneath; do you recall that?
8          MS. MAROULIS:  Objection, assumes
9      facts.
10     A.   I believe I do.
11 BY MR. HUNG:
12     Q.   Do you recall before the
13 introduction of the Galaxy S series of phones
14 any Samsung product that had a similar box
15 design, a two-piece box design as with the
16 iPhone -- as with the iPhone?
17     A.   I couldn't --
18         MS. MAROULIS:  Objection to
19     characterization, vague.
20     A.   I couldn't accurately say that, no.
21 Couldn't accurately answer your question.  I
22 don't remember.
23 BY MR. HUNG:
24     Q.   Have you heard of the phrase --
25 sorry.  CMF?

Page 182

1    A.   Yes.
2    Q.   What does that refer to?
3    A.   Color material finish.
4    Q.   And have you heard of the phrase
5  custom UX?
6    A.   In what reference?
7    Q.   With reference to the UI for the
8  Samsung Galaxy Tab 10.1.
9    A.   I'd have to look at the
10 documentation.  I've seen the term custom UX in
11 a lot of references, so I'm familiar with the
12 term custom UX.  I don't -- I'd have to look at
13 it in context.
14   Q.   Hoping to avoid marking a document.
15 Let me ask you one more question --
16        MS. MAROULIS:  Might want to ask --
17 BY MR. HUNG:
18   Q.   Let me ask you one more question
19 just about what -- if you know what this is and
20 then I'll show you the document.  Do you know
21 what TouchWiz is?
22   A.   I do.
23   Q.   What is TouchWiz?
24   A.   TouchWiz is a brand for Samsung's
25 Android user experience.

Page 183

1    Q.   Is TouchWiz a reference to Samsung's
2  customization of the Android interface for
3  Android smart phones?
4    A.   Please repeat the question.
5    Q.   Sure.  Does TouchWiz refer to
6  Samsung's customization of the Android
7  interface for Android smart phones?
8    A.   I think that's --
9         MS. MAROULIS:  Objection, calls for
10   speculation.
11   A.   I think it's an accurate
12 representation of what TouchWiz is.
13 BY MR. HUNG:
14   Q.   Is TouchWiz code that is written on
15 top of Android, if you know?
16        MS. MAROULIS:  Do you understand the
17   question?
18        THE WITNESS:  I do.
19        MS. MAROULIS:  Okay.
20   A.   Well, I do and I don't.  So --
21        MS. MAROULIS:  I should have
22   objected, vague, sorry.
23   A.   Define what you mean by "on top of
24 Android."  I mean, you're referring to code.
25 BY MR. HUNG:

Page 184

1    Q.   Yeah.
2    A.   So then when you're talking about
3  code or code base, what do you mean by "on top
4  of"?
5    Q.   What I mean is the TouchWiz refers
6  to modules, code modules that are not part of
7  the standard Android code base as distributed
8  by the Droid organization.
9    A.   So TouchWiz is Samsung.  Samsung's
10 user interface, I can't speak to the exact
11 software architecture of -- I can't speak to
12 the exact software architecture, but it is
13 Samsung's own user experience.  It is not
14 Android's base user experience, if that answers
15 your question.
16   Q.   While you were at Samsung, did
17 Samsung license its TouchWiz interface to
18 anyone else?
19   A.   I don't know.
20   Q.   Were you, as the product planner --
21 person in charge of product planning and
22 strategy for the mobile division here in the
23 U.S., were you involved with the development of
24 TouchWiz?
25        MS. MAROULIS:  Objection, vague.

Page 185

1    A.   Again, please define "development."
2  BY MR. HUNG:
3    Q.   Actually, I meant that broadly,
4  anything relating to the design of TouchWiz as
5  the customized interface appears to a user.
6    A.   No.  I wouldn't say we were -- we
7  were involved to the extent of providing
8  feedback recommendations, but we were not
9  involved in -- my team, to the best of my
10 recollection, was not involved in coding or
11 actual, you know, sort of -- the actual UX
12 design as we were in the other aspects of
13 design.  We were involved in providing feedback
14 and recommendations.
15   Q.   You know what the icons look like in
16 TouchWiz, correct?  You've seen the icons on a
17 TouchWiz interface?
18   A.   I believe they -- they have changed
19 over time considerably, so you would -- you
20 would have to give me something very specific,
21 a very specific point in time, because TouchWiz
22 has evolved quite a bit during my time there.
23   Q.   In terms of the feedback that your
24 team would have given on the TouchWiz
25 interface, would your team have given feedback

Page 190

1 the iPad?
2     MS. MAROULIS:  Objection, asked and
3  answered.
4     A.  I don't remember, and this is very
5 close to my departure from Samsung, so I
6 can't -- I don't remember exactly when, because
7 Galaxy Tab 10.1 launched sort of toward the end
8 of my tenure so I'm not sure I was involved --
9 I don't remember being involved in the returns
10 part of it.
11 BY MR. HUNG:
12     Q.  What about for the Galaxy Tab; do
13 you recall being involved with discussions
14 about the return rates for the Galaxy Tab
15 seven-inch in the U.S.?
16     A.  I remember general discussions on
17 return rates for the Galaxy seven-inch version,
18 not specifics, but general discussions, yes.
19     Q.  Do you recall general discussions
20 explaining that the return rates were
21 relatively high from Samsung's perspective?
22     MS. MAROULIS:  Objection to
23  characterization.
24     A.  No.  I mean, I don't remember that
25 conclusion, no.

Page 191

1 BY MR. HUNG:
2     Q.  Okay.  What do you recall about
3 those discussions?
4     A.  As I mentioned, I remember general
5 discussions about return rates and not specific
6 conclusions or discussions.  What I remember is
7 general things around what consumers -- you
8 know, consumer feedback around the devices.
9     Q.  Do you recall whether the return
10 rates exceeded the single digits?
11     A.  I don't remember, no.
12     Q.  So you don't recall -- just to close
13 this out, you don't recall whether it exceeded
14 the single digits or double digits -- you don't
15 recall what the return rate was for --
16     A.  I don't --
17     MS. MAROULIS:  Objection, calls for
18  speculation.
19 BY MR. HUNG:
20     Q.  -- for the Tab seven-inch?
21     A.  I don't, because it all depends on
22 how it's measured.  There's so many ways to
23 measure return rates, I couldn't tell you.
24     Q.  Was there someone in your
25 organization tasked with measuring return

Page 192

1 rates?
2     A.  Not on my team.
3     Q.  Would that have been someone in the
4 strategy team?
5     MS. MAROULIS:  Objection, calls for
6  speculation.
7     A.  To me, it doesn't seem like
8 response -- that's something that I would have
9 on the strategy team.
10 BY MR. HUNG:
11     Q.  Marketing sales did not report to
12 you; is that correct?
13     A.  Correct, marketing and sales did not
14 report to me.
15     Q.  Do you know who the head of that
16 organization was?
17     A.  Two separate organizations.
18     Q.  Who was head of marketing?
19     A.  At the time of -- of -- at which
20 time, I'm sorry?
21     Q.  Sure.  At the time that you
22 departed.
23     A.  At the time that I departed, Brian
24 Rosenberg was the head of sales.  At the time I
25 departed, I believe Todd Pendleton had taken

Page 193

1 over as head of marketing, but he was very new
2 in his tenure.
3     Q.  Do you recall from whom he took over
4 that role?
5     A.  Paul Golden.
6     Q.  You said Mr. Golden?
7     A.  G-O-L-D-E-N.
8     Q.  Do you know if Mr. Golden is still
9 at Samsung?
10     A.  To the best of my knowledge, yes.
11     MR. HUNG:  What number was this?
12     MS. MAROULIS:  I don't think we
13  marked it.
14     MR. HUNG:  Oh, I'm sorry.  Why don't
15  we go ahead and mark this just so --
16     MS. MAROULIS:  It would have been
17  408.
18     MR. HUNG:  Let's go ahead and mark
19  this as 408.
20     MS. MAROULIS:  Rich, can you give me
21  the Bates range after the deposition?
22     MR. HUNG:  Will do, sure.  Why don't
23  we go off the record.
24     MS. MAROULIS: Okay.
25     VIDEOGRAPHER:  Off the record at

Page 194

```
1        2:33 p.m.
2            (Deposition Exhibit 408 marked.)
3            (Recess held.)
4            (Deposition Exhibit 409 marked.)
5            VIDEOGRAPHER:  We're back on record
6    at 2:41 p.m.
7   BY MR. HUNG:
8        Q.   You have before you what the court
9   reporter's marked as Exhibit 409.  Do you
10  recognize this document, Mr. Khan?
11       A.   I don't recognize it specifically,
12  but I can see on here I was an attendant, so...
13       Q.   Have you received documents such as
14  this before when you were at Samsung?
15       A.   Seems like meeting minutes.  I don't
16  know.  I mean, I've received meeting minutes
17  before.
18       Q.   If you look at the top of this
19  document, there's a reference to HQ.  Do you
20  see that?
21       A.   I do, yes.
22       Q.   Do you have an understanding as to
23  what HQ refers to there?
24            MS. MAROULIS:  Objection, calls for
25       speculation.
```

Page 195

```
1        A.   Here it would refer to -- here it
2   refers to meeting attendees from headquarters.
3   BY MR. HUNG:
4        Q.   That is Korea, correct?
5        A.   I don't know actually.  That's a
6   good question, because some of them who are
7   named I can tell you are from Korea.  Some of
8   them may not be from Korea because it also has
9   some general people like HQ PP, HQ ND, which I
10  don't know what that is, I'm assuming it's R&D,
11  HQ design, HQ sales and marketing.  Some of
12  those representatives may be in locations
13  outside of Korea.
14       Q.   You see STA in the second --
15       A.   Yes.
16       Q.   -- paragraph?  That's reference to
17  Samsung Telecommunications America; is that
18  right?
19       A.   Yes.
20       Q.   Based on the attendance list that
21  you can see, how frequently -- actually, let me
22  take a step back.
23            Do you recall this meeting, this
24  March 21st meeting?
25       A.   I don't know.  I mean, I don't
```

Page 196

```
1   specifically.
2        Q.   Do you believe, based on your review
3   of this exhibit, Exhibit 409, that this
4   document refers to a meeting that occurred this
5   year?
6            MS. MAROULIS:  Objection, calls for
7        speculation.
8        A.   It says March 21st, I can't tell
9   what year, but -- so if I were to read through
10  it, it seems like -- it seems like something --
11  a meeting that would have occurred in the year
12  2011.
13       Q.   Do you know what P4 is a reference
14  to?
15       A.   Can you point me to it?
16       Q.   Sure.
17       A.   A line?
18       Q.   If you look at -- on the first page
19  at the very bottom, the last black bullet,
20  exclusivity with carriers for P4?
21       A.   Oh, yes.  Okay.  I believe that's an
22  internal code for the 10.1 inch.
23       Q.   What about P1 that appears on the --
24  in the bullet immediately above that P4
25  reference?
```

Page 197

```
1        A.   Again, it's an internal code for the
2   seven-inch tablet.
3        Q.   Had you seen the code name P5 while
4   you were at Samsung?
5        A.   Yes.
6        Q.   What is that a reference to?
7        A.   To the best of my recollection, I
8   believe it's the 8.9-inch Galaxy 10.
9        Q.   Do you know which individual has the
10  initials WP?
11            MS. MAROULIS:  Objection, calls for
12       speculation.
13       A.   That would be the second individual
14  on the first line, Dr. Hong?
15  BY MR. HUNG:
16       Q.   I apologize, do you know Dr. Hong's
17  title?
18       A.   I don't know his exact title.
19       Q.   Do you know his role?
20       A.   His role would be global head of
21  product strategy, I believe.
22       Q.   If you look in the fifth bullet
23  down, fifth black bullet, at Samsung 500117,
24  the first page, you'll see a question, data on
25  return rates, and what appears to be a
```

Page 198

1  response, return rates at BB over 30 percent.
2       Do you see that?
3       A.  I do, yes.
4       Q.  Do you know what that's referencing?
5           MS. MAROULIS:  Objection, calls for
6       speculation.
7       A.  It's --
8           MS. MAROULIS:  Don't speculate.  If
9       you know, go ahead and answer.
10      A.  It's -- no, I don't know what
11  specifically it's referring to other than
12  return rates.
13  BY MR. HUNG:
14      Q.  Do you believe it to be referring to
15  Galaxy Tab seven-inch return rates at Best Buy?
16          MS. MAROULIS:  Objection, calls for
17      speculation, lacks foundation.
18      A.  Without -- without having the exact
19  statement on here, I'd have -- I'd be guessing,
20  so I can't say -- I can't say definitively.
21  BY MR. HUNG:
22      Q.  Okay.  Is your -- would your best
23  understanding, as you sit here today, be that
24  it is a reference to tab seven-inch return
25  rates at Best Buy?

Page 199

1           MS. MAROULIS:  Same objection.
2       A.  It's listed under the tablet
3   presentation heading.  I don't know if it's
4   referring -- I can't -- I can't guess who it's
5   referring to.  If it's -- which tablet it's
6   referring to, but it is -- it's referring to
7   some tablet.  Whether it's a Samsung tablet or
8   a competitor's tablet, I can't specifically
9   speak to because of -- it's not specific in the
10  statement and I don't remember -- I don't
11  remember the conversation.
12  BY MR. HUNG:
13      Q.  You may not know, but I just want to
14  ask, on the first page of this document,
15  there's a reference to BB colon directly before
16  that return rates statement; do you see that?
17      A.  Uh-huh.
18      Q.  Do you know if that's a reference to
19  Brian B?  Would you know who that's reference
20  to?
21          MS. MAROULIS:  Objection, calls for
22      speculation.
23      A.  I don't know if anybody else
24  would -- with those initials was in attendance.
25  BY MR. HUNG:

Page 200

1       Q.  Okay.
2       A.  Because it says -- document says it
3   may have missed folks in attendance.
4       Q.  The initials DJ, do you know who
5   that refers to?
6           MS. MAROULIS:  Objection, calls for
7       speculation.
8       A.  I believe it refers to the first --
9   first name on the list.
10  BY MR. HUNG:
11      Q.  And who is that?  You mean DJ Lee?
12      A.  I'm sorry, first name on the list
13  you're saying, right here?
14      Q.  Yes, yes.
15      A.  Yes.  So what I'm saying, I believe
16  you're referring to the first -- it's referring
17  to the first name on the list, okay.  Sorry.
18      Q.  Yes.
19      A.  Again, I don't know who else was in
20  attendance, so if this is an exhaustive list,
21  then I would conclude -- with that -- I can't
22  be a hundred percent sure --
23      Q.  Okay.
24      A.  -- without seeing a full name of
25  everybody who was in attendance.

Page 201

1       Q.  Have you heard of Octopus Project?
2       A.  (Witness nods head.)
3       Q.  What is Octopus Project?
4       A.  It's been a while, so I can't -- I
5   can't tell you exactly what the scope of the
6   Octopus Project was.  It was just an internal
7   code name for one of our projects, but I'm --
8   you'll tell me.
9           MS. MAROULIS:  Was that for
10      something that was released as a commercial
11      product or not?
12          THE WITNESS:  I don't think it
13      refers to a product, but I may be -- it
14      might -- I want to -- I want to look at the
15      document.
16          (Deposition Exhibit 410 marked.)
17  BY MR. HUNG:
18      Q.  Let me take back from you the last
19  three pages of this document.
20          MS. MAROULIS:  Yes, I think there's
21      some stuff that's different.
22          MR. HUNG:  Which were mistakenly
23      attached.  Thank you.
24  BY MR. HUNG:
25      Q.  Do you recognize Exhibit 410,

Page 234

1  depicting on my own screen a picture from the
2  besthandphone.com website.  You recognize this
3  picture, correct?
4      A.  I don't, no.  I don't recognize --
5  okay.
6      Q.  You recognize the external look of
7  the Galaxy Tab seven-inch?
8      A.  I do.
9      Q.  Okay.  It's true, isn't it, that the
10 black border as it exists on the Galaxy Tab
11 seven-inch does not appear to be under glass in
12 the same way that it appears to be under glass
13 on the Galaxy Tab 10.1?
14     MS. MAROULIS:  Objection, vague.
15     A.  I don't know if I could say that.  I
16 would have to -- I don't know if I could say
17 that.
18 BY MR. HUNG:
19     Q.  Okay.  Showing you my iPad 2.  You
20 would agree with me, wouldn't you, that the
21 black border on an iPad appears to be under the
22 glass on the iPad 2?  Does that make sense?
23     MS. MAROULIS:  Objection, vague.
24     A.  I can't tell if it's under or part
25 of, I can't, no.

Page 235

1  BY MR. HUNG:
2      Q.  Okay.  That's fine?
3      MR. HUNG:  Okay.  I have no further
4  questions for you today.  Thank you,
5  Mr. Khan.
6      MS. MAROULIS:  I don't have any
7  questions for the witness.  We're going to
8  reserve the right to review the transcript
9  and sign it, and I want to place the entire
10 transcript under the protective order,
11 attorneys -- outside attorneys' eyes only.
12 Thank you, Mr. Khan.
13     MR. HUNG:  Thank you.
14     THE WITNESS:  Thank you.
15     VIDEOGRAPHER:  We're off record at
16 3:41 p.m.  This concludes the deposition.
17     (Time Noted:  3:41 p.m.)
18
19
20     ---------------------
       OMAR SHARIF KHAN
21
22 Subscribed and sworn to before me
   this _____ day of _____, 2011.
23
24 ---------------------------------------
25

Page 236

1          C E R T I F I C A T E
   STATE OF TEXAS  )
2                  )
   COUNTY OF DALLAS )
3
       I, Daniel J. Skur, a Notary Public
4  within and for the State of Texas, do
   hereby certify:
5      That OMAR SHARIF KHAN, the witness
   whose deposition is hereinbefore set forth,
6  was duly sworn by me and that such
   deposition is a true record of the
7  testimony given by such witness.
       I further certify that I am not
8  related to any of the parties to this
   action by blood or marriage; and that I am
9  in no way interested in the outcome of this
   matter.
10     IN WITNESS WHEREOF, I have hereunto
   set my hand this 20th day of September,
11 2011.
12
13
   _____
14         Daniel J. Skur
           Notary Public, State of
15    Texas.
           My Commission Expires
16 7/10/2014
17
18
19
20
21
22
23
24
25

Page 237

1    ERRATA SHEET FOR THE TRANSCRIPT OF:
2  Case Name:  Apple Inc.,
                 v
3           Samsung Electronics Company Co.
              Inc., et al.
4  Dep. Date:  September 20th, 2011
   Deponent:  OMAR SHARIF KHAN
5
   Reason codes:
6  1. To clarify the record.
   2. To conform to the facts.
7  3. To correct transcription errors.
8          CORRECTIONS:
9  Pg. Ln. Now Reads    Should Read    Reason
10 ___ ___ _____ _____ _____
11 ___ ___ _____ _____ _____
12 ___ ___ _____ _____ _____
13 ___ ___ _____ _____ _____
14 ___ ___ _____ _____ _____
15 ___ ___ _____ _____ _____
16 ___ ___ _____ _____ _____
17 ___ ___ _____ _____ _____
18 ___ ___ _____ _____ _____
19 ___ ___ _____ _____ _____
20 ___ ___ _____ _____ _____
21 ___ ___ _____ _____ _____
22 ___ ___ _____ _____ _____
23 ___ ___ _____ _____ _____
24 ___ ___ _____ _____ _____
25 ___ ___ _____ _____ _____

```
                                            Page 238
 1    ___ ___ _____ _____ _____
 2    ___ ___ _____ _____ _____
 3    ___ ___ _____ _____ _____
 4    ___ ___ _____ _____ _____
 5    ___ ___ _____ _____ _____
 6    ___ ___ _____ _____ _____
 7    ___ ___ _____ _____ _____
 8    ___ ___ _____ _____ _____
 9    ___ ___ _____ _____ _____
10    ___ ___ _____ _____ _____
11    ___ ___ _____ _____ _____
12    ___ ___ _____ _____ _____
13    ___ ___ _____ _____ _____
14
15
16
17        _____
              OMAR SHARIF KHAN
18
19
20    SUBSCRIBED AND SWORN BEFORE ME
      THIS _____ DAY OF _____, 2011.
21
22
      _____
23    (Notary Public)  MY COMMISSION EXPIRES:_____
24
25
```

```
                                            Page 239
 1           -------I N D E X-------
 2    WITNESS:     EXAMINATION BY      PAGE:
 3    OMAR SHARIF KHAN
 4         Mr. Hung               4
 5
 6                  *****
 7    --------------------EXHIBITS------------------
 8    Deposition Exhibits          PAGE/LINE
 9         PREVIOUSLY MARKED
10    Exhibit 171  3/22/2011 Fast         134/16
           Company.Com Article
11         Entitled Samsung's
           Anti-iPad 2 Policy:
12         Clone the Heck Out of It
           2 pages
13
      Exhibit 181  7/15/2010 Wired.Com    148/20
14         Article Entitled First
           Look:  Samsung Vibrant
15         Rips Off iPhone 3G Design
           2 pages
16
17         MARKED THIS SESSION
18    Exhibit 400  6/18/2010 Krzykowski   54/16
           Article
19         2 pages
20    Exhibit 401  1/8/2011 Dallas News.Com  64/17
           Article, Samsung Sees a
21         Bright Future
           2 pages
22
      Exhibit 402  Samsung's Initial      70/18
23         Disclosures Pursuant to
           Fed Rule of Civil
24         Procedure 26(a)(1)
           10 pages
25
```

```
                                            Page 240
 1    --------------------EXHIBITS------------------
 2    Deposition Exhibits          PAGE/LINE
 3    Exhibit 403  1/12/2011 Hwang Email,   99/15
           Regarding Verizon iPhone
 4         Bates No. SAMNDCA00507709
           through 00507717
 5
      Exhibit 404  2/17/2011 Slides      108/17
 6         Regarding Galaxy Tab
           Bates No. SAMNDCA00501516
 7         through 00501578
 8    Exhibit 405  3/25/2011 CNN.Com     155/18
           Article, to Take on
 9         Apple, New Tablets Go
           Where iPad Won't
10         3 pages
11    Exhibit 406  Depiction of iPhone 3GS  161/25
           Bates No. SAMNDCA00024754
12
      Exhibit 407  Slide Deck Entitled   168/17
13         iPhone 4.0 Quick Report
           and Analysis
14         Bates No. SAMNDCA0024872
           through 00024941
15
      Exhibit 408  7/7/2011 Huh Email to  194/2
16         Morris Regarding 7/06
           Update Galaxy Tablet 10.1
17         Bates No. Cut Off
18    Exhibit 409  March 21, Executive   194/4
           Readout
19         Bates No. SAMNDCA00500117
           through 00500122
20
      Exhibit 410  Slide Deck Entitled   201/16
21         Octopus Project, HQ-STA
           Collaboration, Design
22         Group, Samsung
           Electronics Company
23         Limited
           Bates No. SAMNDCA00507828
24         through 00507836
25
```

```
                                            Page 241
 1    --------------------EXHIBITS------------------
 2    Deposition Exhibits          PAGE/LINE
 3    Exhibit 411  6/18/2011 Slide Deck    205/4
           Entitled Marketing Update
 4         Bates No. SAMNDCA00510053
           through 00510075
 5
      Exhibit 412  2/3/2011 Kolhatkar Email  212/14
 6         to Dale Sohn and Others
           Regarding EV
 7         Bates No. SAMNDCA00517620
           through 00517626
 8
 9
10
...
25
```