# EXHIBIT 47

# FILED UNDER SEAL

```
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION

 3          Civil Action No:  11-CV-01846-LHK

 4
   APPLE INC., a California corporation,
 5

 6          Plaintiff,

 7  vs.

 8  SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
 9  SAMSUNG ELECTRONICS AMERICA, INC.,
    a New York corporation; and
10  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
11

12          Defendants.

13  _____

14

15           *** HIGHLY CONFIDENTIAL ***
                 ATTORNEYS' EYES ONLY
16

17        VIDEOTAPED PERSONAL DEPOSITION OF:

18                    JEEYEUN WANG

19

20


21                  February 2, 2012
                      Kim & Chang
22                 Seoul, South Korea
                 9:53 a.m. - 4:51 p.m.
23

24

25
```

Page 14

```
 1  at?
 2  BY MR. BEARD:
 3      Q    6129.
 4      A    I'm there.
 5      Q    You work within the Product Strategy Team,
 6  correct?
 7      A    Yes.
 8      Q    And do you see your name in approximately
 9  the middle column on the page at the top?
10      A    Yes.
11      Q    And you see where it identifies you as
12  director GUI/Art?
13      A    Yes.
14      Q    And there's another director right below
15  that named Meeyoung Kim, correct?
16      A    Yes.
17      Q    What are your responsibilities as
18  director -- first of all, is that your current
19  title?
20      A    I am senior designer and my name is
21  Jeeyeun Wang.
22      Q    It says here "director."  Are you not a
23  director?
24      A    That's correct.  That director is a
25  designation that signifies my role and duties, and
```

Page 15

```
 1  on my business card and on the organizational chart,
 2  the official title reflected there will be senior
 3  designer.
 4      Q    Can you describe your current job
 5  responsibilities?
 6      A    I am charged with GUI review that's
 7  carried out by the UX lineup part of the umbrella
 8  team called Mobile Design Team.
 9      Q    Within your job responsibilities, do you
10  assist with identifying icons for Samsung's
11  smartphones?
12           MS. KASSABIAN:  Objection.  Vague as to
13  the term "identifying" and vague as to time.
14           MR. BEARD:  That's a fair objection.  Let
15  me restate the question.
16  BY MR. BEARD:
17      Q    Currently within your job
18  responsibilities, do you assist with designing icons
19  for Samsung smartphones?
20      A    Yes, I see to that aspect together with
21  others.
22      Q    What do you mean by "see to that aspect"?
23      A    By that I mean I discuss with my
24  colleagues to see whether a certain design is a good
25  design.  And sometimes I would come up with an idea
```

Page 16

```
 1  or ideas and sometimes I would report as to that to
 2  my superior.
 3      Q    During the time you have been at Samsung,
 4  have you ever personally designed icons for
 5  smartphones?  And by "design," I mean a drawing or a
 6  sketch, something like that.
 7           MS. KASSABIAN:  Objection.  Vague and
 8  ambiguous as to "smartphone."
 9      A    Right.  Could you please tell me which
10  phones you are referring to here?
11  BY MR. BEARD:
12      Q    Sure.  For now let's start with the Galaxy
13  series of phones.
14      A    There are many different kinds within the
15  Galaxy series.
16      Q    Correct.
17      A    So which specific models are you referring
18  to?
19      Q    Any of them.
20           MS. KASSABIAN:  Perhaps you could restate
21  your full question and we could get an answer.
22      A    Yes, please.
23           MR. BEARD:  Could you read back my
24  question?
25           (The record was read back by the court
```

Page 17

```
 1  reporter.)
 2           MS. KASSABIAN:  Now we are back to the --
 3  BY MR. BEARD:
 4      Q    If you give me a moment, I will.
 5           MS. KASSABIAN:  Thought that might be the
 6  better way to proceed.
 7  BY MR. BEARD:
 8      Q    So when I refer to smartphones in my
 9  question, we are talking about any of the Galaxy
10  series of phones.
11           MS. KASSABIAN:  Just to clarify, you are
12  defining "smartphone" as Galaxy -- any Galaxy phone.
13  Is that how she should understand your question?
14  Counsel?
15           MR. BEARD:  If you make an objection,
16  that's fine.  I'm looking to see if she can answer
17  the question.
18           MS. KASSABIAN:  I'm trying to understand
19  the question so I know whether to object.  Are you
20  equating the two?
21           MR. BEARD:  No, I clarified that what I
22  meant by "smartphone" for purposes of my question
23  was any of the Galaxy series of phones.
24           MS. KASSABIAN:  So for this question, I
25  think we are kind of lost now probably.  It would
```

Page 18

1  make more sense for your transcript to ask a clean
2  question rather than have her restate parts of
3  different questions because I'm getting confused and
4  the witness may be confused as well.
5  BY MR. BEARD:
6      Q    During the time that you worked at
7  Samsung, have you ever designed icons for any of the
8  Galaxy series of phones?
9      A    When you say "icons" in your question, are
10 you referring to all icons that are used in the
11 applications?
12     Q    Any icon for any of the Galaxy series of
13 phones.
14     A    Okay.  If that's the definition of "icons"
15 here, I have personally drawn icons.
16     Q    Since being at Samsung during the last ten
17 years, has there been any period of time where you
18 have not been involved with designing icons?
19     A    This is slightly confusing because there
20 were certain period of time over which I was not
21 employed by the company.
22          (Interpreters conferring.)
23          INTERPRETER:  Let me strike that.  "There
24 was a slight confusion by me because there were
25 certain period of time that I was not with the

Page 19

1  company."
2  BY MR. BEARD:
3      Q    Did you take a leave of absence from the
4  company?
5      A    Yes, maternity leave.
6      Q    Other than when you were on maternity
7  leave, during the time you worked at Samsung, have
8  you always been involved in icon design?
9      A    That was not the case.  There were some
10 periods of time where I was off to training session.
11 And there was other time period where I was charged
12 with different job duties within the Design Team.
13     Q    When was the first time you worked on
14 designs for icons while at Samsung?
15     A    Although my memory is very vague, I would
16 think that I would have started doing that job
17 immediately upon joining the company.
18     Q    Do you work with Meeyoung Kim?
19     A    I used to work with her.
20     Q    Is she no longer within the Product
21 Strategy Team?
22     A    The organizational structure change took
23 place yesterday, as of February 1st.
24     Q    So taking a look at the exhibit that you
25 have in front of you, which is Exhibit Number 1386,

Page 20

1  the functional organization chart by Group/Team
2  dated January of 2012, specifically the Bates page
3  ending 6129, is this no longer an accurate
4  organizational chart for the Product Strategy Team?
5          MS. KASSABIAN:  Objection.  Lacks
6  foundation.  Assumes facts not in evidence.  I
7  caution the witness not to guess, but if you know
8  the answer, please provide it.
9      A    Senior designer Meeyoung Kim is
10 transferred or moved to this organization that's
11 reflected on the left of the page.  And since there
12 have been restructuring and reorganizations of
13 different duties and roles that are carried out by
14 this new UX cluster part, so I don't know exactly as
15 to what Meeyoung Kim will be charged with, what role
16 she will be playing at different time.
17     Q    As of February 1st when the structure
18 changed, do you still hold the position of GUI/Art
19 director?
20          MS. KASSABIAN:  Objection.  Misstates
21 prior testimony.
22          MR. BEARD:  I think that's a fair
23 objection.
24 BY MR. BEARD:
25     Q    I think you said that was not your job

Page 21

1  title but your responsibility.  Is your
2  responsibility still GUI/Art director?
3      A    My title is still senior designer, and the
4  role that I undertake is what's internally called
5  GUI creative director.
6      Q    Prior to the February 1st change, did you
7  report in to executive director Dony [sic] Hoon
8  Chang?
9          MS. KASSABIAN:  Objection.  Vague as to
10 "report in to."
11     A    He is a person --
12          COURT REPORTER:  "He is a person" -- I
13 didn't hear.  Please repeat.
14          INTERPRETER:  "He is my superior."
15          MS. KASSABIAN:  I'm just going to object
16 to the translation of that, and if you need to have
17 a conversation with the witness, please do.
18          INTERPRETER:  I cleared up the record.
19 "He is my superior."
20          MS. KASSABIAN:  And my check interpreter
21 disagrees with that, so you want to clarify that?
22 BY MR. BEARD:
23     Q    Do you report directly to executive
24 director Dony Hoon Chang?
25     A    No, I do not.

Page 22

1    Q   Who do you report directly to?
2    A   I directly report to many different
3  persons.
4    Q   Who is your immediate superior, the person
5  that is directly above you?
6        MS. KASSABIAN: Objection. Already asked
7  and answered. You can answer again.
8    A   Here are you referring to after the
9  reorganization restructuring that took place
10 yesterday or prior to that?
11 BY MR. BEARD:
12   Q   Good question. Let's start with -- I'm
13 going to ask you questions starting before the
14 change that took place yesterday.
15       So starting with before the change, who
16 did you directly -- who was the person directly
17 above you?
18   A   Likewise there were many different persons
19 to whom I reported.
20   Q   Focusing on Exhibit 1386, the functional
21 organizational chart by Group/Team dated January of
22 2012, prior to the change that took place on
23 February 1st, does this page ending Bates page 6129
24 accurately reflect the structure of the Product
25 Strategy Team?

Page 23

1        MS. KASSABIAN: Objection. That's a
2  compound question and it assumes facts not in
3  evidence and lacks foundation.
4    A   First of all, there are many different
5  names that I have not seen before. And with respect
6  to list of names that I can recognize, if you please
7  would specify or identify me a certain name or
8  names, then I would be able to tell you as to his or
9  her roles and as to what those roles would be from
10 my experience.
11 BY MR. BEARD:
12   Q   Sure, let's try it this way: Prior to
13 February 1st, that's the time we are focusing on,
14 you said you reported in to many people. Who are
15 those people?
16   A   If you look at the chart, there's a
17 reference to unit leader and also cell leader, and
18 since I am third-year senior designer, I would
19 report to people that are above me in the event that
20 I have a chance to report.
21   Q   Who is the -- prior to February 1st, who
22 was the unit leader that you reported in to?
23       MS. KASSABIAN: I am going to object again
24 as vague and ambiguous as to the phrase "reported in
25 to." And it also assumes facts not in evidence.

Page 24

1    A   Since I am charged with many different
2  things such as bada, Android and tablets, that is to
3  say I oversee overall GUI aspects, so depending on
4  the subject of matter each time, the person or
5  persons to whom I would report varies.
6  BY MR. BEARD:
7    Q   In your earlier testimony you mentioned a
8  unit leader that you reported to. What's the name
9  of the unit leader?
10       MS. KASSABIAN: Objection. Misstates the
11 witness's prior testimony.
12   A   Right. I just stated that I report to
13 many different personnel, such as unit leader, cell
14 leader, and people who are higher in the hierarchal
15 structure.
16       MS. KASSABIAN: I want a to make an
17 objection. I think something is being lost in the
18 translation of the phrase "reported to." I think
19 that my sense of this translation is that she is
20 taking that term literally as in give a report. So
21 perhaps maybe you can try --
22       INTERPRETER: Interpreter's interjection
23 for the record: The English term "reported to,"
24 that vague inaccuracy which are coexisting is being
25 conveyed as is into Korean. And if you say there is

Page 25

1  mistranslation, you should provide basis for that.
2        MS. KASSABIAN: What I'm saying is I'm
3  hearing that there's a miscommunication going on.
4  I'm not saying that you are not translating
5  properly. But my sense is that we are not having a
6  meeting of the minds here.
7        But Mr. Beard can continue questioning
8  however he sees best. I'm just trying to move
9  things along for you, Counsel.
10 BY MR. BEARD:
11   Q   Do you understand the word "supervisor"?
12   A   Are you referring to personnel who is
13 higher in the hierarchal system?
14   Q   Yes.
15   A   So just to clarify one more time, my
16 position is the third-year senior designer, so by
17 that, you are referring to people who are higher in
18 my positions, such as fourth-year senior, fifth-year
19 senior and sixth-year senior and so forth?
20   Q   Referring to supervisors that oversee your
21 work.
22   A   I'm not entirely clear about this as to
23 whether you are referring to any supervisor as
24 superior to whom I would be reporting or who would
25 oversee my reporting in and out of the company and

Page 26

1  from which I will obtain approvals on any matter,
2  the overall structural system, or are you referring
3  to any superiors to whom I would report on reviews
4  on a certain given project?
5       MS. KASSABIAN: Did you need to clarify
6  anything?
7       (Interpreters conferring.)
8       INTERPRETER: "So to further clarify, you
9  are asking for any supervisor who would oversee my
10 overall personal-related matter -- personnel-related
11 matter in the whole system or to whom I would report
12 about any reviews on a given project? Which one?"
13 BY MR. BEARD:
14     Q    The second one.
15     A    Okay. There are still many people there
16 still.
17     Q    Let's focus on when Samsung is designing
18 icons. So if you have a project where you are
19 working on icon design, who is your supervisor for
20 that type of project? And we are still prior to
21 February 1st.
22          MS. KASSABIAN: Objection. Vague and
23 ambiguous.
24     A    I would like to clarify as to which model,
25 which icon you are referring to here, please.

Page 27

1  BY MR. BEARD:
2      Q    For any of the Galaxy series of phones.
3      A    There have been more than five different
4  departments or organizations that were charged with
5  confirmation and review of those icons.
6      Q    So if you can identify those five or more
7  people.
8           MS. KASSABIAN: Objection, misstates the
9  witness's testimony.
10     A    Right. I don't think that's quite what I
11 stated earlier.
12          Even with respect to Galaxy series phones,
13 designs of which were carried out in the years of
14 2007, -8 and 2009, and if you are asking me about
15 the colleagues that I worked with in the same
16 department or the people who would have been
17 involved in confirmation of that work, going way
18 back into the past prior to those time periods, and
19 also because the Galaxy series phones are being mass
20 produced still at this point, there would be too
21 numerous icons out there and too numerous people who
22 would have been involved in the confirmation work in
23 that regards so I can't enumerate them all.
24 BY MR. BEARD:
25     Q    Over the past two years when working on

Page 28

1  icon design projects, who are the three people that
2  supervised your work most frequently?
3           MS. KASSABIAN: Objection. Assumes facts
4  not in evidence. Vague and ambiguous.
5      A    First of all, we do not carry out what's
6  called icon design project separately.
7  BY MR. BEARD:
8      Q    I'm not trying to separate them out. I'm
9  talking about the work responsibilities that you
10 described earlier relating to icon design, over the
11 last two years, who were the three people that
12 supervised your work most frequently.
13          MS. KASSABIAN: Objection. Vague and
14 ambiguous. Misstates prior testimony. Asked
15 already and answered.
16     A    Even over the past two years, there would
17 be too numerous team members who would have been
18 charged with Galaxy S or Galaxy series. And like
19 you said, to cite the term that you used, which was
20 icon design project, there wasn't a time where we
21 carried out a certain project under that name
22 separately. And if you were to ask me about Galaxy
23 series or GUI designs of Galaxy series, I would
24 think all these different people who are listed here
25 would have been involved in that.

Page 29

1  BY MR. BEARD:
2      Q    Earlier you identified as your -- that the
3  following is your job responsibilities. First, you
4  said that you do GUI review with the UX part. Is
5  that correct?
6           MS. KASSABIAN: Objection. Misstates
7  prior testimony.
8      A    Over the last one-year period, I was
9  charged with the overall review work of GUI which
10 was carried out by our team which is UX design part,
11 as a creative director, as one of my roles and
12 responsibilities, to answer your question about GUI
13 you just mentioned.
14 BY MR. BEARD:
15     Q    And another responsibility you listed
16 earlier was discussing with colleagues if icons
17 designs are good.
18     A    Yes.
19     Q    You also said that sometimes you come up
20 with your own icon design ideas, correct?
21     A    Yes.
22     Q    And you testified that sometimes within
23 your responsibilities you report to your
24 supervisors?
25     A    Yes.

Page 38

1   A   There are many different reasons. First
2  of all, I don't feel the need to answer the question
3  just posed of me just now. Samsung always tries to
4  make its icons better.
5  BY MR. BEARD:
6   Q   What are the reasons that Samsung made
7  this change?
8       MS. KASSABIAN: I'll restate the same
9  objections and caution the witness not to disclose
10 any communications from counsel.
11  A   Okay. The design always reflects current
12 trends and also reflects the functionality of the
13 applications. And in the event the past designs
14 appear to be out of date, in such event, the company
15 would try to renew the looks so that the designs
16 would show a new appearance.
17      Like I stated earlier, although it may
18 make changes based on different reasons, I would not
19 answer to the portions that would fall under the
20 privilege per my attorney's instruction. To tell
21 you about the renewal reasons or positions, those
22 icons have been changed so that it would present
23 better looks.
24 BY MR. BEARD:
25  Q   Is one of the reasons that Samsung made

Page 39

1  the change because of this lawsuit?
2       MS. KASSABIAN: I'm going to object. That
3  question called directly for privileged
4  communications. I'm kind of shocked you asked it.
5       But, in any event, I instruct the witness
6  not to answer. So you don't need to answer that
7  question as well.
8       MR. BEARD: So just to address the
9  objection issue, there are instances when business
10 people can have discussions outside the purview of
11 counsel involving lawsuits and the reasons for
12 changes. I'm not trying to invade if there were
13 discussions from counsel to the witness, but I would
14 like to at least have your -- sorry, your
15 instruction not to answer limited to communications
16 with counsel just in case there were business
17 discussions that didn't involve the lawyers.
18      MS. KASSABIAN: First of all, that wasn't
19 the question that you asked the witness. And so
20 that type of a response wouldn't have been
21 appropriate, in any event.
22      And second of all, I don't agree with your
23 limitation on the scope of the privilege given that
24 business discussions may have taken place at the
25 direction of attorneys.

Page 40

1       So I think we can move on to your next
2  question.
3       MR. BEARD: I'll try to reword it then.
4  BY MR. BEARD:
5   Q   Were there any discussions amongst the
6  business people without lawyers present that the
7  reason -- one of the reasons to change the photo
8  icon as reflected here on this document was because
9  of this lawsuit?
10      MS. KASSABIAN: I'm going to object and
11 instruct the witness not to answer. There is no
12 foundation for that question and I do think that it
13 is seeking to invade the privilege. It's not the
14 case that privilege only applies if a lawyer is
15 standing in the room during a conversation between
16 business people. So you don't have to answer.
17 BY MR. BEARD:
18  Q   And are you going to follow your counsel's
19 instruction?
20  A   Yes. Quite frankly, I didn't quite
21 understand your original question.
22  Q   That's okay. We have an instruction and
23 you have confirmed you are going to follow the
24 instruction.
25      We are still on the same page of

Page 41

1  Exhibit 1387. It's ending with Bates Number 8729.
2       So starting with the call icon, do you
3  agree that the call icon for Apple looks very
4  similar to the call icon for Galaxy S?
5       MS. KASSABIAN: I'm going to object on the
6  basis that the phrase "very similar" is vague and
7  ambiguous, and also that the copy that you have
8  presented here does not give the witness the
9  material that she might need to answer that
10 question.
11      With that objection, you can answer,
12 Ms. Wang.
13 BY MR. BEARD:
14  Q   Let's go ahead and we will use the color
15 version which -- I think counsel's objection was
16 fair.
17      If you can pull out Exhibit Number 1, the
18 first one we looked at today.
19      MS. KASSABIAN: I'm going to object to
20 this document since it is an attorney-created
21 document put together by Apple's counsel. It is not
22 an authentic document from the files of Samsung, and
23 I don't necessarily agree that whatever has been cut
24 and pasted into this attorney-created document is an
25 accurate reflection of the actual icons.

Page 42

1        Subject to all those objections, Counsel,
2  feel free to ask your questions.
3  BY MR. BEARD:
4      Q    So looking at the first icon, with the
5  purple icon at the top, do you agree that the two
6  icons look very similar?
7           MS. KASSABIAN:  Again, I'll object.  The
8  question is vague and ambiguous, and this document
9  is a counsel-created document, apparently resized,
10 and I don't know whether the color is true as well
11 versions of these icons.
12          MR. BEARD:  Let's pause right there.  I'm
13 going to ask a series of questions on this document.
14 Do you have any other objections beyond those just
15 so we can move quickly?
16          MS. KASSABIAN:  We will have to see what
17 the questions are, but I think this document is
18 probably a waste of time given that this is --
19 unless you are going to represent that these are the
20 exact colors, the exact sizes, the exact proportions
21 of these icons as they appear on the actual product,
22 I don't see the point of this line of questioning.
23 But I will try to keep my objections as brief as
24 possible for purposes of moving things along.
25 BY MR. BEARD:

Page 43

1      Q    So, again, looking at the top, the purple
2  icon, the one in the middle column and the one in
3  the right column, do you agree that those seem very
4  similar?
5           MS. KASSABIAN:  I'll again restate all my
6  same objections.
7      A    First of all, I see that the top portions
8  that are reflected on my copy differs greatly from
9  the one shown on your copy.
10 BY MR. BEARD:
11     Q    I just happen to have a document that
12 doesn't have a third column in it.  I'm asking you
13 to focus on the exhibit in front of you, the middle
14 row and the last row.
15          MS. KASSABIAN:  Same objections.
16     A    What I was trying to state right now is
17 that just two top portions of the two columns only,
18 I see that those two are very different from the top
19 two shown on your copy.
20 BY MR. BEARD:
21     Q    So the exhibit in front of you is the
22 official deposition exhibit --
23          MS. KASSABIAN:  Do you have your copy?
24          MR. BEARD:  I happen not to have a copy.
25 BY MR. BEARD:

Page 44

1      Q    So I'm asking you to make a comparison
2  between the middle row and the row on the right, the
3  top icon, the music icon.
4           MS. KASSABIAN:  Counsel, what are you
5  representing the middle row to be again?  Because
6  they are not labeled on this document.  It's not
7  labeled.
8  BY MR. BEARD:
9      Q    So on the bottom of the document, the
10 first row, the middle column is the iPhone and the
11 right column is the Samsung Galaxy S.
12          MS. KASSABIAN:  Again, same objections,
13 and I still haven't heard a representation from
14 counsel that these are accurate cut-and-paste
15 depictions of the icons in these two devices.
16          But subject to those objections, Ms. Wang,
17 you can answer.
18     A    Although I think the definition of the
19 term used which is similar sounds rather vague to
20 me, I think I would be able to provide my personal
21 view based on what's reflected on this piece of
22 paper.
23          So if you point to me as to the two icons
24 that you are referring to here, then I will answer
25 your question based on what's reflected on this

Page 45

1  printout.
2  BY MR. BEARD:
3      Q    So we are going to start by looking at the
4  top two icons, the one in the middle and the one in
5  the right-hand side.
6      A    Okay.  Then may have the question one more
7  time, please?
8      Q    Don't those look very similar?
9           MS. KASSABIAN:  Objection, vague and
10 ambiguous.  And same objections to the document.
11     A    Well, "similar" is a very relative term
12 and it's subjective.  To me, they look very
13 different.  At the time of icon designing, such
14 design is carried out by opening a Photoshop file.
15          You mentioned about color earlier.  If you
16 capture an icon from the shown on the right side by
17 "spoid" (phonetic) and likewise if you did this same
18 job on the icon on the left to that one, you would
19 have a totally different right on the color.
20 BY MR. BEARD:
21     Q    Let's go back to I think you said you
22 weren't sure what I meant by "very similar."
23          What's the word "similar" mean to you?
24          MS. KASSABIAN:  Objection.  Irrelevant and
25 vague.

Page 46
```
 1    A    I don't know from where I should start to
 2  extend to where when I explain about this.  If you
 3  would please specify to me in which area or aspect
 4  something is similar, then I will try to answer the
 5  question.
 6  BY MR. BEARD:
 7    Q    I'm trying to get a definition from you.
 8  You said earlier you didn't know what I meant by
 9  "similar."  I want to know, what does the word
10  "similar" mean to you?
11        MS. KASSABIAN:  I'm going to object.  That
12  misstates what the witness said.  She said "similar"
13  is a relative and subjective term.  And I think she
14  has answered the question already.
15        But you can answer it again.
16    A    Well, I think the question is requiring
17  subjective answer.  However, I will try to answer it
18  based on the comparison that I can make on what's
19  reflected here.
20        Like I said earlier, colors are totally
21  different.  They are of totally different color.  On
22  the left-side icon, the musical note is in the
23  center, whereas the musical note is shown on the
24  right bottom side on the icon sold on the right
25  column.  And whereas there is a line shown on the
```

Page 47
```
 1  icon on the left column, the one shown on the right
 2  column, there a CD shown.  And whereas on the left
 3  icon, there are all different little lines shown,
 4  and on the right one there is no such lines.  And
 5  again, on the left one, all this top portions are
 6  pretty light, and on the right one there is no such
 7  light portion shown.  And again, on the left one,
 8  the musical note is in white color, and the musical
 9  note shown on the right one appears to be pink in
10  color.
11        And since I'm a designer, whereas the
12  darkest regional area shown on the one on the left
13  will be here and here, the mid portion, the darkest
14  area shown on the icon on the right column are top
15  right end corner and left bottom corner.  It's sort
16  of two areas that are diagonally situated.  Again,
17  the size of the musical notes, including that
18  element.
19        There is so many different aspects that
20  are different between the two.
21  BY MR. BEARD:
22    Q    Turning to the second icon down, the one
23  for the phone, do you agree that the phone icon in
24  the middle column looks very similar to the phone
25  icon in the right column?
```

Page 48
```
 1        MS. KASSABIAN:  Objection.  Vague and
 2  ambiguous.  I maintain my same objections to this
 3  document.
 4    A    Still, although the term "similar" is a
 5  very subjective term, these ones that are shown here
 6  are different.  On the contrary, may I ask you as to
 7  in what aspects do you believe these to be similar?
 8  BY MR. BEARD:
 9    Q    You could ask.  It's not the appropriate
10  venue for you to be asking me questions.
11        MS. KASSABIAN:  It's not important.  Just
12  let him ask the questions.
13  BY MR. BEARD:
14    Q    My view of course is that they are very
15  similar, but I'm here to ask you questions today.
16    A    Well, the way I look at this is they look
17  very different to me.
18    Q    And how do they look different to you?
19    A    Okay.  On the one on the left, there are
20  vague lines spread out like this, whereas there is
21  none of those lines shown on the right one.  The
22  phone icon on the left one is small in size, whereas
23  the one shown on the right is bigger.  And I also
24  see that the positions or angles on which these
25  phones are situated are different from each other.
```

Page 49
```
 1  And whereas the icon shown on the left has the top
 2  half portion shown in lighter color, on the right
 3  side icon there is no such light area shown.  And I
 4  see that the icon on the right-side column contains
 5  some shadowed portion.
 6        It is the phone, the receiver itself shown
 7  on the right column, it looks very real, as if one
 8  can just pick up the phone from the picture, whereas
 9  the one shown on the left side looked flat.  Again,
10  the one shown on the right column seems -- looks as
11  if it's protruding and the phone icon shown on the
12  left column looks as if it's placed kind of
13  indented.
14        And also the colors are different.
15    Q    Any other differences that you see?
16        MS. KASSABIAN:  Same objections to this
17  line of questioning.
18    A    They just look different.
19        (Exhibit 1388 was marked for
20  identification.)
21  BY MR. BEARD:
22    Q    You have just been handed what's been
23  marked as Deposition Exhibit Number 1388, bears
24  Bates Number SAMNDCA10478745.  And this is another
25  document that Samsung said came from your computer
```

Page 66

1  A   Well, on many different occasions, I
2  receive countless documents very frequently from
3  many different sources.  For example, from different
4  departments or other organizations about competitive
5  analysis and also documents reflecting future
6  directions, telling what designs we should go
7  forward with in coming years, such as following
8  year, two years after or three years after and so
9  forth.
10 BY MR. BEARD:
11    Q   Have you yourself ever performed a
12 competitive analysis with your competitors'
13 products?
14    A   Competitive analysis in which field?
15 Mobile or any other?
16    Q   Start with smartphones.
17    A   What aspect of smartphone are you
18 referring to when you say "competitive analysis"?
19    Q   Any.
20        MS. KASSABIAN:  Objection, vague.
21    A   There are numerous competitive analysis
22 that are conducted.
23 BY MR. BEARD:
24    Q   I agree.  My question to you:  Have you
25 ever performed a competitive analysis of Samsung's

Page 67

1  competitors' products in the smartphone area?
2     A   No.
3     Q   Have you ever performed competitive
4  analysis involving tablets?
5     A   No.
6     Q   If you can turn to the third page of this
7  exhibit, Samsung Mobile Icon Designs for 2011
8  PowerPoint, this document references as a
9  deliverable an icon style guide.
10        Have you ever worked on an icon style
11 guide?
12    A   No.
13    Q   If you can please turn the page for me, we
14 are now on page 4 of the exhibit, Bates page ending
15 514, the fourth bullet point down reads, quote,
16 Enabling consistency with third-party icons, end
17 quote.
18        Have you ever worked on a project
19 involving the consistency of icons prepared by third
20 parties?
21        MS. KASSABIAN:  Objection.  Vague and
22 ambiguous.
23    A   I don't know exactly as to the purpose of
24 this document nor what is referred to by that
25 reference.

Page 68

1  BY MR. BEARD:
2     Q   If you can turn to page 8 of the exhibit,
3  it ends in Bates Number 518.
4     A   Page 8.
5     Q   Are you familiar with the iPhone icon
6  container that's depicted on the left-hand side of
7  this slide?
8     A   I am aware that iPhone icon has a
9  container.
10    Q   And if you will turn to the last page of
11 this exhibit, page 15, it ends in Bates Number 525,
12 are you familiar with the icon guidelines put out by
13 Apple that are referenced in the first bullet point
14 below the pictures on this page?
15    A   No.  But I see there's a reference of
16 developer.apple.com.  I am primarily charged with
17 Android, and if you look at Android, there's also
18 developer.android.com there.
19    Q   Are you aware whether Apple has icon
20 guidelines for third parties?
21    A   Yes, I am.
22    Q   Have you seen them before?
23    A   Not on their site, no.
24    Q   I'm not asking if you have seen them on
25 their site.  My question is whether you have seen

Page 69

1  them before, ever.
2     A   No, I have not.
3         (Exhibit 1392 was marked for
4  identification.)
5  BY MR. BEARD:
6     Q   You have just been handed Exhibit 1392, an
7  e-mail written by you dated September 11, 2008,
8  regarding SMART icons.  The Bates number range is
9  SAMNDCA10247664 through 66.
10        Did you write this e-mail?
11    A   Although I don't have that specific
12 recollection, I see that this document states that I
13 am the sender, so I will try to refresh my
14 recollection of this e-mail.
15    Q   Do you have any reason to believe that you
16 did not write this e-mail?
17    A   But if I just skim through the body
18 content of this e-mail, I see a reference of
19 possibility of implementation to state that
20 implementation is possible or not possible.  And
21 based on that, I think perhaps R&D part of the
22 organization prepared this, and I was not a part of
23 implementation but a part of Design Team so --
24 that's how it appears to me as reflected in this
25 document.

Page 70

1    Q    My question is a little bit different.  My
2 question is:  Do you have any reason to believe that
3 you did not write the e-mail that appears here
4 underneath your e-mail address?
5    A    I may have to repeat myself.  This is my
6 business ID, e-mail ID.  It is accurate that I wrote
7 this e-mail with my business ID.
8         (Interpreters conferring.)
9    A    What I meant by that is it is correct that
10 this was written with my business e-mail ID, but
11 looking at the content of this body text, I don't
12 think this is something that I can answer to.  And
13 since this e-mail deals with content that is
14 indicating about implementation feasibility and not
15 feasibility which is coming from the R&D side, at
16 this moment, I don't remember having provided this
17 answer.  Therefore, I'm not sure as to whether I
18 would have written this by after having discussed
19 over the telephone with someone at the Development
20 Team or whether somebody from the Development Team
21 wrote this about implementation ideas using my ID.
22 I need to check on that.
23    Q    Is it your testimony that someone else at
24 Samsung has access to your e-mail ID?
25         MS. KASSABIAN:  Objection.  Misstates

Page 71

1 testimony.
2    A    Well, this may be possible.  And this is
3 something that actually happened.  At one time, I
4 attended a meeting in Suwon, and while I was
5 checking on something by logging on to my e-mail,
6 one person who was with the development side, by
7 using my ID, put in something coming -- using my
8 e-mail address.
9         I'm not saying that this very e-mail would
10 be included in such instance.  I'm asking you to
11 give a little more time so that I can check on it
12 and answer it later.
13 BY MR. BEARD:
14    Q    You testified earlier that you know
15 someone named Sami Paihonen, correct?
16    A    Yes.
17    Q    And in the 2008 time frame, he worked in
18 the same team as you, correct?
19    A    Yes.
20    Q    Would you turn to the last page of this
21 exhibit, page 3?  The first line at the end --
22 sorry, the second sentence reads quote, For example,
23 calendar icon could have the current date displayed
24 on it, open paren, like iPhone, close paren, end
25 quote.

Page 72

1         Do you remember having a discussion with
2 Mr. Paihonen on that subject?
3    A    I remember the subject.  However, I don't
4 recall having a discussion with Sami.
5    Q    If you look at page 2 of the document, at
6 the top there's a picture of the screen with various
7 icons.  Do you see that?
8    A    Yes.
9    Q    And do you see where the calendar has a
10 number inside the picture?  Do you see that?
11    A    Yes.
12    Q    Did you create that?
13    A    No.
14    Q    Who did?
15         MS. KASSABIAN:  Objection.  Lacks
16 foundation.  Calls for speculation.
17    A    I don't know who.
18 BY MR. BEARD:
19    Q    So this was sent under your e-mail
20 address, but you don't know how it got there?
21         MS. KASSABIAN:  Objection.  Argumentative.
22 Misstates prior testimony.  Unintelligible.
23    A    As to all designs, even if I displayed a
24 screen, it is more likely the case where I
25 personally wouldn't have designed that particular --

Page 73

1         (Interpreters conferring.)
2         INTERPRETER:  "Even if I attached
3 something on the screen."
4 BY MR. BEARD:
5    Q    Do you know if following this e-mail from
6 Mr. Paihonen, the one that's dated September 10,
7 2008, Exhibit 1392, did Samsung implement the icon
8 using the number for the calendar icon?
9         MS. KASSABIAN:  Objection.  Vague and
10 ambiguous.  Lacks foundation.
11    A    I don't know if it was the original
12 question itself or the translation, I don't
13 understand what's being asked here.
14 BY MR. BEARD:
15    Q    I'll try again.
16         Do you see in the image that there is a
17 number inside of the calendar icon?
18    A    Yes.
19    Q    Did Samsung begin using for phones that it
20 offered for sale a calendar icon that depicted the
21 number in it similar to what's on this exhibit?
22         MS. KASSABIAN:  Objection.  Vague and
23 ambiguous.  Calls for speculation.
24    A    Beginning from when?
25 BY MR. BEARD:

Page 74

1  Q   Any time after September 11 of 2008.
2      MS. KASSABIAN: Objection. Calls for
3  speculation. Lacks foundation.
4  A   I know this with certainty that around
5  2005 or 2006, or way before that time, way from the
6  past, there have been many instances where a number
7  was included in the calendar icon.
8  BY MR. BEARD:
9  Q   Did you work -- let's turn back to the
10 first page of this exhibit, 1392. This is your
11 September 11, 2008, e-mail. The first line reads,
12 quote, The ideas suggested can be used for calendar
13 only to display current date on calendar, end quote.
14     Did you write that?
15     MS. KASSABIAN: Objection. Calls for
16 speculation.
17 A   I don't recall.
18 BY MR. BEARD:
19 Q   Did Samsung implement the idea of
20 displaying the current calendar date on its calendar
21 icon?
22     MS. KASSABIAN: Objection. The witness
23 has already answered that question.
24 BY MR. BEARD:
25 Q   Different question. Last time it was a

Page 75

1  number. I'm now asking about current date.
2      MS. KASSABIAN: Objection. Vague and
3  ambiguous.
4  A   I'm not sure about that.
5      (Exhibit 1393 was marked for
6  identification.)
7  BY MR. BEARD:
8  Q   You have just been handed Deposition
9  Exhibit 1393. This is a November 25th, 2008, e-mail
10 from Dong Hoon Chang regarding AT&T, bears Bates
11 Number SAMNDCA10247679 through 81.
12     Do you recall this e-mail?
13 A   Although I don't have specific
14 recollection of this e-mail, by looking at the
15 content of it, I'm refreshed of the circumstance or
16 background of this e-mail.
17 Q   What was that circumstance?
18     MS. KASSABIAN: Objection. Vague and
19 ambiguous. Calls for a narrative.
20 A   I'm refreshed of my memory of having been
21 in trouble over some difficulties.
22 BY MR. BEARD:
23 Q   What difficulties?
24 A   Well, it's always the case at Samsung at
25 the time one is designing something, one gets

Page 76

1  high-level instructions and directions from
2  superiors that the color has to be showing a lot and
3  in greater size, whatever that may be, so I remember
4  that.
5      (Interpreters conferring.)
6      CHECK INTERPRETER: May the interpreter
7  rendition at this point. "At Samsung we have our
8  principles when designing such that we put a lot of
9  focus on making the color show more, the color to
10 show brighter, and this type of high-level
11 instructions would come down to the designers."
12     INTERPRETER: Well, that was not exactly
13 the words coming from the witness that the color
14 should be brighter.
15     So I reserve with respect -- stand by my
16 rendition. That is a departure from the original
17 testimony.
18     COURT REPORTER: Is Ms. Sam Kim on the
19 record? Because I can't hear her.
20     MS. KASSABIAN: No, she is not. I mean,
21 she can be, but she is not an interpreter. We have
22 got two interpretations that are on the record, and
23 we can move on.
24 BY MR. BEARD:
25 Q   At the time this e-mail was written in

Page 77

1  2008, do you know what Dong Hoon Chang's title was?
2  A   I'm not exactly sure.
3  Q   Do you know if he was a vice president or
4  more senior?
5      MS. KASSABIAN: Objection. The witness
6  has already answered the question, and this question
7  calls for speculation and lacks foundation.
8  A   He is the senior VP right now. But by
9  that time around of this e-mail, I'm not sure
10 whether he was VP or SVP.
11     Oh, I see his title here. It says Dong
12 Hoon Chang, VP.
13 BY MR. BEARD:
14 Q   And you are looking at the last page of
15 this exhibit that ends in Bates Number 681, correct?
16 A   No, page ending in Bates Number 680. I'm
17 looking at this e-mail sent by VP Jae Koo Choi.
18     INTERPRETER: Interpreter general
19 spelling.
20 A   And the recipients are listed as VP Seung
21 Ro Yoon, VP Sang Ryong Lee, VP Dae Il Sohn, and VP
22 Dong Hoon Chang.
23     INTERPRETER: All the general spellings
24 provided by the interpreter, subject to later
25 verification.

Page 78

  1  BY MR. BEARD:
  2      Q    How frequently did you receive e-mails
  3  from people at the vice president level or higher?
  4           MS. KASSABIAN:  Objection.  Vague as to
  5  time, calls for speculation.
  6      A    Right.  I also think that it's vague as to
  7  time.
  8  BY MR. BEARD:
  9      Q    Between 2008 and the present.
 10           MS. KASSABIAN:  I'm going to object.  Are
 11  you saying on a daily basis, weekly basis, for the
 12  last three years, how many e-mails has she gotten
 13  from VPs?  I think that's hopelessly vague.
 14      A    I can't remember.  I would think that
 15  there would have been many, so I'm not sure.  I
 16  would think at the time I was just first-year,
 17  entry-level employee, the frequency of my receiving
 18  such e-mails from this level of people will be less
 19  frequent as opposed to be more frequent as your
 20  employment years progress, like second, third,
 21  fourth year, and so on.
 22  BY MR. BEARD:
 23      Q    At the bottom of the second page, the
 24  e-mail from Jae Koo Choi, do you see at the bottom
 25  where it says, quote, "Whereas iPhone has showy

Page 79

  1  colors, vivid background, how come ours is so crappy
  2  although we use the same LCD?"
  3      A    Yes.
  4           MS. KASSABIAN:  And I'm going to object.
  5  I presume that Mr. Beard is reading a translation or
  6  some note written by his associate, so to the extent
  7  that that's not a certified translation, I would
  8  just object that the document speaks for itself.
  9  BY MR. BEARD:
 10      Q    Was this the subject matter that your
 11  superiors were addressing you about in this e-mail?
 12           MS. KASSABIAN:  I maintain the same
 13  objections.
 14      A    First of all, I don't quite recall this
 15  model name Eternity at the moment.
 16           First of all, the superior's request, if
 17  you will, those are something that are made pretty
 18  often and always, and we internally refer to that as
 19  VOC, to convey to people who work on these aspects
 20  to do better and to work better in terms of certain
 21  features as compared with a competitor's.  Why can't
 22  we do better.  And those things are the directions
 23  coming down from the superiors always.
 24  BY MR. BEARD:
 25      Q    By "VOC," do you mean "voice of consumer"?

Page 80

  1      A    It stands for voice of in-house consumers.
  2  That's our internal acronym.
  3      Q    And on the first page of this September
  4  25, 2008, e-mail, there's a note to you that says,
  5  quote, Chief Wang, please have the studio help out
  6  with this initial design project, end quote.
  7           Do you see that?
  8           MS. KASSABIAN:  I'll again object.
  9  Mr. Beard is apparently reading an unofficial,
 10  noncertified translation, so the document speaks for
 11  itself.
 12           INTERPRETER:  Interpreter interjection.
 13  Senior Wang.  Not Chief Wang.
 14           MR. BEARD:  Thank you.
 15           MS. KASSABIAN:  Which apparently has a
 16  mistake on it.
 17      A    This title is internally referred to as
 18  assistant designer, who is an assistant to senior
 19  designer.
 20  BY MR. BEARD:
 21      Q    And that's -- the person referred to
 22  there, though, is you, correct?
 23      A    Yes, it is.
 24      Q    What did you do to respond to this
 25  directive?

Page 81

  1           MS. KASSABIAN:  Objection.  Assumes facts
  2  not in evidence.
  3      A    Well, like I stated earlier, at this
  4  moment, I don't exactly recall this AT&T-bound
  5  Eternity model.
  6           As you can see, there's a reference to
  7  AMOLED, that's an LCD that Samsung wants to market
  8  as an appealing product.  It's my understanding that
  9  this is an LCD that's capable of showing brighter
 10  colors or strong -- more colors.
 11           So after AMOLED LCDs were released, ever
 12  since the designers have always been pushed, so to
 13  speak, from all the executives of the company to
 14  make efforts so that a lot more colors show and
 15  brighter colors be designed.
 16  BY MR. BEARD:
 17      Q    I think my question was a little bit
 18  different.  My question was:  What did you do to
 19  respond to the directive you received from
 20  Mr. Chang?
 21           MS. KASSABIAN:  Objection.  Assumes facts
 22  not in evidence.  Asked and answered.
 23      A    At this moment, I don't quite recall as to
 24  what was made after these directives or by means of
 25  this.  But by means of this as a reaction, I would

Page 82

1  think that the renewal would have been made to make
2  more, way more colorful icons than existing ones, as
3  reflected here, grayish purplish or dark and dull
4  colors.  Maybe those would have been attempts, I
5  would assume, to fit the features of the AMOLED.
6  BY MR. BEARD:
7       Q    On the first page of this e-mail, the
8  second line underneath where your name is mentioned,
9  what is that second word?
10      A    Where?
11      Q    Do you see where your name is mentioned?
12      A    Yesterday?
13      Q    The second word.
14      A    That's the project name.  It starts with
15 an L.  I don't know the rest of the --
16           INTERPRETER:  L-O-S-H-U for the time
17 being.
18 BY MR. BEARD:
19      Q    Do you know what the Loshu project related
20 to?
21      A    I still have that Loshu project name in my
22 mind because I have been hearing, "Have you done
23 designing Loshu project, have you done it, Loshu,
24 Loshu," over and over.
25      Q    Do you remember what it related to?  Was

Page 83

1  it, for example, a specific device?
2       A    Yes.  I'm not exactly sure, but it was not
3  Android.  That was a model that was being designed
4  back at the time.  It was one of many models that
5  were there.
6       Q    As you sit here today, you do not remember
7  the specific model or models?
8            MS. KASSABIAN:  Objection, asked and
9  answered.
10      A    Right.
11 BY MR. BEARD:
12      Q    When doing your icon design work, do you
13 ever receive feedback from the telephone carriers
14 about what their preferences are?
15      A    Yes.
16           MS. KASSABIAN:  Objection.  Vague and
17 ambiguous.
18      A    Yes, we do.
19 BY MR. BEARD:
20      Q    Does Samsung attempt to accommodate
21 requests by the carriers?
22           That's a little vague.  Let me rephrase
23 that.  Beat you to it.
24           MS. KASSABIAN:  Give me something to do,
25 Mr. Beard.

Page 84

1  BY MR. BEARD:
2       Q    Does Samsung attempt to accommodate
3  requests from carriers relating to icon design?
4            MS. KASSABIAN:  Objection, lacks
5  foundation, vague as to time.
6       A    Actually sounds vague as to time but --
7  carrier to us is Party A and Samsung is Party B.
8  Client is above us.  Whatever request it is, that's
9  coming from the carrier, we make our best efforts
10 into designing or sometimes we do attempts to
11 convince them or negotiate with them.
12           (Exhibit 1394 was marked for
13 identification.)
14 BY MR. BEARD:
15      Q    You have just been handed Deposition
16 Exhibit 1394.  This is a December 14, 2000, e-mail
17 from James Botello regarding Genie -- additional
18 wallpapers for Genie AMOLED.
19           MS. KASSABIAN:  I'll just add that I
20 believe Mr. Beard is just referring to the topmost
21 e-mail, as this is a lengthy chain of different
22 e-mails.
23 BY MR. BEARD:
24      Q    I think I misspoke.  I think I said 2000.
25 It's actually 2008.  And it bears Bates numbers

Page 85

1  SAMNDCA10247689 through 704.
2            Do you recall seeing this e-mail before,
3  this e-mail thread before?
4            MS. KASSABIAN:  I'll just ask that the
5  witness be allowed sufficient time to go through
6  this document as it is a rather dense,
7  single-spaced, approximately 20-page string of
8  e-mails.
9       A    Although I don't specifically recall this
10 very e-mail, as you may be aware, this was rather
11 long-story event.  However, looking at these
12 pictures on the next page, I can remember as to what
13 time frame it would have been.
14 BY MR. BEARD:
15      Q    I'm going to focus you on the first page,
16 the second paragraph, where Mr. Botello is providing
17 feedback from -- looks like from AT&T.  And he says,
18 quote, AT&T comments regarding our proposed icons
19 are that they appear very cartoonish animated, which
20 is okay if we are targeting a more youthful "tween"
21 audience.  IPhone's icons, too, are colorful and
22 vibrant.  However, they are in contained square
23 which appear more organized and consistent.  We
24 would like to request our designers take this into
25 consideration when proposing designing icons and to

Page 102
```
 1  appear on top of these boxes.  There's a reference
 2  that I am familiar with is 2.5D.  The common
 3  reference we designers go by are 2.5D, 3D or 2D.
 4          MS. KASSABIAN:  There's no question
 5  pending.
 6          (Witness and interpreter conferring.)
 7      A   I see that confidential material is
 8  included here.
 9          MS. KASSABIAN:  Future products?
10      A   Yes, designs of unreleased products.
11          MS. KASSABIAN:  Okay.  Let's step out
12  really quickly.
13          VIDEOGRAPHER:  Going off the record at
14  1556.
15          (A recess was taken.)
16          VIDEOGRAPHER:  We are on the record at
17  1600.
18          MS. KASSABIAN:  I conferred with my client
19  and confirmed this presentation is also about a
20  product that is currently under development and at
21  the present time unreleased, so we are clawing it
22  back.  And we will include this in the letter that
23  we will be sending you.
24          If I can have the witness's copy, please.
25  Are there any other blank copies of this in the
```

Page 103
```
 1  room?  Okay.
 2          MR. BEARD:  No.  Just so we can have an
 3  audible answer.
 4          MS. KASSABIAN:  Those are always nice.
 5          (Exhibit 1399 was clawed back.)
 6  BY MR. BEARD:
 7      Q   Have you heard of a project name called
 8  Alkon, A-L-K-O-N?
 9      A   Yes, I have.
10      Q   What does that relate to?
11      A   That's the name of a model that has not
12  been launched yet.
13          MS. KASSABIAN:  Can I have the documents,
14  please?
15          Just this one?
16          So, for the record, this is Bates-stamped
17  SAMNDCA10249770 through 9776.  Based on the
18  witness's testimony that the Alkon project is an
19  unreleased product, we'll be clawing this document
20  back and not permitting questioning on it.
21          (Exhibit 1400 was marked for
22  identification.)
23  BY MR. BEARD:
24      Q   You have just been handed document
25  Deposition Exhibit Number 1400.  It's a PowerPoint
```

Page 104
```
 1  deck entitled "iPhone," dated January 11, 2007.  It
 2  bears Bates Number SAMNDCA10279489 through 18.
 3          Just to be clear, it's through 518.
 4          This is another document that was sourced
 5  to you, and have you seen this document before?
 6      A   No, I have not.
 7          (Exhibit 1401 was marked for
 8  identification.)
 9  BY MR. BEARD:
10      Q   You have just been provided Deposition
11  Exhibit 1401.  This is a PowerPoint deck entitled
12  "SIP, Self-Inspection Program."  It's the expert
13  inspection or evaluation results dated October 2007
14  and this bears Bates numbers SAMNDCA10278144 through
15  181.
16          Have you seen this document before?
17      A   No.
18      Q   Have you heard of the Design Management
19  Center?
20      A   Yes.
21      Q   What is it?
22      A   Well, Samsung has many different business
23  units, such as Mobile Business Unit, Appliances
24  Business Unit, Computer Business Unit, and Cameras
25  Business Units, and so forth.  And this is one of
```

Page 105
```
 1  those many business units.
 2      Q   If you will turn to the ninth page of this
 3  exhibit, which ends in Bates Number 8152, do you see
 4  under the fourth bullet down where it reads, quote,
 5  iPod is the global standard of good design, end
 6  quote?
 7      A   Yes.
 8      Q   Do you agree with that statement?
 9          MS. KASSABIAN:  I'm going to object to
10  this line of questioning since the witness has
11  testified that she has never seen this document and
12  it pertains to an entirely separate business unit,
13  so it's irrelevant.
14          But you can answer if you have an opinion.
15      A   I don't personally believe so.
16          (Exhibit 1402 was marked for
17  identification.)
18  BY MR. BEARD:
19      Q   I just handed you Deposition Exhibit 1402.
20  It's an e-mail from Tony Lee dated March 2nd, 2011.
21  And you are a cc on this e-mail.  The Bates numbers
22  for this document are SAMNDCA10245981 through 87.
23          For the e-mail that appears on the first
24  page of this document, have you seen -- do you
25  recall seeing this e-mail?
```

Case 5:11-cv-01846-LHK   Document 2018-20   Filed 10/02/12   Page 16 of 18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

110..113

Page 110
```
 1      A    Well, it is vague as to time.
 2 BY MR. BEARD:
 3      Q    Any time between January of 2008 and the
 4 present.
 5           MS. KASSABIAN:  Overbroad and compound.
 6      A    Well, this is basic fundamentals, but
 7 there is also instruction not to go with a design
 8 that's unintelligible to the user and also not
 9 necessarily change in metaphor that has been adopted
10 by Samsung in the past unless there is a serious
11 problem of the issue of recognition by the user.
12 There have been those instructions.
13 BY MR. BEARD:
14      Q    For the instruction that you just
15 identified relating to color, visibility, and
16 metaphor, are those written in a document?
17      A    No.  Well, the things that I have just
18 mentioned are the ones that I learned from college
19 and also have been told continuously by executive
20 members of the company ever since joining the
21 company, and that's the activities that are carried
22 out by the designers of Samsung.  So it's like a
23 Bible internally within Samsung.
24           MR. BEARD:  Let's take a short break.
25           VIDEOGRAPHER:  Going off the record at
```

Page 111
```
 1 1623.
 2           (A recess was taken.)
 3           VIDEOGRAPHER:  Back on the record at 1631.
 4 BY MR. BEARD:
 5      Q    Who within the Product Strategy Team is
 6 responsible for approving proposed icon changes?
 7           MS. KASSABIAN:  Objection.  Vague and
 8 ambiguous.  Lacks foundation.
 9      A    When and which model are you referring to?
10 BY MR. BEARD:
11      Q    Prior to February 1st of this year and
12 icon changes for any of Samsung's smartphones.
13           MS. KASSABIAN:  Objection.  Vague and
14 ambiguous.  Compound, lacks foundation.
15      A    If you say prior to February 2nd, today,
16 2012, are you referring to from the time I joined
17 the company, up to that date?
18 BY MR. BEARD:
19      Q    Let's do 2008 through the present or
20 through February 1st.
21           MS. KASSABIAN:  Objection.  Compound.
22 Lacks foundation.  Vague.
23      A    May I have the question one more time,
24 please?
25 BY MR. BEARD:
```

Page 112
```
 1      Q    Yes.  Between 2008 and February 1st of
 2 this year, who within the Product Strategy Team was
 3 responsible for approving proposed icon changes?
 4           MS. KASSABIAN:  Objection, vague, lacks
 5 foundation.
 6      A    First of all, there is no set or fixed
 7 individual team that is charged with icon changes,
 8 approvals thereof.
 9           In fact, way many things, too many things
10 are being adjusted, changed, and redesigned in
11 accordance with the opinions coming down from the
12 internal executive members.
13 BY MR. BEARD:
14      Q    Within the --
15           CHECK INTERPRETER:  Excuse me.
16           (Interpreters conferring.)
17           INTERPRETER:  My note says otherwise, so
18 you render.
19           CHECK INTERPRETER:  The second interpreter
20 would like to give her rendition.  "In our team
21 many, many things are being changed by the opinions
22 of many, many executives."
23           INTERPRETER:  I respectfully stand by.
24 BY MR. BEARD:
25      Q    Ms. Wang, prior to February 1st of this
```

Page 113
```
 1 year, did executive director Dong Hoon Chang,
 2 D-O-N-Y-H-O-O-N [sic], did he have to approve
 3 changes to icons?
 4           MS. KASSABIAN:  Objection.  Lacks
 5 foundation.
 6      A    Since there have been too many, way many
 7 models out there, and since there have been way many
 8 various different organizational structure changes
 9 over the years, just to confirm, is the time frame
10 from 2008 to 2012?  If so, not only the senior VP
11 Dong Hoon Chang, but there have been many other
12 executive members who would have and may have
13 confirmed icon changes, and I would think that all
14 those would have been involved in the confirmation
15 in that altogether.
16           CHECK INTERPRETER:  Second interpreter
17 would like to give her own rendition.
18           "There has been a lot of models, and there
19 has been a lot of changes of the organizational
20 structures.  So if you are referring to the time
21 period of 2008 to 2012, executive vice president
22 Mr. Dong Hoon Chang may have made certain
23 confirmation of the approvals, but there have been
24 many, many other people who were also involved with
25 the process."
```

American Realtime Court Reporters / Asia
www.americanrealtime.com  (561) 279-9132

Page 114

1           INTERPRETER:  That's way different
2  rendition from the witness.  Dong Hoon Chang, she
3  didn't say his title was executive vice president.
4  Senior vice president.
5           CHECK INTERPRETER:  The second interpreter
6  would respectfully stand by her rendition.
7           INTERPRETER:  You can stand by all you
8  want.  It's entirely wrong.  It's not --
9           MS. KASSABIAN:  I think you are being a
10 little bit inappropriate.  She made her statement
11 for the record.  You have made yours.
12          INTERPRETER:  Executive vice president --
13          MS. KASSABIAN:  Let's not be rude.
14          INTERPRETER:  Executive vice president is
15 not the word uttered by the witness.
16          MS. KASSABIAN:  Okay.  We'll move on.
17 This is being recorded and videotaped, so if this
18 ever becomes an issue, it can be resolved by a
19 certified interpretation, translation.
20          INTERPRETER:  I'm just reasserting my
21 position for the record.
22 BY MR. BEARD:
23     Q    Between 2008 and 2012, February -- I guess
24 February 1st of 2012, did Won Pyo Hong, was he
25 required to approve redesigns of icons?

Page 115

1           MS. KASSABIAN:  Objection.  Lacks
2  foundation.
3           And I caution the witness not to
4  speculate.
5           Also overbroad as to time.
6      A    Within that time frame, within the Mobile
7  Design Team, I was not serving as a creative
8  designer.  There's a certain period of time that I
9  left that particular role.  Therefore, I don't think
10 I'll be able to provide you with an accurate answer
11 to that question.
12 BY MR. BEARD:
13     Q    How long have you held your current
14 position without break?
15     A    Now are you referring to creative
16 director?
17     Q    Whatever your position was as of February
18 1st of 2012.
19     A    2012?
20     Q    Correct.
21     A    Meaning as of yesterday, right?
22     Q    Before yesterday.  Before what you
23 described as the structural change.
24          MS. KASSABIAN:  So not the current
25 position.

Page 116

1           MR. BEARD:  Correct.
2           MS. KASSABIAN:  I think because that's
3  what the question was, so maybe you want to reask.
4           MR. BEARD:  it.
5      Q    Let me try this way:  When was the last
6  time that you took a break from your employment at
7  Samsung?
8      A    From employment at Samsung?
9      Q    Yes.
10     A    There hasn't been a break from employment.
11     Q    A leave.
12     A    2009?  I know my child's birthday is in
13 March, so it would have been from early part of
14 March for about four months.  That's when I took my
15 maternity leave, and I returned back to the company
16 right after.
17     Q    So you returned in approximately August of
18 2009?
19     A    In July I returned.
20     Q    And between July of 2009 and the present,
21 you have worked within the Product Strategy Team?
22     A    Yes, that's correct.
23     Q    And Won Pyo Hong has been within the
24 Product Strategy Team during that same time period,
25 July 2009 through the present, correct?

Page 117

1           MS. KASSABIAN:  Objection, lacks
2  foundation.
3      A    I don't exactly recall, but our group is
4  Mobile Design Group, right?  At one point in time it
5  was Mobile Design Team.  So the title of the
6  organization was a team at one point in time and
7  thereafter group.
8           At that time, when the organization was
9  called Mobile Design Team, the executive VP Won Pyo
10 Hong did not leave that organization.  At this
11 point, I don't know when the title of the
12 organization was changed to Mobile Design Group.
13          After the organization changed its name to
14 group, that was -- that became a part of Product
15 Strategy Team.  Therefore, I don't remember what
16 that time period would have been.
17          CHECK INTERPRETER:  Check interpreter
18 would like to say that the title of Mr. Won Pyo Hong
19 was given as executive vice president, to which is
20 the same English term that the interpreter has given
21 to another position in the earlier answer, so I
22 would like to suggest that this title be left
23 subject to the clarification at a later point.
24          INTERPRETER:  For the record, this time
25 the witness said "executive vice president," which

Page 122

```
 1  (Counsel representing this witness should arrange
    reading and signing and thereafter distribute copies
 2  of the signed Errata Sheet to opposing counsel
    without involvement of court reporter.)
 3
    STYLE OF CASE:    Apple vs. Samsung, et al.
 4  DEPOSITION OF:    Jeeyeun Wang
    DATE TAKEN:       February 2, 2012
 5
 6            E R R A T A   S H E E T
 7  PAGE    LINE     CHANGE            REASON
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
    I hereby certify that I have read my deposition and
22  that it is true and correct subject to any changes
    in form or substance entered here.
23  _____      _____
24      Date                JEEYEUN WANG
25
```

Page 123

```
 1              C E R T I F I C A T E
 2  (SEOUL)
 3  (SOUTH KOREA)
 4
            I, Jodi Harmon, Registered Merit Reporter
 5  and Certified Realtime Reporter, do hereby certify
    that the aforementioned witness was first duly sworn
 6  as noted by stipulation of counsel to testify the
    whole truth; that I was authorized to and did report
 7  said deposition in stenotype; and that the foregoing
    pages are a true and correct transcription of my
 8  shorthand notes of said deposition.
 9          I further certify that said deposition was
    taken at the time and place hereinabove set forth
10  and that the taking of said deposition was commenced
    and completed as hereinabove set out.
11
            I further certify that I am not attorney
12  or counsel of any of the parties, nor am I a
    relative or employee of any attorney or counsel of
13  party connected with the action, nor am I
    financially interested in the action.
14
            The foregoing certification of this
15  transcript does not apply to any reproduction of the
    same by any means unless under the direct control
16  and/or direction of the certifying reporter.
17
18          IN WITNESS WHEREOF, I have hereunto
19  set my hand this 3rd day of February, 2012.
20
21  _____
22      JODI HARMON
        Registered Merit Reporter
23      Certified Realtime Reporter
24
25
```