# EXHIBIT 48

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4   APPLE INC., a California        )
    corporation,                     )
5                                    )
              Plaintiff,    )
6                                    )
         vs.                         )  No: 11-CV-01846-LHK
7                                    )
    SAMSUNG ELECTRONICS CO., LTD,    )
8   a Korean business entity;        )
    SAMSUNG ELECTRONICS AMERICA,     )
9   INC., a New York corporation;    )
    SAMSUNG TELECOMMUNICATIONS       )
10  AMERICA, LLC, a Delaware         )
    limited liability company        )
11                                   )
              Defendants.   )
12  _____)
13
14    **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16            DEPOSITION OF NARA CHO
17            San Francisco, California
18            Saturday, January 14, 2012
19
20
21
22
23  Reported By:
24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25  JOB NO. 45309

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 10

1  define the function of the product based on the
2  customer surveys done by marketing people.
3      Q.   So would it be fair to say --
4          THE INTERPRETER:  Hold on.
5          (Discussion in Korean between                09:20
6  Interpreters)
7          THE INTERPRETER:  Okay.  One
8  alternative to "function" could be
9  "features."
10 BY MR. ZHANG:                                        09:20
11     Q.   Okay.  Would it be fair to say
12 that your role with respect to marketing is
13 limited to the receipt of marketing information?
14         Let me ask a better question,
15 actually.                                            09:20
16         Would it be fair to say that your
17 role with respect to marketing is limited to
18 receiving information from the marketing
19 department at Samsung?
20         MR. WALL:  Objection to form.                09:21
21         THE WITNESS:  I do not exactly
22 understand your question.
23 BY MR. ZHANG:
24     Q.   Aside from receiving information
25 from the marketing people at Samsung, do you have   09:21

Page 11

1  any other role with respect to marketing of
2  Samsung's Tablet products?
3          MR. WALL:  Objection to form.
4          THE WITNESS:  I still do not know
5  precisely what I'm to answer.                       09:22
6  BY MR. ZHANG:
7      Q.   So you receive information from
8  the marketing people about what consumers want in
9  Tablet devices; is that correct?
10         MR. WALL:  Objection to form.                09:22
11         THE WITNESS:  Yes.  Correct.
12 However, that's not the case as to all
13 the products and as to all the cases.
14 There could be some differences or
15 variances depending on case, case by                 09:23
16 case.
17 BY MR. ZHANG:
18     Q.   So aside from that interaction
19 with the marketing people, what other
20 interactions do you have with the marketing          09:23
21 people at Samsung?
22     A.   I would say that what I described,
23 what I told you, would be the main avenues of
24 communication.
25     Q.   Okay.  Regardless of whether it's          09:23

Page 12

1  the main avenue or ancillary avenue, do you have
2  other interactions with the marketing people?
3      A.   Yes.
4      Q.   And what do they involve?
5      A.   So I mainly get to talk with them          09:24
6  while this is alluding to what I told you just a
7  little while ago.
8          So what customers want in products
9  in the future.  And as for the current products,
10 what kind of complaints do they have about the      09:25
11 current products?
12     Q.   Do you recall having input into
13 the industrial design of Samsung's Tablet
14 products?
15         MR. WALL:  Objection to form.                09:25
16         THE WITNESS:  Could that be
17 repeated?
18         MR. ZHANG:  Can you, please,
19 re-interpret the question for me, please.
20         (Question re-interpreted by                  09:25
21 translator.)
22         MR. WALL:  Same objection.
23         THE WITNESS:  No.
24 BY MR. ZHANG:
25     Q.   How would you describe the overall         09:26

Page 13

1  role of the product, Smartphone product planning
2  group at Samsung?  And I apologize, I know you
3  told me that the name has changed, but I don't
4  remember what that is right now, so if you could
5  just take that into account when you answer the    09:26
6  question.
7      A.   Yes.  The Smartphone product
8  planning group would set the functions or
9  features for the Smartphone based on which would
10 get to be made based on the future operating        09:28
11 system and how the future products, what the
12 future products would incorporate will be -- they
13 are discussed with the development people.
14     Q.   Is it part of the Smartphone
15 product planning group's function to study          09:28
16 third-party products that are in the market?
17         MR. WALL:  Objection to form.
18         THE WITNESS:  Yes, that is
19 correct.
20 BY MR. ZHANG:                                        09:29
21     Q.   Is it part of the Smartphone
22 product planning group's function to compare
23 third-party products against Samsung's existing
24 or planned products?
25         MR. WALL:  Objection to form.                09:29

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 14

1  Vague, compound. Assumes facts not in
2  evidence.
3      THE WITNESS: Yes, that is
4  correct.
5 BY MR. ZHANG:                              09:30
6  Q. Is it part of the Smartphone
7 planning group's function to recommend changes to
8 Samsung's planned products in light of
9 competitors' products in the marketplace?
10     MR. WALL: Objection to form.          09:30
11 Vague. Assumes facts not in evidence.
12     THE WITNESS: So our goal would be
13  to provide better value to customers by
14  doing comparison and analysis of the
15  various products that are out on the    09:31
16  market.
17 BY MR. ZHANG:
18  Q. How many employees are in the
19 Smartphone product planning group currently?
20  A. Currently there is no such thing    09:32
21 as a Smartphone planning group.
22  Q. I'm sorry. What was the name of
23 the -- what has the name of the group been
24 changed to again?
25  A. Product strategy group.             09:32

Page 15

1  Q. How many employees in that group
2 currently?
3  A. I do not recall exactly, but I
4 think it's around 40.
5  Q. And how many employees report to    09:33
6 you?
7  A. Five.
8  Q. What are their names?
9  A. J-A-E, G-W-O-N-O-H, a common
10 spelling; S-O-O-N-O-K K-I-M, a common spelling;  09:33
11 S-A-N-G W-O-O J-O-O, a common spelling; H-O-G-O-N
12 K-I-M, a common spelling; I-L H-W-A-N C-H-O,
13 another common spelling.
14  Q. And who do you currently report
15 to?                                        09:34
16  A. Han Gil Yoon, H-A-N G-I-L Y-O-O-N,
17 a common spelling.
18  Q. And what is Mr. Yoon's title?
19  A. He is the head of the product
20 strategy group.                            09:35
21  Q. And who does Mr. Yoon report to?
22  A. Y-O-N P-Y-O H-O-N-G.
23  Q. And what is Mr. Hong's title?
24  A. He's the head of the product
25 strategy team.                             09:35

Page 16

1  Q. Who is the head of the mobile
2 communications division?
3  A. Jong Yoon Shin, J-O-N-G Y-O-O-N
4 S-H-I-N, a common spelling.
5  Q. And who is Mr. Geesung Choi?        09:36
6  A. He is the CEO of the company.
7  Q. Of Samsung Electronics?
8  A. That is correct.
9  Q. Earlier you mentioned that you
10 mostly work on Tablets at your job. Did you work   09:37
11 on the P1 design?
12     MR. WALL: Objection to form.
13     THE WITNESS: Well, you know,
14  that's people P1. Well, design work is
15  done by the design people. So the P1   09:37
16  design was mainly done by the design
17  people.
18 BY MR. ZHANG:
19  Q. Did you work on the P1 product?
20     MR. WALL: Objection to form.       09:38
21     THE WITNESS: Could you clarify
22  what did you mean did I work on it?
23 BY MR. ZHANG:
24  Q. Are you aware of a P1 project at
25 Samsung?                                  09:38

Page 17

1  A. Yes, I am.
2  Q. And what is that project?
3  A. This was the project to release a
4 seven-inch Tablet for the first time for us.
5  Q. Are you aware of a project at      09:39
6 Samsung called P2?
7  A. I have heard of it.
8  Q. And what is that project?
9  A. What I heard is that it was a
10 product that looked like a notebook PC.   09:39
11  Q. So circling back, were you
12 involved in planning the functions and features
13 of the P1 project?
14  A. Yes, I was.
15  Q. What about for the P2 project?     09:40
16  A. No.
17  Q. Are you aware of a project at
18 Samsung called P3?
19  A. Yes, I am.
20     MR. WALL: Counsel, if I just       09:40
21  might interject here. I understand that
22  the parties at this point have an
23  agreement not to talk about products that
24  have not been released. If you can just
25  establish that the project has resulted  09:41

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 18

1     in a released product, that might be
2     helpful in terms of going so to avoid me
3     trying to make objections regarding
4     whether further questions on that product
5     is acceptable or not.                          09:41
6         MR. ZHANG:  Okay.
7         MR. WALL:  Thank you.
8  BY MR. ZHANG:
9     Q.  So I'll just ask you whether you
10    know whether the P3 project has led to a        09:41
11    commercially released product?
12    A.  Yes, it did.
13    Q.  And what was the name of that
14    product?
15    A.  P3, that's what I recall.                   09:42
16    Q.  Yes, P3.
17        I'm sorry, I'm asking whether P3
18    led to a commercially released product.
19    A.  Yes.
20    Q.  And what was the name of that              09:42
21    product that was released?
22    A.  There's nothing I recall other
23    than P3.
24    Q.  And were you involved in planning
25    the functions and features of the P3 project?  09:42

Page 19

1     A.  No.
2     Q.  Are you aware of a project at
3  Samsung called P3 S?
4     A.  I am not.
5     Q.  Are you aware of a project at             09:43
6  Samsung called P4?
7     A.  Yes.  I am.
8     Q.  And did that project lead to a
9  commercially released product?
10    A.  Yes.  That's correct.                      09:43
11    Q.  What was the name of that product?
12    A.  Galaxy Tab 10.1.
13    Q.  And were you involved in planning
14    the features and functions of the Galaxy Tab
15    10.1?                                          09:44
16    A.  Yes.  That's correct.
17    Q.  Are you aware of a project at
18 Samsung called P5?
19    A.  Yes, I am.
20    Q.  And did that project lead to a            09:44
21 commercially released product?
22    A.  Yes.  That's correct.
23    Q.  And what was the name of that
24 product?
25    A.  Galaxy Tab 8.9.                            09:44

Page 20

1     Q.  And were you involved in planning
2  the features and functions of the Galaxy Tab 8.9?
3     A.  Yes.  That's correct.
4     Q.  Are you aware of a project called
5  P7 at Samsung?                                    09:45
6     A.  I'm wondering whether I should
7  answer that question, because it has not been
8  commercialized.
9     Q.  I think the witness can identify
10 whether he's aware of such a project and then we  09:45
11 can establish that it hasn't been commercially
12 released and we can go from there.
13        MR. WALL:  I agree.
14        So, Counsel, just for clarity of
15        the record, why don't you ask your         09:46
16        question again and we'll proceed from
17        there.
18 BY MR. ZHANG:
19    Q.  Are you aware of a project called
20 P7 at Samsung?                                    09:46
21        MR. WALL:  You can answer the
22        question yes or no.
23        THE WITNESS:  Yes.
24 BY MR. ZHANG:
25    Q.  Has that project led to a                  09:46

Page 21

1  commercially released product?
2         MR. WALL:  You can answer that
3         question yes or no.
4         THE WITNESS:  No.  It has not been
5         commercially released.                    09:46
6  BY MR. ZHANG:
7     Q.  Are you aware of a project at
8  Samsung called P6?
9     A.  I am not.
10    Q.  Have you done any product planning         09:47
11 work on Smartphones at Samsung?
12        MR. WALL:  Objection to form.
13        THE WITNESS:  I have not.
14 BY MR. ZHANG:
15    Q.  Can you give me a description of          09:47
16    your education after high school?
17    A.  I graduated from a university in
18 Korea and I majored in industrial engineering.
19 And I was in the MBA program in the States and I
20 received a Master's degree, which is Master of    09:48
21 science in telecommunications and network.
22    Q.  What university did you attend in
23 Korea?
24    A.  Hanyang, H-A-N-Y-A-N-G,
25 University.                                       09:49

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 22

1  Q. And where did you receive your MBA
2  from in the United States?
3  A. Syracuse University.
4  Q. And that course was taught in
5  English?                                    09:49
6  A. Yes. That's correct.
7  Q. And you submitted your work in
8  English for that course?
9  A. Yes. That's correct.
10 Q. So do you speak English?           09:49
11 A. Yes. To the extent or at a level
12 of being able to communicate.
13 Q. And are you able to read English
14 documents?
15 A. If it not complicated, complex, I   09:50
16 can.
17 Q. Do you use English in your work at
18 Samsung?
19 A. Yes. That is correct.
20 Q. I would like to mark as             09:50
21 Exhibit 1261 a document with the beginning Bates
22 label SAMNDCA 10154003.
23    (Exhibit 1261 was marked for
24    identification.)
25 BY MR. ZHANG:                          09:51

Page 23

1  Q. Mr. Cho, if you could just take a
2  moment to familiarize yourself with the document.
3     Mr. Cho, do you recognize this
4  report?
5     MR. WALL: I just caution the        09:53
6  witness review the document as much as
7  you need to to answer his question.
8     THE WITNESS: I have seen it
9  before.
10 BY MR. ZHANG:                          09:54
11 Q. Actually, before we go on, when
12 did you start at Samsung, Mr. Cho?
13 A. July of 2001.
14 Q. And when did you start your
15 current role doing product planning on Tablet  09:54
16 devices?
17 A. I recall that to be 2010.
18 Q. Do you remember an approximate
19 month in 2010 when you started in that role?
20 A. I think it was the beginning of     09:55
21 2010.
22 Q. And what did you do at Samsung
23 before you started in your current role?
24 A. I did work related to MMA, and it
25 had to do with sorting out the unprofitable    09:56

Page 24

1  companies and the companies our company has
2  invested in and the joint ventures. I would
3  report on the current status of the joint
4  ventures to our management and also new ventures.
5     CHECK INTERPRETER: Alternative      09:57
6     interpretation for the testimony would be
7     "I worked on M and A. So my role was to
8     dispose of any unprofitable businesses
9     and to operate joint ventures in which
10    our company has made investments and to  09:58
11    work on the -- to monitor the current
12    situations of the joint ventures and
13    report to the management as such and work
14    on the new joint venture projects."
15 BY MR. ZHANG:                          09:58
16 Q. When did you receive your MBA from
17 Syracuse?
18 A. 2000.
19 Q. When did you receive your Master's
20 degree in the U.S.?                    09:58
21 A. 2001.
22 Q. And what school was that from?
23 A. Syracuse.
24 Q. And when did you graduate from
25 college in Korea?                      09:59

Page 25

1  A. I think that was '95.
2  Q. So returning to the document, do
3  you recall when you received this document?
4     MR. WALL: Objection to form.
5     THE WITNESS: I do not really        09:59
6  recall.
7  BY MR. ZHANG:
8  Q. Do you know whether others in the
9  Smartphone product planning group or Smartphone
10 product strategy group as it is now called    09:59
11 received this report?
12    MR. WALL: Objection to form.
13    THE WITNESS: I do not know.
14 BY MR. ZHANG:
15 Q. So do you know who the intended    10:00
16 audience of this report is?
17    (Discussion in Korean between
18    Interpreters.)
19    MR. WALL: Objection to form.
20    THE WITNESS: I do not know.        10:01
21 BY MR. ZHANG:
22 Q. Were you aware that a task force
23 had been sent to the U.S. to study the reason for
24 high rates of return on the Galaxy Tab 10.1?
25    MR. WALL: Objection to form.       10:01

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 30

1   A.  Yes, I do.
2   Q.  Who is Ms. Lee?
3   A.  I do not really know.
4   Q.  You have no idea?
5   A.  No.                              10:23
6   Q.  And do you see Mr. Su-Gin Park on
7   this page?
8   A.  Yes, I do.
9   Q.  Do you know who Mr. Park is?
10  A.  I do not.                        10:24
11  Q.  How about Mr. Yoon Sung Won?
12  A.  Yoon Sung, could you say it again?
13  Q.  Mr. Yoon Sung Won, and I
14  understand the common spelling is Y-O-O-N S-U-N-G
15  W-O-N.                               10:24
16  A.  He handles the product planning
17  for the North Americas.
18  Q.  And what about Mr. Kim Gwangh Yun,
19  and I understand the common spelling to be K-I-M
20  G-W-A-N-G H-Y-U-N.                   10:25
21      Who is he?
22  A.  Well, I'm not sure manager Gwang
23  Hyun Kim, whose name appears here, is the same
24  Gwang Hyun Kim that I know.
25  Q.  Who is the Gwang Hyun Kim that you  10:25

Page 31

1   know?
2   A.  He handles the sales for North
3   Americas.
4   Q.  What department would he be a part
5   of?                                   10:25
6       MR. WALL:  Objection to form.
7       THE WITNESS:  Well, the person I'm
8   thinking of, he handles the sales for
9   North Americas.  But what I do not know
10  is whether he still had that         10:26
11  responsibility at the time of the
12  preparation of this document as is
13  written here.
14      And, also, all that, that I
15  still do not know whether the person that  10:26
16  I'll I'm thinking of is that person.
17  BY MR. ZHANG:
18  Q.  Who is David La?
19  A.  I do not know.
20  Q.  Who is Won Ku Kim?  And I         10:26
21  understand the common spelling to be W-O-N K-U
22  K-I-M.
23  A.  I do not know.
24  Q.  What about Jae Ho Lee, J-A-E H-O
25  L-E-E?                                10:27

Page 32

1   A.  I do not know.
2   Q.  And Dong Woo Cha, D-O-N-G W-O-O
3   C-H-A?
4   A.  I do not know.
5   Q.  Turning to the front page of the   10:27
6   document, what is the wireless business team
7   that's referred to underneath the date on the
8   document?
9       MR. WALL:  Objection to form.
10      THE WITNESS:  Well, I do not       10:28
11  exactly understand the question.  So what
12  I mean is I'm wondering whether you're
13  asking what the scope of business for
14  this wireless business division or what
15  are you asking?                       10:28
16  BY MR. ZHANG:
17  Q.  Have you heard of this wireless
18  business team or division that's mentioned -- let
19  me actually ask this.  What is the organization
20  that's referred to underneath the date on this   10:28
21  document?
22      (Discussion in Korean between
23      Interpreters.)
24      THE INTERPRETER:  Isn't that how I
25      said?                             10:29

Page 33

1       THE WITNESS:  He.
2       CHECK INTERPRETER:  He did not say
3   that in his question.
4       THE INTERPRETER:  Okay.  That's
5   too picky.                            10:29
6       THE WITNESS:  This is an
7   organization that sells the mobile
8   communication devices manufactured at
9   Samsung Electronics.
10  BY MR. ZHANG:                         10:30
11  Q.  What is the name of this
12  organization that's shown on the document?
13  A.  Wireless business division.
14  Q.  Does the Smartphone product
15  strategy group belong to the wireless business   10:30
16  division?
17  A.  Yes.  That's correct.
18  Q.  What is the -- who is the head of
19  the wireless business division?
20  A.  J-O-N-G G-Y-O-O-N S-H-I-L, the     10:31
21  common spelling.
22  Q.  Are you aware of any reports that
23  customers were returning Tab 10.1's to the store
24  because they had thought at the time of their
25  purchase that they were buying an iPad 2?   10:31

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 34

1  MR. WALL: Objection to form.
2  Assumes facts not in evidence.
3  THE WITNESS: I am not.
4  BY MR. ZHANG:
5  Q. I would like to direct your                10:32
6  attention to the page of the document that ends
7  in Bates Number 10154021.
8  A. (Witness complies.)
9  Q. Does the document refresh your
10 recollection as to whether at the time, around   10:33
11 the time this document was made in 2011, you were
12 aware of reports that consumers were confusing
13 the Tab 10.1 for the iPad 2?
14     MR. WALL: Objection to form.
15     Assumes facts not in evidence.             10:34
16     THE WITNESS: This report entails
17     many different contents related to sales,
18     design, products. And this sales
19     category is described in detail and that
20     is an area that I am not involved         10:36
21     directly; whereas this portion is
22     focusing on sales, and it is pointing out
23     some problems and it is pointing out that
24     the customers do not -- rather the
25     customers seem to be lacking information  10:36

Page 35

1  or knowledge as to the product prior to
2  purchase and they are returning the
3  products simply having change of heart.
4      CHECK INTERPRETER: An alternative
5  version would be "this report contains     10:37
6  many different aspects including sales,
7  design and products, but when I looked at
8  this report, I only focused on the
9  category that is most related to my
10 responsibility, which is sales, and I did  10:37
11 not pay detailed attention to any other
12 things."
13     So in your question you were
14 asking questions about sales and what
15 this report is describing as problem is   10:37
16 their customers because they purchased
17 products without any background
18 information or knowledge, they had a
19 simple change of heart and they were
20 returning the products.                    10:37
21     THE INTERPRETER: I stand by my
22 interpretation and actually we need to
23 clarify.
24     (Discussion in Korean between
25 Interpreters.)                             10:38

Page 36

1      THE INTERPRETER: We have --
2  basically I stand -- this interpreter
3  stands by his interpretation and there's
4  actually a key point that's exactly polar
5  opposite, which I was going to verify.    10:38
6      MR. ZHANG: I think we can move
7  on.
8      THE INTERPRETER: Sure.
9  BY MR. ZHANG:
10     Q. So I would like to direct your      10:38
11 attention to the first row of the two rows that
12 are in the document. And in the right-most
13 column, could you please read for me what item
14 number one says.
15     A. The most prevalent of the types of  10:38
16 customers who returned the products after
17 purchase -- after having -- returned the products
18 after having purchased thinking them to be Apple
19 iPad 2.
20     MR. WALL: I'm just going to put       10:39
21     an objection on record that obviously he
22     just read what's written there and the
23     translation is from the translator and
24     the defendants, you know, reserve their
25     right to contest the translation.      10:40

Page 37

1  BY MR. ZHANG:
2      Q. Who in the Smartphone product
3  strategy group would have more knowledge about
4  the sales aspect of the document that you just
5  described?                                 10:40
6      A. I do not know exactly what that is
7  and also what's written here, which I just read,
8  I have no way of knowing why the customers was
9  supposed to have been that way from -- for what
10 reason, from what perspective.             10:41
11     Q. Would you expect Mr. HK Yoon to
12 have received a copy of this report?
13     MR. WALL: Objection to form.
14     THE WITNESS: Who would HK Yoon
15     be?                                    10:42
16 BY MR. ZHANG:
17     Q. The head of your group.
18     A. I do not know.
19     Q. So I think you testified earlier
20 that you recognized this document; is that 10:42
21 correct?
22     A. Yes.
23     Q. What is the purpose of this
24 document?
25     A. The purpose behind this document   10:43

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 38

1  could be many-fold of which I'm not very well
2  aware, but what was meaningful to me is that
3  customers had such and such type of complaints as
4  far as the functionality of the product and
5  that's what I saw.  And because I was interested        10:44
6  in that, I was able to recall.
7      Q.   So I understand, you didn't write
8  this document; is that correct?
9      A.   No.
10     Q.   Do you know who authored this              10:44
11 document?
12     A.   I do not know.
13     Q.   Do you have any idea who at
14 Samsung would author this document?
15         MR. WALL:  Objection to form.              10:44
16     Calls for speculation.
17         THE WITNESS:  I do not know.
18 BY MR. ZHANG:
19     Q.   Do you know whether this document
20 was created around the time of the August 15 to   10:45
21 19th, 2011 visit to the United States?
22         MR. WALL:  Objection to form.
23     Assumes facts not in evidence.  Vague.
24         THE WITNESS:  I got to know after
25     seeing this document and also seeing the      10:45

Page 39

1      date that's listed on the second page.
2  BY MR. ZHANG:
3      Q.   Do you have any reason to doubt
4  that this document was created in August of 2011,
5  like it says on the front face?                 10:46
6          MR. WALL:  Objection to form.
7          THE WITNESS:  I don't quite
8      understand the question.
9  BY MR. ZHANG:
10     Q.   Do you have any reason to doubt       10:46
11 that this document was created in August of 2011?
12         MR. WALL:  Objection to form.
13         THE WITNESS:  I do not exactly
14     understand what you mean by doubt.
15 BY MR. ZHANG:                                  10:47
16     Q.   Do you have any reason to believe,
17 for example, that the document was created
18 earlier or later than August of 2011?
19         MR. WALL:  Objection to form.
20         THE WITNESS:  I do not really          10:47
21     know.
22 BY MR. ZHANG:
23     Q.   Do you have any reason to doubt
24 that the author of this document had knowledge of
25 events that are described in the document?     10:47

Page 40

1          MR. WALL:  Objection to form.
2      Calls for speculation.
3          THE WITNESS:  I do not really
4      know.
5  BY MR. ZHANG:                                  10:48
6      Q.   Does this appear to be a true and
7  correct copy of the document that you reviewed
8  previously?
9      A.   I am not sure.  Although the
10 contents are similar to what I saw, I would not 10:49
11 really know whether this document precisely
12 corresponds to the document I saw.
13     Q.   Are you aware of reports that the
14 Galaxy 10.1 or the Galaxy Tab 10.1 was being
15 returned by customers due to poor product      10:49
16 quality?
17         MR. WALL:  Objection to form.
18         THE WITNESS:  That is not the
19     case.
20         As I was relating to you just a       10:50
21     while ago, my understanding is that the
22     customers did not have enough knowledge
23     or information as to what a Tablet is or
24     what the product is, and after purchase,
25     they simply returned the product, and    10:50

Page 41

1      that comprised the major portion.
2  BY MR. ZHANG:
3      Q.   I'm sorry.  Did you say your title
4  was director; is that correct?
5      A.   No, I said I was the senior         10:51
6  manager.
7      Q.   Senior manager.  In your role as
8  senior manager of the product strategy group, if
9  there was a concern about the product quality of
10 the Tab 10.1, would you receive such a report? 10:51
11         MR. WALL:  Objection to form.
12         THE WITNESS:  Not on each and
13     every occasion.
14 BY MR. ZHANG:
15     Q.   Have you ever received such a       10:52
16 report about the quality of the Tab 10.1?
17         MR. WALL:  Objection to form.
18     Vague.
19         THE WITNESS:  Although I do not
20     have a recollection which those were, for 10:53
21     example, this document which you showed
22     me would be an example of such a
23     document.
24 BY MR. ZHANG:
25     Q.   So just to be clear, this document  10:53

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 66

1  Q.  Is this the type of document that
2  you would keep in the course of your business at
3  Samsung?
4      MR. WALL:  Objection to form.
5      THE WITNESS:  There is no set                12:15
6  regulation, per se.  If something is
7  needed, I would keep it or store it; if
8  it's not, I would not keep it.
9      Also, depending on the
10 situation, I may forget about it.  So             12:16
11 there is no set regulation.
12 BY MR. ZHANG:
13     Q.  So I want to ask you about your
14 knowledge of the R&D management group, and I just
15 want to make sure that the interpreter has the    12:16
16 proper Korean rendering of that department as it
17 is in the document, so I'm going to show the
18 interpreter the document.  But please don't --
19 for the record, but don't show it to the
20 witness.                                          12:16
21     MR. WALL:  Before you do that, it
22 just might be -- I'm just trying to think
23 how to do this to make sure the record is
24 clear.  It would help to have something
25 in the record that has that exact title,          12:17

Page 67

1  because he's going to translate it and we
2  are not going to know what the characters
3  are.
4      MR. ZHANG:  That's fine.  Do you
5  want me to read in the Bates number of            12:17
6  the page?  I don't have copies to enter
7  as an exhibit.
8      MR. WALL:  That's fine.
9  BY MR. ZHANG:
10     Q.  So let me just ask the question.          12:17
11 What do you know about the R&D
12 management group of the mobile and communication
13 division at Samsung?
14     And for the record, the
15 interpreter is going to use the Korean version of 12:17
16 R&D management group that appears at the bottom
17 of SAMNDCA 00514297.
18     MR. WALL:  Counsel, I'm sorry, I
19 don't mean to belabor this, maybe the
20 best thing would be for us to just get            12:17
21 printout copies of that page, just
22 because this is my concern, it's not the
23 only thing, your question assumes -- I
24 don't know what's on that page, for the
25 record.  I don't know how many Korean             12:18

Page 68

1  characters are on it.  And I don't
2  know --
3      MR. ZHANG:  What's your concern
4  about the department name, because this
5  is the department name that appears on a         12:18
6  Samsung document?  I'm just asking the
7  interpreter to make sure that when he
8  translates my use of the word R&D
9  management group that he uses the
10 proper --                                         12:18
11     MR. WALL:  I see what you're
12 saying.
13     MR. ZHANG:  That he uses the
14 proper Samsung department name and
15 doesn't translate it into some other              12:18
16 name.
17     MR. WALL:  Then that's fine.
18     MR. ZHANG:  Great.
19     THE INTERPRETER:  For housekeeping
20 purposes, I believe the transliteration           12:18
21 of that Korean word would be advisable.
22 So if the interpreter could transliterate
23 that, that would be G-A-E.
24     MR. ZHANG:  Do you want to see the
25 document again?                                   12:18

Page 69

1      THE INTERPRETER:  No.
2  G-A-E-B-A-L-G-W-A-N-L-I group.
3  BY MR. ZHANG:
4      Q.  So I'll just -- with all that
5  preface, I'll ask my question again.  What is the 12:19
6  R&D management group of the mobile and
7  communication division at Samsung?
8      A.  I do not exactly know what kind of
9  role or how much work that group carries out, but
10 my understanding is that they do work related to  12:20
11 something related to or internal to development.
12     Q.  Do you know who the head of that
13 group is?
14     A.  D-O-N-G J-I-N K-O-H, a common
15 spelling.                                         12:20
16     Q.  Do you ever receive documents
17 generated by the R&D management group?
18     A.  Yes.  I do.
19     Q.  And what is the -- what types of
20 documents are these?                              12:21
21     MR. WALL:  Objection to form.
22     THE WITNESS:  Normally or
23 typically it will be e-mail.  Well, I'll
24 receive them in the form of e-mails.
25 BY MR. ZHANG:                                     12:21

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 74

1  BY MR. ZHANG:
2      Q.  Welcome back, Mr. Cho.  I would
3  like to mark as the next exhibit a document with
4  a Bates number SAMNDCA00515899.
5          (Exhibit 1266 was marked for          01:26
6      identification.)
7  BY MR. ZHANG:
8      Q.  Mr. Cho, if you could I take
9  minute to familiarize yourself with the
10 document.  And in particular I would like to    01:26
11 direct your attention to the e-mail from Mr. Lee
12 Don-Joo that appears on the page ending in
13 515902.
14         Mr. Cho, do you recognize this
15 email?                                          01:28
16     A.  What do you mean by "recognize"?
17     Q.  Do you recall having read this
18 March 8th, 2011, e-mail from Mr. Lee Don-Joo?
19     A.  I don't really know.
20     Q.  Did you prepare this e-mail?          01:28
21     A.  No.
22     Q.  Do you have an understanding of
23 the project P3S as a slimmed-down version of the
24 Tab 10.1?
25         MR. WALL:  Objection.  Asked and      01:29

Page 75

1      answered.
2          THE WITNESS:  Yes, that's what's
3      written in this e-mail.
4      Q.  Separately from the e-mail, do you
5  have an understanding of the P3S as a slimmed-  01:29
6  down version of the Tab 10.1?
7      A.  I think that was the case.
8      Q.  And who is Mr. Lee Don-Joo?
9      A.  Team leader of the strategy
10 marketing team.  D-o-n J-o-o L-e-e, common      01:30
11 spelling.
12     Q.  And on the opposite page that ends
13 in '03 near the signature line, right above where
14 it says Nara Cho, Senior Manager, there appears
15 to be a signature line of an organization that   01:31
16 purportedly prepared this document.
17         Do you see that signature block?
18         MR. WALL:  Objection to form,
19     assumes facts not in evidence.
20         THE WITNESS:  Yes, my name is         01:32
21     there.
22     Q.  Oh, I mean immediately above your
23 name, there's a team name.  Do you see the Korean
24 characters that appear immediately above your
25 English name?                                   01:32

Page 76

1      A.  Yes, I do.
2      Q.  And what organization is being
3  identified in that line above your name?
4          MR. WALL:  Objection to form.
5          THE WITNESS:  Well, this is          01:32
6      indicating in Korean that this was
7      written by the team leader of the
8      strategy marketing team.
9      Q.  And that's Mr. Lee Don-Joo,
10 correct?                                       01:33
11     A.  Yes.  That's correct.
12     Q.  Do you have any idea why your name
13 appears underneath the signature block in the
14 signature block of an e-mail that appears to have
15 been sent by Mr. Lee?                          01:33
16         MR. WALL:  Object to the form.
17         THE WITNESS:  I do not, no.
18     Q.  I would like to mark as the next
19 exhibit a document bearing the Bates label
20 SAMNDCA00514511.                               01:34
21         (Exhibit 1267 was marked for
22     identification.)
23     Q.  Mr. Cho, if you could take a
24 moment to familiarize yourself with the document.
25     A.  (Witness complies.)                   01:35

Page 77

1      Q.  I would like to direct your
2  attention first to the March 7th, 2011, e-mail
3  from Shoneel Kolhatkar to a number of recipients
4  including an ncho@samsung.com in the CC line.  Do
5  you see that e-mail on the first page of the    01:35
6  document?
7      A.  Yes, I do.
8      Q.  Do you recognize this e-mail?
9      A.  What do you mean by "recognize"?
10     Q.  Do you recall having read this       01:36
11 e-mail previously?
12     A.  I do not recall it precisely.
13     Q.  But do you recall having read this
14 e-mail before?
15     A.  I do not recall whether I read it    01:36
16 or I did not read it.
17     Q.  Who is Mr. Shoneel Kolhatkar?
18     A.  This is an employee who works at
19 STA, that is "Samsung Telecom America."
20     Q.  And do you know Mr. Kolhatkar's      01:37
21 role is at STA?
22     A.  My understanding is that that
23 person handles tablets.
24     Q.  What aspect of tablets does
25 Mr. Kolhatkar handle?  Sales?  Marketing?      01:37

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 78

1  A.  My understanding is that that is
2  close to product planning.
3  Q.  And so does Mr. Kolhatkar handle
4  product planning with respect to the tablets?
5       MR. WALL:  Objection to form.           01:38
6       THE WITNESS:  Yes.  As far as the
7  U.S. market is concerned.
8  Q.  And who is Mr. Yong Ki Min?
9  A.  This person handles products in
10 the U.S. STA organization.                   01:39
11 Q.  And who is Nicholas Dicarlo?
12 A.  Likewise, this person handles
13 product at STA.
14 Q.  Who is Nandakumar Ramachandran.
15 A.  Likewise, this person handles    01:40
16 products at STA.  I think he or she handles
17 business as well.
18 Q.  And who is Bryan Berndt?
19 A.  I do not really know.
20 Q.  What about who is Tim Rowden?   01:40
21 A.  I do not.
22 Q.  Who is Dale Sohn?
23 A.  Head of STA.
24 Q.  And I'll direct your attention to
25 a March 7th e-mail from Mr. YK Yongki Min that   01:40

Page 79

1  appears on the second page of this document
2  ending in 512.  Do you see that e-mail which
3  continues on to the next page ending in 513?
4  A.  Yes, I do.
5  Q.  Do you recall receiving this       01:41
6  e-mail?
7  A.  I do not really recall.
8  Q.  Did you attend a meeting the
9  weekend after the -- actually, let me ask a
10 different question.                          01:42
11     Are you aware of a meeting that
12 took place the weekend before March 7th
13 concerning the design of Samsung's tablets?
14     (Discussion in Korean between
15     Interpreters.)                           01:42
16     MR. WALL:  Objection to form.
17     THE WITNESS:  I do not know.
18 BY MR. ZHANG:
19 Q.  Do people at Samsung refer to
20 president Gee-Sung Choi as "GS," by the shorthand   01:43
21 "GS"?
22 A.  My understanding is that some
23 people do that.
24 Q.  But you're not aware of a meeting
25 presided over by Mr. Choi the weekend after the   01:43

Page 80

1  iPad 2 release concerning the Tab 10.1?
2       MR. WALL:  Objection to form.
3       THE WITNESS:  No.
4  Q.  Did Samsung slim down the
5  thickness of its Tab 10.1 design in order to make   01:44
6  it thinner than the iPad 2?
7       MR. WALL:  Objection to form.
8       THE WITNESS:  Yes, that is
9       correct.
10 BY MR. ZHANG:                                01:45
11 Q.  I would like to mark as the next
12 exhibit a document Bates labeled
13 SAMNDCA00516775.
14     (Exhibit 1268 was marked for
15     identification.)                         01:45
16 Q.  Actually, before we turn to that
17 exhibit, I wanted to ask you, did Samsung
18 redesign its Tab 10.1 to make it thinner than the
19 iPad 2 in order to take away one of the main
20 marketing points for the iPad 2?             01:46
21     MR. WALL:  Objection to form,
22     assumes facts not in evidence, calls for
23     speculation.
24     THE WITNESS:  Samsung has always
25     tried to create a product that contained   01:47

Page 81

1       within it the best or the top or the
2       state of the art technology and provide
3       that to customers.  And I think what was
4       envisioned was that it would provide
5       value to make it the thinnest.           01:48
6  Q.  So if you could turn to the
7  exhibit that's before you, and just familiarize
8  yourself with the document.
9       I would like to turn your
10 attention to the front page of Exhibit 1268 where   01:48
11 there appears to be an e-mail from you Nara Cho
12 to a group of people including Yongki Min.  Do
13 you see that e-mail?
14 A.  Yes.  That's correct.
15 Q.  What's the subject line of this      01:49
16 e-mail?
17 A.  It says "P4 iPad 2 Thickness
18 Issue."
19 Q.  And what are you communicating to
20 the team in this e-mail, Mr. Cho?            01:49
21 A.  That was to convey the
22 investigation I did as to the thicknesses of iPad
23 2 and P4.
24 Q.  And as part of this investigation,
25 did you make an actual measurement of the iPad 2   01:50

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 82

1  thickness?
2      A.  Yes, I did.
3      Q.  And as part of that investigation,
4  did you go to the Apple website to learn Apple's
5  claim as to the thickness of the iPad 2?            01:51
6      A.  Yes, I did.
7      Q.  And you authored this e-mail,
8  correct?
9      A.  Yes, the one in the front page, I
10 did.                                                 01:51
11     Q.  Is there anything about this
12 e-mail that appears incorrect to you?
13         Actually, let me ask a different
14 question.  Does this appear to be a correct copy
15 of the e-mail that you wrote?                        01:52
16     A.  Considering it's been a long
17 while, I don't know if that is precisely the
18 case, line by line, but I think that seems to be
19 the case.
20     Q.  And you prepared this e-mail in    01:52
21 your role as senior manager of the product
22 strategy team; is that correct?
23         MR. WALL:  Objection to form.
24         THE WITNESS:  It was per the
25 instruction of my boss, Hangil Yoon,              01:53

Page 83

1  H-A-N-G-I-L Y-O-O-N, that I did
2  investigation on and made the report
3  thereof.
4      Q.  And the purpose of the
5  investigation was to make sure that your claim as   01:53
6  to the thickness of the Tab 10.1 relative to the
7  iPad 2 was correct; is that right?
8          MR. WALL:  Objection to form,
9  assumes facts not in evidence.
10         THE WITNESS:  I do not exactly      01:54
11 remember my boss, Hangil Yoon, why, with
12 what intent, he gave such an instruction.
13     Q.  E-mails that you write and receive
14 are stored in the regular course of business at
15 Samsung, correct?                                   01:55
16         MR. WALL:  Objection to form.
17         THE WITNESS:  They do get stored,
18 but to what extent.  What I mean by that
19 is such things as the duration.  So I do
20 not know, I absolutely do not know, to   01:56
21 what extent they are stored.
22         MR. ZHANG:  Actually, can we take
23 a break?
24         MR. WALL:  Of course.
25         MR. ZHANG:  I'll look at my notes     01:56

Page 84

1     and maybe just clean up in the next
2     session.
3         THE VIDEOGRAPHER:  We are off the
4     record at 1:57 p.m.
5         (Recess taken from 1:57 p.m. to    02:05
6     2:08 p.m.)
7         THE VIDEOGRAPHER:  We are back on
8     the record at 2:08 p.m.  You may proceed.
9  BY MR. ZHANG:
10     Q.  Mr. Cho, you are aware of a       02:07
11 decision by Samsung to slim down the Tab 10.1
12 design after the iPad 2 was announced; is that
13 correct?
14         MR. WALL:  Objection to form.
15         THE WITNESS:  Yes, I am aware    02:08
16     because I heard of it.
17     Q.  Do you know who made that
18 decision, the decision to slim down?
19     A.  I did not.
20     Q.  Have you heard of a statement by  02:09
21 Mr. Lee Don-Joo that the Tab 10.1 should compete
22 head to head with iPad 2?
23         MR. WALL:  Objection.  Assumes
24     facts not in evidence.
25         THE WITNESS:  I heard it          02:09

Page 85

1     previously.  I heard it vicariously.
2     Q.  Who did you hear it from?
3     A.  I do not recall.
4     Q.  Was it someone within Samsung?
5     A.  Yes.                              02:10
6     Q.  Is it Samsung's strategy for the
7  Tab 10.1 to compete head to head with the iPad 2?
8         MR. WALL:  Object to the form,
9     assumes facts not in evidence, calls for
10    speculation, vague.                    02:10
11        THE WITNESS:  I would think that
12    in terms of the strategy -- in terms of
13    the various strategic directions, I think
14    there could be slight variances depending
15    on one's department.                   02:11
16    Q.  What is your understanding of the
17 strategy, given your position in the product
18 strategy group?
19        MR. WALL:  Objection to form.
20    Q.  By that, of course, I mean the Tab  02:11
21 10.1 strategy.
22        MR. WALL:  Same objection.
23        THE WITNESS:  Depending on the
24    types of customers and the behavior of
25    the customers who use the tablets, I   02:12

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 86

1  believe there are different markets per
2  size and 10 point -- ten-inch tablet
3  market is one of the major markets, and
4  our 10.1 product is targeting that
5  ten-inch market.                    02:13
6     Q.  So with the Tab 10.1, is the goal
7  to expand the ten-inch market?
8        MR. WALL:  Objection to form.
9        THE WITNESS:  What did you mean by
10    "expand"?                        02:14
11    Q.  Create more users for the ten-inch
12 market.
13    A.  Yes.  Not only the purpose of
14 satisfying the need of the preexisting ten-inch
15 market, but also a purpose of expanding it would  02:14
16 be applicable here by both of them.
17    Q.  Have you seen any evidence that
18 the Galaxy Tab 10.1 has expanded the ten-inch
19 tablet market?
20    A.  Well, the fact of our ten-inch    02:15
21 product being sold, I think that ads to the
22 growth of the ten-inch market.
23    Q.  Aside from what you just said,
24 anything else that indicates that the Tab 10.1
25 has expanded the ten-inch tablet market?    02:16

Page 87

1     A.  Right now I cannot come up with
2  anything offhand.
3     Q.  I would like to mark as the next
4  exhibit a document Bates labeled samndca10153221.
5        (Exhibit 1269 was marked for       02:16
6     identification.)
7     Q.  If you could, Mr. Cho, familiarize
8  yourself with the document.  Do you recognize the
9  document Mr. Cho?
10    A.  I have seen this.               02:17
11    Q.  What do you recognize it to be?
12    A.  This was a document that was
13 created by planning group or planning team after
14 the release of iPad 2.
15    Q.  And when you refer to the         02:18
16 "planning group," are you referring to the group
17 that you are in or a separate group?
18    A.  It's a separate group.
19    Q.  And who is the head of the
20 planning group?                          02:18
21    A.  I do not recall exactly.
22    Q.  Do you work with the planning
23 group in the course of your responsibilities at
24 Samsung?
25    A.  Occasionally.                    02:19

Page 88

1     Q.  Do they also -- and by "they" I
2  mean the planning group -- do they also fall
3  under the mobile communications division?
4     A.  There are different planning
5  groups, and it seems to me the department which   02:20
6  authored this document did not belong to mobile
7  division, rather that was the planning team of
8  the headquarters.
9     Q.  I would like to mark as the next
10 exhibit, a document Bates labeled           02:20
11 SAMNDCA10153262.
12       (Exhibit 1270 was marked for
13    identification.)
14    Q.  Mr. Cho, do you recognize this
15 document?                                02:21
16    A.  Considering that I see so many
17 similar documents, I would not know exactly, but
18 it seems that I've seen -- well, it seems that I
19 know about this document.
20    Q.  Do you know who created this      02:22
21 document?
22    A.  I do not exactly recall.
23    Q.  On the front page of the document
24 underneath the date, what is the organization
25 that's indicated there?                  02:22

Page 89

1     A.  Wireless business division.
2     Q.  Is the wireless business division
3  also within the mobile communications division?
4     A.  I think it may be a nomenclature
5  in terms of the translation of the organization.   02:23
6  I don't think there is such a thing as actually
7  "wireless business division."
8     Q.  So do you think this is meaning to
9  say "mobile communications division"?
10    A.  Yes.  That's correct.           02:23
11    Q.  So is it your belief that the
12 mobile communications division prepared this
13 report?
14       MR. WALL:  Objection to form.
15       THE WITNESS:  Well, there are many   02:24
16    departments and many people who work at
17    the mobile communication division, and I
18    do not have a precise recollection how
19    and what fashion this got to be created,
20    right.                            02:24
21    Q.  I would like to mark as the next
22 exhibit a document Bates labeled
23 SAMNDCA10152092.
24    A.  There's one thing I recall.  After
25 the release of iPad 2, I prepared some reports,   02:25

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 94

1  of today's deposition. We are off the
2  record at 2:40 p.m. The master discs
3  will be held by TSG Reporting. Thank
4  you.
5   (Time noted: 2:40 p.m.)
6
7   _____
8   NARA CHO
9
10
11  Subscribed and sworn to before me
12  This     day of        , 2012.
13  _____
14
15
16
17
18
19
20
21
22
23
24
25

Page 95

1   C E R T I F I C A T E
2  STATE OF CALIFORNIA  )
3                       )
4  COUNTY OF SAN FRANCISCO )
5    I, LINDA VACCAREZZA, a Certified
6  Shorthand Reporter for the State of
7  California, do hereby certify:
8    That NARA CHO, the witness whose
9  deposition is hereinbefore set forth, was
10 duly sworn by me and that such deposition
11 is a true record of the testimony given
12 by such witness.
13    I further certify that I am not
14 related to any of the parties to this
15 action by blood or marriage; and that I
16 am in no way interested in the outcome of
17 this matter.
18    IN WITNESS WHEREOF, I have hereunto
19 set my hand this 14th day of January,
20 2012.
21
22  _____
23   LINDA VACCAREZZA, CSR. NO. 10201
24
25

Page 96

1  -------------I N D E X----------------
2  WITNESS    EXAMINATION BY    PAGE
3  NARA CHO    MR. ZHANG       5
4  --------------EXHIBITS----------------
5  PLAINTIFFS            PAGE LINE
6  Exhibit 1261
7  Document Bates stamped
8  SAMNDCA10154003 through
9  SAMNDCA10154053.................22  23
10
11 Exhibit 1262
12 CEO Information, Bates stamped
13 SAMNDCA10157413 through
14 SAMNDCA10157434.................48  5
15
16 Exhibit 1263
17 Document Bates stamped
18 SAMNDCA10157573 through
19 SAMNDCA10157617.................51  5
20
21 Exhibit 1264
22 Smartphone Product Planning
23 Document Bates stamped
24 SAMNDCA10158320 through
25 SAMNDCA10158355................57  10

Page 97

1  EXHIBITS (CONT'D)
2  Exhibit 1265
3  Email, Bates stamped
4  SAMNDCA10152980.................72  8
5
6  Exhibit 1266
7  Email from Seung-Jai Lee, Bates
8  SAMNDCA101515899 through
9  SAMNDCA00515910.................74  5
10
11 Exhibit 1267
12 Email from Shoneel Kolhatkar,
13 Bates stamped SAMNDCA00514511
14 Through SAMNDCA00514520.........67  21
15
16 Exhibit 1268
17 Email from NaRa Cho, Bates stamped
18 SAMNDCA00516775 through
19 SAMNDCA00516781.................80  14
20
21 Exhibit 1269
22 Competitive Insight Report,
23 Bates stamped SAMNDCA10153221
24 Through SAMNDCA10153228.........87  5
25

Page 98

1  EXHIBITS (CONT'D)
2
3  Exhibit 1270
4  IPad 2 Document, Bates stamped
5  SAMNDCA10153262 through
6  SAMNDCA10153276.................88  12
7
8  Exhibit 1271
9  Apple IPhone 4 Document, Bates
10 Stamped SAMNDCA10152092
11 Through SAMNDCA10152111..........90  12
12
13 Exhibit 1272
14 P1 vs iPad App Document, Bates
15 Stamped SAMNDCA10149895 through
16 SAMNDCA10149936..................92  18
17
18
19
20
21
22
23
24
25

Page 99

1  ERRATA SHEET FOR THE TRANSCRIPT OF:
2  Case Name: Apple Inc VS. Samsung Electronics
3  Dep. Date: January 14, 2012
4  Deponent: NARA CHO
5  Pg. Ln.  Now Reads    Should Read    Reason
6  __ __   _____  _____  _____
7  __ __   _____  _____  _____
8  __ __   _____  _____  _____
9  __ __   _____  _____  _____
10 __ __   _____  _____  _____
11 __ __   _____  _____  _____
12 __ __   _____  _____  _____
13 __ __   _____  _____  _____
14 __ __   _____  _____  _____
15 __ __   _____  _____  _____
16 __ __   _____  _____  _____
17
          _____
18         Signature of Deponent
19    SUBSCRIBED AND SWORN BEFORE ME
20    THIS_____ DAY OF_____, 2012.
21    _____
22
23    (Notary Public)  MY COMMISSION
      EXPIRES:_____
24
25