# EXHIBIT 50

# FILED UNDER SEAL

Page 1

```
1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4
5    APPLE, INC., a California    )
     corporation,                  )
6                                  )
         Plaintiff,                )
7                                  )
     VS.                           )  NO. 11-cv-01846-LHK
8                                  )
     SAMSUNG ELECTRONICS CO.,      )
9    LTD., a Korean business       )
     entity; SAMSUNG ELECTRONICS   )
10   AMERICA, INC., a New York     )
     corporation; SAMSUNG          )
11   TELECOMMUNICATIONS AMERICA,   )
     LLC, a Delaware limited       )
12   liability company,            )
                                   )
13       Defendants.               )
14
15
16        HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
17           ORAL AND VIDEOTAPED DEPOSITION OF
18                   TIMOTHY SHEPPARD
19                  JANUARY 24, 2012
20                     DALLAS, TX
21
22
23
24   Reporter: Therese Casterline
25   TSG Job: 45458
```

### Page 6

```
 1          PROCEEDINGS                    09:00
 2       THE VIDEOGRAPHER:  We are now on record.   09:01
 3  The date is January 24th, 2012.  The time is 9 o'clock   09:01
 4  a.m.  I'm Richard Buckelew, the videographer.  The      09:01
 5  court reporter is Therese Casterline.                   09:01
 6       This is the deposition of Tim Sheppard in          09:01
 7  the case Apple, Incorporated versus Samsung Electronics 09:01
 8  Company.                                                09:01
 9       Counsel will please introduce themselves,          09:01
10  after which the court reporter will swear in the        09:01
11  witness.                                                09:02
12       MR. OLSON:  Erik Olson for Morrison &              09:02
13  Foerster on behalf of Apple.                            09:02
14       MS. ZINITI:  Cecilia Ziniti from                   09:02
15  Morrison & Foerster, also on behalf of Apple.           09:02
16       MR. LASHER:  And?                                  09:02
17       MR. OLSON:  That's Terry Musika of                 09:02
18  Invotex.                                                09:02
19       MR. LASHER:  Great.  Alex Lasher, Quinn            09:02
20  Emanuel Urquhart & Sullivan, on behalf of Samsung and   09:02
21  the witness, and with me is Jeff Myung from Samsung.    09:02
22       TIMOTHY SHEPPARD,                                  09:02
23  having been first duly sworn, testified as follows:     09:02
24       EXAMINATION                                        09:02
25  BY MR. OLSON:                                           09:02
```

### Page 7

```
 1    Q.  Good morning, Mr. Sheppard.  Can you give your    09:02
 2  full name for the record.                               09:02
 3    A.  Timothy Sheppard.                                 09:02
 4    Q.  And what's your address?                          09:02
 5    A.  1995 Haversham Drive, Flower Mound, Texas.        09:02
 6    Q.  Is that your home address or your work            09:02
 7  address?                                                09:02
 8    A.  Home address.                                     09:02
 9    Q.  You've been deposed twice before, correct?        09:02
10    A.  Yes.                                              09:02
11    Q.  You hold the equivalent of a CPA's                09:02
12  certification from the UK; is that right?               09:02
13    A.  That's correct.                                   09:03
14    Q.  And, therefore, you're an accountant?             09:03
15    A.  Yes.                                              09:03
16    Q.  Your role at Samsung is in accounting?            09:03
17    A.  I have multiple roles.                            09:03
18    Q.  Okay.  Is one of those roles in accounting?       09:03
19    A.  Yes.                                              09:03
20    Q.  What -- what is your title at Samsung?            09:03
21    A.  My title is vice president, finance and           09:03
22  operations -- and operations.                           09:03
23    Q.  Vice president of finance or vice president --    09:03
24  I just missed it, I'm sorry.                            09:03
25    A.  Vice president, finance and operations.           09:03
```

### Page 8

```
 1    Q.  Okay.  So I take it you have two jobs, one is     09:03
 2  finance, and one is operations?                         09:03
 3    A.  Correct.                                          09:03
 4    Q.  Okay.  What's involved in the work in finance?    09:03
 5    A.  A typical accounting role.  I'm the seniormost    09:03
 6  finance person in the organization outside of the -- my 09:03
 7  boss is the CFO dispatched from Korea.                  09:03
 8    Q.  Okay.  And what's, in general, your role in       09:03
 9  the operations?                                         09:03
10    A.  The operations -- in -- in my title, you mean?    09:03
11    Q.  Sure.  Sure.  So in -- in the title.              09:04
12    A.  My role in operations -- operations is I'm        09:04
13  responsible for both the forward and reverse logistics  09:04
14  operations.                                             09:04
15    Q.  And you said that -- well, first, when we said    09:04
16  Samsung, you're an employee of Samsung                  09:04
17  Telecommunications America; is that correct?            09:04
18    A.  That's correct.                                   09:04
19    Q.  And that's a subsidiary of Samsung Electronics    09:04
20  America; is that correct?                               09:04
21    A.  Yes.                                              09:04
22    Q.  And that's a subsidiary of Samsung Electronics    09:04
23  Corporation, which is in Korea, correct?                09:04
24    A.  Correct.                                          09:04
25    Q.  And you said -- well, to whom do you report?      09:04
```

### Page 9

```
 1    A.  The CFO.                                          09:04
 2    Q.  What's his name?                                  09:04
 3    A.  Joseph Cheong.                                    09:04
 4    Q.  And you said that you were the most senior --     09:04
 5  seniormost financial person.  How do you distinguish    09:04
 6  your role versus Mr. Cheong's role?                     09:04
 7    A.  I'm the seniormost financial local employee.      09:04
 8    Q.  What do you mean by that?                         09:04
 9    A.  We have several of the senior roles filled by     09:04
10  people dispatched from Korea.                           09:05
11    Q.  And Mr. Cheong is one of those?                   09:05
12    A.  Yes.                                              09:05
13    Q.  Is Mr. Cheong also a CPA or the equivalent        09:05
14  from Korea?                                             09:05
15    A.  No.                                               09:05
16    Q.  What role does Mr. Cheong play in Samsung         09:05
17  Telecommunications America's accounting?                09:05
18    A.  He is responsible for signing the -- the          09:05
19  financial statements and submitting them to HQ.         09:05
20    Q.  And to whom does Mr. Cheong report?               09:05
21    A.  He reports to the wireless terminals global       09:05
22  CFO.                                                    09:05
23    Q.  And you said the wireless terminals.  What's      09:05
24  that?                                                   09:05
25    A.  Let me rephrase that.  Within Samsung there       09:05
```

Page 10

1  are several different business units, and one of them         09:05
2  is a business unit responsible for wireless                   09:05
3  terminals -- wireless equipment.                              09:05
4      Q. All right. And when you say within Samsung,            09:05
5  are you speaking now of SEC or --                             09:05
6      A. SEC, yeah.                                             09:06
7      Q. All right. So does Mr. Cheong report directly          09:06
8  to someone in Korea?                                          09:06
9      A. Yes.                                                   09:06
10     Q. Is there any other finance person who reports          09:06
11 to Mr. Sohn?                                                  09:06
12     A. Mr. Sohn? Who is Mr. Sohn?                             09:06
13     Q. I may have mispronounced his name, but Dale            09:06
14 Sohn, the -- is there a Dale Sohn at Samsung                  09:06
15 Telecommunications America?                                   09:06
16     A. Yes.                                                   09:06
17     Q. Is there any other finance person who reports          09:06
18 in to him?                                                    09:06
19     A. No.                                                    09:06
20     Q. And -- and you don't report directly to                09:06
21 Mr. Sohn; is that correct?                                    09:06
22     A. That is correct.                                       09:06
23     Q. Do you have any dotted-line relationship to --         09:06
24 in which you report to someone at SEC or at SEA?              09:06
25     A. Not really, no.                                        09:06

Page 11

1      Q. Do you interact with the other finance                 09:07
2  employees at SEA and SEC?                                     09:07
3      A. Yes.                                                   09:07
4      Q. In what way?                                           09:07
5      A. That's very broad. Can you be more specific.           09:07
6      Q. I'm merely looking for as -- as much as you            09:07
7  can tell me about the manner in which you report or           09:07
8  interact with or have -- on a working basis with the          09:07
9  people at SEC and SEA.                                        09:07
10     A. Well -- okay. So let me -- so our company              09:07
11 structure is very common in that there's no linear pure       09:07
12 relationship to -- for communication. So, for example,        09:07
13 if I want to discuss corporate tax matters, I would           09:07
14 talk with the corporate tax people at SEA and at SEC,         09:07
15 for example.                                                  09:08
16     Q. Okay. Is there a controller at STA?                    09:08
17     A. Yes.                                                   09:08
18     Q. And who is that?                                       09:08
19     A. Me.                                                    09:08
20     Q. All right. Is there a controller at SEA?               09:08
21     A. Yes.                                                   09:08
22     Q. Who is that?                                           09:08
23     A. I'm not sure.                                          09:08
24     Q. Is there a controller at SEC?                          09:08
25     A. I don't know.                                          09:08

Page 12

1      Q. All right. In your role -- what -- what's              09:08
2  your role as controller?                                      09:08
3      A. My role as controller is a traditional role.           09:08
4  I close the books, I do the taxes, I ensure we invoice        09:08
5  and collect, I run payroll process, I pay our vendors,        09:08
6  I pay our employees' expense reports, all those kind of       09:08
7  basic operations.                                             09:08
8      Q. And when you say you close the books, what do          09:08
9  you mean by that?                                             09:08
10     A. You're not familiar with this term?                    09:08
11     Q. I am, but I don't know that the jury will be.          09:08
12     A. Okay. It's common practice in every business           09:08
13 I've ever known to close the books, basically take            09:09
14 account of the situation on a specific calendar date,         09:09
15 make a balance sheet and income statement.                    09:09
16     Q. And how often does -- does Samsung                     09:09
17 Telecommunications -- well, I take it you close the           09:09
18 books for Samsung Telecommunications America?                 09:09
19     A. That's correct.                                        09:09
20     Q. All right. Maybe I'll use STA just to solve            09:09
21 the -- the mouthful. Is that -- is that an acronym            09:09
22 that you guys use?                                            09:09
23     A. Yes.                                                   09:09
24     Q. How often does STA close the books?                    09:09
25     A. Once a month.                                          09:09

Page 13

1      Q. Once closed, to whom do those books roll up            09:09
2  into?                                                         09:09
3      A. The parent company.                                    09:09
4      Q. And is that SEA or -- or SEC?                          09:09
5      A. It's SEA.                                              09:09
6      Q. All right. And when you close the books, is            09:09
7  there somebody at SEA that you inform that you've             09:09
8  closed the books?                                             09:09
9      A. Not at SEA.                                            09:10
10     Q. Who -- who do you inform?                              09:10
11     A. We -- we inform people at SEC.                         09:10
12     Q. And I take it the books also roll up into SEC?         09:10
13     A. Yes.                                                   09:10
14     Q. Who do you inform at SEC?                              09:10
15     A. There is an electronic system where                    09:10
16 notifications are made when the books are closed.             09:10
17     Q. And do you know whom -- to whom that goes?             09:10
18     A. I do not recall the name of the person.                09:10
19     Q. Do you know anyone to whom that notice goes?           09:10
20 Is it just one person or is it multiple persons?              09:10
21     A. I believe multiple people.                             09:10
22     Q. And you can't remember anyone's name?                  09:10
23     A. No.                                                    09:10
24     Q. Do you recall ever receiving any questions             09:10
25 from SEC about what happened in connection with your          09:10

Page 106

1   A. The sales team, as part of their fundamental   11:51
2   role, is to forecast sales and then go execute those   11:51
3   sales.   11:51
4   Q. In preparation for the weekly sales meeting,   11:51
5   are there any other reports that are routinely prepared   11:51
6   or delivered to management or those who are going to   11:51
7   attend?   11:51
8   A. Yes.   11:51
9   Q. What else?   11:51
10  A. Each carrier team produces a more in-depth   11:51
11  report of their account.   11:51
12  Q. Separate for Verizon and separate for AT&T?   11:51
13  A. Correct -- no, that went in separate for   11:51
14  Tracfone, for Cricket, MetroPCS.   11:51
15  Q. What else?   11:51
16  A. Those are the primary reports.   11:51
17  Q. And I take it there's no routine report that   11:51
18  finance prepares?   11:51
19  A. Correct.   11:51
20  Q. Is there any weekly meeting to track it -- to   11:51
21  track profitability?   11:51
22  A. No.   11:51
23  Q. Is there any monthly meeting to track   11:51
24  profitability of the company?   11:51
25  A. No.   11:52

Page 107

1   Q. Is there any quarterly meeting to track   11:52
2   profitability of the company?   11:52
3   A. Maybe I'm not on the same page. Clarify your   11:52
4   point about meeting. What do you mean by meeting?   11:52
5   Q. Sure. I take it that there's actually a   11:52
6   weekly sales meeting where people all gather in a room?   11:52
7   A. Correct.   11:52
8   Q. Is there any meeting of that type on a   11:52
9   quarterly basis to track profitability?   11:52
10  A. No. Oh, only in the context of reviewing the   11:52
11  price Pumi.   11:52
12  Q. The price Pumi?   11:52
13  A. Yes, that we talked about earlier.   11:52
14  Q. Okay. When does that meeting occur?   11:52
15  A. It typically occurs in the last month of a   11:52
16  quarter, where the next quarter's numbers are reviewed   11:52
17  carefully.   11:52
18  Q. And who attends that meeting?   11:52
19  A. Typically the head of wireless -- well, the   11:52
20  head of sales for the wireless -- for the global   11:53
21  wireless terminals division and STA sales management.   11:53
22  Q. Okay. You said the head of sales for the   11:53
23  wireless -- the global wireless terminal division. Is   11:53
24  that somebody from SEC?   11:53
25  A. Someone from SEC.   11:53

Page 108

1   Q. Who is that?   11:53
2   A. The current global head is H.D. Lee -- no,   11:53
3   I'm -- DJ Lee.   11:53
4   Q. Is there anyone else from SEC who attends on a   11:53
5   regular basis?   11:53
6   A. Yes. There are North American associates who   11:53
7   are focused on the North American market.   11:53
8   Q. And who attends?   11:53
9   A. I don't recall their names.   11:53
10  Q. Oh.   11:53
11  A. So basically many of his staff will attend.   11:53
12  Q. How many people from SEC usually join?   11:53
13  A. Three to five, maybe.   11:53
14  Q. Other than going over the Pumi report, what   11:53
15  else is reviewed during that meeting?   11:54
16  A. Typically that, I believe. I -- I don't   11:54
17  attend the meetings regularly myself.   11:54
18  Q. Okay. Is there any regular meeting in which   11:54
19  Mr. J.K. Shin comes to STA and presents on a regular   11:54
20  basis?   11:54
21  A. J.K. Shin regularly visits STA.   11:54
22  Q. But is there a clock or timeline or meeting   11:54
23  which he -- which he attends every year, every month,   11:54
24  every quarter or anything like that?   11:54
25  A. No, no.   11:54

Page 109

1   Q. And the same question as to Mr. Choi.   11:54
2   A. In the four years I've been with the company,   11:54
3   he has been to STA twice.   11:54
4   Q. What were the purposes of those meetings?   11:54
5   A. General review.   11:54
6   Q. When were they?   11:54
7   A. Once in 2008, and most recently in Q4 of 2011.   11:54
8   Q. Q4 2011, so just last quarter?   11:55
9   A. Yeah.   11:55
10  Q. When last quarter?   11:55
11  A. I don't recall exactly.   11:55
12  Q. Did you attend the meeting?   11:55
13  A. Yes.   11:55
14  Q. What was the purpose of his visit?   11:55
15  A. A general review of the -- STA's performance.   11:55
16  Q. And who made presentations during it?   11:55
17  A. Major department heads.   11:55
18  Q. Did you?   11:55
19  A. No.   11:55
20  Q. Did Mr. Rosenberg?   11:55
21  A. Yes.   11:55
22  Q. Did Mr. Sohn?   11:55
23  A. No.   11:55
24  Q. Who else other than Mr. Rosenberg do you   11:55
25  remember that -- that deals with the wireless terminals   11:55

Highly Confidential - Attorneys' Eyes Only

Page 178

1  would also dedesignate as appropriate when the time       14:41
2  comes.                                                    14:41
3       MR. LASHER:  Fair enough.                            14:41
4       MR. OLSON:  Thank you, Mr. Sheppard.                 14:41
5       THE WITNESS:  Thank you.                             14:42
6       THE VIDEOGRAPHER:  The time is 2:41.                 14:42
7  We're now going off record.  This is the end of tape 3.   14:42
8       THE REPORTER:  Do you want me to send the            14:42
9  original to you or to the witness?                        14:42
10      MR. LASHER:  Send it to me, please.                  14:42
11      (Deposition adjourned at 2:41 p.m.)

Page 179

1              CHANGES AND SIGNATURE
2  WITNESS NAME: TIMOTHY SHEPPARD     DATE: 1-24-12
3  PAGE  LINE         CHANGE        REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

Page 180

1       I, TIMOTHY SHEPPARD, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4           _____
5                  TIMOTHY SHEPPARD
6
7  THE STATE OF _____)
8  COUNTY OF _____)
9
10      Before me, _____, on this
11 day personally appeared TIMOTHY SHEPPARD, known to me
12 (or proved to me under oath or through
13 _____) (description of identity card or
14 other document) to be the person whose name is
15 subscribed to the foregoing instrument and acknowledged
16 to me that they executed the same for the purposes and
17 consideration therein expressed.
18      Given under my hand and seal of office this
19 _____ day of _____, 2012.
20
21           _____
22           NOTARY PUBLIC IN AND FOR
23                THE STATE OF _____
24 My commission expires: _____
25

Page 181

1            IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5  APPLE, INC., a California    )
   corporation,                 )
6                               )
       Plaintiff,                )
7                               )
   VS.                           )  NO. 11-cv-01846-LHK
8                               )
   SAMSUNG ELECTRONICS CO.,      )
9  LTD., a Korean business       )
   entity; SAMSUNG ELECTRONICS   )
10 AMERICA, INC., a New York     )
   corporation; SAMSUNG          )
11 TELECOMMUNICATIONS AMERICA,   )
   LLC, a Delaware limited       )
12 liability company,            )
                                 )
13     Defendants.                )
14
15        REPORTER'S CERTIFICATION
16   ORAL AND VIDEOTAPED DEPOSITION OF TIMOTHY SHEPPARD
17             JANUARY 24, 2012
18      I, Therese J. Casterline, Registered Merit
19 Reporter, Certified Realtime Reporter, Certified
20 Shorthand Reporter in and for the State of Texas, do
21 hereby certify that there came before me on the 24th
22 day of January, 2012, at the offices of Regus, located
23 at 4514 Cole Avenue, Suite 600, Dallas, Texas, the
24 following named person, to wit: TIMOTHY SHEPPARD, who
25 was duly sworn to testify the truth, the whole truth,

Highly Confidential - Attorneys' Eyes Only

Page 182

1  and nothing but the truth of knowledge touching and
2  concerning the matters in controversy in this cause;
3  and that he was thereupon examined upon his oath and
4  his examination reduced to typewriting under my
5  supervision; that the deposition is a true record of
6  the testimony given by the witness, that review by the
7  witness was requested on the record, and signature of
8  the witness is to be signed before any notary public.
9       I further certify that I am neither attorney
10 nor counsel for nor related to any of the parties to
11 the action in which this deposition is taken, and
12 further that I am not a relative or employee of any
13 attorney or counsel employed by the parties hereto, or
14 financially interested in this action.
15      Given under my hand on this the 24th day of
16 January, 2012.
17
18      _____
         Therese J. Casterline, Texas CSR
19       5001, Expiration Date:  12-31-13
         Firm Registration No. 615
20       TSG Reporting - Worldwide
         747 Third Avenue
21       New York, New York  10017
         (877) 702-9580
22
23
24
25