# EXHIBIT 51

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3   APPLE, INC., a California
     corporation,
 4                                              CASE NO.
            Plaintiff,                          11cv01846-LHK
 5
     v.
 6
     SAMSUNG ELECTRONICS, CO., LTD., a
 7   Korean business entity; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
 8   York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
 9   a Delaware limited liability
     company,
10
            Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD., a
     Korean business entity; SAMSUNG
13   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
14   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability
15   company,

16          Counterclaim-Plaintiffs,

17   v.

18   APPLE, INC., a California
     corporation,
19
            Counterclaim-Defendant.
20

21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22            VIDEOTAPED PERSONAL DEPOSITION OF:
                           JUNGMIN YEO
23
                        February 2, 2012
24                         Kim & Chang
                        Seoul, South Korea
25              9:51 a.m. - 3:29 p.m.
```

Page 26

```
 1     Q.    Are you aware of a product called the
 2  Galaxy Tab 10.1v?
 3     A.    I don't think I'm aware of the model named Galaxy
 4  Tab v.
 5           CHECK INTERPRETER:  "10.1v."  Alternative
 6  rendition:  "10.1v."
 7           LEAD INTERPRETER:  Well, she didn't mention
 8  "10.1."  I'm sorry, but this is addition.
 9  BY MR. ZHANG:
10     Q.    Are you aware of a Galaxy -- actually, let me ask
11  a different question.
12           Are you aware of a project name called P3?
13     A.    Yes.
14     Q.    And are you aware of a commercial product that
15  was eventually released from the P3 project?
16     A.    Yes.
17     Q.    And do you know the -- do you know the model name
18  for that product?
19     A.    Well, marketing names, I can't remember each and
20  every one of those marketing names myself.  And even for
21  model names, those are comprised of numbers, so I can't
22  recall them exactly.  But if you want, I think you can
23  search them on the Internet, but I can't really recall the
24  numbers for the model names.
25     Q.    So did you work on the P3 project?
```

Page 27

```
 1     A.    Yes.
 2     Q.    And did you also work on the P4 project?
 3     A.    Yes.
 4     Q.    And you are aware that the P3 and the P4 are
 5  different designs?
 6     A.    Yes.
 7     Q.    Are you aware of a project called P3S?
 8     A.    I'm not too sure.
 9           CHECK INTERPRETER:  Alternative rendition:
10  "P3S, I'm not sure."
11           MR. ZHANG:  We have to change the tape, so
12  maybe we can take a break now.
13           MR. WALL:  That would be great.
14           THE VIDEOGRAPHER:  10:46, going off the
15  record at the end of Tape 1.
16           (Recess taken, 10:46 a.m. to 11:01 a.m.)
17           THE VIDEOGRAPHER:  The time is 11:01.  We're
18  back on the record at the beginning of Tape 2.
19  BY MR. ZHANG:
20     Q.    Welcome back, Ms. Yeo.  Did you work on a white
21  version of the Galaxy Ace?
22     A.    Yes.
23     Q.    And on the white version of the Galaxy Ace, was
24  the front surface of the phone colored white?
25     A.    No.  No.
```

Page 28

```
 1     Q.    Have you worked on any phones where the front
 2  surface is colored white?
 3     A.    Yes.
 4     Q.    And what phone was that?
 5     A.    Model name was SCH-R560.
 6     Q.    And was this a touchscreen phone?
 7     A.    No.
 8     Q.    Have you worked on any touchscreen phones where
 9  the front surface was colored white?
10     A.    Yes.
11     Q.    And what phones were those?
12     A.    It's a design mock-up.
13     Q.    So do you mean that none of these phones were
14  actually commercially released?
15     A.    Yes.  Correct.
16     Q.    Are you aware of any special difficulties in
17  making a cellular phone, a touchscreen cellular phone,
18  having a white front surface?
19     A.    Can you repeat your question?
20           LEAD INTERPRETER:  Do you want me to reread
21  your question?
22           MR. ZHANG:  Sure.
23           (A discussion was had off the record between Lead
24  Interpreter and Check Interpreter in Korean.)
25           MR. ZHANG:  Can I make a request?  If you're
```

Page 29

```
 1  going to offer an alternate rendering, I'd like to hear
 2  the English version as well so I know what the witness
 3  is being told.
 4           CHECK INTERPRETER:  My English version would
 5  be your question, Counsel.
 6     A.    No.  No.
 7           MR. ZHANG:  Let's go off the record.
 8           So I need the check --
 9           THE VIDEOGRAPHER:  I'm sorry, I have to
10  announce it.  We're going off the record.  The time is
11  11:04.
12           (Discussion off the record.)
13           THE VIDEOGRAPHER:  The time is 11:08.  We are
14  back on the record.
15  BY MR. ZHANG:
16     Q.    So the record -- I'll reask the question so the
17  record is clear.
18           Are you aware of any special difficulties in
19  making a touchscreen cellular phone with a white-colored
20  front surface?
21     A.    No.
22     Q.    What other groups do you collaborate with in your
23  work at Samsung aside from fellow industrial designers?
24           MR. WALL:  Objection to form.
25     A.    Product planning, engineer team and hardware.
```

Page 30

1  BY MR. ZHANG:
2      Q.   Which one of these groups would tell you if there
3  was a difficulty with manufacturing a design that you have
4  suggested?
5           MR. WALL:  Objection to form.
6      A.   What do you mean by a difficulty with
7  manufacturing?  I think your question is too broad.
8  BY MR. ZHANG:
9      Q.   If there was an issue with -- have you ever come
10 across an instance where there was a difficulty in
11 manufacturing a design that you have submitted?
12     A.   No.
13     Q.   And have you ever -- has there ever been an
14 instance where you've received a report that a design that
15 you've submitted was too costly?
16          MR. WALL:  Objection to form.
17     A.   So what design are you talking about that I made?
18 BY MR. ZHANG:
19     Q.   How about -- let me just ask a different
20 question.
21          For the Tab 10.1 design, what were the
22 constraints that you considered in the design process?
23          MR. WALL:  Objection to form.
24     A.   There was no design constraint.
25 BY MR. ZHANG:

Page 31

1      Q.   Then what about design considerations?  What
2  design considerations did you have in mind when you were
3  working on the Tab 10.1?
4      A.   There are many, but if I may try to organize it a
5  little bit, I would say usability, easiness or convenience,
6  aesthetics and portability.  I think that would be the
7  considerations.
8      Q.   And by "convenience," do you mean convenience for
9  the user?
10     A.   Yes.
11     Q.   Who has to give final approval for a Samsung
12 product before it's commercially manufactured?
13          MR. WALL:  Objection to form.
14     A.   I think the scope is too broad.  Are you talking
15 about design confirmation?
16 BY MR. ZHANG:
17     Q.   Yes, design confirmation.
18     A.   My boss do -- does.
19     Q.   And is that Mr. Jinsoo Kim?
20     A.   Yes.
21     Q.   Do you ever receive design input on -- actually,
22 let me strike that.
23          Have you ever received design input on the Galaxy
24 Tab 10.1 from Mr. JK Shin?
25          MR. WALL:  You can answer that question yes

Page 32

1  or no.
2      A.   No.
3  BY MR. ZHANG:
4      Q.   What about from Mr. JiSung Choi, have you ever
5  received design input on the Galaxy Tab 10.1 from him?
6      A.   No.
7      Q.   Do you know if Mr. Jinsoo Kim has received design
8  input on the Galaxy Tab 10.1 from either Mr. Choi or from
9  Mr. Shin?
10          MR. WALL:  Objection to form, compound.
11     A.   I don't know.
12 BY MR. ZHANG:
13     Q.   Are you aware of a design meeting concerning
14 Samsung tablets that occurred the weekend after the iPad 2
15 release?
16          MR. WALL:  Objection to form.
17     A.   What design meeting are you talking about?
18 BY MR. ZHANG:
19     Q.   I'm talking about a design meeting that was
20 chaired by Mr. JiSung Choi concerning the design of
21 Samsung's tablets.
22     A.   I do not know.
23     Q.   You've never heard of such a meeting?
24          MR. WALL:  Objection to form, asked and
25 answered.

Page 33

1      A.   I do not know.
2  BY MR. ZHANG:
3      Q.   Did you receive any design direction on the
4  Galaxy Tab 10.1 after the iPad 2 was released?
5           MR. WALL:  Objection to form.
6      A.   I do not know when iPad 2 was released.
7  BY MR. ZHANG:
8      Q.   Have you had any discussions with employees at
9  Samsung about redesigning the Galaxy Tab 10.1 in light of
10 the iPad 2 announcement?
11          MR. WALL:  Objection to form.
12     A.   No, it's not redesign.
13 BY MR. ZHANG:
14     Q.   And what do you mean by it's not redesigned?
15     A.   I just do not know the term itself, the redesign.
16 I don't know what it means at all.
17     Q.   You don't know what the term "redesign" means?
18     A.   Correct.  I don't -- we haven't done
19 redesigned -- we haven't done redesign.
20     Q.   So you worked on the P3 project; is that correct?
21     A.   Yes.
22     Q.   And you worked on the P4 project as well; is that
23 correct?
24     A.   Yes.
25     Q.   What was the rationale that you were given for

Page 34

1  starting the P4 project when there -- when there was already
2  a P3 design in place?
3           MR. WALL:  Objection to form, assumes facts
4  not in evidence, lacks foundation.
5       A.   I don't know.
6  BY MR. ZHANG:
7       Q.   So you weren't given any direction when you
8  started the P4 design as to the goal for that product?
9           MR. WALL:  Objection, form, misstates her
10 testimony.
11      A.   I cannot understand your question.
12 BY MR. ZHANG:
13      Q.   Were you given any instructions when you started
14 on the P4 project?
15      A.   No.
16      Q.   So how did you know what to do?
17      A.   There's no constraints for design.
18      Q.   So you could design theoretically the Galaxy
19 Tab 10.1 however you wanted?
20          MR. WALL:  Objection to form.
21      A.   Yes.
22 BY MR. ZHANG:
23      Q.   Would you agree with me --
24          MR. ZHANG:  Actually, let's mark as the next
25 exhibit a Galaxy Tab 10.1.

Page 35

1           (JM Yeo Deposition Exhibit 1345 marked.)
2           THE WITNESS:  Can I move this aside, the
3  previous one?
4           MR. ZHANG:  Yes.
5       A.   Can I open it?
6  BY MR. ZHANG:
7       Q.   Yes, if you would open it and hold it up for the
8  camera so we can see the front and the back.
9       A.   (Witness complies.)
10      Q.   Would you agree with me that the Galaxy Tab 10.1
11 has rounded corners?
12      A.   Yes, I can see edges -- I can see rounded edges.
13      Q.   Are you aware of any advantages of designing a
14 tablet that has rounded corners?
15      A.   Yes.
16      Q.   What are they?
17      A.   Well, as I mentioned, this rounded corner has a
18 strength in terms of usability because users can use this in
19 a safer way.
20      Q.   Okay.  Any other advantages?
21      A.   So with the rounded edges, I don't know how to
22 express this, but I think the strength would increase, so
23 when you drop the product, the rounded edges will somewhat
24 buffer the shock; and it will also help the grip; and it
25 will also protect the product itself; and it will increase

Page 36

1  the usability for the users.
2           And I can add one more thing to that:  And also
3  in terms of the materials, rounded edges will be helpful for
4  the materials that I choose.
5           CHECK INTERPRETER:  Alternative rendition,
6  the part that is omitted in the translated version is:
7  "It increases the safety and convenience."
8  BY MR. ZHANG:
9       Q.   What do you mean by it's helpful for the
10 materials that you choose?
11      A.   Because the corners are rounded, it's -- it's
12 strong with the scratches.
13      Q.   Have you -- are you aware of any usability
14 testing that confirms what you said about the advantage of a
15 rounded corner for the tablet, for the Tab 10.1?
16          MR. WALL:  Objection to form, vague.
17      A.   Yes.
18 BY MR. ZHANG:
19      Q.   And who was in charge of that testing?
20      A.   I do not know.
21      Q.   Have you seen a report of such a test?
22      A.   No.
23      Q.   So how did you learn about it?
24      A.   Well, for myself, I do the testing through RP or
25 mock-up; but at the company level, there is a separate

Page 37

1  department that is in charge of usability related
2  perspective.
3       Q.   But you didn't receive a report from this
4  separate department that's in charge of usability
5  perspective about the rounded corners, did you?
6       A.   That's correct.
7       Q.   Now, what about the strength allegedly offered by
8  the rounded corners, did you receive any report from your
9  colleagues at Samsung concerning that advantage?
10      A.   I have not received reports.
11          CHECK INTERPRETER:  Alternative rendition:
12 "I have never received any reports."
13 BY MR. ZHANG:
14      Q.   What about the advantage allegedly offered by
15 rounded corners that it's more scratch resistant?  Have you
16 ever received any reports from your colleagues at Samsung
17 confirming that advantage?
18      A.   As I mentioned earlier, there's a separate
19 department for that.
20      Q.   I understand that there's a separate department
21 for that, but did you receive a report from that separate
22 department regarding the scratch-resistant qualities of
23 rounded corners?
24          MR. WALL:  Objection to form.
25      A.   No.

Page 58

1  A.  So I would like to reask the question to you
2  then.  Then are you asking me whether I know whether this
3  project has been released to public or not?
4  BY MR. ZHANG:
5  Q.  Yes.
6  A.  Yes, it was released to the public.
7  Q.  Do you know where it was released?
8      MR. WALL:  Objection to form.
9  A.  Well, as to the exact name of the country, I do
10 not know.  The person in charge of product design will know.
11     CHECK INTERPRETER:  Alternative rendition:
12 "Product planning."
13     LEAD INTERPRETER:  Product planning.
14 A.  Product planning person will know.
15     MR. ZHANG:  I'd like to just mark as the next
16 exhibit a photograph of what I will represent to be the
17 Tab 10.1b.
18     (JM Yeo Deposition Exhibit 1349 marked.)
19     CHECK INTERPRETER:  Alternative rendition:
20 It's not "what I think to be the Tab 10.1b," it's "what
21 I'll represent to be the Tab 10.1b."
22 BY MR. ZHANG:
23 Q.  Do you recognize the design that's shown in the
24 photograph as the commercially released version of the P3
25 project?

Page 59

1      MR. WALL:  I'll just -- before we go on, I'll
2  just object to the document in that I haven't seen it.
3  It doesn't appear to have been produced.  In fact, going
4  forward, it's just the counsel's representation as to
5  what is shown here.
6  A.  Can you reask your question?
7  BY MR. ZHANG:
8  Q.  Is the design depicted in these photographs the
9  commercial -- commercially released version of the P3
10 project?
11     MR. WALL:  Objection to form.
12 A.  Yes.
13 BY MR. ZHANG:
14 Q.  After the P3 project was commercially released,
15 did you immediately start work on the P4 project?
16 A.  No.
17 Q.  How long -- how long did it take before you
18 started work on the P4 project?
19     CHECK INTERPRETER:  Alternative rendition:
20 It's not "how much time did you have?"  It's "how long
21 did it take before you started working on the P4
22 project?"
23 A.  I'm not really sure about the base timeline here,
24 so I don't know by how long, what do you mean?  I don't
25 know.

Page 60

1  BY MR. ZHANG:
2  Q.  How long in time?  Weeks?  Months?  Years?
3      MR. WALL:  Objection to form.
4  A.  So are you talking about the design period?
5  BY MR. ZHANG:
6  Q.  I'm talking about when you started working on the
7  P4 project.
8      MR. WALL:  Objection to form.
9  A.  2010.
10 BY MR. ZHANG:
11 Q.  So earlier you said you didn't immediately start
12 working on the P4 project after the P3 project was
13 commercially released.  I'm just asking you how long of a
14 gap there was between the commercial release of the P3
15 project and when you started working on the P4 project.
16     MR. WALL:  Objection to form.
17 A.  As I mentioned earlier in this deposition, I was
18 not involved in just one product, so it's hard for me to
19 count exact time or period.
20     CHECK INTERPRETER:  Alternative rendition:
21 "Not just one model."
22     MR. ZHANG:  I'll mark as the next exhibit a
23 blog post from the Samsung website.
24     (JM Yeo Deposition Exhibit 1350 marked.)
25     THE WITNESS:  Is it okay if I just look

Page 61

1  through everything here, all the pages?
2      MR. ZHANG:  Yes, please.  Actually, can we go
3  off the record for just one second?
4      MR. WALL:  Sure.
5      THE VIDEOGRAPHER:  We're going off the
6  record.  The time is 2:04.
7      (Discussion off the record.)
8      THE VIDEOGRAPHER:  The time is 2:07.  We're
9  back on the record at the beginning of Tape 4.
10     MR. WALL:  I'm just going to object to
11 Exhibit 1350 in that it doesn't appear to have been
12 produced to us.
13 BY MR. ZHANG:
14 Q.  Ms. Yeo, do you recognize this document?
15 A.  Yes.
16 Q.  What do you recognize it to be?
17 A.  This is a -- the contents of the designer
18 interviews regarding Galaxy Tab 10.1.
19 Q.  Do the contents of the document here accurately
20 reflect what you told the interviewer?
21     MR. WALL:  I'll just caution the witness to
22 make sure she reads the entire document before answering
23 the question.
24 A.  The contents of the interview, as for that, it
25 was written down in words about what I mentioned previously

Page 62

1  by someone else, so I don't think it's going to be
2  completely the same.
3  BY MR. ZHANG:
4      Q.   Do you see the part of this document where it
5  says that -- that, "After finishing the development of small
6  parts, insiders asked for a thinner and lighter tablet"?
7           MR. WALL:  Counsel, can you just point to a
8  page for our reference?
9           MR. ZHANG:  So, actually, I don't have a page
10 number, but it appears underneath Mister -- this big
11 photo of Mr. Jinsoo Kim and Ms. Yeo, and then the
12 heading is, "The appearance has changed drastically
13 since we saw it at MWC.  Can you explain the reason in
14 the background why the design has totally changed?"
15          MR. WALL:  And at this point I'm just going
16 to ask -- the rendition of the document was counsel's
17 translation of the text, so I'm going to ask the check
18 translator, if she has an alternate rendition, to please
19 put it on the record.
20          CHECK INTERPRETER:  "Among the products
21 introduced at MWC at the time, Galaxy S II -- along with
22 Galaxy S II, it was the most popular model."
23          MR. ZHANG:  I don't think we're reading the
24 same -- the same passage.
25          LEAD INTERPRETER:  Yeah, I don't think

Page 63

1  we're --
2           MR. ZHANG:  I'm talking about the heading
3  immediately underneath the photo that says -- talks
4  about change of appearance.
5           CHECK INTERPRETER:  There is no heading
6  underneath the photo in the Korean version of the
7  document.
8       A.  So I see that starts, "Explosive interest," the
9  portion that can be translated as.
10          MR. ZHANG:  So, actually, I would ask that
11 the official translator please read that, and then if
12 the check translator has any issue with it, then she can
13 put that on the record.
14          LEAD INTERPRETER:  "So despite the explosive
15 interest, there was a reason why there was change in
16 design.  That is as several months of time passed, small
17 parts have been finished developed -- being developed,
18 and there was an internal movement that wants thin
19 thickness and light weight.  That was the reason."
20      A.  Well, this portion is the interview that was
21 given by principal designer Jinsoo Kim.
22 BY MR. ZHANG:
23      Q.   Sure.  And I was just going to ask you after I
24 asked you whether you saw that sentence, was:  Are you aware
25 of any instructions that were received by the design group

Page 64

1  regarding making the Galaxy Tab 10.1, quote/unquote,
2  "thinner and lighter"?
3           MR. WALL:  Objection to form.
4       A.  No.
5  BY MR. ZHANG:
6       Q.   Ms. Yeo, would you agree with me that there's
7  more than one way to make a tablet computer thin?
8           MR. WALL:  Objection to form, lacks
9  foundation, assumes facts not in evidence.
10      A.  What do you mean by "one way"?
11 BY MR. ZHANG:
12      Q.   What I mean is:  Isn't it true that there's
13 multiple different designs for a tablet computer that can
14 all be thin?
15          MR. WALL:  Objection to form, vague, lack
16 foundation, assumes facts not in evidence.
17      A.  I haven't thought about that question.
18 BY MR. ZHANG:
19      Q.   Can you think about it now and give me your
20 answer?
21          MR. WALL:  Same objections to the initial
22 question.
23      A.  Since I'm a designer, it would be hard for me to
24 think briefly and give you an answer.
25 BY MR. ZHANG:

Page 65

1       Q.   So it's impossible for you to answer that
2  question here today?
3           MR. WALL:  Objection to form, argumentative.
4       A.  Yes.
5  BY MR. ZHANG:
6       Q.   What about lightweight, is there more than one
7  design possible for a tablet computer that is lightweight?
8           MR. WALL:  Objection to form.
9       A.  This is the same.  I haven't thought about that
10 question.
11 BY MR. ZHANG:
12      Q.   Are you refusing to answer the question?
13          MR. WALL:  Objection to form, argumentative,
14 misstates her testimony.
15      A.  Well, I'm not saying that I'm not going to answer
16 your question.  I'm just saying that I haven't thought
17 deeply about the question that you just gave me.
18          CHECK INTERPRETER:  Alternative rendition:
19 "I haven't thought specifically about that issue."
20 BY MR. ZHANG:
21      Q.   So what's your answer now?
22          MR. WALL:  Objection to form.
23      A.  So are you asking me to come up with another way
24 to make a tablet lightweight right here, sitting here right
25 now?

Page 66
1  BY MR. ZHANG:
2     Q.   No, I asked you a question --
3          CHECK INTERPRETER:  Interjection --
4  BY MR. ZHANG:
5     Q.   -- which is:  Are there multiple different
6  designs possible for a tablet computer that is lightweight?
7          MR. WALL:  Objection to form, calls for
8  speculation.
9  BY MR. ZHANG:
10    Q.   And you can answer the question however you
11 honestly feel about it.  And if the answer is that you don't
12 know or that you're not aware unless you sit here and design
13 one, then I'll take that answer.
14         MR. WALL:  Objection to form.
15    A.   The question was difficult for me because it
16 seems to me that you're asking me whether that would be
17 possible, would not be possible.  So I just thought they
18 might have to think about a way to do that, sitting here
19 right now all of a sudden.
20 BY MR. ZHANG:
21    Q.   So let me ask it this way:  As an industrial
22 designer at Samsung, is it your testimony that there is only
23 one possible tablet design for a thin tablet computer?
24         MR. WALL:  Objection to form,
25 mischaracterizes testimony.

Page 67
1     A.   No.
2  BY MR. ZHANG:
3     Q.   And is it your testimony as an industrial
4  designer at Samsung that there is only one possible design
5  for a lightweight tablet computer?
6     A.
7          MR. WALL:  Objection to form,
8  mischaracterizes testimony.
9     A.   No.
10 BY MR. ZHANG:
11    Q.   And is it your testimony as an industrial
12 designer at Samsung that there's only one possible design
13 for a tablet computer that is easy to use by the consumer?
14         MR. WALL:  Objection to form, lacks
15 foundation.
16    A.   No, I haven't said that.
17 BY MR. ZHANG:
18    Q.   And is it your testimony as an industrial
19 designer at Samsung that there's only one possible design
20 for a tablet computer that is easy to manufacture?
21         MR. WALL:  Objection to form, lacks
22 foundation.
23    A.   No, I haven't said so.
24 BY MR. ZHANG:
25    Q.   And is it your testimony as an industrial

Page 68
1  designer at Samsung that there's only one possible design
2  for a tablet computer that is acceptable to consumers?
3          MR. WALL:  Objection to form, lacks
4  foundation.
5     A.   No.
6  BY MR. ZHANG:
7     Q.   So isn't it true that you had great freedom in
8  terms of the design that you chose for the Galaxy Tab 10.1?
9          MR. WALL:  Objection to form, lacks
10 foundation.
11    A.   I'm not sure about the meaning of "fairly great."
12         LEAD INTERPRETER:  Well, main interpreter
13 interjecting, "fairly" was added by me.
14    A.   I think you talk about the freedom, the level of
15 freedom, but I'm not really sure what you meant by that.
16 BY MR. ZHANG:
17    Q.   I mean that you had the freedom to design the
18 Galaxy Tab 10.1 in a number of different ways; is that
19 correct?
20         MR. WALL:  Objection to form.
21    A.   Yes.
22 BY MR. ZHANG:
23    Q.   Then can you explain why the Galaxy Tab 10.1
24 design looks so similar to the iPad 2 design?
25         MR. WALL:  Objection to form, lacks

Page 69
1  foundation, assumes facts not in evidence.
2          CHECK INTERPRETER:  Interpreter's
3  interjection:  "Why the design" -- it's not "why the
4  designs are so similar."  It's "why they look so
5  similar."
6          MR. WALL:  And hold on.  Same objections.
7     A.   I do not think so.  That means I do not think
8  that designs are same.
9          MR. ZHANG:  I'd like to mark as the next
10 exhibit a document Bates-labeled SAMNDCA10472951.
11         CHECK INTERPRETER:  Alternative rendition:
12 "I do not think the designs are similar."
13         (JM Yeo Deposition Exhibit 1351 marked.)
14 BY MR. ZHANG:
15    Q.   If you could please just read the document and
16 familiarize yourself with it.
17         (Witness reviews document.)
18    A.   Yes, I've finished looking at it.
19 BY MR. ZHANG:
20    Q.   Do you recognize the document?
21    A.   No, I haven't -- this is my first time today that
22 I'm looking at this document, that I see this document.
23    Q.   At the top of the first page, it refers to a
24 report to the head of the business department about the P1
25 and P3 design mock-ups?  Do you see that line, that's

Page 70

1  immediately the first line after all the recipients?
2          MR. WALL:  Objection to form.
3      A.  Yes.
4  BY MR. ZHANG:
5      Q.  Do you know who the head of the business
6  department is that's being referred to in the document here?
7      A.  Yes.
8      Q.  And who is that?
9      A.  That's JK Shin, Jong-Kyun Shin.
10     Q.  Are you aware that Mr. Shin is shown design
11 mock-ups?
12         MR. WALL:  Objection to form.
13         MR. ZHANG:  Actually, let me rephrase the
14 question.
15 BY MR. ZHANG:
16     Q.  Were you aware that Mr. Shin was shown design
17 mock-ups for the Tab 10.1 project?
18         MR. WALL:  Objection to form.
19     A.  Are you talking about the mock-up in relation to
20 this e-mail?
21 BY MR. ZHANG:
22     Q.  No, I'm just asking generally.
23     A.  Yes.
24     Q.  And were you aware that Mr. Shin would provide
25 feedback to the design group about these mock-ups?

Page 71

1          MR. WALL:  Objection to form, lacks
2  foundation.
3      A.  Yes.
4  BY MR. ZHANG:
5      Q.  Do you recall any specific instances of feedback
6  from Mr. Shin?
7          MR. WALL:  Objection to form.
8          CHECK INTERPRETER:  Alternative rendition:
9  "Instances of feedback from Mr. Shin," not "the feedback
10 that you received from Mr. Shin."
11     A.  No.
12 BY MR. ZHANG:
13     Q.  Did Mr. Shin have to give ultimate approval of
14 the design before the Tab 10.1 could be manufactured?
15     A.  By the approval of the design, what kind of scope
16 are you talking about here?
17     Q.  Did Mr. Shin have the power to decide which
18 design for the Galaxy Tab 10.1 would be manufactured?
19         MR. WALL:  Objection to form, calls for
20 speculation.
21     A.  I do not hear directly or in person, so I need to
22 make an assumption, so I don't know exactly.
23         MR. ZHANG:  I'd like to mark as the next
24 exhibit a document Bates-labeled SAMNDCA10247373.
25         (JM Yeo Deposition Exhibit 1352 marked.)

Page 72

1  BY MR. ZHANG:
2      Q.  If you could please take a moment to read through
3  the document.
4          (Witness reviews document.)
5      A.  Yes, I've finished looking at it.
6  BY MR. ZHANG:
7      Q.  This document refers to a February 2010 meeting
8  that was led by Mr. JK Shin.
9          MR. WALL:  I'm sorry.  Go ahead.  Finish your
10 question.
11 BY MR. ZHANG:
12     Q.  Were you at the meeting referred to in the
13 document?
14         MR. WALL:  Objection to form.
15     A.  No.  If you look at the title of the meeting, it
16 says "Executive Level," and I'm just assistant.
17 BY MR. ZHANG:
18     Q.  Did you hear about this meeting from Mr. Jinsoo
19 Kim?
20         MR. WALL:  Objection to form.
21     A.  No.
22 BY MR. ZHANG:
23     Q.  Do you ever receive communications from managers
24 at Samsung that suggest Samsung is behind Apple in terms of
25 industrial design of its products?

Page 73

1          MR. WALL:  Objection to form, lacks
2  foundation, assumes facts not in evidence.
3          CHECK INTERPRETER:  Interpreter's
4  interjection:  "Do you," not "did you."
5      A.  No.
6  BY MR. ZHANG:
7      Q.  Have you ever received communications at Samsung
8  praising the quality of Apple's industrial design?
9          MR. WALL:  Objection to form, lacks
10 foundation, assumes facts not in evidence.
11     A.  No.
12 BY MR. ZHANG:
13     Q.  So I think on the later pages of this document,
14 there's a meeting minute that mentions there being a design
15 crisis at Samsung.  Have you ever heard -- have you ever
16 received communications at Samsung that suggest that there
17 is a crisis in design at Samsung?
18         MR. WALL:  Objection to form.
19     A.  No.
20 BY MR. ZHANG:
21     Q.  Do you ever receive documents analyzing Samsung's
22 competitor products?
23     A.  Yes.
24     Q.  And is Apple one of the competitors whose
25 products are analyzed?

Page 74

```
 1      A.   To your previous question, I answered yes when
 2  you asked me whether I receive reports, but it doesn't mean
 3  that I open all the e-mails that I receive, and I don't
 4  recall.
 5      Q.   I'm sorry, what doesn't she recall -- what don't
 6  you recall?
 7      A.   Well, I'm not saying that I'm not recalling the
 8  contents of those reports.  I'm saying that I don't recall
 9  whether I received those e-mails or not because those
10  e-mails are sent to the group of people, so sometimes I
11  don't know whether I even receive the e-mails or not.
12      Q.   Wait.  I'm sorry.  I'm having trouble now
13  understanding what you're testifying to, because earlier I
14  asked you -- let me just ask your -- ask the question again
15  and you can change your answer if you would like.
16           Do you ever receive documents analyzing Samsung's
17  competitors' products?
18           MR. WALL:  Objection to form,
19  mischaracterizes the witness' testimony.
20      A.   I do receive e-mails.
21  BY MR. ZHANG:
22      Q.   And do you read these reports about competitors'
23  products?
24      A.   No.
25      Q.   Do you know what the reports are about by the
```

Page 75

```
 1  cover e-mail that they're sent with?
 2           MR. WALL:  Objection to form.
 3           CHECK INTERPRETER:  Alternative rendition:
 4  Not "the contents of the reports," but "what the reports
 5  are about."
 6      A.   Yeah, I understand the point of your question.
 7  Mostly reports are sent as attachments, and in most of the
 8  cases, I do not read those attached reports, documents.
 9           MR. WALL:  Counsel, when you have a chance,
10  we've been going for over an hour.
11  BY MR. ZHANG:
12      Q.   Understanding that you don't read the contents of
13  these reports, can you tell which competitors' products the
14  reports are about from the cover e-mail that is sent with
15  them?
16      A.   What do you mean by "cover e-mail"?
17      Q.   Are these reports about competitors' products
18  transmitted to you via e-mail?
19      A.   I know there are reports, but I don't know what
20  those reports are about.
21           CHECK INTERPRETER:  "Because I don't really
22  check them."  That was omitted.
23  BY MR. ZHANG:
24      Q.   That's not what I asked.  I asked:  Do you
25  receive these competitors' products reports via e-mail.
```

Page 76

```
 1      A.   Yes.  I answer to the question:  Yes, I receive.
 2      Q.   And is there a subject line that comes with these
 3  e-mails?
 4      A.   Yes.
 5      Q.   Do they generally indicate whose competitor --
 6  which competitor's products the report is about?
 7           MR. WALL:  Objection to form.
 8      A.   I -- as for myself, I'm not interested.  The
 9  e-mails regarding the reports, I'm not interested in them.
10  BY MR. ZHANG:
11      Q.   So do you have any idea which competitors'
12  products are analyzed in these reports?
13      A.   I do not recall.
14           MR. ZHANG:  Okay.  Should we take a break?
15           MR. WALL:  Sure.
16           THE VIDEOGRAPHER:  Going off the record, the
17  time is 2:46.  That's the end of Tape 4.
18           (Recess taken, 2:46 p.m. to 3:04 p.m.)
19           THE VIDEOGRAPHER:  All right.  The time is
20  3:05.  We're back on the record at the beginning of
21  Tape 5.
22  BY MR. ZHANG:
23      Q.   Welcome back, Ms. Yeo.  Before the break we were
24  talking about comparative analysis of third-party products
25  that you receive at Samsung.
```

Page 77

```
 1           Do you recall what department sends you these
 2  reports?
 3      A.   Yes.
 4      Q.   And what department is that?
 5      A.   It's Design Strategic Group.
 6      Q.   And when you were working on the Galaxy Tab 10.1,
 7  who was the head of the Design Strategy Group?
 8      A.   I do not know.
 9      Q.   Do you know Mr. Nara Cho in the Design Strategy
10  Group?
11      A.   Well, I know the assistant general manager, Nara
12  Cho, but I don't know his or her exact title.
13      Q.   Have you ever had any communications with Mr. Cho
14  about design of the Tab 10.1?
15      A.   No.
16      Q.   Have you ever heard of any product quality issues
17  with the Galaxy Tab 10.1 after it was commercially released?
18      A.   No.
19      Q.   Have you ever heard that customers were returning
20  the Galaxy Tab 10.1 at a high rate?
21           MR. WALL:  Objection to form, lacks
22  foundation.
23      A.   No.
24           MR. ZHANG:  I'd like to mark as the next
25  exhibit a document with the Bates label SAMNDCA10154003.
```

Page 86

1  (Counsel representing this witness should arrange for reading and signing and thereafter distribute copies of the
2  signed Errata sheet to opposing counsel without involvement of the court reporter.)
3
4  STYLE OF CASE:      Apple v. Samsung (ND CAL)
5  DEPOSITION OF:      JUNGMIN YEO
6  TAKEN:              February 2, 2012
7            E R R A T A   S H E E T
8  Page    Line  Change              Reason
9   ___    ___   _____
10  ___    ___   _____
11  ___    ___   _____
12  ___    ___   _____
13  ___    ___   _____
14  ___    ___   _____
15  ___    ___   _____
16  ___    ___   _____
17  ___    ___   _____
18  ___    ___   _____
19  ___    ___   _____
20  ___    ___   _____
21  ___    ___   _____
22  I hereby certify that I have read my deposition and that it
23  is true and correct subject to any changes in form or substance entered here.
24  _____     _____
25  Date                    JUNGMIN YEO

Page 87

1            C E R T I F I C A T E
2  SEOUL            )
                    )
3  KOREA            )
4        I, Michael E. Miller, Registered Diplomate Reporter, Certified Realtime Reporter, do hereby certify
5  that the aforementioned witness was first duly sworn by me pursuant to stipulation of counsel to testify to the
6  truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages
7  are a true and correct transcription of my shorthand notes of said deposition.
8
9        I further certify that said deposition was taken at the time and place hereinabove set forth and that
10 the taking of said deposition was commenced and completed as hereinabove set out.
11       I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or
12 employee of any attorney or counsel of any party connected with the action, nor am I financially interested in the
13 action.
14       The foregoing certification of this transcript does not apply to any reproduction of the same by
15 any means unless under the direct control and/or direction of the certifying reporter.
16
17       IN WITNESS WHEREOF, I have hereunto set my
18 hand this February 3, 2012.
19
20
21
22 MICHAEL E. MILLER
   Certified Realtime Reporter
23 Registered Diplomate Reporter
   Realtime Systems Administrator
24
25