# EXHIBIT 53

# FILED UNDER SEAL

Confidential Attorneys' Eyes Only

Page 1

1                   UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,

6

              Plaintiff,

7

     vs.                          CASE NO.   11-cv-01846-LHK

8

     SAMSUNG ELECTRONICS CO.,

9    LTD., a Korean business
     entity; SAMSUNG ELECTRONICS

10   AMERICA,INC., a New York
     corporation; SAMSUNG

11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited

12   liability company,

13              Defendants.
     _____/

14

15

16         C O N F I D E N T I A L

17      A T T O R N E Y S   E Y E S   O N L Y

18

19      VIDEOTAPED DEPOSITION OF QI LING

20         SAN FRANCISCO, CALIFORNIA

21       WEDNESDAY, FEBRUARY 1, 2012

22

23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24   CSR LICENSE NO. 9830

25   JOB NO. 45295

Confidential Attorneys' Eyes Only

Page 22

```
 1      A  That, I'm not -- I'm not sure.           10:00
 2      Q  Might be more than 20?                   10:00
 3      A  Again, not sure.                         10:00
 4      Q  Can you give me an example of a specific    10:00
 5  application and a specific product whose performance  10:00
 6  you were asked to improve.                      10:00
 7      A  I cannot remember the specific product, but I  10:00
 8  can tell you the specific application.          10:00
 9      Q  What was that?                          10:00
10      A  I remember it is the phone application, the  10:01
11  dialer -- dialer application.                   10:01
12      Q  The dialer for a Samsung smartphone?      10:01
13      A  By "smartphone," you mean what?  What kind  10:01
14  of --                                           10:01
15      Q  You've used the term earlier today.  What do  10:01
16  you mean -- believe a smartphone to be?         10:01
17      A  I think it's running on Android, Android  10:01
18  phone.                                          10:01
19      Q  Okay.  Was this a dialer on an Android phone?  10:01
20      A  Yes.                                     10:01
21      Q  Did HQ ask you to improve the performance of  10:01
22  any applications on a tablet product?           10:01
23      MR. TUNG:  Objection; vague.               10:02
24      THE WITNESS:  You mean any application?    10:02
25      MR. KREEGER:  Yes.                         10:02
```

Page 23

```
 1      THE WITNESS:  For any product?              10:02
 2      MR. KREEGER:  Any tablet product, yes.     10:02
 3      THE WITNESS:  I think there was.           10:02
 4      MR. KREEGER:  Q.  Can you give me an example.  10:02
 5      A  Again, it's about the startup time of an  10:02
 6  application.  It is called -- called Gallery.   10:03
 7      Q  Gallery?                                10:03
 8      A  Yeah.                                    10:03
 9      Q  You were asked to improve the startup time on  10:03
10  the Gallery application for a tablet?           10:03
11      A  First of all, I don't remember if it's for me  10:03
12  or for the Tiger team.                          10:03
13      Q  Fair enough.                            10:03
14      But you remember the Tiger team was asked to  10:03
15  improve the startup time for the Gallery application  10:03
16  on a tablet product?                            10:03
17      A  Yes.                                     10:03
18      Q  Do you own any Apple products?          10:03
19      A  I'm sorry?                              10:03
20      Q  Do you own any Apple products?          10:03
21      A  By "Apple products," first, you mean me  10:03
22  personally own --                              10:03
23      Q  We can start with that.                 10:03
24      Do you personally own any Apple products?   10:03
25      A  Include iPod?  iPad?  iPhone?           10:04
```

Page 24

```
 1      Q  Anything, anything that was manufactured by  10:04
 2  Apple.                                          10:04
 3      A  I have one iPod Touch personally.  That's it.  10:04
 4      Q  How about as part of your work, have you been  10:04
 5  provided with any Apple products in connection with  10:04
 6  your job at Samsung?                            10:04
 7      A  What do you mean by "provide"?           10:04
 8      Q  Has anyone given you an Apple product to use  10:04
 9  in connection with your work at Samsung?        10:04
10      A  I think the answer is no.                10:04
11      Q  Have you used any Apple products in      10:04
12  connection with your work at Samsung?           10:04
13      A  That is yes.                            10:04
14      Q  Which Apple products have you used in    10:04
15  connection with your work at Samsung?           10:04
16      A  I can remember I used iPad 2.            10:04
17      Q  Why did you use an iPad 2 in connection with  10:05
18  your work at Samsung?                           10:05
19      A  I needed to run a benchmark for the browser  10:05
20  project.                                        10:05
21      MR. TUNG:  I'm going to caution you not to  10:05
22  reveal too much substantive detail about the browser.  10:05
23      MR. KREEGER:  I don't -- I don't want to ask  10:05
24  you about the browser project.                  10:05
25      Q  But what benchmark did you run on the iPad 2?  10:05
```

Page 25

```
 1      A  It is called HTML5.                      10:05
 2      Q  What were you hoping to learn about the  10:05
 3  iPad 2 in running this benchmark?               10:05
 4      A  So you just go to a specific website, and you  10:05
 5  will run some test, and it will show you the results  10:05
 6  of how good the browser supports HTML features.  10:06
 7      Q  You wanted to learn how well the iPad 2  10:06
 8  supports browser features?                      10:06
 9      A  Not iPad 2; the Safari browser.          10:06
10      Q  You wanted to learn how well the Safari  10:06
11  browser running on the iPad 2 supported the HTML  10:06
12  features?                                       10:06
13      A  That's correct.                         10:06
14      Q  Have you used any other Apple products in  10:06
15  connection with your work at Samsung?           10:06
16      A  I cannot remember.                      10:06
17      Q  When did you perform this benchmark study?  10:06
18      A  Last week.  That's why I remember.       10:06
19      Q  Have you ever visited the demo room?     10:06
20      MR. TUNG:  Objection; vague.               10:06
21      THE WITNESS:  What do you mean by "visit"?  10:06
22      MR. KREEGER:  Q.  Is there a demo room at the  10:07
23  San Jose Mobile Communications Lab?             10:07
24      A  As far as I know, we called it a demo studio.  10:07
25      Q  The demo studio?                        10:07
```

Confidential Attorneys' Eyes Only

Page 26

1   A  Uh-huh.                               10:07
2   Q  What is a demo studio?               10:07
3   A  When we visit the room, we are not looking   10:07
4  for devices because other team can show their -- what  10:07
5  they are doing.  So we just attend the, like, seminar  10:07
6  there.                                   10:07
7   Q  So the demo studio is a room where people   10:07
8  demonstrate the products in development?   10:07
9   A  Yes.                                 10:07
10   Q  Are there other competitive products present  10:07
11  in the demo studio?                      10:07
12      MR. TUNG:  Objection; vague.         10:07
13      THE WITNESS:  Can you give me an example of,  10:07
14  like, competitive devices.               10:07
15      MR. KREEGER:  Maybe we're not talking about  10:07
16  the same room.                           10:07
17   Q  Is there a room at the San Jose Mobile   10:07
18  Communications Lab where there are tables set up with  10:07
19  competitors' phones and other products?   10:07
20   A  I'm not sure we are talking about the same   10:08
21  room.  But if that's the same room, I didn't pay   10:08
22  attention to any devices.                10:08
23   Q  You're not aware of any room in the San Jose  10:08
24  Mobile Communications Lab that has competitive phones  10:08
25  on the tables?                           10:08

Page 27

1   A  I've heard of it.  But if it is the same   10:08
2  room, I didn't pay attention to the devices.   10:08
3   Q  Okay.  When you were working as part of the  10:08
4  Tiger team, did you -- well, actually, let me start   10:08
5  again.                                   10:08
6      When you fixed bugs or improved performance   10:08
7  or otherwise developed code that would be useful for a  10:08
8  Samsung product, what did you do with that code when   10:09
9  you finished working on it?               10:09
10      MR. TUNG:  Objection; vague.          10:09
11      THE WITNESS:  So you asked the code we used   10:09
12  to fix bugs and to improve the performance?   10:09
13      MR. KREEGER:  When you were part of the Tiger  10:09
14  team, yes.                               10:09
15   Q  How did you -- what did you do with the code   10:09
16  that you developed?                      10:09
17      MR. TUNG:  Same objection.           10:09
18      THE WITNESS:  You -- you mean, how do we   10:09
19  generate the code or how do we give it to HQ or   10:09
20  something like that?                     10:09
21      MR. KREEGER:  Yeah.                  10:09
22   Q  Well, did you give it to HQ?  Is that what   10:09
23  you did with it?                         10:09
24   A  No.                                 10:10
25   Q  What did you do with it?             10:10

Page 28

1   A  The normal process is we got a request from   10:10
2  Mr. Shin, as I just mentioned, and then we tried to   10:10
3  fix it, and then we will do a testing for the patch,   10:10
4  and then we will give the patch back to Mr. Shin   10:10
5  through e-mail.  That's it.              10:10
6   Q  And then it was up to Mr. Shin to deliver   10:10
7  that patch to HQ?                        10:10
8   A  That's correct.                      10:10
9   Q  So the process was the Tiger team was given   10:10
10  a -- you were relayed a request from Mr. Shin to fix a  10:10
11  particular bug or improve the performance.  You   10:10
12  would -- and what you would do in response to that was  10:10
13  to develop a patch?                      10:11
14   A  What do you mean?                    10:11
15   Q  What did I say that was wrong?        10:11
16   A  You said we got a request from Mr. Shin, and  10:11
17  then what?                               10:11
18   Q  And then you developed a patch?       10:11
19   A  Yeah, we developed a patch for that request.  10:11
20   Q  Responding to that request?          10:11
21   A  Right.                              10:11
22   Q  Test the patch?                     10:11
23   A  That's correct.                     10:11
24   Q  And then send the patch to Mr. Shin?   10:11
25   A  That's correct.                     10:11

Page 29

1   Q  That was the process?                10:11
2   A  Yeah, through e-mail.                10:11
3   Q  Through e-mail?                      10:11
4   A  Yeah.                               10:11
5   Q  How did you get access to the code that would  10:11
6  contain the bug that you were -- or performance issue   10:11
7  that you were trying to address?          10:11
8   A  How do we get the code?              10:11
9   Q  Yes.                                10:11
10   A  You mean the code specifically for that   10:11
11  model, that product?                     10:11
12   Q  Right.                              10:11
13      How did you find the code that you needed to   10:11
14  modify?                                  10:11
15   A  Usually in the e-mail, Mr. Shin would give us  10:11
16  the specific model name.  And there is a number called  10:12
17  changer list which is used to track the source code   10:12
18  version in the server.                   10:12
19   Q  The change list?                    10:12
20   A  Yeah, it's called the changer list in   10:12
21  Perforce.  Perforce is a source code server.   10:12
22   Q  So you'd use the change list to locate the   10:12
23  source code on the Perforce server?        10:12
24   A  That's correct.                     10:12
25   Q  What's an example of a number -- start again.  10:12

Confidential Attorneys' Eyes Only

Page 30

1      What's an example of the change list number?   10:12
2   What's the format?                               10:12
3      A   It's CL123456, something like that.       10:13
4      Q   And that identifies a particular piece of  10:13
5   code in the Perforce server?                     10:13
6      A   Also, you need the model name to locate the   10:13
7   path of this product.  As long as you have the path,   10:13
8   the CL number, which I call the CL number, the changer   10:13
9   list number, then you can get the code.          10:13
10     Q   So the model name provides you with the path;   10:13
11  is that right?                                   10:13
12     A   Sometimes Mr. Shin give us just model name.   10:13
13  Sometime he will give us a path directly so we can   10:13
14  just find it easily.                             10:13
15     Q   But if you have the path and the change   10:13
16  list --                                          10:13
17     A   List.                                     10:13
18     Q   -- number, you can find the code?         10:13
19     A   That's correct -- sorry.  You also need the   10:13
20  permission to access the code.                   10:14
21     Q   Was the San Jose Mobile Communications Lab   10:14
22  Tiger team members -- did they have permission to   10:14
23  access the code?                                 10:14
24     A   That -- I'm not sure if anybody in the Tiger   10:14
25  team has access.  Normally, we only have limited   10:14

Page 31

1   access.                                    10:14
2      Q   Did the request from HQ sometimes include   10:14
3   video files that demonstrated the change that they   10:14
4   wanted the Tiger team to make?             10:14
5      A   What do you mean by the change they want us   10:14
6   to make?                                   10:14
7      Q   Let me take that out, then.         10:14
8          Did the request from HQ sometimes include   10:14
9   video files?                               10:14
10     A   Yes, sometimes.                     10:14
11     Q   What do those video files show?     10:14
12         MR. TUNG:  Objection; vague; compound.   10:14
13         THE WITNESS:  The video -- you mean the video   10:15
14  attaching Mr. Shin's e-mail; right?        10:15
15         MR. KREEGER:  Q.  The videos from HQ that   10:15
16  Mr. Shin forwarded on to you.              10:15
17     A   They normally show where the bug is.  They   10:15
18  try to show us how to reproduce the problem because in   10:15
19  order to fix the problem, you need to reproduce the   10:15
20  problem.                                   10:15
21     Q   Did the -- did you receive videos forwarded   10:15
22  from Mr. Shin that compared the performance of a   10:15
23  Samsung product to a competitor product?   10:15
24         MR. TUNG:  Objection; vague.        10:15
25         THE WITNESS:  Can you be more specific.   10:15

Page 32

1          MR. KREEGER:  Q.  Did you ever receive a   10:15
2   video forwarded from Mr. Shin that compared the   10:15
3   performance of a Samsung product to an Apple product?   10:15
4      A   By "Apple product," you mean iPhone?   10:16
5      Q   Any Apple product.                  10:16
6      A   Any Apple product and any Samsung product?   10:16
7      Q   Right.                              10:16
8          MR. TUNG:  Same objection.          10:16
9          THE WITNESS:  I don't remember seeing it.   10:16
10         MR. KREEGER:  Q.  When you were part of the   10:16
11  Tiger team, did you work on the browser application on   10:17
12  any tablet products for Samsung?           10:17
13     A   When you say "work on," that         10:17
14  means a bug -- includes a bug fix; right?   10:17
15     Q   A bug fix, performance enhancement or any   10:17
16  other work that you did on a browser application for a   10:17
17  Samsung product.                           10:17
18     A   Tablet?                             10:17
19     Q   Tablet.                             10:17
20     A   Tablet.                             10:17
21         A Samsung tablet includes Android version?   10:17
22     Q   I don't -- I don't mean to limit it at all.   10:17
23  I mean any kind of Samsung tablet product.   10:17
24     A   Yeah, I think so.                    10:17
25     Q   Can you -- what -- what -- and what sort of   10:18

Page 33

1   work did you do on a Samsung tablet product, the   10:18
2   browser application of a Samsung tablet product?   10:18
3      A   Just for --                         10:18
4          MR. TUNG:  Objection; vague.        10:18
5          THE WITNESS:  -- just for browser   10:18
6   application?                               10:18
7          MR. KREEGER:  Q.  Well, while you were a part   10:18
8   of the Tiger team.                         10:18
9      A   And for what product?               10:18
10     Q   I'm sorry.  Let me just start over.   10:18
11     A   Uh-huh.                             10:18
12     Q   Make the question clear.            10:18
13         What work did you perform when you were part   10:18
14  of the Tiger team on a browser application for a   10:18
15  Samsung tablet product?                    10:18
16     A   Basically, the bug fix and the performance   10:18
17  improvement.  The same thing.              10:18
18     Q   Which performance improvements can you   10:18
19  remember working on for the browser application on a   10:18
20  Samsung tablet product?                    10:19
21     A   On tablet, I can think of one.  So on some   10:19
22  website, if you scroll the web page, it becomes very,   10:19
23  very slow.  So we made some changes to make scroll   10:19
24  performance better, more smooth.           10:19
25     Q   Can you think of any others?         10:20

Confidential Attorneys' Eyes Only

Page 70

1   look for?                                    11:58
2       MR. TUNG:  So I instruct you not to answer   11:59
3   direct communications between you and your attorneys,  11:59
4   but you can testify as to what you did.      11:59
5       THE WITNESS:  Okay.                      11:59
6   They asked me to search --                   11:59
7       MR. TUNG:  So stop right there.          11:59
8       THE WITNESS:  Sorry.                     11:59
9       MR. TUNG:  You don't want to testify as to   11:59
10  what they told you.  You can testify as to what  11:59
11  did.                                         11:59
12      THE WITNESS:  Okay.  I searched the      11:59
13  e-mails -- all of my e-mails on the server and in my  11:59
14  local drive for a couple of keywords, and also the  11:59
15  hard copies on my desk.                      11:59
16      And -- and later, I think IT guy in our lab  11:59
17  copied files from my hard drive and did something   11:59
18  that -- I don't know what he did.            11:59
19      MR. KREEGER:  Q.  When did you perform this  11:59
20  electronic search?                           12:00
21  A   When?                                    12:00
22  Q   Yes.                                     12:00
23  A   I don't remember.                        12:00
24  Q   Was it before December?                  12:00
25      MR. TUNG:  Objection; vague.             12:00

Page 71

1       MR. KREEGER:  Q.  Was it before December   12:00
2   2011?                                        12:00
3   A   I'm not sure.                            12:00
4   Q   Who was the IT guy who copied files off of   12:00
5   your hard drive?                             12:00
6   A   His name is Albert.  Albert.  We call him   12:00
7   Albert.                                      12:00
8   Q   Do you remember any of the keywords that you   12:00
9   used to search?                              12:00
10  A   Search for -- searching the e-mails?      12:00
11  Q   Uh-huh.                                  12:00
12  A   I remember I used "iPad," "iPhone," "bounc"   12:00
13  without E because I wanted to search for "bounce" and  12:00
14  "bouncing," and probably I also searched for "elastic"  12:01
15  and "Apple," but I'm not sure of these two words.  I'm  12:01
16  not sure.                                    12:01
17  Q   Does anyone at the -- start again.       12:01
18      Did anyone at the San Jose Mobile        12:01
19  Communications Lab work on device drivers for Samsung  12:01
20  phones or tablets?                           12:01
21      MR. TUNG:  Objection; lacks foundation.  12:01
22      THE WITNESS:  Come again.                12:01
23      MR. KREEGER:  Can you repeat the question.  12:01
24      (Whereupon, record read by the Reporter as   12:01
25  follows:                                     12:01

Page 72

1       "Q.  Did anyone at the San Jose Mobile   12:01
2       Communications Lab work on device drivers   12:01
3       for Samsung phones or tablets?")         12:01
4       THE WITNESS:  For Samsung phones and tablets?  12:01
5       I don't know, because I've only worked for a   12:01
6   couple of projects.  I don't do this kind of stuff, so  12:02
7   I don't know who else is doing, if there is any.  12:02
8       MR. KREEGER:  All right.                 12:02
9       I have no further questions, although we are   12:02
10  maintaining this deposition open.            12:02
11      MR. TUNG:  Okay.  Well, you've had an    12:02
12  opportunity to question the witness.  We're willing to  12:02
13  stay later than this time, but -- so we consider it   12:02
14  closed.                                      12:02
15      THE VIDEOGRAPHER:  This marks the end of   12:02
16  Volume I, Disc 2, and concludes today's deposition of  12:02
17  Qi Ling.                                     12:02
18      The time is 12:03 p.m., and we are off the   12:02
19  record.                                      12:02
20      (WHEREUPON, the deposition ended         12:02
21      at 12:03 p.m.)                           12:02
22          ---oOo---

Page 73

1               J U R A T
2
3
4       I, QI LING, do hereby certify under
5       Penalty of perjury that I have read the
6       foregoing transcript of my deposition taken
7       on February 1, 2012; that I have made such
8       corrections as appear noted herein in ink,
9       initialed by me; that my testimony as
10      contained herein, as corrected, is true and
11      correct.
12
13
14      DATED this ____ day of _____, 2012,
15      at _____, California.
16
17
18
19      _____
20      SIGNATURE OF WITNESS
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 74

1    CERTIFICATE OF REPORTER
2
3
4    I, ANDREA M. IGNACIO HOWARD, hereby certify
5    that the witness in the foregoing deposition was by me
6    duly sworn to tell the truth, the whole truth, and
7    nothing but the truth in the within-entitled cause;
8
9    That said deposition was taken in shorthand
10   by me, a Certified Shorthand Reporter of the State of
11   California, and was thereafter transcribed into
12   typewriting, and that the foregoing transcript
13   constitutes a full, true and correct report of said
14   deposition and of the proceedings which took place;
15
16   That I am a disinterested person to the said
17   action.
18
19   IN WITNESS WHEREOF, I have hereunto set my
20   hand this 1st day of January 2012.
21
22   _____
23   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25

Page 75

1    I N D E X
2
3    DEPOSITION OF QI LANG
4
5    EXAMINATION
6                           PAGE
7    BY MR. KREEGER              5
8
9    E X H I B I T S
10
11   EXHIBIT                    PAGE
12   Exhibit 1420  10-6-10 E-mail Subject: Fw:      34
13       [P1 Gallery launch speed] FW:
14       P1 Gallery, Bates Nos.
15       SAMNDCA00229383 - '84; 2 pgs.
16   Exhibit 1421  1-28-11 E-mail Subject: FW:      37
17       Help testing for new browser
18       features on GB S1, Bates No.
19       SAMNDCA00229398; 1 pg.
20   Exhibit 1422  5-7-11 E-mail Subject: RE:       42
21       P4 Browser Touch performance
22       problems, Bates Nos.
23       SAMNDCA00525353 - '56; 4 pgs.
24   ///
25   ///

Page 76

1    E X H I B I T S   (Continued.)
2
3    EXHIBIT                    PAGE
4    Exhibit 1423  4-19-11 E-mail Subject: FW:      48
5        Bates Nos. SAMNDCA00229399 -
6        '409; 11 pgs.
7    Exhibit 1424  3-14-11 E-mail Subject: FW:      50
8        Bates Nos. SAMNDCA00229388 -
9        '91; 4 pgs.
10   Exhibit 1425  3-23-11 E-mail Subject: FW:      51
11       Bates No. SAMNDCA00229394;
12       1 pg.
13   Exhibit 1426  10-6-10 E-mail Subject: RE:      52
14       [P1 Browser] effect, Bates
15       Nos. SAMNDCA00525347 - '49;
16       3 pgs.
17
18              ---oOo---
19
20
21
22
23
24
25

Page 77

1    E R R A T A   S H E E T
2
3    I, QI LING, make the following changes to my
4    deposition taken in the matter of Apple, Inc., vs.
5    Samsung Electronics taken on February 1, 2012:
6
7    DATE:_____      _____
8                      Signature of Witness
9    Page    Line    Change
10   _____   _____   _____
11   _____   _____   _____
12   _____   _____   _____
13   _____   _____   _____
14   _____   _____   _____
15   _____   _____   _____
16   _____   _____   _____
17   _____   _____   _____
18   _____   _____   _____
19   _____   _____   _____
20   _____   _____   _____
21   _____   _____   _____
22   _____   _____   _____
23   _____   _____   _____
24   _____   _____   _____
25   _____