# EXHIBIT 55

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3   APPLE, INC., a California
     corporation,
 4                                          CASE NO.
             Plaintiff,                     11cv01846-LHK
 5
     v.
 6
     SAMSUNG ELECTRONICS, CO., LTD.,
 7   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 8   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
 9   AMERICA, LLC, a Delaware limited
     liability company,
10
             Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD.,
     a Korean business entity;
13   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
14   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware limited
15   liability company,

16           Counterclaim-Plaintiffs,

17   v.
     APPLE, INC., a California
18   corporation,

19           Counterclaim-Defendant.

20

21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22            VIDEOTAPED PERSONAL DEPOSITION OF:
                         HANGIL SONG
23
                       February 8, 2012
24                       Kim & Chang
                      Seoul, South Korea
25               9:02 A.M. - 2:20 P.M.
```

Page 34

```
 1      A.   I don't know what --
 2           LEAD INTERPRETER:  Strike that.
 3      A.   I don't quite know what aspects that are
 4  similar.
 5  BY MR. STERN:
 6      Q.   With regard to the external appearance of the
 7  phone, Mr. Song, do you see any similarities between the
 8  iPhone and the four Samsung phones listed under the
 9  heading "after the iPhone"?
10           MS. CARUSO:  Objection, vague, calls for a
11  legal conclusion, mischaracterizes the record and
12  confusing to the extent that you're asking about
13  similarities between phones which are shown in small
14  two-dimensional respects on Exhibit 1477.  And compound.
15           MR. STERN:  Do we need to have the question
16  read back?
17           THE WITNESS:  Yes.
18  BY MR. STERN:
19      Q.   With regard to the external appearance of the
20  phone, Mr. Song, do you see any similarities between the
21  iPhone and the four Samsung phones listed under the
22  heading "after the iPhone?
23           MS. CARUSO:  Same objections.
24      A.   I wouldn't know based on this picture alone.
25  BY MR. STERN:
```

Page 35

```
 1      Q.   Looking at this exhibit, Mr. Song, it's your
 2  testimony that you see no points of similarity between the
 3  iPhone and the Samsung phones listed under the heading
 4  "after the iPhone."  Do I understand that correctly?
 5           MS. CARUSO:  Objection, asked and answered,
 6  argumentative, calls for a legal conclusion, vague,
 7  compound.
 8      A.   If you ask me to find that here, I can see
 9  there is a screen, a receiver through which people talk,
10  and keys or a key in some.
11      Q.   In the testimony you just gave, Mr. Song,
12  you're referring to the Samsung phones listed under the
13  heading "after the iPhone?
14           MS. CARUSO:  Objection, mischaracterizes the
15  record, compound, mischaracterizes the testimony.
16      A.   Yes, when I compare the iPhone with four phones
17  shown here under the heading of Samsung after the iPhone.
18  BY MR. STERN:
19      Q.   Mr. Song, would it be fair to say that the
20  Samsung phones appearing under the heading "after the
21  iPhone, are more similar to the iPhone than the phones
22  appearing on the left of this page under the heading
23  "Before the iPhone"?
24           MS. CARUSO:  Objection, vague, lacks
25  foundation, incomplete hypothetical.
```

Page 36

```
 1      A.   When you initially asked me such a question,
 2  you asked me to compare the iPhone with the phones under
 3  the heading of "Samsung after the iPhone," so after
 4  comparisons I provided my answer as such.
 5  BY MR. STERN:
 6      Q.   I'm asking a slightly different question now.
 7  I'm asking you to compare both the phones appearing under
 8  the heading "Samsung before the iPhone" and the phones
 9  appearing under the heading "Samsung after the iPhone,"
10  and I'm asking you which group of Samsung phones appears
11  to be more similar to the iPhone.
12           MS. CARUSO:  I object to this question on the
13  grounds that it supposes that the witness has information
14  about the phones themselves that are depicted in
15  Exhibit 1477, when, in fact, the only thing in front of
16  the witness are the two-dimensional small pictures on
17  Exhibit 1477.  I further object to the question on the
18  grounds that it is vague.
19           MR. STERN:  Do you have my question in mind,
20  Mr. Song?
21           THE WITNESS:  Yes.
22           MR. STERN:  You can answer, please.
23      A.   Are you --
24           LEAD INTERPRETER:  Strike that.
25      A.   You are asking me to group them?
```

Page 37

```
 1  BY MR. STERN:
 2      Q.   No, I'm asking you to compare the two sets of
 3  Samsung phones to the iPhone.
 4           MS. CARUSO:  Objection, compound.
 5  BY MR. STERN:
 6      Q.   And my question is:  Which set of Samsung
 7  phones is more similar to the iPhone with respect to
 8  external appearance?
 9           MS. CARUSO:  Objection, lacks foundation, calls
10  for speculation, vague.
11      A.   Based on the drawing here --
12           LEAD INTERPRETER:  Strike that.
13      A.   Based on the picture here, I believe it to be
14  more similar to the set on the right side.
15  BY MR. STERN:
16      Q.   You believe the iPhone to be more similar to
17  the set of Samsung phones on the right side of
18  Exhibit 1477; is that correct?
19           MS. CARUSO:  Objection, vague.
20      A.   Yes, based on the picture here.
21  BY MR. STERN:
22      Q.   Who at Samsung gave the instruction to make
23  Samsung cell phones look more similar to the iPhone after
24  the release of the iPhone?
25           MS. CARUSO:  Objection, lack foundation,
```

```
                                                    Page 86
 1  (Counsel representing this witness should arrange for
    reading and signing and thereafter distribute copies of
 2  the signed Errata sheet to opposing counsel without
    involvement of the court reporter.)
 3

 4  STYLE OF CASE:     Apple vs. Samsung (ND CAL)

 5   DEPOSITION OF:    HANGIL SONG

 6  TAKEN:             February 8, 2012

 7

 8            E R R A T A   S H E E T

 9  Page    LineChange           Reason

10  ___     ___  _____

11  ___     ___  _____

12  ___     ___  _____

13  ___     ___  _____

14  ___     ___  _____

15  ___     ___  _____

16  ___     ___  _____

17  ___     ___  _____

18  ___     ___  _____

19  ___     ___  _____

20  ___     ___  _____

21  ___     ___  _____

22
    I hereby certify that I have read my deposition and that
23  it is true and correct subject to any changes in form or
    substance entered here.
24  _____         _____

25   Date                          HANGIL SONG
```

```
                                                    Page 87
 1              C E R T I F I C A T E

 2     SEOUL            )
                        )
 3     KOREA            )

 4          I, Michael E. Miller, Registered Diplomate
    Reporter, Certified Realtime Reporter, do hereby certify
 5  that the aforementioned witness was first duly sworn by me
    pursuant to stipulation of counsel to testify to the
 6  truth; that I was authorized to and did report said
    deposition in stenotype; and that the foregoing pages are
 7  a true and correct transcription of my shorthand notes of
    said deposition.
 8
            I further certify that said deposition was
 9  taken at the time and place hereinabove set forth and that
    the taking of said deposition was commenced and completed
10  as hereinabove set out.

11          I further certify that I am not attorney or
    counsel of any of the parties, nor am I a relative or
12  employee of any attorney or counsel of any party connected
    with the action, nor am I financially interested in the
13  action.

14          The foregoing certification of this
    transcript does not apply to any reproduction of the same
15  by any means unless under the direct control and/or
    direction of the certifying reporter.

16

17

18          IN WITNESS WHEREOF, I have hereunto set my

19  hand this February 9, 2012.

20

21

22  _____
    MICHAEL E. MILLER
23  Certified Realtime Reporter
    Registered Diplomate Reporter
24  Realtime Systems Administrator

25
```