HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF S. CALVIN WALDEN IN SUPPORT OF APPLE'S MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES**<br><br>Date:     February 28, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

**SUBMITTED UNDER SEAL**

I, S. Calvin Walden, declare as follows:

1. I am a partner in the law firm of WilmerHale, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of New York, and am admitted *pro hac vice* in this case. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Motion to Compel").

2. Apple has agreed to make available for deposition its two most senior licensing employees –B.J. Watrous (Vice President & Chief IP Counsel) and Boris Teksler (Director, Patent Licensing & Strategy) – and its former Senior Director of Patents Richard Lutton. The depositions of Mr. Watrous and Mr. Teksler are scheduled on March 8, 2012 and February 21, 2012, respectively. The parties are currently discussing a date for Mr. Lutton's deposition.

3. In an effort to identify potential deponents, Apple served Samsung with an interrogatory seeking the names of the five Samsung individuals with the most knowledge about the negotiations for and royalties received under Samsung's licenses with other parties for UMTS declared-essential patents, Samsung's IPR disclosure practices, and Samsung's actions in 3GPP standards setting organizations. Samsung did not provide any names in response. Samsung objected and indicated that its investigation is ongoing, and it would supplement its response. Samsung has not supplemented its response to provide this information.

4. Samsung did not begin producing documents relating to licensing and standards topics until after Judge Grewal issued his "Order Re Discovery Motions" on January 27, 2012.

5. Attached hereto as **Exhibit 1** is a true and correct copy of a press release from Samsung entitled, "Samsung Electronics and Intellectual Ventures Enter Into License Agreement," dated November 18, 2010.

6. Attached hereto as **Exhibit 2** is a true and correct copy of selections from the rough deposition transcript of Seongwoo Kim dated February 13, 2012.

7. Attached hereto as **Exhibit 3** is a true and correct copy of selections from the deposition of Juho Lee dated December 3, 2011.

8. Attached hereto as **Exhibit 4** is a true and correct copy of selections from the deposition of Young-Bum Kim dated November 11, 2011.

9. Attached hereto as **Exhibit 5** is a true and correct copy of selections from the deposition of Jae-Seung Yoon dated December 3, 2011.

10. Attached hereto as **Exhibit 6** is a true and correct copy of selections from the deposition of Hyeon-Woo Lee dated November 13, 2011.

11. Attached hereto as **Exhibit 7** is a true and correct copy of the document produced by Apple beginning with Bates number APLNDC00001029, an email chain from October 2010 between Chip Lutton and Seungho Ahn.

12. Attached hereto as **Exhibit 8** is a true and correct copy of the document produced by Apple beginning with Bates number APLNDC00001064, an email dated February 23, 2011 from K.J. Kim to Chip Lutton.

13. Attached hereto as **Exhibit 9** is a true and correct copy of the document produced by Apple beginning with Bates number APLNDC00001065, an email dated March 14, 2011 from Ken Korea to Chip Lutton.

14. Attached hereto as **Exhibit 10** is a true and correct copy of the document produced by Apple beginning with Bates number APLNDC00001066, an email dated April 5, 2011 from Ken Korea to Chip Lutton.

15. Attached hereto as **Exhibit 11** is a true and correct copy of the document produced by Apple beginning with Bates number APLNDC-WH-A 0000009415 a Samsung IPR Information Statement and Licensing Declaration Forms dated May 16, 2006.

16. Attached hereto as **Exhibit 12** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005517177 a Samsung IPR Information Statement and Licensing Declaration Forms dated August 7, 2007.

17. Attached hereto as **Exhibit 13** is a true and correct copy of the document produced by Apple beginning with Bates number APLNDC-WH-A 0000009482 a Samsung IPR Information Statement and Licensing Declaration Forms dated July 24, 2008.

1      18.     Attached hereto as **Exhibit 14** is a true and correct copy of the document produced by Samsung beginning with Bates number S-ITC-000062513 a Samsung IPR Information Statement and Licensing Declaration Forms dated July 25, 2006.

19.     Attached hereto as **Exhibit 15** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005516971 a Samsung IPR Information Statement and Licensing Declaration Forms dated September 15, 2009.

20.     Attached hereto as **Exhibit 16** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005517233 a Samsung IPR Information Statement and Licensing Declaration Forms dated September 5, 2008.

21.     Attached hereto as **Exhibit 17** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005517237 a Samsung IPR Information Statement and Licensing Declaration Forms dated December 4, 2009.

22.     Attached hereto as **Exhibit 18** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005517243 a Samsung IPR Information Statement and Licensing Declaration Forms dated September 21, 2009.

23.     Attached hereto as **Exhibit 19** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005517315 a Samsung IPR Information Statement and Licensing Declaration Forms dated December 30, 2008.

24.     Attached hereto as **Exhibit 20** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005517350 a Samsung IPR Information Statement and Licensing Declaration Forms dated January 30, 2008.

25.     Attached hereto as **Exhibit 21** is a true and correct copy of selections from the deposition of Soeng-Hun Kim dated November 11, 2011.

26.     Attached hereto as **Exhibit 22** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005215292, an email dated February 21, 2006 from Paul Zeineddin to Seunggun Park among others.

27. Attached hereto as **Exhibit 23** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-003061294, Summary of September 7, 2000 Motorola Meeting in Washington D.C. listing Seung-Gun Park as an attendee.

28. Attached hereto as **Exhibit 24** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005216179, a letter from Siemens to Seung-Gun Park dated December 12, 2001.

29. Attached hereto as **Exhibit 25** is a true and correct copy of the document produced by Samsung beginning with Bates number S-794-ITC-005518865, the transcript of a deposition given by Seung Gun Park dated March 13, 2007.

30. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this February 16, 2012 at New York, New York.

*/s/ S. Calvin Walden*
S. Calvin Walden

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that S. Calvin Walden has concurred in this filing.

Dated: February 16 2012      */s/ Michael A. Jacobs*
                              Michael A. Jacobs