# EXHIBIT 2

# FILED UNDER SEAL

021312ks3.txt

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1              N O T I C E
 2          This transcript is a ROUGH DRAFT, UNEDITED,
 3  UNCERTIFIED TRANSCRIPT ONLY.  It contains the raw
 4  output from the court reporter's stenotype machine,
 5  translated into English by the court reporter's
 6  computer, without the benefit of proofreading.  It
 7  will contain untranslated steno strokes,
 8  mistranslations (wrong words), and misspellings.
 9  These and any other errors will be corrected in the
10  final transcript.  Since this rough draft transcript
11  has not been proofread, the court reporter cannot
12  assume responsibility for any errors.
13          This rough draft transcript is intended to
14  assist attorneys in their case preparation and is not
15  to be construed as the final transcript.  It is not to
16  be read by the witness or quoted in any pleading or
17  for any other purpose and may not be filed with any
18  court.
19
20
21
22
23
24
25

♀

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1          THE VIDEOGRAPHER:  Here begins tape number 1
 2  in today's deposition of Seongwoo Kim in the matter of

021312ks3.txt

8  caution you not to reveal the substance of any
9  attorney-client communications.
10      A    This is something related to my attorney
11 closely. Is it okay if I consult with my attorney
12 briefly?
13      Q    Yes.
14           THE VIDEOGRAPHER:  Going off the record.
15 The time is 11:15 a.m.
16           (A brief recess was taken.)
17           THE VIDEOGRAPHER:  Back on the record.  The
18 time is 11:17 a.m.
19 BY MR. MUELLER:
20      Q    Mr. Kim, I'll repeat my question.  Has
21 Mr. Ahn worked on issues concerning Samsung's
22 relationship with Apple?
23           MR. PEASE:  Objection, vague.
24      A    If you are asking whether he was working on
25 anything related to that matter in a general sense,

                                                              39
           CONFIDENTIAL - ATTORNEYS' EYES ONLY
1  yes and Mr. Ahn is actually licensed attorney in the
2  U.S.
3       Q    ==The second name on this list is J A E W A N,==
4  ==C H I.==  ==Do you recognize that name?==
5       A    Yes, I do.
6       Q    Who is that person?
7       ==A==   ==He's a team leader of licensing team and his==
8  ==level is also executive VP.==
9       Q    Does he report to Mr. Ahn?
10      A    Yes.
11      Q    Do you report to Mr. Chi?
                       Page 33

021312ks3.txt

12  A  Yes.
13  Q  Does Mr. Chi work on licensing involving
14  mobile wireless devices?
15       MR. PEASE:  Objection, vague.
16  A  Yes, in a general sense, yes, he does work
17  related to that, and also he is an attorney in the
18  U.S.
19  Q  The third name is M I N H Y UN G C H UN G.
20  Do you recognize that name?
21  A  Yes.
22  Q  Who is that person?
23  A  His current job title is technology analysis
24  team leader.  I would say more correct way of seeing
25  English would be patent and technology analysis team

40

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  leader.
2  Q  What are his responsibilities in that
3  position?
4  A  He leads the patent and technology team --
5  patent and technology analysis team.
6  Q  Is it correct that earlier in your career
7  you worked in a similar position?
8       MR. PEASE:  Objection, vague.
9  A  From the summer of 2010 until the end of
10 2010, he was my boss.
11 Q  Do you currently work with Mr. Chung?
12 A  I would say our jobs are related.
13 Q  Does Mr. Chung play any role in licensing of
14 mobile wireless technologies?
15      MR. PEASE:  Objection, vague.
16      His role is to lead patent and technology

Page 34