# EXHIBIT 3

# FILED UNDER SEAL

# In The Matter Of:

*APPLE, INC.,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD.*

———————————————————————

*JUHO LEE, Ph.D. - Vol. 1*

*December 3, 2011*

———————————————————————

*HIGHLY CONFIDENTIAL*
*ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 141

```
16:34:18    1     group 1 of 3GPP RAN.  But as to other areas than
16:34:30    2     that, I am only involved in the overall directions
16:34:34    3     in that regard.
16:34:39    4         Q.   Only involved in the overall directions of
16:34:41    5     what?
16:34:45    6         A.   I was referring to other fields outside of
16:34:49    7     RAN 1 field.
16:34:51    8         Q.   Other 3GPP fields, you mean?
16:35:00    9         A.   I was referring to RAN, 3GPP RAN, and
16:35:04   10     within RAN there is RAN 1 and other.  When I was
16:35:19   11     referring to giving overall directions, I was
16:35:22   12     referring to my involvement in the other RAN working
16:35:26   13     groups than RAN 1.
16:35:30   14         Q.   Do you do any work for the DMC R&D center
16:35:34   15     that is not related to technical development with
16:35:38   16     the 3GPP working groups?
16:35:52   17              MR. MACK:  Objection, vague.
16:36:02   18              THE WITNESS:  There is nothing else that I
16:36:03   19     am involved other than my involvement with 3GPP.
16:36:18   20              BY MS. HERRIOT:
16:36:18   21         Q.   Do you know how Samsung determines which
16:36:20   22     patent or patents applications to declare to ETSI?
16:36:37   23              MR. MACK:  Just caution the witness not to
16:36:38   24     reveal the substance of any attorney-client
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 142

```
16:36:40    1     privileged communications.
16:36:44    2              THE WITNESS:  I have no knowledge in that
16:36:45    3     regard.
16:36:46    4              BY MS. HERRIOT:
16:36:48    5         Q.   Just to change direction briefly, is the
16:36:50    6     DMC R&D center the same as the standardization group
16:36:54    7     you mentioned at the time beginning of this
16:36:56    8     deposition?
16:37:08    9         A.   The standardization group is within the
16:37:12   10     DMC R&D center.
16:37:17   11         Q.   And are you in charge of the
16:37:19   12     standardization group within the DMC R&D center?
16:37:36   13         A.   I am in charge of the 3GPP RAN field
16:37:39   14     within the standardization group.
16:37:42   15         Q.   Who is in charge of the standardization
16:37:43   16     group?
16:37:57   17         A.   Senior vice-president of Joon Ho Park.
16:38:09   18         Q.   Can you spell that?
16:38:15   19              THE INTERPRETER:  It's J-o-o-n, H-o,
16:38:18   20     P-a-r-k.
16:38:21   21              BY MS. HERRIOT:
16:38:22   22         Q.   What other groups are there within the DMC
16:38:24   23     R&D center?
16:38:33   24         A.   I don't recall them all.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 143

```
16:38:34    1        Q.   Can you name the ones you recall?
16:38:46    2        A.   There is patent application group within
16:38:49    3    the DMC R&D center.
16:38:54    4             CHECK INTERPRETER:  Patent prosecution.
16:38:59    5             THE WITNESS:  Patent prosecution group.
16:39:02    6        BY MS. HERRIOT:
16:39:02    7        Q.   Do you recall any other groups?
16:39:12    8        A.   I can't come up with the exact names of
16:39:14    9    other groups because I don't have much contact with
16:39:16   10    them.
16:39:19   11        Q.   Do you have much contact with the patent
16:39:20   12    prosecution group?
16:39:29   13             MR. MACK:  Objection, vague.
16:39:41   14             THE WITNESS:  The patent prosecution gets
16:39:45   15    to be included in the process of technical
16:39:49   16    development.  So in the course of my work, I get to
16:39:52   17    contact them, the people who are with that side.
16:39:56   18        BY MS. HERRIOT:
16:39:57   19        Q.   Is the patent prosecution group involved
16:39:59   20    in reviewing technical submissions to 3GPP?
16:40:15   21             MR. MACK:  Objection, vague, calls for
16:40:16   22    speculation.  Caution the witness not to reveal the
16:40:19   23    substance of any attorney-client privileged
16:40:21   24    communications.
```

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 144

```
16:40:31    1              THE WITNESS:  At the time of submission of
16:40:33    2     technical contributions to 3GPP, we make the
16:40:41    3     decision.
16:40:44    4              CHECK INTERPRETER:  On our own.
16:40:47    5              THE WITNESS:  On our own.
16:40:49    6              BY MS. HERRIOT:
16:40:50    7         Q.   Does the patent prosecution group ever
16:40:51    8     review technical submissions that Samsung makes to
16:40:55    9     3GPP?
16:41:12   10              MR. MACK:  Just caution the witness not to
16:41:13   11     reveal the contents of any attorney-client
16:41:14   12     privileged communications.
16:41:19   13              THE WITNESS:  No, that's not the case.
16:41:24   14              BY MS. HERRIOT:
16:41:24   15         Q.   Do you know who is responsible for making
16:41:26   16     the determination of which patents or patent
16:41:28   17     applications to declare to ETSI?
16:41:40   18              MR. MACK:  Objection, vague, calls for
16:41:41   19     speculation.
16:41:45   20              THE WITNESS:  I don't know.
16:41:47   21              BY MS. HERRIOT:
16:41:50   22         Q.   Is your contact with the patent
16:41:51   23     prosecution group related to filing patent
16:41:55   24     applications?
```