# EXHIBIT 4

# FILED UNDER SEAL

In The Matter Of: ORIGINAL

*APPLE INC.,*

*v.*

*SAMSUNG ELECTRONICS CO.,*

*YOUNG-BUM KIM - Vol. 1*
November 11, 2011

*HIGHLY CONFIDENTIAL*
*ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
YOUNG-BUM  KIM - 11/11/2011

Page 71

```
 1    is senior VP.
 2              MS. HERRIOT:  Q.  And to whom does he
 3    report?
 4              MR. MACK:  Objection.  Calls for
 5    speculation.
 6              THE WITNESS:  I don't have an
 7    understanding as to whom he reports to.
 8              MS. HERRIOT:  Q.  What is the
 9    telecommunication R&D center?
10              MR. MACK:  Objection.  Lack of foundation.
11    Calls for speculation.
12              THE WITNESS:  By looking at this document
13    right now, I think that it's referring to Samsung's
14    telecommunications research center, R&D center.
15              MS. HERRIOT:  Q.  Does it have
16    responsibility for Samsung's participation in
17    standard setting organizations?
18              MR. MACK:  Objection.  Vague.
19              Objection.  Vague.  Calls for speculation.
20              THE WITNESS:  I don't have any
21    understanding, or much understanding as to that
22    aspect.
23              MS. HERRIOT:  Q.  Is that because you
24    don't know what the center does?
25              MR. MACK:  Objection.  Vague.
```

```
 1            THE CHECK INTERPRETER:  I just want to
 2    make sure.
 3            (Speaks in Korean.)
 4            THE WITNESS:  That would be one of the
 5    responsibilities carried out by the R&D center.
 6            MS. HERRIOT:  Q.  So you are saying --
 7    sorry.  So you are saying Samsung's participation in
 8    standard setting organizations is one of the
 9    responsibilities of the center?
10            MR. MACK:  Objection.  Calls for
11    speculation.
12            THE WITNESS:  Yes, I believe it would be
13    one of the responsibilities carried out by the
14    center.
15            MS. HERRIOT:  Q.  Who heads the center?
16       A.   Executive VP Kiho Kim heads the center at
17    the current time.
18       Q.   Can you spell that?
19       A.   K-i-h-o, K-i-m.
20       Q.   If you turn to page nine, which ends in
21    Bates number 423, do you see listed in the second
22    row is the US application number 148,181?
23            MR. MACK:  Objection.  Foundation.
24            THE WITNESS:  Yes, I do.
25            MS. HERRIOT:  Q.  And it's -- the name of
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
YOUNG-BUM KIM - 11/11/2011

Page 73

```
 1   it is the "method and apparatus for data
 2   transmission in a mobile telecommunications
 3   supporting enhanced uplink service."  Correct?
 4           MR. MACK:  Objection.  Form.  Foundation.
 5           THE WITNESS:  Yes, I see that's what's
 6   listed as the title in the second row.
 7           MS. HERRIOT:  Q.  So that's the '516
 8   patent; correct?
 9           MR. MACK:  Objection.  Calls for
10   speculation.  Foundation.
11           THE WITNESS:  Having just compared the
12   numbers listed in Exhibit 6 and that of Exhibit 1, I
13   believe that to be of the same.
14           MS. HERRIOT:  Q.  So this document is a
15   statement by Samsung that the '516 patent is
16   essential to the UMTS standard; is that correct?
17           MR. MACK:  Objection.  Foundation.  Calls
18   for speculation.  Calls for a legal conclusion.
19           THE WITNESS:  I think that's what's
20   suggested on the first page of Exhibit 6, having
21   just read that part right now.
22           MS. HERRIOT:  Q.  And in your view is the
23   '516 patent essential to the UMTS standard?
24           MR. MACK:  Objection.  Calls for a legal
25   conclusion.
```