# EXHIBIT 5

# FILED UNDER SEAL

# In The Matter Of:

*APPLE INC., a California corporation,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD., et al.*

_____

## *JAE-SEUNG YOON - Vol. 1*
### *December 3, 2011*

_____

## *HIGHLY CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
JAE-SEUNG YOON - 12/3/2011

Page 136

| | | |
|---|---|---|
| | 1 | BY MR. MCALHANY: |
| | 2 | Q.   Dr. Yoon, I just had marked as Exhibit 6 a |
| | 3 | copy of the IPR Information Statement and Licensing |
| | 4 | Declaration made by Samsung to ETSI, Bates |
| 15:57:23 | 5 | No. APLNDC-WH-A 000009482 through 9486. |
| | 6 | A.   Yes. |
| | 7 | Q.   Have you seen this document before? |
| | 8 | A.   No, I have not. |
| | 9 | Q.   On the line next to "Name" is Seung Gun, |
| 15:58:05 | 10 | Park."  Do you know Seung Gun Park? |
| | 11 | A.   I don't quite recall. |
| | 12 | Q.   At the bottom of the page it appears to be |
| | 13 | signed by Seung-Gun Park and dated July 24th, 2008; |
| | 14 | is that correct? |
| 15:58:42 | 15 | MR. TUNG:  Objection.  Lacks foundation. |
| | 16 | THE WITNESS:  Yes, I confirm that here. |
| | 17 | BY MR. MCALHANY: |
| | 18 | Q.   Up near the top where it says |
| | 19 | "Department," it says "Telecommunication R&D |
| 15:58:52 | 20 | Center."  Do you see that? |
| | 21 | A.   Yes. |
| | 22 | Q.   What is the Telecommunication R&D Center? |
| | 23 | MR. TUNG:  Objection.  Lacks foundation. |
| | 24 | THE WITNESS:  I understand that it is a |
| 15:59:36 | 25 | research center that is developing many different |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
JAE-SEUNG  YOON - 12/3/2011

Page 137

|  |  |  |
|---|---|---|
|  | 1 | technologies related to telecommunications within |
|  | 2 | Samsung. |
|  | 3 | BY MR. MCALHANY: |
|  | 4 | Q. Is this related to the department Mr. Sang |
| 16:00:00 | 5 | Woon Chung was executive VP of? |
|  | 6 | MR. TUNG: Objection. Lacks foundation. |
|  | 7 | THE WITNESS: Yes, he was one of the |
|  | 8 | executives at this research center. |
|  | 9 | BY MR. MCALHANY: |
| 16:00:26 | 10 | Q. Sang Woon Chung was one of the executive |
|  | 11 | VPs at the Telecommunications R&D Center? |
|  | 12 | A. Yes, at the time that was correct. |
|  | 13 | Q. Does the Telecommunications R&D Center |
|  | 14 | have any responsibility relating to Samsung's |
| 16:00:52 | 15 | participation in the 3GPP meetings? |
|  | 16 | MR. TUNG: Objection. Vague. |
|  | 17 | THE WITNESS: There was a department which |
|  | 18 | was responsible for standard-related work within |
|  | 19 | this research center. |
| 16:01:33 | 20 | THE CHECK INTERPRETER: Standard-related |
|  | 21 | work. |
|  | 22 | BY MR. MCALHANY: |
|  | 23 | Q. Do you know the name of that department |
|  | 24 | responsible for standard-related work? |
| 16:01:45 | 25 | A. I don't quite recall as to the exact name. |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
JAE-SEUNG  YOON - 12/3/2011

Page 138

|  |  |  |
|---|---|---|
|  | 1 | Q.   Do you know who is in charge of the |
|  | 2 | department related to standard-related work? |
|  | 3 | A.   I don't quite recall for now. |
|  | 4 | Q.   If you would please turn to the last page |
| 16:02:25 | 5 | numbered 9486.  If you look in the middle row on |
|  | 6 | that page you'll see an application listed numbered |
|  | 7 | "2001-083064." |
|  | 8 | Do you see that? |
|  | 9 | A.   Yes. |
| 16:02:57 | 10 | Q.   Two columns to the right of that it |
|  | 11 | states, "Interleaving apparatus and method for |
|  | 12 | symbol mapping in an HSDPA" -- it looks like a |
|  | 13 | typo -- "mobile communication system." |
|  | 14 | A.   Yes. |
| 16:03:28 | 15 | Q.   That's the title of the -- of your '792 |
|  | 16 | patent; correct?  With the exception of the typo. |
|  | 17 | A.   Yes. |
|  | 18 | Q.   Two columns to the right of the title you |
|  | 19 | will find your patent number "7,200,792," and to the |
| 16:04:01 | 20 | right of that it says "United States." |
|  | 21 | Do you see that? |
|  | 22 | A.   Yes. |
|  | 23 | Q.   And then all the way to the left in that |
|  | 24 | row, the second column says "3GPP TS 25.212." |
| 16:04:34 | 25 | A.   Yes, I see that. |