# EXHIBIT 6

# FILED UNDER SEAL

# In The Matter Of:



### APPLE INC., et al.
### v.
### SAMSUNG ELECTRONICS CO., LTD., et al.

---

## HYEON-WOO LEE, Ph.D. - Vol. 1
*November 13, 2011*

---

# *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 109

| | | |
|---|---|---|
| 1 | are in fact the same as that which was filed in the | 15:48:06 |
| 2 | U.S. | 15:48:10 |
| 3 | MR. WINER:  Q.  If you look on the first | 15:48:12 |
| 4 | page of Exhibit 9, do you see in the lower left-hand | 15:48:13 |
| 5 | corner there's a date? | 15:48:16 |
| 6 | A.   Yes. | 15:48:33 |
| 7 | Q.   And does it look like it's September 17, | 15:48:33 |
| 8 | 2003?  Correction:  September 19, 2003. | 15:48:38 |
| 9 | MR. TUNG:  Objection.  The document speaks | 15:48:56 |
| 10 | for itself. | 15:48:58 |
| 11 | THE WITNESS:  Yes. | 15:49:02 |
| 12 | MR. WINER:  Q.  And did you personally | 15:49:02 |
| 13 | tell anyone at ETSI prior to September 19, 2003 that | 15:49:08 |
| 14 | the technology described in the '604 patent was or | 15:49:19 |
| 15 | was likely to become essential -- was or was likely | 15:49:25 |
| 16 | to become standards essential? | 15:49:31 |
| 17 | MR. TUNG:  Objection. Vague.  Lacks | 15:50:00 |
| 18 | foundation. | 15:50:01 |
| 19 | THE WITNESS:  Again, we're talking about | 15:50:32 |
| 20 | something from quite some time ago so who knows what | 15:50:34 |
| 21 | the case may have been, but still, it remains that | 15:50:37 |
| 22 | these sorts of things did not fall under my purview, | 15:50:40 |
| 23 | and the likelihood of my making any representations | 15:50:43 |
| 24 | of any kind vis-a-vis ETSI is pretty much nil, I | 15:50:46 |
| 25 | think. | 15:50:50 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 110

| | | |
|---|---|---|
| 1 | MR. WINER: Q. And are you aware of | 15:50:57 |
| 2 | anybody else at Samsung advising ETSI prior to | 15:50:58 |
| 3 | September 2003 that the technology described in the | 15:51:03 |
| 4 | '604 patent was or was likely to become standards | 15:51:08 |
| 5 | essential? | 15:51:11 |
| 6 | MR. TUNG: Objection. Vague. Lacks | 15:51:39 |
| 7 | foundation. | 15:51:40 |
| 8 | THE WITNESS: No, when it comes to that, | 15:51:47 |
| 9 | there's nothing that I recollect. | 15:51:48 |
| 10 | MR. WINER: Q. Do you see on the first | 15:51:50 |
| 11 | page of Exhibit 9 there's the name Chun Kyong-Joon? | 15:51:51 |
| 12 | A. Yes. | 15:52:02 |
| 13 | Q. Who is he? | 15:52:02 |
| 14 | A. He was the gentleman serving as the head | 15:52:09 |
| 15 | of the telecommunications R&D center. | 15:52:11 |
| 16 | Q. What is the relationship, if any, between | 15:52:18 |
| 17 | the telecommunication R&D center and the | 15:52:20 |
| 18 | patent-handling department that we've been | 15:52:22 |
| 19 | discussing? | 15:52:24 |
| 20 | MR. TUNG: Objection. Vague. Lacks | 15:52:40 |
| 21 | foundation. | 15:52:42 |
| 22 | ==THE WITNESS: Again, it depends on the== | 15:52:55 |
| 23 | ==time frame. For at some point in time the patent== | 15:52:56 |
| 24 | ==team belonged to the R&D center, and during other== | 15:53:00 |
| 25 | ==periods, it didn't.== | 15:53:03 |

```
 1            MR. WINER:  Q.  Do you know at what point      15:53:07
 2   in time the patent team belonged to the R&D center?     15:53:08
 3        A.   No, I cannot exactly place as to what         15:53:45
 4   those timeframes may have been, but in more             15:53:47
 5   instances than not I would think -- I would believe     15:53:52
 6   that the time that the patent team belonged to the      15:53:55
 7   R&D center was greater or longer than otherwise.        15:54:00
 8        Q.   Did you ever come to the conclusion that      15:54:14
 9   the technology described in the '604 patent was         15:54:15
10   standards essential?                                    15:54:23
11            MR. TUNG:  Objection.  Calls for a legal       15:54:37
12   conclusion.                                             15:54:39
13            I caution the witness not to reveal the        15:54:40
14   substance of any attorney-client communications that    15:54:43
15   may have led to this conclusion.                        15:54:46
16            THE WITNESS:  Given that I'm not a legal       15:55:16
17   expert, I wouldn't know what to say on the legal        15:55:19
18   front of things.  But speaking as a researcher, as      15:55:21
19   an inventor, indeed, I firmly believe that the '604     15:55:25
20   patent or the technology thereunder is part of the      15:55:29
21   standard.                                               15:55:32
22            MR. WINER:  Q.  And when did you come to       15:55:33
23   that belief?                                            15:55:35
24        A.   Well, I think it would be a little tough      15:56:30
25   for me to nail that particular point in time down       15:56:33
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 112

| | | |
|---|---|---|
| 1 | precisely, but I am thinking that when you look at, | 15:56:36 |
| 2 | say, the draft of the 3GPP standards, I think there | 15:56:40 |
| 3 | was something there that led me to believe that the | 15:56:44 |
| 4 | invention by me and my co-inventors as was patented | 15:56:48 |
| 5 | was shown to be part of the standard. | 15:56:54 |
| 6 |     Q.   Do you remember Samsung making a proposal | 15:57:13 |
| 7 | to 3GPP relating to the technology described in the | 15:57:17 |
| 8 | '604 patent? | 15:57:22 |
| 9 |         MR. TUNG:  Objection.  Vague. | 15:57:37 |
| 10 |         THE WITNESS:  Well, now, actually it's | 15:58:11 |
| 11 | unclear to me as to whether this would be during | 15:58:13 |
| 12 | something in 1998 at ETSI or something in 1999 as | 15:58:17 |
| 13 | part of 3GPP, but I recall something about there | 15:58:22 |
| 14 | being a technical proposal. | 15:58:25 |
| 15 |         (Exhibit 11 was marked for | 15:58:34 |
| 16 |         identification.) | 15:58:34 |
| 17 |         MR. WINER:  Let me show you what's marked | 15:58:35 |
| 18 | as Exhibit 11 which is a document Bates-stamped | 15:58:37 |
| 19 | APLNDC-WHA10064 through -85. | 15:58:40 |
| 20 |         (Exhibit 12 was marked for | 15:58:53 |
| 21 |         identification.) | 15:58:53 |
| 22 |         MR. WINER:  And I have as Exhibit 12 an | 15:58:54 |
| 23 | excerpt in Korean. | 15:58:57 |
| 24 |         MR. TUNG:  Exhibit 12 was not previously | 15:59:09 |
| 25 | provided to us.  We have not had a chance to review | 15:59:10 |