# EXHIBIT 7

# FILED UNDER SEAL

Subject: Re: Meeting
Date: Mon, 25 Oct 2010 23:37:02 +0000
From: "Chip Lutton" <rlutton@apple.com>
To: <s.ahn@samsung.com>
CC: "=?utf-8?B?6rmA6rSR7KSA?=" <kj89.kim@samsung.com>, "Chip Lutton" <clutton@apple.com>
Message-ID: <BB455F65-2D57-4AFF-882C-CFE61508B111@apple.com>

We are planning to come to Seoul on the 4th. A morning meeting will allow us to fly out that afternoon. Does 9am start time work for you?

Please call if there is anything you need from us. KJ, let me know if you want to talk

Thank you

Chip


On Oct 21, 2010, at 12:34 AM, SEUNGHO AHN wrote:

> Mr. Lutton,
>
> I cannot find a time for a meeting with you next week. As I mentioned, I am available on Nov. 2nd or 4th (I may be able to move the meeting on the 4th).
>
> Best regards,
>
> Seungho Ahn
> **WARNING:** This e-mail contains confidential and/or privileged information for the sole use by the specified recipient(s).
>
>
>
> ------- **Original Message** -------
> **Sender** : Chip Lutton<rlutton@apple.com>
> **Date** : 2010-10-21 14:36 (GMT+09:00)
> **Title** : Re: Meeting
>
> I wanted to follow up on this so we can lock in our travel plans. Can we meet in Korea next week? If you are in another place, we can travel to where you'll be. Thanks for letting us know. KJ, I'm on cell if you want to talk, though you may be in the US
>
> Chip
>
> On Oct 20, 2010, at 10:27 AM, Chip Lutton wrote:
>
>> Thank you for your note. I'd like to take the opportunity for an informal get-together on another occasion.

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001029

We need to get next week set.  Our plan was to come to Korea for a meeting next Wednesday.  After speaking to KJ yesterday, we shifted that plan to Thursday so that everyone on the Samsung side could be available.  That works for us and is our preference.  Does a meeting next Thursday in Korea still work for you?

Chip


On Oct 19, 2010, at 10:17 PM, SEUNGHO AHN wrote:

Mr. Lutton,

I took a late evening fleight from LA to Seoul on Monday.  It could have been a good chance to meet for dinner or lunch, if I could stay longer in Silicon Valley.

I won't be in Korea next week.  I have another business trip to the U.S.  I'm available in Korea on Nov. 2nd.  For the next meeting between Apple and Samsung, I will wait for you suggestion regarding the meeting date.


Sincerely,


Seungho Ahn



 **WARNING:** This e-mail contains confidential and/or privileged information for the sole use by the specified recipient(s).




  <201010201417304_44YDXKW4.jpg>










------ end message ------

Highly Confidential -
Attorneys' Eyes Only                                                                                                                APLNDC00001030