# EXHIBIT 8

# FILED UNDER SEAL

Subject: Touching base
Date: Wed, 23 Feb 2011 05:19:48 +0000
From: "=?euc-kr?B?seixpMHY?=" <kj89.kim@samsung.com>
To: <rlutton@apple.com>
Message-ID: <0LH20030C1H0OQB0@ms1.samsung.com>

Chip, how is everything? It has been some time since we last talked.

I just wanted to update you and let you know that I am now general counsel at Samsung Mobile Display, and if you have any matters with SEC, please contact Dr. Ahn, whom you met:

Dr. Seung Ho Ahn
Head of IP Center
SEC
s.ahn@samsung.com

Let me know if you have questions, thanks

kj kim
Senior VP, General Counsel
Samsung Mobile Display
Kiheung, Korea
kj89.kim@samsung.com
+82 10 9228 4030 (mobile)

------ end message ------

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001064