# EXHIBIT 9

# FILED UNDER SEAL

Subject: Samsung
Date: Mon, 14 Mar 2011 20:50:48 +0000
From: "Kenneth Korea" <ken.korea@sisa.samsung.com>
To: <rlutton@apple.com>
Message-ID: <549B20CD9747064CB1AEF6F69233DC55277D48@hermes.sisa.samsung.com>

Hi Chip,

I have recently joined Samsung as head of San Jose IP Office.  Part of my job is to reach out to tech companies in the Silicon Valley and establish a better relationship.  I understand Samsung and Apple have an interesting and complicated relationship.  If you have time, I would like to meet you for lunch or coffee within the next few weeks to catch up and discuss ways for both companies to cooperate.  Please let me know of your availability.

Best regards,

Kenneth S. Korea
Vice President, San Jose IP Office
Samsung Information Systems America
95 West Plumeria Drive, San Jose, CA 95134
Direct: +1-408-544-5008
Mobile: +1-408-712-2045
Email: ken.korea@samsung.com


Privileged & Confidential
Attorney Client Communication




------ end message ------

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001065