# EXHIBIT 21

# FILED UNDER SEAL

ORIGINAL

# In The Matter Of:

*APPLE INC.*

*v.*

*SAMSUNG ELECTRONICS CO., et al.,*

---

*SOENG-HUN KIM - Vol. 1*

November 11, 2011

---

# HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOENG-HUN KIM - 11/11/2011

Page 128

| | | |
|---|---|---|
| 1 | Exhibit 16.  It's a document Bates-stamped | 18:39:15 |
| 2 | APLNDC-WH-A -9191 through -9193, and I covered half | 18:39:21 |
| 3 | of a couple of letters but that shouldn't be a | 18:39:38 |
| 4 | problem. | 18:39:42 |
| 5 | (Exhibit 16 was marked for | 18:39:49 |
| 6 | identification.) | 18:39:49 |
| 7 | MR. WINER:  And the Korean version is | 18:40:17 |
| 8 | Exhibit 17. | 18:40:19 |
| 9 | (Exhibit 17 was marked for | 18:40:19 |
| 10 | identification.) | 18:40:19 |
| 11 | MR. WINER:  Q.  Have you had a chance to | 18:40:26 |
| 12 | look at Exhibit 16, Mr. Kim? | 18:40:27 |
| 13 | A.   I believe this is a document that I saw a | 18:40:37 |
| 14 | long time ago. | 18:40:40 |
| 15 | Q.   Do you know if this is the -- is this the | 18:40:45 |
| 16 | Qualcomm proposal that you were talking about just a | 18:40:48 |
| 17 | minute ago? | 18:40:50 |
| 18 | A.   Yes, I believe so. | 18:41:03 |
| 19 | MR. WINER:  Let's go off the record, and | 18:41:05 |
| 20 | I'll just take a couple minutes to look over my | 18:41:07 |
| 21 | notes. | 18:41:09 |
| 22 | THE VIDEOGRAPHER:  Going off the record. | 18:41:10 |
| 23 | The time is 6:41. | 18:41:11 |
| 24 | (Recess taken from 6:41 p.m. | 18:41:12 |
| 25 | to 6:44 p.m.) | 18:41:16 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOENG-HUN KIM - 11/11/2011

Page 129

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We're back on the | 18:44:02 |
| 2 | record.  The time is 6:44. | 18:44:03 |
| 3 | MR. WINER:  Q.  Mr. Kim, looking at | 18:44:06 |
| 4 | Exhibit 10, the IPR Information Statement and | 18:44:08 |
| 5 | Licensing Declaration, did you ever speak to | 18:44:16 |
| 6 | Seung-Gun Park about the '941 patent? | 18:44:21 |
| 7 | A.  No. | 18:44:40 |
| 8 | Q.  Do you have any understanding as to how | 18:44:40 |
| 9 | Mr. Park would have come to the belief that the '941 | 18:44:44 |
| 10 | patent is or is likely to become essential IPR? | 18:44:51 |
| 11 | A.  I do not have any understanding, but I can | 18:45:32 |
| 12 | take a stab at it -- guess at it. | 18:45:35 |
| 13 | Q.  Sure. | 18:45:38 |
| 14 | A.  ==Well,== ==the patent prosecution team and the== | 18:46:11 |
| 15 | ==people or person who handles the standard would== | 18:46:15 |
| 16 | ==gather together or when a patent has been reflected== | 18:46:22 |
| 17 | ==as part of a== ==standard whether -- and have a== | 18:46:30 |
| 18 | ==discussion whether this patent is indeed valuable or== | 18:46:37 |
| 19 | ==not and whether the patent is to be classified as== | 18:46:42 |
| 20 | ==essential or not.== | 18:46:50 |
| 21 | ==So the results of such discussion would== | 18:47:20 |
| 22 | ==have been reported to the senior vice president== | 18:47:27 |
| 23 | ==Seung-Gun Park,== ==and based on that,== ==this decision== | 18:47:34 |
| 24 | ==such as this would have been made.== | 18:47:39 |
| 25 | MR. WINER:  I have nothing further. | 18:47:46 |

Merrill Corporation - Boston
617-542-0039                              www.merrillcorp.com/law

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOENG-HUN KIM - 11/11/2011

Page 130

| | | |
|---|---|---|
| 1 | MR. BRIGGS: I have just a couple | 18:47:48 |
| 2 | questions. I'll just take it from here. | 18:47:49 |
| 3 | EXAMINATION BY MR. BRIGGS | 18:47:47 |
| 4 | MR. BRIGGS: Q. Mr. Kim, earlier before | 18:47:55 |
| 5 | lunch, do you recall testifying about whether | 18:47:57 |
| 6 | network operators use the alternative E-bit?  Do you | 18:48:02 |
| 7 | recall that? | 18:48:09 |
| 8 | A. Yes, I do. | 18:48:26 |
| 9 | Q. And there was also some testimony about | 18:48:28 |
| 10 | whether it would be possible to test and determine | 18:48:31 |
| 11 | whether a particular network operator was using the | 18:48:37 |
| 12 | alternative E-bit.  Do you recall that? | 18:48:42 |
| 13 | A. Yes, I do. | 18:49:19 |
| 14 | Q. Would it be possible to set up a test to | 18:49:20 |
| 15 | determine whether a network operator or carrier was | 18:49:23 |
| 16 | using the alternative E-bit? | 18:49:30 |
| 17 | A. It would be possible to set up a test to | 18:50:18 |
| 18 | determine whether that was used or whether it was | 18:50:20 |
| 19 | implemented or not, but the gist of my answer had to | 18:50:28 |
| 20 | do with there being no reason to carry out such a | 18:50:33 |
| 21 | test. | 18:50:40 |
| 22 | Q. If you were going to perform such a test, | 18:50:43 |
| 23 | could you describe at a high level how you would do | 18:50:49 |
| 24 | the test? | 18:50:52 |
| 25 | A. Well, it is always the network that | 18:51:51 |