# EXHIBIT 1

# FILED UNDER SEAL

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATING TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SET TWO** |

that allows for a list that is scrolled beyond its terminus to scroll back or bounce back into place or for a document that is translated beyond its edge to translate back or bounce back so that the list or document returns to fill the screen.

**REQUEST NO. 205:**

All Documents relating to any statements made by you regarding Apple and the Products at Issue.

**REQUEST NO. 206:**

All Documents relating to any customer surveys, studies, analyses or investigations regarding the Products at Issue.

**REQUEST NO. 207:**

All Documents identifying or analyzing the market or markets to which Samsung intends to sell the Products at Issue.

**REQUEST NO. 208:**

All Documents created within the last five years relating to Samsung's actual or projected smartphone market share.

**REQUEST NO. 209:**

All Documents created within the last five years relating to Samsung's actual or projected tablet computer market share.

**REQUEST NO. 210:**

All Documents created between 2008 and the present relating to Samsung's expansion of its U.S. market share for smartphones and tablet computers.

**REQUEST NO. 211:**

All Documents relating to the development of the Products at Issue that mention or refer to Apple or Apple products, including communications among or with your personnel that discuss whether or how to copy any design, feature, or function of an Apple product.  Documents responsive to this Request include, but are not limited to, Documents related to the redesign of the Products at Issue in light of Apple products.

**REQUEST NO. 212:**

Dated: August 26, 2011     MORRISON & FOERSTER LLP

By:  /s/ Richard S.J. Hung
     RICHARD S.J. HUNG

Attorneys for Defendant
APPLE INC.