# EXHIBIT 2

# FILED UNDER SEAL

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

**REQUEST FOR PRODUCTION NO. 255:**

All documents that refer to any of the accused features or designs of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 256:**

All Documents relating to the marketing plan and/or advertising plan for the Products at Issue.

**REQUEST FOR PRODUCTION NO. 257:**

All Documents relating to actual or possible confusion, mistake or deception, or the likelihood of confusion, as to source, affiliation, or sponsorship between Apple and Samsung or between any of the Apple Products and any of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 258:**

All Documents relating to the first offer for sale or sale of each Product at Issue.

**REQUEST FOR PRODUCTION NO. 259:**

All Documents concerning the first public use of each Product at Issue.

**REQUEST FOR PRODUCTION NO. 260:**

For each Product at Issue, documents sufficient to show (a) the style, model number, trade name, or any other product identifier of each product; (b) the dates of manufacture of each product; (c) the name of the entity or entities responsible for the design and manufacture of each product; (d) the starting and ending dates of sale of each product; (e) the total sales (by unit and dollar amount) of each product; (f) the unit cost during each year it was sold; (g) the unit sales price during each year it was sold; (h) the incremental gross profit attributable to the sale or other conveyance; (i) the operating profit attributable to the sale or other conveyance; and (k) the names of the persons who approved the selection, design, sale, use, and/or adoption of the product.

**REQUEST FOR PRODUCTION NO. 261:**

For each Product at Issue, documents that tie to the general ledger and show, by each product style or product identifier and each quarter: (1) gross revenues; (2) net revenues; (3) quantity sold; (4) average selling price; (5) cost of goods sold; and (6) any marketing expenses specifically attributed to the Product at issue.

**REQUEST FOR PRODUCTION NO. 262:**

All Documents relating to how Samsung accounts for revenue and expenses of the Products at Issue, including any accounting policies, internal controls, internal manuals or other accounting documents that describe how revenue, cost of goods sold, and sales, general or administrative expenses related to any Product at Issue should be recorded and reported.

**REQUEST FOR PRODUCTION NO. 263:**

All Documents that reflect or refer to any projections of sales, cost of goods sold, pricing, and quantity to be shipped for any of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 264:**

All Documents reflecting or referring to the incremental profit or economic value from the sale or marketing of the Products at Issue, including any effort to calculate contribution margin, operating margin, incremental margin or margin profit from the sale of the Products at Issue or the line of Products at Issue.

**REQUEST FOR PRODUCTION NO. 265:**

All Documents reflecting or relating to any actual or projected Samsung revenue and profits in connection with any sales, licenses or any other activity relating to the Products at Issue, including profit and loss statements, income statements, any other financial statements or projections, and documents that describe, analyze or comment on such actual or projected revenues and profits.

**REQUEST FOR PRODUCTION NO. 266:**

All Documents showing the actual costs and projected costs associated with each Product at Issue, including the research, development, design, engineering, manufacturing, importation, and marketing costs.

**REQUEST FOR PRODUCTION NO. 267:**

All Documents showing the prices at which Samsung sells any Product at Issue between any of its subsidiaries.

**REQUEST FOR PRODUCTION NO. 268:**

All settlement agreements to which Samsung was a party that included a license to or covenant not to sue regarding any of the Samsung Patents or any patent that covered mobile phone technology.

**REQUEST FOR PRODUCTION NO. 269:**

All licenses to technology that was incorporated into any of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 270:**

All Documents relating to any internal or independent effort to assign a value of any technology incorporated into one of the Products at Issue, including any valuation of intellectual property performed in connection with the acquisition of any company or any effort to value intellectual property in connection with quarterly analysis of whether intangible rights should be impaired or written down.

**REQUEST FOR PRODUCTION NO. 271:**

All Documents constituting or concerning any licenses offered, accepted, considered, negotiated, or agreed to by Samsung concerning mobile electronic devices (including smartphones, tablet computers, digital media players, and each of the Products at Issue), including all actual and draft licenses, term sheets, all communications with actual or potential licensors or licensees, as well as all memoranda or notes relating thereto.

**REQUEST FOR PRODUCTION NO. 272:**

All agreements between Samsung and any third party related to the Products at Issue, including licensing agreements, distribution agreements, development agreements, advertisement agreements, and any agreements related to the sale, licensing, distribution, advertising, development, or commercialization of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 273:**

All Documents concerning any royalties or licensing fees paid by or to Samsung for the use, manufacture, or sale of mobile electronic devices (including smartphones, tablet computers, digital media players, and each of the Products at Issue), including but not limited to any quarterly, monthly or annual reporting of royalties paid or received.

APPLE INC.'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
CASE NO. 11-CV-01846-LHK
sf-3057751

19

**REQUEST FOR PRODUCTION NO. 274:**

Documents concerning Samsung's licensing program for mobile electronic devices (including smartphones, tablet computers, digital media players, and each of the Products at Issue), including policies and strategies for licensing its own intellectual property or acquiring rights to the intellectual property of others.

**REQUEST FOR PRODUCTION NO. 275:**

Documents sufficient to identify Samsung's licensing personnel, location of said personnel, duties of said personnel, and costs of said personnel.

**REQUEST FOR PRODUCTION NO. 276:**

All Documents concerning Samsung's business model with respect to the Products at Issue, including any revenue model, marketing strategy, distribution model, costs, licensing strategies, and financial projection relating to the Products at Issue.

**REQUEST FOR PRODUCTION NO. 277:**

All Documents relating to any actual or projected revenue or profits lost by Apple as a result of or in connection with the sale, marketing or licensing of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 278:**

All Documents concerning Samsung's business case for using the Android operating system and/or platform, including but not limited to any revenue model, marketing strategy, distribution model, cost estimates, licensing strategies, and financial projection relating to the Android operating system and/or platform.

**REQUEST FOR PRODUCTION NO. 279:**

All Documents relating to any valuation or assessment of the value of the Android operating system and/or platform or any part or portion thereof.

**REQUEST FOR PRODUCTION NO. 280:**

All Documents concerning Samsung's valuation of its intellectual property related to mobile electronic devices (including smartphones, tablet computers, digital media players, and each of the Products at Issue), including valuation of copyrights, trademarks, trade dress, and U.S.

and foreign patents and patent applications (including design patents) filed by or on behalf of, issued to, or assigned to Samsung.

**REQUEST FOR PRODUCTION NO. 281:**

All Documents concerning Samsung's valuation of any other entities' intellectual property related to mobile electronic devices (including smartphones, tablet computers, digital media players, and each of the Products at Issue), including valuation of copyrights, trademarks, trade dress, and U.S. and foreign patents and patent applications (including design patents) filed by or on behalf of, issued to, or assigned to that other entity.

**REQUEST FOR PRODUCTION NO. 282:**

All Documents concerning any products or services marketed, sold or offered for sale by Samsung in conjunction with the sale, offer for sale, distribution or use of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 283:**

All Documents reflecting or relating to any actual or projected revenue, gross margin, cost of goods sold, and/or any measure of profit obtained by Samsung in connection with or derived from any products or services marketed, sold or offered for sale by Samsung in conjunction with the sale, offer for sale, distribution or use of the Products at Issue.

**REQUEST FOR PRODUCTION NO. 284:**

All Documents and things you allege are prior art to the Patents at Issue.

**REQUEST FOR PRODUCTION NO. 285:**

All Documents concerning or relating to any reference, document, item, thing or activity that you allege is prior art to the Patents at Issue, including, but not limited to, any document concerning or establishing the first public use, sale, offer for sale, knowledge, publication, patenting, invention, and/or reduction to practice of the prior art, and/or its abandonment, suppression or concealment.

**REQUEST FOR PRODUCTION NO. 286:**

All Documents concerning any prior public use, knowledge, publication, patenting or on sale activity qualifying as prior art or a patentability bar under 35 U.S.C. § 102(a) or 102(b).

**REQUEST FOR PRODUCTION NO. 368:**

All Documents relating to Defendants' assertion in their Twenty-First Claim for Relief (set forth at ¶ 159 of Defendants' Counterclaims) that "[i]t would not be inequitable for the Samsung Counterclaimants to retain the benefits from their lawful activities."

**REQUEST FOR PRODUCTION NO. 369:**

All Documents relating to Defendants' assertion (set forth at section P of Defendants' Prayer for Relief) that they are entitled to its attorney's fees and costs because this is "an exceptional case."

Dated:   October 26, 2011            MORRISON & FOERSTER LLP

By:   /s/ Wesley Overson
       Wesley Overson

Attorneys for Plaintiff
APPLE INC.