# EXHIBIT 11

# FILED UNDER SEAL

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 1, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

*Via E-Mail*  (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Rachel:

This is to follow up on Erik Olson's January 27, 2012 letter to you regarding Samsung's production of financial documents.

We have not heard back from Samsung in response to Mr. Olson's letter.  So that we know whether this item needs to remain on the agenda for our February 6, 2012 lead counsel meet-and-confer session, please let us know if Samsung is going to produce all of the discovery requested in Mr. Olson's letter.


Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick


cc:     Samuel Maselli
        Peter Kolovos
        S. Calvin Walden

pa-1509906