# EXHIBIT 12

# FILED UNDER SEAL

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5005**

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

February 2, 2012

<u>VIA ELECTRONIC MAIL</u>

Erik J. Olson, Esq.
Morrison Foerster
755 Page Mill Road
Palo Alto
California 94304-1018
Email: EJOlson@mofo.com

Re:     <u>Apple v. Samsung, N.D. Cal. Case No. 11-cv-1846-LHK (PSG)</u>

Dear Erik:

I write in response to your letter of January 27, 2012, as well as Marc Pernick's letter of February 1, 2012. Samsung intends to produce documents in accordance with Magistrate Judge Grewal's Order of January 27, 2012, wherein Judge Grewal found "Samsung's proposed production [of sales and financial documents] to be sufficient . . ." Dkt. # 673 at 15:22-24. If Apple has any specific issues with respect to Samsung's production after it is completed, we would be happy to meet and confer to discuss them.

Very truly yours,

*/s Rachel Herrick Kassabian*


Rachel Herrick Kassabian

---

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667