# EXHIBIT 13

# FILED UNDER SEAL

# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 4, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

*Via E-Mail* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Rachel:

I write in response to your February 2, 2012 letter regarding Samsung's production of financial documents.

Your letter did not indicate whether Samsung will be producing the items described in Erik Olson's letter of January 27, 2012. This is information to which Apple is entitled. For one thing, each of the topics in Mr. Olson's letter falls within an Apple request for production that was served months ago. As a result, Samsung must in its discovery responses state clearly what responsive documents it is willing to produce, and what responsive documents it refuses to produce based upon its objections. As stated in *Moore's Federal Practice*:

> There are three basic appropriate responses to a request for production: (1) an objection to the scope, time, method, and manner of the requested production; (2) an answer agreeing to the requested scope, time, place, and manner of production; or (3) a response offering a good faith, reasonable alternative production that is <u>*definite in scope*</u>, time, place or manner. If appropriate, a party may file a hybrid answer, which objects to some of the requested production, while answering the unobjectionable portions.

*Moore's Federal Practice* 3d § 34.13[2][a] (2011) (emphasis added). *See also* Fed. R. Civ. P. 34(b)(2)(B)-(C).

Samsung has not done so here. As you know, Samsung refused to indicate whether it would produce documents in response to Apple's requests for production. Instead, in addition to a slew of objections, Samsung stated only that it would "meet and confer" with Apple over the

pa-1510121

MORRISON | FOERSTER

Rachel Kassabian
February 4, 2012
Page Two

scope and relevance of the requested information.  That is an improper response that leaves Apple guessing as to what Samsung will produce.

Apple is entitled to know Samsung's position with respect to each item in Mr. Olson's letter.  Apple should not have to rummage through Samsung's production and be forced to speculate about whether the production is complete.  Please state Samsung's position with respect to each of those items by the end of the weekend.  If Samsung refuses to answer, Apple will have no choice but to seek relief from the Court.

Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick


cc:     Samuel Maselli
        Peter Kolovos
        S. Calvin Walden

pa-1510121