# EXHIBIT 14

# FILED UNDER SEAL

# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 9, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

Via E-Mail

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Rachel:

We are writing again to request that Samsung identify specific Bates ranges of financial documents that Samsung contends it has produced to Apple. In Samsung's January 10, 2012 letter, Samsung represented that it had already produced "documents showing per-product total sales and units sold to each carrier," as well as a host of other financial information. Apple asked Samsung by letter on January 18, 2012 to identify by Bates number the financial documents Samsung believed it had already produced. Samsung did not provide any Bates ranges in response to Apple's request.

In Ms. Hutnyan's letter from February 7th, Samsung stated that it has been, and "will continue to," timely provide specific Bates ranges of documents requested in meet and confer correspondence.

Please do so by tomorrow, **February 10th, 2012**, for the financial documents mentioned in Samsung's January 10th letter. We have requested this information multiple times now.

Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick

pa-1511264