| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Cal. Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Cal. Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive 5th Floor |
|   | Redwood Shores, California 94065 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 9 | |
|   | Michael T. Zeller (Cal. Bar No. 196417) |
| 10 | michaelzeller@quinnemanuel.com |
|   | 865 S. Figueroa St., 10th Floor |
| 11 | Los Angeles, California 90017 |
|   | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS |
|   | CO., LTD., SAMSUNG ELECTRONICS |
| 14 | AMERICA, INC. and SAMSUNG |
|   | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S NOTICE OF FILING OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL (DOCKET NOS. 603, 604, 605, 606, 607, 642, 643, 707, 754, AND 758)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to the Court's Order Granting-in-Part and

3  Denying-in-Part Apple's and Samsung's Administrative Motions to File Documents Under Seal

4  (Dkt. No. 1978), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.,

5  and Samsung Telecommunications America, LLC (collectively "Samsung") hereby re-file

6  publicly documents previously filed under seal in connection with Docket Nos. 603, 604, 605,

7  606, 607, 642, 643, 707, 754, and 758.

9  DATED: October 2, 2012        QUINN EMANUEL URQUHART &
                                                                      SULLIVAN, LLP

                                                    By  */s/ Victoria F. Maroulis*
                                                             Charles K. Verhoeven
                                                             Victoria F. Maroulis
                                                             Kevin P.B. Johnson
                                                             Michael T. Zeller
                                                            Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC