# EXHIBIT K
# FILED UNDER SEAL

Highly Confidential - Outside Counsels' Eyes Only

Page 21

1   because I don't recall.  I can tell you how we would

2   typically work, and I don't have any reason to believe

3   that this would have been different.

4         But that we -- we have a display engineering

5   team at Apple, and that we in industrial design and in

6   mechanical design develop a mechanical outline, which

7   is referred to as an MCO, and that team works on

8   specifying and creating a detailed design, that we

9   would then work with normally multiple vendors to

10  develop a display to those specifications.

11        And whether it's -- regardless of product

12  type, that is -- that's typically how we would work.

13        That has changed more recently with some of

14  the products, like the MacBook Air.

15  Q   The process that you described that was in

16  place previously where there was an MCO that was

17  developed, and then -- then the company would work

18  with multiple vendors, was that the process that was

19  used for the -- the other iPhones?

20  A   Because I don't recall, that would be my

21  assumption, but I don't recall.

22  Q   Is that your -- is that your expectation,

23  that they would be followed?

24  A   That's typically how we develop our displays

25  to meet our requirements.

Highly Confidential - Outside Counsels' Eyes Only

Page 22

1    Q   And generally speaking, is it your

2  expectation that that was the process that was also

3  used for the -- the development of the display screen

4  for the iPad and the iPad 2?

5    A   I don't recall, but that's -- that's -- that

6  has been our typical development pattern.

7    Q   And you don't have any reason, at least

8  today, to think that for the iPad and the iPad 2, that

9  a different process was used?

10   A   Not that I can think of.  Not to mean that

11 there may be -- that may well be.

12   Q   I understand.  I'm just looking to see if

13 there is some -- some reason that you know of that

14 would -- would cause you to think that maybe it wasn't

15 followed is all.

16   A   I understand.

17   Q   If you could please tell me, generally

18 speaking, what is the -- the form that the MCO takes?

19 What does it -- what does it look like?

20   A   There were two -- I think -- I'm not involved

21 directly with the generation of an MCO, but the -- the

22 purpose is to define the -- the physical envelope that

23 our design requires be met.

24       And so that's communicated generally with CAD

25 drawings, and I think there's also some written

Highly Confidential - Outside Counsels' Eyes Only

Page 23

1   documentation that would describe other requirements.

2   I don't know the details of those requirements.

3        But an MCO is a fairly complex and -- and

4   comprehensive specification document.

5   Q   You mentioned that there -- by the way, if

6   you wanted to find any MCOs for the various versions

7   of the iPhone and the iPad and the iPad 2, is there

8   somebody you would go and ask?

9   A   The -- the responsibility for creating an MCO

10  resides within the mechanical design organization.  So

11  when we have defined our design, that's one of the

12  things that typically occurs after design definition.

13  Q   Is there a particular person who you would go

14  and ask for those?

15  A   I personally wouldn't be involved in going to

16  ask anybody to generate an MCO.

17  Q   I'm sorry.  I'm asking a slightly different

18  question.

19       If, today, you wanted to find the MCO for,

20  say, the first iPhone, is there a particular person

21  you can think of to go and ask?

22  A   I would ask one of my designers to talk with

23  the mechanical engineering team.

24  Q   You mentioned that there was a display

25  engineering team, but who -- who works on that display

Highly Confidential - Outside Counsels' Eyes Only

Page 24

1  engineering team today that you know of?

2      A   Well, the ultimate responsibility for the

3  display engineering team resides with Lynn Youngs.

4  That's L-Y double N.  Lynn is a man.  And reporting to

5  Lynn is Wei Chen.  And then there is a team of people

6  whose names I don't recall.

7      Q   All right.

8          And is Mr. Youngs based here in California,

9  or is he -- is he in Asia?

10     A   No, he's based here.

11     Q   And is that also true for Mr. Chen?

12     A   Yes, it is.

13     Q   You've also mentioned the -- well, I'm sorry.

14  Before moving on from that, do you know about how long

15  Mr. Youngs has been with Apple?

16     A   No.

17     Q   Has it been more than a year or two?

18     A   Oh, yes, yes.

19     Q   So it's been a while, whatever it's been?

20     A   It's been more than five years.

21     Q   And then how long, if you know, has Mr. Chen

22  been with Apple, approximately?

23     A   I think Wei has been with Apple for more than

24  ten years.

25     Q   And then you mentioned the mechanical design

Highly Confidential - Outside Counsels' Eyes Only

Page 25

1    organization on a couple of occasions.

2            Who heads that up today?

3    A    Well, there are multiple mechanical design

4    organizations.

5    Q    When we were talking about the MCO, is there

6    more than one mechanical design organization that's

7    involved in generating the MCO?

8    A    Yes.

9            So the way the process works is if the

10   mechanical design team, for example, that works on

11   portable Macs, so, like, the MacBook, the MacBook Pro,

12   there would be a dedicated mechanical design team,

13   often referred to as PD, meaning product design.  And

14   it is just one of the responsibilities of that

15   organization to generate MCOs.  It happens as part of

16   the design process.  So when we have defined the

17   design, defined the goal, defined the intent, then the

18   MCO is created from that -- from that goal.

19           And so that would occur -- the creation of an

20   MCO occurs in each of the mechanical teams on each of

21   the different products that we're developing.

22   Q    Prior to the time that the MCO is -- is

23   generated -- and you mentioned that the -- the intent

24   or the -- or the goal is -- is defined.

25           Is the -- the way that the intent or the goal

Highly Confidential - Outside Counsels' Eyes Only

Page 26

1  defined communicated to the mechanical design

2  organization in a written form?

3          MR. JACOBS:  Objection; vague.

4          THE WITNESS:  The nature of the

5  communications between the design team and the

6  mechanical design team does vary somewhat based on

7  which products that we're working on.  It varies based

8  on the -- the -- the actual mechanical team.  It

9  varies based on the individuals in the -- the ID team

10 and the mechanical team.

11         So if you can be specific, I'll do my best to

12 answer the question.

13         MR. ZELLER:  Sure.

14     Q   Let's take the -- the first iPhone, then --

15     A   Yes.

16     Q   -- to start there.

17         Was there -- how was the -- the defined

18 intent or goal communicated to the mechanical design

19 organization so that then that organization could

20 generate the MCO?

21     A   It would be in a number of ways in -- in this

22 case.

23         We would generate models, and in the process

24 of generating a model, we necessarily generate CAD

25 drawings.  It's from those CAD drawings that we make

Highly Confidential - Outside Counsels' Eyes Only

1    our models.

2            And so there would be two -- two points of

3    reference -- in a way, two databases -- that serve as

4    a description of, This is what we would like to -- to

5    achieve.  This is what we would like to make.

6        Q   And when you -- I'm sorry.  Go ahead.

7        A   I can't think of instances where the

8    industrial design team would create documentation

9    beyond the CAD.  That may exist, but I don't know.  I

10   can't think of an instance where that would be the

11   case.

12       Q   So, then, specifically with the -- the first

13   iPhone, your best recollection, your best

14   understanding, is that the points of reference that

15   were used to communicate with the mechanical design

16   organization to generate the MCO for it was the -- the

17   CAD drawings and then potentially models?

18       A   Not potentially models.  There would be

19   models with CAD drawings, and then discussions, lots

20   of discussion.

21       Q   Any other ways in which you can -- you can

22   recall the -- the industrial design organization

23   communicating what you were talking about as the

24   defined intent or goal for the first iPhone?

25       A   Not that I recall.

Highly Confidential - Outside Counsels' Eyes Only

1      Q    And were there other points of reference that

2    were used by the industrial design group to

3    communicate the defined intent or goal for the

4    subsequent versions of the iPhone to the mechanical

5    design organization, or were they the same?

6      A    I'm sorry.  Can you repeat that.

7      Q    Sure.

8           We were talking about the ways in which, for

9    the first iPhone, your organization communicated the

10   defined intent or goal to the mechanical design

11   organization.  And you told me there were three ways:

12   There was the -- there was the model, the CAD drawings

13   and then discussions.

14          And so my next question is:  For subsequent

15   versions of the iPhone, did your organization

16   communicate the defined goal in the same way, or were

17   there -- were there additional ways in which that was

18   communicated to the mechanical design organization?

19     A    I think those are the primary ways that we

20   would --

21     Q    Can you think of --

22     A    -- communicate goal and intent.  And this is

23   very -- this is -- I'm talking about very specifically

24   of the early stages of the design process.

25          As -- as the process evolves and as the --

Highly Confidential - Outside Counsels' Eyes Only

Page 29

1    the focus shifts from getting to -- to first models,

2    to first prototypes, if you then move forward in the

3    whole process in terms of getting towards ramp, you

4    then do look for other ways to specify your

5    requirements.

6           So, for example, if you want to, as a generic

7    example, machine a particular chamfer, as we might do

8    on a MacBook Air, we would document our requirement

9    with CAD drawings.

10          But sometimes we would also document our

11   requirement with the addition of small samples that

12   we've made sort of orthogonal to the process.  So

13   these would be small, small pieces of metal that would

14   have a chamfer on.

15          And we would try to bound and try to define

16   the nature of that chamfer with as many metrics as we

17   could because, from a quality point of view, the

18   easier it is to measure some of those details, the

19   more likely it is that you can achieve them in high

20   volume.

21          And so we would try and measure, for example,

22   the reflectivity of a chamfer, the tiniest undulations

23   in the surface.

24          But very often we would come in with small

25   samples.

Highly Confidential - Outside Counsels' Eyes Only

Page 30

1    Q   And if I understood you correctly, the -- the

2  small samples you're referring to can be, say,

3  particular pieces that are put together essentially as

4  not necessarily a prototype of the -- of the whole

5  device, but just of the particular piece that you're

6  looking at?

7    A   Yes.  It's just a small part in the correct

8  material.

9    Q   Is there a group within the company that

10 creates the small samples, generally speaking?

11   A   So the stage of the process I'm describing

12 now is much closer towards mass production, and there

13 are -- if there are -- simplistically, there -- there

14 are three groups involved in the mechanical part of

15 this.  So I'm not, of course -- in everything that I'm

16 saying, I'm obviously talking about my area of

17 expertise.

18   Q   Sure.

19   A   And so that's the -- the mechanical part, the

20 physical part of these products.

21       But it starts with industrial design, then

22 starts to involve the mechanical design team, and then

23 starts to involve the manufacturing teams.  At Apple

24 they're often referred to as the ops team, the

25 operations team.

Highly Confidential - Outside Counsels' Eyes Only

1       And so the generation of samples that I

2 described would normally be a collaboration between

3 the ID team, the PD team, the mechanical team, and the

4 ops team.  There's not a specific group that's tasked

5 with that responsibility.

6    Q   There is a -- there's a model group that's

7 part of industrial design there at Apple?

8    A   Yes.  There's a team of four or five people

9 in the industrial design team that make -- make our

10 models.

11    Q   And generally, do you refer to that as the

12 "model shop"?

13    A   It's slightly confusing because there's the

14 industrial design model shop, but there is also a

15 model shop for the mechanical design team that's

16 actually much bigger.  And they're both referred to as

17 the model shop.

18    Q   Does the industrial design model shop

19 generally generate any of these -- these small part

20 models, or is that something that's typically done

21 further down the process, such that it's the

22 mechanical model shop or even something that the

23 manufacturing team might do?

24    A   What we would tend to do is, on occasions,

25 the industrial design model shop or the PD model shop

Highly Confidential - Outside Counsels' Eyes Only

Page 32

1   may generate these samples.

2        But more typically, we would try and use the

3   manufacturing facility to produce them because the

4   relevance of these samples increases if they're

5   produced using the machinery that we would actually be

6   using in manufacture.

7        Sometimes we use other vendors to create them

8   because our manufacturing base doesn't have the

9   capability.

10       Actually, this happens fairly typically, in

11  that we would approach a manufacturer of equipment

12  that we don't have a relationship with and work with

13  them to produce this sample.  And then subsequently,

14  it becomes clear that the manufacturing facility will

15  need to buy that equipment to achieve our goal.

16  Q    You used the phrase PD, or product

17  development, model shop.

18       Is that -- is that a separate model shop from

19  the mechanical model shop group?

20  A    No, that's the same -- the same -- the phrase

21  I used was "product design model shop"; but people

22  normally refer to it as the "model shop."  It does get

23  confusing, though, because there are two model shops.

24  Q    And I'm sorry.  Maybe I'm still confused.

25       Is the -- you mentioned that there was a

Highly Confidential - Outside Counsels' Eyes Only

Page 33

1   model shop attached to the mechanical group?

2       A    That's right.

3       Q    And that's the same -- in your -- your

4   terminology, that's the same as the PD model shop?

5       A    That is right.  I mentioned that the

6   mechanical design team is more frequently called PD,

7   product design.

8            MR. JACOBS:  Mike, when you come to a

9   convenient break point, let us know because --

10           MR. ZELLER:  Sure.

11           MR. JACOBS:  -- we're on an hour.

12           MR. ZELLER:  Just a couple of follow-ups on

13  this to make sure I understand.

14      Q    Who heads up the PD model shop?

15      A    Tony Graham.

16      Q    And do you know about how long he's been with

17  Apple?

18      A    I don't.

19      Q    Has it been more than a year or two?

20      A    Yes.

21      Q    Do you know if he had any involvement in any

22  way with the -- the development of the -- any of the

23  iPhones?

24      A    He would have made some prototypes.  I can't

25  begin to recall which ones at what point.

Highly Confidential - Outside Counsels' Eyes Only

Page 62

1   Christopher Stringer in Support of Apple's Motion for

2   a Preliminary Injunction."

3          And while you're free to look at as much of

4   this document as you'd like, I actually have a picture

5   that I'm interested in showing you that's an

6   attachment to this.

7          You, of course, know Mr. Stringer?

8   A   Oh, I do.

9   Q   He's someone you work with?

10  A   Yes.

11  Q   And so if you'd please take a look at what is

12  identified here in this document as Stringer

13  Exhibit 1.  And then you'll see the next page is a --

14  is an actual CAD drawing.

15  A   Yes.

16  Q   First of all, have you seen this CAD drawing

17  before?

18  A   Do you mean the printout of the -- so this is

19  a printout of a CAD database, so I'm -- I'm -- I would

20  have seen the -- the actual CAD database, live and

21  alias.  I don't recall seeing printouts of this.  I

22  may have done.  I don't recall that.

23  Q   At least in terms of how it's printed out

24  here as Exhibit 1 to Mr. Stringer's declaration, you

25  generally recognize it as a -- as a printout of a CAD

Highly Confidential - Outside Counsels' Eyes Only

Page 63

1   design that --

2        A    Yes.

3        Q    -- you did see previously?

4        A    Yes.

5        Q    And do you generally recognize what's

6   depicted here as a printout of a -- a CAD design that

7   was -- was generated in connection with the first

8   iPhone?

9        A    Yes, I recognize this as the design -- one

10  of -- one of many, but the design that I drew the

11  section for you.

12       Q    And for the record, you're referring to

13  the -- the drawing that you made that we marked as

14  Exhibit 1176?

15       A    So, for example, you can see that on the --

16  the second page.

17       Q    And when you say "the second page," you're

18  referring to the second page of images that's part of

19  Exhibit 1 that we're talking about?

20       A    That's right.

21       Q    And, generally speaking, do you recognize

22  this design that's shown here in the CAD printout

23  that's Exhibit 1 to Mr. Stringer's declaration as

24  being one of the designs that was -- was considered

25  but ultimately rejected for the original iPhone?

Highly Confidential - Outside Counsels' Eyes Only

Page 64

1      A    Yes, I do.

2      Q    And what were the reasons why the design

3  that's shown here in -- in Exhibit 1 was rejected?

4      A    I remember -- I don't have complete

5  recollection of discussions with Steve and the team.

6  I have a recollection that Steve thought it was ugly.

7           It was refined, and we had spent -- we had

8  some fairly detailed models that were made.  So the

9  discussions were around models, not the -- the CAD.

10 And I think that we collectively felt that we could

11 make something more beautiful than this.

12     Q    Focusing on the design that's shown here as

13 part of Exhibit 1 to Mr. Stringer's declaration, do

14 you believe that this -- this design here distracts in

15 any way from the display?

16     A    No.  I think this design -- no.

17     Q    Was the fact that it had these edges on the

18 front surface around the -- the display, in other

19 words, part of the metal surface, actually was on the

20 front surface, one of the reasons it was rejected?

21     A    No.

22     Q    Was that --

23     A    Not that I recall.

24     Q    Was there ever any discussions there within

25 Apple about the -- the fact that this design that's

Highly Confidential - Outside Counsels' Eyes Only

Page 65

1  shown here in Exhibit 1 had a rim or -- or metal on

2  the front surface that distracted from the display?

3      A   No.  My recollection of the -- the discussion

4  relating to this was just that it -- it wasn't truly

5  beautiful.

6          You see, the -- the clear material was

7  coplanar with -- with the shell, with the body.  What

8  I mean by that, it was a continued -- continuous

9  surface.

10         And so this design, I think, very

11  successfully -- very successfully featured the

12  display.  It has equal borders on the forehead and the

13  chin.  It has equal -- that the distance is -- is the

14  same on both the right- and left-hand side.  The clear

15  material was -- I actually remember quite specifically

16  just the detail of the junction between the clear

17  material and the other aluminum.

18         And so I think this design was really --

19  really quite successful in -- in establishing a

20  hierarchy where the display was visually distinct and

21  special, but I remember that we just didn't think that

22  it was -- was beautiful.  We thought we could do

23  better.

24     Q   Any other reasons you can recall this -- this

25  design being rejected?

Highly Confidential - Outside Counsels' Eyes Only

Page 66

1    A    No.  What I recall was, I recall the word

2    "ugly," and I recall the sentiment that we could do

3    better, that we could make a more beautiful, a more

4    distinctive phone.

5    Q    Any other reasons you can remember?

6    A    That's my recollection.

7    Q    If you can please take a look at the page 3

8    in Mr. Stringer's declaration, which is Exhibit 1161.

9         You'll see in paragraph 10 he's talking here

10   about the development of the -- the first iPhone, and

11   he says:

12        "In fact, as late as March 2006, the

13   industrial design team was working on a detailed

14   proposal for a very different iPhone design."

15        Do you see that language?

16   A    Yes, in paragraph 10.

17   Q    Right.

18        And then it continues on in paragraph 11

19   where he's discussing the exhibits, including the

20   exhibit that we just talked about, and he says:

21        "Attached as Exhibits 1 through 6 are CAD

22   renderings of some of the alternate iPhone designs we

23   pursued and considered during the development process

24   for the iPhone."

25        Do you see that part?

Highly Confidential - Outside Counsels' Eyes Only

Page 67

1        A    Yes.

2        Q    And then in paragraph 12, he's talking

3    specifically about Exhibit 1, and he says:

4            "For example, with reference to Exhibit 1,

5    this alternative iPhone design differed significantly

6    from the commercialized iPhone design in that" --

7            And then he -- then he has four points; do

8    you see that?

9        A    Yes.

10       Q    It -- from your perspective, do you believe

11   that the design that's shown here in Exhibit 1 in

12   these CAD renderings is a significantly different

13   design from the design of the -- the iPhone that was

14   actually sold to market?

15       A    Yes, I believe that the -- the industrial

16   design is significantly different.

17           So we're talking about what the -- you know,

18   the images that we've been looking at?

19       Q    Correct.

20       A    Yes.

21       Q    Comparing Exhibit 1 to what was actually --

22       A    Yes.

23       Q    -- released to market.

24           And you'll see here that Mr. Stringer

25   identifies four particular reasons why he believes

Highly Confidential - Outside Counsels' Eyes Only

Page 68

1    that it's a significantly different design when you

2    compare Exhibit 1, these CAD renderings, to the -- the

3    version of the iPhone that was actually released?

4        A    Right.

5        Q    And one point that he mentions is is that it

6    didn't include a thin continuous bezel around the

7    front surface.  Second point he mentions is that it

8    had a smaller speaker opening.  Third, he mentions it

9    had a front surface that was not completely flat.

10       A    Yes.

11       Q    And then the fourth point he mentions is that

12   it had corners that were not rounded from the front

13   view?

14       A    Yes.

15       Q    Do you see that?

16       A    Yes.

17       Q    Do you agree that these are reasons why the

18   design that's shown in Exhibit 1 is significantly

19   different from the industrial design of the iPhone as

20   it actually went to market?

21       A    Yes, I think this is some of the reasons why.

22   I think if I start -- studied it for longer, there may

23   be more.

24       Q    Well, and that's what was going to be my next

25   question is, is based on having looked at the design

Highly Confidential - Outside Counsels' Eyes Only

Page 69

1    that's shown in Exhibit 1 to Mr. Stringer's

2    declaration --

3        A    Yes.

4        Q    -- are there other aspects of the design,

5    when you compare it to the final version of the

6    original iPhone as it actually went to market, that

7    you would point to to say why you think that they are

8    significantly different designs?

9        A    To answer that properly -- I mean, there may

10   be.  But to answer that properly, I would like the

11   model and be able to do, you know, a side-by-side

12   comparison between the product that we did

13   commercialize and -- and this model.

14            But I agree with those four points.  Based on

15   the printout of the CAD that I have here, I agree with

16   those four points.  There may well be additional

17   points, but I would -- to -- to answer your question

18   properly, I would need to look at the object.

19       Q    Okay.  I think I understand.

20            So you want to take a few minutes?

21            MR. JACOBS:  Do you want to take lunch?

22            MR. ZELLER:  Okay.  Sure.

23            MR. JACOBS:  What's your -- are you planning

24   that we -- our lunch is here?

25            MS. NEILL:  I think so, yeah.

Highly Confidential - Outside Counsels' Eyes Only

Page 168

1    There's a logo on the model.

2        Q    Any other differences or dissimilarities that

3    you see?

4        A    Yeah.  I assume in Figure 8, that does --

5    that does suggest a connector, the 30-pin connector

6    that's at the bottom.  And that's also shown -- yes,

7    that's also shown, so it's a similarity with -- with

8    the model.

9        Q    Are there any other dissimilarities or

10   differences that you see when comparing the

11   '889 design patent drawings with the 035 mockup?

12       A    Not that strike me right now.  There may be,

13   but I -- nothing that strikes me right now.

14       Q    Back in the 2003 and 2004 time period, did

15   Apple produce any actual working models of a tablet

16   computer?

17       A    We made some working prototypes.  I cannot --

18   I cannot remember the -- the dates.

19            And when I say "working," I should explain

20   what I mean by that in that they -- they had

21   electronics inside, and it was very -- it was, you

22   know, prototype electronics that -- I can't even

23   remember what OS environment they booted, but -- but

24   something was booted to -- I know it was possible to

25   evaluate, albeit very crudely, the performance of the

Page 169

1   multi-touch sensor that was laminated to the display.

2          So when we say "working," it's -- it's --

3   they had -- they had some electronics inside that you

4   could switch on.  I don't remember whether they had

5   batteries inside.  I don't remember whether they had

6   to be plugged in to -- to an additional CPU or perhaps

7   even the primary CPU.

8          Sometimes when we make early prototypes,

9   there are -- we describe them as being tethered to

10  the -- the CPU that actually really does the

11  processing, and we -- what we're really looking to

12  understand is just how the -- the display and the

13  touch panel works.

14      Q   Prior to the time that the '889 design patent

15  was filed, which you'll see on the first page was

16  March 17, 2004, were there any models or prototypes

17  that Apple created of a tablet computer that did not

18  have the gap that you've mentioned there on the 035

19  prototype?

20      A   I'm so sorry.  Could you repeat that

21  question.

22      Q   Sure.

23      A   You actually mentioned a date, which is not

24  the date I -- sorry.  That's why I was distracted.

25      Q   Yeah.  I'll break this up.  We'll make it a