# EXHIBIT L
# FILED UNDER SEAL

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

December 3, 2011

**Via Electronic Mail**

Mia Mazza
Morrison & Foerster
425 Market St.
San Francisco, CA 94105-2482

Re:   *Apple v. Samsung Electronics, et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)

Dear Mia:

Jonathan Ive testified at his deposition that Apple prepared MCO documents in designing and developing products that Apple has put at issue in this litigation. *See* December 1, 2011 Deposition of Jonathan Ive ("Ive Depo") at 21:4-28:25. Mr. Ive also testified that Apple employs a mechanical (aka product design, or "PD") model shop to create small samples, or prototypes, of particular pieces contemplated in the design process. *See* Ive Depo at 29:10-30:6; 31:18-33:4. Please produce the MCOs associated with all versions of the iPhone, iPad, and iPod touch, as well as the CAD drawings and small samples generated by the PD model shop associated with these products.

Mr. Ive also testified at his deposition that Apple developed models of many alternate iPhone designs. *See, e.g.*, Ive Depo at 62:3-69:18. Please produce all 3-D models that Apple has developed in relation to the iPhone and iPod touch, including those that were created for designs that were not ultimately used.

Finally, Mr. Ive testified that Apple created working prototypes of tablet computers in connection with the D'889 patent. *See* Ive Depo at 168:14-169:13. Please produce these

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom  | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

working prototypes of tablet computers. All of the above-mentioned materials are responsive to Samsung's Request for Production No. 86.

Kind regards,

*/s/*

Diane C. Hutnyan