# EXHIBIT M
# FILED UNDER SEAL

1        MR. MONACH:  Object to the form of
2    the question.
3        THE WITNESS:  What do you mean by
4    "context"?
5    Q.   Do you recall the circumstances
6 under which it occurred, such as whether it was
7 in the course of a meeting between the two of
8 you?
9    A.   Yes.
10   Q.   And I take it that's correct,
11 there was a meeting the two of you were having?
12   A.   Yes.  Our group had a meeting,
13 yes.
14   Q.   And was there something that
15 inspired you and Mr. Chaudhri to come up with the
16 design that's shown here in the '305 design
17 patent?
18       MR. MONACH:  Objection.  Vague and
19   overbroad.
20       THE WITNESS:  The springboard is
21   inspired by dashboard on OS X.
22   Q.   Are there any parts of the
23 springboard that were taken, more or less, in
24 substantially the same form from dashboard on OS
25 X, in terms of just the visual design elements?

Highly Confidential Attorneys' Eyes Only

Page 180

1             MR. MONACH:  Object to the form of
2        the question as vague.
3             THE WITNESS:  Well, the icons on
4        the springboard have rounded rectangles,
5        as they did on dashboard.  So we -- there
6        was a lineage there from that function
7        onto the phone, as well as the dock on
8        the phone, there's lineage in the dock on
9        dashboard.
10        Q.    Are there other visual components
11   of what's shown here in the '305 design patent
12   that have lineage to the OS X dashboard?
13        A.    The visual.  Some of the icons are
14   similar.
15        Q.    Which ones are similar?
16        A.    Stocks, weather, clock, settings,
17   calculator.  The rest were developed for the
18   phone.
19        Q.    And I apologize if I asked you
20   this before.  When was the time period that OS X
21   was released?
22        A.    OS X -- there have been a number
23   of iterations of OS X.
24        Q.    Was there a particular iteration
25   of OS X that had the dashboard, that had these

1    visual components that were -- that had a
2    lineage, I think is the term you used?
3            A.    Yes.
4            Q.    Traces to the design that's shown
5    here in the '305 design patent?
6            A.    Yes.
7            Q.    Focusing on that iteration of OS
8    X, do you know, approximately, what time period
9    that was released?
10           A.    Early 2005.
11           Q.    Was there a particular name that
12   you gave to that iteration or version of OS X
13   that we have been talking about?
14           A.    Tiger.
15           Q.    That's T-i-g-e-r?
16           A.    Yes.
17           Q.    So this particular version of OS
18   X, the Tiger, that had these elements that we
19   have been discussing that were similar in the
20   ways that you talked about to the design that's
21   shown here in '305 design patent, was publicly
22   released more than a year before the June 23,
23   2007 filing date of the '305 design patent?
24           A.    Publicly released?
25           Q.    Yeah.

Highly Confidential Attorneys' Eyes Only

Page 182

1    A.    I don't recall the exact date, but
2  it was far in advance before this.
3    Q.    It's your best memory that it was
4  at least a year before the June 23, 2007 filing
5  date of the '305 patent?
6    A.    At least a year.  At least a year.
7    Q.    Directing your attention to the
8  '305 design patent and specifically Figure 1.
9         One of the icons that's depicted
10  there is settings?
11    A.    Yes.
12    Q.    And that has a picture or an image
13  of gears?
14    A.    Yes.
15    Q.    Was that same metaphor, namely
16  gears, used on Tiger for the settings icon?
17    A.    I don't remember.
18    Q.    Do you remember if they were the
19  same gears or if these were -- this was a new
20  execution or rendition of gears?
21         MR. MONACH:  Objection.  Lack of
22       foundation, assumes facts not in
23       evidence.
24         THE WITNESS:  I don't remember.
25    Q.    Well, setting that aside, then,