# EXHIBIT O
# FILED UNDER SEAL

# Alex Hu

| | |
|---|---|
| **From:** | Bartlett, Jason R. [JasonBartlett@mofo.com] |
| **Sent:** | Monday, January 09, 2012 8:54 PM |
| **To:** | Kenneth Suh |
| **Cc:** | Samsung v. Apple; AppleMoFo; Walden, S. Calvin |
| **Subject:** | FW: Access to Apple Computer, Inc. Records, 1977-1998, Special Collections M1007 |

Ken,

I am forwarding to you Apple's email sent earlier today to Stanford's Special Collections & University Archives. Information on accessing the archives is available at the following Stanford website: http://www-sul.stanford.edu/depts/spc/spc.html.

Sincerely,

Jason R. Bartlett
Morrison & Foerster
425 Market St.
San Francisco, CA  94105
Direct: 415.268.6615

---

**From:** Cyndi Wheeler [mailto:cwheeler@apple.com]
**Sent:** Monday, January 09, 2012 5:21 PM
**To:** speccollref@stanford.edu
**Cc:** Bartlett, Jason R.; Hung, Richard S. J.; Maya Kumar; Erica Tierney
**Subject:** Access to Apple Computer, Inc. Records, 1977-1998, Special Collections M1007

To whom it may concern:

I am in-house legal counsel for Apple Inc., currently engaged in litigation with Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC.

Samsung's outside counsel law firm, Quinn Emanuel, will be following your request procedure to set up an appointment to view certain materials from the Apple Computer, Inc. Records, 1977-1998, Special Collections M1007. The requesting and viewing individuals will be Brett Arnold, Anna Neill, Michael Zeller, Margret Caruso, and/or Kenneth Suh.  Please provide access to them upon request.

Cyndi Wheeler

  Apple Inc.
1 Infinite Loop, MS 36-3NYJ
Cupertino, CA 95014
408-862-4884
cwheeler@apple.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---------------------------------------------------------------------

1

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------