# EXHIBIT Q
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
kennethsuh@quinnemanuel.com

December 30, 2011

**VIA E-MAIL**

Jason Bartlett
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Re:    *Apple v. Samsung Electronics, et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)

Dear Jason:

I write regarding certain documents identified during Sissie Twiggs' deposition.  We have received sixteen spreadsheets, *Bates Nos.* APLNDC0000035792-36079, that appear to be the advertising spend spreadsheets Ms. Twiggs testified about during her deposition.  (*See, e.g.,* Twiggs Dep. Trans. ("Twiggs") 12:19-23; 26:14-27:3).  Please confirm that Apple has produced all similar spreadsheets documenting advertising spending for each year since 2006 for all versions of the iPhone and iPad products or, if it has not, please confirm that Apple will complete this production by no later than January 10, 2012.

We are still not able to locate all the documents about which Ms. Twiggs testified.  Specifically, we have not been able to locate, and request *immediate* production of:

- All media plans for all ads and ad campaigns regarding any version of the iPhone and iPad products.  (*See, e.g.,* 27:10-21; 28:3 (general description of the document); 28:11-29: 4 and 114:11-18 (new media plan for each generation of products and each product—e.g., iPhone 2, iPhone 3, and iPad2); and 28:24-29:25 (contains demographic targeting information)).

- Documents having, defining, or evidencing agreements with Apple's advertising agency regarding the parameters, requirements, and estimates for annual spending on media buying

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

for any version of the iPhone and iPad products. (Twiggs 30:1-22).

- All presentations and emails regarding advertising "builds," as described by Ms. Twiggs, related to any version of the iPhone and iPad products. (Twiggs 35:15-37:25).

- All documents related to any version of the iPhone and iPad products used, viewed, edited, or otherwise utilized by Ms. Twiggs to decide when, or during which television program, a particular television advertisement will be shown, and all documents used to communicate such decisions. (Twiggs 43:14-447).

- All documents related to indicating the number of times an online ad regarding any version of the iPhone and iPad products, is "clicked on" by a user. (Twiggs 45:24-46:19).

- All documents related to any version of the iPhone and iPad products, indicating any type of advertisement tracking for each "engagement," as described by Ms. Twiggs. (Twiggs 47:17-22).

- All documents related to tracking "impressions" for any type of advertising regarding any version of the iPhone and iPad products, as described by Ms. Twiggs. (*See, e.g.,* Twiggs 48:13-17; 65:9-14 (2007 iPhone ads); 74:22-25 (2010 iPhone ad with facetime ads);138:23-139:2 ( iPhone television ad)).

- All documents with information regarding the number of, and amount spent on advertising featuring any version of the iPhone and iPad products. (*See* Twiggs 86:5-6)("We have a lot of information regarding our – our advertising, how much we did.").

- All documents regarding demographic studies regarding any version of the iPhone and iPad products. (Twiggs 108:5-6).

For the purposes of this letter, unless otherwise indicated, "iPhone" refers to all versions of the iPhone, *e.g.,* iPhone 2, iPhone 3, iPhone3S, and iPhone4, and "iPad" refers to both the iPad and iPad2.

It is Samsung's view that these documents should have been produced before Ms. Twigg's deposition, as they were, and remain, relevant to issues considered during the Court's Preliminary Injunction hearing. Further, Ms. Twigg's testimony indicates these documents contain highly relevant information required for Samsung's case and defense, as well as information speaking directly to damages. Samsung has been, and continues to be prejudiced without this information. Samsung can no longer wait for Apple to decide if and when it will produce these documents.

We have not been able to locate or identify any of the documents that are the subject of this letter, but understand that Ms. Twiggs may not be the custodian of these documents. If this is the case, please identify the custodian of each type of document. If Apple has produced the documents, please identify the documents by Bates number. If Apple has not produced such documents, please notify Samsung before the close of business tomorrow, when, prior to January 5, 2012, Apple is available to further meet and confer about this request. Absent a firm

commitment to produce these documents by January 10, Samsung will include this request on the January 5 lead counsel meet-and-confer.

Very Kind Regards,

*/s/*

Kenneth K. Suh