# EXHIBIT W
# FILED UNDER SEAL

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

November 15, 2011

Via E-Mail (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

Enclosed is a corrected version of Apple's November 7, 2011 search terms disclosure.  This disclosure corrects certain date cutoffs as discussed in recent correspondence.

As with the original November 7, 2011 search terms disclosure, this information covers documents produced by Apple via Morrison & Foerster in connection with the claims being pursued by Apple.  It does not cover documents recently produced by Apple via Wilmer Hale in connection with the claims being pursued by Samsung.  Those search terms will be covered in Apple's next monthly disclosure.

Sincerely,

/s/ *Mia Mazza*

Mia Mazza

Encl.

cc:   Samuel Maselli
      Peter J. Kolovos
      S. Calvin Walden

sf-3071621

Apple v. Samsung
Case No. C 11-1846 LHK (PSG)
Search Terms Applied by Apple
November 7, 2011
CORRECTED

| Custodian Produced | Keyword List Applied |
|---|---|
| Andre, Bart | 9 |
| ANPP Server | None |
| Anzures, Freddy | 10 |
| Apple Engineering Files | None |
| Apple Hardware Engineering | None |
| Apple Legal Files | None |
| Apple Marketing Files | None |
| Blumenberg, Chris | 1 |
| Boule, Andre | 1 |
| Chaudhri, Imran | 2, 10 |
| Christensen, Steven | None |
| Christie, Greg | 1 |
| Cook, Tim | 8 |
| Coredocs_Serve, M68_ANPP | None |
| Coredocs_Serve, Q79_ANPP | None |
| Coster, Daniel | 9 |
| de Iuliis, Daniele | 9 |
| Elias, John | 4 |
| Forstall, Scott | 1 |
| Frost & Sullivan | None |
| Herz, Scott | 6 |
| Hotelling, Steve | 5 |
| Howarth, Richard | 9 |
| Huppi, Brian | 7 |
| Ive, Jony | 9 |
| Jobs, Steve | 8 |
| Kerr, Duncan | 9 |
| Lamiraux, Henri | None |
| Land, Brian | 5 |
| Lemay, Steve | 1 |
| Lutton, Chip | 8 |
| Nishibori, Shin | None |
| Ording, Bas | 3 |
| Platzer, Andrew | 6 |
| Rangel, Art | None |

| Custodian Produced | Keyword List Applied |
|---|---|
| Rohrbach, Matthew | 9 |
| Russell-Clarke, Peter | 9 |
| Server, casket.ecs.apple.com | None |
| Sewell, Bruce | 8 |
| Strickon, Josh | 7 |
| Stringer, Chris | 9 |
| Twiggs, Sissie | None |
| USPTO | None |
| Van Os, Marcel | 1 |
| Westerman, Wayne | 4 |
| Whang, Eugene | 9 |
| Williamson, Richard | 1 |
| Woodring, Cooper | None |
| Zorkendorfer, Rico | 9 |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Search Terms Applied by Apple
November 7, 2011
CORRECTED

| Search Term List | Date Limitation |
|---|---|
| 1 | On or before September 30, 2007 |
| 2 | On or before September 30, 2007 or February 28, 2008 (see list) |
| 3 | On or before September 30, 2007, December 31, 2007, or February 28, 2008 (see list) |
| 4 | On or before June 29, 2007 |
| 5 | On or before June 29, 2007 |
| 6 | On or before June 29, 2007 |
| 7 | On or before June 29, 2007 |
| 8 | January 1, 2010 to April 26, 2011 |
| 9 | June 1, 2003 to April 30, 2011 |
| 10 | October 1, 2004 to April 30, 2011 |

Apple Search Terms
Date Limitations

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 1

"blow up"
"double tap to zoom"
"double tap"
"double tap" near/2 zoom
"re size"
"smart zoom"
"structured document"
"invention disclosure statement"
("structured document" or "web page" or webpage or html) and ((enlarg* or zoom or "blow up" or expand or center or focus) near/10 (tap or press or click or select))
("web page" or webpage) near/10 (enlarg* or zoom or "blow up" or center or focus or shrink or resize)
blow near/2 up
blowup
double near/2 tap
doubletap
enlarg*
expand*
IDS
invention near/3 disclosure
resize
shrink
smart near/2 zoom
structured near/2 document
zoom

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 2
CORRECTED

| Term | Upper Date Limit |
|---|---|
| "blow up" | September 30, 2007 |
| "double tap to zoom" | September 30, 2007 |
| "double tap" | September 30, 2007 |
| "double tap" near/2 zoom | September 30, 2007 |
| "pop up" | February 28, 2008 |
| "pop-up" | February 28, 2008 |
| "re size" | September 30, 2007 |
| "smart zoom" | September 30, 2007 |
| "structured document" | September 30, 2007 |
| "invention disclosure statement" | February 28, 2008 |
| "on screen display", "on-screen display", "onscreen display" | February 28, 2008 |
| blow near/2 up | September 30, 2007 |
| blowup | September 30, 2007 |
| disappear | February 28, 2008 |
| double near/2 tap | September 30, 2007 |
| doubletap | September 30, 2007 |
| enlarg* | September 30, 2007 |
| expand* | September 30, 2007 |
| fade | February 28, 2008 |
| faded | February 28, 2008 |
| fading | February 28, 2008 |
| HUD | February 28, 2008 |
| IDS | February 28, 2008 |
| invention near/3 disclosure | February 28, 2008 |
| onscreen, "on-screen" near/2 display | February 28, 2008 |
| OSD | February 28, 2008 |
| popup | February 28, 2008 |
| resize | September 30, 2007 |
| shrink | September 30, 2007 |
| smart near/2 zoom | September 30, 2007 |
| structured near/2 document | September 30, 2007 |
| translucent | February 28, 2008 |
| zoom | September 30, 2007 |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 2
CORRECTED

| Term | Upper Date Limit |
|---|---|
| ("structured document" or "web page" or webpage or html) and ((enlarg* or zoom or "blow up" or expand or center or focus) near/10 (tap or press or click or select)) | September 30, 2007 |
| ("web page" or webpage) near/10 (enlarg* or zoom or "blow up" or center or focus or shrink or resize) | September 30, 2007 |
| ((display) near/5 (dialog or window))  and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after)) | February 28, 2008 |
| ((display) near/5 (dialog or window)) and ((automatic*) near/5 (close or terminate or remove or hide)) | February 28, 2008 |
| ((display) near/5 (pop-up))  and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after)) | February 28, 2008 |
| ((display) near/5 (pop-up)) and ((automatic*) near/5 (close or terminate or remove or hide)) | February 28, 2008 |
| ((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and ((timer) near/10 (elasp* or reach* or pass or expir* or past or after)) | February 28, 2008 |
| ((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and (temporary or momentary) | February 28, 2008 |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 3
CORRECTED

| Term | Upper Date Limit |
|---|---|
| 381 | December 30, 2007 |
| 7469381 | December 30, 2007 |
| "7,469,381" | December 30, 2007 |
| "Big Demo" | December 30, 2007 |
| "blow up" | September 30, 2007 |
| "Bounc* back" | December 30, 2007 |
| "Damp* motion" | December 30, 2007 |
| "Document translation" | December 30, 2007 |
| "double tap to zoom" | September 30, 2007 |
| "double tap" | September 30, 2007 |
| "double tap" near/2 zoom | September 30, 2007 |
| "List scrolling" | December 30, 2007 |
| "Momentum scrolling" | December 30, 2007 |
| "pop up" | February 28, 2008 |
| "pop-up" | February 28, 2008 |
| "re size" | September 30, 2007 |
| "smart zoom" | September 30, 2007 |
| "Spring* back" | December 30, 2007 |
| "structured document" | September 30, 2007 |
| "Value tuning" | December 30, 2007 |
| "invention disclosure statement" | February 28, 2008 |
| "on screen display", "on-screen display", "onscreen display" | February 28, 2008 |
| (Portion) | December 30, 2007 |
| Beyers | December 30, 2007 |
| Big near/2 Demo | December 30, 2007 |
| blow near/2 up | September 30, 2007 |
| blowup | September 30, 2007 |
| Bounc* | December 30, 2007 |
| Bounc* near/2 back | December 30, 2007 |
| Damp* | December 30, 2007 |
| Damp* near/2 motion | December 30, 2007 |
| disappear | February 28, 2008 |
| Document near/2 translation | December 30, 2007 |
| double near/2 tap | September 30, 2007 |
| doubletap | September 30, 2007 |
| Elastic | December 30, 2007 |
| enlarg* | December 30, 2007 |
| expand* | December 30, 2007 |
| fade | February 28, 2008 |
| faded | February 28, 2008 |
| fading | February 28, 2008 |
| Fling* | December 30, 2007 |
| Flung | December 30, 2007 |
| HUD | February 28, 2008 |
| IDS | December 30, 2007 |
| invention near/3 disclosure | February 28, 2008 |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 3
CORRECTED

| Term | Upper Date Limit |
|---|---|
| List near/2 scrolling | December 30, 2007 |
| M68 | December 30, 2007 |
| Momentum near/2 scrolling | December 30, 2007 |
| onscreen, "on-screen" near/2 display | February 28, 2008 |
| OSD | February 28, 2008 |
| popup | February 28, 2008 |
| Purple | December 30, 2007 |
| resize | December 30, 2007 |
| Rubber | December 30, 2007 |
| Rubber Band* | December 30, 2007 |
| Rubber near/2 Band* | December 30, 2007 |
| Rubber-Band* | December 30, 2007 |
| shrink | September 30, 2007 |
| smart near/2 zoom | September 30, 2007 |
| Snap | December 30, 2007 |
| Spring* | December 30, 2007 |
| Spring* near/2 back | December 30, 2007 |
| structured near/2 document | September 30, 2007 |
| Translat* | December 30, 2007 |
| translucent | February 28, 2008 |
| Value near/2 tuning | December 30, 2007 |
| zoom | September 30, 2007 |
| ("structured document" or "web page" or webpage or html) and ((enlarg* or zoom or "blow up" or expand or center or focus) near/10 (tap or press or click or select)) | September 30, 2007 |
| ("web page" or webpage) near/10 (enlarg* or zoom or "blow up" or center or focus or shrink or resize) | September 30, 2007 |
| ((display) near/5 (dialog or window))  and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after)) | February 28, 2008 |
| ((display) near/5 (dialog or window)) and ((automatic*) near/5 (close or terminate or remove or hide)) | February 28, 2008 |
| ((display) near/5 (pop-up))  and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after)) | February 28, 2008 |
| ((display) near/5 (pop-up)) and ((automatic*) near/5 (close or terminate or remove or hide)) | February 28, 2008 |
| ((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and ((timer) near/10 (elasp* or reach* or pass or expir* or past or after)) | February 28, 2008 |
| ((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and (temporary or momentary) | February 28, 2008 |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 4

"eigen value"
"eigen vector"
"touch panel"
"touch screen"
"invention disclosure statement"
("multi-touch" or multitouch) near/15 (screen or panel or sensor)
(contract) near/15 (tracking OR identification) near/15 (module)
(distinguish*) near/15 (multi-touch or multitouch)
(distinguish*) near/15 (touch OR finger OR hand OR palm OR cheek)
(track*) near/15 (ellipse OR parameter OR path)
calibration near/3 module
eccentric*
eigen-value
eigen-vector
eigenvalue
eigenvector
ellipse
IDS
invention near/3 disclosure
pixel*
position near/15 sens*
touch-panel
touch-screen
touchpanel
touchscreen
(ellipse) near/15 (fit* OR parameter)
(ellipse) near/15 (pixel OR group OR finger OR touch OR image OR proximity)
(finger or thumb or palm or hand) near/50 (detect or sens* or track*)
(point* or pixel* or dot) near/15 (group or form* or shape or bunch)
(segment*) near/15 (multi-touch OR multitouch)
(segment*) near/15 (pixel OR group OR image OR proximity OR finger OR touch)

(ellipse OR axis OR radius OR orientation OR eccentricity) near/15 (eigenvalue OR eigenvector OR covariance)

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 5

"indium tin oxide"
"liquid crystal display"
"touch panel"
"touch screen"
"V com"
"invention disclosure statement"
(electric*) near/10 (isolat*) near/10 (LCD OR display OR Vcom drive OR sense OR trace)
(layer or overlay or sandwich) near/50 (traces or conduct* or line* or ITO)
(multi-touch or multitouch) near/10 (screen or panel or sensor)
(shield*) near/10 (drive OR sense OR trace OR LCD OR Vcom OR display)
(trace or conduct* or line or ITO) near/50 (wid* or thick* or large)
(trace) near/10 (drive OR sense OR width)
(transparent) near/10 (sensor)
capacitive
capacitive near/10 coupling
capacitive near/10 sensing
IDS
indium
interference
invention near/3 disclosure
ITO
LCD
mutually near/10 capacitive
noise
position near/10 sens*
sense near/50 drive
shield*
signal
touch-panel
touch-screen
touchpanel
touchscreen
touchscreen near/10 electric* near/10 isolat*
touchscreen near/10 shield
transparent near/10 conduct*
transparent near/10 touch*
V-com
Vcom

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 6

"touch display"
"touch screen"
"touch-sensitive display"
"invention disclosure statement"
bounc*
displacement
Drag*
elastic
finger
Flick*
gesture
IDS
invention near/3 disclosure
pinch*
pre-determined
predetermined
rotate
rubber
rubber near/2 band
rubber-band
rubberband
scale
scoll-indicator
scroll indicator
scroll near/2 bar
scroll near/2 indicator
scroll-bar
Scroll*
Scrollbar
Sweep*
Swipe
touch near/2 display
touch near/2 screen
touch-screen
touch-sensitive near/2 display
touchscreen
twist*
zoom*

*Apple v. Samsung*  
Case No. C 11-1846 LHK (PSG)  
Apple Search Terms  
November 7, 2011  
List 7

"touch screen"  
touchscreen  
touch-screen  
"touch panel"  
touchpanel  
touch-panel  
position near/10 sens*  
capacitive near/10 sensing  
mutually near/10 capacitive  
capacitive near/10 coupling  
sense near/50 drive  
transparent near/10 conduct*  
transparent near/10 touch*  
"indium tin oxide"  
ITO  
indium  
capacitive  
"invention disclosure statement"  
IDS  
invention near/3 disclosure  
(transparent) near/10 (sensor)  
(multi-touch or multitouch) near/10 (screen or panel or sensor)  
(layer or overlay or sandwich) near/50 (traces or conduct* or line* or ITO)

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 8

Scarlet
Galaxy
I9000
Seongwoo Kim
Seong Woo Kim
Jongsun Park
Jong Sun Park
Seungho Ahn
Seung Ho Ahn
Dr. Ahn
Yongtae Lee
Yong-Tae Lee
Yong Tae Lee
JY Lee
J.Y. Lee
Jay Lee
Jay Y. Lee
KJ Kim
K. J. Kim
[emails sent to or received from an email address ending in] "samsung.com"

*Apple v. Samsung*  
Case No. C 11-1846 LHK (PSG)  
Apple Search Terms  
November 7, 2011  
List 9

iPhone  
iPad  
M68  
M68X  
N82  
sterling  
N88  
calico  
N90  
trooper  
N92  
"iPod touch"  
N72  
N45  
N72B  
N72C  
N18  
N81  
Q67  
Q79  
K48  
K48M  
K93  
K94  
K95  
Diablo  
granite  
purgatory  
vanquish

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 10

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (oval or ovular or oblong or lozeng* near/10 speaker)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (bezel)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (rectangular or rectangle near/10 round* or curve* near/10 front or face or screen or display)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (screen or display near/10 center* or middle)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (screen or display near/20 border* or edge or edging)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (clear or transparen* or translucen* near/10 front or surface or screen or display or face)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (round* or curv* or soft or smooth near/10 edge*)

ornamental

alternat* near/5 (idea or design)

function*