# EXHIBIT CC
# FILED UNDER SEAL

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

January 3, 2012

Mia Mazza
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Re:   *Apple v. Samsung Electronics, et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)

Dear Mia:

I am following up on my December 31, 2011 letter requesting that Apple withdraw its objections and produce Rule 30(b)(6) witnesses response to Samsung's First 30(b)(6) Deposition Notice.

Apple has had Samsung's Notice for more than two weeks and refused to provide a single date for deposition. Please produce dates for depositions on the following Topics listed in Samsung's First 30(b)(6) Deposition Notice: 3, 6-8, 11, 21-27, 38-39, 46-50, 60, 63-64, 73, 75-152, 155-159, 162-166, 169-177, 188-199, 202-206, 210-229 no later than tomorrow at midnight. Failure to do so will make this part of the agenda on January 5's lead counsel meet and confer.

Kind regards,

/s/

Diane C. Hutnyan

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667