# EXHIBIT A
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 149

1    hypothetical.

2           THE WITNESS:  I can't think of one right now,

3    but...

4           MR. TUNG:  Q.  So you don't remember

5    adjusting a monitor's brightness using an on-screen

6    display?

7       A   No, I don't.  I don't remember doing that.

8       Q   So other than the combination of elements

9    which you said was -- was a new idea in 2000, is there

10   any other aspect of the '891 invention that you felt

11   was novel?

12          MR. HUNG:  Objection; asked and answered;

13   mischaracterizes.

14          You can answer.

15          Calls for a legal conclusion.

16          THE WITNESS:  I don't know.

17          MR. TUNG:  Q.  So when you developed the

18   overlay feature, the one with the volume control

19   and -- and the brightness control that we saw earlier

20   on the -- the Mac computer, the PowerBook, that was

21   in -- that was implemented in Mac OS X, some version,

22   which I think -- we're not going to say which version,

23   but some version of Mac OS X; is that right?

24      A   Yes.

25      Q   Was that implemented on the iPhone?