# EXHIBIT B
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL: (202) 756-1950 FAX: (202) 756-1951

November 1, 2011

<u>VIA ELECTRONIC MAIL</u>

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, California  94105-2482

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Mia:

Although I will address many documents identified throughout the inventor depositions that Apple failed to produce in a later letter, I am writing regarding several specific document production issues from the '002 and '891 patent depositions.

### The '891 Patent

During the depositions of the '891 inventors, we discovered that Mac OS 10.0, released before the priority date of the '891 patent, is prior art.  Please produce (1) the source code for Mac OS 10.0 and (2) a computer with a functional copy of Mac OS 10.0 installed on it.  The Mac OS 10.0 source code and computer with software is responsive to at least the following Requests for Production, served on Apple on August 3, 2011:

96.  All prior art to the APPLE IP identified at any time to Apple as potentially or allegedly invalidating prior art to the APPLE IP.

98.  All documents and things relating to any information, including patents, publications, prior knowledge, public uses, sales, or offers for sale, that may constitute, contain, disclose, refer to, relate to, or embody any prior art to any

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712

02198.51855/4423629.1

alleged invention claimed by the Apple IP.

Please produce this source code and computer immediately.

**The '002 Patent**

First, during his deposition, Mr. Christensen testified regarding a heavily redacted document that was marked as Exhibit 979 (Bates Nos. APLNDC-X0000002308-2312). This document is not privileged, and should be produced in its entirety. Please produce an unredacted version of the document marked as Exhibit 979 immediately. Counsel requested this document in its unredacted form at that deposition. *See* Christensen Dep. at 63:9-11.

Second, during his deposition, Mr. Christensen testified regarding Super Clock, and we requested the source code for this application. *See* Christensen Dep. at 184:1-2. The Super Clock source code is at least responsive to Requests for Production 96 and 98 reproduced above. Please produce the Super Clock source code immediately.

I look forward to your response.

Best regards,

*/s/ Marissa R. Ducca*

Marissa R. Ducca


cc:   Todd Briggs
      Alan Whitehurst
      Vicki Maroulis
      Rachel Herrick Kassabian

02198.51855/4423629.1