# EXHIBIT C
# FILED UNDER SEAL

Highly Confidential - Outside Counsels' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                            CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17          O U T S I D E   C O U N S E L   O N L Y
18
19       VIDEOTAPED DEPOSITION OF JONATHAN IVE
20            SAN FRANCISCO, CALIFORNIA
21             THURSDAY, DECEMBER 1, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 43920
```

Highly Confidential - Outside Counsels' Eyes Only

Page 20

1   A   Not about size, no.  I don't recall -- I
2   don't recall discussions or decision-making about the
3   size of the display.
4       I recall discussions about -- detailed
5   discussions about the lamination of the touch panel
6   that's often referred to as the DITO panel onto the
7   display and the -- the architecture of construction,
8   but not about the -- the size.
9   Q   Focusing on the -- the first iPhone, do you
10  know what the source was of the -- the actual display
11  screens that were used for the -- for the product?  In
12  other words, the manufacturing source.
13  A   Well, typically, we use multiple sources.
14  I -- I don't recall the sources that we used back
15  then, no.
16  Q   Is the screen itself for the original iPhone
17  something that was sourced from a third party, or was
18  it something that was actually manufactured by -- by
19  Apple?
20      And I'm not talking about just assembly, of
21  course.  The final assembly being done by Apple, I
22  understand.
23      But I'm talking about the -- the components
24  that made up the -- the display screen itself.
25  A   Yes, the way that Apple typically works --

1  because I don't recall.  I can tell you how we would
2  typically work, and I don't have any reason to believe
3  that this would have been different.
4          But that we -- we have a display engineering
5  team at Apple, and that we in industrial design and in
6  mechanical design develop a mechanical outline, which
7  is referred to as an MCO, and that team works on
8  specifying and creating a detailed design, that we
9  would then work with normally multiple vendors to
10 develop a display to those specifications.
11         And whether it's -- regardless of product
12 type, that is -- that's typically how we would work.
13         That has changed more recently with some of
14 the products, like the MacBook Air.
15     Q   The process that you described that was in
16 place previously where there was an MCO that was
17 developed, and then -- then the company would work
18 with multiple vendors, was that the process that was
19 used for the -- the other iPhones?
20     A   Because I don't recall, that would be my
21 assumption, but I don't recall.
22     Q   Is that your -- is that your expectation,
23 that they would be followed?
24     A   That's typically how we develop our displays
25 to meet our requirements.

1  Q  And generally speaking, is it your
2  expectation that that was the process that was also
3  used for the -- the development of the display screen
4  for the iPad and the iPad 2?
5  A  I don't recall, but that's -- that's -- that
6  has been our typical development pattern.
7  Q  And you don't have any reason, at least
8  today, to think that for the iPad and the iPad 2, that
9  a different process was used?
10 A  Not that I can think of.  Not to mean that
11 there may be -- that may well be.
12 Q  I understand.  I'm just looking to see if
13 there is some -- some reason that you know of that
14 would -- would cause you to think that maybe it wasn't
15 followed is all.
16 A  I understand.
17 Q  If you could please tell me, generally
18 speaking, what is the -- the form that the MCO takes?
19 What does it -- what does it look like?
20 A  There were two -- I think -- I'm not involved
21 directly with the generation of an MCO, but the -- the
22 purpose is to define the -- the physical envelope that
23 our design requires be met.
24     And so that's communicated generally with CAD
25 drawings, and I think there's also some written

1  documentation that would describe other requirements.
2  I don't know the details of those requirements.
3          But an MCO is a fairly complex and -- and
4  comprehensive specification document.
5      Q   You mentioned that there -- by the way, if
6  you wanted to find any MCOs for the various versions
7  of the iPhone and the iPad and the iPad 2, is there
8  somebody you would go and ask?
9      A   The -- the responsibility for creating an MCO
10 resides within the mechanical design organization.  So
11 when we have defined our design, that's one of the
12 things that typically occurs after design definition.
13     Q   Is there a particular person who you would go
14 and ask for those?
15     A   I personally wouldn't be involved in going to
16 ask anybody to generate an MCO.
17     Q   I'm sorry.  I'm asking a slightly different
18 question.
19         If, today, you wanted to find the MCO for,
20 say, the first iPhone, is there a particular person
21 you can think of to go and ask?
22     A   I would ask one of my designers to talk with
23 the mechanical engineering team.
24     Q   You mentioned that there was a display
25 engineering team, but who -- who works on that display

1   engineering team today that you know of?
2       A   Well, the ultimate responsibility for the
3   display engineering team resides with Lynn Youngs.
4   That's L-Y double N.  Lynn is a man.  And reporting to
5   Lynn is Wei Chen.  And then there is a team of people
6   whose names I don't recall.
7       Q   All right.
8           And is Mr. Youngs based here in California,
9   or is he -- is he in Asia?
10      A   No, he's based here.
11      Q   And is that also true for Mr. Chen?
12      A   Yes, it is.
13      Q   You've also mentioned the -- well, I'm sorry.
14  Before moving on from that, do you know about how long
15  Mr. Youngs has been with Apple?
16      A   No.
17      Q   Has it been more than a year or two?
18      A   Oh, yes, yes.
19      Q   So it's been a while, whatever it's been?
20      A   It's been more than five years.
21      Q   And then how long, if you know, has Mr. Chen
22  been with Apple, approximately?
23      A   I think Wei has been with Apple for more than
24  ten years.
25      Q   And then you mentioned the mechanical design

Page 25

1   organization on a couple of occasions.
2           Who heads that up today?
3       A   Well, there are multiple mechanical design
4   organizations.
5       Q   When we were talking about the MCO, is there
6   more than one mechanical design organization that's
7   involved in generating the MCO?
8       A   Yes.
9           So the way the process works is if the
10  mechanical design team, for example, that works on
11  portable Macs, so, like, the MacBook, the MacBook Pro,
12  there would be a dedicated mechanical design team,
13  often referred to as PD, meaning product design.  And
14  it is just one of the responsibilities of that
15  organization to generate MCOs.  It happens as part of
16  the design process.  So when we have defined the
17  design, defined the goal, defined the intent, then the
18  MCO is created from that -- from that goal.
19          And so that would occur -- the creation of an
20  MCO occurs in each of the mechanical teams on each of
21  the different products that we're developing.
22      Q   Prior to the time that the MCO is -- is
23  generated -- and you mentioned that the -- the intent
24  or the -- or the goal is -- is defined.
25          Is the -- the way that the intent or the goal

Highly Confidential - Outside Counsels' Eyes Only

Page 26

1  defined communicated to the mechanical design
2  organization in a written form?
3      MR. JACOBS:  Objection; vague.
4      THE WITNESS:  The nature of the
5  communications between the design team and the
6  mechanical design team does vary somewhat based on
7  which products that we're working on.  It varies based
8  on the -- the -- the actual mechanical team.  It
9  varies based on the individuals in the -- the ID team
10 and the mechanical team.
11     So if you can be specific, I'll do my best to
12 answer the question.
13     MR. ZELLER:  Sure.
14  Q  Let's take the -- the first iPhone, then --
15  A  Yes.
16  Q  -- to start there.
17     Was there -- how was the -- the defined
18 intent or goal communicated to the mechanical design
19 organization so that then that organization could
20 generate the MCO?
21  A  It would be in a number of ways in -- in this
22 case.
23     We would generate models, and in the process
24 of generating a model, we necessarily generate CAD
25 drawings.  It's from those CAD drawings that we make

Highly Confidential - Outside Counsels' Eyes Only

Page 27

1   our models.
2          And so there would be two -- two points of
3   reference -- in a way, two databases -- that serve as
4   a description of, This is what we would like to -- to
5   achieve.  This is what we would like to make.
6       Q   And when you -- I'm sorry.  Go ahead.
7       A   I can't think of instances where the
8   industrial design team would create documentation
9   beyond the CAD.  That may exist, but I don't know.  I
10  can't think of an instance where that would be the
11  case.
12      Q   So, then, specifically with the -- the first
13  iPhone, your best recollection, your best
14  understanding, is that the points of reference that
15  were used to communicate with the mechanical design
16  organization to generate the MCO for it was the -- the
17  CAD drawings and then potentially models?
18      A   Not potentially models.  There would be
19  models with CAD drawings, and then discussions, lots
20  of discussion.
21      Q   Any other ways in which you can -- you can
22  recall the -- the industrial design organization
23  communicating what you were talking about as the
24  defined intent or goal for the first iPhone?
25      A   Not that I recall.

Highly Confidential - Outside Counsels' Eyes Only

Page 28

1   Q   And were there other points of reference that
2  were used by the industrial design group to
3  communicate the defined intent or goal for the
4  subsequent versions of the iPhone to the mechanical
5  design organization, or were they the same?
6   A   I'm sorry.  Can you repeat that.
7   Q   Sure.
8       We were talking about the ways in which, for
9  the first iPhone, your organization communicated the
10 defined intent or goal to the mechanical design
11 organization.  And you told me there were three ways:
12 There was the -- there was the model, the CAD drawings
13 and then discussions.
14      And so my next question is:  For subsequent
15 versions of the iPhone, did your organization
16 communicate the defined goal in the same way, or were
17 there -- were there additional ways in which that was
18 communicated to the mechanical design organization?
19  A   I think those are the primary ways that we
20 would --
21  Q   Can you think of --
22  A   -- communicate goal and intent.  And this is
23 very -- this is -- I'm talking about very specifically
24 of the early stages of the design process.
25      As -- as the process evolves and as the --

Page 29

1  the focus shifts from getting to -- to first models,
2  to first prototypes, if you then move forward in the
3  whole process in terms of getting towards ramp, you
4  then do look for other ways to specify your
5  requirements.
6           So, for example, if you want to, as a generic
7  example, machine a particular chamfer, as we might do
8  on a MacBook Air, we would document our requirement
9  with CAD drawings.
10          But sometimes we would also document our
11 requirement with the addition of small samples that
12 we've made sort of orthogonal to the process.  So
13 these would be small, small pieces of metal that would
14 have a chamfer on.
15          And we would try to bound and try to define
16 the nature of that chamfer with as many metrics as we
17 could because, from a quality point of view, the
18 easier it is to measure some of those details, the
19 more likely it is that you can achieve them in high
20 volume.
21          And so we would try and measure, for example,
22 the reflectivity of a chamfer, the tiniest undulations
23 in the surface.
24          But very often we would come in with small
25 samples.