# EXHIBIT I
# FILED UNDER SEAL

Confidential - Attorneys' Eyes Only

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
              SAN JOSE DIVISION
 3
 4   APPLE INC., a California     Case No.
     corporation,
 5                                11-cv-01846-LHK
            Plaintiff,
 6
 7   v.
 8   SAMSUNG ELECTRONICS CO.,
     LTD., a Korean business
 9   entity; SAMSUNG ELECTRONICS
     AMERICA, INC., a New York
10   corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA,
11   LLC, a Delaware limited
     liability company,
12
            Defendants.
13
              C O N F I D E N T I A L
14
        A T T O R N E Y S'   E Y E S   O N L Y
15

16
              VIDEOTAPED DEPOSITION
17
               TRACY-GENE G. DURKIN
18
                Washington, D.C.
19
             Friday, October 7, 2011
20
                   9:30 a.m.
21
22
23   TSG # 42528
24   Reporter:  Linda S. Kinkade, RDR, CRR, RMR, CSR
25   Videographer:  Mia Marbury
```

Page 103

1      A.   I don't know.
2      Q.   You don't know if you have knowledge
3  or information; is that true?
4           MS. YOHANNAN:  Objection, asked and
5  answered.
6           MR. EVENS:  Asked and answered.
7           THE WITNESS:  Correct.
8  BY MR. ZELLER:
9      Q.   When you received the subpoena -- you
10 did see it called for documents, right?
11     A.   I noticed that, yes.
12     Q.   And as a practicing attorney you had
13 an understanding that a request for production
14 is asking for documents, right?
15     A.   Correct.
16     Q.   Did you think, as an attorney, as an
17 officer of the court, you had any kind of
18 obligation to look for documents in response to
19 the subpoena?
20     A.   I'm not subject to personal
21 jurisdiction in San Jose, California.
22     Q.   So the answer is, no, you did not
23 believe you had any obligation to search for and
24 produce documents in response to these requests
25 for production; is that true?

Page 104

1          MS. YOHANNAN:  Objection, it
2    mischaracterizes the witness' testimony.
3    BY MR. ZELLER:
4          Q.  Is that true?
5          A.  I don't believe I did.
6          Q.  You were aware as of the time you
7    received this subpoena that you were the
8    prosecuting attorney on design patents that
9    Apple has asserted against Samsung in
10   litigation, correct?
11         A.  I was.
12         Q.  You were also aware that Apple had
13   moved for preliminary injunction based on three
14   of those design patents, true?
15         A.  No.
16         Q.  Has that ever come to your attention?
17         A.  No.
18         Q.  Do you think you have any obligation
19   to the federal courts to provide information
20   that relates to a federal lawsuit even if it
21   happens to be in California where it was brought
22   by Apple?
23         A.  If I was subpoenaed correctly perhaps.
24         Q.  Has Apple asked for any documents from
25   you that relate to this litigation?