# EXHIBIT 12
# REDACTED VERSION



APLNDC-X00000585

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



APLNDC-X0000005852
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



REDACTED

APLNDC-X0000005883

REDACTED

APLNDC-X0000005884

Case 5:11-cv-01846-LHK Document 1043-12 Filed 06/07/12 Page 6 of 8

REDACTED

REDACTED

APLNDC-X0000005886

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

APLNDC-X0000005887