# EXHIBIT I
(submitted under seal)

US00D504889S

(12) **United States Design Patent**  (10) Patent No.:     **US D504,889 S**
    Andre et al.                       (45) Date of Patent:  ** May 10, 2005

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Anthony Whang**, San Francisco, CA (US); **Rico Zörkendörfer**, San Francisco, CA (US)

(73) Assignee: Apple Computer, Inc., Cupertino, CA (US)

(**) Term:    14 Years

(21) Appl. No.: 29/201,636

(22) Filed:    Mar. 17, 2004

(51) LOC (7) Cl. ..................................... 14-02
(52) U.S. Cl. ..................................... D14/341
(58) Field of Search ............... D14/341–346, D14/374, 424; D19/26, 59, 60; 345/104, 156, 168, 173; 434/307 R, 308, 309, 317; 178/18.03; 349/12

(56) **References Cited**

U.S. PATENT DOCUMENTS

D345,346 S  *  3/1994  Alfonso et al.  ............ D14/341
D396,452 S  *  7/1998  Naruki  ...................... D14/424
D451,505 S  * 12/2001  Iseki et al.  ................. D14/341
D453,333 S  *  2/2002  Chen  .......................... D14/374
D458,252 S  *  6/2002  Palm et al.  ................. D14/343

OTHER PUBLICATIONS

Andre et al., U.S. Appl. No. 29/180,558 entitled "Electronic Device", filed Mar. 17, 2004.
"HP Compaq Tablet PC tc1100", downloaded Aug. 27, 2004.
"Tablet PC V1100", downloaded Aug. 27, 2004.
"ViewPad 1000", downloaded Aug. 27, 2004.

* cited by examiner

*Primary Examiner*—Freda S. Nunn
(74) *Attorney, Agent, or Firm*—Beyer Weaver & Thomas, LLP

(57)    **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view of an electronic device in accordance with the present design;
FIG. 2 is a bottom perspective view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a right side view thereof;
FIG. 7 is an upper side view thereof;
FIG. 8 is a lower side view thereof; and,
FIG. 9 is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative puposes only and form no part of the claimed design.

1 Claim, 4 Drawing Sheets





U.S. Patent   May 10, 2005   Sheet 1 of 4   US D504,889 S



FIG. 1

FIG. 2

U.S. Patent    May 10, 2005    Sheet 2 of 4    US D504,889 S



FIG. 3



FIG. 4

U.S. Patent     May 10, 2005     Sheet 3 of 4     US D504,889 S



FIG. 5



FIG. 6



FIG. 7



FIG. 8

**U.S. Patent**     May 10, 2005     Sheet 4 of 4     US D504,889 S

**FIG. 9**