# EXHIBIT J
(submitted under seal)

