1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                       UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
21 | Plaintiff, | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION FOR A PROTECTIVE ORDER** |
22 | vs. | |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: January 18, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
26 | Defendant. | **SUBMITTED UNDER SEAL** |

02198.51855/4542796.1

Case No. 11-cv-01846-LHK
DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION FOR A PROTECTIVE ORDER

1  I, Diane C. Hutnyan, declare:

2  1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

3. **Exhibit A** is a true and correct copy of Samsung's Proposed Protective Order. It is a redlined modification of Apple's Proposed Protective Order.

3. **Exhibits B-K** are true and correct copies of documents produced by Apple to Quinn Emanuel Urquhart & Sullivan, LLP as counsel for Samsung in response to its discovery requests.

4. **Exhibit L** is a true and correct copy of Apple's Proposed Protective Order as received by Quinn Emanuel Urquhart & Sullivan, LLP.

DATED: January 10, 2011         Respectfully submitted,

                                QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                    By /s/ *Diane C. Hutnyan*
                                    Diane C. Hutnyan
                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC. and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC