# EXHIBIT 16
# REDACTED VERSION

Subject: More Sony photos
Date: Tue, 11 Oct 2005 14:37:19 +0000

REDACTED

REDACTED

http://www.atraclife.com/index.php?showtopic=242

REDA

------ end message ------

Highly Confidential - Attorneys' Eyes Only					APLNDC0001207639