# EXHIBIT E
# (Submitted Under Seal)



APLNDC0001207401

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207402



An Entirely New iPad

Highly Confidential - Attorneys' Eyes Only

# An Entirely New Design

Before you figure out an entirely new design it is important to recognize what's right about the current design.

Fortunately , we got the fundamentals right with the first generation

While keeping what's right with the first generation iPad we have a entirely new and dramatically better design

APLNDC0001207403

Highly Confidential - Attorneys' Eyes Only



Fortunately , we got the fundamentals right with the first generation

While keeping what's right with the first generation iPad we have a entirely new and dramatically better design

APLNDC0001207404

Highly Confidential - Attorneys' Eyes Only



Same display, same incredible battery life, same construction and materials but MUCH smaller.

It's much thinner - it's 1/3 thinner, less than 9.00mm thick - 8.85mm thick.  That's thinner that your iPhone.

It's lighter - at 1.35lbs it's 9% lighter

APLNDC0001207405

Highly Confidential - Attorneys' Eyes Only



Same display, same incredible battery life, same construction and materials but MUCH smaller.

It's much thinner - it's 1/3 thinner, less than 9.00mm thick - 8.85mm thick.  That's thinner that your iPhone.

It's lighter - at 1.35lbs it's 9% lighter

APLNDC0001207406

Highly Confidential - Attorneys' Eyes Only



Not only smaller but the form is very different from the first generation iPad.
Got rid of the large metal bezel and vertical side wall - surface falls away very quickly from the glass.  It's all about the display - get the feeling the glass is almost stretched taut right to the very edge of the product.

0.34" vs 0.52" thickness. 33% thinner.
We were surprised at how much thinner and lighter it feels than even the numbers would suggest.  Combination of being dramatically smaller and lighter with the new surface that gets rid of the rather harsh edge makes it so much more comfortable to hold than the first generation.

Overall it is so much more refined than the first generation.

Not only smaller but the form is very different from the first generation iPad.
Got rid of the large metal bezel and vertical side wall - surface falls away very quickly from the glass.  It's all about the display - get the feeling the glass is almost stretched taut right to the very edge of the product.

We were surprised at how much thinner and lighter it feels than even the numbers would suggest.  Combination of being dramatically smaller and lighter with the new surface that gets rid of the rather harsh edge makes it so much more comfortable to hold than the first generation.

Overall it is so much more refined than the first generation.

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207407

APLNDC0001207408



From the front you can see just how much the aluminium has been reduced that surrounds the glass.

Much more refined, more precise and more beautiful.

Above the display is the forward facing camera. (vga 640x480)

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207409



Other elements will be familiar - same controls in the same place.

On the right hand side is the volume and mute

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207410

Highly Confidential - Attorneys' Eyes Only



Same controls in the same place.

APLNDC0001207411



Same controls in the same place.

Highly Confidential - Attorneys' Eyes Only



Back surface is flat unlike the first generation - more stable on a desk, slips into bags more easily.

APLNDC0001207412

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207413



Rear facing camera

Highly Confidential - Attorneys' Eyes Only



See the speaker detail on the bottom edge. Despite being so much smaller the audio quality will be comparable with the current product

APLNDC0001207414

Highly Confidential - Attorneys' Eyes Only



See the speaker detail on the bottom edge.  Despite being so much smaller the audio quality will be comparable with the current product

APLNDC0001207415

Highly Confidential - Attorneys' Eyes Only



APLNDC0001207416

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207417



Also comes in white!

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207418



(Michael) The case has been unusually significant accessory for the iPad.

In the past the highest connect rate of any accessory we have ever seen peaked at 13% - for the 1st Nano armband. A more typical number and a good number would be ~5-7%.

The case been extraordinarily popular.  We haven't been able to make enough to meet demand but we have seen attach rates between 55% - 70%!

Highly Confidential - Attorneys' Eyes Only



(Michael)

APLNDC0001207419

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207420



(Jony) The iPad case does a few things pretty well.

Most obviously it protects the display

Highly Confidential - Attorneys' Eyes Only



But as you know, the cover folds around and secures on the back so that you can angle the iPad for typing.

APLNDC0001207421

Highly Confidential - Attorneys' Eyes Only



- and you can also stand it in landscape for watching a movie or slide show.

It offers a lot of utility and enables you to use the ipad in a lot of different ways - ways that we could barely imagine when we were working on it initially.

But....

APLNDC0001207422

Highly Confidential - Attorneys' Eyes Only



it also has some weaknesses:

• tough to get on and off (reason that is a problems is that......)
• doesn't work in docks and with certain accessories
• difficult access to buttons
• makes the product significantly bigger and heavier
• completely hides product
• ugly

APLNDC0001207423

Highly Confidential - Attorneys' Eyes Only



Here is our new case - in many ways more of a cover than case.

APLNDC0001207424

Highly Confidential - Attorneys' Eyes Only



While it is only 2.0mm thick, the four semi-rigid panels protect the display

APLNDC0001207425

Highly Confidential - Attorneys' Eyes Only



The cover is attached to an aluminium hinge.

This hinge contains a series of magnets....

APLNDC0001207426

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207427



hinge detail

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207428



The cover is attached to an aluminium hinge.

This hinge contains a series of magnets....

Highly Confidential - Attorneys' Eyes Only



This hinge contains a series of magnets…. that attach the cover to the iPad

Extremely quick and easy to attach, it's self-aligning, doesn't require any external features on the iPad.
Also easy to take off

Despite how easy it is to attach - once it is attached it feels completely integrated to the product.

APLNDC0001207429

Highly Confidential - Attorneys' Eyes Only



So much thinner and lighter than the current product - given the connect rate this will be many people's experience of the iPad:

40% thinner than existing (11 vs 18.2mm)
15% lighter than existing (1.61 vs 1.9lb)

APLNDC0001207430

Highly Confidential - Attorneys' Eyes Only

APLNDC001207431



Easy access to connectors and controls

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207432



Easy access to connectors and controls

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207433



Access to 30 pin and speakers

Highly Confidential - Attorneys' Eyes Only



- and of course you can still see our logo

All the care that has gone into making something that is not only thin and light but also precise and beautiful isn't covered.

APLNDC0001207434

Highly Confidential - Attorneys' Eyes Only



Despite how easy it is to attach - once it is attached it feels completely integrated to the product.

The cover is kept closed with another series of magnets that are integrated into the cover - so it's super easy to close and then open.

Cover folds back on itself 360 degrees

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207435

APLNDC0001207436



Highly Confidential - Attorneys' Eyes Only



The reason for the four separate panels is so that you can fold the cover into a rigid, stable triangle

The magnets that kept the cover in the closed position now act to hold the triangle together.

APLNDC0001207437

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207438



This makes a stable base for typing

Highly Confidential - Attorneys' Eyes Only



- and it makes a great stand for watching movies.  More stable than the current case.

APLNDC0001207439

Highly Confidential - Attorneys' Eyes Only



We have really addressed the issues relating to the first case but we have also added some features.

APLNDC0001207440

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207441



Highly Confidential - Attorneys' Eyes Only



The iPad senses you opening cover and switches on. Of course when you close it the cover puts unit to sleep

APLNDC0001207442

Highly Confidential - Attorneys' Eyes Only



The material on the inside of the cover is a micro-fibre…

…. that is often used to clean optics so it does a good job helping to clean your fingerprints and smudges on the glass.

APLNDC0001207443

Highly Confidential - Attorneys' Eyes Only



The outer material is a ruggedized polyurethane.

It will be available in a range of colours

APLNDC0001207444

Highly Confidential - Attorneys' Eyes Only



gray, black, blue, green, orange, and pink

APLNDC0001207445

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207446



There will also be a second range of covers in leather.

The leather is tanned and aniline dyed, which stains leather rather than painting the surface. So natural grains and artifacts in show through and they will age really beautifully.

The leather covers will be available in a range of very natural leather colours.

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207447



There will also be a second range of covers in leather.

The leather is tanned and aniline dyed, which stains leather rather than painting the surface. So natural grains and artifacts in show through and they will age really beautifully.

The leather covers will be available in a range of very natural leather colours.

Highly Confidential - Attorneys' Eyes Only

APLNDC0001207448



Highly Confidential - Attorneys' Eyes Only

APLNDC0001207449



Highly Confidential - Attorneys' Eyes Only

APLNDC0001207450



Highly Confidential - Attorneys' Eyes Only

APLNDC0001207451



Highly Confidential - Attorneys' Eyes Only



APLNDC0001207452

Highly Confidential - Attorneys' Eyes Only