# EXHIBIT F
# (Submitted Under Seal)

**K93 Video Script: Jony Ive Sections**                                                                2/4/11

**Intro**

"With iPad 2, we have made advances in both form and function that are so significant and far reaching that this iPad is not just a refresh or a revision—it's a reinvention.

Rarely has a product defined an entire category and then changed as dramatically in such a short period of time."

**Design and Smart Cover**

"When you look at this iPad, all you see is display. There is no metal frame. No distractions. The screen is like an infinity pool in the way that it disappears into the horizon.

This approach to form was enabled by the breakthroughs we've made with unibody engineering. We were able to achieve the rigidity that is so important in a mobile product. And at the same time, we were able to make it feel more comfortable by eliminating the hard edge around the circumference. We collapsed the entire structure down to its most essential state—it is defined by just two surfaces.

While the back of the product is made of durable aluminum, we wanted to come up with a solution for protecting the glass display that didn't compromise the thinness of the design. And that's the iPad Smart Cover.

It was designed with the iPad, so the two are made to work together. It attaches by magnet and aligns perfectly every time. And when you open it it actually wakes the iPad from sleep. It folds in very functional ways for typing or watching a video. And a microfiber lining actually helps clean the glass display.

There are ten colors. Five in polyurethane and five in a beautiful, aniline-dyed Italian leather. This is so much more than just an accessory. They actually combine to create one product."

**Close**

"The original iPad created an entire category of device.

Highly Confidential - Attorneys' Eyes Only                                                                APLNDC0001207392

But we're always striving to refine and improve. And so now, only by being very clear and rigorous with our goals, are we able to make a leap like the one we have with iPad 2."

**Questions**

The iPad didn't exist in stores a year ago. Can you comment on that and how far it's come?

What are some of the qualities that define an iPad?

Do you feel like introduction of the iPad defined a new category of device?

Describe some of the ways you believe iPad 2 has improved upon the first iPad.

From a design perspective, what are the major differences between this new iPad and the first generation iPad?

What impact have unibody construction techniques had on the design of this iPad?

How did the iPad Smart Cover come about?

What did designing the product and cover simultaneously allow you do to?

Can you describe why the Smart Cover goes beyond being just a case for the device.

How is iPad different from the rest of the tablet computers?

What makes iPad unique?

Highly Confidential - Attorneys' Eyes Only                                          APLNDC0001207393