# EXHIBIT I
# (Submitted Under Seal)

# Apple Confidential – Need to Know
# Q79 Vision

**Rev History**

| Author | Description | Date |
|---|---|---|
| Ken McAlpine | First issue "Apple Q79 Vision" | 12/08/03 |



Highly Confidential -
Attorneys' Eyes Only

APLNDC00011071

Apple Confidential – Need to Know

# 1 Introduction and Scope

This document is intended to present a vision for Q79, which has been referred to as the Apple Tablet or iPad. This is not a definitive Market Requirements Doc or Engineering Specification, but is intended to capture and communicate the concepts and ideas which have been discussed at the Q79 brainstorming meetings. The User Experience section has been extracted from 'Apple Input Vision – 2006'. The following description is written in the first person, present tense, to represent the user experience.

# 2 What is it?

Q79 provides a window into my iLife.

It is a wireless media player, which allows me to surf the web, do my email, play my music and view my photos or movies wherever and whenever I want to. I keep some music and photos on the Q79, but most of my files are stored on my Mac Server and some on my iDisk.

Q79's interactive screen is incredibly thin and light, liberating me from the confines of normal desktop or laptop computers. The vibrant display has a revolutionary multi-touch surface allowing text entry and navigation using only fingers and simple gestures.

## 2.1 What can I do with it?

**Browser & Email Client:** I can now browse the internet or send emails wherever I want to: in the kitchen, on the couch, or in bed. I don't need to worry about bulky keyboards or mice; multi-touch gestures allow me to navigate the web and an on-screen keyboard allows me to enter text. If I want to do a large amount of text entry I can sit at a table, place the Q79 in its chargestand and use my wireless Keyboard and Mouse.

**Media Player:** I can download music or audiobooks like an iPod, but the high-resolution screen will orientate itself, depending which way I turn it, to read an electronic newspaper or watch a movie. I can also review my iPhotos or iMovies and in conjunction with my Entertainment Mac Server I can watch TV or DVD's anywhere in the house.

**Smart Remote:** It offers complete control of my Entertainment Mac Server, and the great part is that I don't need to interrupt the video in order to take a quick peek at the baseball game on another channel, or take a look at the program guide.

## 2.2 What can I not do with it?

Q79 is not a general purpose Mac, as it has limited processing power and no Optical Drive or expansion. It cannot play or burn DVDs directly, but this keeps it small and light with great battery life.

It is good enough for media playback, but I run my heavy-duty applications on my Mac Server, which also stores the bulk of my media files.

Although I can download some Mac applications to the Q79, I would not expect it to run pro apps such as Final Cut, Soundtrack or PhotoShop.

Highly Confidential -
Attorneys' Eyes Only

APLNDC00011072

## 3 User Experience

**Multi-touch surface:** Q79 supports multi-touch navigation gestures so that I can interact with the content directly beneath my fingertips. For example, I'm showing an iPhoto slide show on my unit to my friend. I don't want to bore her with the rest of the beach pictures, and want to skip ahead to the funny pictures from the party. I use the familiar hand to zoom out gesture (thumb and finger on the pad, then squeeze together), which shrinks the full-screen view down to the thumbnail view. The more I zoom out the smaller the thumbnails get. Then I use a single finger to tap the thumbnail of choice and the slide show resumes.

**Automatic display orientation:** My unit knows how I am holding it, and which direction is up automatically, so it always displays the content correctly automatically.



**Adaptive controls:** The unit knows exactly how I am holding it, so it offers the controls that I need literally at my fingertips (or thumb-tips). As I reposition the pad in my hands, the controls gracefully float into the new optimal position.

**Direct manipulation:** I can directly activate on-screen controls by simply touching or swiping them. Simple examples are launching items from the dock or clicking web links, although I can also spin virtual knobs, squeeze and stretch objects into shape, etc.

**On-screen keyboard:** I can bring up an on-screen keyboard easily, which lets me type in the occasional web address or search for the latest song on the music store. Although the keyboard doesn't offer positive tactile feedback, the audio feedback is pretty good. The lack of keycap shapes makes it a bit difficult to align my fingers to the keys by touch, but the system mitigates this problem by intelligently correcting my typing mistakes… if I hit the zone in between the Q and the A key, it looks at the context of what I am typing to decide which character I really intended to press. The character correction feature is not annoying, however. If I really hit the Q key right in the middle of the Q zone, then it will indeed type a Q regardless of context. The fact that it is on-screen does offer some great advantages… when I dwell on the "e" key, various options for different "e" characters appear "ê", "ë", "€", etc. and I can select the one that I want! The on-screen keyboard is also completely customizable, I have one friend, Harold, that even changed his keyboard into the Dvorak pattern.

I do check my e-mail and type short responses, but I prefer real tactile feedback keyboards for the heavy typing. Most of the time I like to use the unit for looking at pictures and editing them, watching movies or listening to music, web-surfing, looking at a recipe in the kitchen, etc.

The unit also makes a great general purpose configurable input device when used in conjunction with another Mac. For example, I can edit my iMovie in my living room, watching the actual content on a big screen, while controlling a virtual jog-shuttle wheel on the Q79.

Highly Confidential - Attorneys' Eyes Only

APLNDC00011073

Apple Confidential – Need to Know

## 4   Product Description

### 4.1   Industrial Design

There may be a family of Q79 products offering different screen sizes and battery capacities. The initial design will therefore focus on the smallest XYZ package, which can be extruded to larger sizes, reusing internal components where possible. This strategy was very effective in the development of iBook.

**Screen Area:** The XY dimensions of the product are defined by the screen area, plus a border to cover the Touch/LCD circuitry.

*Current displays under investigation are: 10.4", 12.1" and 14.1 XVGA"*

**Thickness:** The target Z dimension is 16mm, the same as the thinnest iPod. The current stack-up is defined by the touch panel, LCD and HDD.

*The housing is made of plastic or metal?*

**Weight:** The target weight is 1.7lbs (800gms)

**Interfaces:** Q79 has the following interfaces:

- Slim DC Connector
- Stereo Headphones
- SD Card slot

**Docking:** A chargestand, which allows portrait or landscape orientation, charges the unit and provides port replication for the following interfaces:

- Ethernet (10/100)
- Firewire A
- USB 2.0 (2)

The first design is likely to use wired connectors, but future generations could use UWB and inductive charging for wireless connectivity.

### 4.2   System Design

**Multi-touch panel:** Investigations are underway, but the most likely solution will use row and column mutual capacitance sensing. A custom ITO glass panel and ASIC (Zephyr) will be required. This will allow multi-touch sensing of up to 15 points at 100dpi resolution (?).

**LCD:** A standard notebook LCD will be used with a resolution of 1024x768 pixels.

**CPU and Core Logic:** The first design will be G4. This is likely to be using an A7PM @ 1Ghz (?) and PushUp (Intrepid 2) with 256M of memory onboard.

**GPU:** Spec and vendor has yet to be defined, but performance has to be 'good enough' for media playback. Does not have to support external displays.

**HDD:** 1.8" single-platter drive for minimum Z height. Capacity of 20/30GB by launch (?)

**Audio:** The built in Audio system has 4 small speakers, positioned at each corner of the device. This allows the stereo field to be automatically adjusted depending on portrait or landscape orientation. Microphone (?)

Highly Confidential -
Attorneys' Eyes Only                                                                                              APLNDC00011074

Apple Confidential – Need to Know

**Wireless**: Bluetooth and 802.11g will be integrated, sharing 2 antennas. Provision will be made for Q56 (cellular), 802.11n and UWB, although these are likely to be offered on the future generations.

**Battery:** In order to limit the Z height, Prismatic Li-Ion batteries will be used. Capacity will depend on available area and TBD.

**Accelerometer:** Will utilize the Mobile Motion Module (MMM) to detect orientation, tilt and freefall.

**Camera:** A CCD camera should be investigated. In addition to iChat AV, this could be used for ALS and advanced UE options such as presence based sleep/wake and gaze detection.

Highly Confidential -
Attorneys' Eyes Only                                                                                                          APLNDC00011075