# EXHIBIT 4
# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Rachel Herrick Kassabian |
| **Sent:** | Wednesday, December 28, 2011 8:40 AM |
| **To:** | Rachel Herrick Kassabian; 'JasonBartlett@mofo.com'; 'Mazza, Mia' |
| **Cc:** | Samsung v. Apple; Alex Binder; 'AppleMoFo' |
| **Subject:** | RE: Samsung Deposition dates |

Jason and Mia,

It is now just two weeks from the offered deposition dates of Bo-Ra Kim, Wookyun Kho, Ahyoung Kim, Junho Park and Nara Cho, yet Apple still has not formally accepted these dates, As you know, these witnesses are traveling to the United States for Apple's convenience.  Given the logistics of making these trips, and other personal considerations such as childcare arrangements for those witnesses who have small children, these depositions need to be confirmed now.   Please respond by the close of business today.

Regards,

Rachel

---

**From:** Rachel Herrick Kassabian
**Sent:** Friday, December 23, 2011 12:16 AM
**To:** Rachel Herrick Kassabian; 'JasonBartlett@mofo.com'; 'Mazza, Mia'
**Cc:** Samsung v. Apple; Alex Binder
**Subject:** RE: Samsung Deposition dates

Jason and Mia,

Please see the updated deposition date list below.  The highlighted witnesses are based in Korea and will be traveling to the US for their depositions.

| Witness | Date (NDCA) | Date (ITC) | Location |
|---|---|---|---|
| Jaegwan Shin | December 30 [REJECTED BY APPLE] | | San Francisco |
| Bo-Ra Kim | January 11 | January 13 | San Francisco |
| Wookyun Kho | January 12 | | San Francisco |
| AhYoung Kim | January 11 | January 13 | San Francisco |
| Junho Park | January 14 | | San Francisco |
| Nara Cho | January 14 | | San Francisco |
| Qi Ling | February 1 | | San Francisco |

As I indicated earlier this evening, we have presumed that Mr. Shin's deposition is confirmed and will proceed accordingly.  Please confirm whether the remaining dates work for you as soon as possible.

Regards,
Rachel

**Rachel Herrick Kassabian**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor

Redwood Shores, CA 94065
650-801-5005 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
rachelkassabian@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.