# EXHIBIT 2
# FILED UNDER SEAL

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 2, 2011

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

Via E-Mail (marissaducca@quinnemanuel.com)

Marissa Ducca
Quinn Emmanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Marissa:

This letter responds to your letter dated October 18, 2011, to questions raised by Samsung in the parties' joint meet-and-confer working session on October 19, 2011, and to related representations set forth in Rachel Herrick Kassabian's letter to Wes Overson dated October 21, 2011.

In response to your letters, and also in the interest of the "transparency" Judge Grewal has instructed the parties to provide one another, we wanted to provide you some additional information and context on the document collection and culling processes applied by Apple in conjunction with the above-referenced suit brought against Samsung.

*Collection*

Apple follows a standardized collection procedure for individual custodians:

1. A Morrison & Foerster attorney, a representative from Apple's internal legal department, and a technician from Apple's in-house data collection vendor all meet with the custodian in person at his or her workplace. At least one additional Morrison & Foerster attorney typically participates by phone. Two hours are usually allotted for these meetings, during which Apple and its outside counsel interview the custodian while his or her documents are being collected to ensure that all relevant data sources are identified and captured. To date, Apple has collected documents from approximately 25 custodians in connection with this case, according to this protocol. A partner from Morrison & Foerster has personally participated in all such collections.

2. When a custodian's documents are collected, Apple's data collection vendor copies the custodian's email and electronic documents, and collects additional potentially relevant materials identified during the interview. These emails, electronic documents, and other

MORRISON | FOERSTER

Marissa Ducca
November 2, 2011
Page Two

materials are then processed into the attorney document review for production. Typically, no automatic "keyword" limitations are applied at this stage of the collection. In certain instances, when the custodian's documents are relevant to a very narrow or specific aspect of the case, a more targeted collection may be conducted by searching the index of documents maintained on the custodian's computer for documents and emails hitting certain keywords.

3. For certain custodians whose emails and electronic files have already been collected for another recent litigation matter, a separate protocol is followed to facilitate expedient production. Before the custodial interview, Apple and Morrison & Foerster review and analyze Apple's records of these "prior" collections to make a preliminary determination, in light of the breadth of the collections and the cases involved, whether one (or a combination) of the prior collections is potentially comprehensive enough to be used in lieu of a new collection to meet Apple's discovery obligations in this case. If it is determined that the prior collection is not potentially sufficient, Apple follows the protocol described in (1) above.

4. If Apple and Morrison & Foerster determine that a custodian's prior electronic collection is potentially sufficient, a representative from Apple's internal legal department and one or more Morrison & Foerster attorneys then proceed to interview the custodian by telephone to obtain additional information that will allow for a final determination on the issue. During the phone interview, Apple and outside counsel also solicit sufficient information to determine whether there are any additional potentially relevant sources of information that should be collected to meet Apple's discovery obligations. Where Apple and Morrison & Foerster determine, with input from the custodian, that a prior collection may be used in lieu of a new collection, the prior collection is processed into the attorney document review for production. To date, Apple and its outside counsel have conducted approximately 16 such interviews inconnection with this case. A partner from Morrison & Foerster personally participated in nearly all of them.

5. Custodians who are no longer employed by Apple are processed in a similar manner as the protocol described in (4), using prior collections, including any collections made at the time of the employee's departure from the company. To date, Apple and its outside counsel have incorporated the documents of approximately 6 former Apple employees into the attorney document review for production in this case.

For each current Apple employee named on a patent Apple has asserted in this litigation, as well as those patents it has asserted in the ITC case, Apple's internal legal team and Morrison & Foerster attorneys have followed these standardized collection and interview processes. In addition, they have executed targeted data collections from Apple's various servers and central files, resulting in the processing of a large volume of additional data into the attorney document review for production, to meet discovery obligations with respect to other evidentiary needs.

sf-3051348

**MORRISON | FOERSTER**

Marissa Ducca
November 2, 2011
Page Three

*Culling*

Of course, the volume of electronic documents collected according to the above procedure exceeds the volume that can reasonably be reviewed by attorneys for production. Therefore, after electronic documents are collected, they are culled for responsiveness by running a set of keyword search terms, prepared by attorneys intimately familiar with the claims and defenses in the case. The keywords are typically prepared in advance of the custodian interviews discussed above and the custodians themselves are given the opportunity to review and comment on the sufficiency of the keywords. Samsung has been provided with a list of the keyword search terms used to cull the document collections of all but the design inventors. Enclosed herewith is a listing of the keyword search terms and date limitations used for the culling of custodial collections of design inventors.

The documents are further processed to reduce volume by eliminating duplicates from the review set so that only one copy of each document collected from a particular custodian is reviewed and produced. Duplicates are not removed to the extent they appear in the documents of two or more different custodians.

After search terms are applied and the documents are "de-duplicated," the documents that hit one or more search terms are processed into a review tool that facilitates efficient review and tagging of the documents by attorneys. At least one, and often two, attorneys reviews each document. Based on the exercise of attorney judgment, relevant, non-privileged documents are identified and produced to Samsung as appropriate.

We hope this outline has illuminated the process by which Apple's documents go from a custodian's possession, custody, or control into Samsung's hands. Please do not hesitate to let me know if you have any questions or would like additional detail.

We are reviewing your specific questions regarding the documents of specific inventors such as Stephen LeMay, John Elias, and Imran Chaudhri, and will respond to them upon the completion of our research.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

Encl.

sf-3051348

Apple v. Samsung
Case No. C 11-1846 LHK (PSG)
Search Terms Applied by Apple
November 1, 2011

| Custodian Produced | Keyword List Applied |
|---|---|
| Andre, Bart | 9 |
| ANPP Server | None |
| Anzures, Freddy | 10 |
| Apple Engineering Files | None |
| Apple Hardware Engineering | None |
| Apple Legal Files | None |
| Apple Marketing Files | None |
| Blumenberg, Chris | 1 |
| Boule, Andre | 1 |
| Chaudhri, Imran | 2, 10 |
| Christensen, Steven | None |
| Christie, Greg | 1 |
| Cook, Tim | 8 |
| Coredocs_Serve, M68_ANPP | None |
| Coredocs_Serve, Q79_ANPP | None |
| Coster, Daniel | 9 |
| de Iuliis, Daniele | 9 |
| Elias, John | 4 |
| Forstall, Scott | 1 |
| Frost & Sullivan | None |
| Herz, Scott | 6 |
| Hotelling, Steve | 5 |
| Howarth, Richard | 9 |
| Huppi, Brian | 7 |
| Ive, Jony | 9 |
| Jobs, Steve | 8 |
| Kerr, Duncan | 9 |
| Lamiraux, Henri | None |
| Land, Brian | 5 |
| Lemay, Steve | 1 |
| Lutton, Chip | 8 |
| Nishibori, Shin | None |
| Ording, Bas | 3 |
| Platzer, Andrew | 6 |
| Rangel, Art | None |

| Custodian Produced | Keyword List Applied |
|---|---|
| Rohrbach, Matthew | 9 |
| Russell-Clarke, Peter | 9 |
| Server, casket.ecs.apple.com | None |
| Sewell, Bruce | 8 |
| Strickon, Josh | 7 |
| Stringer, Chris | 9 |
| Twiggs, Sissie | None |
| USPTO | None |
| Van Os, Marcel | 1 |
| Westerman, Wayne | 4 |
| Whang, Eugene | 9 |
| Williamson, Richard | 1 |
| Woodring, Cooper | None |
| Zorkendorfer, Rico | 9 |

*Apple v. Samsung*  
Case No. C 11-1846 LHK (PSG)  
Search Terms Applied by Apple  
November 1, 2011

| Search Term List | Date Limitation |
|---|---|
| 1 | On or before June 29, 2007 |
| 2 | On or before June 29, 2007 |
| 3 | On or before June 29, 2007 |
| 4 | On or before June 29, 2007 |
| 5 | On or before June 29, 2007 |
| 6 | On or before June 29, 2007 |
| 7 | On or before June 29, 2007 |
| 8 | January 1, 2010 to April 26, 2011 |
| 9 | October 1, 2004 to April 30, 2011 |

Apple Search Terms  
Date Limitations

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 1

"blow up"
"double tap to zoom"
"double tap"
"double tap" near/2 zoom
"re size"
"smart zoom"
"structured document"
"invention disclosure statement"
("structured document" or "web page" or webpage or html) and ((enlarg* or zoom or "blow up" or expand or center or focus) near/10 (tap or press or click or select))
("web page" or webpage) near/10 (enlarg* or zoom or "blow up" or center or focus or shrink or resize)
blow near/2 up
blowup
double near/2 tap
doubletap
enlarg*
expand*
IDS
invention near/3 disclosure
resize
shrink
smart near/2 zoom
structured near/2 document
zoom

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 2

"blow up"
"double tap to zoom"
"double tap"
"double tap" near/2 zoom
"pop up"
"pop-up"
"re size"
"smart zoom"
"structured document"
"invention disclosure statement"
"on screen display", "on-screen display", "onscreen display"
blow near/2 up
blowup
disappear
double near/2 tap
doubletap
enlarg*
expand*
fade
faded
fading
HUD
IDS
invention near/3 disclosure
onscreen, "on-screen" near/2 display
OSD
popup
resize
shrink
smart near/2 zoom
structured near/2 document
translucent
zoom

("structured document" or "web page" or webpage or html) and ((enlarg* or zoom or "blow up" or expand or center or focus) near/10 (tap or press or click or select))


("web page" or webpage) near/10 (enlarg* or zoom or "blow up" or center or focus or shrink or resize)

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 2


((display) near/5 (dialog or window))  and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after))


((display) near/5 (dialog or window)) and ((automatic*) near/5 (close or terminate or remove or hide))

((display) near/5 (pop-up))  and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after))


((display) near/5 (pop-up)) and ((automatic*) near/5 (close or terminate or remove or hide))

((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and ((timer) near/10 (elasp* or reach* or pass or expir* or past or after))

((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and (temporary or momentary)

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 3

381
7469381
"7,469,381"
"Big Demo"
"blow up"
"Bounc* back"
"Damp* motion"
"Document translation"
"double tap to zoom"
"double tap"
"double tap" near/2 zoom
"List scrolling"
"Momentum scrolling"
"pop up"
"pop-up"
"re size"
"smart zoom"
"Spring* back"
"structured document"
"Value tuning"
"invention disclosure statement"
"on screen display", "on-screen display", "onscreen display"
(Portion)
Beyers
Big near/2 Demo
blow near/2 up
blowup
Bounc*
Bounc* near/2 back
Damp*
Damp* near/2 motion
disappear
Document near/2 translation
double near/2 tap
doubletap
Elastic
enlarg*
expand*
fade
faded
fading
Fling*
Flung
HUD
IDS
invention near/3 disclosure
List near/2 scrolling
M68
Momentum near/2 scrolling
onscreen, "on-screen" near/2 display
OSD

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 3

popup
Purple
resize
Rubber
Rubber Band*
Rubber near/2 Band*
Rubber-Band*
shrink
smart near/2 zoom
Snap
Spring*
Spring* near/2 back
structured near/2 document
Translat*
translucent
Value near/2 tuning
zoom

("structured document" or "web page" or webpage or html) and ((enlarg* or zoom or "blow up" or expand or center or focus) near/10 (tap or press or click or select))

("web page" or webpage) near/10 (enlarg* or zoom or "blow up" or center or focus or shrink or resize)

((display) near/5 (dialog or window)) and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after))

((display) near/5 (dialog or window)) and ((automatic*) near/5 (close or terminate or remove or hide))

((display) near/5 (pop-up)) and ((timed, times) near/10 (elapse* or reachi* or reache* or pass or expiri* or expire* or expirat* or past or after))

((display) near/5 (pop-up)) and ((automatic*) near/5 (close or terminate or remove or hide))

((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and ((timer) near/10 (elasp* or reach* or pass or expir* or past or after))

((user) near/3 (interface)) and ((display) near/5 (alert or warning or information*)) and (temporary or momentary)

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 4

"eigen value"
"eigen vector"
"touch panel"
"touch screen"
"invention disclosure statement"
("multi-touch" or multitouch) near/15 (screen or panel or sensor)
(contract) near/15 (tracking OR identification) near/15 (module)
(distinguish*) near/15 (multi-touch or multitouch)
(distinguish*) near/15 (touch OR finger OR hand OR palm OR cheek)
(track*) near/15 (ellipse OR parameter OR path)
calibration near/3 module
eccentric*
eigen-value
eigen-vector
eigenvalue
eigenvector
ellipse
IDS
invention near/3 disclosure
pixel*
position near/15 sens*
touch-panel
touch-screen
touchpanel
touchscreen
(ellipse) near/15 (fit* OR parameter)
(ellipse) near/15 (pixel OR group OR finger OR touch OR image OR proximity)
(finger or thumb or palm or hand) near/50 (detect or sens* or track*)
(point* or pixel* or dot) near/15 (group or form* or shape or bunch)
(segment*) near/15 (multi-touch OR multitouch)
(segment*) near/15 (pixel OR group OR image OR proximity OR finger OR touch)

(ellipse OR axis OR radius OR orientation OR eccentricity) near/15 (eigenvalue OR eigenvector OR covariance)

"indium tin oxide"
"liquid crystal display"
"touch panel"
"touch screen"
"V com"
"invention disclosure statement"
(electric*) near/10 (isolat*) near/10 (LCD OR display OR Vcom drive OR sense OR trace)
(layer or overlay or sandwich) near/50 (traces or conduct* or line* or ITO)
(multi-touch or multitouch) near/10 (screen or panel or sensor)
(shield*) near/10 (drive OR sense OR trace OR LCD OR Vcom OR display)
(trace or conduct* or line or ITO) near/50 (wid* or thick* or large)
(trace) near/10 (drive OR sense OR width)
(transparent) near/10 (sensor)
capacitive
capacitive near/10 coupling
capacitive near/10 sensing
IDS
indium
interference
invention near/3 disclosure
ITO
LCD
mutually near/10 capacitive
noise
position near/10 sens*
sense near/50 drive
shield*
signal
touch-panel
touch-screen
touchpanel
touchscreen
touchscreen near/10 electric* near/10 isolat*
touchscreen near/10 shield
transparent near/10 conduct*
transparent near/10 touch*
V-com
Vcom

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 6

"touch display"
"touch screen"
"touch-sensitive display"
"invention disclosure statement"
bounc*
displacement
Drag*
elastic
finger
Flick*
gesture
IDS
invention near/3 disclosure
pinch*
pre-determined
predetermined
rotate
rubber
rubber near/2 band
rubber-band
rubberband
scale
scoll-indicator
scroll indicator
scroll near/2 bar
scroll near/2 indicator
scroll-bar
Scroll*
Scrollbar
Sweep*
Swipe
touch near/2 display
touch near/2 screen
touch-screen
touch-sensitive near/2 display
touchscreen
twist*
zoom*

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 7

**Search Text**
"touch screen"
touchscreen
touch-screen
"touch panel"
touchpanel
touch-panel
position near/10 sens*
capacitive near/10 sensing
mutually near/10 capacitive
capacitive near/10 coupling
sense near/50 drive
transparent near/10 conduct*
transparent near/10 touch*
"indium tin oxide"
ITO
indium
capacitive
"invention disclosure statement"
IDS
invention near/3 disclosure
(transparent) near/10 (sensor)
(multi-touch or multitouch) near/10 (screen or panel or sensor)
(layer or overlay or sandwich) near/50 (traces or conduct* or line* or ITO)

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 8

Scarlet
Galaxy
I9000
Seongwoo Kim
Seong Woo Kim
Jongsun Park
Jong Sun Park
Seungho Ahn
Seung Ho Ahn
Dr. Ahn
Yongtae Lee
Yong-Tae Lee
Yong Tae Lee
JY Lee
J.Y. Lee
Jay Lee
Jay Y. Lee
KJ Kim
K. J. Kim
[emails sent to or received from an email address ending in] "samsung.com"

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 9

iPhone
iPad
M68
M68X
N82
sterling
N88
calico
N90
trooper
N92
"iPod touch"
N72
N45
N72B
N72C
N18
N81
Q67
Q79
K48
K48M
K93
K94
K95
Diablo
granite
purgatory
vanquish

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 1, 2011
List 10

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (oval or ovular or oblong or

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (bezel)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (rectangular or rectangle near/10 round* or curve* near/10 front or face or screen or display)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (screen or display near/10

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (screen or display near/20

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (clear or transparen* or translucen* near/10 front or surface or screen or display or face)

(iPhone or "iPod touch" or iPad or M68 or M68X or N82 or sterling or N88 or calico or N90 or trooper or N92 or "iPod touch" or N72 or N45 or N72B or N72C or N18 or N81 or Q67 or Q79 or K48 or K48M or K93 or K94 or K95 or Diablo or granite or purgatory or vanquish) and (round* or curv* or soft or

ornamental

alternat* near/5 (idea or design)

function*