# EXHIBIT 7
# FILED UNDER SEAL

# In The Matter Of:

*APPLE INC., a California corporation,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD, et al.*

_____

*JOONYOUNG CHO, Ph.D. - Vol. 1*
*November 30, 2011*

_____

*HIGHLY CONFIDENTIAL*
*ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 13

```
09:28:48   1         A.  In 1993 I obtained a bachelor's degree in
09:28:53   2     electrical engineering from POSTECH, Pohang --
09:28:58   3     POSTECH, Pohang Engineering School.  P-O-S-T-E-C-H,
09:29:05   4     all in caps.
09:29:13   5             POSTECH stands for Pohang University of
09:29:17   6     Science and Technology.
09:29:20   7         Q.  Okay.  Did you do any postgraduate work?
09:29:28   8         A.  Yes, I did.
09:29:29   9         Q.  Can you describe that?
09:29:51  10         A.  In 1995 I obtained a master's degree in the
09:29:55  11     same field of electrical engineering from POSTECH.
09:30:12  12             And thereafter I obtained a Ph.D. degree,
09:30:16  13     in 2003, in electrical engineering from POSTECH.
09:30:25  14         Q.  Did you have a particular area of
09:30:28  15     specialization on your Ph.D. program at POSTECH?
09:30:44  16         A.  Yes.
09:30:44  17         Q.  What was it?
09:30:50  18         A.  I specialized in wireless communications.
09:31:02  19         Q.  And is that all of your postgraduate
09:31:04  20     education?
09:31:18  21         A.  Yes, that's correct.
09:31:18  22         Q.  Okay.  Can you describe for us your work
09:31:22  23     history?
09:31:30  24         A.  Yes.
09:31:42  25             After completing my master's course, I
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG CHO, Ph.D. - 11/30/2011

Page 14

| | | |
|---|---|---|
| 09:31:44 | 1 | worked at SK Telecom in South Korea for three years. |
| 09:32:01 | 2 | And after that period, in the following year I |
| 09:32:05 | 3 | worked at POSTECH as a researcher for one year.  And |
| 09:32:21 | 4 | after obtaining my Ph.D. degree in 2003, I joined |
| 09:32:27 | 5 | Samsung Electronics, in September of 2003. |
| 09:32:34 | 6 | Q.  And have you been continuously employed at |
| 09:32:37 | 7 | Samsung since that time? |
| 09:32:43 | 8 | A.  Yes, that's correct. |
| 09:32:44 | 9 | Q.  Okay.  What is your current title at |
| 09:32:48 | 10 | Samsung? |
| 09:32:56 | 11 | A.  I'm principal engineer. |
| 09:33:02 | 12 | Q.  And which part of the organization are you |
| 09:33:04 | 13 | in? |
| 09:33:09 | 14 | MR. MACK:  Objection; vague. |
| 09:33:14 | 15 | THE WITNESS:  I'm with the standardization |
| 09:33:19 | 16 | group. |
| 09:33:26 | 17 | BY MR. FLANAGAN: |
| 09:33:26 | 18 | Q.  What do you do in the standardization |
| 09:33:28 | 19 | group? |
| 09:33:44 | 20 | A.  I'm involved in the development -- research |
| 09:33:49 | 21 | and development of the technology related to the |
| 09:33:54 | 22 | standardization concerning wireless communication. |
| 09:34:05 | 23 | Q.  Within wireless communications do you have |
| 09:34:09 | 24 | a focus; for example, cellular communications? |
| 09:34:30 | 25 | A.  Yes.  I am primarily focusing on cellular |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG CHO, Ph.D. - 11/30/2011

Page 15

| | | |
|---|---|---|
| 09:34:35 | 1 | communication. |
| 09:34:38 | 2 | Q.  Are you currently working on any cellular |
| 09:34:41 | 3 | communications standards? |
| 09:34:48 | 4 | MR. MACK:  Objection; vague. |
| 09:35:00 | 5 | THE WITNESS:  Yes, I could say that I am. |
| 09:35:05 | 6 | BY MR. FLANAGAN: |
| 09:35:06 | 7 | Q.  Can you describe that? |
| 09:35:29 | 8 | A.  Currently I am charged with developing the |
| 09:35:37 | 9 | technologies related to the LT, which stands for |
| 09:35:41 | 10 | Long Term Evolution standards. |
| 09:35:46 | 11 | THE CHECK INTERPRETER:  LTE. |
| 09:35:48 | 12 | THE WITNESS:  LT -- LTE.  That stands for |
| 09:35:51 | 13 | Long Term Evolution. |
| | 14 | BY MR. FLANAGAN: |
| | 15 | Q.  Okay. |
| 09:36:01 | 16 | A.  In 3GPP. |
| 09:36:04 | 17 | (Discussion off the record.) |
| 09:36:05 | 18 | THE INTERPRETER:  "In 3GPP." |
| 09:36:06 | 19 | BY MR. FLANAGAN: |
| 09:36:06 | 20 | Q.  Now, you mentioned that within the |
| 09:36:13 | 21 | standardization group, your work is research and |
| | 22 | development -- |
| | 23 | (Discussion off the record.) |
| 09:36:15 | 24 | MR. FLANAGAN:  Yes. |
| 09:36:15 | 25 | Q.  You mentioned that within the |

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG CHO, Ph.D. - 11/30/2011

Page 78

| | | |
|---|---|---|
| 13:08:52 | 1 | a yes or no. |
| 13:08:52 | 2 | Yes or no, do figure 6 and figure 5 both |
| 13:08:56 | 3 | show simultaneous transmission of the E-DPDCH and |
| 13:09:00 | 4 | the DPDCH? |
| 13:09:12 | 5 | MR. MACK:  Objection; calls for a legal |
| 13:09:14 | 6 | conclusion.  I'd just like to remind the witness, |
| 13:09:16 | 7 | he's not limited to answer yes or no.  Answer as |
| 13:09:18 | 8 | much as you need to give a complete and accurate |
| 13:09:20 | 9 | answer. |
| | 10 | BY MR. FLANAGAN: |
| 13:09:21 | 11 | Q.  Okay.  I'm going to remind the witness that |
| 13:09:23 | 12 | if you can answer the question yes or no, you must |
| 13:09:25 | 13 | do so. |
| 13:09:58 | 14 | THE WITNESS:  Before answering the question |
| 13:10:00 | 15 | yes-or-no form, I would like to clarify one thing. |
| 13:10:03 | 16 | Can I add assumption in my answer of yes or no to |
| 13:10:08 | 17 | the question? |
| 13:10:08 | 18 | BY MR. FLANAGAN: |
| 13:10:09 | 19 | Q.  If you need to answer -- if you need to |
| 13:10:11 | 20 | include an assumption in your answer, then go ahead. |
| 13:10:35 | 21 | A.  Based upon the definition of the physical |
| 13:10:39 | 22 | channels that are assumed by figures 5 and 6 and |
| 13:10:43 | 23 | also by -- based on the scenarios of operation |
| 13:10:47 | 24 | thereof in figures 5 and 6, it is my personal |
| 13:11:13 | 25 | judgment that -- with the assumption I just listed, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG CHO, Ph.D. - 11/30/2011

Page 79

| Time | # | Text |
|---|---|---|
| 13:11:17 | 1 | that the figures 5 and 6 show the simultaneous |
| 13:11:22 | 2 | transmission of E-DPDCH, DPDCH, and DPCCH. |
| 13:11:28 | 3 | MR. FLANAGAN: Okay. Well, that was fun. |
| 13:11:31 | 4 | Why don't we take a break. |
| 13:11:33 | 5 | THE VIDEOGRAPHER: This is the end of |
| 13:11:34 | 6 | volume I, videotape number 2 in the deposition of |
| 13:11:37 | 7 | Dr. Joonyoung Cho. We're going off the record. The |
| 13:11:41 | 8 | time's 1:11. |
|  | 9 | (Whereupon, a lunch recess was taken.) |
|  | 10 |  |
| 14:03:47 | 11 | AFTERNOON PROCEEDINGS |
| 14:03:52 | 12 | THE VIDEOGRAPHER: We're back on the |
| 14:03:55 | 13 | record. This is the beginning of volume I, |
| 14:03:56 | 14 | videotape number 3 in the deposition of |
| 14:03:59 | 15 | Dr. Joonyoung Cho. The time is 2:04. |
| 14:04:04 | 16 | BY MR. FLANAGAN: |
| 14:04:05 | 17 | Q. Okay. I want to ask you some questions |
| 14:04:11 | 18 | that have nothing to do with figure 5 or figure 6. |
| 14:04:18 | 19 | At some point, Dr. Cho, did you receive a |
| 14:04:22 | 20 | notice, a request, to collect documents relating to |
| 14:04:26 | 21 | the '516 patent? |
| 14:04:39 | 22 | A. Yes. |
| 14:04:39 | 23 | Q. And were you also asked to look for |
| 14:04:43 | 24 | documents relating to your participation in the 3GPP |
| 14:04:47 | 25 | working group? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 80

```
14:05:00   1         A.  No, I did not receive any such request.
14:05:11   2         Q.  And did you do a search for documents
14:05:13   3    relating to the '516 patent?
14:05:48   4         A.  First of all, I received a request as to
14:05:52   5    search for documents related to '516 patent, so I --
14:05:59   6    in compliance with the request, I searched for the
14:06:01   7    said documents.  And after that, I also received a
14:06:06   8    list of keywords to search for.
14:06:10   9         Q.  Okay.  And so what did you do to search for
14:06:14  10    documents related to the '516 patent?
14:06:58  11         A.  I first searched for documents before and
14:07:07  12    after the date of the application of this '516
14:07:10  13    patent by looking in the Outlook emails and
14:07:20  14    thereafter looked for our -- the contributions
14:07:25  15    submitted to the standards meeting.
14:07:49  16             And I also searched my personal files, to
14:07:57  17    see if I have any internal document that would
14:08:00  18    reflect the internal technical discussions or the
14:08:04  19    ideas that may be recorded related to the patent.
14:08:11  20         Q.  All right.  Well, let me take this one at a
14:08:14  21    time.  So you did a -- you conducted a search in
14:08:16  22    Outlook?
14:08:23  23             Yes?
14:08:24  24         A.  Yes.
14:08:25  25         Q.  And then you -- you said you searched your
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 81

| Time | Line | |
|---|---|---|
| 14:08:27 | 1 | personal files for internal technical discussions |
| 14:08:29 | 2 | that related to the subject matter of the '516 |
| 14:08:32 | 3 | patent; is that right? |
| 14:08:48 | 4 | A.  Yes. |
| 14:08:48 | 5 | Q.  Okay.  And where were those personal files |
| 14:08:51 | 6 | located? |
| 14:08:58 | 7 | A.  On my personal laptop computer. |
| 14:09:00 | 8 | Q.  Okay.  Do you ever store documents on a |
| 14:09:05 | 9 | company server? |
| 14:09:23 | 10 | A.  I don't think I do. |
| 14:09:24 | 11 | Q.  Okay.  So I take it you didn't do a search |
| 14:09:28 | 12 | for documents in any company servers, correct? |
| 14:09:49 | 13 | A.  To my understanding, I don't think there's |
| 14:09:54 | 14 | a separate server that stores the employees' files |
| 14:09:59 | 15 | separately. |
| 14:10:00 | 16 | Q.  So you didn't do a search of servers, |
| 14:10:02 | 17 | correct? |
| 14:10:18 | 18 | A.  Correct.  My personal files were not -- |
| 14:10:25 | 19 | that are stored in my laptop computer were not |
| 14:10:28 | 20 | stored in the server. |
| 14:10:29 | 21 | Q.  Okay.  And those -- that's -- so the only |
| 14:10:31 | 22 | place you looked was on your hard drive, right? |
| 14:10:35 | 23 | A.  Whether or not such server exists or not. |
| 14:10:46 | 24 | Correct. |
| 14:10:48 | 25 | Q.  Did you search for any hard-copy documents? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG CHO, Ph.D. - 11/30/2011

Page 82

| | | |
|---|---|---|
| 14:10:57 | 1 | A. Yes. |
| 14:10:57 | 2 | Q. Okay. Where are those stored? |
| 14:11:14 | 3 | A. In one of the drawers of my desk and also |
| 14:11:20 | 4 | little -- a container that looks like a bookshelf, |
| 14:11:26 | 5 | attached to my desk. |
| 14:11:28 | 6 | Q. Okay. Did you find any hard-copy documents |
| 14:11:32 | 7 | that were responsive? |
| 14:11:42 | 8 | MR. MACK: Objection; vague. |
| 14:11:49 | 9 | THE WITNESS: Not that I could find, no. |
| 14:11:51 | 10 | BY MR. FLANAGAN: |
| 14:11:52 | 11 | Q. Okay. And did you find any files on your |
| 14:11:55 | 12 | personal laptop that were responsive? |
| 14:12:05 | 13 | MR. MACK: Objection; vague. |
| 14:12:18 | 14 | THE WITNESS: I was able to find one, in |
| 14:12:23 | 15 | the course of searching the Outlook email. |
| 14:12:25 | 16 | BY MR. FLANAGAN: |
| 14:12:25 | 17 | Q. Okay. So you just found one document, and |
| 14:12:30 | 18 | that was contained in the Outlook files? |
| 14:12:40 | 19 | A. Yes. That was found in the Outlook file as |
| 14:12:44 | 20 | an attachment. |
| 14:12:45 | 21 | Q. Okay. And when you were looking for |
| 14:12:51 | 22 | responsive -- you know, documents that related to |
| 14:12:53 | 23 | the subject matter of the '516 patent, how did you |
| 14:12:57 | 24 | know what to look for? |
| 14:13:08 | 25 | MR. MACK: I'll just caution the witness |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG CHO, Ph.D. - 11/30/2011

Page 83

| Time | # | |
|---|---|---|
| 14:13:10 | 1 | not to reveal the contents of any attorney-client |
| 14:13:49 | 2 | privileged communications. |
| 14:13:49 | 3 | THE WITNESS:  In the course of my searching |
| 14:13:52 | 4 | my personal laptop computer, I searched for files |
| 14:13:57 | 5 | and folders that included the responsive technology |
| 14:14:03 | 6 | or relevant subject matters, such as power scaling, |
| 14:14:07 | 7 | like I mentioned before.  And I knew to look for |
| 14:14:13 | 8 | those based on my review of the title and abstract |
| 14:14:16 | 9 | of the patent '516. |
| 14:14:20 | 10 | BY MR. FLANAGAN: |
| 14:14:20 | 11 | Q.  Okay.  Who asked you to look for the |
| 14:14:23 | 12 | documents? |
| 14:14:36 | 13 | A.  I received the request from our legal team. |
| 14:14:39 | 14 | Q.  Those were Samsung in-house legal team? |
| 14:14:47 | 15 | A.  Yes. |
| 14:14:48 | 16 | Q.  Do you remember who? |
| 14:14:49 | 17 | A.  In-house legal team, correct. |
| 14:14:59 | 18 | I remember one of the names, at least. |
| 14:15:03 | 19 | Q.  Which was what? |
| 14:15:05 | 20 | A.  Engineer by the name of Young Jae Joo. |
| 14:15:22 | 21 | Q.  And then you also described that somebody |
| 14:15:24 | 22 | provided you with keywords to do a search with; is |
| 14:15:27 | 23 | that correct? |
| 14:15:38 | 24 | A.  Yes.  That's right. |
| 14:15:38 | 25 | Q.  Was that a separate process, apart from |

Page 84

```
14:15:41   1    what you just previously described, in terms of
14:15:42   2    looking for documents that related to the subject
14:15:45   3    matter of the '516 patent?
14:16:00   4            MR. MACK:  Objection; vague.
14:16:49   5            THE WITNESS:  There's some time gap between
14:16:52   6    those two requests.  At some point, which I don't
14:16:56   7    quite recall when it was, I received a request to
14:16:59   8    search for documents related to '516 patent, and
14:17:04   9    sometime thereafter, and I believe it would have
14:17:06  10    been one or two months from -- ago from now,
14:17:09  11    approximately, I was provided with a list of
14:17:13  12    keywords to search for documents with, to look for
14:17:18  13    all the documents using those keywords.
14:17:21  14    BY MR. FLANAGAN:
14:17:21  15        Q.  Okay.  And did you do that search?
14:17:27  16        A.  Yes, I did.
14:17:27  17        Q.  What universe of files did you apply those
14:17:30  18    keywords to?
14:17:39  19            MR. MACK:  Objection; vague.
14:18:29  20            THE WITNESS:  According to the files that I
14:18:34  21    was able to find included MS Word, PowerPoint
14:18:40  22    document, and PDF, and the method was not restricted
14:18:48  23    to any certain type, but by using the MS Explorer or
14:18:55  24    window, there's a search window that you can use as
14:19:01  25    a tool for the search.  And so regardless of the
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 85

```
14:19:05   1    types of files that you're searching, by filling in
14:19:11   2    the file title and the contents, it just gets all
14:19:15   3    searched by that means.
14:19:18   4    BY MR. FLANAGAN:
14:19:18   5         Q.  So -- and this was all on your laptop?
14:19:26   6         A.  That's correct.
14:19:26   7         Q.  And the tool that you used was -- was
14:19:28   8    Windows Explorer?
14:19:33   9         A.  Yes, that's correct.
14:19:34  10         Q.  And did that yield any documents?
14:19:43  11         A.  Yes, it did.
14:19:44  12         Q.  Okay.  And what did you do with those
14:19:46  13    documents?
14:19:54  14         A.  I provided those to the legal team.
14:19:57  15         Q.  And that was what -- that was how long ago?
14:20:14  16         A.  As I recall, it would have been around
14:20:17  17    three weeks ago.  But I'm not too certain about
14:20:20  18    that.
14:20:26  19         Q.  Okay.  And the -- the documents that you
14:20:30  20    got as a result of just searching your files without
14:20:34  21    using the keywords, when did you provide those
14:20:37  22    documents to Samsung legal team?
14:21:09  23         A.  That may have been two or three months ago.
14:21:12  24    But since this has been quite some time now, this
14:21:16  25    may not be an accurate recollection.
```

Merrill Corporation - Boston
617-542-0039                              www.merrillcorp.com/law

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 86

| | | |
|---|---|---|
| 14:21:18 | 1 | Q.  Okay.  When did you come to the United |
| 14:21:21 | 2 | States for the deposition? |
| 14:21:40 | 3 | A.  I was here initially for a different |
| 14:21:45 | 4 | business when I came to the U.S., so the date of |
| 14:21:49 | 5 | arrival was approximately 19 days ago. |
| 14:21:55 | 6 | Q.  And how -- how far in advance of you flying |
| 14:21:59 | 7 | to the United States did you provide the documents |
| 14:22:01 | 8 | to the Samsung legal team? |
| 14:22:17 | 9 | A.  You mean the documents that were searched |
| 14:22:19 | 10 | by way of keywords, or a different set? |
| 14:22:22 | 11 | Q.  The keywords. |
| 14:22:45 | 12 | A.  The documents that were searched by way of |
| 14:22:47 | 13 | keywords were provided approximately seven or eight |
| 14:22:53 | 14 | days after my arrival in the U.S. |
| 14:23:07 | 15 | Q.  When were you asked to look for them? |
| 14:23:29 | 16 | A.  As I recall, I think it's been more than a |
| 14:23:34 | 17 | month since I was provided with the keyword list. |
| 14:23:39 | 18 | Q.  Is there any reason why you waited several |
| 14:23:42 | 19 | weeks to do the search? |
| 14:23:49 | 20 | A.  Yes. |
| 14:23:50 | 21 | Q.  What was it? |
| 14:24:06 | 22 | A.  Well, the initial purpose of my trip to the |
| 14:24:11 | 23 | U.S., the first week of my trip in the U.S., was to |
| 14:24:16 | 24 | attend the 3GPP standards meeting, so I was busy |
| 14:24:22 | 25 | preparing for my attendance in the meeting. |