# EXHIBIT A

Case 5:11-cv-01846-LHK Document 923-1 Filed 05/12 Page 2 of 8

# EXHIBIT 1

Highly Confidential - Attorneys' Eyes Only

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN JOSE DIVISION
 3               CASE NO. 11-CV-01846-LHK
 4

    APPLE, INC, a California
 5  corporation,
 6
                      Plaintiff,
 7
    vs.
 8
    SAMSUNG ELECTRONICS CO., LTD.,
 9  a Korean business entity;
    SAMSUNG ELECTRONICS AMERICA, INC.,
10  a New York corporation;
    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
11  a Delaware limited liability company,
12
                      Defendants.
13  _____/
14
15               HIGHLY CONFIDENTIAL
16               ATTORNEYS' EYES ONLY
17        DEPOSITION OF JOSHUA STRICKON, PH.D.
18                 Miami, Florida
               Thursday, October 20, 2011
19
20
21
22

    Reported by:
23
    DARLINE MARIE WEST, RPR, FRP, CLR
24
    Job No. 42680
25
```

Exhibit 1
Page 3

Highly Confidential - Attorneys' Eyes Only

Page 6

1    THEREUPON,

2                    JOSHUA STRICKON, PH.D.,

3    called as a witness on behalf of the Defendants

4    herein, having been first duly sworn, was examined

5    and testified as follows:

6                    THE WITNESS:  I do.

7                    DIRECT EXAMINATION

8    BY MS. DUCCA:

9        Q.   Good morning, Dr. Strickon.  How are you

10   today?

11       A.   Okay.

12       Q.   Will you please state your full name on

13   address for the record.

14       A.   Joshua Andrew Strickon.  901 Brickell Key

15   Boulevard, Apartment 805, Miami, Florida, 33131.

16       Q.   Dr. Strickon, have you been deposed before?

17       A.   Yes.

18       Q.   How many times?

19       A.   Once.

20       Q.   When was that?

21       A.   This past summer.

22       Q.   Do you recall what case that was in?

23       A.   Motorola and Apple.

24            MS. DUCCA:  I'm going to mark as

25       Exhibit 780 a document with Bates numbers

Exhibit 1
Page 4

Case 5:11-cv-01846-LHK Document 23-1 Filed 04/09/12 Page 5 of 9
Highly Confidential - Attorneys' Eyes Only

Page 191



Exhibit 1
Page 5

Highly Confidential - Attorneys' Eyes Only

Page 192



11        VIDEO TECHNICIAN:  Excuse me, Counsel.

12    I'm going to have to change tapes.  Off the

13    record at 1:21 p.m.

14        (A lunch recess was taken)

15     A F T E R N O O N   S E S S I O N

16        VIDEO TECHNICIAN:  On the record.

17    2:15 p.m.

18        (Strickon Deposition Exhibit 787, Article

19    entitled 14.2:  Integration of a clear capacitive

20    touchscreen with a one-eighth VGA FSTN-LCD to form

21    and LCD based touch pad by A.K. Leeper of Synaptics,

22    was marked for identification.)

23    BY MS. DUCCA:

24        Q.    During the break I marked as Exhibit 787, a

25    document with Bates numbers SAMNDCA 30300 to 30302.

Case 5:11-cv-01846-LHK Document 1921-7 Filed 08/22 Page 7 of 9
Highly Confidential - Attorneys' Eyes Only

Page 193

1    This is an article entitled "14.2:  "Integration of a

2    Clear Capacitive Touchscreen With a One-Eighth VGA

3    FSTN-LCD to Form and LCD Based Touch Pad By A.K.

4    Leeper of Synaptics."

5            Does this article look familiar to you?

6        A.    No.

7        Q.    Okay.  Will you read the abstract.  And you

8    can read it to yourself and let me know when you are

9    finished.

10       A.    Okay.

11       Q.    Would you agree with me that this -- this

12   article appears to be discussing a capacitive touch

13   panel product offering from Synaptics called the

14   Clear Pad?

15           MR. BARQUIST:  Objection.  Lacks

16       foundation.  The document speaks for itself.

17           THE WITNESS:  Yeah.

18   BY MS. DUCCA:

19       Q.    Now, take a look at Figure 1.  Do you see

20   Figure 1?

21       A.    Yeah.

22       Q.    And Figure 1 shows a display -- a display

23   under the Clear Pad, correct?

24       A.    Yes.

25           MR. BARQUIST:  Objection.  Lacks

Exhibit 1
Page 7

Highly Confidential - Attorneys' Eyes Only

Page 274

1                    REPORTER'S CERTIFICATE

2

    STATE OF FLORIDA
3   COUNTY OF MIAMI-DADE

4

5        I, DARLINE MARIE WEST, RPR, certify that I was

6   authorized to and did stenographically report the

7   foregoing deposition; and that the transcript is a

8   true record thereof.

9

10       I further certify that I am not a relative,

11  employee, attorney, or counsel of any of the parties,

12  nor am I a relative or employee of any of the

13  parties' attorney or counsel connected with the

14  action, nor am I financially interested in the

15  action.

16

17       Dated this 20th day of October, 2011.

18

19

20

21       _____

22                    DARLINE MARIE WEST, RPR

23

24

25

Exhibit 1
Page 8