# EXHIBIT 2

Confidential Attorneys' Eyes Only

```
                                                            Page 1
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5   APPLE INC., a California
    corporation,
6
                  Plaintiff,
7
    vs.                              CASE NO.  11-cv-01846-LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13                Defendants.
    _____/
14
15
16         C O N F I D E N T I A L
17       A T T O R N E Y S  E Y E S  O N L Y
18
19    VIDEOTAPED DEPOSITION OF BRIAN Q. HUPPI
20         REDWOOD SHORES, CALIFORNIA
21          TUESDAY, OCTOBER 18, 2011
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR.
24  CSR LICENSE NO. 9830
25  JOB NO. 42679
```

Page 5

1   Foerster, representing Apple.

2

3                    BRIAN Q. HUPPI,

4          having been sworn as a witness,

5        by the Certified Shorthand Reporter,

6                  testified as follows:

7

8

9              EXAMINATION BY MR. MACK

10       MR. MACK:  Q.  Mr. Huppi, could you please

11  state your name and address for the record.

12       A   Sure.  It's Brian Quentin Huppi.  My address

13  is 262 Rutledge Street in San Francisco, California.

14       Q   Have you been deposed before?

15       A   Yes.

16       Q   How many times?

17       A   Once.

18       Q   And do you remember what case that was in?

19       A   It was a case involving Motorola.  I don't

20  remember the case number.

21       Q   Okay.  And was -- were you deposed as your

22  role as an inventor on any patent asserted -- asserted

23  in that case?

24       A   Yes.

25       Q   Okay.  Do you remember which patent it was?

Confidential Attorneys' Eyes Only

Page 129

1  so the physics should be very similar.  So we just
2  tried it with copper tape initially.
3      Q   Okay.  Do you remember what the size of the
4  mockup was?
5      A   The original mockup was pretty simplistic.
6  It was on a piece of glass, whatever we could get at
7  the hardware store, roughly maybe 8 by 10, something
8  like that, and it had -- it had several pieces of
9  copper tape stretched across it.  It wasn't a full --
10 you know, it didn't have -- it didn't have many, many
11 rows and columns.  It just had a small combination
12 just to check -- check that the concept worked.
13     Q   And was the copper-based mockup capable of
14 detecting multi-touch?
15     A   We believed it was when we tried it, yes.
16     Q   Okay.  But do you recall if you actually
17 hooked up the copper-based mockup to electronic
18 circuitry to see that it would actually perform
19 detection of multi-touch?
20     A   We did, yes.
21     Q   And what were the results of that?
22     A   We were able to verify that we could touch
23 multiple electrodes and not affect the other touch
24 locations.
25     Q   Okay.  The next bullet point talks about the

Page 130

1    FingerWorks prototype; correct?
2        A    Yes.
3        Q    So this is something that FingerWorks would
4    have provided to Apple; right?
5        A    Yes.
6        Q    And to the best of your recollection, that
7    was a self-capacitance-based system?
8        A    Yes, that was a self-capacitance system,
9    correct.
10       Q    And do you recall if that FingerWorks
11   prototype was able to detect multiple touches?
12       A    Yes, it was.
13       Q    And how well did the FingerWorks prototype
14   work?
15            MR. BARTLETT:   Objection; vague; calls for
16   expert testimony.
17            THE WITNESS:    It -- it worked as expected.
18   It was able to perform multi-touch like their other
19   products.
20            MR. MACK:   Okay.
21       Q    And the next bullet point references Ken.  I
22   think this is the second time we've seen the name Ken.
23            Do you recall in this context who Ken might
24   be?
25       A    I -- I'm not absolutely sure, but I think it

1   may have been Ken McAlpine, who was -- he was a
2   director or a manager of one of the other hardware
3   teams.
4       Q   Okay.  Do you remember which team he was a
5   manager of?
6       A   It was a small group that was set up to do
7   prototyping and investigate new hardware technologies.
8   It was related to the laptop group, as I recalled.
9           I see the mention of Aaron.  Aaron was one
10  the engineers that worked under Ken, so I believe that
11  all fits together.
12      Q   Do you know what Aaron's last name was?
13      A   I think it was Aaron Liba.  Yeah.  I don't
14  remember the name of the group.  It had some funny
15  name like, you know, prototyping technologies or
16  something like that.  I don't recall for sure.
17      Q   Okay.  It mentions that Aaron brought two
18  other prototypes for show and tell.  Do you remember
19  this meeting where Aaron showed up with two
20  prototypes?
21      A   I don't, no.
22      Q   So you don't know if these prototypes would
23  have been self-capacitance or
24  mutual-capacitance-based?
25      A   I don't recall for certain.  I know that we

Page 132

1   never saw anything that could do multi-touch that
2   were -- that had a display on them.  I know that for
3   sure.  So I think they were only resistive.
4       Q   Okay.  Mark as Exhibit 708 --
5           THE REPORTER:  707.
6           MR. MACK:  -- 707 --
7           MR. BARTLETT:  We can skip to 708 if you
8   want.
9           MR. MACK:  -- an e-mail with Bates '33234.
10          (Document marked Exhibit 707
11           for identification.)
12          MR. MACK:  Q.  Do you recognize this e-mail.
13      A   I'm just going to read -- read it quickly
14  here.
15          Okay.  I haven't quite read the whole thing,
16  but I get the gist of it, I think.
17      Q   Okay.  This e-mail is dated January 8th,
18  2004; correct?
19      A   Yes.
20      Q   And it's forwarding another e-mail from
21  Mr. Hotelling -- Hotelling, sorry -- also dated
22  January 8th, 2004; right?
23      A   Yes.
24      Q   Could you remind me again who the Tim Bucher
25  was?

Page 194

1  CERTIFICATE OF REPORTER
2
3
4       I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;
8
9       That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;
15
16      That I am a disinterested person to the said
17 action.
18
19      IN WITNESS WHEREOF, I have hereunto set my
20 hand this 19th day of October, 2011.
21
22      _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25