# EXHIBIT 5

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California          )
     corporation,                      )
 6                                     )
                    Plaintiff,         )
 7                                     )
           vs.                         )   No: 11-cv-01846
 8                                     )        LHK
     SAMSUNG ELECTRONICS CO., LTD.,    )
 9   a Korean business entity;         )
     SAMSUNG ELECTRONICS AMERICA,      )
10   INC., a New York corporation,    )
     SAMSUNG TELECOMMUNICATIONS        )
11   AMERICA, LLC, a Delaware          )
     limited liability company,        )
12                                     )
                    Defendants.        )
13   _____)
14
15       DEPOSITION OF CHRISTOPHER STRINGER
16           Redwood Shores, California
17           Wednesday August 3, 2011
18
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 40906
```

1                MS. CARUSO:  Margret Caruso, Quinn
2        Emanuel, for Samsung.
3                MR. JACOBS:  Michael Jacobs,
4        Morrison Foerster, for Apple.
5                MR. ZHANG:  Patrick Zhang,
6        Morrison Foerster, for Apple.
7                MS. TIERNEY:  Erica Tierney for
8        Apple.
9                THE VIDEOGRAPHER:  Thank you.
10        Will the court reporter please administer
11        the oath, and we can proceed.
12
13   C H R I S T O P H E R   S T R I N G E R:
14        called as a witness, having been duly
15        sworn by the Certified Shorthand
16        Reporter, was examined and testified as
17        follows:
18   EXAMINATION BY:
19   MR. ZELLER:
20        Q    Good morning.
21        A    Hi.
22        Q    Have you ever had your deposition
23   taken before?
24        A    Yes.
25        Q    On how many times?

1  today?
2       A.   I did not review documents to
3  testify to that point.
4       Q.   Let's please mark as Exhibit 49 a
5  multi-page document bearing Bates number APLNDC
6  000 11071 through 11075.  It's entitled "Apple
7  confidential need to know, Q 79 vision dated
8  December 8th, 2003."
9            (Exhibit 49, Apple Confidential -
10           Need to Know Vision, marked for
11           identification.)
12  BY MR. ZELLER:
13      Q.   Do you recognize Exhibit 49?
14      A.   Yes.
15      Q.   What is it?
16      A.   It is a document entitled Q 97
17  vision written by Ken McAlpine.
18      Q.   And Q 79 that's referenced here on
19  the first page of Exhibit 49 is the Apple tablet
20  product we have been discussing, correct?
21      A.   That is correct.
22      Q.   And that ultimately became the
23  iPad and the iPad 2, correct?
24      A.   Correct.
25      Q.   The person who wrote this is Ken

1  McAlpine?
2       A.    Correct.
3       Q.    Who is he?
4       A.    At least that's what it says
5  here.  He is a former Apple employee.
6       Q.    Did you work with him personally?
7       A.    I on occasion did work with him.
8       Q.    And what was his title when you
9  worked with him?
10      A.    I do not know what his title was.
11      Q.    Regardless of his title, what did
12 he generally do?
13      A.    It wasn't entirely clear to me
14 what he did because I did not work very closely
15 with him.  I believe he had a few roles within
16 the company.  And his -- I do not know what role
17 he served in at this point in time.
18      Q.    Did you know him as a designer?
19      A.    He was not a designer.
20      Q.    You'll see that this document is
21 dated December 8th, 2003.
22      A.    I see that.
23      Q.    And you'll also see in the
24 description, it says "first issue Apple Q 79
25 vision."  Do you see that?

1  A. I see that.
2  Q. Do you know if there were any
3  earlier iterations of the Q 79 vision document
4  prior to this date in December 8th, 2003?
5  A. I am only familiar with this
6  document and having seen it in preparation for
7  today.
8  Q. Do you know of anything within the
9  company that has a title of 79 -- Q 79 vision
10 that's earlier than this document?
11 A. I do not recall any documents that
12 have been called Apple Q 79 vision until I saw
13 this document in preparation for today.
14 Q. Do you know if there's anything in
15 writing within the company describing the tablet
16 product known under the code name Q 79 prior to
17 December 8th, 2003, apart from the CAD drawing
18 that we discussed?
19 A. I am not aware of any document to
20 that effect.
21 Q. You don't have any reason to doubt
22 that this is a -- Exhibit 49 is a document that
23 Mr. McAlpine prepared there at Apple, right?
24 A. I have no reason to doubt that.
25 Q. And you certainly expect that this

Page 326

1        C E R T I F I C A T E

2   STATE OF CALIFORNIA    )

3                          )

4   COUNTY OF SAN FRANCISCO )

5        I, LINDA VACCAREZZA, a Certified

6   Shorthand Reporter for the State of

7   California, do hereby certify:

8        That CHRISTOPHER STRINGER, the

9   witness whose deposition is hereinbefore

10  set forth, was duly sworn by me and that

11  such deposition is a true record of the

12  testimony given by such witness.

13       I further certify that I am not

14  related to any of the parties to this

15  action by blood or marriage; and that I

16  am in no way interested in the outcome of

17  this matter.

18       IN WITNESS WHEREOF, I have hereunto

19  set my hand this 3rd day of

20  August, 2011.

21

22  _____

23   LINDA VACCAREZZA, CSR. NO. 10201

24

25