# EXHIBIT 1
# FILED UNDER SEAL

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5     Kevin P.B. Johnson (Bar No. 177129)
      kevinjohnson@quinnemanuel.com
      Victoria F. Maroulis (Bar No. 202603)
6     victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
7  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
8  Facsimile:     (650) 801-5100

9

10    Michael T. Zeller (Bar No. 196417)
      michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16

17                     UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF SAMUEL S. LEE IN SUPPORT OF SAMSUNG'S MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITIONS OF TEN HIGH-RANKING SAMSUNG EXECUTIVES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | **Date: March 27, 2012**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 5, 4th Floor**<br>**Judge: Hon. Paul S. Grewal** |

## DECLARATION OF SAMUEL S. LEE

I, Samuel S. Lee, declare as follows:

1. I am Senior Legal Counsel for Samsung Electronics Co., Ltd., in the above-entitled action. I make this declaration of personal, first-hand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Based on my role as Senior Legal Counsel, I am familiar with the organizational and reporting structure for Samsung Electronics Co., Ltd. ("SEC") and its subsidiary, Samsung Telecommunications America, LLC ("STA").

3. SEC has approximately 190,000 employees. SEC's various divisions include Semiconductor (*i.e.*, DRAM and flash memory), Liquid Crystal Display (*i.e.*, LCD panels), Visual Display (*i.e.*, televisions, monitors, Blu-ray DVD players, etc.), Mobile Communications (*i.e.*, cell phones), IT Solutions (*i.e.*, printers, etc.), Digital Appliances (*i.e.*, washers, dryers, dishwashers), etc.), and Digital Imaging (*i.e.*, cameras, camcorders, etc.).

4. I am informed and believe that the products and features at issue in this case were developed by the Mobile Communications Division. The Mobile communications division is divided into several "teams." Each "team" is divided into "groups," which are divided into "parts" and "cells." The engineers and designers primarily responsible for the development of the products and features at issue generally belonged to "parts" or "cell." They were generally supervised by Senior Engineers and Senior Designers, who in turn reported to Vice Presidents who were responsible for individual parts. The Mobile Communications Division includes 68,000 employees.

5. The Product Strategy Team, headed by Executive Vice President WonPyo Hong, includes many teams/groups one of which is the Design Group, which in turn includes various design parts, such as the UX Design Part, the UX Cluster Part, Product Design Parts 1 and 2, and the Industrial Design Cluster Part. Senior Vice President DongHoon Chang heads the Design Group. I am informed and believe that the Vice Presidents of three parts within the Design Group will be deposed in this case, including Vice President SungSik Lee, head of UX

1  Design Part, Vice President SeogGuen Kim, head of Industrial Design Cluster Part, and Vice
2  President Minhyouk Lee, head of the Product Design Part 1.

3        6.    I am informed and believe that six technical development teams, including
4  Advanced Software R&D teams 1 and 2, the R&D Management Team, the Visual R&D
5  Development Team, the System Software R&D Team, and the Advanced Mechanical R&D team,
6  developed the hardware and software for the products at issue.   Byung Hwang Kim is the
7  Executive Vice President in charge of Advanced Software R&D Team 1 and MinCheol Schin is a
8  Vice President in the team. Seungwan Cho is the Executive Vice President in charge of Advanced
9  Software R&D Team 2. Dong Jin Koh is the Executive Vice President in charge of the
10 Technology Strategy Team and WonCheol Chae is a Vice President in the team.   Heonbae Kim
11 is the Executive Vice President in charge of the Korea R&D Team.   Yong Man Lee is a Senior
12 Vice President in charge of the Visual R&D Group, which includes the Display Lab.   YongSerk
13 Kim is a Vice President in the System Software R&D Team.   I am informed and believe that
14 Apple has deposed or will depose eight lower-level employees and one Vice President in
15 Advanced Software R&D Team 1, four lower-level employees in Advanced Software R&D Team
16 2, four lower-level employees in the R&D Management Team; seven lower-level employees in the
17 Visual R&D Development Team; two lower-level employees and one Vice President in the
18 System Software R&D Team, and 18 lower-level employees and three Vice-Presidents in the
19 Product Strategy Team.

20       7.    The Intellectual Property Center is a stand-alone department that is not part
21 of one of the eight business divisions.   The Center reports directly to CEO Gee Sung Choi.   I am
22 informed and believe that Seong-Woo Kim, Director of Licensing and YoungSoon Lee, Senior
23 Engineer in the Technical Analysis group have or will be deposed in this case.

24       8.    Bo-Ra Kim's supervisor is Vice President Changhwan Hwang, who in turn
25 reports to Senior Vice President DongHoon Chang, who in turn reports to Executive Vice
26 President Won Pyo Hong, who in turn reports to President Jong Kyun Shin.

27
28

9. I am informed and believe that Yongseok Bang is a Senior Designer who was involved with designing the Galaxy S II and Infuse 4G and that Yun-Jung Lee is a Principal Designer.

10. Won Pyo Hong and DongHoon Chang are two of the highest ranking executives in the Mobile Communications division.

11. The Mobile Communications division is also referred to as the Wireless division, or Wireless business unit.

12. Heonbae Kim is the highest ranking executive of the Mobile Communications division's R&D team - Korea. He reports to President Chulhwan Lee, who reports to President Jong Kyun Shin. I am informed and believe that the R&D team – Korea was not directly involved in the development of the products or features at issue.

13. Executive Vice President Seunghwan Cho is the highest ranking executive of the Advanced Software R&D Team 2. He reports to President ChulHwan Lee, who reports to President Jong Kyun Shin. The following lower level employees within this group have already been deposed or are scheduled to be deposed in this case: Seung Min Lee; Seoghee Jeong;; Hyun Ku Woo; and Min Kyung Kang.

14. Executive Vice President Dong Jin Koh is the highest ranking executive in the Mobile Communications division's Technology Strategy Team. He reports to President ChulHwan Lee, who reports to President Jong Kyun Shin. The following lower level employees within this group have already been deposed or are scheduled to be deposed in this case: Young Shik Shin and Jong Min Lee.

15. On December 21 and 22, 2011, four members of SEC's Intellectual Property Center attended a court-ordered mediation session with Apple, Inc. The four individuals were Executive Vice President Seungho Ahn, Executive Vice President Jaewan Chi, Senior Vice President Minhyung Chung, and Vice President Kenneth Korea. Sr. Vice President Seung Gun Park is also a member of SEC's Intellectual Property Center. Messrs. Ahn, Chi, and Korea are lawyers.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed February 22, 2012, at Seoul, Korea.

_____
Samuel S. Lee