# EXHIBIT 3
# FILED UNDER SEAL

```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065-2139
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
13

14  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
15  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF GEE SUNG CHOI** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51855/4600855.1

I, Gee Sung Choi, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am the Vice Chairman and Chief Executive Officer of SEC. In my role, I either directly or indirectly oversee approximately 190,000 SEC employees world-wide.

3. My responsibilities include overseeing Digital Media & Communications and Device Solution business divisions of SEC. These business divisions include the following business units: Visual Display, Telecommunication Systems, Mobile Communications, Digital Imaging, and Media Solution Center. The Telecommunication System business unit is the only one related to mobile devices, while the other business units are unrelated to mobile devices.

4. I spend almost all my time each week preparing for and attending high-level meetings regarding SEC's overall business strategy.

5. Generally speaking, my knowledge regarding the design, development, and marketing of SEC's products and services is based on reports I receive during high-level meetings with Presidents, Executive Vice Presidents and Senior Vice Presidents within various SEC business units. I also occasionally receive reports from Vice Presidents.

6. I am not primarily responsible for the day-to-day decision making process regarding the design, development, or marketing of any particular SEC products or services, including the smart phone and tablet products at issue in this case.

7. I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

02198.51855/4600855.1

Executed on the 14 day of February, 2012, at SEOUL, KOREA.

_____
Gee Sung Choi

02198.51855/4600855.1