# EXHIBIT 4
# FILED UNDER SEAL

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JONG KYUN SHIN** |

I, Jong Kyun Shin, hereby declare as follows:

1.     I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung").   I have personal knowledge of the factual information set forth herein.

2.     I am the President of the Mobile Communications division of SEC.   In my role, I either directly or indirectly oversee approximately 68,000 SEC employees world-wide.

3.     I am responsible for overseeing five SEC business units, including Telecommunication Systems, IT Solutions, Mobil Communications, Digital Imaging, and Media Solution Center.

4.     I spend almost all my time each week preparing for and attending high-level meetings regarding overall business strategy.

5.     My knowledge regarding the design, development, and marketing of Mobile Communications products is based on reports I receive during high-level meetings with Executive Vice Presidents and Senior Vice Presidents within the Mobile Communications division.   I also occasionally receive reports from Vice Presidents within the Mobile Communications division.

6.     While I oversee those responsible for all Mobile Communications products at a very high level, I am not primarily responsible for the day-to-day decision making process regarding the design, development, or marketing of any Mobile Communications products, including the smart phone and tablet products at issue in this case.

7.     I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

1    Executed on the _14th_ day of February, 2012, at ___Suwon   Korea___.

2

3                                                        _____

4                                                                Jong Kyun Shin

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28