# EXHIBIT 5
# FILED UNDER SEAL

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG)
21 |         Plaintiff,                    | **DECLARATION OF WONPYO HONG**
22 |    vs.                                |
23 | SAMSUNG ELECTRONICS CO., LTD., a      |
   | Korean business entity; SAMSUNG       |
24 | ELECTRONICS AMERICA, INC., a New      |
   | York corporation; SAMSUNG             |
25 | TELECOMMUNICATIONS AMERICA,           |
   | LLC, a Delaware limited liability company, |
26 |                                       |
   |         Defendant.                    |
27

28

02198.51855/4599591.1

I, WonPyo Hong, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am an Executive Vice President in the Mobile Communications Business Unit at Samsung. In my role, I either directly or indirectly oversee approximately 800 employees.

3. I am responsible for overseeing 9 departments, including the Product Strategy Group, the New Product Planning Group, the Global Product Management Group, the Global Product Planning Group, the North America Product Planning Group, the Korea Product Planning Group, the VPS Product Planning Group, the Enabling Group, and the Design Group. Four of these departments are managed by a Sr. Vice President, and 5 of these departments are managed by Vice Presidents.

4. I spend almost all my time each week preparing for and attending high-level meetings regarding overall business strategy.

5. My knowledge regarding the design, development, and marketing of Mobile Communications products is based on reports I receive during high-level meetings with Executive Vice Presidents and Senior Vice Presidents within the Mobile Communications division. I also occasionally receive reports from Vice Presidents within the Mobile Communications division.

6. I am not primarily responsible for the day-to-day decision making process regarding the design, development, or marketing of any Mobile Communications products, including the smart phone and tablet products at issue in this case.

7. I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

02198.51855/4599591.1

Executed on the 14 day of February, 2012, at Suwon.

_____
WonPyo Hong

02198.51855/4599591.1