# EXHIBIT 7
# FILED UNDER SEAL

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK (PSG)

21          Plaintiff,                          **DECLARATION OF SEUNGHWAN CHO**

22     vs.

23 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
24 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
26
            Defendant.
27

28

02198.51855/4599615.1

I, Seunghwan Cho, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am the Executive Vice President of Advanced S/W R&D Team 2 at the Wireless Business Unit of Samsung. In my role, I either directly or indirectly oversee approximately 800 employees.

3. I am responsible for overseeing 6 departments, including the Android R&D Group 3, the S/W Solution Group, the Service Platform Group, the Bada R&D Group, the Windows Mobile R&D Group, and the SPACE Lab. In the past year, I have overseen the research and development of over 75 products.

4. I spend more than half of my time each week preparing for and attending high-level meetings regarding overall technical research and development strategy.

5. My knowledge regarding these products is based on reports I receive from Senior Vice Presidents, Vice Presidents, Managers and Directors within the R&D divisions.

6. I am not primarily responsible for the day-to-day decision making process regarding the design, development, or marketing of any Mobile Communications products, including the smart phone and tablet products at issue in this case.

7. I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

Executed on the __14__ day of February, 2012, at __Suwon__.

_____
Seunghwan Cho

02198.51855/4599615.1