# EXHIBIT 8
# FILED UNDER SEAL

```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065-2139
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
13

14  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
15  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF DONG JIN KOH** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

I, Dong Jin Koh, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am the Executive Vice President of the Technology Strategy Team of the Wireless Business Unit at Samsung. In my role, I either directly or indirectly oversee approximately 370 employees worldwide.

3. I am responsible for overseeing four departments, including the B2B R&D Group, the Technology Alliance Group, the R&D Management Group, and the R&D support Group.

4. I spend most of my time each week preparing for and attending high-level meetings regarding overall technical development strategy.

5. My knowledge regarding these products is based on reports I receive during high-level meetings with Senior Vice Presidents, Vice Presidents, Managers and Directors within the R&D division.

6. I am not primarily responsible for the day-to-day decision making process regarding the design, development, or marketing of any Mobile Communications products, including the smart phone and tablet products at issue in this case.

7. I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

Executed on the 14th day of February, 2012, at ___New Jersey___.

_____
Dong Jin Koh

02198.51855/4599614.1