# EXHIBIT 9
# FILED UNDER SEAL

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

                    UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF DALE SOHN IN SUPPORT OF SAMSUNG'S MOTION FOR A PROTECTIVE ORDER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51855/4599546.1

I, Dale Sohn, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am the President and Chief Executive Officer of STA. In my role, I either directly or indirectly oversee approximately 1,162 STA employees worldwide.

3. I am responsible for overseeing each of STA's three business divisions—Wireless Terminals Systems Division, Wireless Network Systems Division, and Business Communications Systems Division—as well as management support functions such as Accounting, Human Resources, and Legal and administrative oversight of the R&D labs within the STA organization.

4. I spend almost all my time each week preparing for and attending high-level meetings regarding overall business strategy, including high-level customer meetings.

5. My knowledge regarding the design, development, and marketing of STA products is generally based on reports I receive during high-level meetings with STA employees at the Director and Vice President levels, as well as Executive Vice Presidents from SEC.

6. While I oversee those responsible for all STA products at a very high level, I am not primarily responsible for the day-to-day decision making process regarding the design, development, or marketing of any STA products, including the smart phone and tablet products at issue in this case.

7. I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

02198.51855/4599546.1

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge and belief, after a reasonable inquiry.
3  Executed on the __14__ day of February, 2012, at __Richardson, Texas__.

_____
Dale Sohn

02198.51855/4599546.1