# EXHIBIT 10
# FILED UNDER SEAL

```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
13

14  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
15  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF JOSEPH CHEONG** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51855/4599562.1

I, Joseph Cheong, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am the Chief Financial Officer of STA. In my role, I either directly or indirectly oversee approximately 304 STA employees worldwide.

3. Each of STA's Management Support functions—Human Resources, Legal, Accounting, Financial Management, Logistics, Packaging and Service Operations—report directly to me.

4. I spend almost all my time each week preparing for and attending high-level meetings regarding overall business strategy and operations.

5. I have no involvement with the employees primarily responsible for the design, development, or marketing of the products at issue, except for discussions during executive-level business group meetings.

6. While I oversee STA's financial matters at a very high level, I do not have detailed or singular knowledge about the particular products at issue other than the extent to which such product information is included within information transmitted to me by my subordinates.

7. I am not aware of any unique information I have relevant to this litigation that cannot be obtained from other Samsung employees.

02198.51855/4599562.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

Executed on the 14 day of February, 2012, at Richardson, Texas.

_____
Joseph Cheong

02198.51855/4599562.1