# EXHIBIT A
# FILED UNDER SEAL

quinn emanuel trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

February 3, 2012

VIA ELECTRONIC MAIL

Mia Mazza                              Peter Kolovos
Morrison & Foerster                    WilmerHale
425 Market Street                      60 State Street
San Francisco, CA 94105-2482           Boston, MA 02109

Re:   *Apple Inc. v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846

Dear Mia and Peter:

This letter concerns Apple's notices of depositions for several high-ranking Samsung executives. After investigating these individuals' roles at Samsung, as well as any potential connections to the subject matter of this case, we have determined that these depositions are highly unlikely to lead to the discovery of relevant information. Specifically, none of the executives identified below have unique personal knowledge that is relevant to this case, and no relationship to the accused products or the patents-in-suit other than their place atop Samsung's organizational hierarchy. Moreover, Apple has not exhausted other means for obtaining whatever information these individuals possess—such as the dozens of designers, developers, engineers, inventors, licensing personnel and 30(b)(6) witnesses that Samsung has offered for deposition—which render testimony from many of these individuals redundant and unnecessary.

Apple included scheduling issues with respect to several of these depositions on its agenda for the upcoming lead counsel meet and confer. While we can certainly discuss scheduling during that meeting, please be prepared to explain why Apple believes that the following are justified in the first place:

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4582218.1

Mia Mazza
S. Calvin Walden
February 3, 2012

- Dale Sohn, President and Chief Executive Officer of STA;
- Joseph Cheong, Chief Financial Officer of STA;
- Corey Kerstetter, Vice President of Wireless Terminal Business Planning at STA;
- Justin Lee, STA's Director and Financial Management Dispatcher;
- Gee Sung Choi, Vice Chairman and CEO of SEC;
- Jong-Kyun Shin, President of Mobile Communications;
- Won-Pyo Hong, Vice President of Mobil Communications;
- Heonbae Kim, Executive Vice President of Advanced S/W R&D;
- Seunghwan Cho, Senior Vice President of Advanced R&D ;
- Dong Jin Koh, Senior Vice President of R&D Management;
- Weonchoel Chae, Vice President of R&D Management Group
- Min Cheol Shin, Vice President of Advanced Development Software Group;
- Younghee Lee, Senior Vice President of Samsung's Marketing Group;
- Hankil Yoon, Senior Vice President of Product Strategy Group;
- YoungHoon Eom, Senior Vice President of Sales & Marketing;
- Minhyung Chung, Senior Vice President of Samsung's Intellectual Property Center;
- Ken Korea, Vice President of Samsung's San Jose Intellectual Property Center;
- Seungho Ahn, Executive Vice President of Samsung's Intellectual Property Center;
- Jaewan Chi, Executive Vice President of Samsung's Intellectual Property Center;
- Seung Gun Park, Senior Vice President of Intellectual Property Strategy;
- Dong Hoon Chang, Senior Vice President of Design Group;
- Seog Guen Kim, Vice President of Design Part 1; and
- Chang Hwan Hwang, Vice President of Design Part 2.

Finally, although Apple has noticed Mr. Don Joo Lee for deposition, Apple has only identified one basis for its contention that Mr. Lee's anticipated testimony is relevant to this case—Mr. Lee's statements concerning the alleged re-design of the Galaxy Tab 10.1. Given the nature of Mr. Lee's responsibilities in his position as Executive Vice President of Sales & Marketing, he does not possess any unique knowledge concerning the subject matter of Apple's claims.

Mia Mazza
S. Calvin Walden
February 3, 2012

Accordingly, Apple must limit Mr. Lee's deposition to the facts underlying his statements concerning the Galaxy Tab 10.1.

We look forward to discussing these issues at the lead counsel meet and confer.  Please be advised that Samsung intends to file a motion for a protective order to prevent these depositions unless Apple either withdraws its deposition notices or adequately explains its basis for seeking testimony from these individuals.

Very truly yours,


/s/

Rachel Herrick Kassabian

02198.51855/4582218.1