# EXHIBIT E
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

February 22, 2012

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco CA 94105

Re:   *Apple Inc. v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846

Dear Mia:

I write regarding Apple's motion to compel the depositions of fourteen of Samsung's highest executives.  As you know, in its February 17 order denying Apple's Motion to Shorten Time, the Court encouraged the parties to meet and confer regarding the number of executives in dispute in Apple's motion and Samsung's corresponding (and soon-to-be-filed) motion for a protective order.  As you also know, I reached out to you Monday morning in a further effort to meet and confer on these issues.  Apple ignored my efforts, and yesterday, proceeded to re-notice its motion without meeting and conferring with – or even consulting – Samsung.  Thus, it appears that Apple has no interest in finding a mutually acceptable solution, nor is Apple persuaded by Judge Grewal's admonitions.

Samsung, on the other hand, has taken Judge Grewal's directives seriously.  Despite Apple's refusals to engage in meet and confer discussions, Samsung has made some difficult decisions in an attempt to narrow this dispute.  Accordingly, in the spirit of compromise, Samsung will withdraw its "apex" objections to the following individuals: Dong Hoon Chang, Minhyung Chung, Seung Gun Park, and Kenneth Korea.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Samsung will provide a date for these depositions shortly.

In the meantime, we want to make clear that the depositions of Mssrs. Chung, Park, and Korea would be irrelevant and wasteful. As set forth below, these three executives have no relevant knowledge that would justify forcing them to sit for deposition.  Specifically:

- Mr. Minhyung Chung has worked as the Patent Analysis Team Leader in the IP Center from August 1, 2010 to now. He has also served as the Head of the R&D Strategy Team of the Digital Media & Communications R&D Center from May 2008 until July 2010, as IP Strategy Team Leader in the IP Center from August 1, 2010 to December 31, 2010, and as Licensing Team Leader of the IP Center from January 1, 2011 to September 30, 2011. During Mr. Chung's tenure as Licensing Team Leader, he never met with Apple to discuss any licensing issues.  Prior to joining the IP Center, as the Head of R&D Strategy, Mr. Chung managed HR and finance issues, not licensing or standards-setting.  Accordingly, we believe there is no relevant, non-privileged information Apple could gain from deposing Mr. Chung.

- Mr. Seung Gun Park was the Head of IP at the Telecommunications Business Unit before joining the IP Center in early 2011. He was away from Samsung on sabbatical for the entirety of 2010. As Head of IP, Mr. Park signed every declaration of essential telecommunications patents to ETSI; however, Mr. Park performed this duty based on reports made to him by subordinates. He has little or no specific personal knowledge of the patents disclosed to ETSI, or why they were essential to the corresponding standard. Accordingly, we believe there is no relevant, non-privileged information Apple could gain from deposing Mr. Park.

- Mr. Kenneth Korea is the Vice President of the San Jose IP Office.  We believe he has little or no relevant, non-privileged knowledge of any facts relating to this case.  The only explanation that Apple could offer to justify his deposition in the 794 ITC action was that it wished "to ensure its discovery spans both [Korean and U.S.] locations." This is insufficient. Apple can gain no unique, relevant information from a deposition of Mr. Korea.

Accordingly, Samsung requests that Apple withdraw its deposition notices for Mssrs. Chung, Park, and Korea on relevance grounds.  Please  let us know Apple's response by the close of business today.

Sincerely,

*/s/*
Rachel Herrick Kassabian