# EXHIBIT F
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3   APPLE, INC., a California
     corporation,
 4                                            CASE NO.
            Plaintiff,                        11cv01846-LHK
 5
     v.
 6
     SAMSUNG ELECTRONICS, CO., LTD.,
 7   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 8   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
 9   AMERICA, LLC, a Delaware limited
     liability company,
10
            Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD.,
     a Korean business entity;
13   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
14   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware limited
15   liability company,

16          Counterclaim-Plaintiffs,

17   v.
     APPLE, INC., a California
18   corporation,

19          Counterclaim-Defendant.

20

21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22              VIDEOTAPED PERSONAL DEPOSITION OF:
                           HANGIL SONG
23
                         February 8, 2012
24                         Kim & Chang
                        Seoul, South Korea
25                    9:02 A.M. - 2:20 P.M.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | (February 8, 2012 at 9:02 a.m.) |
| 3 | THE VIDEOGRAPHER:  We are now on the record in |
| 4 | the matter of Apple, Inc. vs. Samsung Electronics |
| 5 | Company, Ltd., et al. before the United States District |
| 6 | Court, Northern District of California, San Jose Division, |
| 7 | Case No. 11-CV-01846-LHK.  Today's date is 8th of |
| 8 | February, 2012.  The time now is 9:02. |
| 9 | This is the video recorded individual |
| 10 | deposition of Mr. HanGil Song.  The deposition is taking |
| 11 | place at King & Chang, Daewoo Building, Jongno-gu, Seoul, |
| 12 | South Korea. |
| 13 | I'm Peter Au, a certified deposition video |
| 14 | specialist with American Realtime Court Reporters Asia. |
| 15 | The court reporter is Mr. Mike Miller, also with American |
| 16 | Realtime Court Reporters Asia. |
| 17 | Will all the attorneys please identify |
| 18 | themselves and the parties they represent. |
| 19 | MR. STERN:  Peter Stern with Morrison & |
| 20 | Foerster for Apple.  With me is Stephanie Kim. |
| 21 | MS. CARUSO:  Margret Caruso, Quinn Emanuel |
| 22 | Urquhart & Sullivan, for Samsung.  With me is a |
| 23 | representative of Samsung, HanKil Kang. |
| 24 | THE REPORTER:  Counsel have any agreements? |
| 25 | MR. STERN:  No, but I need to read a statement |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

1  that I've been handed by the court reporter.
2           We understand the court reporter is not
3  authorized to administer oaths in this venue.
4  Nevertheless, we request that he administer the oath, and
5  we stipulate that we waive any objection to the validity
6  of the deposition based on the oaths.
7           THE REPORTER:  Counsel, do you agree?
8           MS. CARUSO:  Yes.
9           (Interpreters sworn.)
10                    HANGIL SONG,
11      having been duly sworn, testified as follows:
12                    EXAMINATION
13 BY MR. STERN:
14      Q.   Mr. Song, good morning.
15      A.   Good morning.
16      Q.   As I introduced myself off the record, my name
17 is Peter Stern.  I'm an attorney with Apple representing
18 Apple in an action currently pending in California against
19 Samsung.  And we're here this morning for the purpose,
20 obviously, of taking your deposition in that action.
21           I'm going to be asking you some questions that
22 you will answer under oath.  If for any reason you don't
23 understand my question, please let me know and I'll
24 rephrase it.
25           If you'd like to take a break at any time,

```
 1  BY MR. STERN:
 2      Q.    No, I'm asking you to compare the two sets of
 3  Samsung phones to the iPhone.
 4            MS. CARUSO:  Objection, compound.
 5  BY MR. STERN:
 6      Q.    And my question is:  Which set of Samsung
 7  phones is more similar to the iPhone with respect to
 8  external appearance?
 9            MS. CARUSO:  Objection, lacks foundation, calls
10  for speculation, vague.
11      A.    Based on the drawing here --
12            LEAD INTERPRETER:  Strike that.
13      A.    Based on the picture here, I believe it to be
14  more similar to the set on the right side.
15  BY MR. STERN:
16      Q.    You believe the iPhone to be more similar to
17  the set of Samsung phones on the right side of
18  Exhibit 1477; is that correct?
19            MS. CARUSO:  Objection, vague.
20      A.    Yes, based on the picture here.
21  BY MR. STERN:
22      Q.    Who at Samsung gave the instruction to make
23  Samsung cell phones look more similar to the iPhone after
24  the release of the iPhone?
25            MS. CARUSO:  Objection, lack foundation,
```

1   assumes facts not in evidence, calls for speculation,

2   compound and argumentative.

3       A.   I have not received such instruction.

4   BY MR. STERN:

5       Q.   Irrespective of whether you personally have

6   received any such instruction, do you have any knowledge

7   or information about who at Samsung gave such an

8   instruction to Samsung designers?

9            MS. CARUSO:  Objection, lacks foundation,

10  assumes facts not in evidence, calls for speculation,

11  compound, argumentative.

12      A.   I don't know as to such.

13           CHECK INTERPRETER:  "There's nothing I know

14  about it."

15  BY MR. STERN:

16      Q.   Have you personally ever had any discussion

17  with anyone at Samsung about whether Samsung cell phones

18  look like the Apple iPhone?

19           MS. CARUSO:  Objection, vague.

20      A.   No, I have not.

21  BY MR. STERN:

22      Q.   Have you ever received any instruction from

23  anyone to design Samsung cell phones so that they resemble

24  the Apple iPhone?

25      A.   No, I have not.

1     Q.    Have you ever communicated with anyone at
2  Samsung, orally or in writing, about whether Samsung cell
3  phones look too much like the iPhone?
4           MS. CARUSO:  To the extent that you've had
5  communications with Samsung's legal counsel about this, I
6  instruct you to exclude those from your answer.
7     A.    No.
8           (HG Song Deposition Exhibit 1478 marked.)
9  BY MR. STERN:
10    Q.    Mr. Song, the court reporter has handed you a
11 copy of Exhibit 1478, which is a document we prepared
12 showing certain Samsung products released before and after
13 the Apple iPad.
14          Why did Samsung make its tablet look so similar
15 to Apple's iPad?
16          MS. CARUSO:  Objection, assumes facts not in
17 evidence, lacks foundation, vague, calls for a legal
18 conclusion, compound.
19    A.    Would you repeat your question?
20 BY MR. STERN:
21    Q.    Why did Samsung design its tablet to look so
22 similar to Apple's iPad?
23          MS. CARUSO:  Same objections.
24    A.    I'm not quite sure from what aspects you are
25 saying "similar."

```
 1  be more correct?"
 2  BY MR. STERN:
 3      Q.   Yes, I'm asking you which group of Samsung
 4  products is more similar to the iPad.
 5           MS. CARUSO:  Objection, mischaracterizes the
 6  exhibit, lacks foundation, vague.
 7      A.   In my opinion, it would be more correct to
 8  group it with the products under the heading of "Samsung
 9  after the iPad."
10  BY MR. STERN:
11      Q.   Who at Samsung gave the instruction to make
12  Samsung products look more similar to the iPad after the
13  iPad's release, with respect to external appearance?
14           MS. CARUSO:  Objection, assumes facts not in
15  evidence, lacks foundation, calls for speculation,
16  argumentative, compound and vague.
17      A.   I don't quite know.
18  BY MR. STERN:
19      Q.   Are you able to tell me what group or
20  department within Samsung has the authority to determine
21  the design of Samsung's tablet device as shown on the
22  right-hand portion of Exhibit 1478?
23           MS. CARUSO:  Objection, vague, lacks
24  foundation.
25      A.   I didn't work on the design of these products.
```

```
 1   I don't know --
 2              LEAD INTERPRETER:  Strike that.
 3       A.    There's nothing that I know of these products.
 4              (HG Song Deposition Exhibit 1479 marked.)
 5   BY MR. STERN:
 6       Q.    Mr. Song, I'm handing you -- or the court
 7   reporter has handed you Exhibit 1479, which is an exhibit
 8   we prepared to show certain Samsung packaging before and
 9   after the release of the Apple iPad.
10              MS. CARUSO:  I object to Exhibit 1479 on the
11   grounds that it mischaracterizes the record.
12   BY MR. STERN:
13       Q.    Why did Samsung design the packaging for its
14   cell phone products so that the exterior appearance of the
15   packaging looks so similar to the packaging for Apple's
16   iPhone?
17              MS. CARUSO:  Objection, assumes facts not in
18   evidence, lacks foundation, vague and argumentative.
19       A.    What aspects are you saying that they are
20   similar?
21   BY MR. STERN:
22       Q.    The external appearance of the packaging.
23              MS. CARUSO:  Same objections.
24       A.    Are you asking me as to what aspects they are
25   similar?
```

1   Q.   Yes.
2        Please tell me in what respects the external
3   appearance of the iPhone packaging is similar to the
4   Samsung packaging after the iPhone, as shown on the
5   right-hand side of Exhibit 1479.
6        MS. CARUSO:  Objection, mischaracterizes the
7   record, lacks foundation, vague.
8        (A discussion was had off the record between
9   Lead Interpreter and Check Interpreter in Korean.)
10  A.   It has six sides in terms of the box.
11       CHECK INTERPRETER:  "It is in the form of a
12  six-dimensional box."
13  A.   One has a logo on the front surface of the box.
14  The other one has a phone on the front surface of the box.
15  And when it comes to the iPhone, it has a logo on the side
16  of the box.
17       And if you look at another picture, both of
18  them have the phone on the surface, and one is showing the
19  front view; is other one is showing the side view.  And
20  both have the phone inside.
21  BY MR. STERN:
22  Q.   Mr. Song, in the testimony you just gave, do I
23  understand correctly that you're comparing the Samsung
24  packaging after the iPhone, as those pictures appear on
25  the right-hand side of Exhibit 1479, with the iPhone

1   packaging, which appears in the center of the page, than
2   the Samsung packaging before the iPhone, which appears on
3   the left-hand side of the page?
4           MS. CARUSO:  Objection, mischaracterizes the
5   record, vague, lacks foundation.
6       A.  In my opinion, if I try to group it together, I
7   think I need to group it with the three phones on the
8   right side.
9   BY MR. STERN:
10      Q.  Who at Samsung gave the instruction for Samsung
11  packaging to be designed so that its external appearance
12  became more similar to the packaging of the Apple iPhone?
13          MS. CARUSO:  Objection, assumes facts not in
14  evidence, lacks foundation, calls for speculation,
15  mischaracterizes the record.
16          Mr. Stern, I would like to know your Rule 11
17  basis for asking this question.  It is far from
18  established that Samsung even designed this packaging.
19          MR. STERN:  I'm just asking the witness a
20  question.
21          MS. CARUSO:  The question is also argumentative
22  and harassing.
23      A.  There is nothing that I'm aware of when it
24  comes to the packaging design.
25          (HG Song Deposition Exhibit 1480 marked.)

```
 1  BY MR. STERN:
 2       Q.   Mr. Song, you've been handed as Exhibit 1480 an
 3  e-mail bearing Bates numbers SAMNDCA10126953 through 957.
 4  Directing your attention to the first page of the
 5  document, Mr. Song, do you recognize an individual with
 6  the e-mail address yyhnado@samsung.com?
 7       A.   No.
 8       Q.   Please look at the last page of the document.
 9  I think you'll see the name Yeon Ho Yoo appearing.  Do you
10  see that, Mr. Song?
11       A.   Yes.
12       Q.   Do you know who Mr. or Ms. Yoo is?
13       A.   Yes.
14       Q.   Who is that person?
15       A.   He is responsible for support for mobile HR
16  group in the design team.
17       Q.   Do you recall receiving this particular e-mail
18  from Mr. Yoo?
19       A.   I don't recall.
20       Q.   Do you recognize this as the type of
21  communication that you received from Mr. Yoo periodically?
22            MS. CARUSO:  Objection, vague.
23       A.   I don't recall receiving this periodically.
24  BY MR. STERN:
25       Q.   Do you recall at any time having received an
```

48

1   e-mail from Mr. Yoo containing information contained on
2   MDnet?
3           MS. CARUSO:  Objection, lacks foundation.
4       A.   I don't recall.
5   BY MR. STERN:
6       Q.   Do you know what MDnet is?
7       A.   Yes.
8       Q.   What is MDnet?
9       A.   It is a system that manages projects.
10      Q.   The does MDnet contain any information about
11  the products of Samsung's competitors?
12          MS. CARUSO:  Objection, lacks foundation, calls
13  for speculation, vague.
14      A.   Did you ask me as to if there is information on
15  the products of our competitors?
16  BY MR. STERN:
17      Q.   Yes.
18      A.   No.
19      Q.   No, you don't know, or no, there is no
20  information on Samsung's competitors contained on MDnet?
21          MS. CARUSO:  Objection, compound.
22      A.   I meant I don't know.
23  BY MR. STERN:
24      Q.   Directing your attention to the second page of
25  this document ending in Bates number 954, do you see a