# EXHIBIT G
# FILED UNDER SEAL

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE INC., a California          )
     corporation,                       )
 5                                      )
                       Plaintiff,       )
 6                                      )
            vs.                         )  No: 11-CV-01846-LHK
 7                                      )
     SAMSUNG ELECTRONICS CO., LTD,      )
 8   a Korean business entity;          )
     SAMSUNG ELECTRONICS AMERICA,       )
 9   INC., a New York corporation;     )
     SAMSUNG TELECOMMUNICATIONS         )
10   AMERICA, LLC, a Delaware           )
     limited liability company          )
11                                      )
                       Defendants.      )
12   _____)
13
14      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16             DEPOSITION OF BO-RA KIM
17              San Francisco, California
18            Wednesday, January 11, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 45307
```

Highly Confidential Attorneys' Eyes Only

Page 5

1      and with me is Corey Cho.
2              MS. CARUSO:  Margaret Caruso Quinn
3      Emanuel, Urquhart & Sullivan for
4      Defendant Samsung.
5              THE VIDEOGRAPHER:  Would the
6      reporter please swear the witness and
7      interpreters?
8                     BO-RA KIM
9              Having been duly sworn by the
10     Certified Shorthand Reporter, through the
11     Korean Interpretes, was examined and
12     testified as follows:
13             THE VIDEOGRAPHER:  Thank you.
14     Please proceed.
15                   EXAMINATION
16  BY MR. ZHANG:
17     Q.    Good morning, Mr. Kim.
18     A.    Good morning.
19     Q.    You understand that you're
20  testifying under oath here today?
21     A.    Yes, I do.
22     Q.    And at times your attorney will
23  object; however, unless she instructs you not to
24  answer a question, you should answer my questions
25  fully and truthfully.

Highly Confidential Attorneys' Eyes Only

Page 12

1        Interpreters.)
2             THE WITNESS:  Okay.  So when it
3        was released, as far as the time frame of
4        release, it was in May of 2011.
5        Q.    And what was your role on the
6   Infuse 4G project?
7        A.    I handled the work of developing
8   four to be bound for AT&T for the Americas for
9   the Sein model.
10       Q.    Is the Sein model the Galaxy S2
11  phone?
12            MS. CARUSO:  Objection.  Vague.
13            THE WITNESS:  Yes.  That's
14       correct.
15       Q.    For the Dempsey phone, did you
16  work on its industrial design?
17       A.    Yes, I did.
18       Q.    Were you the lead industrial
19  designer for the Dempsey phone?
20            MS. CARUSO:  Objection.  Vague.
21            THE WITNESS:  Could you ask me the
22       question again, please?
23       Q.    Were you the lead industrial
24  designer for the Infuse 4G phone?
25            MS. CARUSO:  Objection.  Vague and

1           ambiguous.
2                THE WITNESS:  There was a manager
3           or managers who I talked about design
4           with.
5           Q.   So for the Infuse 4G project, who
6   did you report to in relation to industrial
7   design work?
8           A.   Aspect relating to design?
9           Q.   Yes.
10          A.   That would be Min Hyeok Lee --
11  correct.  Min, M-i-n, H-y-e-o-k, Lee, vice
12  president --
13               (Discussion in Korean between
14               Interpreters.)
15               THE WITNESS:  That was vice
16  president Min Hyeok, M-i-n, H-y-e-o-k, Lee, who
17  was the art director for the Americas at the
18  time, and also principle designer, Y-o-o-n,
19  J-u-n-g, Lee, who handled human resources for the
20  Americas.  I talked with them.
21          Q.   When you say that Mr. Yoon Jung
22  Lee handled human resources for the Americas,
23  what do you mean by that?  Can you explain?
24          A.   Well, that pertains to the
25  Samsung's organization and the roles carried out

Page 14

1  to the organizational units, so this would be
2  somewhat of a confidentiality -- there would be
3  some sort of a -- somewhat of a confidentiality
4  issue here, I would like to say that at the
5  outset.
6           But principle designer Yoon Junag
7  Lee handled the designers who belong to the
8  Americas team of designers.  As such, he divvied
9  up, assigned projects to designers, and he also
10 managed the progress of such projects.  He would
11 also attend meetings with carriers, and thereby
12 also managed the projects.
13          MS. CARUSO:  Samsung would like to
14 designate this transcript as attorneys eyes only
15 at this point.
16 BY MR. ZHANG:
17      Q.   And does Mr. Lee have input into
18 the industrial design of the products?
19          MS. CARUSO:  Also going to object
20      because I think that Yoon Jung Lee is
21      actually a woman.
22          MR. ZHANG:  I'm sorry.
23          MS. CARUSO:  But the witness can
24      correct me if I'm mistaken.
25          THE WITNESS:  As far as the

Highly Confidential Attorneys' Eyes Only

Page 98

1        hardly any benchmarking of the
2        competitor's companies, where the
3        benchmarking, so that is eliminated or
4        obviated.
5   BY MR. ZHANG:
6        Q.    But obviously in this document the
7   Infuse 4G is being compared against the iPhone 4;
8   is that correct?  On Section 4.2 and Section 4.3?
9             MS. CARUSO:  Objection.  Lacks
10       foundation.
11            THE WITNESS:  As far as the
12       performance or functionality, I think
13       there are some references.
14            MR. ZHANG:  Why don't we take a
15  break, and we'll -- I'll look at my notes, and
16  we'll try to finish up in the next session.
17            THE VIDEOGRAPHER:  The time is
18       4:08 p.m. and we are off the record.
19            (Recess taken from 4:08 p.m. to
20       4:25 p.m.)
21            THE VIDEOGRAPHER:  The time is
22       4:25 p.m. and we are back on the record.
23  BY MR. ZHANG:
24       Q.    Welcome back, Mr. Kim.  I would
25  like to mark as the next exhibit, a document

Highly Confidential Attorneys' Eyes Only

Page 99

1  titled "iPod Touch," bearing the beginning Bates
2  number SAMNDCA00209337.
3           (Exhibit 1228 was marked for
4       identification.)
5       Q.   Mr. Kim, have you seen this
6  document before?
7       A.   No, I have not seen this.
8       Q.   In the course of your work at
9  Samsung, do you receive reports of Apple product
10 releases?
11           MS. CARUSO:  Objection.  Vague.
12           THE WITNESS:  No.
13      Q.   Do you receive analyses of Apple
14 products, like this document before you, about
15 the iPod touch?
16           MS. CARUSO:  Objection.  Vague.
17           THE WITNESS:  No.
18      Q.   Do you receive comparisons of
19 Apple products on the one hand with Samsung
20 products on the other hand?
21           MS. CARUSO:  Objection.  Vague.
22      Compound.
23           THE WITNESS:  No.
24      Q.   Do you receive recommendations
25 from anyone to move Samsung's product designs

1   closer to Apple's product designs?
2           A.   No.  That's never happened.
3           Q.   Do you know what the development
4   planning team is?  Referred to on the face of the
5   document before you?
6                MS. CARUSO:  Objection.  Vague.
7                THE WITNESS:  I do not really
8           know.
9           Q.   You said you don't really know.
10  Do you have an idea?
11               MS. CARUSO:  Objection.  Vague.
12               THE WITNESS:  I do not really know
13          as far as this is concerned, meaning-
14          wise, whether this is referring to
15          product development planning or
16          mechanical development planning team.
17          Q.   Do you know what the product
18  development planning team does?
19               MS. CARUSO:  Objection.  Vague.
20               THE WITNESS:  Considering that I'm
21          not a part of the product development
22          planning team, I would not exactly know
23          precisely what kind of work they do.  But
24          roughly, my understanding is that they
25          would plan the models that are produced

Page 101

1          by Samsung and released by Samsung, and
2          until the point in time of the release,
3          that this team handles all related
4          processes.
5     Q.   What about the mechanical
6  development planning team?  Do you know what that
7  team's function is within Samsung?
8               MS. CARUSO:  Objection.  Vague.
9               THE WITNESS:  My understanding is
10         that there is no such department as
11         mechanical development planning team.
12         Yeah, as far as I know, they do not
13         exist.
14              CHECK INTERPRETER:  "My
15         understanding is that there's no such
16         department called 'mechanical development
17         planning team.'  As far as I know,
18         there's no such department within the
19         company exists."
20  BY MR. ZHANG:
21     Q.   I'm sorry.  I think I may have
22  gotten confused because I thought in the prior
23  answer the witness had indicated that he wasn't
24  sure whether the document was referring to the
25  product development planning team or the