Case 5:11-cv-01846-LHK   Document 2021-90   Filed 10/02/12   Page 1 of 15

# EXHIBIT H
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
           HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4            Civil Action No:   11-CV-01846-LHK

 5
   APPLE INC., a California corporation,
 6

 7              Plaintiff,

 8  vs.

 9  SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
10  SAMSUNG ELECTRONICS AMERICA, INC.,
    a New York corporation; and
11  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
12

13              Defendants.

14  _____

15

16             *** HIGHLY CONFIDENTIAL ***
                  ATTORNEYS' EYES ONLY
17

18          VIDEOTAPED PERSONAL DEPOSITION OF:

19                     SUN YOUNG YI

20

21

22                   February 8, 2012
                       Kim & Chang
23                  Seoul, South Korea
                   9:47 a.m. - 5:28 p.m.
24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

```
 1  this venue.  Nevertheless, we request she administer
 2  the oath and we stipulate that we waive any
 3  objection to the validity of the deposition based on
 4  the oaths.
 5           MS. NEILL:  I agree.
 6           (Interpreters sworn.)
 7  WHEREUPON,
 8                    SUN YOUNG YI,
 9  having been first duly sworn as noted above, was
10  examined and testified through the interpreter as
11  follows:
12                    EXAMINATION
13  BY MR. ZHANG:
14      Q    Good morning, Ms. Yi.  You understand that
15  there is a lawsuit currently pending between Apple
16  and Samsung in the United States court situated in
17  California?
18      A    Yes.
19      Q    And you understand that you are here today
20  to give testimony that may be used in that case?
21      A    Yes.
22      Q    Your attorney will object to my questions
23  from time to time, but unless she instructs you not
24  to answer, you should answer my questions fully and
25  truthfully.  Do you understand that?
```

```
 1  don't think there was anything here that I
 2  contributed.
 3      Q    What was the purpose of this iPhone 3G UX
 4  analysis?
 5          MS. NEILL:  Objection.  Mischaracterizes
 6  the record.  Lacks foundation.
 7      A    Well, given that I don't quite know as to
 8  what the contents of this document is about, I do
 9  not quite know as to the purpose thereof.
10  BY MR. ZHANG:
11      Q    So regardless of whether you actually
12  worked on the analysis, do you recall there being
13  analysis of the iPhone 3G UX being performed by the
14  TN Design Group around July of 2008?
15      A    Well, I do not exactly recall something to
16  such effect, but just routinely, whenever new
17  products are put out, we conduct such a type of
18  analysis so I would surmise that there probably
19  would have been such.
20      Q    And when new products are put out, why did
21  Samsung prepare analyses such as this one on
22  competitors' UX?
23          MS. NEILL:  Objection.  Mischaracterizes
24  the record.
25      A    Well, as far as I would be concerned -- to
```

```
 1   the extent of my recollection, I think to size up
 2   the trends in the industry, you know, that's a
 3   given.
 4   BY MR. ZHANG:
 5       Q    And do you recall reading this document
 6   sometime in 2008 for the purpose of sizing up the
 7   trends in the industry?
 8       A    No, I do not recall reading this.
 9       Q    When you were a member of the Design
10   Strategy Part from 2006 to 2009, do you recall
11   giving instructions to Samsung's user interface
12   designers based on what you learned from competitive
13   analysis of third-party products?
14            MS. NEILL:  Objection.  Mischaracterizes
15   prior testimony.  Vague.  Lacks foundation.
16       A    Seems to me that I have, I think,
17   conducted some competition analysis, according to my
18   recollection.  It also seems to me that I have also
19   prepared some report, but I don't think I have given
20   any instructions.
21   BY MR. ZHANG:
22       Q    So you don't recall giving instructions to
23   Samsung user interface designers in your -- when you
24   were working in a Design Strategy Part from 2006 to
25   2009 about how a user interface should look?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

61

```
 1              MS. NEILL:  Objection.  Mischaracterizes
 2   prior testimony.  Vague.
 3        A    Right.  Insofar as my recollection goes,
 4   that's right.
 5              MR. ZHANG:  I'll mark as the next exhibit
 6   a document Bates-labeled SAMNDCA10625582.  It
 7   appears to be an e-mail chain ending with an e-mail
 8   from Mr. Dok Shin Lim to Ms. Yi dated August 6,
 9   2008.
10              (Exhibit S.Y. Yi 1434 was marked for
11   identification.)
12   BY MR. ZHANG:
13        Q    If you could please review the e-mail
14   chain, Ms. Yi.
15              Ms. Yi, do you recognize this e-mail
16   chain?
17        A    Not that I recall precisely, but I think I
18   have seen this.
19        Q    And I'll point your -- direct your
20   attention to the second page of the document where
21   there's an e-mail from what appears to be yourself
22   to Mr. Dok Shin Lim and Miss Sunny Yang dated August
23   6, 2008.
24              Do you recognize that e-mail?
25        A    I don't exactly recall, though.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

92

```
 1      Q    I'll mark -- well, I won't mark, I would
 2  like to show the witness Exhibit 1477 that was
 3  previously marked at the Han Gil Song deposition.
 4           Ms. Yi, are you familiar with Samsung
 5  mobile phones that were released before 2007?
 6           MS. NEILL:  Objection, vague.
 7      A    I'm not sure if I understand what is meant
 8  by to be "familiar."
 9  BY MR. ZHANG:
10      Q    Do you know what they look like?
11           MS. NEILL:  Objection, vague.  Counsel,
12  are you talking about all Samsung phones released
13  before 2007, if she knows what every phone looks
14  like?
15  BY MR. ZHANG:
16      Q    Have you seen some of them, some of the
17  Samsung phones released before 2007?
18      A    There are some models that I know about.
19      Q    And are you familiar with the looks of
20  some of the Samsung phones released since 2007?
21           MS. NEILL:  Objection, vague.
22      A    When you ask as to the looks, as
23  translated into Korean, I'm not, in fact, sure if I
24  really understand what you are getting at.
25  BY MR. ZHANG:
```

```
 1      Q    Are you familiar with outward appearance
 2  of the Samsung Galaxy line of phones?
 3           MS. NEILL:  Objection, vague.
 4      A    You know, I don't know if I understand
 5  what is meant by "familiar."
 6  BY MR. ZHANG:
 7      Q    So I'll represent to you that the exhibit
 8  in front of you has some Samsung phones that were
 9  released before the iPhone and some Galaxy phones
10  that were released after the iPhone, and I'll ask
11  you:  Why does Samsung make its Galaxy series of
12  phones look so similar to Apple's iPhone?
13           MS. NEILL:  Objection.  Mischaracterizes
14  the record, assumes facts not in evidence.  As far
15  as I can tell, this exhibit consists entirely of
16  attorney argument.
17      A    Given that I'm not a product designer,
18  there is no knowledge on my part.
19  BY MR. ZHANG:
20      Q    Who at Samsung gave instruction to make
21  the Galaxy series of phones look so similar to
22  Apple's iPhone?
23           MS. NEILL:  Objection.  Lack foundation.
24  Assumes facts not in evidence.  Calls for
25  speculation.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

94

```
 1      A    Well, with respect to the notion of
 2   "similar," it's unclear to me as to whether that's
 3   in terms of the external appearance or what.
 4   BY MR. ZHANG:
 5      Q    What about S2, the internal appearance --
 6   I mean the external appearance?
 7      A    I'm not charged with the external design
 8   so there isn't anything -- any understanding on my
 9   part.
10           MR. ZHANG:  I would like to mark as the
11   next exhibit a Samsung Galaxy S Vibrant phone.
12           (Exhibit S.Y. Yi 1444 was marked for
13   identification.)
14   BY MR. ZHANG:
15      Q    And if you could please take it out of the
16   box, and I would like to actually show you two
17   display screens.  And I'll hand you the iPhone that
18   was marked earlier and you can -- I'll hand you the
19   phone that is in the app screen of the Galaxy S
20   menu.
21           Would you please show that to the camera.
22           Why did Samsung make the graphical user
23   interface of its Galaxy phones so similar to Apple's
24   iPhones?
25           MS. NEILL:  Objection.  Mischaracterizes
```

```
 1   the record.  Assumes facts not in evidence.  Calls
 2   for speculation.  Vague.
 3        A    I'm sorry.  Were you asking as to who made
 4   such a -- gave such an order?
 5   BY MR. ZHANG:
 6        Q    I think my question was "why."
 7             MS. NEILL:  Same objections.
 8        A    Are you asking as to my personal opinion?
 9   BY MR. ZHANG:
10        Q    Yes.
11        A    Well, the way I look at them, they don't
12   look similar.
13        Q    Who at Samsung gave the instruction to
14   make the user interface of the Galaxy S phones so
15   similar to the iPhone?
16             MS. NEILL:  Objection.  Mischaracterizes
17   the record.  Assumes facts not in evidence.  Calls
18   for speculation.
19        A    As far as my understanding goes, nobody.
20   BY MR. ZHANG:
21        Q    I would like to show the witness what was
22   previously marked as Exhibit 1478 at the Han Gil
23   Song deposition.  And I'll represent to you that the
24   tablet shown on the leftmost side is the Samsung Q1
25   tablet released before the iPad and on the rightmost
```

```
 1  is the Galaxy 10.1 tablet released after the iPad.
 2          And why did Samsung make its tablet 10.1
 3  look so similar to Apple's iPad?
 4          MS. NEILL:  Objection.  This exhibit
 5  appears to consist entirely of attorney argument.
 6  It mischaracterizes the record.  Assumes facts not
 7  in evidence.  The question calls for speculation.
 8      A   I have no understanding, given that I am
 9  not a product designer.
10  BY MR. ZHANG:
11      Q   And who at Samsung gave the instruction to
12  make the Samsung tablet 10.1 so similar to the iPad?
13          MS. NEILL:  Objection.  Mischaracterizes
14  the record.  Assumes facts not in evidence.  Calls
15  for speculation.  Lacks foundation.
16      A   I'm not the person handling this, so there
17  isn't any understanding on my part.
18  BY MR. ZHANG:
19      Q   And I would like to show the witness what
20  was previously marked as Exhibit 1479 in the Han Gil
21  Song deposition, and I'll represent to you that on
22  the left side is Samsung packaging for its phones
23  released before the iPhone and on the right is its
24  packaging for Samsung Galaxy S phones released after
25  the iPhone.
```

```
 1            Why did Samsung make the packaging for its
 2   Galaxy series of phones look so similar to the
 3   packaging for Apple's iPhone?
 4            MS. NEILL:  Objection.  Mischaracterizes
 5   the record.  Assumes facts not in evidence.  This
 6   exhibit appears to consist entirely of attorney
 7   argument.
 8       A    There is no understanding on my part given
 9   that I'm not a packaging designer.
10   BY MR. ZHANG:
11       Q    So the iPhone packaging shown in this
12   photograph doesn't look similar to the Samsung
13   Galaxy S packaging shown in this exhibit?
14            MS. NEILL:  Objection.  Vague.  Lacks
15   foundation.
16       A    Are you asking as to my personal opinion
17   concerning the fact that it does not appear to be
18   similar?
19   BY MR. ZHANG:
20       Q    Yes.  I'm asking the question that I asked
21   to you in a -- you know, to you.
22            MS. NEILL:  Objection, vague, lacks
23   foundation.
24       A    I'm not too sure.
25   BY MR. ZHANG:
```

```
 1       Q    Who at Samsung gave the instruction to
 2  make the packaging for its Galaxy series of phones
 3  look so similar to the packaging for Apple's iPhone?
 4            MS. NEILL:  Objection.  Mischaracterizes
 5  the record.  Assumes facts not in evidence.  Lacks
 6  foundation.  Calls for speculation.
 7       A    It's not something I know about.
 8  BY MR. ZHANG:
 9       Q    I'd would like to mark as the next exhibit
10  a document Bates-labeled SAMNDCA00203811 -- I'm
11  sorry.  I misstated the Bates label.  It's labeled
12  SAMNDCA00203727.
13            (Exhibit S.Y. Yi 1445 was marked for
14  identification.)
15  BY MR. ZHANG:
16       Q    Ms. Yi, if you could review this document,
17  and I'll just state for the record that the
18  document's title is "P1 versus iPad App Strength and
19  Weakness Comparative Analysis" and appears to be
20  dated April 20th, 2010.
21            MS. NEILL:  Objection.  Mischaracterizes
22  the record.
23  BY MR. ZHANG:
24       Q    Ms. Yi, do you recognize this document?
25       A    I don't think I have seen this.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

99

```
 1      Q    Do you know who the UX innovation task
 2  force is?
 3      A    I have heard of them -- I have heard of
 4  their name, but I don't know quite as to what they
 5  do.
 6      Q    But you know of them as a group within
 7  Samsung.  Is that correct?
 8      A    I'm not too sure.
 9           MR. ZHANG:  I'll mark as the next exhibit
10  a document Bates-labeled SAMNDCA00203811.  And it
11  bears the title "iPad versus Honeycomb P5 UX
12  Competitive Comparison" dated February 10, 2011.
13           MS. NEILL:  Objection to the question.
14  Mischaracterizes the statement -- I apologize.
15  Mischaracterizes the record.
16           (Exhibit S.Y. Yi 1446 was marked for
17  identification.)
18  BY MR. ZHANG:
19      Q    I'll ask Ms. Yi to review the document,
20  please.
21           Ms. Yi, do you recognize this document?
22      A    I don't think I have seen this.
23      Q    In February 2010, were you a part of the
24  Mobile UX Design Group?
25      A    Yes, I think so.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

116

```
 1                  C E R T I F I C A T E

 2   (SEOUL)

 3   (SOUTH KOREA)

 4
             I, Jodi Harmon, Registered Merit Reporter
 5   and Certified Realtime Reporter, do hereby certify
     that the aforementioned witness was first duly sworn
 6   as noted by stipulation of counsel to testify the
     whole truth; that I was authorized to and did report
 7   said deposition in stenotype; and that the foregoing
     pages are a true and correct transcription of my
 8   shorthand notes of said deposition.

 9           I further certify that said deposition was
     taken at the time and place hereinabove set forth
10   and that the taking of said deposition was commenced
     and completed as hereinabove set out.
11
             I further certify that I am not attorney
12   or counsel of any of the parties, nor am I a
     relative or employee of any attorney or counsel of
13   party connected with the action, nor am I
     financially interested in the action.
14
             The foregoing certification of this
15   transcript does not apply to any reproduction of the
     same by any means unless under the direct control
16   and/or direction of the certifying reporter.

17

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 9th day of February, 2012.

20
                          _____
21

22                        JODI HARMON
                          Registered Merit Reporter
23                        Certified Realtime Reporter

24

25
```