# EXHIBIT K
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 1

```
1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                      SAN JOSE DIVISION
4
5    APPLE, INC., a California    )
     corporation,                 )
6                                 )
         Plaintiff,               )
7                                 )
     VS.                          )   NO. 11-cv-01846-LHK
8                                 )
     SAMSUNG ELECTRONICS CO.,     )
9    LTD., a Korean business      )
     entity; SAMSUNG ELECTRONICS  )
10   AMERICA, INC., a New York    )
     corporation; SAMSUNG         )
11   TELECOMMUNICATIONS AMERICA,  )
     LLC, a Delaware limited      )
12   liability company,           )
                                  )
13       Defendants.              )
14
15
16       HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
17           ORAL AND VIDEOTAPED DEPOSITION OF
18                    TIMOTHY SHEPPARD
19                   JANUARY 24, 2012
20                      DALLAS, TX
21
22
23
24   Reporter: Therese Casterline
25   TSG Job: 45458
```

Highly Confidential - Attorneys' Eyes Only

Page 6

|    |                                                                 |       |
|----|-----------------------------------------------------------------|-------|
| 1  | P R O C E E D I N G S                                           | 09:00 |
| 2  | THE VIDEOGRAPHER: We are now on record.                         | 09:01 |
| 3  | The date is January 24th, 2012. The time is 9 o'clock           | 09:01 |
| 4  | a.m. I'm Richard Buckelew, the videographer. The                | 09:01 |
| 5  | court reporter is Therese Casterline.                           | 09:01 |
| 6  | This is the deposition of Tim Sheppard in                       | 09:01 |
| 7  | the case Apple, Incorporated versus Samsung Electronics         | 09:01 |
| 8  | Company.                                                        | 09:01 |
| 9  | Counsel will please introduce themselves,                       | 09:01 |
| 10 | after which the court reporter will swear in the                | 09:01 |
| 11 | witness.                                                        | 09:02 |
| 12 | MR. OLSON: Erik Olson for Morrison &                            | 09:02 |
| 13 | Foerster on behalf of Apple.                                    | 09:02 |
| 14 | MS. ZINITI: Cecilia Ziniti from                                 | 09:02 |
| 15 | Morrison & Foerster, also on behalf of Apple.                   | 09:02 |
| 16 | MR. LASHER: And?                                                | 09:02 |
| 17 | MR. OLSON: That's Terry Musika of                               | 09:02 |
| 18 | Invotex.                                                        | 09:02 |
| 19 | MR. LASHER: Great. Alex Lasher, Quinn                           | 09:02 |
| 20 | Emanuel Urquhart & Sullivan, on behalf of Samsung and           | 09:02 |
| 21 | the witness, and with me is Jeff Myung from Samsung.            | 09:02 |
| 22 | TIMOTHY SHEPPARD,                                               | 09:02 |
| 23 | having been first duly sworn, testified as follows:             | 09:02 |
| 24 | EXAMINATION                                                     | 09:02 |
| 25 | BY MR. OLSON:                                                   | 09:02 |

Highly Confidential - Attorneys' Eyes Only

|  |  | Page 108 |
|---|---|---|
| 1 | Q.  Who is that? | 11:53 |
| 2 | A.  The current global head is H.D. Lee -- no, | 11:53 |
| 3 | I'm -- DJ Lee. | 11:53 |
| 4 | Q.  Is there anyone else from SEC who attends on a | 11:53 |
| 5 | regular basis? | 11:53 |
| 6 | A.  Yes.  There are North American associates who | 11:53 |
| 7 | are focused on the North American market. | 11:53 |
| 8 | Q.  And who attends? | 11:53 |
| 9 | A.  I don't recall their names. | 11:53 |
| 10 | Q.  Oh. | 11:53 |
| 11 | A.  So basically many of his staff will attend. | 11:53 |
| 12 | Q.  How many people from SEC usually join? | 11:53 |
| 13 | A.  Three to five, maybe. | 11:53 |
| 14 | Q.  Other than going over the Pumi report, what | 11:53 |
| 15 | else is reviewed during that meeting? | 11:54 |
| 16 | A.  Typically that, I believe.  I -- I don't | 11:54 |
| 17 | attend the meetings regularly myself. | 11:54 |
| 18 | Q.  Okay.  Is there any regular meeting in which | 11:54 |
| 19 | Mr. J.K. Shin comes to STA and presents on a regular | 11:54 |
| 20 | basis? | 11:54 |
| 21 | A.  J.K. Shin regularly visits STA. | 11:54 |
| 22 | Q.  But is there a clock or timeline or meeting | 11:54 |
| 23 | which he -- which he attends every year, every month, | 11:54 |
| 24 | every quarter or anything like that? | 11:54 |
| 25 | A.  No, no. | 11:54 |

Highly Confidential - Attorneys' Eyes Only

Page 109

| | | | |
|---|---|---|---|
| 1 | Q. | And the same question as to Mr. Choi. | 11:54 |
| 2 | A. | In the four years I've been with the company, | 11:54 |
| 3 | | he has been to STA twice. | 11:54 |
| 4 | Q. | What were the purposes of those meetings? | 11:54 |
| 5 | A. | General review. | 11:54 |
| 6 | Q. | When were they? | 11:54 |
| 7 | A. | Once in 2008, and most recently in Q4 of 2011. | 11:54 |
| 8 | Q. | Q4 2011, so just last quarter? | 11:55 |
| 9 | A. | Yeah. | 11:55 |
| 10 | Q. | When last quarter? | 11:55 |
| 11 | A. | I don't recall exactly. | 11:55 |
| 12 | Q. | Did you attend the meeting? | 11:55 |
| 13 | A. | Yes. | 11:55 |
| 14 | Q. | What was the purpose of his visit? | 11:55 |
| 15 | A. | A general review of the -- STA's performance. | 11:55 |
| 16 | Q. | And who made presentations during it? | 11:55 |
| 17 | A. | Major department heads. | 11:55 |
| 18 | Q. | Did you? | 11:55 |
| 19 | A. | No. | 11:55 |
| 20 | Q. | Did Mr. Rosenberg? | 11:55 |
| 21 | A. | Yes. | 11:55 |
| 22 | Q. | Did Mr. Sohn? | 11:55 |
| 23 | A. | No. | 11:55 |
| 24 | Q. | Who else other than Mr. Rosenberg do you | 11:55 |
| 25 | | remember that -- that deals with the wireless terminals | 11:55 |

```
                                                              Page 110
 1   division or mobile handset division made presentations?   11:55
 2       A.   The head of marketing.                           11:55
 3       Q.   Who is that?                                     11:55
 4       A.   Todd Pendleton.  I think we talked about         11:55
 5   him --                                                    11:55
 6       Q.   Uh-huh.                                          11:55
 7       A.   -- before.                                       11:55
 8       Q.   Yes.                                             11:55
 9       A.   And Justin Denison, I believe, presented.        11:55
10       Q.   Uh-huh.  Anyone else you can recall?             11:56
11       A.   No, I don't -- I think those are the main --     11:56
12   major people.  We had nonwireless terminal people         11:56
13   present, but you're not interested in that.               11:56
14       Q.   No, just wireless terminal.                      11:56
15            To your knowledge, does STA purchase any         11:56
16   data from third parties on market share information?      11:56
17       A.   No, not to the best of my knowledge.             11:56
18       Q.   Okay.  Are you -- other than the internal        11:56
19   estimates that are prepared by the sales staff in a       11:56
20   manner you talked about, are you aware of any other way   11:56
21   in which it -- STA buys, obtains or procures market       11:56
22   share information?                                        11:56
23       A.   Yes.                                             11:56
24       Q.   How?                                             11:56
25       A.   We discuss on a regular basis with Strategy      11:56
```