# EXHIBIT L
# FILED UNDER SEAL

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

# UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, DC

Before The Honorable E. James Gildea
Administrative Law Judge

| In the Matter of: | |
|---|---|
| CERTAIN ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES, PORTABLE MUSIC AND DATA PROCESSING DEVICES, AND TABLET COMPUTERS | Investigation No. 337-TA-794 |

## DECLARATION OF JAEWAN CHI

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER**

I, Jaewan Chi, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Complainants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC. I have personal knowledge of the factual information set forth herein.

2. I am an Executive Vice President in the Intellectual Property Center at Samsung Electronics Co., Ltd. I supervise approximately 35 employees.

3. I do not oversee Samsung's participation in the European Telecommunications Standards Institute (ETSI) and am not personally involved in ETSI.

4. I attended a mediation between Samsung and Apple on December 20 and 21, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry. Executed on the 8th day of February 2012 at Tokyo, Japan.

_Jaewan Chi_
Jaewan Chi