# EXHIBIT M
# FILED UNDER SEAL

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, DC

Before The Honorable E. James Gildea
Administrative Law Judge

In the Matter of:

CERTAIN ELECTRONIC DEVICES,
INCLUDING WIRELESS
COMMUNICATION DEVICES,
PORTABLE MUSIC AND DATA
PROCESSING DEVICES, AND TABLET
COMPUTERS

Investigation No. 337-TA-794

DECLARATION OF SEUNGHO AHN

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

I, Seungho Ahn, hereby declare as follows:

1.      I make this declaration in support of the Motion for a Protective Order filed by Complainants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC. I have personal knowledge of the factual information set forth herein.

2.      I am an Executive Vice President and Head of the Intellectual Property Center at Samsung Electronics Co., Ltd.  I supervise approximately 250 employees.

3.      Jaewan Chi, Minhyung Chung, and Kenneth Korea all report directly to me.

4.      I do not oversee Samsung's participation in the European Telecommunications Standards Institute (ETSI) and am not personally involved in ETSI.

5.      I attended a mediation between Samsung and Apple on December 20 and 21, 2011.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.  Executed on the 7th day of February 2012 at Suwon, Korea.

_____
Seungho Ahn