QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S FIRST AMENDED AND SUPPLEMENTAL IDENTIFICATION OF CUSTODIANS, LITIGATION HOLD NOTICES AND SEARCH TERMS**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

1    Pursuant to the Court's September 28, 2011 Order, Defendants and Counterclaimants
2  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3  Telecommunications America, LLC (collectively "Samsung") hereby serve the following
4  identifications of custodians, litigation hold notices and discovery search terms.   Disclosure of
5  the below document collection information and the attached exhibits pursuant to the Court's Order
6  does not constitute waiver of attorney client, work product, or any other applicable privilege.

## LITIGATION HOLD NOTICES

SEC Litigation Hold Notices

| Litigation Notice (exhibit) | Date of Litigation Notice | Language | Recipients |
|---|---|---|---|
| A | 8-23-2010 | English | See Exhibit S |
| B | 9-3-2010 | Korean | See Exhibit S |
| C | 4-21-2011 | English | All SEC custodians (approximately 2,841 individuals) |
| D | 4-21-2011 | Korean | All SEC custodians (approximately 2,841 individuals) |
| E | 5-11-2011 | English | All SEC custodians (approximately 2,841 individuals) |
| F | 5-11-2011 | Korean | All SEC custodians (approximately 2,841 individuals) |
| G | 7-11-2011 | English | All SEC custodians (approximately 2,841 individuals) |
| H | 7-12-2011 | Korean | All SEC custodians (approximately 2,841 individuals) |
| I | 5-18-2011 | Korean | See Exhibit T |
| J | 7-18-2011 | Korean | See Exhibit T |

STA Litigation Hold Notices

| K | 4-20-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |
|---|---|---|---|
| L | 4-25-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |
| M | 7-8-2011 | English | See Exhibit U |

| | | | |
|---|---|---|---|
| N | 5-25-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |

SEA Litigation Hold Notices

| | | | |
|---|---|---|---|
| O | 4-21-2011 | English | All SEA personnel (approximately 850 individuals) |
| P | 4-21-2011 | Korean | All SEA personnel (approximately 850 individuals) |
| Q | 6-20-2011 | English | All SEA personnel (approximately 850 individuals) |
| R | 7-8-2011 | English | All SEA personnel (approximately 850 individuals) |

## SEARCH TERMS USED IN DISCOVERY

| Documents Subject to Search Term | Search Terms |
|---|---|
| Emails from Jinsoo Kim; Jung Min Yeo; Minhyouk Lee; GiYoung Lee; Yongseok Bang; Bo-ra Kim; Yunjung Lee | Apple or 애플 or A 사 or A 社 or A4 or A Company or iPhone or 아이폰 or iPad or 아이패드 or Infuse or Dempsey or Galaxy or Behold or Vibrant or Droid Charge or Stealth or P4 or P5 |
| Other (non-email) documents collected from Jinsoo Kim; Jung Min Yeo; Minhyouk Lee; GiYoung Lee; Yongseok Bang; Bo-ra Kim; Yunjung Lee. | Each document was reviewed manually;<br><br>AND<br><br>The following search terms also were used to ensure that documents including these terms were not inadvertently missed during the manual review:<br><br>Apple or 애플 or A 사 or A 社 or A4 or A Company or iPhone or 아이폰 or iPad or 아이패드<br><br>AND<br><br>The following search terms also were run again on these custodians' hard drives and email accounts to ensure that documents including these terms were not inadvertently missed during the prior two reviews:<br><br>iPhone or 아이폰 or iPad or 아이패드 |

| Custodial Files (ie. Entire Hard Drive and Email Account) Subject to Search Term | Search Terms |
|---|---|
| Jeeyeun Wang; Ahyoung Kim; Min Kyung Kim; SeungHun Yoo. | iPhone or 아이폰 or iPad or 아이패드 |
| Jaegwan Shin; Ioi Lam; Qi Ling | Apple or A Company or 애플 or A 사 or A 社 or A4 or iPhone or 아이폰 or iPad or 아이패드 or "bounce effect" |
| Wookyun Kho; Kihyung Nam; Dooju Byun | iPhone or 아이폰 or iPad or 아이패드 and bounce or 바운스 |
| Sungwook Kwon; Jinna Yoon | iPhone or 아이폰 or iPad or 아이패드 or Infuse or Galaxy or Droid Charge or Tab 10.1 |

| | |
|---|---|
| Don Joo Lee*<br><br>*Date restriction of March 2 to March 31, 2011 applied | iPhone or 아이폰 or iPad or 아이패드 or redesign or 재디자인 or "design change" or "디자인 변경" or Galaxy Tab or design or 디자인 or P3 or P4 |

| | |
|---|---|
| Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee (inventors of U.S. Pat. No. 6,928,604 )<br><br>Date Range: on or before August 9, 2005 | "transport block concatenation" or "frame concatenation" or "input data frame concatenation" or "turbo coding of superframe" or "turbo encoder for superframe" or "channel coding section for turbo code" or "Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS" or "6,928,604" or "6928604" or "282851" or "282,851" or "1998-11380" or "98-11380" or 393784 |
| Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi (inventors of U.S. Pat. No. 7,050,410)<br><br>Date Range: on or before May 23, 2006 | "uplink transmitting device" or "bit separator" or "bit separation" or "bit separation" or "interleaving rule" or "interleaved stream" or "interleaved symbols" or "radio frame segmenter" or "radio frame segmentation" or "parity stream" or "parity symbol" or "parity bit stream" or "TSG-RAN Working Group1" or "TSGR1" or "410 patent" or "7050410" or "7,050,410," "613068" or "613,068" or "99-027407" or "1999-27407" or "99-030095" or "1999-30095" or "99-037496" or "1999-37496" or "Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System" |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Hun-Kee Jim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon (inventors of U.S. Pat. No. 7,200,792)<br><br>Date Range: on or before April 3, 2007 | 인터리버 or (interleaver and "systematic bits") or (interleaver and "parity bits") or SMP or "symbol mapping" or "Interleaving apparatus and method for symbol mapping in an HSDPA mobile communication system" or "7,200,792" or "7200792" or "324,215" or "324215" or "10-2001-0083064" |
| 8<br>9<br>10<br>11<br>12<br>13<br>14 | Jae-Yoel Kim, Hee-Won Kang (inventors of U.S. Pat. No. 7,362,867); Kunpo-shi<br><br>Date Range: on or before April 22, 2008 | "primary scrambling code" or "secondary scrambling code" or "m-sequence generator" or "((K-1)*M+K+1)" or "downlink scrambling code generator or "mask function" or "masking function" or "I-channel component" or "Q-channel component" or "generator polynomial of degree 18" or "((K-1)*M+K+1)" or "downlink scrambling code generator or "mask function" or "masking function" or "1999-27279" or "7362867" or "7,362,867" or "611,518" or "611518" |
| 15<br>16<br>17<br>18<br>19<br>20 | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak (inventors of U.S. Pat. No. 7,447,516)<br><br>Date Range: on or before November 4, 2008 | "7,447,516" or "7447516" or "Hybrid Automatic Retransmission Request" or ("HARQ" and "power") or "maximum allowable transmit power" or "transmit power factor" or "Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service" or "148,181" or "141181" or "10-2004-0042300" or "10-2004-0062190" or "10-2004-0073552" or "10-2004-0093947" or "10-2005-0029192" |
| 21<br>22<br>23<br>24<br>25<br>26 | Seong-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde (inventors of U.S. Pat. No 7,675,941)<br><br>Date Range: on or before March 9, 2010 | "protocol data unit header" or "PDU header" or "radio link control PDU" or "RLC protocol data unit" or "length indicator" or "extension bit" or "e-bit" or "417219" or "417,219" or "941" or "7675941" or "7,675,941" or "Method and Apparatus for Transmitting/Receiving Packet Data Using Pre-Defined Length Indicator in a Mobile Communication System" or "10-2005-0037774" |
| 27<br>28 | Jae-Min Kim, Jeong-Seok Oh, Sang-Ryul Park (inventors of | "digital image processing" or "reproduction mode" or "Portable Composite Communication Terminal for Transmitting/Receiving and Images, |

| | |
|---|---|
| U.S. Pat. No. 7,577,460)<br><br>Date Range: on or before August 18, 2009 | and Operation Method and Communication System Thereof" or "7577460" or "7,577,460" or "11/493,754" or "493,754" or "493754" or "7139014" or "7,139,014" or "7,526,323" or "7526323" or "540830" or "540,830" or "003,222" or "003222" or "1999-11179" |
| Moon-Sang Jeong (inventor of U.S. Pat. No. 7,698,711)<br><br>Date Range: on or before April 13, 2010 | "audio processor unit" or (indication and "music file") or "music background play object" or ("application module" and "applet") or "interface for music play" or ("portable terminal" and MP3) or "Multi-tasking apparatus and method in portable terminal" or "MP3BGM" or "7,698,711" or 7698711 or 778466 or "778,466" or "10-2005-0079921" |
| Byuk-soo Son, Sung-ho Eun (inventors of U.S. Pat. No. 7,456,893)<br><br>Date Range: on or before November 25, 2008 | "digital image processing" or ("index value" and image) or "digital signal processor" or "mobile visual phone" or "Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method" or "11/167851" or "10-2005-0021335" or "7456893" or "7,456,893" |
| Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee (inventors of U.S. Pat. No. 7,386,001)<br><br>Date Range: on or before June 10, 2008 | "radio frame matchers" or "radio frame segmenter" or "transmission time intervals" or "TTI" or "physical channel frame" or "filler bits" or "TSG-RAN Working Group1" or "TSGR1" or "001 patent" or "7386001" or "7,386,001" or "603062" or "603,062" or "Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System" or "1999-26221" or "1999-27163" |

**CUSTODIANS**

A list of all custodians is provided as Amended and Supplemental Exhibit V.

DATED: November 30, 2011