# HTC Touch HD Take Apart

iPod PD - 11/12/08

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360047

# Specifications

| | |
|---|---|
| Enclosure Type | Molded plastic with soft touch paint |
| Display Size | 3.8" Display (65K colors)<br>Resolution: 480x800 pixels |
| Overall Dimensions | 115 x 62.8 x 12 mm |
| Weight | 147g |
| Battery Life | 1350 mAh Li-Ion<br>Stand-by: up to 450 hrs<br>Talk: up to 6 h 30 min |
| Storage Size | microSD card slot |
| Key Features | 288 MB RAM, 512 MB ROM<br>Qualcomm MSM7201A 528 Mhz<br>processor |
| | 5.0MP camera, autofocus, video<br>(CIF@30fps), secondary VGA CMOS<br>videocall camera |
| | HTC TouchFLO 3D finger swipe navigation |
| | Built-in GPS receiver<br>A-GPS function |
| | Bluetooth 2.0 with A2DP |



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360048

# LCD and Touch Pad Details

| Critical Dimensions (mm) | |
|---|---|
| Touch Pad outer Film | 0.45 |
| Touch Pad Panel | 1.15 |
| **Touch Pad** | 1.6 |
| **Entire LCM** | 1.63 |
| **TouchPad and LCM** | 3.23 |



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360049

# Outer Enclosure: Molded plastic with soft touch paint

Assembly methods: tabs, screws

alignment screw holes

Shown without PCB and flex





tabs

0.25mm Stainless steel piece

iPod PD - Apple Confidential

# Internal Components



alignment screw holes

LCM connector

EMI shielding

Front facing camera

Rear facing camera

USB connector

Battery connector

iPod PD - Apple Confidential

 APLNDC0001360051

# Internal Components



Single sided tail of rigid flex
0.10mm thick

0.8mm thick (board only)
3.8mm thick (with 2 sided components)

microSD Memory slot

0.54mm thick (Rigid flex)

SIM Card Slot

0.2mm thick (multi-layer flex with single sided component)

iPod PD - Apple Confidential

# Interesting Mechanism

Assembly method: sliding lock mechanism for disassembling PCB frame from back housing





Back housing          PCB frame

Assembled
position



Disassembled
position

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

# Interesting Component

Speaker has no back volume

Antenna

15.0mm Dia. X 4.38mm thick
Speaker placement (back)

Speaker placement (front)



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360054



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360055

# Backup

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360056

## Active Area to Physical Border of the LCM
## (Not Including P-Chassis)



| | |
|---|---|
| XY Physical | 53.25 x 88.88 |
| XY Active Area | 49.65 x 83.88 |
| P-Chassis Wall Thickness | 0.52 |

| | |
|---|---|
| XY Physical | 53.92 x 81.73 |
| XY Active Area | 49.92 x 74.88 |
| P-Chassis Wall Thickness | 0.45 |

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360057

# Interesting LCM feature

Appears to be a special type of white adhesive
to connect P-chassis to the LCM

Unknown type of white
adhesive



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360058