# RIM - Blackberry Storm Take Apart

iPod PD - 12/18/08

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                               APLNDC0001360060

# Specifications

| | |
|---|---|
| Enclosure Type | Front: Molded plastic painted black<br>Back: Stainless steel coated with soft touch paint<br>Side/rim: Aluminum |
| Display Size | 3.25" TFT Display<br>Resolution: 480x360 pixels (65k colors) |
| Overall Dimensions | 112.5 x 62.2 x 13.95mm |
| Weight | 155g |
| Battery Life | 1400 mAh Li-Ion<br>Stand-by: up to 15 days<br>GSM: 5.5 hrs<br>CDMA: 6 hrs |
| Storage Size | 128MB internal RAM<br>192MB internal ROM<br>Onboard Built in: 1 GB |
| Key Features | SurePress™ touch screen |
| | 3.2MP camera, autofocus, flash |
| | Built-in GPS receiver |
| | Bluetooth 2.0 |
| | 3.5mm stereo headset capable |
| | microSD/microSDHC expandable |




iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                   APLNDC0001360061

# LCD Details

| Critical Thickness Dimensions (mm) | |
|---|---|
| CF Glass | 0.57 |
| TFT Glass | 0.30 |
| Polarizers and films | 0.30 |
| Light Guide | 0.53 |
| **Entire LCD** | **1.7** |





iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                    APLNDC0001360062

# LCD Details

Active Area to Physical Border of the LCD
(Not Including P-Chassis)



| | | |
|---|---|---|
| | XY Physical | 53.7 x 73.85 |
| | XY Active Area | 45.7 x 69.85 |
| | P-Chassis Wall Thickness | 1.30 |

# LCM Component: Flex

Assembly method: Soldering



- 0.35mm touchscreen single-sided flex tail
- Soldered area
- 0.1mm LCD double-sided flex tail

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                    APLNDC0001360064

# LCM Component: Touchscreen and Frames

Assembly method: Tabs



0.8mm glass

0.13mm front aluminum walls

0.18mm back aluminum frame

0.55mm touchscreen glass (in black)

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only   APLNDC0001360065

# Outer Side Frame

Assembly method: alignment posts for screws, tabs



**Close-up front shot**

0.1mm flex

**Backside shot**

Input button contact

**Close-up back shot**

Receiver Piezo

Top input button contact

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                                                 APLNDC0001360066

## Internal Components Under the LCM



Dome contact

LCM flex

7 x 7.5mm with pad

Input button contacts

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                    APLNDC0001360067

## Magnesium Alloy Plate with Jelly



Reverse side: LCM placement area 0.55mm thick

Dome contact

1.35mm walls

Total of 4 Jelly-like dampers

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                                                                       APLNDC0001360068

# Main Flex

Assembly method: Adhesive



0.3mm rigid flex

8.40x8.5x7.15mm camera module

0.3mm double-sided flex with black mask tape

3.5mm Audiojack

Adhesive

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only            APLNDC0001360069

# Middle plate

Assembly method: screws, tabs



0.4mm middle plate

Highly Confidential - Attorneys' Eyes Only    iPod PD - Apple Confidential    APLNDC0001360070

# PCB Components

Assembly method: Alignment holes for posts on middle plate



- 1.3mm double-sided rigid flex
- Alignment holes for posts
- Battery connector
- Vibrating module
- 5.1mm maximum thickness
- Antenna support
- microUSB

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                APLNDC0001360071

# Interesting Mechanism

**Pre-assembled form**



**Assembled form**



Antenna support and contacts

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only   APLNDC0001360072

## Microphone Socket



Rubber microphone socket

Microphone

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only        APLNDC0001360073

## Back Housing: Molded Plastic



SIM card slot

1.0mm back housing

microSD/microSDHC expandable slot

Speaker Piezo

iPod PD - Apple Confidential
Highly Confidential - Attorneys' Eyes Only                                   APLNDC0001360074

## Removable Cover: Stainless Steel

Assembly method: laser welded tabs



Welded tabs

Welded logo

Cover release mechanism with embedded springs

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                                                                          APLNDC0001360075

# Battery

51 x 37 x 7.3mm
1400 mAh Li-Ion
Stand-by: up to 15 days
GSM: 5.5 hrs
CDMA: 6 hrs



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only   APLNDC0001360076



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360077