

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360146

## Specifications

| | |
|---|---|
| **Enclosure Type** | Molded plastic |
| **Display Size** | 3.1" Display 24 bit color<br>Resolution: 320 x 480 HVGA |
| **Dimensions** | 100.5 x 59.5 x 16.95 mm |
| **Weight** | 135 grams |
| **Battery Life** | 1150 mAh Li-Ion Removable Battery<br>Talk Time: 5 hrs<br>Standby Time: Unknown |
| **Storage Size** | Internal: 8GB NAND<br>Expansion: none |
| **Internal** | 600 MHz TI OMAP 3 Processor<br>PowerVR SGX 530 Graphics<br>256 MB RAM |
| **Key Features** | Capacitive touchscreen with off visible screen gestures<br>Slide-out QWERTY keyboard<br>EVDO Rev A, 802.11 b/g, A-GPS, & Bluetooth 2.1 + EDR with A2DP<br>3.0 megapixel camera with flash (no video yet)<br>Accelerometer, proximity sensor, & ambient light sensor<br>Native iTunes syncing<br>Optional touchstone inductive charging system |

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

## Enclosure: Hardcoat and Base Substrate Analysis

- Enclosure base substrate on front and back housing is **Polycarbonate**
- Hardcoat on front and back is **Acrylic-based** and measures **20 microns** thick.



Highly Confidential - Attorneys' Eyes Only

APLNDC0001360148



APLNDC0001360149



Highly Confidential - Attorneys' Eyes Only

## Outer Enclosure

**Assembly Methods:**

Screws

Snaps (with shims for retention)

Adhesive



iPod PD - Apple Confidential



## Keyboard Slide Assembly



Cosmetic surface is revealed when keyboard is extended

Slides for keyboard

Spring coil provides return force for keyboard

Keyboard pallette

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360153

## Camera Module



Camera module PCB
Thickness: 0.4 mm

Camera module
x: 8.7 mm
y: 8.2 mm
z: 5.5 mm (with board)

Vibe module

Camera module flex
Thickness: 0.13 mm

Highly Confidential - Attorneys' Eyes Only

## Acoustics



Highly Confidential - Attorneys' Eyes Only

APLNDC0001360155

## Main PCBs

**Two Main PCBs:**



RF Board                    AP Board

-TODAYS                                          iPod PD - Apple Confidential

## Palm Pre 'AP' Board



Board to board connector

Board to board connectors

Cutout in can for large component clearance 10.5 x 10.5 mm

Ziff connectors

Spring contact

Ziff connector

Total part thickness: 2.5mm

Board thickness: 0.65mm

Cutout in can for large component clearance 10.5 x 10.5 mm

Micro USB port

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0001360157



## LCM Lamination to Front Housing



M-frame covering LCD

LCM and touch overlay are
laminated to front housing

Highly Confidential - Attorneys' Eyes Only



APLNDC0001360160