

# Camera Validation
# Google Nexus One Camera Tear Down

13 Jan, 2010

Prepared by: Cathy Zhang, Godfrey Chow, Eric Chen
Reviewed by: Mike DiVincent

Apple Camera Validation Group     Apple Need-to-Know Confidential

Highly Confidential - Attorneys' Eyes Only                                                                 APLNDC0001539652

## Google Nexus One Camera Tear Down Summary

- Nexus's Camera Module is a 8.55 X 8.53 X 6.58mm socket-able cube.
- The auto focus is using VCM technology with 4 lens elements.
- Flash LED is separated from camera module and it has a B2B connector.

Apple Camera Validation Group                                                                 Apple Need-to-Know Confidential

Highly Confidential - Attorneys' Eyes Only                                                       APLNDC0001539653

## Google Nexus Camera Design



Google uses the "black ring camera design".

Note: Image is downloaded from ifixit.com

Apple Camera Validation Group                           Apple Need-to-Know Confidential



Highly Confidential - Attorneys' Eyes Only

APLNDC0001539655





Highly Confidential - Attorneys' Eyes Only

APLNDC0001539657



Highly Confidential - Attorneys' Eyes Only

APLNDC0001539658



Highly Confidential - Attorneys' Eyes Only                                               APLNDC0001539659



Highly Confidential - Attorneys' Eyes Only                    APLNDC0001539660



Highly Confidential - Attorneys' Eyes Only                                                                                              APLNDC0001539661



Highly Confidential - Attorneys' Eyes Only                                                                                                                                                              APLNDC0001539662