**Subject:**   Re: Samsung Infuse 4G Teardown - Friday @ 5 in Vise
**From:**   Richard Dinh <r@apple.com>
**Received(Date):**   Tue, 24 May 2011 12:20:51 -0700
**Cc:**   Tang Yew Tan <ttan@apple.com>
**To:**   Ashutosh Shukla <ashukla@apple.com>

ash,
i just added you to an email to volume graphics for quotation.

richard dinh
+1 (408) 974.4844

*APPLE CONFIDENTIAL*
*this transmission is privileged and contains confidential information intended only for the person(s) named above. do not forward. any other distribution, retransmission, copying, or*
*disclosure is strictly prohibited. if you are not approved to see the information contained in this email or its attachments, or if you have otherwise received this transmission in error,*
*please notify me immediately (408.974.4844) and delete this message along with any attached files from your system(s).*

On May 24, 2011, at 11:13 AM, Ashutosh Shukla wrote:

> Rich,
>  I have the scan files where do I drop them?
>
> Ash
>
> _____
> Ashutosh Shukla
> ☐ apple product design
> M 678.358.7798
> O 408.862.3819
> ashukla@apple.com
>
> China +86.150.2152.3766
>
> On May 24, 2011, at 10:31 AM, Tang Yew Tan wrote:
>
> > sure
> >
> > On May 24, 2011, at 10:28 AM, Richard Dinh wrote:
> >
> > > ash,
> > > if tang is OK with it, we can send it off the volume
> > > graphics to do a full teardown for us.
> > >
> > > **richard dinh**
> > > +1 (408) 974.4844
> > >
> > > APPLE CONFIDENTIAL
> > > this transmission is privileged and contains confidential information intended only for the
> > > person(s) named above. do not forward. any other distribution, retransmission, copying, or
> > > disclosure is strictly prohibited. if you are not approved to see the information contained in this
> > > email or its attachments, or if you have otherwise received this transmission in error, please
> > > notify me immediately (408.974.4844) and delete this message along with any attached files
> > > from your system(s).
> > >
> > > On May 23, 2011, at 2:43 PM, Ashutosh Shukla

wrote:

> Chris scanned the units.  Can volume graphics help do some refining of the scans?  We have the files for the full unit and for the bezel (which looked like it has some interesting stuff built in.  Where should we send the files if so?
> Ash
>
> _____
>
> Ashutosh Shukla
>    apple product design
> M 678.358.7798
> O 408.862.3819
> ashukla@apple.com
>
> China +86.150.2152.3766
>
> On May 18, 2011, at 4:26 PM, Richard Dinh wrote:
>
> > chris luong can scan units.
> > richard dinh
> > +1 (408) 974.4844
> >
> > APPLE CONFIDENTIAL
> > this transmission is privileged and contains confidential information intended only for the person(s) named above. do not forward. any other distribution, retransmission, copying, or disclosure is strictly prohibited. if you are not approved to see the information contained in this email or its

APLNDC0001540057

attachments, or if you have otherwise received this transmission in error, please notify me immediately (408.974.4844) and delete this message along with any attached files from your system(s).

On May 18, 2011, at 4:25 PM, Ashutosh Shukla wrote:

There is another unit lent to the camera team that I'll ask to keep whole if we can't this one CT'd before the teardown. Which interns are CT trained?

_____
_____
_____
_____

———
———
———

Ashuto
sh
Shukla

apple
produc
t
design
M
678.35
8.7798
O
408.86
2.3819
ashukl
a@app
le.com

China
+86.15
0.2152.
3766

On
May
18,
2011,
at 4:22
PM,
Richar
d Dinh
wrote:

a
s
h
,
c
a
n
w

e
g
e
t
s
o
m
e
o
n
e
t
o
C
T
s
c
a
n
f
i
r
s
t
?

r
i
c
h
a
r
d
d
i
n
h
+
1
(
4
0
8
)
9
7

APLNDC0001540060

4.4844

APPLE CONFIDENTIAL

this transmission is priv

APLNDC0001540061

ileged and contains confidential information intende

APLNDC0001540062

d only for the person(s) named above. do not forward. any

APLNDC0001540063

other distribution, retransmission, copying, or disc

APLNDC0001540064

l
o
s
u
r
e
i
s
s
t
r
i
c
t
l
y
p
r
o
h
i
b
i
t
e
d
.
i
f
y
o
u
a
r
e
n
o
t
a
p
p
r
o
v
e
d
t

APLNDC0001540065

o
s
e
e
t
h
e
i
n
f
o
r
m
a
t
i
o
n
c
o
n
t
a
i
n
e
d
i
n
t
h
i
s
e
m
a
i
l
o
r
i
t
s
a
t
t
a

Highly Confidential - Attorneys' Eyes Only

c
h
m
e
n
t
s
,
o
r
i
f
y
o
u
h
a
v
e
o
t
h
e
r
w
i
s
e
r
e
c
e
i
v
e
d
t
h
i
s
t
r
a
n
s
m
i

Highly Confidential - Attorneys' Eyes Only

APLNDC0001540067

ssioninerror, please notify me immediately (408.974.

APLNDC0001540068

4
8
4
4
)
a
n
d
d
e
l
e
t
e
t
h
i
s
m
e
s
s
a
g
e
a
l
o
n
g
w
i
t
h
a
n
y
a
t
t
a
c
h
e
d
f
i

Highly Confidential - Attorneys' Eyes Only

les from your system(s).

Begin forwarded message:

APLNDC0001540070

**From:** Ashutosh Shukla <ashukla@apple.com>

**Date:** M

APLNDC0001540071

ay 18, 2011 4:14:05 PM PDT

**To:** iphonepd@group.apple.

APLNDC0001540072

com, Jonathan Nivet <jnivet@apple.com>

Cc: Christi

APLNDC0001540073

naZhong <[zhong@apple.com](mailto:zhong@apple.com)>

**Subject:**

**Samsung Infuse**

Highly Confidential - Attorneys' Eyes Only

4G Teardown - Friday @ 5 in Vise

Nation's Thinnest 4G Smar

APLNDC0001540075

t phone (except for the bump on the bottom because umm

m that doesn't count) with an 8 MP camand and a nuber sized

APLNDC0001540077

display. Available at my desk if you want to check it out b

APLNDC0001540078

efore it get's drawn and quartered.

—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—

Highly Confidential - Attorneys' Eyes Only

APLNDC0001540079

_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_

Ashutosh Shukla

APLNDC0001540080

apple product design

M678.358.7798

O408.862.3819

APLNDC0001540081

[ashukla@apple.com](mailto:ashukla@apple.com)

China +86.150.2152.3766

< P a

Highly Confidential - Attorneys' Eyes Only

s
t
e
d
G
r
a
p
h
i
c-
l
.
t
i
f
f
>

tang tan
apple product design
tel: +1 (408) 974 2305
china: +86 134 2794 4702

Highly Confidential - Attorneys' Eyes Only

APLNDC0001540083