UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: Please take notice that Ali H. Shah of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in the above referenced matter.

Dated: October 5, 2012

Respectfully submitted,

_____/Ali H. Shah/_____
Ali H. Shah (*Pro Hac Vice*)
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

## PROOF OF SERVICE

I, Ali H. Shah, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 1875 Pennsylvania Avenue NW, Washington, D.C. 20006.

On October 5, 2012, I caused a copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be served via electronic mail on all counsel of record who are listed on the Court's CM/ECF system.

Dated: October 5, 2012

　　　　/Ali H. Shah/　　　　　　　
Ali H. Shah (*Pro Hac Vice*)
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

Attorneys for Plaintiff
APPLE INC.