QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 2013-3 AND 2022-1)** |

02198.51855/4995083.1

Case No. 11-cv-01846-LHK
**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. NOS. 2013-3 AND 2022-1)**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby move the Court to remove from its docket Exhibit B to the Declaration of Susan R. Estrich in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 ("Samsung's Rules 50 and 59 Motion") (Dkt. No. 2013-3) and Exhibits to the Declaration of Michael Zeller in Support of Samsung's Rules 50 and 59 Motion (Dkt. No. 2022-1) since one page in each of the documents contains inadvertently un-redacted identifying information.[1]   Samsung has filed corrected versions of Exhibit B to the Estrich Declaration and Exhibits to the Zeller Declaration in Dkt. Nos. 2024 and 2025.

DATED: October 5, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Susan R. Estrich*
    Charles K. Verhoeven
    Kathleen M. Sullivan
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Susan R. Estrich
    Michael T. Zeller
    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1]   While the information at issue here is contained in a public bankruptcy filing that technically need not be redacted (*see* Federal Rules of Civil Procedure 5.2(b)(4) and 5.2(h)), out of an abundance of caution, Samsung has nonetheless endeavored to redact such information from all its filings.