HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.　11-cv-01846-LHK<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION ON NON-JURY CLAIMS, INCLUDING INDEFINITENESS** |

1   I, NATHAN SABRI, declare as follows:

2   1.   I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I make this declaration in support of Apple's Opposition to Samsung's Motion on Non-Jury Claims, Including Indefiniteness.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Karan Singh, taken April 26, 2012.

3.   Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Scott Forstall, taken October 27, 2011.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Stephen Gray, taken May 4, 2012.

5.   Attached hereto as **Exhibit 4** is a true and correct copy of Samsung's Corrected Objections to Apple Inc.'s Fifth Set of Interrogatories, dated December 9, 2011.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of a production document, Bates labeled APLNDC00031929.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of October, 2012 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

SABRI DECL. ISO APPLE'S OPPOSITION TO SAMSUNG'S MOTION ON NON-JURY CLAIMS, INCLUDING INDEFINITENESS
CASE NO. 11-CV-01846 LHK
sf-3174757

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Nathan Sabri has concurred in this filing.

Dated: October 5, 2012                     */s/ Michael A. Jacobs*

SABRI DECL. ISO APPLE'S OPPOSITION TO SAMSUNG'S MOTION ON NON-JURY CLAIMS, INCLUDING INDEFINITENESS
CASE NO. 11-CV-01846 LHK
sf-3174757

2