# Exhibit 5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of:<br>   ANZURES *et al.*<br>Appl. No.: 29/281,460<br>Filed: June 23, 2007<br>For: **Graphical User Interface for a Display Screen or Portion Thereof** *(as amended)* | Confirmation No.: 1415<br>Art Unit: 2911<br>Examiner: Tung, Melanie H.<br>Atty. Docket: 2607.0100000(P5548US1) |

## Petition for Acceptance of Color Drawings
## Under 37 C.F.R. § 1.84(a)(2)

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith are two (2) sheets of replacement drawings (Figures 1 and 2) for the above-captioned application. Applicants request that these drawings be entered to replace the drawings submitted with the original application. Identification of the drawings is provided in accordance with 37 C.F.R. § 1.84(c).

Figure 1 submitted herewith is in color drawing. Applicants petition for acceptance of Figure 1 as a color drawing. It is necessary to present Figure 1 in color because color is the most effective manner to communicate color of the features shown in Figure 1. Therefore, color is the only practical medium by which to disclose the subject matter of Figure 1 sought to be patented.

Three (3) sets of the color drawings are submitted herewith. Also, the specification has been amended to include the language recited in 37 C.F.R. § 1.84(a)(2)(iii). Accordingly, Applicants hereby petition that Figure 1 be accepted. Early written notice of acceptance of this petition is earnestly solicited.

- 2 –

ANZURES *et al.*
Appl. No. 29/281,460

The petition fee (37 C.F.R. § 1.17(h)) is provided. The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: May 18, 2009

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

980807_1.DOC

APLNDC00031930