1  DAVID S. BLOCH (SBN: 184530)
   dbloch@winston.com
2  JENNIFER A. GOLINVEAUX (SBN: 203056)
   jgolinveaux@winston.com
3  MARCUS T. HALL (SBN: 206495)
   mthall@winston.com
4  WINSTON & STRAWN LLP
   101 California Street
5  San Francisco, CA  94111-5894
   Telephone:     (415) 591-1000
6  Facsimile:     (415) 591-1400

7  PETER J. CHASSMAN (*pro hac vice*)
   pchassman@winston.com
8  WINSTON & STRAWN LLP
   1111 Louisiana, 25th Floor
9  Houston, TX  77002-5242
   Telephone:     (713) 651-2623
10 Facsimile:     (713) 651-2700

11 Attorneys for Non-Party,
   MOTOROLA MOBILITY LLC
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16
17 APPLE, INC., a California Corporation,   )   CASE NO.:  11-CV-01846-LHK
                                            )
18          Plaintiff,                      )
                                            )
19     v.                                   )   **DECLARATION OF**
                                            )   **JENNIFER A. GOLINVEAUX IN**
20 SAMSUNG ELECTRONICS CO., LTD., a        )   **SUPPORT OF EMERGENCY**
   Korean corporation; SAMSUNG              )   **MOTION BY NONPARTY**
21 ELECTRONICS AMERICA, INC., a New York   )   **MOTOROLA MOBILITY LLC TO**
   corporation; SAMSUNG                     )   **SEAL CONFIDENTIAL**
22 TELECOMMUNICATIONS AMERICA, LLC, a      )   **DOCUMENT**
   Delaware limited liability company,      )
23          Defendants.                     )   [Civ. L.R. 79-5]
                                            )
24                                          )   Date: Expedited Request
                                            )   Courtroom: 8, 4th Floor
25                                          )   Judge: Hon. Lucy H. Koh
                                            )
26                                          )
                                            )
27
28
                                    -1-

**DECLARATION OF JENNIFER A. GOLINVEAUX**

I, Jennifer A. Golinveaux, declare and state:

1. I am an attorney at law and a partner at Winston & Strawn LLP, counsel for nonparty Motorola Mobility LLC ("Motorola"). I submit this declaration in support of Emergency Motion By Non-Party Motorola Mobility LLC To Seal Exhibits, Close Courtroom, And Seal Portions Of Transcript ("Motorola's Motion to Seal"). I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Pursuant to Civ. L.R. 7-11, on October 5, 2012, counsel for Motorola attempted to obtain a stipulation from parties to this action, Apple and Samsung, to the relief sought in Motorola's Motion to Seal. Samsung and Apple both responded that they will not oppose Motorola's Motion to Seal.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of October, 2012, in San Francisco, California.

                                                                   /s/ Jennifer A. Golinveaux
                                                                   Jennifer A. Golinveaux