UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.:  11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL CONFIDENTIAL DOCUMENT** |

1    Non-Party Motorola Mobility LLC filed an emergency administrative motion for an order
2  to seal the document labeled Exhibit 23 to the Declaration S. Calvin Walden ISO Apple's
3  Motion to Compel Depositions of Samsung's Purported "Apex" Witness ("Walden Declaration")
4  ("Motorola's Motion to Seal").  The Court has considered the papers and evidence presented in
5  connection with Motorola's Motion to Seal and determined that compelling reasons exist for
6  sealing this material.
7    Motorola's Motion to Seal is GRANTED.
8    The entirety of Exhibit 23 to the Walden Declaration shall be filed under seal.

10  **IT IS SO ORDERED.**

12  Dated:  _____

13                                   _____
                                     LUCY H. KOH
14                                   United States District Judge

[PROPOSED] ORDER GRANTING EMERGENCY MOT'N BY NONPARTY MOTOROLA TO SEAL CONFIDENTIAL DOCUMENT
Case No. 11-CV-01846-LHK