| | |
|---|---|
| 1 | DAVID S. BLOCH (SBN: 184530) |
|   | dbloch@winston.com |
| 2 | JENNIFER A. GOLINVEAUX (SBN: 203056) |
|   | jgolinveaux@winston.com |
| 3 | MARCUS T. HALL (SBN: 206495) |
|   | mthall@winston.com |
| 4 | WINSTON & STRAWN LLP |
|   | 101 California Street |
| 5 | San Francisco, CA 94111-5894 |
|   | Telephone:    (415) 591-1000 |
| 6 | Facsimile:    (415) 591-1400 |
| 7 | PETER J. CHASSMAN (*pro hac vice*) |
|   | pchassman@winston.com |
| 8 | WINSTON & STRAWN LLP |
|   | 1111 Louisiana St., 25th Floor |
| 9 | Houston, TX 77002-5242 |
|   | Telephone:    (713) 651-2623 |
| 10 | Facsimile:    (713) 651-2700 |
| 11 | Attorneys for Non-Party, |
|    | MOTOROLA MOBILITY LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California Corporation, | ) | CASE NO.: 11-CV-01846-LHK |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE
Case No. 11-CV-01846-LHK

# CERTIFICATE OF SERVICE

**United States District Court for the Northern District of California**

Case No. 11-cv-01846-LHK

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5802. On October 5, 2012, I served the following documents:

- EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL CONFIDENTIAL DOCUMENT
- DECLARATION OF THOMAS V. MILLER IN SUPPORT OF EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL CONFIDENTIAL DOCUMENT
- DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL CONFIDENTIAL DOCUMENT
- [PROPOSED] ORDER GRANTING EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL CONFIDENTIAL DOCUMENT

[X] by placing a copy of the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, CA addressed as set forth below.

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed: _Rachel M. Rodriguez_

Dated: October 5, 2012

## SERVICE LIST

| | |
|---|---|
| Brian Larivee<br>Wilmer Cutler Pickering Hall and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Michael Thomas Zeller<br>Jon C. Cederberg<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |
| Derek Lam<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Edward H. Rice<br>Marina N. Saito<br>Hopenfeld Singer Rice & Saito<br>445 W. Erie Street<br>Suite 108<br>Chicago, Il 60654 |
| Michael A. Diener<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Thomas G. Pasternak<br>DLA Piper US LLP<br>115 South La Salle Street<br>Suite 3100<br>Chicago, IL 60603 |
| Brian Seeve<br>60 State Street<br>Boston, MA 02109 | Robert J. Gunther, Jr<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>New York, NY 10007 |
| James C. Burling<br>60 State Street<br>Boston, MA 02109 | |
| Michael Saji<br>60 State Street<br>Boston, MA 02109 | |
| Richard Goldenberg<br>Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109-1803 | |
| Timothy D. Syrett<br>60 State Street<br>Boston, MA 02109 | |