02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION ON NON-JURY CLAIMS INCLUDING WAIVER, EQUITABLE ESTOPPEL, UNCLEAN HANDS, AND UNFAIR COMPETITION** |

Before the Court is the Motion on Non-Jury Claims Including Waiver, Equitable Estoppel, Unclean Hands, and Unfair Competition brought by Plaintiff Apple Inc. ("Apple") against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, Inc. (collectively "Samsung").

NOW THEREFORE, having considered the entire record in this action, the verdict of the jury and the papers submitted by the parties, and having weighed the equities,

IT IS HEREBY ORDERED:

A. Judgment is granted in favor of Samsung, and against Apple, that Samsung has not waived its rights to enforce U.S. Patent No. 7,447,516 ("the '516 patent") and U.S. Patent No. 7,675,941 ("the '941 patent") against UMTS-compliant products.

B. Judgment is granted in favor of Samsung, and against Apple, that Samsung is not equitably estopped from enforcing the '516 and '941 patents against UMTS-compliant products.

C. Judgment is granted in favor of Samsung, and against Apple, that Samsung has not with unclean hands with respect to the '516 and '941 patents.

D. Judgment is granted in favor of Samsung, and against Apple, that Samsung has not violated the California Unfair Competition Law, Cal Bus. & Prof. Code §§ 17203, 17204.

**IT IS SO ORDERED.**

DATED:   _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Court Judge