QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S BRIEF REGARDING NON-JURY CLAIMS INCLUDING WAIVER, EQUITABLE ESTOPPEL, UNCLEAN HANDS, AND UNFAIR COMPETITION**<br><br>**Date:     December 6, 2012**<br>**Time:     1:30 p.m.**<br>**Place:    Courtroom 8, 4th Floor**<br>**Judge:    Hon. Lucy H. Koh** |

1    I, Victoria F. Maroulis, declare:

2    1.    I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3    counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4    Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the

5    facts set forth in this declaration and, if called upon as a witness, I could and would testify to such

6    facts under oath.

7    2.    I make this declaration in support of Samsung's Response to Apple's Brief

8    Regarding Non-Jury Claims including Waiver, Equitable Estoppel, Unclean Hands, and Unfair

9    Competition.

10    3.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Volume 10

11    of the Trial Transcript, Pages 2966-3386, dated August 16, 2012.

12    4.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Volume 11

13    of the Trial Transcript, Pages 3387-3711, dated August 17, 2012.

14    5.    Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Trial

15    Exhibit 74.

16    6.    Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's Trial

17    Exhibit 80.

18    7.    Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's Trial

19    Exhibit 122.

20    8.    Attached hereto as **Exhibit 6** is a true and correct copy of Defendants' Trial

21    Exhibit 549.

22    9.    Attached hereto as **Exhibit 7** is a true and correct copy of Defendants' Trial

23    Exhibit 613.

24    10.    **Exhibit 8** consists of Defendants' Trial Exhibit 630.  Since the Court previously

25    granted third-party motions to seal the document (*see* Dkt. 1649 at 11 and Dkt. 1795), a true and

26    correct copy of a redacted version of Defendants' Trial Exhibit 630 is attached to this filing.

27    11.    Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the Initial

28    Determination on Violation of Section 337 and Recommendation Determination on Remedy and

1   Bond (Public Version) in International Trade Commission investigation number 337-TA-794,

2   dated September 14, 2012.

3       12.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the

4   transcript of the March 6, 2012 deposition of Jun Won Lee in International Trade Commission

5   investigation number 337-TA-794.

6       13.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Apple

7   Inc.'s Responses to Samsung's Third Set of Requests for Admission, dated March 2, 2012.

8

9       I declare under penalty of perjury that the foregoing is true and correct. Executed in

10  Redwood Shores, California on October 5, 2012.

11                                    */s/ Victoria F. Maroulis*

12                                    Victoria F. Maroulis

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### GENERAL ORDER ATTESTATION

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from John Pierce.

_/s/ Victoria F. Maroulis_

-3-

Case No. 11-cv-01846-LHK

DECLARATION OF VICTORIA F. MAROULIS