# EXHIBIT 4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SAMNDCA00322740

*Samsung Confidential-Disclosed pursuant to NDA*



July 25, 2011

Mr. Boris Teksler
Director, Patent Licensing & Strategy
Apple Inc.
1 Infinite Loop, M/S 36-2 PAT
Cupertino, CA 95014-2084
USA

      RE: <u>Apple's Request for a Patent License</u>

Dear Mr. Teksler,

      I appreciate your sending fully executed NDA by an e-mail on July 23 Korean time. This responds to your request that Samsung provide royalty proposals for certain Samsung patents.

      Per your request, Samsung is willing to grant a license to Apple on the following fair, reasonable, and non-discriminatory terms:

> Apple would receive a worldwide nonexclusive license under Samsung patents and pending applications that are essential to comply with past/current UMTS/WCDMA Standards, including patents and pending applications that have been disclosed by Samsung to ETSI as essential to comply with UMTS/WCDMA Standards. Samsung offers to license the patents at a royalty of 2.4% for each relevant end product.

      Although Apple requested that Samsung separately provide rates for the patents currently asserted by Samsung in worldwide litigation against Apple, Samsung believes this offer covers such patents. Samsung will leave this offer open for 10 business days. Please inform us within that time whether Apple accepts this offer.

      Please note that this offer is not subject to a grant back license from Apple. If Apple would like Samsung to offer a license that reflects a grant back provision under Apple patents, please let us know. Similarly, if Apple is interested in a license under Samsung patents that are essential to other mobile phone-related standards, please let us know.

      We welcome your timely response.

**PLAINTIFF'S EXHIBIT NO.  80**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                SAMNDCA00322741

*Samsung Confidential-Disclosed pursuant to NDA*

Regards,

Seongwoo Kim
Director
Licensing Team, IP Center
Samsung Electronics

416 , Maetan 3-Dong,
Yeongtong-Gu, Suwon-Si,
Geonggi-Do, 443-742, Korea

Plaintiff's Exhibit No. 80.2