# EXHIBIT 6

**DEFENDANT'S EXHIBIT NO. 549.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____ By:_____



**ELECTRONICS**

| | |
|---|---|
| ETSI SMG2 | Source : SAMSUNG |
| 14-18 December 1998 | Agenda item : 4.1(UTRA IPR) |
| Espoo, Finland | Title: IPR Licensing Declaration |

This declaration is given on December 14, 1998 by Samsung Electronics Corporation("SEC")of Seoul Korea to the European Telecommunications Standards Institute (ETSI) of Sophia Antipolis France.

With regard to the W-CDMA technology being elaborated by ETSI as a standard for the UMTS Terrestrial Radio Access (UTRA) FDD mode, SEC is prepared to grant licenses to its essential IPRs on a fair, reasonable, and non-discriminatory basis in accordance with the terms and conditions set forth in Clause 6.1 of the ETSI IPR Policy.

Yours sincerely

Young Ky Kim

Director

Information and Communications

APLNDC-WH-A 0000009374