# EXHIBIT 8

DEFENDANT'S EXHIBIT NO. 630.001

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3A
Summary of Samsung License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Samsung Electronics Co. Ltd | Telefonaktiebolaget LM Ericsson | Patent License Agreement | 1/1/2006 | 7/9/2007 | 3/31/2011 | Telecommunication Products relating to GSM (including GPRS and EDGE), WCDMA (including HSPA), and TDMA (except PDC and PHS) standards. The definition of standards does not include WiFi (802.11) and WiMax (802.16) | Worldwide | ■ | S-794-ITC-0055174 18 to S-794-ITC-0055174 32 |
| 2 | Samsung Electronics Co. Ltd | Intel Corporation | Patent Cross License Agreement | 1/1/1993 | 2/8/1993 | 12/31/2002 | Semiconductor Material, Semiconductor Device or Integrated Circuit. Excluding Intel Proprietary Products, Intel Flash Memory Products, and Samsung Proprietary Products | Worldwide | ■ | S-794-ITC-000000040 to S-794-ITC-000000049 |
| 3 | Samsung Electronics Co. Ltd | Intel Corporation | Amendment Number 1 to the Patent Cross License Agreement | 3/18/2003 | 3/18/2003 | N/A | Intel Flash Memory Products | Worldwide | | S-794-ITC-000000021 to S-794-ITC-000000025 |
| 4 | Samsung Electronics Co. Ltd | Intel Corporation | Amendment Number 2 to the Patent Cross License Agreement | 7/1/2004 | N/A | 7/1/2009 | Licensed Products as defined in Patent Cross License Agreement effective 1/1/1993. Chipsets, NAND Flash Memory and Intel Flash Memory Products | Worldwide | | S-794-ITC-000000026 to S-794-ITC-000000039 |
| 5 | Samsung Electronics Co. Ltd | Motorola, Inc | Cellular Cross License Agreement | 9/30/2000 | N/A | 12/31/2004 | Subscriber Terminals relating to TDMA Standards, Narrowband CDMA Standards and Wideband CDMA Standards | Worldwide | ■ | S-794-ITC-005280285 to S-794-ITC-005280348 |
| 6 | Samsung Electronics Co. Ltd | Motorola, Inc | License Extension Agreement | 6/30/2005 | 6/30/2005 | 6/30/2005 | N/A | N/A | | S-794-ITC-005280871 to S-794-ITC-005280874 |
| 7 | Samsung Electronics Co. Ltd | Motorola, Inc | Wireless Communication Cross License Agreement | 7/1/2005 | 9/25/2005 | 12/31/2010 | Subscriber Terminals, Infrastructure Equipment, NICs, Access Points, WLAN/Wireless Broadband Switch and Wireless Bridges relating to TDMA Standards, Narrowband CDMA Standards, Wideband CDMA Standards, WLAN Standards, Wireless Broadband Standards and DECT Standards | Worldwide | | S-794-ITC-005216440 to S-794-ITC-005216462 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3A

## Summary of Samsung License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Samsung Electronics Co Ltd | Nokia Corporation | License Agreement | 10/1/2009 | 10/21/2009 | 12/31/2006 and 6/30/2008 (depending on Licensed Product) | GSM Subscriber Terminals, CDMA Subscriber Terminals, WCDMA Subscriber Terminals, GSM-WCDMA Subscriber Terminals and Infrastructure Equipment | N/A | | S-794-ITC-0000001583 to S-794-ITC-0000001602 |
| 9 | Samsung Electronics Co Ltd | Nokia Corporation | License Agreement | 6/18/2010 | 6/30/2010 | 12/31/2013 Option to extend to 12/31/2018 or 12/31/2022 | Subscriber Terminal(s) and/or Infrastructure Equipment that implement a wireless air interface in accordance with one or more Cellular Standards which include GSM Standard, WCDMA Standard, CDMA Standard, TD-SCDMA Standard and/or LTE Standard | N/A | | S-794-ITC-0000001547 to S-794-ITC-0000001582 |
| 10 | Samsung Electronics Co Ltd | Qualcomm Inc | Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 8/31/1993 | 9/3/1993 | Continuous | Subscriber Unit, Cordless Base Station, Components, and Infrastructure Equipment solely for use in Wireless Applications

Wireless Applications are CDMA-based Digital Cellular Systems, Personal Communications Systems, Wireless PABX Systems, commercial telemetry for information gathering, commercial security system for alarming applications, RF LAN applications, Cordless Telephone applications and any other CDMA wireless applications currently licensed by Qualcomm to its existing CDMA Subscriber Unit and Infrastructure licensees as of the Effective Date of the Agreement | Worldwide | | AMNDCA00052124 AMNDCA00052161 |
| 11 | Samsung Electronics Co Ltd | Qualcomm Inc | Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 11/17/1997 | 11/17/1997 | N/A | Subscriber Unit, Cordless Base Station, Components, and Infrastructure Equipment | N/A | | SAMNDCA00052164 to SAMNDCA00052165 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3A

Summary of Samsung License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Samsung Electronics Co. Ltd | Qualcomm Inc. | Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 3/29/2004 | 3/29/2004 | 2 years from Effective Date with an option to renew | Eligible Subscriber Unit is a Qualifying Subscriber Unit (defined as a Subscriber Unit (including but not limited to a Subscriber Unit implementing CDMA technology in compliance with the IS-95, cdma2000, WCDMA and/or UMTS standards) that incorporates a CDMA ASIC) that is for use in in the Rest of the World (i.e., not in Korea) | Worldwide | | SAMNDCA00052116 to SAMNDCA00052123 |
| 13 | Samsung Electronics Co. Ltd | Qualcomm Inc. | Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 12/26/2005 | 12/26/2005 | N/A | N/A | N/A | | SAMNDCA00052166 to SAMNDCA00052169 |
| 14 | Samsung Electronics Co Ltd | Qualcomm Inc | Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 1/1/2009 | 11/4/2009 | 12/31/2023 | Royalty-Bearing Subscriber Units means (i) all Subscriber Units that are Telephones; (ii) all Subscriber Units that are Laptop Computer Subscriber Units not covered by clause (i) above; and (iii) any type of Subscriber Unit that has been or is introduced (e.g., marketed, offered for sale or Sold) by Samsung no later than 6 months following the execution of this Agreement and not covered under clauses (i) and (ii) above. Does not include GSM-only Subscriber Units

Royalty Bearing Modem cards means all Modem Cards other than GSM-only Modem Cards

CDMA Femtocell means a Femtocell that is used to connect to a wireless network that operates utilizing one or more CDMA Standards | Worldwide | | SAMNDCA00052029 to SAMNDCA00052115 |
| 15 | Samsung Electronics Co. Ltd | Thomson Licensing S.A. (Alcatel) | Patent License Agreement (GSM Terminals) | 1/1/2009 | 10/3/2000 | 12/31/2006 | GSM terminal in completely assembled, ready-to-use form, as well as Kits of Licensed Products, Built-in-Products and/or the GSM function of Dual Mode Terminals (excluding products complying with UMTS) | Worldwide | | S-794-ITC-003052438 to S-794-ITC-003052455 |
| 16 | Samsung Electronics Co Ltd | Thomson Licensing S.A. (Alcatel) | Addendum to the Patent License Agreement (GSM Terminals) | N/A | 10/3/2000 | 12/31/2006 | N/A | Worldwide | | S-794-ITC-003052456 to S-794-ITC-003052459 |

Exhibit 3A

Summary of Samsung License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Samsung Electronics Co Ltd | Advanced Micro Devices, Inc | Patent License and Settlement Agreement | 12/22/2010 | 12/22/2010 | 10 years or the last to expire of the Licensed Patents | Semiconductor Device (excluding Foundry Products), System, Manufacturing Apparatus, Foundry Products, and Party Design | Worldwide | [redacted] | S-794-ITC-005517442 to S-794-ITC-005517460 |
| 18 | Samsung Electronics Co Ltd | British Telecommunications | Patent Cross License | 3/24/2004 | 3/24/2004 | 10 years | Telecommunication Products or Services | Worldwide | [redacted] | S-794-ITC-000000001 to S-794-ITC-000000020 |
| 19 | Samsung Electronics Co Ltd | Dolby Laboratories Licensing Corporation | Patent License Agreement | 1/1/2009 | 10/8/2009 | 12/31/2013 | Mobile phone handsets, set-top boxes, MP3 players, personal computers, servers, telecommunication modules, PCMCIA cards, Blu-ray Disc (BD) players, optical disc drives, DVD players, televisions, IPTVs, cameras, camcorders, home theater equipment, monitors and components and software in connection with the practice of the AAC Standard | Worldwide | [redacted] | SAMNDCA00326285 to SAMNDCA00326293 |
| 20 | Samsung Electronics Co Ltd | Global Foundries, Inc | Patent License Agreement | 12/22/2010 | 12/22/2010 | 10 years | Manufacturing Apparatus, Semiconductor Device (excluding Foundry Products), System, or Party Designs as incorporated into a Foundry Product | Worldwide | [redacted] | S-794-ITC-005517461 to S-794-ITC-005517476 |
| 21 | Samsung Electronics Co Ltd | International Business Machines Corporation | License Reference Number: L/06170 | 12/22/2010 | 12/22/2010 | Last to expire of the Licensed Patents | Information Handling System Products (excluding System z Products) | Worldwide | [redacted] | S-794-ITC-000000245 to S-794-ITC-000000273 |
| 22 | Samsung Electronics Co Ltd | InterDigital Technology Corporation, Tantivy Communications, Inc., IPR Licensing, Inc., InterDigital Patent Holdings, Inc., InterDigital Communications, LLC | Patent Licenses and Settlement Agreement | 11/24/2008 | 1/14/2009 | 12/31/2012 | Terminal Unit or Infrastructure Equipment designed to work in accordance with (i) one or more 2G Standards (US-TDMA, GSM, GPRS, and EDGE) but not also any 3G Standard (CDMA2000 1XRTT, CDMA2000 EV-DV, CDMA2000 EV-DO Rev A, CDMA2000 EV-DO Rev B, and WCDMA) or Excluded Standards and (ii) one or more 3G Standards but no Excluded Standards. Excluded Standards include all wireless communication standards other than the 2G Standards, 3G Standards, WIFI (802.11), Bluetooth (802.15.1), and 802.21 | Worldwide | [redacted] | SAMDCA00366019 to SAMDCA00366052 |
| 23 | Samsung Electronics Co Ltd | Lucent Technologies Inc. | Patent License Agreement | 1/1/2004 | 3/31/2005 | Earliest of (i) last to expire of the Licensed Patents, (ii)12/31/09 or (iii) material breach or insolvency | Wireless Terminals and Wireless Infrastructure | Worldwide | [redacted] | S-794-ITC-005286933 to S-794-ITC-005286952 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3.A

Summary of Samsung License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | Samsung Electronics Co. Ltd. | Lucent Technologies Inc. | Agreement | 6/29/1999 | 6/29/1999 | N/A | Wireless Terminals | Worldwide | | SAMDCA11230780 to SAMDCA11230787 |
| 25 | Samsung Electronics Co. Ltd | Lucent Technologies GRL LLC | Patent License Agreement | 6/3/2003 | 6/3/2003 | Earliest of (i) last to expire of the Licensed Patents or for as much of a term as the grantor has the right to grant or (ii) 12/31/03 | Wireless Terminals | Worldwide | | S-794-ITC-005282911 to S-794-ITC-005282926 |
| 26 | Samsung Electronics Co. Ltd. | Micron Technology, Inc | Patent Cross-License Agreement | 10/1/2010 | 10/1/2010 | Last to expire of the Licensed Patents or 10 years | All products | Worldwide | | S-794-ITC-000000050 to S-794-ITC-000000063 |
| 27 | Samsung Electronics Co. Ltd | Microsoft Corporation | Confidential Patent License Agreement | 7/1/2011 | 9/27/2011 | 7 years | Android Smartphones and Android Tablets | Worldwide | | S-794-ITC-005517484 to S-794-ITC-005517506 |
| 28 | Samsung Electronics Co. Ltd. | NEC Corporation | Patent License Agreement for Mobile Products | 6/30/2004 | 6/30/2004 | 12/31/2010 | End User Terminals and Infrastructure Equipment relating to GSM/GPRS, IS-136, PDC/PHS, cdma2000 1x, cdma2000 1x EV-DO, cdma2000 1x EV_DV, cdma2000 3x, W-CDMA, EDGE, TD-SCDMA, PMR | Worldwide | | SAMNDCA11230874 to SAMNDCA11230888 |
| 29 | Samsung Electronics Co. Ltd | Telefonaktiebolaget LM Ericsson | Patent License Agreement | 12/18/2001 | 12/18/2001 | 12/31/2005 | ASIC, Module, Infrastructure Equipment or End User Terminal relating to GSM, GPRS, WCDMA, EDGE and TDMA (except PDC and PHS) standards | Worldwide | | SAMNDCA11230766 to SAMNDCA11230779 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3A

Summary of Samsung License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Samsung Electronics Co., Ltd | Sony Corporation | Corporate Patent Cross License Agreement | 4/1/2004 | 12/14/2004 | Earlier of 12/31/08 or the termination or expiration of the licenses, non-asserts, and releases granted under the Agreement | Complete Electronic Products, Battery Packs, Media, Drives, and Refill Accessories and does not include Manufacturing Equipment | Worldwide | [redacted] | S-794-ITC-005287296 to S-794-ITC-005287336 |
| 31 | Samsung Electronics Co., Ltd | Koninklijke Philips Electronics N.V. | GSM/DCS 1800/1900 Patent License Agreement | 2/22/1999 | 2/22/1999 | 12/31/2002 | GSM Terminal, DCS 1800/1900 Terminal or Combi-Terminal | Worldwide | [redacted] | S-794-ITC-003052419 to S-794-ITC-003052431 |
| 32 | Samsung Electronics Co., Ltd | Picsel (Malta) Limited and Warrantors | Patent License Agreement | 10/5/2009 | 10/5/2009 | Last to expire of the Assigned Patents | Picsel products include file viewer software products; All Samsung products | Worldwide | [redacted] | SAMNDCA00330453 to SAMNDCA00330474 |
| 33 | Samsung Electronics Co., Ltd | Picsel International Limited | Patent License Agreement First Amendment | N/A | 4/21/2010 | N/A | Picsel products include file viewer software products | N/A | [redacted] | S-794-ITC-000001397 to S-794-ITC-0000001402 |
| 34 | Samsung Electronics Co., Ltd | Renesas Technology Corp. | Settlement Agreement | N/A | 4/25/2008 | N/A | Semiconductor products | Worldwide | [redacted] | S-ITC-003455062 to S-ITC-003455065 |
| 35 | Samsung Electronics Co., Ltd | Renesas Technology Corp | Addendum to the Settlement Agreement | 4/25/2008 | 4/27/2009 | 5 years | Semiconductor products | Worldwide | [redacted] | S-794-ITC-000003162 to S-794-ITC-000003167 |
| 36 | Samsung Electronics Co., Ltd | Research In Motion Limited | Patent License Agreement | July 2006 | 8/14/2006 | 4 years with an extension option of 4 years | Handheld electronic mail device or handheld terminal | Worldwide | [redacted] | SAMNDCA00323440 to SAMNDCA00323448 |
| 37 | Samsung Electronics Co., Ltd | Siemens AG | Patent License Agreement | 12/31/2003 | 1/14/2004 | 12/31/2007 | Digital cellular mobile radio telecommunication terminals, modules with mobile radio telecommunication functionality, and spare parts relating to GSM, GPRS, WCDMA, UMTS, EDGE, TDMA, TD-SCDMA, and DECT Standards, but not the IS-95 and cdma2000 standards | Worldwide | [redacted] | S-794-ITC-003052584 to S-794-ITC-003052592 |
| 38 | Samsung Electronics Co., Ltd | Toshiba Corporation | Patent License Agreement | 4/1/2008 | 7/9/2008 | 10 years | All communication devices which can be used to transfer, initiate or receive data and/or voice transmissions that includes mobile transportable or handheld portable subscriber terminal equipment | Worldwide | [redacted] | S-794-ITC-000000274 to S-794-ITC-000000284 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3B

Summary of Apple UMTS License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Apple Inc. | Koninklijke Philips Electronics N.V. | Wireless Patent License Agreement | 10/1/2010 | 1/12/2012 | 10 years | Mobile Wireless Communication Equipment that is fully compliant with CDMA2000, GSM, LTE, and UMTS standards | Worldwide | | APL794001856430 to APL794001856473 |
| 2 | Apple Inc. | Koninklijke Philips Electronics N.V. and Sharp Corporation | Wireless Patent License Agreement | 10/1/2010 | 12/20/2011 | 10 years | Mobile Wireless Communication Equipment that is fully compliant with CDMA2000, GSM, LTE, and UMTS standards | Worldwide | | APL794001856474 to APL794001856504 |
| 3 | Apple Inc. | Nokia Corporation | Patent License Agreement | 6/12/2011 | 6/13/2011 | 12/31/2016 | Wireless Products such as an end-user terminal or any other therewith comparable product, including without limitation mobile phones, handsets, smart phones, tablet computers and laptop computers, which is capable of transmitting and/or receiving wireless communications in accordance with any of the CDMA2000, GSM, LTE, WiMax or UMTS Standards | Worldwide | | APLNDC00038188 to APLNDC00038208; APL794001804847 to APL794001804896 |
| 4 | Apple Inc. | InterDigital Group Technology Corporation | Wireless Patent License Agreement | 6/29/2007 | 9/6/2007 | 7 years | Apple Phones operating under TDMA and CDMA-based second and third generation mobile voice and data standards: GSM, GPRS, EDGE, PDC, PHS, and W-CDMA (through release 7 and any HSPA specifications included in release 8) regardless of the frequency used and including any updates | Worldwide | | APLNDC0001226533 to APLNDC0001226549 |
| 5 | Apple Inc. | Telefonaktiebolaget LM Ericsson | Global Patent License Agreement | 1/14/2008 | 1/18/2008 | Last to expire of the Licensed Patents not to exceed 7 years | Modules, Infrastructure Equipment and End-User Terminals relating to GSM, GPRS, EDGE, and WCDMA (including UMTS) - including all HSPA releases. Does not include LTE Standard | Worldwide | | APLNDC0001247678 to APLNDC0001247696, APLNDC-WH00000655184 to APLNDC-WH00000655203 |
| 6 | Apple Inc. | SPH America, LLC and President, Dr. Choongsoo Park | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of Dr. Park Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH00000454843 to APLNDC-WH00000454863 |
| 7 | Apple Inc. | WIAV Networks, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of WIAV Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH00000454864 to APLNDC-WH00000454877 |
| 8 | Apple Inc. | WIAV Solutions LLC | Settlement and License Agreement | 12/29/2008 | 1/5/2009 | Expiration of the last to expire of WIAV Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof. Patents referenced in Exhibit B are limited to the Wireless Handsets Field of use. Patents referenced in Exhibit C are for all fields of use | Worldwide | | APLNDC-WH00000454878 to APLNDC-WH00000454912 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Exhibit 3B
Summary of Apple UMTS License Agreements

| | Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Apple Inc. | Siemens Aktiengesellschaft | Patent License Agreement | 10/2/2008 | 10/2/2008 | Later of (i) expiration of the last of the Siemens Licensed Patents (ii) expiration of the last of the Apple Licensed Patents | Cellular phone, smart phone or handheld mobile communication device that is actually or claimed to be compliant with one or more of the GSM/GPRS Standard and the UMTS Standard. Products do not include stand alone PCMCIA cards, modules, and/or modems and a handheld mobile communication device is limited to a device that is designed to be used by holding it in one hand. Communication Equipment in the form of (1) Infrastructure equipment and (2) terminal units that is actually or claimed to be compliant with one or more of the GSM/GPRS Standard and the UMTS Standard | Worldwide | | APLNDC-WH000454913 to APLNDC-WH000454934 |
| 10 | Apple Inc | SPH America, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of SPH Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH000454935 to APLNDC-WH000454948 |
| 11 | Apple Inc | SPH America, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of SPH Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH000454951 to APLNDC-WH000454969 |
| 12 | Apple Inc | MSTG, Inc. | Standstill and Option Agreement | 11/10/2009 | 11/10/2009 | Expiration of the last to expire of MSTG Patents | Apple product, service, device, system, hardware, software, or other offering | Worldwide | | APLNDC-WH000454970 to APLNDC-WH000454987 |
| 13 | Apple Inc | SPH America, LLC | Settlement and License Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of SPH Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof | Worldwide | | APLNDC-WH000454988 to APLNDC-WH000455002 |
| 14 | Apple Inc | Electronics and Telecommunications Research Institute | Apple - ETRI Collaboration Agreement | 12/31/2009 | 12/31/2009 | Expiration of the last to expire of ETRI Patents | Apple product, product line, service, device, system, component, hardware, software and any combination thereof compliant with at least one of the following standards: all standards reasonably considered to be 2G cellular telecommunication standards (e.g. - TDMA, CDMA) and all standards reasonably considered to be 3G cellular telecommunication standards (e.g. 3GPP-related standards such as UMTS and 3GPP-2 related standards such as cdma2000) | Worldwide | | APLNDC-WH000455003 to APLNDC-WH000455044 |
| 15 | Apple Computer Inc. | Telefonaktiebolaget LM Ericsson | Patent License - Narrowband AMR and Wideband AMR Standards | 6/3/2003 | 5/19/2003 | 5 years | Decoder or Encoder software providing at least one channel compliant with the AMR Standards (Adaptive Multi-Rate Narrowband and the Wideband technical specifications of 3GPP that are specified in Appendix B of the Agreement) which is either an Implementation or a Personal Computer Product | Worldwide | | APLNDC-WH000655159 to APLNDC-WH000655183 |