# EXHIBIT 10

# In The Matter Of:

*CERTAIN ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES*

_____

*JUN WON LEE - Vol. 1*
*March 6, 2012*

_____

*HIGHLY CONFIDENTIAL*
*BUSINESS INFORMATION*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.

---o0o---

In the Matter of                          Inv. No. 337-TA-794

CERTAIN ELECTRONIC DEVICES,
INCLUDING WIRELESS COMMUNICATION
DEVICES, PORTABLE MUSIC AND DATA
PROCESSING DEVICES, AND TABLET
COMPUTERS
                                    /


VIDEOTAPED DEPOSITION OF

JUN WON LEE
_____

Tuesday, March 06, 2012



HIGHLY CONFIDENTIAL BUSINESS INFORMATION









REPORTED BY:  RACHEL FERRIER, CSR 6948
                                (3-441886)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 2

1                    INDEX OF EXAMINATIONS

2     EXAMINATION BY                                            PAGE

3     Mr. Selwyn                                                6, 33

4     Mr. Weinstein                                             143

5              EXHIBITS MARKED FOR IDENTIFICATION

6     NO.                 DESCRIPTION                           PAGE

7     Exhibit 1   Respondent Apple Inc.'s Third
                  Notice of Deposition to
8                 Complainants Samsung Electronics
                  Co., LTD. and Samsung
9                 Telecommunications America, LLC               16

10    Exhibit 2   U.S. Patent No. 7,706,348 B2                  53

11    Exhibit 3   U.S. Patent No. 7,486,644 B2                  53

12    Exhibit 4   Re-Amended Defence and
                  Counterclaim                                  87
13
      Exhibit 5   Document entitled "Gresso
14                Avantgarde Grand Premiere -
                  the timeless value"                           92
15
      Exhibit 6   (None marked.)
16
      Exhibit 7   ETSI Addendum 1, 29th General
17                Assembly Specially Convened
                  Meeting Nice, 18-19 November
18                1997                                          124

19    Exhibit 8   Respondent Apple Inc.'s First
                  Notice of Deposition to
20                Complainants Samsung Electronics
                  Co., Ltd., and Samsung
21                Telecommunications America, LLC               135

22    Exhibit 9   Letter dated 4/21/11 to Derek
                  Aberle from Yong-Tae Lee                      138
23
      Exhibit 10  Letter dated 2/2/12 to Derek
24                Aberle from Jae Wan Chi                       140

25

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 3

1          EXHIBITS MARKED FOR IDENTIFICATION

2   NO.                DESCRIPTION                    PAGE

3   Exhibit 11   License Agreement Between
                 Nokia Corporation and Samsung
4                Electronics Co., Ltd., 6/18/10       141

5                       ---o0o---

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 4

1      BE IT REMEMBERED that, pursuant to the laws
2  governing the taking and use of depositions, on Tuesday,
3  March 06, 2012, commencing at 10:52 a.m. thereof, at
4  Morrison & Forester, 425 Market Street, San Francisco,
5  California 94105, before me, RACHEL FERRIER, a Certified
6  Shorthand Reporter, personally and JUN WON LEE, called
7  as a witness by Respondent, who, being by me first duly
8  sworn, was thereupon examined as a witness in said
9  action.
10                APPEARANCES OF COUNSEL
11 For the Complainants SAMSUNG ELECTRONICS CO., LTD. and
   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:
12
            QUINN EMANUEL URQUHART & SULLIVAN, LLP
13          BY:  MARC K. WEINSTEIN, Attorney at Law
            NBF Hibiya Bldg, 25F
14          1-1-7 Uchisaiwai-cho
            Chiyoda-ku
15          Tokyo 100-0011, Japan
16 For the Respondent APPLE, INC.:
17          WILMER CUTLER PICKERING HALE and DORR
            BY:  MARK D. SELWYN, Attorney at Law
18          950 Page Mill Road
            Palo Alto, California 94304
19          Telephone:  650.858.6031
            Email:  mark.selwyn@wilmerhale.com
20
21
22 ALSO PRESENT:  JEFREE ANDERSON, Videographer
                  JEFF MYUNG, Samsung
23                SUNHEE PAIK, Main Interpreter
                  ALEX JO, Check Interpreter
24
25                       ---o0o---

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 111

1  Q  Does it -- does having the patent prosecution
2  team at ETSI meetings with the engineers also assist
3  Samsung in disclosing its IPR to ETSI as early as
4  possible?
17:02:47  5     MR. WEINSTEIN:  Objection; vague and ambiguous.
6     THE WITNESS:  Generally, when a technical
7  contribution is presented in the meetings, the
8  application is to be filed as soon as possible, but the
9  disclosure to ETSI is not made at that time because the
17:04:34 10  standards can be determined two or three years after
11  that.  So once the standards are determined, the
12  prosecution team makes a decision as of that time.
13  BY MR. SELWYN:
14     Q  How big is Samsung's patent prosecution team?
17:05:01 15     MR. WEINSTEIN:  Objection; outside the scope.
16     THE WITNESS:  I don't know exactly, but within
17  the entire Samsung Electronics, I believe there are
18  about 200 people.
19  BY MR. SELWYN:
17:05:33 20     Q  And those 200 people attend ETSI meetings from
21  time to time; correct?
22     MR. WEINSTEIN:  Objection; mischaracterizes
23  prior testimony, lacks foundation, outside the scope.
24     THE WITNESS:  Not all of those 200 people
17:06:11 25  attend the meetings because everybody has a different

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 112

1  area that they are responsible for, but there are about
2  20 to 30 people who are responsible for the
3  telecommunication standards.
4  BY MR. SELWYN:
17:06:27  5      Q   And do those 20 or 30 people who attend the
6  ETSI meetings try to draft patent applications that will
7  cover the standards that are discussed at the ETSI
8  meetings?
9          MR. WEINSTEIN:  Objection; vague and ambiguous,
17:07:03 10  lacks foundation, outside the scope.
11          THE WITNESS:  They don't personally prepare the
12  draft.  They use outside people to draft the
13  application.  But there are the people who are
14  responsible for controlling the outside people to make a
17:07:52 15  draft.
16  BY MR. SELWYN:
17      Q   And is it their goal to try to draft
18  applications or have applications drafted that will
19  cover the standards that are being discussed at the ETSI
17:08:11 20  meetings?
21          MR. WEINSTEIN:  Same objections.
22          THE WITNESS:  You can say that.
23  BY MR. SELWYN:
24      Q   How does Samsung determine when to disclose its
17:08:54 25  patents or other intellectual property to ETSI?

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 113

```
            1            MR. WEINSTEIN:  Objection; asked and answered.
            2            THE WITNESS:  Those 20 to 30 people that I
            3   mentioned earlier made the decision.
            4   BY MR. SELWYN:
17:09:31    5       Q    How do they decide, those 20 to 30 people, the
            6   timing of when to disclose pending patent applications,
            7   issued patents, or other intellectual property to ETSI?
            8            MR. WEINSTEIN:  Objection; lacks foundation.
            9            THE WITNESS:  Those 20 to 30 people continue to
17:10:59   10   monitor the patents that they are handling, but the
           11   important thing is that the standards have to be
           12   determined, but once the standards are determined, each
           13   person who handles the subject patents make a
           14   decision -- makes a decision for the pending patent
17:11:27   15   application or issued patent.
           16   BY MR. SELWYN:
           17       Q    Makes a decision whether to disclose that
           18   patent or patent application to ETSI?
           19            MR. WEINSTEIN:  Same objection.
17:11:51   20            THE WITNESS:  To make the decision whether it
           21   is essential or not.  That is important.  Once a patent
           22   is determined essential to do so, we would classify them
           23   separately from others, and we would collect several of
           24   them to disclose as soon as possible.
17:12:53   25   BY MR. SELWYN:
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 114

```
                 1     Q    How soon --
                 2          THE INTERPRETER:  Interpreter would like to
                 3     make a correction:  To make the decision whether a
                 4     patent is essential or not is important.  Once a patent
17:13:31         5     is determined essential, we would like to classify them
                 6     separately from others and collect several of them
                 7     together to disclose as soon as possible.
                 8     BY MR. SELWYN:
                 9     Q    How soon after the standard has been determined
17:13:50        10     is the patent prosecution team supposed to make its
                11     disclosure of Samsung's IPR to ETSI?
                12          MR. WEINSTEIN:  Objection; lacks foundation.
                13          THE WITNESS:  There is no fixed time, but it is
                14     done periodically, commonly as often as once or twice a
17:14:56        15     year.
                16     BY MR. SELWYN:
                17     Q    Has there ever been an instance in which
                18     Samsung has disclosed a pending patent application or an
                19     issued patent to ETSI before the standard has been
17:15:27        20     determined or before the standard has been frozen?
                21          MR. WEINSTEIN:  Objection; vague and ambiguous.
                22          THE WITNESS:  I'm not sure if that has ever
                23     happened, but if that happened, I believe that was a
                24     stupid thing.
17:16:23        25     BY MR. SELWYN:
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 115

| | | |
|---|---|---|
| | 1 | Q   Why? |
| | 2 | MR. WEINSTEIN:  Same objection. |
| | 3 | THE WITNESS:  When the standard is not |
| | 4 | determined, you cannot know if the patent is essential |
| 17:16:52 | 5 | or not, so there is no reason to disclose. |
| | 6 | BY MR. SELWYN: |
| | 7 | Q   Can you know whether the standard -- strike |
| | 8 | that. |
| | 9 | Can you know whether the patent application is |
| 17:17:05 | 10 | essential to the standard that's being considered? |
| | 11 | MR. WEINSTEIN:  Objection; vague and ambiguous, |
| | 12 | lacks foundation. |
| | 13 | THE WITNESS:  Are we talking about these |
| | 14 | patents? |
| 17:17:36 | 15 | MR. SELWYN:  Not at the moment. |
| | 16 | THE WITNESS:  I don't understand the question |
| | 17 | exactly, so which patent are you asking about being |
| | 18 | essential or are or not? |
| | 19 | MR. SELWYN:  No patent in particular. |
| 17:17:56 | 20 | MR. WEINSTEIN:  Same objections. |
| | 21 | MR. SELWYN:  Let me ask a new question to |
| | 22 | clarify.  Let me back up. |
| | 23 | Q   Does Samsung know which members of its patent |
| | 24 | prosecution teams attended meetings where the technology |
| 17:18:40 | 25 | that Samsung believes underlie patents marked as |

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 116

1   Exhibits 2 and 3 were discussed?

2       MR. WEINSTEIN: Objection; vague and ambiguous,

3   outside the scope.

4       THE WITNESS: I would not know such a specific

17:19:24  5   detail, but if I investigate, I can find out.

6   BY MR. SELWYN:

7     Q  How would you find out?

8       MR. WEINSTEIN: Same objections.

9       THE WITNESS: The prosecution history is stored

17:19:55 10  in the database, and also, if I find out who handled

11  these patents at the time, I can find out.

12  BY MR. SELWYN:

13     Q  And how long would that take you to do with

14  respect to, for example, these two patents?

17:20:07 15      MR. WEINSTEIN: Objection; outside the scope.

16       THE WITNESS: Probably can take two or three

17  days.

18       MR. WEINSTEIN: Counsel, we have been going for

19  about an hour. Is this a good time for a break?

17:20:34 20      MR. SELWYN: Give me two more questions.

21       MR. WEINSTEIN: Sure.

22  BY MR. SELWYN:

23     Q  Has Samsung ever investigated, in connection

24  with this case, which members of its patent prosecution

17:20:44 25  teams attended meetings where the technology that

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 117

1 Samsung believes underlie Exhibits 2 and 3 were
2 discussed?
3     MR. WEINSTEIN: Objection; outside the scope.
4     THE WITNESS: I don't know such a specific
17:21:26  5 detail.
6 BY MR. SELWYN:
7   Q  What instructions were the members of the
8 patent prosecution teams who attended the meetings where
9 the technology that Samsung believes relates to
17:21:39 10 Exhibits 2 and 3 were discussed -- strike that.
11     What instructions did Samsung give to the
12 employees from the patent prosecution teams who attended
13 the ETSI meetings where the technology related to
14 Exhibit 2 and 3 were discussed about when to disclose
17:22:04 15 Samsung's IPR to ETSI?
16     MR. WEINSTEIN: Objection; vague and ambiguous,
17 lacks foundation.
18     THE WITNESS: I said I don't know who or
19 when --
17:23:35 20     THE INTERPRETER: Interpreter's correction: I
21 said I don't know who attended which meeting when
22 related to patents, but probably the -- since the reason
23 why the members are attending the ETSI meeting is --
24     The interpreter's correction: One of the
17:23:54 25 reasons is --

Merrill Corporation - Boston
617-542-0039     www.merrillcorp.com/law

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/6/2012

Page 118

```
              1            Interpreter's correction:  One of the reasons
              2    why these members attend these meetings is to get
              3    explanation about the timing of the disclosure, so I
              4    believe they follow the same procedure.
17:24:48      5            Let me try again.
              6            Okay.  I misunderstood.
              7            THE WITNESS:  I said that I don't know who
              8    attend which meeting related to the patents, but I
              9    already explained the reasons why they attend the ETSI
17:25:11     10    meeting and process of disclosure, so I believe they
             11    followed the procedure for the disclosure as to these
             12    patents.
             13            MR. SELWYN:  Is the translation complete?
             14            THE CHECKER INTERPRETER:  Almost.
17:25:53     15            THE WITNESS:  Probably.
             16            MR. SELWYN:  "Probably" the translation is
             17    complete or?
             18            THE INTERPRETER:  The checker interpreter says
             19    that "probably" should be added, and the deponent said
17:26:08     20    that it's correct.
             21            MR. SELWYN:  Okay.  Let's take a break.
             22            THE VIDEOGRAPHER:  Going off the record, the
             23    time is 5:27.
             24            (Recess taken.)
17:38:01     25            THE VIDEOGRAPHER:  This marks the beginning of
```