# EXHIBIT 11

1  HAROLD J. MCELHINNY (CA SBN 66781)   WILLIAM F. LEE
   hmcelhinny@mofo.com                  william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)    WILMER CUTLER PICKERING
   mjacobs@mofo.com                     HALE AND DORR LLP
3  JENNIFER LEE TAYLOR (CA SBN 161368)  60 State Street
   jtaylor@mofo.com                     Boston, MA 02109
4  ALISON M. TUCHER (CA SBN 171363)     Telephone: (617) 526-6000
   atucher@mofo.com                     Facsimile: (617) 526-5000
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)    MARK D. SELWYN (SBN 244180)
   jasonbartlett@mofo.com               mark.selwyn@wilmerhale.com
7  MORRISON & FOERSTER LLP              WILMER CUTLER PICKERING
   425 Market Street                    HALE AND DORR LLP
8  San Francisco, California  94105-2482  950 Page Mill Road
   Telephone:  (415) 268-7000           Palo Alto, California 94304
9  Facsimile:  (415) 268-7522           Telephone: (650) 858-6000
                                         Facsimile: (650) 858-6100
10 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC
11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15

16 APPLE INC., a California corporation,       Case No. 11-cv-01846-LHK

17                    Plaintiff,               **APPLE INC.'S RESPONSES TO
                                               SAMSUNG'S FOURTH AND FIFTH
18           v.                                SETS OF REQUESTS FOR ADMISSION**

19 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
20 ELECTRONICS AMERICA, INC., a New York
   corporation; SAMSUNG
21 TELECOMMUNICATIONS AMERICA, LLC, a
   Delaware limited liability company,
22
                      Defendants.
23

24

25

26

27

28

1    **REQUEST FOR ADMISSION NO. 1823:**

2         Admit that U.S. Patent Appl. No. 686,020 is based on a continuation application that was

3    filed on August 21,1995.

4    **RESPONSE TO REQUEST FOR ADMISSION NO. 1823:**

5         Apple admits Request No. 1823.

6    **REQUEST FOR ADMISSION NO. 1824:**

7         Admit that U.S. Patent No. 5,835,721 was issued by the U.S. Patent and Trademark Office

8    on November 10, 1998.

9    **RESPONSE TO REQUEST FOR ADMISSION NO. 1824:**

10        Apple admits Request No. 1824.

11   **REQUEST FOR ADMISSION NO. 1825:**

12        Admit that ETSI TS 101 349 V8.27.0 is a technical specification produced by ETSI 3rd

13   Generation Partnership (3GPP).

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 1825:**

15        Apple admits that ETSI TS 101 349 V8.27.0 (2005-09) states "This Technical

16   Specification (TS) has been produced by ETSI 3rd Generation Partnership Project (3GPP)."

17   **REQUEST FOR ADMISSION NO. 1826:**

18        Admit that the document produced as S-ITC-003127030 – S-ITC-00312703 is a copy of

19   the ETSI TS 101 349 V8.27.0 Technical Specification.

20   **RESPONSE TO REQUEST FOR ADMISSION NO. 1826:**

21        Apple denies Request No. 1826; the indicated bates range is invalid.

22   **REQUEST FOR ADMISSION NO. 1827:**

23        Admit that ETSI TS 101 349 V8.27.0 was also known as 3GPP TS 04.60 version 8.27.0

24   Release 1999.

25   **RESPONSE TO REQUEST FOR ADMISSION NO. 1827:**

26        Apple admits Request No. 1827.

27   **REQUEST FOR ADMISSION NO. 1828:**

28        Admit that 3GPP TS 04.60 Release 1999 was frozen at a meeting on December 17, 1999.

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 1828:**

2       Apple admits Request No. 1828.

3   **REQUEST FOR ADMISSION NO. 1829:**

4       Admit that ETSI TS 123 060 V5.7.0 was published in September 2005.

5   **RESPONSE TO REQUEST FOR ADMISSION NO. 1829:**

6       Apple denies Request No. 1829.

7   **REQUEST FOR ADMISSION NO. 1830:**

8       Admit that APPLE disclosed U.S. Patent No. 5,835,721 as essential, or likely to become

9   essential, with respect to the ETSI TS 101 349 V8.27.0 Technical Specification more than twenty

10  two months after the technical specification was published.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 1830:**

12      Apple admits Request No. 1830, but denies that such disclosure was untimely under the

13  relevant facts and circumstances.

14  **REQUEST FOR ADMISSION NO. 1831:**

15      Admit that APPLE timely disclosed U.S. Patent No. 5,835,721 to ETSI with respect to the

16  ETSI TS 101 349 V8.27.0 Technical Specification.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 1831:**

18      Apples admits that, under the relevant facts and circumstances, it timely disclosed U.S.

19  Patent No. 5,835,721 to ETSI with respect to the ETSI TS 101 349 V8.27.0 Technical

20  Specification.

21  **REQUEST FOR ADMISSION NO. 1832:**

22      Admit that APPLE did not timely disclose U.S. Patent No. 5,835,721 to ETSI with respect

23  to the ETSI TS 101 349 V8.27.0 Technical Specification.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 1832:**

25      Apples denies that, under the relevant facts and circumstances, it did not timely disclose

26  U.S. Patent No. 5,835,721 to ETSI with respect to the ETSI TS 101 349 V8.27.0 Technical

27  Specification.

28

1  **REQUEST FOR ADMISSION NO. 1842:**

2  Admit that the November 2011 IPR Information Statement and Licensing Declaration (see

3  S-ITC-003126942 – S-ITC-003126968) disclosed U.S. Patent No. 5,835,721 as essential, or

4  likely to become essential, with respect to ETSI Technical Specification, 3GPP TS 04.60 V8.27.0.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 1842:**

6  Apple admits that November 2011 IPR Information Statement and Licensing Declaration

7  (see S-ITC-003126942 – S-ITC-003126968) disclosed that Apple believed that U.S. Patent No.

8  5,835,721 was essential, or was likely to become essential, with respect to ETSI Technical

9  Specification, 3GPP TS 04.60 V8.27.0.

10  **REQUEST FOR ADMISSION NO. 1843:**

11  Admit that 3GPP TS 04.60 V8.27.0 is a technical specification produced by ETSI 3rd

12  Generation Partnership (3GPP).

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 1843:**

14  Apple admits Request No. 1843.

15  **REQUEST FOR ADMISSION NO. 1844:**

16  Admit that the document produced as S-ITC-003127030 – S-ITC-00312703 is a copy of

17  the 3GPP TS 04.60 V8.27.0 Technical Specification.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 1844:**

19  Apple denies Request No. 1844; the indicated bates range is invalid.

20  **REQUEST FOR ADMISSION NO. 1845:**

21  Admit that 3GPP TS 04.60 V8.27.0 was published in September 2005.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 1845:**

23  Apple admits Request No. 1844.

24  **REQUEST FOR ADMISSION NO. 1846:**

25  Admit that APPLE disclosed U.S. Patent No. 5,835,721 as essential, or likely to become

26  essential, with respect to the 3GPP TS 04.60 V8.27.0 Technical Specification more than six years

27  after the technical specification was published.

28

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 1846:**

2  Apple admits Request No. 1846, but denies that such disclosure was untimely under the

3  relevant facts and circumstances.

4  **REQUEST FOR ADMISSION NO. 1847:**

5  Admit that APPLE timely disclosed U.S. Patent No. 5,835,721 to ETSI with respect to the

6  3GPP TS 04.60 V8.27.0 Technical Specification.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 1847:**

8  Apples admits that under the relevant facts and circumstances it timely disclosed U.S.

9  Patent No. 5,835,721 to ETSI with respect to the 3GPP TS 04.60 V8.27.0 Technical

10  Specification.

11  **REQUEST FOR ADMISSION NO. 1848:**

12  Admit that APPLE did not timely disclose U.S. Patent No. 5,835,721 to ETSI with respect

13  to the 3GPP TS 04.60 V8.27.0 Technical Specification.

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 1848:**

15  Apples denies that under the relevant facts and circumstances it did not timely disclose

16  U.S. Patent No. 5,835,721 to ETSI with respect to the 3GPP TS 04.60 V8.27.0 Technical

17  Specification.

18  **REQUEST FOR ADMISSION NO. 1849:**

19  Admit that all companies that make products in compliance with the 3GPP TS 04.60

20  V8.27.0 Technical Specification are presently licensed by APPLE under U.S. Patent No.

21  5,835,721.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 1849:**

23  Apple admits that, if, as Apple contends, a declaration in accordance with Clause 6.1 of

24  the ETSI IPR Policy, followed by a company implementing the Technical Specification to which

25  that patent is declared essential, establishes a binding license agreement with respect to that

26  patent, all companies that make products in compliance with the 3GPP TS 04.60 V8.27.0

27  Technical Specification are presently licensed by APPLE under U.S. Patent No. 5,835,721.

28  However, insofar as a commitment to license U.S. Patent No. 5,835,721 in accordance with

1    from a number conflicting design goals that includes the desirability of making the enclosure

2    lighter and thinner, the desirability of making the enclosure stronger and making the enclosure

3    more esthetically pleasing.  The lighter enclosures, which typically use thinner plastic structures

4    and fewer fasteners, tend to be more flexible and therefore they have a greater propensity to

5    buckle and bow when used while the stronger and more rigid enclosures, which typically use

6    thicker plastic structures and more fasteners, tend to be thicker and carry more weight.

7    Unfortunately, however, the increased weight consistent with the more rugged enclosure can lead

8    to user dissatisfaction whereas bowing of enclosures formed of lightweight material can result in

9    damaging some of the internal components (such as printed circuit boards) of the portable device.

10   **RESPONSE TO REQUEST FOR ADMISSION NO. 2518:**

11        Apple objects to this request as irrelevant and, as phrased, not reasonably susceptible to a

12   response.  Many representations were made on January 26, 2010 among Apple's tens of

13   thousands of employees around the world.  Therefore, without any indication of where Samsung

14   identified the cited language, Apple lacks sufficient information to admit or deny this request.

15

16

17   Dated: March 10, 2012                                MORRISON & FOERSTER LLP

18

19                                                    By:   */s/ Richard S.J. Hung*
                                                           RICHARD S.J. HUNG
20
                                                           Attorneys for Plaintiff
21                                                         APPLE INC.

22

23

24

25

26

27

28