QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF KARA BORDEN IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME** |

I, Kara Borden, declare as follows:

1.      I am associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Motion to Shorten Time for Briefing on its Motion to Strike Portions of Declarations of Christopher Crouse, Terry Musika, Marylee Robinson, Phillip W. Schiller, and Russell S. Winer in Support of Apple's Motion for a Permanent Injunction ("Motion to Strike").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.      On October 4, 2012, my colleague Robert Becher contacted counsel for Apple via email in order to propose a shortened briefing schedule whereby Samsung would file its Motion to Strike on October 5, 2012, Apple would file its opposition brief by October 8, 2012, Samsung would waive its right to file a reply brief, and that the Motion would be submitted on the papers. The email specified the paragraphs of Apple's declarations that Samsung would seek to strike.

3.      Apple responded to Mr. Becher's message indicating that it would oppose a shortened briefing schedule.  Attached hereto as Exhibit 1 is a true and correct copy of the email exchange with counsel for Apple.

4.      To accommodate Apple's concerns, Samsung's motion requests that the Court require Apple to file its opposition brief on October 9, 2012.

5.      The relief requested in Samsung's Motion to Shorten Time is necessary in order to allow the Court to decide Samsung's Motion to Strike prior to the October 19, 2012 deadline for Samsung's Opposition to Apple's Motion for a Permanent Injunction and for Damages Enhancements.  Samsung needs to know what evidence will be considered by the Court in order to fashion its opposition brief.  If the Court does not grant briefing and hearing on shortened time, the Motion would not be heard until November 13, 2012.

6.      The present request to shorten the briefing and hearing schedule on Samsung's Motion to Strike will not affect the schedule of the case.

1
2   I declare under penalty of perjury under the laws of the United States that the foregoing is
3   true and correct.  Executed on the 5th of October, 2012, in Los Angeles, California.
4
5                                                                    /s/ Kara Borden
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Kara Borden has concurred in this filing.

/s/ Victoria Maroulis