UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Strike Portions of Declarations of Christopher Crouse, Terry Musika, Marylee Robinson, Phillip W. Schiller, and Russell S. Winer in Support of Apple's Motion for a Permanent Injunction ("Motion to Strike").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Strike and orders the following stricken:

1. Paragraphs 2 and 4 (portion from 1:13 "In order to meet" to 1:14) of the Declaration of Christopher Crouse in Support of Apple's Motion for a Permanent Injunction;

2. Paragraphs 7, 10-28, and 31-60 of the Declaration of Terry Musika in Support of Apple's Motion for a Permanent Injunction;

3. Paragraphs 34-36, 38-40, and 42 of the Declaration of Marylee Robinson in Support of Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and for Prejudgment Interest;

4. Paragraphs 3-10, 13, and 15 (from 5:21 "I also believe" to 5:26) of the Declaration of Philip W. Schiller in Support of Apple's Motion for a Permanent Injunction; and

5. Paragraphs 7-14 of the Declaration of Russell S. Winer in Support Apple's Motion for a Permanent Injunction.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Court Judge