HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING REGARDING SAMSUNG'S MOTION TO STRIKE** |

Apple filed its motion for judgment as a matter of law on September 21. After waiting for two full weeks, Samsung moves to strike materials from five declarations that Apple attached to its JMOL motion. Samsung also requests that the Court expedite its consideration of its motion to strike, such that Apple has just two business days to respond.

There is no legitimate reason for Samsung's request for such a highly expedited schedule. Samsung, not Apple, inexplicably waited two weeks to raise its motion to strike with the Court. The burden of any exigency caused by Samsung's delay in bringing its motion therefore should fall on Samsung—not the Court or Apple. The Court thus should deny Samsung's request to expedite and consider its motion to strike on the normal briefing schedule under Civil Local Rules 7-2 and 7-3.

If the Court is inclined to expedite Samsung's motion despite its lengthy delay, Apple respectfully requests more than two business days to respond to Samsung's motion. In particular, Apple proposes that its response be due by October 12, 2012, that Samsung not be permitted to submit a reply, and that the Court resolve the matter without a hearing.

Dated: October 5, 2012                    MORRISON & FOERSTER LLP

By:   */s/ Michael A. Jacobs*
      MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.