UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO STRIKE |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung has filed a motion to strike portions of several declarations filed in support of Apple's motion for a permanent injunction. ECF No. 2032. Samsung has also filed a motion to shorten time for briefing on its motion to strike, ECF No. 2031, and Apple has opposed the motion to shorten time. ECF No. 2034. Samsung's reason for striking the material is procedural: that the declarations serve to circumvent the page limits for Apple's motion in violation of the Court's Order Re: Post-Trial Proceedings issued on August 28, 2012, ECF No. 1945.

As the motion to strike is essentially an "evidentiary or procedural objection" to the permanent injunction motion, it must be contained within the opposition brief and subject to the opposition brief's page limitations. *See* Civ. L. R. 7-3(a); *see also* Order Denying Motion for Preliminary Injunction, ECF No. 452, at 5. Because Samsung filed the motion to strike separately

1

Case No.: 11-CV-01846-LHK
ORDER DENYING MOTION TO STRIKE

from the opposition, Samsung's motion to strike is DENIED.  See Civ. L. R. 7-3(a).  Samsung's motion to shorten time and Apple's opposition thereto are DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 9, 2012

_____
LUCY H. KOH
United States District Judge