**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER DENYING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS |

　　　　Samsung has filed two requests that the Court remove incorrectly filed documents from its docket. ECF Nos. 2026, 2036. Neither of documents Samsung seeks to remove contains information that is confidential or would otherwise cause harm if they remain publically available. Accordingly, Samsung's motions are DENIED.

**IT IS SO ORDERED.**

Dated: October 9, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge