# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: October 10, 2012                    Time in Court: [1:31 to 1:48 (17 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Peter J. Kolovos, *telephonically*
Defendant Attorney(s) present: Melissa Dalziel, *telephonically*
Attorney(s) for Non-Party Motorola Mobility present: Peter J. Chassman, *telephonically* and Jennifer A. Golinveaux, *telephonically*

# PROCEEDINGS:
**Motorola Mobility's Emergency Motion to Seal Confidential Document (Doc. 2028)**

Hearing held.
The Court denies Motorola's emergency motion to seal for reasons stated on the record.

///