QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**REPLY DECLARATION OF JOHN M. PIERCE IN SUPPORT OF MOTION ON SAMSUNG'S NON-JURY CLAIMS** |

I, John M. Pierce, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Reply in Support of Motion on Samsung's Non-Jury Claims, Including Indefiniteness.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the April 26, 2012 deposition transcript of Karan Singh.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Samsung's Patent Local Rule 3-3 and 3-4 Disclosures setting forth Samsung's invalidity contentions with respect to the '163 patent.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the October 18, 2011 deposition transcript of Freddy Anzures.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the October 27, 2011 deposition transcript of Daniel Coster.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the March 23, 2012 deposition transcript of Kurt Dammerman, taken in *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, U.S. Int'l Trade Comm'n Inv. No. 337-TA-796 (hereafter "ITC 796 Investigation").

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the October 21, 2011 deposition transcript of Daniele de Iuliis.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the October 31, 2011 deposition transcript of Richard Howarth.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the July 16, 2012 deposition transcript of Richard Howarth.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the October 16, 2011 deposition transcript of Duncan Kerr.

1    11.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the
2 October 24, 2011 deposition transcript of Matthew Rohrbach.
3    12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the
4 October 27, 2011 deposition transcript of Eugene Whang.
5    13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the
6 October 21, 2011 deposition transcript of Rico Zorkendorfer.
7    14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the
8 February 23, 2012 deposition transcript of Matthew Rohrbach, taken in the ITC 796 Investigation.
9    15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the
10 February 17, 2012 deposition transcript of Eugene Whang, taken in the ITC 796 Investigation.
11    16.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the
12 February 8, 2012 deposition transcript of Richard Howarth, taken in the ITC 796 Investigation.
13    17.    Attached hereto as Exhibit 16 is a true and correct copy of an Order Granting
14 Request For Ex Parte Application, issued by the U.S. Patent and Trademark Office in regards to
15 the '915 patent.
16    18.    Attached hereto as Exhibit 17 is a true and correct copy of an Order Granting
17 Request For Ex Parte Application, issued by the U.S. Patent and Trademark Office in regards to
18 the '381 patent.

20    I declare under penalty of perjury under the laws of the United States that the foregoing is
21 true and correct.  Executed on the 12th day of October, 2012, in Los Angeles, California.

23                         ____/s/ John M. Pierce_____
                                  John M. Pierce

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that John M. Pierce has concurred in this filing.

*/s/ Victoria Maroulis*
