# EXHIBIT 4

Page 1

1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4   APPLE INC., a California
    corporation,
5
6          Plaintiff,
7   vs.                        Case No. 11-CV-01846-LHK
8   SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
9   SAMSUNG ELECTRONICS AMERICA,
    INC., a New York corporation;
10  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, a Delaware
11  limited liability company,
12         Defendants.
    ----------------------------------/
13
14
15                CONFIDENTIAL
16            ATTORNEYS' EYES ONLY
17              OUTSIDE COUNSEL
18   VIDEOTAPED DEPOSITION OF DANIEL COSTER
            San Francisco, California
19          Thursday, October 27, 2011
20
21
22  Reported by:
    LORRIE L. MARCHANT, CSR No. 10523
23              RPR, CRR, CCRR, CLR
24  JOB NO. 43003
25

Confidential Attorneys' Eyes Only

Page 2

1          October 27, 2011

2            9:57 a.m.

3

4   Videotaped Deposition of

5   DANIEL COSTER, held at the offices of

6   Quinn Emanuel Urquhart & Sullivan,

7   LLP,    50 California Street, 22nd

8   Floor,    San Francisco, California,

9   before Lorrie L. Marchant, a Certified

10  Shorthand Reporter, Registered

11  Professional Reporter, Certified

12  Realtime Reporter, California

13  Certified Realtime Reporter and

14  Certified LiveNote Reporter.

15

16

17

18

19

20

21

22

23

24

25

Confidential Attorneys' Eyes Only

Page 3

```
 1              A P P E A R A N C E S:
 2   FOR THE PLAINTIFF APPLE INC.:
 3       MORRISON & FOERSTER, LLP
         BY:  MATTHEW I. KREEGER, ESQ.
 4       425 Market Street
         San Francisco, California 94105-2482
 5       Phone:  (415)268-6538
         Fax:  (415) 268-7522
 6       e-mail:  mkreeger@mofo.com
 7   FOR THE DEFENDANTS SAMSUNG:
 8       QUINN EMANUEL URQUHART & SULLIVAN, LLP
         BY:  MICHAEL ZELLER, ESQ.
 9       865 S. Figueroa Street, 10th Floor
         Los Angeles, California 90017
10       Phone:  (213) 443-3000
         Fax:  (213) 443-3100
11       e-mail:  michaelzeller@quinnemanuel.com
     and
12       BY:  SCOTT C. HALL, ESQ.
         555 Twin Dolphin Drive, 5th Floor
13       Redwood Shores, California 94065
         Phone:  (650) 801-5000
14       Fax:  (650) 801-5100
         e-mail:  scotthall@quinnemanuel.com
15
16   ALSO PRESENT:
17       David Edward Melaugh
             Apple Principal Counsel Litigation
18       Jake Krohn, Videographer
19                  ---oOo---
20
21
22
23
24
25
```

Confidential Attorneys' Eyes Only

Page 37

1   get taken literally.
2          You don't have an opinion one way or
3   another whether the design that's shown here in the
4   '889 design patent is the same or substantially the
5   same as the iPad 2 design?
6       A.   Correct.
7       Q.   Directing your attention to the '889 design
8   patent --
9       A.   Yes.
10      Q.   -- and specifically Figure 2, you'll see
11  that on the -- the -- the surface that's depicted
12  here of the device there are three sets of diagonal
13  lines?
14      A.   Yes.
15      Q.   Do you know what those diagonal lines
16  depict or mean?
17      A.   No.
18      Q.   If you could please take a look at
19  Figure 4.
20      A.   Yes.
21      Q.   You'll see that this is another view of
22  the -- what it says here is the bottom perspective,
23  the bottom view of the device.
24      A.   I don't see where it says bottom
25  perspective.  Sorry.

Confidential Attorneys' Eyes Only

Page 38

1   Q.   Well, I'll show you where that is.
2        If you look back at the first page.
3   A.   Yes.
4   Q.   In that second column, under the words
5   "description" --
6   A.   Yes.
7   Q.   -- it says, Figure 2 is a bottom
8   perspective view thereof.
9   A.   Bottom view thereof.
10  Q.   Right.  Do you see that part?
11  A.   Yes.
12  Q.   And then it also says, Figure 4 is a bottom
13  view thereof?
14  A.   Oh, yes.
15  Q.   And so taking a look, then, at --
16  A.   Thank you.
17  Q.   -- Figure 4, which is another view of the
18  bottom of the device --
19  A.   Yes.
20  Q.   -- do you have any understanding as to why
21  those diagonal lines that were shown on Figure 2 on
22  the bottom are not shown in Figure 4?
23  A.   No.  I'm sorry.  I don't.
24  Q.   If you could please take a look at the last
25  page of the '889 design patent.  This is Figure 9.

Page 39

1          You'll see that from the perspective of
2   the -- the man holding the device in the -- in the
3   drawing that the top of the device is somewhat wedge
4   shaped.  Do you see that?  Or tapering.
5       A.   Okay.
6       Q.   Do you know whether or not the design
7   that's shown in this design patent is showing a --
8   an edge that is -- is tapering or wedge shaped?
9       A.   No.  I couldn't tell from the drawing.
10  Sorry.
11      Q.   And then also on Figure 9, you'll see that
12  there is a thicker, darker line that runs part of
13  the perimeter of the front.
14      A.   Can you show that to me?
15      Q.   Sure.  It's that darker, thicker part
16  (indicating).
17      A.   Okay.
18      Q.   There's a line that runs around at least
19  part of the perimeter that can be seen of Figure 9.
20      A.   Yes.  Well, is it -- is it two lines
21  together?
22      Q.   Well, that was going to be one of my
23  questions.
24           Do you know if it is?
25      A.   It's hard to know.  The drawing is so bad.

Confidential Attorneys' Eyes Only

Page 40

1  Q. Do you know what, if anything, that line
2  depicts?
3  A. No, I don't. I'm sorry.
4  Q. I'm going to show you what's previously
5  marked as Exhibit 751, which is a copy of United
6  States Design Patent 622,270. And then I'm going to
7  show you another copy of the '270 design patent
8  which we have marked as Exhibit 429.
9      And for the record, the copy of it that's
10 marked as Exhibit 429 has some handwritten markings
11 on it, which is why it's marked separately.
12     And if you could please take a look at the
13 '270 design patent, the one that we've marked as
14 Exhibit 751.
15 A. Yes.
16 Q. You'll see that you're a named inventor on
17 this -- this design patent.
18 A. Yes.
19 Q. Was this a design you worked on at some
20 point?
21 A. Yes.
22 Q. And do you recognize, generally, what the
23 device is that this shows?
24 A. Yes.
25 Q. Is it the -- the first iPod touch?