# EXHIBIT 6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4  APPLE INC., a California
   corporation,
5

6          Plaintiff,

7  vs.                          Case No. 11-CV-01846-LHK

8  SAMSUNG ELECTRONICS CO., LTD.,
   a Korean business entity;
9  SAMSUNG ELECTRONICS AMERICA,
   INC., a New York corporation;
10 SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware
11 limited liability company,

12          Defendants.
   ---------------------------------/
13

14

15

16

17      CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19    VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
           Redwood Shores, California
20            Friday, October 21, 2011

21

22  Reported by:
    LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23  JOB NO. 43000

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1       Friday, October 21, 2011

2            10:13 a.m.

3

4    Videotaped Deposition of DANIELE De

5    IULIIS, held at the offices of Quinn

6    Emanuel Urqhart & Sullivan, LLP, 555

7    Twin Dolphin Drive, Suite 560, Redwood

8    Shores, California, before Lorrie L.

9    Marchant, a Certified Shorthand

10   Reporter, Registered Professional

11   Reporter, Certified Realtime Reporter,

12   California Certified Realtime Reporter

13   and Certified LiveNote Reporter.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1        A P P E A R A N C E S:

2    FOR THE PLAINTIFF APPLE INC.:

3        MORRISON & FOERSTER
         BY:  ANDREW E. MONACH, ESQ.
4        425 Market Street
         San Francisco, California 94105
5        Phone:  (415) 268-7588
         Fax:  (415) 268-7522
6        e-mail:  amonach@mofo.com

7    FOR THE DEFENDANTS SAMSUNG:

8        QUINN EMANUEL URQUHART & SULLIVAN
         BY:  MARGRET CARUSO, ESQ.
9             SCOTT HALL, ESQ.
         555 Twin Dolphin Drive
10       Redwood Shores, California 94065
         Phone:  (650) 801-5000
11       Fax:  (650) 801-5100
         e-mail:  margretcaruso@quinnemanuel.com
12                scotthall@quinnemanuel.com

13   ALSO PRESENT:

14       Lisa Olle, Apple Senior Corporate Counsel, Litigation

15       Jason Kocol, Videographer

16                      ---oOo---

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 156

1     BY MS. CARUSO:
2     Q.  Aside from Steve Jobs, do any of the named
3  inventors of the D087 patent have responsibilities
4  within Apple other than that of industrial design?
5     A.  All the named inventors, with the exception
6  of Steve Jobs, work within or have worked within the
7  industrial design department.
8     Q.  What do you understand to be new about the
9  design reflected in the D087 patent?
10         MR. MONACH:  Objection.  Vague and
11  ambiguous.  Objection to the extent it calls for a
12  legal conclusion.  Lacking in foundation that this
13  witness has an exhaustive knowledge of what went --
14  everything that went before.
15         THE WITNESS:  If I look at this
16  first-generation iPhone, I don't recall seeing
17  anything on the market like this prior to the
18  arrival of this first iPhone.
19         BY MS. CARUSO:
20     Q.  What about it do you not remember seeing
21  anything like before?
22         MR. MONACH:  Object to the question as
23  vague and ambiguous, lacking in foundation.
24         THE WITNESS:  I don't recall seeing
25  anything like the iPhone before it entered the

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 157

1  market.
2         BY MS. CARUSO:
3     Q.  Before the iPhone entered the market, do
4  you recall seeing rectangular-shaped cell phones?
5     A.  You'd have to show me -- those are words
6  that are meaningless to me.  I'm sorry.  In the
7  sense that they -- that word is so vague that
8  doesn't -- I would be lying if I said yes and no.
9     Q.  So the word "rectangular" is too vague for
10 you to understand?
11        MR. MONACH:  Objection.  It misstates the
12 prior question which was rectangular-shaped cell
13 phones.
14        THE WITNESS:  The term "rectangle" I
15 understand perfectly well.  But to then ascribe
16 rectangle to form, I -- that's where I'm lost.
17        BY MS. CARUSO:
18    Q.  Why is that?
19    A.  Because a rectangle doesn't describe a
20 form.
21    Q.  By "form," are you referring to a
22 three-dimensional shape?
23    A.  I think -- the way I understand "form," the
24 way I use the word "form," would be in its overall
25 three-dimensional shape.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 158

1  Q. Before the iPhone was introduced, did you
2  see phones that had a rectangular shape from the
3  front view?
4      MR. MONACH: Objection. Vague.
5      THE WITNESS: Again, it's -- I have to go
6  back to -- that doesn't mean anything to me.
7      BY MS. CARUSO:
8  Q. I'm just trying to understand why that is.
9  A. Because I'm a designer. I -- I spend my
10 life -- I would be fired if I said, hey, let's do
11 this -- let's -- that doesn't mean anything. We
12 spend all our time defining things to microns. So I
13 don't know how to answer your question.
14 Q. So I just want to make sure I understand.
15 Whether or not any given prior phone was
16 rectangular, in order for you to assess whether that
17 was like the iPhone in its shape, you would need to
18 know more specifics with that rectangular shape?
19     MR. MONACH: Objection. Vague. Incomplete
20 hypothetical.
21     THE WITNESS: I think I understand where
22 you're going with this, but I still -- I don't --
23 yeah, I'm sort of confused by "rectangle."
24     BY MS. CARUSO:
25 Q. Would you agree that the iPhone first

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 159

1 generation has rounded corners?

2  MR. MONACH: Objection. Vague.

3  THE WITNESS: It's not a description I
4 would use.

5  BY MS. CARUSO:

6  Q. Irrespective of whether you would use that
7 description or not, do you agree that the
8 first-generation iPhone has rounded corners?

9  MR. MONACH: Objection. Vague.

10  THE WITNESS: I think that would fall into
11 the same category as rectangle. A rounded corner
12 means -- I wouldn't know how to interpret that.

13  BY MS. CARUSO:

14  Q. I'm holding up -- this is not the
15 first-generation iPhone; it's a later generation.
16 Do you agree that it has a rounded corner; in fact,
17 four rounded corners?

18  MR. MONACH: Same objection. Vague and
19 ambiguous and lacking in foundation in light of the
20 prior testimony.

21  THE WITNESS: As an industrial designer, we
22 don't even think we have the vocabulary to better
23 explain form, shape, many elements of what we use --
24 of what you're seeing and what you're touching. And
25 whether we do it through sketches, but better still

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 160

```
 1   through three-dimensional design and models, we
 2   don't -- it's -- it's too super simplify is not --
 3   it is kind of anathema to the way we think and hold
 4   these products in our mind and communicate with
 5   them.
 6           BY MS. CARUSO:
 7       Q.  So when I asked the question, do you agree
 8   that the iPhone has four rounded corners, that
 9   question simply has no meaning to you?
10           MR. MONACH:  Objection.  Asked and
11   answered.  Vague.  Starting to get argumentative,
12   since he's answered.
13           THE WITNESS:  I think I've answered that
14   one.
15           BY MS. CARUSO:
16       Q.  Answer, please.
17           MR. MONACH:  Same objection.
18           THE WITNESS:  I think I did.
19           MR. MONACH:  What's the question?
20           BY MS. CARUSO:
21       Q.  Is it the case, yes or no, that the
22   question of whether the iPhone has four rounded
23   corners has no meaning to you?
24           MR. MONACH:  Objection.  Vague and
25   ambiguous.  Argumentative.  Asked and answered.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 161

1        THE WITNESS:  I would never use terms,
2   words, that would even distill, simplify, reduce
3   what I think of that form in your hand per the
4   description you've given it.
5        BY MS. CARUSO:
6    Q.   So you can't answer the question of whether
7   the iPhone has four rounded corners?
8        MR. MONACH:  Objection.  Vague and
9   ambiguous.  Asked and answered.
10        THE WITNESS:  I think I've answered it.
11        BY MS. CARUSO:
12    Q.   I think I've heard you say that you can't
13   answer it.
14        MR. MONACH:  Hang on a second.  Wait until
15   there's a question pending.  There's a statement
16   pending.
17        BY MS. CARUSO:
18    Q.   Do you believe that you're unable to answer
19   that question?  Yes or no.
20        MR. MONACH:  Objection.  Vague and
21   ambiguous.  Argumentative.  Asked and answered.
22        He has given answers multiple times.  You
23   just don't like it, the answer.
24        BY MS. CARUSO:
25    Q.   I'm asking you a different question than

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 162

1  I've asked before.  My question is, you are unable
2  to give a "yes" or "no" answer to the question of
3  whether the iPhone has rounded corners?
4         MR. MONACH:  Objection.  Argumentative.
5  Vague.  Asked and answered.
6         THE WITNESS:  You can't.
7         BY MS. CARUSO:
8    Q.   That doesn't excuse you.  You still have to
9  answer.
10   A.   I'm not sure of the rules here.
11        One more time.
12   Q.   You are unable to answer with the response
13  "yes" or "no" the question, does the iPhone have
14  four rounded corners?
15        MR. MONACH:  Objection.  Vague and
16  ambiguous.  Argumentative.  Asked and answered.
17        THE WITNESS:  I don't believe I can answer
18  that question in a "yes" or "no" fashion.
19        BY MS. CARUSO:
20   Q.   Do you believe that the iPhone design as
21  reflected in the D087 patent has a large display
22  screen relative to the overall size of the product?
23        MR. MONACH:  Objection.  Vague and
24  ambiguous.  Also object to the extent it calls for a
25  legal conclusion.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 163

```
 1              THE WITNESS:  I see a large display.
 2              BY MS. CARUSO:
 3       Q.   Are you aware of any foreign counterparts
 4   to the D087 design patent?
 5              MR. MONACH:  Objection.  Lack of
 6   foundation.  Objection to the extent it calls for a
 7   legal conclusion about what a counterpart is.
 8              THE WITNESS:  If I understand the question,
 9   I -- I'm not aware of --
10              BY MS. CARUSO:
11       Q.   I'll ask a different question.
12              Are you aware of any applications Apple has
13   made in foreign countries for design protection of
14   the first-generation iPhone?
15              MR. MONACH:  Objection.  Lack of
16   foundation.  Calls for speculation.
17              THE WITNESS:  I would be guessing.  I don't
18   know.  I'm not sure.
19              MR. MONACH:  While we're switching to a new
20   document, maybe we should take a break.
21              MS. CARUSO:  All right.  But let's try to
22   make it quick.
23              THE WITNESS:  Thank you.
24              THE VIDEOGRAPHER:  The time is 4:25 p.m.
25   We are off the record.
```