# EXHIBIT 8

Confidential Attorneys' Eyes Only

Page 1

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4   APPLE INC., a California
    corporation,
5
6            Plaintiff,
7   vs.                          Case No. 11-cv-01846-LHK
8   SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
9   SAMSUNG ELECTRONICS AMERICA,
    INC., a New York corporation;
10  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, a Delaware
11  limited liability company,
12           Defendants.
    ---------------------------------/
13
14
15                    CONFIDENTIAL
16                ATTORNEYS' EYES ONLY
17
18      VIDEOTAPED DEPOSITION OF RICHARD HOWARTH
                San Francisco, California
19               Monday, July 16, 2012
20
21
22  Reported by:
    LORRIE L. MARCHANT, CSR No. 10523
23              RPR, CRR, CCRR, CLR
24  JOB NO. 51740
25
```

Confidential Attorneys' Eyes Only

Page 2

1           July 16, 2012

2             2:15 P.M.

3

4      Videotaped Deposition of RICHARD HOWARTH,

5      held at the offices of Quinn Emanuel

6      Urquhart & Sullivan, LLP, 50 California

7      Street, 21st Floor, San Francisco,

8      California, before Lorrie L. Marchant, a

9      Certified Shorthand Reporter, Registered

10     Professional Reporter, Certified Realtime

11     Reporter, California Certified Realtime

12     Reporter and Certified LiveNote Reporter.

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential Attorneys' Eyes Only

Page 3

1         A P P E A R A N C E S:
2
3   FOR THE PLAINTIFF APPLE INC.:
4         MORRISON & FOERSTER
          BY:  JENNIFER LEE TAYLOR, ESQ.
5         425 Market Street
          San Francisco, California 94105
6
7
8
9   FOR THE DEFENDANTS SAMSUNG:
10        QUINN EMANUEL URQUHART & SULLIVAN
          BY:  MICHAEL T. ZELLER, ESQ.
11        865 S. Figueroa Street
          Los Angeles, California 90017
12
13
14
15  ALSO PRESENT:
16        Erica Tierney, Apple IP Litigation Counsel
17        Zach Wojcik, Videographer
18                      ---oOo---
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 38

| | | |
|---|---|---|
| 1 | handheld -- it looks similar -- it could be -- it | 03:02 |
| 2 | could be iPhone-ish. | 03:02 |
| 3 | Q.   Do you recognize the design that's shown | 03:02 |
| 4 | here in the '677 design patent as a design that | 03:02 |
| 5 | Apple has ever actually manufactured? | 03:02 |
| 6 | A.   I'm not a patent -- patent-reading expert, | 03:02 |
| 7 | so I -- I couldn't tell you whether this is | 03:02 |
| 8 | something that we've manufactured. | 03:02 |
| 9 | Q.   And, again, I'm only asking you as a person | 03:02 |
| 10 | who is a named inventor on this. | 03:02 |
| 11 | A.   Right. | 03:02 |
| 12 | Q.   So as someone that's a named inventor on | 03:02 |
| 13 | this '677 design patent, are you able to identify | 03:02 |
| 14 | any product that Apple has ever manufactured that | 03:03 |
| 15 | looks like this design here? | 03:03 |
| 16 | MS. TAYLOR:   Calls for a legal conclusion. | 03:03 |
| 17 | THE WITNESS:   I'm -- again, I'm not very | 03:03 |
| 18 | good at reading exactly -- reading into what these | 03:03 |
| 19 | drawings really represent, so I couldn't tell you | 03:03 |
| 20 | absolutely.  But it looks like it's trying to | 03:03 |
| 21 | represent the iPhone perhaps.  I'm not sure.  I'm | 03:03 |
| 22 | not sure. | 03:03 |
| 23 | BY MR. ZELLER: | 03:03 |
| 24 | Q.   Is it -- when you say "the iPhone," are you | 03:03 |
| 25 | referring to the first iPhone or -- or other | 03:03 |

Confidential Attorneys' Eyes Only

Page 39

| | | |
|---|---|---|
| 1 | iPhones? | 03:03 |
| 2 | A. I can't be sure exactly from looking at | 03:03 |
| 3 | these drawings. | 03:03 |
| 4 | Q. Does the -- what's depicted here in the | 03:03 |
| 5 | '677 design patent look more like a particular | 03:03 |
| 6 | iPhone design to you as opposed to other iPhone | 03:03 |
| 7 | designs? | 03:03 |
| 8 | MS. TAYLOR: Calls for a legal conclusion. | 03:04 |
| 9 | It's also vague. | 03:04 |
| 10 | THE WITNESS: I'm not exactly sure. | 03:04 |
| 11 | BY MR. ZELLER: | 03:04 |
| 12 | Q. Do you have any idea? | 03:04 |
| 13 | A. In my opinion, it -- it looks -- some | 03:04 |
| 14 | aspects of it look like they're closer to the first | 03:04 |
| 15 | iPhone. But I can't be sure what these -- what | 03:04 |
| 16 | they -- what they mean. | 03:04 |
| 17 | Q. And if I understand your answers correctly, | 03:04 |
| 18 | and tell me if I'm wrong, but when you look at the | 03:04 |
| 19 | drawings here on the '677 design patent, you're not | 03:04 |
| 20 | certain one way or another whether this is a design | 03:04 |
| 21 | that Apple has ever actually manufactured; is that | 03:04 |
| 22 | correct? | 03:04 |
| 23 | MS. TAYLOR: Objection. Asked and | 03:04 |
| 24 | answered. Mischaracterizes the testimony. | 03:04 |
| 25 | THE WITNESS: I'm -- I'm not sure what -- | 03:04 |

Confidential Attorneys' Eyes Only

Page 40

| | | |
|---|---|---|
| 1 | what these drawings in this patent design thingy, | 03:04 |
| 2 | whatever it is, is -- is representing.  I find it | 03:04 |
| 3 | difficult to read them. | 03:05 |
| 4 |       BY MR. ZELLER: | 03:05 |
| 5 |   Q.   Focusing -- just set this aside for a | 03:05 |
| 6 | moment, then, the '677 design patent. | 03:05 |
| 7 |       But just focusing on the first iPhone as it | 03:05 |
| 8 | was manufactured, there was a -- on the front | 03:05 |
| 9 | surface of that phone, there was an area that | 03:05 |
| 10 | sometimes people called "the mask." | 03:05 |
| 11 |       Do you know what I'm referring to? | 03:05 |
| 12 |   A.   Okay. | 03:05 |
| 13 |   Q.   Does that sound familiar to you, the term | 03:05 |
| 14 | "mask"? | 03:05 |
| 15 |   A.   Yes. | 03:05 |
| 16 |   Q.   And -- and focusing on that first iPhone, | 03:05 |
| 17 | what color would you consider the masked area to be, | 03:05 |
| 18 | as it appears to the person using the phone? | 03:05 |
| 19 |   A.   As it appears to the person using the | 03:05 |
| 20 | phone.  I'm not sure what -- to me personally, sort | 03:06 |
| 21 | of dark -- dark color. | 03:06 |
| 22 |   Q.   Is that something you would consider to be | 03:06 |
| 23 | a black color? | 03:06 |
| 24 |   A.   I'm not a color expert.  I don't know.  But | 03:06 |
| 25 | I would say it was a dark -- yeah, a dark | 03:06 |

Confidential Attorneys' Eyes Only

Page 41

| | | |
|---|---|---|
| 1 | gray/black.  It changes, doesn't it, in different | 03:06 |
| 2 | lights. | 03:06 |
| 3 | Q.   And was the -- on the first iPhone, was | 03:06 |
| 4 | the -- that mask area the exact same color as the | 03:06 |
| 5 | display screen component, the active area, when it | 03:06 |
| 6 | was turned off, or was it a contrasting color in | 03:06 |
| 7 | some way? | 03:06 |
| 8 | MS. TAYLOR:  Objection.  It's vague. | 03:06 |
| 9 | THE WITNESS:  Yeah.  I'm not sure how to | 03:06 |
| 10 | describe that color, really, or -- yeah. | 03:06 |
| 11 | BY MR. ZELLER: | 03:07 |
| 12 | Q.   Was it the same color as the mask? | 03:07 |
| 13 | A.   Was what the same color as the mask? | 03:07 |
| 14 | Q.   On the first iPhone, was the active area, | 03:07 |
| 15 | the display area, when it was turned off, the exact | 03:07 |
| 16 | same color as the -- the mask? | 03:07 |
| 17 | A.   I'm not a color expert, so I guess you'd | 03:07 |
| 18 | have to measure it. | 03:07 |
| 19 | Q.   Did you consider them to be different or | 03:07 |
| 20 | contrasting colors? | 03:07 |
| 21 | A.   Personally, if you get it in a certain | 03:07 |
| 22 | lights, you can -- you can clearly see there's -- | 03:07 |
| 23 | you can see that there's a difference in color. | 03:07 |
| 24 | Q.   And -- | 03:07 |
| 25 | A.   But to me personally. | 03:07 |