# EXHIBIT 11

Highly Confidential - Attorneys' Eyes Only

1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5     APPLE INC., a California          )

6     Corporation,                      )

7              Plaintiff,               )

8     vs.                               ) No. 11-CV-01846-LHK

9     SAMSUNG ELECTRONICS CO., LTD,     )

10    a Korean business entity;         )

11    SAMSUNG ELECTRONICS AMERICA,      )

12    INC., a New York corporation;     )

13    SAMSUNG TELECOMMUNICATIONS        )

14    AMERICA, LLC, a Delaware          )

15    limited liability company,        )

16             Defendants.              )

17                                      )

18

19      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20        VIDEOTAPED DEPOSITION OF EUGENE WHANG

21            THURSDAY, OCTOBER 27, 2011

22

23

24    REPORTED BY:

25    JANIS JENNINGS, CSR 3942, CLR, CCRR

Highly Confidential - Attorneys' Eyes Only

Page 2

1

2

3

4

5

6

7         DEPOSITION OF EUGENE WHANG, taken

8    on behalf of the Defendant, at QUINN EMANUEL

9    URQUHART & SULLIVAN, 555 Twin Dolphin Drive,

10   Suite 504, Redwood Shores, California,

11   commencing at 10:14 a.m., Thursday, October 27,

12   2011, before Janis L. Jennings, Certified

13   Shorthand Reporter No. 3942, CLR, CCRR.

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 3

```
 1    APPEARANCES OF COUNSEL:

 2

 3        FOR THE PLAINTIFF APPLE INC.:

 4            MORRISON & FOERSTER LLP

 5            BY:  RICHARD S.J. HUNG, ESQ.

 6            425 Market Street

 7            33rd Floor

 8            San Francisco, California  94105

 9            415.268.7000

10            rhung@mofo.com

11

12        FOR THE DEFENDANTS SAMSUNG:

13            QUINN EMANUEL URQUHART & SULLIVAN LLP

14            BY:  ANNA T. NEILL, ESQ.

15                 MARGRET M. CARUSO, ESQ.

16            555 Twin Dolphin Drive

17            Fifth Floor

18            Redwood Shores, California  94065

19            650.801.5000

20            annaneill@quinnemanuel.com

21            margretcaruso@quinnemanuel.com

22

23        ALSO PRESENT:

24            ERICA TIERNEY, Apple Inc.

25            ALAN DIAS, Videographer
```

Highly Confidential - Attorneys' Eyes Only

Page 73

1      Q.     Can you please turn to figure 2.

2             And you'll see there on figure 2 along one

3      edge of the device there seems to be a small, round

4      port.

5      A.     Yep.  There seems to be a little dotted --

6      some kind dotted line running around.

7      Q.     Uh-huh.  Okay.  And then on the other edge

8      of the device that you can see in that same drawing,

9      there appears to be a rectangular type of port.

10     A.     Yes.

11     Q.     Okay.  And can you please refer to

12     figure 6 as well.

13            And I'm sorry.  If you look at the first

14     page of the patent, it indicates that figure 6 is a

15     right-side view.

16     A.     Okay.

17     Q.     And can you see, again, the round feature

18     on figure 6?

19     A.     Yes.

20     Q.     And on figure 8 -- which is a lower side

21     view, according to the first page of the patent --

22     can you see that there is a rectangular feature

23     along that edge?

24     A.     Yes.

25     Q.     Is the design depicted in this patent

Highly Confidential - Attorneys' Eyes Only

Page 74

1    reflected in one of the two devices in front of you?

2            MR. HUNG:  Objection.  Vague.  Foundation.

3    Calls for a legal conclusion.  Calls for an expert

4    opinion.

5            THE WITNESS:  There doesn't seem to be

6    enough information in the drawings to -- for me to

7    say if it's -- if it's representative of one of

8    these.  There are some similarities, but, you know,

9    there's -- there's also differences.

10   BY MS. NEILL:

11       Q.    So the -- let's just take the one that is

12   closest to you, the mockup that is sitting closest

13   to you, the prototype.

14       A.    Okay.

15       Q.    Is that different from the design that is

16   pictured in these drawings?

17            MR. HUNG:  Objection.  Vague.

18            THE WITNESS:  To me, yes, they appear to

19   be different.

20   BY MS. NEILL:

21       Q.    What differences do you notice?

22       A.    Well, in figure 1 and from my view, in the

23   mockup there's a perimeter kind of vent detail.

24   That isn't depicted here, from what I can see.

25            Also, with this drawing, I can't really

Highly Confidential - Attorneys' Eyes Only

Page 75

1    tell what the -- what the surface is -- what the

2    surface quality or the finish or what the material

3    intent is, so I can't -- I can't really point to any

4    other kind of details.

5        Q.    If you will take a look for a second at

6    figure 2, please.

7        A.    Okay.

8        Q.    You will see in figure 2, which is a

9    bottom perspective view, that there are a series of

10   diagonal lines.

11       A.    Yes.

12       Q.    What do those represent?

13             MR. HUNG:  Objection.  Foundation.

14             THE WITNESS:  I don't -- I don't know.

15   BY MS. NEILL:

16       Q.    If you please turn to figure 4, which is a

17   bottom view.  Are those lines present?

18       A.    Of the same lines as in the last figure?

19       Q.    Yes.  As in figure 2.

20       A.    It doesn't appear -- they don't appear to

21   be there.

22       Q.    Do you know why they're not there?

23       A.    No.

24       Q.    And going back to the lines that are in

25   figure 2, do you have under- -- any understanding as

Highly Confidential - Attorneys' Eyes Only

Page 76

1    to what those lines may reflect?

2         A.    No.

3         Q.    In figure 1, do you also see a series of

4    diagonal lines?

5         A.    Yes.

6         Q.    Do you have any understanding as to what

7    those lines may reflect?

8         A.    No, I don't.

9         Q.    In figure 1 again, to bring your attention

10   to that, you can see around the front of the device

11   there appears to be a line, basically the perimeter

12   of the front, that appears to be thicker along

13   the -- the way I'm looking at it, it would be the

14   left edge and the bottom edge.

15        A.    Okay.

16        Q.    Do you see that line?

17        A.    I mean, I see a line that gets -- that

18   starts off around here as one thickness, and then

19   down on the bottom edge, it kind of goes thicker.

20        Q.    Uh-huh.

21        A.    Yep.

22        Q.    Do you think it's possible that that line

23   depicts the vent?

24             MR. HUNG:  Objection.  Calls for

25   speculation.  Calls for a legal conclusion.  Calls