# EXHIBIT 13

Confidential Business Information Pursuant to Protective Order

Page 1

1    UNITED STATES INTERNATIONAL TRADE COMMISSION
2                    WASHINGTON, D.C.
3
4    In the Matter of:
                                        Investigation No.
5    CERTAIN ELECTRONIC DIGITAL
     MEDIA DEVICES AND COMPONENTS    337-TA-796
6    THEREOF
7
8
9
10        CONFIDENTIAL BUSINESS INFORMATION
11         PURSUANT TO THE PROTECTIVE ORDER
12
13
14    VIDEOTAPED DEPOSITION OF MATTHEW ROHRBACH
15              San Francisco, California
16           Thursday, February 23, 2012
17
18
19
20
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 45582

Confidential Business Information Pursuant to Protective Order

Page 2

1                February 23,

2                  10:14 a.m.

3

4

5         Deposition of MATTHEW ROHRBACH, taken

6   on behalf of the Samsung Respondents, at 50

7   California Street, 22nd Floor, San Francisco,

8   California, before Cynthia Manning, Certified

9   Shorthand Reporter No. 7645, Certified LiveNote

10  Reporter, California Certified Realtime Reporter.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1    APPEARANCES:
2
3    FOR COMPLAINANT APPLE INC.:
4
         MORRISON & FOERSTER, LLP
5        BY:   JENNIFER LEE TAYLOR, ESQ.
         425 Market Street
6        San Francisco, California 94105
         415.268.7000
7        jtaylor@mofo.com
8
9
10   FOR RESPONDENTS SAMSUNG ELECTRONICS COMPANY,
     LTD., SAMSUNG ELECTRONICS AMERICA, INC., and
11   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:
12       QUINN EMANUEL URQUHART & SULLIVAN, LLP
         BY:   SCOTT B. KIDMAN, ESQ.
13       865 S. Figueroa Street
         10th Floor
14       Los Angeles, California 90017
         213.443.3000
15       scottkidman@quinnemanuel.com
16
17   ALSO PRESENT:
18       Lisa Olle, Esq., Apple Inc.
19       Pete Sais, Videographer
20
21
22
23
24
25

Confidential Business Information Pursuant to Protective Order

Page 112

1  Q. Do you see that you're a named inventor
2  of the '889 patent?
3  A. Yes.
4  Q. And do you see that the -- what we've
5  marked as Exhibit 3, and what I'm calling the
6  '889 patent, is referenced as a -- as a cited
7  reference in the '757 patent?
8  A. Right. On that second page. Yeah,
9  okay.
10  Q. And do you recognize the design that's
11  shown in the figures to the '889 patent?
12  A. Vaguely.
13  Q. And what do you recognize the figures
14  in the '889 patent as -- as being?
15  A. I don't -- I don't recognize it as
16  anything specific, so much as it looks like some
17  of the studies we were doing, design studies.
18  Q. What design studies are you referring
19  to?
20  A. Early, early tablet studies, it looks
21  like.
22  Q. And do you recall when you were doing
23  those early tablet studies?
24  A. No, I don't recall when.
25  Q. Do you have any -- any approximation of

Confidential Business Information Pursuant to Protective Order

Page 113

1  when you were doing what you referred to as the
2  early, early tablet studies?
3      A.  No.
4      Q.  Do you recognize the design shown in
5  the figures of the '889 patent as any product
6  shipped by Apple?
7      A.  I -- I don't know what the figures
8  represent.
9      Q.  And, therefore, you can't tell me
10 whether this design in the '889 patent is the
11 design of any product shipped by Apple; is that
12 correct?
13     A.  Yeah, I don't know what -- what it's
14 representing, so I don't know if it's something
15 that shipped or not.
16     Q.  And when you say you don't know what
17 it's representing, what -- what do you mean by
18 that?
19     A.  I mean my understanding is that this
20 is -- this is a document that's used to protect
21 some of our work and -- and so I don't know how
22 this is -- how this is used, so...
23     Q.  Okay.  Well, if you just look at the --
24 the figures themselves --
25     A.  Mm-hmm.

Confidential Business Information Pursuant to Protective Order

1  Q. -- and if you just look at the figures
2  as -- as a form of the design drawing, do you
3  recognize the design that's shown in these
4  figures as being any product that Apple has
5  shipped?
6       MS. TAYLOR: Calls for a legal
7  conclusion.
8       THE WITNESS: Couldn't say.
9  BY MR. KIDMAN:
10     Q. And is there a -- a reason why you
11 can't say?
12      MS. TAYLOR: Asked and answered.
13      Go ahead.
14      THE WITNESS: Yeah, I'm not -- I don't
15 know how to -- how to -- to read them with a -- I
16 don't know what they mean.
17 BY MR. KIDMAN:
18     Q. Is that because there's not enough
19 detail in the -- in the figures for you to be
20 able to determine whether this is the design of
21 any product that Apple shipped?
22     A. It's -- it's because I don't really
23 understand how to interpret what's -- what's
24 presented here for the -- for the purpose of the
25 protection.

Confidential Business Information Pursuant to Protective Order

Page 115

1  Q. Okay. But if somebody were just to
2  hand you design drawings that consisted of these
3  figures that are shown in the '889 patent, would
4  you be able to look at them and -- and identify
5  them as the design of any product that Apple has
6  shipped?
7  MS. TAYLOR: Objection; calls for a
8  legal conclusion.
9  THE WITNESS: Can you -- can you ask
10  the question again?
11  BY MR. KIDMAN:
12  Q. Sure.
13  You seem to be -- have difficulty
14  answering the question because you don't know how
15  to legally interpret the figures of a patent
16  drawing, and I -- and I understand that you're
17  not a patent lawyer or a lawyer, but I'm not
18  asking you for -- for a legal conclusion.
19  So with that background, if you just
20  look at these figures in the patent as if they
21  were design drawings that you were to see in the
22  ordinary course of performing your job as an
23  industrial designer, would you be able to
24  recognize or do you recognize what's shown in
25  these figures as the design of any product that

Case 5:11-cv-01846-LHK   Document 2042-14   Filed 10/12/12   Page 9 of 11
Confidential Business Information Pursuant to Protective Order

Page 116

1  Apple has shipped?
2         MS. TAYLOR:  It's an incomplete
3  hypothetical and it calls for a legal conclusion.
4         THE WITNESS:  Yeah, I can't really -- I
5  can't -- I don't know how to -- how to interpret
6  the drawings.  I -- I can't -- I can't see them
7  as a design.
8  BY MR. KIDMAN:
9      Q.  So when you look at these -- these
10 figures, you don't see them as showing a design
11 of any product that Apple has shipped; is -- is
12 that -- that correct?
13     A.  I'm just not sure what -- what I'm
14 looking at, so that's -- that's what I mean.
15     Q.  And when you say you're not sure what
16 you're looking at, what -- what do you mean by
17 that?
18     A.  I mean it -- it is a -- it is a
19 document that's intended to serve a purpose, so I
20 can't really -- I can't really see past that.  I
21 don't understand the purpose.
22     Q.  And I'm not asking you to draw any kind
23 of legal conclusion, okay.  I'm just asking you
24 to look at these figures and tell me, based on
25 the lines you see on the page, as to whether the

Page 117

1  design that's shown in the '889 patent is the
2  design of any product that Apple has shipped?
3              MS. TAYLOR:  Calls for a legal
4  conclusion; it's a incomplete hypothetical.
5              THE WITNESS:  I don't know.
6  BY MR. KIDMAN:
7       Q.   Do you know what was new or original
8  about the design that's shown in the '889 patent
9  at the time that it was thought up?
10             MS. TAYLOR:  Legal -- calls for a legal
11 conclusion.
12             THE WITNESS:  No, I don't.
13 BY MR. KIDMAN:
14      Q.   Do you know when the design that's
15 shown in the '889 patent was conceived of?
16             MS. TAYLOR:  Same objection.
17             THE WITNESS:  No.
18 BY MR. KIDMAN:
19      Q.   Do you know when the design that's
20 shown in the '889 patent was completed?
21             MS. TAYLOR:  Same objection.
22             THE WITNESS:  No, I don't.
23 BY MR. KIDMAN:
24      Q.   You see that you're a named inventor of
25 the design shown in the '889 patent; correct?

Confidential Business Information Pursuant to Protective Order

Page 118

1    A.   Yes.
2    Q.   What was your contribution to the
3  design that's shown in the '889 patent?
4         MS. TAYLOR:  Same objection.
5         THE WITNESS:  I was a member of the
6  team that worked on developing the concept that
7  this refers to.
8  BY MR. KIDMAN:
9    Q.   What concept is that?
10   A.   I don't know.
11   Q.   How do you know you're a member of that
12  team?
13   A.   I have to trust in the -- the process.
14  I was there and contributed.  It's -- I -- that's
15  how I feel.
16   Q.   If you don't know what product is shown
17  in the '889 patent, how do you know you
18  contributed to -- to -- to the design of the
19  concept?
20   A.   Looking at this, I'm not sure what --
21  what design is represented.
22   Q.   And in -- in that event, how do you
23  know that you contributed to -- to the design?
24        MS. TAYLOR:  Asked and answered.
25        I think the witness doesn't know what