# EXHIBIT 14

Confidential Business Information Pursuant to Protective Order

Page 1

1    UNITED STATES INTERNATIONAL TRADE COMMISSION
2              WASHINGTON, D.C.
3
4  In the Matter of:
                                  Investigation No.
5  CERTAIN ELECTRONIC DIGITAL
   MEDIA DEVICES AND COMPONENTS    337-TA-796
6  THEREOF
7
8
9
10       CONFIDENTIAL BUSINESS INFORMATION
11       PURSUANT TO THE PROTECTIVE ORDER
12
13
14     VIDEOTAPED DEPOSITION OF EUGENE WHANG
15           San Francisco, California
16          Friday, February 17, 2012
17
18
19
20
21
22
23  REPORTED BY:
24  CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25  JOB NO. 45580

Confidential Business Information Pursuant to Protective Order

Page 2

1              February 17,
2                10:13 a.m.
3
4
5        Deposition of EUGENE WHANG, taken on
6    behalf of the Samsung Respondents, at 50
7    California Street, 22nd Floor, San Francisco,
8    California, before Cynthia Manning, Certified
9    Shorthand Reporter No. 7645, Certified LiveNote
10   Reporter, California Certified Realtime Reporter.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                          Page 3
 1    APPEARANCES:
 2
 3    FOR COMPLAINANT APPLE INC.:
 4
          MORRISON & FOERSTER LLP
 5        BY:  JENNIFER LEE TAYLOR, ESQ.
          425 Market Street
 6        San Francisco, California 94105
          415.268.7455
 7        jleetaylro@mofo.com
 8
 9
10    FOR RESPONDENTS SAMSUNG ELECTRONICS COMPANY,
      LTD., SAMSUNG ELECTRONICS AMERICA, INC., and
11    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:
12        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY:  MICHAEL T. ZELLER, ESQ.
13             SCOTT C.HALL, ESQ.
          865 S. Figueroa Street
14        10th Floor
          Los Angeles, California 90017
15        213.443.3000
          michaelzeller@quinnemanuel.com
16        scotthall@quinnemanuel.com
17
18    ALSO PRESENT:
19        Alexi Dias, Videographer
20
21
22
23
24
25
```

1    conclusion.
2            THE WITNESS:  I can't tell.
3    BY MR. ZELLER:
4        Q.   And then directing your attention to
5    Figures 5, 6, 7, and 8, you'll see that these are
6    side views?
7        A.   (Witness nods head.)
8        Q.   And you can confirm that because it
9    says under the description field, it refers to
10   Figures 5 through 8 as showing various side
11   views.
12           Do you see that?
13       A.   Okay.
14       Q.   And then focusing on Figure 6, you'll
15   see that -- from your orientation, that there's a
16   kind of a circular shape, almost looks like a
17   star kind of shape on the far right.
18           Do you see that?
19       A.   Yes.
20       Q.   Do you have an understanding as to what
21   that depicts?
22           MS. TAYLOR:  Calls for a legal
23   conclusion.
24           THE WITNESS:  I don't.
25   //

Confidential Business Information Pursuant to Protective Order

Page 172

1  BY MR. ZELLER:
2      Q.  Then with respect to Figure 8, you'll
3  see that there's a kind of a thin rectangular
4  shape there in the center?
5      A.  Yes.
6      Q.  Do you know what that depicts or have
7  any understanding as to what it depicts?
8          MS. TAYLOR:  Same objection.
9          THE WITNESS:  No.
10 BY MR. ZELLER:
11     Q.  Can you tell, are those supposed to be
12 dotted lines or do you have any understanding as
13 to what -- what kind of lines these are?
14         MS. TAYLOR:  Same objection.
15         THE WITNESS:  I don't.
16 BY MR. ZELLER:
17     Q.  Did Apple ever manufacture an
18 electronic device that in your view looked like
19 the drawings shown here in the '889 design
20 patent?
21         MS. TAYLOR:  Calls for a legal
22 conclusion.
23         THE WITNESS:  I can't tell.
24         MR. ZELLER:  What's next?
25         THE REPORTER:  11.

Confidential Business Information Pursuant to Protective Order

Page 173

1     MR. ZELLER: 11?

2     THE REPORTER: Mm-hmm.

3     MR. ZELLER: Let's please mark as

4  Exhibit 11 a copy of United States Design Patent

5  618,678.

6     (Deposition Exhibit 11 was marked for

7     identification)

8  BY MR. ZELLER:

9     Q. And please let me know when you've had

10  a chance to look at the '678 design patent.

11     A. (Witness reviewing document.)

12     Okay.

13     Q. Do you recognize the '678 design patent

14  as a design patent you're a named inventor on?

15     A. Yes.

16     Q. And you'll see in that first column

17  about halfway down, it has a date of February

18  23rd, 2009 as the filing date.

19     Do you see that?

20     A. Yes.

21     Q. Prior to the time that -- I'm sorry,

22  actually, then if you look a little bit further

23  down, you'll see it says related U.S. application

24  data, and it refers to a January 5th, 2007 filing

25  date.