1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
9  Telephone:   (650) 801-5000
   Facsimile:    (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                        UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21             Plaintiff, | **NOTICE OF ERRATA REGARDING SAMSUNG'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59** |
| 22             vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26             Defendant. | **Date: December 6, 2012**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 8, 4th Floor**<br>**Judge: Hon. Lucy H. Koh** |

PLEASE TAKE NOTICE that Defendants and Counterclaimants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby serve this Notice of Errata concerning its Memorandum of Points and Authorities in support of Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 (Dkt. 1990-03).

1. On Page 25 at line 21, the phrase "5% of Mr. Musika's calculation of Samsung's profits" should be replaced with the phrase "5% of the jury's award of Samsung's profits."

2. On Page 26 at line 3, the phrase "5% of Mr. Musika's profit number" should be replaced with the phrase "5% of the jury's award of Samsung's profits."

DATED: October 15, 2012               QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By */s/ Susan R. Estrich*
                                         Charles K. Verhoeven
                                         Kathleen M. Sullivan
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         Susan R. Estrich
                                         Michael T. Zeller

                                         Attorneys for SAMSUNG ELECTRONICS
                                         CO., LTD., SAMSUNG ELECTRONICS
                                         AMERICA, INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC