Andrew L. Chang (CA Bar No. 222309)
achang@shb.com
SHOOK, HARDY, & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Phone:  (415) 544-1900
Facsimile:  (415) 391-0281

B. Trent Webb
bwebb@shb.com
Angel Mitchell
amitchell@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:     816.474.6550
Facsimile:     816.421.5547

Attorneys for Non-Party,
SPRINT SPECTRUM, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation , <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability Company , <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **DECLARATION OF ANGEL MITCHELL IN SUPPORT OF EXPEDITED MOTION FOR ADMINISTRATIVE RELIEF BY NONPARTY SPRINT SPECTRUM, L.P. TO SEAL DOCUMENT IN PART** <br><br> [Civ. L.R. 79-5] <br><br> Date:           Expedited Request <br> Courtroom:  8, 4th Floor <br> Judge:          Hon. Lucy H. Koh <br> Courtroom:  5, 4th Floor <br> Magistrate:   Paul S. Grewal |

I, Angel Mitchell, declare and state:

1.     I am an attorney at law at Shook, Hardy & Bacon L.L.P., and counsel for nonparty Sprint Spectrum, L.P. ("Sprint"). I submit this declaration in support of Expedited Motion For Administrative Relief By Non-Party Sprint Spectrum, L.P. To Seal Document In Part ("Sprint's Motion to Seal"). I have personal knowledge of the matters set forth herein, and if called as a

witness, could and would competently testify thereto.

2. Pursuant to Civ. L.R. 7-11, on October 16, 2012, I contacted Apple and Samsung's counsel regarding the relief sought in Sprint's Motion to Seal. Samsung and Apple both responded that they will not oppose Sprint's Motion to Seal.

3. Attached hereto is a true and correct copy of as Exhibit 42, which is the subject of Sprint's Motion to Seal, with the redactions requested by Sprint.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of October, 2012, in Kansas City, Missouri.

SHOOK, HARDY & BACON L.L.P.


By: ____/s/ Angel Mitchell_____
    Angel Mitchell
    Andrew L. Chang
    B. Trent Webb

    Attorneys for Non-Party,
    SPRINT SPECTRUM, L.P.

**Pursuant to Civil L.R. 5-1(i)(3)., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatory.**

Dated: October 16, 2012        */s/ Andrew L. Chang*_____
    Andrew L. Chang