1  Andrew L. Chang (CA Bar No. 222309)
   achang@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California  94104-4505
   Phone:  (415) 544-1900
4  Facsimile:  (415) 391-0281

5  B. Trent Webb
   bwebb@shb.com
6  Angel Mitchell
   amitchell@shb.com
7  SHOOK, HARDY & BACON L.L.P.
   2555 Grand Blvd.
8  Kansas City, Missouri  64108-2613
   Telephone:     816.474.6550
9  Facsimile:     816.421.5547

10 Attorneys for Non-Party
   SPRINT SPECTRUM, L.P.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, ) | Case No. 11-CV-01846-LHK |
| Plaintiff, ) | |
| vs. ) | **[PROPOSED] ORDER GRANTING EXPEDITED MOTION FOR ADMINISTRATIVE RELIEF BY NONPARTY SPRINT SPECTRUM, L.P. TO SEAL DOCUMENT IN PART** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability Company, ) | |
| Defendants. ) | |

Non-Party SPRINT SPECTRUM, L.P. filed an Expedited Motion for Administrative Relief to Seal Document in Part, in which Sprint seeks an order allowing certain information in this document to be redacted from the copy the Court ordered filed in the public record.  The Court has considered the papers and evidence presented in connection with Sprint's motion and determines that good cause exists for Sprint's requested redactions.

The Expedited Motion for Administrative Relief by Non-Party Sprint Spectrum, L.P. to Seal Document in Part is GRANTED.  Apple is ordered to file Exhibit 42 to the Mazza Declaration in the public record with the redactions requested by Sprint.

**IT IS SO ORDERED.**

Dated:                                                          By:  _____
                                                                        HONORABLE PAUL GREWAL
                                                                        UNITED STATES MAGISTRATE JUDGE