# EXHIBIT 24

# FILED UNDER SEAL

02 JAN-2002  10:37        CT IP 7/8/L&T              +49 89 63681855     S.0

# SIEMENS

Samsung Electronics Co., Ltd.
Attn. Seung-Gun Park
General Manager
Intellectual Property Team
27th fl, IT center, 416, Maetan-3 dong, Paldal-Gu,
Suwon City, Kyunggi-Do,

Korea 442-742

| | |
|---|---|
| Name | Thum |
| Department | CT L&T |
| Phone | +49 89 636-83806 |
| Fax | +49 89 636-81855 |
| E-mail | Bernhard.Thum@mchm.siemens... |
| Your reference | |
| Our reference | 01 L 19951 |
| | Thu/Zlr |
| Date | 12.12.01 |

**GSM / GPRS Intellectual Property Rights**

Dear Mr. Park,

thank you for your facsimile letter of December 11, 2001.

According to your request we herewith provide you with some information about our essential IPRs regarding GSM / GPRS terminals. Please find enclosed a general list and claimcharts of our essential IPRs which have been reported to the European Telecommunications Standards Institute (ETSI). We can also provide you with English translations of such IPRs, if necessary. As far as we are informed, Samsung Electronics is only providing GSM / GPRS terminals but no GSM / GPRS infrastructure equipment. We therefore assume that only the IPRs related to terminals are relevant to you.

Moreover, there are no IPRs of Samsung Electronics reported to the ETSI as being essential for GSM / GPRS. Thus, we assume that Samsung has no IPRs which are essential for these Standards. Nevertheless, we are interested in learning more about your patent portfolio relating telecommunication matters, in particular mobile communications of any Standard. Therefore, please provide us with such information in near future, too. For your response we have noted January 18, 2002.

**Corporate Technology**

Corporate Intellectual Property and Functions

Head:
Dr. Horst Fischer

Postal Address:
Siemens AG

Postfach 22 16 34
80506 München

Office Address:
Ridlerstr. 55
80339 München

Siemens Aktiengesellschaft · Chairman of the Supervisory Board: Karl-Hermann Baumann · Managing Board: Heinrich v. Pierer, Chairman, President and Chief Executive Officer · Members: Thomas Ganswindt, Volker Jung, Edward G. Krubasik, Rudi Lamprecht, Heinz-Joachim Neubürger, Peter Pribilla, Jürgen Radomski, Uriel J. Sharef, Claus Weyrich, Klaus Wucherer
Registered Offices: Berlin and München · Commercial Registers: Berlin-Charlottenburg, HRB 12300; München, HRB 6684

Confidential Business Information - Subject to Protective Order
Confidential Business Information -- Subject to Protective Order

SS 03069266
S-794-ITC-005216179

12-DEC-2002 10:38    CT IP 7/8/L&T                 +49 89 63691855    S.03

# SIEMENS

Page 2 Letter of 12.12.01
to Samsung Electronics
our reference 01 L 19951

If you need further information please do not hesitate to contact us.

Best regards,

*i.V. B. Thum* (signature)

Thum
Licensing Counsel

Confidential Business Information - Subject to Protective Order

Confidential Business Information -- Subject to Protective Order

SS 03069267

S-794-ITC-005216180

Annex

List of Essential Patents

| No | Internal File No. | Publication No. | Contries Regions | Title |
|---|---|---|---|---|
| 1 | 1980 P 06602 | US 4 843 612 | CA, US | Method for jam-resistant communication transmission |
| 2 | 1982 P 01523 | DE 32 25 443 | DE | Device for point-to-point wire-free transmission of speech |
| 3 | 1986 P 08115 | DE 36 38 735 | DE | Telecommunications network as well as subscriber stations and central station for a Telecommunications network |
| 4 | 1994 P 01214 | EP 0 675 663 | EP | Method for setting up a connection between a plurality of cellular networks |
| 5 | 1994 P 01849 | EP 0 715 473 | FI, EP | Method for the use of services by network subscribers |
| 6 | 1995 P 01595 | US 6 185 196 | DE, CN, US, EP | Method of transmitting data packets according to a packet data service in a cellular mobile radio network provided for voice and data-transmission |
| 7 | 1995 P 01906 | DE 195 34 156 | DE, IN, TW, US, EP | Process for transmitting data packets from mobile stations to base stations in mobile radio systems operated on the time multiplex system |
| 8 | 1995 P 02077 | US 5 943 327 | US, EP | Method and arrangement for transmitting data between a cellularly constructed mobile radiotelephone network and a mobile subscriber station |

Confidential Business Information - Subject to Protective Order
Confidential Business Information – Subject to Protective Order

SS 03069268
S-794-ITC-00521618

| 9 | 1995 P 02205 | DE 195 49 009 | DE, CN, US, EP | Method and radio station for the transmission of data by way of a GSM mobile radio network |
| 10 | 1995 P 02287 | DE 195 49 008 | DE, IN, EP | Method for confirmed multi-address calling in a regionally split GSM mobile radio network |
| 11 | 1996 P 01003 | DE 196 00 197 | DE, CN, RU, US, EP | Process and device for data transmission in a cellular radio system |
| 12 | 1996 P 02515 | DE 196 47 629 | DE, IN, ZA, BR, CN, SG, UA, US, EP | Process and base station system for configuring an air interface between a mobile station and a base station in a time-division multiplex mobile radio telephone system for packet data transmission |
| 13 | 1996 P 02627 | WO98/23104 | IN, ZA, CN, US, EP | Process and base station system for configuring an air interface between a mobile station and a base station in a time-division multiplex mobile radio telephone system for packet data transmission |
| 14 | 1996 P 02648 | US 6 128 513 | DE, CA, GB, IN, US | Method and base station system for voice transmission via a radio interface in a digital radio communication system having mobile stations and base stations |
| 15 | 1997 P 01223 | DE 197 07 261 | DE, ZA, US, EP | Quality of Service dependent paging in GPRS |
| 16 | 1997 P 02855 | WO98/23105 | AR, IN, TW, ZA, AU, CN, US, EP | GPRS continuous timing advance update |
| 17 | 1998 P 01389 | WO99/48318 | DE, JP, KR, US, EP | Method, mobile station and radio communication system for controlling safety related functions in communication handling |
| 18 | 1998 P 08172 | WO00/31880 | PCT | Method, base station and subscriber station for channel coding in a GSM mobile radio telephone system |

CT L&T, Thum, 27.11.2001

Confidential Business Information - Subject to Protective Order
Confidential Business Information – Subject to Protective Order
S-794-ITC-00521 6182
SS 03069269