# EXHIBIT 43

# FILED UNDER SEAL

**Unknown**

| | |
|---|---|
| From: | Tim Sheppard |
| Sent: | Wednesday, December 29, 2010 5:53 PM |
| To: | Joseph (Joonkyo) Cheong |
| Subject: | FW: Kit Break Invoice Avoidance |

Joseph

I would like to discuss this with you tomorrow

Tim

---

**From:** Paul Chapple
**Sent:** Wednesday, December 29, 2010 6:20 PM
**To:** Edward Rayeski; Corey Kerstetter; Brent (Byung Gil) Yoo; Tim Sheppard; Jeffrey Krusinski; Christopher J. Belter
**Cc:** Michael Good; Moses Lee
**Subject:** RE: Kit Break Invoice Avoidance

There is a much better way to handle this.

They need to take the 13K on the forward side that are shipping next week.

Then we have a disputed 15K they that don't want and don't need, but that they have on order. They want to change those to Vibrant 4G which is not good for us.

We could offer to let them cancel the disputed 15K purchase order and take those 15K for free.

Service commits to buying the 15K and forget about the 359s.

This solves a number of problems for us. Lowers our total exposure on EOL parts from 35K to 5K. Win. Win. Win.

If we agree on this approach tomorrow, I'll sell it to Searls et al.

---

**From:** Edward Rayeski
**Sent:** Wednesday, December 29, 2010 3:53 PM
**To:** Paul Chapple; Corey Kerstetter; Brent (Byung Gil) Yoo; Tim Sheppard; Jeffrey Krusinski; Christopher J. Belter
**Cc:** Michael Good; Edward Rayeski; Moses Lee
**Subject:** Kit Break Invoice Avoidance

All, just to make sure we are all on the same page, Tim asked that I prepare this summary of the significant events related to STA's request to avoid October-November Kit Break Invoices:

1. Request from Joseph Cheong to negotiate a settlement for Oct-Nov kit breaks
2. STA Service asks T-Mobile what STA can do to prevent receipt of invoice
3. T-Mobile offers plan that would delete January Sales POs for T959 and T359, replace with FOC POs for these products, and process a lesser amount credit memo to account for the full dollar value.

| Device | T-Mobile Offer | | STA Offer | | Comments |
|---|---|---|---|---|---|
| T959 | 13,160 | $6.0M | 7,000 | $3.2M | from initial CCC delivery of 12k |
| | | | 6,160 | $2.8M | from next CCC delivery of 10k |

1

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10349617

| | | | | | |
|---|---|---|---|---|---|
| T359 | 9,720 | $1.1M | 9,720 | $1.1M | from incoming Sales team order |
| | Credit memo $0.1M | | Credit memo $0.1M | | |
| Total | | $7.2M | | $7.2M | |

Note: Excess 13.1 k of T959 product will be purchased by Service to cover future DOS needs

Tim will be briefing Joseph tomorrow morning at 9 am CST on this proposal.  The expectation is to have this fully signed off by the end of the day.  If you have any other options you would like to offer for consideration, please present them as soon as possible.  We will set up a call for tomorrow morning at 9 am to discuss in detail.

Best Regards,

**Ed Rayeski**
Senior Service Account Manager, Customer Care
Samsung Telecommunications America
Office: 469-241-4722
Mobile: 214-934-8354
Email: erayeski@sta.samsung.com

Highly Confidential - Attorneys' Eyes Only                                          SAMNDCA10349618