| | |
|---|---|
| 1  HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
|    hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2  MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
|    mjacobs@mofo.com | HALE AND DORR LLP |
| 3  RACHEL KREVANS (CA SBN 116421) | 60 State Street |
|    rkrevans@mofo.com | Boston, MA 02109 |
| 4  JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
|    jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| 5  ALISON M. TUCHER (CA SBN 171363) | |
|    atucher@mofo.com | |
| 6  RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
|    rhung@mofo.com | mark.selwyn@wilmerhale.com |
| 7  JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
|    jasonbartlett@mofo.com | HALE AND DORR LLP |
| 8  MORRISON & FOERSTER LLP | 950 Page Mill Road |
|    425 Market Street | Palo Alto, California 94304 |
| 9  San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
|    Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.    11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S JMOL, NEW TRIAL, AND REMITTITUR MOTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

SELWYN DECL. ISO APPLE'S OPP. TO SAMSUNG'S JMOL MOTION
CASE NO. 11-CV-01846 LHK (PSG)

I, MARK D. SELWYN, declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. On August 15, 2012, Apple disclosed to Samsung a clip of Dr. Ahn's video deposition testimony that Apple intended to play for the jury. That clip contained testimony regarding the Samsung-Intel agreement (PX81).

3. Apple also prepared a shorter excerpt of Dr. Ahn's deposition testimony that differed in one respect—the shorter version omitted the testimony from Dr. Ahn relating to the Intel agreement. After the Samsung-Intel agreement was admitted into evidence during the testimony of Mr. Donaldson (Tr. 3540:22-3541:8 (admitting PX81)), Apple played this shorter version of Dr. Ahn's testimony for the jury. (Tr. 3546:18-3547:13 (explaining that Apple was presenting a "shortened version" of Dr. Ahn's testimony).)

4. Attached as Exhibit 1 is a true and correct copy the transcript of Dr. Ahn's video deposition testimony as played for the jury on August 17, 2012. A transcript of this testimony was lodged with the Court as PX218.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2012, in Palo Alto, California.

                                                 */s/ Mark D. Selwyn*
                                                 Mark D. Selwyn