# Exhibit 1

**Case Clip(s) Detailed Report**
Monday, August 13, 2012, 9:58:10 PM

## Apple v. Samsung Video DB

---

 **Ahn, Seung-ho (Vol. 01) - 03/15/2012**         **1 CLIP  (RUNNING 00:04:47.235)**

 FRAND

**AHNS_FRAND_V3**       **11 SEGMENTS  (RUNNING 00:04:47.235)**         

**1. PAGE 7:10 TO 7:13 (RUNNING 00:00:22.533)**

```
       10   Q:   Could you please state and spell your full
       11    name for the record?
       12   A:   Yes, my name is Seung-Ho Ahn. A-H-N
       13     S-E-U-N-G-H-O.
```

**2. PAGE 23:25 TO 24:04 (RUNNING 00:00:32.067)**

```
       25   Q:   Mr. Ahn, are you the highest ranking
  00024:01    licensing executive at Samsung?
       02   A:   Yes.
       03   Q:   To whom do you report?
       04   A:   That is the CEO.
```

**3. PAGE 98:06 TO 98:08 (RUNNING 00:00:26.200)**

```
       06   Q:   Have you made any effort to familiarize
       07    yourself with the requirements of fair, reasonable and
       08    non-discriminatory licensing?
```

**4. PAGE 98:10 TO 98:10 (RUNNING 00:00:02.034)**

```
       10   A:   No.
```

**5. PAGE 100:20 TO 100:22 (RUNNING 00:00:37.000)**

```
       20    Dr. Ahn, as head of licensing at Samsung, have
       21    you personally taken any steps to ensure that Samsung
       22    complies with its FRAND commitments?
```

**6. PAGE 100:24 TO 101:04 (RUNNING 00:00:43.233)**

```
       24   A:   I am the head of the IP center and I have not
       25    taken any such steps.
  00101:01   BY MR. MUELLER:
       02   Q:   Do you know of anyone at the IP center who
       03    has taken steps to ensure that Samsung complies with
       04    its FRAND commitments?
```

**7. PAGE 101:07 TO 101:08 (RUNNING 00:00:16.134)**

```
       07   A:   I have never verified whether somebody does
       08    that.
```

**8. PAGE 117:21 TO 118:02 (RUNNING 00:00:39.400)**

```
       21   Q:   Mr. Ahn, do you know anything about how the
       22    2.4% number was derived?
       23   A:   No.
       24   Q:   Do you know any reason or basis to support
       25    that number?
  00118:01   A:   Personally, I do not -- there is nothing I
       02    know.
```

**9. PAGE 128:15 TO 128:17 (RUNNING 00:00:37.467)**

```
       15   Q:   Can you give me any reason why any of the
       16    patents asserted by Samsung in any jurisdiction are
       17    important from a technological perspective?
```

**Case Clip(s) Detailed Report**
**Monday, August 13, 2012, 9:58:10 PM**

## Apple v. Samsung Video DB

**10. PAGE 128:18 TO 128:18 (RUNNING 00:00:01.600)**

        18  A:    No.

**11. PAGE 130:10 TO 130:13 (RUNNING 00:00:29.567)**

        10  Q:    Do you have any knowledge as to whether or
        11   not Samsung played an important role in developing the
        12   cellar telecommunication system?
        13  A:    No, I do -- not really know.

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:47.235)**