QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK <br><br> **DECLARATION OF HEE-CHAN CHOI IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT, AND APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), NEW TRIAL, AND AMENDED JUDGMENT** |

02198.51855/4999140.7

DECLARATION OF HEE-CHAN CHOI

I, Hee-chan Choi, declare as follows:

1. I am currently employed by Samsung Electronics Co., Ltd. ("SEC") as an assistant manager at R&D Management Group of the Mobile Communications Division. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As the assistant manager at R&D Management Group of the Mobile Communications Division, I am familiar with and have knowledge of SEC's production and forecasts for production of certain mobile devices, including the Captivate (Model No. SGH-I897), Continuum (Model No. SCH-I400), Droid Charge (Model No. SCH-I510), Epic 4G (Model No. SPH-D700), Exhibit 4G (Model No. SGH-T759), Fascinate (Model No. SCH-I500), Galaxy Ace (Model No. S5830L), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S I9000 (Model No. SGH-I9000), Galaxy S II (AT&T) (Model No. SGH-I777), Galaxy S II (i9100) (Model. No. GT-i9100), Galaxy S II (T-Mobile) (Model No. SGH-T989), Galaxy S II Epic 4G Touch (Model No. SPH-D710), Galaxy S II Skyrocket (Model No. SGH-I727), Gem (Model No. SCH-I100), Indulge (Model No. SCH-R910), Infuse 4G (Model No. SGH-I997), Mesmerize (Model No. SCH-I500), Nexus S 4G (Model No. SPH-D720), Replenish (Model No. SPH-M580), Showcase (Model No. SCH-I500), Transform (Model No. SPH-M920), and Vibrant (Model No. SGH-T959).

3. SEC has never produced the Galaxy Ace (Model No. S5830L), the Galaxy S I9000 (Model No. SGH-I9000), or the Galaxy S II (i9100) (Model No. GT-i9100) for sale by Samsung Telecommunications America, LLC ("STA") in the United States and ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. SEC has discontinued production of and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Captivate (Model No. SGH-I897), Continuum (Model No. SCH-I400), Droid Charge (Model No. SCH-I510), Epic 4G (Model No. SPH-D700), Exhibit 4G (Model No. SGH-T759), Fascinate (Model No. SCH-I500), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S II (AT&T)

1  (Model No. SGH-I777), Gem (Model No. SCH-I100), Indulge (Model No. SCH-R910), Infuse 4G
2  (Model No. SGH-I997), Mesmerize (Model No. SCH-I500), Nexus S 4G (Model No. SPH-D720),
3  Replenish (Model No. SPH-M580), Showcase (Model No. SCH-I500), Transform (Model No.
4  SPH-M920), and Vibrant (Model No. SGH-T959).

5         5.    SEC discontinued production of Captivate (Model No. SGH-I897) for sale
6  in the United States in December 2011.  SEC discontinued production of Continuum (Model No.
7  SCH-I400) for sale in the United States in November 2011.  SEC discontinued production of
8  Droid Charge (Model No. SCH-I510) for sale in the United States in August 2012.  SEC
9  discontinued production of Epic 4G (Model No. SPH-D700) for sale in the United States in April
10  2012.  SEC discontinued production of Exhibit 4G (Model No. SGH-T759) for sale in the United
11  States in May 2012.  SEC discontinued production of Fascinate (Model No. SCH-I500) for sale in
12  the United States in August 2011.  SEC discontinued production of Galaxy Prevail (Model No.
13  SPH-M820) for sale in the United States in September 2012.  SEC discontinued production of
14  Galaxy S 4G (Model No. SGH-T959V) for sale in the United States in July 2012.  SEC
15  discontinued production of Galaxy S II (AT&T) (Model No. SGH-I777) for sale in the United
16  States in June 2012.  SEC discontinued production of Gem (Model No. SCH-I100) for sale in the
17  United States in November 2011.  SEC discontinued production of Indulge (Model No. SCH-
18  R910) for sale in the United States in December 2011.  SEC discontinued production of Infuse 4G
19  (Model No. SGH-I997) for sale in the United States in April 2012.  SEC discontinued production
20  of Mesmerize (Model No. SCH-I500) for sale in the United States in May 2012.  SEC
21  discontinued production of Nexus S 4G (Model No. SPH-D720) for sale in the United States in
22  November 2011.  SEC discontinued production of Replenish (Model No. SPH-M580) for sale in
23  the United States in April 2012.  SEC discontinued production of Showcase (Model No. SCH-
24  I500) for sale in the United States in July 2012.  SEC discontinued production of Transform
25  (Model No. SPH-M920) for sale in the United States in August 2011.  SEC discontinued
26  production of Vibrant (Model No. SGH-T959) for sale in the United States in April 2011.

27         6.    SEC currently produces white models of the Galaxy S II Skyrocket (Model
28  No. SGH-I727) for sale in the United States.  SEC has discontinued production of the current

1   black models of Galaxy S II Skyrocket (Model No. SGH-I727) for sale in the United States.   SEC

2   currently produces black and white models of Galaxy S II (T-Mobile) (Model No. SGH-T989) and

3   Galaxy S II Epic 4G Touch (Model No. SPH-D710) for sale in the United States.   ███████

4   ████████████████████████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████████████████████████

6   ██    ██████████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████████████████

8   ███████████████████████████████████████

9           7.      As the assistant manager at R&D Management Group of the Mobile

10  Communications Division, I am also familiar with and have knowledge of SEC's production and

11  forecasts for production of certain tablet computers, including the Galaxy Tab 10.1 (WiFi) (Model

12  No. GT-P7510), Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16), Galaxy Tab 7.0 (3G)

13  (Model No. SCH-I800), and Galaxy Tab 7.0 (3G) (Model No. SGH-T849).

14          8.      SEC has discontinued production of and ████████████████████

15  ████████████████████████████████████████████████

16          9.      SEC discontinued production of Galaxy Tab 10.1 (WiFi) (Model No. GT-

17  P7510) for sale in the United States in December 2011.   SEC discontinued production of Galaxy

18  Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16) for sale in the United States in May 2011.   SEC

19  discontinued production of Galaxy Tab 7.0 (3G) (Model No. SCH-I800) for sale in the United

20  States in June 2012.   SEC discontinued production of Galaxy Tab 7.0 (3G) (Model No. SGH-

21  T849) for sale in the United States in July 2011.   Attached hereto as **Exhibit 1** is a true and

22  correct copy of a table listing end of production dates for the products listed in the preceding

23  paragraphs.

24          10.     I understand that Apple accused the Web Browser, Gallery and Contacts

25  applications in certain Samsung products of infringing the '381 patent because of the "snap back"

26  or "bounce back" functionality that occurs when a user reaches the end of a document.

27          11.     SEC has implemented software that designs around the '381 patent.

28

12. In products that implement the design around software, when a user reaches the end of a document, there is no "bounce back" functionality. The user instead sees a colored "glow" indicating they have reached the end of the document.

13. I understand that Apple accused the Web Browser application in certain Samsung products of infringing the '915 patent because of functionality in the source code that distinguishes between a single input point and two or more input points to determine whether to invoke a scroll operation or a gesture operation.

14. SEC has implemented software that designs around the '915 patent.

15. In products that implement the design around software, the source code has been changed such that it does not distinguish between a single input point and two or more input points to determine whether to invoke a scroll operation or a gesture operation.

16. I understand that Apple accused the Web Browser application in certain Samsung products accused of infringing the '163 patent because of functionality that (1) enlarges and centers a first area in a webpage in response to a first gesture (*e.g.*, a single or double tap), and (2) after the first area has been enlarged and centered, centers a second area on the webpage in response to a second gesture (*e.g.*, a single or double tap).

17. SEC has implemented software that designs around the '163 patent.

18. In products that implement the design around software, a user can enlarge and center a first area in a webpage in response to a first gesture. However, after the first area has been enlarged and centered, the second area will not be centered in response to a second gesture.

19. I understand that the source code relating to the design arounds to the '381, '915 and '163 patents was used to generate the following version of software which runs on Galaxy S II (T-Mobile) devices: Android version 4.0.4, Baseband version T989UVLI1, Kernel version 3.0.8, and Build number IMM76D.UVLI1.

20. I understand that the jury found that black models of Galaxy S II (T-Mobile) (Model No. SGH-T989) and Galaxy S II Epic 4G Touch (Model No. SPH-D710) infringe the D'677 patent. ██████████████████

██████████████████████████████████████████████████

1 ████████████  ██████████████████████████████████

2 ███████████████████████████████████  ████████████████████

3 ██████████████████████████████████████████████████████

4 ███████████████████████████████████████████████

5 ████████████████

6   21.   I understand that Apple accused certain Samsung products of infringing the D'305 patent, and specifically the application screens within the graphical user interface.  Samsung maintains that the prior versions were not infringing, but prior to the trial in this action SEC developed an updated version of the software to design around the D'305 patent by changing the look of the application screen and icons.  Firmware Version 2.3.6 updated those application screens to remove the uniformly square containers from behind the icons so that the icons have many different shapes.  SEC implemented these changes on the Droid Charge (Model No. SCH-I510), Epic 4G (Model No. SPH-D700), and Infuse 4G (Model No. SGH-I997) produced from the time the carriers approved them until their discontinuance.

22.   It is normal practice for SEC to begin shipping products incorporating a design around within 7 days of carrier approval.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 19, 2012, at Suwon, Korea.

02198.51855/4999140.7

-5-   Case No. 11-cv-01846-LHK
CHOI DECLARATION ISO OPPOSITION TO APPLE'S PERMANENT INJUNCTION AND DAMAGES
ENHANCEMENT MOTION AND APPLE'S JMOL, NEW TRIAL, AND AMENDED JUDGMENT MOTION

# EXHIBIT 1

| Model No. | Marketing Name | EOP Date (or Expected Date) |
|---|---|---|
| SGH-I897 | Captivate | December 2011 |
| SCH-I400 | Continuum | November 2011 |
| SCH-I510 | Droid Charge | August 2012 |
| SPH-D700 | Epic 4G | April 2012 |
| SGH-T759 | Exhibit 4G | May 2012 |
| SCH-I500 | Fascinate | August 2011 |
| S5830L | Galaxy Ace | n/a |
| SPH-M820 | Galaxy Prevail | September 2012 |
| SGH-T959V | Galaxy S 4G | July 2012 |
| SGH-I9000 | Galaxy S I9000 | n/a |
| SGH-I777 | Galaxy S II (AT&T) | June 2012 |
| GT-i9100 | Galaxy S II (i9100) | n/a |
| GT-P7510 | Galaxy Tab 10.1 (WiFi) | December 2011 |
| SGT-P1010/UW16 | Galaxy Tab 7.0 (WiFi) | May 2011 |
| SCH-I800 | Galaxy Tab 7.0 (3G) | June 2012 |
| SGH-T849 | Galaxy Tab 7.0 (3G) | July 2011 |
| SCH-I100 | Gem | November 2011 |
| SCH-R910 | Indulge | December 2011 |
| SGH-I997 | Infuse 4G | April 2012 |
| SCH-I500 | Mesmerize | May 2012 |
| SPH-D720 | Nexus S 4G | November 2011 |
| SPH-M580 | Replenish | April 2012 |
| SCH-I500 | Showcase | July 2012 |
| SPH-M920 | Transform | August 2011 |
| SGH-T959 | Vibrant | April 2011 |
| SGH-i727 | Galaxy S II Skyrocket Black Version | ■■■■■■ |
| SGH-T989 | Galaxy S II (T-Mobile) Black Version | ■■■■■■ |
| SGH-T989 | Galaxy S II (T-Mobile) White Version | ■■■■ |
| SPH-D710 | Galaxy S II Epic 4G Touch Black Version | ■■■■■■ |
| SPH-D710 | Galaxy S II Epic 4G Touch White Version | ■■■ |