QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DAVID KIM IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT AND APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), NEW TRIAL, AND AMENDED JUDGMENT** |

02198.51855/4999154.1

Case No. 11-cv-01846-LHK
KIM DECLARATION ISO OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT, AND APPLE'S MOTION FOR JMOL, NEW TRIAL, AND AMENDED JUDGMENT

## DECLARATION OF DAVID KIM

I, David Kim, declare as follows:

1. I am currently employed by Samsung Electronics America, Inc. ("SEA") as the Marketing Coordinator. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As SEA's Marketing Coordinator, I am responsible for financial operations at SEA, including analysis of SEA's finance and sales data. I am familiar with and have knowledge of SEA's importation into the United Sates and sales of certain tablet computers including the Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510) and Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16).

3. SEA has stopped importing the Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510) and Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16) into the United States and has no plans to resume importing these products. SEA last imported the Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510) on March 6, 2012. SEA last imported the Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16) into the United States on October 15, 2011.

4. SEA has also stopped selling the Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510) and Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16) and has no plans to resume selling these products. SEA last sold the Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510) on May 8, 2012. SEA last sold the Galaxy 7.0 (WiFi) (Model No. SGT-P1010/UW16) on November 17, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 19, 2012, at Ridgefield Park, New Jersey.

_[signature]_

02198.51855/4999154.1

-1-                                        Case No. 11-cv-01846-LHK
KIM DECLARATION ISO OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT, AND APPLE'S MOTION FOR JMOL, NEW TRIAL, AND AMENDED JUDGMENT