QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | CASE NO. 11-cv-01846-LHK <br><br> **DECLARATION OF JOHN PIERCE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL, AND AMENDED JUDGMENT** <br><br> **Date:** December 6, 2012 <br> **Time:** 1:30 p.m. <br> **Place:** Courtroom 8, 4th Floor <br> **Judge:** Hon. Lucy H. Koh |

02198.51855/5018348.2

Case No. 11-cv-01846-LHK
DECLARATION OF JOHN PIERCE

I, John Pierce, declare:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law, New Trial, and Amended Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Volume 2 of the Trial Transcript, Pages 283-555, dated July 31, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Volume 3 of the Trial Transcript, Pages 556-930, dated August 3, 2012.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Volume 4 of the Trial Transcript, Pages 931-1296, dated August 6, 2012.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Volume 5 of the Trial Transcript, Pages 1297-1637, dated August 7, 2012.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Volume 6 of the Trial Transcript, Pages 1638-1988, dated August 10, 2012.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Volume 7 of the Trial Transcript, Pages 1989-2320, dated August 13, 2012.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Volume 8 of the Trial Transcript, Pages 2321-2650, dated August 14, 2012.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Volume 9 of the Trial Transcript, Pages 2651-2965, dated August 15, 2012.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Volume 10 of the Trial Transcript, Pages 2966-3386, dated August 16, 2012.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from Volume 11 of the Trial Transcript, Pages 3387-3711, dated August 17, 2012.

1    13.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Volume
2  13 of the Trial Transcript, Pages 3941-4264, dated August 21, 2012.
3    14.    Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiff's Trial
4  Exhibit 11.
5    15.    Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiff's Trial
6  Exhibit 25A1.
7    16.    Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff's Trial
8  Exhibit 54.
9    17.    Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiff's Trial
10 Exhibit 59.
11   18.    Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff's Trial
12 Exhibit 60.
13   19.    Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff's Trial
14 Exhibit 74
15   20.    Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff's Trial
16 Exhibit 80.
17   21.    Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff's Trial
18 Exhibit 113.
19   22.    Attached hereto as **Exhibit 20** is a true and correct copy of Plaintiff's Trial Exhibit
20 122.
21   23.    Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiff's Trial Exhibit
22 128.
23   24.    Attached hereto as **Exhibit 22** is a true and correct copy of Defendants' Trial
24 Exhibit 562.
25   25.    Attached hereto as **Exhibit 23** is a true and correct copy of Defendants' Trial
26 Exhibit 613.
27   26.    Attached hereto as **Exhibit 24** is a true and correct copy of Defendants' Trial
28 Exhibit 630.

1    27. Attached hereto as **Exhibit 25** is a true and correct copy of Defendants' Trial
2 Exhibit 687.

3    28. Attached hereto as **Exhibit 26** is a true and correct copy of Defendants' Trial
4 Exhibit 712.

5    29. Attached hereto as **Exhibit 27** is a true and correct copy of Defendants' Trial
6 Exhibit 740.

7    30. Attached hereto as **Exhibit 28** is a true and correct copy of Defendants' Trial
8 Exhibit 741.

9    31. Attached hereto as **Exhibit 29** is a true and correct copy of Defendants' Trial
10 Exhibit 781.

11    32. Attached hereto as **Exhibit 30** is a true and correct copy of Defendants' Trial
12 Exhibit 900.

13    33. **Exhibit 31** is Defendants' Trial Exhibit 2526, which is a physical object and is in
14 the Court's files.  (*See* Dkt. No. 1947.)

15    34. **Exhibit 32** is Defendants' Trial Exhibit 2529, which is a physical object and is in
16 the Court's files.  (*See* Dkt. No. 1947.)

17    35. Attached hereto as **Exhibit 33** is a true and correct copy of Defendants' Trial
18 Exhibit 2627.

19    36. **Exhibit 34** is Joint Trial Exhibit 1004, which is a physical object in the Court's
20 files.  (*See* Dkt. No. 1947.)

21    37. **Exhibit 35** is Joint Trial Exhibit 1007, which is a physical object in the Court's
22 files.  (*See* Dkt. No. 1947.)

23    38. **Exhibit 36** is Joint Trial Exhibit 1009, which is a physical object in the Court's
24 files.  (*See* Dkt. No. 1947.)

25    39. **Exhibit 37** is Joint Trial Exhibit 1010, which is a physical object in the Court's
26 files.  (*See* Dkt. No. 1947.)

27    40. **Exhibit 38** is Joint Trial Exhibit 1011, which is a physical object in the Court's
28 files.  (*See* Dkt. No. 1947.)

41. **Exhibit 39** is Joint Trial Exhibit 1012, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

42. **Exhibit 40** is Joint Trial Exhibit 1013, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

43. **Exhibit 41** is Joint Trial Exhibit 1014, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

44. **Exhibit 42** is Joint Trial Exhibit 1015, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

45. **Exhibit 43** is Joint Trial Exhibit 1016, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

46. **Exhibit 44** is Joint Trial Exhibit 1019, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

47. **Exhibit 45** is Joint Trial Exhibit 1020, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

48. **Exhibit 46** is Joint Trial Exhibit 1022, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

49. **Exhibit 47** is Joint Trial Exhibit 1023, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

50. **Exhibit 48** is Joint Trial Exhibit 1024, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

51. **Exhibit 49** is Joint Trial Exhibit 1025, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

52. **Exhibit 50** is Joint Trial Exhibit 1026, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

53. **Exhibit 51** is Joint Trial Exhibit 1027, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

54. **Exhibit 52** is Joint Trial Exhibit 1028, which is a physical object in the Court's files. (*See* Dkt. No. 1947.)

1  55. **Exhibit 53** is Joint Trial Exhibit 1030, which is a physical object in the Court's
2  files. (*See* Dkt. No. 1947.)

3  56. **Exhibit 54** is Joint Trial Exhibit 1031, which is a physical object in the Court's
4  files. (*See* Dkt. No. 1947.)

5  57. **Exhibit 55** is Joint Trial Exhibit 1032, which is a physical object in the Court's
6  files. (*See* Dkt. No. 1947.)

7  58. **Exhibit 56** is Joint Trial Exhibit 1033, which is a physical object in the Court's
8  files. (*See* Dkt. No. 1947.)

9  59. **Exhibit 57** is Joint Trial Exhibit 1034, which is a physical object in the Court's
10 files. (*See* Dkt. No. 1947.)

11 60. **Exhibit 58** is Joint Trial Exhibit 1035, which is a physical object in the Court's
12 files. (*See* Dkt. No. 1947.)

13 61. **Exhibit 59** is Joint Trial Exhibit 1036, which is a physical object in the Court's
14 files. (*See* Dkt. No. 1947.)

15 62. **Exhibit 60** is Joint Trial Exhibit 1037, which is a physical object in the Court's
16 files. (*See* Dkt. No. 1947.)

17 63. **Exhibit 61** is Joint Trial Exhibit 1038, which is a physical object in the Court's
18 files. (*See* Dkt. No. 1947.)

19 64. Attached hereto as **Exhibit 62** is a true and correct copy of Joint Trial
20 Exhibit 1039.

21 65. Attached hereto as **Exhibit 63** is a true and correct copy of Joint Trial
22 Exhibit 1040.

23 66. Attached hereto as **Exhibit 64** is a true and correct copy of Joint Trial
24 Exhibit 1043.

25 67. Attached hereto as **Exhibit 65** is a true and correct copy of Joint Trial
26 Exhibit 1500.

27
28

1  I declare under penalty of perjury that the foregoing is true and correct. Executed in Los
2  Angeles, California on October 19, 2012.

3                                             */s/ John Pierce*
4                                                John Pierce

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from John Pierce.

                                                              */s/ Victoria Maroulis*