QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF COREY KERSTETTER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT, AND APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), NEW TRIAL, AND AMENDED JUDGMENT**<br><br>HIGHLIGHTED VERSION |

02198.51855/4999144.3

Case No. 11-cv-01846-LHK
KERSTETTER DECLARATION ISO OPPOSITION TO APPLE'S PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT MOTION AND APPLE'S JMOL, NEW TRIAL, AND AMENDED JUDGMENT MOTION

## DECLARATION OF COREY KERSTETTER

I, Corey Kerstetter, declare as follows:

1.  I am currently employed by Samsung Telecommunications America, LLC ("STA") as the Vice President of Business Planning. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.  As the Vice President of Business Planning, I am familiar with and have knowledge of STA's importation and sales of certain mobile devices, including the Captivate (Model No. SGH-I897), Continuum (Model No. SCH-I400), Droid Charge (Model No. SCH-I510), Epic 4G (Model No. SPH-D700), Exhibit 4G (Model No. SGH-T759), Fascinate (Model No. SCH-I500), Galaxy Ace (Model No. S5830L), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S I9000 (Model No. SGH-I9000), Galaxy S II (AT&T) (Model No. SGH-I777), Galaxy S II (i9100) (Model No. GT-i9100), Galaxy S II (T-Mobile) (Model No. SGH-T989), Galaxy S II Epic 4G Touch (Model No. SPH-D710), Galaxy S II Skyrocket (Model No. SGH-I727), Gem (Model No. SCH-I100), Indulge (Model No. SCH-R910), Infuse 4G (Model No. SGH-I997), Mesmerize (Model No. SCH-I500), Nexus S 4G (Model No. SPH-D720), Replenish (Model No. SPH-M580), Showcase (Model No. SCH-I500), Transform (Model No. SPH-M920), and Vibrant (Model No. SGH-T959).

3.  STA has never imported the Galaxy Ace (Model No. S5830L), the Galaxy S I9000 (Model No. SGH-I9000) or the Galaxy S II (i9100) (Model No.GT-i9100) for sale in the United States or sold these products in the United States. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4.  STA has ceased importing and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ the Captivate (Model No. SGH-I897), Continuum (Model No. SCH-I400), Droid Charge (Model No. SCH-I510), Epic 4G (Model No. SPH-D700), Exhibit 4G (Model No. SGH-T759), Fascinate (Model No. SCH-I500), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S II (AT&T) (Model No. SGH-I777),

02198.51855/4999144.3

-1-

Case No. 11-cv-01846-LHK
KERSTETTER DECLARATION ISO OPPOSITION TO APPLE'S PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT MOTION AND APPLE'S JMOL, NEW TRIAL, AND AMENDED JUDGMENT MOTION

Gem (Model No. SCH-I100), Indulge (Model No. SCH-R910), Infuse 4G (Model No. SGH-I997), Mesmerize (Model No. SCH-I500), Nexus S 4G (Model No. SPH-D720), Replenish (Model No. SPH-M580), Showcase (Model No. SCH-I500), Transform (Model No. SPH-M920), and Vibrant (Model No. SGH-T959).

5. STA last imported the Captivate (Model No. SGH-I897) into the United States on December 4, 2011. STA last imported the Continuum (Model No. SCH-I400) into the United States on September 18, 2011. STA last imported the Droid Charge (Model No. SCH-I510) into the United States on August 26, 2012. STA last imported the Epic 4G (Model No. SPH-D700) into the United States on April 7, 2012. STA last imported the Exhibit 4G (Model No. SGH-T759) into the United States on May 6, 2012. STA last imported the Fascinate (Model No. SCH-I500) into the United States on April 24, 2011. STA last imported the Galaxy Prevail (Model No. SPH-M820) into the United States on September 21, 2012. STA last imported the Galaxy S 4G (Model No. SGH-T959V) into the United States on July 30, 2012. STA last imported the Galaxy S II (AT&T) (Model No. SGH-I777) into the United States on June 13, 2012. STA last imported the Gem (Model No. SCH-I100) into the United States on November 3, 2011. STA last imported the Indulge (Model No. SCH-R910) into the United States on December 4, 2011. STA last imported the Infuse 4G (Model No. SGH-I997) into the United States on April 24, 2011. STA last imported the Mesmerize (Model No. SCH-I500) into the United States on April 10, 2011. STA last imported the Nexus S 4G (Model No. SPH-D720) into the United States on November 27, 2011. STA last imported the Replenish (Model No. SPH-M580) into the United States on April 24, 2012. STA last imported the Showcase (Model No. SCH-I500) into the United States on May 12, 2012. STA last imported the Transform (Model No. SPH-M920) into the United States on August 24, 2011. STA last imported the Vibrant (Model No. SGH-T959) into the United States on April 28, 2011.

6. STA last sold the Captivate (Model No. SGH-I897) on May 9, 2012. STA last sold the Continuum (Model No. SCH-I400) on March 2, 2012. STA last sold the Droid Charge (Model No. SCH-I510) on September 6, 2012. STA last sold the Epic 4G (Model No.

1  SPH-D700) on April 26, 2012.  STA last sold the Exhibit 4G (Model No. SGH-T759) on May 16,
2  2012.  STA last sold the Fascinate (Model No. SCH-I500) on May 9, 2012.  STA last sold the
3  Galaxy Prevail (Model No. SPH-M820) on October 5, 2012.  STA last sold Galaxy S 4G (Model
4  No. SGH-T959V) on August 15, 2012.  STA last sold the Galaxy S II (AT&T) (Model No. SGH-
5  I777) on June 26, 2012.  STA last sold the Gem (Model No. SCH-I100) on May 9, 2012.  STA
6  last sold the Indulge (Model No. SCH-R910) on December 29, 2011.  STA last sold the Infuse 4G
7  (Model No. SGH-I997) on May 10, 2012.  STA last sold the Mesmerize (Model No. SCH-I500)
8  on June 7, 2012.  STA last sold the Nexus S 4G (Model No. SPH-D720) on March 20, 2012.
9  STA last sold the Replenish (Model No. SPH-M580) on May 3, 2012.  STA last sold the
10 Showcase (Model No. SCH-I500) on September 27, 2012.  STA last sold the Transform (Model
11 No. SPH-M920) on August 29, 2011.  STA last sold the Vibrant (Model No. SGH-T959) on
12 October 24, 2011.

13    7.    STA has stopped selling and ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22    9.    As the Vice President of Business Planning, I am also familiar with and
23 have knowledge of STA's importation and sales of certain tablet computers, including the Galaxy
24 Tab 10.1 (WiFi) (Model No. GT-P7510), Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16),
25 Galaxy Tab 7.0 (3G) (Model No. SCH-I800), and Galaxy Tab 7.0 (3G) (Model No. SGH-T849).
26    10.   STA has ceased importing and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
28

02198.51855/4999144.3

-3-                                                Case No. 11-cv-01846-LHK
KERSTETTER DECLARATION ISO OPPOSITION TO APPLE'S PERMANENT INJUNCTION AND
DAMAGES ENHANCEMENT MOTION AND APPLE'S JMOL, NEW TRIAL, AND AMENDED JUDGMENT
MOTION

11.     STA last imported the Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510) into the United States on August 14, 2011.  STA last imported the Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16) into the United States on May 27, 2011.  STA last imported the Galaxy Tab 7.0 (3G) (Model No. SCH-I800) on June 10, 2012.  STA last imported the Galaxy Tab 7.0 (3G) (Model No. SGH-T849) into the United States on July 9, 2011.

12.     STA last sold the Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510) on April 26, 2012.  STA last sold the Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16) on August 25, 2011.  STA last sold the Galaxy Tab 7.0 (3G) (Model No. SCH-I800) on August 21, 2012.  STA last sold the Galaxy Tab 7.0 (3G) (Model No. SGH-T849) on November 4, 2011.

13.     STA has discontinued the sale of and ■■■ ■■■ Attached hereto as **Exhibit 1** is a true and correct copy of a table listing the dates of last import and last sale by STA of the products listed in the preceding paragraphs.

14.     As the Vice President of Business Planning I am also familiar with and have knowledge of STA's actual sales of the Droid Charge (Model No. SCH-I510), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S II (T-Mobile) (Model No. SGH-T989), Galaxy S II Epic 4G Touch (Model No. SPH-D710), Galaxy S II Skyrocket (Model No. SGH-I727), and Showcase (Model No. SCH-I500) in the third quarter of 2012, and forecasted sales for ■■■

15.     ■■■

-4-     Case No. 11-cv-01846-LHK
KERSTETTER DECLARATION ISO OPPOSITION TO APPLE'S PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT MOTION AND APPLE'S JMOL, NEW TRIAL, AND AMENDED JUDGMENT MOTION

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ Attached hereto as **Exhibit 2** is a true and correct copy of a table listing STA's sales of the Droid Charge (Model No. SCH-I510), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S II (T-Mobile) (Model No. SGH-T989), Galaxy S II Epic 4G Touch (Model No. SPH-D710), Galaxy S II Skyrocket (Model No. SGH-I727), and Showcase (Model No. SCH-I500) in the third quarter of 2012.

16. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18. In the course of its business, Samsung calculates the operating profit per-unit generated from each sale of the Galaxy S II (T-Mobile) (Model No. SGH-T989) and Galaxy S II Epic 4G Touch (Model No. SPH-D710) in the United States. In the third quarter of 2012, the average per-unit operating profit for the Galaxy II (T-Mobile) (Model No. SGH-T989) was ▮▮▮

In the third quarter of 2012, the average per-unit operating profit for the Galaxy II Epic 4G Touch (Model No. SPH-D710) was ███.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 19, 2012, at Richardson, Texas.

*Corey L. K̲̲̲̲̲̲̲̲̲̲*

02198.51855/4999144.3

-6-                                                                          Case No. 11-cv-01846-LHK
KERSTETTER DECLARATION ISO OPPOSITION TO APPLE'S PERMANENT INJUNCTION AND
DAMAGES ENHANCEMENT MOTION AND APPLE'S JMOL, NEW TRIAL, AND AMENDED JUDGMENT MOTION

# EXHIBIT 1

| Model No. | Marketing Name | Date of Last Importation by STA (or Expected Date) | Date of Last Sale By STA (or Expected Date) |
|---|---|---|---|
| SGH-I897 | Captivate | 12/4/2011 | 5/9/2012 |
| SCH-I400 | Continuum | 9/18/2011 | 3/2/2012 |
| SCH-I510 | Droid Charge | 8/26/2012 | 9/6/2012 |
| SPH-D700 | Epic 4G | 4/7/2012 | 4/26/2012 |
| SGH-T759 | Exhibit 4G | 5/6/2012 | 5/16/2012 |
| SCH-I500 | Fascinate | 4/24/2011 | 5/9/2012 |
| S5830L | Galaxy Ace | n/a | n/a |
| SPH-M820 | Galaxy Prevail | 9/21/2012 | 10/5/2012 |
| SGH-T959V | Galaxy S 4G | 7/30/2012 | 8/15/2012 |
| SGH-I9000 | Galaxy S I9000 | n/a | n/a |
| SGH-I777 | Galaxy S II (AT&T) | 6/13/2012 | 6/26/2012 |
| GT-i9100 | Galaxy S II (i9100) | n/a | n/a |
| GT-P7510 | Galaxy Tab 10.1 (WiFi) | 8/14/2011 | 4/26/2012 |
| SGT-P1010/UW16 | Galaxy Tab 7.0 (WiFi) | 5/27/2011 | 8/25/2011 |
| SCH-I800 | Galaxy Tab 7.0 (3G) | 6/10/2012 | 8/21/2012 |
| SGH-T849 | Galaxy Tab 7.0 (3G) | 7/9/2011 | 11/4/2011 |
| SCH-I100 | Gem | 11/3/2011 | 5/9/2012 |
| SCH-R910 | Indulge | 12/4/2011 | 12/29/2011 |
| SGH-I997 | Infuse 4G | 4/24/2011 | 5/10/2012 |
| SCH-I500 | Mesmerize | 4/10/2011 | 6/7/2012 |
| SPH-D720 | Nexus S 4G | 11/27/2011 | 3/20/2012 |
| SPH-M580 | Replenish | 4/24/2012 | 5/3/2012 |
| SCH-I500 | Showcase | 5/12/2012 | 9/27/2012 |
| SPH-M920 | Transform | 8/24/2011 | 8/29/2011 |
| SGH-T959 | Vibrant | 4/28/2011 | 10/24/2011 |
| SGH-i727 | Galaxy S II Skyrocket Black Version | ■ | ■ |
| SGH-i727 | Galaxy S II Skyrocket White Version | ■ | ■ |
| SGH-T989 | Galaxy S II (T-Mobile) Black Version | ■ | ■ |
| SGH-T989 | Galaxy S II (T-Mobile) White Version | ■ | ■ |
| SPH-D710 | Galaxy S II Epic 4G Touch Black Version | ■ | ■ |
| SPH-D710 | Galaxy S II Epic 4G Touch White Version | ■ | ■ |

# EXHIBIT 2

| Product | Model Number | 3Q Unit Sales | July 2012 Unit Sales | August 2012 Unit Sales | September 2012 Unit Sales |
|---|---|---|---|---|---|
| Droid Charge | SCH-I510 | | | | |
| Galaxy Prevail | SPH-M820 | | | | |
| Galaxy S 4G | SGH-T959V | | | | |
| Galaxy S II (T-Mobile) All Colors | SGH-T989 | | | | |
| Galaxy S II (T-Mobile) Black | SGH-T989 | | | | |
| Galaxy S II (T-Mobile) White | SGH-T989 | | | | |
| Galaxy S II Epic 4G Touch All Colors | SPH-D710 | | | | |
| Galaxy S II Epic 4G Touch Black | SPH-D710 | | | | |
| Galaxy S II Epic 4G Touch White | SPH-D710 | | | | |
| Galaxy S II Skyrocket All Colors | SGH-I727 | | | | |
| Galaxy S II Skyrocket Black | SGH-I727 | | | | |
| Galaxy S II Skyrocket White | SGH-I727 | | | | |
| Showcase | SCH-I500 | | | | |
| Total Units Sold | | | | | |