QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOHN PIERCE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT** |

02198.51855/5011585.6

Case No. 11-cv-01846-LHK
DECLARATION OF JOHN PIERCE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES

I, JOHN PIERCE, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto and filed manually herewith as Exhibit 1 are true and correct copies of the following reports:

- "Apple co-founder Wozniak says he hates Samsung patent verdict" by Bonnie Cao, Sept. 14, 2012, printed from the *Financial Post* website at the following URL: http://business.financialpost.com/2012/09/14/apple-co-founder-wozniak-says-he-hates-patent-samsung-patent-verdict.

- "Apple-Samsung patent fight: Fuzzy math" by Brian J. Love, Aug. 30, 2012, printed from the *Los Angeles Times* website at the following URL: http://articles.latimes.com/2012/aug/30/opinion/la-oe-love-apple-patent-damages-20120830.

- "Has Apple Peaked?" by Joe Nocera, Sept. 21, 2012, printed from the *New York Times* website at the following URL: http://www.nytimes.com/2012/09/22/opinion/nocera-has-apple-peaked.html?_r=1.

- "The Patent Used as a Sword" by Charles Duhigg and Steve Lorr, Oct. 7, 2012, printed from the *New York Times* website at the following URL: http://www.nytimes.com/2012/10/08/technology/patent-wars-among-tech-giants-can-stifle-competition.html?pagewanted=all&_r=0.

- "The Colbert Report: Tip/Wag – Apple-Samsung Lawsuit & Tabloid Clash," Sept. 18, 2012, available at the following URL: http://www.colbertnation.com/the-colbert-report-videos/419187/september-18-2012/tip-wag---apple-samsung-lawsuit---tabloid-clash.

- "Apple vs. Samsung: Is Copying Theft or Innovation?" by Kal Raustiala & Christopher Sprigman, Sept. 4, 2012, printed from the *Los Angeles Times* website at the following URL: http://www.latimes.com/news/science/la-oe-raustialasprigman-apple-innovation-patent-20120904,0,1054165.story.

- "Apple's Courtroom Win Reveals Deeper Woes in U.S. Patents," Editorial, Sept. 4, 2012, printed from the *Boston Globe* website at the following URL: http://bostonglobe.com/opinion/editorials/2012/09/03/apple-victory-over-samsung-reveals-deeper-woes-patent-system/w3Lg9sU5TMPG6EO44zTd3I/story.html.

3. Attached hereto as Exhibit 2 is a true and correct copy of a press release titled "iPhone 5 First Weekend Sales Top Five Million," Sept. 24, 2012 available from Apple's website at http://www.apple.com/pr/library/2012/09/24iPhone-5-First-Weekend-Sales-Top-Five-Million.html.

4. Attached hereto as Exhibit 3 is a true and correct copy of PX 60.

5. Attached hereto as Exhibit 4 is a true and correct copy of DX 592.

6. Attached hereto as Exhibit 5 is a true and correct copy of PX 146.

7. Attached hereto as Exhibit 6 is a true and correct copy of APLNDC630-0000149132.

8. Attached hereto as Exhibit 7 is a true and correct copy of DX 572.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Trial Transcript, dated July 31-August 20, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of PDX 26.18.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the April 27, 2012 deposition of Russell Winer.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the April 4, 2012 deposition of Steven Sinclair, as referenced in Samsung's Motion and the concurrently filed Erdem Declaration.

1    13.    Attached hereto as Exhibit 12-1 is a true and correct copy of APLNDC-
2  X0000007220-7335

3    14.    Attached hereto as Exhibit 12-2 is a true and correct copy of APLNDC12211082-
4  1221113.

5    15.    Attached hereto as Exhibit 13 is a true and correct copy of APL-ITC796-
6  0000010019-10040.

7    16.    Attached hereto as Exhibit 14 is a true and correct copy of DX 586.

8    17.    Attached hereto as Exhibit 15 is a true and correct copy of an article titled "Apple
9  Sells Over 5 Million iPhone 5, Supply Constraints Loom" by Poonima Gupta and Jennifer Saba,
10 Sept. 24, 2012 printed from the *Reuters* website at the following URL:
11 http://www.reuters.com/article/2012/09/24/us-apple-iphone-idUSBRE88N0HL20120924.

12   18.    Attached hereto as Exhibit 16 is a true and correct copy of an article titled
13 "Foxconn Labor Disputes Disrupt iPhone Output for 2nd Time," Oct. 7, 2012 printed from the
14 *Bloomberg News* website at the following URL: http://www.bloomberg.com/news/2012-10-
15 07/foxconn-labor-disputes-disrupt-iphone-output-for-2nd-time.html.

16   19.    Attached hereto as Exhibit 17 is a true and correct copy of an article titled "Why
17 There May Be an iPhone 5 Shortage" by Yun-Hee Kim, Oct. 8, 2012 printed from the *Wall Street
18 Journal* website at the following URL: http://blogs.wsj.com/digits/2012/10/08/why-there-may-be-
19 an-iphone-5-shortage/.

20   20.    Attached hereto as Exhibit 18 is a true and correct copy of "Median Time to
21 Disposition in Cases Terminated After Hearing or Submission" printed from the United States
22 Court of Appeals for the Federal Circuit website at the following URL:
23 http://www.cafc.uscourts.gov/images/stories/the-court/statistics/Median_Disp_Time_table_02-
24 11.pdf.

25   21.    Attached hereto as Exhibit 19 is a true and correct copy of PX 25A1.
26   22.    Exhibit 20 is intentionally left blank.
27   23.    Attached hereto as Exhibit 21 is a true and correct copy of PX 52.

28
02198.51855/5011585.6
-3-    Case No. 11-cv-01846-LHK
DECLARATION OF JOHN PIERCE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR
A PERMANENT INJUNCTION AND DAMAGES

1      24.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the January 4, 2012 deposition of Erin Wong.

25.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the December 27, 2011 deposition of Justin White.

26.     Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the October 27, 2011 deposition of Eugene Whang.

27.     Attached hereto as Exhibit 25 is a true and correct copy of excerpts of the February 17, 2012 deposition of Eugene Whang.

28.     Attached hereto as Exhibit 26 is a true and correct copy of excerpts of the November 4, 2011 deposition of Christopher Stringer.

29.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the January 19, 2012 deposition of Alyssa K. Sandrowitz.

30.     Attached hereto as Exhibit 28 is a true and correct copy of excerpts of the October 20, 2011 deposition of Peter Russell-Clarke.

31.     Attached hereto as Exhibit 29 is a true and correct copy of excerpts of the October 24, 2011 deposition of Matthew Rohrbach.

32.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts of the October 26, 2011 deposition of Duncan Kerr.

33.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the July 16, 2012 deposition of Richard Howarth.

34.     Attached hereto as Exhibit 32 is a true and correct copy of excerpts of the February 8, 2012 deposition of Richard Howarth.

35.     Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the October 31, 2011 deposition of Richard Howarth.

36.     Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the October 25, 2011 deposition of Quin Hoellwarth.

1    37.    Attached hereto as Exhibit 35 is a true and correct copy of excerpts of the January 11, 2012 deposition of Quin Hoellwarth.

38.    Attached hereto as Exhibit 36 is a true and correct copy of excerpts of the October 7, 2011 deposition of Tracy-Gene G. Durkin.

39.    Attached hereto as Exhibit 37 is a true and correct copy of excerpts of the October 21, 2011 deposition of Daniele De Iuliis.

40.    Attached hereto as Exhibit 38 is a true and correct copy of excerpts of the March 23, 2012 deposition of Kurt Dammermann.

41.    Attached hereto as Exhibit 39 is a true and correct copy of excerpts of the October 27, 2011 deposition of Daniel Coster.

42.    Attached hereto as Exhibit 40 is a true and correct copy of excerpts of the February 7, 2012 deposition of Daniel John Coster.

43.    Attached hereto as Exhibit 41 is a true and correct copy of excerpts of the March 29, 2012 deposition of Robert Borchers.

44.    Attached hereto as Exhibit 42 is a true and correct copy of excerpts of the October 18, 2011 deposition of Freddy Anzures.

45.    Attached hereto as Exhibit 43 is a true and correct copy of excerpts of the October 26, 2011 deposition of Bartley Keith Andre.

46.    Attached hereto as Exhibit 44 is a true and correct copy of an article titled "One in Six Active U.S. Patents Pertain to the Smartphone" by Daniel O'Connor, Oct. 17, 2012 printed from the *Project Disco* website at the following URL: http://www.project-disco.org/intellectual-property/one-in-six-active-u-s-patents-pertain-to-the-smartphone/.

47.    Attached hereto as Exhibit 45 is a true and correct copy of a press release titled "Apple Introduces iPhone 5," which was obtained on October 17, 2012 from Apple's website at http://www.apple.com/pr/library/2012/09/12Apple-Introduces-iPhone-5.html.

48. Filed manually herewith as Exhibit 46 is a true and correct copy of a video presentation titled "Apple Special Event," Sept. 12, 2012, which is available on Apple's website at the following URL: http://www.apple.com/apple-events/september-2012/.

49. Filed manually herewith as Exhibit 47 is a true and correct copy of Apple's television advertisement titled "Thumb," which is available through Apple's YouTube channel at http://www.youtube.com/watch?list=UUE_M8A5yxnLfW0KghEeajjw&feature=player_detailpage&v=A1Rc4MDmr8o.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on the 19th day of October, 2012, in Los Angeles, California.

                                                                          */s/John Pierce*
                                                                           John Pierce

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that John Pierce has concurred in this filing.

/s/ Victoria Maroulis

02198.51855/5011585.6

-7-    Case No. 11-cv-01846-LHK
DECLARATION OF JOHN PIERCE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES