# Exhibit 14

# Filed Manually

# Exhibit 15

# Filed Manually

# EXHIBIT 16

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547401

# STA COMPETITIVE SITUATION

☐ PARADIGM SHIFT

HQ CFO

**PLAINTIFF'S EXHIBIT NO. 60**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

| Owner | Justin Denison |
|---|---|
| Document Revision | V 0.2 |
| Effective Date | |
| Retention | 16 FEB 2012 |
| Security Policy | 5 Years |

Top Secret

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547402

# THIS DOCUMENT IS CLASSIFIED AS *TOP SECRET*

- The information that will be discussed during this meeting and the presentation materials contain critical business and/or technical information.

- If this information were to be improperly shared with or accessed by Competitors, Samsung could be irreparably harmed. As such:

- Discussion of the meeting contents and/or redistribution of related materials is prohibited even within Samsung without prior written authorization by your meeting lead/organizer or the STA President.

**Disclosure outside of Samsung is strictly prohibited, unless covered by a valid non-disclosure agreement and written approval has been provided by VP/GM level or above employee of STA.**



Highly Confidential – Attorneys' Eyes Only

# AGENDA

2011 Business Summary

Market Situation / Lessons Learned

Paradigm Shift

2012 Business Outlook

Discussion

SAMNDCA11547403

Plaintiff's Exhibit No. 60.4

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547404

# 2011 BUSINESS SUMMARY



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547405

# STA MISSED EXPECTATIONS RELATIVE TO APPLE BUT DID REACH KEY MILESTONES

## Revenue up 6% YoY

$8.0B        $8.5B

## Volume down 8% YoY



55.1M        50.8M

2010        2011

▨ Q1 ▨ Q2 ▨ Q3 ▨ Q4



**3Yrs of >$1B Consolidated Profit†**

†Based on 2009 – 2011 annual average

**Record Revenue of $2.44B in Q4'11‡**

‡ Versus $2.42B in Q3'10

## 2011 SAM S/P Revenue Ratio



0.58734    0.74842    0.74601    1.32118
0.27088    0.40248    0.53392    0.24718

Q1        Q2        Q3        Q4

········ S=xH    ──── S=xA

## SAM v. Apple Rev (S/P and Tablets)

## 2011 SAM S/P Volume



0.56460    0.82935    0.83946    1.60091
0.35341    0.59748              0.43168

Q1        Q2        Q3        Q4

········ S=xA    ──── S=xH

‡ S/T Revenue



# IN 2011 GALAXY TABLETS FACED STRONG COMPETITION FROM BOTH THE HIGH END IPAD AND LOW TIERED FIRE/NOOK.

Highly Confidential – Attorneys' Eyes Only

SAMDCA11547406

## Tablet Revenue



## Tablet Volume





**The continued success of the iPad as well as the introduction of the lower end tablets such as the Kindle Fire and Nook tablet has created a highly competitive Tablet market.**

*2011: 660K STA    380K SEA



2011:

Apple : 17.4M         Fire : 5M
Nook : 1.5M      Samsung : 1M



Plaintiff's Exhibit No. 60.7

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547407

# MARKET SITUATION

# LESSONS LEARNED



# CONSOLIDATION AROUND TWO OS PLATFORMS.  US MARKET BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547408

## Android & iOS Becoming The Only Relevant OS platforms

**Smartphone Sell—thru Share by OS**

53% 50% 53% 51% 54% 61% 60% 62% 51% 49% 50%
45%
37% 38% 37% 36%
29% 29% 27%
24% 24% 23%
21% 19%
17% 15% 14% 14% 13% 13% 14%
15% 10% 8%
7%

Jan-11 Feb-11 Mar-11 Apr-11 May-11 Jun-11 Jul-11 Aug-11 Sep-11 Oct-11 Nov-11 Dec-11

Source: STA SMART system (BP, Acct teams),

## Three Horse Race becoming at Two Horse Race Between Apple & Samsung



**Smartphone Share by OEM**

51%
37% 37% 36%
29% 29% 27%
24% 24% 23%
21% 19% 16% 18% 20%

Jan-11 Feb-11 Mar-11 Apr-11 May-11 Jun-11 Jul-11 Aug-11 Sep-11 Oct-11 Nov-11 Dec-11



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547409

# APPLE CONTINUES TO SHOW SALES GROWTH DUE TO STRONG LOYALTY, CARRIER AGREEMENTS AND DOMINANT RETAIL PRESENCE

## iPhone Subscribers Could Potentially Represent ~25% of the Entire US Install Base in 2 Years



| CAGR |
| 4.2% |
| 64.8% |

## Carrier Contractual Commitments (or De Facto Spend) for iPhone are Significant



|  | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint | $0.6B | $4.1B | $4.1B | $4.1B | $2.6B | **$15.5B** |
| verizon | $5.6B | $8.5B | $8.5B | $8.5B |  | **$31.1B** |
| at&t | $8.9B | $10.4B | $10.4B | $10.4B | $10.4B | **$50.5B** |

Sources:
Sprint reported $15.5B contractual 4 year commitment to Apple
Verizon annual report indicated $54.6B in purchase obligations of which majority is likely Phone
ATT: STA estimate

## iOS Loyalty Remains Strongest Among OEMS



**Repeat Purchases**

Source: Nielsen 1Q11 *

## Apple Leads all U.S. Retailers in Annual Sales / Sq Ft



| Apple | Tiffany & Co | Coach | Lululemon Athletica | GameStop |
|---|---|---|---|---|
| 5626 | 2974 | 1820 | 1731 | 1009 |

YoY Growth ->  49%  11%  7%  24%  1%

Source: RetailSails, Aug 2011



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547410

# CARRIER CONTRACTUAL AGREEMENTS FOR iPHONE PURCHASES ARE SIGNIFICANT MULTI-BILLION DOLLAR OBLIGATIONS

## Carrier Contractual Commitments for iPhone are Significant $ Obligations

| | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
|  Sprint | $0.6B | $4.1B | $4.1B | $4.1B | $2.6B | **$15.5B** |
|  verizon | $5.6B | $8.5B | $8.5B | $8.5B | | **$31.1B** |
|  at&t | $8.9B | $10.4B | $10.4B | $10.4B | $10.4B | **$50.5B** |

Sources:
Sprint reported $15.5B contractual 4 year commitment to Apple
Verizon annual report indicated $54.6B in purchase obligations of which majority is likely Phone
ATT: STA estimate

## IMPLIED Carrier Contractual iPhone Unit Commitments (& estimated M/S)

| | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint ** | 1.0 (6%)* | 7.5 (40%) | 7.5 (40%) | 7.5 (40%) | 5.5 (16%)* | **29.0M** |
| verizon | 10.0 (23%)* | 15.8 (35%) | 15.8 (35%) | 15.8 (35%) | | **57.4M** |
| at&t | 16.7 (35%) | 19.2 (35%) | 19.2 (35%) | 19.2 (35%) | 19.2 (35%) | **93.5M** |

* Estimated unit commitment and M/S do not span the full calendar year
** Sprint M/S assumes only Sprint branded, not Boost, VM



Plaintiff's Exhibit No. 60.11

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547411

# APPLE HAS A SIGNIFICANT RETAIL PRESENCE IN THE US



Apple Retail



Store in Store



Dedicated "Shelf" Space

US Points of Presence for Apple

 246

**2011 Apple Store Regional (US vs RoW)**



RoW 32%

US 68%

Source: Internet, STA account teams
Carrier stores include COR + dealer-agent (carrier branded)

US Points of Presence for Apple

 600+

⊙ **TARGET** 25 (Pilot)

US Points of Presence for Apple

 veri*on     5500+

at&t     5500+

 Sprint     3500+

 Walmart     3000+



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547412

MEANWHILE APPLE CONTINUES TO SPEND HEAVILY FOR "ALWAYS-ON" PRESENCE.
SAMSUNG DID NOT CONSISTENTLY INVEST HEAVILY IN MEDIA UNTIL Q3 2011.



**Quarterly OEM Spend ($M)**

Source: CompetiTrack

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547413

# APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS

**150M** Apple collective U.S. device installed base



27M
Mac

<2M
AppleTV

15M

iPad

64M
Non-Touch iPod

29M
iPhone

13M
iPod Touch

**51M** Total iTunes Users in the U.S. (1 in 4 internet users)

**49M** unique iOS users*

· Each iOS user spends over $100 on content & apps
· Avg of 83 app downloads per user in 2011
· 18% of apps are paid at an average price of $1.44



iPhone
22.1 million

1.6 million

5.1 million

225K

iPod Touch
10.9 million

530K

iPad
8.9 million

· 59% own an iPhone
· 27% own an iPod Touch
· 30% own an iPad

Sources: Comscore, Apple, Pew Internet Research, NPD, STA Analysis



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547414

# CARRIER COMMITMENTS AND CONSUMER DEMAND RESULTED IN RECORD CALENDAR 4Q11 RESULTS FOR APPLE: 37M GLOBAL SELL-IN

 

**Jan 24, 2012:**

Apple reported C4Q11 **global** sell-in shipments: **37.04M**
Analyst community expecting globally 30M – 35M
No Apple-reported U.S. sell-in numbers

 

**Jan 24, 2012:**
VZW reported 4Q11 iPhone activations: 4.3M
Activations > sell-thru

Estimated 4Q11 VZW iPhone sell-thru: **3.9M**



**Jan 26, 2012 (4Q11 Earnings):**

Estimated 4Q11 ATT iPhone sell-thru: ~**7.0M**

**12.9M**
US iPhone
Sell-Thru
4Q11

 

**Feb 8, 2012 (4Q11 Earnings):**

Estimated 4Q11 SPR iPhone sell-thru: ~**2.0M**



A COMBINATION OF FACTORS DROVE 4Q11 US IPHONE UPSIDE

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547415



**Total iPhone US Sales (M)**

iPhone 4S launched Oct 14, 2011- full quarter volume estimate is 8.3M

iPhone 4 launched Feb 10, 2011 at VZW- 2.2M at VZW in second half of 1Q11

iPhone 4 launched June 24, 2010- 900k in last 6 days of 2Q2010

iPhone 3GS launched June 19, 2009- 734k in last 11 days of 2Q2009

Y-axis: 0; 2,000,000; 4,000,000; 6,000,000; 8,000,000; 10,000,000; 12,000,000; 14,000,000

X-axis: 2008Q1  2009Q1  2009Q2  2009Q3  2009Q4  2010Q1  2010Q2  2010Q3  2010Q4  2011Q1  2011Q2  2011Q3  2011Q4

1.  Typical spike for launch quarter (see green arrows)
    - Same phenomenon exhibited for 4S launch, except launch quarter <u>delayed</u> to 4Q instead of typical 3Q
2.  Pent up consumer demand
    - 3Q11 (the quarter before the iPhone 4S launched…see grey arrow) saw depressed units as consumer delayed upgrades
3.  SKU expansion
    - iPhone went from 2 SKUs in 4Q10 to 7 SKUs in 4Q11
4.  Distribution expansion
    - 3 main distribution points (ATT, Apple store, Nat'l Retail) in 4Q10 -> 5 points (ATT, VZW, Sprint, Apple, Nat'l Retail

Plaintiff's Exhibit No. 60.16

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547416

# BY 4Q12, IPHONE EXPECTED TO BE AVAILABLE ACROSS FOUR MAJOR US CARRIERS, AT ALL PRICE POINTS

| | **4Q11** | **1Q12** | **2Q12** | **3Q12** | **4Q12** |
|---|---|---|---|---|---|

**$399** — iPhone 4S 64GB 
ASP: $680 / R/P: $399 / Sub: $281
iPhone 5 64GB 
ASP: $680 / R/P: $399 / Sub: $281

**$299** — iPhone 4S 32GB 
ASP: $600 / R/P: $299 / Sub: $301
iPhone 5 32GB 
ASP: $600 / R/P: $299 / Sub: $301

**$199** — iPhone 4S 16GB 
ASP: $520 / R/P: $199 / Sub: $321
iPhone 5 16GB 
ASP: $520 / R/P: $199 / Sub: $321

**$99** — iPhone 4 8GB 
ASP: $440 / R/P: $99 / Sub: $341
iPhone 4S 8GB 
ASP: $440 / R/P: $99 / Sub: $341

**FREE** — iPhone 3GS 8GB 
ASP: $360 / R/P: $0 / Sub: $360
iPhone 4 8GB 
ASP: $360 / R/P: $0 / Sub: $360

Source: STA est for ASP based on unlocked price of $849/$749/$649 and 20% markup

16 FEB 2012                    TOP SECRET                    SLIDE 16 of 31



# APPLE'S NEXT PLATFORM LAUNCH WILL CONTINUE TO ATTRACT AND RETAIN CONSUMERS THROUGH TV LAUNCH AND SERVICES EXPANSION/INTEGRATION

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547417



**Major Siri & iCloud Expansion
+ Introduction of payment service (iWallet?)**

*Enabling services*

**iTV**
42" MSRP = $1499
Voice control (Siri)
Gesture control with FF camera
Web surfing, SN, video chat

Rumor

**Expanded Social Networking &
FaceTime  Integration**

**Maps & Navigation
(iMaps?)**

**Platform Expansion**



Plaintiff's Exhibit No. 60.18

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547418



# APPLE MARKETING, PORTFOLIO EXPANSION AND PLATFORM EVOLUTION RESULTING IN VERY STICKY / LOYAL SUBSCRIBERS



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547419

# APPLE SUBSCRIBER TRAJECTORY MAY RESULT IN APPLE OVERTAKING SAMSUNG'S ENTIRE US INSTALL BASE BY YE2013





| Subs* (YoY %) | 2010 | 2011 | 2012E | 2013E |
|---|---|---|---|---|
| iPhone | 14.8 | 28.2 (91%) | 46.3 (64%) | 67.1 (45%) |
| SAM Total | 58.1 | 59.8 (3%) | 61.6 (3%) | 63.4 (3%) |
| SAM Smart | 5.0 | 11.4 (128%) | TBD | TBD |

*iPhone subs per STA est; SAM subs per comScore

US iPhone subscriber base possibly overtaking Samsung total US install base by 2013



Plaintiff's Exhibit No. 60.20

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547420

# STA MUST EXECUTE A PARADIGM SHIFT TO WIN



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547421

# STA IS FOCUSED ON OVERCOMING 2011 CHALLENGES IN PURSUIT OF A REMARKABLE 2012 PERFORMANCE

| 2011 Challenge | 2012 Strategy |
|---|---|
| *Galaxy* **brand** too **weak** to create sufficient 'pull' and sustain S-P sales<br><br>(20 point gap in preference in 8 Key markets) | STA to **expand** *Galaxy* **branding** and re-focus marketing investment accordingly |
| Samsung **not winning** the '**Last Three Feet**' of retail<br><br>(Recommendation Rate in ATT is 71% for A and 18% for Samsung) | **Improve retail presence** of *Galaxy* devices and create **shop-in-shop** experience |
| **Insufficient** sales and brand **ROI** achieved with **channel-dominant** marketing **spend** | **Shift** marketing **investment** strategy towards **brand-building** and **online** initiatives |
| Significant **lost sales** due to **late product** launch and **poor quality**<br><br>(30+ delayed launches in 2011) | **Focus** resources on **flawless launch** execution and **improve coordination** of **quality improvement** activities with **HQ** |



Highly Confidential — Attorneys' Eyes Only

SAMNDCA11547422

# STA MUST LEAD A PARADIGM SHIFT TO CREATE THE VIRTUOUS CYCLE REQUIRED TO WIN THE HEARTS AND MINDS OF CONSUMERS & BEAT APPLE

Goal: Achieve position as most reliable/trusted Carrier supplier AND strategic brand partner



**Drive Consumers to Stores**    **Optimize the Samsung Retail Experience**    **Launch a Dealer/Rep Loyalty Program**

Tactics:
· Shift CDE to ATL
· Eliminate Contractual MDF
· Re-Focus MDF resources on 20% of Products

Plaintiff's Exhibit No. 60.23

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547423

# 2012 BUSINESS OUTLOOK





Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547424

# STA IS TARGETING REMARKABLE GROWTH IN 2012 BUT MORE IMPROVEMENT NEEDED TO CLOSE REV GAP WITH APPLE



**WT Goal: Revenue Increase of +66% YoY**

**All STA Goal: $15B**

**Goal: Volume Increase of +18% YoY**

$15,030

ACC - $94
SVC - $263
N/W - $633
R&D - $40

$12,156

(M $)

2011     2012 Stretch     2012 Goal

2012 Stretch     2012 Goal

2011     2012 Stretch     2012 Goal     (M Unit)

* 2012 HHP TAM: 188M

**Sam v. Apple HHP Revenue ($B)**

5,063,282   4,632,448   5,500,000   7,425,000
2,159,717   2,843,126   3,840,334   3,669,169
618,633     319,196     179,666     170,831

Q1 '12   Q2 '12   Q3 '12   Q4 '12

SAM N/S   SAM Smart   Apple

*2012 SAM HHP Rev: $13.9
2012 Apple HHP Rev: $22.6B

**Sam v. Apple HHP + Tablet Revenue ($B)**

2,780,400   3,422,400   4,156,900   4,649,400
5,063,282   4,632,448   5,500,000   7,425,000
279,780     456,400     844,420     902,280
2,159,717   2,843,126   3,840,334   3,728,349
618,633     319,196     179,666     170,831

Q1 '12   Q2 '12   Q3 '12   Q4 '12

SAM N/S   SAM Smart   Sam Tab   Apple   Apple iPad

*2012 SAM Tot Rev: $15.4B
2012 Apple Tot Rev: $37.6B

‡ S/T Revenue

## STA Goals in 2012

☐ **Grow ASP**: to ~$233

☐ **Grow Share**: to >30% S-P share

☐ **Grow $ Share**: to >27% (+9% points YoY)

☐ **Beat Apple**: Q2'11 (volume basis)

☐ **Double Profit**: >$2B consolidated profit (at 15% profit rate)

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547425

# 1Q STARTED VERY SLOWLY BUT BUSINESS HAS SHOWN MARKED IMPROVEMENT IN WKS 5-6



**Goal: Revenue Increase of +79% YoY**

**Goal: Volume Increase of +12% YoY**

Q1'11     Q1'12 Stretch     Q1'12 Goal     (M $)

Q1'11     Q1'12 Stretch     Q1'12 Goal     (M Unit)

Achieve REVENUE of $2.3B (+33% YoY)

Achieve VOLUME of 11.0Mu (-7.4% YoY)

† Tracking at ~ S = 2H; Working towards S=3H

Shift spend to MDF/ATL; Reduce overall spend to 12.2% ‡

Grow the *Galaxy* Brand *

‡ MDF = 7.4 %; CDE = 4.8%;

* Note and GSII Campaigns
Re-launch/emphasize current products as Galaxy

# 1Q STARTED VERY SLOWLY BUT BUSINESS HAS SHOWN MARKED IMPROVEMENT IN WKS 5-6



**STA Reached 20% S/P $Share**

**STA Approaching Apple in Vol Share**

Source: STA S/P Tracker

Record Sales of GSII in WK5

Record Sales of GSII in WK6

S□2.4H
(WK5)

S□0.9A
(WK5)

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547426

16 FEB 2012          TOP SECRET          SLIDE 26 of 31



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547427

# 1Q STARTED VERY SLOWLY BUT BUSINESS HAS SHOWN MARKED IMPROVEMENT IN WKS 5-6



**Goal: Revenue Increase of +79% YoY**

Q1'11    Q1'12 Stretch    Q1'12 Goal    (M $)

**Goal: Volume Increase of +12% YoY**

Q1'11    Q1'12 Stretch    Q1'12 Goal    (M Unit)

**Achieve REVENUE of $2.3B (+33% YoY)**

**Achieve VOLUME of 11.0Mu (-7.4% YoY)**

† Tracking at ~ S = 2H; Working towards S=3H

**Shift spend to MDF/ATL; Reduce overall spend to 12.2%** ‡

‡ MDF = 7.4 %; CDE = 4.8%;

**Grow the *Galaxy* Brand** *

* Note and GSII Campaigns
Re-launch/emphasize current products as Galaxy

16 FEB 2012          TOP SECRET          SLIDE 27 of 31

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547428

# STA SPEND IS RAPIDLY ALIGNING WITH THE NEW PARADIGM WHILE REDUCING SPEND RATIO BY >25% YOY

In Q1'12 STA is on track to achieve ~2.5% reduction in total spend (~12.1% vs. 14.6%)



In Q2'12 STA will target further reduction of spend (<11% vs. 13.4%)

**MDF**

**CDE**

In Q1'12, STA increased Brand spend by 2% points while decreasing Channel spend by 2%



In Q1'12, process improvements and decrease in pricing programs helped lower CDE spend





Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547429

# FOR MDF/CDE SPEND MANAGEMENT, STA HAS INSTITUTED A NEW PROCESS TO BETTER EVALUATE PERFORMANCE AND IMPROVE 'LEARNING'



## 2011

- Request Funding
- Funding Approved
- Program Start
- Program End
- Evaluation
  - CDE analysis on all closed programs by Business Planning
  - MDF analysis on Drive Periods & Media Campaigns by Marketing
  - Minimal review by Account teams

## 2012

- Requested funding
- Funding Approved
- Program Start
- Formalized bi-monthly reviews of initial results
- Program End
- Final Evaluation by Acct Teams

Past performance influences funding approval

· Evaluation of past performance impact future approvals
· Increased quality of programs through competition for funding
· Formalized bi-monthly reviews of investment programs by Account Teams
  · Encourage accountability through performance influenced decisions
  · Drive improved performance by self evaluation
· All programs receive quantitative/qualitative review
  · Verify that strategic objectives are obtained
  · Feedback for guiding future investment strategy

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547430

# BY COMBINING MDF/CDE MANAGEMENT PROCESSES AND INCLUDING FINANCE, RESULTANT SPEND IS BETTER ALIGNED WITH STRATEGY AND BUDGET



**2011**

MDF Budget and Planning | CDE Budget and Planning

PAC - MDF Programs | PAC - CDE Programs

Approval escalation to Marketing Leadership | Approval escalation to Business Plng Leadership

MDF Budgeting and Reporting | CDE Budgeting and Reporting

Similar, but separate processes except for review at Program Approval Committee (PAC)

**2012**

Account Teams Compete for Funding
- Alignment to 3 Pillar Corporate Strategy
- Alignment on investment strategy

PAC Review and Approval
- Combined ranking of programs across accts

PSC Review and Approval
- Executive Review of Programs
- Budget guidelines and Investment priorities

Combined Budget and Reporting

- PAC review now includes ranking of all programs prior to PSC review
- New PSC Review provides structured collective leadership oversight
  - Marketing
  - Business Planning
  - Finance (new)
- Consistent and combined investment reporting

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547431

# STA IS CURRENTLY FINALIZING Q2'12 SALE PLANNING – GOAL IS MEET STRETCH $ TARGET FOR 1H'12



**Goal: Recover Revenue Shortfall in Q1'12 – Achieve 1H'12 Stretch**

Q2'11    Q2'12 Stretch    Q2'12 Goal    (M $)

**Goal: Grow Volume YoY versus Q2'11**

Q2'11    Q2'12 Stretch    Q2'12 Goal    (M Unit)

Exceed 20% Revenue Growth YoY (vs. Q2'11)

Grow Volume vs. Q2'11

Eliminate Contractual Spend; Reduce spend to <11%

Grow the *Galaxy* Brand*

* Note and M Campaigns

SAMSUNG

Plaintiff's Exhibit No. 60.32

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547432

# THANK YOU



Plaintiff's Exhibit No. 60.33

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547433

APPENDIX



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547434

# PRODUCT BACKUP



Plaintiff's Exhibit No. 60.35

# STA PLANS TO REDUCE SKU COUNT BY 10% YOY

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547435

- In 2011, STA launched 53 new phones
- In 2012, STA intends to reduce SKU count by 10% while increasing revenue
- SKUs that share a HW platform and differ only in design/CMF are considered as 1 SKU

| Platform | Verizon | Sprint +SPR | AT&T | T-Mobile | Metro PCS | Cricket | US Cellular | ACG/Great Call | TracFone | Total SKUs |
|---|---|---|---|---|---|---|---|---|---|---|
| MSM8960 | Stratosphere2 Gogh | | Comanche | Marco | Infinite | Infinite | | | | 7 |
| | Jasper | | Marto | | | | | | | |
| | Marco | | Crusader | | | | | | | |
| MSM8655 | | Icon | | | Icon | Icon | Icon | | | 3 |
| | | Prevail2 | | | | | | | | |
| | | Vitali3 | | | | | | | | |
| MSM8260A | | | Apex-Q | | | | | | | 1 |
| MSM7627T | | | | | Rookie2 | Rookie2 | Rookie2 | Rookie2 | | 1 |
| MSM7225A | | | Gem | | | | | | Totoro 3.5 | 2 |
| APQ8060+MDM9200 | | | Galaxy Note | | | | | | | 3 |
| | | | Magnum | | | | | | | |
| | | | Auger | | | | | | | |
| APQ8060+MDM8220 | | | Apex | | | | | | | 1 |
| APQ8255+MDM9200 | | | Mendel | | | | | | | 1 |
| C210+CMC221+Via7.1 | | | | | | | | | | 0 |
| C210+QSC8085 | | | | | | | Galaxy S III | Galaxy S III | | 1 |
| C210+XMM6280 | | | | | | | | | Galaxy S III | 1 |
| C111+CMC220+Via7.1 | | | | | | | Galaxy S Aviator | | | 2 |
| | | | | | | | Aegis | | | |
| C111+QSC8085 | | | | | | | | | Fascinate | 1 |
| C115+Via7.1 | | | | | | | | | Viper | 1 |
| C111+CMC220+QSC8085 | | | | | Galaxy S Lightray | | | | | 1 |
| C111+CMC221+QSC8075 | | | | | Ingraham | Ingraham | | | | 1 |
| OMAP4460+Via7.1+CMC221 | | Galaxy Nexus | | | | | | | | 1 |
| U8400 | | | | | | | | | | |
| QSC6055 | Wedge3 | | | | Coco 3 | | Coco3 | Gem4 | Pinger 3 | 4 |
| QSC6155 | Intensity4 | Kaiser | | | Freeform4 | Pinger 4 | Pinger 4 | Pinger 4 | | 6 |
| | | Pierre3 | | | | | | | | |
| | | Carnival | | | | | | | | |
| PNX6809L(468MHz) | | | Rudy | | | | | | | 1 |
| PNX6909L (450MHz) | | | | Cacao | | | | | | 1 |
| PNX6808 | | | | | | | | | Gusto | 1 |
| PNX8709(312MHz) | | | Pocket3G | | | | | | Universe | 1 |
| PNX4900 | | | | | | | | | Juniper | 1 |
| BCM21552 | | | | | | | | | Bering | 1 |
| SKU count | | | | | | | | | | 48 |

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547436

# LAUNCH CHALLENGES

## 32 of 39 projects were delayed in 2011 (82%) Tier 1 carriers

All carriers project = 65 (57 unique models, exclude color variants)  & 100+ MRs

## New Product Opportunity cost due to delays

YTD = 4.8 M units

YTD = $1.494B

| Carrier | Projects | Delayed Project | | On time or Early |
|---|---|---|---|---|
| | | Completed (Weeks delayed) | On going | Completed (Num. Weeks saved) |
| Verizon | 8 | 6  (9.3W) | 2 | 0 |
| Sprint | 12 | 9  (7W) | 1 | 2 (1.5W) |
| AT&T | 8 | 8  (7.75W) | 0 | 0 |
| T-Mobile | 11 | 9  (4.22W) | 0 | 2 (1W) |
| Sum | 39 | 32  (7.1W) | 3 | 4  (1.25W) |



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547437

# HQ ANALYSIS OF GINGERBREAD UPGRADES SHOWED SAMSUNG ~3 MONTHS DELAYED VS. COMPETITORS



## Average Gingerbread Delay vs. Competition

VZW:                3 months

ATT:                4 months

Sprint:              4 months

T-Mobile:          3 months

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547438

# MRS & OS UPDATES STATUS

- Too many MRs required due to post launch issues found
  - *Some MRs are to address broken MRs – Goal to reduce MRs required in 2012*

- Gingerbread Updates delays and behind the competition
  - *18+ OS upgrade MRs launched in 2011 – Double that number expected in 2012*

- It is expected that each product will require 1 to 2 OS updates over 18 months after launch per Google IO commitment
  - *TTM and quality of the OS updates are critical to Samsung brand loyalty*

## OS-Upgrade Delay examples



Eclair → Froyo

Verizon Atlas
(11 months)

Droid X
(2 months)

Incredible
(4 months)



Froyo → Gingerbread

AT&T Dempsey
(7 months)

Atrix 4G
(5 months)

Inspire4G
(6 months)



Plaintiff's Exhibit No. 60.39

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547439

# QUALITY STATUS – TOTAL RETURN RATE

**Overall total return rate in Oct: 15.4%, [ 18% improvement over '10.12 result (18.8%) ]**

**[Overall Comparison vs. '10.12]**

- Smart portfolio : 13% improved (23.9% to 20.7% 14.0%)
- In Warranty      : 34% improved (10.8% to 7.1%)
- Feature portfolio        : 27% improved (18.0% to
- Buyer's Remorse: 4% increase (8.0% to 8.3%)

**Total Return Rate Trend**



(Total Return = In W'ty + BR)                    [Unit: %]

**18%**

Goal: 13.2%

| 2009 | 2010 | '11.10 | '11.12(est) |
|------|------|--------|-------------|
| (3%) | (14%) | (38%) | (40%) |

· (%) indicates smart device volume v. total sell-thru

**[ Trend by Carrier ]**

| Carrier | 2009 | 2010 | 2011.Oct |
|---------|------|------|----------|
| Total | 17.4 (3%) | 18.8 (14%) | 15.4 (38%) |
| Verizon | 17.0 (3%) | 10.7 (6%) | 12.2 (18%) |
| T-Mobile | 13.0 (1%) | 14.6 (15%) | 16.3 (41%) |
| AT&T | 11.5 (4%) | 18.3 (10%) | 17.1 (43%) |
| Sprint | 27.3 (3%) | 34.3 (29%) | 20.9 (87%) |

· (%) indicates smart device volume v. total sell-thru within each carrier

**2011 launched product showing improved quality in the field compared to 2010 launched**

- 8 out of 10 smart models launched in 2011 showing average of 34% improvement over predecessor when compared at same period in the market

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547440

# QUALITY STATUS – CARRIER RETURN RATE

**AT&T/Sprint improved in 2011, T-Mobile/Verizon worsened**

AT&T      : 0.48% decrease v. '10.Dec {1.03->0.55}      Sprint   : 0.27% decrease v. '10.Dec {1.93->1.66}

T-Mobile : 0.17% increase v. '10.Dec {0.75->0.93}      Verizon : 0.58% increase v. '10.Dec {1.80->2.38, based on Aug result}

*Verizon modified calculation logic ('11.9~) , Sep 1.4

: T-Mobile T839 Memory Leak issue, T589 F-PCB Cracking  Verizon i500 Missed call issue







**[ AT&T – Smart ]**
Over penalty threshold 0.85%
 - Main driver : i897 PMIC issue

**[ T-Mobile – Smart ]**
Over VSC threshold 1.50%
 - Main driver : T839, T589

**[ Sprint – Smart ]**
VSC Goal : 2.50%
 - Entry Smart Device over 2.5%
   : M910,M920 (Lagging/Perf. Issue)

**[ Verizon – Smart ]**
New portfolio standard in effect

Before : within 18 month after launch
After : within 12 month after launch

Plaintiff's Exhibit No. 60.41

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547441

# MARKETING BACKUP



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547442

# SUCCESS REQUIRES A MULTI-PATH TO IMPROVE OUR BRAND AND RETAIL PRESENCE

| SAMSUNG BRAND ROAD MAP | ENABLE & INSPIRE ME TO BE BETTER | CONNECTED (Product, Service, Content, Conversation) |
|---|---|---|
| **2012** | | |
| **Brand:** Redacted | **Brand:** Integrated Ecosystem + Convergence – Consumer Solutions | **Brand:** 1 to 1 Marketing Device, Content, Service, Conversation |
| **Goal:** Premium Brand Positioning/Challenge Apple | **Goal:** "Loved" Brand (Enables Me To Be Better) | **Goal:** Scaled Loyal Samsung Consumers |
| **Channel:** Own Last 3 Feet Carrier/National Retail | **Channel:** Owned Retail (Top 8 Mkts) | **Channel:** Owned Retail National Expansion (Top 20 Mkts) |
| **Goal:** 8,000 Doors Marketplace Mapping Samsung Fixtures/Identity PIN | **Goal:** Create Home for Samsung Brand & Sales (Leverage with Carriers) | **Goal:** Create Home for Samsung Brand & Sales (Leverage with Carriers) |
| **Pillars:** ATL - 360º Retail - Last 3 Feet Digital/Social | Owned Retail Digital/Social On-Device/Apps Content | Apps Partnerships Content Retail |
| Deposition Apple & Innovation Leader [Product Leadership] | Samsung = Platform Something I Buy ➡ "Loved" [Connected Consumer] | "Loved" ➡ "Way of Life" [Personalized Solutions] |

# BUILDING PREMIUM GALAXY BRAND
# WITH BEST IN CLASS INNOVATION STORIES

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547443



Plaintiff's Exhibit No. 60.44

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547444



# BREAKTHROUGH "ALWAYS ON" RELATIONSHIP MARKETING APPROACH

Plaintiff's Exhibit No. 60.45

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547445

# OWNING OUR BRAND AND CONNECTING DIGITALLY

## 2011

## 2012

**Goal: Decrease channel marketing mix from 71% to 52% in 2012**

**Marketing Mix**

FMO -    - Experiential

1% 4%    19%    - Offline Media





5%    - Digital
0%    - PR

71%    Channel



48%    Brand    Channel    52%

**Goal: Increase online media mix from 14% to 40%**

**Media Mix**



14% Online

Offline

86%



40% Online    Offline    60%



Plaintiff's Exhibit No. 60.46

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547446

# SALES – B2B
# BACKUP



SAMSUNG

Plaintiff's Exhibit No. 60.47

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547447



SAMSUNG mobile

# SAMSUNG OFFERS
# A SAFE™ LANDING
## FOR ENTERPRISE   RIM CUSTOMERS



 Mobile Professional      Entertainment/Gaming      Point of Sale

 Field Services      Mobile Learning      Health Management

Highly Confidential — Attorneys' Eyes Only

SAMNDCA11547448

# SAFE™ Overview



## Mobile Device Management

Enables efficient, scaled mobile deployments. Working with leading third-party providers, Samsung offers solutions that address even the most challenging management and security concerns.



## Corporate Email / Calendar / Contacts

Extensive support for e-mail, contact & calendar synchronization and more.



## On Device Encryption

State of the art, AES-256 bit hardware-based ODE helps prevent unauthorized access to all data on the device, including the microSD® storage card.

## Virtual Private Network

Samsung works with a number of leading VPN providers enabling IP-based encryption for secure, persistent access to critical enterprise assets via Wi-Fi® and network connections.



SAMSUNG mobile

Plaintiff's Exhibit No. 60.49

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547449

# SAFE™ Solution Platform



## Samsung Smartphones & Tablets
### Good, Better, Best Device Options at Each US Carrier

| Samsung Software | EAS | ODE | Horizontal Application Hooks |
|---|---|---|---|
| | | | **MDM**    **Application Security**    **VPN** |

**IT Compliance**

       

**Horizontal Solutions**

       

**Vertical Solutions**

       

Mobile Professional    Entertainment/Gaming    Point of Sale    Field Services    Mobile Learning    Health Management

## Samsung & Third Party Accessories

**SAMSUNG mob!le**

# SAFE 2012 GTM

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547450

## 2012 Objectives:

· Disrupt the Enterprise Market

  – Unseat RIM in their top accounts

· Drive Revenue & Volume

  – Accelerate prosumer adoption of Samsung at retail

  – Establish Samsung brand for corporate liable users via US Carriers

| 1Q Plan: | Expected Results: |
|---|---|
| · Launch CIO outreach program and target RIM's top 100 enterprise accounts<br>· Launch 'Trade-Up' program and MDM Starter Kit for existing BlackBerry customers to switch to Samsung<br>· Begin aggressive prosumer  program at national and carrier retail  (SAFE merchandising, etc) | · Secure 20 Marquee Wins from existing RIM accounts<br>· Secure 5 Proof Points (Case Studies or Press Releases) indicating why the customer switched to Samsung from RIM<br>· Increased awareness and focus at retail and within carrier B2B teams around SAFE and Samsung's B2B portfolio |

Plaintiff's Exhibit No. 60.51

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547451

# APPLE FACT BASE BACKUP



SAMSUNG

Plaintiff's Exhibit No. 60.52

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547452

# APPLE ALSO INVESTING IN B2B: US IPHONE B2B PORTION APPROXIMATELY 1/3 OF US IPHONE ACTIVATIONS IN 2011



**iPhone US Activations (Consumer/B2B) (M)**

**iPhone US Activations (Consumer/B2B) (%)**

Source: Canalys for B2B channel. Canalys numbers do not include BYOD



FORTUNE 500

Financial Svc    Consumer Products

Transportation    Healthcare    Insurance

"Nearly all of the top companies in the Fortune 500 now approve and support iPhone on their networks" *Apple Earnings Call 1-24-12*

"In addition to accessing e-mail, calendar and contacts, many of these companies are developing and deploying mission-critical iPhone apps to help improve productivity and give employees secure and immediate access to information anywhere" *Apple Earnings Call 1-24-12*

16 FEB    TOP SECRET    SLIDE 52 of 31



# US B2B IPADS GROWING FROM 10% IN 2010 TO 20% OF US IPAD SHIPMENTS IN 2011

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547453

**iPad  US Volume (Consumer/B2B) (M)**

**iPad US Volume Split (Consumer/B2B) (%)**



Source: TabTimes, STA estimate




"**92% of Fortune 500** companies are testing or deploying the iPad in their orgs"
*Apple Earnings Call 10-18-11*

"Fortune 500 markets including pharma, manufacturing, hospitality, consumer products, financial services, healthcare and retail"
*Apple Earnings Call 1-24-12*

"1.5M iPads are already in use in Education institutions" *Apple Earnings Call 1-24-12*



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547454

# IPHONE 5 EXPECTED TO HAVE LTE WITH A NEW DESIGN / CMF, LARGER DISPLAY (4"), ALUMINUM BACKING,  PLASTIC/RUBBER BEZEL, ENHANCED S/N

| Items | iPhone 4S | iPhone 5 | |
|---|---|---|---|
| Launch | Oct  14 2011 US Launch (Oct 7 2011 Pre-orders) | Mid 2012  / Fall 2012 | |
| Network | HSPA 14.4 / EVDO rev A (ATT. VZW, Sprint) | LTE (ATT, VZW, Sprint) | |
| Retail Price | $399/$299/ $199 | $399/$299/ $199 | |
| Dimensions | 114.3 x 58.6 x 9.3 mm, 137g (TBD) | TBD but rumored super thin | |
| Main Display | 3.5" 960 x 640 IPS,  326 PPI | 4"  1024 x 768 IPS,  320 PPI | |
| App CPU | 1GHz A5 dual-core | TBD | |
| Battery | 1420 mAh (Same 10hrs claimed battery life) | TBD | |
| Storage | 64GB/ 32GB/16GB No expansion | 64GB/ 32GB/16GB No expansion | |
| Camera | 8MP RF 0.3MP (VGA) FF | TBD | |
| +1 UX | Cloud services Voice command / input App Store, iTunes, iBooks, iMovies | Enhanced S/N | |

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547455

# FOUR MAJOR US CARRIERS EXPECTED TO CARRY THE IPHONES BY THE END OF 2012. APPLE TO DESIGN AWS (TMO) FOR IPHONE 5.



**verizon**

| 102 markets | 178 markets | | 210 markets | | Match VZ 3G coverage |

LTE (Avg 10 Mbps) — 160M Pops Jul 2011 — 185M Pops Nov 2011 — 220M Pops Dec 2012 — Dec 2013

**at&t**

15 markets 70M Pops — TMO AWS spectrum redeployed for LTE — Introduce LTE-Advanced

LTE (Avg 10 Mbps) — Dec 2011 — Jun 2012 — Dec 2013

**T···Mobile·**

152 markets 170M Pops — 208 markets 200M Pops

HSPA+ 21/42 (Avg 5 Mbps) — Jul 2011 — Nov 2011 — Other Merger / Alliance Scen

**Sprint**

[CLWR deployment schedule TBD] — 120 markets 176M 4G Pops — Introduce LTE-Advanced — 160 markets 250M LTE Pops

WiMAX/LTE (Avg 10 Mbps) — Dec 2012 — Dec 2013

MB/mo
2000
1500
1000
500
0
Q410 Q411 Q412

Avg S-P monthly data usage has grown >70% from 1Q10–1Q11 Likely to exceed 1GB/mo in 2012 (source: Nielsen)

LTE vs 3G $/MB
$0.015
$0.005

LTE cost / MB more efficient than 3G (source: Senza Fili)

lte

16 FEB 2012

TOP SECRET

SLIDE 55 of 31

**SAMSUNG**

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547456

# IN 4Q11, IPHONE ACTIVATIONS ARE MEANINGFULLY DIFFERENT THAN IPHONE SELL-THRU.  SIGNIFICANT 2ND HAND MARKET FOR IPHONES IN 4Q11.

## Second Hand iPhone Activations 4Q11

- **12.4%** of activations self-reported as used or second hand iPhone
- Additional 90 responded incorrectly identifying iPhone 2G and 3G devices as "New Sale" bringing actual second hand market to **18.8%**

- **22.7%** of AT&T's iPhone Activations are with Second hand phone
- **10.1%** of Verizon's iPhone Activations are with Second hand phone



As the market for new Apple iPhones exploded last quarter, so too did the market for used iPhones on sites like eBay, Amazon.com, Craigslist and Gazelle. That is according to a consumer survey recently conducted by Consumer Intelligence Research Partners. It estimates that, since the iPhone 4S launched in October, used models of Apple's earlier handsets accounted for 11% of total iPhone activations at U.S. carriers.



Highly Confidential – Attorneys' Eyes Only

# 2012 US IPHONE SIMULATION BY STA ACCOUNT TEAM ROLL-UP: 43.1M UNITS

| US iPhone Vol (M) | Carrier* | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011E | 2012E |
|---|---|---|---|---|---|---|---|
| iPhone 5 | at&t | 4.0 | 4.2 | 4.1 | 6.3 | 17.0 | 18.6 |
| | verizon | 3.2 | 3.1 | 2.7 | 3.5 | 10.6 | 12.5 |
| | Sprint | 2.2 | 2.2 | 1.7 | 3.7 | 1.5 | 9.8 |
| | T-Mobile | | | | 2.2 | | 2.2 |
| Total iPhone | | 9.4 | 9.5 | 8.5 | 15.7 | 29.1 | 43.1 |

SAMNDCA11547457

·Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams



# IPHONE SKU SELL-THRU VOL 1Q11 – 4Q12

| US iPhone Vol (M) | Carrier* | 1Q11 | 2Q11 | 3Q11 | 4Q11E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011E | 2012E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone 5 | at&t | | | | | | | | 3.3 | | 3.3 | |
| | verizon | | | | | | | | 2.2 | | 2.2 | 9.2 |
| | Sprint | | | | | | | | 2.2 | | 2.2 | |
| | T-Mobile | | | | | | | | 1.5 | | 1.5 | |
| iPhone 4S | at&t | | | | 4 | 1.6 | 2 | 1.9 | 1.5 | 3.5 | 7 | |
| | verizon | | | | 2.9 | 2.5 | 2.6 | 2.2 | 0.7 | 3.1 | 8 | 21.4 |
| | Sprint | | | | 1.6 | 1.7 | 1.7 | 1.3 | 1 | 1.8 | 5.7 | |
| | T-Mobile | | | | | | | | 0.7 | | 0.7 | |
| iPhone 4 | at&t | 1.6 | 1.8 | 1.3 | 1.5 | 1.2 | 1.1 | 1.2 | 1.5 | 5.7 | 5 | |
| | verizon | 2.2 | 2.1 | 2 | 1.2 | 0.7 | 0.5 | 0.5 | 0.6 | 7.8 | 2.3 | 9.2 |
| | Sprint | | | | 0.6 | 0.5 | 0.5 | 0.4 | 0.5 | 0.7 | 1.9 | |
| iPhone 3GS | at&t | 2 | 1.9 | 1.4 | 1.5 | 1.2 | 1.1 | 1 | | 6.4 | 3.3 | 3.3 |
| Total iPhone | | 5.8 | 5.8 | 4.7 | 13.3 | 9.4 | 9.5 | 8.5 | 15.7 | 29 | 43.1 | |

·Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547458

SAMSUNG

Plaintiff's Exhibit No. 60.59

# US SIMULATION IMPACT TO GLOBAL 2012
# IPHONE: 145M – 148M

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547459



**2012 US iPhone**
**43M – 44M**



Average of last three quarters
US iPhone as % Global iPhone



30%



**2012 Global iPhone**
**145M – 148M**





Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547460

# ANALYST ESTIMATES FOR 2012

| | Global 2012 iPhone Sell-in |
|---|---|
| BMO | 122M* |
| Canaccord | 140M |
| JP Morgan | 126M* |
| Oppenheimer | 142M |
| Consensus | 132M* |

*Analysts care currently revising their estimates upwards



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547461

# IPHONE VOL & REV SHARE 1Q11 – 4Q12

### iPhone vs Samsung Revenue 1Q11 -2Q12 ($B)



### iPhone vs Samsung S/P Rev Share 1Q11 - 2Q12 (%)



### iPhone vs Samsung Volume 1Q11 -2Q12 (M)



### iPhone vs Samsung Vol S/P Share 1Q11 - 2Q12 (%)



·Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams

TOP SECRET                SLIDE 61 of 31



Plaintiff's Exhibit No. 60.62

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547462

# OPPORTUNITY TO DRIVE SPRINT'S APPLE COMMITMENT DOWN TO CONTRACTUAL 40% M/S; INCREMENTAL 3.5M STA UNITS IN 2012



Sprint ›› Units (M)

Sprint ›› M/S (%)

Units legend: Apple Contract | Above Apple Contract | SAM | Other | Total

M/S legend: Apple Commitment | Above Apple Commit | SAM | Other

| MU | 2011 | 2012 |
|---|---|---|
| TAM (Sprint only)* | 17.1 | 18.4 |
| SAM | 3.9 | 4.3 |
| Apple Simulation | 1.8 | 10.9 |
| Apple Contractual | 1.0 | 7.5 |

| M/S % | 2011 | 2012 |
|---|---|---|
| TAM (Sprint only)* | 100% | 100% |
| SAM | 22.8% | 23.4% |
| Apple Simulation | 10.5% | 59.2% |
| Apple Contractual | 5.8% | 40.8% |

*TAM including only Sprint -branded



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547463

# VZW APPLE SIMULATION MAY BE UNDERESTIMATING VZW'S 2012 APPLE COMMITMENT BY ~2.5M UNITS (APPLE M/S OF 35% VS 30%)



| MU | 2011 | 2012 |
|---|---|---|
| **TAM** | **43.5** | **45.0** |
| SAM | 11.1 | 15.9 |
| Apple Simulation | 10.8 | 13.5 |
| Apple Contractual | 10.0 | 15.8 |

| M/S % | 2011 | 2012 |
|---|---|---|
| **TAM** | **100%** | **100%** |
| SAM | 25.5% | 35.3% |
| Apple Simulation | 24.8% | 30.0% |
| Apple Contractual | 23.0% | 35.0% |



# OPPORTUNITY TO DRIVE ATT'S APPLE SHARE DOWN TO CONTRACTUAL COMMITMENT; POSSIBLE INCREMENTAL ~1M UNITS

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547464



| MU | 2011 | 2012 |
|---|---|---|
| **TAM** | **48.3** | **54.8** |
| SAM | 11.5 | 16.5 |
| Apple Simulation | 16.7 | 20.1 |
| Apple Contractual | 16.7 | 19.2 |

| M/S % | 2011 | 2012 |
|---|---|---|
| **TAM** | **100%** | **100%** |
| SAM | 23.9% | 30.1% |
| Apple Simulation | 34.6% | 36.6% |
| Apple Contractual | 34.6% | 35.0% |



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547465

# ATT-TMO CANCELLATION MEANS THREE MAJOR US CARRIERS FOR THE NEXT 8 – 12 MONTHS. APPLE UNLIKELY TO DESIGN AWS UNTIL IPHONE 5.



**verizon**

| 102 markets | 178 markets | | 210 markets | Match VZ 3G coverage |
| 160M Pops | 185M Pops | | 220M Pops | |

LTE (Avg 10 Mbps) — Jul 2011 — Nov 2011 — Dec 2012 — Dec 2013

**at&t**

| | 15 markets | TMO AWS spectrum | Introduce LTE-Advanced |
| | 70M Pops | redeployed for LTE | |

LTE (Avg 10 Mbps) — Dec 2011 — Jun 2012 — Dec 2013

**T··Mobile·**

| 152 markets | 208 markets |
| 170M Pops | 200M Pops |

HSPA+ 21/42 (Avg 5 Mbps) — Jul 2011   Nov 2011

Other Merger / Alliance Scen

**Sprint**

| [CLWR deployment schedule TBD] | 120 markets | Introduce LTE-Advanced | 160 markets |
| | 176M 4G Pops | | 250M LTE Pops |

WiMAX/LTE (Avg 10 Mbps) — Dec 2012 — Dec 2013

Avg S-P monthly data usage has grown >70% from 1Q10–1Q11 Likely to exceed 1GB/mo in 2012 (source: Nielsen)

LTE vs 3G $/MB

$0.015

$0.005

LTE cost / MB more efficient than 3G (source: Senza Fili)

**lte**

**SAMSUNG**

Plaintiff's Exhibit No. 60.66

# VZW AND ATT GENERATING THE BEST SMARTPHONE ECONOMICS OUT OF THE BIG 4

| | verizon | at&t | T | Sprint | Big 4 Smart |
|---|---|---|---|---|---|
| + Smartphone ARPU* | $81.44 | $75.29 | $69.63 | $64.89 | $73.78 |
| - Data delivery cost | $10.82 | $7.98 | $8.30 | $8.88 | $8.93 |
| - Allocated servicing costs | $13.11 | $14.74 | $14.70 | $14.12 | $14.23 |
| Pre-marketing monthly margin | $57.51 | $52.57 | $46.63 | $41.89 | $50.62 |
| Postpaid device life (months) | 26.9 | 28.8 | 18.9 | 23.3 | 25.3 |
| - Smartphone subsidy | $227 | $293 | $191 | $197 | $235 |
| - Allocated marketing costs | $306 | $152 | $129 | $243 | $200 |
| **Device lifetime value** | **$1,014** | **$1,069** | **$561** | **$536** | **$846** |
| Monthly MB usage | 721 | 532 | 553 | 592 | 595 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 |

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547466

*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")


SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547467

# SAMSUNG LTE GENERATING BETTER DEVICE ECONOMICS FOR VZW THAN IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | verizon | iPhone 4S** | iPhone 4 | Droid Charge | Thunderbolt |
|---|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $81.44 | $83.26 | $81.63 | $89.33 | $87.60 |
| - Data delivery cost | $8.93 | $10.82 | $22.20 | $10.92 | $3.55 | $6.91 |
| - Allocated servicing costs | $14.23 | $13.11 | $13.11 | $13.11 | $13.11 | $13.11 |
| Pre-marketing monthly margin | $50.62 | $57.51 | $47.95 | $57.60 | $72.67 | $67.58 |
| Postpaid device life (months) | 25.3 | 26.9 | 26.9 | 26.9 | 26.9 | 26.9 |
| - Smartphone subsidy | $235 | $227 | $321 | $34 | $200 | $225 |
| - Allocated marketing costs | $200 | $306 | $306 | $306 | $306 | $306 |
| **Device lifetime value** | **$846** | **$1,014** | **$702** | **$902** | **$1,448** | **$1,286** |
| Monthly MB usage | 595 | 721 | 1,480 | 728 | 710 | 1,381 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.005 | $0.005 |

Samsung generating more economic value than iPhone but subsidized less

*Nielsen 3Q11: ARPS excluding one-time charges ("Total Other Charges")
**VZW iPhone 4S ARPU est based on iPhone 4/3GS ARPU delta at launch, 4S data usage based on Arieso

TOP SECRET

SLIDE 67 of 31

SAMSUNG

Plaintiff's Exhibit No. 60.68

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547468

# GSII PROVIDING BETTER DEVICE ECONOMICS VERSUS IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | at&t | iPhone 4S** | iPhone 4 | iPhone 3GS | GSII SR*** |
|---|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $75.29 | $82.67 | $81.05 | $75.20 | $82.67 |
| - Data delivery cost | $8.93 | $7.98 | $22.20 | $12.42 | $7.61 | $7.40 |
| - Allocated servicing costs | $14.23 | $14.74 | $14.74 | $14.74 | $14.74 | $14.74 |
| Pre-mktg monthly margin | $50.62 | $52.57 | $44.73 | $53.89 | $52.85 | $60.53 |
| Postpaid device life (month) | 25.3 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 |
| - Smartphone subsidy | $235 | $293 | $321 | $341 | $360 | $250 |
| - Allocated marketing costs | $200 | $152 | $152 | $152 | $152 | $152 |
| **Device lifetime value** | **$846** | **$1,069** | $815 | $1,059 | $1,018 | $1,341 |
| Monthly MB usage | 595 | 532 | 1,480 | 507 | 374 | 1,480 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 | $0.005 |

Samsung generating more economic value than iPhone but subsidized less

*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")
**ATT iPhone 4S ARPU est based on iPhone 4/3GS ARPU delta at launch, 4S data usage based on Arieso
***Samsung Skyrocket numbers based on STA estimate

SLIDE 68 of 31



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547469

# GSII PROVIDING BETTER DEVICE ECONOMICS VERSUS IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | Sprint | iPhone 4S** | iPhone 4 | GSII Epic Touch*** | Epic 4G |
|---|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $64.89 | $74.83 | $74.83 | $74.83 | $74.83 |
| - Data delivery cost | $8.93 | $8.88 | $22.20 | $10.92 | $3.05 | $3.05 |
| - Allocated servicing costs | $14.23 | $14.12 | $14.12 | $14.12 | $14.12 | $14.12 |
| Pre-marketing monthly margin | $50.62 | $41.89 | $38.51 | $49.79 | $57.66 | $57.66 |
| Postpaid device life (months) | 25.3 | 23.3 | 23.3 | 23.3 | 23.3 | 23.3 |
| - Smartphone subsidy | $235 | $197 | $321 | $341 | $290 | $270 |
| - Allocated marketing costs | $200 | $243 | $243 | $243 | $243 | $243 |
| **Device lifetime value** | **$846** | **$536** | **$333** | **$576** | **$810** | **$830** |
| Smartphone monthly MB usage | 595 | 592 | 1,480 | 728 | 1,016 | 1,016 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.003 | $0.003 |

Samsung generating more economic value than iPhone but subsidized less

*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")
*** Apple numbers based on STA estimates, Arieso
***Samsung GSII Epic Touch numbers based on STA estimate


TOP SECRET
SLIDE 69 of 31



# SAMSUNG GENERATING BETTER DEVICE ECONOMICS THAN HTC AT TMO

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547470

| | Big 4 Smart | ⊤ | GSII** | myTouch 4G |
|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $69.63 | $73.17 | $69.61 |
| - Data delivery cost | $8.93 | $8.30 | $10.98 | $14.54 |
| - Allocated servicing costs | $14.23 | $14.70 | $14.70 | $14.70 |
| Pre-marketing monthly margin | $50.62 | $46.63 | $47.49 | $40.37 |
| Postpaid device life (months) | 25.3 | 18.9 | 18.9 | 18.9 |
| - Smartphone subsidy | $235 | $191 | $270 | $184 |
| - Allocated marketing costs | $200 | $129 | $129 | $129 |
| **Device lifetime value** | **$846** | **$561** | **$499** | **$450** |
| Smartphone monthly MB usage | 595 | 553 | 732 | 969 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 |

Samsung generating better economic value

*Nielsen 3Q11 BRPS excluding one-time charges ("Total Other Charges")
**Samsung GSII numbers based on STA estimate

 

# EXHIBIT 17



**Addendum 1**
**ETSI/GA29(97)/SCM/3**
24 October 1997
page 1 of 6

> **29th General Assembly**
> **Specially Convened Meeting**
> **Nice, 18-19 November 1997**

**Source:**     ETSI Director-General

**Title:**       Amendments of the ETSI Interim Intellectual Property Rights
Policy

**Agenda item:** 4

**Document for:** Decision

## 1    Decision/action requested

> *The General Assembly is invited to approve the ETSI (IPR) Policy as contained in the*
> *Annex to this document to become definitive*

## 2    References

- ETSI/GA27(96)11 Rev.1 - Minutes of the ETSI 27th General Assembly meeting 11
December 1996 - Nice;

- Annex 6 Rules of Procedure - ETSI Interim IPR Policy approved by the General Assembly
at its Specially Convened Meeting held on 23 November 1994;

## 3    Rationale

As the beginning of August this year document GA29(97)/SCM/03 was distributed with the
objective to transform the ETSI Interim Intellectual Property Rights Policy into a definite one.

Owing to some indications received at the ETSI Secretariat, we propose a few additional
modifications that can be considered as editorial.

The modifications consist of the following aspects:

- deletion of the date of approval of the IPR Policy since it will be treated from now on as
any Annexes to the ETSI Rules of Procedure;
- complete deletion of the former Article 15 since Annexes to the Rules of Procedure are
modified the same way as the rest of the Rules of Procedure;
- replacement of the former Article 15 by the definitions currently contained in the Annex to
the IPR Policy;
- as a consequence of the above, a small modification of Article 2 (now referring to the new
Article 15 and not any more to the Annex).

Attached you will find a clean version of the revised Annex 6 to the ETSI Rules of Procedure
containing the proposed ETSI (IPR) Policy.

**PLAINTIFF'S EXHIBIT NO. 74**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:___

Plaintiff's Exhibit No. 74.2

# Annex 6:
# ETSI Intellectual Property Rights Policy

## 1 Introduction

The General Assembly of ETSI has established the following Intellectual Property Rights POLICY.

## 2 Definitions

Terms in the POLICY which are written in capital letters shall have the meaning set forth in the Article 15 entitled DEFINITIONS.

## 3 Policy Objectives

3.1 STANDARDS shall be based on solutions which best meet the technical objectives of the European telecommunications sector, as defined by the General Assembly. In order to further this objective the ETSI IPR POLICY seeks to reduce the risk to ETSI, MEMBERS, and others applying ETSI STANDARDS, that investment in the preparation, adoption and application of STANDARDS could be wasted as a result of an ESSENTIAL IPR for a STANDARD being unavailable. In achieving this objective, the ETSI IPR POLICY seeks a balance between the needs of standardization for public use in the field of telecommunications and the rights of the owners of IPRs.

3.2 IPR holders whether members of ETSI and their AFFILIATES or third parties, should be adequately and fairly rewarded for the use of their IPRs in the implementation of STANDARDS.

3.3 ETSI shall take reasonable measures to ensure, as far as possible, that its activities which relate to the preparation, adoption and application of STANDARDS, enable STANDARDS to be available to potential users in accordance with the general principles of standardization.

## 4 Disclosure of IPRs

4.1 Each MEMBER shall use its reasonable endeavours to timely inform ETSI of ESSENTIAL IPRs it becomes aware of. In particular, a MEMBER submitting a technical proposal for a STANDARD shall, on a bona fide basis, draw the attention of ETSI to any of that MEMBER's IPR which might be ESSENTIAL if that proposal is adopted.

4.2 The obligations pursuant to Clause 4.1 above do however not imply any obligation on MEMBERS to conduct IPR searches.

## 5 Procedures for Committees

ETSI shall establish guidelines for the chairmen of COMMITTEES with respect to ESSENTIAL IPRs.

Plaintiff's Exhibit No. 74.3

# 6 Availability of Licences

6.1 When an ESSENTIAL IPR relating to a particular STANDARD is brought to the attention of ETSI, the Director-General of ETSI shall immediately request the owner to give within three months an undertaking in writing that it is prepared to grant irrevocable licences on fair, reasonable and non-discriminatory terms and conditions under such IPR to at least the following extent:
- MANUFACTURE, including the right to make or have made customized components and sub-systems to the licensee's own design for use in MANUFACTURE;
- sell, lease, or otherwise dispose of EQUIPMENT so MANUFACTURED;
- repair, use, or operate EQUIPMENT; and
- use METHODS.

The above undertaking may be made subject to the condition that those who seek licences agree to reciprocate.

6.2 At the request of the European Commission and/or EFTA, initially for a specific STANDARD or a class of STANDARDS, ETSI shall arrange to have carried out in a competent and timely manner an investigation including an IPR search, with the objective of ascertaining whether IPRs exist or are likely to exist which may be or may become ESSENTIAL to a proposed STANDARD and the possible terms and conditions of licences for such IPRs. This shall be subject to the European Commission and/or EFTA meeting all reasonable expenses of such an investigation, in accordance with detailed arrangements to be worked out with the European Commission and/or EFTA prior to the investigation being undertaken.

# 7 Information on IPR by ETSI

7.1 Any published STANDARD shall include information pertaining to ESSENTIAL IPRs which are brought to the attention of ETSI prior to such publication.

7.2 ETSI shall establish appropriate procedures to allow access to information at any time with respect to ESSENTIAL IPRs which have been brought to the attention of ETSI.

# 8 Non-availability of Licences

8.1 MEMBERS' refusal to license

8.1.1 Where a MEMBER notifies ETSI that it is not prepared to license an IPR in respect of a STANDARD, the General Assembly shall review the requirement for that STANDARD and satisfy itself that a viable alternative technology is available for the STANDARD which:
- is not blocked by that IPR; and
- satisfies ETSI's requirements.

8.1.2 Where, in the opinion of the General Assembly, no such viable alternative technology exists, work on the STANDARD shall cease, and the Director-General of ETSI shall request that MEMBER to reconsider its position. If the MEMBER decides not to withdraw its refusal to license the IPR, it shall inform the Director-General of ETSI of its decision and provide a written explanation of its reasons for refusing to license that IPR, within three months of its receipt of the Director-General's request.

The Director-General shall then send the MEMBER's explanation together with relevant extracts from the minutes of the General Assembly to the ETSI Counsellors for their consideration.

8.2 Non-availability of licences from third parties

Where, in respect of a STANDARD, ETSI becomes aware that licences are not available from a third party in accordance with Clause 6.1 above, that STANDARD shall be referred to the Director-General of ETSI for further consideration in accordance with the following procedure:
i) The Director-General shall request full supporting details from any MEMBER who has complained that licences are not available in accordance with Clause 6.1 above.

Plaintiff's Exhibit No. 74.4

ii)   The Director-General shall write to the IPR owner concerned for an explanation and request that licences be granted according to Clause 6.1 above.

iii)  Where the IPR owner refuses the Director-General's request or does not answer the letter within three months, the Director-General shall inform the General Assembly. A vote shall be taken in the General Assembly on an individual weighted basis to immediately refer the STANDARD to the relevant COMMITTEE to modify it so that the IPR is no longer ESSENTIAL.

iv)   Where the vote in the General Assembly does not succeed, then the General Assembly shall, where appropriate, consult the ETSI Counsellors with a view to finding a solution to the problem. In parallel, the General Assembly may request appropriate MEMBERS to use their good offices to find a solution to the problem.

v)    Where (iv) does not lead to a solution, then the General Assembly shall request the European Commission to see what further action may be appropriate, including non-recognition of the STANDARD in question.

In carrying out the foregoing procedure due account shall be taken of the interest of the enterprises that have invested in the implementation of the STANDARD in question.

# 9 ETSI ownership of IPRs

9.1   The ownership of the copyright in STANDARDS documentation and reports created by ETSI or any of its COMMITTEES shall vest in ETSI but due acknowledgement shall be given to copyrights owned by third parties that are identifiable in ETSI copyrighted works.

9.2   In respect of IPRs other than copyright in STANDARDS documentation and reports, ETSI shall only seek ownership of IPRs generated either by its employees or by secondees to ETSI from organizations who are not MEMBERS.

9.3   ETSI shall, on request by a non-member, grant licences to that non-member on fair and reasonable terms and conditions in respect of any IPRs, other than those referred to in Clause 9.1 above, owned by ETSI. MEMBERS shall be allowed to use IPRs owned by ETSI free of charge.

# 10 Confidentiality

The proceedings of a COMMITTEE shall be regarded as non-confidential except as expressly provided below and all information submitted to a COMMITTEE shall be treated as if non-confidential and shall be available for public inspection unless:

- the information is in written or other tangible form; and
- the information is identified in writing, when submitted, as confidential; and
- the information is first submitted to, and accepted by, the chairman of the COMMITTEE as confidential.

CONFIDENTIAL INFORMATION incorporated in a STANDARD shall be regarded as non-confidential by ETSI and its MEMBERS, from the date on which the STANDARD is published.

# 11 Reproduction of Standards Documentation

MEMBERS may make copies of STANDARDS documentation produced by ETSI for their own use free of charge but may not distribute such copies to others.

# 12 Law and Regulation

The POLICY shall be governed by the laws of France. However, no MEMBER shall be obliged by the POLICY to commit a breach of the laws or regulations of its country or to act against supranational laws or regulations applicable to its country insofar as derogation by agreement between parties is not permitted by such laws.

Plaintiff's Exhibit No. 74.5

Any right granted to, and any obligation imposed on, a MEMBER which derives from French law and which are not already contained in the national or supranational law applicable to that MEMBER is to be understood as being of solely a contractual nature.

# 13    Policy Decisions

Without prejudice to ETSI's Statutes and Rules of Procedure, no decisions shall be taken by ETSI in relation to implementation of the POLICY unless supported by a 71% majority of the weighted individual votes cast by MEMBERS.

# 14    Violation of Policy

Any violation of the POLICY by a MEMBER shall be deemed to be a breach, by that MEMBER, of its obligations to ETSI. The ETSI General Assembly shall have the authority to decide the action to be taken, if any, against the MEMBER in breach, in accordance with the ETSI Statutes.

# 15    Definitions

1   **"AFFILIATE"** of a first legal entity means any other legal entity:
    - directly or indirectly owning or controlling the first legal entity, or
    - under the same direct or indirect ownership or control as the first legal entity, or
    - directly or indirectly owned or controlled by the first legal entity,
    for so long as such ownership or control lasts.
    Ownership or control shall exist through the direct or indirect:
    - ownership of more than 50% of the nominal value of the issued equity share capital or of more than 50% of the shares entitling the holders to vote for the election of directors or persons performing similar functions, or
    - right by any other means to elect or appoint directors, or persons who collectively can exercise such control. A state, a division of a state or other public entity operating under public law, or any legal entity, linked to the first legal entity solely through a state or any division of a state or other public entity operating under public law, shall be deemed to fall outside the definition of an AFFILIATE.

2   **"COMMITTEE"** shall mean any working party or committee of ETSI and shall include Technical Committees, Sub-Technical Committees, Project Teams and rapporteur groups.

3   **"CONFIDENTIAL INFORMATION"** shall mean all information deemed to be confidential pursuant to Clause 10 of the POLICY disclosed directly or indirectly to the MEMBER.

4   **"EQUIPMENT"** shall mean any system, or device fully conforming to a STANDARD.

5   **"METHODS"** shall mean any method or operation fully conforming to a STANDARD.

6   **"ESSENTIAL"** as applied to IPR means that it is not possible on technical (but not commercial) grounds, taking into account normal technical practice and the state of the art generally available at the time of standardization, to make, sell, lease, otherwise dispose of, repair, use or operate EQUIPMENT or METHODS which comply with a STANDARD without infringing that IPR. For the avoidance of doubt in exceptional cases where a STANDARD can only be implemented by technical solutions, all of which are infringements of IPRs, all such IPRs shall be considered ESSENTIAL.

7   **"IPR"** shall mean any intellectual property right conferred by statute law including applications therefor other than trademarks. For the avoidance of doubt rights relating to get-up, confidential information, trade secrets or the like are excluded from the definition of IPR.

8   **"MANUFACTURE"**, shall mean production of EQUIPMENT.

APLNDC-WH-A 0000012546

*Addendum 1*
*ETSI/GA29(97)/SCM3*

9    **"MEMBER"** shall mean a member or associate member of ETSI. References to a MEMBER shall wherever the context permits be interpreted as references to that MEMBER and its AFFILIATES.

10   **"POLICY"** shall mean ETSI's Intellectual Property Rights Policy.

11   **"STANDARD"** shall mean any standard adopted by ETSI including options therein or amended versions and shall include European Standards (ENs) (telecommunications series), ETSI Standards (ESs), Common Technical Regulations (CTRs) which are taken from ENs (telecommunications series) and including drafts of any of the foregoing, and documents made under the previous nomenclature, including ETSs, I-ETSs, parts of NETs and TBRs, the technical specifications of which are available to all MEMBERS, but not including any standards, or parts thereof, not made by ETSI.

The date on which a STANDARD is considered to be adopted by ETSI for the purposes of this POLICY shall be the date on which the technical specification of that STANDARD was available to all MEMBERS.

APLNDC-WH-A 0000012547

# EXHIBIT 18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          SAMNDCA00322740

*Samsung Confidential-Disclosed pursuant to NDA*


ELECTRONICS

July 25, 2011

Mr. Boris Teksler
Director, Patent Licensing & Strategy
Apple Inc.
1 Infinite Loop, M/S 36-2 PAT
Cupertino, CA 95014-2084
USA

RE: Apple's Request for a Patent License

Dear Mr. Teksler,

I appreciate your sending fully executed NDA by an e-mail on July 23 Korean time. This responds to your request that Samsung provide royalty proposals for certain Samsung patents.

Per your request, Samsung is willing to grant a license to Apple on the following fair, reasonable, and non-discriminatory terms:

> Apple would receive a worldwide nonexclusive license under Samsung patents and pending applications that are essential to comply with past/current UMTS/WCDMA Standards, including patents and pending applications that have been disclosed by Samsung to ETSI as essential to comply with UMTS/WCDMA Standards. Samsung offers to license the patents at a royalty of 2.4% for each relevant end product.

Although Apple requested that Samsung separately provide rates for the patents currently asserted by Samsung in worldwide litigation against Apple, Samsung believes this offer covers such patents. Samsung will leave this offer open for 10 business days. Please inform us within that time whether Apple accepts this offer.

Please note that this offer is not subject to a grant back license from Apple. If Apple would like Samsung to offer a license that reflects a grant back provision under Apple patents, please let us know. Similarly, if Apple is interested in a license under Samsung patents that are essential to other mobile phone-related standards, please let us know.

We welcome your timely response.

**PLAINTIFF'S EXHIBIT NO. 80**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          SAMNDCA00322741

*Samsung Confidential-Disclosed pursuant to NDA*

Regards,

Seongwoo Kim
Director
Licensing Team, IP Center
Samsung Electronics

416 , Maetan 3-Dong,
Yeongtong-Gu, Suwon-Si,
Geonggi-Do, 443-742, Korea

# EXHIBIT 19

| Sum of No of Units | | | |
| Commercial model | Year | Period | Total |
| **K700I** | | **2004** | 9 | 460 |
| | **2004 Total** | | **460** |
| **K700I Total** | | | **460** |
| **Grand Total** | | | **460** |

Highly Confidential - Outside Counsel Eyes Only                    SEUS000001

**PLAINTIFF'S EXHIBIT NO.  113**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APPLE AND THIRD PARTY - HIGHLY
CONFIDENTIAL ATTORNEYS' EYES ONLY

APLNDC-WH-A0000024792

| Sum of No of Units | | | |
|---|---|---|---|
| **Commercial model** | **Year** | **Period** | **Total** |
| **W800I/HPE-14** | **2005** | 8 | 920 |
| | **2005 Total** | | **920** |
| **W800I/HPE-14 Total** | | | **920** |
| **Grand Total** | | | **920** |

Highly Confidential - Outside Counsel Eyes Only                    SEUS000002

APPLE AND THIRD PARTY - HIGHLY
CONFIDENTIAL ATTORNEYS' EYES ONLY

APLNDC-WH-A0000024793