# EXHIBIT 25

**DEFENDANT'S EXHIBIT NO. 687.001**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

Subject: Fwd: CES - Tablet summary
Date: Thu, 20 Jan 2011 21:33:42 +0000
From: "Chris Stringer" <stringer@apple.com>
To: "Evans Hankey" <ehankey@apple.com>
Message-ID: <188E3804-9077-428D-AA23-F545EF02E67A@apple.com>

Begin forwarded message:

**From:** Paul Meade <pmeade@apple.com>
**Date:** January 19, 2011 6:15:13 PM PST
**To:** Christopher Stringer <stringer@apple.com>
**Subject: Re: CES - Tablet summary**

hey Chris,

I added the "pricing" line but truth be told, we have no idea where these tablets will price as nobody has released any details on pricing and even the availability is vague.
Paul

On Jan 19, 2011, at 6:05 PM, Christopher Stringer wrote:

Can we add a line for pricing.

On Jan 19, 2011, at 5:47 PM, Paul Meade <pmeade@apple.com> wrote:

hey Chris,

The chart below highlights our view of the most representative competition (of at least products announced or rumored). I included the LG-Slate and the Palm "Opal" and "Topaz" but to be honest most of the specs are based on rumors and not facts. Interesting features about the LG-Slate is that its now rumored to have a 3D display for both playback and possibly 3D capture of content and the Palm is rumored to have the Touchstone inductive charging and "premium audio" in the form of three speakers for multiple orientation stereo. The information on the Galaxy/Playbook and Xoom is more concrete.

Let me know if this is useful or whether you need additional information on anything?

Paul

<Screen shot 2011-01-19 at 5.46.12 PM.png>

On Jan 19, 2011, at 2:49 PM, Chris Stringer wrote:

Paul,

I need your latest summary of our enemies for an ID brainstorm on Friday. If you have any more data beyond this please could you update the chart. I wonder if there is anything worth noting about the HP/Palm leak.

Thanks, Chris.

On Jan 10, 2011, at 7:42 PM, Paul Meade wrote:

Folks,

The previous version of the chart I distributed was the version making its way around the web. I added K93/K94 to the comparison and added a few more interesting parameters which I thought were useful. As soon as we learn more about the LG G-Slate I will include it as this makes up the majority of the real near term competition.

Paul

<Screen shot 2011-01-10 at 7.38.04 PM.png>

On Jan 10, 2011, at 3:37 PM, Michael Culbert wrote:

Paul,

You should include K94 on the charts. It is also important to note that not all A9 cores are

Highly Confidential - Attorneys' Eyes Only                                                                                      APLNDC0001260017

created the same. Tegra 2 does not have the performance fixes that went into our A9 core and it also does not have NEON which we make heavy use of. This means that the two parts are not remotely equivalent even though they both are "Dual 1Ghz A9's"

-Mike

On Jan 9, 2011, at 10:02 PM, Paul Meade wrote:

Folks,

CES has come to an end and someone reported that somewhere between 40-80 tablets were announced or had been part of the rumor mill during the event. The show itself was a mix of a few companies really showcasing their new tablets (namely Motorola and RIM) and the rest making announcements but not having the hardware available for the general public. Engadget was kind enough to highlight 35 or so that they reported on during the week and I included their list below. Most of these are not a surprise and frankly a lot are not really newsworthy. In the tablet arena, Motorola with their Xoom and RIM with their Playbook really dominated the show with LG making some headlines with their tablet for T-Mobile. Out of all the tablets either announced or in the works, these three certainly make up the majority of the competition for iPad in the next few quarters.

1. **Motorola "Xoom"** had a huge presence at the show (in both the Motorola and Verizon booths). The device is the lead hardware development platform for Google's "Honeycomb/ 3.0" release which we now know is mainly focused on tablets. The device shown at CES still looks like a pre-production device with telltale "fit and finish" not quite done yet but they were stating availability in February. The tablet is pretty sturdy and feels substantial in its 16:10 aspect ratio. All demo units at CES were running a video loop of the Honeycomb UI which was a real shame, so it was impossible to get a feel for performance. Google claims this was done to preserve some of surprise of the new features and only to give people a sneak peek prior to release. All demo's at the show were focused on video consumption with movie viewing and Youtube type applications along with browsing and everything I saw was always in landscape mode. They claim to be launching with 3G connectivity and allowing users to upgrade to 4G in Q2, the details of which were very sketchy. It seems like users will have to send their tablets back to get both a hardware (module/antenna?) and software update (BB) - nobody could explain how this would work or whether a user cost would be associated with it. There was also rumors of a WiFi only device sometime after the 3G/4G release but no concrete details. Pricing for any of the versions was not available. All-in-all a decent tablet and one Verizon will be pushing hard. Being that Honeycomb is a release specifically for tablets it almost makes all the pre-3.0 tablets obsolete unless they can upgrade when the latest bits from Google become available. Motorola also had a pretty aggressive line-up of accessories which will be available at launch.

Motorola "Xoom" details:
<Screen shot 2011-01-05 at 6.04.21 PM.png>
<u>**<11x0105ub234g5.jpg>**</u>

2. **RIM "Playbook":**
This tablets certainly showcased the best out of everything I saw at the show. The hardware itself is very bland and feels more like a oversized GPS device than a tablet but its solidly built and feels sturdy and comfortable. In its 7.0" form factor, it also was showcased in landscape and being ~0.4" thick and <1Ilb you can see how BB users would like it. The

Highly Confidential - Attorneys' Eyes Only                                              APLNDC0001260018

QNX software was pretty impressive and it really highlights the multi-tasking capabilities of the device. We now know its built on a dual core TI OMAP4330 running at 1Ghz and it really does seem to be responsive and super efficient at task switching even while driving an external display at 1080p. The UI is a clone of WebOS with its active "cards" but it only takes a few minutes to get used to and is pretty intuitive. The device features active capacitive touch to the edge of the device (the race track) and so many of the swipe commands and navigation are utilized in this mode. Personally, I thought this was a much more impressive device than the Moto Xoom (software wise for sure). However during the day we did learn of some serious limitations with the basic core Blackberry offering. Initially when the device launches, it will require you to be tethered to your Blackberry phone via BT in order to gain access to basic functions like corporate email, calendar, contacts and BBM (some security limitation) - therefore In WiFi only mode you will only have access to webmail and won't be able to access the core enterprise grade applications that most BB users cherish. This limitation will apparently be fixed in future releases but no schedule has been provided. This is a huge black hole for RIM at launch and hard to believe they will require you to be a BB phone user and be in BT range to make these core functions available. Also, the device will go out initially as WiFi only in Q1 and as a 4G with Sprint (WiMax) in Q2 (this has a lot of similarities with the Palm WebOS launch a couple of years ago), with again no pricing available.

<images.jpeg>

3. **LG G-Slate for T-Mobile:**
Late last year, LG announced it was scrapping its tablet plans based on Froyo and waiting for Honeycomb. Its not a super surprise that they did announce the G-Tablet for T-Mobile the day after the Moto Xoom. (neither LG as the OEM nor T-Mobile as the carrier are the lead devices for Google's Honeycomb release this time around). The tablet was not available to the public at the show but more than 8 videos were posted on Youtube highlighting the tablets features and showcasing Honeycomb. Little is known about the specific hardware specs (although 10" and Tegra2 are the most consistent) and this again will be showcased by T-Mobile on their 4G network (aka as HSPA+). T-Mobile did announce earlier in the week that they are aggressively deploying dual-carrier HSPA+ which will get them closer to their 4G claims. No details on availability or pricing.

<images-1.jpeg>

In the near term, the three tablets above are certainly the most aggressive competition for iPad which will be available in volume and through multiple distribution channels though Q2 of this year. The one consistent missing factor with all the tablets above is the pricing which will play a huge role in how successful they are. With the advent of Honeycomb, this will now spur the rest of the non-lead OEM's to start planning tablets for Q2 and beyond and trying to differentiate themselves, although it seems like the Moto and LG versions will likely be skinless at launch (this was at least true for Moto). At the show, it was clear also that 4G was becoming a very important feature for all these data centric device and so something to be considerate of in our planning.

**A handy list of tablets at CES (courtesy of Engadget)**

|  | TABLET | PLATFORM | SIZE | NOTES | AVAIL./$ |
|---|---|---|---|---|---|
| <acer-tab-10-top-1-small_100x1 | Acer Iconia Tab A500 | Android 3.0 | 10-inch | Tegra 2, Verizon LTE, dual cameras | April |

Highly Confidential - Attorneys' Eyes Only
APLNDC0001260019

| | | | | | |
|---|---|---|---|---|---|
| 00_100x100.jpg> | Tab A500 | 3.0 | | LTE, dual cameras | |
| <windowsiconia1.jpg> | Acer Iconia Windows 7 tablet | | 10.1-inch | AMD Fusion APU, keyboard dock | $550 |
| <1-6-11-aluratekces2011-1294209801_100x100_100x100.jpg> | Aluratek Cinepad | Android 2.2 | 10-inch | Borders application pre-loaded | February / $300 |
| <aoc-breeze-tablet-ces-2011_100x100_100x100.jpg> | AOC Breeze | Android 2.1 | 8-inch | Rockchip processor, 1.1 pounds | January / $200 |
| <asus-small-05-top_100x100.jpg> | ASUS Eee Pad MeMo | Android 3.0 | 7-inch | Dual-core Qualcomm processor, includes a capacitive stylus | June / $499 |
| <asus-small-02-top_100x100.jpg> | ASUS Eee Pad Transformer | Android 3.0 | 10-inch | Tegra 2, IPS display, keyboard dock included | April / $400 - $700 |
| <eee-slate-hands-07-gal_100x100_100x100.jpg> | Asus EEE Slate EP121 | Windows 7 | 12-inch | Intel Core i5, IPS display, wacom digitizer | January / $1000 |
| **<asus-small-01-top_100x100.jpg>** | **ASUS EeePad Slider** | **Android 3.0** | **10-inch** | **Tegra 2, IPS display, slide out keyboard** | **May / $500 - $800** |
| **<bb-playbook-01-top_100x100.jpg>** | **BlackBerry PlayBook** | **QNX** | **7-inch** | **Very attractive UI, dual-core 1GHz ARM A9 CPU** | **Q1 (Sprint 4G Summer)** |
| <dell-17_100x100_100x100.jpg> | Dell Streak 10 | Android | 10-inch | --- | --- |
| **<11x0106b45stre_100x100_100x100.jpg>** | **Dell Streak 7** | **Android 2.2** | **7-inch** | **Tegra 2, T-Mobile 4G, Dell Stage UI** | **January** |
| <galaxytabwififront_100x100.jpg> | eFun Nextbook Next4 and Next6 | Android 2.2 | 7-inch & 10-inch | 1GHz Cortex A8 processor, Borders Books apps | Q1 / $350, $300 |
| <slatelead-1293918375_100x100_100x10 | Fujitsu Windows 7 tablet | Windows 7 | N/A | Intel Oak Trail Atom Z670, removable battery | Q2 2011 |

Highly Confidential - Attorneys' Eyes Only                                                   APLNDC0001260020

| | | | | | |
|---|---|---|---|---|---|
| 0.jpg> | tablet | | | battery | |
| <kno1-1294428942_100x100.jpg> | Kno (single and dual-screen) | Linux | 14-inch | Dual screens, meant for students, includes stylus | Invite only now / $599, $899 |
| <lepadhero01_100x100_100x100.jpg> | Lenovo LePad | Android 2.2 | 10-inch | 1.3GHz Snapdragon, Lenovo UI, U1 dock available separately | Q2 for US market |
| <2011-01-04idp1_100x100.jpg> | Lenovo Windows 7 Slate | Windows 7 | 10-inch | Intel Oak Trail, active digitizer with stylus | --- |
| <motioncomputingcl9001-1294190611_100x100.jpg> | Motion Computing CL900 | Windows 7 | 10-inch | Oak Trail processor, Gorilla Glass, active digitizer with stylus | Q2 2011, less than $1,000 |
| **<11x0105ub234g5_100x100_100x100.jpg>** | **Motorola Xoom** | **Android 3.0** | **10-inch** | **Tegra 2, LTE, dual cameras (rear shoots 720p)** | **Q1 / 4G in Q2** |
| <20110107-12415132-batch-img3285_100x100.jpg> | MSI WindPad 100A | Android 2.2 | 10-inch | ARM Cortex A8, 1GB of RAM | --- |
| <20110107-12415132-batch-img3326_100x100.jpg> | MSI WindPad 100W | Windows 7 | 10-inch | 1.66GHz Atom Z530 CPU, 32GB SSD, 2GB RAM | Q1 / $499 |
| <nec-dual-screen-communicator-tablet_100x100_100x100.jpg> | NEC Cloud communicator LT-W | Android 2.1 | 7-inch | Two 7-inch resistive touchscreens, stylus included | --- |
| <hednetbooknavigatorces20111_100x100.jpg> | Netbook Navigator Nav 7, Nav 9, Nav 10 | Windows 7 | 7-inch, 9-inch & 10-inch | Intel Atom processors, touchpad on backside | Q1 / $599 for the NAV9 and $699 for NAV7 & NAV10i |
| **<2011-01-05notioninkp-1_100x100_100x100.jpg>** | **Notion Ink Adam** | **Android 2.3** | **10-inch** | **Tegra 2, Pixel Qi display, Eden UI** | **Janurary / Starting at $449** |
| <openpeak10-01-06- | OpenPeak | | | Transflective screen, | |

Highly Confidential - Attorneys' Eyes Only

APLNDC0001260021

| | | | | | |
|---|---|---|---|---|---|
| <01-06-2011_100x100_100x100.jpg> | OpenPeak OpenTablet 10 | Android | 10-inch | Gorilla Glass, dual cameras | --- |
| <pansonic3d2011o3md_100x100_100x100.jpg> | Panasonic Viera Tablet | Android | 4-inch, 7-inch, 10-inch | Viera Connect, not much else revealed | --- |
| <2011-01-06-pandigital-11_100x100.jpg> | Pandigital Multimedia Novel | Android 2.1 | 9-inch | No Android Market, OS not upgradeable | $214 |
| **<razer-7-inch-gaming-concept-lead_100x100.jpg>** | **Razer Switchblade** | **Windows 7** | **7-inch** | **Oak Trail processor, all about gaming** | --- |
| <galaxytabwififront_100x100.jpg> | Samsung Galaxy Tab WiFi version | Android 2.2 | 7-inch | Hummingbird processor, Gorilla Glass display, dual cameras | Q1 2011 |
| **<sliderseries7pc1_100x100.jpg>** | **Samsung Sliding PC 7** | **Windows 7** | **10-inch** | **Intel Oak Trail processor, slide out keyboard, Samsung Touch Launcher UI** | **May / $699** |
| **<11x0105ub34tmob_100x100.png>** | **T-Mobile G-Slate** | **Android 3.0** | **10-inch** | **T-Mobile 4G, made by LG** | --- |
| <toshibatabletlead1_100x100_100x100.jpg> | Toshiba unnamed Tablet | Android 3.0 | 10-inch | Tegra 2, dual cameras, removable battery | Q2 |
| <ces-2011-cruz-tablet_100x100_100x100.jpg> | Velocity Micro Cruz tablets | Android 2.2 or 2.3 | 7-inch, 8-inch & 10-inch | Tegra 2, dual cameras | --- |
| <2011-01-07-viliv-android-8_100x100.jpg> | Viliv X10 | Android 2.3 | 10.2-inch | ARM Cortex A8, over 10 hours of battery life promised | --- |
| <2011-01-07-viliv-android-4_100x100.jpg> | Viliv X7 | Android 2.3 | 7-inch | ARM Cortex A8, SIM card slot | March |
| <x70-heropic_100x100.jpg> | Viliv X70 | Windows 7 | 7-inch | Intel Oak Trail processor, optical trackpad, split software keyboard | April |

------ end message ------

Highly Confidential - Attorneys' Eyes Only
APLNDC0001260023

| | K48/K48M | K93/K94 | Playbook | Galaxy Tab | Moto Xoom | LG G-Slate | Palm-HP "Opal" | Palm-HP "Topaz" |
|---|---|---|---|---|---|---|---|---|
| OS | iOS | iOS | QNX | Android 2.2 | Android 3.0 | Android 3.0 | WebOS2.0 | WebOS2.0 |
| Processor | H3P A8 @ 1Ghz | H4P; dual core A9 @ 1Ghz | TI OMAP 4330 dual core 1Ghz | Samsung Hummingbird A8 @ 1Ghz | Nvidia Tegra2, dual core @ 1Ghz | Nvidia Tegra2, dual core @ 1Ghz | | |
| RAM | 256MB | 512MB | 1GB | 512MB | 1GB | ? | ? | ? |
| LCD Size | 9.7" | 9.7" | 7.0" | 7.0" | 10.1" | 8.9" 3D glasses free? | 7" | 9" |
| LCD Resolution | 1024x768 (4:3) | 1024x768 (4:3) | 1024x600 | 1024x600 | 1280x800 (16:10) | ? | 1024x768 | 1024x768? |
| LCD PPI | 132 | 132 | 169 | 169 | 149 | ? | 162? | 142? |
| R/F Camera | None | HD, 720p 1MP | 5MP | 3MP | 5MP | yes | none? | none? |
| F/F Camera | None | VGA | 3MP | 1.3MP | 2MP | yes | yes | yes |
| LED flash | None | None | None | Led flash | dual LED flash | ? | no | no |
| Video Recording | None | 720p | 1080p | 720p | 720p | ? | | |
| Adobe Flash | None | None | Yes, 10.1 | Yes, 10.1 | Yes, 10.1 | probably, 10.1? | yes | yes |
| Internal Storage | 16/32/64 GB | 16/32/64 GB | 16/32/64 GB | 16/32 GB | 32 GB | ? | tens of GB's in cloud? | tens of GB's in cloud? |
| Memory Slot | None | None | None | uSD | uSD | ? | ? | ? |
| WiFi | 802.11a/b/g/n | 802.11a/b/g/n | 802.11a/b/g/n | 802.11a/b/g/n | 802.11a/b/g/n | ? | yes | yes |
| Bluetooth | 2.1 | 3.0 | 2.1 + EDR | 3.0 | 2.1 + EDR | ? | yes | yes |
| Dimensions | 242.8 x 189.7 x 13.4mm | 241.27 x 185.77 x 8.80mm | 193 x 130 x 10.0mm | 190 x 120 x 11.98mm | 249.1 x 167.8 x 12.9mm | ? | 180 x 144x 13mm | 241 x 190 x 13mm |
| Weight | 680g (730g K48M) | 612g (K94) | 400g | 380g | 730g | ? | ? | ? |
| Accelerometer | Yes | Yes | Yes | Yes | Yes | ? | ? | ? |
| GPS | Yes | Yes | No | Yes | Yes | ? | yes | yes |
| Cellular Options | 3G | 3G | 4G (WMAx) in Q2 | 3G (no WiFi) 4G maybe in Q2 | 3G/4G | 4G w/T-Mobile (HSPA+) | AT&T 3G VzW LTE | AT&T 3G VzW LTE |
| App Store | yes 300,00 apps | yes 300,00 apps | yes, unknown number avail at launch | yes 200,000 scaled Android phone apps | yes 200,000 phone apps; unknown 3.0 apps at launch | yes 200,000 phone apps; unknown 3.0 apps at launch | <10,000 phone apps and unknown Tablet apps at launch | <10,000 phone apps and unknown Tablet apps at launch |
| Availability | Q2/2010 3G/WiFi | Q2/2011 - 3G/WiFi | Q1 2011 - WiFi Q2 2011 - 4G (WMax) | Q4 2010 - 3G | Q1 2011 - 3G Q2 2011 - 4G | ? | Sept 2011? | June 2011? |
| Pricing | $499 - $829 | ? | ? | ? | ? | ? | ? | ? |

Highly Confidential - Attorneys' Eyes Only                                                                                                    APLNDC0001260024