# EXHIBIT 34

# iPad

# EXHIBIT 35

# Galaxy S (i9000)

# EXHIBIT 36

# Intercept

# EXHIBIT 37

# Galaxy S Vibrant

# EXHIBIT 38

# Galaxy S Captivate

# EXHIBIT 39

# Galaxy S Epic 4G

# EXHIBIT 40

# Galaxy S Fascinate

# EXHIBIT 41

# Transform

# EXHIBIT 42

# Galaxy S Mesmerize

# EXHIBIT 43

# Galaxy S Continuum

# EXHIBIT 44

# Galaxy S 4G

# EXHIBIT 45

# Gem

# EXHIBIT 46

# Galaxy Prevail

# EXHIBIT 47

# Nexus S 4G

# EXHIBIT 48

# Replenish

# EXHIBIT 49

# Droid Charge

# EXHIBIT 50

# Indulge

# EXHIBIT 51

# Infuse 4G

# EXHIBIT 52

# Exhibit 4G

# EXHIBIT 53

# Galaxy Ace

# EXHIBIT 54

# Galaxy S II (AT&T)

# EXHIBIT 55

# Galaxy S II (i9100)

# EXHIBIT 56

# Galaxy S II (T-Mobile)

# EXHIBIT 57

# Galaxy S II
# (Epic 4G Touch)

# EXHIBIT 58

# Galaxy S II (Skyrocket)

# EXHIBIT 59

# Galaxy Tab 7.0

# EXHIBIT 60

# Galaxy Tab 10.1 (WiFi)

# EXHIBIT 61

# Galaxy Tab 10.1 (4G LTE)

# EXHIBIT 62



7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;
### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

April 27, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,470,983* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 22, 2008*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**P. R. GRANT**
Certifying Officer



**JOINT TRIAL EXHIBIT NO. 1039**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC-Y0000182281

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,470,983

Registered July 22, 2008

## TRADEMARK
## PRINCIPAL REGISTER



APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRO-NIC DEVICES COMPRISED OF A MOBILE PHONE, DIGITAL AUDIO AND VIDEO PLAYER, HAND-HELD COMPUTER, PERSONAL DIGITAL ASSIS-TANT, ELECTRONIC PERSONAL ORGANIZER, POCKET COMPUTER FOR NOTE-TAKING, ELEC-TRONIC CALENDAR, CALCULATOR, AND CAM-ERA, AND CAPABLE OF PROVIDING ACCESS TO THE INTERNET AND SENDING AND RECEIVING ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO, TEXT, IMAGES, GRAPHICS AND MULTIMEDIA FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SMS", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLACK, BLUE, BROWN, BROWN-GRAY, GRAY-GREEN, GREEN, ORANGE, RED, SILVER, TAN, WHITE AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURA-TION OF A RECTANGULAR HANDHELD MOBILE DIGITAL ELECTRONIC DEVICE WITH ROUNDED SILVER EDGES, A BLACK FACE, AND AN ARRAY OF 16 SQUARE ICONS WITH ROUNDED EDGES. THE TOP 12 ICONS APPEAR ON A BLACK BACK-GROUND, AND THE BOTTOM 4 APPEAR ON A SILVER BACKGROUND. THE FIRST ICON DE-PICTS THE LETTERS "SMS" IN GREEN INSIDE A

WHITE SPEECH BUBBLE ON A GREEN BACK-GROUND; THE SECOND ICON IS WHITE WITH A THIN RED STRIPE AT THE TOP; THE THIRD ICON DEPICTS A SUNFLOWER WITH YELLOW PETALS, A BROWN CENTER, AND A GREEN STEM IN FRONT OF A BLUE SKY; THE FOURTH ICON DEPICTS A CAMERA LENS WITH A BLACK BAR-REL AND BLUE GLASS ON A SILVER BACK-GROUND; THE FIFTH ICON DEPICTS A TAN TELEVISION CONSOLE WITH BROWN KNOBS AND A GRAY-GREEN SCREEN; THE SIXTH ICON DEPICTS A WHITE GRAPH LINE ON A BLUE BACKGROUND; THE SEVENTH ICON DEPICTS A MAP WITH YELLOW AND ORANGE ROADS, A PIN WITH A RED HEAD, AND A RED-AND- BLUE ROAD SIGN WITH THE NUMERAL "280" IN WHITE; THE EIGHTH ICON DEPICTS AN ORANGE SUN ON A BLUE BACKGROUND, WITH THE TEMPERATURE IN WHITE; THE NINTH ICON DEPICTS A WHITE CLOCK WITH BLACK AND RED HANDS AND NUMERALS ON A BLACK BACKGROUND; THE TENTH ICON DEPICTS THREE BROWN-GRAY CIRCLES AND ONE OR-ANGE CIRCLE ON A BLACK BACKGROUND WITH A WHITE BORDER, WITH THE MATHEMA-TICAL SYMBOLS FOR ADDITION, SUBTRACTION, MULTIPLICATION, AND THE EQUAL SIGN DIS-PLAYED IN WHITE ON THE CIRCLES; THE ELE-VENTH ICON DEPICTS A PORTION OF A YELLOW NOTEPAD WITH BLUE AND RED RULING, WITH BROWN BINDING AT THE TOP; THE TWELFTH ICON DEPICTS THREE SILVER GEARS OVER A THATCHED BLACK-AND-SILVER BACK-GROUND; THE THIRTEENTH ICON DEPICTS A WHITE TELEPHONE RECEIVER AGAINST A GREEN BACKGROUND; THE FOURTEENTH ICON DEPICTS A WHITE ENVELOPE OVER A BLUE SKY

Joint Trial Exhibit No. 1039.3

WITH WHITE CLOUDS; THE FIFTEENTH ICON DEPICTS A WHITE COMPASS WITH A WHITE-AND-RED NEEDLE OVER A BLUE MAP; THE SIXTEENTH ICON DEPICTS THE DISTINCTIVE CONFIGURATION OF APPLICANT'S MEDIA PLAYER DEVICE IN WHITE OVER AN ORANGE BACKGROUND.

SEC. 2(F).

SER. NO. 77-303,282, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY

APLNDC-Y0000182283

# EXHIBIT 63



D 7306757

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 19, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D504,889*
ISSUE DATE: *May 10, 2005*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer

**JOINT TRIAL EXHIBIT NO. 1040**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC00032467

US00D504889S

(12) **United States Design Patent**
Andre et al.

(10) Patent No.: **US D504,889 S**
(45) Date of Patent: ** **May 10, 2005**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Anthony Whang**, San Francisco, CA (US); **Rico Zörkendörfer**, San Francisco, CA (US)

(73) Assignee: **Apple Computer, Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/201,636**

(22) Filed: **Mar. 17, 2004**

(51) LOC (7) Cl. .................................................. **14-02**
(52) U.S. Cl. ....................................................... **D14/341**
(58) Field of Search ............................... D14/341–346, D14/374, 424; D19/26, 59, 60; 345/104, 156, 168, 173; 434/307 R, 308, 309, 317; 178/18.03; 349/12

(56) **References Cited**

U.S. PATENT DOCUMENTS

D345,346 S * 3/1994 Alfonso et al. ............ D14/341

| | | | | |
|---|---|---|---|---|
| D396,452 S | * | 7/1998 | Naruki ...................... | D14/424 |
| D451,505 S | * | 12/2001 | Iseki et al. ................. | D14/341 |
| D453,333 S | * | 2/2002 | Chen .......................... | D14/374 |
| D458,252 S | * | 6/2002 | Palm et al. ................. | D14/343 |

OTHER PUBLICATIONS

Andre et al., U.S. Appl. No. 29/180,558 entitled "Electronic Device", filed Mar. 17, 2004.
"HP Compaq Tablet PC tc1100", downloaded Aug. 27, 2004.
"Tablet PC V1100", downloaded Aug. 27, 2004.
"ViewPad 1000", downloaded Aug. 27, 2004.

* cited by examiner

*Primary Examiner*—Freda S. Nunn
(74) *Attorney, Agent, or Firm*—Beyer Weaver & Thomas, LLP

(57) **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view of an electronic device in accordance with the present design;
FIG. 2 is a bottom perspective view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a right side view thereof;
FIG. 7 is an upper side view thereof;
FIG. 8 is a lower side view thereof; and,
FIG. 9 is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative pupposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**Copy provided by USPTO from the PIRS Image Database on 07/14/2011**

APLNDC00032468



FIG. 1

FIG. 2

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032469

Joint Trial Exhibit No. 1040.4

**U.S. Patent**      **May 10, 2005**      **Sheet 2 of 4**      **US D504,889 S**



*FIG.  3*



*FIG.  4*

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032470

Joint Trial Exhibit No. 1040.5

**U.S. Patent**          May 10, 2005          Sheet 3 of 4          **US D504,889 S**



# *FIG. 5*



# *FIG. 6*



# *FIG. 7*



# *FIG. 8*

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032471

Joint Trial Exhibit No. 1040.6

**U.S. Patent**    May 10, 2005    Sheet 4 of 4    **US D504,889 S**



**FIG. 9**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032472

# EXHIBIT 64



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D618,677*
ISSUE DATE: *June 29, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

**JOINT TRIAL EXHIBIT NO. 1043**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC00032473

Joint Trial Exhibit No. 1043.2

US00D618677S

(12) **United States Design Patent**
Andre et al.

(10) Patent No.: **US D618,677 S**
(45) Date of Patent: ** **\*Jun. 29, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/328,018**

(22) Filed: **Nov. 18, 2008**

**Related U.S. Application Data**

(60) Division of application No. 29/282,834, filed on Jul. 30, 2007, now Pat. No. Des. 581,922, which is a continuation of application No. 29/270,888, filed on Jan. 5, 2007, now Pat. No. Des. 558,758.

(51) **LOC (9) Cl.** .................................. **14-02**
(52) **U.S. Cl.** .................. **D14/341**; D14/248; D14/203.7
(58) **Field of Classification Search** ............... D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D13/168; D18/6, 7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S    5/1987  Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EM    000569157-0005    5/2006

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design of an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;

FIG. 2 is a rear perspective view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a top view thereof;

FIG. 6 is bottom view thereof;

FIG. 7 is a left side view thereof; and,

FIG. 8 is a right side view thereof.

The claimed surface of the electronic device is illustrated with the color designation for the color black.

The electronic device is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item or toy.

**1 Claim, 2 Drawing Sheets**



**Copy provided by USPTO from the PIRS Image Database on 04/25/2011**

APLNDC00032474

# US D618,677 S

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D337,569 S | 7/1993 | Kando |
| D410,440 S * | 6/1999 | Carnell .................... D14/346 |
| D424,535 S | 5/2000 | Peltola |
| D455,433 S * | 4/2002 | Alviar et al. ............... D14/441 |
| D456,023 S | 4/2002 | Andre et al. |
| D458,252 S * | 6/2002 | Palm et al. ................. D14/343 |
| D469,413 S * | 1/2003 | To et al. .................... D14/126 |
| D489,731 S | 5/2004 | Huang |
| D498,754 S | 11/2004 | Blyth |
| D499,423 S | 12/2004 | Bahroocha et al. |
| D502,173 S | 2/2005 | Jung et al. |
| D504,889 S | 5/2005 | Andre et al. |
| D505,950 S | 6/2005 | Summit et al. |
| D507,003 S | 7/2005 | Pai et al. |
| D514,121 S | 1/2006 | Johnson |
| D514,590 S | 2/2006 | Naruki |
| D519,116 S | 4/2006 | Tanaka et al. |
| D519,523 S | 4/2006 | Chiu et al. |
| D520,020 S | 5/2006 | Senda et al. |
| 7,042,712 B2 * | 5/2006 | Ghosh et al. .......... 361/679.03 |
| D528,542 S | 9/2006 | Luminosu et al. |
| D528,561 S | 9/2006 | Ka-Wei et al. |
| D529,045 S | 9/2006 | Shin |
| D532,791 S | 11/2006 | Kim |
| D534,143 S | 12/2006 | Lheem |
| D535,281 S | 1/2007 | Yang |
| D536,691 S | 2/2007 | Park |
| D536,962 S | 2/2007 | Tanner |
| D538,822 S | 3/2007 | Andre et al. |
| D541,298 S | 4/2007 | Andre et al. |
| D541,299 S | 4/2007 | Andre et al. |
| D541,785 S | 5/2007 | Hwang et al. |
| D546,313 S | 7/2007 | Lheem |
| D548,732 S | 8/2007 | Cebe et al. |
| D548,747 S | 8/2007 | Andre et al. |
| D554,098 S | 10/2007 | Lee |
| D556,211 S | 11/2007 | Howard |
| D557,228 S | 12/2007 | Kim |
| 7,303,424 B2 | 12/2007 | Tu et al. |
| D558,460 S | 1/2008 | Yu et al. |
| D558,756 S | 1/2008 | Andre et al. |
| D558,757 S | 1/2008 | Andre et al. |
| D558,758 S | 1/2008 | Andre et al. |
| D558,792 S | 1/2008 | Chigira |
| D559,220 S | 1/2008 | Lee et al. |
| D560,192 S | 1/2008 | Lee et al. |
| D560,683 S | 1/2008 | Lee |
| D560,686 S | 1/2008 | Kim |
| D561,153 S | 2/2008 | Hong et al. |
| D561,204 S | 2/2008 | Toh |
| D561,782 S | 2/2008 | Kim |
| D562,285 S | 2/2008 | Lim |
| D563,432 S | 3/2008 | Kim |
| D563,929 S | 3/2008 | Park |
| D568,309 S * | 5/2008 | Cebe et al. ................ D14/341 |
| D573,143 S * | 7/2008 | Park et al. ................ D14/341 |
| D574,015 S * | 7/2008 | Masui ...................... D14/496 |
| 7,409,059 B2 * | 8/2008 | Fujisawa ............... 379/433.13 |
| D579,930 S * | 11/2008 | Maskatia .................. D14/341 |
| D580,387 S | 11/2008 | Andre et al. |
| D581,922 S | 12/2008 | Andre et al. |
| D584,738 S * | 1/2009 | Kim et al. ................ D14/496 |
| D586,800 S * | 2/2009 | Andre et al. ............. D14/341 |
| D589,979 S * | 4/2009 | Andre et al. ............. D14/496 |
| 2004/0132499 A1 | 7/2004 | Abe |
| 2004/0166907 A1 | 8/2004 | Yajima |
| 2004/0223004 A1 | 11/2004 | Lincke et al. |
| 2005/0130715 A1 | 6/2005 | Fujisawa |
| 2006/0281501 A1 | 12/2006 | Zuo et al. |
| 2007/0082718 A1 | 4/2007 | Yoon et al. |

| | | | |
|---|---|---|---|
| 2008/0004083 A1 * | 1/2008 | Ohki et al. .................. 455/566 |
| 2008/0004085 A1 | 1/2008 | Jung et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| JP | 2004 290256 | 10/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |

## OTHER PUBLICATIONS

U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.

Hilon LG DMB MP3 FM35, posted on Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL:http://hilon.com.en.autobak/a8810005549>.

eFashion Magazine, 2004, vol. No. 12, p. 60, China.

eFashion Magazine, Jun. 1, 2005, vol. No. 119, p. 45, China.

eFashion Magazine, Apr. 2006, vol. No. 142, p. 26, China.

Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL200730148719.0, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.

U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.

U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.

U.S. Appl. No. 29/324,130, Andre et al., Electronic Device, filed Sep. 5, 2008.

U.S. Appl. No. 29/324,137, Andre et al., Electronic Device, filed Sep. 6, 2008.

U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.

U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

**Copy provided by USPTO from the PIRS Image Database on 04/25/2011**

APLNDC00032475

Joint Trial Exhibit No. 1043.4

## US D618,677 S

Page 3

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

LG DE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet, <URL:http//www.gsmarena.com>.

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, <URL:http//www.mobilewhack.com>.

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, <URL:http//www.engadget.com>.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032476

**U.S. Patent**          Jun. 29, 2010          Sheet 1 of 2          **US D618,677 S**



*FIG. 1*



*FIG. 2*

**U.S. Patent**     Jun. 29, 2010     Sheet 2 of 2     US D618,677 S



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032478

# EXHIBIT 65

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Accused Smartphones** 1/

Units in Thousands, Revenue in Millions USD

| Accused Products | Data | 2010 | | | YE Total | 2011 | | | | YE Total | 2012 | | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2Q | 3Q | 4Q | | 1Q | 2Q | 3Q | 4Q | | Q1 | Q2 | | |
| Captivate | Units | - | 481 | 251 | 733 | 229 | 170 | 181 | 78 | 658 | (1) | (0) | (1) | 1,390 |
| | Revenue | $ - $ 215 $ 110 | | | $ 325 | $ 84 $ 48 $ 51 $ 15 | | | | $ 199 | $ 0 $ 1 | | $ 1 | $ 525 |
| Continuum | Units | - | - | 174 | 174 | 7 | 60 | 79 | (0) | 147 | (0) | (0) | (0) | 320 |
| | Revenue | $ - $ (0) $ 73 | | | $ 73 | $ 1 $ 15 $ 21 $ 1 | | | | $ 39 | $ (0) $ (0) | | $ (0) | $ 112 |
| Droid Charge | Units | - | - | - | - | - | 452 | 155 | 92 | 699 | 58 | 49 | 107 | 806 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ 241 $ 76 $ 35 | | | | $ 351 | $ 25 $ 18 | | $ 43 | $ 395 |
| Epic 4G | Units | - | 373 | 329 | 703 | 367 | 521 | 69 | 136 | 1,093 | 64 | 38 | 102 | 1,897 |
| | Revenue | $ - $ 193 $ 170 | | | $ 363 | $ 179 $ 216 $ 16 $ 47 | | | | $ 459 | $ 20 $ 14 | | $ 33 | $ 855 |
| Exhibit 4G | Units | - | - | - | - | - | 118 | 132 | 33 | 283 | 14 | 6 | 20 | 303 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ 32 $ 34 $ 7 | | | | $ 73 | $ 2 $ 1 | | $ 3 | $ 76 |
| Fascinate | Units | - | 541 | 486 | 1,027 | 161 | 198 | 48 | (0) | 407 | (0) | (0) | (0) | 1,434 |
| | Revenue | $ - $ 249 $ 219 | | | $ 469 | $ 68 $ 65 $ 15 $ 3 | | | | $ 150 | $ 0 $ (0) | | $ (0) | $ 619 |
| Galaxy Ace | Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ - $ - $ - | | | | $ - | $ - $ - | | $ - | $ - |
| Galaxy Prevail | Units | - | - | - | - | - | 666 | 539 | 332 | 1,537 | 417 | 301 | 718 | 2,255 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ 122 $ 82 $ 55 | | | | $ 259 | $ 70 $ 49 | | $ 120 | $ 378 |
| Galaxy S (i9000) | Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ - $ - $ - | | | | $ - | $ - $ - | | $ - | $ - |
| Galaxy S 4G | Units | - | - | - | - | 354 | 253 | 302 | 237 | 1,146 | 184 | 118 | 301 | 1,447 |
| | Revenue | $ - $ - $ - | | | $ - | $ 152 $ 90 $ 91 $ 62 | | | | $ 395 | $ 47 $ 31 | | $ 78 | $ 473 |
| Galaxy S II (AT&T Edition, 4G) 2/ | Units | - | - | - | - | - | - | 110 | 273 | 384 | 68 | 122 | 190 | 574 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ - $ 53 $ 126 | | | | $ 180 | $ 16 $ 44 | | $ 60 | $ 240 |
| Galaxy S II (Epic 4G Touch) | Units | - | - | - | - | - | - | 165 | 414 | 579 | 516 | 581 | 1,097 | 1,675 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ - $ 79 $ 196 | | | | $ 275 | $ 240 $ 249 | | $ 489 | $ 764 |
| Galaxy S II (Skyrocket) | Units | - | - | - | - | - | - | - | 328 | 328 | 147 | 161 | 309 | 636 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ - $ - $ 160 | | | | $ 160 | $ 65 $ 64 | | $ 129 | $ 289 |
| Galaxy S II (T-Mobile edition) | Units | - | - | - | - | - | - | - | 432 | 432 | 514 | 305 | 819 | 1,252 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ - $ - $ 196 | | | | $ 196 | $ 237 $ 128 | | $ 365 | $ 561 |
| Galaxy S Showcase | Units | - | - | 32 | 32 | 38 | 78 | 74 | 42 | 233 | 73 | 80 | 153 | 417 |
| | Revenue | $ - $ - $ 16 | | | $ 16 | $ 18 $ 30 $ 26 $ 14 | | | | $ 88 | $ 22 $ 22 | | $ 44 | $ 148 |
| Gem | Units | - | - | - | - | 97 | 153 | 102 | 22 | 374 | 0 | 0 | 0 | 374 |
| | Revenue | $ - $ - $ - | | | $ - | $ 18 $ 28 $ 15 $ 3 | | | | $ 64 | $ 0 $ 1 | | $ 1 | $ 64 |
| Indulge | Units | - | - | - | - | 144 | (0) | 66 | 61 | 271 | (0) | - | (0) | 271 |
| | Revenue | $ - $ - $ - | | | $ - | $ 59 $ (4) $ 23 $ 21 | | | | $ 98 | $ (0) $ - | | $ (0) | $ 98 |
| Infuse 4G | Units | - | - | - | - | - | 288 | 360 | 202 | 851 | 154 | 40 | 194 | 1,045 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ 138 $ 155 $ 67 | | | | $ 361 | $ 44 $ 12 | | $ 56 | $ 417 |
| Intercept | Units | 84 | 466 | 307 | 858 | 161 | 147 | 3 | 70 | 380 | 49 | 5 | 54 | 1,292 |
| | Revenue | $ 20 $ 107 $ 69 | | | $ 196 | $ 31 $ 30 $ (1) $ 8 | | | | $ 67 | $ 7 $ 1 | | $ 7 | $ 271 |
| Mesmerize | Units | - | - | 120 | 120 | 149 | 206 | 55 | 127 | 537 | 10 | 121 | 131 | 788 |
| | Revenue | $ - $ - $ 57 | | | $ 57 | $ 67 $ 81 $ 19 $ 38 | | | | $ 205 | $ 3 $ 32 | | $ 35 | $ 296 |
| Nexus S 4G | Units | - | - | - | - | - | 401 | 23 | 80 | 504 | 8 | - | 8 | 512 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ 178 $ (5) $ 20 | | | | $ 193 | $ 3 $ 1 | | $ 3 | $ 196 |
| Replenish | Units | - | - | - | - | - | 439 | 149 | 15 | 603 | 260 | 75 | 336 | 938 |
| | Revenue | $ - $ - $ - | | | $ - | $ - $ 72 $ 23 $ (3) | | | | $ 92 | $ 40 $ 11 | | $ 51 | $ 144 |
| Transform | Units | - | 43 | 196 | 239 | 189 | 116 | 60 | - | 365 | (0) | - | (0) | 604 |
| | Revenue | $ - $ 13 $ 54 | | | $ 66 | $ 50 $ 25 $ 11 $ - | | | | $ 86 | $ (1) $ - | | $ (1) | $ 152 |
| Vibrant | Units | 6 | 634 | 333 | 973 | 41 | 7 | (0) | - | 48 | - | - | - | 1,021 |
| | Revenue | $ 3 $ 279 $ 147 | | | $ 429 | $ 13 $ 3 $ 1 $ 0 | | | | $ 17 | $ (2) $ 0 | | $ (1) | $ 444 |
| **Total** | **Units** | **90** | **2,539** | **2,228** | **4,857** | **1,938** | **4,272** | **2,673** | **2,975** | **11,858** | **2,535** | **2,001** | **4,537** | **21,251** |
| | **Revenue** | **$ 23 $ 1,056 $ 915** | | | **$ 1,994** | **$ 738 $ 1,411 $ 786 $ 1,071** | | | | **$ 4,007** | **$ 838 $ 678** | | **$ 1,516** | **$ 7,516** |

**Sources/Notes:**

1/  STA and SEA sales of accused smartphone sales, for June 2010 through June 2012 (SAMNDCA00402075 and '4875335_1_Highly Confidential  Attorneys Eyes Only Worldwide Accused Modell 2012 2Q update.xls').

2/  Galaxy S II (AT&T edition, 4G)'s model number is listed along with the Galaxy S II (i9000) in Samsung's financial data.  I have counted sales through STA and SEA as sales of the Galaxy S II (AT&T edition, 4G) because I understand that the i9100 model is not sold in the US and all other models listed were not found on Samsung's North America Web Site.

Prepared by Invotex Group

**JOINT TRIAL EXHIBIT NO. 1500**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Accused Tablets** 1/
Units in Thousands, Revenue in Millions USD

| Accused Products | Data | 2010 4Q | YE Total | 2011 1Q | 2011 2Q | 2011 3Q | 2011 4Q | YE Total | 2012 Q1 | 2012 Q2 | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Tab | Units | 262 | 262 | 77 | 133 | 92 | 102 | 404 | 35 | 25 | 60 | 725 |
|  | Revenue | $ 154 | $ 154 | $ 22 | $ 49 | $ 37 | $ 40 | $ 148 | $ 14 | $ 9 | $ 23 | $ 325 |
| Galaxy Tab 10.1 | Units | - | - | - | 133 | 133 | 213 | 480 | 104 | 1 | 105 | 585 |
|  | Revenue | - | - | - | 63 | 58 | 85 | 206 | 36 | (5) | 32 | 237 |
| Galaxy Tab 10.1 LTE | Units | - | - | - | - | 68 | 32 | 99 | 17 | 11 | 28 | 127 |
|  | Revenue | - | - | - | - | 45 | 20 | 66 | 10 | 6 | 16 | 81 |
| **Total** | **Units** | **262** | **262** | **77** | **266** | **293** | **347** | **983** | **156** | **37** | **193** | **1,438** |
|  | **Revenue** | **$ 154** | **$ 154** | **$ 22** | **$ 112** | **$ 140** | **$ 145** | **$ 419** | **$ 60** | **$ 11** | **$ 71** | **$ 644** |

**Sources/Notes:**
1/ STA and SEA sales of accused tablets for October 2010 through March 2012 (SAMNDCA00402075 and '4875335_1_Highly Confidential Attorneys Eyes Only Worldwide Accused Modell 2012 2Q update.xls').

Prepared by Invotex Group

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Case 5:11-cv-01846-LHK   Document 2062-10   Filed 10/19/12   Page 78 of 78
Apple Inc. v. Samsung Electronics Co., LTD., et al.

Joint Trial Exhibit No. 1500.3

**Apple's U.S. Historical iPhone, iPad and iPod Touch Sales**

| (Units in Thousands, Revenue in Millions USD) | | iPhone 1/ | | iPad 2/ | | iPod Touch 2/ | |
|---|---|---|---|---|---|---|---|
| | | Units | Revenue | Units | Revenue | Units | Revenue |
| **2007** | Q1 | | | | | | |
| | Q2 | 270 | $ 143 | | | | |
| | Q3 | 1,119 | $ 506 | | | 172 | $ 57 |
| | Q4 | 1,833 | $ 729 | | | 1,764 | $ 523 |
| | **Total** | **3,222** | **$ 1,378** | | | **1,937** | **$ 580** |
| **2008** | Q1 | 1,630 | $ 671 | | | 738 | $ 242 |
| | Q2 | 692 | $ 311 | | | 825 | $ 254 |
| | Q3 | 2,660 | $ 1,645 | | | 1,204 | $ 317 |
| | Q4 | 2,041 | $ 1,222 | | | 3,181 | $ 737 |
| | **Total** | **7,023** | **$ 3,849** | | | **5,948** | **$ 1,550** |
| **2009** | Q1 | 1,678 | $ 1,004 | | | 1,631 | $ 392 |
| | Q2 | 2,532 | $ 1,390 | | | 1,942 | $ 438 |
| | Q3 | 3,475 | $ 1,996 | | | 2,100 | $ 457 |
| | Q4 | 2,501 | $ 1,385 | | | 4,961 | $ 1,001 |
| | **Total** | **10,186** | **$ 5,775** | | | **10,633** | **$ 2,289** |
| **2010** | Q1 | 2,666 | $ 1,444 | | | 2,647 | $ 558 |
| | **Q2** | 2,778 | $ 1,562 | 2,294 | $ 1,398 | 2,441 | $ 493 |
| | **Q3** | 4,912 | $ 2,841 | 1,969 | $ 1,223 | 2,501 | $ 496 |
| | **Q4** | 3,767 | $ 2,102 | 3,597 | $ 2,065 | 5,689 | $ 1,263 |
| | **Total** | **14,123** | **$ 7,949** | **7,860** | **$ 4,686** | **13,278** | **$ 2,810** |
| **2011** | **Q1** | 6,810 | $ 4,256 | 1,914 | $ 1,067 | 2,293 | $ 547 |
| | **Q2** | 5,670 | $ 3,438 | 4,293 | $ 2,583 | 1,881 | $ 420 |
| | **Q3** | 4,820 | $ 2,851 | 3,795 | $ 2,172 | 1,588 | $ 342 |
| | **Q4** | 15,073 | $ 9,393 | 5,967 | $ 3,288 | 5,175 | $ 993 |
| | **Total** | **32,372** | **$ 19,938** | **15,969** | **$ 9,110** | **10,937** | **$ 2,302** |
| **2012** | **Q1** | 10,687 | $ 6,678 | 4,460 | $ 2,387 | 2,028 | $ 411 |
| | **Q2** | 8,342 | $ 5,137 | 5,713 | $ 2,891 | 1,791 | $ 354 |
| | **Total** | **19,029** | **$ 11,815** | **10,173** | **$ 5,277** | **3,819** | **$ 765** |
| **Total** | | **85,956** | **$ 50,703** | **34,002** | **$ 19,074** | **46,551** | **$ 10,296** |

| Units Accused by Samsung of Ingringing the Following Patents: | iPhone Units | iPhone Revenue | iPad Units | iPad Revenue | iPod Touch Units | iPod Touch Revenue |
|---|---|---|---|---|---|---|
| '516 and '941 Patents | 44,409 | 26,042 | 7,601 | 5,351 | -- | -- |
| '460 Patent | 46,624 | 25,896 | 18,747 | 8,167 | 20,970 | $ 4,639 |
| '893 Patent | 15,750 | 9,642 | 13,477 | 7,010 | 10,420 | $ 2,122 |
| '711 Patent | 15,750 | 9,642 | -- | -- | -- | -- |

**Sources/Notes:**

Data is displayed in calendar years/quarters.  Apple operates on a fiscal year ending September 31.

1/  Apple iPhone Units / Revenue Report APLNDC0003149809 - 9814 and APLNDC-Y0000408219  Revenue = "Total Handset Billings." Accused units include iPhone 3G, iPhone 3GS, and iPhone 4.

2/  Apple iPod Touch and iPad Units / Revenue Report, APLNDC-Y0000408212 - 218.  Revenue = "Total Handset Billings." Accused iPad units and revenue include data for the iPad (AT&T) and iPad 2.  Accused iPod Touch units and revenue include data for the iPod Touch, 4th Generation.

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only