# EXHIBIT 2

Mac
iPod
iPhone
iPad
iTunes
Support

Apple Press Info          Press Releases          Product Images & Info          Apple Leadership

## iPhone 5 First Weekend Sales Top Five Million

CUPERTINO, California—September 24, 2012—Apple® today announced it has sold over five million of its new iPhone® 5, just three days after its launch on September 21, and more than 100 million iOS devices have been updated with iOS 6, the world's most advanced mobile operating system. iPhone 5 is available in the US, Australia, Canada, France, Germany, Hong Kong, Japan, Singapore and the UK, and will be available in 22 more countries on September 28 and more than 100 countries by the end of the year. Demand for iPhone 5 exceeded the initial supply and while the majority of pre-orders have been shipped to customers, many are scheduled to be shipped in October.

"Demand for iPhone 5 has been incredible and we are working hard to get an iPhone 5 into the hands of every customer who wants one as quickly as possible," said Tim Cook, Apple's CEO. "While we have sold out of our initial supply, stores continue to receive iPhone 5 shipments regularly and customers can continue to order online and receive an estimated delivery date. We appreciate everyone's patience and are working hard to build enough iPhone 5s for everyone."

iPhone 5 is the thinnest and lightest iPhone ever, completely redesigned to feature a stunning new 4-inch Retina™ display; an Apple-designed A6 chip for blazing fast performance; and ultrafast wireless technology*—all while delivering even better battery life.**

**Pricing & Availability**
iPhone 5 comes in either white & silver or black & slate, and is available in the US for a suggested retail price of $199 (US) for the 16GB model and $299 (US) for the 32GB model and $399 (US) for the 64GB model. iPhone 5 is available from the Apple Online Store (www.apple.com), Apple's retail stores, and through AT&T, Sprint, Verizon Wireless, select Best Buy, RadioShack, Target and Walmart stores and select Apple Authorized Resellers. iPhone 4S is also available for just $99 (US) and iPhone 4 is available for free with a two-year contract.***

iPhone 5 will be available on September 28 in Austria, Belgium, Czech Republic, Denmark, Estonia, Finland, Hungary, Ireland, Italy, Liechtenstein, Lithuania, Luxembourg, Netherlands, New Zealand, Norway, Poland, Portugal, Slovakia, Slovenia, Spain, Sweden and Switzerland.

* LTE is available through select carriers. Network speeds are dependent on carrier networks, check with your carrier for details.
** Battery life depends on device settings, usage and other factors. Actual results vary.
*** Qualified customers only. Requires a new two year rate plan, sold separately.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

**Press Contacts**:
Trudy Muller
Apple
tmuller@apple.com
(408) 862-7426

Natalie Kerris

**Download iPhone images**


iPhone 5
Download (zip)


iPhone 5
Download (zip)


iPhone 5
Download (zip)


iPhone 5
Download (zip)

Apple
nat@apple.com
(408) 974-6877

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone and Retina are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com