# EXHIBIT 3



PLAINTIFF'S EXHIBIT NO. 60
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

# STA COMPETITIVE SITUATION

# ☐ PARADIGM SHIFT

HQ CFO

| Owner | Justin Denison |
|---|---|
| Document Revision | v 0.2 |
| Effective Date | 16 FEB 2012 |
| Retention | 5 Years |
| Security Policy | Top Secret |

Plaintiff's Exhibit No. 60.2

# THIS DOCUMENT IS CLASSIFIED AS *TOP SECRET*

- The information that will be discussed during this meeting and the presentation materials contain critical business and/or technical information.

- If this information were to be improperly shared with or accessed by Competitors, Samsung could be irreparably harmed. As such:

- Discussion of the meeting contents and/or redistribution of related materials is prohibited even within Samsung without prior written authorization by your meeting lead/organizer or the STA President.

**Disclosure outside of Samsung is strictly prohibited, unless covered by a valid non-disclosure agreement and written approval has been provided by VP/GM level or above employee of STA.**

17 NOV 2011 - UPDATE REQ'D

TOP SECRET - UPDATE REQ'D

2

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547402

Plaintiff's Exhibit No. 60.3

# AGENDA

2011 Business Summary

Market Situation / Lessons Learned

Paradigm Shift

2012 Business Outlook

Discussion

SLIDE 3 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547403

Plaintiff's Exhibit No. 60.4



# 2011 BUSINESS SUMMARY

SAMSUNG

SLIDE 4 of 31

TOP SECRET

16 FEB 2012

Plaintiff's Exhibit No. 60.5



SAMNDCA11547405

Plaintiff's Exhibit No. 60.6

# IN 2011 GALAXY TABLETS FACED STRONG COMPETITION FROM BOTH THE HIGH END IPAD AND LOW TIERED FIRE/NOOK.



## Tablet Revenue

## Tablet Volume

*2011: 660K STA    380K SEA

The continued success of the iPad as well as the introduction of the lower end tablets such as the Kindle Fire and Nook tablet has created a highly competitive Tablet market.



TOP SECRET

16 FEB 2012

SLIDE 6 of 31

Highly Confidential — Attorneys' Eyes Only

SAMNDCA11547406

Plaintiff's Exhibit No. 60.7



# MARKET SITUATION

# LESSONS LEARNED

SAMSUNG

SLIDE 7 of 31

TOP SECRET

16 FEB 2012



CONSOLIDATION AROUND TWO OS PLATFORMS. US MARKET BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

Plaintiff's Exhibit No. 60.8

Android & iOS Becoming The Only Relevant OS platforms

Three Horse Race becoming at Two Horse Race Between Apple & Samsung

Smartphone Sell—thru Share by OS

Smartphone Share by OEM

Source: STA SMART system (BP, Acct teams,

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547408

Plaintiff's Exhibit No. 60.9

# APPLE CONTINUES TO SHOW SALES GROWTH DUE TO STRONG LOYALTY, CARRIER AGREEMENTS AND DOMINANT RETAIL PRESENCE

## iPhone Subscribers Could Potentially Represent ~25% of the Entire US Install Base in 2 Years

| | 2011 | 2012 | 2013 |
|---|---|---|---|
| US | 276.1 | 287.8 | 299.7 |
| iPhone | 28.2 | 46.3 | 67.1 |

CAGR: US 4.2%, iPhone 64.8%

Legend: iPhone ■ US

## Carrier Contractual Commitments (or De Facto Spend) for iPhone are Significant

| | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint | $0.6B | $4.1B | $4.1B | $4.1B | $2.6B | $15.5B |
| Verizon | $5.6B | $8.5B | $8.5B | $8.5B | | $31.1B |
| AT&T | $8.9B | $10.4B | $10.4B | $10.4B | $10.4B | $50.5B |

Sources:
Sprint reported $15.5B contractual 4 year commitment to Apple
Verizon annual report indicated $54.6B in purchase obligations of which majority is likely Phone
ATT: STA estimate

## iOS Loyalty Remains Strongest Among OEMS

Repeat Purchases: 78%, 64%, 51%, 46%, 39%

Source: Nielsen 1Q11 *

## Apple Leads all U.S. Retailers in Annual Sales / Sq Ft



| | Apple | Tiffany & Co | Coach | Lululemon Athletica | GameStop |
|---|---|---|---|---|---|
| Sales/Sq Ft | 5626 | 2974 | 1820 | 1731 | 1009 |
| YoY Growth -> | 49% | 11% | 7% | 24% | 1% |

Source: RetailSails, Aug 2011

TOP SECRET   SLIDE 9 of 31

15 FEB 2012

Plaintiff's Exhibit No. 60.10

# CARRIER CONTRACTUAL AGREEMENTS FOR PHONE PURCHASES ARE SIGNIFICANT MULTI-BILLION DOLLAR OBLIGATIONS

## Carrier Contractual Commitments for iPhone are Significant $ Obligations

|  | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint | $0.6B | $4.1B | $4.1B | $4.1B | $2.6B | $15.5B |
| verizon | $5.6B | $8.5B | $8.5B | $8.5B |  | $31.1B |
| at&t | $8.9B | $10.4B | $10.4B | $10.4B | $10.4B | $50.5B |

Sources:
Sprint reported $15.5B contractual 4 year commitment to Apple
Verizon annual report indicated $54.6B in purchase obligations of which majority is likely iPhone
ATT: STA estimate

## IMPLIED Carrier Contractual iPhone Unit Commitments (& estimated M/S)

|  | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint ** | 1.0 (6%)* | 7.5 (40%) | 7.5 (40%) | 7.5 (40%) | 5.5 (16%)* | 29.0M |
| verizon | 10.0 (23%)* | 15.8 (35%) | 15.8 (35%) | 15.8 (35%) |  | 57.4M |
| at&t | 16.7 (35%) | 19.2 (35%) | 19.2 (35%) | 19.2 (35%) | 19.2 (35%) | 93.5M |

\* Estimated unit commitment and M/S do not span the full calendar year
\*\* Sprint M/S assumes only Sprint branded, not Boost, VM





SAMSUNG

TOP SECRET          SLIDE 10 of 31

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11547410

Plaintiff's Exhibit No. 60.11

# APPLE HAS A SIGNIFICANT RETAIL PRESENCE IN THE US










Dedicated "Shelf" Space

US Points of Presence for Apple

verizon    5500+

at&t       5500+

Sprint     3500+

Walmart    3000+

Store in Store

US Points of Presence for Apple


BEST BUY   600+

TARGET   25 (Pilot)

Apple Retail



US Points of Presence for Apple



246

**2011 Apple Store Regional (US vs RoW)**

RoW 32%

US 68%


TOP SECRET


SAMSUNG

SLIDE 11 of 31

16 FEB 2012

Source: Internet, STA account teams
Carrier stores include COR + dealer-agent (carrier branded)

Highly Confidential - Attorneys' Eyes Only

Plaintiff's Exhibit No. 60.12

MEANWHILE APPLE CONTINUES TO SPEND HEAVILY FOR "ALWAYS-ON" PRESENCE. SAMSUNG DID NOT CONSISTENTLY INVEST HEAVILY IN MEDIA UNTIL Q3 2011.



**Quarterly OEM Spend ($M)**

Source: CompetiTrack

SLIDE 12 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547412

Plaintiff's Exhibit No. 60.13

# APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS

## 150M
Apple collective U.S. device installed base

27M
Mac

<2M
AppleTV

64M
Non-Touch iPod

13M
iPod Touch



iPad
15M

iPhone
29M

## 49M
unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



· 59% own an iPhone
· 27% own an iPod Touch
· 30% own an iPad

SLIDE 13 of 31

## 51M
Total iTunes Users in the U.S. (1 in 4 internet users)

TOP SECRET

*Sources: Comscore, Apple, Pew Internet Research, NPD, STA Analysis*

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547413

Plaintiff's Exhibit No. 60.14

# CARRIER COMMITMENTS AND CONSUMER DEMAND RESULTED IN RECORD CALENDAR 4Q11 RESULTS FOR APPLE: 37M GLOBAL SELL-IN







Jan 24, 2012:

Apple reported C4Q11 **global** sell-in shipments: **37.04M**

Analyst community expecting globally 30M – 35M

No Apple-reported U.S. sell-in numbers

Jan 24, 2012:

VZW reported 4Q11 iPhone activations: 4.3M

Activations > sell-thru

Estimated 4Q11 VZW iPhone sell-thru: **3.9M**

Jan 26, 2012 (4Q11 Earnings):

Estimated 4Q11 ATT iPhone sell-thru: **~7.0M**

Feb 8, 2012 (4Q11 Earnings):

Estimated 4Q11 SPR iPhone sell-thru: **~2.0M**





**12.9M**

US iPhone Sell-Thru 4Q11

TOP SECRET

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only     SAMNDCA11547414

Plaintiff's Exhibit No. 60.15

# A COMBINATION OF FACTORS DROVE 4Q11 US PHONE UPSIDE



**Total iPhone US Sales (M)**

iPhone 3GS launched June 19, 2009 - 734k in last 11 days of 2Q2009

iPhone 4 launched June 24, 2010 - 900k in last 6 days of 2Q2010

iPhone 4 launched Feb 10, 2011 at VZW - 2.2M at VZW in second half of 1Q11

iPhone 4S launched Oct 14, 2011 - full quarter volume estimate is 8.3M

1. Typical spike for launch quarter (see green arrows)
   - Same phenomenon exhibited for 4S launch, except launch quarter delayed to 4Q instead of typical 3Q
2. Pent up consumer demand
   - 3Q11 (the quarter before the iPhone 4S launched...see grey arrow) saw depressed units as consumer delayed upgrades
3. SKU expansion
   - iPhone went from 2 SKUs in 4Q10 to 7 SKUs in 4Q11
4. Distribution expansion
   - 3 main distribution points (ATT, Apple store, Nat'l Retail) in 4Q10 -> 5 points (ATT, VZW, Sprint, Apple, Nat'l Retail)

TOP SECRET

SLIDE 15 0f 31

16 FEB 2012

Plaintiff's Exhibit No. 60.16



# BY 4Q12, IPHONE EXPECTED TO BE AVAILABLE ACROSS FOUR MAJOR US CARRIERS, AT ALL PRICE POINTS

| 4Q11 | 1Q12 | 2Q12 | 3Q12 | 4Q12 |
|------|------|------|------|------|

**$399** — iPhone 4S 64GB — ASP: $680 / R/P: $399 / Sub: $281 — iPhone 5 64GB — ASP: $680 / R/P: $399 / Sub: $281

**$299** — iPhone 4S 32GB — ASP: $600 / R/P: $299 / Sub: $301 — iPhone 5 32GB — ASP: $600 / R/P: $299 / Sub: $301

**$199** — iPhone 4S 16GB — ASP: $520 / R/P: $199 / Sub: $321 — iPhone 5 16GB — ASP: $520 / R/P: $199 / Sub: $321

**$99** — iPhone 4 8GB — ASP: $440 / R/P: $99 / Sub: $341 — iPhone 4S 8GB — ASP: $440 / R/P: $99 / Sub: $341

**FREE** — iPhone 3GS 8GB — ASP: $360 / R/P: $0 / Sub: $360 — iPhone 4 8GB — ASP: $360 / R/P: $0 / Sub: $360

Source: STA est for ASP based on unlocked price of $849/$749/$649 and 20% markup

16 FEB 2012

TOP SECRET

SLIDE 16 of 31

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547416

Plaintiff's Exhibit No. 60.17

APPLE'S NEXT PLATFORM LAUNCH WILL CONTINUE TO ATTRACT AND RETAIN
CONSUMERS THROUGH TV LAUNCH AND SERVICES EXPANSION/INTEGRATION



Major Siri & iCloud Expansion
+ Introduction of payment service (iWallet?)

Enabling services

Rumor

ITV
42" MSRP = $1499
Voice control (Siri)
Gesture control with FF camera
Web surfing, SN, video chat

Platform Expansion

Maps & Navigation (iMaps?)

Expanded Social Networking & FaceTime Integration

Ping

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547417

Plaintiff's Exhibit No. 60.18



SAMNDCA11547418

Plaintiff's Exhibit No. 60.19

# APPLE SUBSCRIBER TRAJECTORY MAY RESULT IN APPLE OVERTAKING SAMSUNG'S ENTIRE US INSTALL BASE BY YE2013



| Subs* (YoY %) | 2010 | 2011 | 2012E | 2013E |
|---|---|---|---|---|
| iPhone | 14.8 | 28.2 (91%) | 46.3 (64%) | 67.1 (45%) |
| SAM Total | 58.1 | 59.8 (3%) | 61.6 (3%) | 63.4 (3%) |
| SAM Smart | 5.0 | 11.4 (128%) | TBD | TBD |

*iPhone subs per STA est; SAM subs per comScore

US iPhone subscriber base possibly overtaking Samsung total US install base by 2013

TOP SECRET

SLIDE 19 of 31

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547419

Plaintiff's Exhibit No. 60.20



SAMSUNG

# STA MUST EXECUTE A PARADIGM SHIFT TO WIN

SLIDE 20 of 31

TOP SECRET

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only

Plaintiff's Exhibit No. 60.21

# STA IS FOCUSED ON OVERCOMING 2011 CHALLENGES IN PURSUIT OF A REMARKABLE 2012 PERFORMANCE

| 2011 Challenge | 2012 Strategy |
|---|---|
| **Galaxy brand** too **weak** to create sufficient 'pull' and sustain S-P sales<br><br>(20 point gap in preference in 8 Key markets)<br><br>Samsung **not winning** the **'Last Three Feet'** of retail<br><br>(Recommendation Rate in ATT is 71% for A and 18% for Samsung) | STA to **expand Galaxy branding** and re-focus marketing investment accordingly<br><br>**Improve** retail **presence** of *Galaxy* devices and create **shop-in-shop** experience |
| **Insufficient** sales and brand **ROI** achieved with **channel-dominant marketing spend** | **Shift** marketing **investment** strategy towards **brand-building** and **online** initiatives |
| Significant **lost sales** due to **late product** launch and **poor quality**<br><br>(30+ delayed launches in 2011) | **Focus** resources on **flawless launch** execution and **improve coordination** of **quality improvement** activities with **HQ** |

SAMSUNG

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11547421

Plaintiff's Exhibit No. 60.22

# STA MUST LEAD A PARADIGM SHIFT TO CREATE THE VIRTUOUS CYCLE REQUIRED TO WIN THE HEARTS AND MINDS OF CONSUMERS & BEAT APPLE

Goal: Achieve position as most reliable/trusted Carrier supplier AND strategic brand partner

**Drive Consumers to Stores**

**Optimize the Samsung Retail Experience**

**Launch a Dealer/Rep Loyalty Program**

Tactics:.
- Shift CDE to ATL
- Eliminate Contractual MDF
- Re-Focus MDF resources on 20% of Products

16 FEB 2012

TOP SECRET

SLIDE 22 of 31

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547422

Plaintiff's Exhibit No. 60.23



SLIDE 23 of 31

TOP SECRET

16 FEB 2012

# 2012 BUSINESS OUTLOOK

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547423

Plaintiffs' Exhibit No. 60.24

# STA IS TARGETING REMARKABLE GROWTH IN 2012 BUT MORE IMPROVEMENT NEEDED TO CLOSE REV GAP WITH APPLE



## STA Goals in 2012

* 2012 HHP TAM: 188M

☐ Grow ASP: to >$233
☐ Grow Share: to >30% S-P share
☐ Grow $ Share: to >27% (+9% points YoY)
☐ Beat Apple: Q2'11 (volume basis)
☐ Double Profit: >$2B consolidated profit (at 15% profit rate)

SLIDE 24 of 31

SAMSUNG

TOP SECRET

**Sam v. Apple HHP + Tablet Revenue ($B)**

*2012 SAM Tot Rev: $15.4B
2012 Apple Tot Rev: $37.6B

SAM N/S   SAM Smart   Sam Tab   Apple   Apple iPad

‡ S/T Revenue

**Sam v. Apple HHP Revenue ($B)**

*2012 SAM HHP Rev: $13.9
2012 Apple HHP Rev: $22.6B

SAM N/S   SAM Smart   Apple

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only

Plaintiff's Exhibit No. 60.25



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547425

Plaintiff's Exhibit No. 60.26

# 1Q STARTED VERY SLOWLY BUT BUSINESS HAS SHOWN MARKED IMPROVEMENT IN WKS 5~6



STA Reaching ~70% S/O Vol Share

STA Approaching Apple in Vol Share

Legend: Apple, Samsung, HTC, Motorola, RIM, LG, Others, Huawei

Source: STA S/P Tracker



Record Sales of GSII in WK5

Record Sales of GSII in WK6

S-2.4H (WK5)

S-0.9A (WK5)

SAMSUNG

SLIDE 26 of 31

TOP SECRET

16 FEB 2012

Plaintiff's Exhibit No. 60.27

# 1Q STARTED VERY SLOWLY BUT BUSINESS HAS SHOWN MARKED IMPROVEMENT IN WKS 5-6



TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547427

Plaintiff's Exhibit No. 60.28

# STA SPEND IS RAPIDLY ALIGNING WITH THE NEW PARADIGM
## WHILE REDUCING SPEND RATIO BY >25% YOY

In Q1'12, STA increased Brand spend by 2% points while decreasing Channel spend by 2%



In Q1'12, STA is on track to achieve ~2.5% reduction in total spend (~12.1% vs. 14.6%)



In Q2'12 STA will target further reduction of spend (<11% vs. 13.4%)

In Q1'12, process improvements and decrease in pricing programs helped lower CDE spend



MDF

CDE

16 FEB 2012

TOP SECRET

SAMSUNG

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11547428

Plaintiff's Exhibit No. 60.29

FOR MDF/CDE SPEND MANAGEMENT, STA HAS INSTITUTED A NEW PROCESS TO BETTER EVALUATE PERFORMANCE AND IMPROVE 'LEARNING'



- Evaluation of past performance impact future approvals
- Increased quality of programs through competition for funding
- Formalized bi-monthly reviews of investment programs by Account Teams
  - Encourage accountability through performance influenced decisions
  - Drive improved performance by self evaluation
- All programs receive quantitative/qualitative review
  - Verify that strategic objectives are obtained
  - Feedback for guiding future investment strategy

TOP SECRET

16 FEB 2012

SLIDE 29 of 31

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547429

Plaintiff's Exhibit No. 60.30

BY COMBINING MDF/CDE MANAGEMENT PROCESSES AND INCLUDING FINANCE, RESULTANT SPEND IS BETTER ALIGNED WITH STRATEGY AND BUDGET



Similar, but separate processes except for review at Program Approval Committee (PAC)

- PAC review now includes ranking of all programs prior to PSC review
- New PSC Review provides structured collective leadership oversight
  - Marketing
  - Business Planning
  - Finance (new)
- Consistent and combined investment reporting

Highly Confidential – Attorneys' Eyes Only　　　　　　SAMNDCA11547430

Plaintiff's Exhibit No. 60.31



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547431

Plaintiff's Exhibit No. 60.32





SLIDE 32 of 31

THANK YOU

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547432

Plaintiff's Exhibit No. 60.33





SLIDE 33 of 31

TOP SECRET

16 FEB 2012

APPENDIX

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547433

Plaintiff's Exhibit No. 60.34



SAMSUNG

SLIDE 34 of 31

TOP SECRET

16 FEB 2012

# PRODUCT
# BACKUP

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547434

Plaintiff's Exhibit No. 60.35

# STA PLANS TO REDUCE SKU COUNT BY 10% YOY

- In 2011, STA launched 53 new phones
- In 2012, STA intends to reduce SKU count by 10% while increasing revenue
- SKUs that share a HW platform and differ only in design/CMF are considered as 1 SKU

TOP SECRET

SLIDE 35 of 31

15 FEB 2012

Plaintiff's Exhibit No. 60.36

# LAUNCH CHALLENGES

## 32 of 39 projects were delayed in 2011 (82%) Tier 1 carriers

All carriers project = 65 (57 unique models, exclude color variants) & 100+ MRs

## New Product Opportunity cost due to delays

YTD = 4.8 M units

YTD = $1,494B

| Carrier | Projects | Delayed Project | | On time or Early | |
|---|---|---|---|---|---|
| | | Completed (Weeks delayed) | On-going | Ongoing | Completed (Num. Weeks saved) |
| Verizon | 8 | 6 (9.3W) | 2 | | 0 |
| Sprint | 12 | 9 (7W) | 1 | | 2 (1.5W) |
| AT&T | 8 | 8 (7.75W) | 0 | | 0 |
| T-Mobile | 11 | 9 (4.22W) | 0 | | 2 (1W) |
| Sum | 39 | 32 (7.1W) | 3 | | 4 (1.25W) |

16 FEB 2012

TOP SECRET

SLIDE 36 of 31

SAMSUNG

Plaintiff's Exhibit No. 60.37

# HQ ANALYSIS OF GINGERBREAD UPGRADES SHOWED SAMSUNG ~3 MONTHS DELAYED VS. COMPETITORS



## Average Gingerbread Delay vs. Competition

VZW:         3 months

ATT:         4 months

Sprint:      4 months

T-Mobile:    3 months

16 FEB 2012

TOP SECRET

SLIDE 37 of 31

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547437

Plaintiff's Exhibit No. 60.38

# MRS & OS UPDATES STATUS

- Too many MRs required due to post launch issues found
  - *Some MRs are to address broken MRs – Goal to reduce MRs required in 2012*

- Gingerbread Updates delays and behind the competition
  - *18+ OS upgrade MRs launched in 2011 – Double that number expected in 2012*

- It is expected that each product will require 1 to 2 OS updates over 18 months after launch per Google IO commitment
  - *TTM and quality of the OS updates are critical to Samsung brand loyalty*



OS-Upgrade Delay examples

SAMSUNG

# QUALITY STATUS – TOTAL RETURN RATE

● **Overall total return rate in Oct: 15.4%, [ 18% improvement over '10.12 result (18.8%) ]**

[Overall Comparison vs. '10.12]

● Smart portfolio : 13% improved (23.9% to 20.7%)
● Feature portfolio        : 27% improved (18.0% to 14.0%)
● In Warranty       : 34% improved (10.8% to 7.1%)
● Buyer's Remorse : 4% increase (8.0% to 8.3%)

### Total Return Rate Trend

[Total Return = in Wty + BR]                    [Unit: %]

**18%**

Goal: 13.2%

2009    2010    '11.10    '11.12(est)

- (%) indicates smart device volume v. total sell-thru

### [ Trend by Carrier ]

| Carrier | 2009 | 2010 | 2011 Oct |
|---|---|---|---|
| Total | 17.4 (3%) | 18.8 (14%) | 15.4 (38%) |
| Verizon | 17.0 (3%) | 10.7 (6%) | 12.2 (18%) |
| T-Mobile | 13.0 (1%) | 14.6 (15%) | 16.3 (41%) |
| AT&T | 11.5 (4%) | 18.3 (10%) | 17.1 (43%) |
| Sprint | 27.3 (3%) | 34.3 (29%) | 20.9 (87%) |

(%) indicates smart device volume v. total sell-thru within each carrier

● **2011 launched product showing improved quality in the field compared to 2010 launched**

  - 8 out of 10 smart models launched in 2011 showing average of 34% improvement over predecessor when compared at same period in the market

16 FEB 2012                    TOP SECRET                    SLIDE 39 of 31

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11547439

Plaintiff's Exhibit No. 60.40

# QUALITY STATUS – CARRIER RETURN RATE

## AT&T/Sprint improved in 2011, T-Mobile/Verizon worsened

AT&T    : 0.48% decrease v. '10.Dec (1.03->0.55)
Sprint   : 0.27% decrease v. '10.Dec (1.93->1.66)
T-Mobile : 0.17% increase v. '10.Dec (0.75->0.93)
Verizon : 0.58% increase v. '10.Dec (1.80->2.38, based on Aug result)

*Verizon modified calculation logic (11.9*), Sep 1.4

: T-Mobile T839 Memory Leak issue, T589 F-PCB Cracking  Verizon i500 Missed call issue

**[AT&T – Smart]**
Over penalty threshold 0.85%
- Main driver : I897 PMIC issue

**[T-Mobile – Smart]**
Over VSC threshold 1.50%
- Main driver : T839, T589

**[Sprint – Smart]**
VSC Goal : 2.50%
- Entry Smart Device over 2.5%
  : M910,M920 (Lagging/Perf. Issue)

**[Verizon – Smart]**
New portfolio standard in effect

Before : within 18 month after launch
After : within 12 month after launch

### AT&T – Monthly Exchange Rate

Overall
1.03
'09  '10  '11.9

Smart
0.86  0.94
0.69
'09  '10  '11.10

Feature
1.06  A877
0.47  0.42
'09  '10  '11.9

### Sprint – Monthly Exchange Rate

Overall
1.93  1.66
1.40
'09  '10  '11.10

Smart
4.13  M900
2.36
1.71
'09  '10  '11.10

Feature
1.39  1.24  0.86
'09  '10  '11.10

### T-Mobile – Monthly Exchange Rate

Overall
0.74  0.76  0.93
'09  '10  '11.10

Smart
1.50  1.65
1.34
'09  '10  '11.10

Feature
0.74  0.64  0.47
'09  '10  '11.10

### Verizon – Life to date Defect Rate

Overall
2.70  1.80  2.38
'09  '10  '11.8

Smart
Verizon implemented
new standard in '11.9
Omnia I/II
7.27
4.45
1.75
'09  '10  '11.8

Feature
2.55  1.80  2.03
'09  '10  '11.8

16 FEB 2012

TOP SECRET

SLIDE 40 of 31

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547440

Plaintiff's Exhibit No. 60.41



SLIDE 41 of 31

TOP SECRET

# MARKETING
# BACKUP

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only

Plaintiffs' Exhibit No. 60.42

# SUCCESS REQUIRES A MULTI-PATH TO IMPROVE OUR BRAND AND RETAIL PRESENCE

## SAMSUNG BRAND ROAD MAP

## ENABLE & INSPIRE
### ME TO BE BETTER

## CONNECTED
(Product, Service, Content, Conversation)

| | **2012** | **ENABLE & INSPIRE ME TO BE BETTER** | **CONNECTED** |
|---|---|---|---|
| **Brand** | Redacted | **Brand:** Integrated Ecosystem + Convergence – Consumer Solutions | **Brand:** 1 to 1 Marketing Device, Content, Service, Conversation |
| **Goal:** Premium Brand Positioning/Challenge Apple | | **Goal:** "Loved" Brand (Enables Me To Be Better) | **Goal:** Scaled Loyal Samsung Consumers |
| **Channel:** Own Last 3 Feet Carrier/National Retail | | **Channel:** Owned Retail (Top 8 Mkts) | **Channel:** Owned Retail National Expansion (Top 20 Mkts) |
| **Goal:** 8,000 Doors Marketplace Mapping Samsung Fixtures/Identity PIN | | **Goal:** Create Home for Samsung Brand & Sales (Leverage with Carriers) | **Goal:** Create Home for Samsung Brand & Sales (Leverage with Carriers) |
| **Pillars:** ATL - 360º Retail - Last 3 Feet Digital/Social | | Owned Retail Digital/Social On-Device/Apps Content | Apps Partnerships Content Retail |
| | Deposition Apple & Innovation Leader [Product Leadership] | Samsung = Platform Something I Buy → "Loved" [Connected Consumer] | "Loved" → "Way of Life" [Personalized Solutions] |

15 FEB 2011

TOP SECRET

SLIDE 42 of 71

SAMNDCA11547442

Plaintiff's Exhibit No. 60.43



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547443



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11547444

Plaintiff's Exhibit No. 60.45



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547445

Plaintiff's Exhibit No. 60.46



# SALES – B2B

# BACKUP

SLIDE 46 of 31

TOP SECRET

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547446



# SAFE™ Overview

## Mobile Device Management

Enables efficient, scaled mobile deployments. Working with leading third-party providers, Samsung offers solutions that address even the most challenging management and security concerns.

## Corporate Email / Calendar / Contacts

Extensive support for e-mail, contact & calendar synchronization and more.

## On Device Encryption

State of the art, AES-256 bit hardware-based ODE helps prevent unauthorized access to all data on the device, including the microSD® storage card.




## Virtual Private Network

Samsung works with a number of leading VPN providers enabling IP-based encryption for secure, persistent access to critical enterprise assets via Wi-Fi® and network connections.



**SAMSUNG mobile**

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547448

セグ



# SAFE™ Solution Platform

## Samsung Smartphones & Tablets
### Good, Better, Best Device Options at Each US Carrier





| Samsung Software | IT Compliance | EAS | ODE | Horizontal Application Hooks |
| --- | --- | --- | --- | --- |
| | | | | MDM    Application Security    VPN |

**Horizontal Solutions**

**Vertical Solutions**

Mobile Professional   Entertainment/Gaming   Point of Sale   Field Services   Mobile Learning   Health Management

## Samsung & Third Party Accessories

SAMSUNG mobile

# SAFE 2012 GTM

## 2012 Objectives:

- Disrupt the Enterprise Market
  - Unseat RIM in their top accounts
- Drive Revenue & Volume
  - Accelerate prosumer adoption of Samsung at retail
  - Establish Samsung brand for corporate liable users via US Carriers

| 1Q Plan: | Expected Results: |
|---|---|
| · Launch CIO outreach program and target RIM's top 100 enterprise accounts<br>· Launch 'Trade-Up' program and MDM Starter Kit for existing BlackBerry customers to switch to Samsung<br>· Begin aggressive prosumer program at national and carrier retail (SAFE merchandising, etc) | · Secure 20 Marquee Wins from existing RIM accounts<br>· Secure 5 Proof Points (Case Studies or Press Releases) indicating why the customer switched to Samsung from RIM<br>· Increased awareness and focus at retail and within carrier B2B teams around SAFE and Samsung's B2B portfolio |

SAMSUNG mobile

SAMNDCA11547450

Plaintiff's Exhibit No. 60.51



SLIDE 51 of 31

TOP SECRET

16 FEB 2012

# APPLE FACT BASE
# BACKUP

Plaintiff's Exhibit No. 60.52

# APPLE ALSO INVESTING IN B2B. US IPHONE B2B PORTION APPROXIMATELY 1/3 OF US IPHONE ACTIVATIONS IN 2011

## iPhone US Activations (Consumer/B2B) (M)



Consumer    B2B    Total

Source: Canalys for B2B channel. Canalys numbers do not include BYOD.

## iPhone US Activations (Consumer/B2B) (%)

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|
| Consumer | 26% | 26% | 29% | 26% | 35% | 28% | 32% | 35% |
| B2B | 74% | 74% | 71% | 74% | 65% | 72% | 68% | 65% |

Consumer    B2B

"Nearly all of the top companies in the Fortune 500 now approve and support iPhone on their networks" *Apple Earnings Call 1-24-12*

"In addition to accessing e-mail, calendar and contacts, many of these companies are developing and deploying mission-critical iPhone apps to help improve productivity and give employees secure and immediate access to information anywhere" *Apple Earnings Call 1-24-12*








FORTUNE 500

Financial Svc    Consumer Products

Transportation    Healthcare    Insurance

TOP SECRET

SLIDE 52 of 31

Highly Confidential – Attorneys' Eyes Only        SAMNDCA11547452

Plaintiff's Exhibit No. 60.53

# US B2B IPADS GROWING FROM 10% IN 2010 TO 20% OF US IPAD SHIPMENTS IN 2011



iPad US Volume (Consumer/B2B) (M)

iPad US Volume Split (Consumer/B2B) (%)

Source: TabTimes, STA estimate

"92% of Fortune 500 companies are testing or deploying the iPad in their orgs" *Apple Earnings Call 10-18-11*

"Fortune 500 markets including pharma, manufacturing, hospitality, consumer products, financial services, healthcare and retail" *Apple Earnings Call 1-24-12*

"1.5M iPads are already in use in Education institutions" *Apple Earnings Call 1-24-12*







16 FEB 2012

TOP SECRET

SLIDE 53 of 31

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547453

Plaintiff's Exhibit No. 60.54

IPHONE 5 EXPECTED TO HAVE LTE WITH A NEW DESIGN / CMF, LARGER DISPLAY (4"), ALUMINUM BACKING, PLASTIC/RUBBER BEZEL, ENHANCED S/N

| Items | iPhone 4S | iPhone 5 |
|---|---|---|
| Launch | Oct 14 2011 US Launch (Oct 7 2011 Pre-orders) | Mid 2012 / Fall 2012 |
| Network | HSPA 14.4 / EVDO rev A (ATT, VZW, Sprint) | LTE (ATT, VZW, Sprint) |
| Retail Price | $399/$299/ $199 | $399/$299/ $199 |
| Dimensions | 114.3 x 58.6 x 9.3 mm, 137 g (TBD) | TBD but rumored super thin |
| Main Display | 3.5" 960 x 640 IPS, 326 PPI | 4" 1024 x 768 IPS, 320 PPI |
| App CPU | 1GHz A5 dual-core | TBD |
| Battery | 1420 mAh (Same 10hrs claimed battery life) | TBD |
| Storage | 64GB/ 32GB/16GB No expansion | 64GB/ 32GB/16GB No expansion |
| Camera | 8MP RF 0.3MP (VGA) FF | TBD |
| +1 UX | Cloud services Voice command / input App Store, iTunes, iBooks, iMovies | Enhanced S/N |

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547454



Plaintiff's Exhibit No. 60.55

FOUR MAJOR US CARRIERS EXPECTED TO CARRY THE IPHONES BY THE END OF 2012. APPLE TO DESIGN AWS (TMO) FOR IPHONE 5.

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547455

Plaintiff's Exhibit No. 60.56

IN 4Q11, IPHONE ACTIVATIONS ARE MEANINGFULLY DIFFERENT THAN IPHONE SELL-THRU. SIGNIFICANT 2ND HAND MARKET FOR IPHONES IN 4Q11.

**Second Hand iPhone Activations 4Q11**

- **12.4%** of activations self-reported as used or second hand iPhone

- Additional 90 responded incorrectly identifying iPhone 2G and 3G devices as "New Sale" bringing actual second hand market to **18.8%**

- **22.7%** of AT&T's iPhone Activations are with Second hand phone

- **10.1%** of Verizon's iPhone Activations are with Second hand phone

As the market for new Apple iPhones exploded last quarter, so too did the market for used iPhones on sites like eBay, Amazon.com, Craigslist and Gazelle. That is according to a consumer survey recently conducted by Consumer Intelligence Research Partners. It estimates that, since the iPhone 4S launched in October, used models of Apple's earlier handsets accounted for **11% of total iPhone activations at U.S. carriers.**



TOP SECRET

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only          SAMNDCA11547456

SAMSUNG

Plaintiff's Exhibit No. 60.57

# 2012 US IPHONE SIMULATION BY STA ACCOUNT

## TEAM ROLL-UP: 43.1M UNITS

| US iPhone<br>Vol (M) | Carrier* | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011E | 2012E |
|---|---|---|---|---|---|---|---|
| iPhone 5 | at&t | 4.0 | 4.2 | 4.1 | 6.3 | 17.0 | 18.6 |
| | verizon | 3.2 | 3.1 | 2.7 | 3.5 | 10.6 | 12.5 |
| | Sprint | 2.2 | 2.2 | 1.7 | 3.7 | 1.5 | 9.8 |
| | T-Mobile | | | | 2.2 | | 2.2 |
| Total iPhone | | 9.4 | 9.5 | 8.5 | 15.7 | 29.1 | 43.1 |

*Includes Apple store and Nat'l Retail devices activated for each carrier

Source: STA Business Planning / Account Teams

TOP SECRET

SLIDE 57 of 31

16 FEB 2012

SAMSUNG

SAMNDCA11547457

Plaintiff's Exhibit No. 60.58

# IPHONE SKU SELL–THRU VOL 1Q11 – 4Q12


SAMSUNG

| US iPhone Vol (M) | Carrier* | 1Q11 | 2Q11 | 3Q11 | 4Q11E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011E | 2012E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone 5 | at&t | | | | | | | | 3.3 | | 3.3 | 9.2 |
| | verizon | | | | | | | | 2.2 | | 2.2 | |
| | sprint | | | | | | | | 2.2 | | 2.2 | |
| | t-mobile | | | | | | | | 1.5 | | 1.5 | |
| iPhone 4S | at&t | | | | 4 | 1.6 | 2 | 1.9 | 1.5 | 3.5 | 7 | 21.4 |
| | verizon | | | | 2.9 | 2.5 | 2.6 | 2.2 | 0.7 | 3.1 | 8 | |
| | sprint | | | | 1.6 | 1.7 | 1.7 | 1.3 | 1 | 1.8 | 5.7 | |
| | t-mobile | | | | | | | | 0.7 | | 0.7 | |
| iPhone 4 | at&t | 1.6 | 1.8 | 1.3 | 1.5 | 1.2 | 1.1 | 1.2 | 1.5 | 5.7 | 5 | 9.2 |
| | verizon | 2.2 | 2.1 | 2 | 1.2 | 0.7 | 0.5 | 0.5 | 0.6 | 7.8 | 2.3 | |
| | sprint | | | | 0.6 | 0.5 | 0.5 | 0.4 | 0.5 | 0.7 | 1.9 | |
| iPhone 3GS | at&t | 2 | 1.9 | 1.4 | 1.5 | 1.2 | 1.1 | 1 | | 6.4 | 3.3 | 3.3 |
| Total iPhone | | 5.8 | 5.8 | 4.7 | 13.3 | 9.4 | 9.5 | 8.5 | 15.7 | 29 | 43.1 | |

·Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams

16 FEB 2012          TOP SECRET          SLIDE 58 of 31

Plaintiffs' Exhibit No. 60.59

# US SIMULATION IMPACT TO GLOBAL 2012

## IPHONE: 145M – 148M



**2012 Global iPhone**
**145M – 148M**



Average of last three quarters
US iPhone as % Global iPhone

**30%**



**2012 US iPhone**
**43M – 44M**

SAMSUNG

SLIDE 59 of 31

TOP SECRET

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547459

Plaintiff's Exhibit No. 60.60

# ANALYST ESTIMATES FOR 2012

| Global 2012 iPhone Sell In |
| --- |
| BMO | 122M* |
| Canaccord | 140M |
| JP Morgan | 126M* |
| Oppenheimer | 142M |
| Consensus | 132M* |

\*Analysts are currently revising their estimates upwards

TOP SECRET

SLIDE 60 of 31

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547460

Plaintiff's Exhibit No. 60.61

# IPHONE VOL & REV SHARE 1Q11 – 4Q12



iPhone vs Samsung Revenue 1Q11 - 2Q12 ($B)

iPhone vs Samsung S/P Rev Share 1Q11 - 2Q12 (%)

iPhone vs Samsung Volume 1Q11 - 2Q12 (M)

iPhone vs Samsung Vol S/P Share 1Q11 - 2Q12 (%)

'Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams

SAMSUNG

TOP SECRET      SLIDE 61 of 31

Plaintiff's Exhibit No. 60.62

# OPPORTUNITY TO DRIVE SPRINT'S APPLE COMMITMENT DOWN TO CONTRACTUAL 40% M/S; INCREMENTAL 3.5M STA UNITS IN 2012



SAMNDCA11547462

Plaintiff's Exhibit No. 60.63

# VZW APPLE SIMULATION MAY BE UNDERESTIMATING VZW'S 2012 APPLE COMMITMENT BY ~2.5M UNITS (APPLE M/S OF 35% VS 30%)



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547463

Plaintiff's Exhibit No. 60.64



OPPORTUNITY TO DRIVE ATT'S APPLE SHARE DOWN TO CONTRACTUAL COMMITMENT; POSSIBLE INCREMENTAL ~1M UNITS

SAMSUNG

TOP SECRET

16 FEB 2012

SLIDE 64 of 31

Plaintiff's Exhibit No. 60.65

ATT-TMO CANCELLATION MEANS THREE MAJOR US CARRIERS FOR THE NEXT 8 — 12 MONTHS. APPLE UNLIKELY TO DESIGN AWS UNTIL IPHONE 5.



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547465

Plaintiff's Exhibit No. 60.66



# VZW AND ATT GENERATING THE BEST SMARTPHONE
# ECONOMICS OUT OF THE BIG 4

|  | verizon | at&t | T | Sprint | Big 4 Smart |
|---|---|---|---|---|---|
| + Smartphone ARPU* | $81.44 | $75.29 | $69.63 | $64.89 | $73.78 |
| - Data delivery cost | $10.82 | $7.98 | $8.30 | $8.88 | $8.93 |
| - Allocated servicing costs | $13.11 | $14.74 | $14.70 | $14.12 | $14.23 |
| Pre-marketing monthly margin | $57.51 | $52.57 | $46.63 | $41.89 | $50.62 |
| Postpaid device life (months) | 26.9 | 28.8 | 18.9 | 23.3 | 25.3 |
| - Smartphone subsidy | $227 | $293 | $191 | $197 | $235 |
| - Allocated marketing costs | $306 | $152 | $129 | $243 | $200 |
| **Device lifetime value** | **$1,014** | **$1,069** | **$561** | **$536** | **$846** |
| Monthly MB usage | 721 | 532 | 553 | 592 | 595 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 |

TOP SECRET

16 FEB 2012
*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")

SLIDE 66 of 31

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547466

SAMSUNG

Plaintiffs' Exhibit No. 60.67

# SAMSUNG LTE GENERATING BETTER DEVICE ECONOMICS FOR VZW THAN IPHONE, YET SUBSIDIZED LESS

|  | Big 4 Smart | Verizon | iPhone 4S** | iPhone 4 | Droid Charge | Thunderbolt |
|---|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $81.44 | $83.26 | $81.63 | $89.33 | $87.60 |
| - Data delivery cost | $8.93 | $10.82 | $22.20 | $10.92 | $3.55 | $6.91 |
| - Allocated servicing costs | $14.23 | $13.11 | $13.11 | $13.11 | $13.11 | $13.11 |
| Pre-marketing monthly margin | $50.62 | $57.51 | $47.95 | $57.60 | $72.67 | $67.58 |
| Postpaid device life (months) | 25.3 | 26.9 | 26.9 | 26.9 | 26.9 | 26.9 |
| - Smartphone subsidy | $235 | $227 | $321 | $341 | $200 | $225 |
| - Allocated marketing costs | $200 | $306 | $306 | $306 | $306 | $306 |
| **Device lifetime value** | **$846** | **$1,014** | **$702** | **$902** | **$1,448** | **$1,286** |
| Monthly MB usage | 595 | 721 | 1,480 | 728 | 710 | 1,381 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.005 | $0.005 |

Samsung generating more economic value than iPhone but subsidized less

*Nielsen 3Q11: ARPU excluding one-time charges ("Total Other Charges")
**VZW iPhone 4S ARPU est based on iPhone 4/3GS ARPU delta at launch, 4S data usage based on Arieso

TOP SECRET   SLIDE 57 of 31

SAMNDCA11547467

Plaintiffs' Exhibit No. 60.68

# GSII PROVIDING BETTER DEVICE ECONOMICS VERSUS IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | at&t | iPhone 4S** | iPhone 4 | iPhone 3GS | GSII SR*** |
|---|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $75.29 | $82.67 | $81.05 | $75.20 | $82.67 |
| - Data delivery cost | $8.93 | $7.98 | $22.20 | $12.42 | $7.61 | $7.40 |
| - Allocated servicing costs | $14.23 | $14.74 | $14.74 | $14.74 | $14.74 | $14.74 |
| Pre-mktg monthly margin | $50.62 | $52.57 | $44.73 | $53.89 | $52.85 | $60.53 |
| Postpaid device life (month) | 25.3 | 28.8 | 28.8 | 28.8 | 28.8 | 28.8 |
| - Smartphone subsidy | $235 | $293 | $321 | $341 | $360 | $250 |
| - Allocated marketing costs | $200 | $152 | $152 | $152 | $152 | $152 |
| **Device lifetime value** | **$846** | **$1,069** | **$815** | **$1,059** | **$1,016** | **$1,341** |
| Monthly MB usage | 595 | 532 | 1,480 | 507 | 374 | 1,480 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 |

Samsung generating more economic value than iPhone but subsidized less

*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")
**ATT iPhone 4S ARPU est based on iPhone 4/3GS ARPU delta at launch, 4S data usage based on Arieso
***Samsung Skyrocket numbers based on STA estimate

SLIDE 68 of 31

SAMSUNG

SAMNDCA11547468

Plaintiff's Exhibit No. 60.69

# GSII PROVIDING BETTER DEVICE ECONOMICS VERSUS IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | Sprint | iPhone 4S** | iPhone 4 | GSII Epic Touch*** | Epic 4G |
|---|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $64.89 | $74.83 | $74.83 | $74.83 | $74.83 |
| - Data delivery cost | $8.93 | $8.88 | $22.20 | $10.92 | $3.05 | $3.03 |
| - Allocated servicing costs | $14.23 | $14.12 | $14.12 | $14.12 | $14.12 | $14.12 |
| Pre-marketing monthly margin | $50.62 | $41.89 | $38.51 | $49.79 | $57.66 | $57.66 |
| Postpaid device life (months) | 25.3 | 23.3 | 23.3 | 23.3 | 23.3 | 23.3 |
| - Smartphone subsidy | $235 | $197 | $321 | $341 | $290 | $277 |
| - Allocated marketing costs | $200 | $243 | $243 | $243 | $243 | $243 |
| Device lifetime value | $846 | $536 | $333 | $576 | $810 | $833 |
| | | | | Samsung generating more economic value than iPhone but subsidized $728 less | $1,016 | $1,016 |
| Smartphone monthly MB usage | 595 | 592 | 1,480 | | 1,016 | 1,016 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.003 | $0.003 |

SLIDE 59 of 331

*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")
*** Apple numbers based on STA estimates, Arieso
***Samsung GSII Epic Touch numbers based on STA estimate

TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547469

Plaintiff's Exhibit No. 60.70



# SAMSUNG GENERATING BETTER DEVICE ECONOMICS THAN HTC AT TMO

| | Big 4 Smart | | GSII** | myTouch 4G |
|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $69.63 | $73.17 | $69.61 |
| - Data delivery cost | $8.93 | $8.30 | $10.98 | $14.54 |
| - Allocated servicing costs | $14.23 | $14.70 | $14.70 | $14.70 |
| Pre-marketing monthly margin | $50.62 | $46.63 | $47.49 | $40.37 |
| Postpaid device life (months) | 25.3 | 18.9 | 18.9 | 18.9 |
| - Smartphone subsidy | $235 | $191 | $270 | $184 |
| - Allocated marketing costs | $200 | $129 | $129 | $129 |
| Device lifetime value | $846 | $561 | $499 | $450 |
| | | | | |
| Smartphone monthly MB usage | 595 | 553 | 732 | 969 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 |

Samsung generating better economic value

TOP SECRET   70

*Nielsen 3Q11 BRPS excluding one-time charges ("Total Other Charges")
**Samsung GSII numbers based on STA estimate

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547470