# EXHIBIT 5



PLAINTIFF'S EXHIBIT NO. 146
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**Highly Confidential - Attorneys' Eyes Only**                                         APLNDC-Y0000027506

Case 5:11-cv-01846-LHK   Document 2063-5   Filed 10/20/12   Page 3 of 8

Plaintiff's Exhibit No. 146.2



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000027507

## Why this report?

**Purpose**: Apple Market Research conducts monthly surveys of iPhone buyers.
This report summarizes the results of the surveys fielded during FY11-Q3.
Where appropriate and helpful, trended data for the previous quarters is provided.

The purpose of this study is to collect data on iPhone buyers in ten countries:
US, Canada, UK, France, Germany, Italy, Japan, China, Korea, and Australia.
During FY11-Q3, we initiated coverage of China and Korea, and discontinued coverage of Spain.

Key areas include:

- Acquisition

3

**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000027508

## Understanding iPhone buyers

**Collect**
Data on recent iPhone buyers

**Measure**
Acquisition
Buy mix
Use
Satisfaction
Demographics

**Profile**
Buyers

**Examine**
Trends

**Method**: Customers who acquired an iPhone in FY11-Q3 were randomly selected from the Apple Customer Database and invited to participate in a short Web survey. Apple Market Research developed the questionnaire and used Advanis, an independent market research firm, to field the survey and tabulate results. Respondents were screened to exclude those under 14 years old, which is standard market research industry practice. Results are weighted by iPhone model, configuration, and channel purchased (Apple Retail Store, Apple Online Store, other retailer).

**Statistical testing** was conducted at a 95% confidence interval between quarterly data. If data reported for the current quarter is higher/lower than the corresponding value for the previous quarter, it is indicated with a upward/downward arrow next to the current quarter data. To simplify reporting, results of statistical testing is not shown for values under 5%.

**iPhone models included in this study**: iPhone 3GS and iPhone 4.

**Notes**: Data where the base of respondents is less than 50 are not reported and are noted "small base." "Top-2" and "Bottom-2" refer to the total of the top-2 or bottom-2 responses in a 5-point scale. These may be off a percentage point or two due to rounding. Unless iPhone models are indicated, data represents both iPhone 3GS and 4.

4

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000027509



# Importance of features and attributes in iPhone purchase decision

| Importance of feature/attribute in decision to purchase iPhone (top-2 box summary) | 1184 | 1551 | 1104 | 1165 | 1550 | 2384 | 1740 | 1260 | 1108 | 1144 |
|---|---|---|---|---|---|---|---|---|---|---|
| Easy to use | 95% | 95% | 93% | 90% | 90% | 91% | 80% | 90% | 50% | 94% |
| Service and support | 89% | 83% | 82% | 53% | 53% | 83% | 47% | 84% | 27% | 82% |
| Trust Apple brand | 89% | 86% | 86% | 86% | 71% | 90% | 64% | 89% | 63% | 82% |
| Quality of apps | 89% | 87% | 87% | 83% | 79% | 93% | 71% | 92% | 63% | 82% |
| Battery life | 88% | 87% | 82% | 61% | 62% | 77% | 50% | 83% | 17% | 86% |
| Value for price paid | 88% | 86% | 79% | 53% | 49% | 73% | 64% | 73% | 38% | 80% |
| Quantity of apps | 82% | 82% | 82% | 81% | 73% | 91% | 70% | 91% | 76% | 77% |
| Attractive appearance and design | 82% | 79% | 88% | 81% | 86% | 82% | 76% | 94% | 81% | 80% |
| Ability to sync iPhone content | 81% | 79% | 78% | 62% | 60% | 71% | 53% | 63% | 25% | 77% |
| 5MP camera with LED flash | 80% | 76% | 78% | 71% | 61% | 76% | 44% | 76% | 44% | 74% |
| Retina Display | 66% | 64% | 64% | 73% | 71% | 84% | 51% | 91% | 43% | 56% |
| HD video recording | 58% | 59% | 56% | 52% | 45% | 71% | 31% | 81% | 35% | 52% |
| FaceTime video calling | 47% | 45% | 37% | 33% | 25% | 41% | 17% | 54% | 22% | 32% |

C6_B. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers; Note: Features only available on iPhone 4 were asked only of those model owners)



Plaintiff's Exhibit No. 146.6

# Easy to use is rated high in importance in all countries except Korea

C6_B. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)

Highly Confidential - Attorneys' Eyes Only



Plaintiff's Exhibit No. 146.7

# The importance of Attractive appearance and design is rated moderately high

C6_N. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)

67