# EXHIBIT 11

Highly Confidential - Attorneys' Eyes Only

Page 1

 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4

 5   APPLE INC., a California
     corporation,
 6
                     Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8                                          12-cv-00630-LHK
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                   Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17        A T T O R N E Y S'  E Y E S   O N L Y
18
19      VIDEOTAPED DEPOSITION OF STEVEN SINCLAIR
20            REDWOOD SHORES, CALIFORNIA
21            WEDNESDAY, APRIL 4, 2012
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 47582

Highly Confidential - Attorneys' Eyes Only

Page 2

1          WEDNESDAY, APRIL 4, 2012

2                10:04 A.M.

3

4

5

6    VIDEOTAPED DEPOSITION OF STEVEN SINCLAIR,

7    taken at QUINN EMANUEL URQUHART & SULLIVAN,

8    LLP, 555 Twin Dolphin Drive, Redwood Shores,

9    California, pursuant to Notice, before me,

10   ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,

11   CSR License No. 9830.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 3

1    A P P E A R A N C E S:

2

3

4         FOR APPLE INC.:

5         MORRISON & FOERSTER

6         By:  STUART C. PLUNKETT, Esq.

7         425 Market Street

8         San Francisco, California 94105

9

10

11

12

13         FOR APPLE INC.:

14         GIBSON DUNN

15         By:  ROD J. STONE, Esq.

16         333 South Grand Avenue

17         Los Angeles, California 90071

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 4

1    A P P E A R A N C E S:   (Continued.)

2

3

4          FOR SAMSUNG ELECTRONICS CO. LTD:

5          QUINN EMANUEL URQUHART & SULLIVAN

6          By:  JOHN B. QUINN, Esq.

7               JOHN P. D'AMATO, Esq.

8               VALERIE LOZANO, Esq.

9               SCOTT L. WATSON, Esq.

10         865 S. Figueroa Street

11         Los Angeles, California 90017

12

13

14

15         ALSO PRESENT:   Benjamin Gerald, Videographer

16

17

                     ---oOo---
18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 44

1      A    Yes, I do.

2      Q    And -- and why do you regard that -- I mean,

3   why is ease of use an important aspect of its appeal?

4      A    Because it's -- it's a key element of -- of

5   any product.  If it's easy to use, then customers are

6   going to have a connection with that product.  They're

7   going to use more features of that product, they're

8   going to be more tied to that product, and they're

9   going to want to buy more or feature versions of that

10  product.  They're also going to want to recommend that

11  product to their friends.

12     Q    Do you have an understanding that with

13  respect to Apple products in particular, that they are

14  regarded as easy to use, and that fact -- that factor

15  is important in terms of sales of Apple products?

16     A    I believe that's the case.

17     Q    And what is the basis for your belief that

18  the ease of use of Apple products is an important

19  factor in the -- in the sales of Apple products?

20     A    Obviously, I talk to customers, so I get that

21  feedback directly from them.  We also do surveys of

22  buyers of our products.  So I look at -- oftentimes

23  will look at iPhone buyer surveys where they rank what

24  their decision-making process was, what some of the

25  elements were that went into that.  And ease of use

Highly Confidential - Attorneys' Eyes Only

Page 45

1  generally comes out on top or close to on top every

2  time.

3      Q   In fact, is ease of use -- is that one of the

4  choices that a consumer is given in completing one of

5  these Apple surveys as to whether that's something

6  that they regard as important?

7      A   I haven't seen the details of -- of how the

8  questions are asked, but I believe it is an option.

9      Q   That is to say, that's one category that a

10  surveyed consumer can select to identify why they

11  bought the product or why they like it?

12      A   Sure.

13      Q   And that category being, quote-unquote, ease

14  of use?

15      A   I don't know if those are the exact words,

16  but in general, yes.

17      Q   I mean, you've seen that.  That's a common

18  phrase --

19      A   Uh-huh.  Yes, I have.

20      Q   -- ease of use?

21      A   Yes.

22      Q   And that's used a lot within Apple with

23  reference to Apple products; correct?

24      A   We think about it a lot.

25      Q   And -- and I asked you, what's the basis for

Highly Confidential - Attorneys' Eyes Only

Page 46

1   your belief that ease of use is an important factor

2   in -- in determining Apple's sales?

3          And you've mentioned two things to me so far.

4   You've mentioned the fact that you talk to customers

5   and that you're aware of surveys that are done of

6   buyers --

7       A    Yes.

8       Q    -- those two things; right?

9       A    Those two things.

10      Q    Is there anything else that you're aware of

11  on which you base your belief that ease of use is an

12  important factor in -- in sales of Apple products,

13  other than those two things?

14      A    Certainly, we see reviews that come from

15  analysts and from technology media types that will

16  compare our products to other products, and -- and

17  also comment on how easy they are to use compared to

18  other products.  So that's feedback that we get that

19  validates our belief that that's important.

20      Q    All right.

21         So I've got customer, talking at your own --

22  talking to customers, surveys, then reviews that you

23  review of Apple products.

24         Is there any other data or information that

25  you're aware of on which you base your belief that

Highly Confidential - Attorneys' Eyes Only

Page 47

1  ease of use is an important factor in Apple sales?

2      A   Well, I think it's my own personal experience

3  in using the products and how -- how easy it is to use

4  a feature, how intuitive -- intuitive a feature seems

5  to be.  And, you know, we build products that we

6  ourselves think are -- are easy to use and that we

7  like to use and are beautiful.  And -- and -- and so

8  those -- those translate into sales.  We've seen that.

9      Q   All right.

10         Anything else?  I want to make sure I get a

11  complete list of the things on which you base your

12  opinion that ease of use is an important factor in

13  sales of Apple products.

14         Do I -- do I have everything now?

15      A   Those are the ones I can think of right now.

16      Q   All right.

17         Have you seen surveys or any type of studies

18  which indicate what features of Apple products

19  contribute to ease of use?

20      A   I don't believe we've broken down features in

21  a way that tie directly to ease of use.  We try and --

22  ease of use is a -- is an attribute of every feature.

23  So every feature we work on, we ask ourselves:  Is

24  this easy to use?  Does this contribute to the overall

25  ease of use of this product?

Highly Confidential - Attorneys' Eyes Only

Page 48

1    Q    So would you say that it would be true to say

2   that every feature contributes to ease of use?

3        MR. PLUNKETT:  Objection; vague.

4        MR. STONE:  Argumentative.

5        THE WITNESS:  I can say -- we're talking

6   software -- software features for the most part, yes,

7   contribute to ease of use; not every -- not every

8   feature.  There are certain features that can -- can

9   degrade ease of use, but you still have to do them.

10        MR. QUINN:  All right.

11        THE WITNESS:  So security feature, for

12   example --

13        MR. QUINN:  Okay.

14        THE WITNESS:  -- might -- might make ease of

15   use harder.  But you do your best to minimize its

16   impact on ease of use.

17        MR. QUINN:  Q.  Can you identify any features

18   of Apple products other than this security feature you

19   just identified which in your own mind do not

20   contribute to this phenomenon of ease of use?

21        MR. PLUNKETT:  Objection; vague.

22        THE WITNESS:  Well, certainly there are a lot

23   of settings that you have to put into the device to

24   give customers choice on how to -- how the product

25   functions.  And the more settings you add, the more

Highly Confidential - Attorneys' Eyes Only

Page 49

1    complicated it gets, and so that does not contribute

2    to ease of use.

3         MR. QUINN:  Q.  Anything else?  Any other

4    features which in your own mind are not included in

5    this phenomenon of ease of use?

6         MR. PLUNKETT:  Objection; vague.

7         THE WITNESS:  So I'd probably have to put

8    some more thought into it.  I'm sure there are others.

9         MR. QUINN:  Q.  But as of -- the only ones

10   you can think of right now are security and settings;

11   is that true?

12        A    Those are the two I can think of right now.

13   And I'm sure in two minutes' time I'll probably think

14   of a couple more.

15        Q    If you do, will you let me know?

16        A    Sure.

17        Q    Do you have -- I think you -- I think you

18   told me that you don't actually survey customers to

19   find out which particular features contribute to this

20   ease of use; is that true?

21        MR. STONE:  Objection; lacks foundation.

22        THE WITNESS:  We don't -- I don't believe we

23   phrase it in that way.  We don't -- we don't talk --

24   we don't ask, Does Siri make using this product

25   easier?

Highly Confidential - Attorneys' Eyes Only

Page 50

1          MR. QUINN:  Q.  I mean, do you -- are you

2     aware of Apple undertaking any type of research or

3     surveys to determine what individual features

4     contribute or don't contribute to ease of use?

5          A    Not in those specific terms, no.

6          Q    Well, I don't want to get hung up on those

7     specific terms.

8          A    Okay.

9          Q    Conceptually, are you aware of any survey or

10    research that Apple has done to determine what

11    features contribute or don't contribute to ease of

12    use, whether or not it uses that particular phrase or

13    not?

14         MR. STONE:  Objection; lacks foundation.

15         THE WITNESS:  So I'm not aware of a survey

16    that's phrased in a way that asks, Does this feature

17    make this product easier to use?

18         MR. QUINN:  All right.

19         Q    Are you aware of any surveys that ask similar

20    questions using slightly different words, but really

21    asks -- is asking about ease of use?

22         MR. STONE:  Objection; lacks foundation;

23    vague.

24         THE WITNESS:  So we ask questions about

25    features and whether or not they influence someone's

Highly Confidential - Attorneys' Eyes Only

Page 51

1  purchase decision for the product.

2          For us, every feature that we market -- not

3  every, but I'd say 90-plus percent of every feature

4  that we market, we assume that we've -- we've done our

5  homework and we've built ease of use into that

6  feature.

7          So if a consumer likes a particular feature

8  or it was a purchase driver for them, we -- we equate

9  that with, Well, we did a good job.  It's easy to use.

10  It does what it says it's supposed to do.  Customers

11  like it.  Therefore, that's why they were interested

12  in our product.

13          So it's -- it's not a direct question and

14  answer like you're stating, but it's more of an

15  implied, they like this feature.  It contributes to

16  ease of use.  Therefore, the product is easy to use.

17          MR. QUINN:  Q.  The ease of use part being

18  sort of your conclusion, based on the fact that they

19  like the feature?

20      A   It's one of the conclusions, that obviously,

21  the feature probably has functionality that they like,

22  too.

23      Q   All right.

24          Let me see if I can ask the question in a

25  different way.

Highly Confidential - Attorneys' Eyes Only

Page 52

1    A    Okay.

2    Q    Do you have any information at all about what

3  features consumers associate with ease of use?

4    A    It's all of the features.  All of the

5  features contribute to ease of use, either in the

6  most -- for the most part, for our products,

7  positively; in a few cases, like the examples I gave

8  you, negatively.

9    Q    You made -- you made a comment that you do do

10  surveys or some type of research to determine what

11  features influence purchase decisions.  Did I

12  understand that correctly?

13    A    Yes.

14    Q    What research are you referring to?  Could

15  you describe that, please.

16    A    So periodically, our research team does what

17  we call buyer surveys.  And so we usually do a buyer's

18  survey shortly after we launch a product, and then a

19  more complete version of that same survey several

20  months down the road from product launch and ask

21  questions about, you know, What -- what product did

22  you buy?  Why did you buy it?  Where did you buy it?

23  What influenced your decision to buy it?  And -- and

24  other details.  What country are you in?  So we can

25  break it down by country and demographics, that sort

Highly Confidential - Attorneys' Eyes Only

Page 53

1  of thing.

2      Q    And how -- are these surveys referred to

3  internally within Apple as buyer surveys?

4      A    That's how we talk about them in my group.

5      Q    And who is in charge of conducting these

6  buyer surveys?

7      A    So that group is managed by Art Rangel,

8  R-A-N-G-E-L.

9      Q    And what's the name of that group?

10     A    We just call it the marketing research group.

11 I don't know if they have an official title.

12     Q    All right.  Okay.

13         Other than these buyer surveys which you've

14 described to me, are you aware of any other research

15 that Apple does in order to determine what features

16 influence buying decisions?

17     A    I'm not aware of any others.

18     Q    And in terms of these buyer surveys, are

19 these -- have you actually seen these buyer surveys

20 yourself?

21     A    I've seen the results that come out.  They're

22 usually a file that gets distributed to the teams.

23     Q    All right.

24         And is -- and do these have choices that

25 buyers can select in terms of, you know, what factors

Highly Confidential - Attorneys' Eyes Only

Page 54

1    influence their buying decision?

2        A    There are -- it's a question and answer.   So

3    there will be a question, then a multiple choice, and

4    then a place for them to add their own answer if it's

5    not one of the choices.

6        Q    All right.

7            So is -- is one of the choices slide to

8    unlock?

9        A    I don't recall seeing a question like that.

10       Q    Okay.  You know, is one of the choices the

11   ability to, you know, search data across multiple

12   databases in applications?  Is that one of the

13   choices?

14       A    Not in those terms.  It would be Siri which

15   does that, so we asked a question about Siri.

16       Q    All right.

17           But other than that, I take it you don't ask

18   the question about, you know, the ability to perform

19   searches across multiple --

20       A    Customers --

21       Q    -- applications and --

22       A    -- customers wouldn't understand that.

23       Q    -- and databases?  You don't ask that?

24       A    Customers wouldn't understand a question like

25   that.  We'd ask them about Siri, which does those

Highly Confidential - Attorneys' Eyes Only

1    sorts of things.

2        Q   All right.

3            We've heard of a -- you've told me that you

4    understood your -- your declaration was going to be

5    submitted in connection with -- related to some

6    patents as well.

7            You're -- you're familiar with an issue

8    regarding a patent regarding linking structures to

9    actions?  Is that a phrase you've heard before?

10       A   I think that would be data detectors.

11       Q   All right.

12           So when you told me data detectors earlier --

13       A   That's what I -- that's my nomenclature for

14   that feature.

15       Q   So in other words, like, if there is a phone

16   number that's embedded in an e-mail, you can click on

17   that or swipe it or touch it or something and make a

18   phone call?

19       A   That's -- that would be an example of a data

20   detector.

21       Q   All right.

22           Or linking structures to actions?

23       A   I suppose so, if that's the lingo.

24       Q   And would another example of that be if there

25   were, like, a web address that was in the body of a

Highly Confidential - Attorneys' Eyes Only

Page 56

1  text, and you could, you know, touch on that, swipe

2  that, activate that, and it would go to the web

3  address?  Would that be another example of a data

4  detector, in your mind?

5      A   It could be, although we generally use it to

6  imply things that aren't -- aren't necessarily just

7  web addresses, because web addresses are really easy.

8  It's much harder to figure out a person's correct

9  phone number, an address, a date.  That's usually what

10 we mean by data detector.

11     Q   I mean, we'll get to that.  My question --

12     A   Okay.

13     Q   -- at this point isn't, like, which is the

14 hardest and which is the easiest.

15     A   Okay.

16     Q   The question really is kind of before that.

17         Is another example of a linking structure to

18 action or data detector the ability to click on or

19 touch an embedded web address and go to that address?

20     A   That would be a simplified version of that.

21     Q   Right.

22         And I think you've already told me going to a

23 phone number and making a call, that's an example?

24     A   That would be an example.

25     Q   And another example would be -- I've got some

Highly Confidential - Attorneys' Eyes Only

1   notes here -- like, you could click on an e-mail

2   address or swipe or touch an e-mail address and go

3   right to composing an e-mail to that address; would

4   that be another example?

5       A    That could be another example.

6       Q    So in these buyer surveys, do they -- do you

7   have one where, in substance or effect, one of the

8   choices in the multiple choice is data detectors or

9   linking structures to actions, that's -- that's the

10  reason or one of the reasons why I bought this?

11      A    Not specifically that sort of thing.  That

12  would fall under the ease of use category.  All of

13  those things, things like slide to unlock and data

14  detectors, contribute to the overall ease of use of

15  the product.

16      Q    All right.

17           And -- and so ease of use is one of the

18  things -- one of the boxes that a consumer can check;

19  is that true?

20      A    On some of the questions, yes.

21      Q    All right.

22           And you include, I think you've told us, all

23  those different -- many different features in ease of

24  use; right?

25      A    Uh-huh, that's true.

Highly Confidential - Attorneys' Eyes Only

Page 58

1          MR. STONE:  John, we've been going over an

2     hour.  Whenever you get to a good breaking point.

3          MR. QUINN:  Let me just -- let me just do a

4     little bit and we'll break; okay?

5     Q    And similarly, word recommendations -- we've

6     heard, you know, in one of the patents -- you're aware

7     that your declaration -- you said you knew it related

8     to some patent issues.  You know there is an issue

9     relating to word recommendations when you're typing;

10    do you know that?

11    A    Now, you just reminded me of the fourth one I

12    couldn't think of.

13    Q    All right.

14         And is that one of the things that in -- in

15    surveys, the buyers -- one of the things -- the

16    options you can check as to why I bought the product

17    because of the -- this feature where you'll get word

18    recommendations when you're composing a message?

19    A    We don't ask that specific question.  That

20    falls, again, under ease of use of the product.

21    Q    Right.

22         Can you give me a complete list of all the

23    features that fall under ease of use.

24    A    I could go through a phone and -- and point

25    to many, many, many different features.

Highly Confidential - Attorneys' Eyes Only

1    Q    Would it be fair to say that there are more

2  than five features that would be included within this

3  concept of ease of use?

4    A    I think that's fair to say.

5    Q    Would it be fair to say that there are more

6  than ten?

7    A    There are a lot of features that contribute

8  to ease of use, and if not done correctly, those

9  features can detract from ease of use.

10   Q    When you say there are many, many features

11 that are included under the category of ease of use,

12 can you give me an approximation of how many features

13 there are.

14   A    No, I can't.

15        MR. QUINN:  Okay.  Let's break.

16        THE VIDEOGRAPHER:  This marks the end of Disc

17 No. 1 in the deposition of Steven Sinclair.

18        The time is 10:36 a.m., and we are off the

19 record.

20        (Recess taken.)

21        THE VIDEOGRAPHER:  This marks the beginning

22 of Disc No. 2 in the deposition of Steven Sinclair.

23        The time is 10:47 a.m., and we are back on

24 the record.

25        MR. QUINN:  Q.  For how long have you worked

Highly Confidential - Attorneys' Eyes Only

Page 60

1    in the marketing profession or occupation?

2       A    About seven or eight years.

3       Q    Do you have any professional training in that

4    area?

5       A    I have an MBA where I took a class.

6       Q    And where is your MBA from?

7       A    University of Michigan.

8       Q    You're aware that there are particular -- let

9    me start over again.

10           It's true, isn't it, that if a manufacturer

11   of a product wants to find out specifically what

12   features caused a consumer to purchase the product,

13   there are techniques by which a manufacturer could do

14   that?

15      A    Sure.

16      Q    And -- and what would some of those be?

17      A    Primary one would be to -- to ask customers,

18   "Why did you buy the product?"

19      Q    And if Apple wanted to find out what specific

20   features caused consumers to purchase Apple products,

21   that's something that Apple could presumably do by

22   doing those types of surveys?

23      A    That's true.

24      Q    So if Apple wanted to find out whether, you

25   know, a particular feature like slide to unlock or,

Highly Confidential - Attorneys' Eyes Only

Page 61

1   you know, the ability to suggest words in composing a

2   message, or the ability to search across multiple

3   databases and applications, or -- what's the fourth

4   one -- linking structures to actions or detectors, if

5   Apple wanted to find out specifically whether any of

6   those features caused consumers to purchase a product,

7   that -- or contributed to the purchase decision,

8   that's something that Apple could do?

9       A   We could.  In those specific examples, we

10  know that they contribute to ease of use, so we don't

11  have to ask that question of, "Did this contribute to

12  ease of use which caused you to buy this product?"

13      Q   So let me go back and ask the question then

14  specifically.

15      A   Okay.

16      Q   Apple could specifically ask about those

17  features, that is to say, slide to unlock, linking

18  structures to actions, or detectors, word

19  recommendations, or unified search, that is to say,

20  the ability to search across applications or

21  databases.

22          Apple could survey consumers and find out

23  whether specifically those features contributed to the

24  decision to make purchases; true?

25      A   We could, if that was the question.

Highly Confidential - Attorneys' Eyes Only

Page 62

1    Q   All right.

2        And what you're telling me is, Apple knows or

3    Apple has the view that all those features contribute

4    to ease of use; correct?

5    A   They all do.

6    Q   Right.

7        And so that Apple then believes that when it

8    asks cons- -- Apple gives consumers a choice in the

9    surveys as to whether ease of use is a factor that

10   contributed to their buying decision; is that true?

11   A   We do ask that question.

12   Q   But it's true, isn't it, that Apple does not

13   break down the various features that it believes

14   contributes to ease of use to find out which

15   particular ones of those features might or might not

16   have driven a buying decision; is that true?

17   A   We ask about the new features that we've

18   introduced recently that are built on top of the

19   operating system that comes on the product.  Features

20   that we're talking about are pretty core to the

21   operating system itself and its ease of use, and we

22   ask questions about new features that we've recently

23   introduced.

24   Q   All right.

25       Other than that, other than asking about new