# EXHIBIT 14

# Samsung-Apple Licensing Discussion

October 5, 2010



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT
NO. 586.001
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:

1

APLNDC00010886

# A Basic Phone has basic features …






Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

2

Highly Con    tial - Attorneys' Eyes Only

A    DC00010887

## What changed? What makes an GalaxyS so different?





*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

3

Highly Confidential - Attorneys' Eyes Only

APLNDC00010888

## ... but Advanced Mobile Computing Devices are different



- **Software** creates the largest share of product value
- Operating system, applications, user interface, and services are the key to a ***differentiated customer experience***
- ***iPhone became the archetype*** for advanced mobile computing devices
- Software has always been at the heart of Apple's business and intellectual property portfolio



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Con    tial - Attorneys' Eyes Only

A    DC00010889

4




Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential - Attorneys' Eyes Only

APLNDC00010890

# Mobile Computers rely upon several key technologies principally developed in the computing industry


**Microprocessor**


**Modern Operating System w/ Graphical User Interface**


**Graphics**


**Apps**


**Touch**


**Music**


**Video**


**Gaming**



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Con    tial - Attorneys' Eyes Only                                          A     DC00010891

# Mobile computers create more value for customers -- and sell for more -- by virtue of the additional technologies that enable them



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential - Attorneys' Eyes Only

APLNDC00010892

# We model 3 types of patent licenses to cover wireless and computing technologies



**Basic telephony**
Basic network interface – industry-standardized air interface (least common denominator) and data format

**Apple core computing**
Apple core computing technologies for modern and mobile computing developed over 20 years on desktop and laptop computer platform
- Modern, real computing platform
- Extensible, programmable OS
- Software application platform
- Advanced, friendly user interface
- Graphics and multimedia
- Component-based architecture with component reuse
- Internet and network technology

- **Phone license**
  - Basic Telephony (e.g. wireless standards, java, processor, graphics, misc HW)

- **"Smart" license**
  - Apple Computing technologies (e.g. O/S, object oriented, etc.)

- **"Advanced Mobile" license**
  - Advanced iPhone Technologies needed to create an "advanced" class device (e.g. Touch, GUI, apps, music, etc.)

**Apple advanced features**
Apple's iPod and iPhone innovations have defined the standard for modern high-end consumer devices
- Multitouch user interface
- Apps and App Store
- iTunes media store and media player
- Real Web and Web services
- Advanced sensors and device context
- Service-oriented offerings

\* Each license includes distinct technologies, so an iPhone advanced mobile class device would require all 3 licenses, while a basic phone would require only the phone license.



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

8

Highly Con    tial - Attorneys' Eyes Only

A    DC00010893

## Samsung adopted, embraced and imitated the iPhone archetype

- **Samsung chose to embrace and imitate Apple's iPhone archetype**
- Apple would have preferred that Samsung **request a license to do this in advance**
- Because Samsung is a strategic supplier to Apple, we are prepared to **offer a royalty-bearing license for this category of device**





*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

9

Highly Confidential - Attorneys' Eyes Only

APLNDC00010894

## Samsung launched a major offensive, targeting Apple's Mobile Computing Paradigm with both smartphones and tablets

"Samsung could sell **10 million units** of the new [Galaxy S] smartphone globally **this year**."[1]
- JK Shin, head of Samsung's mobile comm. division

"Samsung also expects to sell about **25 million smartphones this year**"[1]
- JK Shin, head of Samsung's mobile comm. division

"Samsung is aiming for a double-digit market share for global smartphones by the end of this year… Samsung's **smartphone sales are likely to double next year** from this year."[1]
- JK Shin, head of Samsung's mobile comm. division

"[Samsung] expects to ship **10 million [Galaxy Tablet] units** and take a third of the global tablet market next year"[2]
- Hankil Yoon, Samsung product executive

[1] SE Young Lee, "Samsung Expects Profit Boost From Mobile Phones", The Wall Street Journal, Sep 3, 2010
[2] Spencer E. Ante, "Phone Giants to Sell Samsung Tablet PC", The Wall Street Journal, Sep 11, 2010



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Con     tial - Attorneys' Eyes Only

A^r  'DC00010895

## Samsung is a major vendor of advanced mobile computing devices such as smartphones and tablets



Samsung Smartphones (2009)
Total: 5,872,000

2%

Samsung Phones (2009)
Total: 235,772,000

| Year | Smartphone Volume (000) | Tablet Volume (000) |
|---|---|---|
| 2009 | 5,900 | -- |
| 2010 | 25,000 | 2,000 |
| 2011 | 50,000 | 10,000 |
| 2012 | 60,000 | 12,000 |
| 2013 | 72,000 | 14,000 |
| 2014 | 86,000 | 17,000 |
| TOTAL | 293,000 | 55,000 |

### Samsung Smartphones by OS




Source : HMC Investment Securities



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010896

11

## Apple Smartphone Licensing Rates

- $30 USD per Licensed Smartphone
  - Licensed Smartphones: touchscreen devices based on --
    - Android units
    - Symbian units
    - Bada, unless Apple proprietary features avoided
    - Windows, others - to be discussed
- $40 USD per Licensed Touchscreen Tablet
  - Reducing to $30 over 2 years



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Con    tial - Attorneys' Eyes Only

A     'DC00010897

## We will provide Samsung with a number of options for obtaining a cost-effective license to our patent portfolio

| | |
|---|---|
| **Samsung Portfolio** | Like other major Apple suppliers Samsung has a substantial patent portfolio, albeit it is largely oriented in supplier-type areas |
| **Apple-licensed O/S** | Some Samsung products may make use of an OS largely licensed to Apple patents (e.g. Windows Mobile) |
| **Apple-licensed Processors** | Samsung may wish to encourage its other processor manufacturers to take a license |
| **Not Using Proprietary Features** | Some Samsung "smartphone" products may not adopt distinctive industrial designs, software platforms or feature sets |
| **Conventional Mobile Devices** | Most Samsung phones are Basic Phones that are not intended to serve as advanced mobile computing devices |



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

13

Highly Confidential - Attorneys' Eyes Only

APLNDC00010898

Samsung may avail itself of these options, and in doing so obtain an Apple patent license on the most cost effective basis possible.



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

14



Highly Con    tial - Attorneys' Eyes Only                                    A'   DC00010899

## We will provide Samsung with a number of options for obtaining the most cost-effective possible license to our patent portfolio





Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

15

Highly Confidential - Attorneys' Eyes Only

APLNDC00010900

# EXAMPLE 1: Windows-based non-touch device



**Samsung Blackjack II™ Smartphone**

| | |
|---|---|
| Samsung Portfolio | Cross license • 20% discount |
| Apple-licensed O/S | Microsoft licensed O/S tech • 40% discount |
| Apple-licensed Processors | n/a |
| Not Using Proprietary Features | Physical QWERTY form factor •20% discount |
| Total | 80% discount |



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

16

Highly Con    tial - Attorneys' Eyes Only                      A'   DC00010901

## EXAMPLE 2: Android-based full touch screen devices




| | |
|---|---|
| Samsung Portfolio | Cross license<br>• 20% discount |
| Apple-licensed O/S | Completely unlicensed Android OS<br>    - No discount |
| Apple-licensed Processors | n/a |
| Not Using Proprietary Features | Full touch screen device<br>    - No discount |
| Total | 20% discount |



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

17

Highly Confidential - Attorneys' Eyes Only

APLNDC00010902

## Example year: 2010

|  | Android | Windows Mobile 7 | Bada, Symbian & Other | Tablet |
|---|---|---|---|---|
| Samsung Est. Units (m) | 10 | 10 | 5 | 2 |
| Royalty per Unit | $30 | $30 | $30 | $40 |
| Portfolio Discount | ($6) | ($6) | ($6) | ($8) |
| Licensed OS Discount | $0 | ($12) | $0 | $0 |
| Licensed MPU Discount | $0 | $0 | $0 | $0 |
| Not using Apple Proprietary Features* | $0 | ($3) | ($3) | $0 |
| Total Discounted Royalty per Unit | $24 | $9 | $21 | $32 |
| Gross Royalties (m$) | $240 | $90 | $105 | $64 |
| Product Impact (est. 50%) | ($120) | ($45) | ($53) | ($32) |
| Net Royalties Due (m$) | $120 | $45 | $53 | $32 |
| CY 2010 License Total (m$) |  |  |  | $250 |

\* Specific Apple Proprietary Features to be discussed

- Samsung launched a major offensive, targeting Apple's smartphones and tablets

- Simple calculation of Apple's lost profits based on current market share yields profound lost profits

- These figures pale in comparison to Apple-Samsung's balance-of-trade

- Samsung should respond favorably



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Conf    tial - Attorneys' Eyes Only

AF    DC00010903

18