# EXHIBIT 46

Video: Apple Special Event

Filed Manually