# EXHIBIT 47

Video: Thumb

Filed Manually