QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;
2. Exhibits 13 and 24 to the Declaration of John Pierce in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;
3. Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;
4. Exhibits B and C to the Wagner Declaration;
5. Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancements;
6. Declaration of Corey Kerstetter ("Kerstetter Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;
7. Exhibits 1 and 2 to the Kerstetter Declaration;
8. Declaration of Hee-chan Choi ("Choi Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;
9. Exhibit 1 to the Choi Declaration;
10. Declaration of Sam Lucente ("Lucente Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages

Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

11. Exhibits 6, 7, 12-1, 12-2, 13 and 22-43 to the Declaration of John M. Pierce in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement;

12. Declaration of Stephen Gray in Support Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Exhibit 2 thereto;

13. Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Exhibits 2, 9-13, 28-32, 34, 37-38, 47, 54, 71-72, 83-87, 92-93, 183, 189, 191, 195, 197-199, 201-204, 206-208, and 212 thereto.

14. Declaration of Tülin Erdem in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement;

15. Declaration of Yoram (Jerry) Wind;

16. Declaration of R. Sukumar in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement.

Samsung has filed a declaration in support of this Administrative Motion to Seal. As discussed further below, the Court has already ordered that some of the documents cited above be sealed and some of the Samsung information included in the request is the same category of information that this Court has previously ruled may be sealed. For the reasons stated below, Samsung requests that the Court order the information filed under seal, or if the Court denies Samsung's motion to seal, Samsung respectfully requests that the Court stay the disclosure of any information until a ruling by the Federal Circuit on the related appeal. *See* Dkt. No. 2047 at 6-7.

**Confidential Apple Information**

Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, Exhibit 13 to the Declaration of John Pierce in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, Exhibit C to the Declaration of Michael Wagner in Support of

1  Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial,
2  and Amended Judgment, Samsung's Opposition to Apple's Motion for a Permanent Injunction
3  and Damages Enhancements, Exhibits 6, 7, 12-1, 12-2, 13 and 22-43 to the Declaration of John M.
4  Pierce in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and
5  Damages Enhancement, Exhibits 9-13, 28-32, 34, 38, 47, 71-72, 83-87, 92-93, 183, 189, 191, 197-
6  199, 201-204, 206, 208, and 212 to the Declaration of Michael Wagner in Support of Samsung's
7  Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, the
8  Declaration of Tülin Erdem in Support of Samsung's Opposition to Apple's Motion for a
9  Permanent Injunction and Damages Enhancement; the Declaration of Yoram (Jerry) Wind, and the
10 Declaration of R. Sukumar in Support of Samsung's Opposition to Apple's Motion for a
11 Permanent Injunction and Damages Enhancement contain materials that Apple has designated as
12 CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective
13 Order.   Samsung expects that Apple will file the declaration required by Civil Local Rule 79-5(d)
14 establishing these documents as sealable.

**Confidential Third Party Information**

The Court has previously ordered that part of Exhibit 24 to the Declaration of John Pierce in Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment sealed because it contains confidential licensing information from third parties.   Dkt. No. 1649 at 22:15-17 ("Consistent with Electronic Arts, the Court will grant motions to seal information in the 'Monetary Consideration' column of the PX77 summary and the 'Payments' column of the DX630 summary."). This same portion of DX 630 should remain sealed because of the compelling interest previously identified by the Court.

**Confidential Samsung Information**

The Choi Declaration, Exhibit 1 thereto, the Kerstetter Declaration, Exhibit 1 thereto, and the Lucente Declaration contain information about unreleased products and future business plans including projections based on Samsung's operating profits regarding individual products which could cause serious competitive harm if disclosed publicly.   Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement also contains the same type of

1  confidential future business planning information.   Pursuant to the Court's guidance, this
2  information satisfies the "compelling reasons" standard.   Dkt. No. 1649 at 7-8 ("Although the
3  Court has determined that financial data alone is not sealable, these documents contain
4  substantially more than data alone. Apple's financial analysis and strategy for future corporate
5  plans have the potential to cause considerable competitive harm to Apple if publically disclosed.
6  Accordingly, the Court finds that the risk of 'harm [to Apple's] competitive standing' substantially
7  outweighs the public's interest in disclosure and therefore grants Apple's motion to seal. See
8  Electronic Arts, 298 Fed. App'x at 569 (citing Nixon, 543 U.S. at 598))"); *see also Bauer Bros.*
9  *LLC v. Nike, Inc.,* 2012 WL 1899838, at *2 (S.D. Cal. May 24, 2012) (finding "compelling
10 reasons" to seal "Nike's confidential business materials, including marketing strategies").
11         The Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's
12 Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, Exhibit
13 B to the Wagner Declaration and Exhibit 2 to the Kirstetter Declaration contain recent detailed
14 sales information that breaks down sales by product and specific time periods that could cause
15 competitive harm if disclosed.   Samsung's Opposition to Apple's Motion for Judgment as a
16 Matter of Law (Renewed), New Trial, and Amended Judgment discusses the same type of
17 information.   Courts in the Ninth Circuit consistently find that the risk of harm from the release
18 of just this sort of information is sufficient to meet the "compelling reasons" test.   *Bean v. John*
19 *Wiley & Sons, Inc.*, No. CV 11-08028-PCT-FJM, 2012 WL 1078662, *5-6 (D. Ariz. Mar. 30,
20 2012) (concluding that a company had established "compelling reasons" by showing that
21 competitors could use its production data, revenue information, and "sales and production
22 numbers" to calibrate their pricing and distribution methods so as to undercut the defendant in the
23 market); *TriQuint Semiconductor, Inc. v. Avago Techs., Ltd.*, No. CV 09-1531-PHX-JAT, 2011
24 WL 6182346, *3-7 (D. Ariz. Dec. 13, 2011) (release of documents showing, *inter alia*, sales
25 volumes, market analysis, capital expenditures, cost, and manufacturing capacity would cause
26 competitive harm and thus met the "compelling reasons" standard).
27         Exhibits 2, 37, 195, and 207 to the Declaration of Michael Wagner in Support Samsung's
28 Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and the

-4-                     Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1  Declaration itself also contain highly detailed and sensitive strategy, future business planning
2  information, and confidential financial information.  As discussed above, public disclosure of this
3  information risks considerable financial harm to Samsung.  Dkt. No. 1649 at 7-8.
4     The Declaration of Stephen Gray in Support Samsung's Opposition to Apple's for a
5  Permanent Injunction and Damages Enhancement and Exhibit 2 thereto contain Samsung source
6  code algorithms and descriptions of the operation of the confidential source code.  This
7  information poses a competitive harm to Samsung as competitors can re-create the features found
8  in Samsung's products using the information contained in the documents.  "Compelling reasons"
9  exist where the documents to be sealed are "sources of business information that *might harm a*
10 *litigant's competitive standing.*"  *Nixon*, 435 U.S. at 598 (emphasis added).
11    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
12 for *in camera* review and served on all parties.

DATED: October 19, 2012           QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By  */s/ Victoria Maroulis*
                                      Charles K. Verhoeven
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis
                                      Michael T. Zeller
                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC., and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC