1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10   APPLE INC., a California corporation,      CASE NO. 11-cv-01846-LHK-PSG

11                  Plaintiff,
                                                **[PROPOSED] ORDER GRANTING**
12          vs.                                 **SAMSUNG'S ADMINISTRATIVE**
                                                **MOTION TO FILE DOCUMENTS**
13   SAMSUNG ELECTRONICS CO., LTD., a           **UNDER SEAL**
     Korean business entity; SAMSUNG
14   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
15   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
16
                    Defendants.
17

18

19          Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

20   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's

21   Administrative Motion to File Documents Under Seal.

22          Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.

23   62 to provide evidence of compelling reasons for this Court to permit filing under seal.

24          Accordingly, for the compelling reasons shown, the Court ORDERS that a portion of or

25   the entirety of the following documents shall be sealed:

26

27

28

02198.5185

1.  Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

2.  Exhibit 24 to the Declaration of John Pierce in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

3.  Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

4.  Exhibits B to the Wagner Declaration;

5.  Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement;

6.  Declaration of Corey Kerstetter ("Kerstetter Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

7.  Exhibits 1 and 2 to the Kerstetter Declaration;

8.  Declaration of Hee-chan Choi ("Choi Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

9.  Exhibit 1 to the Choi Declaration;

10. Declaration of Sam Lucente ("Lucente Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

11. Declaration of Stephen Gray in Support Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Exhibit 2 thereto;

02198.5185

-2-                                    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1       12. Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's

2       Motion for a Permanent Injunction and Damages Enhancement and Exhibits 2, 37,

3       195, and 207 thereto.

4

5       **IT IS SO ORDERED.**

6

7   DATED:   _____, 2012

8

9

10                                       _____
        Honorable Lucy H. Koh
        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-        Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL