1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Cal. Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15
                    UNITED STATES DISTRICT COURT
16
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

18  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19                  Plaintiff,                     **DECLARATION OF MICHAEL J.
                                                   WAGNER IN SUPPORT OF SAMSUNG'S
                        vs.                        OPPOSITION TO APPLE'S MOTION
20                                                 FOR A PERMANENT INJUNCTION**

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New              **Date: Dec. 6, 2012
    York corporation; SAMSUNG                     Time: 9:30 a.m.
23  TELECOMMUNICATIONS AMERICA,                   Courtroom 8, 4th Floor
    LLC, a Delaware limited liability company,    Judge: Hon. Lucy H. Koh**

24                  Defendants.

25                                                 **PUBLIC REDACTED VERSION
                                                   HIGHLY CONFIDENTIAL –
                                                   ATTORNEYS' EYES ONLY**
26

27

28

02198.51855/5017569.1                                          **Case No.: 11-cv-01846-LHK**
     **WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

I.      Background ............................................................................................................... 3

II.     Overview of Apple's Assertions of Irreparable Harm ........................................... 5

III.    Apple and Mr. Musika Have Not Shown That Any Infringement Is Likely to Cause
        the Harms They Allege ........................................................................................... 6

        A.      Apple and Mr. Musika Have Not Demonstrated a Causal Nexus Between
                Consumer Demand for the Accused Products and Apple's Asserted Utility
                Patents ...................................................................................................... 6

        B.      Apple and Mr. Musika Have Not Demonstrated a Causal Nexus Between
                Consumer Demand for the Accused Products and Apple's Asserted Design
                Patents and Trade Dress .......................................................................... 11

        C.      Sales of the Accused Products Are Driven by Other Factors.................... 16

                1.      Smartphone Sales Are Driven In Part By Novelty..................... 17

                2.      Consumer Surveys Demonstrate that Consumer Demand For the
                        Accused Products Is Driven By Other Factors............................ 18

                3.      Neither Reviews, Nor Samsung's Advertising Emphasize Apple's
                        Asserted Intellectual Property .................................................... 19

IV.     Apple Is Unlikely to Lose Substantial Market Share or Sales to the Accused
        Products .............................................................................................................. 41

        A.      Mr. Musika Conflates Competition Between Samsung and Apple Generally
                With Competition Between Apple Products and the Accused Products................ 41

        B.      Mr. Musika and Apple Overstate the Competition Between Apple and
                Samsung in the Smartphone and Tablet Markets.................................... 43

                1.      The iPhone Continues To Achieve Record Success ................... 43

                2.      The iPad Continues to Achieve Record Success......................... 51

        C.      Apple and Samsung Do Not Compete in a Two Player Market ............... 54

                1.      The Smartphone Market Has Many Competitors ....................... 54

                2.      The Tablet Market Has Many Competitors................................. 57

        D.      The Market Share for the Accused Products Is Small and Declining ................ 59

        E.      Apple's and Mr. Musika's Analysis Understates the Importance of Platform
                Competition............................................................................................ 61

                1.      The Operating System is a Primary Driver of the Purchasing
                        Decision.................................................................................... 61

                2.      Many Android Customers Would Never Purchase an iPhone or iPad........ 65

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

F.    Apple and Mr. Musika Overstate the Degree to Which the Accused Products and Apple Products Compete For Late Adopters...................................... 67

G.    Apple Does Not Have the Capacity to Meet Any More Demand ......................... 71

V.    Apple's Down Stream Sales and Ecosystem Will Not Be Irreparably Harmed ................. 73

A.    Apple's Claimed Harm to Its Ecosystem and Downstream Sales is Derivative of Its Claimed Harm to Market Share and Lost Sales .......................... 74

B.    Apple Substantially Overstates Potential Harm Derived By Network Effects ....... 74

C.    Apple Inflates the Impact of Platform Loyalty On Downstream Sales.................. 77

D.    Apple and Mr. Musika Inflate the Impact of Platform Loyalty On Sales of Other Apple Products ........................................................................................... 82

VI.    Apple's Trade Dress Is Not Likely to Be Diluted .............................................. 88

VII.    Apple's "Brand" Is Not Likely To Be Harmed.................................................. 90

VIII.    Even if Apple Could Demonstrate that the Accused Products Will Cause Lost Sales, Any Harm to Apple Could Be Quantified ............................................... 92

IX.    The Appropriate Bond Would be $32,550,725 .................................................. 93

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

I, Michael J. Wagner, hereby declare as follows:

I.   **Background**

1.   I am currently a Managing Director at LitiNomics, Inc., a financial and economic consulting firm specializing in the analysis of economic issues that arise in commercial disputes.

2.   I am a Certified Public Accountant and attorney licensed in the State of California. I have been a Partner at Price Waterhouse; a Managing Director at Putnam, Hayes & Bartlett; and a Senior Advisor at CRA International, a publicly traded management consulting firm. I have a Bachelor of Science in Engineering, which I received from the University of Santa Clara in 1969. I have a Masters in Business Administration, which I received from U.C.L.A. in 1971. I have a Juris Doctor degree, which I received from Loyola University School of Law at Los Angeles in 1975. Exhibit 1 is a true and correct copy of my *curriculum vitae*.

3.   I have specialized in the computation of commercial damages over the last 35 years of my professional career. I have been qualified and testified at trial as an expert on financial matters, principally commercial damages, 127 times, including Lanham Act cases and patent cases (30 times in patent cases). I have testified on financial issues in 35 arbitrations. I also have been deposed 315 times (102 times in patent cases; more than 10 times in trademark or Lanham Act cases) on financial issues over my career.

4.   I have 28 professional publications, the majority of which deals with the computation of commercial damages (eight deal directly with patent damages). The most significant publication is the *Litigation Services Handbook*, which I co-edited through its fourth edition. The book is a collaborative effort of many of the leading experts in the financial area. I am the founding editor and continued as an editor for over twenty years. The Handbook has been recognized as authoritative by the Federal Judicial Center in its *Treatise on Scientific Evidence*. The Treatise's chapter on Economic Damages cites only five additional reference sources for further guidance to federal judges. The *Litigation Services Handbook* is one of the five reference sources.

5.     In the above-captioned case, *Apple Inc. vs. Samsung Electronics Co., Ltd., et al.*, I previously submitted a Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction on August 21, 2011 and a Declaration of Michael J. Wagner in Support of Samsung's Motion for a Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 on September 21, 2012.  I have also submitted expert reports, including my April 16, 2012 Expert Report of Michael J. Wagner; my April 20, 2012 Corrected Expert Report of Michael J. Wagner; and my May 11, 2012 Supplemental Expert Report of Michael J. Wagner.  I also testified at trial on August 16, 2012.

6.     I submit this declaration in support of Samsung's Opposition to Apple's Motion for a Permanent Injunction.  If asked at a hearing, I am prepared to testify regarding the matters I discuss in this declaration.

7.     I am being compensated at my customary rate for my work on this case.  My compensation is in no way contingent upon the opinions I arrive at or the result of the litigation.

8.     In performing my analysis, I have reviewed Apple's Motion for a Permanent Injunction and for Damages Enhancements (the "Motion"), the Declaration of Terry Musika in Support of Apple's Motion for Permanent Injunction (the "Musika Declaration") and Exhibits, other Declarations filed by Apple, the Court's August 21, 2012 Final Jury Instructions and the August 24, 2012 Amended Verdict Form (the "Verdict Form").  I have also reviewed trial transcripts, trial demonstratives and exhibits, as well as publicly available documents discussed in this declaration.

9.     In addition to the review of documents listed above, I have relied on my training as a Certified Public Accountant and my knowledge and expertise regarding intellectual property litigation damages.

10.    I may supplement this declaration in the event that additional relevant materials are provided to me, including court filings and declarants' testimony.

-4-                          Case No. 11-cv-01846-LHK

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

## II.   Overview of Apple's Assertions of Irreparable Harm

2

       11.   I understand that, for a permanent injunction to issue, Apple must demonstrate that

3

it has suffered an irreparable injury and will be irreparably harmed if an injunction is not

4

entered.[1]

5

       12.   Apple has moved to permanently enjoin Samsung from infringing six Apple patents

6

by selling 26 products or "any other product with a feature or features not more than colorably

7

different from any of the infringing feature or features in any of the Infringing Products."[2]

8

Apple has also moved to permanently enjoin Samsung from diluting Apple's registered trade

9

dress and Apple's unregistered iPhone 3G trade dress by selling the Galaxy S 4G, Galaxy S

10

Showcase, Fascinate, Mesmerize, Vibrant, or Galaxy S (i9000).[3]

11

       13.   As described by the Motion, Apple argues that it will be irreparably harmed by lost

12

sales, lost market share, lost future and downstream sales, damage to its ecosystem due to

13

network effects, and dilution of its trade dress.

14

       14.   Apple's expert, Mr. Terry Musika, opines that Apple and Samsung are competitors

15

in the smartphone market, that the smartphone market is at a "moment of transition" such that

16

selling smartphones to first-time purchasers is "of critical importance," that the accused products

17

have taken and will take market share from Apple, that sale of the accused products will cause

18

lost downstream sales, and that a nexus exists between Apple's intellectual property[4] and

19

20

    [1] *eBay, Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006) (movant must establish that it has been irreparably harmed) [Exhibit 3]; *i4i Ltd. P'ship v. Microsoft Corp.*, 598 F.3d 831, 861-62 (Fed. Cir.

21

2010) (permanent injunction is a prospective remedy) [Exhibit 4]; *LG Elecs. U.S.A., Inc. v. Whirlpool Corp.*, 798 F. Supp. 2d 541, 563 (D. Del. 2011) (permanent injunction must prevent irreparable harm)

22

[Exhibit 5].
    [2] Motion, p. vi.  The products include the Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G,

23

Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S, Galaxy S 4G, Galaxy S II (AT&T), Galaxy S II (i9000), Galaxy Tab, Galaxy Tab 10.1 (Wi-fi), Gem, Indulge, Infuse 4G (Apple refers to this product as the

24

"Infuse"), Mesmerize,  Nexus S 4G, Replenish, Vibrant, Galaxy S II (T-Mobile), Transform, Galaxy S Showcase, Galaxy S II (Epic 4G Touch), Galaxy S II (Skyrocket).  Collectively, Apple refers to these

25

products as the "Infringing Products."
    [3] Motion, pp. vi-vii.

26

    [4] The Apple intellectual property at issue includes United States Patents Nos. 7,469,381; 7,884,915;

27

7,864,163; D618,677, D593,087, D604,305, Apple's "Unregistered iPhone 3G Trade Dress," and Apple's Trade Dress Reg. No. 3,470,983 (collectively "Apple's Asserted Intellectual Property").

28

consumer purchasing decisions for smartphones.  Mr. Musika does not offer an opinion on irreparable harm as it relates to Samsung's sale of tablet computers.

### III.  Apple and Mr. Musika Have Not Shown That Any Infringement Is Likely to Cause the Harms They Allege

15.    I understand that irreparable harm may not be presumed based on a finding of infringement; to obtain relief, Apple "must make a clear showing that it is at risk of irreparable harm, which entails showing a likelihood of substantial and immediate irreparable injury."[5]  I also understand that Apple must also establish "that a sufficiently strong causal nexus relates the alleged harm to the alleged infringement."[6]  I understand that this requirement is not satisfied "simply because removing an allegedly infringing component would leave a particular feature, application, or device less valued or inoperable."[7]  "The patentee must rather show that the infringing feature drives consumer demand for the accused product."[8]

16.    As this Court has previously observed, "smartphones today are comprised of a multitude of different features."[9]  The same is true for tablet computers.  Further, both smartphones and tablet computers may embody many different designs, trademarks, and trade dresses.  Even if Apple could demonstrate that it may lose sales due to the sale of the accused products, it has not demonstrated any nexus between Apple's Asserted Intellectual Property and those lost sales.

#### A.    Apple and Mr. Musika Have Not Demonstrated a Causal Nexus Between Consumer Demand for the Accused Products and Apple's Asserted Utility Patents

17.    Apple contends that there is a nexus between consumer demand for the accused products and three of its utility patents.  Those patents include U.S. Patents Nos. 7,469,381; 7,884,915; and 7,864,163.

---

[5] *Apple Inc. v. Samsung Elecs.*, No. 2012-1507 slip op. at 6 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
[6] *Apple Inc. v. Samsung Elecs.*, No. 2012-1507 slip op. at 6 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
[7] *Apple Inc. v. Samsung Elecs.*, No. 2012-1507 slip op. at 12 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
[8] *Apple Inc. v. Samsung Elecs.*, No. 2012-1507 slip op. at 9 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
[9] *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, 12-cv-630, at 79 (June 29, 2012). [Exhibit 7]

18.     It is my opinion that neither Apple nor Mr. Musika has demonstrated that consumer demand for the accused products is driven by any of Apple's asserted utility patents.  As an initial matter, I understand that this Court has already found that Apple failed to demonstrate a causal nexus between its '381 patent and consumer demand for Samsung's products.[10]  The Court found that Apple did not satisfy the likelihood of irreparable harm prong of the test, explaining:[11]

> While Apple undoubtedly uses the patent and produces goods in the same market, Apple has neither alleged, nor established, that the '381 patent is either necessary to, or a core functionality of, the products that it seeks to enjoin.  Nor has Apple shown that consumers' purchasing decisions are based on the existence of a snap back feature protected by the '381 patent. […]  Accordingly, the fact that the '381 patent is but one patent utilized in the accused products, and does not appear to be either necessary for the product to function, or a core technology of the product, weighs against a finding of irreparable harm.

19.     This Court also found that Apple had failed to demonstrate a causal nexus between three additional utility patents and demand for Samsung's Galaxy Nexus smartphone.[12]  The Federal Circuit recently held that a finding of a causal nexus between another Apple utility patent and demand for the Galaxy Nexus was erroneous.[13]  Therefore, in its five attempts, Apple has failed to prove a causal nexus between its utility patents (including one patent at issue in this motion) and demand for Samsung's products.

20.     Apple contends that a nexus with consumer demand exists because its patents contribute to a "fun," "simple," and "ease of use" interface.  I understand that Apple's three utility patents do not claim a monopoly on a fun, easy to use, or simple user interface.  I understand that the '163 patent claims a specific method that requires (1) zooming and centering a first portion of content in response to a first gesture (e.g., a double tap), and (2) centering a second portion of content in response to a second gesture (e.g., a double tap).[14]  Apple's expert testified that the patent does not claim tap to zoom generally, which was known in the prior art.[15]

---

[10] Order Denying Motion for Preliminary Injunction, December 2, 2011, pp. 63-64.
[11] Order Denying Motion for Preliminary Injunction, December 2, 2011, pp. 63-64.
[12] Order Granting Motion for Preliminary Injunction, June 29, 2012, pp. 85-93.
[13] *Apple Inc. v. Samsung Elecs.*, 2012-1507, slip op. (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
[14] Transcript of Proceedings, August 10, 2012, Volume 6, pp. 1856-57 and 1878-79.
[15] Transcript of Proceedings, August 10, 2012, Volume 6, p. 1879.

According to Apple's expert, the '915 patent is directed to a specific method for distinguishing between a one-finger scroll operation and a two-finger gesture operation on a touchscreen.[16] According to Apple's expert, the '381 patent is directed to providing a bounce-back when a user scrolls over the edge of a document.[17]  It does not claim all methods of indicating when a user has reached the edge of a document, nor does it claim implementing a bounce-back before a user's finger reaches the edge of the display.[18]  Apple has not presented any evidence that these specific functionalities drive consumer demand for Samsung's devices relative to non-infringing designs.

21.   Instead, Apple and Mr. Musika have presented evidence that they contend shows that the general concepts of "fun," "ease of use," or "simplicity" drive demand. ███████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████ For example, Apple admits that "all of the features [of the iPhone] contribute to ease of use,"[21] and that "90-plus percent of every feature that we market, we assume that we've – we've done our homework and we've built ease of use into that feature."[22]

22.   Even the evidence that Apple and Mr. Musika contend shows that fun, ease of use, or simplicity drive demand is flawed.  For example, they rely on a series of surveys from

---

[16] Transcript of Proceedings, August 10, 2012, Volume 6, pp. 1818 & 1857.
[17] Transcript of Proceedings, August 10, 2012, Volume 6, p. 1739.
[18] Transcript of Proceedings, August 10, 2012, Volume 6, pp. 1782-83.
███████████████████████████████
███████████████████████████████
*See also* Deposition of Steven Sinclair, April 4, 2012, pp. 47-48. [Exhibit 206]
[21] Deposition of Steven Sinclair, April 4, 2012, p. 52. [Exhibit 206]
[22] Deposition of Steven Sinclair, April 4, 2012, p. 51. [Exhibit 206]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1   purchasers of iPhones.  These surveys do not indicate whether *Samsung* phones were purchased

2   for ease of use.

3       23.   In its motion, Apple asserts that "Samsung's own documents confirm the

4   importance to consumer demand of Apple's iOS utility patents."[23]  However, the document to

5   which Apple cites makes no such assertions. The statements of value that Apple references from

6   the Gravity Tank study appear to have been derived from consumers that already owned an

7   iPhone at the time of the survey.  For example, the statement "It's cool, it's extraordinary.  Like

8   the world of tomorrow you can enlarge pictures and move them around – it's magic" is

9   attributed to an iPhone user in Paris.[24]  After-the-fact *assessments* of satisfaction with iPhone

10  features do not provide evidence of what factors *drove* Samsung consumers to purchase a phone

11  *in the first place*.

12      24.   Evidence Mr. Musika cites simply praises features of the iPhone that Apple

13  contends are practiced by the patents in suit.  I understand, however, that the Federal Circuit

14  recently rejected the argument that praise for a particular iPhone feature was substantial

15  evidence that demand for a Samsung phone was driven by Apple's patents.[25]  The similar

16  evidence of industry praise that Apple cites is therefore similarly not sufficient to establish a

17  causal nexus.[26]  Thus, Apple fails to present even a prima facie case that simplicity, ease of use,

18  or fun—much less the three utility patents at issue—drove demand for Samsung products.

19      25.   Moreover, the studies cited do not show that simplicity, fun, or "ease of use" drives

20  demand at all. ███████████████████████████████████████████████████

21  █████████████████████████████████████████████████████████████████

22  ██████████████████████████████████████████████████████████████████

23

24      [23] Motion, p. 8.
25      [24] Touch Portfolio, Rollout Strategy, Gravity Tank, December 17, 2008, SAMNDCA00191811-987 at
    '831. [Exhibit 58]
26      [25] *Apple Inc. v. Samsung Elecs. Co*., 12-1507, slip op. at 11-12 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
    [26] Musika Exhibits 30, 48, 51 & 68; Musika Dec. ¶¶ 41-43, 46, 51, & 56-57
27  ████████████████████████████████████████████████████████████████
28  ████████████

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

I understand that none of these are claimed by Apple's utility patents.

26.    Moreover, an April 2009 J.D. Powers and Associates study rated seven phone manufacturers in terms of customer satisfaction with factors such as "Ease of Operation," "Operating System," "Features," and "Physical Design."[29]  This study was duplicated in March 2011.[30]  The 2009 study found Samsung scored 784 points and was ranked above the industry average (which scored 781) for "Ease of Operation".[31]  However, by 2011 Samsung only scored 756 points and dropped below the industry average (now at 786).[32]  Thus, during the time period Samsung allegedly infringed patents which Mr. Musika claims embody "ease of use," customers became *less satisfied* with Samsung's phones in this aspect.

27.    Mr. Musika's argument that Samsung's efforts to include "visual effects," "pinch to zoom," or a "bounce" demonstrates a nexus is flawed.[33]  Mr. Musika cites no evidence that any of the features mentioned in these documents are embodied by Apple's patents.  For example, Mr. Musika cites a Samsung study that found that consumers like a "double-tap to zoom" feature.[34]  However, Apple's technical expert testified at trial that Apple's '163 patent did not claim "tap to zoom" because that already existed in the prior art.[35]  Nor does either Mr. Musika or Apple provide a comparison between consumer demand for products using these features and

2009 Wireless Consumer Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, April 2009, SAMNDCA00190144-243 at '188-'191. [Exhibit 55]
[30] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '386-'388. [Exhibit 24]
[31] 2009 Wireless Consumer Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, April 2009, SAMNDCA00190144-243 at '188. [Exhibit 55]
[32] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '386. [Exhibit 24]
[33] Musika Declaration ¶¶ 49 & 55-56; Musika Exhibits 66-67.
[34] Musika Dec. ¶ 55 (citing PX38).
[35] Transcript of Proceedings, August 10, 2012, Volume 6, pp. 1878-79.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1   products using available design arounds, such as those that I understand Samsung has

2   implemented.

3       28.   I also understand that the Federal Circuit has rejected the argument that the alleged

4   infringer's subjective appreciation of a patented feature necessarily establishes a nexus to lost

5   sales or market share.[36]  The Federal Circuit stated that "the relevant inquiry focuses on the

6   objective reasons as to why the patentee lost sales, not on the infringer's subjective beliefs as to

7   why it gained them (or would be likely to gain them)."[37]  Therefore, even assuming there is

8   evidence that Samsung believed that any of the patented features had value, this does not, by

9   itself, establish a nexus to lost market share or sales suffered by Apple.

10      29.   Finally, Mr. Musika cites a conjoint survey performed by Apple's expert, John

11  Hauser.  Dr. Hauser purports to measure how much consumers would be willing to pay for

12  "features associated with" Apple's utility patents.[38]  Willingness to pay, however, is not the

13  same as a causal nexus to lost sales or market share.  For example, consumers may be willing to

14  pay for various additional accessories or add-ons when purchasing a car.  It does not follow,

15  however, that because some consumers would be willing to pay some additional amount for an

16  add-on that the failure to offer that add-on would cause a substantial loss of sales or market

17  share.  Further, I understand that there are flaws and limitations of Mr. Hauser's work that render

18  it unreliable for determining a causal nexus between consumer demand and Apple's asserted

19  utility patents.[39]

20  **B.**   ***Apple and Mr. Musika Have Not Demonstrated a Causal Nexus Between
      Consumer Demand for the Accused Products and Apple's Asserted Design
21    Patents and Trade Dress***

22      30.   There is no evidence in the record suggesting that Apple's asserted design rights

23  are a motivating factor for consumers.  I understand that none of Apple's Asserted Intellectual

---

24
25  [36] *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, 678 F.3d 1314, 1328 (Fed. Cir. 2012). [Exhibit 6]
     [37] *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, 678 F.3d 1314, 1328 (Fed. Cir. 2012). [Exhibit 6]
26   [38] Musika Exhibit 64.
     [39] Declaration of R. Sukumar In Support of Samsung's Opposition To Apple's Motion For A
27  Permanent Injunction and For Damages Enhancements, October, 19, 2012.  *See also* Declaration of Yoram
    (Jerry) Wind.

28

                                            -11-                    Case No. 11-cv-01846-LHK
**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

Property claims the complete design of an entire product.  I understand that this Court has held that the D'087 and D'677 patents only claim a portion of the exterior design,[40] and the D'305 patent does not relate to the exterior design of the products at all but instead only one specific arrangement of icons on a specific graphical user interface screen.  Therefore, evidence related to consumer's value of "design" *generally* is of little probative value.  Nevertheless, surveys demonstrate that even design generally does not drive demand for smartphones.

31. 

32.    Apple surveys in FY Q1 2011, FY Q2 2011 and FY Q3 2011 all found similar results                                                                              In fact, when listing features and attributes in the iPhone purchase decision by importance among United

[40] Order Denying Motion for Preliminary Injunction, December 2, 2011, p. 17.



-12-                        Case No. 11-cv-01846-LHK
**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1    States iPhone buyers, appearance and design comes in eighth behind ease of use, battery life,

2    and value for price paid, among others.[46]

3         33.    A 2009 J.D. Power and Associates report on consumer smartphone satisfaction—a

4    document relied upon by Mr. Musika—assessed the "Physical Design" factor for seven

5    smartphone manufacturers.[47]  This study found the average score for customer satisfaction with

6    "Physical Design" was 793, a level with which Samsung was on par.[48]  By 2011, J.D. Power and

7    Associates found that customers' satisfaction with Samsung's "Physical Design" had eroded to

8    below the industry average.[49]  This decrease in satisfaction occurred over the period during

9    which Apple and Mr. Musika claim that design drove sales of the accused products—and at a

10   time when Samsung's sales rose and is inconsistent with such an assertion.

11        34.    The other survey evidence cited by Mr. Musika is also not to the contrary.  Mr.

12   Musika cites surveys that find that "design" generally may be a factor in some consumer decision

13   making.[50]  None of the evidence Apple or Mr. Musika cite, however, addresses whether the

14   *specific* designs claimed by Apple's patents or trade dress are a motivating factor for consumers.

15   For example, Mr. Musika cites a Samsung consumer survey that finds that "exterior design" is a

16   reason that some consumers gave for their smartphone purchase.[51]  That survey considered,

17   however, only broad factors such as "screen size," "shape/form," "color," and "material/material

18   quality."[52]  Similarly, Mr. Musika cites a J.D. Powers study that found that some consumers

19   choose their handset brand based on "*overall* design/style."[53]  These surveys did not inquire

20   ───────────────────────────

        [46] ███████████████████████████████████████████████████████

21   ████████████

        [47] 2009 Wireless Consumer Smartphone Satisfaction Study, Management Report, J.D. Power and

22   Associates, April 2009, SAMNDCA00190144-243 at '191. [Exhibit 55]  *See also* 2011 Wireless
     Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011,

23   SAMNDCA10246338-445 at '388. [Exhibit 24]

        [48] 2009 Wireless Consumer Smartphone Satisfaction Study, Management Report, J.D. Power and

24   Associates, April 2009, SAMNDCA00190144-243 at '191. [Exhibit 55]

        [49] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates,

25   March, 2011, SAMNDCA10246338-445 at '388. [Exhibit 24]

        [50] Musika Exhibit 48; Musika Exhibit 52; Musika Exhibit 53.

26      [51] Musika Exhibit 48.

        [52] Musika Exhibit 48.

27      [53] Musika Dec. ¶ 46 (emphasis added).

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1  whether any consumer purchased a Samsung product because of its use of a specific design

2  claimed in an Apple patent or trade dress.  They therefore provide little insight into whether the

3  specific intellectual property at issue drives consumer demand.

4       35.     Mr. Musika cites a 2008 internal Samsung email that "a sleek product design as

5  shown by iPhone would be what is considered by product planning and sales as the greatest

6  appealing factor."[54]  Again, such evidence is not tied to the specific designs in Apple's patents or

7  trade dress.  I understand, for example, that Apple's patents and trade dress do not claim a

8  monopoly on a "sleek product design."  Nor is an email from 2008 from a single Samsung

9  employee particularly probative of what consumers in 2012 would base purchasing decision on.

10       36.     Mr. Musika also cites the deposition testimony of STA Senior Manager of Market

11  Research, Timothy Brenner.[55]  Mr. Brenner testified that "appearance is an aspect of choice in

12  almost every decision."[56]  The fact that "appearance" as a general concept influences consumer

13  choice does not demonstrate that the specific Apple's Asserted Intellectual Property is a basis for

14  consumer demand.  Otherwise, such evidence would arguably establish a nexus for any design

15  patent.

16       37.     The evidence Mr. Musika cites concerning industry praise for the iPhone is

17  similarly not probative.  For example, he cites praise for the original iPhone's "screen-centric

18  design"[57] but does not tie the praise to any of the specific design IP at issue.  I understand that

19  Apple's design patents and trade dress do not claim a monopoly on "screen-centric" designs.   I

20  also understand that the Federal Circuit recently rejected the argument that praise for the iPhone

21  was substantial evidence that demand for a Samsung phone was driven by that feature.[58]

22

23

24

---

25  [54] Musika Declaration, ¶ 43; Musika Exhibit 49.

26  [55] Musika Declaration, ¶ 44.

  [56] Musika Exhibit 50.

27  [57] Musika Dec. ¶ 46 & Exhibit 51.

  [58] *Apple Inc. v. Samsung Elecs. Co.*, 12-1507, slip op. at 11-12 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

38.     Mr. Musika also cites praise for the "glossy" and "sleek" exterior design of the iPhone 4 and ███████████████████████████.[59]  It is my understanding that Apple does not even contend that the iPhone 4 practices the D'087 patent or the trade dress that the jury found diluted.  Evidence that consumers may purchase the iPhone 4 because of its overall "glossiness" or "uniform color" is therefore not probative of whether Apple's specific design rights drive demand for Samsung's products.

39.     With respect to the D'305 patent, Mr. Musika cites praise for the *iPhone*'s graphical user interface generally.[60]  I understand, however, that the relevant issue is not what drives demand for the iPhone or what third-parties praise about the iPhone.[61]  I understand that the D'305 patent relates only to only one specific arrangement of icons on a specific graphical user interface screen, and not the interface in its entirety.  Much of this evidence also predates the accused products, diminishing its value.[62]  Subjective beliefs about what consumers' value is not sufficient.[63]  For example, Mr. Musika cites a presentation by The Boston Consulting Group.[64] That presentation praises the user interface of the iPhone generally.  It does not address whether that user interface drives demand for the iPhone, the importance of the specific interface claimed by the D'305 patent, or what drives demand for the accused products.

40.     Similarly, Mr. Musika cites email from Samsung employees that praises the iPhone's user interface[65] and evidence of the evolution of Samsung's icon design.[66]  However, as stated above, the Federal Circuit has held that this type of evidence is of limited value because it

---

[59] Musika Declaration, ¶¶ 41-43.  ████████████████████████
███████ Musika Exhibit 62.
[61] *Apple Inc. v. Samsung Elecs. Co.*, 12-1507, slip op. at 10 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
[62] *Apple Inc. v. Samsung Elecs. Co.*, 12-1507, slip op. at 11-12 (Fed. Cir. Oct. 11, 2012). [Exhibit 8] *See also* Musika Exhibit 62.
[63] *Apple Inc. v. Samsung Elecs. Co.*, 12-1507, slip op. at 11-12 (Fed. Cir. Oct. 11, 2012). [Exhibit 8] *See also* Musika Exhibit 62
[64] Musika Exhibit 58.
[65] Musika Exhibits 59, 61 & 63.  Notably, Exhibit 59 email instructs its recipients that the writer is "not saying to make a UX that is exactly identical to the iPhone, but [instead] to learn the wisdom of the iPhone."
[66] Musika Exhibit 60.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

either relates to the iPhone, not the accused products, or "because the relevant inquiry focuses on the objective reasons as to why the patentee lost sales, not on the infringer's subjective [belief] as to why it gained them (or would be likely to gain them)."[67]  Further, the fact that Samsung's graphical user interface evolved over time neither supports nor rebuts an inference of a causal nexus.

41.     Mr. Musika also cites evidence of what he contends is Samsung's copying of Apple's graphical user interface.[68]  Even if copying were relevant, much of the evidence Apple cites tends to refute an inference that Samsung copied the D'305 patent's design.  Notably, Mr. Musika's Exhibit 59 is a Samsung email that instructs its recipients that the writer is "not saying to make a UX that is exactly identical to the iPhone, but [instead] to learn the wisdom of the iPhone." Mr. Musika's Exhibit 60 shows the evolution of a portion of Samsung's graphical user interface over time.  One would not expect a gradual evolution to be the result of wholesale copying.  In another email relied on by Mr. Musika, a Samsung employee instructs, not to copy existing products, but rather to "think at least six months ahead."[69]  Similarly, another document that Mr. Musika cites states that a "Direction[s] for Improvement" is for Samsung to "Remove a feeling that iPhone's menu icons are copied by differentiating design."[70]  If anything, the document demonstrates a belief that sales would be improved by differentiating them from the iPhone, not copying it.

C.     _Sales of the Accused Products Are Driven by Other Factors_

42.     Apple does not directly address the issue of whether its Asserted Intellectual Property caused any consumer to purchase one of the accused products.  The evidence indicates it is features other than Apple's Asserted Intellectual Property that drive the demand for the accused products.[71]

---

[67] *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, 678 F.3d 1314, 1328 (Fed. Cir. 2012). [Exhibit 6]
[68] Musika Declaration, ¶ 49.
[69] Musika Exhibit 54.
[70] Musika Exhibit 56.
[71] I note that Mr. Musika's declaration cites to my deposition testimony in the last preliminary injunction requested by Apple against Samsung.  At my deposition, I testified that the reason I bought six iPhone 4S is because of FaceTime.  (Deposition of Michael Wagner, September 14, 2011, pp. 61-62. (footnote continued)

WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION

1

### 1.  Smartphone Sales Are Driven In Part By Novelty

43.    This Court has already observed that there is evidence that the sale of the iPhone is driven by the novelty of the product,[72] rising with the release of each new model and then declining before a new model is released.  Apple's recent success selling a record number of iPhone 5 handsets confirms this finding.  This finding is further confirmed by portions of documents that Mr. Musika relies on but does not attach to his declaration.  For example, a Samsung presentation provides the following chart demonstrating spikes in Apple's sales after each new iPhone release:[73]



44.    The same pattern of an initial spike in sales and a subsequent tailing off of sales applies to other manufacturers' smartphones as well.  Apple's own research in July 2011 noted

─────────────────

[Exhibit 207])  I did not buy the iPhone for any of the Apple intellectual property asserted in this case.  I am proof that people buy the iPhone and other smartphones for reasons completely unrelated to the patents that Apple has asserted against Samsung.

[72] Order Denying Motion for Preliminary Injunction, December 2, 2011, p. 34.

[73] "STA Competitive Situation Paradigm Shift," Samsung, SAMNDCA11547401-470 at '415. [Exhibit 54]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

2

### 2.      Consumer Surveys Demonstrate that Consumer Demand For the Accused Products Is Driven By Other Factors

45.     Overwhelming evidence demonstrates that consumer demand for the accused products is driven by factors other than the use of Apple's Asserted Intellectual Property.  A survey, conducted by Deloitte & Touche LLP in mid-2010, concluded that "[a]pproximately 58 percent of consumers who own or plan to purchase a smartphone state that embedded features such as size, quality, camera, and keyboard style, as well as price, have the most influence on their buying decision."[75]

46.     A June 2011 Nielsen survey noted "that touchscreen capability ranks as the most important factor in a smartphone" while other important decision drivers were "Internet access, apps, access to email, design, ease of use and price."[76]  It is important to note that design is only one of six drivers of demand and it is not mentioned first (it is mentioned fourth).  Nor does the survey focus on the specific design rights at issue in this case.  The variety of features deemed important by the Nielsen survey prompted FierceWireless, a publication that monitors the wireless industry, to make the assessment that "smartphone users want a lot of different things out of their device, which means that smartphone vendors will need to cover all their bases to be successful in the smartphone market."

47.     Smartphone market studies conducted by Apple support the conclusion that Apple's Asserted Intellectual Property is not a substantial driver of sales of Android devices.  A January 2011 Apple study

---

[74]

[75] "Deloitte's 'Revolutions 2010' Survey: Mobile 'Apps' and e-readers Transform Consumer Behavior," PR Newswire, September 22, 2010, <http://www.prnewswire.com/newsreleases/ deloittes-revolutions-2010-survey-mobile-apps-and-e-readers-transform-consumerbehavior- 103516709.html>. [Exhibit 14]

[76] Dano, Mike, "Are touchscreens the most important feature of smartphones?," FierceWireless, June 2, 2011, <http://www.fiercewireless.com/story/are-touchscreens-mostimportant-feature-smartphones/2011-06-02>. [Exhibit 15]

1

2

3

4

5

6

7

8

9        **3.    Neither Reviews, Nor Samsung's Advertising Emphasize Apple's**
            **Asserted Intellectual Property**

10

11          48.    Although neither dispositive nor highly probative of the inquiry, reviews of and

12  advertisements for the accused products do not emphasize Apple's Asserted Intellectual Property

13  as a basis for consumer demand.  Notably, the Federal Circuit recently held that news articles

14  that praise a particular smartphone feature are not substantial evidence of consumer demand for

15  that feature.[81]  Similarly, Samsung's advertisements, while relevant, are not dispositive "because

16  the relevant inquiry focuses on the objective reasons as to why the patentee lost sales, not on the

17  infringer's subjective believe as to why it gained them (or would be likely to gain them)."[82]

18  Samsung's advertisements therefore do not directly address the reasons why Apple may or may

19  not have lost sales, if any.  Nevertheless, to the extent Samsung's advertisements are relevant,

20  they do not focus on Apple's Asserted Intellectual Property.

21  _____

22

23                                                      *See also* trial testimony of Justin Denison, Aug. 3,
24  2012 at 873:6-12 (testifying that consumer desire for large flat screens on smartphones is related to content
    and mobile web environments needs).

25

26

27  [81] *Apple Inc. v. Samsung Elecs. Co.*, 2012-1507, slip op. at 11-12 (Fed. Cir. Oct. 11, 2012). [Exhibit 8]
    [82] *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, 678 F.3d 1314, 1328 (Fed. Cir. 2012). [Exhibit 6]

28

                                               -19-                    Case No. 11-cv-01846-LHK
**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

49.   Samsung's mobile offerings are noted for everything from their pre-loaded applications and their operating system (each runs on an iteration of Google's Android OS), to their speed and memory capabilities.  Even the evidence Dr. Musika relies on to argue that Samsung is targeting first-time smartphone purchasers emphasizes features unrelated to Apple's Asserted Intellectual Property, like its 4G data speeds,[83] processor speed, and Android software.[84]  I address this evidence with respect to each accused product below.

**Captive**

50.   Samsung's advertising of the Captivate does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's use of Android 2.3, its Super AMOLED 4" touchscreen, its integrated social networking capabilities, and its use of the text messaging software Swype.[85]

51.   The listing for the Captivate on Amazon.com similarly touts the Captivate's use of the Samsung Social Hub, the use of Android 2.1, the 1GHz processor, the 3G connectivity, the Super AMOLED display, and the Wireless-N Wi-Fi networking.[86]

52.   Reviews of the Captivate similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was "a gorgeous Super AMOLED screen, a 1GHz processor, 16GB of onboard memory, and […] an expansion slot.  The Android 2.1 device also offers great call quality, full wireless options, and a HD video capture."[87]

**Continuum**

53.   Samsung's advertising of the Continuum does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's "Advanced dual

---

[83] Musika Exhibit 10.
[84] Musika Exhibit 11.
[85] "Samsung Captivate Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SGH-I897ZKAATT>. [Exhibit 88]
[86] "Samsung Captivate Android Phone (AT&T)," Amazon.com, <http://www.amazon.com/Samsung-Captivate-Android-Phone-AT/dp/B003TLMQG8.> [Exhibit 89]
[87] "Samsung Captivate," CNet, July 14, 2010, <http://reviews.cnet.com/smartphones/samsung-captivate-review>. [Exhibit 90]

Super AMOLED displays with dedicated Ticker display," its "Customizable Ticker Experience," its "Android Éclair Browser," and its "Advanced Widgets."[88]

54.    Reviews of the Continuum similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The Samsung Continuum features two displays; the smaller ticker window is a great tool for quickly accessing information and multitasking.  The smartphone also has a 1GHz processor and a 5-megapixel camera with HD video capture.  It offers full wireless options and can be used as a mobile hot spot."[89]  Similarly, Engadget stated that the Continuum's "biggest claim to fame would be the addition of a secondary OLED display below the main."[90]  This meant that "one of the selling points is that you can access basic phone functionality and information without having to fiddle with the normal UI or turn on that big, power-sapping primary display." [91]

### Droid Charge

55.    Samsung's advertising of the Droid Charge does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's "4.3" Super AMOLED Plus Touch Screen Display," its "Android 2.2 Platform," the fact that it is "Loaded with Multimedia and Entertainment," and the "Slimmest 4G LTE Smartphone on Verizon's lightning fast network."[92]

56.    In stride with its other 4G offerings, Samsung highlighted the Droid Charge's "4.3-inch Super AMOLED Plus display …" claiming that their device sets "a new touch screen

---

[88] "Samsung Continuum i400 Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I400ZKAVZW.> [Exhibit 91]

[89] "Samsung Continuum," CNet, November 23, 2010, <http://reviews.cnet.com/smartphones/samsung-continuum-verizon-wireless/4505-6452_7-34212022.html.> [Exhibit 92]

[90] Chris Ziegler, "Exclusive: Samsung Continuum for Verizon Has Double the Displays, Double the Fun," engadget, September 30, 2010, <http://www.engadget.com/2010/09/30/exclusive-samsung-continuum-for-verizon-has-double-the-displays/.> [Exhibit 93]

[91] Chris Ziegler, "Exclusive: Samsung Continuum for Verizon Has Double the Displays, Double the Fun," engadget, September 30, 2010, <http://www.engadget.com/2010/09/30/exclusive-samsung-continuum-for-verizon-has-double-the-displays/.> [Exhibit 93]

[92] "Droid Charge Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I510RAAVZW>. [Exhibit 94]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1  standard for brightness, clarity and outdoor visibility."[93]  In addition, the Charge is equipped

2  with both rear- and front-facing cameras, and a "1GHz application processor and HTML 5 Web

3  browser maximiz[ing] high-speed 4G LTE connectivity for faster downloads and graphics

4  processing."[94]  Additionally, Samsung notes the phone's Android 2.2 platform, Adobe Flash

5  Player compatibility, mobile hotspot capability, the Samsung Media Hub, and "[v]irtual

6  QWERTY Keyboard featuring Swype Technology."[95]

7       57.   Reviews of the Droid Charge similarly did not emphasize any of Apple's Asserted

8  Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The

9  Samsung Droid Charge has a gorgeous Super AMOLED Plus touch screen. Verizon's 4G LTE

10  data speeds are superfast, and the smartphone offers longer battery life than the HTC

11  ThunderBolt. Call quality and camera quality are also good."[96]  PCMag.com pointed out that the

12  Droid Charge combines fast 4G performance with a Super AMOLED Plus screen.[97]  It is also

13  noted that the Droid Charge is Wi-Fi enabled and can act as a mobile hotspot.[98]  The Charge is

14  praised for its voice-enabled, turn-by-turn GPS guidance, its media capabilities, and two

15  cameras.[99]  Though PCMag.com compares the Droid Charge with the iPhone 4 and HTC Droid

16  2, the more relevant comparison, according to the publication, is with Verizon's other 4G

17  Android phone, the HTC Thunderbolt.[100]

18

19       [93] "Verizon Wireless Unleashes DROID Charge By Samsung," Samsung,

20  <http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19844>. [Exhibit 95]
        [94] "Verizon Wireless Unleashes DROID Charge By Samsung," Samsung,

21  <http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19844>. [Exhibit 95]
        [95] "Verizon Wireless Unleashes DROID Charge By Samsung," Samsung,

22  <http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19844>. [Exhibit 95]
        [96] "Samsung Droid Charge," CNet, May 3, 2011, <http://reviews.cnet.com/smartphones/samsung-

23  droid-charge-verizon/4505-6452_7-34468678.html>. [Exhibit 96]
        [97] Lendino, Jamie, "Samsung Droid Charge (Verizon Wireless)," PCMag.com, May 6, 2011,

24  <http://www.pcmag.com/article/print/264124 >.  [Exhibit 97]
        [98] Lendino, Jamie, "Samsung Droid Charge (Verizon Wireless)," PCMag.com, May 6, 2011,

25  <http://www.pcmag.com/article/print/264124 >.  [Exhibit 97]
        [99] Lendino, Jamie, "Samsung Droid Charge (Verizon Wireless)," PCMag.com, May 6, 2011,

26  <http://www.pcmag.com/article/print/264124 >.  [Exhibit 97]
        [100] Lendino, Jamie, "Samsung Droid Charge (Verizon Wireless)," PCMag.com, May 6, 2011,

27  <http://www.pcmag.com/article/print/264124 >.  [Exhibit 97]

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

**Epic 4G**

58.    Samsung's advertising of the Epic 4G does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's "Android 2.3 Platform," "Super AMOLED Touchscreen," "Full Suite of Entertainment On-The-Go," and "Swype Text Input Technology."[101]

59.    Reviews of the Epic 4G similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The Samsung Epic 4G has a knockout Super AMOLED display, a 1GHz processor, a front-facing camera, an impressive QWERTY keyboard, a 5.0-megapixel camera with an LED flash, and supports Sprint's 4G WiMax network. It is capable of acting as a mobile Wi-Fi hot spot for up to five devices."[102]

60.    Similarly, the Epic 4G's listing on Amazon.com emphasizes the use of Android 2.1, the Super AMOLED display, the 4G capability, the forward facing VGA camera, and the 1 GHz processor.[103]

**Exhibit 4G**

61.    Samsung's advertising of the Exhibit 4G does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's "Preloaded Entertainment," "Easy to Use Interface Android 2.3, Gingerbread," "Front-Facing Camera and Pre-Loaded Qik for Video Chat," and "Multiple Messaging."[104]

62.    T-Mobile's website for the phone advertises its speed, 3.7" screen, and built-in camera.[105]

---

[101] "Samsung Epic 4G Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SPH-D700KASPR>. [Exhibit 98]

[102] "Samsung Epic 4G," CNet, August 15, 2010, <http://reviews.cnet.com/smartphones/samsung-epic-4g-review/>. [Exhibit 99]

[103] "Samsung Epic 4G Android Phone (Sprint)," Amazon.com, <http://www.amazon.com/Samsung-Epic-Android-Phone-Sprint/dp/B003ZDO2H6>. [Exhibit 107]

[104] "Samsung Exhibit 4G Android Smartphone," <http://www.samsung.com/us/mobile/cell-phones/SGH-T759ZKBTMB>. [Exhibit 100]

[105] "Samsung Galaxy Exhibit 4G," <http://prepaid-phones.t-mobile.com/prepaid-phone/Samsung-Exhibit-4G-Prepaid>. [Exhibit 101]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

63.    Reviews of the Exhibit 4G similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The Samsung Exhibit 4G is a fast, comfortable Android 2.3 Gingerbread handset with two cameras and a 1GHz processor."[106]  Laptop Magazine describes the "Pros" of the Exhibit 4G as "Runs Android 2.3 Gingerbread Fast 4G download speeds; Wi-Fi Calling Camera takes clear vivid pictures ; Long battery life."[107]

**Fascinate**

64.    Samsung's advertising of the Fascinate does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's "Galaxy S with Android 2.1 OS," "Super AMOLED touchscreen," "Instant social networking capabilities," and "Faster texting with Swype."[108]

65.    The product description for the Fascinate on Amazon.com touts the phone's 1 GHz processor, Android 2.1 platform, use of the Samsung Social Hub, the Super AMOLED display, and the "ultra-fast 7.2 Mbps 3G connectivity."[109]

66.    Reviews of the Fascinate similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The Samsung Fascinate offers a gorgeous Super AMOLED touch screen, a 1GHz processor, and a great multimedia experience.  The smartphone can be used as a mobile hot spot."[110]

**Galaxy Ace**

67.    Samsung's advertising of the Galaxy Ace does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's 800 MHz

---

[106] "Samsung Exhibit 4G," CNet, June 17, 2011, <http://reviews.cnet.com/smartphones/samsung-exhibit-4g-black/4505-6452_7-34818011.html>. [Exhibit 102]

[107] Sherri L. Smith, "Samsung Exhibit 4G Review," Laptop Magazine, July 8, 2011, <http://www.laptopmag.com/review/cellphones/samsung-exhibit-4g.aspx>. [Exhibit 103]

[108] "Samsung Fascinate Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAVZW>. [Exhibit 104]

[109] "Samsung Fascinate Android Phone (Verizon Wireless)," Amazon.com, <http://www.amazon.com/Samsung-Fascinate-Android-Verizon-Wireless/dp/B0040JHXS4>. [Exhibit 105]

[110] "Samsung Fascinate," CNet, September 7, 2010, <http://reviews.cnet.com/smartphones/samsung-fascinate-black-verizon/4505-6452_7-34129372.html>. [Exhibit 106]

processor, 5MP camera, use of Quicktype software, and use of Microsoft Word, Excel, and PowerPoint.[111]  Notably, Samsung does tout the Galaxy Ace's "sophisticated beauty" and "look of success,"[112] but the jury did not find that the Galaxy Ace infringed or diluted Apple's design patents or trade dress.[113]  The jury only found infringement by the Galaxy Ace of Apple's utility patents.[114]

68.    Reviews of the Galaxy Ace similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, Tech Radar stated that the characteristics weighing "For" the Ace, included:  "Compatible with Google Navigation," "Decent 5MP camera," "Easy to set up webmail," "Light and feels good in the hand," and "Good battery life."[115]

**Galaxy Prevail**

69.    Samsung's advertising of the Galaxy Ace does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the phone's "Advanced GPS," "More App Choices through Google Play," "2.0 MP Camera," and the fact that it is the "First CDMA Android Device with Boost."[116]

70.    The product description of the Prevail on Amazon.com touts the phone's 3.2" capacitive touchscreen, use of Bluetooth, and use of Android 2.2.[117]

71.    Reviews of the Fascinate similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, PCMag.com noted that the "Pros" of the phone included: "Good set of features and performance for the price.  Fantastic plan pricing.  Free, built-in

---

[111] "Become an Ace" Galaxy Family Site, <http://www.samsung.com/galaxyace/ace_overview.html>. [Exhibit 108]
[112] "Become an Ace" Galaxy Family Site, <http://www.samsung.com/galaxyace/ace_overview.html>. [Exhibit 108]
[113] Amended Verdict Form, pp. 6-14.
[114] Amended Verdict Form, pp. 2-4.
[115] Luke Johnson, "Samsung Galaxy Ace Review," Tech Radar, March 19, 2011, <http://www.techradar.com/us/reviews/phones/mobile-phones/samsung-galaxy-ace-930912/review>. [Exhibit 109]
[116] "Samsung Galaxy Prevail," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SPH-M820ZKABST>. [Exhibit 110]
[117] "Samsung Galaxy Prevail Android Smartphone (Boost Mobile), Amazon.com, <http://www.amazon.com/Samsung-Galaxy-Prevail-Android-Smartphone/dp/B004Z7HYUI>. [Exhibit 111]

TeleNav GPS.  Responsive UI (given the lower-end hardware).  Good looking."[118]  Notably, however, the jury rejected Apple's claim that the Prevail diluted Apple's trade dress, and Apple did not allege that it infringed the design patents at issue.[119]

### Galaxy S/Galaxy S i9000

72.    Samsung's advertising of the Galaxy S/Galaxy Si9000 does not emphasize any of Apple's Asserted Intellectual Property.  For example, upon its launch of the Galaxy S in June 2010, Samsung pointed to "processor speed; the AMOLED display; and the content"[120] as those features that differentiate its Galaxy S line of phones.

73.    Reviews of the Galaxy S similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, Time Magazine stated "The phone's best feature is its screen: it's astonishingly bright, even in daylight. It also is thinner and consumes less power than traditional LCDs, reducing the Galaxy's overall weight and thickness."[121]  An article on Slashgear noted the Galaxy S's use of a Super AMOLED screen, 5 megapixel camera and use of Android 2.1.[122]  A CNet review touted the phone's "impressive list of features, including a 4-inch Super AMOLED touch screen, a 1GHz Hummingbird processor, and a 5-megapixel camera with HD video capture.  The quad-band smartphone also offers DLNA support, Wi-Fi, Bluetooth, and GPS."[123]

---

[118] "Samsung Galaxy Prevail (Boost Mobile)," PCMag.com, April 19, 2011, <http://www.pcmag.com/article2/0,2817,2383632,00.asp>. [Exhibit 112]
[119] Amended Verdict Form, pp. 11-12.
[120] Michael Miller, "Samsung Unveils Galaxy S Line of Android Phones," PCMag.com, June 30, 2010, <http://www.pcmag.com/print_article2/0,1217,a=252368,00.asp?hidPrint=true>. [Exhibit 113]
[121] Doug Aamoth, "The Top 10 Everything of 2010, Samsung Galaxy S," Time, December 9, 2010, <http://www.time.com/time/specials/packages/article/0,28804,2035319_2033840_2033837,00.html>. [Exhibit 114]
[122] Chris Davies, "Samsung Galaxy S GT-I9000 Android 2.1 Smartphone Announced," Slashgear, March 23, 2010, http://www.slashgear.com/samsung-galaxy-s-gt-i9000-android-2-1-smartphone-announced-2378775/>. [Exhibit 115]
[123] "Samsung Galaxy S i9000," CNet, October 20, 2010, <http://reviews.cnet.com/smartphones/samsung-galaxy-s-i9000/4505-6452_7-34026333.html>. [Exhibit 116]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

**Galaxy S 4G**

74.    Samsung's advertising of the Galaxy S 4G does not emphasize any of Apple's

Asserted Intellectual Property.  For example, the headline of Samsung's press release

announcing the Galaxy S 4G reads "Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds

and Unparalleled Entertainment Experience Featuring Movies, TV and Video Chat."[124]  Backing

this statement was the device's 4G "theoretical peak download speeds of up to 21 Mbps," as

well as "HD TV3 through T-Mobile TV, the ACADEMY AWARD Nominated film

INCEPTION, and T-Mobile Video Chat powered by Qik …"[125]  The phones "slim and sleek

design" is mentioned along with the Super AMOLED touch screen, preloaded Kindle

application, Android 2.2 operating system, Hummingbird processor, 5 megapixel camera,

preinstalled 16GB of memory, and battery.[126]

75.    Reviews of the Galaxy S 4G similarly did not emphasize any of Apple's Asserted

Intellectual Property.  For example, a PCMag.com article discussing the Galaxy S 4G also

expounds on the phone's merits.  Adding to the features mentioned above, the Galaxy S 4G is T-

Mobile's first high-speed HSPA+ 21 phone and includes the music syncing application

DoubleTwist with AirSync preloaded.[127]  In addition, it comes with "home dock" and "car dock

mode" with GPS and DriveSafe, an application which responds to text messages automatically.

These features prompted the author to postulate that "[i]f the price is good and the Internet

access is fast, the Galaxy S 4G will do just fine on T-Mobile."  Summarizing the merits of the

Galaxy S 4G, a PCMag.com review of the phone noted its slim design, the "[g]orgeous screen,"

---

[124] "Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds and Unparalleled Entertainment
Experience Featuring Movies, TV and Video Chat," Samsung, February 2, 2011,
<http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19810>. [Exhibit 117]
[125] "Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds and Unparalleled Entertainment
Experience Featuring Movies, TV and Video Chat," Samsung, February 2, 2011,
<http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19810>. [Exhibit 117]
[126] "Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds and Unparalleled Entertainment
Experience Featuring Movies, TV and Video Chat," Samsung, February 2, 2011,
<http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19810>. [Exhibit 117]
[127] Segan, Sascha, "Samsung Galaxy S 4G: Hands On," PCMag.com, February 14, 2011,
<http://www.pcmag.com/print_article2/0,1217,a=260606,00.asp?hidPrint=true>. [Exhibit 118]

"[v]ery fast 4G HSPA+ data speeds," "[e]xcellent music and video," and "[s]olid battery life."[128] These features, coupled with the Android 2.2.1 operating system, Wi-Fi, and two cameras (including one for front-facing video calls), prompted the reviewer to characterize the Galaxy S 4G as "another powerful Android smartphone."

**Galaxy S II (AT&T)**

76. Samsung's advertising of the Galaxy S II (AT&T) does not emphasize any of Apple's Asserted Intellectual Property. For example, Samsung advertises the phone's "4.27" Super AMOLED Plus screen," its ability to show movies using Media Hub, and its environmentally friendly Virtual Guide.[129]

77. The product description for the Galaxy S II (AT&T) on Amazon.com emphasizes its 1.2 GHz processor, the 4.3" Super AMOLED display," video chat, and use of Samsung's Media Hub.[130]

78. Reviews of the Galaxy S II (AT&T) similarly did not emphasize any of Apple's Asserted Intellectual Property. For example, CNet stated that "The good" of the phone was: "The Samsung Galaxy S II boasts a beautiful display and a thin design. With a dual-core processor, the Gingerbread device delivers fast performance, as well as good battery life. Camera quality is excellent."[131]

**Gem**

79. Samsung's advertising of the Gem does not emphasize any of Apple's Asserted Intellectual Property. For example, Samsung advertises the phone's "Integrated Social Hub,"

---

[128] Lendino, Jamie, "Samsung Galaxy S 4G (T-Mobile)," PCMag.com, March 2, 2011, <http://www.pcmag.com/print_article2/0,1217,a=261303,00.asp?hidPrint=true>. [Exhibit 119]
[129] "Samsung Galaxy S II for AT&T," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT>. [Exhibit 120]
[130] "Samsung Galaxy S II 4G Android Phone (AT&T)," Amazon.com, <http://wireless.amazon.com/Samsung-Galaxy-II-Android-Phone/dp/B005PT14FQ>. [Exhibit 121]
[131] "Expert Review: AT&T Galaxy SII," CNet, <http://www.samsung.com/us/article/expert-review-at-t-galaxy-sii>. [Exhibit 122]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

"Competitive Pricing," "Advanced Touchscreen Display w/ Anti-Scratch & Anti-Smudge," and Android Éclair OS."[132]

80.    U.S. Cellular touts the phone's use of Android 2.2, its customizable home screen, its 3.2" touchscreen, and use of Microsoft Exchange.[133]

81.    Reviews of the Gem similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "Interesting, angular design elements give the Samsung Gem personality, and it's inexpensive."[134] PCMag.com stated that the "Pros" of the phone included "Lightweight.  Stock Android UI. Smooth video playback. Loud speakerphone."[135]

**Indulge**

82.    Samsung's advertising of the Indulge does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises that it is "Enabled for MetroPCS 4G LTE High Speed Network," that it uses the "Android 2.2 Platform," that it offers "Wi-Fi and DLNA Connectivity, and 720p Video Recording," and that it has a "3.5" TFT Display & QWERTY Keyboard for Quick and Easy Input."[136]

83.    Cricket touted the phone's 3.5" HVGA touchscreen, wifi capability, 3G Real Web Browsing, 3MP camera, and 1 GHz processor.[137]

84.    Reviews of the Indulge similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, PCMag.com stated that the "Pros" of the phone included "Fastest, most powerful smartphone on MetroPCS.  Full keyboard."[138]

---

[132] "Samsung Gem (Generic CDMA) Touchscreen Cell Phone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I100ZKAXAR.>. [Exhibit 123]
[133] "Samsung Gem," U.S. Cellular, <http://www.uscellular.com/uscellular/cell-phones/showPhoneDetails.jsp?productId=prod190043>. [Exhibit 124]
[134] "Samsung Gem SCH-i100," CNet, April 14, 2011, <http://reviews.cnet.com/smartphones/samsung-gem-sch-i100/4505-6452_7-34480810.html>. [Exhibit 125]
[135] "Samsung Gem (U.S. Cellular)," PCMag.com, April 20, 2011, <http://www.pcmag.com/article2/0,2817,2383809,00.asp>. [Exhibit 126]
[136] "Samsung Galaxy Indulge (Metro PCS) QWERTY Cell Phone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-R910ZKAMTR>. [Exhibit 127]
[137] "Samsung Indulge," Cricket Wireless, <http://www.mycricket.com/cell-phones/details/samsung-indulge-r915>. [Exhibit 128]

1

**Infuse 4G**

2

85.    Samsung's advertising of the Infuse 4G does not emphasize any of Apple's

3

Asserted Intellectual Property.  For example, Samsung advertises that it is "The Nation's

4

Thinnest 4G Smartphone," that it has a "Large 4.5" SUPER AMOLED Plus Touch Screen

5

Technology," that if offers a "Full Suite of Entertainment ON-THE-GO Including Media Hub,"

6

and that it has a "8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front-Facing

7

Camera."[139]  Samsung headlined its Infuse 4G smartphone as the "[b]iggest [y]et [t]hinnest …,"

8

emphasizing that the device was to "be the nation's thinnest 4G smartphone" with "the largest

9

display in AT&T's smartphone portfolio …"[140]  Samsung's release also notes the 1.2 GHz

10

processor, Android 2.2 platform, 8-megapixel camera, and a pre-loaded version of the popular

11

game Angry Birds.[141]  As with the Galaxy S 4G, Samsung also lauded the Infuse 4G's "brilliant

12

display using Samsung's next-generation Super AMOLED Plus technology.[142]

13

86.    Reviews of the Infuse 4G similarly did not emphasize any of Apple's Asserted

14

Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The

15

Samsung Infuse 4G features a large and vibrant 4.5-inch touch screen that's great for browsing

16

and videos.  The Android smartphone is ultrathin and has an 8-megapixel camera and snappy

17

performance."[143]  PCMag.com also presented an in depth look at the Infuse 4G smartphone.  By

18

way of design, the Infuse 4G was described as "unusually thin, long and wide."[144]  The Infuse

19

20

[138] "Samsung Galaxy Indulge (Metro PCS)," PCMag.com, February 15, 2011,

21

<http://www.pcmag.com/article2/0,2817,2380094,00.asp>. [Exhibit 129]
[139] "Samsung Infuse 4G," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SGH-

22

I997ZKAATT>. [Exhibit 130]
[140] "Biggest Yet Thinnest, SAMSUNG Infuse 4G Debuts May 15," Samsung, May 5, 2011,

23

<http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19852>. [Exhibit 132]
[141] "Biggest Yet Thinnest, SAMSUNG Infuse 4G Debuts May 15," Samsung, May 5, 2011,

24

<http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19852>. [Exhibit 132]
[142] "Biggest Yet Thinnest, SAMSUNG Infuse 4G Debuts May 15," Samsung, May 5, 2011,

25

<http://www.samsung.com/us/news/newsPreviewRead.do?news_seq=19852>. [Exhibit 132]
[143] "Samsung Infuse 4G review (AT&T)," CNet, May 12, 2011,

26

<http://reviews.cnet.com/smartphones/samsung-infuse-4g-at/4505-6452_7-34468418.html>. [Exhibit 131]
[144] "AT&T, Samsung Launch Infuse 4G Smartphone," PCMag.com, May 5, 2011,

27

<http://www.pcmag.com/article/print/264101>. [Exhibit 133]

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

4G is described as "faster than most of the other smartphones on the market …," includes Bluetooth and Wi-Fi, and comes with 2GB of memory that can be upgraded to 32GB.[145]  To complement its 4G speed, "[t]he infuse also supports HSUPA, a key technology which allows for fast upload speeds."[146]  PCMag.com briefly compared this phone to HTC's Inspire 4G and the Motorola Atrix.[147]

87.   PCMag.com's official review of the Infuse 4G again points out as its benefits that it is "[v]ery thin," has a "[h]uge, vibrant Super AMOLED Plus screen," "[s]tellar battery life," and is the "[f]irst truly 4G AT&T phone."[148]  In discussing the design of the phone, PCMag.com pointed out that "though it's razor-thin ..." the Infuse 4G "is long and wide."[149]  Further, the "Super AMOLED Plus glass capacitive touch screen looks amazing …," and the phone "supports HSUPA for faster upload speeds, and … works as a mobile hotspot …"[150]  The Infuse 4G software, including Android 2.2, makes for "very responsive … day-to-day usage."[151]  It is also noted that "[t]his is a stellar multimedia machine."[152]  When compared to the iPhone 4, PCMag.com noted that Apple's phone "lacks the Infuse 4G's larger screen and free voice navigation …"[153]

---

[145] "AT&T, Samsung Launch Infuse 4G Smartphone," PCMag.com, May 5, 2011, <http://www.pcmag.com/article/print/264101>. [Exhibit 133]

[146] "AT&T, Samsung Launch Infuse 4G Smartphone," PCMag.com, May 5, 2011, <http://www.pcmag.com/print_article2/0,1217,a=264101,00.asp?hidPrint=true>. [Exhibit 133]

[147] "AT&T, Samsung Launch Infuse 4G Smartphone," PCMag.com, May 5, 2011, <http://www.pcmag.com/print_article2/0,1217,a=264101,00.asp?hidPrint=true>. [Exhibit 133]

[148] "Samsung Infuse 4G SGH-I997 (AT&T)," PCMag.com, May 17, 2011, <http://www.pcmag.com/article/print/264503>. [Exhibit 134]

[149] "Samsung Infuse 4G SGH-I997 (AT&T)," PCMag.com, May 17, 2011, <http://www.pcmag.com/article/print/264503>. [Exhibit 134]

[150] "Samsung Infuse 4G SGH-I997 (AT&T)," PCMag.com, May 17, 2011, <http://www.pcmag.com/article/print/264503>. [Exhibit 134]

[151] "Samsung Infuse 4G SGH-I997 (AT&T)," PCMag.com, May 17, 2011, <http://www.pcmag.com/article/print/264503>. [Exhibit 134]

[152] "Samsung Infuse 4G SGH-I997 (AT&T)," PCMag.com, May 17, 2011, <http://www.pcmag.com/article/print/264503>. [Exhibit 134]

[153] "Samsung Infuse 4G SGH-I997 (AT&T)," PCMag.com, May 17, 2011, <http://www.pcmag.com/article/print/264503>. [Exhibit 134]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

**Mesmerize**

88.    Samsung's advertising of the Mesmerize does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises that it uses Android 2.1, has an "Ultra-slim Design," has a "4.0" Super AMOLED Touch Screen Display," and is "Loaded with Multimedia and Entertainment Features."[154]

89.    U.S. Cellular advertises the Mesmerize's use of a 4.0" Super AMOLED screen, 1 GHz processor, and use of Android 2.3.[155]

90.    Reviews of the Mesmerize similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The Samsung Mesmerize boasts a beautiful Super AMOLED touch screen and a 1GHz Hummingbird processor.  The smartphone's 5-megapixel camera takes excellent photos and video."[156]  PCMag.com stated that the "Pros" of the Mesmerize were "Fast. Brilliant screen. Very good camera and video playback."[157]

**Nexus S 4G**

91.    Samsung's advertising of the Nexus S 4G does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises that it is the "First 4G Nexus S Device," "Powered by Android 4.1, Jelly Bean," and "has a "Super AMOLED display and contoured screen" and "5MP rear-facing camera with flash & front-facing camera."[158]

92.    The Nexus S 4G's Amazon.com listing touts the phone's 4G speeds, Google Voice integration, Super AMOLED display, use of Android 2.3, and NFC Reader.[159]

---

[154] "Samsung Mesmerize i500 (U.S. Cellular) Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAUSC>. [Exhibit 135]

[155] "Samsung Mesmerize," U.S. Cellular, <http://www.uscellular.com/uscellular/cell-phones/showPhoneDetails.jsp?productId=prod60188>. [Exhibit 136]

[156] "Samsung Mesmerize (U.S. Cellular)," CNet, November 13, 2010, <http://news.cnet.com/2300-1041_3-10005558-10.html>. [Exhibit 137]

[157] "Samsung Mesmerize (U.S. Cellular)," PCMag.com, November 15, 2010, <http://www.pcmag.com/article2/0,2817,2372397,00.asp>. [Exhibit 138]

[158] "Nexus S 4G (Sprint) Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SPH-D720ZKASPR>. [Exhibit 139]

[159] "Samsung Nexus S 4G Android Phone (Sprint), Amazon.com, <http://wireless.amazon.com/Samsung-Nexus-Android-Phone-Sprint/dp/B0050DDVUI>. [Exhibit 140]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

93.    Reviews of the Nexus S 4G similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The Samsung Nexus S 4G offers a brilliant display, WiMax support, and agreeable performance. It gains a number of usability improvements from the Gingerbread OS, and its straight Google interface will appeal to Android purists."[160]  Laptop Magazine listed the "Pros" of the Nexus S 4G as "Crisp and colorful Super AMOLED display; Can use Sprint number as Google Voice number; High-quality Google video calls; Works with Netflix."[161]  The Engadget review focused on the phone's 1 GHz processor, 512 MB of RAM, the curved Super AMOLED display, and use of Android 2.3.[162]

**Replenish**

94.    Samsung's advertising of the Replenish does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises that it allows users to "Stay connected with friends, with work, and with the planet," that it "runs Android," has Wi-Fi, and allows users to "Capture the moment.  Share the moment."[163]

95.    Reviews of the Replenish similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The Samsung Replenish has a tactile QWERTY keyboard, a surprisingly decent camera, and a wallet-friendly price. Made from recycled and recyclable material, it's also easier on the

---

[160] "Samsung Nexus S 4G review (Sprint)," CNet, May 13, 2011, <http://reviews.cnet.com/smartphones/samsung-nexus-s-4g/4505-6452_7-34550462.html>. [Exhibit 141]
[161] Mark Spoonauer, "Samsung Nexus S 4G (Sprint) Review, Laptop, May 14, 2011, <http://www.laptopmag.com/review/cell-phones/samsung-nexus-s-4g.aspx>. [Exhibit 142]
[162] Joshua Topolsky, "Nexus S Review," Engadget, December 10, 2010, <http://www.engadget.com/2010/12/10/nexus-s-review/>. [Exhibit 143]
[163] "Samsung Replenish," Samsung, http://www.samsung.com/us/mobile/cell-phones/SPH-M580ZKASPR>. [Exhibit 144]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

planet."[164]  PCMag.com stated that the "Pros" of the phone were "Good voice quality.  Solid QWERTY keyboard.  Eco-friendly.  Excellent monthly rates."[165]

**Vibrant**

96.    Samsung's advertising of the Vibrant does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises that it uses Android 2.2, has a "Super AMOLED touchscreen," comes "Preloaded with the movie Avatar," and has "Instant social networking capabilities."[166]  Samsung has also touted the Vibrant's capability of integrating with Google Mobile Services and using less power resulting in a longer battery life.[167]

97.    The Product Description on Amazon.com for the Vibrant emphasizes the phone's preloaded games and video, 3G network, apps like Google Search and Maps, Super AMOLED display, and 1GHz processor.[168]

98.    Reviews of the Vibrant similarly did not emphasize any of Apple's Asserted Intellectual Property.  Samsung's T-Mobile version of the Galaxy S, the Vibrant, has been praised specifically for its "graphical capabilities" by PCMag.com.[169]  PCMag.com lists the "Pros" of the phone as "Fast.  1-GHz processor handles graphics well.  Bright screen.  PC syncing options.  Great photos and videos.  Free, full copy of Sims 3 included."[170]

---

[164] "Samsung Replenish review (onyx black, Sprint)," CNet, May 9, 2011, <http://reviews.cnet.com/smartphones/samsung-replenish-onyx-black/4505-6452_7-34644198.html>. [Exhibit 145]

[165] "Samsung Replenish (Boost Mobile)," PCMag.com, January 25, 2012, <http://www.pcmag.com/article2/0,2817,2399191,00.asp>. [Exhibit 146]

[166] "Samsung Vibrant Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SGH-T959ZKATMB>. [Exhibit 147]

[167] "Samsung Vibrant Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SGH-T959ZKATMB>. [Exhibit 147]

[168] "Samsung Vibrant Android Phone (T-Mobile)," Amazon.com, <http://www.amazon.com/Samsung-Vibrant-Android-Phone-T-Mobile/dp/B003TXSKNE>. [Exhibit 148]

[169] "Samsung Vibrant Launches, Will be a Top Contender on T-Mobile," July 15, 2010, <http://www.pcmag.com/article/print/252802 >. [Exhibit 149]

[170] "Samsung Vibrant (T-Mobile)," PCMag.com, July 22, 2010, <http://www.pcmag.com/article2/0,2817,2366865,00.asp>. [Exhibit 150]

1

**Galaxy S II (T-Mobile)**

2

99.   Samsung's advertising of the Galaxy S II (T-Mobile) does not emphasize any of

3

Apple's Asserted Intellectual Property.  For example, Samsung advertises the 4G speed, the

4

"4.52" Super AMOLED Plus Screen" the "Green Guide," and the "Samsung Media Hub."[171]

5

100.  The Amazon.com Product Description for the Galaxy S II (T-Mobile) emphasizes

6

the phone's multitasking abilities, dual-core 1.5 GHz processor, 4G speeds, 8 MP camera, 16

7

GB of memory, Bluetooth 3.0 connectivity, and Super AMOLED display.[172]

8

101.  Reviews of the Galaxy S II (T-Mobile) similarly did not emphasize any of Apple's

9

Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was:

10

"The Samsung Galaxy S II supports T-Mobile's faster HSPA+ network and has a dual-core

11

1.5GHz processor and an NFC chip. The Android Gingerbread smartphone also has a spacious

12

and vibrant Super AMOLED Plus touch screen, 16GB of internal memory, and great camera

13

performance."[173]  PCMag.com states that the "Pros" of the phone include "Fast. Large, beautiful

14

screen. Excellent HSPA+ 42 speeds. Good call quality."[174]  Laptop Magazine stated that the

15

"Pros" of the phone were "Blazing performance; Gorgeous screen; Excellent 8-MP camera; Fast

16

4G Data; Long battery life; Load speaker."[175]

17

**Transform**

18

102.  Samsung's advertising of the Transform does not emphasize any of Apple's

19

Asserted Intellectual Property.  For example, Samsung advertises the "3.5" LCD touchscreen

20

with full, slide out QWERTY," "Android Éclair 2.1 OS," 2GB microSD card preinstalled with

21

22

_____

23

[171] "Samsung Galaxy S II, available at T-Mobile (Titanium)," Samsung,
<http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZKBTMB>. [Exhibit 151]

24

[172] "Samsung Galaxy S II 4G Android Phone (T-Mobile)," Amazon.com,
<http://wireless.amazon.com/dp/B005SY5AF8>. [Exhibit 152]

25

[173] "Samsung Galaxy S II review (black, T-Mobile)," CNet, October 13, 2011,
<http://reviews.cnet.com/smartphones/samsung-galaxy-s-ii/4505-6452_7-35003061.html>. [Exhibit 153]

26

[174] "Samsung Galaxy S II (T-Mobile)," PCMag.com, October 13, 2011,
<http://www.pcmag.com/article2/0,2817,2394528,00.asp>. [Exhibit 154]

27

[175] "Samsung Galaxy S II Smartphone (T-Mobile) Review," Laptop Magazine, October 13, 2011,
<http://www.laptopmag.com/review/cell-phones/samsung-galaxy-s2-t-mobile.aspx>. [Exhibit 155]

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1   adaptor inbox," and "3.2 MP Rear Facing Camera + VGA MP Front Facing Camera and Video

2   Camera."[176]

3        103.  Amazon.com's Product Description for the Transform emphasized the phone's use

4   of Sprint ID, its 3.5" HVGA touchscreen, slide-out keyboard, and dual cameras.[177]

5        104.  Reviews of the Transform similarly did not emphasize any of Apple's Asserted

6   Intellectual Property.  For example, CNet stated that "The good" of the phone was:  "The

7   Samsung Transform has an attractive design with a front-facing camera.  The phone is

8   comfortable to hold and has excellent call quality."[178]  Notably, although the review praises the

9   "attractive design," Apple did not accuse the Transform of infringing any design patents or

10  diluting any trade dress.  Similarly, the Engadget review for the Transform notes its front-facing

11  camera, the design of the slide-out keyboard, and the use of the "novel carrier feature called

12  Sprint ID."[179]  PCMag.com listed the "Pros" of the phone as "Punchy voice quality. Sublime

13  QWERTY keyboard. Useful Sprint ID customizations."[180]

14       **Galaxy S Showcase**

15       105.  Samsung's advertising of the Galaxy S Showcase does not emphasize any of

16  Apple's Asserted Intellectual Property.  For example, Samsung advertises the Android 2.2 OS,

17  "Ultra-slim Design," "4.0" Super AMOLED Touch Screen Display," and "Multimedia and

18  Entertainment Features."[181]

19

20

21

22  ───────────

    [176] "Samsung Transform QWERTY Cell Phone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SPH-M920ZKASPR>. [Exhibit 156]

23  [177] "Samsung Transform Android Phone (Sprint)," Amazon.com, <http://www.amazon.com/Samsung-Transform-Android-Phone-Sprint/dp/B00466HMXC/ref=pd_sxp_f_pt>. [Exhibit 157]

24  [178] "Samsung Transform," CNet, October 8, 2010, <http://reviews.cnet.com/smartphones/samsung-transform-sprint/4505-6452_7-34192012.html>. [Exhibit 158]

25  [179] "Samsung Transform Review," Engadget, October 15, 2010, <http://www.engadget.com/2010/10/15/samsung-transform-review/>. [Exhibit 159]

26  [180] "Samsung Transform (Sprint),"PCMag.com, October 28, 2010, <http://www.pcmag.com/article2/0,2817,2371567,00.asp>. [Exhibit 160]

27  [181] "Samsung Showcase (Generic CDMA) a Galaxy S Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKBXAR>. [Exhibit 161]

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1    106.  Similarly, CSpire Wireless advertised the Galaxy S Showcase's "ultra-bright 4-inch

2  touch-screen display" and access to the Android Market.[182]

3    107.  Reviews of the Galaxy S Showcase similarly did not emphasize any of Apple's

4  Asserted Intellectual Property.  For example, Phone Arena noted the Showcase's 4" Super

5  AMOLED display, the 1 GHz processor, 5 megapixel camera, video recording, Swype

6  keyboard, Wi-Fi capabilities, Bluetooth, and headset jack.[183]

7    **Galaxy S II (Epic 4G Touch)**

8    108.    Samsung's advertising of the Galaxy S II (Epic 4G Touch) does not emphasize any

9  of Apple's Asserted Intellectual Property.  For example, Samsung highlights that the Epic 4G

10  Touch is a faster smartphone due to its "1.2 GHz core processor" and use of a 4G high speed

11  network.[184]  Additionally, Samsung emphasized the Epic 4G Touch's 4.52" Super AMOLED

12  display was the "brightest, most colorful screen" on the market.[185]

13    109.    The Product Description on Amazon.com for the Epic 4G Touch notes the 1.2 GHz

14  processor, 4G speeds, Super AMOLED display, 8 MP rear camera, 2 MP front facing camera,

15  access to the Samsung Media Hub, and enterprise functionality.[186]

16    110.  Reviews of the Galaxy S II Epic 4G Touch similarly did not emphasize any of

17  Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone

18  was:  "The Samsung Epic 4G Touch boasts a large and bright 4.5-inch Super AMOLED Plus

19  display.  With a dual-core 1.2GHz processor, the Android smartphone is fast and 4G-capable.

20

21    [182] "Samsung Galaxy S Showcase," C Spire Wireless,
    <http://www.cspire.com/shop_and_learn/devices/product_phone_detail.jsp?id=prod23560025>. [Exhibit
22    162]
    [183] "Samsung Showcase Will Be Cellular South's Version of the Galaxy S," Phone Arena, October 7,
23    2010, <http://www.phonearena.com/news/Samsung-Showcase-will-be-Cellular-Souths-version-of-the-
    Galaxy-S_id13826>. [Exhibit 163]
24    [184] "Samsung Galaxy S® II, available at Sprint (Black)," Samsung,
    <http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR>. [Exhibit 164]
25    [185] "Samsung Galaxy S® II, available at Sprint (Black)," Samsung,
    <http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR>. [Exhibit 164]
26    [186] "Samsung Galaxy S II Epic Touch 4G Android Phone, Black (Spring)," Amazon.com,
27    <http://wireless.amazon.com/Samsung-Galaxy-Epic-Touch-Android/dp/B005LHN47S#sprint4g>. [Exhibit
    165]

28

Camera quality is also excellent."[187]  PCMag.com stated that the "Pros" of the phone were: "Fast processor.  Terrific screen.  Great battery life."[188]  Laptop Magazine stated that the "Pros" of the phone were: "Large bright screen; Excellent 8-MP camera; Loud speaker; Decent video calling."[189]

**Galaxy S II (Skyrocket)**

111.  Samsung's advertising of the Skyrocket does not emphasize any of Apple's Asserted Intellectual Property.  For example, Samsung advertises the Skyrocket's 4G LTE capabilities, the 1.5GHz dual core processor, the Super AMOLED Plus Screen, and Android 2.3.5 Gingerbread operating system.[190]

112.  Amazon.com's Product Description for the Skyrocket emphasizes the phone's 1.5 GHz processor, 4G speeds, Android 2.3 OS, Super AMOLED display, 8 MP camera, front-facing camera, and access to Samsung's Media Hub.[191]

113.  Reviews of the Galaxy S II Skyrocket similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet stated that "The good" of the phone was: "The Samsung Galaxy S II Skyrocket has a beautiful 4.5-inch Super AMOLED Plus display along with a dual-core 1.5GHz processor, an NFC chip, and support for AT&T's LTE network. It ships with Android 2.3 Gingerbread, and has an 8-megapixel camera with 1080p HD video capture and a 2-megapixel front-facing camera."[192]  Engadget noted the Skyrocket's larger Super

---

[187] "Samsung Epic 4G Touch review (black, Sprint)," CNet, September 15, 2011, <http://reviews.cnet.com/smartphones/samsung-epic-4g-touch/4505-6452_7-35003062.html>. [Exhibit 166]

[188] "Samsung Galaxy S II Epic 4G Touch (Sprint)," PCMag.com, September 14, 2011, <http://www.pcmag.com/article2/0,2817,2392897,00.asp>. [Exhibit 167]

[189] "Samsung Galaxy S II Epic 4G Touch Review," Laptop Magazine, September 14, 2011, <http://www.laptopmag.com/review/cell-phones/samsung-galaxy-s-II-epic-4g-touch.aspx>. [Exhibit 168]

[190] "Samsung Galaxy S II Skyrocket (Black) Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT>. [Exhibit 169]

[191] "Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T), Amazon.com, <http://wireless.amazon.com/Samsung-Galaxy-Skyrocket-Android-Phone/dp/B0061QPOS0>. [Exhibit 170]

[192] "Samsung Galaxy S II Skyrocket," Cnet, November 9, 2011, <http://reviews.cnet.com/smartphones/samsung-galaxy-s-ii/4505-6452_7-35055815.html>. [Exhibit 171]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

AMOLED display, 4G connectivity, 1 GB of RAM, 1.5 GHz processor, and 8MP camera.[193]

PCMag.com stated that the "Pros" of the phone were: "Huge, colorful display.  Ultra-fast LTE data speeds and dual-core CPU.  Good camera."[194]

### Galaxy Tab

114.  Reviews of the Galaxy Tab similarly did not emphasize any of Apple's Asserted Intellectual Property.  For example, CNet described "The Good" of the Galaxy Tab: "Samsung's 7-inch Android tablet is a serious contender to the Apple iPad, boasting two cameras, Flash compatibility, and a more convenient size."[195]  Similarly, Engadget noted that although the Galaxy Tab did not have a Super AMOLED screen, "the 1024 x 600-resolution LCD is still stunning" and "the capacitive screen is extremely responsive."[196]  Engadget also found the Galaxy Tab's "crisp display, compact form factor, touch-friendly software…have what it takes to win over the average tablet seeker,"[197] while noting the "Tab's dual cameras are a big differentiator against the iPad."[198]

115.  Nor does Samsung's advertising of the Galaxy Tab emphasize any of Apple's Asserted Intellectual Property.  For example, a Samsung commercial for the device touts its "optimized email environment," "augmented reality and navigation services with a large display," web browsing, e-reading, and communications solutions.[199]

---

[193] "Samsung Galaxy S II Skyrocket Review," Engadget, November 11, 2011, <http://www.engadget.com/2011/11/11/samsung-galaxy-s-ii-skyrocket-review/>. [Exhibit 172]
[194] "Samsung Galaxy S II Skyrocket SGH-I727 (AT&T)," PCMag.com, November 10, 2011, <http://www.pcmag.com/article2/0,2817,2396096,00.asp>. [Exhibit 173]
[195] "Samsung Galaxy Tab," CNet, October 28, 2010, <http://reviews.cnet.com/tablets/samsung-galaxy-tab-sprint/4505-3126_7-34194814.html>. [Exhibit 176]
[196] "Samsung Galaxy Tab review," Engadget, November 1, 2010, <www.engadget.com/2010/11/01/samsung-galaxy-tab-review/>. [Exhibit 177]
[197] "Samsung Galaxy Tab review," Engadget, November 1, 2010, <www.engadget.com/2010/11/01/samsung-galaxy-tab-review/>. [Exhibit 177]
[198] "Samsung Galaxy Tab review," Engadget, November 1, 2010, <www.engadget.com/2010/11/01/samsung-galaxy-tab-review/>. [Exhibit 177]
[199] Galaxy Tab Commercial, available at http://www.youtube.com/watch?v=GPfCZC4VHnE.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

**Galaxy Tab 10.1 (WiFi)**

2

116.  Reviews of the Galaxy Tab 10.1 (WiFi) did not emphasize any of Apple's Asserted

3

Intellectual Property.  For example, PCMag.com stated that the "Pros" of the Galaxy Tab 10.1

4

(WiFi) included: "The thinnest tablet currently available.  Excellent 10.1-inch HD screen.

5

Honeycomb 3.1 brings improved multitasking, Flash support, and a higher-quality user

6

experience.  Comes with earbuds—a rarity for a tablet."[200]  Although PCMag.com compares the

7

design of the Galaxy Tab 10.1 (WiFi) to the iPad 2, the jury did not find that the Galaxy Tab

8

10.1 (WiFi) infringed any Apple design patent or diluted any Apple trade dress.[201]  Similarly,

9

Laptop Magazine stated that the "Pros" of the Galaxy Tab 10.1 (Wi-Fi) included "Lighter than

10

the iPad 2; Bright and crisp display; Good battery life; Powerful speakers; Good touch

11

keyboard."[202]

12

117.  Nor does Samsung's advertising of the Galaxy Tab 10.1 (WiFi) emphasize any of

13

Apple's Asserted Intellectual Property.  Samsung's advertising emphasizes the thinness and

14

lightness of the device and the high definition screen.[203]

15

118.  Even the evidence cited by Mr. Musika demonstrates that Samsung does not rely

16

on any of Apple's Asserted Intellectual Property to compete with Apple.  For example, Mr.

17

Musika cites an internal Samsung document where Samsung emphasizes that its strategy for

18

competing with Apple is to "leverage/maximize carrier marketing support,[and] best mobile

19

entertainment messaging for GSII" and rely on its "MediaHub, Phone-TV interaction,

20

Accessories, [and] GSII for end-to-end entertainment."[204]  Another internal Samsung strategy

21

document cited by Mr. Musika states that the "Galaxy S II Communication Strategy" will

22

emphasize the Super AMOLED Plus screen, the dual core processor, 4G network, and

23

24

[200] "Samsung Galaxy Tab 10.1 (Wi-Fi)," PCMag.com, September 15, 2011,
<http://www.pcmag.com/article2/0,2817,2386657,00.asp>. [Exhibit 178]

25

[201]  Amended Verdict Form, pp. 7, 10, 14.
[202] "Samsung Galaxy Tab 10.1 (Wi-Fi) Review," Laptop Magazine, June 8, 2011,

26

<http://www.laptopmag.com/review/tablets/samsung-galaxy-tab-10-1-wi-fi.aspx>. [Exhibit 179]
[203] "Galaxy Tab 10.1 (WiFi)," Samsung, <http://www.samsung.com/uk/consumer/mobile-

27

devices/tablets/tablets/GT-P7510FKDXEU>. [Exhibit 180]
[204] Musika Exhibit 20.

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

entertainment content.[205]  Similarly, the GravityTank paper that Mr. Musika points to in support

of his claims of competition for consumers who had not previously owned an iPhone,[206]

recommends that for Samsung to succeed, it should focus on "7 Gateway Applications,"[207]

identified as the "Contacts, Calendar, Photo, Music, Video, Maps/GPS, Widgets."[208]  None of

these features are related to Apple's Asserted Intellectual Property.

## IV.    Apple Is Unlikely to Lose Substantial Market Share or Sales to the Accused Products

119.  The level of competition between Samsung's accused products and Apple's

products is overstated throughout Apple's motion and Mr. Musika's declaration.  In particular,

Apple and Mr. Musika primarily address whether Samsung and Apple compete generally in the

smartphone and tablet computer markets.  They do not address whether the specific accused

products compete with or are likely to take market share from Apple.  Further, Apple and Mr.

Musika understate the extent to which the accused products and Apple's products are

differentiated as well as the extensive competition with other Android smartphone manufacturers

that exists in both the smartphone and tablet markets.  As a result, Apple and Mr. Musika have

not established that Apple is likely to lose market share.

### A.    *Mr. Musika Conflates Competition Between Samsung and Apple Generally With Competition Between Apple Products and the Accused Products*

120.  Mr. Musika opines that Samsung and Apple are "fierce competitors" in the

smartphone market.  I understand, however, that the relevant inquiry is not whether Apple and

Samsung are competitors, but instead whether an injunction against selling the specific accused

products will prevent irreparable harm.  I understand that even if an injunction were entered,

Samsung would remain free to sell other models of smartphones and tablets that would compete

with Apple's products.  The fact that Apple and Samsung compete generally in the tablet or

---

[205] "iPhone 5 Counter Strategy," Samsung, March 25, 2011, S-ITC-003351732-759 at '759. [Exhibit 42]
[206] Musika Declaration, ¶ 11.
[207] "Touch Portfolio Key Takeaways," Final Presentation, December 24, 2008, SAMNDCA10805169-175 at '175. [Exhibit 19]
[208] "Touch Portfolio Key Takeaways," Final Presentation, December 24, 2008, SAMNDCA10805169-175 at '175. [Exhibit 19]

smartphone market is, therefore, not highly probative of whether the sale of the specific accused products will cause irreparable harm to Apple.

121. Apple and Mr. Musika's analysis is divorced from the actual accused products and more importantly the accused features of the accused products. His analysis assumes that it is sufficient to refer to Samsung's historical sales and market share data to identify the impact that continued sales of the specific accused products will have in the market, including any impact on Apple. Among the other criticisms that I discuss below, this is a critical assumption to Mr. Musika's analysis for which he has failed to provide any evidence.

122. For example, Apple and Mr. Musika focus on Samsung's competitive analysis documents that acknowledge competition with Apple generally.[209] None of these documents address competition between Apple products and the specific accused products at issue. The fact that Samsung has analyzed competition with Apple generally, as well as other smartphone manufacturers, is not evidence that Apple will be irreparably harmed by the sale of the specific accused products at issue.

123. Further, Apple and Mr. Musika focus on marketing documents discussing Samsung's high-end products. The accused smartphones are no longer in the "high-end" smartphone category following the launch of the Galaxy S III, and instead are sold in lower segments. The competition between Apple and Samsung is limited in this market segment.

[209] Musika Declaration ¶11; Musika Exhibits 5-8.
[210] Musika Declaration, p. 5, footnote 10.

WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION

**B.**   *Mr. Musika and Apple Overstate the Competition Between Apple and Samsung in the Smartphone and Tablet Markets*

124.  Even crediting Apple and Mr. Musika's implicit claim that overall market share data were relevant, the sales data do not provide evidence that Samsung has taken substantial market share from Apple.

**1.   The iPhone Continues To Achieve Record Success**

125.  Apple first released the original iPhone on June 29, 2007.  Since that first launch, Apple's iPhone line of products has followed a relatively consistent release pattern, at least for those devices released on AT&T's network.  Since the first launch, Apple has upgraded the product on a yearly basis: the iPhone 3G, 3GS, and 4 were released on July 11, 2008, June 19, 2009, and June 24, 2010 respectively.[211]  The Verizon model of the iPhone 4 was first sold on February 10, 2011, slightly more than seven months after the iPhone 4 was first released on AT&T's network.[212]

126.  Apple then launched the iPhone 4S on October 14, 2011.[213]  Immediately prior to launch, Apple "announced pre-orders of its iPhone 4S [had] topped one million in a single day, surpassing the previous single day pre-order record of 600,000 held by iPhone 4."[214]  A few days after sales of the iPhone 4S began, a report issued by investment bank Piper Jaffray on October 17, 2011 revealed that Apple announced 4 million iPhone 4S units were sold in its 1st weekend (3 days of sales).[215]  A similar report by Deutsche Bank on October 17, 2011 stated that "iPhone

---

[211] Sandy Samra, "The History of the iPhone," Bright Hub, May 19, 2011, <http://www.brighthub.com/mobile/iphone/articles/82615.aspx>. [Exhibit 16]

[212] "Verizon Wireless & Apple Team Up to Deliver iPhone 4 on Verizon," Verizon Wireless, January 11, 2011, <http://news.verizonwireless.com/news/2011/01/pr2011-01-11a.html>. [Exhibit 17]

[213] "Apple Launches iPhone 4S, iOS 5 & iCloud," Apple Press Info, Apple, October 4, 2011, <http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html>. [Exhibit 18]

[214] "iPhone 4S Pre-Orders Top One Million in First 24 Hours," Apple Press Info, Apple, October 10, 2011, <http://www.apple.com/pr/library/2011/10/10iPhone-4S-Pre-Orders-Top-One-Million-in-First-24-Hours.html>. [Exhibit 43]

[215] Munster, Gene, "Apple Sells 4m iPhone 4S Units Suggesting Dec. iPhone Growth Ahead of Street," Piper Jaffray, October 17, 2011, p. 1. [Exhibit 44]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

demand [was] very robust through [its initial] weekend and calls to outlets across the US and UK showed long lines, strong demand and frequent stock-outs."[216]

127.  Apple's Quarterly Report for the period ending December 31, 2011—the first quarter that would have captured iPhone 4S sales since it was launched in mid-October— discloses worldwide sales of 37.044 million iPhones.[217]  In the notes to its financial statements, Apple claims that "iPhone year-over-year growth reflects strong demand for iPhone in all of the Company's operating segments primarily due to the launch of the iPhone 4S in many countries and expanded distribution with new carriers and resellers."[218]  ████████████████████ ███████████████████████████████████████████[219]

128.  Apple's sales of the iPhone 4S continued to remain strong in the first quarter of 2012.  According to a report released by Canaccord Genuity, "Apple's latest iPhone was the best-selling smartphone at Verizon Wireless, AT&T and Sprint in March, continuing a trend that began when the device first launched last October."[220]  Analysts noted that iPhone sales were strong enough that "the iPhone [was] outselling all Android phones on Sprint and AT&T, combined."[221]   The iPhone 4S continued to be the number one selling smartphone in the U.S. until August 2012 when it lost its top billing to the newly introduced (and not at issue in this motion) Samsung Galaxy S III—although it retained its number one position at AT&T.[222]  However, industry analysts noted that this slowing in sales was likely not "an indictment on the

---

[216] Whitmore, Chris, "EE#261: iPhone 4S is a barnburner," Deutsche Bank, October 17, 2011, p. 1. [Exhibit 45]

[217] Apple Form 10-Q for period ending December 31, 2011, p. 25. [Exhibit 46]

[218] Apple Form 10-Q for period ending December 31, 2011, p. 26. [Exhibit 46]

[219] ██████████████████████████████████████████████████████████

Epstein, Zach, "iPhone 4S remains best-selling U.S. smartphone in March, Samsung gains share," BGR, April 2, 2012, <http://www.bgr.com/2012/04/02/iphone-4s-remains-best-selling-u-s-smartphone-in-march-samsung-gains-share/>. [Exhibit 48]

[221] Santo, Michael, "iPhone 4S outselling all Android phones combined at Sprint and AT&T: analyst," examiner.com, April 3, 2012, <http://www.examiner.com/technology-in-national/iphone-4s-outselling-all-android-phones-at-sprint-and-at-t-analyst>. [Exhibit 49]

[222] Hughes, Neil, "Galaxy S III passes Apple's iPhone 4S, becomes top selling US smartphone," appleinsider.com, September 4, 2012, <http://appleinsider.com/articles/12/09/04/galaxy_s_iii_passes_apples_iphone_4s_becomes_top_selling_us_smartphone>. [Exhibit 192]

demand for Apple products, but merely a pause as consumers wait for the next iteration" of the iPhone which was expected within a week of the article.[223]

129.  On September 21, 2012, Apple released the iPhone 5.[224]  In a September 17, 2012 press release, Apple announced that pre-orders of the iPhone 5 topped two million in just the first 24 hours.[225]  Apple stated that this is "more than double the previous record of one million held by the iPhone 4S."[226]  A week later, on September 24, 2012, Apple announced that it had sold five million iPhone 5 units in the three days after its launch.[227]  Demand was so strong that shoppers camped in line for days in front of Apple stores to ensure they would receive an iPhone 5 when it was released.[228]  In light of the success, Apple predicted that it would sell 27 million iPhones in the September quarter and another 46.5 million in the December quarter of 2012.[229]  Demand for the iPhone 5 is so high that it has exceeded Apple's ability to supply the new product.  Reports indicate that the ship time for a new iPhone 5 is three to four weeks after ordering.[230]

---

[223] Cheng, Roger, "Upset! iPhone 4S surrenders U.S. crown to Galaxy S3," CNet, September 4, 2012, < http://news.cnet.com/8301-13579_3-57505552-37/upset-iphone-4s-surrenders-u.s-crown-to-galaxy-s3/>. [Exhibit 193]

[224] iPhone 5 Pre-Orders Top Two Million in First 24 Hours, Apple Press Info, September 17, 2012, <http://www.apple.com/pr/library/2012/09/17iPhone-5-Pre-Orders-Top-Two-Million-in-First-24-Hours.html>. [Exhibit 50]

[225] iPhone 5 Pre-Orders Top Two Million in First 24 Hours, Apple Press Info, September 17, 2012, <http://www.apple.com/pr/library/2012/09/17iPhone-5-Pre-Orders-Top-Two-Million-in-First-24-Hours.html>. [Exhibit 50]

[226] iPhone 5 Pre-Orders Top Two Million in First 24 Hours, Apple Press Info, September 17, 2012, <http://www.apple.com/pr/library/2012/09/17iPhone-5-Pre-Orders-Top-Two-Million-in-First-24-Hours.html>. [Exhibit 50]

[227] iPhone 5 First Weekend Sales Top Five Million, September. 24, 2012, <http://www.apple.com/pr/library/2012/09/24iPhone-5-First-Weekend-Sales-Top-Five-Million.html>. [Exhibit 51]

[228] John D. Sutter, How to Wait in an iPhone 5 Line, CNN Tech, September 20, 2012, <http://www.cnn.com/2012/09/19/tech/mobile/iphone-5-line-tips/index.html>. [Exhibit 52]

[229] Poornima Gupta & Jennifer Saba, Apple Sells Over 5 Million iPhone 5 Pre-Orders Top Two Million in First, Supply Constraints Loom, Reuters, Sept. 24 Hours, Apple Press Info, September 17, 2012, <http://mobile.reuters.com/article/idUSBRE88N0HL20120924?irpc=932>. [Exhibit 53]

[230] Lance Whitney, Apple Maps SNAFU Isn't Hurting iPhone 5 Sales, Say Analysts, CNet, October 3,1012, <http://news.cnet.com/8301-13579_3-57525319-37/apple-maps-snafu-isnt-hurting-iphone-5-sales-say-analysts/?part=rss&subj=news&tag=title>. [Exhibit 20]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

130.  With each new device (following the original release), the iPhone's sales are reinvigorated.  As Figure 1 shows, the underlying data of which was produced by Apple,

131.  The limited impact of Samsung's smartphone sales on Apple can be seen when comparing market shares over time.  As Figure 2 demonstrates, Apple increased its market share

[233] Exhibit 2, Schedule 3.1.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

2 . In the last quarter of 2011, Apple

3 even in the face of

4 competition by the Samsung smartphones accused of infringement in this lawsuit.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20        132.  Mr. Musika states that "Samsung's infringing sales have also coincided with losses

21 in Apple's market share."[235]  Even the evidence Mr. Musika cites, however, attributes this to

22 "consumers pulling back in anticipation of an iPhone 5 introduction" that created "pent-up

23 demand" that will allow Apple "to recover quickly in 4Q12."[236]  Although relevant data is not

24

25

26        [234] Exhibit 2, Schedule 1.1.

27        [235] Musika Declaration, ¶ 31.
       [236] Musika Exhibit 28.

28

1 | yet available, reports of Apple's record initial sales of the iPhone 5 suggest that a similar spike

2 | in Apple's smartphone sales has occurred recently.

3 |     133.  The success of the iPhone and limited impact of Samsung on Apple's iPhone sales

4 | is further demonstrated by Apple's share of metrics that manufacturers value the most: revenue

5 | and profit.



-48-    Case No. 11-cv-01846-LHK

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**



134.  In addition, Apple has increased its share of the most important market metric—profits.

_____

[237] Exhibit 2, Schedule 2.1.

[238] IDC's data does not include data on manufacturer profit for smartphones.  Strategy Analytics produces a report that estimates operating profits by manufacturer for handset manufacturers on a worldwide basis.  Although it would be preferable to rely on a data source limited to the U.S. sales of smartphones, the Strategy Analytics report is the most consistent provider of profit data that I have reviewed.

[239] Another source confirms Apple's nearly 75 percent profit share in Q4 2011.  (Dediu, Horace, "First: Apple's rank in mobile phone profitability and revenues," Asymco, February 3, 2012, <http://www.asymco.com/2012/02/03/first-apples-rank-in-mobile-phone-profitability-and-revenues/>. [Exhibit 21]

[240] Exhibit 2, Schedule 1.3.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15       135.  The sales data do not provide evidence that Samsung is having a substantial effect

16   on Apple's sales.  Throughout this several year period,

17

18                                         In light of the record success of the iPhone 5 since its recent

19   launch, it is likely that Apple's share of industry profits will increase

20

21       136.  The lack of impact that Samsung has had on Apple's products is further

22   demonstrated by Apple's success in charging consistently high prices for its products relative to

23   its competitors in the face of competition.  Figure 5 summarizes average selling prices in the

24   U.S. for all Apple iPhones and Samsung's line of smartphones, compiled by IDC.

25

26

27   ———————————
     [241] Exhibit 2, Schedule 1.3.

28

137.   Apple's consistent and continued success in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ provides evidence that Samsung's sales are not causing irreparable harm to Apple.  If Samsung was truly impacting Apple, one would expect either Apple's market share to drop or its price margin to drop—neither one of which is occurring based on the data that I have reviewed.

### 2.   The iPad Continues to Achieve Record Success

138.   The negligible impact of the Samsung tablet computers is also demonstrated by Apple's continuing success with each new iPad release.

139.   While Apple did not issue a press release discussing first weekend sales of its iPad 2, media reports indicate that it sold more quickly than its predecessor.  Apple's second-generation

---

[242] Exhibit 2, Schedule 2.2.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

tablet became available in stores on March 11, 2011.[243]  A Business Insider article published on March 13, 2011 cited Gene Munster of Piper Jaffray as estimating that "Apple sold about 400,000 to 500,000 iPads [during the first] weekend, vs. 300,000 original iPads during its launch weekend …"[244]  A day later, Scott Sutherland of Wedbush Securities said that his firm "would not be surprised to see Apple sell closer to 1 million iPad 2's in the opening weekend."[245]  Nearly a month later, an April 6, 2011 eWeek article cited a Digitimes report that stated "[s]ales of iPad 2 [were] running at a rate faster than its predecessor. [246]

140.    Apple released the new iPad into stores on March 16, 2012.[247]  Three days later, Apple announced that it had sold three million new iPads since its launch.[248]  This prompted Philip Schiller, Apple's senior vice president of Worldwide Marketing, to say that "[t]he new iPad is a blockbuster with three million sold – the strongest iPad launch yet …"[249]

141.    More than a month later, PCMag.com reported that "Apple remain[ed] supply-constrained on its new iPad, and [would] remain so for at least part of the [then] current quarter …"[250]  Peter Oppenheimer, Apple's chief financial officer, explained that "[t]he new iPad [was] on fire, and [Apple was] selling them as fast as [it could] make them …"[251]

142.    As a result, Apple's iPad sales have grown, even during this litigation:

---

[243] iPad 2 Arrives Tomorrow, Apple Press Info, March 10, 2011, <https://www.apple.com/pr/library/2011/03/10iPad-2-Arrives-Tomorrow.html>. [Exhibit 181]

[244] SURVEY SAYS: 70% Of iPad 2 Buyers Were First-Time iPad Owners, Business Insider, March 13, 2011, <http://www.businessinsider.com/ipad-2-survey-2011-3>. [Exhibit 184]

[245] Apple iPad 2 sales seen clearing 1 million units, Reuters, March 14, 2011, <http://www.reuters.com/article/2011/03/14/us-apple-research-idUSTRE72D30020110314>. [Exhibit 82]

[246] "Apple iPad 2 Selling Faster Than Original: Report," eWeek, April 6, 2011, <http://www.eweek.com/c/a/Mobile-and-Wireless/Apple-iPad-2-Selling-Faster-Than-Original-Report-215840/>. [Exhibit 185]

[247] Apple Launches New iPad, Apple Press Info, March 7, 2012, <https://www.apple.com/pr/library/2012/03/07Apple-Launches-New-iPad.html>. [Exhibit 182]

[248] New iPad Tops Three Million, Apple Press Info, March 19, 2012, <http://www.apple.com/pr/library/2012/03/19New-iPad-Tops-Three-Million.html>. [Exhibit 187]

[249] New iPad Tops Three Million, Apple Press Info, March 19, 2012, <http://www.apple.com/pr/library/2012/03/19New-iPad-Tops-Three-Million.html>. [Exhibit 187]

[250] Apple's New iPad Still in Short Supply, PCMag.com, April 24, 2012, <http://www.pcmag.com/article2/0,2817,2403483,00.asp>. [Exhibit 188]

[251] Apple's New iPad Still in Short Supply, PCMag.com, April 24, 2012, <http://www.pcmag.com/article2/0,2817,2403483,00.asp>. [Exhibit 188]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

143.  As can be seen from Apple's sales data, the release of the accused products appear to have had little or no meaningful effect on Apple's sales of its iPhone or iPad.

144.  Moreover, the new iPad's record success was accomplished despite strong competition from the older iPad 2, as Apple kept this previous version on the market, but lowered the price, thus creating competition amongst Apple's *own* models.  In fact, a June 6, 2012 Forbes article, citing a Consumer Intelligence Research Partners, LLC report, noted that the iPad 2 appeared to be the biggest competitor for sales of the New iPad. [253]  The article also

---

[252]  Exhibit 2, Schedule 3.2.
[253]  Apple's Biggest Competition For The New iPad: The iPad 2, Forbes, June 7, 2012, <http://www.forbes.com/sites/alexknapp/2012/06/07/apples-biggest-competition-for-the-new-ipad-the-ipad2/>. [Exhibit 186]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

suggested that it appeared that "frugal consumers" were purchasing the lower-priced, older version of the iPad contributing to the success of overall iPad sales.[254]

### C.   *Apple and Samsung Do Not Compete in a Two Player Market*

145.  The fact that Apple and Samsung's market shares in the smartphone and tablet markets are not highly correlated is likely due in large part to the fact that they do not compete in two-player markets.  Mr. Musika and Apple contend that Apple and Samsung are "direct" competitors.  Notably, however, neither the tablet nor the smartphone markets are two-player markets.  Neither Apple nor Mr. Musika contends otherwise.  The fact that this case does not involve a two-player market means that it is not necessarily the case that any given Samsung customer would have otherwise purchased an Apple product.

### 1.  The Smartphone Market Has Many Competitors

146.  As shown in Figure 7, both Samsung and Apple face serious competition in the smartphone industry from other manufacturers, including HTC, Nokia, Motorola, LG, Huawei, and RIM. ██████████████████████████████████

████████████████ The smartphone industry is therefore not a two-player market.

---

[254] Apple's Biggest Competition For The New iPad: The iPad 2, Forbes, June 7, 2012, <http://www.forbes.com/sites/alexknapp/2012/06/07/apples-biggest-competition-for-the-new-ipad-the-ipad2/>. [Exhibit 186]

██████████████████████████████████

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

147.  Recent data from comScore further demonstrates that Apple faces competition from numerous other manufacturers in the mobile phone market.[257]  The comScore data is based on a survey of 30,000 U.S. mobile subscribers.  The survey demonstrates that, despite competition from the accused products, Apple's mobile phone market share actually grew from May to August this year, even prior to the launch of the iPhone 5.

---

[256] Exhibit 2, Schedule 1.1.
[257] comScore Reports August 2012 U.S. Mobile Subscriber Market Share, <http://www.comscore.com/Press_Events/Press_Releases/2012/10/comScore_Reports_August_2012_U.S._Mobile_Subscriber_Market_Share>. [Exhibit 23]

-55-                Case No. 11-cv-01846-LHK
**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

| Top Mobile OEMs<br>3 Month Avg. Ending Aug. 2012 vs. 3 Month Avg. Ending May 2012<br>Total U.S. Mobile Subscribers (Smartphone & Non-Smartphone) Ages 13+<br>Source: comScore MobiLens | | | |
|---|---|---|---|
| | Share (%) of Mobile Subscribers | | |
| | May-12 | Aug-12 | Point Change |
| *Total Mobile Subscribers* | *100.0%* | *100.0%* | *N/A* |
| Samsung | 25.7% | 25.7% | 0.0 |
| LG | 19.1% | 18.2% | -0.9 |
| Apple | 15.0% | 17.1% | 2.1 |
| Motorola | 12.0% | 11.2% | -0.8 |
| HTC | 6.1% | 6.3% | 0.2 |

148.  That same comScore survey also determined the percentage of smartphone users that used various platforms.  The survey found that Apple's share of the smartphone operating system market has grown to 34.3%, and that it faces competition from various other operating systems, including those offered by Google, RIM, Microsoft, and Symbian.  Again, this growth was despite anticipation of the launch of the iPhone 5.

| Top Smartphone Platforms<br>3 Month Avg. Ending Aug. 2012 vs. 3 Month Avg. Ending May 2012<br>Total U.S. Smartphone Subscribers Ages 13+<br>Source: comScore MobiLens | | | |
|---|---|---|---|
| | Share (%) of Smartphone Subscribers | | |
| | May-12 | Aug-12 | Point Change |
| *Total Smartphone Subscribers* | *100.0%* | *100.0%* | *N/A* |
| Google | 50.9% | 52.6% | 1.7 |
| Apple | 31.9% | 34.3% | 2.4 |
| RIM | 11.4% | 8.3% | -3.1 |
| Microsoft | 4.0% | 3.6% | -0.4 |
| Symbian | 1.1% | 0.7% | -0.4 |

149.  The evidence cited by Apple also indicates that Samsung competes with companies other than Apple.  For example, Apple and Mr. Musika focus on Samsung's marketing documents concerning Samsung's acknowledging competition with Apple.  Those same documents also address Samsung's strategy for competing with other competitors, such as Nokia.[258]

---

[258] Musika Exhibit 7.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

### 2.  The Tablet Market Has Many Competitors

150.    Apple relies on this Court's preliminary injunction ruling from mid-2011 that concluded that Apple was likely to suffer irreparable harm because: "(1) Apple and Samsung were direct competitors, [and] (2) together the two companies held a relatively large market share, with few other competitors in the relevant market."[259]  The underpinnings of this Court's conclusion have drastically changed.  Since that time there have been significant changes in the tablet market that render those findings inapplicable.

151.    First, the market data the court relied upon in making its determination was *global* data that did not accurately reflect Samsung's market share in the U.S. in the first part of 2011.[260]  For example, Samsung's North America market share (U.S. and Canada only) in 2011 ranged from approximately 3.5% to just over 6% on a quarterly basis.[261]  This is significantly less than the 12.1%-19.4% quarterly market share for *global* Samsung shipments presented by Apple in support of its previous motion[262] and cited to by the Court in finding the tablet market contained two major competitors—Apple and Samsung—that comprised over 75% of the tablet market.[263]

152.    Indeed, since the summer of 2011, when the market data that the Court relied upon for its prior findings was generated, numerous new tablet manufacturers have entered the tablet market and Samsung's market share has diminished to a minimal amount.  In fact, Amazon with its Kindle product line entered the tablet market to great success garnering almost 29% of the overall North American tablet market in Q4 2011 and continued this success in 2012, retaining a 12.2% market share as of Q2.[264]  Others have also entered the tablet market, including Barnes & Noble with its Nook[265] media tablet which has had significant success as well.[266]  In comparison,

---

[259] Order Granting Preliminary Injunction, June 26, 2012, p. 5.
[260] Reply Declaration of Terry L. Musika, CPA in Support of Apple's Motion for a Preliminary Injunction, September 30, 2011, Exhibit 3
[261] Exhibit 2, Schedule 1.2.
[262] Reply Declaration of Terry L. Musika, CPA in Support of Apple's Motion for a Preliminary Injunction, September 30, 2011, Exhibit 3.
[263] Order Denying Motion for Preliminary Injunction, December 2, 2011, p. 49.
[264] Exhibit 2, Schedule 1.2.
[265] Strategy Analytics states that "The tablet category refers to a slate-shaped, mobile or portable, casual-computing device, equipped with a finger-operated touchscreen or stylus. This would be typified by the high-profile announcement of the Apple iPad or Amazon Fire. Some products within the category will
(footnote continued)

1  as of Q2 2012 (the most recent data available), Samsung's North American tablet market share

2  stood at only 4.8%.[267]  The Figure below demonstrates the number of new entrants and Samsung's

3  minimal share in the relevant tablet market over the 2011 through mid-2012 time period.[268]



153.    Even the evidence Mr. Musika cites demonstrates that it is unlikely that Samsung

will take tablet market share from Apple.  For example, Mr. Musika cites an Oppenheimer report

be referred to by the OEMs as slates or hybrids; we will include these as tablets. We include tablets with both WAN and LAN technologies. We do NOT any of the older generation of 'Windows XP Tablet PC Edition' devices. EBook Readers (EBR) are NOT included." "Global Tablet Vendor Market Share by Region: Q2 2012," Strategy Analytics, August 2012, Tab 11. [Exhibit 183]
[266] Exhibit 2, Schedule 1.2.
[267] Exhibit 2, Schedule 1.2.
[268] Samsung's relatively small share of the tablet market is confirmed by the portions of the documents Mr. Musika chose to rely upon but did not attach to his declaration.  For example, a Samsung presentation states that in 2011, Apple sold 17.4 million tablets, Amazon sold 5 million, Barnes & Noble sold 1.5 million, and Samsung sold only 1 million. ("STA Competitive Situation Paradigm Shift," Samsung, SAMNDCA11547401-470 at '406. [Exhibit 54]
[269] Exhibit 2, Schedule 1.2.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

that finds that there are only two "meaningful 2H12 wild-cards" in the tablet market:  Google's

new Nexus 7 tablet and Windows 8 tablets, neither of which are provided by Samsung.[270]

154.    The number of competitors is also expanding, adding to consumers' options.  For

example, Google teamed with OEM manufacturer ASUS to develop the Nexus 7 tablet, released in

mid-2012 and which kick started Google's foray into the tablet market.[271]  Industry estimates are

that up to one million Nexus 7 units may have been sold in Q3 2012 (Google has not provided

sales data at this point).[272]  Additional reports indicate Google is planning on introducing a $99

Nexus tablet in Q4 2012 and a 32GB Nexus 7 iteration – in addition to today's 8GB ($199) and

16GB ($249) versions.[273]  Furthermore, Microsoft is also poised to enter the tablet market with the

Surface being launched on October 19, 2012 with an estimated $1.5 billion advertising budget.[274]

### D.    *The Market Share for the Accused Products Is Small and Declining*

155.  Apple's claim that it will be irreparably harmed by the sale of the accused products

is belied by the fact that the market share of those products is small and declining.  Further,

many of those products have been or soon will be discontinued.  Apple's motion and Mr.

Musika's declaration do not address this market share data for the accused products.  Instead,

Apple and Mr. Musika cite evidence and market share data related to Samsung as a whole or

data that includes non-accused products, even though Apple acknowledges that at most eight

accused smartphones remain on the market.[275]  Apple and Mr. Musika's analysis therefore is

---

[270] Musika Exhibit 28.

[271] Smith, Chris, "Up to 1 million Nexus 7 tablets sold by Google so far?," androidauthority.com, October 18, 2012, <www.androidauthority.com/1-million-nexus-7-tablets-sold-google-123963/>. [Exhibit 209]

[272] Smith, Chris, "Up to 1 million Nexus 7 tablets sold by Google so far?," androidauthority.com, October 18, 2012, <www.androidauthority.com/1-million-nexus-7-tablets-sold-google-123963/>. [Exhibit 209]

[273] Mlot, Stephanie, "Report:  Google Prepping $99 Tablet, 32GB Nexus 7," PCMag.com, October 17, 2012, <http://www.pcmag.com/article2/0,2817,2411064,00.asp>. [Exhibit 210]

[274] Hollister, Sean, "With Surface Looming, Microsoft Fails to Explain Windows 8 vs. Windows RT to Consumers," October 17, 2012, <http://www.theverge.com/2012/10/17/3514556/windows-8-vs-windows-rt-surface-confused-microsoft-store-employees>. [Exhibit 211]

[275] Declaration of MaryLee Robinson, ¶ 8.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

admittedly based on products that have not been found to violate any of Apple's Asserted Intellectual Property Rights and products that are no longer for sale.

156. As noted above, the majority of the accused products are no longer being sold by Samsung. I understand that MaryLee Robinson found that several of the accused smartphones had been discontinued as of September 2012. The only accused smartphones that Ms. Robinson found to remain on the market are the Droid Charge, Galaxy Prevail, Galaxy S 4G, Galaxy S II (AT&T Edition), Galaxy S II (Epic 4G Touch), Galaxy S II (Skyrocket), Galaxy S II (T-Mobile Edition), and the Galaxy S Showcase.

157. I have been informed that Samsung is even discontinuing additional products that are the subject of Apple's motion.[276] Samsung will continue to sell the Galaxy S II (T-Mobile) and the Galaxy S II (Epic 4G Touch) beyond the date of the hearing.[277] ████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ███████████████████████ Mr. Musika therefore vastly overstates the degree of competition that Apple will face from the accused products.[280]

---

[276] Declaration of Hee-chan Choi In Support of Samsung's Opposition To Apple's Motion For A Permanent Injunction And Damages Enhancement, And Apple's Motion For Judgment As A Matter of Law (Renewed), New Trial, And Amended Judgment, October 19, 2012 ("Choi Declaration"). *See also* Declaration of David Kim In Support of Samsung's Opposition To Apple's Motion For A Permanent Injunction And Damages Enhancement, And Apple's Motion For Judgment As A Matter of Law (Renewed), New Trial, And Amended Judgment, October 19, 2012. *See also* Declaration of Corey Kerstetter in support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, and Apple's Motion for a Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, October 19, 2012. ("Kerstetter Declaration").

[277] Kerstetter Declaration.

[278] Kerstetter Declaration.

[279] Market share of accused Samsung units is calculated using Samsung projections of 2013 accused smartphone unit sales and total U.S. smartphone unit sales based on IDC data. ████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ *See also* "China to Overtake United States in Smartphone Shipments in 2012, According to IDC," IDC, August 30, 2012, <http://www.idc.com/getdoc.jsp?containerId=prUS23668012>. [Exhibit 196])

[280] I further have been informed that Samsung has or will implement design-arounds of these products that its technical experts have opined will prevent infringement. (Choi Declaration. *See also* Declaration of Tim Rowden In Support of Samsung's Opposition To Apple's Motion For A Permanent Injunction And
   (footnote continued)

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

158.  Similarly, Apple and Mr. Musika cite evidence related to Samsung's *past* overall market share.  This data is clearly not probative of the *future* market share of the accused products that will be discontinued.  Mr. Musika also relies heavily on internal Samsung documents describing the marketing strategy for accused products that will be discontinued.[281] Those strategies are irrelevant in light of the discontinuance of those products.  Nor does Apple or Mr. Musika address the negligible market share of the accused products that will remain on the market.

159.  In sum, the accused products will comprise an extremely small share of the smartphone market.  It is therefore highly unlikely that Apple is currently or will in the future lose market share as a result of the sale of the accused products.

**E.    _Apple's and Mr. Musika's Analysis Understates the Importance of Platform Competition_**

160.  Mr. Musika and Apple's argument does not take into account the effect of platform competition.  As I describe in this section, a smartphone's operating system is a top purchase consideration, indicating Samsung is competing against other Android manufacturers more than with Apple.  In addition, a substantial portion of consumers have strong feelings about Apple, so a portion of Samsung purchasers would never consider Apple's iPhone.  These are both factors that minimize any meaningful impact Samsung's sales of the accused products could have on Apple's iPhone sales.

**1.   The Operating System is a Primary Driver of the Purchasing Decision**

161.  The smartphone purchasing decision often comes down to a choice between the open source Android operating system, which runs on a multitude of handsets, and Apple's proprietary iOS, which runs exclusively on Apple's products.

162.  As a comprehensive Computerworld OS comparison article pointed out, "[i]f you're in the market for a new smartphone, choosing which one to buy has as much to do with

Damages Enhancement, And Apple's Motion For Judgment As A Matter of Law (Renewed), New Trial, And Amended Judgment, October 19, 2012 ("Rowden Declaration").)
[281] Musika Declaration, ¶ 16 and Musika Exhibit 20.

the operating system that runs the phone as with the hardware itself."[282]  According to the same article, the three top platforms are iOS, Android, and Microsoft's Windows Phone 7. Ultimately, the author concludes, "any one of these platforms will serve you well," each catering to the preference of a certain audience.  For the Android OS, the article notes that: "[f]or its features, customization options and openness, Android has no peer."

163.  A March 2012 article notes that smartphone OS competition was down to iOS and Android, with other platforms, such as Blackberry and Windows Phone, thought to be vying for third place.[283]

164.  In a Business Insider survey that received over 2000 responses from Android and iOS smartphone users, approximately 38 percent of respondents indicated that "Platform" was the most important factor and another 50 percent replied that "Platform" was one of the "other" factors considered in choosing a smartphone:

---

[282] Gralla, Preston, "Smartphone OS shootout: Android vs. iOS vs. Windows Phone," Computerworld, March 17, 2011, <http://www.computerworld.com/s/article/9214206/Smartphone_OS_shootout_Android_vs._iOS_vs._Windows_Phone_?taxonomyName=Mobile+and+Wireless&taxonomyuId=15>. [Exhibit 25]

[283] Lunden, Ingrid, "Nielsen: As U.S. Nears Smartphone Majority, It's A Two-Horse Race Between Android and Apple's iOS," March 29, 2012, <http://techcrunch.com/2012/03/29/nielsen-as-u-s-nears-smartphone-majority-its-a-two-horse-race-between-android-and-apples-ios/>. [Exhibit 26]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

**Figure 9:   Business Insider Survey Results – Most Important Factor[284]**



What is the MOST IMPORTANT factor to you in choosing a particular smartphone?

BUSINESS INSIDER

---

[284] Blodget, Henry and Leah Goldman, "The Truth About Smartphones: Our Exclusive Survey on iPhone vs. Android," Business Insider, April 18, 2011, Figure 8, <http://www.businessinsider.com/smartphone-survey-results-2011-4#most-smartphone-buyers-say-platform-and-features-are-the-most-important-factors-that-make-them-buy-a-particular-smartphone-8> and < http://www.businessinsider.com/smartphone-survey-results-2011-4#other-factors-that-matter-include-features-platform-app-selection-price-ease-of-migrating-data-from-ones-current-platform-and-availability-at-ones-mobile-carrier-9>. [Exhibit 27]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

**Figure 10:  Business Insider Survey Results – Other Factors[285]**



165.  Even the evidence that Mr. Musika cites supports this conclusion.  For example, Mr. Musika relies on a PCMag.com article that describes the smartphone industry as a "battle between Android and iOS."[286]  Similarly, Mr. Musika cites a Nielsen Company blog entry that smartphone users prefer to stick with the same operating system when they purchase their next smartphone.[287]  This simply confirms that the primary competition is between operating systems, not between Samsung and Apple.

---

[285] Blodget, Henry and Leah Goldman, "The Truth About Smartphones: Our Exclusive Survey on iPhone vs. Android," Business Insider, April 18, 2011, Figure 9, <http://www.businessinsider.com/smartphone-survey-results-2011-4#most-smartphone-buyers-say-platform-and-features-are-the-most-important-factors-that-make-them-buy-a-particular-smartphone-8> and < http://www.businessinsider.com/smartphone-survey-results-2011-4#other-factors-that-matter-include-features-platform-app-selection-price-ease-of-migrating-data-from-ones-current-platform-and-availability-at-ones-mobile-carrier-9>. [Exhibit 27]
[286] Musika Exhibit 19.
[287] Musika Exhibit 38.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

166.  One explanation for consumers' preference for Android is that Android operators and manufacturers have spent significant advertising dollars on Android, which serves to elevate the importance of the Android platform to smartphone consumers.  For example, an Apple presentation ███████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

167.  A July 2011 presentation confirms ████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

168.  This level of advertising for the platform, along with the Google brand, helps to create a branded platform that can compete with Apple's platform.  The resulting preference for the Android platform means that many of the customers that select an Android tablet or smartphone would not consider a tablet or smartphone with a different operating system (such as the Apple's iOS).

### 2.  Many Android Customers Would Never Purchase an iPhone or iPad

169.  The importance of platform competition is further demonstrated by consumers' strong preferences when it comes to Apple.  In the same Business Insider Survey discussed above, one of the questions asked Android users "[w]hat might make you buy an iPhone instead?"  Of the four responses provided, more than 55 percent of the survey respondents selected "Nothing: I hate Apple," indicating that they would not buy an iPhone instead of their Android smartphone.[291]

---

[288] ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Blodget, Henry and Leah Goldman, "The Truth About Smartphones: Our Exclusive Survey on iPhone vs. Android," Business Insider, April 18, 2011, Figure 7,
(footnote continued)

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

170.



171.  As demonstrated by these surveys, a substantial portion of consumers have strong preferences either for or against Apple, meaning that many of the customers that select an Android smartphone would not consider an iPhone as an alternative.  This is another factor that Apple and Mr. Musika's analysis does not take into account.

---

<http://www.businessinsider.com/smartphone-survey-results-2011-4#among-android-users-most-say-they-will-never-buy-an-iphone-because-they-hate-apple-most-of-the-rest-say-they-would-buy-an-iphone-if-it-worked-better-with-non-apple-products-and-theres-the-risk-of-the-closed-system-that-apple-is-selling-7>. [Exhibit 27]

292

1

*F.* ***Apple and Mr. Musika Overstate the Degree to Which the Accused Products and Apple Products Compete For Late Adopters***

2

172.   Apple and Mr. Musika place considerable reliance on their contention that "the

3

smartphone marketplace is at a critical juncture" where "large numbers of first-time customers

4

will be purchasing a smartphone platform over the next 12-18 months."[293]

5

173.   What neither Apple nor Mr. Musika explain is that innovators, early adopters and

6

early majority users of smartphones have already chosen their platform and preferred

7

manufacturer of smartphones.  What is left are the late majority and laggards, better known as

8

late adopters of technology.  These segments can be seen in the Rodgers adoption curve.

9

**Figure 12:  Adoption Curve by Segment[294]**

10



11

12

13

14

15

16

17

18

19

20

21

22

23

174.   These types of users are not the type of users who will purchase the high end of a

24

technology.  It is more likely they will buy at the low end because they do not sufficiently value

25

26

[293] Musika Declaration, p. 8.

27

[294] "The Challenge of Targeting Late Adopters, pp. 2-4, August 8, 2011, <http://uxmatters.com/mt/archives/2011/08/the-challenge-of-targeting-late-adopters.php>. [Exhibit 33]

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1  the expensive features that are in the high end smartphones.  In particular, their lack of needing

2  or wanting a smartphone to date suggests that on average, they are less interested in the features

3  offered by a smartphone.

4      175.  The reality is that high end smartphones with high prices, like the iPhone 4S and

5  iPhone 5, will not be the products that these users will most likely purchase.  These purchasers

6  are far more likely to purchase lower priced and lower functioning smartphones consistent with

7  a profile that this group tends to include people who earn less than $55,000 annually.[295]

8      176.  Consistent with this theory, recent research also recognizes that the next wave of

9  smartphone customers have different characteristics than the earlier adopters who already

10  purchased smartphones such as the iPhone.  A February 2012 report by the 3rd party research

11  firm comScore (produced by Apple) identifies the profile of the fastest growing segments among

12  smartphone users:

13

14

15

16

17

18

19

20

21

22

23

24

25  [295] "The Challenge of Targeting Late Adopters, p. 2, August 8, 2011,

26  <http://uxmatters.com/mt/archives/2011/08/the-challenge-of-targeting-late-adopters.php>. [Exhibit 33]

27

28

177.  This report concludes that "traditional late adopter segments are the ones climbing aboard the smartphone bandwagon with the most vigor," while noting that these growing segments "tend to be more cost conscious segments."[297]

178.  A July 2012 Business Insider article also notes the importance of cost to first time smartphone buyers' purchasing behavior.  Citing to ComScore data, this article concluded that

-69-                    Case No. 11-cv-01846-LHK

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

"the price diversity of Android devices helps ease sticker shock for first-time smartphone owners" which has led to Android's popularity among first time smartphone buyers.[298]

179.  Additionally, The NPD Group (a market research company) reported on Q2 2012 U.S. smartphone sales and found that pre-paid phones were a significant driver in the market.  In reporting an overall smartphone unit sales increase of nine percent, NPD noted that "all growth was driven by increases in pre-paid smartphone sales."[299]  NPD further reported that in Q2 2012, 33 percent of smartphone buyers had average household incomes of less than $35,000,[300] (an increase over the 24 percent for this group reported in Q2 2011), consistent with the emergence of the lower income, late adopter segment.  Moreover, of this growing pre-paid smartphone segment, 71 percent had an average income less than $35,000[301] suggesting that that lower upfront phone acquisition costs along with lower cost monthly service plans are important to the smartphone late adopter segment.

180.  Finally, the parties' own studies confirm this price sensitivity.  A September 2011 Samsung strategy ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

Apple's findings are the same, ████████████████████████████████████

---

[298] Cocotas, Alex, "BII CHART OF THE DAY: First-Time Smartphone Buyers Overwhelmingly Prefer Android," July 27, 2012, <http://www.businessinsider.com/first-time-smartphone-buyers-overwhelmingly-prefer-android-2012-7>. [Exhibit 35]

[299] "The NPD Group:  Rise in Smartphone Purchases Driven Entirely by Pre-Paid Phones," The NPD Group, August 8, 2012, < www.npd.com/wps/portal/npd/us/news/press-releases/pr_120808/!ut/p/c5/04_SB8K8xLLM9MSSzPy8xBz9CP0os3g3b1NTS98QY0N_P08zA09jc19Dt2A3Y09Lc_1I_ShznPIBZvoF2YGKAJ7fGjI!/>. [Exhibit 36]

[300] "The NPD Group:  Rise in Smartphone Purchases Driven Entirely by Pre-Paid Phones," The NPD Group, August 8, 2012, < www.npd.com/wps/portal/npd/us/news/press-releases/pr_120808/!ut/p/c5/04_SB8K8xLLM9MSSzPy8xBz9CP0os3g3b1NTS98QY0N_P08zA09jc19Dt2A3Y09Lc_1I_ShznPIBZvoF2YGKAJ7fGjI!/>. [Exhibit 36]

[301] "The NPD Group:  Rise in Smartphone Purchases Driven Entirely by Pre-Paid Phones," The NPD Group, August 8, 2012, < www.npd.com/wps/portal/npd/us/news/press-releases/pr_120808/!ut/p/c5/04_SB8K8xLLM9MSSzPy8xBz9CP0os3g3b1NTS98QY0N_P08zA09jc19Dt2A3Y09Lc_1I_ShznPIBZvoF2YGKAJ7fGjI!/>. [Exhibit 36]

[302] ██████████████████████████████████████████████████████
████████████

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

[REDACTED]

181.  Mr. Musika's analysis fails to address the fact that once a technology has reached 50% penetration – which numerous market observers report smartphone ownership in the U.S. has in fact reached[304] – not only are the late adopters the ones who are going to purchase smartphones, the growth rate for such purchases slows down rapidly.[305]  As a September 2012 Business Insider article states, "[t]he number of new smartphone users added in the U.S. each year in the future will be fewer than the number added in the past couple of years."[306]  This article notes that these customers "will have less disposable income and spending power than the 110+ million [U.S. customers] who already have smartphones"[307] and concludes that this means these late adopters are likely to "buy cheaper smartphones and spend less money on apps…than existing smartphone users."[308]  This information highlights Musika's overstatement of any potential impact to Apple of future sales of the accused devices at issue.

G.    ___Apple Does Not Have the Capacity to Meet Any More Demand___

182.  As I described in my expert report, "there is overwhelming evidence, provided by both public documentation as well as Apple's own analyses, that Apple did suffer real supply constraints, despite the availability of Samsung's accused products, with respect to its iPhone

---

[303] [REDACTED]

    Dediu, Horace, "Positioning Lumia, ASYMCO, September 6, 2012, <www.asymco.com/2012/09/06/positioning-lumia>. [Exhibit 39]  *See also* Farago, Peter, "iOS and Android Adoption Explodes Internationally, August 27, 2012, <http://blog.flurry.com/bid/88867/iOS-and-Android-Adoption-Explodes-Internationally>. [Exhibit 40]

[305] Blodget, Henry, "Actually, The US Smartphone Revolution Has Entered the Late Innings," Business Insider, September 13, 2012, <http://www.businessinsider.com/us-smartphone-market-2012-9>. [Exhibit 41]

[306] Blodget, Henry, "Actually, The US Smartphone Revolution Has Entered the Late Innings," Business Insider, September 13, 2012, <http://www.businessinsider.com/us-smartphone-market-2012-9>. [Exhibit 41]

[307] Blodget, Henry, "Actually, The US Smartphone Revolution Has Entered the Late Innings," Business Insider, September 13, 2012, < http://www.businessinsider.com/us-smartphone-market-2012-9>. [Exhibit 41]

[308] Blodget, Henry, "Actually, The US Smartphone Revolution Has Entered the Late Innings," Business Insider, September 13, 2012, < http://www.businessinsider.com/us-smartphone-market-2012-9>. [Exhibit 41]

and iPad line of products."[309]  Apple's supply constraints continued for the release of the iPhone 4S and iPhone 5.

183.  Apple announced the iPhone 4S on October 4, 2011[310] and began accepting pre-orders five days later.[311]  One week later, the Huffington Post stated that demand was so great that on October 13 "two of the three [iPhone 4S] carriers were reportedly sold out of their stock. This shortage [wasn't] a huge shock, considering that the 4S sold over 1 million units in its first 24 hours of presale, almost doubling the previous record of 600,000 held by the iPhone 4."[312]  On November 17, the Wall Street Journal reported that "[m]ore than a month after the Apple iPhone 4S went on sale, the three largest U.S. wireless carriers [were] still struggling to keep up with customer demand for it."[313]  For example, AT&T's president of emerging devices explained that the carrier was "having some supply issues in the sense that demand's huge ..."[314]

184.  Apple released its iPhone 5 on September 21, 2012.[315]  Due to the overwhelming response, Apple announced that "[d]emand for iPhone 5 exceeded the initial supply and while the majority of pre-orders [had] been shipped to customers, many [were] scheduled to be shipped in October."[316]  Apple CEO Tim Cook also made clear that Apple had "sold out of [its]

---

[309] Corrected Expert Report of Michael J Wagner, April 20, 2012, p. 80.

[310] Apple Launches iPhone 4S, iOS 5 & iCloud, Apple Press Info, October 4, 2011, <http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html>. [Exhibit 18]

[311] iPhone 4S Pre-Orders Top One Million in First 24 Hours, Apple Press Info, October 10, 2011, <http://www.apple.com/pr/library/2011/10/10iPhone-4S-Pre-Orders-Top-One-Million-in-First-24-Hours.html>. [Exhibit 43]

[312] iPhone 4S Release: 13 Things You Need To Know About The New Gadget (PHOTOS), Huffington Post, October 14, 2011, <http://www.huffingtonpost.com/2011/10/14/iphone-4s-release-features-apple-iphone-4s_n_1010616.html?view=print&comm_ref=false>. [Exhibit 56]

[313] Would-Be iPhone Customers Still Facing Weeks-Long Waits, Wall Street Journal, November 17, 2011, <http://blogs.wsj.com/digits/2011/11/17/would-be-iphone-customers-still-facing-weeks-long-waits/>. [Exhibit 57]

[314] Would-Be iPhone Customers Still Facing Weeks-Long Waits, Wall Street Journal, November 17, 2011, <http://blogs.wsj.com/digits/2011/11/17/would-be-iphone-customers-still-facing-weeks-long-waits/>. [Exhibit 57]

[315] iPhone 5 First Weekend Sales Top Five Million, Apple Press Info, September 24, 2012, <http://www.apple.com/pr/library/2012/09/24iPhone-5-First-Weekend-Sales-Top-Five-Million.html>. [Exhibit 51]

[316] iPhone 5 First Weekend Sales Top Five Million, Apple Press Info, September 24, 2012, <http://www.apple.com/pr/library/2012/09/24iPhone-5-First-Weekend-Sales-Top-Five-Million.html>. [Exhibit 51]

1   initial supply …"[317] and industry analysts noted that "sales [of the iPhone 5] could have

2   potentially been much higher if not for supply constraints."[318]  These problems have been

3   exacerbated by labor disputes at Foxconn, Apple's supplier.[319]  Foxconn has stopped production

4   of the iPhone at least twice in late September and early October due to protests from its

5   workers.[320]  These shortages are likely to continue as Apple releases the iPhone 5 in additional

6   countries (including 70 in December alone) and carriers around the world.[321]  On October 8, the

7   Wall Street Journal reported that potential shortages in NAND flash memory used to store data

8   in iPhones may lead to further constraints on Apple's output.[322]

9   **V.      Apple's Down Stream Sales and Ecosystem Will Not Be Irreparably Harmed**

10           185.  Mr. Musika contends that not only will Apple lose current sales of its products, it

11  will also lose future sales of other Apple products because purchasers of the accused products

12  will not become loyal apple customers and will lose search engine revenue.[323]  Apple further

13  argues in its motion that the value of the "Apple platform" will be reduced due to network

14  effects.[324]  For the reasons stated below, I disagree that these harms are likely to result absent a

15  permanent injunction.

16

17      [317] iPhone 5 First Weekend Sales Top Five Million, Apple Press Info, September 24, 2012,
18  <http://www.apple.com/pr/library/2012/09/24iPhone-5-First-Weekend-Sales-Top-Five-Million.html>.
    [Exhibit 51] *See also* Poonima Gupta & Jennifer Saba, Apple Sells Over 5 Million iPhone 5, Supply
19  Constraints Loom, Reuters, Sept. 24, 2012, <http://www.reuters.com/article/2012/09/24/us-apple-iphone-
    idUSBRE88N0HL20120924>. [Exhibit 53]
20      [318] Poonima Gupta & Jennifer Saba, Apple Sells Over 5 Million iPhone 5, Supply Constraints Loom,
    Reuters, Sept. 24, 2012, <http://www.reuters.com/article/2012/09/24/us-apple-iphone-
21  idUSBRE88N0HL20120924>. [Exhibit 53]
        [319] Foxconn Labor Disputes Disrupt iPhone Output for 2nd Time, Bloomberg News, October 7, 2012,
22  <http://www.bloomberg.com/news/2012-10-07/foxconn-labor-disputes-disrupt-iphone-output-for-2nd-
    time.html>. [Exhibit 59]
23      [320] Foxconn Labor Disputes Disrupt iPhone Output for 2nd Time, Bloomberg News, October 7, 2012,
    <http://www.bloomberg.com/news/2012-10-07/foxconn-labor-disputes-disrupt-iphone-output-for-2nd-
24  time.html>. [Exhibit 59]
        [321] iPhone 5 Sales Around the World and Discounted iPhone 5 in the U.S., MacOrg, September 30,
25  2012, <http://www.macorg.net/iphone-5-sales-world-discounted-iphone-5-u-s/>. [Exhibit 60]
        [322] Yun-Hee Kim, Why There May Be an iPhone 5 Shortage, Wall Street Journal, October 8, 2012,
26  <http://blogs.wsj.com/digits/2012/10/08/why-there-may-be-an-iphone-5-shortage/>. [Exhibit 61]
        [323] Musika Declaration, ¶¶ 38-39.
27      [324] Motion, p. 5.

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

### A.   *Apple's Claimed Harm to Its Ecosystem and Downstream Sales is Derivative of Its Claimed Harm to Market Share and Lost Sales*

186.  Sale of the accused Samsung products cannot cause substantial harm to the Apple ecosystem if Apple does not lose sales to those products.  Apple's claim of damage to its ecosystem is therefore derivative of and dependent on its claim of damage through lost sales.  As described above, Apple and Mr. Musika overstate the likelihood and number of sales that Apple is likely to lose from competition with the accused products.  Samsung has discontinued the sale of all but three of the accused products, and Apple substantially overstates the degree of competition with even those three products.

### B.   *Apple Substantially Overstates Potential Harm Derived By Network Effects*

187.  Apple states that one of the irreparable harms to Apple relates to network effects because "customer demand of a given smartphone platform increases as the number of other users on the platform increases."[325]  In support, Apple cites to the Court's previous ruling on Apple's motion for a preliminary injunction on different patents in a different case.[326]  In that ruling, this Court found Apple's "network effects" theory to be only "plausible."[327]

188.  Apple also cites to Mr. Musika's conclusory statements that *iPhone* consumers are more likely to purchase other Apple Products.[328]  However, Mr. Musika fails to provide any analysis and support for his proposition.  Mr. Musika simply cites to the unsubstantiated statements of Apple's Chip Lutton that there "*could* have impacts" (emphasis added) on the "vitality" of Apple's platform.[329]  Moreover, the relevant population of users to look at is the *purchasers of the accused* products (including those who are first time smartphone buyers) and *their* behaviors—which Mr. Musika and Apple have not done.  There is no reason to assume that consumers who would otherwise purchase an accused Samsung product would have the same characteristics as historic iPhone purchasers.  In fact, Apple's own research indicates that the profile of smartphone purchasers varies based on carrier and device manufacture.  Apple noted

[325] Motion, p. 5.
[326] Motion, p. 5.
[327] Order Granting Motion for Preliminary Injunction, June 29, 2012, p. 76.
[328] Motion, p. 5.
[329] Musika Declaration, p. 14.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1  in a February 2012 presentation ████████████████████████████████

2  ████████████████████████████████████████████████ ██ ████████████████████

3  ████████████████████████████████████████████████████ ██ ██

4  ████████████████████████████████ ██

5      189.  Mr. Musika does refer to an Apple employee's testimony alleging "harm to the iOS

6  ecosystem" through loss of "application developer mind share and attention."[333]  However, this

7  statement lacks support, as the data suggests the opposite.  According to an article by

8  Investopedia which cites to data from "Piper Jaffray, a U.S. investment banking firm, Android

9  developers earn just 7% of what iOS Apple Store earns for its developers."[334]  The article also

10  explains that "[t]he app developers still choose iOS first for launching any app because they see

11  more profit potential" and because of this, "[t]he general trend has been to make the app for

12  Apple and if it becomes popular and successful, then go for an Android version."[335]  A June

13  2012 article from Flurry Analytics, confirms app developers continue to first build new apps for

14  iOS, reporting 69% of new mobile developer projects were for Apple.[336]  The article further

15  states that "the difference in revenue generated per active user is 4 times greater on iOS than

16



17

18

19

20

21      Musika Declaration, p. 14.

22      [334] "Android Vs. iPhone: The Economics of Apps," Investopedia,
    <http://www.investopedia.com/financial-edge/0112/Android-Vs-iPhone-The-Economics-Of-
    Apps.aspx#axzz1qsqh8ijN>.  [Exhibit 62]  *See also* Munster, Gene and Douglas J. Clinton, et al., "A Tale
    of Two App Stores: Android Market vs. Apple's App Store," Piper Jaffray, November 21, 2011, p. 3.
23  [Exhibit 63]

24      [335] "Android Vs. iPhone: The Economics of Apps," Investopedia,
    <http://www.investopedia.com/financial-edge/0112/Android-Vs-iPhone-The-Economics-Of-
25  Apps.aspx#axzz1qsqh8ijN>.  [Exhibit 62]  *See also* Munster, Gene and Douglas J. Clinton, et al., "A Tale
    of Two App Stores: Android Market Vs. Apple's App Store," Piper Jaffray, November 21, 2011, p. 3.
26  [Exhibit 63]

27      [336] Fargo, Peter, "App Developers Signal Apple Allegiance Ahead of WWDC and Google I/O," Flurry
    Analytics, <http://blog.flurry.com/bid/85911/App-Developers-Signal-Apple-Allegiance-Ahead-of-WWDC-
    and-Google-I-O>.  [Exhibit 64]

28

Android,"[337] noting that "developers run businesses, and businesses seek out markets where revenue opportunities are highest and the cost of building and distributing is lowest" [338] – which is why the Apple App store (and platform) is more attractive.  This is not surprising as Android users are much less willing to pay for an app with the Online Publishers Association reporting in August 2012 that 70% of iPhone users buy apps versus only 34% of Android users.[339]  Thus, Google Play (formerly the Android Market) continues to present an inferior opportunity for app developers to generate revenue and profits from their work.  Moreover, this highlights the lack of support for Apple's claims of a hypothetical future loss of developer mindshare resulting in a reduction in the demand for the Apple platform—the data simply does not support any claim that developers are losing interest in developing for the Apple platform.  Rather, the converse is true—they continue to prefer to develop for the Apple platform

190.  Apple has largely presented no additional evidence to support its network effects theory other than a citation to the opinion in a completely different case.  Nor has Apple fully articulated a network effects theory in its brief or in Mr. Musika's declaration.  It is therefore not clear in what manner Apple contends that its ecosystem benefits from network effects and will suffer harm by the future sale of those few products Samsung continues to sell.

191.  Nevertheless, I respectfully disagree that network effects on the Apple ecosystem mean that sale of the accused products will cause irreparable harm to Apple.  As a starting point, any future harm to Apple's ecosystem can potentially exist only if the purchaser of the accused Samsung product would have otherwise purchased an Apple product.  For the reasons, previously stated, Apple has not shown that a substantial number of purchasers of the accused products would otherwise purchase Apple products, if for no other reason than the accused

---

[337] Fargo, Peter, "App Developers Signal Apple Allegiance Ahead of WWDC and Google I/O," Flurry Analytics, <http://blog.flurry.com/bid/85911/App-Developers-Signal-Apple-Allegiance-Ahead-of-WWDC-and-Google-I-O>. [Exhibit 64]

[338] Fargo, Peter, "App Developers Signal Apple Allegiance Ahead of WWDC and Google I/O," Flurry Analytics, <http://blog.flurry.com/bid/85911/App-Developers-Signal-Apple-Allegiance-Ahead-of-WWDC-and-Google-I-O>. [Exhibit 64]

[339] "A Portrait of Today's Smartphone User," Online Publishers Association (in partnership with Frank N. Magid Associates, Inc.), August 2012, p. 30. [Exhibit 65]

1  products have been largely discontinued.  Therefore, even if Apple had articulated or identified

2  some aspect of its ecosystem that benefited from network effects, which it has not, an injunction

3  would not be necessary to prevent harm to that ecosystem.

4      192.  Apple and Mr. Musika further overstate the impact the accused products may have

5  on downstream revenue by relying on worldwide data instead of U.S. data.  For example, Mr.

6  Musika cites evidence concerning Apple's worldwide search engine royalty revenue.[340]  This

7  data is not particularly probative of the impact that an injunction on only the sale of the accused

8  products in the United States will have on Apple's search revenue.

9      **C.    *Apple Inflates the Impact of Platform Loyalty On Downstream Sales***

10      193.  Apple argues that it will lose unquantifiable future smartphone and tablet sales

11  because purchasers of the accused products will develop brand and platform loyalty.  I disagree.

12      194.  Apple cites no evidence in support of this theory.  Apple cites the Court's

13  preliminary injunction opinion in this case and in the unrelated *Apple v. Samsung*, 12-630 (N.D.

14  Cal.), case.[341]  I understand that neither of those opinions constitutes evidence.  The only

15  evidence in the record that Apple cites is Mr. Musika's declaration.  Mr. Musika's declaration

16  simply states "Apple's past and future loss of market share includes lost sales relating to other

17  Apple products that were not included in the jury's damage award, but nevertheless are part of

18  the established product relationship that Apple enjoys based on Apple's customer loyalty.  These

19  losses are derivative of the lost sales within the broader Apple ecosystem."[342]  That statement is

20  entirely conclusory.  Mr. Musika cites nothing to support that opinion and provides no analysis

21  of the facts which lead him to that opinion.

22      195.  As stated, Samsung has or will discontinue the bulk of the accused products.[343]  An

23  injunction is therefore not necessary to prevent the public from developing brand or platform

24  loyalty based on the purchase of those products.

25

26  [340] Musika Declaration ¶ 39 & Musika Exhibit 47.
    [341] Motion, p. 5.
27  [342] Musika Declaration, ¶ 38.
    [343] Kerstetter Declaration.
28

196.  Further, the data that I have reviewed on platform loyalty suggest that the percentage of Android users that intend to re-purchase Android is significantly lower and in-line with Android's market share.  These data also confirm that Apple's users report a significantly higher percentage of intention to re-purchase than do Android users.  Seventy to 71 percent of Android users and some 80 to 89 percent of iPhone users would stick with that platform for their next purchase.[344]  Another article found that Android loyalty was much lower.  This November 28, 2011 article cited to a study that found only "six of ten Android users" (60 percent) would stick with the Android operating system with their next purchase.[345]

197.  According to research which cites a study by UBS, "some 31% of Android users are likely to move to Apple for their next handset."[346]  Other recent research by Piper Jaffray analysts published in October 2011 concludes that "Apple has built brand loyalty not enjoyed by the Android platform."[347]  Piper Jaffray's analysis concluded that its survey data and analysis suggests that "only 47% of Android users expect to buy another Android device vs. 94% of iPhone users who expect to buy another iPhone."[348]

198.  An Apple marketing study from July 2011 indicates that, even among iPhone purchasers,

---

[344] Kellog, Don, "iPhone vs Android," nielsenwire, June 4, 2010, <http://blog.nielsen.com/nielsenwire/online_mobile/iphone-vs-android/>. [Exhibit 66]  *See also* "Android Soars, But iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market," nielsenwire, August 2, 2010, <http://blog.nielsen.com/nielsenwire/online_mobile/android-soars-but-iphone-stillmost-desired-as-smartphones-grab-25-of-u-s-mobile-market>. [Exhibit 67]
[345] Woollacott, Emma, "iPhone Users Most Loyal (Now, There's a Surprise)," TG Daily, November 28, 2011, <http://www.tgdaily.com/mobility-features/59873-iphone-users-most-loyal-now-theres-asurprise>. [Exhibit 68]
[346] Rogers, James, "Apple's iPhone Hooks Users," MainStreet.com, September 26, 2011, <http://www.mainstreet.com/article/smart-spending/technology/apples-iphone-hooks-users>. [Exhibit 69]
[347] Munster, Gene and Andrew H. Murphy, "Healthy Lines, Online Pre-Orders, Survey Data Suggest Strong iPhone 4S Launch," Piper Jaffray, October 14, 2011, p. 1. [Exhibit 70]
[348] Munster, Gene and Andrew H. Murphy, "Healthy Lines, Online Pre-Orders, Survey Data Suggest Strong iPhone 4S Launch," Piper Jaffray, October 14, 2011, p. 1. [Exhibit 70]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**



-79-                                    Case No. 11-cv-01846-LHK

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

201.  Figure 15, from an article dated September 2011, demonstrates that consumers are moving to Apple from other smartphone vendors by a percentage far greater than its competitors.

**Figure 15:  Percentage of Smartphone Users Moving To/From Manufacturers[353]**



Chart 7: Of respondents moving to new handset OEM were from and to?

Source: UBS

202.  Another survey indicating that consumers are significantly more loyal to Apple's products than Android products in the U.S. smartphone market is a 2010 summary report published by Zokem (now Arbitron Mobile).  The mobile market research firm found that "that iPhone scores 84% higher in loyalty ratings than the nearest competitor, Google Android."[354]  Dr. Hannu Verkasalo, the CEO of Zokem, noted that "the figures suggest clearly that iPhone is the top performing platform in terms of user loyalty, and therefore, it is an increasingly likely

---

[353] Paczkowski, John, "Apple's iPhone Has an 89 Percent Retention Rate," September 23, 2011, <http://allthingsd.com/20110923/apples-iphone-has-a-89-percent-retention-rate/>. [Exhibit 73]

[354] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit 74]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

pick for a repurchase …"[355]  Included in the Zokem report were figures that illustrate iPhone's consumer loyalty.  Figure 16 shows Apple's loyalty ranking relative to other operating systems. Net Promoter Score (NPS) "[measures] the loyalty that people have towards the phone. Generically [an] NPS score higher than 60% is considered good."  Apple was the only company to meet or exceed that benchmark.

**Figure 16:  Industry Estimate of Platform Loyalty**



203.  The report also measured mobile platform churn, or "the likelihood to shift to a competing platform during the next 12 months …"  This metric is shown graphically in Figure 17.  Again, the iPhone was subject to the lowest churn, indicating the lowest likelihood to shift to a competing platform within the next year.

---

[355] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit 74]

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

**Figure 17:  Industry Estimate of Platform Churn**



204.  These data suggest that Android's users report a re-purchase rate that is in the range of Android's market share.  Based on the data discussed above, it appears that platform loyalty is not as significant an effect for the Android platform and would not have the impact that Apple claims that it would have.  This result is intuitive given that many consumers choose Android due to it being an open platform with several choices, so those consumers are unlikely to be "locked-in" to any single manufacturer or platform.

> **D.** *_Apple and Mr. Musika Inflate the Impact of Platform Loyalty On Sales of Other Apple Products_*

205.  Apple and Mr. Musika argue that the alleged harm due to any platform loyalty and network effects extends beyond smartphone/tablet sales because "it may 'lose sales of tag-along products like apps, other Apple devices such as desktops, laptops and iPods and future models of Apple smartphones.'"[356]

---

[356] Motion, p. 4.



**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14



15

16    206.  Apple's argument does not hold up beyond theory.  A December 2011 report from

Martiz Research indicates that of customers who own an Android smartphone and are in the

17

market for a tablet, only 19 percent preferred the Galaxy Tab compared to 41 percent who

18

preferred the iPad while 15 percent preferred the Kindle Fire.[359]  This is consistent with

19

Samsung sales data, which show, despite its increase in overall smartphone sales, Samsung's

20

North American tablet sales have been small, garnering only 4.8 percent market share in Q2

21

2012 with only 430,000 units sold according to Strategy Analytics.[360]

22

23

24
_____

[358]

25

[359] "Holiday Tablet Poll Highlights," Maritz Research, December 2011,

26    <http://www.maritzresearch.com/shared-content/Maritz-Poll/2011/~/media/Files/MaritzResearch/Case-
Studies/Tablet-Poll-Topline-Report-122011.ashx>, p. 3. [Exhibit 75]

27

[360] Exhibit 2, Schedules 1.2.

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

**Figure 19:  Comparison of Samsung's North America Shipments of Smartphones and Media Tablets (units – in millions)[361]**



---

[361] Exhibit 2, Schedule 1.1 and 1.2.

1

**Figure 20: Comparison of Samsung's North America Unit Share of Smartphones and Media Tablets[362]**



207.  The limited importance of platform and network effects to purchases of products other than smartphones is also demonstrated by continued success of the iPad and the recent success of the Kindle Fire.  As displayed in Figure 21, Apple has maintained a dominant share of the tablet market, even while holding a significantly lower share of smartphone sales as displayed in Figure 2 and Figure 3.  The Amazon Kindle entered the market in Q4 2012 and immediately jumped to a significant market position as seen below.  Although it gave up some of these gains in the first part of 2012, it still maintained a market share more than double that of Samsung, despite Amazon not offering a smartphone.

---

[362] Exhibit 2, Schedule 1.1 and 1.2.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16        208.  The success of the Amazon Kindle is strong evidence against Apple's downstream

17   sales arguments.  In terms of the operating system interface, one review of the Kindle Fire notes

18   that the "tablet runs on a version of Android so heavily customized that it might be considered a

19   stretch to call it an Android tablet as far as the average user is concerned."[364]  Another review

20   notes that "it is not a pure Android tablet.  The Kindle Fire is built on a proprietary Amazon

21   tablet OS that is based on Android.  It is a fork of the Android OS that is Android-ish."[365]  Even

22   though it uses a version of the Android operating system, transferring apps from a smartphone to

23

24        [363] Exhibit 2, Schedule 1.2.
     [364] Bohn, Dieter, "Amazon Kindle Fire redirects all Android Market requests to Amazon App Store,"
25   December 16, 2011, <http://www.theverge.com/2011/12/16/2642039/amazon-kindle-fire-redirects-all-
     android-market-requests-to-amazon>. [Exhibit 76]
26        [365] Bradley, Tony, "Kindle Fire Creates Dilemma for Android," PCWorld, November 11, 2011,
27   <http://www.pcworld.com/businesscenter/article/243614/kindle_fire_creates_dilemma_for_android.html>.
     [Exhibit 77]
28

1   the Kindle Fire is complex, and is not possible for every app (e.g., "official Google apps that

2   require logins won't work," such as Gmail).[366]  Although Amazon has its own app marketplace

3   and customized version of the Android OS, many of the most popular apps for Android tablets,

4   such as Google Maps, Translate, Drive, Earth, Calendar, Wallet, Gmail, Chrome, YouTube,

5   Instagram, FireFox, Groupon, Adobe PhotoShop Touch, and many games are not available on

6   the Kindle Fire.[367]  Despite this, the Kindle Fire has been a very successful product in its limited

7   time on the market.

8         209.  Finally, a recent study has found that when purchasing a tablet, consumers do not

9   look to what type of operating system their smartphone is.  An August 2012 comScore study

10  noted that Android and Kindle Fire owners were most concerned with price when choosing a

11  tablet.[368]  Furthermore, the study found that "consumers did not place strong importance on

12  having the same operating system across their tablet and smartphone, with this factor falling

13  outside of the top five consideration factors for iPad, Kindle Fire and the average tablet

14  owner."[369]

15

16

17      [366] Segan, Sascha, "How to Run Almost Any Android App On the Kindle Fire," PCmag.com,
    November 15, 2011, <http://www.pcmag.com/article/print/290473>. [Exhibit 78]  With the initial release
18  of the Kindle Fire, users could access the separate Amazon App Store, but could not access the Android
    Market from the device and were instead automatically re-directed to the Amazon App Store when
19  browsing.  This redirect was lifted with a December 2011 update; however, the ability to install apps from
    the Android Market was still restricted and access could only be used for browsing.  (Bohn, Dieter,
20  "Amazon Kindle Fire redirects all Android Market requests to Amazon App Store," December 16, 2011,
    <http://www.theverge.com/2011/12/16/2642039/amazon-kindle-fire-redirects-all-android-market-requests-
21  to-amazon>. [Exhibit 76]  See also Welch, Chris, "Kindle Fire gets Android Market browser access, but
    just for looking," December 21, 2011, <http://www.theverge.com/2011/12/21/2652726/kindle-fire-browse-
22  android-market-website>. [Exhibit 79])
      [367] Brent Rose, "7 Great Android Apps You Can't Get on the Kindle Fire," Gizmodo, September 7,
23  2012, <http://gizmodo.com/5941148/7-great-android-apps-you-cant-get-on-the-kindle-fire>. [Exhibit 80]
      [368] "Why Buy a Tablet?  Selection of Apps, Price and Device Brand Most Important Factors in
24  Purchase Decision," comScore, August 6, 2012,
    <http://www.comscore.com/Press_Events/Press_Releases/2012/8/comScore_Introduces_TabLens>.
25  [Exhibit 194]
      [369] "Why Buy a Tablet?  Selection of Apps, Price and Device Brand Most Important Factors in
26  Purchase Decision," comScore, August 6, 2012,
    <http://www.comscore.com/Press_Events/Press_Releases/2012/8/comScore_Introduces_TabLens>.
27  [Exhibit 194]

28

210.  The above information shows that consumers base their tablet purchase decision on factors other than what type of smartphone they own, contrary to Apple's argument about lost derivative sales.

## VI.     Apple's Trade Dress Is Not Likely to Be Diluted

211.  Apple and Mr. Musika assert that an injunction is necessary to prevent its trade dress from being diluted.[370]  I disagree.

212.  Apple admits in its motion that it no longer practices any of the trade dress that the jury found to be diluted because it will soon stop selling the iPhone 3GS.[371]  Apple does not state or present evidence that it ever intends to resume using that trade dress or selling the iPhone 3GS.  Any loss of distinctiveness of that trade dress therefore cannot cause harm to Apple.  Further, should any loss of distinctiveness occur, it will likely be at least in part the result of the fact that Apple is no longer using or advertising this trade dress.

213.  Apple states in its motion that, although it will no longer be selling the iPhone 3GS, it will continue to provide replacement phones that do so, and used iPhone 3GS's will be available for resale on the secondary market.[372]  Apple does not contend, however, that it will directly derive any revenue from the replacement of damaged iPhone 3GS's or that consumers will in any way be relying on the distinctiveness of that trade dress when making purchasing decisions.[373]  In short, there is no revenue to Apple that is contingent on the distinctiveness of the iPhone 3GS trade dress.

214.  Apple argues that "the trade dress of the iPhones that Apple currently offers incorporate many elements of the trade dress found to be diluted."[374]  But it fails to provide any linkage whatsoever between Samsung's sales and the erosion of the distinctiveness of the trade dress of its current products.  Nor is it my understanding that Apple may be harmed by dilution

---

[370] Motion, pp. 6, 26.  Musika Declaration, ¶¶ 7-8.
[371] Motion, p. 6.
[372] Motion, p. 6.
[373] *See absence of discussion* Motion, p. 6.
[374] Motion, p. 6.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

of its iPhone 4 trade dress.  The jury found that Apple's Unregistered Combination iPhone Trade Dress was not protectable.[375]  This is the only trade dress that Apple claimed was practiced by the iPhone 4.[376]

215.  Indeed, the very distinctiveness that Apple describes in its Motion is a reason that the distinctiveness of that trade dress of those products would not be eroded.  According to its motion, Apple engaged in "extensive advertising of the iPhone 3G and 3Gs phones"[377] and spent approximately $400 million in advertising "for the products that used the relevant trade dress between 2007 and 2010."[378]

216.  Further, Apple fails to explain why its contention that the iPhone 3GS trade dress is closely associated with Apple will result in irreparable harm to Apple if the accused products are sold.  The only evidence cited by Apple is the conclusory declaration of Phil Schiller.[379]  Mr. Schiller's declaration simply expresses his unexplained and unsupported opinion that "what is so special about Apple is eroded."[380]  Notably absent in Apple's Motion is any evidence or analysis of any confusion by purchasers of the accused products.  Apple has not presented any survey of customers that shows that any purchaser of an accused product was confused about the manufacturer of that product.  There is therefore no basis to conclude that any person observing an accused product would believe it is an Apple product.

217.  The distinctiveness that Apple's products have would serve to prevent the type of consumer confusion that could lead to irreparable harm, especially considering the sophisticated nature of consumers that are paying hundreds of dollars for the iPhone and iPad and often entering into multiple-year contracts with a cellular provider.

---

[375] Amended Verdict Form, p. 10.
[376] Exhibit 11 to Apple's Notice of Filing of Juror Notebook, pp. 109-111.
[377] Motion, p. 6.
[378] Motion, p. 27.
[379] Motion, p. 6.
[380] Declaration of Philip W. Schiller in Support of Apple's Motion for a Permanent Injunction, August 28, 2012, p. 5.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1

## VII.    Apple's "Brand" Is Not Likely To Be Harmed

2

218.  Apple contends that sale of the accused products that use the iPhone 3GS trade

3

dress will "injure Apple's brand equity."  I disagree.  Apple makes this argument despite the fact

4

that it will soon cease selling any products that use the iPhone 3GS trade dress.

5

219.  As an initial matter, Apple's only support for this argument is Dr. Winer's

6

declaration.  Dr. Winer's declaration, however, fails to provide any evidence of damage to

7

Apple's brand.  Instead, Dr. Winer presents a purely theoretical account of how damage to

8

Apple's brand *could* occur.  For example, Dr. Winer opines that the accused products reduce

9

Apple's "coolness."[381]  But he presents no evidence that any consumer thinks Apple is less

10

"cool" as a result of any of the accused products.

11

220.  Dr. Winer also contends that "*[i]f* consumers associate the diluting and infringing

12

Samsung products with Apple, to the extent the products provide a different consumer

13

experience than Apple products, the consistent nature of the 'Apple' user experience will be

14

diminished."[382]  (emphasis added)  But, as stated above, Apple has presented little evidence that

15

consumers associate the accused products with Apple.  At trial, Dr. Winer, testified that he had

16

no empirical evidence or data to show that Samsung's actions had diluted Apple's brand and that

17

he had no empirical evidence that Apple had lost any market share.[383]

18

221.  It's no secret that Apple's extensive marketing efforts have created one of the most

19

valuable brands worldwide.  In fact, a mid-2011 Financial Times Special Report on the BrandZ

20

Top 100 Most Valuable Brands study noted that this year Apple has passed Google as the top

21

brand in the world.[384]  When discussing the drivers behind Apple's growth, the CEO of

22

Millward Brown Optimor, the company that compiles the BrandZ rankings, was quoted as

23

---

24

[381] Declaration of Russell Winer, September 20, 2012, ¶ 9. ("Winer Declaration")

[382] Winer Declaration, ¶ 11

25

[383] Transcript Proceedings, August 7, 2012, Volume 5, pp. 1534-35.

[384] Lucas, Louise, and Barney Jopson, "Analysis: Big names fly high despite the gloom," Financial

26

Times, May 18, 2011. [Exhibit 174]  "The BrandZ Top 100 is the only ranking based on a brand valuation
methodology that is grounded in quantitative customer research and in-depth financial analysis."  The

27

"study values market-facing brands, that is brands that directly generate revenues and profits through the
sale of goods and services to customers."

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

1    saying "Apple had such a big hit with the iPhone 4 and the iPad, and that has contributed to its

2    extraordinary growth."[385]

3        222.  The demographics of Apple's customers also rebut any claim that Apple's brand

4    may be harmed by the sale of the accused products.  A recently published study conducted by

5    the Pew Internet & American Life Project confirms that "[s]martphone adoption is highest

6    among the affluent and well-educated …"[386]  The same study also found that tablet computers

7    are much more prevalent among smartphone owners than in the general population.[387]  This type

8    of consumer, coupled with a powerful brand like Apple, is not likely a recipe for product

9    confusion, especially in a marketplace that has long been characterized by a diverse product

10   offering.

11       223.  The strength of Apple's brand, and the negligible effect that Samsung's devices

12   have exerted on that strength, is displayed quite clearly by the atmosphere surrounding the

13   release of the iPad 2 and the iPhone for Verizon.  The second version of Apple's tablet was

14   released on the afternoon of March 11, 2011, "and was greeted by the now-familiar lines of

15   buyers outside Apple stores," as described by an Associated Press article.[388]  This flurry of

16   consumer demand left sales estimates at close to one million iPad 2s sold on the first weekend

17   alone.[389]  It took the first iPad 28 days to amass such sales.[390]  As described above, the iPhone 5

18   has also recently enjoyed record breaking sales.

19

20

21       [385] Lucas, Louise, and Barney Jopson, "Global Brands: Big names fly high despite the gloom,"
     Financial Times, May 18, 2011. [Exhibit 174]
22       [386] Smith, Aaron, "35% of American adults own a smartphone," Pew Internet, July 11, 2011, p. 2,
     <http://pewinternet.org/Reports/2011/Smartphones.aspx>. [Exhibit 175]
23       [387] Smith, Aaron, "35% of American adults own a smartphone," Pew Internet, July 11, 2011, p. 11,
     <http://pewinternet.org/Reports/2011/Smartphones.aspx>. [Exhibit 175]
24       [388] "Apple fans line up to buy first batch of iPad 2s," The Associated Press, March 11, 2011,
     <http://www.washingtonpost.com/wpdyn/content/article/2011/03/11/AR2011031101539.html>. [Exhibit
25   81]
         [389] "Apple iPad 2 sales seen clearing 1 million units," Reuters, March 14, 2011,
26   <http://www.reuters.com/article/2011/03/14/us-apple-research-idUSTRE72D30020110314>. [Exhibit 82]
         [390] "Apple iPad 2 sales seen clearing 1 million units," Reuters, March 14, 2011,
27   <http://www.reuters.com/article/2011/03/14/us-apple-research-idUSTRE72D30020110314>. [Exhibit 82]

28

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

224.  Similarly, as described above, contrary to Apple's claim of damage to its brand, Apple has been successful in charging consistently high prices for its products relative to its competitors, likely due at least in part to the strength of its brand.  Figure 5, above, summarizes average selling prices in the U.S. for Apple's iPhone and Samsung's smartphones.  As can be seen from the figure, ███████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████

## VIII.   Even if Apple Could Demonstrate that the Accused Products Will Cause Lost Sales, Any Harm to Apple Could Be Quantified

225.  In my opinion, any lost sales to Apple would be measurable and could adequately be corrected with monetary damages.  Lost profits as a result of lost sales is a common, acceptable and measureable damage calculation.  I have calculated lost profit damages on numerous occasions in my 35-year career, and Apple has not provided any convincing reasoning to support why damages would not be calculable in this litigation.  Even if Apple could prove that some Samsung customers made their decision to purchase the accused products based on the features enabled by the four Apple patents, this number of customers can be calculated through the use of surveys, conjoint analysis, or hedonic regression.

226.  Indeed, Mr. Musika offers no explanation for his statement that lost future sales cannot be quantified in this case.[391]  An experienced damage expert can use studies that have been conducted about customer loyalty and churn to calculate how many of these customers will be repeat customers at both Samsung and Apple.  Apple has demonstrated the ability to gather the data that would be needed for these types of surveys, and it has the ability to retain survey experts to gather data that could be relied on if the data is not already in the record. Further, Apple presented a lost profits calculation to the jury, and as I explained in my September 21st declaration, the jury awarded lost profits on five products and did not award lost profits on the

---

[391] Musika Declaration, ¶ 60.

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

other accused products.[392]  Based on Apple's own lost profits theory that Samsung would be out of the market for a limited design around period, which has already elapsed, and then return to the market and achieve the sales that it did make,[393] Apple does not have any further claim to lost profits than what was awarded by the jury.

227.  If Apple has lost any convoyed sales related to its lost sales, there will be evidence of the types of purchases Apple customers normally make, in what quantities, at what prices, and at what profit to Apple. ██████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████  These data, as well as supplemental data that could be gathered from the types of surveys frequently conducted by Apple, could be used to calculate the lost profits on convoyed sales related to lost iPhone sales.  These are types of analyses that experienced damage experts perform all the time.

228.  In conclusion, it is my opinion that Apple has not and will not be irreparably harmed absent an injunction against the sale of the accused products.  If it is determined that Apple would lose sales, any harm to Apple, whether in the form of lost sales or the other types of harm, could be quantified.

## IX.   The Appropriate Bond Would be $32,550,725

229.  I have been asked to calculate the profit that Samsung would earn on its forecasted sales of the accused products following the hearing on December 6th.  I understand that, after

---

[392] Declaration of Michael J. Wagner in Support of Samsung's Motion for a Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59, September 21, 2012, pp. 3-5.
[393] August 13, 2012 Tr. at 2084:1-19.

████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ █████████████████████████████████

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**

December 7th, Samsung expects that it will sell the Galaxy S II Epic 4G Touch and the Galaxy S II (T-Mobile).[396]

230.  The Kerstetter Declaration provided Samsung's forecast for sales of these two smartphones for the last three weeks of December 2012 and the first six months of 2013.[397]

231.  The Kerstetter Declaration also provided data on the consolidated profit that Samsung earned on its actual sales of the smartphones in the third quarter of 2012.  I use Samsung's consolidated operating profit to estimate the profit that Samsung would earn on its forecasted sales of the accused products.

232.  Multiplying the forecasted units by the profit per unit, I calculate the profit that Samsung would earn on its forecasted sales of the accused products following the hearing on December 6th as follows:[398]

---

[396] Kerstetter Declaration.
[397] Kerstetter Declaration.
[398] Exhibit 2, Schedule 4.1.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       Executed on October 19, 2012, at Mountain View, California.

_____

Michael J. Wagner

**WAGNER DECLARATION ISO SAMSUNG'S OPP. TO APPLE'S PERMANENT INJUNCTION MOTION**