1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
9  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
10
   Susan R. Estrich (Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15

16 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation,                          | CASE NO. 11-cv-01846-LHK |
   |---|---|
   | Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBITS TO THE DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION AND ENHANCED DAMAGES** |
   | vs. | |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Defendants. | |

28

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits 1, 4, 7, 19, 24, 25, 34, 46, 54, 55, 175, 183, 190, 193, 200, and 205 to the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for Permanent Injunction and Damages Enhancement.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. The exhibits will be served on all parties.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s): <u>Voluminous Document</u>

DATED: October 19, 2012                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                           By  */s/ Susan R. Estrich*
                                              Susan R. Estrich
                                              Attorney for SAMSUNG ELECTRONICS
                                              CO., LTD., SAMSUNG ELECTRONICS
                                              AMERICA, INC. and SAMSUNG
                                              TELECOMMUNICATIONS AMERICA, LLC