# EXHIBIT 17

RESIDENTIAL | BUSINESS | WIRELESS

Set Location | Store Locator | Contact Us | About Us | Sign In / Register | Cart

verizon wireless

Explore | Shop | My Verizon | Support

# Verizon Wireless News Center

Get all the latest articles, updates and announcements.

Home | Wireless Network | Smartphones & Apps | Mobile Experience | People & Community | About News Center



**News Release**

## Verizon Wireless & Apple Team Up to Deliver iPhone 4 on Verizon

For customer inquiries, please call 800-922-0204 or go to
Contact Us

January 11, 2011

Brenda Boyd Raney
Verizon Wireless
Brenda.Raney@VerizonWireless.com
908-559-7518
Natalie Kerris
Apple
nat@apple.com
408-974-6877

### Search in News Center

○ All  ○ News Releases  ○ Blog Posts

Search

**Quick Links**

News Release Archive
Blog Archive
Multimedia Library
Media Contacts
Emergency Info Center
LTE Info Center

**Languages**

Chinese
Korean
Spanish
Vietnamese

### Regional News



Click within the map to see regional news.



Email | Print | Submit | Tweet 0 | +1

BASKING RIDGE, NJ, and CUPERTINO, CA — Verizon Wireless and Apple® today announced that the iPhone® 4 will be available on the Verizon Wireless network beginning on Thursday, February 10. Qualified Verizon Wireless customers will be given the exclusive opportunity to pre-order iPhone 4 online on February 3, ahead of general availability.

iPhone 4 is the most innovative phone in the world, featuring Apple's stunning Retina™ display, the highest resolution display ever built into a phone resulting in super crisp text, images and video, and FaceTime®, which makes video calling a reality. iPhone 4 on Verizon Wireless will also include new Personal Hotspot capabilities allowing customers to use iPhone 4 to connect up to five Wi-Fi enabled devices.

"We are pleased to introduce millions of wireless users to the industry leading iPhone 4 on the nation's most reliable network," said Lowell McAdam, president and chief operating officer of Verizon. "This is an important step for the industry as two great companies join forces to give wireless customers one of the most important technological additions to the mobile landscape this century."

"Verizon Wireless customers have told us they can't wait to get their hands on iPhone 4, and we think they are going to love it," said Tim Cook, Apple's chief operating officer. "We have enormous respect for the company Verizon has built and the loyalty they have earned from their customers."

### Subscribe to RSS

Stay connected to Verizon Wireless.

Subscribe ›

### About News Center

Meet the editors who bring you Verizon Wireless News.

Read More ›

iPhone 4 features a 5 megapixel camera with LED flash, HD video recording, Apple's A4 chip, a 3-axis gyro and a beautiful glass and stainless steel design like no other mobile phone. iPhone 4 also comes with iOS 4, the world's most advanced mobile operating system, which includes multitasking, folders, Game Center, AirPlay® and AirPrint wireless printing. iPhone 4 customers have access to the world's most popular App Store(SM) with more than 300,000 apps available in an incredible range of 20 categories, including games, business, news, sports, health and reference.

### Pricing & Availability

iPhone 4 will be available on the Verizon Wireless network beginning Thursday, February 10 for a suggested retail price of $199.99 for the 16GB model and $299.99 for the 32GB model with a new two year customer agreement. iPhone 4 will be available at more than 2,000 Verizon Wireless Communications Stores nationwide, online at www.verizonwireless.com/iphone, at Apple Retail Stores, at the Apple Store® (www.apple.com), at Apple Authorized Resellers, and by calling 1-800-2 JOIN IN.

(EDITOR'S NOTE: Media can access high-resolution images in the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.)

Verizon Wireless operates the nation's most reliable and largest wireless voice and 3G data network, serving more than 93 million customers. Headquartered in Basking Ridge, N.J., with 79,000 employees nationwide, Verizon Wireless is a joint venture of Verizon Communications (NYSE, NASDAQ: VZ) and Vodafone (LSE, NASDAQ: VOD). For more information, visit www.verizonwireless.com.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork, and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple is reinventing the mobile phone with its revolutionary iPhone and App Store, and has recently introduced its magical iPad which is defining the future of mobile media and computing devices.

NOTE TO EDITORS: For additional information visit Apple's PR website (www.apple.com/pr), or call Apple's Media Helpline at (408) 974-2042.

© 2011 Apple Inc. All rights reserved. Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, Retina, FaceTime, AirPlay and Apple Store are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

####

### Customer Service

For all customer service questions, please visit us here.

### Find Verizon Wireless News Online



@VZWnews on Twitter

 56.5K followers

Disaster Preparation: Wireless Planning is Key to Keep Businesses Running.
http://t.co/EwX2LzHC
17 minutes ago via VZWNews

Named for the yellow blooms of the Yucca plant,#Amarillo Texas is cultivating connectivity w/ Verizon 4G LTE
http://t.co/RFvYpoG6 #4GLTE400
3 hours ago via VZWNews

Steps consumers can take to protect information on their mobile devices.
http://t.co/h7kDf4JK
3 hours ago via VZWNews

**Most Viewed** | Most Shared

New DROID RAZR Smartphones Available Oct. 18

Verizon Wireless Launches 400th 4G LTE Market On Oct. 18, Two Months Ahead Of Schedule

More Verizon Wireless 4G LTE Markets To Come In 2012

---

| Verizon Wireless | Phones & Devices | Brands / OS | Plans, Deals & More | Service & Support | Verizon Offerings |
|---|---|---|---|---|---|
| Explore Verizon | Cell Phones | Apple | Cell Phone Plans | Verizon Wireless Community | Business |
| Shop | Smartphones | BlackBerry | Deals & Special Offers | | Small Business Center |
| My Verizon | Tablets | Droid | Free Phones | Verizon Wireless Coverage Map | Affiliate Program |
| Support | Mobile Hotspots | DroidDoes | Certified Pre-Owned | 4G LTE | Open Development |

| | | | | Lifeline/Link-Up |
|---|---|---|---|---|
| USB Modems | HTC | PrePaid | Best Network | |
| Home Phone Connect | iPad | Trade-in Program | View Mobile Site | |
| Accessories | iPhone | Entertainment & Apps | | |
| Innovation Store | LG | | | |
| | Motorola | | | |
| | Samsung | | | |

© 2012 Verizon Wireless                                                                                              Connect with us

Site Map | About Us | Careers | Corporate Responsibility | HopeLine | Verizon Innovation Program | Radio Frequency Emissions | Avoid Potential Hearing Loss
Drive Responsibly | Privacy | Legal Notices | Customer Agreement | Brochures | Customer Guarantee | Important Wireless Issues | Website Use | Return Policy | Accessibility
My Verizon Terms & Conditions | Electronic Device Recycling




