# EXHIBIT 20

Apple Maps snafu isn't hurting iPhone 5 sales, say analysts | Apple - CNET News



CNET › News › Apple › Apple Maps snafu isn't hurting iPhone 5 ...

# Apple Maps snafu isn't hurting iPhone 5 sales, say analysts

Concerns over the buggy app aren't affecting demand for the new iPhone, say Apple analysts Shaw Wu and Gene Munster.

by Lance Whitney | October 3, 2012 10:07 AM PDT

Follow

Sales of the iPhone 5 have been unfazed by the Apps Maps debacle, according to analysts.

Demand for the new phone apparently continues to run high, as supply-chain manufacturing plans remain unchanged, says Sterne Agee analyst Shaw Wu. Apple still estimates a ship time of three to four weeks for the iPhone 5.

Complaints over the many mistakes in Apple Maps have surfaced since the app debuted two weeks ago. But Wu sees this as a short-term problem, and one that may have been unavoidable.

Since Maps is software-based, the analyst is confident that Apple will make the program "more powerful and refined" over time. Google Maps has been touted as a better solution, especially since it was kicked out to make room for Apple Maps. But Google's product had its own growing pains, Wu noted.

"People forget that Google Maps started out inferior to Yahoo Maps and Mapquest," the analyst said in a research note out yesterday. "From our understanding, Apple had no choice but to part ways as Google wanted to keep turn-by-turn navigation unique to Android. We see this as a short-term pain for longer-term gain."

Apple and Google reportedly argued over spoken turn-by-turn directions. Apple wanted that feature in Google's iOS app, but Google was keen to keep it solely on Android devices.

Google also wanted more branding in the iOS app, as well as the inclusion of other services such its friend-finding Latitude feature. Those suggestions apparently didn't go over too well with Apple, prompting the company to build its own Maps app and release it before it was ready.

Wu also feels that Apple made the right move by admitting its mistake with the Maps app and pointing people to alternate third-party apps.

Apple's Maps app.
(Credit: Screenshot by Lance Whitney/CNET )

### FEATURED POSTS

LG's Nexus 4, tech's worst-kept secret, gets outed again
Mobile

Relive the Stratos jump in breathtaking Lego form
Crave

iPad Mini configurations and prices reportedly revealed
Apple

Chuck Yeager breaks the sound barrier -- again
Cutting Edge

Moore's Law: The rule that really matters in tech
Cutting Edge

### MOST POPULAR

Best Buy ready for battle with Amazon on pricing
1k Facebook Likes

Apple rethinking Samsung chip partnership, say sources
579 Tweets

Inside Google's sci-fi search experiments
91 Google Plus Shares

iPhone 5 traffic volume already surpasses Samsung's Galaxy S3
125 Comments

http://news.cnet.com/8301-13579_3-57525319-37/apple-maps-snafu-isnt-hurting-iphone-5-sales-say-analysts/?part=rss&subj=news&tag=title[10/15/2012 1:37:56 PM]

Apple Maps snafu isn't hurting iPhone 5 sales, say analysts | Apple - CNET News

"At the end of the day, Apple's goal is to produce the best user experience possible and as a leading platform, third-party support is essential," Wu said.

Piper Jaffray analyst Gene Munster also continues to see strong iPhone 5 demand, noting that consumers don't seem that worried about the flaws in the Maps app.

"Consumer sentiment on the iPhone remains high despite reported issues with Apple Maps, which we believe suggests that the Maps product is not causing a user backlash," the analyst said in an investors note released Friday.

Munster projects iPhone 5 sales of 49 million for the current quarter.

**Related stories**

- Apple's Maps app slammed over missing cities and other mistakes
- Apple CEO: We are 'extremely sorry' for Maps flap
- Apple launches 'find maps' list in App Store
- Apple-Google deal took a wrong turn over directions, report says

Topics: Apps, iPhone, iOS  Tags: Apple Maps, Shaw Wu, Apple, Google Maps, iPhone 5, Gene Munster



**CONNECT WITH CNET**

Facebook — Like Us
Twitter — Follow Us
Google + — Add Us
RSS — Subscribe
Mobile — Download Now
Newsletters — Subscribe Now

**CNET MOBILE**

Pick a screen, any screen



You can always access the very best of CNET on your smartphone or tablet.

Get the free app

## About Lance Whitney

Lance Whitney wears a few different technology hats--journalist, Web developer, and software trainer. He's a contributing editor for Microsoft TechNet Magazine and writes for other computer publications and Web sites.

Follow  2.2k

---

**DON'T MISS**


Klipsch Image S4i Rugged: Highly rated earphone toughens up
CNET


Apple Maps outs secret military site, irks Taiwan
CNET


Eight scary stats about your email habits
Central Desktop


Tim Cook on Apple maps: 'Extremely sorry'
The Mesh Report
about these links


Moore's Law. The rule that really matters in tech
Cutting Edge


iPad Mini configurations and prices reportedly revealed
Apple

Felix Baumgartner's historic skydive (pictures)
Slideshow


LG's latest smartphone earns 4 stars
Review



**CNET UPDATE**
### Xbox Music service has its limits
Microsoft's streaming music service arrives on Xbox 360, Sprint's Softbank deal could boost the network, and Nintendo drops the price of the Wii with a new bundle.
Play Video »