# EXHIBIT 21



First: Apple's rank in mobile phone profitability and revenues | asymco





Individually, Apple's share of units, revenues and profits is chronicled below:



Apple reached 75% of profit share, nearly 40% of revenue share and 9% of units share.

Apple and Samsung combined for about 91% of profits with RIM third at 3.7%, HTC fourth at 3.0% and Nokia last at 1.8% of a $15 billion total for the quarter.

In terms of revenues, Apple had 39% to Samsung's 25%. Third was Nokia with

First: Apple's rank in mobile phone profitability and revenues | asymco

12.6% and fourth RIM at 8%. HTC only managed 5.5%, Motorola 4%, LG 3.3% and Sony Ericsson 2.7%.



Share this: Email | Facebook 234 | Twitter 403 | More

PREVIOUS POST
THIRD

NEXT POST
5BY5 | THE CRITICAL PATH #24: SPIDEY SENSE

80 comments · 380 reactions                9 Stars

Discussion ▼ | Community |



**Gerry Croce** · 9 months ago

Horace, thanks for this. I'm trying to draw some conclusions.

An incorrect conclusion, I think, which will be drawn from this data is that Apple already has 75% profit share and therefore their growth is nearly finished.

I think the correct conclusion is that Apple now has only 40% of the revenue share, and that if they could capture another 40% of the revenue they would double their iPhone profits (assuming equivalent margins). The additional 40% revenue may come from a "nano" model or similar, which will satisfy the low end market.

This looks like a repeat of the iPod strategy. A misinterpretation of the potential for Apple profit growth on the part of some analysts, perhaps intentionally on their part, will continue to give us a compelling opportunity to buy the stock.

6 / ⋮ ∗  · Reply · Share ›



**Laserland** · 9 months ago

It looks like both AppleInsider and Daring Fireball are getting their news from reading asymco.com! This shows good taste on their part.

Horace, it occurred to me that you would enjoy playing with the Mac exploratory data analaysis tool, Data Desk. (http://datadesk.com/products/d.... The deal is that Data Desk is designed from the ground up to support direct manipulation of hyperdimensional data. It uses a tools palette that superficially resembles Photoshop's tools, but the tools are for direct manipulation of plots and tables. A signature demo of their's is to show an interactive 3D scatterplot. You can "grab" the 3D space with the Grabber tool and rotate it as if it were a weightless ball floating in hyperspace. The animation is not a movie or canned program; you just do it.

A good way of exploring hyperdimensional data is via their linked plots. You can create several 2D and 3D plots of hyperdimensional data on the screen. They are all dynamically linked. Using the tools, you can manipulate one plot (e.g., selecting, subsetting, slicing) and the linked plots on the screen update in real time.

You are already the anchor point on the Insight scale, so you probably won't see anything that you haven't already thought of. But I am thinking of commuinicating your ideas in a live presentation. We need to learn to characterize a mobile device company in terms of its profile in a hyperspace. (e.g, units shipped, revenue, profit, revenue/profit share, time) rather than assuming that the abstract concept of "success" is a simple function of market share. Most everyone has not seen direct manipulation of plots in real time so it would