# EXHIBIT 23



comScore Reports August 2012 U.S. Mobile Subscriber Market Share - comScore, Inc

## Mobile Content Usage

In August, 75.6 percent of U.S. mobile subscribers used text messaging on their mobile device (up 0.8 percentage points). Downloaded applications were used by 53.4 percent of subscribers (up 2.3 percentage points), while browsers were used by 52 percent (up 2.2 percentage points). Accessing of social networking sites or blogs increased 1.6 percentage points to 38.3 percent of mobile subscribers. Game-playing was done by 34 percent of the mobile audience (up 0.5 percentage points), while 28.3 percent listened to music on their phones (up 1.3 percentage points).

**Mobile Content Usage**
3 Month Avg. Ending Aug. 2012 vs. 3 Month Avg. Ending May 2012
Total U.S. Mobile Subscribers (Smartphone & Non-Smartphone) Ages 13+
Source: comScore MobiLens

|  | Share (%) of Mobile Subscribers | | |
| --- | --- | --- | --- |
|  | May-12 | Aug-12 | Point Change |
| Total Mobile Subscribers | 100.0% | 100.0% | N/A |
| Sent text message to another phone | 74.8% | 75.6% | 0.8 |
| Used downloaded apps | 51.1% | 53.4% | 2.3 |
| Used browser | 49.8% | 52.0% | 2.2 |
| Accessed social networking site or blog | 36.7% | 38.3% | 1.6 |
| Played Games | 33.5% | 34.0% | 0.5 |
| Listened to music on mobile phone | 27.0% | 28.3% | 1.3 |

## About MobiLens

MobiLens data is derived from an intelligent online survey of a nationally representative sample of mobile subscribers age 13 and older. Data on mobile phone usage refers to a respondent's primary mobile phone and does not include data related to a respondent's secondary device.

## About comScore

comScore, Inc. (NASDAQ: SCOR) is a global leader in measuring the digital world and preferred source of digital business analytics. For more information, please visit www.comscore.com/companyinfo.

**Contact:**
Stephanie Flosi
Senior Marketing Communications Analyst
comScore, Inc.
+1 312 777 8801
press@comscore.com

Follow @comScore  75.8K followers

Forward to a Friend

comSCORE.   Privacy Policy | Contact Us | Careers | Investor Relations | Site Map | comScore Direct          © 2012 comScore, Inc.