# EXHIBIT 27



Login With Facebook  |  Login With Twitter  |  Login  |  Register

**BUSINESS INSIDER**
SAI

Home | Tech/Media | Finance | Politics | Strategy | Entertainment | Advertising | Sports | Life | More | Events | BI Intelligence

SAI Home | Mobile | Enterprise | Tools | Media | Digital 100 | Silicon Valley 100 | Innovation | Document Center | Hive | Contributors

Documents | Jobs

# THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

**Henry Blodget** and **Leah Goldman**  |  Apr. 18, 2011, 9:46 AM  |  197,188  |  75

Recommend  Confirm    187    Tweet  401    +1  9    Email    More                                    A A A

submit    Recent news that Android has blasted
past the iPhone in smartphone market
share triggered a huge brawl among
fans in both camps about whether the
numbers were accurate and which platform would
reign supreme.

In light of this, we wanted to find out more about
what makes people choose one platform over the
other. So we wrote up a smartphone survey, which
received more than 2,000 responses.

We've included the specific questions and responses
in the slides that follow.

Here are the key points:

- **Almost all of the survey participants
  already use smartphones**

- **The majority of participants use
  Android, with most of the rest using
  iPhones.** (This is similar to the recent market-
  share figures from Comscore, although Android
  and iPhone appear to be over-represented and
  BlackBerry appears to be under-represented).

- **Most survey participants are planning to
  upgrade to a new smartphone in the
  next year or two.**



**Sorry, Blackberry**

- **Most participants say they will upgrade to the "latest, greatest" smartphone, not an older, cheaper one.**

- **Most survey participants are NOT planning to switch platforms when they upgrade**

- **Most participants say "features" and "platform" are the most important factors when choosing a smartphone.** App selection is also
  important, but not as important as most people think.

- **Most iPhone owners say they would buy an Android phone if there was an Android phone that was better in most key ways than an
  iPhone.** This suggests the iPhone's feature lead still matters. It also suggests that the Apple platform does not have the "lock-in" that many Apple bulls believe.
  It also increases the pressure on the iPhone 5 to be a humdinger of an upgrade.

- **Most Android users say they won't consider buying an iPhone because they "hate Apple."** (We'll explore why in a future survey).

- **Most of the rest of Android users say they would consider buying an iPhone if iPhones worked better with non-Apple products.** This highlights the risk of Apple's closed system.

- **Most iPhone owners already have the iPhone 4.**

- **Most iPhone owners are still planning to upgrade to the iPhone 5.**

- **Almost no participants are planning to buy a BlackBerry, a Windows Phone 7 phone, or Palm.**

Click here to see the full results >

View As One Page

Please follow SAI on Twitter and Facebook.
Follow Henry Blodget on Twitter.
Ask Henry A Question >

Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | **Get Alerts for these topics »**

Sponsored Link:          Get Up To $500 - E*TRADE Securities LLC

Advertisement:



**Share:**                                                                 Short URL  http://read.bi/fHAYpJ

 **Twitter**    **f Facebook**    **Buzz**    **Digg**    **StumbleUpon**    **Reddit**    **LinkedIn**    **Email**    **Embed** 

**Alerts**    **Newsletter**

Blackboard Home »

| Android | BlackBerry PlayBook |
|---|---|
| **Summary** Android is a mobile operating system, owned by Google. Android Inc. was the startup company that developed the initial Android OS. Google acquired the company in July 2005, and many of the original Android Inc. founders work... More » | **Summary** The BlackBerry PlayBook is a tablet computer announced by Research In Motion (RIM) on September 27, 2010. The PlayBook is only 9.7 mm thick, which means it is the first tablet less than 10 mm. The company expects to deliver the... More » |
| iPhone | iPhone 5 |



Login With Facebook | Login With Twitter | Login | Register



## THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

**Among Android users, most say they will never buy an iPhone because they hate Apple. Most of the rest say they would buy an iPhone if it worked better with non-Apple products. (And there's the risk of the "closed" system that Apple is selling).**

7/14

**What might make you buy an iPhone instead?**

BUSINESS INSIDER

- A very cheap iPhone option — 7.0 %
- An iPhone that works better with non-Apple apps and products — 31.2 %
- An iPhone that had better email and typing — 6.1 %
- Nothing: I hate Apple — 55.7 %

*Business Insider*

Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | **Get Alerts for these topics »**



# THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

**Most smartphone buyers say "platform" and "features" are the most important factors that make them buy a particular smartphone.**   8/14



Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | **Get Alerts for these topics »**



Login With Facebook  |  Login With Twitter  |  Login  |  Register

# BUSINESS INSIDER
SAI

Home | Tech/Media | Finance | Politics | Strategy | Entertainment | Advertising | Sports | Life | More | Events | BI Intelligence

| SAI Home | Mobile | Enterprise | Tools | Media | Digital 100 | Silicon Valley 100 | Innovation | Document Center | Hive | Contributors |

| Documents | Jobs |

search    Like Confirm

## THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

**Other factors that matter include features, platform, app selection, price, ease of migrating data from one's current platform, and availability at one's mobile carrier**

9/14



*Business Insider*

Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | **Get Alerts for these topics »**