# EXHIBIT 35



# BII CHART OF THE DAY: First-Time Smartphone Buyers Overwhelmingly Prefer Android

**Alex Cocotas** | Jul. 27, 2012, 9:22 AM | 140

*Business Insider Intelligence* a new research and analysis service focused on mobile computing and the Internet. The product is currently in beta. For more information, and to sign up for a free 30-day trial, *click here*.

First-time smartphone buyers are more likely to buy an Android phone.

According to comScore's analysis of Americans' recent smartphone acquisitions, existing smartphone owners are more likely to buy an iPhone, although Android devices are still the most popular.

The findings reveal two insights about the U.S. smartphone market. First, the price diversity of Android devices helps ease sticker shock for first-time smartphone owners. Carriers have helped foster Android's rise by steering customers in that direction. Second, the iPhone appears to be the aspirational smartphone, which buyers turn to when they can afford it.



**Recommended For You**





THE STATE OF THE INTERNET [SLIDE DECK]



The US Is Sending Three Deadly Weapons To The South Korean Border



Here's Mitt Romney's Take On The Jobs Report



JACK WELCH: Obama Is Manipulating The Jobs Numbers Because His Debate Performance Was Awful

**Sallie Krawcheck On Wall Street**



- There's One Thing We Need To Outlaw On Wall Street
- Big Banks Should Stop Paying Execs Mostly In Stock
- Here Are The Four Ways To Fix The Banks

Please follow Business Insider on Twitter and Facebook.
Follow Alex Cocotas on Twitter.

Tags: Android, iOS, Smartphones, BII Chart of the Day, Charts, Blackberry, Windows Phone | Get Alerts for these topics »

Sponsored Link:

Advertisement:

 How are cruise ships giving away their unsold cabins at up to 75% off...

 Shocking discovery by Cambridge Researcher's for amazing joint relief.

 Los Angeles - New rule allows many California residents to get car insurance at half-price.

 Homeowners in California may be eligible for 2.00%. Refi rates for most credit types, 2.21% APR

**Most Read**

Read | Commented | Recommended

 The Sexiest CEOs Alive! 1,898,381 Views

 12 Outrageous Quotes From ESPN's Documentary On Athletes Going Broke 807,249 Views

 THE DIGITAL 100: The World's Most Valuable Private Tech Companies 511,405 Views

 Here's What's Wrong With The Economy [CHARTS] 290,588 Views



Share: Twitter, Facebook, Buzz, Digg, StumbleUpon, Reddit, LinkedIn, Email, Embed, Alerts, Newsletter

Short URL: http://read.bi/LUOrRd

**Read Business Insider On The Go** — Download Now

**Find A Job** — In partnership with BetterJobs

- Tech Jobs
- C-Level Jobs
- Media Jobs
- Design Jobs
- Finance Jobs
- Sales Jobs

See All Jobs

**Startup Document Center**
Templates To Jump Start Your Business

Blackboard Home »

### Android



**Summary**
Android is a mobile operating system, owned by Google. Android Inc. was the startup company that developed the initial Android OS. Google acquired the company in July 2005, and many of the original Android Inc. founders work...

### BlackBerry



**Summary**
BlackBerry is a line of mobile e-mail enabled smartphones created by the Canadian developer Research in Motion (RIM). On August 3, 2010, RIM unveiled its newest version – Blackberry Torch. It features a

More »    touchscreen... More »

 
Business Plan Exec Summary | Sample By-Laws | Financial Model

See All »


**Alex Cocotas**
Contact:
e-mail: acocotas@businessinsider.com
Subscribe to his twitter feed

**Recent Posts**
- The State Of The Internet [...]
- The State Of The Internet [...]
- CHART: The Post-PC Era Visu...

Comments on this post are now closed.

**Read Me**


HENRY BLODGET | Here's What's Wrong With The Economy [CHARTS] 87
It's not what they're telling you it is.


WOLF RICHTER | The Incredibly Ballooning Bailout Of Cyprus 2


KENNETH THOMAS | Romney's Tax Plan Is As Budget-Busting As Ever 18


CULLEN ROCHE | David Rosenberg: The Best Advice I Can Give You 3


ROBERT REICH, CONTRIBUTOR | Here's What Obama Should Have Said 17

**The Hive**
What Smart People Are Reading Right Now

- Debunking the jobs report conspiracy theories 3
- California Gas Stations Shut as Oil Refiners Ration Supplies - Bloomberg 3
- Coal Miner's Donor: A Mitt Romney Benefactor And His Surprisingly Generous Employees 3

More                                         See All »

Advertisement




Thanks to our partners

DATAPIPE — catchpoint — OOYALA

## A-Z INDEX
COMPANIES
AUTHORS
CATEGORIES
LATEST
CONTRIBUTORS
VIDEO
FULL ARCHIVES

## TOOLS
JOB LISTINGS
DOCUMENT CENTER
BROKER CENTER

## LISTS & RANKINGS
DIGITAL 100
SILICON ALLEY 100
SILICON VALLEY 100
CLUSTERSTOCK 50
THE LIFE 50
AMERICA'S BEST COLLEGES
BEST BUSINESS SCHOOLS
SEXIEST CEOS
MORE

## YOUR ACCOUNT
REGISTER
CHANGE YOUR EMAIL
PREFERENCES

## ABOUT BI
ABOUT
JOBS AT BI
MASTHEAD
CONTACT
ADVERTISE
MOBILE
CONFLICT OF INTEREST POLICY
CONTRIBUTORS FAQ

## FOLLOW BI
EMAIL NEWSLETTERS
ALERTS
RSS
TWITTER
LINKEDIN
FACEBOOK
GOOGLE+

## VERTICALS
TECH
ENTERTAINMENT
WALL STREET
MARKETS
STRATEGY
CAREERS
RETAIL
SPORTS
LIFESTYLE
TOOLS
SCIENCE
ENTERPRISE

LISTS
POLITICS
DEFENSE
LAW & ORDER
ADVERTISING
GETTING THERE
DATA CENTER
MISC.
YOUR MONEY
VIDEO
LATEST

* Copyright © 2012 Business Insider, Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.   |   Disclaimer

Powered by MongoDB   |   Hosted by Datapipe   |   Stock quotes by YCharts   |   Ad Serving by 24/7 Open AdStream