# EXHIBIT 36

**NPD GROUP**
*Behind Every Business Decision*

Sign In   Subscribe   Contact Us

Products | Industry Expertise | About NPD | News | Worldwide

Home › News › Press Releases › The NPD Group: Rise in Smartphone Purchases Driven Entirely by Pre-Paid Phones

Share   Print   Email

# The NPD Group: Rise in Smartphone Purchases Driven Entirely by Pre-Paid Phones

**News**
- Press Releases
- Videos
- NPD Insights
- RSS
- NPD Group Blog

*Total smartphone unit sales rose 9 percent in the second quarter of 2012 compared to the prior year; however, all growth was driven by increases in pre-paid smartphone sales.*

PORT WASHINGTON, NEW YORK, August 8, 2012 – According to The NPD Group, a leading market research company, driven by sales of pre-paid smartphones, total smartphone unit-volume sales rose 9 percent in the second quarter (Q2) of 2012, compared to Q2 2011. While year-over-year post-paid smartphone unit sales were flat, pre-paid smartphone unit volume almost doubled, rising 91 percent year over year.

"Prepaid smartphones are no longer just cheap, also-ran options, focused on older and less capable phones," said Stephen Baker, vice president of industry analysis at The NPD Group. "As the smartphone market matures, and as growth slows, carriers have been smart to aggressively market some of their best current smartphones on a pre-paid basis to a new set of customers, in order to keep sales humming along."

Based on NPD's monthly Mobile Phone Track service, the income level of the average smartphone buyer is shifting downward, from middle- and upper-income families, to those with lower annual household incomes. In Q2 2011 24 percent of smartphone buyers had average household incomes of less than $35,000 per year; however, in Q2 2012 that number jumped to 33 percent. This year 71 percent of pre-paid smartphone buyers had an average income less than $35,000, which is a 12 percentage-point rise over the prior year.

**Apple and Samsung Top Smartphone Brands**

NPD's research also revealed that the lion's share of smartphone-market growth is concentrated in the top two brands. In fact Samsung's and Apple's combined smartphone unit sales rose 43 percent between Q2 2011 and Q2 2012, as unit sales for other brands fell 16 percent.

According to NPD, the top five smartphone brands, and their market shares, in Q2 were as follows:

1. Apple: 31 percent
2. Samsung: 24 percent
3. HTC: 15 percent
4. Motorola: 12 percent
5. LG: 6 percent

"By concentrating on their best, flagship devices, while at the same time supplementing their volumes with lower priced alternatives, both Apple and Samsung are extending their lead over the other smartphone makers," said Baker. "To be a share leader means participating in all segments of the market, in order to take advantage of pre-paid and other growth opportunities, while also providing the hero devices that drive customers to your brand."

**For more info**

Contact Us

**Share**
0

**Press Contact**
Lee Graham
212-333-4983

The NPD Group, Inc.
900 West Shore Road
Port Washington, NY 11050

**Subscribe to email alerts from The NPD Group Blog and more.**

Subscribe



**Industries**
- Automotive
- Beauty
- Entertainment
- Fashion
- Food/Foodservice
- Home
- Office Supplies
- Sports
- Technology
- Toys
- Video Games
- Wireless

**Countries**
- Australia
- Austria
- Belgium
- Brazil
- Canada
- China
- France
- Germany
- Italy
- Japan
- Mexico
- Netherlands
- New Zealand
- Poland
- Portugal
- Russia
- Spain
- Sweden
- United Kingdom
- United States

**NPD Companies**
- DisplaySearch
- LGI Network
- solarbuzz

© 2012 The NPD Group, Inc.   Sign In  |  Contact Us  |  Careers  |  Privacy Policy  |  Sitemap  |  Consumer Fraud Notice   Follow us on