# EXHIBIT 43

**Apple Press Info**

Press Releases    Product Images & Info    Apple Leadership

# iPhone 4S Pre-Orders Top One Million in First 24 Hours

CUPERTINO, California—October 10, 2011—Apple® today announced pre-orders of its iPhone® 4S have topped one million in a single day, surpassing the previous single day pre-order record of 600,000 held by iPhone 4. iPhone 4S is the most amazing iPhone yet, packed with incredible new features including Apple's dual-core A5 chip for blazing fast performance and stunning graphics; an all new camera with advanced optics; full 1080p HD resolution video recording; and Siri™, an intelligent assistant that helps you get things done just by asking.

"We are blown away with the incredible customer response to iPhone 4S," said Philip Schiller, Apple's senior vice president of Worldwide Product Marketing. "The first day pre-orders for iPhone 4S have been the most for any new product that Apple has ever launched and we are thrilled that customers love iPhone 4S as much as we do."

iPhone 4S will be available at all 245 Apple retail stores in the US beginning at 8 a.m. local time on Friday, October 14. Every customer who buys an iPhone 4S at an Apple retail store will be offered free Personal Setup service, helping them customize their iPhone 4S by setting up email, showing them new apps from the App Store™ and more, so they'll be up and running with their new iPhone before they leave the store.

iPhone 4S includes iOS 5, the world's most advanced mobile operating system with over 200 new features, and iCloud®, a breakthrough set of free cloud services that work seamlessly with your iPhone, iPad®, iPod touch®, Mac® or PC to automatically and wirelessly store your content in iCloud and push it to all your devices.

**Pricing & Availability**
iPhone 4S comes in either black or white and will be available in the US for a suggested retail price of $199 (US) for the 16GB model and $299 (US) for the 32GB model and $399 (US) for the new 64GB model.* iPhone 4S will be available from the Apple Online Store, Apple's retail stores and through AT&T, Sprint, Verizon Wireless, and select Best Buy, Target and Walmart stores and select Apple Authorized Resellers. iPhone 4 is available for just $99 (US) and iPhone 3GS is available for free with a two year contract.

iPhone 4S will roll out worldwide to 22 more countries by the end of October including Austria, Belgium, Czech Republic, Denmark, Estonia, Finland, Hungary, Ireland, Italy, Latvia, Liechtenstein, Lithuania, Luxembourg, Mexico, Netherlands, Norway, Singapore, Slovakia, Slovenia, Spain, Sweden and Switzerland.

*Qualified customers only. Requires a new two year rate plan, sold separately.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and has recently introduced iPad 2 which is defining the future of mobile media and computing devices.

Press Contacts:
Natalie Harrison
Apple
harri@apple.com
(408) 862-0565

Natalie Kerris
Apple
nat@apple.com
(408) 974-6877

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, Siri, App Store, iCloud, iPad and iPod touch are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Download iPhone images**


iPhone 4S
Download (zip)


iPhone 4S
Download (zip)


iPhone 4S
Download (zip)


iPhone 4S
Download (zip)

Apple Media Helpline   (408) 974-2042   media.help@apple.com