# EXHIBIT 44

**PiperJaffray**

Company Note
October 17, 2011

Gene Munster, Sr Research Analyst
612 303-6452, gene.a.munster@pjc.com
Piper Jaffray & Co.

Andrew H. Murphy, Research Analyst
612 303-6179, andrew.h.murphy@pjc.com
Piper Jaffray & Co.

**Reason for Report:**
Company Update

| Changes | Previous | Current |
|---|---|---|
| Rating | -- | Overweight |
| Price Tgt | -- | $607.00 |
| FY12E Rev (mil) | -- | $133,497.2 |
| FY13E Rev (mil) | -- | $157,588.8 |
| FY12E EPS | -- | $32.02 |
| FY13E EPS | -- | $38.37 |

| | |
|---|---|
| Price | $422.00 |
| 52 Week High | $422.86 |
| 52 Week Low | $297.76 |
| 12-Month Price Target | $607.00 |
| (18x CY12E EPS of $33.72) | |
| Shares Out (mil) | 937.8 |
| Market Cap. (mil) | $395,751.6 |
| Avg Daily Vol (000) | 22,669 |
| Book Value/Share | $73.94 |
| Net Cash Per Share | $81.21 |
| Debt to Total Capital | 0% |
| Yield: | 0.00% |
| Est LT EPS Growth | 18% |
| P/E to Est LT EPS Growth | 0.7x |
| Fiscal Year End: | Sep |

| Rev (mil) | 2011E | 2012E | 2013E |
|---|---|---|---|
| Dec | $26,741.0A | $34,821.0E | $41,378.9E |
| Mar | $24,667.0A | $30,117.8E | $35,624.8E |
| Jun | $28,571.0A | $32,942.8E | $39,241.9E |
| Sep | $29,375.3E | $35,615.5E | $41,343.2E |
| FY | $109,354.3E | $133,497.2E | $157,588.8E |
| CY | $117,434.4E | $140,055.0E | $163,597.7E |
| FY RM | 3.6x | 3.0x | 2.5x |
| CY RM | 3.4x | 2.8x | 2.4x |

| EPS | 2011E | 2012E | 2013E |
|---|---|---|---|
| Dec | $6.43A | $8.12E | $9.82E |
| Mar | $6.40A | $7.32E | $8.58E |
| Jun | $7.79A | $8.06E | $9.59E |
| Sep | $7.09E | $8.51E | $10.39E |
| FY | $27.71E | $32.02E | $38.37E |
| CY | $29.40E | $33.72E | $40.50E |
| FY P/E | 15.2x | 13.2x | 11.0x |
| CY P/E | 14.4x | 12.5x | 10.4x |

# Apple, Inc.      (AAPL – $422.00)
## Overweight

### Apple Sells 4m iPhone 4S Units Suggesting Dec. iPhone Growth Ahead of Street

**CONCLUSION:**
We reiterate our Overweight rating on shares of AAPL. Apple announced the sale of 4m iPhone 4S units over the weekend (3 days of sales) vs. 1.7m iPhone 4 units, an impressive number. Launch numbers are up 135% y/y, ahead of the Street at 60% y/y (26m) for the Dec-11 quarter. Based on launch sales, we think 60% y/y growth for the Dec-11 quarter will prove to be conservative despite the fact that launch figures are not a perfect apples-to-apples comparison. The biggest difference was that the iPhone 4S was effectively available for 2.5 days vs. 1.25 days for iPhone 4 before sites crashed and launch inventory sold out.

- **iPhone 4S vs. iPhone 4 Launch Availability.** With the iPhone 4S, pre-orders began on 10/7 and Apple accepted 1.7m pre-orders within the first 24 hours, or 1 full day of pre-orders. And on launch day (10/14) the company held stock of iPhone 4S units for about 1.5 days, implying total true weekend availability of 2.5 days of iPhone 4S sales. With the iPhone 4, store sites crashed about 6 hours after pre-orders began; subsequent to the store site coming back online, pre-orders were not accounted for in the first weekend sales, as they shipped after the opening weekend. On launch day, stock remained for about 1 day before stores ran out of iPhone 4 units. The iPhone 4S launch also included almost a full weekend of retail sales compared to iPhone 4, which launched on a Thursday (6/24/10) and was mostly sold out at the end of the day. In sum, the true weekend availability of the iPhone 4 was 1.25 days vs. the iPhone 4S with 2.5 days.

**INVESTMENT RECOMMENDATION:**
Overweight rating with a $607 PT (18x CY12E EPS of $33.72).
**RISKS TO ACHIEVEMENT OF TARGET PRICE:**
Risks include: trends in end-markets; component pricing; competitive pressures.
**COMPANY DESCRIPTION:**
Apple, Inc. provides hardware, software, and peripheral solutions focused on the education, creative professional, and consumer markets.

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 5 - 7 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

**Apple, Inc.**
**Income Sheet ($ in Millions)**
Fiscal Year End Sep 30
Updated: 9/7/11

Gene Munster - gene.a.munster@pjc.com
Andrew Murphy - andrew.h.murphy@pjc.com

PiperJaffray®

Current disclosure information for this company is located at http://www.piperjaffray.com/researchdisclosures

| Qtrs & Years | Net Sales | Cost of Sales | GM | Gross Profit | R&D | % of Sales | SG&A | % of Sales | Op Ex | Oper Inc | Oper Margin | Int & Other | Pretax Inc | Tax Rate | Income Taxes | Net Inc | Diluted Shares | GAAP EPS | | Y/Y Growth Rev | EPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec-08 | 11,880.0 | 7,373.0 | 37.9% | 4,507.0 | 315.0 | 2.7% | 1,091.0 | 9.2% | 1,406.0 | 3,101.0 | 26% | 158.0 | 3,259.0 | 31% | 1,004.0 | 2,255.0 | 901.5 | 2.50 | | 14% | 37% |
| Mar-09 | 9,084.0 | 5,457.0 | 39.9% | 3,627.0 | 319.0 | 3.5% | 985.0 | 10.8% | 1,304.0 | 2,323.0 | 26% | 63.0 | 2,386.0 | 32% | 766.0 | 1,620.0 | 903.0 | 1.79 | | 14% | 47% |
| Jun-09 | 9,734.0 | 5,751.0 | 40.9% | 3,983.0 | 341.0 | 3.5% | 1,010.0 | 10.4% | 1,351.0 | 2,632.0 | 27% | 60.0 | 2,692.0 | 32% | 864.0 | 1,828.0 | 909.2 | 2.01 | | 29% | 61% |
| Sep-09 | 12,207.0 | 7,102.0 | 41.8% | 5,105.0 | 358.0 | 2.9% | 1,063.0 | 8.7% | 1,421.0 | 3,684.0 | 30% | 45.0 | 3,729.0 | 32% | 1,197.0 | 2,532.0 | 914.4 | 2.77 | | 6% | 12% |
| Dec-09 | 15,683.0 | 9,272.0 | 40.9% | 6,411.0 | 398.0 | 2.5% | 1,288.0 | 8.2% | 1,686.0 | 4,725.0 | 30% | 33.0 | 4,758.0 | 29% | 1,380.0 | 3,378.0 | 919.8 | 3.67 | | 32% | 47% |
| Mar-10 | 13,499.0 | 7,874.0 | 41.7% | 5,625.0 | 426.0 | 3.2% | 1,220.0 | 9.0% | 1,646.0 | 3,979.0 | 29% | 50.0 | 4,029.0 | 24% | 955.0 | 3,074.0 | 922.9 | 3.33 | | 49% | 86% |
| Jun-10 | 15,700.0 | 9,564.0 | 39.1% | 6,136.0 | 464.0 | 3.0% | 1,438.0 | 9.2% | 1,902.0 | 4,234.0 | 27% | 58.0 | 4,292.0 | 24% | 1,039.0 | 3,253.0 | 927.4 | 3.51 | | 61% | 74% |
| Sep-10 | 20,343.0 | 12,831.0 | 36.9% | 7,512.0 | 494.0 | 2.4% | 1,571.0 | 7.7% | 2,065.0 | 5,447.0 | 27% | 14.0 | 5,461.0 | 21% | 1,153.0 | 4,308.0 | 928.8 | 4.64 | | 67% | 67% |
| Dec-10 | 26,741.0 | 16,443.0 | 38.5% | 10,298.0 | 575.0 | 2.2% | 1,896.0 | 7.1% | 2,471.0 | 7,827.0 | 29% | 136.0 | 7,963.0 | 25% | 1,959.0 | 6,004.0 | 933.2 | 6.43 | | 71% | 75% |
| Mar-11 | 24,667.0 | 14,449.0 | 41.4% | 10,218.0 | 581.0 | 2.4% | 1,763.0 | 7.1% | 2,344.0 | 7,874.0 | 32% | 26.0 | 7,900.0 | 24% | 1,913.0 | 5,987.0 | 935.9 | 6.40 | | 83% | 92% |
| Jun-11 | 28,571.0 | 16,649.0 | 41.7% | 11,922.0 | 628.0 | 2.2% | 1,915.0 | 6.7% | 2,543.0 | 9,379.0 | 33% | 172.0 | 9,551.0 | 23% | 2,243.0 | 7,308.0 | 937.8 | 7.79 | | 82% | 122% |
| Sep-11 | 29,375.3 | 17,919.0 | *39.0%* | 11,456.4 | 675.6 | *2.3%* | 2,056.3 | *7.0%* | 2,731.9 | 8,724.5 | 30% | 50.0 | 8,774.5 | *24%* | 2,105.9 | 6,668.6 | 940.8 | 7.09 | Est | 44% | 53% |
| Dec-11 | 34,821.0 | 21,589.0 | *38.0%* | 13,232.0 | 766.1 | *2.2%* | 2,437.5 | *7.0%* | 3,203.5 | *10,028.5* | 29% | 60.0 | *10,088.5* | *24%* | 2,421.2 | 7,667.2 | 943.8 | *8.12* | Est | 30% | 26% |
| Mar-12 | 30,117.8 | 18,221.3 | *39.5%* | 11,896.5 | 692.7 | *2.3%* | 2,138.4 | *7.1%* | 2,831.1 | *9,065.5* | 30% | 60.0 | *9,125.5* | *24%* | 2,190.1 | 6,935.4 | 946.8 | *7.32* | Est | 22% | 15% |
| Jun-12 | 32,942.8 | 19,930.4 | *39.5%* | 13,012.4 | 724.7 | *2.2%* | 2,273.1 | *6.9%* | 2,997.8 | *10,014.6* | 30% | 60.0 | *10,074.6* | *24%* | 2,417.9 | 7,656.7 | 949.8 | *8.06* | Est | 15% | 3% |
| Sep-12 | 35,615.5 | 21,725.5 | *39.0%* | 13,890.1 | 783.5 | *2.2%* | 2,493.1 | *7.0%* | 3,276.6 | *10,613.4* | 30% | 60.0 | *10,673.4* | *24%* | 2,561.6 | 8,111.8 | 952.8 | *8.51* | Est | 21% | 20% |
| Dec-12 | 41,378.9 | 25,241.1 | *39.0%* | 16,137.8 | 951.7 | *2.3%* | 2,896.5 | *7.0%* | 3,848.2 | *12,289.5* | 30% | 60.0 | *12,349.5* | *24%* | 2,963.9 | 9,385.6 | 955.8 | *9.82* | Est | 19% | 21% |
| Mar-13 | 35,624.8 | 21,570.8 | *39.5%* | 14,054.0 | 808.7 | *2.3%* | 2,483.1 | *7.0%* | 3,291.7 | *10,762.3* | 30% | 60.0 | *10,822.3* | *24%* | 2,597.3 | 8,224.9 | 958.8 | *8.58* | Est | 18% | 17% |
| Jun-13 | 39,241.9 | 23,545.1 | *40.0%* | 15,696.8 | 894.7 | *2.3%* | 2,731.2 | *7.0%* | 3,626.0 | *12,070.8* | 31% | 60.0 | *12,130.8* | *24%* | 2,911.4 | 9,219.4 | 961.8 | *9.59* | Est | 19% | 19% |
| Sep-13 | 41,343.2 | 24,392.5 | *41.0%* | 16,950.7 | 946.8 | *2.3%* | 2,873.4 | *7.0%* | 3,820.1 | *13,130.6* | 32% | 60.0 | *13,190.6* | *24%* | 3,165.7 | 10,024.9 | 964.8 | *10.39* | Est | 16% | 22% |
| Dec-13 | 47,387.8 | 27,854.6 | *41.2%* | 19,533.3 | 1,089.9 | *2.3%* | 3,288.7 | *6.9%* | 4,378.6 | *15,154.6* | 32% | 60.0 | *15,214.6* | *24%* | 3,651.5 | 11,563.1 | 967.8 | *11.95* | Est | 15% | 22% |
| | | | | | | | | | | | | | | | | | | | | | |
| FY 09 | 42,904.9 | 25,683.0 | 40.1% | 17,221.9 | 1,333.0 | 3.1% | 4,149.0 | 9.7% | 5,482.0 | 11,739.9 | 27% | 326.0 | 12,065.9 | 32% | 3,831.0 | 8,234.9 | 907.0 | 9.08 | | 14% | 34% |
| FY 10 | 65,225.1 | 39,541.0 | 39.4% | 25,684.1 | 1,782.0 | 2.7% | 5,517.0 | 8.5% | 7,299.0 | 18,385.1 | 28% | 155.0 | 18,540.1 | 24% | 4,527.0 | 14,013.1 | 924.7 | 15.15 | | 52% | 67% |
| FY 11 | 109,354.3 | 65,460.0 | 40.1% | 43,894.3 | 2,459.6 | 2.2% | 7,630.3 | 7.0% | 10,089.9 | 33,804.4 | 31% | 384.0 | 34,188.4 | 24% | 8,220.9 | 25,967.6 | 936.9 | 27.71 | Est | 68% | 83% |
| FY 12 | *133,497.2* | 81,466.2 | 39.0% | 52,031.0 | 2,967.1 | 2.2% | 9,342.0 | 7.0% | 12,309.0 | *39,722.0* | 30% | 240.0 | *39,962.0* | 24% | 9,590.9 | 30,371.1 | 948.3 | *32.02* | Est | 22% | 16% |
| FY 13 | *157,588.8* | 94,749.6 | 39.9% | 62,839.2 | 3,601.9 | 2.3% | 10,984.2 | 7.0% | 14,586.0 | *48,253.2* | 31% | 240.0 | *48,493.2* | 24% | 11,638.4 | 36,854.8 | 960.3 | *38.37* | Est | 18% | 20% |
| | | | | | | | | | | | | | | | | | | | | | |
| CY 09 | 46,708.0 | 27,582.0 | 40.9% | 19,126.0 | 1,416.0 | 3.0% | 4,346.0 | 9.3% | 5,762.0 | 13,364.0 | 29% | 201.0 | 13,565.0 | 31% | 4,207.0 | 9,358.0 | 911.6 | 10.25 | | 20% | 37% |
| CY 10 | 76,283.0 | 46,712.0 | 38.8% | 29,571.0 | 1,959.0 | 2.6% | 6,125.0 | 8.0% | 8,084.0 | 21,487.0 | 28% | 258.0 | 21,745.0 | 23% | 5,106.0 | 16,639.0 | 928.1 | 17.91 | | 63% | 75% |
| CY 11 | *117,434.4* | 70,606.0 | 39.9% | 46,828.4 | 2,650.7 | 2.3% | 8,171.7 | 7.0% | 10,822.4 | *36,005.9* | 31% | 308.0 | *36,313.9* | 24% | 8,683.1 | 27,630.8 | 939.6 | *29.40* | Est | 54% | 64% |
| CY 12 | *140,055.0* | 85,118.3 | 39.2% | 54,936.8 | 3,152.7 | 2.3% | 9,801.0 | 7.0% | 12,953.7 | *41,983.0* | 30% | 240.0 | *42,223.0* | 24% | 10,133.5 | 32,089.5 | 951.3 | *33.72* | Est | 19% | 15% |
| CY 13 | *163,597.7* | 97,363.0 | 40.5% | 66,234.7 | 3,740.1 | 2.3% | 11,376.4 | 7.0% | 15,116.4 | *43,679.8* | 27% | 240.0 | *51,358.3* | 24% | 12,326.0 | 39,032.3 | 963.3 | *40.50* | Est | 17% | 20% |

**Apple, Inc.**
**Product Sales Analysis ($ in Millions)**
Fiscal Year End Sep 30

| Qtrs & Years | Total Mac Sales | % of Sales | Y/Y Rev | Total Mac Units | Y/Y Units | Total Mac ASPs | Mac Sales Desktop Units | Desk Revenue | Desk % Mac Units | Desk % Mac Rev | Portable Units | Port Revenue | Port % Mac Units | Port % Mac Rev | Peripherals & Other Hdwr | % of Sales | Y/Y Rev | iTunes | % of Sales | Y/Y Rev | Software & Peripherals Sales Other Music Ex. iTunes | % of Sales | Y/Y Rev | Software & Other | % of Sales | Y/Y Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec-08 | 3,565.0 | 30% | 0% | 2,524 | 9% | 1,412.4 | 728 | 1045.0 | 29% | 29% | 1,796 | 2520.0 | 71% | 71% | 387.0 | 3% | -1% | 720.0 | 6% | 36% | 291.0 | 2% | 5% | 606.0 | 5% | -4% |
| Mar-09 | 2,960.0 | 33% | -16% | 2,216 | -3% | 1,335.7 | 818 | 1056.0 | 37% | 36% | 1,398 | 1904.0 | 63% | 64% | 357.0 | 4% | -16% | 750.0 | 8% | 27% | 299.0 | 3% | 3% | 626.0 | 7% | 18% |
| Jun-09 | 3,353.9 | 34% | -8% | 2,603 | 4% | 1,288.5 | 849 | 1134.0 | 33% | 34% | 1,754 | 2220.0 | 67% | 66% | 340.0 | 3% | -24% | 750.0 | 8% | 40% | 208.1 | 2% | -27% | 530.0 | 5% | 6% |
| Sep-09 | 3,980.0 | 33% | 9% | 3,053 | 17% | 1,303.6 | 787 | 1089.0 | 26% | 27% | 2,266 | 2891.0 | 74% | 73% | 391.0 | 3% | -10% | 815.0 | 7% | 48% | 203.0 | 2% | -28% | 649.0 | 5% | 18% |
| Dec-09 | 4,450.0 | 28% | 25% | 3,362 | 33% | 1,323.6 | 1,234 | 1692.0 | 37% | 38% | 2,128 | 2758.0 | 63% | 62% | 469.0 | 3% | 21% | 950.0 | 6% | 32% | 214.0 | 1% | -26% | 631.0 | 4% | 4% |
| Mar-10 | 3,760.0 | 28% | 27% | 2,943 | 33% | 1,277.6 | 1,147 | 1532.0 | 39% | 41% | 1,796 | 2228.0 | 61% | 59% | 472.0 | 3% | 32% | 1,100.0 | 8% | 47% | 227.0 | 2% | -24% | 634.0 | 5% | 1% |
| Jun-10 | 4,399.0 | 28% | 31% | 3,472 | 33% | 1,267.0 | 1,004 | 1301.0 | 29% | 30% | 2,468 | 3098.0 | 71% | 70% | 396.0 | 3% | 16% | 1,005.0 | 6% | 34% | 209.0 | 1% | 0% | 646.0 | 4% | 22% |
| Sep-10 | 4,870.0 | 24% | 22% | 3,885 | 27% | 1,253.6 | 1,242 | 1676.0 | 32% | 34% | 2,643 | 3194.0 | 68% | 66% | 477.0 | 2% | 22% | 1,025.0 | 5% | 26% | 218.0 | 1% | 7% | 662.0 | 3% | 2% |
| Dec-10 | 5,430.0 | 20% | 22% | 4,134 | 23% | 1,313.5 | 1,227 | 1731.0 | 30% | 32% | 2,907 | 3699.0 | 70% | 68% | 593.0 | 2% | 26% | 1,190.0 | 4% | 25% | 241.0 | 1% | 13% | 766.0 | 3% | 25% |
| Mar-11 | 4,976.0 | 20% | 32% | 3,760 | 28% | 1,323.4 | 1,009 | 1441.0 | 27% | 29% | 2,751 | 3535.0 | 73% | 71% | 580.0 | 2% | 23% | 1,400.0 | 6% | 27% | 234.0 | 1% | 3% | 743.0 | 3% | 17% |
| Jun-11 | 5,105.0 | 18% | 16% | 3,947 | 14% | 1,293.4 | 1,155 | 1580.0 | 29% | 31% | 2,792 | 3525.0 | 71% | 69% | 517.0 | 2% | 31% | 1,300.0 | 5% | 29% | 271.0 | 1% | 30% | 696.0 | 2% | 8% |
| Sep-11 | 5,768.4 | 20% | 18% | 4,507 | 16% | 1,280.0 | 1,402 | 1887.8 | 31% | 33% | 3,104 | 3880.7 | 69% | 67% | 558.1 | 2% | 17% | 1,322.3 | 5% | 29% | 267.8 | 1% | 23% | 728.2 | 2% | 10% |
| Dec-11 | 6,384.5 | 18% | 18% | 4,837 | 17% | 1,320.0 | 1,380 | 1907.4 | 29% | 30% | 3,457 | 4477.2 | 71% | 70% | 699.7 | 2% | 18% | 1,428.0 | 4% | 20% | 282.0 | 1% | 17% | 856.7 | 2% | 9% |
| Mar-12 | 5,767.8 | 19% | 16% | 4,437 | 18% | 1,300.0 | 1,331 | 1788.0 | 30% | 31% | 3,106 | 3979.8 | 70% | 69% | 690.2 | 2% | 19% | 1,666.0 | 6% | 19% | 269.0 | 1% | 15% | 817.3 | 3% | 10% |
| Jun-12 | 5,723.2 | 17% | 12% | 4,579 | 16% | 1,250.0 | 1,229 | 1600.1 | 27% | 28% | 3,349 | 4123.0 | 73% | 72% | 610.1 | 2% | 18% | 1,560.0 | 5% | 20% | 300.0 | 1% | 11% | 772.6 | 2% | 11% |
| Sep-12 | 6,485.4 | 18% | 12% | 5,273 | 17% | 1,230.0 | 1,582 | 2010.5 | 30% | 31% | 3,691 | 4475.0 | 70% | 69% | 658.5 | 2% | 18% | 1,586.7 | 4% | 20% | 303.3 | 1% | 13% | 801.0 | 2% | 10% |
| Dec-12 | 7,073.8 | 17% | 11% | 5,659 | 17% | 1,250.0 | 1,588 | 2076.5 | 28% | 29% | 4,071 | 4997.3 | 72% | 71% | 818.7 | 2% | 17% | 1,699.3 | 4% | 19% | 315.7 | 1% | 12% | 942.4 | 2% | 10% |
| Mar-13 | 6,158.5 | 17% | 7% | 5,102 | 15% | 1,207.0 | 1,449 | 1818.3 | 28% | 30% | 3,653 | 4340.2 | 72% | 70% | 808.2 | 2% | 17% | 1,987.5 | 6% | 19% | 295.0 | 1% | 10% | 903.9 | 3% | 11% |
| Sep-13 | 6,244.6 | 16% | 9% | 5,265 | 15% | 1,186.0 | 1,490 | 1837.2 | 28% | 29% | 3,775 | 4407.4 | 72% | 71% | 712.6 | 2% | 17% | 1,659.5 | 5% | 19% | 335.9 | 1% | 12% | 856.0 | 2% | 11% |
| Sep-13 | 7,064.1 | 17% | 9% | 6,064 | 15% | 1,165.0 | 1,711 | 2071.0 | 28% | 29% | 4,353 | 4993.1 | 72% | 71% | 767.2 | 2% | 17% | 1,869.8 | 5% | 19% | 346.5 | 1% | 14% | 889.1 | 2% | 11% |
| Dec-13 | 7,445.0 | 16% | 5% | 6,508 | 15% | 1,144.0 | 1,830 | 2174.9 | 28% | 29% | 4,678 | 5270.1 | 72% | 71% | 951.3 | 2% | 16% | 2,022.2 | 4% | 19% | 368.3 | 1% | 17% | 1,048.0 | 2% | 11% |
| FY 09 | 13,858.9 | 32% | -3% | 10,396 | 7% | 1,335.1 | 3,182 | 4323.9 | 31% | 31% | 7,214 | 9535.0 | 69% | 69% | 1,475.0 | 3% | -13% | 3,035.0 | 7% | 38% | 1,001.1 | 2% | -12% | 2,411.0 | 6% | 9% |
| FY 10 | 17,479.1 | 27% | 26% | 13,662 | 31% | 1,280.4 | 4,627 | 6201.0 | 34% | 35% | 9,035 | 11278.1 | 66% | 65% | 1,814.0 | 3% | 23% | 4,080.0 | 6% | 34% | 868.0 | 1% | -13% | 2,573.0 | 4% | 7% |
| FY 11 | 21,279.4 | 19% | 22% | 16,348 | 20% | 1,302.6 | 4,793 | 6639.8 | 29% | 31% | 11,554 | 14639.6 | 71% | 69% | 2,248.1 | 2% | 24% | 5,212.3 | 5% | 28% | 1,013.8 | 1% | 17% | 2,953.2 | 3% | 15% |
| FY 12 | 24,361.0 | 18% | 14% | 19,125 | 17% | 1,275.0 | 5,522 | 7306.0 | 29% | 30% | 13,603 | 17055.0 | 71% | 70% | 2,658.5 | 2% | 18% | 6,240.7 | 5% | 20% | 1,154.3 | 1% | 14% | 3,247.6 | 2% | 10% |
| FY 13 | 26,541.1 | 17% | 9% | 22,090 | 16% | 1,202.0 | 6,238 | 7803.0 | 28% | 29% | 15,852 | 18738.0 | 72% | 71% | 3,106.7 | 2% | 17% | 7,436.1 | 5% | 19% | 1,293.1 | 1% | 12% | 3,591.5 | 2% | 11% |
| CY 09 | 14,743.9 | 32% | 3% | 11,234 | 13% | 1,312.9 | 3,688 | 4,970.0 | 33% | 34% | 7,546 | 9,773.0 | 67% | 66% | 1,557.0 | 3% | -8% | 3,265.0 | 7% | 36% | 924.1 | 2% | -20% | 2,436.0 | 5% | 11% |
| CY 10 | 18,459.0 | 24% | 25% | 14,434 | 28% | 1,277.9 | 4,620 | 6,240.0 | 32% | 34% | 9,814 | 12,219.0 | 68% | 66% | 1,938.0 | 3% | 24% | 4,320.0 | 6% | 32% | 895.0 | 1% | -3% | 2,728.0 | 4% | 12% |
| CY 11 | 22,234.0 | 19% | 20% | 17,050 | 18% | 1,304.2 | 4,946 | 6,816.2 | 29% | 31% | 12,104 | 15,417.8 | 71% | 69% | 2,354.8 | 2% | 22% | 5,450.3 | 5% | 26% | 1,054.8 | 1% | 18% | 3,023.9 | 3% | 11% |
| CY 12 | 25,060.2 | 18% | 13% | 19,947 | 17% | 1,257.5 | 5,730 | 7,475.1 | 29% | 30% | 14,217 | 17,575.1 | 71% | 70% | 2,777.5 | 2% | 18% | 6,512.0 | 5% | 19% | 1,168.0 | 1% | 13% | 3,333.9 | 3% | 10% |
| CY 13 | 26,912.3 | 16% | 7% | 22,939 | 15% | 1,175.5 | 6,480 | 7,901.5 | 28% | 29% | 16,459 | 19,010.8 | 72% | 71% | 3,239.3 | 2% | 17% | 7,759.0 | 5% | 19% | 1,345.7 | 1% | 13% | 3,697.0 | 2% | 11% |

Apple, Inc.
Product Sales Analysis ($ in Millions)
Fiscal Year End Sep 30

| Qtrs & Years | iPhone Sales | % of Sales | Y/Y Rev | iPhone Units | Y/Y Units | Int'l | Y/Y Units | AT&T | Y/Y Units | Verizon | Y/Y Units | ASP | iPad Sales | % of Sales | Y/Y Rev | iPad Units | Y/Y Units | ASP | iPod Sales | % of Sales | Y/Y Rev | Total iPod Units | Y/Y Units | iPod ASP | classic | % Units | touch | % Units | nano | % Units | shuffle | % Units | Sales | Seq Growth | Y o Y Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec-08 | 2,940.0 | 24.7% | 184% | 4,363 | 88% | 2,443 | 76% | 1,920 | 107% | | | 674 | | | | | | | 3,371.0 | 28% | -16% | 22,727 | 3% | 148 | 1,800 | 8% | 3,927 | 17% | 8,500 | 37% | 8,500 | 37% | 11,880.0 | 3% | 14% |
| Mar-09 | 2,427.0 | 26.7% | 197% | 3,793 | 123% | 2,200 | 115% | 1,593 | 134% | | | 640 | | | | | | | 1,665.0 | 18% | -8% | 11,013 | 3% | 151 | 400 | 4% | 3,125 | 28% | 3,488 | 32% | 4,000 | 36% | 9,084.0 | -24% | 14% |
| Jun-09 | 3,060.0 | 31.4% | 534% | 5,208 | 626% | 2,760 | 542% | 2,448 | 753% | | | 588 | | | | | | | 1,491.9 | 15% | -11% | 10,215 | -7% | 146 | 350 | 3% | 4,600 | 45% | 2,400 | 23% | 2,865 | 28% | 9,734.0 | 7% | 29% |
| Sep-09 | 4,606.0 | 37.7% | 5% | 7,367 | 7% | 4,199 | -6% | 3,168 | 31% | | | 625 | | | | | | | 1,563.0 | 13% | -6% | 10,177 | -8% | 154 | 347 | 3% | 4,280 | 42% | 2,750 | 27% | 2,800 | 28% | 12,207.0 | 25% | 6% |
| Dec-09 | 5,578.0 | 35.6% | 90% | 8,737 | 100% | 5,679 | 132% | 3,058 | 59% | | | 638 | | | | | | | 3,391.0 | 22% | 1% | 20,970 | -8% | 162 | 1,300 | 6% | 7,910 | 38% | 5,560 | 27% | 6,200 | 30% | 15,683.0 | 28% | 32% |
| Mar-10 | 5,445.0 | 40.3% | 124% | 8,752 | 131% | 6,039 | 175% | 2,713 | 70% | | | 622 | | | | | | | 1,861.0 | 14% | 12% | 10,885 | -1% | 171 | 500 | 5% | 5,100 | 47% | 2,700 | 25% | 2,585 | 24% | 13,499.0 | -14% | 49% |
| Jun-10 | 5,334.0 | 34.0% | 74% | 8,398 | 61% | 5,207 | 89% | 3,191 | 30% | | | 635 | | | 2,166.0 | 13.8% | | 3,270 | | 662 | 1,545.0 | 10% | 4% | 9,406 | -8% | 164 | 300 | 3% | 6,808 | 72% | 1,200 | 13% | 1,098 | 12% | 15,700.0 | 16% | 61% |
| Sep-10 | 6,822.0 | 43.4% | 92% | 14,102 | 91% | 8,884 | 112% | 5,218 | 65% | | | 626 | | | 2,792.0 | 13.7% | | 4,188 | | 667 | 1,477.0 | 7% | -6% | 9,051 | -11% | 163 | 300 | 3% | 6,651 | 73% | 1,100 | 12% | 1,000 | 11% | 20,343.0 | 30% | 67% |
| Dec-10 | 10,468.0 | 39.1% | 88% | 16,235 | 86% | 12,176 | 114% | 4,059 | 33% | | | 645 | | | 4,608.0 | 17.2% | | 7,331 | | 629 | 3,425.0 | 13% | 1% | 19,446 | -7% | 176 | 1,200 | 6% | 10,046 | 52% | 4,000 | 21% | 4,200 | 22% | 26,741.0 | 31% | 71% |
| Mar-11 | 12,298.0 | 49.9% | 126% | 18,647 | 113% | 12,807 | 112% | 3,603 | 33% | 2,238 | | 660 | | | 2,836.0 | 11.5% | | 4,694 | | 604 | 1,600.0 | 6% | -14% | 9,017 | -17% | 177 | 361 | 4% | 5,230 | 58% | 1,803 | 20% | 1,623 | 18% | 24,667.0 | -8% | 83% |
| Jun-11 | 13,311.0 | 46.6% | 150% | 20,338 | 142% | 14,420 | 177% | 3,579 | 12% | 2,339 | 179% | 654 | | | 6,046.0 | 21.2% | 115% | 9,246 | 183% | 654 | 1,325.0 | 5% | -14% | 7,535 | -20% | 176 | 339 | 5% | 4,031 | 54% | 1,658 | 22% | 1,507 | 20% | 28,571.0 | 16% | 82% |
| Sep-11 | 13,530.0 | 46.1% | 53% | 22,000 | 56% | 14,432 | 62% | 3,784 | -27% | 3,784 | 115% | 615 | | | 6,000.0 | 20.4% | | 10,000 | 139% | 600 | 1,200.6 | 4% | -19% | 6,900 | -24% | 174 | 276 | 4% | 3,864 | 56% | 1,518 | 22% | 1,242 | 18% | 29,375.3 | 3% | 44% |
| Dec-11 | 15,250.0 | 43.8% | 46% | 25,000 | 54% | 16,325 | 34% | 4,250 | 5% | 4,425 | 56% | 610 | Est | | 7,200.0 | 20.7% | | 12,000 | 64% | 600 Est | 2,720.0 | 8% | -21% | 16,000 | -18% | 170 | 640 | 4% | 9,280 | 58% | 3,360 | 21% | 2,720 | 17% | 34,621.0 | 19% | 30% Est |
| Mar-12 | 15,125.0 | 50.2% | 23% | 25,000 | 34% | 16,375 | 28% | 4,250 | 18% | 4,375 | 59% | 605 Est | | 4,500.0 | 14.9% | | 7,500 | 60% | 600 Est | 1,262.5 | 4% | -20% | 7,500 | -17% | 171 | 375 | 5% | 4,500 | 60% | 1,425 | 19% | 1,200 | 18% | 30,117.8 | -14% | 22% Est |
| Jun-12 | 15,730.0 | 47.7% | 18% | 26,000 | 28% | 16,476 | 14% | 4,844 | 35% | 4,680 | 19% | 605 Est | | 7,187.5 | 21.6% | 19% | 12,500 | 35% | 575 Est | 1,059.5 | 3% | -20% | 6,500 | -14% | 163 | 325 | 5% | 4,030 | 62% | 1,170 | 18% | 975 | 15% | 32,942.8 | 9% | 15% Est |
| Sep-12 | 17,040.0 | 47.8% | 26% | 28,400 | 29% | 17,997 | 25% | 5,251 | 40% | 5,112 | 29% | 600 Est | | 7,762.5 | 21.8% | 29% | 13,500 | 35% | 575 Est | 978.0 | 3% | -19% | 6,000 | -13% | 163 | 300 | 5% | 3,840 | 64% | 1,020 | 17% | 840 | 14% | 35,615.5 | 8% | 21% Est |
| Dec-12 | 19,200.0 | 46.4% | 26% | 32,000 | 28% | 20,278 | 24% | 5,962 | 40% | 5,760 | 30% | 600 Est | | 9,075.0 | 21.9% | 26% | 14,500 | 38% | 550 Est | 2,254.0 | 5% | -17% | 14,000 | -13% | 161 | 700 | 5% | 9,240 | 66% | 2,100 | 15% | 1,960 | 14% | 41,378.9 | 16% | 19% Est |
| Mar-13 | 16,850.0 | 52.9% | 25% | 32,500 | 30% | 21,223 | 30% | 5,525 | 30% | 5,753 | 31% | 580 Est | | 5,304.0 | 14.9% | 18% | 10,200 | 36% | 520 Est | 1,317.6 | 4% | 3% | 8,350 | 11% | 158 | 518 | 6% | 5,678 | 68% | 1,086 | 13% | 1,069 | 13% | 35,624.8 | -14% | 18% Est |
| Jun-13 | 19,516.8 | 49.7% | 18% | 34,240 | 32% | 22,427 | 36% | 5,821 | 20% | 5,992 | 28% | 570 Est | | 8,568.0 | 21.8% | 19% | 16,800 | 34% | 510 Est | 1,148.5 | 3% | 8% | 7,400 | 14% | 155 | 296 | 4% | 5,180 | 70% | 888 | 12% | 1,036 | 14% | 39,241.9 | 10% | 19% Est |
| Sep-13 | 20,148.8 | 48.7% | 18% | 35,980 | 27% | 22,801 | 27% | 6,703 | 27% | 6,476 | 27% | 560 Est | | 9,200.0 | 22.3% | 19% | 18,400 | 36% | 500 Est | 1,037.7 | 3% | 6% | 6,600 | 13% | 153 | 68 | 1% | 4,896 | 72% | 816 | 12% | 1,020 | 15% | 41,343.2 | 5% | 16% Est |
| Dec-13 | 22,275.0 | 47.0% | 16% | 40,500 | 27% | 25,665 | 27% | 7,545 | 27% | 7,290 | 27% | 550 Est | | 10,878.0 | 23.0% | 20% | 22,200 | 35% | 490 Est | 2,400.0 | 5% | 6% | 16,000 | 14% | 150 | 0 | 0% | 11,680 | 73% | 1,760 | 11% | 2,560 | 16% | 47,387.8 | 15% | 15% Est |
| FY 09 | 13,033.0 | 30.4% | 93% | 20,731 | 78% | 11,603 | 58% | 9,128 | 112% | | | 632 | | | | | | | 8,090.9 | 19% | -1% | 54,132 | -1% | 150 | 2,897 | 5% | 15,932 | 29% | 17,138 | 32% | 18,165 | 34% | 42,904.9 | -- | 14% |
| FY 10 | 25,179.0 | 38.6% | 93% | 39,989 | 93% | 25,809 | 122% | 14,130 | 55% | | | 630 | | | 4,958.0 | 7.6% | | 7,458 | | 665 | 8,274.1 | 13% | 2% | 50,312 | -7% | 165 | 2,400 | 5% | 26,469 | 53% | 10,560 | 21% | 10,883 | 22% | 65,225.1 | -- | 52% |
| FY 11 | 49,607.0 | 45.4% | 97% | 77,220 | 93% | 53,635 | 109% | 15,025 | 6% | 8,361 | 293% | 622 | | 19,490.0 | 17.8% | | 31,271 | 319% | 625 | 7,550.6 | 7% | -9% | 42,898 | -15% | 176 | 2,176 | 5% | 23,171 | 54% | 8,979 | 21% | 8,572 | 21% | 109,354.3 | -- | 68% |
| FY 12 | 63,145.0 | 47.3% | 27% | 104,400 | 35% | 67,173 | 25% | 18,635 | 24% | 18,592 | 122% | 605 Est | | 26,650.0 | 20.0% | | 45,500 | 46% | 598 Est | 6,040.0 | 5% | -20% | 36,000 | -16% | 167 | 1,640 | 5% | 21,650 | 60% | 6,975 | 19% | 5,735 | 15% | 133,497.2 | -- | 22% Est |
| FY 13 | 77,715.6 | 49.3% | 23% | 134,720 | 29% | 86,729 | 29% | 24,010 | 29% | 23,981 | 29% | 578 Est | | 32,147.0 | 20.4% | | 61,900 | 36% | 520 Est | 5,757.8 | 4% | -5% | 36,550 | 2% | 165 | 1,582 | 4% | 24,994 | 68% | 4,890 | 13% | 5,085 | 14% | 157,588.8 | -- | 18% Est |
| CY 09 | 15,671.0 | 33.6% | 81% | 25,105 | -- | 14,838 | 118% | 10,257 | 48% | | | 623 | | | | | | | 8,111.0 | 17% | -5% | 52,375 | -6% | 153 | 2,397 | 5% | 19,915 | 38% | 14,198 | 27% | 15,865 | 30% | 46,709.0 | -- | 20% |
| CY 10 | 30,069.0 | 39.4% | 92% | 47,487 | 89% | 32,306 | 118% | 15,131 | 48% | | | 632 | | | 9,566.0 | 12.5% | | 14,789 | | 653 | 8,308.0 | 11% | 2% | 48,788 | -7% | 169 | 2,300 | 5% | 28,605 | 59% | 9,000 | 18% | 8,883 | 18% | 76,283.0 | -- | 63% |
| CY 11 | 54,389.0 | 46.3% | 81% | 85,985 | 81% | 57,983 | 79% | 15,216 | 0% | 12,796 | 131% | 635 | | 22,082.0 | 18.6% | | 35,940 | 143% | 615 | 6,845.6 | 6% | -18% | 39,452 | -19% | 174 | 1,616 | 4% | 22,405 | 57% | 8,339 | 21% | 7,092 | 18% | 117,434.4 | -- | 54% |
| CY 12 | 67,095.0 | 47.9% | 23% | 111,400 | 30% | 71,127 | 23% | 20,346 | 34% | 19,927 | 56% | 603 Est | | 28,525.0 | 20.4% | | 50,000 | 39% | 575 Est | 5,574.0 | 4% | -19% | 34,000 | -14% | 165 | 1,700 | 5% | 21,610 | 64% | 5,715 | 17% | 4,975 | 15% | 140,055.0 | -- | 19% Est |
| CY 13 | 80,790.6 | 49.4% | 20% | 143,220 | 29% | 92,115 | 30% | 25,594 | 26% | 25,511 | 28% | 565 Est | | 33,950.0 | 20.8% | | 67,600 | 35% | 555 Est | 5,903.8 | 4% | 6% | 38,550 | 13% | 161 | 882 | 2% | 27,434 | 71% | 4,550 | 12% | 5,685 | 15% | 163,597.7 | -- | 17% Est |

Company Note
October 17, 2011

## Important Research Disclosures



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the Research Note, the rating, and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:

I: Initiating Coverage

R: Resuming Coverage

T: Transferring Coverage

D: Discontinuing Coverage

S: Suspending Coverage

OW: Overweight

N: Neutral

UW: Underweight

B: Buy (Piper Jaffray discontinued use of the B, N, and S ratings on June 30, 2009)

N: Neutral

S: Sell

AL On/AL Off: Placed on/removed from the Alpha List maintained by Piper Jaffray (AL use discontinued March 2010)

NA: Not Available

UR: Under Review

| Distribution of Ratings/IB Services Piper Jaffray | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 352 | 56.10 | 69 | 19.60 |
| HOLD [N] | 240 | 38.20 | 22 | 9.17 |
| SELL [UW] | 36 | 5.70 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

## Important Research Disclosures

### Analyst Certification — Gene Munster, Sr Research Analyst
### — Andrew H. Murphy, Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

### Research Disclosures

Piper Jaffray was making a market in the securities of Apple, Inc. at the time this research report was published. Piper Jaffray will buy and sell Apple, Inc. securities on a principal basis.

**Affiliate Disclosures:** This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Asia Securities Limited, both of which are subsidiaries of Piper Jaffray Companies (collectively Piper Jaffray). Piper Jaffray & Co. is regulated by FINRA, NYSE, and the United States Securities and Exchange Commission, and its headquarters is located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Asia Securities Limited is a licensed corporation regulated by the Securities and Futures Commission of Hong Kong ("SFC"), entered on the SFC's register, no. ABO154, and is an exchange participant of The Stock Exchange of Hong Kong Limited. Its headquarters is located at Suite 1308, 13/F Two Pacific Place, 88 Queensway, Hong Kong. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

### Rating Definitions

**Stock Ratings:** Piper Jaffray ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor#s decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray technical research products are based on different methodologies and may contradict the opinions contained in fundamental research reports.

- **Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

- **Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

- **Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

An industry outlook represents the analyst#s view of the industry represented by the stocks in the analyst#s coverage group. A Favorable industry outlook generally means that the analyst expects the fundamentals and/or valuations of the industry to improve over the investment time horizon. A Neutral industry outlook generally means that the analyst does not expect the fundamentals and/or valuations of the industry to either improve or deteriorate meaningfully from its current state. An Unfavorable industry outlook generally means that the analyst expects the fundamentals and/or valuations of the industry to deteriorate meaningfully over the investment time horizon.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.

This report is published in accordance with a conflicts management policy, which is available at http://www.piperjaffray.com/researchdisclosures.

**Notice to customers:** This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative. **Europe:** This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Services Authority. **Asia:** This report is distributed in Hong Kong by Piper Jaffray Asia Securities Limited, which is regulated by the Hong Kong SFC. This report is intended only for distribution to professional investors as defined in the Hong Kong Securities and Futures Ordinance and is for the use of intended recipients only. **United States:** This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.

This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request.

Copyright 2011 Piper Jaffray. All rights reserved.