# EXHIBIT 45



North America United States
TMT IT Hardware

**Deutsche Bank**

Company / Global Markets Research

17 October 2011

# Enterprise Edge

## EE#261: iPhone 4S is a barnburner

### Company Update

**Stock Prices**

| | Close | W/W | Y/Y | YTD |
|---|---|---|---|---|
| AAPL | 422.00 | 14.1% | 34.1% | 30.8% |
| DELL | 16.62 | 8.8% | 14.7% | 22.7% |
| EK | 1.25 | -10.1% | -69.3% | -76.7% |
| EMC | 23.09 | 3.1% | 9.5% | 0.8% |
| HPQ | 26.11 | 4.9% | -39.0% | -38.0% |
| IBM | 190.53 | 4.5% | 35.1% | 29.8% |
| LXK | 29.98 | 3.7% | -34.3% | -13.9% |
| NTAP | 39.23 | 5.2% | -22.1% | -28.6% |
| PBI | 20.26 | 3.5% | -7.3% | -16.2% |
| SMT | 3.80 | -3.8% | -71.8% | -57.9% |
| XRX | 7.73 | 7.8% | -30.1% | -32.9% |
| S&P 500 | 1225 | 6.0% | 4.1% | -2.6% |
| NASDAQ | 2668 | 7.6% | 8.1% | 0.6% |

### Research Team

**Chris Whitmore, CFA**
Research Analyst
(+1) 415 617-3213
chris.whitmore@db.com

**Joakim Mahlberg**
Research Associate
( ) 415 617-3348
joakim.mahlberg@db.com

### iPhone demand outstrips supply

We conducted a series of checks over the weekend to gauge initial iPhone 4S demand at approximately 150 stores: 55 Apple retail stores and ~90 authorized carriers in the US and UK. iPhone demand remained very robust through the weekend and calls to outlets across the US and UK showed long lines, strong demand and frequent stock-outs. By Friday evening, only Apple retail stores had supply available (ATT, Verizon, Sprint were stocked out). By Saturday, even Apple retail stores had difficulty keeping up with demand with ~10% stocked out and even though carriers were restocked they were sold out once more by the end of the day. Not surprisingly, Apple retail stores were better equipped to handle the robust demand (vs. other carriers / partners) with significantly more supply. As highlighted below, demand outstripped supply at most authorized carrier outlets, and Sprint stores reported 80% stock outs towards mid day Friday, while AT&T and Verizon showed better supply conditions with stock out rates of ~30% and 20%, respectively. In addition, our checks pointed to a slight preference for the 16GB white iPhone 4S which tended to sellout faster than the black model at some stores. In addition, current on-line purchases face elongated wait times on Apple.com (1-2 weeks) and carrier websites (3-4 weeks). We believe initial weekend volumes are tracking well ahead of the 1.7M iPhone 4 units on its launch weekend; perhaps as many as 3M+ units. While the strong start is encouraging, we believe the long-term opportunity for growth of the iPhone is even more significant and we believe our model may prove conservative- DB at 26M in December Q, 82M iPhones in CY11 and 110M in CY12. We continue to believe Apple's IOS platform remains the gold standard attracting new developers and users alike, which is translating into sustainable differentiation, stickiness and profitability. Reiterate Buy and $530 PT.



Figure 1: Retail store stock out rates

Source: Deutsche Bank and company data

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 146/04/2011.

**Figure 2: Industry Comp sheet**

## Valuation Matrix

| Company Name | Price | Mrkt Cap | Rating | P/E CY10A | P/E CY11E | P/E CY12E | EV/EBITDA* CY10A | EV/EBITDA* CY11E | EV/EBITDA* CY12E | EV/Sales* CY10A | EV/Sales* CY11E | EV/Sales* CY12E | EV/FCF* CY11E | EV/FCF* CY12E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple Inc | 422.00 | $391,232 | Buy | 23.6 | 13.3 | 11.1 | 14.7 | 7.4 | 5.3 | 4.4 | 2.5 | 1.7 | 9.0 | 6.6 |
| Dell | 16.62 | $30,322 | Buy | 10.5 | 8.3 | 7.9 | 4.6 | 3.5 | 2.6 | 0.4 | 0.3 | 0.3 | 4.9 | 3.4 |
| Eastman Kodak | 1.25 | $336 | Sell | NMF | NMF | NMF | NMF | NMF | 5.3 | 0.0 | 0.1 | 0.1 | NMF | NMF |
| EMC Corporation | 23.09 | $47,680 | Buy | 18.2 | 15.4 | 13.2 | 11.0 | 8.7 | 6.9 | 2.5 | 2.2 | 1.8 | 11.4 | 9.2 |
| Hewlett-Packard | 26.11 | $51,880 | Sell | 5.4 | 5.8 | 6.1 | 3.5 | 4.2 | 3.9 | 0.5 | 0.6 | 0.5 | 9.8 | 7.6 |
| IBM | 190.53 | $227,546 | Buy | 16.3 | 14.3 | 12.9 | 12.0 | 10.0 | 8.8 | 2.8 | 2.4 | 2.2 | 16.3 | 12.7 |
| Lexmark International | 29.98 | $2,376 | Hold | 6.1 | 6.5 | 7.1 | 2.5 | 2.1 | 1.7 | 0.4 | 0.3 | 0.3 | 5.7 | 3.4 |
| NetApp, Inc. | 39.23 | $14,453 | Buy | 18.6 | 16.6 | 14.7 | 13.4 | 9.5 | 7.9 | 2.6 | 1.7 | 1.4 | 9.6 | 7.7 |
| Pitney Bowes | 20.26 | $4,095 | Hold | 9.1 | 9.2 | 9.7 | 7.0 | 6.9 | 6.6 | 1.5 | 1.4 | 1.4 | 12.1 | 10.0 |
| SMART Technologies | 3.80 | $168 | Buy | 5.7 | 6.4 | 4.7 | 2.6 | 3.3 | 2.8 | 0.6 | 0.6 | 0.6 | 5.5 | 3.2 |
| Xerox | 7.73 | $10,849 | Hold | 8.2 | 7.1 | 6.4 | 5.7 | 5.4 | 4.9 | 0.8 | 0.8 | 0.8 | 12.5 | 8.4 |
| **Average IT HW** | | | | **12.2** | **10.3** | **9.4** | **7.7** | **6.1** | **5.2** | **1.5** | **1.2** | **1.0** | **9.7** | **7.2** |

* EV and P/FCF calculations use current market value and share count.

## Operating Metrics

| Company (Fiscal Yr) | Gross Margin CY10A | Gross Margin CY11E | Gross Margin CY12E | Operating Margin CY10A | Operating Margin CY11E | Operating Margin CY12E | ROA CY10A | ROA CY11E | ROA CY12E | ROE CY10A | ROE CY11E | ROE CY12E | Rev/PPE CY11E | Net Debt/Market Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple (Sept) | 38.8% | 40.6% | 39.8% | 28.2% | 31.5% | 31.0% | 24.8% | 31.1% | 28.0% | 30.4% | 34.5% | 29.0% | 16.4 | -24% |
| Dell (Jan)** | 19.1% | 22.7% | 22.7% | 6.7% | 8.0% | 8.0% | 10.7% | 11.7% | 11.2% | 40.0% | 38.7% | 30.4% | 45.8 | -33% |
| Eastman Kodak (Dec) | 27.3% | 19.0% | 22.6% | 4.7% | -5.2% | -1.8% | 5.4% | -6.1% | -2.2% | NMF | NMF | NMF | 9.8 | 4% |
| EMC (Dec) | 59.0% | 50.8% | 61.5% | 16.3% | 18.3% | 19.2% | 9.0% | 10.7% | 11.4% | 11.8% | 13.3% | 14.1% | 8.2 | -16% |
| HPQ (Oct) | 24.2% | 23.5% | 23.0% | 11.7% | 10.0% | 9.4% | 12.4% | 10.1% | 9.0% | 27.2% | 22.6% | 17.9% | 10.7 | 39% |
| IBM (Dec) | 46.1% | 46.9% | 47.0% | 18.3% | 19.2% | 19.6% | 16.1% | 17.8% | 17.8% | 64.8% | 65.0% | 55.8% | 8.4 | 14% |
| Lexmark (Dec) | 37.1% | 38.5% | 37.4% | 12.4% | 12.0% | 11.0% | 14.0% | 12.4% | 10.5% | 28.3% | 20.6% | 16.0% | 4.8 | -40% |
| NetApp (Dec) | 64.7% | 62.8% | 62.5% | 16.1% | 13.7% | 14.0% | 10.1% | 9.1% | 9.2% | 18.7% | 14.8% | 14.5% | 5.8 | -34% |
| Pitney Bowes (Dec) | 50.6% | 50.3% | 50.2% | 15.3% | 15.1% | 14.9% | 9.8% | 9.7% | 9.4% | NMF | NMF | NMF | 14.8 | 87% |
| SMART Technologies* | 50.5% | 48.7% | 48.6% | 19.2% | 14.4% | 15.9% | 27.1% | 19.2% | 20.5% | NMF | NMF | NMF | 6.9 | 0% |
| Xerox (Dec) | 34.4% | 33.5% | 33.5% | 9.6% | 10.3% | 10.3% | 6.8% | 7.7% | 7.9% | 10.3% | 11.7% | 12.1% | 12.2 | 72% |
| **Average IT HW** | **41.1%** | **40.7%** | **40.8%** | **14.4%** | **13.4%** | **13.8%** | **13.3%** | **12.1%** | **12.1%** | **29.0%** | **27.6%** | **23.7%** | **13.1** | **6%** |

Priced as of 10/14/11.
Source: Deutsche Bank estimates and company data.

# iPhone 4S is a barnburner

We conducted a series of checks over the weekend to gauge initial iPhone 4S demand at approximately 150 stores: 55 Apple retail stores and ~90 authorized carriers in the US and UK. iPhone demand remained very robust through the weekend and calls to outlets across the US and UK showed long lines, strong demand and frequent stock-outs. By Friday evening, only Apple retail stores had supply available (ATT, Verizon, Sprint were stocked out). By Saturday, even Apple retail stores had difficulty keeping up with demand with ~10% stocked out and even though carriers were restocked they were sold out once more by the end of the day. Not surprisingly, Apple retail stores were better equipped to handle the robust demand (vs. other carriers / partners) with significantly more supply. As highlighted below, demand outstripped supply at most authorized carrier outlets, and Sprint stores reported 80% stock outs towards mid day Friday, while AT&T and Verizon showed better supply conditions with stock out rates of ~30% and 20%, respectively. In addition, our checks pointed to a slight preference for the 16GB white iPhone 4S which tended to sellout faster than the black model at some stores. In addition, current on-line purchases face elongated wait times on Apple.com (1-2 weeks) and carrier websites (3-4 weeks). We believe initial weekend volumes are tracking well ahead of the 1.7M iPhone 4 units on its launch weekend; perhaps as many as 3M+ units. While the strong start is encouraging, we believe the long-term opportunity for growth of the iPhone is even more significant and we believe our model may prove conservative- DB at 26M in December Q, 82M iPhones in CY11 and 110M in CY12. We continue to believe Apple's IOS platform remains the gold standard attracting new developers and users alike, which is translating into sustainable differentiation, stickiness and profitability. Reiterate Buy and $530 PT.



Figure 3: Retail store stock out rates

Source: Deutsche Bank and company data

### Initial iPhone 4S demand appears very strong

We conducted a series of checks over Friday and Saturday to gauge the initial demand for the iPhone 4S. Channel checks were carried out at 55 Apple retail stores (50+ in the US and 5 in UK) and at ~90 authorized carriers worldwide (25 AT&T, 18 Sprint, 10 Verizon, 10 Best Buy stores and 10 Target stores in the US, 10 Car-Phone warehouse stores, 5 O2 stores and 5 Orange stores in the UK). The iPhone release generated significant demand and foot traffic

in Apple retail stores and authorized carriers in the US, UK, Australia, France, Germany and Japan. In addition, many Apple stores we contacted did not answer the phone and we frequently received the operator message 'The store is experiencing high call volume' suggesting heavy foot traffic at most stores. Further, our checks at Apple stores pointed to long lines, and Apple's White Plains, NY retail store reported a line of ~2 hours around mid day on Saturday which suggests strong demand continued in to day 2 of the launch. Comments such as 'The 4S has been selling super fast! The store is quite busy, my best estimate is that you're looking at an hour's wait' and 'The Store is nuts today, crazier than previous launches even, the new phone is definitely a hit' were cited frequently.

**US Apple retail** – Apple stores seemed to have significantly better supply than carrier outlets, with all of the stores we contacted on Friday reporting zero stock outs of the iPhone 4S. However, by mid day Saturday, iPhones on the Sprint network were nearing stock outs, particularly for the 16GB version. In addition, comments such as "We're pretty well stocked, we've been busy and we've been selling quite a few phones but we have plenty of numbers in store" and "We have all models in store" suggested adequate inventory levels at Apple's retail stores.

**AT&T, Verizon and Sprint stores** – Sprint stores reported 80% stock outs towards mid day Friday, while AT&T and Verizon showed better supply conditions with stock out rates of ~30% and 20%, respectively. However, by mid day Saturday nearly all carrier outlets we contacted were completely stocked out and we were frequently encouraged to pay a nominal upfront fee to pre-order the iPhone.

**Best Buy stores in the US** – All Best Buy stores we contacted had depleted their iPhone 4S inventory by Friday morning/ mid-day and comments such as "We were sold out within a couple of hours, all were pre-ordered" and "The next few shipments are only for pre-orders" cited frequently. Many representatives were unable to confirm the next shipment details and encouraged customers to pre-order the iPhone 4S for immediate pick-up when new stocks become available and frequently commented 'We are not sure about new shipment dates'. Initial checks suggest the 16GB white iPhone 4S was the most popular/ preferred product as many Apple retail stores in the U.S. stocked out of that model first.

**UK Apple retail** - Our checks suggest UK Apple stores also experienced significant demand for the new iPhone. Many Apple stores did not answer the phone suggesting heavy foot traffic and the ones that did, reported 100% stock outs by Friday afternoon. Further, our checks revealed O2, Orange and Carphone Warehouse experienced stock outs by Friday mid-day as well, and one of the representatives commented "We are completely sold out, we are expecting the next shipment in a few days".

**Online**: Apple online stores in the US, UK, Australia and France reported a 1-2-week lead-time for the iPhone 4S, while AT&T and Verizon reported wait times of 3-4 weeks and ~2 weeks, respectively. Sprint's online store was sold out of the 16GB and 32GB models on Saturday, and reported a lead time of 3-8 days for the 64GB model.



Figure 4: Average iPhone 4S online lead times

Source: Company websites

In aggregate, this round of checks suggests initial customer interest and demand for the new iPhone is higher than we would have expected.

### Apple's platform is a key competitive differentiator

As discussed in prior research, we view Apple's large and rapidly growing iOS installed base and iTunes/ App store as the competitive moat which competing handset vendors cannot replicate. As highlighted below, there are ~500K apps available on the iTunes App Store which is growing at a rate of ~5% M/M. In addition, cumulative App downloads exceeded 18B in September 2011 (vs. 15B in July 2011, 10B downloads in January 2011 and 7B in October 2010). By comparison there are approximately 243K Android Apps (although this platform is forking for various implementations) and 42K Blackberry Apps. We continue to view the App Store and Touch UI as primary sources of long-term competitive advantage for Apple. In addition, we believe attention surrounding the iPad is generating greater developer investment and content creation/ support for Apple's platform. We expect these trends along with healthy uptake of the iPad to further propagate the virtuous circle of a large, growing user base attracting additional App developers/ Content providers – thereby making the platform even more attractive for both users and developers.



Figure 5: Cumulative apps and growth (M/M)

Source: Deutsche Bank and Apple data



Figure 6: Cumulative apps and downloads

Source: Deutsche Bank and Apple data



Figure 7: Apps by category

Source: Deutsche Bank and Apple data



Figure 8: Apps by price

Source: Deutsche Bank and Apple data

Case 5:11-cv-01846-LHK   Document 2065-22   Filed 10/20/12   Page 8 of 13



Figure 9: Smartphone OS share 2Q11

Source: Gartner



Figure 10: Smartphone OS share trend

Source: Gartner

### Sector valuation and risks

We value the hardware sector based on a combination of historical relative earnings multiples, price to cash flow and discounted cash flow. We select what we deem to be an appropriate multiple on our forward earnings estimates based on our assessment of relative growth rates, profitability, competitive position and macroeconomic outlook. General risks include general economic weakness affecting consumer electronics/IT demand, unexpected changes in component pricing, and accelerated price competition in PCs/other hardware.

# News

## Company news

- Apple announced it has received 1M+ pre-orders for the recently introduced iPhone 4S on its pre-order launch date.

- The Wall Street Journal reported HP is currently reevaluating its previously proposed plan to spin off its PC business as recent analyses indicate that the costs associated with such a spinoff may outweigh the benefits.

- IBM announced plans to acquire Platform Computing, a privately-held provider of cluster and grid management software solutions based in Toronto, Canada. Based on the terms of the acquisition, IBM plans to integrate Platform Computing within its System and Technology Group. The acquisition is expected to close in 4Q11, subject to closing conditions. Financial terms of the acquisition were not disclosed.

## PC and Consumer Electronics

- According to IDC preliminary data, worldwide PC unit shipments increased 3.6% Y/Y in 3Q11. HP continues to lead the market with an 18.1% share, followed by, Lenovo and Dell with 13.7% and 12.0% share, respectively.

- The Wall Street Journal reported an Australian court has upheld a temporary injunction preventing Samsung from selling its Galaxy Tab 10.1 in Australia.

- Separately, Reuters reported a Dutch court has rejected Samsung's request for an injunction on all Apple's mobile products that use 3G technology in the Netherlands.

- Cisco announced it has entered in to a strategic partnership with Citrix Systems to develop solutions for large scale desktop virtualization deployments. In addition, the companies will continue to build upon their data center solutions and cloud technologies to accelerate the deployment of cloud services. Financial terms of the agreement were not disclosed.

- Western Digital announced that hard drive production at one of its facilities close to Bangkok is expected to be constrained this quarter due to the severe floods in Thailand. The company has stated that the impact of the floods on its operations in Thailand cannot yet be fully determined.

## Imaging

- According to IRI film data for September, total film revenue fell 26.9% Y/Y. Conventional and Disposables film revenue both declined 34.0% and 24.5% Y/Y, respectively. Total film units declined 31.1% Y/Y, with Conventional and Disposables film units falling 27.5% and 33.2% Y/Y, respectively.

## Services

- IBM announced it has signed a 5-year extension to a previous IT services agreement with Westpac, New Zealand, a financial services company. Based on the terms of the renewed agreement, IBM will provide a range of IT services to maintain Westpac's IT infrastructure through 2017. Financial terms of the agreement were not disclosed.

The authors of this report wish to acknowledge the contribution made by Sachith Jayakody and Qadhir Sheriff, employees of Amba Research Lanka (Private) Limited, a third-party provider to Deutsche Bank of offshore research support services.

# Forecasts and charts

**Figure 11: New PC Growth Forecasts**

Source: Deutsche Bank, IDC



**Figure 12: Stock price performance of indices versus IT Hardware (Jan. 5, 2001 as base), market weighted**

Source: Deutsche Bank, FactSet

Case 5:11-cv-01846-LHK Document 2065-22 Filed 10/20/12 Page 11 of 13
Case 5:11-cv-01846-LHK   Document 2065-22   Filed 10/20/12   Page 11 of 13



Deutsche Bank

# Appendix 1

## Important Disclosures

Additional information available upon request

For disclosures pertaining to recommendations or estimates made on a security mentioned in this report, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/DisclosureDirectory.eqsr.

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst about the subject issuers and the securities of those issuers. In addition, the undersigned lead analyst has not and will not receive any compensation for providing a specific recommendation or view in this report. Chris Whitmore

| Equity rating key | Equity rating dispersion and banking relationships |
|---|---|
| **Buy:** Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus projected dividend yield ) , we recommend that investors buy the stock.<br>**Sell:** Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock<br>**Hold:** We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.<br>**Notes:**<br>1. Newly issued research recommendations and target prices always supersede previously published research.<br>2. Ratings definitions prior to 27 January, 2007 were:<br>　Buy:  Expected total return (including dividends) of 10% or more over a 12-month period<br>　Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period<br>　Sell: Expected total return (including dividends) of -10% or worse over a 12-month period | <br>North American Universe |

# Regulatory Disclosures

## 1. Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

## 2. Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.

## 3. Country-Specific Disclosures

**Australia and New Zealand:** This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

**Brazil:** The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank. The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank.

**EU countries:** Disclosures relating to our obligations under MiFiD can be found at http://www.globalmarkets.db.com/riskdisclosures.

**Japan:** Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless "Japan" is specifically designated in the name of the entity.

**Russia:** This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

Deutsche Bank 

**Deutsche Bank Securities Inc.**

## North American locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
Tel: (212) 250 2500

**Deutsche Bank Securities Inc.**
One International Place
12th Floor
Boston, MA 02110
United States of America
Tel: (1) 617 217 6100

**Deutsche Bank Securities Inc.**
222 South Riverside Plaza
30th Floor
Chicago, IL 60606
Tel: (312) 537-3758

**Deutsche Bank Securities Inc.**
1735 Market Street
24th Floor
Philadelphia, PA 19103
Tel: (215) 854 1546

**Deutsche Bank Securities Inc.**
101 California Street
46th Floor
San Francisco, CA 94111
Tel: (415) 617 2800

**Deutsche Bank Securities Inc.**
700 Louisiana Street
Houston, TX 77002
Tel: (832) 239-4600

## International locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank AG**
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West, Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner inconsistent with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is inconsistent with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

As a result of Deutsche Bank's March 2010 acquisition of BHF-Bank AG, a security may be covered by more than one analyst within the Deutsche Bank group. Each of these analysts may use differing methodologies to value the security; as a result, the recommendations may differ and the price targets and estimates of each may vary widely.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorized by the BaFin. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorized by the BaFin. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch, and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2011 Deutsche Bank AG