# EXHIBIT 49

## Examiner.com

**IPHONE 4S**  |  April 3, 2012

# iPhone 4S outselling all Android phones combined at Sprint and AT&T: analyst



**Michael Santo**
Tech Buzz Examiner


(http://cdn2-b.examiner.com/sites/default/files/styles/large_lightbox/hash/f4/b9/1333463264_iPhone4S-4.jpg)
iPhone 4S
**Credits:** Wikimedia Commons

(http://www.examiner.com/technology-in-national/iphone-4s-sales-vs-other-devices-picture)
**Slideshow:** iPhone 4S sales vs. other devices
(http://www.examiner.com/technology-in-national/iphone-4s-sales-vs-other-devices-picture)

**Related topics:**

iphone 4s
(http://www.examiner.com/tag/iphone-4s)

It shouldn't be a surprise but folks are acting as though it is. A report by Canaccord Genuity analyst Mike Walkley indicates (http://allthingsd.com/20120402/iphone-outselling-all-other-smartphones-combined-at-sprint-and-att/) that the iPhone is the top-selling smartphone on all three of the Big Four U.S. carriers that carry it.

Follow me on Twitter (http://twitter.com/my_iria) and on Facebook (http://www.facebook.com/pages/Tech-Ex/193052997383385?v=wall) and on Google+ (https://plus.google.com/b/118370814428888894930/)

Despite the popularity of Android, which has surged atop the rankings for top smartphone platform globally and in the U.S., this shouldn't be a shock. Android's market share is based on multiple devices with multiple form factors; it doesn't produce single incredible mega-hits like the iPhone.

What might be surprising, however, is that according to Walkley, who released a research note on Monday, the iPhone is outselling all Android phones on Sprint and AT&T, combined.

Of course, it's Verizon that's the face of Android in the U.S., with more Android phones than any other carrier. While the iPhone 4S is still the top-selling smartphone on Verizon's network, phones like the Galaxy Nexus, Droid RAZR, and Droid RAZR MAXX, are selling quite well well. Even given that, Walkley believes that sales are roughly the same between Android phones and the iPhone 4S at Verizon.

If true, you would expect a change in market share leader in the next set of reports from places like NPD and comScore.

Iphone (http://www.examiner.com/tag/iphone)

Apple (http://www.examiner.com/tag/apple)

Samsung (http://www.examiner.com/tag/samsung)

Verizon (http://www.examiner.com/tag/verizon)

AT&T (http://www.examiner.com/tag/atandt)

Meanwhile, though, the chart provided by Walkley provides some other interesting information. Every carrier, including T-Mobile, which does not carry the iPhone, had at lest one Samsung phone in its top three each month, from Dec. 2011 to March 2012.  In March, T-Mobile had two Samsung devices in its top three.

It's just confirmation of what we already knew: Samsung and Apple are atop the battle for global market share, and if anyone needs a reason to understand why Apple is going after Samsung so strongly in terms of Android phones and patents, despite their strong partnership on iDevices, this is the one.

Canaccord Genuity's table is in the sidebar under slideshow.



**Michael Santo,** Tech Buzz Examiner

Michael Santo is a tech guru living in the San Francisco Bay Area. He has been involved in technology for over 20 years, including mobile, computer, and Internet. He once wrote the recomputation engine for a commercial spreadsheet and has been a freelance writer for several years, seeing his...