# EXHIBIT 52



How to wait in an iPhone 5 line - CNN.com



Conan's waiting for the iPhone 5

Photos: Unveiling the iPhone 5

called TaskRabbit, according to his Twitter feed.

Massive demand awaits Friday's iPhone 5 sale

TaskRabbit nabbed the first-in-line spot to try to promote its online service that allows people to pay someone else to do a menial task for them. In this case, according to CNET, you can find people online who for about $40 to $150 will stand in line to purchase the iPhone 5 on your behalf.

That sort of idea isn't all that new, and line-standers also are offering their services on craigslist. "If you are looking to buy the iPhone 5 when it is released, but not looking to stand in the line. I'll do it for you!" wrote one person in Los Angeles. "I'll get in line at 6 a.m. for 40 bucks. Camp overnight for 70," wrote another stander, this one from the San Francisco Bay Area.

Other people are posting craigslist ads asking others to stand in line for them. One such ad, in Los Angeles, says the patron will offer the stander "a reasonable amount" ... "and on top of that, I'll even buy you breakfast."

CNN iReport: Lining up for an iPhone 5?

For those who don't want to spend even more than the hefty price tag for the iPhone, but do want to pick up a phone on Friday, perhaps the line is the way to go.

Unless you hopped online within the first hour or so last Friday, pre-ordered iPhones aren't expected to arrive for weeks.

But plan to get up early on Friday morning.

While opening-day iPhone lines vary by location -- what passes as early enough at a Radio Shack in Nevada may not work for an Apple store in New York -- analysts generally say advance consumer demand for the iPhone 5 is outpacing previous models. Early reviews of the phone have been positive.

Apple recently announced it had received 2 million pre-orders for the new phone, which is taller, faster, lighter and slimmer than the previous model, the iPhone 4S. That's about double what the company experienced for the previous iPhone, Apple said.

That could foreshadow long lines. Or it could mean more consumers are skipping the line-waiting game and, instead, have chosen to order the phone online.

iPhone 5 pre-order shipping dates pushed back

The line waits are part exercise in extreme consumerism, part homage to Apple.

Last year some of the line-standers made pilgrimages to Apple stores in part out of a sense of tribute to Apple co-founder Steve Jobs, who died a week before the phone went on sale. Fans set up mini-memorials in his honor at some Apple stores.

To get a sense of what the most dedicated Apple fans are willing to go through, check out this chart from The Atlantic, which shows the longest Apple gadget waits.

ADVERTISEMENT

Part of complete coverage on
### CNN Recommends

**Brown: Millions face Malala's battle**
updated 11:41 AM EDT, Mon October 15, 2012


The story of Malala's fight to attend school has exposed our failure to deliver on universal education, writes former British PM Gordon Brown.

**What Soviets left after Cuban crisis**
updated 12:30 PM EDT, Mon October 15, 2012


Fifty years ago, Omar Lopez knew a secret many would have killed to learn: Soviet troops were building military installations in Cuba.

**The uses and limits of Iran sanctions**
updated 10:35 AM EDT, Mon October 15, 2012


David Frum says Iran sanctions are cutting deeply into the nation's economy, as oil production fell off sharply and the currency lost value.

**Use of child soldiers rises in Colombia**


A study says that armed groups, paramilitaries and drug cartels, have increased the number of minors in their ranks in a dramatic way.

**Quest to connect with voters**
updated 2:18 PM EDT, Mon October 15, 2012


CNN's Richard Quest says there are few better ways of discovering the faces of 'real America' than traveling the country by rail.

**Beckham: A 'silent emergency'**
updated 10:45 AM EDT, Mon October 15, 2012


Some 170 million children have stunted growth because they lack proper nutrition. UNICEF ambassador David Beckham appeals for action.

**Free-falling from the edge of space**
updated 1:47 AM EDT, Mon October 15, 2012


Skydiver Felix Baumgartner makes history by jumping from 128-thousand feet above the Earth.

iReport: Camping out at Little Rock Apple store

If you're just in the market for purchasing the new iPhone, not the in-line circus, there are several other stores that plan to carry the iPhone 5 on Friday.

They include AT&T, Sprint and Verizon stores, as well as select Best Buy, RadioShack, Target and Walmart locations. Check with stores in your area for details.

Still want to brave the Apple store? Doors open at 8 a.m. local time Friday in the U.S., Australia, Canada, France, Germany, Hong Kong, Japan, Singapore and the UK. The iPhone 5 will roll out to 22 more countries on September 28.

Apple's secrets aren't so secret anymore, and that's O.K.

**891 Comments »**   👍 2.9k   570 Tweet   16 Share   14 +1   🖨 Print   ✉ Email   More sharing

### We recommend

- What's behind Mitt's meltdown
- The facts about emotional eating
- iPhone 5: The wait is over
- 5 big changes in iOS 6
- Girls beat up Iran cleric over dress code
- Massive demand awaits Friday's iPhone 5 sale

### From around the web

- **Billionaires Dumping Stocks, Economist Knows Why** Moneynews
- **Breaking Bad (Habits): The top 7 guilty pleasures you need to quit.** Lifescript.com
- **How Liberal are you? This short quiz will tell you** Mashable
- **Navy SEALs' Weapons: What the Pros Use** Discovery
- **14 Celebrities Who Married a Non-Celebrity (Is This the Key to a Lasting Hollywood Relationship?)** Styleblazer
- **Kate Middleton's Bottomless Photos Are Just the Beginning** CafeMom

[what's this]

### Sponsored links

**Smoker? Former Smoker?** Get Screened For Lung Cancer. Visit UCSF Medical Center Today and Save! ucsfhealth.org/LungCancerScreening

**Solar Panels (Pay No $)** Solar for $0 Down + Save Thousands! Free No Obligation Quote, Call Now. VerengoSolar.com/Free_Quote

Real-time updating is **enabled**.

Comments for this page are closed.

Showing 40 of 891 comments    Sort by best rating

 **fozzfox37**

1) walk up to the line
2) do not stop
3) point and laugh
4) continue with your day

3 weeks ago   294 Likes                          Like

---

### In Baghdad, little faith in U.S. election
updated 6:52 AM EDT, Fri October 12, 2012

 U.S. troops left last year, but it's far from peace time in Baghdad. And the Republican party remains the party of despised George W. Bush.

### Cell phones aid malaria study
updated 10:16 AM EDT, Sat October 13, 2012

 A pioneering study into malaria transmission in Kenya gives scientists new clues into how the deadly disease spreads.

### To my 15-year-old self

 To celebrate International Day of the Girl CNN spoke to some of the world's most remarkable women and asked: "What do you wish you'd known at 15?"

More

### [TECH: NEWSPULSE]
Most popular Tech stories right now

'Gangnam Style' should go away

The 25 funniest tweets about the VP debate

'SNL' mocks iPhone 5 gripes

Report: Conservatives text less than liberals

12-year-old creates app for Apple

Explore the news with NewsPulse »

### More from CNN Tech:

 **Facebook agrees to pay $10 to each 'Sponsored Stories' victim**

 **Google search for 'completely wrong' yields page of Romney photos**

 **Consumer Reports: 'Purple haze' pics not unique to iPhone 5**

 **'SNL' mocks iPhone 5 gripes**

### From Around the Web
What's this?