# EXHIBIT 56

iPhone 4S Release: 13 Things You Need To Know About The New Gadget (PHOTOS)



October 15, 2012

HUFF POST TECH

# iPhone 4S Release: 13 Things You Need To Know About The New Gadget (PHOTOS)

**The Huffington Post** | Ramona Emerson
First Posted: 10/14/11 11:14 AM ET ¦Updated: 12/14/11 05:12 AM ET



On October 14, Apple's new iPhone, the 4S, went on sale at Apple stores around the world

Preorders have been rolling in since October 7, but on October 13, two of the three carriers were reportedly sold out of their stock. This shortage isn't a huge shock, considering that the 4S sold over 1 million units in its first 24 hours of presale, almost doubling the previous record of 600,000 held by the iPhone 4. Some analysts predict that Apple will sell 4 million handsets during the phone's first weekend in stores.

One person who will definitely be getting one is Apple co-founder Steve Wozniak who tweeted on Thursday afternoon that he was already in line at the Los Gatos, California Apple store.

Since the launch on October 4, the phone has been the cause of an emotional roller-coaster for Apple fans. Initially, it was met with disappointment for not being a totally redesigned iPhone 5, but reviewers reminded users that it's what's on the inside that counts. Gadget heads across the tech world had fallen hopelessly in love with Siri, the totally futuristic voice-controlled virtual assistant that inhabits the 4S.

But Siri isn't the only siri-ous upgrade. All Thing's D's Walt Mossberg called the improved camera "brilliant." Wired's, Brian X. Chen, was impressed by the speed, saying, "Everything from typing to sending a text, and from powering on the phone to taking a photo is zippier." And MG Siegler from TechCrunch added, "the iPhone 4S blows away the iPhone 4 when it comes to speed." The New York Times' David Pogue liked the fact that the phone is, for the first time, offered on three carriers, and is easy to use internationally.

Check out our slideshow (below) for 13 things you need to know about the new iPhone. Then, check out photos from crazy lines at Apple stores around the world.



http://www.huffingtonpost.com/2011/10/14/iphone-4s-release-features-apple-iphone-4s_n_1010616.html?view=print&comm_ref=false[10/15/2012 3:53:52 PM]

iPhone 4S Release: 13 Things You Need To Know About The New Gadget (PHOTOS)

Related Video...