# EXHIBIT 57



November 17, 2011, 2:51 PM

# Would-Be iPhone Customers Still Facing Weeks-Long Waits

By Greg Bensinger

More than a month after the Apple iPhone 4S went on sale, the three largest U.S. wireless carriers are still struggling to keep up with customer demand for it.

Verizon Wireless customers may have to wait more than three weeks for the device, according to the carrier's website. That compares with as much as 21 days at AT&T and up to 14 days at Sprint Nextel. While some tech blogs have suggested Apple's manufacturing isn't keeping pace, the carriers point to unexpectedly strong demand for the handset.



Tony Avelar/Bloomberg

An advertisement for the Apple Inc. iPhone 4S is displayed at a Sprint Nextel Corp. store in Palo Alto, Calif.

"We are having some supply issues in the sense that demand's huge," AT&T's president of emerging devices, Glenn Lurie, said Wednesday. "We have had just record-breaking sales on it."

The carriers are relying on the device to goose contract subscriber growth this quarter. Verizon Wireless and AT&T both reported slowdowns in iPhone activations in the most recent quarter, saying the more modest results were due to customers delaying action in anticipation of the latest model's release.

U.S. retail sales rose 0.5% in October, beating expectations, and many economists said the fifth consecutive monthly increase for the indicator was due in part to the Oct. 14 introduction of the iPhone 4S model. The introduction helped spur a 3.7% increase in electronics sales. Apple may sell as many as 27 million iPhones globally in its fiscal first quarter, estimates Morgan Keegan analyst Tavis McCourt.

For Sprint, the device gives it an opportunity to boost contract subscriber rolls for the just the second three-month period since 2007. The Overland Park, Kan.-based carrier



**Don't Miss**  Powered by Taboola




**Boehret: What to Expect From Apple's New iOS 6**
03:18


**Video -**
06:57


**What People in San Francisco Think of the iPhone 5**
01:26

**About Digits** 

Digits delivers breaking news and insights about the technology landscape, including Q&As with newsmakers, product news and strategic moves. Send news items, comments and questions to digits@wsj.com.



has shed 259,000 postpaid users this year, compared with gains of 712,000 at AT&T and 3 million for Verizon Wireless.

Jennifer Fritzsche, a Wells Fargo analyst, estimates Sprint could add 303,000 postpaid customers in the fourth quarter, largely on the strength of the iPhone.

A spokeswoman for Verizon Wireless, Brenda Raney, said the carrier is working with Apple to increase its inventory of iPhone 4S models. "Not only was the iPhone 4S popular when it was introduced, but the popularity continues to build," she said. "We don't want to keep our customers waiting for their purchases."

"IPhone 4S is off to a great start with more than 4 million sold in its first weekend–the most ever for a phone and more than double the iPhone 4 launch during its first three days," said Natalie Harrison, an Apple spokeswoman. She didn't provide additional comment.

Mark Siegel, an AT&T spokesman, said the carrier is able to get the device out to customers within 10 days in many cases. A representative for Sprint had no immediate comment.

The carriers disclose sales results only as part of their quarterly earnings reports.

Apple Chief Executive Tim Cook said last month he expects to set a record for iPhone sales in the current quarter. "We are working hard to get iPhone 4S in customers' hands as quickly as possible," Cook told analysts.

Wireless customers in the southeastern U.S. have another option if they want the device sooner, regional carrier C Spire Wireless. The company, with about 1 million customers, has no reported shipping delays for the 4S.

Apple, AT&T, iPhone, Sprint Nextel, Verizon

« Previous
Google Music Isn't an iTunes Killer, and It's Not Supposed to Be

Next »
Digits Live Show: Angie's List Pops in IPO; Amazon KindlePhone?

DIGITS HOME PAGE »

SPONSORED LINKS

**Pulse Oximeters $22.95**
FDA approved pulse oximeters from $22.95
PulseOximeter.org

**Mortgage Rates Hit 2.50%**
Fed Drops Rates to 2.50%. Calculate New Rate Now at 2.90% APR!
www.SeeRefinanceRates.com

**54-Year-Old Mom Looks 27**
Follow this 1 weird tip and remove 20 years of wrinkles in 20 days.
theSmartConsumerLiving.com

**Two Stocks to Buy Now**
Get David & Tom Gardner's 2 top-rated stocks free!
http://www.fool.com

**You Might Like**

- Sizing Up Tim Cook's Map App Alternatives
- 'Virtual Teardown' of iPhone 5 Points to Novel Apple Choices
- What Nokia Didn't Tell Us
- What Might be Behind Netflix's Soaring Stock Today
- Sizing Up The Competition for Apple's Smaller iPad

**From Around the Web**
Content from Sponsors  What's this?

- Billionaires Dumping Stocks, Economist Knows Why (Moneynews)
- If You Have Gmail... You Must Have This (Inc.com)
- Drop the Cell Phone Contract? (Daily Finance)
- 13 Ugliest Cell Phones Over The Past Decade (TheStreet)
- Why Richard Branson Gave $400,000 to an 18-Year-Old (OPEN Forum)



Digits on Facebook

**Most Popular**

Read | Commented | All Blogs

1. How To (Sort Of) Get Google Maps Back On Your iPhone
2. Facebook Gets a Little Less "Free" for Members
3. Is Your License Plate Being Tracked?
4. The Economics of Surveillance
5. Apple CEO Apologizes for Maps App

**Technology Career News & Advice** 

- Winners and Losers in Tech
- Crowdfunding to Take Off
- Microsoft's Mobile Success Depends on YOU!
- How to Spin Your Career Story and Get the Job

| keyword | city, state, zip | FIND JOBS |

MORE JOBS AND CAREER NEWS

Finance Jobs | Accounting Jobs | Sales Jobs | Marketing Jobs

SPONSORED LINKS

**The Motley Fool®**
A Top Pick From Tom Gardner & More Top Analysts From The Motley Fool®!
www.fool.com

**How To Start A Blog**
learn how to start and run a profitable blog... easy video tutorials.
http://www.blogprofitnetwork.com

**The New "Skinny Pill"**
Stores Sold Out of New WeightLoss Wonder Pill "Miracle in a Bottle".
www.HealthDiscoveriesJournal.com

## Add a Comment

**Name**

We welcome thoughtful comments from readers. Please comply with our guidelines. Our blogs do not require the use of your real name.

**Comment**

[ CLEAR ]  [ POST ]

### Comments (5 of 38)                                   View all Comments »

12:28 am May 29, 2012

**Gottfried** wrote :

I think it's a game by Apple to create a demand on its new iphone ! Still, don't think that the device is really deserve to be in same levels as the ones launched recently by Samsung or HTC. http://www.carshq.org/

6:26 am March 12, 2012

**mmniscyw** wrote :

Though a sequel for "The Muppets" has been greenlit, a single star who was integral to bringing the franchise into the new millennium will not be a element of it, reports Collider. Jason Segel told the site he won't be signing up for another round with Kermit and Co. "It's true [that I won't be in the sequel]," mentioned Segel, "but it is totally amicable. My target was to bring the Muppets back and I did that, leaving them in quite good hands." Segel mentioned he desires "to pursue far more human-related projects," adding, "All I wanted to do was to set the stage for them to do whatever they wanted. I am certain I'll return in some capacity here and there, but that was half a decade of my life. 5 years of challenging work. I am prepared for somewhat puppet break."

4:23 am March 9, 2012

**jaoepsce** wrote :

Europe's top rated human rights watchdog has urged Germany to stop providing sexual offenders the alternative of surgical castration.
The Council of Europe's anti-torture committee stated inside a report issued Wednesday that the practice, which aims to assist convicted sex criminals rein in their sex drives and lower their risk of reoffending, could easily be regarded as "degrading remedy." According to Germany's 1969 Law on Voluntary Castration, an individual over the age of 25 might be subjected to surgical castration if he "displays an abnormal sex drive, which … gives purpose to suspect that he will commit 1 or far more criminal offenses." The controversial process is not mandatory plus a consensual offender can only have the operation after becoming informed of all the implications from the decision and following medical approval has been obtained, Germany stated in its response, adding that it would think about reviewing the issue. But Berlin also cited the treatment's effectiveness, saying that with the 104 people that underwent the procedure in the 1970s, only three men and women committed sexual crimes once again. Nearly half from the 53 others who refused or had been denied remedy eventually reoffended.
Voluntary castration is still quite rare in Germany, with fewer than five situations per year inside the last decade.
The only other nation within the 47-nation bloc in the Council of Europe that offers the procedure is the Czech Republic, which has also been the topic of criticism in recent years for allowing sex offenders to opt for castration, a procedure it uses far much more regularly than Germany.

12:04 pm February 23, 2012

**Larissa** wrote :

Hi Nancy Thanks for the qtisueon! To answer it, yes, the BlackBerry Bold 9000 on AT T does support OnMyWay. 😊 For a list of other devices that OnMyWay support, please follow this link: Best,Kenji

