1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
     50 California Street, 22nd Floor
3   San Francisco, California 94111
     Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kathleen M. Sullivan (Bar No. 242261)
     kathleensullivan@quinnemanuel.com
6   Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
7   Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
8   555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California  94065-2139
9   Telephone:      (650) 801-5000
     Facsimile:      (650) 801-5100
10

     Susan R. Estrich (Bar No. 124009)
11  susanestrich@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
12  michaelzeller@quinnemanuel.com
     865 S. Figueroa St., 10th Floor
13  Los Angeles, California 90017
     Telephone: (213) 443-3000
14  Facsimile: (213) 443-3100

15

     Attorneys for SAMSUNG ELECTRONICS
16  CO., LTD., SAMSUNG ELECTRONICS
     AMERICA, INC. and SAMSUNG
17  TELECOMMUNICATIONS AMERICA, LLC

18                          UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

21                 Plaintiff,                      **MANUAL FILING NOTIFICATION FOR**
                                                   **EXHIBITS TO THE DECLARATION OF**
22          vs.                                    **MICHAEL J. WAGNER IN SUPPORT OF**
                                                   **SAMSUNG'S OPPOSITION TO APPLE'S**
23  SAMSUNG ELECTRONICS CO., LTD., a               **MOTION FOR PERMANENT**
     Korean business entity; SAMSUNG               **INJUNCTION AND ENHANCED**
24  ELECTRONICS AMERICA, INC., a New               **DAMAGES**
     York corporation; SAMSUNG
25  TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
26
27                 Defendants.

28

02198.51855/4996856.5                                        Case No. 11-cv-01846-LHK
                                                          MANUAL FILING NOTIFICATION

1

**MANUAL FILING NOTIFICATION**

2 Regarding:      Exhibits 1, 4, 7, 19, 24, 25, 34, 46, 54, 55, 175, 183, 190, 193, 200, and 205 to the

3                  Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's

4                  Motion for Permanent Injunction and Damages Enhancement.

5

6          This filing is in paper or physical form only, and is being maintained in the case file in the

7 Clerk's office. The exhibits will be served on all parties.

8          For information on retrieving this filing directly from the court, please see the court's main

9 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10          This filing was not e-filed for the following reason(s):  Voluminous Document

11

12

13 DATED: October 19, 2012                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

14

15                                              By    */s/ Susan R. Estrich*

16                                                  Susan R. Estrich
                                                   Attorney for SAMSUNG ELECTRONICS
17                                                  CO., LTD., SAMSUNG ELECTRONICS
                                                   AMERICA, INC. and SAMSUNG
18                                                  TELECOMMUNICATIONS AMERICA, LLC

19

20

21

22

23

24

25

26

27

28

02198.51855/4996856.5

-1-                                    Case No. 11-cv-01846-LHK