# EXHIBIT 60

iPhone 5 Sales Come to 22 More Countries



# iPhone 5 Sales Around the World and Discounted iPhone 5 in the U.S.

The sixth-gen iPhone 5 sales are announced in 20+ countries worldwide since last Friday. Now this smartphone is available to citizens of 31 countries from all over the world. Such a release schedule is very aggressive, especially for Apple.

30-Sep-2012
by **aligorelova**

The first nine countries where the debut of the sixth-generation iDevice took place with the iPhone 5 pre-orders included the United States of America, Canada, France, Japan, Germany and others. Now this list along with the U.K., Singapore, Australia and Hong Kong is joined by a lot of European counties, such as Poland, Denmark, Italy, Luxembourg, etc.



There are a lot of videos on the web that show consumers queuing up to be the first ones to buy the new iPhone. No wonder, as this model of the popular Apple handset features a bigger screen, better processor, smaller connector port and others.

### More Countries in December

Closer to Christmas, the Cupertino-based company will start iPhone 5 sales in 70 more countries. Apple's gadget will be supported by 240 mobile operators, and according to predictions, it will be called the best selling product developed ever by California tech giant. Even though analysts expected iPhone 5 sales to reach amazing number of about 8 million devices sold during the debut weekend and Apple sold only 5 million units, this number is still a record set by the company.



iPhone 5 Sales Come to 22 More Countries

Some foreign carriers, for example Slovak Telekom and Orange Slovakia, aren't accepting iPhone 5 pre-orders because of the device's low supplies. They will only offer iPhone 5 sales during regular opening hours in their stores.

Some countries offer customers to buy an unlocked iPhone 5 starting at $1049. This is the price you can get an unlocked iPhone 5 on Apple New Zealand site.

### iPhone 5 with a Discount

By the way, last Friday was a big day for Americans since local customers can now purchase their iPhone 5 not only from AT&T and Verizon, but also from regional operators such as Appalachian, Cellcom, GCI, nTelos and others. Some of these carriers offer the iPhone 5 with a discount so consumers can get a brand new 16GB model for as low as *$149*, a 32GB device for *$249* and a 64GB unit for *$349* if they get it with a 2-year contract.

You can follow our iDevice news here.



Tags: iphone 5 sales

### Related Posts:

Try New iPhone 5 Wallpaper Which You Will Like
A Chance of iPhone 5 Unlock Using Reset in iTunes
How to Prevent iPad and iPhone Against Theft | Video
iPhone 4S Is a Winner Compared To The iPhone 5 Battery Life
Not A Simple Structure in Lightning Wire for iPhone 5

Comments

There are no comments posted yet. Be the first one!

## Post a new comment

Enter text right here!

Comment as a Guest, or login:

Name — Displayed next to your comments.
Email — Not displayed publicly.
Website (optional) — If you have a website, link to it here.

Subscribe to [None]

Submit Comment

## Lets Unlock iPhone

**Meet With New Redsn0w 0.9.15b1 Features After Download** - *Andy McGee*
This day has become and iPhone Dev team finally released new version of Redsn0w 0.9.15b1 and you can […]

**Upgrade iPhone 4 and 3GS to iOS 6 Preserving Baseband [How to]** - *Andy McGee*
It almost half and a month passed after new iOS had been released. But many iPhone users can't updat […]

**Find out iPad Mini Price After Its Release Date** - *Ali Gorelova*
The release of a smaller iPad version brings a lot of rumors. Experts are sure that it will be diffi […]

**iPad Mini Presentation: Apple's October 23 Event** - *Ali Gorelova*
The Cupertino-based tech giant seems to be planning a big surprise to its customers and fans of iOS […]

**Use Redsn0w 0.9.15b1 to Jailbreak iOS 6 Tethered With Cydia** - *Andy McGee*
iPhone Dev Team has released an update to Redsn0w which acquired the native support for the newest v […]



MacOrg Forum

iPhone 5 Sales Come to 22 More Countries

- Will gevey sim work on ios 6
- Get free iphone imei unlock code using letsunlockiphone giveaway
- Report your siri connection error
- Install sendrawpdu to send spoofing sms
- Unconfirmed wildcard ticket exploit for iphone

Powered by MacOrg

http://www.macorg.net/iphone-5-sales-world-discounted-iphone-5-u-s/[10/15/2012 4:08:40 PM]