# EXHIBIT 66

nielsen.com | contact us | careers

# nielsenwire

   

| consumer | featured insights | global | media + entertainment | online + mobile | reports + downloads | |

Search the archive...

Home » Online + Mobile

✉ Email  178   f Share  891   🐦 Tweet  250   +1  1

## iPhone vs. Android

June 4, 2010

*Don Kellogg, Senior Manager, Research and Insights/Telecom Practice, The Nielsen Company*

Whether it's checking email on the go, connecting with friends through social networks or using turn-by-turn navigation, the capabilities of smartphones are convincing more and more consumers to make the leap from a simple mobile phone to a more sophisticated device.  As of Q1 '10, Nielsen data shows that 23% of mobile consumers now have a smartphone, up from just 16% in Q2 '09.



Vying for their share of the smartphone market are two of the tech industry's fiercest competitors:  Apple, with its iconic iPhone, and Google, with its fast-growing Android operating system.

Between Q4 '09 and Q1 '10, Android and iPhone's share of the smartphone market grew by 2% each. At the same time, smartphone leader Blackberry lost 2% share to fall to 35% of all smartphones while Microsoft's Windows Mobile OS also lost 2% to fall to 19%.

f Like  Confirm   11K  11K

### Popular Threads

└ **In US, Smartphones Now Majority of New Cellphone Purchases**
12 comments · 3 days ago

└ **Play Before Work: Games Most Popular Mobile App Category in US**
4 comments · 16 hours ago

└ **Average U.S. Smartphone Data Usage Up 89% as Cost per MB Goes Down 46%**
10 comments · 4 days ago

└ **When Multicultural is the Culture**
1 comment · 1 week ago

└ **A Snapshot of Today's Chinese Car Buyers**
2 comments · 2 weeks ago

### Get the Nielsen Wire Newsletter   ✦

### Recently Shared

U.S. Smartphone Market: Who's the Most Wanted?
April 26, 2011 Things change quickly in the U.S. smartphone market. According to

Powered by ShareThis

### Monthly Archive

Select Month

### Top Ads



Although Android and iPhone users both skew male (Android users show a 54/46 gender split compared to iPhone's 55/45), there are some striking differences. Android users tend to be slightly younger than their iPhone peers- 55% of Android users are under the age of 34 — while just 47% of iPhone users fall within the same demographic. As is usually the case, age is also a prime determinant of income and education, with Android users slightly less wealthy and less educated.



Perhaps what sets iPhone and Android apart from the rest of the field of smartphones is operating system loyalty. 80% of iPhone users want their next device to run iPhone OS while 70% of Android users want another Android device. This is in stark comparison to other major smartphone players: only 47% of Blackberry users want another Blackberry while only 34% of Windows Mobile users want another Windows Mobile device.

Among Android and iPhone users who would like to switch operating systems, the rate at which Android users would like to try iPhone is twice as high as that of iPhone users who would try Android. Given that iPhone penetration is three times that of Android, more iPhone consumers are willing to try Android.



Finally, usage profiles for Android and iPhone are more like each other than the rest of the smartphone market. With a broader selection of titles available to them, predictably iPhone customers are more likely to have downloaded a game or played online, but Android users appear to be using their phones for a wide range of activities as well. Android users were more likely to engage in file-transfer activities like downloading ringtones, pictures, wallpaper and uploads.



For press inquiries or for more information on this article contact Nielsen

**Tags**: Android, Apple, Blackberry, Google, iPhone, mobile phones, smartphone

## Related Posts

▶ Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market

▶ The State of Mobile Apps
▶ U.S. Smartphone Market: Who's the Most Wanted?
▶ Apple Leads Smartphone Race, while Android Attracts Most Recent Customers
▶ Smartphones to Overtake Feature Phones in U.S. by 2011

  and 5 others liked this.     DISQUS ‑

Comments for this page are closed.

## Showing 20 of 60 comments

Sort by  Newest first    ✉ Subscribe by email  🔊 Subscribe by RSS

 **Kyler Holowaty**  2 months ago

as does google for their reasons, i personally like android more because of the fact that it is more customizable, i got my android 2 days ago, and i prefer it much more over my 3gs, simply for the fact that it is much more open source, and i can make my phone what i want my phone to be. not go up to people and say "hey look at my sweet phone" "yeah they are exactly the same", there are also anti virus programs for the android, its not like your phone is completely vulnurable, i believe even AVG has an android program for securing your android phone more, i am not saying the iphone is bad at all, but android will eventually surpass the iphone market, unless apple comes up with something extremely uniqe (like they did with the Ipad, which in my opinion is much better than any other tablet out there). I Own a 64gig ipod touch 4g now, i couldnt bear losing out on all of my well spent money used on apps in itunes. as for the features though, I much prefer android over the iphone.

[ Like ]

 **Yakri**  4 months ago

@JoeC

Actually, the statistics show that ANDROID is for girls.

Go Android!

[ Like ]

 **misscarla**  4 months ago

For the last months i have been using Samsung Galaxy Europa, android 2.1 and absolutely love it, however it is now time to upgrade and have chosen the iphone3gs (as i am refusing to pay for a phone when am also paying a contract). We shall see...

[ Like ]

 **JoeC**  5 months ago

now we have statistics to prove that the iPhone is for girls.

3 people liked this.   [ Like ]

 **Vikram Sridharan**  5 months ago

I believe that Android will easily surpass Iphone. This is from a Global perspective and not just an US one. Granted that Iphone has a great hardware and software interface and Iphone lovers will only keep screaming copy cats but the fact of the matter lies that Android give the flexibility of devices. People get the flexibility of deciding what they want in a phone and are willing to trade off price for features. My android device costed a

third of the iphone and I am quite happen with the features I have. A Ferrari may be an awesome car but you can't drive it on just any road and you certainly can't get it fixed anywhere.

The second point is on openness. I am still amazed that the Iphone comes with a standard 3.5mm audio jack, knowing Apple they will want to customized everything. Sorry but lots of people are happier being able to use a standard USB cable for charging that costs about a dollar and use their nails to change the SIM card and not having to use a specialized pin to pop the SIM out.

The last point is Footprint, Apple have focused so much on development markets ( read USA / Europe) that they are barely present in developing and emerging markets. BRIC is where the numbers lie and if you don't have a value for money offering then you are just going to miss out ...

7 people liked this.    Like

 **Sean Schroeder**  8 months ago

Also, while Apple is branding a phone, Google is marketing an OS.

1 person liked this.    Like

 **brothereleven**  5 months ago   in reply to Sean Schroeder

Apple is branding an experience. Android has left themselves extremely vulnerable to hackers and viruses....Apple secures it's OS for a reason...

4 people liked this.    Like

 **Andrew Brown**  8 months ago

anyone know where i can find a similar study for European usage only?

2 people liked this.    Like

 **TSAR3000**  9 months ago

thanks for this great info, indeed I did not know that the blackberry OS is so big in the market!! that shocked me.

3 people liked this.    Like

 **Dawesi**  2 months ago   in reply to TSAR3000

they've been #1 for quiet a while until recently - secure, reliable, quality and encrypted (what business loves)

Like

 **Captain**  9 months ago

Blog post

Not certain why any Apple hating robot Droid boy bothers to open their mouth (I'm actually picturing filthy Cheeto dust covered ergo keyboards, but that's for another rant).  It sounds like the blubbering owner of a 1968 Fiat; first comparing then complaining about the lack of a backseat and how often you need new tires in the 68 Corvette, the one he's never even sat in!!!

It's kinda like comparing Travis Barker & Neil Peart... Don't get me started!!!

First off, the Google design is an unflattering, poorly executed ripoff.  It's about as original as Windows 7's

Glossy transparent png buttons and Widgets, uhh "Gadgets" (courtesy 2002's OS X). The interface is a poor implementation of the ripped-off theme (rounded edge square icons, for crying out loud!), even the name "Droid" is a ripoff from 1970's Lucasfilm... Im still surprised there wasn't a lawsuit. I'm pretty sure Lucas owns all intellectual property surrounding "Jedi, Force, and Droid". Maybe the "Motorola Wookie" would have been too obvious?

The big manufacturers of cellular history had plenty of time (15-20 years) to develop kick ass phones but they squat idle on lame soap-bars and flip-bricks till Apple up's the game and paved the road with non-stylus Touch, usable browser, usable email and enough gaming horsepower to put Nintendo on the X-Mas wish list back burner. The enterprise players couldnt be bothered to get their pricey R&D wheels dirty. That money is better spent on commercials and self congratulatory parties. Microsoft has been shafting it to Apple for 30+ years so it's a trend that ol wrinkly Steve Jobs is used to. Apple elaborated on the IBM concept of the UI, fixed a dead idea and invented the computers we know today, Microsoft cashed the check... Now here comes Google, second verse, same as the first............

Motorola, Nokia, Palm, RIM and Sony definitely paved the way for mobile devices but it took Apple to actually make handheld technology exciting. The best thing available back then was the Motorola Razr&, Blackberry 8000's and that Palm Treo... Neat, but not at all great. Not enough to push the industry where we all want it.

Now please, enough complaining about Apple prices. The cost of Apple gear fund's the non-disputed world class design engineering for a few Lincoln's more than the copy-cats. The same design engineering that spawned your blessed Droid.

I know atleast 15 iPhone 4 owners (new and upgraders). No one had any problems, complaints, no one returned the phone, no one dropped a call! It was all Engadget/Gizmodo hype because they got in trouble for the possession of stolen property. Sounds like the biggest "look yonder" cover-up in geek history. We certainly haven't seen stolen Samsung's stir up any interest in the media, but I suppose somebody needs to run that old & busted Flash technology. Then the hateable Apple gets criticized by the ignoramus for making good on free cases to shut people up. What ever happened to the 57 flavors of Droid hardware that are also having "antennagate" (stupid Engadget made up word) issues getting cases?? Probably none available yet because like Dell, Asus, or HP's halfway house for hodgepodge hardware, there are no design standards to match them up to... What happened to Quality over Quantity? 57 variants of hardware with 57 flavors of Droid OS vs the iPhone.

"One More Thing" (couldn't resist) ..... If you want to predict the future of your next MS OS or Droid toy just stay tuned to the next Apple event in Janruary 2011... Be sure to watch the event and hate-blog shamefully on your sub-par RIPOFF device. It's ok though; someone needs to buy em, someone needs to buy that Fiat. That moderate competition and flattering copy-cat'ism encourages Apple to improve on THEIR original design.

8 people liked this.  Like

 **@hickeroar**  10 months ago

I think it's less about "openness" and more about configurability. Most consumers don't really comprehen what "open" even means. However, being able to change just about any aspect of their phone is a big winner.

It definitely won me over when I recently switched away from iOS to Android (Galaxy S). I've been able to turn this phone on its head since I got it. Win.

4 people liked this.  Like

 **Rexen**  11 months ago

D S...I think you are close. But in true comparisons I think Droid = Linux while you are dead on Iphone = Mac/Apple. I can't stand the very special Iphone electrical interface, factory service required for battery replacement, and lack of a micro SD memory card. I have used 2 BBerry and 2 Windows based, & have many friends with Iphone, some have the newest one. And I plan on getting a Droid in the new few months.

1 person liked this.  Like

 **Rexen**  11 months ago

But since that is where myself and millions of others live along with Apple, Google, RIM, that is what's most important to us.

Like

 **Kim**  11 months ago

... over 40% of iPhone users make over 100k a year?! Am I reading that right?! Didn't realise you had to be so wealthy to own an iPhone, I have one and never considered that most people were rich that have them. When I graduate I'll be lucky if I ever make 40k a year.

Like

 **Neil**  11 months ago

just give it some time.
symbian is very popular overseas, but it's quite limited in comparison to the features that these two bring forth.
i see it as only a matter of time....
take it from someone who has used symbian for quite a few years now

Like

 **Gentry**  11 months ago

Just so you know, I'm 57, female, had a windows smart phone and chose an Android over IPhone. I use mine for work as well as personal use.

Like

 **Syed Faris Hussain**  1 year ago

I have to say, that android text input looks a lot better than the iPhone. I have an iPhone and hopefully they'll make the text input more similar to the android text input.

Like

 **jmaz**  1 year ago

When talking about future trends, everything is moot until you consider the big picture. And that will have more bearing than whether more Iphones or more Android phones are sold. More important than the hardware and the OS'es sales is the common sense expectation that when we say mobile we mostly mean the management of mobile data.

Apple, forces you and locks you into being tied to your desktop in order for you to manage the data in your phone. Plus, it is data mostly geared to media consumption.

Google, pulls you into the cloud where your data, any data, can be managed from your phone.

Now, I ask you which one of these two ways of interacting and managing your mobile data do you think has a better future?

1 person liked this.  Like

 **@lynda_rva**  1 year ago

The Android I have had, LG Ally, is not ready for primetime. It has a lot of bugs and inconsistencies. LG and Verizon support techs are not well trained on the product. I switched from Verizon to AT&T for the IPhone (and

I hate Verizon), but AT&T service coverage was so bad that I canceled. I am still an anti-Verizon customer, using it because of the coverage only, and yet I would prefer to be with iPhone/AT&T than to deal with the issues I have with Verizon and their Android. The Android Apps have a lot of bugs to them and they are more costly than the Iphone Apps. I hate my LG Ally and I am not alone. BTW, I am an Apple addict.

Like

Load more comments

## Reactions

 **Mediative**   2 months ago

From Twitter

Interesting data... Mobile Usage Stats for USA, Europe and Japan [Infographic] -- http://ht.ly/4NdVn

 **semi_equal**   2 months ago

From Twitter

@jharrington nielson wants money for access to their primary doco but these seem like reliable interpretations http://tinyurl.com/24tnvt2

blog comments powered by DISQUS

## nielsen

About

Careers

Privacy Policy

Contact

## recent comments

**Maryann Hanako Teo** Women of today are not like those years ago, they are...
Report: Women of Tomorrow · 6 days ago

**Jonathan Dunlap** I'm rather skeptical of these stats... there's no...
Play Before Work: Games Most Popular Mobile App Category in US · 1 week ago

**Sarper Silaoglu** Do you have the ratio of users who has downloaded...
Play Before Work: Games Most Popular Mobile App Category in US · 1 week ago

**Steen101** And the utilisation of the phone as a phone?
Play Before Work: Games Most Popular Mobile App Category in US · 1 week ago

**benepcot** Do games come preloaded on any mobile devices? They're...
Play Before Work: Games Most Popular Mobile App Category in US · 1 week ago

## n nielsen in the news

Consumer Confidence at Lowest Since 2009 (Reuters)

Where do the World's Most Stressed Women Live? (CNN.com)

Hispanic Market the Hot Topic at Nielsen Conference (Ad Age)

Collaborate to Grow the Pie, Not Just Split It (Harvard Business Review)

New Approach to Online Ad Measurement (AdWeek)

1Q Mobile-Viewing Up 41%, Traditional TV Still Dominates (WSJ)

Retailers respond as value mania hits even the well-to-do (USA Today)

Indian Consumers Seek Deals As Prices Rise (Economic Times)

Rising Food Prices Top Consumers' Concerns (Financial Times)

Asia Pacific, Middle East, and Africa drive gains in Consumer Confidence (Reuters)

© 2011 The Nielsen Company. All Rights Reserved. Terms of Use | Privacy Policy