# EXHIBIT 67

Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market | Nielsen Wire



Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market | Nielsen Wire





Among current subscribers thinking of switching devices, the iPhone remains the most desired phone, finding loyalty with nearly 90% of current iPhone users and enticing healthy slices of Android users (21%) and Blackberry owners (29%) to consider the move to Apple. Android's loyalty among switchers (71%) outperforms Blackberry (42%) where half of its users could potentially chose an iPhone or an Android phone for their next device.

Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market | Nielsen Wire





**Jon** · 2 years ago

My first true smartphone was Symbian, running on a Nokia 9290 Communicator, then on to a 9300. At the time, it was very impressive until I dropped the phone just one too many times. I tried Windows Mobile for a brief period (very brief, it was all I could do to find another operating system before throwing my phone against the wall out of frustration). That's when I first started on a Blackberry 8800, then 8820, 8900, and my current 9700. I have been wanting to go to Android for a while now, since my son has the G1 and it is simply amazing. Most of my co-workers have iphones, but I have been amazed by the lack of basic functionality in certain areas that my Blackberry excelled in. Most of that functionality has finally been implemented with the iPhone 4, but it just seems to me that, while Apple is playing catch-up on the basics (e.g. copy/paste, camera flash, still no physical keyboard), Android is innovating (e.g. Flash 10.1 support, UMA support, video calling over network as well as wi-fi). I will admit that the UMA support was my one hold-out to giving up my Blackberry in favor of an Android phone (I travel internationally), but Google has removed that as a deal-breaker, so Christmas will be very good to me and my family this year. Now I just hope a MyTouch 4G Slide comes out before Xmas, since I want the physical keyboard, but the video calling for my wife & I would be very nice as well.

What has kept me away from the iPhone is mainly Apple's one size fits all mentality. No physical keyboard, because Apple doesn't think I need it. AT&T only, because Apple doesn't think the network makes any difference. No UMA, because AT&T doesn't support it. If the iPhone came out on T-Mobile a year ago and sported a slide-out keyboard and UMA support, they might have sucked me in then. Now, they are so far behind Android in having what is important to me that their chances are slim to none.

In terms of the network, I can't see myself leaving T-Mobile. Their customer service has always been great - much better than my experiences with Sprint and Verizon (I don't even understand how Sprint is still in business - must be all the corporate contracts). Their UMA feature is awesome and they are the only ones who have it. And now, their data network has become the fastest among the big four, and its backwards compatible with most 3G phones (I get 17mbps in the DC area on my BB 9700). My son has sometimes connected his xBox 360 to his G1 via wi-fi because he says he gets less lag on the T-Mobile network than he does through our FiOS!

0 / ⋮ * · Share ›



**YES Telecom** · 2 years ago

When Gartner and IDC forecast market share, the one thing they agreed on is Android's market share will increase and Apple's will decline. When I first got my iPhone I thought it was one of the coolest gadgets I bought, ever. After using it for a few years, I have grown to hate it. I belong to that 6% of iPhone users whose next mobile will be an Android. It is kind of impressive when you walk past an Apple Store and it's packed with all those people. Until you get stuck there waiting for your iPhone to be repaired and you realize they are all waiting for their iPhone to be repaired too. Apple cannot be making money on the iPhone hardware because it is an unreliable piece of crap.

I'm not a big fan of Google but Android is Linux base Open Source which eases the comfort level when dealing with a company founded with a mantra "Don't Do Evil".

Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market | Nielsen Wire

Trust me the check's in the mail. I believe Google has surpassed Microsoft as the Evil Empire. Beware. In contrast, Apple is too stupid to be a threat.

0 / : * · Share ›



**Andy** · 2 years ago

I switched from an iPhone 3G to a new android-powered phone. I really liked the iPhone, but couldn't stand AT&T due to constant dropped calls. However, after seeing friends' android phones doing way more stuff than my iPhone could, I began to wonder if it still was even better than android. I finally switched to android and am very happy I did so.

0 / : * · Share ›



**jerry** · 2 years ago

Because MS Windows is not open source... HTC, SOny , Motorola have already helped in the innovation of Android... Have you seen the difference in the OS from 2 years ago until now.. THe OS has been innovating a lot faster than Apple's iOS.
It actually has pressured Apple into innovating faster with iOS .. Before Android Iphone did not even have apps.. After the ANdroid announcement and the support for the development.. Apple came out with the App Store and 3rd party apps...

0 / : * · Share ›



**kce** · 2 years ago

I wonder how much OS loyalty stems from users not wanting to give up expensive apps that they have already payed for...

0 / : * · Share ›



**MobileTextMarketing** · 2 years ago

it appears that blackberry users are die hard...

0 / : * · Share ›



**Davidalexanderhale** · 2 years ago · parent

they are mostly females that are hung up on one thing ... BBM, to avoid texting fees. This is 2011 isn't texting unlimited/free ? lol

2 / : * · Share ›



**Hiz** · 2 years ago

How come all the PC manufactures and Microsoft didn't out-innovate the mac?

0 / : * · Share ›

Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market | Nielsen Wire



**Jack** · 2 years ago

I like palm web os and blackberry os 6

0 / : * · Share ›



**Melanie Cook** · 2 years ago

It will be interesting to see the loyalty figures after the iPhone 4 fiasco has been accounted for. I'm guessing they won't be dented too far. Here's some Change Wave research amongst iPhone 4 users: http://tinyurl.com/iPhoneLoyalty

0 / : * · Share ›



**Amir** · 2 years ago

That's not skewing - that's the reality of the market.
Apple is an enclosed ecosystem - one carrier, one phone. You bought the phone, but it's owned by Apple. They'll tell you what to install, which network to use, etc.
Android is the extreme opposite - open OS, multiple choices for equipment AND networks. You can modify not only apps, but the OS itself.

The last graph ("Desired") shows the (familiar) brand loyalty that Apple customers have. Partially explained by the high quality of the Apple products, partially by fashion and cognitive dissonance.
It would be interesting to follow-up on the survey responders, and see what was their actual choice of phone given their earlier expressed preference.

Nielsen - do your thing! :-)

0 / : * · Share ›



**Mike** · 2 years ago

antiquated technology has that effect sometimes. Go 42%!

0 / : * · Share ›



**Michael Anderson** · 2 years ago

It's a good point but it makes things worse for Apple, not better. With some of the most technologically advanced companies like HTC, Samsung, and Motorola (and Google, of course) continually making new products and innovating for Android, Apple's phones, which have already been overtaken in some areas, will continue to fall farther and farther behind. Apple sycophants will be the only ones buying iPhones in a few months; no new buyer not already on the Apple bandwagon will have any need to settle for an iPhone. I'm not saying iPhones aren't excellent with great interfaces; I"m saying Apple will not by itself be able to out-innovate all of these other companies combined.

0 / : * · Share ›

**Deng** · 2 years ago



I'm not surprised at all. I've used both iPhone OS and Android. Android is very good. It has not emphasized visual polish to the extent that the iphone does. But the interface *works* really well. It very conveniently allows you to do what you need to do with less awareness of the boundaries of applications. The notification system is brilliant. People often make the analogy that Android is to the iPhone OS as Windows was to Mac OS. That analogy has some value when considering the business models. But the Windows OS was generally poorer than Mac OS. Windows was klugy and old with roots in dos. Android is functionally better than iPhone OS. Android phones aren't just successful because they are good enough and cheap. They also happen to work really well.

0 / * Share ›



**Francisco Kattan** · 2 years ago

Android surpasses iPhone. No surprise here. Android is a platform available across multiple handsets, each handset targeting a market segment. iPhone is one device targeting a single target segment.

0 / * Share ›



**Squals** · 2 years ago

For Steven: I think that has a lot to do with what's making android so prevailent so fast. Also those same points make Android a little bit of a challenge to write software for.

It's amazing how well iPhone has done with a single manufacturer & a single US carrier. Over the long haul those could be stumbling blocks for #1 market share spot but certainly no problem for apple's profitability even in #2 or #3 spot as they don't have to share.

0 / * Share ›



**Kelley** · 2 years ago

Of course all your are saying is because of Apple's marketing strategy. You could also argue that Apple was established well before Android came to market so they had plenty of time to build their market share. No doubt Android is the fastest growing smart phone OS and will eventually take over the top spot. Apple's plan to

**nielsen**

About
Careers
Privacy Policy
Contact

**recent comments**

**Terry Dugas** TV is simply one of many channels to deliver advertising....
Gender Divide: Reaching Male vs. Female Millennials · 3 weeks ago

**J.T. Advertising Management** Thanks for the informative insight. I was surprised to...
Trust in Advertising – Paid, Owned and Earned · 3 weeks ago

**Brian Smiga** How to authentically scale recommendations? - that is...
Trust in Advertising – Paid, Owned and Earned · 3 weeks ago

**n nielsen in the news**

Confidence Up Among China's Big City Consumers (Reuters)

Indian Consumers Use Dual SIM cards (Business Line)

The Additive Effect of Tablet Reading (Economist Group)

Indonesian and Indian Consumers Most Confident (Reuters)

Asia-Pacific Investors Have World's Top Risk Appetite (WSJ)

African Consumers Sometimes 'Underestimated' (CNN)

Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market | Nielsen Wire

**Julie Musial** This report says Americans are watching 35 hours per week...
The Cross-Platform Report: How and Where Content is Watched · 4 weeks ago

**beatboxteacher** TV is dead, from a 33 year old male
Gender Divide: Reaching Male vs. Female Millennials · 4 weeks ago

Winning Companies Understand Profitable Consumers (Huffington Post)

US Consumer Confidence Rises (Reuters)

US Incomes and Spending Rise in March (Financial Times)

Africa's Diverse Consumers (Business Day)

© 2012 The Nielsen Company. All Rights Reserved. Terms of Use | Privacy Policy