# EXHIBIT 68

iPhone users most loyal (now, there's a surprise) | TG Daily



## iPhone users most loyal (now, there's a surprise)

Posted on November 28, 2011 - 08:22 by Emma Woollacott

iPhone users show the greatest brand loyalty - but partly, it seems, because changing phones is so difficult.



According to an international survey carried out by market research firm GfK, nearly one in five people who own both an iPad and an iPhone, say switching smartphone is more difficult than changing bank accounts or gas or electricity providers.

A whacking 84 percent of iPhone users said they'd pick the iPhone again. Six out of ten Android users said the same, and only 48 percent of Blackberry users.

According to GfK, one deciding factor in brand loyalty is the number of apps and services a customer uses. The tipping point for loyalty is when a consumer uses seven or more services on their device, the company says - and of the countries surveyed, Americans were the most likely to do so.

A third of users cited disruption to apps and services as a reason to stick with their current set-up. nearly three out of ten were worried about having to learn to use a different type of phone, and 28 percent couldn't face moving their music, video, books and apps from one type of smartphone to another.

"The barriers to switching smartphones show the importance of the age-old mindset, 'if it ain't broke don't fix it.' This mindset has only hardened with the growth of connected devices and rapidly improving user experiences, while cross device accessibility of content is also delivering great benefits to consumers," says Ryan Garner at GfK Business & Technology.

"In a competitive market, brands that invest in user experience will yield great results. Those in dominant market positions, who create amazing user experiences, are potentially in the strongest position, and will be the most difficult to challenge in terms of capturing market share."

See more about: MOBILITY FEATURES   ANDROID   BRAND LOYALTY   GFK   IPHONE



iPhone users most loyal (now, there's a surprise) | TG Daily

    
    
 


iPhone users most loyal (now, there's a surprise) | TG Daily

http://www.tgdaily.com/mobility-features/59873-iphone-users-most-loyal-now-theres-a-surprise[10/15/2012 4:27:31 PM]