# EXHIBIT 69

Apple's iPhone Hooks Users - MainStreet


Technology

 Return to article

Posted

The Street

# Apple's iPhone Hooks Users
By James Rogers

CUPERTINO, Calif. (TheStreet) -- Apple's (Stock Quote: AAPL) iPhone continues to enjoy a phenomenally high retention rate amongst consumers, according to research from UBS, a stark contrast to the waning popularity of rival Research in Motion (Stock Quote: RIMM).

UBS surveyed 515 consumers for smartphone "stickiness", finding that Apple enjoys a retention rate of 89%, way ahead of its rivals. The research suggests that users are reluctant to shift to a rival platform such as Android, Blackberry, or Microsoft's (Stock Quote: MSFT) Windows Phone.

iPhone users accounted for some 45% of the respondents to the survey.

"When we look at all consumers who are considering changing handset Original Equipment Manufacturer (OEM) provider, Apple remains a significant net beneficiary -- alongside Apple, only Samsung and HTC also appear as net beneficiaries (more users won than users lost)," explained UBS analyst Gareth Jenkins, in a note. "RIMM and Nokia are the largest losers."

RIMM, according to UBS, saw the largest decrease in retention rates over the last 18 months, dropping from 62% to 33%.

Apple far outstripped its nearest OEM competitor HTC, which has a retention rate of 39%. Samsung was at 28% and Motorola at 25%. Crucially, UBS found that some 31% of Android users are likely to move to Apple for their next handset.

The survey results will be music to the ears of new Apple CEO Tim Cook as he prepares to launch the company's eagerly-anticipated iPhone 5. Earlier this week, The Wall Street Journal's blog, All Things D, reported that the iPhone 5 unveiling is set for Oct. 4.

Shares of Apple, which have repeatedly hit new highs this week, were up $3.55, or 0.88%, to $405.37 on Friday.

The Street

Contact us | Terms of Use | Privacy Policy | Advertise With Us | Sitemap | Masthead | Archive | Newsletter

Apple's iPhone Hooks Users - MainStreet