# EXHIBIT 74

In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth - Zokem

Case 5:11-cv-01846-LHK   Document 2066-14   Filed 10/20/12   Page 2 of 8

**Arbitron Mobile** previously Zokem

HOME    CONCEPT    INSIGHTS    PRODUCTS    COMPANY

# IN THE US MARKET, IPHONE OUTPERFORMS OTHER MOBILE PLATFORMS IN USER LOYALTY BY A WIDE MARGIN, ANDROID IS SECOND, BLACKBERRY FOURTH

Posted on January 18, 2011 by zokem

Zokem's industry leading Mobile Life panel in the US from the year 2010 reveals that iPhone scores 84% higher in loyalty ratings than the nearest competitor, Google Android. Among non-iPhone users, the number one preference for the next smartphone is iPhone. The benchmark results by Zokem also show that older Windows Mobile devices and Nokia's Symbian devices have already lost the game in the US. Both Microsoft and Nokia are, however, coming back with new offerings and trying to challenge the top three platforms - iPhone, Android and Blackberry - when measured by user loyalty.

During the year 2010 Android emerged as the single best selling mobile platform in the US. Out of individual device types, however, the few iPhone models that are available on the market are actually selling more than any specific Android device, and for the time being, Apple's well-controlled ecosystem, including the iTunes app store and traditionally higher revenues per device, seem to make an unmatched combination. As a platform, however, Android is a fair competitor –and in certain numbers, bigger than iPhone - but the industry attention is still geared towards the iPhone as the leading smartphone platform, particularly in the US.

Zokem, a mobile analytics company focused on smartphones, is running mobile consumer panels in all major markets. The panels do not only measure what people do with mobile phones, but also track how loyal people are towards different phone models and carriers.

From the 2010 summary report that was published recently, a few figures are worth pointing out. First of all, "the figures suggest clearly that iPhone is the top performing platform in terms of user loyalty, and therefore, it is an increasingly likely pick for a repurchase" tells Dr. Hannu Verkasalo, CEO of Zokem. "Android is a good number two in the US market, even though the loyalty score is not nearly as high as it is for iPhones, but it seems that people who are using Android are also very likely to buy an Android-based device as their next smartphone too", Verkasalo continues. Zokem is using a standardized net promoter score (NPS) to analyze user loyalty.

Figure 1.

In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth - Zokem

Case 5:11-cv-01846-LHK   Document 2066-14   Filed 10/20/12   Page 3 of 8



Figure 1 reflects the loyalty that mobile users have for the phones that they are currently using. Net promoter score between -100 % and 100 %, is measuring the loyalty that people have towards the phone. Generically NPS score higher than 60 % is considered good. The only smartphone platform that exceeds that is iPhone, at 73 %. Google's Android platform comes second, followed by Samsung's Bada-based phones (Samsung has now shifted strategy more towards Android-based devices) and then RIM's Blackberry phones. It is notable that two remarkable players, Nokia and Microsoft, received very low loyalty ratings for their own platforms. Also Palm's Webos, sold to HP during year 2010, did not achieve a very high NPS score.

Figure 2.



Low loyalty correlates with higher churn, meaning the likelihood to shift to a competing platform during the next 12 months, as seen in Figure 2. There are, however, certain exceptions, like Samsung Bada, Palm WebOS, and Nokia Symbian S60. These platforms have suffered from lack of mass adoption, weak app stores, and relatively moderate push by US carriers. "Even though Samsung Bada, for example, received relatively good loyalty rating, most users were still committed to jump to one of the better known platforms, and therefore the churn for Bada was very high", says Zhao Hanbo from the Zokem analyst team.

Figure 3

In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth - Zokem

Case 5:11-cv-01846-LHK   Document 2066-14   Filed 10/20/12   Page 4 of 8



Figure 3 reflects some key correlations, underlining the fact that users of iPhones, Blackberries and Android devices are all more likely to buy a similar device in the future, rather than to change to a competing platform. The results are quite contrasting regarding Palm and Nokia phones, reflecting the fact that the weak platforms of today might be even weaker in the future.

The results of this analysis are based on Zokem's Global Smartphone Study 2010 report from the US, where over 1 500 smartphone users were surveyed per quarter regarding their device preferences and perceptions. Zokem continues to run its Mobile Life panels in the developed smartphone markets providing insights on consumer behavior, user satisfaction and loyalty, serving its customers to improve their current product and service offerings, and to benchmark against competition.

This entry was posted in Mobile Insights. Bookmark the permalink.

## 48 Responses to In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth

Pingback: iOS, Android Loyalty Raises App Lock-In Hurdle for Others: Mobile Technology News «

Pingback: iPhone Users Found To Be Most Loyal

Pingback: In the US Market, iPhone Outperforms Other Mobile Platforms in ... | iPhone all around the World

Pingback: iPhone Users Found To Be Most Loyal « Rockinfrnz Archive

Pingback: iPhone Users Found To Be Most Loyal | Macopay

Pingback: iPhone users more loyal than Android, Symbian likely to jump | blacklink

Pingback: | Bloggru

In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth - Zokem

Case 5:11-cv-01846-LHK   Document 2066-14   Filed 10/20/12   Page 5 of 8

Pingback: *Android owners most platform-tenacious claim researchers | TheNewAdmin*

Pingback: *iPhone most satisfying smartphone but Android users loyal tips research - SlashGear*

Pingback: *Computer Hardware News » iPhone most satisfying smartphone but Android users loyal tips research*

Pingback: *iPhone most satisfying smartphone but Android users loyal tips research | TechNews*

Pingback: *Android owners most platform-tenacious claim researchers*

Pingback: *Android owners most platform-tenacious claim researchers | The Androider*

Pingback: *Android owners most platform-tenacious claim researchers | Android … | I Want A Droid!*

Pingback: *Good news for Android developers:Android OS has the second most loyal users. | Android Development Talk*

Pingback: *What is Loyalty? | iAndroidCentral*

Pingback: *Planet Android » Blog Archive » Android owners most platform-tenacious claim researchers*

Pingback: *Usuarios Android los más fieles a su plataforma | vidandroide*

Pingback: *iPhone most satisfying smartphone but Android users loyal tips research | Daringminds.com*

Pingback: *iPhone most satisfying smartphone but Android users loyal tips research · Gadgets*

Pingback: *Encuesta revela usuarios Android más fieles que iPhone*

Pingback: *Zokem: iPhone user loyalty dwarfs other platforms*

Pingback: *Zokem: iPhone user loyalty dwarfs other platforms | Geek Android*



**Ken Novak** *says:*
January 19, 2011 at 8:11 pm

In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth - Zokem

Case 5:11-cv-01846-LHK   Document 2066-14   Filed 10/20/12   Page 6 of 8

What is the nature of your loyalty index? If the iPhone's is so much higher than Android's, why does the intended repurchase behavior for the two phone types look so similar?

Reply



**zokem** *says*:
January 24, 2011 at 10:51 am

Hi Ken! Thank you for your comment! With the loyalty index we need to remember that the question, and score, is related to individual devices, not the platform. On average for individual Android phones the loyalty scores are much lower than for iPhone, which is the single most successful and popular device model. However, even though average loyalty towards Android devices (averages over all devices) is lower, people still love Android OS, and are loyal to the platform. This actually seems to be the case when we take a look at the second graph, which tells about the repurchase likehood. Statistically the differences between repurchase rates of Android vs. iPhone are pretty much nonexistent.

Reply

Pingback: *Les utilisateurs d'Android seraient-ils les plus fidèles ? | Android-France*

Pingback: *Les utilisateurs d'Android sont-ils les plus fidèles? « madgikomatiko*

Pingback: *technology - What Makes You a Satisfied Smartphone User? | Free Online*

Pingback: *Zokem: iPhone user loyalty dwarfs other platforms | Android*

Pingback: *What Makes You a Satisfied Smartphone User? | The Wall Street Geek*

Pingback: *Is Android stickier than iOS?*

Pingback: *ROB Cell Phones » Is Android stickier than iOS?*

Pingback: *In the US Market, iPhone Outperforms Other Mobile Platforms … (Zokem) | Nebulos Tech News & Support*

Pingback: *Mobiele Telefoons » This is an article about loyalty to the iPhone but what is also shocking is …*

Pingback: *Mobiele Telefoons » RT @martinvars: This is an article about loyalty to the iPhone but what is also …*

Pingback: *: iPhone/Android «*

In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth - Zokem

Case 5:11-cv-01846-LHK   Document 2066-14   Filed 10/20/12   Page 7 of 8

Pingback: *iPhone Whips Android, Blackberry in User Loyalty: Zokem | Geek Android*

Pingback: *Mobiele Telefoons » Article about loyalty to the #iPhone but what is also shocking is the disloyalty to …*

Pingback: *BlogiPhone » Les utilisateurs Android pas si enclin à se tourner vers l'iPhone*

Pingback: *Grirk » Blog Archive »  iPhone/Android , Palm/Nokia*

Pingback: *Is Android stickier than iOS? | Visibility Revolution*

Pingback: *Blog Tchuz.com*

Pingback: *89 Prozent kaufen wieder ein Android-Smartphone : CHROMOID*

Pingback: *Zokem: iPhone user loyalty dwarfs other platforms » Master Jailbreak*

Pingback:  *iPhone/Android , Palm/Nokia  | AndroidHall*

Pingback: *iPhone-ejere var de mest loyale i 2010 i forhold til Android*

Pingback: *Reports State iPhone And Android Dominant In US Markets, While Others Continue To Lose – ArcticStartup*

Pingback: *» iPhone Loyalty Trumps other SmartPhones*

## Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

In the US Market, iPhone Outperforms Other Mobile Platforms in User Loyalty by a Wide Margin, Android is Second, Blackberry Fourth - Zokem

Case 5:11-cv-01846-LHK    Document 2066-14    Filed 10/20/12    Page 8 of 8

