# EXHIBIT 79

- **Previous Story** Verizon Galaxy Nexus signal problem fix coming, meter being changed
- **Next Story** Square Enix: last week's hack didn't compromise any personal information

- Android
- Apps & Software

# Kindle Fire gets Android Market browser access, but just for looking

By Chris Welch on December 21, 2011 03:35 pm 19**Comments**



0 Like   19 Tweet   7   3 Share

Following the latest Kindle Fire software update (which we've detailed here), Amazon is now allowing device owners to navigate the Android Market website, though the ability to install anything remains a distant dream.

Prior to the change, the company had actively rebuffed attempts to visit Google's storefront in the browser by circling users back to the Amazon Appstore. While that made sense from a logical standpoint — the Fire lacks any sort of official support from the Market, and access was likely blocked to avoid confusion — it's always nice to see consumers be given the chance to use a product any which way they please. It also provides a direct opportunity to compare offerings between the two: Kindle Fire owners can now see firsthand what exclusives they enjoy, but also what they've been missing out on as a consequence of being subject to Amazon's curated approach. If you've got one nearby, head to the Android Market website to check out how things look on the other side.

- **Source** GigaOm
- **Related Items** google  app  android market  apps  Kindle Fire  Amazon  Tablets

# In The *Article*



**7.5** *Verge Score*

## Amazon Kindle Fire

Available: Nov. 15, 2011
View product page »

# Comments

1994MGoBlue *says:*

… in related news… The Kindle Fire has also added a link to iTunes, just to rub it in a bit more.

Posted on Dec 21, 2011 | 3:48 PM EST

DeeeNYC's *reply:*

However! you do get a free app that when you click on it, it points and laughs at you.

Posted on Dec 21, 2011 | 4:23 PM EST