# EXHIBIT 80


















**Brent Rose**

So, Amazon doesn't exactly highlight this, but all of its Kindle Fires are Androids on the inside. Amazon slaps a heavy skin on top, so it's not at all recognizable, but it's Android all the same. Great, so you get access to all of the Android apps, right? Not exactly.

Amazon has strayed far enough from the Android path that it doesn't have access to the Google Play Store (formerly the Android Market). And while there are 50,000 offerings in Amazon's Apps for Android store, that pales in comparison to the 600,000 apps every other Android user has at their disposal.

A lot of what Amazon's missing is junk. But some very good apps got left out in the cold. Here's what you'll be missing most:

## Google Apps (obviously)

The Play Store isn't the only Google-built app that didn't make it over the water. Actually, none of them did. That means Google Maps, Translate, Drive, Earth, Calendar, Wallet, Gmail, Chrome, YouTube, and others aren't anywhere to be found among Amazon's Android apps. Which is a shame, because they're all the best at what they do.

## Instagram

This isn't a huge surprise since the original Fire didn't have a camera, but as of now you won't be able to browse your Instagram feed from your new Kindle Fire HD, either. If I couldn't see what Jesus Diaz has for dinner every night I think I'd kill myself.

## Groupon

Bargains! Good, cheap bargains on things you probably don't need but damnit they're such a bargain! Well, none of that on your Fire (at least not from Groupon). Although frankly, this might have just as much to do with the fact that Amazon owns a major stake in megacompetitor LivingSocial. Either way, Groupon's a notable absentee.

## Firefox

Firefox for Android isn't perfect yet, but if you use it as your main desktop browser, you were probably psyched about being able to sync all of your bookmarks, browsing history and all of that good stuff. No Firefox *and* no Chrome? As good as Kindle Fire's native browser is, it's always nice to have options.

## Games

Dead Trigger, Oscura, Minecraft, Grand


GREEN    10,234
The Greenest Street in America Is Paved With Smog-Eating Cement


WATCH THIS    55,742
This Is What It's Like to Photograph the Wreckage of Fukushima


RUMORS    5,643
Amazon in Talks to Buy Texas Instruments' Mobile Chip Division


CHATROOM    9,010
The Best Manmade Sound


FACEBOOK    31,748
Woman Arrested for Posting an Undercover Cop's Photo on Facebook


DESIGN    5,130
Recreating the Antique Poster That Inspired a Beatles Song


SCIENCE FACT    14,361
How Quantum Mechanics Was Born From the Need For a Better Lightbulb


WINDOWS 8    28,825
Microsoft Made Its First Non-Terrible Ad Just in Time for Windows 8


APP OF THE DAY    2,313
Circa News: I Can Haz Newz on My iPhone?


CHATROOM    3,053
Does a Dryer Really Need Apps?


MONSTER MACHINE    15,304
GE's New Flexible Gas Turbine: All the Power, None of the Waste


HELICOPTERS    15,223
You Can Crash This RC Helicopter as Many Times as You Want


FACEBOOK    23,189
You Can Use Emoticons In Facebook Comments Now T_T


WISH YOU WERE HE    8,858
AirPlay Speaker or Surround Sound System? With This Speaker, It's Your Choice


ANDROID    21,880
Is This a New Sony Nexus Phone?



Theft Auto III, Osmos, Shoot the Zombirds. All really, really good games. None of them available through Amazon.

## Adobe PhotoShop Touch

Want to do some semi-serious photo editing on your tablet? Adobe's PhotoShop Touch is the current benchmark, and it's AWOL on the Fire. You can get PhotoShop Express, but it's not nearly as robust.

## Widgets

One of the banner features of Android is widgets. They provide super fast access to the information you want and/or instant controls for music, settings, or just about any program you want. They're really handy, but they live on your tablet's desktop. The Kindle Fire has ditched said desktop, so widgets wouldn't make any sense.

This list is just from a short skim through the top Android app and through stuff I have on my phone. There are many others (Speedtest.net, for example). In other instances, they'll have a free version, but not the more fully featured paid version, or vice versa.

Now, there are some options for getting these tantalizing forbidden apps onto your Fire, but none of them will appeal to the masses. It is possible to sideload apps on to the Fire, but doing so is a royal pain in the ass. And yes, it's possible to root the Fire and have it run a custom version of Android, but most people can't or don't want to. More importantly, you probably shouldn't *have* to. In terms of app ecosystems, Android is the hands-down winner.

Amazon may have more books and music than the Google Play Store, but here's the thing: in Android you can just download the Amazon MP3 app, or the Kindle App, and then you have access to all of those Amazon titles, *plus* Google's, *plus* pretty much anybody else's. There's no Amazon Instant Video yet, but with all of the other sources, you aren't likely to miss it.

That's not to say the Kindle Fires aren't more than decent. They are! But remember that there are some gaping holes in its game—the kind that don't show up on a spec sheet.

3 discussions in response to Brent Rose
Reply

You are following TomXP411s comments

TomXP411 and 7 more  Reply  a month ago

ere's the part I don't quite get (and I have a Kindle Fire, so this is not bashing). If Amazon wants to
ish the idea of "hardware as a service", why not simply use a stock build of Android with (anywho)a
w launcher on top? Why not make Amazon Video available on other Android devices?
:ople would FLOCK to buy a real tablet at these prices and with Amazon's iTunes-like features built
. Instead, we have to choose between a full tablet or having full Amazon integration.
rsonally, I had to get away from the Fire and go back to a generic Android tablet (the Nexus) in order
do everything I wanted... and it's too bad, because I could really like it. Now it
ly gets used when I want to download a video from Amazon to use it with me.

You are following Beall49s comments

Beall49 and 3 more  Reply  a month ago
If you buy a kindle fire (whatever one) instead of
a Nexus 7 you're probably on crack. That's harsh
but I see almost no reason to purchase this device
with a Nexus7 on the market for only $30 more;
all of the apps, upgrade support, it doesn't have
that stupid Kindle launcher, etc. Maybe it's just
me.

You are following jamiej831s comments

jamiej831 and 2 more  Reply  a month ago
100% the reason to root. I have the OG Kindle,
running JB. This thing is awesome. With the specs
it has I am very very happy and surprised at how
snappy the thing is. I originality rooted and left
the Amazon skin and just side loaded the google
play. Not everything worked, so I ended up just
going with custom ROMs. Best decision made.
I'd imagine the Dev community will be all over
the HD

You are following SwiftDropkicks comments

wiftDropkick and 2 more  Reply  a month ago

n terms of app ecosystems, Android is the hands-down winner.
u mean, "...the Play Store is the hands-down winner (versus the Amazon Appstore)," right? Because
hink the general consensus (which I, even as an Android user, tend to agree with) is that the rest store
s both beat handily.

You are following daricciutos comments

daricciuto  Reply  a month ago
Thanks, I was just about to jump out of a window
because I imported the Nexus 7 in Holland and
my guess is that Amazon will probably drop the
price of the kindle to compete (it is what the price
costs now (250$ in the US and 250 euro in
Europe, so importing it would have cost me
exactly the same as buying it when it officially
started being sold in The Netherlands if the import
tax didn't exist). Now this awesome thing. I think
I'm one of the few that are happy that it doesn't
run stock Android.

You are following SciFiDude79s comments

ciFiDude79 and 1 more  Reply  a month ago

his article is a waste of time and effort. Firstly, everyone knows that both the Kindle Fire and B&N
OOK run highly modified versions of Android. Secondly, you CAN get any of those apps on the
indle Fire by either rooting it or side loading the apps. I side loaded Firefox onto mine the
her day and I could easily get the others.

esides, who cares? The Kindle Fire is a fancy E-Reader, not a tablet. It's a device intended
nction, you don't even need any of that stuff. People who don't want e-readers should buy a real
blet.

You are following Kj00s comments

cj00 and 1 more  Reply  a month ago
One big hole in Android content is downloadable
(versus streaming) video content. Play has movies
and TV, but do that all you audio companies intended
to buy, to own Amazon.

You are following DssTrainerXs comments

DssTrainerX and 1 more  Reply  a month ago
You can sideload the Amazon Video player... Just
have to be sure to run otarootkeeper and set
yourself to temp unrooted mode as it checks for
root and fails to play if root is found. Again, not
for the masses, but another reason for those with

You are following Orionsangels comments

rionsangel and 1 more  Reply  a month ago
the know how to skip the kindle



**Retina MacBook Pro: The Best Worst Laptop I've Ever Owned**



**Did Romney Use a Cheat Sheet on Wednesday? And Other Debate Conspiracy Theories**



**How to Break Into a Computer (and Prevent It from Happening to You)**

**Inside A Secret NHL Focus Group: How A Top GOP Strategist Is Helping Hockey Owners Craft Their Lockout Propaganda**



**What *Dr. Horrible* Can Teach Nerds (And Everyone Else) About Love**




**The Never-Ending Miscarriage: What Really Happens When You Lose a Pregnancy**



**The Absolute Best Cosplay from New York Comic-Con 2012**



**How A Little Old Italian Mama In A Fiat Beat Million-Dollar Exotics In One Of The World's Oldest Races**

About   Help   Jobs   Legal   Privacy   Permissions   Advertising   Subscribe   Send a tip