# EXHIBIT 82



ARTICLE    COMMENTS (1)

# Apple iPad 2 sales seen clearing 1 million units

You and 216 others recommend this.216 people recommend this.



**SAN FRANCISCO** | Mon Mar 14, 2011 11:45am EDT

(Reuters) - Apple Inc sold close to 1 million units of its next-generation tablet computer during its debut weekend, analysts estimated.

By comparison, the original version of the iPad, which launched in April of 2010, crossed the one-million mark 28 days after its launch.

Apple shares rose 0.6 percent to $354.20 in morning trade on the Nasdaq, even as shares of many other technology companies slumped. The Nasdaq was down 0.7 percent.

The iPad 2 went on sale in the United States on Friday evening at Apple stores, AT&T and Verizon Wireless outlets, as well as Target, Wal-Mart and Best Buy stores, greeted by thousands of eager customers.



Tweet 217
93
Share
Share this
+1  0
Email
Print

**Related News**

Big crowds greet Apple's iPad 2
Sat, Mar 12 2011

CORRECTED - UPDATE 1-Toshiba partner says chip production resumes
Fri, Mar 11 2011

iPad price remark gets Fed's Dudley an earful
Fri, Mar 11 2011

Apple iPad 2 to go on sale online first
Thu, Mar 10 2011

UPDATE 4-Marvell warns of mobile revenue drop, shares dive
Thu, Mar 3 2011

**Analysis & Opinion**

**Follow Reuters**



Facebook    Twitter    RSS    YouTube

**RECOMMENDED VIDEO**

Israel's military says they're monitoring drone...




**Purring for Putin's 60th.**
**(1:09)**


**Space shuttle Enterprise**
**piggybacks over**
**Manhattan...**


**The Most-Spoiled Children**
**in the U.S. Live in...**
*(Women&Co.)*


**Barefaced Beauty - Keira**
**Knightley Without Makeup**
*(StyleBistro)*

[?]

## MOST POPULAR

**READ**

Danny DeVito, Rhea Perlman split after 30-
year marriage
4:51pm EDT

Venezuela's Chavez revels in convincing
election win
▶ VIDEO
4:57pm EDT

Turkish president says "worst case" unfolding
in Syria
▶ VIDEO
3:34pm EDT

Pressure is on Biden after Obama's lackluster
debate performance
07 Oct 2012

U.S. lawmakers seek to block China Huawei,
ZTE US inroads
▶ VIDEO
3:47pm EDT

**DISCUSSED**

**253** COMMENTS Romney's strong debate showing
puts Europe on edge

**157** COMMENTS Obama and Romney battle over
economy at debate

**155** COMMENTS Weak U.S. labor market looms
ahead of elections

**SPONSORED LINKS**

SONY
make.believe
**Sony Business Products**
Solutions for Businesses Big And Small.
Shop Now Online!

Ticonderoga Securities analyst Brian White said it was difficult to find an iPad 2 over the weekend.

"Our field checks over the weekend indicate that the iPad 2 sold out at every Apple and non-Apple store we contacted," White wrote in a research note. "In fact, all the stores had worked through iPad 2 inventory by Saturday afternoon, and there were no new iPad 2 deliveries on Sunday."

Wedbush Securities analyst Scott Sutherland said: "We would not be surprised to see Apple sell closer to 1 million iPad 2's in the opening weekend."

Best Buy on Friday said some of its outlets ran out of the tablet and its accessories within 10 minutes.

The newest iPad is thinner, faster and features a pair of cameras for video chat. The pricing remains the same as the first-generation model, starting at $499.

The iPad 2's early success is a warning sign of a global tablet bubble, where supply could outpace demand for tablets by about 36 percent, said J.P. Morgan analyst Mark Moskowitz.

Samsung and Motorola have already launched tablet devices, while Blackberry maker RIM and Hewlett-Packard Co are set to release similar products in coming months.

Apple's share of the tablet market is expected to be 61 percent in 2011, whereas whereas the company's rivals are likely to have a tough time attracting customers, Moskowitz wrote in a note.

The iPad 2 will launch in 26 more countries on March 25.

(Reporting by Gabriel Madway and Jennifer Robin Raj; Editing by Saumyadeb Chakrabarty)

**TECH** **MEDIA** **IPAD** **STEVE JOBS**

## Related Quotes and News

| COMPANY | PRICE | RELATED NEWS |
|---|---|---|
| **Samsung Electronics Co Ltd**<br>005930.KS | ₩<br>**1,373,000.00**<br>▲ +0.00  ▲ +0.00% | UPDATE 1-Taiwan's HTC Q3 net falls 79 pct, lags forecasts<br>S.Korea-Market Factors to watch on Oct 8<br>More 005930.KS News » |
| **Hewlett-Packard Co**<br>HPQ.N | **$14.46**<br>▼ -0.27  ▼ -1.83% | TEXT-Fitch cuts Hewlett-Packard ratings<br>HP's outlook disappoints, shares hit nine-year low<br>▶ VIDEO<br>More HPQ.N News » |
| **Dell Inc** | **$9.80** | HP's outlook disappoints, shares hit nine-year low |

**Penny Arcade Expo**
**East: Nothing small**
**here**

**Tech wrap: Apple's**
**iPad 2 launches**

**Related Topics**

**Tech »**
**Media »**
**iPad »**
**Steve Jobs »**


**Discover Popular Web Based Business Apps**

Save Time and Compare Popular Business Apps: CRM, Help Desk, Accounting, HR...


**Vendor Neutral BI Consulting**

Clear Peak. Thought leaders in BI. Serving the Fortune 1000 Since 2000.

Ads by Marchex



**Reuters Photojournalism**

Our day's top images, in-depth photo essays and offbeat slices of life. See the best of Reuters photography.
See more | Photo caption


**Suicides in China**

A look at attempted suicides in China and their aftermath.
Slideshow


**Romney's roots**

It was in England's industrial northwest that Mitt Romney's ancestors lived for generations and converted to Mormonism.
Slideshow

**DELL.O**       ▲ +0.14  ▲ +1.45%       VIDEO

Canada aware of second hacking attack, this time on energy firm

**More DELL.O News »**

 ☐ Recommend    f You and 216 others recommend this.216 people recommend this.

 Tweet this    Link this    Share this    Digg this   ✉ Email     ☐ Reprints

## More From Reuters

**Arkansas Republicans' comments on slavery, Muslims stir controversy**

**Obama leads Romney 49-42 percent in latest Reuters/Ipsos survey**

**Comedian Steve Martin in ad for Nebraska Senate candidate**

**Alwaleed's Kingdom Holding plans up to $500 mln loan - sources**

**UPDATE 1-American Air says seats fixed on most 757s needing repair**

## From Around the Web

**Is Miranda Kerr's Bikini Too Skimpy?** *(Zimbio)*

**Banks giving ATMs the ax?** *(Bankrate.com)*

**Buy or Rent? The Answer Might Surprise You** *(DailyFinance)*

**U.S. Senate Moves Toward Allowing Internet Sales Tax** *(OPEN Forum)*

**How Walmart's Bootcamp is Turning Veterans Into Entrepreneurs** ◙ *(YouTube)*

[

## Videos From Reuters

 **Japanese airline, ANA, apologises for plane flip (1:01)**

 **Hi-tech blanket to keep patients well covered**

 **South Korean "super gun" packs hi-tech killing power (2:28)**

## From Around the Web

 **Vietnam's Cu-Chi Tunnels** *(Away.com)*

 **We Can't Help But Stare... Sofia Vergara Pictures** *(StyleBistro)*

 **Problem 46 Times Bigger than U.S Economy Edges Closer** *(Profit Confidential)*

[?]

We welcome comments that advance the story through relevant opinion, anecdotes, links and data. If you see a comment that you believe is irrelevant or inappropriate, you can flag it to our editors by using the report abuse links. Views expressed in the comments do not represent those of Reuters. For more information on our comment policy, see
http://blogs.reuters.com/fulldisclosure/2010/09/27/toward-a-more-thoughtful-conversation-on-stories/

## Comments (1)

**bmovie** wrote:

The so-far 1 million purchased iPad 2s means that 1 million people are not worried about a lack of Flash support.

Perhaps Adobe should also be concerned.

Mar 15, 2011 1:25am EDT  --  Report as abuse

This discussion is now closed. We welcome comments on our articles for a limited period after their publication.

**See All Comments »**

**ADS BY MARCHEX**


**100% Online Human Resource Training**
Position yourself as an expert with a Master Certificate in HR Management
**www.VillanovaU.com**


**Get Matched To Schools**
View Programs That Fit Your Life. Start At DegreePath.com Today!
**www.Colleges.DegreePath.com**


**Discover Popular Web Based Business Apps**
Save Time and Compare Popular Business Apps: CRM, Help Desk, Accounting, HR...
**getapp.com/best-business-apps**


**Vendor Neutral BI Consulting**
Clear Peak. Thought leaders in BI. Serving the Fortune 1000 Since 2000.
**www.clear-peak.com/testimonials**

Buy a Link Now »

## MORE FROM REUTERS

### Turkish president says "worst case" unfolding in Syria

GUVECCI, Turkey - Turkish President Abdullah Gul said on Monday the "worst-case scenarios" were now playing out in Syria and Turkey would do everything necessary to protect itself, as its army fired back for a sixth day after a shell from Syria flew over the border. | **Video**

**CONTINUE READING**

**TOP NEWS**



**Britain raises pressure over EADS-BAE merger**

LONDON/PARIS - Britain turned up the volume in a dispute over French state involvement in any tie-up of aerospace groups EADS and BAE Systems on Monday, leaving the European mega-merger on a knife-edge less than 48 hours before a deadline for the deal. | **Video**

**Facebook pitches new $20 million "Sponsored Stories" settlement**

**Meningitis-linked steroid may have affected 13,000 people in U.S.: CDC**

**» More Top News**

**TOP VIDEOS**



**U.S. Day Ahead: Earnings could be grim, but there's hope**

**Anger over Merkel's first crisis Gree**

**» More Top Videos**

**MARKETS**

**US Indices**

**DOW**
**-26.50**
13,583.65
-0.19%

**NASDAQ**
**-23.84**
3,112.35
-0.76%

**S&P 500**
**-5.05**
1,455.88
-0.35%

**TR US INDEX**
**-0.46**
131.38
-0.35%

**Int'l Indices**

**NIKKEI**
8,863.30

**HANG SENG**
20,824.56

**» Markets**

**MOST POPULAR**

**Danny DeVito, Rhea Perlman split after 30-year marriage**

**Venezuela's Chavez revels in convincing election win** ▶ VIDEO

**Turkish president says "worst case" unfolding in Syria** ▶ VIDEO

**Pressure is on Biden after Obama's lackluster debate performance**

**U.S. lawmakers seek to block China Huawei, ZTE U.S. inroads** ▶ VIDEO

**Alwaleed's Kingdom Holding plans up to $500 mln loan - sources**

**TODAY IN PICTURES**



**Editor's choice**
Our best photos from the last 24 hours.

**View Slideshow**

REUTERS EDITION: U.S. ▾                                              ▲ Back to top

