# EXHIBIT 88

Android Phone - Captivate Smartphone | Samsung Captivate Galaxy S Android Smartphones

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER | CART (0)

Search

SHOP PRODUCTS

BUSINESS SOLUTIONS

CONNECTED LIVING

MY ACCOUNT

SUPPORT

Home > Cell Phones >

## Samsung Captivate™ Android Smartphone

SGH-I897   ★★★★★ 1921 REVIEWS

Tweet ⟨ 140   ⎯   Q +1 ⟨ 17   Pin it

SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT



- Galaxy S with Android™ 2.3, Gingerbread

- Super AMOLED 4" Touchscreen

- Integrated Social Networking Capabilities

- Faster Texting with Swype®

Please check with an authorized Samsung retailer for price information

SHOP ▸

🖶 Print This

# Product Features   See All Features

### Galaxy S with Android 2.3

Do you want the whole world in your hands? How about the whole universe? Tens of thousands of apps populate Google Play™ -- everything from popular games to productivity tools to constellation maps. Powered by the Android platform this phone fully integrates with Google Mobile Services. You're now at one with your Gmail account, Google Maps, YouTube videos and more.

**Please note:** Captivate users with Android 2.1 & 2.2, an update to Android 2.3 (Gingerbread) is available. View upgrade instructions.

### Super AMOLED 4" Touchscreen

Your world just got brighter and you don't even need shades. Experience HD-quality video recording that's clearly detailed, extraordinarily vivid and astonishingly colorful on the brilliant 4-inch Super AMOLED screen. Movies, games and websites all come to life even in broad daylight thanks to an anti-reflective screen. One of the thinnest, most responsive smartphones in the world, it also uses less power and has a longer battery life.

### Green guides show you the way

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-I897 Captivate Galaxy S Virtual User Guide - ENGLISH

### Integrated Social Networking Capabilities

This phone integrates your email, social networking and phone contacts into one address book -- and combines your Google Calendar and social networking calendars. Also, you can instantly post your status and upload pics to Facebook, MySpace and Twitter with the Feeds & Updates app, as well as instantly see recent posts from friends and family on your home screen thanks to Buddies Now.

# Specifications

Carrier
**AT&T**

Color
**Black**

Platform
**Android 2.3, Gingerbread**

Display
**Display Size: 4.0"**

Display
**Display Technology: Super AMOLED™**

Camera
**Rear-facing Camera Resolution: 5.0 MP**

See Full Specs ▸

# Owner Reviews  *See All*

Overall: ★★★★☆   Features: ★★★★☆   Performance: ★★★★☆   Design: ★★★★☆   Value: ★★★★☆

### "My First and best"  "i love it"
★★★★★

Very easy to navigate , great design, Great speed. Just one small improvement needed. Software 2.3.5 Gingerbread needs some improvement. All previous updates run extremely great. Overall rating: 5 out of 5 stars. …Read More »

**nasatasr** on September 23, 2012

★★★★★

The phone is good, clear screen. love wathcing movies with it…Read More »

**fromhamnj** on July 18, 2012

### "Great features and easy to use"
★★★★★

Nice phone with great features. And now with the Gingerbread update is even better….Read More »

**Emahus** on June 20, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ›**

---



## Exclusive Access to ESPN Next Level

Use your Samsung mobile device to take your game to the next level with exclusive chats, stats, and analysis. **See how to step up your game.**



## Brighter and Better Screens with AMOLED

The screens on Galaxy S phones are not only sharper and glare-free, but also consume less power than traditional touch screens. **See the brilliance of AMOLED.**

> " ...the Captivate is by far AT&T's most powerful and feature-rich Android device"

**See Full Review**


CNET Editor's Rating:
★★★★☆ Excellent

---

## The Galaxy S Captivate



## Snappier Apps, Better Battery Life

The new Hummingbird processor means smoother games and movies, and better power consumption too.

**Learn More**





Introducing cinema-quality entertainment in the palm of your hand.

## Your Phone, Powered by Google

The Android Mobile OS turns your phone into a powerful web browser, entertainment center, personal assistant and more.

**Learn More**



## Accessories  See All









**Galaxy S i897 Desktop Dock & Wall Charger**
ECR-D981BEGSTA

★★★★★ (6)
**$19.99**

 SHOP ▸   Learn More

**Galaxy S i897 Vehicle Navigation Mount**
ECS-M981BEGSTA

★★★★★ (1)
**$24.99**

SHOP ▸   Learn More

**Galaxy Spare Battery and Charging System 1500 mAh**
ET-CHGPKNVGSTA

★★★★★ (7)
**$49.99**

SHOP ▸   Learn More

**Galaxy S Standard Battery (1500mAh)**
EB575152VABSTD

★★★★★ (0)
**$39.99**

SHOP ▸   Learn More

## Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. **See its superior specs.**   Read the rave review.



## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

Android Phone - Captivate Smartphone | Samsung Captivate Galaxy S Android Smartphones



Features and specifications are subject to change without prior notification



## Who We Are

About Samsung
Careers
Sustainability
News
Investor Relations

## Shop

Shopping Cart
Order History
Help with Your Order
Order Tracking

## What We Make

### TV + Video

TVs
Blu-ray &
DVD Players
Home Theater
Systems

### Mobile

Cell Phones
Tablets
Cell Phone
Accessories
Laptops
Chromebook
Media Players

### Photo

Cameras
Camcorders
SD Cards

### Computing

Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

### Home Appliances

Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
Vacuums
LED Lighting

## How can we help you ?

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Samsung Wireless Accessibility
Contact us

Search

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English   +1 815k   657k

Copyright © 1995-2012 SAMSUNG All rights reserved.