# EXHIBIT 89

Your Amazon.com | Today's Deals | Gift Cards | Help

Shop by Department | Search Cell Phones & Accessories | Go | Hello. Sign in Your Account | 0 Cart | Wish List

**Cell Phones & Accessories** | All Electronics | Brands | Best Sellers | Phones with Plans: AmazonWireless | No-Contract Phones | Unlocked Phones | Accessories | Apps | Deals



Samsung Captivate Android Phone (AT&T)
by Samsung

(216 customer reviews) | (277)

List Price: $599.99
Price From: **$0.01** (Price varies based on service type)
You Save: **$599.98 (99%)**

**FREE** Two-Day Shipping

**Free Premium Apps**
Get premium apps free with purchase of an Android phone.
› Learn more at AmazonWireless

With service
(new, upgrades & add a line)

Without service (phone only)

An Amazon.com company
Learn more

Share

See larger image and other views (with zoom)



Share your own customer images

Watch **Interactive Guide** [Flash]

## What Other Items Do Customers Buy After Viewing This Item?

 Samsung i897 Captivate Android smartphone Galaxy S (Unlocked)
(127)
$205.18

 5x Samsung Captivate SGH-i897 Premium Clear LCD Screen Protector Cover Guard Film, no cutting is required! Exact fit and satisfaction guaranteed!  by Otex
(94)
$1.00

 Body Glove 9163602 TPU Case I897 - 1 Pack - Retail Packaging - Black  by Body Glove
(134)
$11.53

 3x Samsung Captivate Glide Gidim SGH-i927 Premium Clear LCD Screen Protector Cover Guard Shield Protective Film Kit (3 Pieces) by Otex
(20)
$1.19

› **Explore similar items**

## Technical Details

- Unit Dimension (HXWXD) 4.78 x 2.5 x 0.39; Weighs 4.5 ounces
- 4 WVGA 480x800 pixels Super AMOLED touchscreen with SWYPE technology
- 5 Megapixel Camera
- Talk time up to 5 hours 50 minutes
- J&R USA 30-Day Warranty only

› See more technical details

## Product Details

**Product Dimensions:** 4.2 x 2.5 x 0.4 inches ; 4.5 ounces
**Shipping Weight:** 14.4 ounces
**Shipping:** Currently, item can be shipped only within the U.S.
**ASIN:** B003TLMQG8
**Item model number:** Captivate

**Average Customer Review:** (216 customer reviews)

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

Amazon.com Product Description

The super-smart Samsung Captivate for AT&T brings a fully integrated entertainment, messaging and social networking experience to your mobile phone, thanks to its open and innovative Android 2.1 platform. You'll be able to zip through the Web and multitask between a bevy of apps with the Captivate's 1 GHz processor and ultra-fast 7.2 Mbps 3G connectivity.



*Enjoy brilliant video playback and gameplay with the 4-inch Super AMOLED touchscreen display.*

With integrated Google technology, the Samsung Captivate brings one-touch access to the popular Google mobile services millions use every day, including Google Search by voice, Google Maps with Street View, GTalk instant messaging (with presence capabilities), YouTube, and Picasa. The Captivate also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets and fun games to download and install on your phone, with many more apps being added every day.

The Captivate has a large 4-inch Super AMOLED touchscreen display that provides brighter, thinner, and higher-resolution than traditional screens. Samsung's innovative display technology makes watching movies, viewing videos and playing games come to life like never before, even in bright light and outdoor environments. And messaging is simple and easy with the Captivate's virtual QWERTY keyboard with Swype technology, which allows you to input text faster and in a more intuitive way with one continuous finger motion across the screen keyboard.

At 0.39 inches (9.9mm) thin, the Captivate is the thinnest Android smartphone on the market, and it packs in a 16 GB internal memory plus 5-megapixel camera/camcorder with auto-focus and HD video recording (720p resolution). Other features include fast Wireless-N Wi-Fi networking (802.11b/g), Bluetooth 3.0 technology for hands-free devices and stereo music streaming, microSD memory expansion (for optional cards up to 16 GB in size), and just under 6 hours of talk time.

### Samsung Social Hub

Offering one-stop shopping for all your updates, the Samsung Social Hub all your social networking services, messages, personal and business e-mail, calendars and contacts. It's built around Messaging and Contacts, both of which initiate the sending and receiving of information--whether it is e-mail, instant messaging, social network updates or SMS messages. Additionally, calendar information from portal calendars, such as Google Calendar, and social networking services are displayed together in one calendar with two-way synchronization.

The familiar text messaging experience is enhanced with group messaging and "reply all" functionality for up to 10 contacts, a threaded conversations format, a consolidated inbox, and enhanced multi-media display.

### Key Features

- **Fast 3G connectivity** via AT&T's HSDPA/UMTS network (850/1900 MHz bands; 3.6/7.2 Mbps speeds with network availability).
- **Ultra-fast Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go. Connect for free using one of the over 20,000 AT&T Wi-Fi hotspots nationwide.
- **Powered by the Android operating system** (version 2.1) with deep integration of Google services and access to thousands of apps to customize your phone via the Android Market.
- **1 GHz Samsung Hummingbird processor** speeds up everything--from playing games to watching shows to opening files from work.
- **Swype input system** allows you to input text faster and easier by gliding your finger around the keyboard, moving from letter to letter in one continuous motion. The Swype technology then calculates what word you're intending to type (learn more below).
- **Samsung Social Hub provides one stop for all your updates** integrates all your social networking services, messages, personal and business e-mail, calendars and contacts.
- **4-inch Super AMOLED touchscreen display** (480 x 800 pixels, 16 million color depth) is one of the thinnest, most responsive full-featured smartphones in the industry.
- **5.0-megapixel camera/camcorder with auto-focus and HD video recording (720p)**
- **Intelligent voice processor** helps enhance voice and suppress noise for clear communications nearly anywhere. Like the human ear, the chip isolates your voice, and filters out all the unwanted background noise, for unsurpassed mobile call clarity without the noise from a busy street, loud public places, nearby conversations or even sirens going by.



*Powered by a fast 1 GHz processor, the Android 2.1 operating system, and AT&T's 7.2 Mbps 3G connectivity. Click here for a larger schematic image.*



*Capture vivid still images and videos with the 5-megapixel camera with 720p HD video recording.*

- **Multi-format digital audio player**
- **Next-generation Bluetooth 3.0 connectivity** provides faster throughput while minimizing on power requirements. It's compatible with new Bluetooth 3.0-enabled devices as well as backward compatible with older Bluetooth-enabled peripherals such as headsets and printers. It includes profiles for communication headset, hands-free car kits, and the A2DP Bluetooth profile--enabling you to wirelessly stream your music to a pair of compatible Bluetooth stereo headphones or speaker dock.
- **16 GB internal memory**
- **Memory expansion via microSD card slot** with support for optional cards up to 16 GB.
- **YouTube app** for streaming video over 3G and Wi-Fi connections.
- **Rich HTML e-mail application** seamlessly syncs your e-mail, calendar and contacts from Gmail as well as most other POP3 or IMAP e-mail services. The Gmail application provides features such as conversation view, spam filtering, search, and labels that Gmail users enjoy on their computer while offering new features such as integration with the phone's contact list. And it multitasks, so you can read a Web page while also downloading your e-mail in the background.
- **Full HTML Web browser** enables you to view more pages and enjoy better Web content delivered efficiently to your phone.
- **Instant messaging support** for Google Talk, as well as AOL, Yahoo! Messenger and Windows Live Messenger. It also supports advanced text messaging features, enabling you to easily flag, delete or move groups of messages and keep track of group conversations through threaded text messaging.
- **Text (SMS) and picture/video (MMS) messaging**
- **Google Calendar app** syncs with the Web-based version, so any event that you add to your phone will show up on the Web-based Google Calendar (and vice versa).
- **Free AT&T Address Book service** allows you to sync your contacts to an online address book, enabling you to access and manage your mobile contacts from your handset--or your PC. From the online interface, you can import contacts from other Web-based address books, such as personal e-mail accounts, as well as send text messages to your contacts' mobile numbers.

### Vital Statistics
The Samsung Captivate weighs 4.5 ounces and measures 4.18 x 2.5 x 0.39 inches. Its 1500 mAh lithium-ion battery is rated at up to 5 hours, 50 minutes of talk time, and up to 340 hours (14+ days) of standby time. It runs on the 850/900/1800/1900 MHz GSM/GPRS/EDGE frequencies as well as AT&T's dual-band 3G network (850/1900 MHz; HSDPA/UMTS).

### What's in the Box
Samsung Captivate handset, rechargeable battery, charger, wired stereo headset, USB cable, quick start guide

### AT&T Services

 **High-speed data connectivity via AT&T's 3G mobile broadband data network:** The dual-band 850/1900 MHz 3G network provides up to 3.6/7.2 Mbps of download speed, making it possible to enjoy a variety of feature-rich wireless multimedia services, and it gives you the advantage of offering simultaneous voice and data services.

In areas where the 3G network is not available, you'll continue to receive service on the AT&T EDGE network, which offers availability in more than 13,000 US cities and along some 40,000 miles of major highways. Providing average data speeds between 75-135Kbps, it's fast enough to support a wide range of advanced data services, including full picture and video messaging, high-speed color Internet access, and email on the go.

### Learn More

#### Swype Keyboard



An alternative to the Android virtual keyboard, the Swype virtual keyboard allows you to input text by swiping the finger with one continuous finger or stylus motion across the screen keyboard. Based on testing, speed and accuracy are equal to or better than the traditional keyboard-tapping method. You can activate the Swype keyboard by pressing and holding in a text field, wait for popup to appear, click Input Method, and then select Swype.

In the image to the left, the word "quick" was generated from tracing the path shown above in a fraction of a second, by roughly aiming to pass through the letters of the word. A key advantage to Swype is that there is no need to be very accurate, enabling very rapid text entry.

### Also Available for This Android Device



 **Amazon Appstore for Android**
Get a great paid app for free every day.

 **Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

 **Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

 **IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.

 **Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

 **Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

### Product Description
Part of Samsung's Galaxy S series, this high-end Android smartphone sports a huge 4-inch OLED display, fast 1 GHz processor, and 5-megapixel camera with advanced options and video capture. Other features include Bluetooth 3.0, Wi-Fi with DLNA streaming, 3.5mm audio jack, and 16 GB of built-in memory plus a memory card slot.

### Customers Who Bought This Item Also Bought



5x Samsung Captivate SGH-i897 Premium Clear LCD Screen Protector Cover Guard Film, no ...
(94)
$1.00



Body Glove 9163602 TPU Case I897 - 1 Pack - Retail Packaging - Black
(134)
$11.53



GNWE Three LCD Screen Guards / Protectors for Samsung Captivate SGH-I897
(68)
$1.62

Retractable Car Charger for Samsung Captivate (Includes OrionGadgets Cleaning Cloth)
(81)
$1.01

## Customer Reviews

(216)
3.2 out of 5 stars

| | |
|---|---|
| 5 star | 64 |
| 4 star | 43 |
| 3 star | 29 |
| 2 star | 31 |
| 1 star | 49 |

See all 216 customer reviews

" UPDATE AFTER ANDROID 2.2 USE ********************* - GPS syncs much faster, although it still needs improvement. "
MahaRex | 77 reviewers made a similar statement

" After dealing with these headaches I will never buy a Samsung product again. "
Third Wish J. Young | 45 reviewers made a similar statement

" The sensor on the phone sometimes does not work either and you end up in some random screen after making a call. "
Jade Rain | 62 reviewers made a similar statement

### Most Helpful Customer Reviews

224 of 237 people found the following review helpful

**Finally a true alternative to iphone.** July 18, 2010
By Steve Forlini

I've been holding off my upgrade for a while waiting for the next iphone (iphone4) or android to hit ATT. I went to the ATT store early this morning to finally decide between the iphone 4 and the captivate. I loved the feel of both units, but the captivate's curved body feels sleaker in the hand. While I was very impressed with crispness of the iphone screen; I powered on the captivate and I was even more blown away by the vibrance of the super AMOLED screen. I have spent all day playing around with the phone and have not noticed any sluggishness whatsoever; which was something I feared when looking through online reviews.. I mean c'mon it has the fastest processor out there. Also I read a blog that was spreading a rumor that the Galaxy S phones have a death grip like the iphone 4.. this is completely false as I live in New York where the iphone 4 has problems and have not been able to replicate the effect using multiple grips. So in conclusion I can't say that the phone is an iphone killer for sure.. but it is in my book. It all comes down to personal preferance. I have used the iphone os before and compared to the customizability of Android it comes off as old, locked-to-a-grid and bland. For your referance, I'm 20 years old; and I'm loving where ATT is going with android.

Things I've noticed:
Doesn't have computer software support yet, unless you search for the Samsung Kies software on your own. It detects my device and is compatible.

At first I thought that the USB wouldn't snuggly fit the phone but then I realized that I didn't open the sliding door all the way. But it fits perfectly fine when it is open.. my bad.

The ATT stock apps can not be deleted from the apps menu, but they can be removed from the home screens. It kind of increases the number of items in the menu by alot, but atleast some of those apps I might actually use.

Updates:
You can download full office productivity suite in the Android Marketplace for FREE. It is called "quickoffice for captivate," and it syncs with your Google docs account and dropbox. I think that it is only free for certain phones as it is named "quickoffice for captivate" on my phone, but on my friend's droid it reads just quickoffice and costs around 10 bucks.

I love using this phone for taking video, in good light of course ;). The sound quality comes through very clear as long as you don't block the mic at the bottom.

20 Comments | Was this review helpful to you?

Advertisement

### Most Recent Customer Reviews

**By far the worst phone i've ever owned**
From Nokia "bricks", to Blackberries, to HTC, i've owned a vast array of phones throughout the past decade. Read more
Published 14 days ago by victor

**Don't Buy This Model, Lots of Problems**
This is my first smartphone, and I must say that I prefer the reliability of the old brick phones. This one freezes all the time and requires the 3G to be turned on to receive... Read more
Published 2 months ago by edavidson

**Good features but too many lock ups.**
When it works, it works OK. A bit slow with an annoying amount of lag. The big problem is with lock ups. Happened twice today. I seldom go more than a week without a problem. Read more
Published 3 months ago by Mitchell Munroe

Yes | No

144 of 151 people found the following review helpful

### An amazing phone with some features you might not know about
August 1, 2010
By M. Stevens

If you're looking for a capable and versatile smartphone, then you absolutely must consider the Captivate. I think most of the other reviewers have covered the basics of how the Captivate compares to the iPhone (and beats it), so let me mention a few features that you might not know about.

1. The phone supports syncing with Exchange out of the box. Not only does it sync e-mail, but it also handles contacts and calendar. I use it for my work e-mail, and it performs flawlessly. Needless to say, you can also connect via POP3 and IMAP.
2. VPN access is also available for those who need to connect to their corporate networks.
3. The basic browser is quite capable, but if you want something else, then you can choose Dolphin Browser, Opera Mini, or Skyfire, to name a few.
4. Although MS Office documents and PDF's aren't supported out of the box, Quickoffice for Captivate and Adobe Reader are free downloads.
5. Google Navigate offers free voice-guided, turn-by-turn GPS navigation. No need to pay AT&T for their service.
6. Wi-fi access is silky smooth. To enable it, pull down the notification drawer at the top of the screen and touch the wi-fi button. Wi-fi will turn on, and if you have never connected to an available network, a list of what's available will appear. Choose the network you want, enter any required login information, and click Connect. That's it, and, from then on, the phone will automatically connect to that network if it's available.
7. I want to mention a little-known app called Google Shopper. Install it, and you'll be able to shop for books and CD's by simply starting the app and pointing the camera at them. The app scans the cover or barcode and shows you prices from online and local merchants. Much faster than having to manually look up titles while you're standing in a bookstore aisle. College students wondering how badly the campus bookstore is ripping them off on textbooks compared to other sellers will appreciate this app.
8. And I can't forget to mention the Captivate's voice recognition capabilities. You can search by voice, and, if you switch the default keyboard from Swype to standard Android, you can use voice dictation for almost anything that you can type. And while it does make mistakes, they don't happen often.
9. Google Voice is available for the Captivate, something Apple will probably never allow on the iPhone. Need separate phone numbers for work and personal use? Then Google Voice is what you're looking for.
9. And finally, if you need or want Push-to-Talk similar to the service that Nextel offers, well, there are several free apps for that. They will only connect you to other Android users running the same app, but, for a business needing to have this functionality and interested in getting several Android phones, then such a solution is worth looking at. The apps are still a little rough around the edges, but give them a little time to mature.

My point here is that, although this is one beautiful phone, it's also extremely good at handling business tasks. Yes, it handles Facebook, MySpace, and Twitter beautifully, but it will also keep you in touch with colleagues and clients as well, if not better than, any other smartphone out there.

1 Comment | Was this review helpful to you? Yes | No

87 of 93 people found the following review helpful

### Can't Find Any Better Android Device   July 18, 2010
By TechGeek

Yes Friends!! after having my hands on DroidX, Nexus One.... I would say this is the best available Android Device with 3 perspective
1. Screen Clarity
2. Great User Interface
3. Pricing

Apart from that, here are some Pros:

1. Excellent Bluetooth Connectivity
2. Moto Blur like feature is cool

### Locks Up Frequently! Not Recommended!!
I've had this phone since August of 2010. CANNOT WAIT TO UPGRADE.

I was in love with it for the first few months.
Read more
Published 4 months ago by BB

### Garbage
Alright I truly have to say that i have been disapointed with this phone. It locks all the time, it shuts off for no reason and it has been replace twice. Read more
Published 4 months ago by C. J. Paniagua

### Great phone, especially with latest firmware
My first Captivate was in the batch Samsung recalled for the power-off-after-a-full-charge issue. The second one has been great.
Read more
Published 4 months ago by Robert Tuck

### I love my Cappy!
I got my Captivate last fall, moving up from an LG Incite with Windows Mobile. The difference was like night and day! The Captivate is a very well-made, very ergonomic phone. Read more
Published 6 months ago by Nicholas Gosey

### Buyer's Beware! Nothing but problems
I really loved this phone when I first bought it. It was my first smartphone so I was very excited to be able to use the smartphone features and have all the apps. Read more
Published 6 months ago by Allie

### Not very captivated
My experince based on a Samsung Captivate (Galaxy breed) purchased at an ATT store on its release day.

Problems with GPS from day one... Read more
Published 6 months ago by A***P

### Screen is great, OK phone with some major problems
I bought this phone 3 months ago for 60$ and have been using it since. The screen and battery are probably the best part of this phone. Read more
Published 6 months ago by Blu-estLight

**Search Customer Reviews**

[       ] Go

☑ Only search this product's reviews

3. DLNA ( Which mean you connect this device to Samsung DVD player and Bingo...it integrates all the music and videos straight to the TV)
4. TV out capability is very good if not execellent
5. Phone and Speakers are astonishing ( YEAH!! No Antennae Reception issues)
6. 5MP is very good
7. Phone is even lighter than Droidx and Nexus One ( Was surprised with this result)
8. 16 GB INTERNAL STORAGE
9. 512 Mb RAM, that mean any updates more than FROYO is possible (Remember do not buy any Android device less than 512 MB).
10. 3G speed in my area came to about 2.4 Mbps, which is about .3 Mbps faster than Nexus One ( when compared simultaenously)
11. Faster Wifi

Now here are few Cons:

1. No out of market App support ( off course this affects only small community of users, and blame it on At&t here)
2. 5 MP Camera is excellent, but a Flash would have been a Bonus.
3. No Notification Light, although the LED slot is visible ( not sure if this is a defect in my phone or it is standard, I will check back with Samsung and Update the review)
4. Wait for FROYO until September 2010.
All in all, if you are confused between iPhone4 and Captivate; My first and last choice will be Captivate coz of excellent Large screen and Freedom from iTunes. 4 Inch screen make Iphone4 look like a Baby. I am just surprised that Samsung has come up with such a Beauty!! and Nokia's, RIMs are still wondering 'WHAT WILL CONSUMERS LOVE??'

2 Comments  |  Was this review helpful to you?  [ Yes ]  [ No ]


› See all 216 customer reviews (newest first)

[ Write a customer review ]

## Forums

9 customer discussions

## Look for Similar Items by Category

### Feedback
▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

### Your Recent History (What's this?)



**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon.com**

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | MYHABIT<br>Private Fashion<br>Designer Sales |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates