# EXHIBIT 91

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER | CART (0)

Search

**SHOP PRODUCTS**

**BUSINESS SOLUTIONS**

**CONNECTED LIVING**

**MY ACCOUNT**

**SUPPORT**

Home > Cell Phones >

Samsung Continuum™ i400 Android Smartphone

SCH-I400   ★★★★☆   136 REVIEWS



Tweet 42 | +1 4 | Pin it | SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Advanced dual Super AMOLED™ displays with dedicated Ticker display
- Customizable Ticker Experience (News, SNS, RSS, etc)
- Android Éclair Browser
- Advanced Widgets

Please check with an authorized Samsung retailer for price information


SHOP ▸



🖨 Print This

## Product Features   See All Features

**Advanced dual Super AMOLED™ displays with dedicated Ticker display**

The large Super AMOLED™ display gives you vivid, brilliant color with razor sharp detail for movies, viewing photos, reading and much more. The smaller AMOLED display has the sharpness that's perfect for reading small type.

**Customizable Ticker Experience (News, SNS, RSS, etc)**

You decide which type of messages you think are important enough to appear on the dedicated Ticker display. You can choose news updates, SNS messages, RSS messages, sports updates, social networking posts, just to name a few.

**Android Éclair Browser**

This advanced browsing system from Google helps give you fast internet searches and quicker connections.

**Advanced Widgets**

These keyboard shortcuts help you work faster and more efficiently – another necessity in a busy world.

## Specifications

Carrier
Verizon Wireless

Color
Mirror Black

Platform
Android 2.1, Éclair OS

Display
Display Size: 3.4"

Camera
Rear-facing Camera Resolution: 5.0 MP

See Full Specs ▸

## Owner Reviews   See All

Overall: ★★★★☆   Features: ★★★★☆   Performance: ★★★★☆   Design: ★★★★☆   Value: ★★★★☆

## "Best Android Cell in the Marketplace"

★★★★★

To start with, I have long nails, which with most touch phones, make it impossible to use. I didn't want a pull out keyboard. Just phone and that's it. I tried a number of different makes and models, including iphone. None worked for me. I read about Samsung Galaxy S, so tried it. It works great. It... Read More »

Thumba on September 08, 2011

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ▸

## Accessories   See All



**Galaxy S i400 Desktop Dock & Wall Charger**
ECR-D978BEGSTA
★★★★★ (0)
$19.99
SHOP ▸   Learn More



**Droid Charge i510 Spare Battery and Charging System**
ET-CGPK001GSTA
★★★★★ (0)
$49.99
SHOP ▸   Learn More



**Standard Battery (1500mAh)**
EB504465YZBSTD
★★★★★ (0)
$39.99
SHOP ▸   Learn More



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
★★★★★ (5)
$19.99
SHOP ▸   Learn More

       Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

