# EXHIBIT 95

**Printer - friendly**  Print this page

**Mobile News**

## Verizon Wireless Unleashes DROID Charge By SAMSUNG

**DROID CHARGE Joins Verizon Wireless' DROID family**



**BASKING RIDGE, N.J.** –Verizon Wireless and Samsung Telecommunications America (Samsung Mobile) today announced that the Droid Charge by Samsung will be available April 28 in Verizon Wireless Communications Stores and online at www.verizonwireless.com.

The Droid Charge is designed with Samsung's 4.3-inch Super AMOLED™ Plus display, setting a new touch screen standard for brightness, clarity and outdoor visibility. The Droid Charge is equipped with both a rear-facing 8 megapixel camera with LED flash and front-facing 1.3 megapixel camera for both stills and video chatting. The smartphone's 1GHz application processor and HTML 5 Web browser maximizes high-speed 4G LTE connectivity for faster downloads and graphics processing.

**Additional Features:**
• 4G LTE– customers can expect download speeds of 5 to 12 Mbps and upload speeds of 2 to 5   Mbps in 4G Mobile Broadband coverage area
• Android 2.2 platform – With support for Google Mobile Services including Gmail, YouTube™,   Google Talk, Google Search, Google Maps and access to more than 150,000 apps available to   download from Android Market™
• Adobe® Flash® Player compatible
• Mobile Hotspot capability – share 4G connection with up to 10 WiFi-enabled devices or a 3G   connection with up to 5 devices
• Samsung Media Hub – Samsung's own content service, offering a vast lineup of critically   acclaimed films and TV programs for rent or purchase
• Virtual QWERTY Keyboard featuring Swype Technology

**Pricing and data plans:**
• The Droid Charge by Samsung will be available for $299.99 with a new two-year customer   agreement.
• Droid Charge customers will need to subscribe to a Verizon Wireless Nationwide Talk plan   and a   4G LTE data package. Nationwide Talk plans begin at $39.99 monthly access.   Unlimited 4G LTE data packages start at $29.99 monthly access. Mobile hotspot feature will be   included   for a limited time at no additional charge.

**Find the DROID Charge**
Beginning April 21, anyone over the age of 18 can participate in an exclusive Droid Charge Scavenger Hunt. Follow the

online clues to find hidden locations in 16 different cities to win a Droid Charge by Samsung. For additional information about the DROID Charge scavenger hunt, visit: twitter.com/droidlanding.

**About Verizon Wireless**

Verizon Wireless operates the nation's fastest and most advanced 4G network and largest and most reliable 3G network, and serves more than 93 million customers. Headquartered in Basking Ridge, N.J., with 80,000 employees nationwide, Verizon Wireless is a joint venture of Verizon Communications (NYSE, NASDAQ: VZ) and Vodafone (LSE, NASDAQ: VOD). For more information, visit www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

**About Samsung Telecommunications America**

Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets and telecommunications products throughout North America. For more information, please visit www.samsungwireless.com.



Copyright© 2010 SAMSUNG. All rights reserved.



Print this page