# EXHIBIT 98

NEWS | ABOUT SAMSUNG  LOGIN | HELP 

Search

**SHOP PRODUCTS**  **BUSINESS SOLUTIONS**  **CONNECTED LIVING**
**MY ACCOUNT**  **SUPPORT**

Home > Cell Phones >

## Samsung Epic™ 4G Android Smartphone

Tweet 84    +1 11    Pinit 15    SHOP ▸

SPH-D700   ★★★★★ 1364 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Android 2.3 Platform
- Super AMOLED Touchscreen
- Full Suite of Entertainment On-The-Go
- Swype® Text Input Technology

Please check with an authorized Samsung retailer for price information

SHOP ▸



🖨 Print This

## Product Features   See All Features

### Android 2.3 Platform

Google Play™: 250,000 apps and rising. Here you'll find useful apps for every aspect of your life – from popular games to travel guides to financial tools., the WiFi-enabled Epic 4G gives you Gmail, YouTube, Google Maps, Google Search and other great Google Mobile apps – not to mention the rest of the Web – at a touch. Speaking of Google Search, use voice-activated search to tell the Epic 4G what you're searching for and watch it serve up results based on your location (when GPS is enabled).

### Super AMOLED™ Touchscreen

The Samsung Epic paints a bright picture for movie lovers with a spacious 4-inch Super AMOLED display. The anti-reflective, anti-smudge and anti-scratch screen delivers vivid, colorful and crystal-clear resolution for the best HD-like viewing experience – even outdoors on a bright and sunny day – for an ultra brilliant performance every time. The Super AMOLED screen also uses less power for improved battery life.

### Green guides show you the way

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SPH-D700 Epic Virtual User Guide - ENGLISH

### Full Suite of Entertainment On-The-Go

It's not just what you want in a smartphone, but on it, too. The Epic 4G is Samsung Media Hub-Ready (coming soon), so you'll be able to watch everything from art house cinema to popcorn flicks on it. Create your own masterpieces with the 5.0MP camera & camcorder with auto-focus, flash and 720p video recording. It comes with a free 16GB memory card, and can hold up to 32GB – fill 'er up with MP3s, Amazon e-books and zippy apps.

## Specifications

**Carrier**
Sprint

**Color**
Black

**Platform**
Android 2.3, Gingerbread OS

**Display**
Display Size: 4.0"

**Display**
Display Technology: Super AMOLED™

**Camera**
Rear-facing Camera Resolution: 5.0 MP

See Full Specs ▸

## The Galaxy S Epic 4G



Introducing cinema-quality entertainment in the palm of your hand.

### Your Phone, Powered by Google



The Android Mobile OS turns your phone into a powerful web browser, entertainment center, personal assistant and more.

**Learn More**

### Brighter and Better Screens With AMOLED



The screens on the Galaxy S phones are not only sharper and glare-free, but also consume less power than traditional touch screens. **See the brilliance of AMOLED.**

## Owner Reviews  See All

Overall: ★★★★☆    Features: ★★★★★    Performance: ★★★★☆    Design: ★★★★☆    Value: ★★★★☆

### "GREAT GADGET"
★★★★★

GREAT SOUND,PICTURE,AND PHONE QUALITIES. NOT THE BEST MEDIA STREAMER,AND BATTERY RUNS LOW A LOT,BUT OVERALL VERY HAPPY WITH IT,AND IT WAS A GREAT BUY! …Read More »

**TEXASROSENVA** on July 12, 2012

### "Amazing!"
★★★★★

This is one of the best phones out there. Hasn't failed me yet!…Read More »

**AndroidFan200** on June 02, 2012

### "Overall a great phone to have!"
★★★★★

When i first got the phone i wasn't to sure if i was going to keep it or not. But the more i started to browse around on it, the more i started to love it. And the reason why is because i work and go to school. And it helps me plan and stay up to date with every aspect of my life the features are wo…Read More »

**EWlovmyphone** on January 26, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW »**

## Accessories  See All






**Galaxy S d700 Desktop Dock & Wall Charger**
ECR-D982BEGSTA

★★☆☆☆ (11)
$19.99
SHOP ▸   Learn More

**Galaxy S d700 Vehicle Navigation Mount**
ECS-M982BEGSTA

★★★☆☆ (5)
$24.99
SHOP ▸   Learn More

**Galaxy Spare Battery and Charging System 1500 mAh**
ET-CHGPKNVGSTA

★★★★★ (7)
$49.99
SHOP ▸   Learn More

**Galaxy S Standard Battery (1500mAh)**
EB575152VABSTD

☆☆☆☆☆ (0)
$39.99
SHOP ▸   Learn More

---

**Man of Many Devices**
**Head in the Clouds**



Harness the power of cloud computing.

**Dazzle Your Devices**



Skin all your gear with unique designs.

**For Owners**

**Owner's Manual** — Download the PDF

**How-to Guides** — Get the most out of every feature.

**Troubleshooting** — Help with any issues, big or small.

**Warranty** — Find out what's covered.

**Visit Support page** — Get help and learn more.

**Register this Product** — Exclusive owner benefits.

---

     Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

| Who We Are | Shop | What We Make | | | | | How can we help you? |
|---|---|---|---|---|---|---|---|
| About Samsung | Shopping Cart | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support |
| Careers | Order History | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Help with Your Order | Blu-ray & | Tablets | Camcorders | All-in-One PCs | | Product recycling |

