# EXHIBIT 100

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER | CART (0)

Search

**SHOP PRODUCTS**

**BUSINESS SOLUTIONS**

**CONNECTED LIVING**

**MY ACCOUNT**

**SUPPORT**

Home > Cell Phones >

Samsung Exhibit™ 4G Android Smartphone



SHOP ▶

SGH-T759   ★★★★★ 157 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Preloaded Entertainment
- Easy to Use Interface Android™ 2.3, Gingerbread
- Front-Facing Camera and Pre-Loaded Qik for Video Chat
- Multiple Messaging

Please check with an authorized Samsung retailer for price information

SHOP ▶



 Print This

## Product Features   See All Features

**Preloaded Entertainment**

Your Samsung Exhibit™ 4G is always ready to provide you with tons of entertainment. With the pre-loaded AllShare app you can wirelessly connect and play your media on another device. The Exhibit™ 4G comes with games already pre-loaded, and you'll have instant access to Samsung Media Hub where you can buy or rent tons of movies and shows. Enjoy your favorite programs anytime with T-Mobile TV, and your favorite tunes on Slacker Radio. With T-Mobile's 4G network, you don't have to worry about stalling or buffering.

**Easy to Use Interface Android 2.3, Gingerbread**

The Exhibit™ 4G runs on the Android™ 2.3, Gingerbread operating system for the utmost in speed and efficiency. It's extremely advanced, yet also very easy to use. You can customize your screen to fit your personality, and have access to over 200,000 apps on the Google Play™. Gingerbread is perfect for optimizing Google services such as Google Voice Search, Gmail, Google Maps and more. The Exhibit™ 4G also functions as a mobile hotspot to connect other devices wirelessly to the internet, and you can also make calls with Wi-Fi when needed.

**Front-Facing Camera and Pre-Loaded Qik for Video Chat**

Now you can look each other in the eye when you talk. Video chat makes for a more robust communication experience. The Exhibit comes pre-loaded with Qik, the app that makes video chat possible between similar devices.

**Multiple Messaging**

This smartphone can send and receive messages in multiple ways. You can keep track of personal email or your work email. The Exhibit comes with SWYPE, so you can type by simply dragging one finger from letter to letter. You can send text messages, instant messages or send a photo or video. It's perfect for quick updates to Facebook (which is pre-loaded) or any of your favorite social networks.

## Specifications

**Carrier**
T-Mobile

**Color**
Black, Violet

**Platform**
Android 2.3, Gingerbread OS

**Display**
Display Size: 3.5"

**Camera**
Rear-facing Camera Resolution: 3 MP

**Camera**
Front-facing Camera Resolution: VGA

See Full Specs ▶

## Owner Reviews  See All

Overall: ★★★★☆   Features: ★★★★☆   Performance: ★★★★☆   Design: ★★★★☆   Value: ★★★★☆

**"great for the price"**
★★★★★

same processor as the galaxy s. just not as much internal memory. takes great pics and videos. very fast on the web. i love it. HUGE step up from my first android phone. the G1… Read More »

**ballsac420** on December 08, 2011

**"Maybe not top of the line but a great midrange Phone!"**
★★★★☆

The Exhibit may not have a super amoled screen at 4 inches or a dual core processor but it is a great midrange android phone with some top features. The screen has great resolution with the 3.5 inch size and pixel density. The 1ghz processor handles most apps with a breeze. All the connection types …Read More »

**Anonymous** on November 21, 2011

**"love my new phone"**
★★★★★

Phone is great. It is light weight and fun to use.…Read More »

**darlenepat** on October 15, 2011

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ▸**

## Samsung Exhibit™ 4G Overview



## Get to Know Gingerbread

Easy to use and read for apps, Google's mobile platform makes your smartphone a powerhouse. **Read up on Android 2.3.**



## Understanding Smart Phones

Phones are more powerful than ever. **Put your smartphone to work for you.**



## ESPN Next Level

## Man of Many Devices

Broaden your mobile knowledge with this insightful column by Samsung's head of mobile phone and tablet product planning. **Get the scoop on the latest trends,**



Get exclusive stats, chats, and analysis.



devices, apps and more.

## Accessories See All



**Standard Battery (1500mAh)**
EB484659VABSTD

★★★★★ (0)
$39.99
SHOP › Learn More



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD

★★★★★ (5)
$19.99
SHOP › Learn More



**Travel Charger (Micro USB)**
ATADU10JBEBSTD

★★★★★ (9)
$19.99
SHOP › Learn More



**Travel Charger (Detachable with USB to Micro USB Cable)**
ETA0U60JBEGSTA

★★★★★ (0)
$24.99
SHOP › Learn More



### Do More on the Go

The lightweight Samsung Galaxy Tab™ slips easily into a pocket or bag and 3G service from Sprint keeps you connected on the go. Access Facebook®, surf web pages with Adobe® Flash®, and enjoy thousands of apps from Google Play™.



