# EXHIBIT 101



## Top Features


### 4G capable
Browse the Web, download content, and stream media faster on T-Mobile's 4G network.


### Real web browsing
Surf the internet quickly and conveniently from your device - check out real web pages and access the information you need now.


### High Resolution Screen
Get the most out of your device and enjoy your favorite photos, games and videos even more with a high-resolution display.

## Monthly4G Plans



### Unlimited Talk, Text & High Speed Internet
Great for video and music streaming, playing online games, GPS navigation, downloading apps, and more.
**$70.00/month**

### Unlimited Talk, Text & Web (first 100 MB at up to 4G speeds)
Great for e-mails, Facebook®, GPS navigation, and Web surfing.
**$50.00/month**

See all plans ›

## Additional Features

**Calendar**
Keep track of appointments and even set reminders to make sure you're on time.

**Google Play Store**
One touch access to the Google Play Store where you can customize and personalize your device to fit your life with a variety of software applications like games, social networking and on-the-go shopping

**Personal and Work E-mail**
Send and receive messages from personal and work e-mail.

**Speaker phone**
Free up your hands for safety and convenience - speakerphone allows you to talk on your device without having to hold it

**Smartphone Mobile Hotspot Ready**
Use your device's web connection to connect laptops and other Wi-Fi enabled devices to the Internet.

**Wi-Fi Sharing**
Use your device's Web connection to connect laptops and other Wi-Fi enabled devices to the Internet.

**Video capture/playback**
Capture and play back short video clips.

**GPS with Navigation Capability**
Get your real-time location on maps, driving directions, and more.

**Memory Card Slot (microSD)**
Add more memory for multimedia files, data and more. Easily take the memory card out of your device to transfer files and data to another device.

**3 Megapixel Camera**
Take high-quality pictures from your device that you can enlarge or print.

**Swype**
Make messaging on your touch-screen device faster, easier, and more fun. With this innovative new keyboard, you simply slide your finger over the letters that make up the word you want to spell.

**1Ghz Processor**
A lightning-fast 1Ghz processor delivers the speed you want, so you can experience powerful entertainment and more right on your device.

**Bluetooth® connectivity**
Wirelessly connect your device to optional compatible hands-free accessories such as headsets and car kits.

**Address book**
The info you need to contact your contacts.

**T-Mobile® TV**
Watch live TV, news, sports, and kids' shows, and stream popular entertainment on demand with T-Mobile TV.

**Apps - Google Play Store**
With direct access to the Google Play Store you have access to all kinds of fun and useful apps to turn your device into the ultimate mobile device.

**Android 2.3 Gingerbread**
Android 2.3 (Gingerbread) - The newest version of Android Operating System.

**Wi-Fi & Mobile Calling**
Call normally, or use Wi-Fi when you don't have cellular reception.

**Front-facing Camera**
Front-facing Camera

**USB Tethering**
Use your device's data connection to access the Internet on your laptop.

**3.7" Touch Screen**
Everything your device can do is now literally at your fingertips. A high resolution touch screen gives you fast and fun access to your device's display.

**Touch Screen with On-Screen Keyboard**
Everything your device can do is now literally at your fingertips. A high resolution touch screen gives you fast and fun access to your device's display.

**Messaging [Text, Picture & Social Networking]**
Send a message or a photo to any wireless phone or e-mail address. Or stay connected using always-on social networking.

**Alarm clock**
Handy reminders help you stay on schedule.

## All Related Accessories

View  All accessories

## Overall Average Rating

 (241 reviews)

| | |
|---|---|
| Ease of Use | ▬▬▬▬▬ |
| Battery Life | ▬▬▬▬▬ |
| Features | ▬▬▬▬▬ |
| Call Quality | ▬▬▬▬▬ |

**192** out of **220** (**87%**) reviewers would recommend this product.

## T-Mobile User Reviews   Follow this product

Sort By

**Overall rating** 

**A Very Good Value**
October 4, 2012

I would recommend this to a friend!

The Samsung Galaxy Exhibit™ 4G performs very well:

**MNDoug**
from St. Paul

As a cell phone it is very clear receiving and talking. Screen is very easy to read; I like the small size and high definition screen (eg. for at google maps). Android version 2.3.6 works fine on this phone.
As with most smartphones I wish the battery life was longer; I can alway get a day useage maybe 2 days if I keep from my looking at the screen and data useage down.
There are a lot apps. preload, some are useful, the rest are bloatware which waste memory. I'm afraid to try rooting them out. But I'm also still finding a lot of useful free apps. which the SGE 4G runs very well (eg. calendar, police scanner, on/off line Bible, ShopSavvy price scanner YouTube)

**Pros:** Bright display, Inexpensive, Lightweight

**Cons:** sometime slow response, bloatware

Written by a customer while visiting Samsung 

---

Overall rating 

I would recommend this to a friend!

**Robie212002**
from Washington DC

### There are some things that I would change
October 4, 2012

First I would make the screen the same size as the Galaxy Nexus. I'm one of millions of growing older generation who's eyes are getting worse the older we get; therefore, I would like to have a screen where the font can be made larger and when I text I would like to be able to clearly see the on-screen keyboard.

**Pros:** Bright display, Lightweight

**Cons:** needs a bigger screen, needs more ram

Written by a customer while visiting Samsung 

---

Overall rating 

I would recommend this to a friend!

**Oppus1**
from Los Angeles, CA

### Great phone!
October 2, 2012

This is the first phone I have ever personally owned. All my previous phones had been provided through my job(s). My last device was a Droid Incredible II, which I used heavily on a daily basis. Since owning the Samsung, I haven't missed any feature...except the camera. (Why didn't they include zoom?) Otherwise, this is the perfect phone. For the value and overall performance this phone is great. I haven't missed my Incredible II (except for the zoom).

**Pros:** Bright display, Inexpensive, Durable, Lightweight

**Cons:** no camera zoom.

Written by a customer while visiting Samsung 

---

Overall rating 

I would recommend this to a friend!

**mrswoods4evr**
from Tucson, AZ

### Good phone, needs better camera
October 2, 2012

I love my phone. It's great, does everything I need it to. The only thing I'm not happy with, is the camera. It doesn't zoom, and the pictures often come out pixelized, when I crop them to zoom in. Other than that it's a great phone!

**Pros:** Inexpensive, Durable, Lightweight

**Cons:** no zoom on camera

Written by a customer while visiting Samsung 

1  2  3  4  5  ...  61  Next

T-Mobile is not responsible for and does not endorse the contents of any user-generated rating or review listed on T-Mobile.com. All comments, opinions, and other content in user-generated reviews are subject to our website Terms of Use and Review Guidelines. User-generated reviews, including those that originated on third-party websites (indicated by third-party's logo near review content), may discuss features, plans, or capabilities not available on T-Mobile's network.

Samsung Galaxy Exhibit 4G - No Annual Contract | Prepaid Phone Details | T-Mobile

Read all product's Questions/Answers

## Samsung Exhibit™ II 4G Prepaid Specifications

### Size and weight
Height: 4.54 inches
Width: 2.35 inches
Depth: 0.45 inches
Weight: 4.1 ounces



### Operating system
Android 2.3 Gingerbread

### Memory
Internal Memory: 4GB, 512MB RAM
External Memory: Up to 32GB MicroSD

### Display
Type: WVGA
Size: 480x800 pixels
Colors: 16 Million
Dimensions: 3.7 inches

### Connectivity
3G/4G capable
850 MHz;900 MHz;1800 MHz;1900 MHz
UMTS: Band IV (1700/2100)
UMTS: Band V (850);Band II (1900)
Bluetooth® 3.0, Power Class 1, A2DP (stereo Bluetooth), OPP (Object Push Profile)
Hearing Aid Compatiblity: M3 and T3


T-Mobile 4G
Now faster and more dependable

### Camera, photos, and video
Rear Camera: 3MP
Front Camera: VGA
LED Flash
3x digital zoom
Auto Focus
Face detection
Video recording MPEG4

### Power and battery
Removable rechargeable lithium-ion battery (1500 mAh Li-ion)
Up to 5.5 hours talk time
Up to 15 days standby time

### In the box
Battery
Charger
USB Cable



**Stay in the know.** Get email updates on the latest news and promotions ›

| Shop | SIM Card | Browse Plans | Why T-Mobile? | Support | Company | |
|---|---|---|---|---|---|---|
| All Phones | | All Plans | | Activation | About T-Mobile | Activate phone |
| Deals | | Monthly 4G | | Refill | Jobs | Refill |
| Refill Cards | | Prepaid - Pay By The Day | | Returns | Press | Cart |
| | | Prepaid - Pay As You Go | | | Deutsche Telekom | Email Updates |
| | | Additional Services | | | International | |
| | | | | | Contact Us | Check coverage |
| | | | | | | Store locator |
| | | | | | | Order status |

Samsung and Galaxy S are registered trademarks of Samsung Electronics Co., Ltd. Monthly4G plans provide access to wireless service, capable device req'd to achieve 4G speeds. Netflix unlimited streaming membership required.

$50 service value delivered as $50 refill card with device purchase.

T-Mobile's HSPA+ 4G network not available everywhere. See coverage details. Monthly4G plans provide access to wireless service; capable device required for 4G speeds.

Limited time offers; subject to change. Taxes additional. Not all plans or features available on all devices. Domestic only. **Unlimited features for direct US communications between 2 people. Monthly4G Plans:** Features available for 30 days; if sufficient balance, plans automatically renew at expiration. If balance is

Case 5:11-cv-01846-LHK   Document 2067-1   Filed 10/20/12   Page 6 of 6



