# EXHIBIT 104

Verizon Fascinate Smartphone | Samsung SCH-I500 Verizon Smartphone

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER   CART (0)

Search

SHOP PRODUCTS    BUSINESS SOLUTIONS    CONNECTED LIVING
MY ACCOUNT       SUPPORT

Home > Cell Phones >

## Samsung Fascinate™ Android Smartphone

SCH-I500    ★★★★★ 811 REVIEWS

Tweet 107 | +1 10 | Pin it 25 | SHOP ▶

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Galaxy S with Android™ 2.1 OS
- Super AMOLED touchscreen
- Instant social networking capabilities
- Faster texting with Swype®

Please check with an authorized Samsung retailer for price information

SHOP ▶



Print This

### Product Features    See All Features

**Galaxy S with Android 2.1 OS**

Do you want the whole world in your hands? How about the whole universe? Tens of thousands of apps populate Google Play™ -- everything from popular games to productivity tools to constellation maps. Powered by the latest Android platform, this phone fully integrates with Google Mobile Services. You're now at one with your Gmail account, Google Maps, YouTube videos and more.



**Super AMOLED Touchscreen**

Your world just got brighter and you don't even need shades. Experience HD-quality video recording that's clearly detailed, extraordinarily vivid and astonishingly colorful on the brilliant 4-inch Super AMOLED screen. Movies, games and websites all come to life even in broad daylight thanks to an anti-reflective screen. One of the thinnest, most responsive smartphones in the world, it also uses less power and has a longer battery life.

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SCH-i500 Fascinate Virtual User Guide – ENGLISH

## Specifications

Carrier
**Verizon Wireless**

Color
**Black**

Platform
**Android 2.1 OS**

Display
**Display Size: 4.0"**

Display
**Display Technology: Super AMOLED™**

Camera
**Rear-facing Camera Resolution: 5.0 MP**

See Full Specs ▶

# Owner Reviews  See All

Overall: ★★★★☆   Features: ★★★★☆   Performance: ★★★★☆   Design: ★★★★☆   Value: ★★★★☆

### "Samsung is Sexy"
★★★★★

The Samsung designs are sleek and modern, lightweight and durable. The products range in price so I did not have to pay a high price for something I would not really have a need for. I was able to find just what I needed for the price I could afford.…Read More »

**BOOMgoestheDynamite** on July 31, 2012

### "Overall, the Fascinate is a great phone."
★★★★☆

I received this phone as a Christmas present in 2010 (first year it was out) from my parents. It is a very good starter smartphone, and, at the time, it was a very high-end one. The experience is so much better ever since it received the Gingerbread 2.3.6 update. The camera is very nice especially s…Read More »

**ChrisK0338** on May 13, 2012

### "Great Android for a starter"
★★★★★

Easy for a beginner. Solid performer. Galaxy line is one of the best out there.…Read More »

**121GW** on February 12, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ▸**

## Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. See its superior specs.   Read the rave review.



"The Samsung Fascinate offers a gorgeous Super AMOLED touch screen, a 1GHz processor, and a great multimedia experience."

**See Full Review**



CNET Editor's Rating: ★★★★☆ Excellent

## Snappier Apps, Better Battery Life

The new Hummingbird processor means smoother games and movies, and better power consumption too.

**Learn More**

## The Galaxy S Fascinate



## ESPN Next Level

Use your Samsung mobile device to take your game to the next level with exclusive chats, stats, and analysis. **See how to step up your game.**


Introducing cinema-quality entertainment in the palm of your hand.



## Your Phone, Powered by Google

The Android Mobile OS turns your phone into a powerful web browser, entertainment center, personal assistant and more.

Learn More



## Accessories  See All



**Galaxy S i500 Desktop Dock & Wall Charger**
ECR-D985BEGSTA

★★★☆☆ (10)
$14.99

SHOP ▸   Learn More



**Galaxy S i500 Spare Battery and Charging System**
ET-CHGPKVOGSTA

★★★★☆ (2)
$49.99

SHOP ▸   Learn More



**Galaxy S i500 Standard Battery (1500mAh)**
EB575152YZBSTD

☆☆☆☆☆ (0)
$39.99

SHOP ▸   Learn More



**Galaxy S i500 Standard Battery Cover (Black)**
EBC-985SBZBSTD

☆☆☆☆☆ (0)
$9.99

SHOP ▸   Learn More

## Brighter and Better Screens with AMOLED

The screens on Galaxy S phones are not only sharper and glare-free, but also consume less power than traditional touch screens. See the brilliance of AMOLED.

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.



    

Features and specifications are subject to change without prior notification

