# EXHIBIT 105

Amazon.com: Samsung Fascinate Android Phone (Verizon Wireless): Cell Phones & Accessories

amazon

Shop by Department | Your Amazon.com | Today's Deals | Gift Cards | Help

Search | Cell Phones & Accessories ▾

Hello. Sign in Your Account | Apps | Deals

Join Prime▾ | 🛒 Cart▾ | Wish List▾

The All-New kindle fire HD

**Cell Phones & Accessories**

All Electronics   Brands   Best Sellers   Phones with Plans: AmazonWireless   No-Contract Phones   Unlocked Phones



⊕ ZOOM

See larger image and other views (with zoom)

Share your own customer images

Watch [Interactive Guide] [Flash]

**Samsung Fascinate Android Phone (Verizon Wireless)**
by Samsung
★★★☆☆ (81 customer reviews) | 👍 Like (279)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Currently unavailable.
We don't know when or if this item will be back in stock.

Add to Wish List

Sell Us Your Item
For up to a **$5.75** Gift Card
Trade in
Learn more

Share ✉ f 🐦 P

**Need Help Choosing a Cell Phone or Accessory?**

☎ Our cell phone experts are here 7 days a week from 7 a.m. to 9 p.m. CST to help you choose the right cell phone or accessory. (For assistance with **completed** orders, dial 1-866-216-1072.)

Call me  or dial **1-866-423-5351**. For reference, you are viewing item number: B0040JHXS4.

**What Other Items Do Customers Buy After Viewing This Item?**

Kindle for Android  by Amazon.com
★★★★☆ (779)
$0.00

Samsung Fascinate No Contract Cell Phone 3G Android Smartphone Verizon  by Samsung
★★★★☆ (19)
$187.99

Samsung I500 Fascinate Galaxy S Crystal Clear Screen Protector ( 3 Pack )  by Generic
★★★★☆ (83)
$0.91

Rubberized Hawaiian Flower Hard Snap On Case Cover Faceplate Protector for Verizon Samsung Galaxy S Fascinate I500.  by HM
★★★★☆ (32)
$2.32






> Explore similar items

**Technical Details**

- What's in the Box: hardset, rechargeable battery, wall/USB charger, 16 GB microSD card and quick start guide
- Up to 7 hours of talk time, up to 312 hours (13 days) of standby time; released in August, 2010
- Google mobile services: VZ Navigator and Bing Maps for directions; can be used as a 3G Mobile Hotspot for up to five Wi-Fi connected devices
- 3G-enabled, Android 2.1-powered smartphone with 4-inch Super AMOLED touchscreen display and 16 GB pre-loaded microSD card (plus 2 GB internal memory)
- 5-megapixel camera, 720p HD video recording, Wireless-N Wi-Fi networking, Bluetooth 3.0 connectivity and Swype keyboard
- 5-megapixel camera; 720p HD video recording; Wireless-N Wi-Fi networking; Bluetooth 3.0 connectivity; Swype keyboard
- What's in the Box: hardset, rechargeable battery, wall/USB charger, 16 GB microSD card, quick start guide

> See more technical details

**Product Details**

Amazon.com: Samsung Fascinate Android Phone (Verizon Wireless): Cell Phones & Accessories

**Product Dimensions:** 4.6 x 2.3 x 0.5 inches ; 4.6 ounces

**Shipping Weight:** 1 pounds

**Shipping:** Currently, item can be shipped only within the U.S.

**ASIN:** B0040JHXS4

**Item model number:** Fascinate

**Average Customer Review:** ★★★★☆ ▷ (81 customer reviews)

**Amazon Best Sellers Rank:** #57,870 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)
#96 in Cell Phones & Accessories > **Cell Phones with Service**

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Product Description

Amazon.com Product Description

The super-smart Samsung Fascinate for Verizon Wireless brings a fully integrated entertainment, messaging, and social networking experience to your mobile phone, thanks to its open and innovative Android 2.1 platform. You'll be able to zip through the Web and multitask between a bevy of apps with the Fascinate's 1 GHz processor and ultra-fast 7.2 Mbps 3G connectivity.



*Enjoy brilliant video playback and gameplay with the 4-inch Super AMOLED touchscreen display (see larger image).*

compatibility for optional cards up to 32 GB in size). Other features include a 5-megapixel camera/camcorder with auto-focus and HD video recording (720p resolution), fast Wireless-N Wi-Fi networking (802.11b/g), Bluetooth 3.0 technology for hands-free devices and stereo music streaming, and just under 6 hours of talk time.

### Samsung Social Hub

Offering one-stop shopping for all your updates, the Samsung Social Hub all your social networking services, messages, personal and business e-mail, calendars and contacts. It's built around Messaging and Contacts, both of which initiate the sending and receiving of information--whether it is e-mail, instant messaging, social network updates or SMS messages. Additionally, calendar information from portal calendars, such as Google Calendar, and social networking services are displayed together in one calendar with two-way synchronization.

The familiar text messaging experience is enhanced with group messaging and "reply all" functionality for up to 10 contacts, a threaded conversations format, a consolidated inbox, and enhanced multi-media display.

### Key Features

- **Fast 3G connectivity** thanks to the reliable Verizon Wireless EV-DO, Rev A network
- **GPS navigation capabilities via VZ Navigator service** plus Bing Maps and Google Maps (available via Android Market)
- **Ultra-fast Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go.
- **3G Mobile Hotspot capability** allows you to create a Wi-Fi hotspot using your Verizon Wireless 3G EV-DO connection, which can then be shared among up to five Wi-Fi-capable devices. The 3G Mobile Hotspot is the perfect family vacation companion, and at $20 for 2 GB and 5 cents per megabyte overage, it provides an allowance big enough for sharing with the entire family for downloading games, Internet access, and more.
- **Powered by the Android operating system** (version 2.1) with deep integration of Google services and access to thousands of apps to customize your phone via the Android Market.
- **1 GHz Samsung Hummingbird processor** speeds up everything--from playing games to watching shows to opening files from work.
- **Swype input system** allows you to input text faster and easier by gliding your finger around the keyboard, moving from letter to letter in one continuous motion. The Swype technology then calculates what word you're intending to type (learn more below).
- **Samsung Social Hub provides one stop for all your updates** integrates all your social networking services, messages, personal and business e-mail, calendars and contacts.
- **4-inch Super AMOLED touchscreen display** (480 x 800 pixels, 16 million color depth) is one of the thinnest, most responsive full-featured smartphones in the industry.
- **2 GB internal memory**
- **Pre-loaded 16 GB microSD card** with support for optional cards up to 32 GB.
- **5.0-megapixel camera** with auto-focus and LED flash.
- **HD video recording (720p)** plus easy upload to YouTube.
- **Multi-format digital audio player** compatible with MP3, WMA, and AAC/AAC+/eAAC+ formats
- **Blockbuster movie rentals and purchases**
- **DivX video playback**
- **Next-generation Bluetooth 3.0 connectivity** provides faster throughput while minimizing on power requirements. It's compatible with new Bluetooth 3.0-enabled devices as well as backward compatible with older Bluetooth-enabled peripherals such as headsets and printers. It includes profiles for communication headset, hands-free car kits, and the A2DP Bluetooth profile--enabling you to wirelessly stream your music to a pair of compatible Bluetooth stereo headphones or speaker dock.
- **YouTube app** for streaming video over 3G and Wi-Fi connections.
- **DLNA compatibility** allows you to stream media content from the phone to any other DLNA-certified device. The AllShare application enables you to play a file from your phone on another player, play a file from a server on your phone, or play a file from a server on another player via your phone.
- **Rich HTML e-mail application** seamlessly syncs your e-mail, calendar and contacts from Gmail as well as most other POP3 or IMAP e-mail services. The Gmail application provides features such as conversation view, spam filtering, search, and labels that Gmail users enjoy on their computer while offering new features such as integration with the phone's contact list. And it multitasks, so you can read a Web page while also downloading your e-mail in the background.
- **Full HTML Web browser** enables you to view more pages and enjoy better Web content delivered efficiently to your phone.
- **Instant messaging support** for Google Talk, as well as AOL, Yahoo! Messenger and Windows Live Messenger. It also supports advanced

In addition to high-speed connectivity on the fast and reliable Verizon Wireless 3G network, you can also share the built-in 3G Mobile Hotspot via Wi-Fi among five devices--laptop, another phone, MP3 player, and more (additional service charge).

The Samsung Fascinate is also compatible with the V Cast Music with Rhapsody service, which enables you to purchase songs through your phone and download them via the fast Verizon Wireless 3G EV-DO data network, and the V CAST Video on Demand service that enables you to watch full-length TV shows plus news, sports, weather, and live entertainment video clips. You'll also stay on course thanks to the VZ Navigator GPS turn-by-turn direction service. And with the optional Visual Voice Mail service, you'll be able to quickly and easily scroll through your messages and pick the ones you want to listen to.

With integrated Google technology, the Fascinate brings one-touch access to the popular Google mobile services millions use every day, including Google Search by voice, Google Maps with Street View, GTalk instant messaging (with presence capabilities), YouTube, and Picasa. The Fascinate also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets and fun games to download and install on your phone, with many more apps being added every day.

The Fascinate has a large 4-inch Super AMOLED touchscreen display that provides brighter, thinner, and higher-resolution than traditional screens. Samsung's innovative display technology makes watching movies, viewing videos and playing games come to life like never before, even in bright light and outdoor environments. And messaging is simple and easy with the Fascinate's virtual QWERTY keyboard with Swype technology, which allows you to input text faster and in a more intuitive way with one continuous finger motion across the screen keyboard.

At 0.39 inches (9.9mm) thin, the Fascinate is the thinnest Android smartphone on the market, and it packs in a 2 GB internal memory plus pre-installed 16 GB microSD card (with

*Powered by a fast 1 GHz processor, the Android 2.1 operating system, and fast Verizon Wireless 3G EV-DO data network (see larger image).*

Amazon.com: Samsung Fascinate Android Phone (Verizon Wireless): Cell Phones & Accessories



text messaging features, enabling you to easily flag, delete or move groups of messages and keep track of group conversations through threaded text messaging.

- **Text (SMS) and picture/video (MMS) messaging**
- **Google Calendar app** syncs with the Web-based version, so any event that you add to your phone will show up on the Web-based Google Calendar (and vice versa).
- **Airplane mode** allows you to listen to music while the cellular connectivity is turned off
- **3.5mm headphone jack**
- **TTY compatible**
- **Hearing Aid Compatibility = M4**

### Vital Statistics

The Samsung Fascinate weighs 4.16 ounces and measures 4.92 x 2.53 x 0.39 inches. Its lithium-ion battery is rated at up to 7 hours of talk time, and up to 312 hours (13 days) of standby time. It runs on the CDMA 800/1900 frequencies as well as EV-DO, Rev A 3G frequencies.

### What's in the Box

Samsung Fascinate handset, rechargeable battery, wall/USB charger, 16 GB microSD card, quick start guide

### Learn More

#### Swype Keyboard

An alternative to the Android virtual keyboard, the Swype virtual keyboard (seen at the right) allows you to input text by swiping the finger with one continuous finger or stylus motion across the screen keyboard. Based on testing, speed and accuracy are equal to or better than the traditional keyboard-tapping method. You can activate the Swype keyboard by pressing and holding in a text field, wait for popup to appear, click Input Method, and then select Swype.

In the image to the left, the word "this" was generated from tracing the path shown above in a fraction of a second, by roughly aiming to pass through the letters of the word. A key advantage to Swype is that there is no need to be very accurate, enabling very rapid text entry.

### Verizon Wireless Services

- **Reliable 3G Network:** With support for the EV-DO high-speed data standard, you'll enjoy fast access to the Internet and Verizon Wireless multimedia services (additional charges applicable), with average download speeds ranging from 400 to 700 Kbps and peak rates up to 2 Mbps. (Learn more about where EV-DO coverage is offered.)

- **VZ Navigator Capable:** With this GPS-enabled phone, you'll be able to access the Verizon Wireless VZ Navigator service (additional charges applicable) for voice-prompted turn-by-turn directions, heads-up alerts, local search of nearly 14 million points of interest in the US (such as landmarks, restaurants and ATMs), and detailed color maps.

- **V CAST Music with Rhapsody:** Access this exclusive digital music service for RealNetworks and for MTV Networks, which delivers unlimited monthly access to music on up to three Rhapsody-compatible mobile phones and players and online on multiple PCs and Web browsers. For a monthly fee (billed on your Verizon Wireless bill), you can load and reload your subscription songs from your PC to your V CAST Music with Rhapsody phone as often as you want, and take your music on the go.

On PCs running the Windows XP or higher operating system, you can also browse, preview, and purchase music using the V CAST Music with Rhapsody software, which is available as a free download from the V CAST Music with Rhapsody download website. Additional subscription charges applicable.

- **V CAST Video on Demand:** This optional service enables you to watch full-length TV shows plus news, sports, weather, and live entertainment video clips. It features more than 100 full-length programs from leading broadcast and cable networks, ranging from highly-rated drama and comedy series to reality programs and children's programming. V CAST Video on Demand also delivers live sporting events, including NHL hockey games and an upcoming slate of college football games

The service offers unlimited viewing of Basic Videos and the ESPN MVP channel. You can choose from 14 categories, including Entertainment, Kids, Music, Sports, Comedy, News, Pop Culture, Information, Women, Latino, Home & Leisure, Multicultural, Cutting Edge, and Hollywood. Additional subscription charges applicable.

- **Visual Voice Mail:** This innovative service enables you to delete, reply, and forward voice mail messages without having to listen to prior messages or voice instructions. Visual Voice Mail is the ideal tool for the busy mobile professional who may need to prioritize which messages he or she listens to first. Features include on-screen access to voice mail message status, save up to 40 messages for 40 days (or archive permanently), create up to 10 different caller ID-based greetings, and reply via call back, text or even voice mail.

- **Backup Assistant:** Automatically back up your mobile contacts to your online address book. If your phone is lost, stolen, or damaged, or you decide to upgrade, easily restore your saved address book to your new phone. You can also add, delete, edit, and print your contacts online and send the changes to your mobile phone.

### Also Available for This Android Device

**Amazon Appstore for Android**
Get a great paid app for free every day.

**IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.



Swype Key

A world of apps and widgets awaits.

YouTube

Bing Maps

**Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

**Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

**Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

**Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

### Product Description

Verizon Samsung Fascinate I500 MEDIUM

### Customers Who Bought This Item Also Bought



Samsung I500 Fascinate

Black Silicone Case / Skin /

Samsung Fascinate (Galaxy

TPU Skin Cover for Samsung

Premium Soft Argyle Flexi



Black Horizontal Leather

Amazon.com: Samsung Fascinate Android Phone (Verizon Wireless): Cell Phones & Accessories

| Galaxy S Crystal Clear Screen Protector ( 3 Pack | Cover, LCD Screen Guard / Protector & Car Charger for Samsung Fascinate ... | S - Verizon) Crystal Rubberized Case - Black | Fascinate i500, Argyle Smoke | TPU Gel Skin Case Cover for Samsung Fascinate, Hot Pink Checkers | Pouch For Samsung Galaxy S Fascinate Phone Case Cover with Belt Clip Magnetic ... |
|---|---|---|---|---|---|
| ★★★☆☆ (83) | ★★★☆☆ (50) | ★★★★☆ (147) | ★★★★☆ (71) | ★★★★★ (49) | ★★★★☆ (27) |
| $0.91 | $3.99 | $2.10 | $2.97 | $2.81 | $0.95 |

## Customer Reviews

★★★½☆☆ (81)
3.4 out of 5 stars

| | |
|---|---|
| 5 star | 26 |
| 4 star | 21 |
| 3 star | 8 |
| 2 star | 9 |
| 1 star | 17 |

See all 81 customer reviews

*"The phone comes with Android 2.1 OS installed, but the 2.2 Froyo update was upgraded right after the phone was powered up for the first time. "*

T. Turner | 10 reviewers made a similar statement

*"I brought it to Verizon today where they informed me that this was happening so much that I could get a new different phone for free. "*

tbngville | 10 reviewers made a similar statement

*"It takes 5–6 seconds between hitting END and the call actually ending... and most times, I have to hit the END button more than once to actually end the call. "*

Amy Kalvig | 19 reviewers made a similar statement

### Most Helpful Customer Reviews

218 of 233 people found the following review helpful

★★★★☆ **Pretty nice phone - with annoyances**   September 10, 2010

By Chris

Update: On 2/28/11 I obtained the Odin software needed to upgrade the phone to the leaked and jail broken Froyo Androidcentral forums. The procedure went exactly as described and now I have what the phone should have been delivered with. The changes aren't vast but they are significant. The biggest change is that during post-installation setup you get to choose not to use Bing and after that the search works as you would hope, with Google, even from the search button. Some applications suddenly admit they can work as widgets. It's a nice detail cleanup that the phone should originally have shipped with and seems to undo the heavy handed commercial damage Verizon did to line their pockets. No guarantees the official version will be as nice though, if it ever arrives. This may not now be the best Android phone, but they have worked out well for us. End of update.

We got two of these phones three weeks ago, since then we have found a lot that we like and a little that we really dislike. The dislikes are all things Verizon did to the software.

In the comments someone points out that it may be possible to just burn Android 2.2 on to the phone. That is rumored, but isn't something most people will do. The rumor mill says Spain will get the Froyo release in late October '10 and people are going to try using that. Verizon has also announced that they will make the Google search engine available on the official 2.2 release, however they won't be making it the search engine for other services, so when another application starts a search it will still be redirected through the Verizon search portal to Bing. So this is no real improvement over deleting the Bing boxes and installing Google from the marketplace, so their bg announcement saves you a couple of minutes whilst making no difference to the software. Another method is to rip-off the Google search elements from another Galaxy S model and install that and a third party application launcher which will then use it, but this is probably more low level messing around than most users will want to do. They shouldn't need to. If you decide to do that you need the SDK, which you can download for free, and some instructions you can find in the Android forums.

Verizon has disabled some of the functionality of Google's Android operating system and replaced it with their own shoddy software in a cynical attempt to con people in to paying them more. The Google search engine has been excised from the system and replaced with Bing, you can't remove Bing from the system and you can't replace it for some purposes. I don't want earn money for Verizon by allowing MS to show me things MS is being paid to sell me. I'd rather they pay Google to show me things they have been paid to sell me because I prefer their style. It seems a fair return to Google for providing free maps and navigation.

But anyway... as well as removing Google's search functionality they have also removed Google's GPS functionality and maps. That has been replaced by Verizon Navigator and Bing maps. Why should I pay ten bucks a month for a poor application that replaces the free one that Google built into the Android operating system? I had hoped that using Android would mean I didn't have to put up with Verizon's tinkering with the O/S. My past experience would suggest that they aren't very good at it.

Happily you can download Google apps from the ap store, but you can't re-integrate them into the phone. You also can't eliminate the bloated load of garbage that Verizon added as a revenue minefield for the unwary. If you could I'd have deleted a whole bunch of it by now, things like VCAST, VZNavigator, City ID, Skype and Blockbuster. It's not just that they are there, even though I don't use them they get started and use battery and performance; right now my phone is running voice commands, music player, video player, car cradle, bing, City ID and Skype mobile - I haven't started any of those. I might use the music and video players but the others are either entirely unwanted or just useless.

As an alternative to paying ten bucks a month for Verizon Navigator (No, really, don't do that), you can use Google which is probably the best navigation deal for the phone. Alternatively Waze is a popular and sometimes amusing collaborative GPS solution. If you are going to be off the network CoPilot looks like very good value, for $20 you get a full GPS with maps of the whole of North America. CoPilot plotted a route from San Jose CA to Vancouver BC in a couple of seconds, a Motorola TN765T costs a couple of hundred bucks and won't do that, it can't route across borders.

When you use the Samsung car cradle, which is very good, it automatically starts the car mode. Unfortunately that just offers all the pre-installed pay-per-use software and no apparent way to customize it. Surely there must be?


Advertisement
WANT THE LATEST GADGETS?
T·Mobile·
T-MOBILE CAN HELP
LEARN MORE

### Most Recent Customer Reviews

★☆☆☆☆ **Piece of electronic crap**
I have a lot of experience with the android OS as well as the iphone iOS and as much as i hate apple - would rather that then this. It constantly freezes and needs to be rebooted.
Read more
Published 1 month ago by NYer21221

★★★★★ **Due for upgraded but still Satisfied**
I am currently due for upgrade. I have viewed the latest version of this phone, looks great. but im in no rush to let my current one go(original version). It
Published 1 month ago by Angiee

★★★★★ **EXCELLENT**
sleek phone fast speeds alot of memory tons of apps big screen size naice sound good battery life recommended for everyone
Published 12 months ago by samsunglyfe

★★★★☆ **I like it**
I've had my Fascinate for 9 months now and it is my first smart phone. My decision came down to the fact that this is a lower radiation phone.

Amazon.com: Samsung Fascinate Android Phone (Verizon Wireless): Cell Phones & Accessories

Now the good stuff.

Android 2.2 Froyo may be available around October '10 for this phone, that is rumored to significantly improve performance.

This is a really fast little computer with a network connection and a phone application. The menus fly around, most of the time. Occasionally they get bogged down, no idea why, but this is a known issue and supposed to be fixed in v2.2. You can scroll through long lists with the flick of a finger. It's pretty easy to set it up to connect to wireless networks. Bonding to a Bluetooth headset was simple. The device arrives with a 16Gb MicroSD card and I expect that will keep me happy for a while.

The camera seems nice enough from the few pictures I have taken. The LED flash is years ahead of the LG Dare, it actually illuminates the image pretty well and doesn't turn it all blue. It works. The shutter is a bit slow, but I was trying to take pictures of our black cat who wouldn't sit still! Video quality is also excellent, it does a better job of compressing 720p video than my Panasonic camera.

Once Google maps was downloaded the GPS turned out to be pretty useful, if I have any further comments on that I will be back. I used it to make my 50 mile trip home, I usually use an old Garmin GPS which is pretty much accurate to the minute, Google agreed to within two minutes. For me the voice navigation was useless, but maybe it just doesn't work on deep English voices? I'll let my better half try and report back. If I had had to use the voice entry I'd still be stuck at work.

The live wallpaper is really trick, something MS tried to do years ago on Windows and caused a lot of crashing. The standard background is a sort of fake rock pool, the 'water' ripples when you touch the screen. I switched to the live map background, for now at least, it shows the local map... with traffic. Phones have certainly come a long way in the last few decades.

Loading music was fairly easy, you need to set the USB in to sync mode, but after that it will talk to Windows Media Player. Initially I tried Winamp but that doesn't work, or at least it was easier to just switch to Media Player than to experiment, so that's what I did. I dragged some albums on the the phone and then told it to sync and it did. Not as fast as loading an iPod, but fast enough. The music player on the phone isn't fantastic in the UI area, but it works. I'll certainly try something else though.

I thought I had problems using the device on a charger, but then I noticed that I had got the cable mixed up with one connected to some appalling no-name Chinese charger', swapping to the Samsung charger fixed the issue.... but something to be aware of if you plan to recycle all your old micro-USB gear for use on the new phone.

Would I do it again? Would I still buy this over the Droid X or 2? Yes. I'm not returning it tonight, but I will probably be rooting it so that I can eliminate the annoying Verizon bloatware. This reminds me of the days when MS integrated IE into Wincows, they got in to deep legal problems and I don't see how Verizon/MS removing Google functionality is different.

If you want to use this in a car I recommend you get the Samsung windshield mount and a car charger with a long enough straight cable to reach where you decide to put it. The Samsung mount is very good compared to the collection of broken generic ones I have used in the past, the only down side is that neither it nor the phone come with a suitable power supply. Verizon has the mount and there are many MicroUSB chargers on Amazon. As stated earlier you should probably avoid the no-name types and stick to a major manufacturer, I have used LG, Samsung and Motorola chargers and a USB cable connected to HP and Dell computers, so I don't think it is too choosy about chargers.

34 Comments  |  Was this review helpful to you?  [Yes]  [No]

★★★★☆ **Great phone with only trivial issues** September 11, 2010
By Robert Berry

I've had the Fascinate for a couple of days now and have been very happy with so far.

I agree that Verizon's cecision to make Bing the unchangeable default search engine was unfortunate. But after using the phone for a while, I can say that it's really a trivial issue. You can still get to Google Search easily from a Web browser if you prefer; you can still install Google Maps and Google Navigation, and when you do so, you also get Google Voice Search.

And in fact, the default Bing search works just fine. Every time I've used it, it found what I was looking for. If the search works, I don't really care whose branding is on it.

If you really want to get around the Bing issue, it isn't hard to find instructions on how to do so (you don't even have to root the phone if all you want is the Google Search widget, and Google mapped to the search key). But for the vast majority of users, I'd say this whole Bing controversy is a non-issue.

If you want an Android smartphone from Verizon, I highly recommend the Fascinate -- especially if you think the Droid Incredible is a little too small and the Droid X is a little too big, and if you don't want a hardware QWERTY keyboard. The 4" screen of the Fascinate is the perfect size, the AMOLED display is spectacular, and the phone is light and slim and feels great in the hand.

I've been pleased with the battery life, and the GPS has worked well when I've tried it. Others may say differently, but I can only report on my own experience. Do I wish Verizon had made some different decisions regarding the preloaded software? Sure, but those annoyances are minor at best. I'm very happy with this phone.

Comment  |  Was this review helpful to you?  [Yes]  [No]

★★★☆☆ **A great phone, but for the VzW bloatware** December 28, 2010
By VT

---

Read more
Published 13 months ago by Winona in Tacoma

★★★☆☆ **Pretty good phone**
This phone is by far the best phone I have ever had. That may sound great but it doesn't have to be that great to be the best on my list of phones. A flip phone was first. Read more
Published 13 months ago by Nicholas

★★★★★ **Have used for 6 months and still love it**
CONS:
- short battery life (although better since update
Android platform & deleting Adv Task Killer)
- Swype predicts some goofy words
- buttons when in swype mode.... Read more
Published 13 months ago by gf

★☆☆☆☆ **WORST PIECE OF CRAP EVER!!!!**
I HATE THIS PHONE!!!!!!!!!!!!!!!!!!!!!! it always freezing up on me im getting so sick of it...to the point were id rather not even use it so it wont freeze up!! Read more
Published 14 months ago by Michael Styler

★★☆☆☆ **Tired of trying to love it!**
I was madly in love with this phone when I first got it. The screen is GORGEOUS, the camera is phenomenal, and the internet is decently fast. But alas, I've fallen out of love. Read more
Published 14 months ago by catgrrrl

★★☆☆☆ **HATE this phone after only seven months**
Most of the people who wrote reviews about the Samsung Fascinate did so after using the phone for a few days or weeks. Read more
Published 14 months ago by Andrea

★☆☆☆☆ **Eh, yeah....If I could get a do-over on this purchase, I would so take...**
Let see...
my boyfriend had this great idea. The idea was that we'd get new phones, and since we had seen this particular one and played with it and someone recommended this... Read more
Published 14 months ago by Amy Kalvig

**Search Customer Reviews**

[                    ]  [Go]

☐ Only search this product's reviews

Amazon.com: Samsung Fascinate Android Phone (Verizon Wireless): Cell Phones & Accessories

I just helped the in-laws purchase two of these phones as their first smartphone. I myself own the original Droid, which I really really like. Well, on paper, the Fascinate is an amazing phone - one that goes toe-to-toe with the iPhone 4 and the best Android phones out there. If this is all there is, this phone is clearly a winner. But...

1. Bing search. Seriously? Bing? I specifically chose this phone because I wanted to go the Android route. VzW's ceal with Bing means that you can't uninstall this "feature" without rooting the phone first. If it was just my phone, I would've done this the minute I got the phone.

2. Verizon Navigator. WTH? VzW wants to charge a monthly fee for something inferior to Google Maps, which costs absolutely nothing. This is unadulterated corporate greed. Shame on you, Verizon.

3. Visual Voicemail. Ok, so some people might want this feature and might even pay the $2.99/mo fee to have their voicemails transcribed. But, why must VzW make this the default voicemail option and spam you EVERYTIME you check your voicemail with the offer? I don't want this and want to turn it off, PERMANENTLY.

4. Bloatware. This is where VzW is 10x worse than any other software companies out there. If this was Microsoft, people would be up in arms about it. Apparently, Verizon has already forgotten about the Department of Justice's investigation of Microsoft's bundling practices. Well, folks, VzW thought it would be helpful to clog up this phone with a ton of apps that YOU CANNOT UNINSTALL. PERIOD. This ticks me off more than anything else. If the phone came with bloatware, fine, but let the end user uninstall the apps he doesn't want. As it stands right now, there is no way to uninstall apps that came with the phone without rooting it.

5. Android 2.1. This is minor, but there's no reason why this phone shouldn't have the latest Android OS, v2.3.

All in all, I do feel bad about having recommended this phone and VzW before doing thorough research on it. The only saving grace to this experience is that the people for whom the phones were purchased are not power users. They only use a handful of apps and will likely never push the Fascinate to its limits.

Personally, next time I upgrade my phone or recommending another phone, I will have to think hard about any phone with the Verizon name on it, and about Verizon itself. (T-Mobile and Sprint, are you reading this???)

Shame on you, Verizon, for losing my trust.

5 Comments | Was this review helpful to you?   Yes    No

> See all 81 customer reviews (newest first)

Write a customer review

**Related Items**

Most Popular
Accessory Kits
Cases & Covers

Black Silicone Case / Skin / Cover, LCD Screen Guard...
★★★☆☆ (50)
$3.99
In Stock from Cbus Wireless.
Add to Cart

Hot Pink Silicone Case / Skin / Cover, LCD Screen...
★★★★☆ (22)
$3.99
In Stock from Cbus Wireless.
Add to Cart

Adjustable Car Windshield Holder Suction Mount for Samsung Galaxy S Fascinate
★★★☆☆ (22)
$6.95
Usually ships in 3 to 5 weeks from Accessory Export, LLC
Add to Cart

Samsung Fascinate (Galaxy S - Verizon) Crystal Rubberized Case - Black
★★★★☆ (147)
$2.10
In Stock from Efarcity.
Add to Cart

Premium Soft Argyle Flexi TPU Gel Skin Case Cover for...
★★★★☆ (49)
$49.99 $2.81
In Stock from Electromaster.
Add to Cart

**Forums**

7 customer discussions

**Look for Similar Items by Category**
Cell Phones & Accessories > Phones with Plans

**Feedback**
► If you need help or have a question for Customer Service, contact us.

Amazon.com: Samsung Fascinate Android Phone (Verizon Wireless): Cell Phones & Accessories

▶ Would you like to give feedback on images or tell us about a lower price?
▶ Is there any other feedback you would like to provide? Click here

**Your Recent History** (What's this?)



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

**AbeBooks**
Rare Books
& Textbooks

**Book Depository**
Books With Free
Delivery Worldwide

**Shopbop**
Designer
Fashion Brands

**AmazonLocal**
Great Local Deals
in Your City

**CreateSpace**
Indie Publishing
Made Easy

**Soap.com**
Health, Beauty &
Home Essentials

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Diapers.com**
Everything
But The Baby

**Wag.com**
Everything
For Your Pet

**AmazonWebServices**
Scalable
Cloud Services

**DPReview**
Digital
Photography

**Warehouse Deals**
Open-Box
Discounts

**AmazonWireless**
Cellphones &
Wireless Plans

**Fabric**
Sewing, Quilting
& Knitting

**Woot**
Never Gonna
Give You Up

**Askville**
Community
Answers

**IMDb**
Movies, TV
& Celebrities

**Yoyo.com**
A Happy Place
To Shop For Toys

**Audible**
Download
Audio Books

**Junglee.com**
Shop Online
in India

**Zappos**
Shoes &
Clothing

**BeautyBar.com**
Prestige Beauty
Delivered

**MYHABIT**
Private Fashion
Designer Sales

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates