# EXHIBIT 108





## " Smooth Multiplayer "

The 800MHz processor delivers accelerated performance. Satisfying your need for speed, the GALAXY Ace runs rich programs with ease. Applications start up faster, movies download quicker, and multitasking is a breeze!





## " Make the Moment Last "

The 5MP camera will always be on hand to capture the moments you want to remember. Various shooting modes such as smile shot and panorama shot make taking pictures enjoyable while hanging out with friends or traveling to new places.



## Quicktype by Swype to Type

No more punching individual buttons one at a time! With Quicktype by Swype, you just need to swipe your finger across the letters to get your message across

Galaxy Family Site



# Business to Go

Work doesn't stop at the office. ThinkFree allows you to stay on top of your game by viewing, editing, and creating Word/Excel/PPT documents from your mobile.

Home > Galaxy Ace > Overview

| Home | Galaxy Ace | Galaxy Fit | Galxy Gio | Galaxy Mini |
|---|---|---|---|---|
| | Overview | Overview | Overview | Overview |
| | Gallery | Gallery | Gallery | Gallery |
| | Tech Specs | Tech Specs | Tech Specs | Tech Specs |

All contents copyright © Samsung Electronics Co., Ltd.