# EXHIBIT 109

[Mobile version](#)
Updated  1 hour ago

[Mags](#)
[Newsletter](#)
[RSS Feeds](#)



[TechRadar](#)mobile-phones
Search the site

Search term: [            ]  Search

- [Log in](#)
- [Join](#)

- 
- 
- [Log out](#)

[Home](#)
[Reviews](#)
[Videos](#)
[Phones](#)
[Tablets](#)
[Cameras](#)
[Components](#)
[Computing](#)
[News](#)

- Trending

- 
  - [iPhone 5](#)
  - [Google Nexus 7](#)
  - [Microsoft Surface](#)
  - [iPad Mini](#)
  - [Windows 8](#)
  - [Kindle Fire HD](#)
  - [MobileCon 2012](#)

Premier partner[Samsung](#)



Home
Reviews
Phones
Mobile phones
Samsung Galaxy Ace review

- 
- 457
- 35

# Samsung Galaxy Ace review

Review
REEVOO
Specifications
Best Prices
Comments



## TechRadar rating

3.5/5

**For**

- Compatible with Google Navigation
- Decent 5MP camera
- Easy to set up webmail
- Light and feels good in the hand
- Good battery life

**Against**

- Slow internet
- Laggy and jerky response when swiping
- Social media lacking
- Low quality screen
- Pre-loaded applications that cannot be uninstalled

# Samsung Galaxy Ace review

## Is the little brother in the Galaxy range an Ace up Samsung's sleeve?

By Luke Johnson from TechRadar  March 19th
0 Comments

**Page 1 of 13**Overview, design and feel
**1.**Overview, design and feel
**2.**Interface
**3.**Contacts and calling
**4.**Messaging
**5.**Internet
**6.**Camera
**7.**Video
**8.**Media
**9.**Battery life and connectivity
**10.**Maps and apps
**11.**Hands-on gallery
**12.**Official gallery
**13.**Verdict

**UPDATED**: *With a year on the market and multiple price drops / firmware upgrades, we re-test the Samsung Galaxy Ace to see if it can still cut it as a popular smartphone.*

Once a bit player on the smartphone scene, famed more for questionable construction than standout handsets, Samsung has turned a corner in recent years, establishing itself as a genuine player on the pocket phone front and producing some of the most desirable handsets on the market.

Following on from the success of the high-end Samsung Galaxy S and Samsung Galaxy S2, the Korean tech behemoth expanded its range of intergalactic-named mobile phones, with the Samsung Galaxy Ace touching down last year as a mid-level handset.

Tasked with raising the expectations of what is possible from a wallet-friendly smartphone, the Samsung Galaxy Ace, which also flies under the flag of the Samsung GT-S5830, has since spawned a sub-series of its own, with the Samsung Galaxy Ace 2 officially unveiled ahead of MWC 2012.

Despite being formally unveiled, a Samsung Galaxy Ace 2 release date and price are yet to be confirmed, with the newly improved dual-core handset to touch down later this year.

Watch our hands-on review video of the Ace to see how it compares to the Galaxy S:

| Samsung Galaxy Ace Review Video |
| --- |

| Watch more videos like this | 01:22 |
| --- | --- |

Read our Hands on: Samsung Galaxy Ace 2 review

Lining up with a display size similar to that of the Apple iPhone 4S, the Samsung Galaxy Ace's 3.5-inch TFT screen is no match to that of its Cupertino-crafted rival, and is just one of a number of aspects that fall below the benchmark set out by the iOS-powered handset.

While a 5-megapixel rear-mounted camera lines up well alongside snappers infused within handsets generally superior and pricier than the Samsung Galaxy Ace, the handset's imaging abilities are diminished, on paper at least, by its lacklustre maximum 640 x 480p video recording capabilities.



In terms of base specs, the Samsung Galaxy Ace boasts an 800MHz single-core Qualcomm MSM7227 processor.

This is now significantly below par for the influx of 1GHz CPU mid-range smartphones and even the odd dual-core entrant. But it lines up with that of the new Motorola Motoluxe, a handset one year the Samsung Galaxy Ace's junior.



Although available for free on a variety of pay monthly tariffs with a variable collection of inclusive minutes, texts and data allowances, it's now priced at around £150 in the UK or $250 in the US on pay-as-you-go.

So the Samsung Galaxy Ace, despite its age and upcoming replacement, isn't a true budget smartphone.



Marginally cheaper than the likes of the 3.7-inch ClearBlack AMOLED display-packing, Windows Phone 7.5-powered Nokia Lumia 710, the Samsung Galaxy Ace remains in an area of the market flooded with competition such as the full QWERTY keyboard-touting BlackBerry Curve 9300 and the Android 2.3-powered, 8MP camera-hosting Sony Ericsson Xperia Ray.

Many of today's high-end smartphones are following in the footsteps of the iPhone by being made available in an eye-catching white hue a few months after the original standard black model lands.



Samsung, with the Galaxy Ace, has killed two birds with one proverbial stone by offering the device with a pair of interchangeable back panels that take us back to the days of the Nokia 3330.

While not quite matching the rest of the "onyx black" smartphone in terms of colour, aesthetics aside, the packaged black rear panel offers a more user-friendly feel in the hand than its smooth, glossed white counterpart, with the diamond-cut uneven surface offering a certain amount of grip.



Sleek, stylish and well finished to the eye, in the hand the Samsung Galaxy Ace is - despite its budget plastic construction and weight-saving efforts - a surprisingly reassuring offering, with little flex when put under pressure.

Well-constructed, the Samsung Galaxy Ace features no unsightly seams or unnerving spaces between components, but does suffer from a selection of poorly placed buttons.

 

Despite featuring just three physical buttons (home, volume and power/sleep) two-thirds of these are placed in locations that lead them to be accidentally pressed all-too frequently.

When holding the Samsung Galaxy Ace in a standard manner in the left hand, the user's thumb lies across the increase aspect of the volume controls with the index finger wrapped firmly around the sleep/power button.



In the right hand, the power control is in prime thumb real estate, with the middle finger at risk of toggling the lower half of the volume seesaw.

More of an irritant than a debilitating flaw, the lack of foresight on Samsung's part of these core design aspects is something that often leaves us on edge and forces an unnatural, unbalanced grip in order to avoid accidental presses.



Reasonably chunky up top, the Samsung Galaxy Ace has been made fatter and more top-heavy to make space for the 3.5mm audio jack and covered micro USB port at the top.



Although helping smooth out the handset's design and remove unsightly docks, the micro USB slider is stiff and fiddly, making it awkward to gain access to the port with one hand.



Standing up well to the odd knock and bump against coins and keys, the Samsung Galaxy Ace's relatively robust exterior showed little damage from everyday use during our time with it. However, thanks to its largely plastic finish, it is a handset that is likely to show its age after a few months of use.

Helping redeem the handset's controls, the Android 2.3 Gingerbread-powered device's touchscreen base Android menu and back controls are a joy to use, with a large surface area that is highly responsive and helps provide a fluid user experience.



Lining up at an uninspiring 11.5mm thick, the Samsung Galaxy Ace is considerably chunkier than the minimalist iPhone 4S, but is a mere 0.2mm thicker than the flagship HTC Sensation.

In terms of weight, the 113g heft provides a reassuring feel in the hand, but, considering the 4.3-inch Samsung Galaxy S2 is just 2g heavier, users could be forgiven for expecting a lighter handset.



Arguably the most important component of any modern smartphone that uses its touch-sensitive display as a means of control as well as for content and media absorption, the Samsung Galaxy Ace's 3.5-inch screen is an acceptable offering that fails to stand out from the crowd on any front.

With a 480 x 320p resolution and 165 pixels-per-inch image density, the Samsung Galaxy Ace's TFT capacitive touchscreen is distinctly average, with images of an acceptable but far from inspiring or eye-catching standard.



While providing a passable viewing experience for video playback, image viewing and application use, the Samsung Galaxy Ace fails to live up to the high screen standards that have come to be expected from Samsung's mobiles.

It's far from the vibrant AMOLED offerings that have landed on a selection of Samsung's high and mid-range devices in the past 18 months. Indeed, the Samsung Galaxy Ace is some distance behind the latest 720p and 1080p Full HD screen that have hit the likes of the [Samsung Galaxy Nexus](), with muted colours and a lack of pin sharp detail.



Largely bowing to user command, the Samsung Galaxy Ace's screen can, at times, be a little unresponsive, prompting a couple of firm presses before registering a desired action.

Not all doom and gloom, the Samsung smartphone's screen, combining forces with the Android OS, automatically dims itself when the handset's battery is reaching the lower end of its abilities. to further eke out the remaining juice. Meanwhile the screen's Gorilla Glass layering helps protects against scuffs and scratches.



**Page 1 of 13** Overview, design and feel

**1.** Overview, design and feel
**2.** Interface
**3.** Contacts and calling
**4.** Messaging
**5.** Internet
**6.** Camera
**7.** Video
**8.** Media
**9.** Battery life and connectivity
**10.** Maps and apps
**11.** Hands-on gallery
**12.** Official gallery
**13.** Verdict

Last
Next

# Tags

Samsung Galaxy Ace GT- S5830
3.5 inches

smarphone
budget phone
mobile phone
Android 2.2

See more mobile phones
0 Comments

-  457 26
- Tweet
- +1 35
-

Best Prices

Reevoo

POWERED BY

# Samsung Galaxy Ace

   $217.95   Go

$279.99   Go

Prices, delivery and availability at 2 retailers Go

**Read more on this subject...**

# Related news

- Android 2.2 release date: when will you get it?
- Orange Barcelona heads to UK with Android 2.2
- Hands on: Android 2.2 review

# Related reviews

- Samsung Galaxy Ace review
- HTC Incredible S review
- Acer Liquid Mini review

# In Depth

- [Android 2.2: everything you need to know](#)
- [Best phone screen: display tech explained](#)
- [20 handy Android 2.2 tips and tricks](#)

**Ads by Google**

**Apps on Google Play**
Get your favorite Android apps from your phone, tablet or web instantly
play.google.com

**Top 5 Cell Phones 2012**
Cell Phones For You. Find The Right Phones & Plans At The Right Price!
www.topscoopphones.com

**Samsung Galaxy 3 Sale**
Samsung Galaxy S3 - Upto 35% Off Deals You Wont Believe!
LowerPrices.us/Deals

Add your comment

| Type your comment here. | submit |

You need to [log in](#) or [join](#) to add comments.

Hello, you are logged in as

Not you, eh? [Log out](#), [log in as another user](#) or [join](#)

By submitting this form you agree to our [Terms of Use](#) and so are legally responsible for anything you submit. DO NOT submit anything which may violate the [Terms of Use](#) or another person\'s rights including copyrighted or offensive materials.

# 0 comments

[Add comment](#)

No comments

[Best Prices](#)

# Samsung Galaxy Ace review

$217.95     [Go](#)





$279.99    Go

Prices, delivery and availability at 2 retailers Go
See more prices



Advertisement

# TechRadar Phones

Our guide to the best new mobile phones

- **Our picks**
- iPhone 5
- Samsung Galaxy S3
- Samsung Galaxy Note 2
- Sony Xperia U
- Nokia Lumia 610
- LG Optimus L3
- Optimus 4X HD
- HTC Explorer
- Samsung Galaxy Ace 2
- iOS 6
- Android 4.1: Jelly Bean
- Best Android apps
- Best iOS apps

- **Top phone deals**
- Samsung cell phone deals
- HTC cell phone deals
- Nokia cell phone deals
- Motorola cell phone deals

Blackberry cell phone deals
- LG cell phone deals
- Compare cell phone deals
- Featured offers
- Phone accessories
- Verizon deals
- T-Mobile deals
- Sprint deals

**Plus**

1. Mobile phone reviews

1. Best phones (US)
2. iPhone 5 vs Samsung Galaxy S3

# Mobile phone reviews

RSS

Latest
Top rated
Most read

# iPhone 5 review

# 9

# Price $199



Mobile phones

# Samsung Galaxy SIII review

## 9

## Price $580 - $719



Mobile phones

# Samsung Galaxy Nexus review

## 8

## Monthly deals $10 - $190



Mobile phones

# Samsung Galaxy S2 review

## 9

## Monthly deals $5 - $100



Mobile phones

# iPhone 5 (Verizon) review

## 9

## Price $200



Mobile phones

# HTC One X review

## 9

## Price $487



Mobile phones

# iPhone 5 (AT&T) review

## 9

## Price $200



Mobile phones

**Browse our reviews by category**

All
Audio Visual
Cameras
Components
Computing
Mobile phones
Tablets
Televisions
Reviews guarantee

Advertisement



Advertisement

# Recommended in mobile phones

## 8 best Android keyboard apps reviewed and rated



Buying Guide You don't have to stick to the standard Android keyboard

# Verizon Jetpack 890L 4G LTE Mobile Hotspot review



A capable mobile hotspot that works around the world

# Behind the Lumia: How Nokia designs its phones



Exclusive Deliberately making it hard to choose between handsets

# iPhone 5 (Verizon) review



Verizon's 4G coverage is great but an unlimited plan won't be cheap

## From around the web

- [5 Reasons You Shouldn't Upgrade to the iPhone 5](#) *(LAPTOP Magazine)*
- [13 Ugliest Cell Phones Over The Past Decade](#) *(TheStreet)*
- [iPhone 5 vs. Lumia 920 vs. Galaxy S3](#) *(Web2Carz)*
- [Apple iPhone 5 vs. Samsung Galaxy S3: In-depth comparison](#) *(Digital Trends)*
- [Windows Phone Smokes Android, iPhone, But No One Wants It](#) *(CIO)*

[What's this?]

# Join us on Facebook



[Back to top](#)

# More from TechRadar

[iPad Mini](#)
[iPhone 5](#)

New iPad
iPhone 4S
Best mobile phones
Samsung Galaxy S3
Samsung Galaxy Nexus
Samsung Galaxy Note
Samsung Galaxy Ace
Kindle Fire HD review
Amazon Kindle Touch
Nikon 1 V1
Nikon 1 J1
HTC One X
Best Ultrabook
Nexus 7 review
OS X Mountain Lion
Windows 8

Search the site

Search term: [                    ]  Search

# Reviews

Browse all
Mobile phones
TVs
Tablets
Digital cameras
Laptops

## Buyer's guides

Mobile phones
TVs
Tablets
iPhone apps
Cameras
Laptops

# Videos

All videos
Mobile phones
TVs
Tablets
Cameras
Laptops

# Services

[All news](#)

[Facebook](#)

[Twitter](#)

[YouTube](#)

[Newsletter](#)

[RSS](#)

# TechRadar

[About us](#)

[Contact us](#)

[Sitemap](#)

[Accessibility](#)

# Awards

[Hitwise: UK's biggest IT Media site 2010](#)

Select region[United Kingdom](#)[United States](#)[Australia](#)

TechRadar Network

- [PC Plus](#)
- [Tap!](#)
- [PC Format](#)
- [T3](#)
- [Mac Format](#)
- [Official Windows](#)
- [Linux Format](#)
- [MacLife](#)
- [What Laptop](#)
- [MaxPC](#)

[Future Media With Passion DigitalFuture](#)

- [TechRadar](#)
- [MusicRadar](#)
- [BikeRadar](#)
- [CyclingNews](#)
- [GamesRadar](#)
- [CVG](#)
- [.net](#)
- [PCGamer](#)
- [PhotoRadar](#)

- Tap!
- Official Xbox Magazine
- Official PlayStation Magazine
- Official Nintendo Magazine
- NGamer
- PSM3
- EDGE

- Jobs
- Press & Advertising
- Privacy Policy
- Terms & Conditions
- International
- DigitalFuture

© 2006 - 2012 Future US, Inc. 4000 Shoreline Court, Suite 400, South San Francisco, California, 94080.