# EXHIBIT 110

Samsung Galaxy Prevail Android Smartphone

NEWS | ABOUT SAMSUNG                                                  LOGIN | HELP   WITH MY ORDER       CART (0)



Search

SHOP PRODUCTS         BUSINESS SOLUTIONS         CONNECTED LIVING
MY ACCOUNT            SUPPORT

Home > Cell Phones >

### Samsung Galaxy Prevail® (Boost Mobile) Android Smartphone
SPH-M820    ★★★★★ 678 REVIEWS

Tweet 42        +1  5    Pin it  1    SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- First CDMA Android Device with Boost
- Advanced GPS
- More App Choices through Google Play™
- 2.0 MP Camera

Please check with an authorized Samsung retailer for price information

SHOP ▸



🖨 Print This

## Product Features    See All Features

**First CDMA Android Device with Boost**
The Prevail is the first CDMA phone offered by Boost to also run the Android 2.3, Gingerbread Platform. It's a powerful combination to have in the palm of your hand.

**Advanced GPS**
With the Prevail in your hand, you'll always be able to find your way around town by using Google's map and navigation apps.

**More App Choices through Google Play**
The Prevail gives you access to the constantly growing list of available Android apps, which is currently over 250,000! For whatever situation you find yourself in, chances are there's an app that can make the experience richer. It's easy to download apps and games with just a stroke of the 3.2-inch touchscreen.

**2.0 MP Camera**
You'll always be ready to shoot spontaneous photos and short videos, thanks to the 2 Megapixel camera. It's perfect for quick uploads to social networking sites like Facebook and Twitter or for sending multimedia messages.

## Specifications

Carrier
**Boost Mobile**

Color
**Obsidian Black**

Platform
**Android 2.3, Gingerbread**

Display
**3.2" Display**

Camera
**2MP Camera with Video**

See Full Specs ▸

**Get to Know Gingerbread**
Easy to use and read for apps, Google's mobile platform makes your smartphone a powerhouse.

**Man of Many Devices**
### Freedom in the Cloud
From photos on Picasa to movies from Media Hub, cloud computing

**Read up on Android 2.3.**



brings the world to your mobile devices. **Get the most out of your smartphone.**



---

## Owner Reviews  *See All*

Overall: ★★★★☆    Features: ★★★★☆    Performance: ★★★★☆    Design: ★★★★☆    Value: ★★★★☆

### "This Product Continues To Amaze Me"
★★★★★

I've owned this phone now for six months and I still find this phone amazing. It is a huge step up from any flip style phone I had previously. I'm still learning about new features, and, the more I learn, the more I like. I really like Samsung and the phones they have available. The possibilities ar…*Read More »*

**vanwho** on July 06, 2012

### "I'm hooked…"
★★★★★

Just finished week 1 with the Prevail, and I'm hooked. It's speedy, reliable, just the right size, and works great. I compared dozens of Android phones before settling on this one, and it gives in my opinion the best bang for the buck in the smartphone market. Well done, Samsung.…*Read More »*

**AstroImager** on March 10, 2012

### "Galaxy Prevail Touchscreen phone"
★★★★★

I own 2 of these gems and although it has been for only a short period of time, I love it. Being a senior, I didn't know how or if I would be able to operate this new "gadget" but my Son had me up and running in a short period of time. I think the best feature I like is the spoken commands and it is…*Read More »*

**VA4MEDS** on February 26, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ▸**

---

## Accessories  *See All*



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
★★★★☆ (5)
**$19.99**
**SHOP ▸**  Learn More



**Travel Charger (Micro USB)**
ATADU10JBEBSTD
★★★★★ (9)
**$19.99**
**SHOP ▸**  Learn More



**MicroUSB Charging Data Cable**
APCBU10BBEBSTD
★★★★☆ (15)
**$19.99**
**SHOP ▸**  Learn More



**Travel Charger (Detachable with USB to Micro USB Cable)**
ETA0U60JBEGSTA
☆☆☆☆☆ (0)
**$24.99**
**SHOP ▸**  Learn More

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. Android and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

*Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

 Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

