# EXHIBIT 111

Amazon.com: Samsung Galaxy Prevail Android Smartphone (Boost Mobile): Cell Phones & Accessories

amazon

Your Amazon.com | Today's Deals | Gift Cards | Help

Shop by Department  Search  Cell Phones & Accessories

Cell Phones & Accessories   All Electronics   Brands   Best Sellers   Phones with Plans: AmazonWireless   No-Contract Phones   Unlocked Phones   Accessories   Apps   Deals

Hello. Sign in Your Account   Join Prime   Cart 0   Wish List

The All-New kindle fire HD

Samsung Galaxy Prevail Android Smartphone (Boost Mobile)
by Samsung
★★★★☆ (146 customer reviews) | Like (212)

Available from these sellers.

1 new from $220.00



See larger image and other views
See all 6 customer images
Share your own customer images

- **Boost Mobile@~Galaxy** - The **Samsung Galaxy Prevail** Has GPS & Wireless Web. Get Yours At **Boost**!   www.boostmobile.com/Prevail
- **Samsung Phones at HSN@** - Shop for Prepaid & Unlocked Phones or Accessories by **Samsung** at HSN.   www.hsn.com/
- **Samsung galaxy phone** - Buy **Samsung galaxy phone** in the Bay Area. Call 888-639-5463   www.evo2inc.com/

See a problem with these advertisements? Let us know.

**What Other Items Do Customers Buy After Viewing This Item?**

 Screen Protector Twin Pack for SAMSUNG M820 (Galaxy Prevail) by MyBat
★★★★☆ (30)
$0.98

 Samsung Galaxy Prevail (Boost Mobile) by Samsung
★★★★☆ (76)
$127.99

Soft Silicone Skin Case(Black) For SAMSUNG M820(Galaxy Prevail) by MYBAT
★★★★☆ (35)
$2.08

 Boost Samsung Galaxy Prevail M820 Accessory - Purple Heart Design Protective Hard Case Cover by DC
★★★★☆ (21)
$2.19

> **Explore similar items**

**Technical Details**
- Wireless Web
- GPS enabled
- Stereo Bluetooth capable
- 2 MP camera with video
- 3.2" touchscreen

> See more technical details

**Product Details**
Product Dimensions: 4.4 x 2.3 x 0.5 inches ; 3.8 ounces
Shipping Weight: 1.2 pounds

1 new from $220.00
See all buying options
Have one to sell? Sell on Amazon
Add to Wish List
Share

Amazon.com: Samsung Galaxy Prevail Android Smartphone (Boost Mobile): Cell Phones & Accessories

**Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.

**ASIN:** B0042ZHYUI

**Item model number:** Prevail

**Average Customer Review:** ★★★★★ ▶ (146 customer reviews)

**Amazon Best Sellers Rank:** #32,641 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)

Did we miss any relevant features for this product? Tell us what we missed.

Would you like to give feedback on images or tell us about a lower price?

## Product Description

Amazon.com Product Description

Combining the power of the Android OS and Boost Mobile's no-contract cellular service, the Samsung Galaxy Prevail smartphone is designed to provide an uncompromised Android experience while maintaining the great value of Boost's $55 Android Monthly Unlimited plan with no hidden fees and no contracts required. And you'll save money the longer you stick with Boost Mobile, with your monthly payments lowered by $5 for every six on-time payments.

The Prevail's 3.2-inch capacitive touchscreen display has awesome color and rich contrast. When you stroke your finger across it, you'll discover a fluid, responsive feel for navigating between screens. And you'll be able to capture spontaneous photos and videos on the go with the 2-megapixel camera/camcorder.

Other features include Bluetooth for hands-free devices and stereo music streaming, microSD memory expansion to 32 GB (with 2 GB card included), music player, full HTML browser, access to both personal and corporate e-mail, and up to 6.5 hours of talk time (see full specifications below).

### Android 2.2 Operating System

It runs the latest Android operating system--OS 2.2 (aka, Froyo)--which provides a faster overall Android experience as well as greater multitasking capabilities. Google Maps gives you turn-by-turn GPS directions. You'll get a Gmail email account. Google Search lets you type or speak your query. With Google Contacts, all your 'friends' info is synced to your phone.

You'll be able to receive notifications, listen to music, and even record GPS data without keeping the application open. And it offers a plethora of features, including an improved QWERTY keyboard, full push corporate e-mail, and Adobe Flash Player 10.1 for access to the full Web.

### Vital Statistics

The Samsung Galaxy Prevail weighs 3.8 ounces and measures 4.43 x 2.26 x 0.47 inches. Its 1500 mAh lithium-ion battery is rated at up to 6.5 hours of talk time. It runs on Sprint's 800/1900 CDMA/EV-DO Rev. A frequencies.

### What's in the Box

Samsung Galaxy Prevail handset, rechargeable battery, charger, 2 GB microSD card, quick start guide

### About Boost Mobile

Boost Mobile redefines value for wireless consumers with its Monthly Unlimited with Shrinkage no-contract service where the longer you stay the less you pay with on-time payments for unlimited voice, text messaging, web, e-mail, IM and calls to 411. It offers nationwide service on the Nationwide Sprint Network and Nextel National Network, reaching more than 278 million people, with no activation or long-distance fees.

Plans include:

**$55 Android Monthly Unlimited** for unlimited nationwide talk, text, web, e-mail, and 411 with no contracts on an Android powered device. Includes access to Android Market. Voicemail, long distance and call waiting included. And you'll reduce your monthly payment the longer you stay with Shrinkage.



| Text | Talk & Web | 411 & Email |
|---|---|---|
| Unlimited | Unlimited | Unlimited |

**$2 Daily Unlimited** provides all the value of Monthly Unlimited and nationwide coverage at a low daily rate. The $2 subscription charge is automatically deducted from your Boost account each day after midnight, regardless of usage, unless you cancel the subscription. Recharge at least once every 90 days to keep your account active (after 90 days any credit balance will expire).

**International Connect** provides unlimited international talk and text with family and friends around the world. It can be added to Monthly Unlimited and Android Monthly Unlimited plans for an additional $5 per month, and added to the BlackBerry Monthly Unlimited plan for $10 per month.

### Boost Shrinkage

All Monthly Unlimited plans include Shrinkage and unlimited nationwide talk, text, web, e-mail, and 411. Shrinkage reduces your payment by $5/month for every six on-time payments, up to $15/month in total. Monthly Unlimited shrinks to as low as $35/month, Android Monthly Unlimited to as low as $40/month, or $45/month for BlackBerry Monthly Unlimited.

### On-Time Payments

On-time payments are made on or before the monthly payment date. Your monthly payment date remains the same every month as long as you successfully make your monthly payment. However, if you make a late payment, your payment date will be reset to the day of the month before the date your service is restored (e.g., if your service is restored on February 15th, your monthly payment date will be reset to March 14th).

### Missed Payment

While it's best to make regular on-time payments each month, payments do not have to be consecutive. If you miss a payment you don't have to start over. The on-time payments made to the account will still be available as well as any savings milestone achieved.



See larger image.

Boost lowers your monthly payment by $5 for every 6 on-time payments ($50 Monthly Unlimited example illustrated above).

### Google Integration

- **Android Market** for browsing and downloading thousands of free and paid apps
- **Pre-loaded Android apps:** Browser, Calculator, Calendar (Google or Corporate), Camera, Clock, Contacts,

---

### Specifications

- 3.2-inch touchscreen display (480 x 320 pixels)
- Onscreen keyboard

Amazon.com: Samsung Galaxy Prevail Android Smartphone (Boost Mobile): Cell Phones & Accessories

- **Bluetooth connectivity (version ___)** includes communication headset, hands-free car kits, and A2DP audio streaming Bluetooth profiles.
- **Memory expansion** via microSD card slot with support for optional cards up to 32 GB.
- **2 GB** included microSD card
- **2-megapixel camera** with 3x digital zoom
- **Video capture capabilities**
- **Multimedia player** compatible with MP3 and AAC music formats, and MPEG4 and H.263 video formats
- **Access to Facebook and Twitter**
- **Full messaging capabilities** including SMS text, MMS picture/video and IM instant messaging
- **Web browser** with Google search and support for Adobe Flash! 10.1
- **Personal and corporate e-mail access** with support for Exchange ActiveSync accounts.
- **3.5mm headphone jack**
- **Speakerphone** for hands-free communication.
- **Hearing Aid Capable** rating M4/T4

Email, Gallery, Messaging, Music, News & Weather, Phone, Settings, Video Player, Voice Dialer, Voice Search, streaming Bluetooth, YouTube
- **Google applications:** Gmail, Google Search, Google Voice Search, Google Latitude, Google Maps, Google Places, Google Talk
- **Google Maps Navigation** with spoken turn-by-turn directions showing real-time traffic and 360° views of the destination

### Product Description
Boost Mobile BMSAMM820

## Customers Who Bought This Item Also Bought



Screen Protector Twin Pack for SAMSUNG M820 (Galaxy Prevail)
★★★★☆ (30)
$0.98

 

Soft Silicone Skin Case(Black) For SAMSUNG M820(Galaxy Prevail)
★★★★☆ (35)
$2.08

 

Boost Samsung Galaxy Prevail M820 Accessory - Purple Heart Design Protective Hard Case …
★★★★★ (21)
$2.19

 

Samsung Galaxy Prevail Charging Kit: Car Charger, House Charger and USB Charger with Free …
★★★★☆ (9)
$9.99

5-Pack EZGuardZ Boost Mobile Samsung Galaxy PREVAIL Screen Protectors (Ultra …
★★★☆☆ (45)
$5.99

Black Phone Protector Faceplate Cover(Rubberized) For SAMSUNG M820(Galaxy …
★★★★☆ (32)
$0.16

## Customer Reviews

★★★★☆ (146)
3.9 out of 5 stars

| 5 star | 66 |
| 4 star | 38 |
| 3 star | 17 |
| 2 star | 9 |
| 1 star | 16 |

See all 146 customer reviews

## Most Helpful Customer Reviews

328 of 334 people found the following review helpful

★★★★★ **A good entry Android phone**, May 21, 2011

By Javafuel

I've been using this phone for a few days now and here are the pros and cons.

PROS:
- Inexpensive
- Awesome flexible plans with no contract, you can switch between plans to fit your needs on monthly basis.
- Attractive design & compact size
- Good speed, not the slowest nor the fastest, somewhere in between (as May 2011)
- No bloatware installed, good job Boost Mobile
- Clear sound for phone calls & decent music player
- Durable, I've dropped it a couple of times from waist height in parking lot and it barely shows any dents.

Cons
- Fixed focus low res cam (2MP) no LED. It takes OK pics in a good lighting envronment, video quality is unusable. My biggest issue is that it CAN'T read standard bar code, due to it's fixed focal lens. But it reads QR code without any problem.
- CDMA network covers less area than GSM network in the US. Most of countries in the world is using GSM network, so it won't work outside of US.
- SIM card embedded, that means it can only be used on Boost Mobile network, maybe Sprint...BTW, Boost Mobile is using Sprint's network. You can't transfer contacts from your SIM card phone easily.

"*Very responsive touch screen.*"
Diana Peel | 31 reviewers made a similar statement

"*The Samsung Prevail is a credible, very functional Android 2.2 phone.*"
Arthur S. Nacht | 13 reviewers made a similar statement

"*The phone menu hung up on me 3 times for pushing the wrong button and I had to call back and start all over again.*"
The Dude | 6 reviewers made a similar statement



Advertisement

### Most Recent Customer Reviews

★★★☆☆ **Not a bad little phone for the price**
I just switched to Boost from At&t and I am so far impressed with the service. The phone it's self does what I need it to do. Read more
Published 17 days ago by Lisa's Amazon

Amazon.com: Samsung Galaxy Prevail Android Smartphone (Boost Mobile): Cell Phones & Accessories

- Screen resolution. It's not really a con, but it might be if you're used to hi end smart phones. It's the same resolution as 2gen ipod touch.
- Battery, this is an issue with all smart phones.
- Tiny Internal Memory, it is a big negative. Especially when navigation app downloads maps to its internal memory. Sometimes I have to delete some apps to make room for maps (see my 1 year update at the bottom)

Overall, I highly recommend it for causal users. Check out its coverage in your area before hand though.

Things you would need to buy, if you plan to use this phone.
- Micro SDHC, 2/3 of its internal RAM is occupied by OS and others. 2GB Micro SDHC that came with the phone is not going to be enough for most people. Make sure you get the Class 6 or above version of Micro SDHC. It makes noticeable difference in speed.
- Car charger, they're not all the same. The main difference is how much power the charger provides. If you get one that provides minimum power, then your phone won't be charging much while the phone is using GPS & 3G for navigation. Motorola Vehicle Power Adapter micro-USB Rapid Rate Charger This seems to be a good one.
- extra battery, if you're always on the phone.

Tips for new Android phone users, especially entry level phone like this one.
- Read app's permission carefully. When installing an app, it will tell you what data on your phone it is accessing. Many "free" apps are collecting info in the background, often they collect info that has nothing to do with its function.

This is not just a privacy issue, it also slows down the phone and drain its battery. If you're experiencing slow response and really bad battery issue, then it's probably because there are too many apps running in the background. These kind of apps send collected info periodically via wifi/3G, which is a major battery drainer. Get a Task Killer app, it lets you kill apps that run in the background.

A general rule, stay away from apps that is accessing data has nothing to do with its function. For example, a workout app that wants to access phone's contact list and reads phone account info. You know it's data mining your phone for marketing purpose.

Update: there is a work around for scanning bar code at book store. Google has an app called Shopper or Google Shopper. It can scan a book or CD/DVD cover from phone's camera and do a price search, an amazing app. Amazon App store gives away a pay app for free everyday, sweet!

6/28/2011: Apparently Boost Mobile's 10 cent/minute Pay as You Go plan is not available to this phone yet. But $50/month unlimited everything is still the best deal by far. Most of 4G data & phone plans from major carriers costs around $80 + tax & fees = $90/month, plus you lock in for two years. Sure, you get the latest smartphone with 4G speed for "free", but it's not free at all. Here's the math, you pay $40 more per month with other carriers' plan. So $40 x 24 months = $960, this does not include the Shrinkage discount. You have to ask yourself if 4G speed & latest smartphone is worth of $1000 more.

Lastly, government charges tax & fee when you setup automatic payment to pay Boost Mobile account (it makes no sense whatsoever, but government wants more money). To avoid that, you have to put money in your account via reboost card each month manually. Luckily, you can buy electronic reboost card from major online store. They will email you the reboost code, then you just copy and paste it to your boost mobile account via website.

9/13/2011: I've been using this phone for a few months now, and had no major issue until a couple days ago when I installed Pandora. All hell broke loose after that, the phone froze up every couple hours. The phone works fine after uninstalled Pandora. Other than that, the I'm pretty happy with it. Remember to keep it lean, the more apps you add to it, the slower it gets.

6/16/2012, the final update:
I've been using this phone over a year now. Beside Making phone call, I don't do a lot with this phone other than navigation, texting and emailig (rarely). Overall, I'm happy with this phone & service. But I'm downgrading the phone from 4 to 3.5, based on price and hardware specs.

The two biggest shortcomings are:
1. Low MP camera, low resolution with a fixed focal length makes it almost useless.
2. Internal Memory, even though I don't download and use many apps; I still need to delete some apps to make room for navigation map.

As today, there are other Android phones with better hardware specs in the price range of 120-150. In the same price range, you can get mid range Windows Phone 7 device due to lack of its popularity. I just switched from Android to Windows Phone 7 today, because I rely heavily on MS Outlook and Onenote on my PC. Plus I really don't like how Google scans every Gmail,Gtask,GCalendar...etc for marketing purpose. Not to mention GPS tracking on your Android, it's getting out of control in my opinion.

Anyways, Boots Mobile doesn't support Windows Phone 7 devices yet and I want: to stay with a prepaid service. Luckily Straight Talk wireless(a branch of Tracfone)offers BYOD (Bring Your Own Device) prepaid plan at $45.00/month. BYOD works with most of GSM phones, and the phone doesn't need to be unlocked. So your current ATT & TMobile phone would work on StraightTalk BYOD plan.

Things you need to know about StraightTalk:
1. No roaming, that means you HAVE TO change your phone number if you move to an area outside of registered area for more than a few weeks.
2. No streaming and tethering via 3G/4G. Even thought they call it Unlimited Data plan, there is a cap, most people thinks it's 2GB/month. You'll get a warning for going over it, your service will be terminated if you keep going over the limit. You will LOOSE your phone number. Read their TOA carefully.
3. In order to make all of your smart phone's functions works on BYOD plan, you need to input some phone settings. It's pretty straight forward, but might be a bit challenge for some.

---

★☆☆☆☆ **Horrible Phone...Stay Awaaaay!!**
I've officially learned after having this phone over a year now that why Apple is where they are. Within 1st few months of ownership phone alreadyg down on its started acting up.... Read more
Published 19 days ago by Eli Manning's #1 Fan

★★★★☆ **Quirky but fun**
I bought the phone because of all the droid hype. It's a good little phone, but does have some annoying quirks that I hadn't heard about the android system. Read more
Published 21 days ago by Deb from Snoho

★☆☆☆☆ **Inconveniencing.**
Maybe I got a faulty model? I have had this same cell phone in the past and had no significant issues with it. Read more
Published 24 days ago by Melanie

★★★★★ **Phone Worth the Money**
Overall, I would say this is a really good phone for the money. I have had mine now for just over 6 months and have been using the $50 unlimited plan from Boost. Read more
Published 26 days ago by Lynell P.

★☆☆☆☆ **This phone sucks!!**
I so regret buying this Samsung Galaxy phone. I was so excited because this is my first android phone for my boost mobile service. Read more
Published 1 month ago by Silvia

★★★☆☆ **An OK entry level Android, if you want no frills**
This phone is Boost Mobile's entry level Android device, it sports an 800Mhz processor and Android 2.3.5. Read more
Published 1 month ago by Chris Horry

★☆☆☆☆ **Worst smart phone I've ever owned**
I purchased the Samsung Galaxy Prevail for Boost Mobile thinking that I was getting a great deal on an Android smartphone, but I wasn't aware of how severely limited this device... Read more
Published 2 months ago by GeneticD

★★★☆☆ **Not to good**
The phone at the beginning was ok, but after a year or so, it started to act up. Now, it shuts down byitself, many times i have to reboot it in order to make phone... Read more
Published 2 months ago by Danny Hernandez

★★★★★ **Very Good Phone**
This phone appears to be great so far. Has a lot of good features. I love the syncing of email accounts and it is easy to transfer data. Would

Amazon.com: Samsung Galaxy Prevail Android Smartphone (Boost Mobile): Cell Phones & Accessories

Boost Mobile Shrinkage offers the best deal for casual users in the long run. They now have a good selection of Android phones. If you're in the market for a prepaid Windows phone, StraightTalk BYOD is the only solution for now.

Sorry if I don't reply your questions, I share what I know on this subject and don't check the comments often. It has been a pleasant experience with Boost Mobile and Android, cheers.

36 Comments | Was this review helpful to you? Yes No

169 of 171 people found the following review helpful

★★★★★ **I surprised how people are reviewing this phone!** June 21, 2011

By Doug Kampe

I've had this phone for almost 2 months and it hasn't disappointed at all. In fact, completely the opposite! It's a small phone, but I like that personally. I can't stand how big phones have gotten like the EVO. Also, I don't know what people mean "the phone is slow." What exactly are you doing? Personally, the phone works well for me. I multitask all the time: while biking I stream Pandora, track my location with MyTracks, and respond to the occasional text ALL AT THE SAME TIME. I stream music with Grooveshark in my car while navigating with GPS using Waze (awesome app btw). Never a problem! So, frankly, I'm confused what people are talking about "slow". Also, I'm on Boost's shrinkage plan so, my monthly bill is $45 per month for unlimited everything (including data). I've been on Boost for about 8 or 9 months now.

I read reviews on this phone because I find peoples' criticisms interesting. More often than not, people make one huge mistake: comparing it to a high-end phone like the iPhone, EVO, Nexus, etc. Look, it's not one of those, and if you want a top of the line phone, stop comparing this phone to those. No, it doesn't have the Hummingbird processor. No, it doesn't have a 4.3 AMOLED screen. Personally, I don't care about those things because they are too expensive, and if I get a phone that has those things, I'm locked into a 2 year contract for 3 or 4 times the monthly cost. If having a little better spec'd phone is important to you, go for the top of the liners! However, I'm techie, middle class guy that wants as much as I can get for as little as I can get it. The combination of this phone running Android 2.2.2 (I just got an update so that may be higher), and Boost's unlimited plan with shrinkage (eventually $35 per month) fits the bill perfectly for me.

Also, there are lesser "entry level" Android phones out there. Sprint's Zeo is far far inferior to this phone and the screen isn't double touch. The Prevail's is. Boost uses Sprint's CDMA towers with this phone, so I am never without service. You have to get into extremely remote places to lose reception, and those places will most likely be void of any cell coverage no matter the monthly cost barring satellite phones. Finally, maybe I'm lucky, but I just haven't experienced the shutting down and freezing problems others have. Sometimes ths is a poorly designed app, NOT the phone or operating system. I've pulled the battery maybe 2 or 3 times total. I'll end this with a little math lesson.

Let's compare Verizon VS Sprint VS at&t VS Boost. So, the first 3 have smart phones from $0 to $300 with a 2 year contract. The Prevail is MSRP at $180, so to make an apples to apples argument, let's standardize the phone to $165. I'm doing this because you can find the prevail cheaper or more expensive. UNLIMITED contract's with the big 3 companies range from 69 per month (SPRINT) to $120 per month (Verizon/at&t), so let's just say $95 per month on average. I should note, Sprint's plan is really good, unless you have family and friends overseas. You will incur international charges for INBOUND (received) calls on the $69 per month plan. I have family overseas and Boost does not do this, which is weird because they are owned by Sprint. So, here's the math.

Big 3=phone+(# of months * monthly cost)=
165+(95*24) = $2445 cver 2 years.
Boost=Phone+(6 months * $50/mo)+(6 months * $45/mo)+(6 months * $40/mo)+(6 months * $35/mo)=
165 + (300) + (270) + (240) + (210) = $1185 over 2 years.

THAT'S A DIFFERENCE OF $1260 OVER TWO YEARS!!! Think about how hard $1260 is to make for the average person (me). So, if the top of the line phone is important enough for you, then that's great and you should do it. However, like I said in another review, personally, I'd rather take a trip to Europe, and for $1260 I am getting airfare to do exactly that!

9 Comments | Was this review helpful to you? Yes No

118 of 122 people found the following review helpful

★★★★☆ **Good Phone, great deal** May 24, 2011

By E. Walker

I've had this phone for a couple weeks. It is my first smartphone, so I'm no expert and I don't expect a lot.
Overall I'm pretty pleased. The $50 a month unlimited plan from Boost is a great deal. The web speed is decent and you can view web pages fairly easily. It has an email app that allows you to collect POP email, which is handy

CONS:
The keyboard - This is a big one. It is near impossible to type on the on screen keyboard. I've ordered a stylus to type. I have fairly nimble fingers, and every fourth letter I type results in the adjacent letter appearing. There is some kind of "swype" application that might help. If you send a lot of text messages, this probably is not the phone for you… or at least you should try it.
The battery - seems like it lasts one day or maybe three hours if you're using it
No flash support

PROS:
The price
the size - it is thin and small, but this also means a small screen
It is android and there are lots of apps out there, or you could write your own.
You can put a 32GB card in this and use it like an mp3 player
it comes with a GPS app that has traffic - but I haven't tried it yet

recommend this purchase.
Published 2 months ago by tuggersjduster33

**Search Customer Reviews**

[    ] Go

☐ Only search this product's reviews

Amazon.com: Samsung Galaxy Prevail Android Smartphone (Boost Mobile): Cell Phones & Accessories

The screen changes orientation if you move the phone

UPDATE:

I've had this phone for a year now, and generally I'm pretty happy with it. It really does change your life to get a smartphone-- they're little computers. I've found so many useful apps, and it is really great not to have to count phone minutes OR data volume. I will never go back to limited minutes or data limits. I listen to internet radio for long drives, download recorded books from the public library, check email and many more more little things... iPhone users don't dare do all that with their data limits.

I've gotten used to the screen size. The battery lasts a bit longer since the last upgrade, but it helps to have spare batteries and a car charger. The flash/youtube issue seems to have been fixed by one of the upgrades. I bought a 32GB memory card, and now use the phone as my mp3 player.

Boost's service has been just fine-- good enough coverage, reliable voicemail, no screw-ups with the account. Because I've paid on time, it is only $40 a month.

12 Comments  |  Was this review helpful to you?  Yes   No

> **See all 146 customer reviews (newest first)**

Write a customer review

**Related Items**

Most Popular
Cases & Covers
Screen Protectors
Chargers
Accessory Kits



Soft Silicone Skin Case(Black) For SAMSUNG M820(Galaxy Prevail)
★★★★☆ (35)
**$2.08**
In Stock from Crazy-Store(ship from Hongkong).

Add to Cart



Boost Samsung Galaxy Prevail M820 Accessory - Purple Heart Design...
★★★★☆ (21)
**$2.19**
In Stock from Warm Mart-- Ship From Hong Kong.

Add to Cart



Black Phone Protector Faceplate Cover(Rubberized) For SAMSUNG M820(Galaxy...
★★★★☆ (32)
**$0.16**
In Stock from Importer520 ( Fast ship from USA ).

Add to Cart



Screen Protector Twin Pack for SAMSUNG M820 (Galaxy Prevail)
★★★☆☆ (30)
**$0.98**
In Stock from LowerPriceUSA.

Add to Cart



5-Pack EZGuardZ Boost Mobile Samsung Galaxy PREVAIL Screen Protectors (Ultra...
★★★☆☆ (45)
$11.99 **$5.99**
In Stock from Prestige Solutions.

Add to Cart

**Forums**

6 customer discussions

**eGift This Item** (what's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.

Get Started

Thought you might like this...

**Look for Similar Items by Category**

Cell Phones & Accessories > No-Contract Phones & Devices > Phones

**Feedback**

▲ If you need help or have a question for Customer Service, **contact us**.
▲ Would you like to **give feedback on images** or **tell us about a lower price**?
▲ Is there any other feedback you would like to provide? **Click here**

**Your Recent History** (What's this?)

Amazon.com: Samsung Galaxy Prevail Android Smartphone (Boost Mobile): Cell Phones & Accessories

Loading

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

### Make Money with Us
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

**AbeBooks** Rare Books & Textbooks
**AmazonLocal** Great Local Deals in Your City
**AmazonSupply** Business, Industrial & Scientific Supplies
**Askville** Community Answers
**Audible** Download Audio Books
**BeautyBar.com** Prestige Beauty Delivered

**Book Depository** Books With Free Delivery Worldwide
**CreateSpace** Indie Publishing Made Easy
**Diapers.com** Everything But The Baby
**DPReview** Digital Photography
**Fabric** Sewing, Quilting & Knitting
**IMDb** Movies, TV & Celebrities
**Junglee.com** Shop Online in India
**MYHABIT** Private Fashion Designer Sales

**Shopbop** Designer Fashion Brands
**Soap.com** Health, Beauty & Home Essentials
**Wag.com** Everything For Your Pet
**Warehouse Deals** Open-Box Discounts
**Woot** Never Gonna Give You Up
**Yoyo.com** A Happy Place To Shop For Toys
**Zappos** Shoes & Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates