# EXHIBIT 114



TIME | MAGAZINE | PHOTOS | VIDEOS | LISTS | LIFE.COM | STYLE | TOPICS | SUBSCRIBE           Follow TIME

NewsFeed | U.S. | Politics | World | Business | Money | Tech | Health | Science | Entertainment | Opinion

# TIME Specials

200YEARS citi

SEARCH TIME.COM

Main | TIME 100 | Person of the Year | Worst Cars | Beyond 9/11 | Top 10 | All-TIME 100

# The Top 10 Everything of 2010

*In 50 wide-ranging lists, TIME surveys the highs and lows, the good and the bad, of the past 12 months*

Select a Section | Story | All Best and Worst Lists

**Top 10 Gadgets**

## 2. Samsung Galaxy S

By **DOUG AAMOTH**   Thursday, Dec. 09, 2010

BACK   NEXT

142 of 500 | View All



In phones, 2010 was the year of the Android. Google's mobile software was installed on slightly more than 9 million smart phones in the third quarter of 2010, according to research firm Canalys. That means 44% of all new smart phones run on Android, up from about 5% a year ago. Among those Android phones, one of the best to be released in 2010 was the Samsung Galaxy S. Unlike the iPhone, the Galaxy S works with a number of carriers and comes in a number of models. The phone's best feature is its screen: it's astonishingly bright, even in daylight. It also is thinner and consumes less power than traditional LCDs, reducing the Galaxy's overall weight and thickness.

**Price:** $200 to $250, plus service.

PRINT | EMAIL | SHARE

Tweet

View the full list for "The Top 10 Everything of 2010"