# EXHIBIT 115





# Samsung Galaxy S GT-I9000 Android 2.1 smartphone announced

**Chris Davies**, Mar 23rd 2010   Discuss [22]   +1 1   Tweet 2   Like 101



Worth Reading?
+330 [376 votes]

Samsung have announced their latest Android smartphone, the Galaxy S, and it's running Android 2.1. The Galaxy S GT-I9000 has a 4-inch Super AMOLED display running at WVGA 800 x 480 resolution, together with a 5-megapixel autofocus camera, 1GHz processor and the company's own custom UI and "social hub" for integrating social networking functionality.



REVIEWS
- iPod touch unboxing & first-impressions (late 2012)
- Samsung Galaxy Note II Review
- iPhone 5 Review
- Huawei Ascend D1 quad XL Review
- Lenovo IdeaTab A2109 Review
- Acer TravelMate P243 notebook Review
- HP ENVY Spectre XT Ultrabook Review

More Reviews »



There's also A-GPS, Bluetooth 3.0, USB 2.0 and WiFi b/g/n, while onboard storage will be either 8GB or 16GB. That can be expanded courtesy of a microSD card slot happy with up to 32GB cards. Connectivity includes quadband GSM and triband (900/1900/2100) UMTS/HSPA.

All in all it's a particularly well-specified device, and Samsung are obviously looking to take on the Sony Ericsson XPERIA X10 and the Google Nexus One with this new flagship. Preloaded apps will include Swype, Layar, a DLNA streaming app and the ThinkFree Office viewer. No word on when it might hit the market, however, beyond "sometime this year".

  

  

[via Android Community]

**Press Release:**

"

**Samsung Welcomes You to the "Smart Life" with the Global Launch of the Galaxy S**

Powered by 4-inch Super AMOLED and the latest version of Android™, Galaxy S brings rich technology and enhanced mobile experience

LAS VEGAS, March 23, 2010 – Samsung Electronics Co. Ltd., a leading mobile phone provider, today introduced the Galaxy S (Model: GT-I9000), a smartphone that makes users' lives more convenient, more exciting, and more integrated. JK Shin, president and



### COLUMNS

**When Does A TV Get Too Big?**
Don Reisinger

**Why every Apple news byte seems to matter so much**
Chris Burns

**Samsung just dropped the mobile ball**
Chris Burns

**Galaxy S III Mini indicates Samsung's hero strategy works**
Chris Burns

**AT&T's team up with IBM is exactly the jolt "the cloud" needs**
Chris Burns

More Columns »

### LATEST STORIES

**Windows 8 copies on sale at Walmart** 

**Nintendo Wii U GamePad delay only 1/60 of a second** 

**Huawei Ascend D1 quad XL**

head of Samsung Electronics' Mobile Communications Business announced the global launch of the Galaxy S at his keynote speech at the International CTIA Wireless 2010. The Galaxy S will be available in Europe, North America, Latin America, Australia, and Asia soon.

The Android-powered Galaxy S incorporates a 4-inch Super AMOLED screen and a 1 GHz application processor that enables vibrant HD videos, rich augmented reality content through Layar Reality Browser, and advanced LBS (Location Based Services). The 'Social Hub' provides always-on social networks connectivity allowing users to enjoy communications with their friends, colleagues, and families whenever they want and wherever they are.

The Galaxy S is designed to provide immersive, intelligent and integrated experiences, with the power to enrich people's lives through best-in-class services and technologies. The Galaxy S will allow users around the world to experience the "Smart Life," which Samsung anticipates will shift the way that consumers view smartphones and how they interact with them in their daily lives.

The Galaxy S immerses users in a world of rich multimedia. The large 4-inch Super AMOLED display delivers unrivalled screen quality, with less reflection, free viewing angles and super-fast touch-response. The mDNIe (mobile Digital Natural Image engine) – a technology used in Samsung's best-selling LCD and LED TVs – boosts an even sharper and crisper viewing experience for photos, videos, and e-books. It creates a perfect environment to record, edit and play HD video, to browse the Internet, and to read your favorite e-books. A variety of applications from Android Market™ allows users to even more extend the benefits and excitement of smartphone experience. Plus, users have access to Google™ mobile services, such as Google Search™, Gmail™, and Google Maps™.

Living a "Smart Life" requires intelligence, and the Galaxy S delivers just that by utilizing personal preferences to gather information online that each user needs and wants. With a user-defined daily briefing, lightning-fast processing speeds and location-based search options like Layar Reality Browser – the Galaxy S gives users the information they need wherever and whenever needed. The Galaxy S represents the next level of intelligence in smartphones.

The Galaxy S integrates every aspect of life in a smart and sophisticated way. In addition to wireless integration with a variety of other devices, such as notebooks, TVs and cameras, the highly advanced Social Hub plugs users quickly and conveniently into their complete world of social networking and email.

"The Android-powered Galaxy S will set a new standard for smartphones," said JK Shin, president and head of Mobile Communications Business. "The Galaxy S is the perfect device for people in all corners of the world who want that extra edge; to be more effective, productive, better connected, and in tune with their smart life – both personal and professional – all in a very easy and simple way."

Other Key Features

• Daily Briefing: Offers instant access to weather, news, stocks, and the scheduler.
• All Share: Enables inter-device connectivity via DLNA (Digtal Living Network Alliance) technology.
• Home Cradle: Enables use as a digital photo frame, table clock, calendar, and music station.
• Write and go: Jot down an idea first and later decide on a format such as SMS/ MMS, email, calendar or memo.
• Swype: Provides fast and easy way to input text on screen while on-the-move.












• ThinkFree: Apps to view and edit Microsoft Office 2007 documents.
• Smart Alarm: Wakes up with a natural alarm sound and automatically turned-on display light.

The Galaxy S is exhibited at The International CTIA Wireless at booth # 1023.

Note to Editors:
JK Shin, Keynote Speech "Future of the Smartphone is NOW"

At Samsung's CTIA keynote address this morning, JK Shin unveiled the Galaxy S and discussed the company's vision for 'Democratization of Smartphone'. With an increasingly challenging and dynamic market environment, Samsung is continuing to innovate to stay ahead, looking to smartphones as the core of its strategy. According to industry estimates, global sales of smartphones will double by 2013 and account for one-fourth of all handset sales. With first-time buyers driving half of global sales, it's clear that the appeal of smartphones is no longer limited to early adopters or even to advanced economies.

JK Shin announced Samsung's vision "to advance the democratization of the smartphone" and "to make smartphones available for everyone, regardless of cost, need, lifestyle or geographic location." This strategy points to Samsung's commitment to deliver devices, applications and services that are relevant for every lifestyle and to empower users around the globe with access to the information and connections that produce valuable user experiences. Mr. Shin also introduced the Smart Life concept and said, "Smart Life is delivering a smartphone experience that is simple, organized and integrated. And Smart Life is flexible and versatile, allowing smartphone users to customize their user experience to fit their own needs." Based on feedback from U.S. consumers, this philosophy embodies Samsung's drive to build a new class of smartphones that will maximize user experiences.

### See all videos »

### RECENT COMMENTS

 **DroidzFX** I am using Win8 now in a corporate...
Windows 8 getting underwhelming response from vendors · 12 minutes ago

 **Steve Jobs** No sh-t
Nexus 7 claimed to be best-selling Android tablet ever · 17 minutes ago

 **Sanjeev** From the article: "Now they're paying...
Why You Shouldn't Preorder the Wii U Yet · 17 minutes ago

 **Devil Anse** Halloween is coming! watch out!
Nexus 7 claimed to be best-selling Android tablet ever · 19 minutes ago

 **Jimmer** $60 is hardly a gift for a game with...
Halo 4 pirates feel the wrath of Microsoft's banhammer · 23 minutes ago

**Apps on Google Play**
Get your favorite Android apps from your phone, tablet or web instantly
play.google.com
AdChoices

**POPULAR STORIES TODAY:**

Red Bull Stratos supersonic skydive live: Felix is falling!

Best Buy announces the 9.7-inch Insignia Flex Android tablet

Xbox Music flaws surface: Old Windows abandoned plus listening limits

Red Bull Stratos supersonic dive is go! Watch it here...

Tags:
3G, AMOLED, Android, Bluetooth, Bluetooth 3.0, CTIA 2010, GPS, phone, Samsung, Samsung Galaxy S, smartphone, wifi

SUBSCRIBE VIA RSS OR EMAIL | READ 121,917 TIMES

http://www.slashgear.com/samsung-galaxy-s-gt-i9000-android-2-1-smartphone-announced-2378775/[10/15/2012 1:55:49 PM]

## MUST READ BITS & BYTES


Apple gives Samsung the chip chop


Microsoft Xbox Music takes on Spotify and iTunes Cloud


Red Bull Stratos supersonic dive is go! Watch it here...


Red Bull Stratos supersonic skydive live: Felix is falling!


LG Nexus Prototype detailed in full


MORE MUST READ BITS & BYTES »

**22 comments**  ★ 6 Stars

Discussion ▾ | Community |


**Fadzil Lily Dania** · a year ago
samsung s GT-I9000 best......

6 / ⋮ ★ · Reply · Share ›


**ikmet** · 2 years ago
I HAVE FORGETEN THE CODE OF MY SAMSUNG GALAXY S AND TO UNLOCK SIGN IN WITH YOUR GOOGLE ACCOUNT AND I DONT HAVE THATE ACCOUNT!!!
WHAT SHUD I DO NOW ,CAN SAMEBADY HELP ME ?

5 / ⋮ ★ · Reply · Share ›


**Justdoit Nikeair** · a year ago
i have reset my GT-I9000 and again turned on but i lost my signal. Anyone can advise me on how to fix it. thanks.....

2 / ⋮ ★ · Reply · Share ›


**krishnasoni** · 2 years ago
Dear Sir ,

Can i no the price of This phone { GT I9000 }

Sincerely,

krishna soni

2 / ⋮ ★ · Reply · Share ›


**Samoon** · 2 years ago



Dear Sir ,

Can i no the price of This phone { GT I9000 }

Sincerely,

Z A Samoon

2 / : * · Reply · Share ›

---



markill · 2 years ago

My friend bought a Samsung Captivate SGH-i897 Black 32GB Unlocked in lsat week.Now,he want to use his Samsung mobile phones to exchange my iphone 4 factory unlocked mc603b/a.I don't know whether I exchange it?

2 / : * · Reply · Share ›

---



Jaifar · 2 years ago

is there a citrix client for Samsung Galaxy S GT-I9000 Android?

2 / : * · Reply · Share ›

---



Dnannyd · 2 years ago

Can you tell me is there a app to scane bar codes?

1 / : * · Reply · Share ›

---



aleem · 2 years ago

i want to know how to fixed by hand this mobil to work on the internet

1 / : * · Reply · Share ›

---



Lucio Margaretha · 2 years ago

Dear Sir,

I will purchase a Samsung Galaxy s GT-i9000.

Can you mail me the latest products Price, the shipping cost to Curacao and an order form, so that I can complete the order form and mail it back to you for the purchasing?

Why not enclose an order form for people who will purchase the Samsung Galaxy s GT-i9000?

Sincerely,

Lucio Margaretha
Fax: 599 9 737 9569
E-mail: lbmargaretha@yahoo.com

1 / : * · Reply · Share ›

---



gurpreet · 2 months ago

bast phon

0 / ⋮ ⁎ · Reply · Share ›



**Alija Hajduk** · 4 months ago

Can someone tell me how to unlock the keypad on the Galaxy GT-i9000

0 / ⋮ ⁎ · Reply · Share ›



**Samir** · a year ago

Dose it support video calls

0 / ⋮ ⁎ · Reply · Share ›



**Sivasaran558** · a year ago

Is it suggestible to buy that

0 / ⋮ ⁎ · Reply · Share ›



**balaradu** · 2 years ago

Here is a tutorial on how to update the phone to I9000XFJS2 and how to unlock it permanently with app made by me and also there is one Sgs I9000 for sale

http://www.sh-phones.com/?p=91

0 / ⋮ ⁎ · Reply · Share ›



**balaradu** · 2 years ago

Here is a tutorial on How to update Your SGS to I9000XFJS2 how to unlock it and how to root it  http://www.sh-phones.com/?p=13...

0 / ⋮ ⁎ · Reply · Share ›



**Galagxxy** · 2 years ago

When Firmware update ??? and www.???????

0 / ⋮ ⁎ · Reply · Share ›


AdChoices

| SITE | SOCIAL & FEEDS | POPULAR TOPICS |
|---|---|---|
| SlashGear Android App | Google+ | Smartphone |
| SlashGear iPhone App | Facebook | Tablet |
| SlashGear iPad App | Twitter | Laptop |
| About | Technorati | Desktop |

Samsung Galaxy S GT-I9000 Android 2.1 smartphone announced - SlashGear

Advertise
Contact
Privacy Policy
Terms of Use

RSS Feed

Gaming
Storage
Computing
Science
Apps
Television

© 2006-2012 SlashGear, All Rights Reserved.

http://www.slashgear.com/samsung-galaxy-s-gt-i9000-android-2-1-smartphone-announced-2378775/[10/15/2012 1:55:49 PM]