# EXHIBIT 116



# Samsung Galaxy S i9000

## CNET Editors' Take

October 20, 2010 9:46 PM PDT

The Samsung Galaxy S i9000 brings the power of Android in a sleek and speedy package.

First introduced at CTIA Spring 2010, the Samsung Galaxy S i9000 was the founding member of the Galaxy S franchise. Running Android 2.1, the i9000 features Samsung's TouchWiz 3.0 user interface and has an impressive list of features, including a 4-inch Super AMOLED touch screen, a 1GHz Hummingbird processor, and a 5-megapixel camera with HD video capture. The quad-band smartphone also offers DLNA support, Wi-Fi, Bluetooth, and GPS. Samsung says an Android 2.2 update will be made available to all the Galaxy S device.

The Galaxy S i9000 is available in international markets and can be purchased unlocked in the United States. However, there also variations of the device available from North American carriers, including the Samsung Vibrant for T-Mobile, the Samsung Epic 4G for Sprint, the Samsung Captivate for AT&T, and the Samsung Fascinate for Verizon.

For more information on the Samsung Galaxy S i9000's design, features, and performance, please check out our reviews of the North American Galaxy S series.

### WHERE TO BUY

MSRP: **$599.99**  LOW PRICE: **$13.00**

Amazon.com — $13.00 — See it

TigerDirect.com — $374.99 — See it

See all prices »    Set price alert »

### DON'T MISS


**Moore's Law: The rule that really matters in tech**
Cutting Edge


**iPad Mini configurations and prices reportedly revealed**
Apple


**Felix Baumgartner's historic skydive (pictures)**
Slideshow


**LG's latest smartphone earns 4 stars**
Review

### Sponsored Premier Brands on CNET

T-Mobile  |  BlackBerry  |  Samsung Mobile

### QUICK SPECIFICATIONS

| | |
|---|---|
| Weight | 4.19 oz |
| Diagonal screen size | 4 in |

Full Product Specifications

**By Bonnie Cha**

Bonnie Cha is chief correspondent for Crave, covering every kind of tech toy imaginable (with a special obsession for robots and Star Wars-related stuff). When she's not scoping out stories, you can find her checking out live music or surfing in the chilly waters of

## User Comments



