# EXHIBIT 117

Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds and Unparalleled Entertainment Experience Featuring Movies, TV and Video Chat SAMSUNG

Case 5:11-cv-01846-LHK   Document 2067-16   Filed 10/20/12   Page 2 of 4

**Printer - friendly**

Print this page

**Mobile News**

## Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds and Unparalleled Entertainment Experience Featuring Movies, TV and Video Chat

**T-Mobile expands America's Largest 4G Network to eight new metropolitan areas in South and Midwest**



**BELLEVUE, Wash., and DALLAS — Feb. 2, 2011 —** T-Mobile USA, Inc. and Samsung Telecommunications America (Samsung Mobile), the No. 1 mobile phone provider in the U.S. 1, today announced the anticipated February availability of the **Galaxy S™ 4G**, exclusively from T-Mobile. According to T-Mobile, the Galaxy S 4G will be the fastest smartphone running on America's Largest 4G Network™2. The Galaxy S 4G, T-Mobile's first smartphone capable of delivering theoretical peak download speeds of up to 21 Mbps, offers enhanced mobile experiences and unparalleled entertainment including mobile HD TV3 through T-Mobile TV, the ACADEMY AWARD® Nominated film INCEPTION, and T-Mobile Video Chat powered by Qik™ — delivered at 4G speeds on its 4-inch Super AMOLED touch screen display.

T-Mobile also announced the expansion of America's largest 4G network into more than 100 major metropolitan areas, reaching more than 200 million people nationwide. In addition to the expanding its 4G footprint, T-Mobile also has aggressive plans to double the speed of its 4G network in 2011, and the company expects that 140 million Americans in 25 major metropolitan areas will have access to these increased 4G speeds by midyear.

"The Galaxy S 4G pushes the envelope by reaping the benefits of our network's unprecedented speeds and by offering groundbreaking entertainment experiences," said **Andrew Sherrard, senior vice president, product management, T-Mobile USA**. "We are excited to continue to expand our portfolio of 4G devices that enable our customers to have access to unique and compelling features and an optimal 4G experience."

"The Galaxy S 4G offers customers Samsung's core premium product investments to speed, screen and content," said **Omar Khan, chief strategy officer, Samsung Mobile**. "Galaxy S 4G is T-Mobile's fastest smartphone and offers Samsung's brilliant Super AMOLED display and rich multimedia features for premium movie and TV content."

Through the delivery of faster speeds comes an enhanced experience when viewing video entertainment over the Web using services such as YouTube. In addition T-Mobile TV, a pre-loaded application, offers consumers access to live and on-demand mobile HD TV on T-Mobile's 4G network, including free programming from select stations like ABC News NOW, FOX Sports, PBS Kids and Azteca America.

Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds and Unparalleled Entertainment Experience Featuring Movies, TV and Video Chat SAMSUNG

Case 5:11-cv-01846-LHK   Document 2067-16   Filed 10/20/12   Page 3 of 4

To further enhance the entertainment package on the Galaxy S 4G, T-Mobile has preloaded, at no additional cost to consumers, Warner Bros. Pictures' ACADEMY AWARD® Nominated film INCEPTION which is nominated for Best Picture, Best Writing (Original Screenplay), Best Art Direction, Best Cinematography, Best Music (Original Score), Best Sound Editing and Best Visual Effects. Customers also have the option to rent or purchase their favorite movies and TV programs directly from the Samsung Media Hub, which features a robust collection of new releases and TV shows.

The Galaxy S 4G's blazing-fast speeds will make sharing memories via e-mail, social networks or video quick and easy. For example, the pre-loaded T-Mobile Video Chat application powered by Qik enables customers to share any moment with loved ones virtually whenever and wherever they want through T-Mobile's network or Wi-Fi. Using either the front-facing or the rear camera, which features a 720p HD camcorder, paired with Video Chat allows customers to hold video conversations with friends and family who have a compatible mobile device.

Featured as a pre-installed application, doubleTwist® with AirSync™ provides customers with a useful and easy way to auto-sync and back up photos, HD videos and music to and from their home computer. With a Wi-Fi connection, customers can easily sync their media wirelessly and at no additional cost. The doubleTwist Player lets customers enjoy their favorite tunes and videos directly from their phone while on the go. The Galaxy S 4G also comes preloaded with Slacker Radio, offering music fans more than 130 genre stations and ability to create their own custom stations for free.

With a slim and sleek design, the Galaxy S 4G's 4-inch Super AMOLED touch screen display gives customers a vivid, sharp viewing experience, whether consumers choose to watch a movie or read a book or newspaper with the preloaded Kindle for Android application while on the go. Powered by Android™ 2.2, the Galaxy S 4G is equipped with a speedy Samsung 1GHz Cortex A8 Hummingbird Application Processor, an ST-Ericsson M5720 HSPA+ 4G modem to enable theoretical peak downloads of up to 21 Mbps, a 5 megapixel camera, a preinstalled 16GB microSD memory card, and a 1650 mAh lithium ion battery.

**Availability**
The Galaxy S 4G is expected to be available to T-Mobile customers in February. Customers can visit http://galaxy-s.t-mobile.com/4G for more information.

Beginning today, T-Mobile's network will also be delivering 4G speeds to Albany, Augusta, Columbus and Macon, Ga., and Chattanooga, Tenn., in the South region as well as in Champaign, Ill.; Lansing, Mich.; and Rochester, Minn., in the Midwest.

T-Mobile's HSPA+ 4G network not available everywhere. See coverage details at T Mobile.com. 4G used in connection with the Galaxy S™ 4G product name refers to the fact that the Galaxy S™ 4G is designed with HSPA+ technology.

Android is a trademark of Google, Inc.

ACADEMY AWARD® is a registered trademark of the Academy of Motion Picture Arts and Sciences.

1 No. 1 mobile phone provider in the U.S claim for Samsung Mobile based upon reported shipment data, according to Strategy Analytics Q3 2010 U.S. Market Share Handset Shipments Report.
2 T-Mobile's HSPA+ 4G network not available everywhere; see coverage details at T Mobile.com. 4G used in connection with the Galaxy S 4G product name refers to the fact that the Galaxy S 4G is designed with HSPA+ technology.
3 Mobile HD TV can deliver a bit rate of 800kbps and 16:9 resolution; the bit rate and resolution experienced will vary based on many factors, e.g., programming, network connection and device.

**About T-Mobile USA, Inc.**
Based in Bellevue, Wash., T-Mobile USA, Inc. is the U.S. wireless operation of Deutsche Telekom AG. By the end of the third quarter of 2010, approximately 130 million mobile customers were served by the mobile communication segments of the Deutsche Telekom group — 33.8 million by T-Mobile USA — all via a common technology platform based on GSM and UMTS, the world's most widely-used digital wireless standards. Today, T-Mobile operates America's largest 4G network, and is delivering a compelling 4G experience across a broad lineup of leading devices in more places than competing 4G services. T-Mobile USA's innovative wireless products and services help empower people to connect to those who matter most. Multiple independent research studies continue to rank T-Mobile USA among the highest in numerous regions throughout the U.S. in wireless customer care and call quality. For more information, please visit http://www.T-Mobile.com. T-Mobile is a federally registered trademark of Deutsche Telekom AG. For further information on Deutsche Telekom, please visit www.telekom.de/investor-relations.

Galaxy S 4G from T-Mobile to Offer Blazing-Fast Speeds and Unparalleled Entertainment Experience Featuring Movies, TV and Video Chat SAMSUNG

Case 5:11-cv-01846-LHK   Document 2067-16   Filed 10/20/12   Page 4 of 4

For more information about T-Mobile's 4G products, please visit http://www.t-mobile.com.

**Forward-Looking Statements**

This press release contains forward-looking statements that reflect the current views of Deutsche Telekom management with respect to future events. The words "anticipate," "believe," "estimate," "expect," "intend," "may," "plan," "project" and "should" and similar expressions are intended to identify forward-looking statements. Forward-looking statements are based on current plans, estimates, and projections, and therefore you should not place too much reliance on them. Such statements are subject to risks and uncertainties, most of which are difficult to predict and are generally beyond Deutsche Telekom's control, including, without limitation, those factors set forth in "Forward-Looking Statements" and "Risk Factors" contained in Deutsche Telekom's annual report on Form 20-F filed on February 28, 2010. If these or other risks and uncertainties materialize, or if the assumptions underlying any of these statements prove incorrect, Deutsche Telekom's actual results may be materially different from those expressed or implied by such statements. Deutsche Telekom does not intend or assume any obligation to update these forward-looking statements.

**About Samsung Telecommunications America**

Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets and telecommunications products throughout North America. For more information, please visit www.samsungwireless.com.

**About Samsung Electronics Co., Ltd.**

Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2009 consolidated sales of US$116.8 billion. Employing approximately 188,000 people in 185 offices across 65 countries, the company consists of eight independently operated business units: Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, Digital Imaging, Semiconductor and LCD. Recognized as one of the fastest growing global brands, Samsung Electronics is a leading producer of digital TVs, memory chips, mobile phones and TFT-LCDs. For more information, please visit www.samsung.com.



Copyright© 2010 SAMSUNG. All rights reserved.

