# EXHIBIT 118



# Samsung Galaxy S 4G: Hands On
**ARTICLE DATE**: February 14, 2011

**By Sascha Segan**

BARCELONA — There have been a lot of jokes going around at Mobile World Congress about the Samsung Galaxy S 4G. "Just take a picture of a Samsung Vibrant!" someone said. "It's the same!"

The good news is, not quite. T-Mobile's first high-speed HSPA+ 21 phone, the Samsung Galaxy S 4G looks a little different, acts a little different, and has a little more built-in software than Samsung's previous flagship phone for T-Mobile.

The Samsung Galaxy S 4G is the same size and shape as the Vibrant; it's a slim, slab-style Android phone with a bright Super AMOLED screen and a 1Ghz Samsung Hummingbird processor inside. But, well, for the first thing, the back is gray instead of black. I like the gray back better; the black one got a little greasy.



The big news here, of course, is support for T-Mobile's 4G HSPA+ 21 network. I'm hoping to get better speeds on this phone than I've seen on T-Mobile's and AT&T's other supposed 4G phones, which never reach the 5Mbps down that I consider 4G. I couldn't test the speeds here at MWC, because there's no 4G here. But I noticed a few other changes. The phone now comes DoubleTwist with AirSync preloaded. That's a neat music syncing app that lets you sync with iTunes and even sync music with your PC over Wi-Fi.

T-Mobile's Wi-Fi calling is also preloaded; ditto for a "home dock" and "car dock" mode, which offer up a nice landscape-format desk clock and a GPS-focused screen. That GPS, by the way, appears to work, though we'll have to test it to double check. DriveSafe is preloaded to prevent distracted driving by auto-responding to text messages.

**View Slideshow**         **See all (8) slides**

  

**More**

This thing isn't the Galaxy S II. That's true. It's not a next-generation anything. But there's still plenty of a market for a nice Android 2.2.1 phone. This one is slim, it has a nice screen, and it's fast enough. I'm sure this hands-on will end up with a bunch of frothing comments about how people hate Samsung because of the delay in the Galaxy S upgrades, but many midrange consumers don't care as much. If the price is good and the Internet access is fast, the Galaxy S 4G will do just fine on T-Mobile.

 **Complete Mobile World Congress (MWC) Show Coverage** 

**View Slideshow**         **See all (93) slides**

   

**More**

Copyright (c) 2012 Ziff Davis Inc. All Rights Reserved.