# EXHIBIT 120






## Galaxy S II Feature Video



## TV Commercial



## Explore the Galaxy S II

Samsung Galaxy S™ II unleashes ground-breaking smartphone technology to deliver a mobile experience like nothing that's come before. **Experience the new Samsung Galaxy S II.**



## Galaxy S II Stands Up to the Cold

A test conducted at the Technical Research Centre of Finland found that the Galaxy S II can still function in sub-zero weather.
**Check out the test results.**



## Android 4.0 Explained



**Learn about the latest Android**

## S.A.F.E. for Business



**See our corporate mobile solutions.**

## Galaxy S II Tips



**Get helpful hints for your AT&T phone.**

platform.

## Owner Reviews  See All

Overall: ★★★★★   Features: ★★★★★   Performance: ★★★★★   Design: ★★★★★   Value: ★★★★★

### "Rock Solid Product"
★★★★★

This andriod is highly customizeable and has incredible features and is an overall great product for not just the avid everyday user but also the tech junkie who loves extra's and features. The andriod platform is incrediblely stable and the camera's on this take vivid crisp and absolutely awesome p…Read More »

raymonky on August 31, 2012

### "LIFE ORGANIZER"
★★★★★

I absolutely love the Galaxy S II. I use it for everything "LIFE". It is very easy for me seeing that I am not a tech geek! I am a homemaker/homemanager and needed a portable organizer! This is a great one!…Read More »

Anonymous on August 20, 2012

### "Excellent"
★★★★★

Very nice cell phone, i have dropped it on concrete floor so many times, still nothing has happen to the phone, and I do not use any protective cases for my phone. Screen resolution is flawless…Read More »

SamX on July 16, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ›

## Accessories  See All



**Galaxy SII, available at AT&T i777 Desktop Dock & Wall Charger**
ECR-D1D3BEGSTA
★★★★★ (0)
$49.99
SHOP ›   Learn More



**Galaxy SII, available at AT&T i777 Vehicle Navigation Mount**
ECS-V1D3BEGSTA
★★★★★ (0)
$39.99
SHOP ›   Learn More



**TecTile Programmable NFC Tags**
ETC-TT1G6NGSTA
★★★★★ (11)
$14.99
SHOP ›   Learn More



**Galaxy SII, available at AT&T i777 Spare Battery and Charging System**
ET-CGPK005GSTA
★★★★★ (0)
$49.99
SHOP ›   Learn More

*Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.

Playback on the Galaxy S II in HD-like quality.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. Android and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.



Features and specifications are subject to change without prior notification

