# EXHIBIT 121



Sign In | Your Account | Help | Contact Us |  | Your Cart (empty)

Phones, netbooks, tablets, and more… [Search]

Best Price Guarantee on all phones and devices. See details

| Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON: Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android |

Not sure if you're eligible for an upgrade?   [Check upgrade eligibility]







### Samsung Galaxy S II 4G Android Phone (AT&T)

★★★★☆ (75 customer reviews)

Currently unavailable

- **Amazon Wireless Best Price Guarantee** (See Details)
- **FREE Two-Day Shipping** (See details)
  Orders received by 3PM ET Mon-Fri are delivered in two business days (pending carrier approval, excludes P.O. boxes).
- **Includes AmazonWireless Instant Discount**
  Restrictions apply.  (See details)



**Select service type and enter ZIP Code to add to cart**

This item is no longer available.

You may be interested in other Samsung or AT&T phones.

## Product Description

Offering a powerful, premium Android smartphone experience in a pocket-friendly design, the ultra-thin Samsung Galaxy S II 4G for AT&T gives you extreme multitasking abilities and the smoothest game play possible thanks to its powerful dual-core 1.2 GHz processor. Measuring a mere 8.89mm (0.35 inches) at its thinnest from front to back, the Galaxy S II easily it slips in and out of your pocket even with its huge 4.3-inch Super AMOLED Plus multi-touch display. It's perfect for immersing yourself in cinema-quality video and intense on-the-go gaming.



**Samsung Galaxy S II 4G At a Glance:**

- 3G/4G connectivity
- Android 2.3 OS
- 1.2 GHz dual-core processor
- 4.3-inch touchscreen
- 16 GB memory
- 8-MP camera + Full HD 1080p video capture
- GPS navigation

With AT&T's 4G network, you'll enjoy mobile broadband speeds up to 4x faster than AT&T's already fast mobile broadband network (learn more below). You also get the AT&T Mobile Hotspot service built right into the smartphone--enabling you to connect additional Wi-Fi-enabled devices to the phone's mobile broadband signal (requires appropriate data plan). This GPS-enabled phone can also access the AT&T Navigator service for turn-by-turn directions.

Other features include an 8-megapixel camera with Full HD 1080p video capture, 16 GB internal memory, microSD memory expansion to 32 GB, Bluetooth 3.0 connectivity for hands-free devices and stereo music streaming, DLNA wireless streaming capabilities, GPS for navigation and location-based services, access to over 200,000 apps in the Android Market, and up to 3 hours of talk time (see full specifications below).

### The Brightest, Most Colorful Screen

With an incredibly colorful 4.3-inch Super AMOLED Plus display, the Galaxy S II delivers 50 percent more sub-pixels than the previous generation display for better contrast. The display also offers unmatched outdoor viewing quality, even in the brightest sunlight.

### Super Sharp Photos and Videos Plus Video Chat



- Wireless-N Wi-Fi
- Bluetooth 3.0
- Personal/corporate e-mail

This Galaxy S II also captures sharp photos with its 8-megapixel camera with flash, and it records videos in stunning Full HD 1080p resolution. An additional 2-megapixel front-facing camera gives you the power to connect with your friends and family face-to-face via video chat with preloaded Qik Lite over Wi-Fi. And with Google Talk, you can video chat with all of your Google Talk contacts, whether they are on a mobile phone or a computer.

### Mobile Entertainment
Samsung's Media Hub enables you to rent or purchase movies and TV shows within seconds watch from the convenience of anywhere. With Media Hub's progressive downloading feature, you can start watching your content almost immediately as the rest of the file downloads to the Galaxy S II. Plus, all Media Hub content can be shared among five Media Hub-enabled devices on the same account.

Boasting a vibrant 4.3-inch Super AMOLED Plus display (*view larger*).

### Intuitive TouchWiz Interface
The Galaxy S II features Samsung's TouchWiz user interface, providing superior multi-tasking and customization for an enhanced visual and intuitive smartphone experience. Live Panel features provide immediate access to weather, social updates, e-mail, news and photos, which can all be customized on any one of the seven home screens. All of the widgets can be positioned and re-sized to create unique home screens and one-touch access to the services and apps you use the most. The Notifications Panel allows one touch access to a separate menu for managing Wi-Fi, Bluetooth, GPS, and Flight Mode settings.



### Vital Statistics
The Samsung Galaxy S II 4G weighs 4.3 ounces and measures 4.96 x 2.6 x 0.35 inches. Its 1650 mAh lithium-ion battery is rated at up to 8 hours of talk time, and up to 400 hours (16.6 days) of standby time. It runs on the 850/900/1800/1900 MHz GSM/GPRS/EDGE frequencies as well as AT&T's dual-band 4G network (850/1900 MHz; HSPA+/HSDPA/UMTS) plus international 2100 MHz 3G networks.

### What's in the Box
Samsung Galaxy S II 4G handset, rechargeable battery, charger, USB cable, quick start guide

8-megapixel camera with Full HD 1080p video recording.

### AT&T 4G Network
This phone runs on AT&T's dual-band 850/1900 MHz 4G network (UMTS/HSDPA/HSPA+), and with HSPA+ you'll experience mobile data speeds up to 4x faster than ordinary mobile broadband--up to approximately 6 Mbps (download). AT&T has deployed HSPA+ to virtually 100 percent of its mobile broadband network, which enables 4G speeds when combined with enhanced backhaul (via Ethernet or fiber).





Backhaul is one of the major pieces of a telecommunications network. Think of it as the limbs connecting AT&T's cell towers with AT&T's backbone network that provides access to the Internet.

Coming later in 2011, AT&T will deliver a second layer of 4G network called LTE (Long Term Evolution) that is even faster than HSPA+ speeds.

In areas where either AT&T's 3G or 4G network is not available, you'll continue to receive service on the AT&T EDGE network, which offers availability in more than 13,000 US cities and along some 40,000 miles of major highways.

Comfortable in your hand at just over 4 ounces.

**Note:** AT&T's 4G mobile broadband coverage is not available in all areas. 4G speeds delivered by HSPA+ with enhanced backhaul; availability increasing with ongoing backhaul deployment.

### Optional AT&T Services
**AT&T Navigator:** This premium GPS navigation application includes audible turn-by-turn directions, real-time traffic updates and re-routing options, and 3D moving maps (additional charges applicable). AT&T Navigator offers several other features to make your commute more enjoyable and reliable, including mobile access to Yellowpages.com. You'll be able to find the closes ATM, restaurant, gas station, Wi-Fi hotspot and more with over 10 million business listings.

**DataPro 4 GB for Smartphone Tethering:** Tethering lets you use your smartphone as a wireless modem or mobile hotspot, enabling you to share your mobile broadband connection to laptops, netbooks, and more. The DataPro 4 GB plan also includes unlimited access to more than 26,000 AT&T Wi-Fi Hot Spots. And if you go over, you'll get an additional 1 GB automatically for only $10.

**AT&T FamilyMap:** Locate any phone indoors or outdoors on the AT&T Network. FamilyMap provides peace of mind by being able to conveniently locate a family member from your wireless phone or PC and know that your family's information is secure and private. Want to verify that your child arrives home from school each day? Set up a Schedule Check to automatically get location information sent to you via text message or e-mail.

## Android Gingerbread Operating System



The Galaxy S II runs the Android 2.3 operating system (dubbed Gingerbread)--the fastest version of Android available for smartphones yet. It features a cleaner, more refined interface with new icons, improved top notification bar, and more intuitive navigation.

Multitasking in Gingerbread allows you the ability to run more than one app at a time. If you're playing a game, you can easily switch to an incoming e-mail and then switch back to the game without losing your place. And like the previous version of Android ("Froyo"), Gingerbread provides support for Adobe Flash Player 10.1 for access to the full Web.

A new onscreen keyboard makes it easier to type thanks to additional spacing between the keys and larger font sizes. And the more you use the keyboard, the easier typing will be as the enhanced suggest feature records previous input history to make better suggestions.

The Galaxy S II also brings one-touch access to the popular Google mobile services you use every day. It also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets, and fun games to download and install on your phone, with many more apps being added every day.

### Google Integration
- **Android Market** for browsing and downloading thousands of free and paid apps
- **Pre-loaded Android apps:** Browser, Calculator, Calendar (Google or Corporate), Camera, Clock, Contacts, Email, Gallery, Messaging, Music, News & Weather, Phone, Settings, Video Player, Voice Dialer, Voice Search, YouTube
- **Google applications:** Gmail, Google Search, Google Voice Search, Google Latitude, Google Maps, Google Places, Google Talk
- **Google Maps Navigation** with spoken turn-by-turn directions showing real-time traffic and 360° views of the destination

### Connectivity
- **Ultra-fast 4G connectivity** via AT&T's HSPA+ network (with enhanced backhaul). Where 4G isn't available, your phone will connect with AT&T's 3G network.
- **Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go.
- **AT&T Mobile Hotspot capable** enabling you to connect multiple devices--from tablets to gaming devices--to the phone's 3G/4G cellular connection via Wi-Fi.
- **Next-generation Bluetooth 3.0 connectivity** backward compatible with older Bluetooth-enabled peripherals and includes stereo audio streaming.
- **Onboard GPS** for navigation (using pre-loaded BlackBerry Maps or optional AT&T Navigator) and location services

### Pre-installed Apps
- **Samsung Media Hub** puts thousands of hit movies and next-day TV shows at your fingertips
- **Samsung Social Hub** allows you to transfer e-mail, instant messaging, contacts, calendar, and social network connections--including Twitter, Facebook and LinkedIn accounts--into Feeds and Messages folders that can be either put into separate tabs or combined into comprehensive lists.
- **Vlingo Voice Talk** allows you to give your Epic 4G Touch voice commands, including voice dial, text message, navigation, music, Web browsing and search.
- **Kies Air** for wireless syncing
- **Qik Video Chat**

### Communications & Internet
- **Full messaging capabilities** including SMS text, MMS picture/video and IM instant messaging
- **Full HTML browser** (Webkit 5) with Flash 10.1 Support
- **Personal and corporate e-mail access** with support for Exchange ActiveSync as well as personal e-mail accounts (Google push, Yahoo!, POP3, IMAP).

### Hardware
- **1.2 GHz dual-core processor** (Samsung Exynos) speeds up everything--from playing games to watching shows to opening files from work.
- **4.3-inch Super AMOLED Plus multi-touch display** (480 x 800 pixels, 16 million color depth)
- **HDMI port** for video output to your HDTV or monitor (adapter and cable not included).
- **MicroUSB port**
- **Sensors:** accelerometer, 6-axis gyroscope.

### Camera
- **8-megapixel auto-focus camera** with LED flash, smile detection, geo-tagging, zero shutter lag, and multiple scene modes.
- **HD 1080p video capture**
- **2-megapixel forward-facing camera** for video chats and self portraits.

### Multimedia
- **Music player** compatible with MP3, WMA, AAC, FLAC, OGG, and WAV
- **Video player** compatible with MP4, M4V, AVI, WMV, and 3GP.
- **Samsung AllShare DLNA capabilities** allow you to stream movies, music, and photos from your smartphone to a compatible HDTV.

### Memory
- **16 GB internal memory**
- **Memory expansion via microSD card slot** with support for optional cards up to 32 GB.
- **1024 MB of RAM**

### More Features
- **3.5mm headphone jack**
- **Hands-free speakerphone**

## Also Available for This Android Device

 **Amazon Appstore for Android**
Get a great paid app for free every day.

 **Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

 **Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

 **IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.

 **Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

 **Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

## Engadget.com Review



Here comes the second episode of a thrilling three-part saga. Not content with simply selling ten million units of the GT-I9100 -- its flagship device -- in the course of the last five months, Samsung's ready to flood the good ol' US of A with a healthy dose of the Galaxy S II, and it has three carriers -- Sprint, AT&T and T-Mobile -- already signed up on the dotted line. The Epic 4G Touch has already made its way into stores (not to mention the hearts of customers), and Ma Bell's next in line to appease the masses. This time, things are a smidge different. Whereas Sprint opted to enlarge the screen and add in a few other select design tweaks, it appears that AT&T wanted to keep its variant -- appropriately named the Galaxy S II -- as close to the international smash hit as possible, opting for the same display size, squared corners and battery (albeit, with a twist). As it turns out, the tweaks are much more subtle than they were on last year's Samsung Captivate, which arguably looked almost nothing like the original Galaxy S. So does AT&T's model fit in with its two close compadres? Was its design choice the right decision for this go-round? Follow us below to get the full scoop.

▸ Read full review

### Customers who viewed this item also viewed

Page 1 of 2

       

| LG Nitro HD 4G Android Phone (AT&T) | Samsung Galaxy Note 4G Android Phone, Carbon Blue (AT&T) | Samsung Galaxy Note 4G Android Phone, Ceramic White (AT&T) | Pantech Pocket Android Phone (AT&T) | Samsung Focus S 4G Windows Phone (AT&T) | BlackBerry Torch 9860 Phone (AT&T) |
|---|---|---|---|---|---|
| List Price: $599.99 | List Price: $599.99 | List Price: $599.99 | List Price: $499.99 | List Price: $599.99 | List Price: $599.99 |
| Price From: $0.01 | Click to see price | Click to see price | Price From: $0.01 | Price From: $99.99 | Price From: $0.01 |
| ★★★☆☆ (12) | ★★★★☆ (44) | ★★★★☆ (40) | ★★★☆☆ (7) | ★★★★★ (76) | ★★★★☆ (2) |

## Customer Reviews

**Average Customer Review:** ★★★★☆ (75 customer reviews)

### Most Helpful Customer Reviews from Amazon.com

[Create your own review]
(Note: You'll be taken to Amazon.com and a new window will be opened)

231 out of 243 people found the following review helpful:

★★★★★ **A nice phone, good battery life, snappy and perfect size.** October 12, 2011

Reviewer:  J. Haggard  (Nashville, TN) -

I previously had an iPhone 3G, I loved that phone but it broke and I wasn't ready to sign a new contract so I moved to Virgin Mobiles Optimus V. I liked that phone as it was my first step into the android world. I then bought (and returned) a Motorola Triumph which was supposed to be a good phone but it failed. I then finally decided to step up to the Galaxy S2 and while it's only been a few days I'm very pleased.

Battery life:
I started my day out yesterday around 5:30 am, as I drove to work I had a video podcast playing on the phone and that ran for around 30 minutes during my commute. I got to work and then started playing a little with the phone but mainly using it for web browsing and listening to Audio the remainder of the day. I did play some words with friends, downloaded a few new apps from the market and showed off the phone and by 1:30 pm I was at 60% battery life. Not bad to only use 40% in 8 hours. At that rate it's approx 5% battery per hour which tells me I can run this thing just like I was for approx 20 hours without it dying on me. This was PRE any optimization, I had wifi on, data on, etc.

As for charging the phone, it seemed to charge just fine. I read other reviews where it was taking a long time to charge. I think it took the normal amount of time. That being said I was using a wall charger that came with the phone. If you charge via computer USB port it will take a bit longer.

Construction:
It's plastic and glass, no doubt about it but it is extremely lightweight but doesn't feel cheap. Samsung did a great job making this feel solid even though it is literally pencil thin. I don't have any issues with light leak or anything so far with the construction. Some people bash the back battery cover which is a thin plastic cover. In my eyes this is not important, Ive already ordered a cover to put over the phone so for me this is a non-issue.

On-board memory:
This phone comes with 16gig of on-board memory plus has a micro SD slot which can hold I believe up to a 32gig card. I currently have a 16 gig card which means my phone now has 32 gigs of memory. The phone is also pretty quick at reading the SD card, very little delay on boot up of the phone giving access to the applications which are stored on the card.

ATT intigration:
Aka, crapware. I don't want all the crap they install but with the right app you can actually hide what you can't uninstall. ATT did from what I understand put this motion control on which means you can put two thumbs on the screen and zoom in and out by tilting the device, this is sort of useless and I disabled it. (This may not just be ATT abut I thought I read it was). ATT also has a bug in the lock screen, if the phone turns off and you turn it back on the lock screen appears (if enabled.) Let the phone turn back off and then turn it on and the lock screen is bypassed. There is a simple fix by turning the lock setting to immediate which Samsung advises. You can also download alternative lock screens on the market to fix this. It's a silly bug that should never have made it passed the quality checks of samsung or ATT whoever was responsible for this defect.

Camera quality:
I played with both the front facing and rear cameras and both look good. I took several photos and am very happy with the quality of both cameras. I downloaded Skype and made a video call to my wife to test out the quality and it really looked good. (Who needs "facetime").

Voice commands:
Who needs Siri by Apple. this phone comes with its own voice commands integrated with Vlingo and and the phone will talk to you if you say "check schedule", it plays music, sends txt and emails, writes memos, etc all with the power of your voice. The one thing iPhone 4S is all about this phone has on-board. It may not talk back and ask you to reschedule a meeting due to a conflict but come on, the reality of me using that feature is very slim so it's not important to me.

Overall I'm very happy with this phone. I thought it would be too big, it's not. In fact it's perfect size for typing on. I installed several apps like Widget Locker to customize the lock screen and add new sliders, Tasker which allows custom tasks so when my calendar shows I'm at work my phone auto changes to vibrate mode, and if I am near home

wifi turns on and when I leave it disables it to save additional battery. I use Pocket Casts to manage podcasts and have those set to download automatically,I use Photaf for panoramic pictures which this phone can process and "build" quickly. I use Lookout for security to protect the phone and flashlight app well.... so I have a flashlight. Skype for video calls and chrome to phone to quickly send webpages to my phone.I also have the amazon app store running to get that daily free app.

I like this phone and do recommend it. A huge improvement over the Optimus V, way better then the iPhone 3G and 3Gs, I dare say it's equally as good as the iPhone 4S if not better because it's NOT a glass front AND back. I think the 4S stands for "Shatter". You think Apple would have fixed this design but no they just added new insurance because they know you are going to break it. The only benefit to the iPhoen 4s is the camera is a bit better AND you miss out on apples new "send a card" app.... ;) Get this phone, you won't regret it.

Was this review helpful to you?  

97 out of 103 people found the following review helpful:

★★★★★ **Galaxy S II versus iPhone 4S? Can't go wrong with either** October 17, 2011

Reviewer: Esc.

After being an iPhone / iOS user for a year and a half and as an Android / Atrix user for only 6 months (thankfully without a contract extension), I used that saved upgrade subsidy on getting a SGS2. After following the rave reviews overseas about it, and after enjoying the developer friendly Android OS, I figured this would be the phone I would use for the next few years. Overall, it is an absolute gem of a phone that has little nuances here and there.

When compared to an Atrix 4G, it's absolutely night and day. All the hype over Samsung's AMOLED Plus screen is no joke. The colors are absolutely brilliant in comparison to Motorola's Pentile display. Moving about the screen is silky smooth, with no lag at all. Going back to the Atrix, you can tell the motion from screen to screen just isn't as sweeping. The camera differences are amazing different, both in pictures and in video. Color in the pictures taken by the SGS2 is just much crisper and deeper, especially with black colors, in comparison to the Atrix. However, I'm not using the full 8 megapixel size, as it's not 8MP Wide. I've stuck to the largest widescreen resolution of 6MP W. The hardware does not disappoint, with most work (loading apps, word docs, flash) being done very fast.

When compared to an iPhone 4S (got to play with my wife's iphone this weekend), this is where you find that it's very evenly matched. Both OS's operate smoothly, their cameras capture great images at 8 MP, their videos are just as well. It's on the configuration side and the battery life that makes the difference. Siri aside, the life on the iPhone 4S will completely outdo the SGS2 by far. I have widgets running for Facebook, MLB, Weather Channel, along with pushing my work email, and using adjusted brightness will kill your battery really quick. The SGS2 adjustable brightness also seems to act really weird, dimming and lighting itself very often and very noticeable. On the positive side, the configurations on the SGS2 is extremely diverse. From white balance and stability control on the cameras, to different sounds for email notifications and text notifications, you can tell that Samsung aimed the SGS2 to be configured to make it suitable to the owner, and not have the same recognizable tones or feel that the iPhones have. While it does take some time to get the configs just right, you tend to have a feeling that once your done, you won't confuse your SGS2 for anyone elses. The other thing to think about is the size and feel of the phone. The iPhone seems like a brick to me, with the screen looking so tiny compared to the SGS2. However, with the plastic feel and the lightness of the SGS2, I fear dropping it and ending up with a broken phone. It would probably be smart to get an otterbox for it, but then you end up with a brick. The other thing is, for my height, the iPhone feels small, where for my smaller wife, it fits perfectly. It's all based on what you're comfortable with.

To summarize, when comparing the SGS2 to a few other Android phones out there (namely for me the Atrix), the SGS2 shines and appears incomparable due to its outstanding hardware and feature offerings. When it comes to an iPhone 4S, you're probably better off choosing which OS you're more comfortable with and sticking with it. Where my wife is absolutely happy with the feel of her iPhone, I can say just the same for the SGS2.

Was this review helpful to you?  

53 out of 59 people found the following review helpful:

★★★★★ **Near perfect phone** October 5, 2011

Reviewer: John Winters

My first foray into the smartphone world has my friends extremely jealous. I have played around with other people's smartphones for years, and never saw one as close to perfect as this one is. Great battery life, beautiful screen, wickedly fast processor (has set a record in quadrant benchmark), decent reception and call quality, and a strong gps that locks on my indoor location even in windowless rooms without the assistance of wireless networks! About the only thing that is missing is an LED notification light, but that is easily remedied with the Marketplace App "NoLED," which does the trick nicely. I have also used the very buggy Epic 4G Touch on Sprint, and the form factor on this phone is superb -- not too big and classically simple aesthetics.

Was this review helpful to you?  

28 out of 30 people found the following review helpful:

★★★★★ **hard knock down to Iphone** November 15, 2011

Reviewer: Vishal Singh "Vishal"  (New Jersey ,USA) -

Does Samsung Galaxy S2 beats Iphone 4 or 4S? My answer is Big 'YES'.

I'm using this phone from past 3 weeks and I don;t miss my Iphone at all. Samsung Galaxy S2 is loaded with features and technical specs.Lets differentiate Iphone 4S with Samsung Galaxy S2.

Specs Iphone4/4S Galaxy S2
Processor 800 MHz 1.2 GHz
Core Dual Dual
Memory 512MB 1 GHz
Screen Resolution 960 X 640 480 x 800
Display Ratina Super Amoled +
Back Camera 8MP with flash 8 MP with FLash
Front camera 1.3MP 2 MP
Video recording 1080P(FULL HD) 1080P(Full HD)
Weight 140 Grams 116 Grams
network 3G 4G
Capacity 16GB 16 GB
SD support NO Yes 32GB Micro SD card slot available to expand
Screen Size 3.5inch 4.3 inch
Video format ITUNE limited No conversion required, upload any format directly to phone
(conversion required)

Other features:

Samsung galaxy support animated live wallpapers. E.g It has animated wallpaper which changes animation based on weather. if its cloudy,moving clouds dispalyed on screen, if rain, you will see drops on the screen, if snow then snow flakes falling on animated wallpaper which gives phone very cool looks and so as for night and day.

It has proximity sensor which is very useful when you are on call. Touch screen is not effective on call which means if screen touches on your cheeks its non-responsive and calls wont cut or go on hold. You can disable this feature.

The phone has motion sensor which helps like, if you are in meeting and your call rings, flip the phone with screen down and its on mute. similarly tilt, pan and swing options behave differently .

The phone support DLNA technology, So if you connected to wireless at home and have DLNA supported TV or home theater system then you can stream Video, Audio and pictures Directly to your TV in full HD. the app used id ALL share. This is awesome feature which blew u off. no more wire connection.

No software required to upload download any music or video. Phone comes with Kies air app which gives you an URL. Open this URL on your browser and you can access phone data through browser.
Edit/upload/download contacts, music, calls, bookmarks, videos,messages etc etc ..

Video quality is awesome , no conversion required. Whatever format you have dump on phone and play it in full screen. you can change screen size.

Audio interface is similar to Iphone but best is it has auto and manual equalizer. It shows bar while playing a song which help skip songs fro few secs

Camera quality is very good. It has feature to select scene and take paranormic shots.

Battery life is very good as it has power saving mode which controlls your phone and help consume less battery. Stand by time is 16 days, talktime/Audio play is approx 16 hrs. battery drain very fast if playing games or watching videos.

Android market has almost all apps what Apple has.

Screen apps are customization for effects like Weather or clock.

Phone has inbuild GPS navigation system, So no need to buy 3rd party navigation.

Install apps like Go SMS pro which works as front interface and helps avoid SMS charges. If you receive any SMS, It will receive in GO PRO SMS and you wont be cahrged for receiving or sending any SMS to your friend.

Web Browser support flash, so open any website with ease which plays all video formats.

It far better than Iphone on drop test. Check yourself on youtube.

Office exchange has better security options than Iphone. It give you view option like real Microsoft outlook. Out of office settings which is not in Iphone.

Screen resolution is very good. It has gorilla screen which is scratch proof. Colors are vibrant. You will love watching movie on it.

So overall a very good work done by Samsung. If you are looking for an alternative other than Iphone than Go for it without doubt.

Best phone in market, I must say.

Good work Samsung... Cheers!!!!!

Was this review helpful to you?      

34 out of 41 people found the following review helpful:
★★★★★ **No Complaints here** October 6, 2011
Reviewer: Fer

Overall the phone is great, the phone is really fast, the screen is gorgeous, and its customization capabilities are great as well. Very smooth, light weight, and great looking. To say the least the best Android phone out there at this time. Would and have recommended it to people I know. In my case I had been waiting for this phone for some time now to hit the states, it finally did and has not disappointed me at all. Enjoying my purchase and not regretting it one bit.

pros
Screen size and display
Android 2.3.4
Processor speed
8mp camera

Cons
The only two issue I've found with this phone, is the same that others mentioned. The lock screen is not working properly (easily fixed with a free app at the android market) also its a bit tricky to sync gmail with this phone (also fixed with an app)
Hope this review helps.

Was this review helpful to you?      

AmazonWireless: Samsung Galaxy S II 4G Android Phone (AT&T)

**Stay Connected**

- Find us on Facebook
- Follow us on Twitter

**Quick links and helpful information about our site**

| | | |
|---|---|---|
| Home | Our Blog | Help |
| Your Account | Returns | Conditions of Use |
| Order Status | Secure Shopping | Privacy Policy |

We're Hiring
About Us

**Need Assistance?**

Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

http://wireless.amazon.com/Samsung-Galaxy-II-Android-Phone/dp/B005PT14FQ[10/15/2012 1:59:14 PM]