# EXHIBIT 123



NEWS | ABOUT SAMSUNG

LOGIN | HELP 

**SHOP PRODUCTS**

**BUSINESS SOLUTIONS**

**CONNECTED LIVING**

**MY ACCOUNT**

**SUPPORT**

Home > Cell Phones >

Samsung Gem™ (Generic CDMA) Touchscreen Cell Phone
SCH-I100  ★★★☆☆  48 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Integrated Social Hub
- Competitive Pricing
- Advanced Touchscreen Display w/ Anti-Scratch & Anti-Smudge
- Android Éclair OS

Please check with an authorized Samsung retailer for price information

SHOP ▶



 Print This

## Product Features   See All Features

**Integrated Social Hub**
Keeping in touch with friends has never been easier. The Gem allows you to post photos, messages or emails to all your favorite social network sites with the touch of one button. It keeps track of contact info and email addresses which can be scanned in a single view. And with its built-in calendar, you can organize all your social and business appointments.



**Competitive Pricing**
If you've never owned a smartphone, this is the perfect first choice. The Gem has many of the features of more expensive phones, at an affordable price. It's the smartphone at a very smart price.

**Advanced Touchscreen Display w/ Anti-Scratch & Anti-Smudge**
The screen on the Gem is easy to read and a joy to use. It's made with advanced anti-scratch, anti-smudge, anti-reflective glass. You'll love being able to type with Swype, the innovative one-fingered system that allows you simply slide your finger from key to key and only raise it between words. You'll also be able to drag and drop various widgets and icons to personalize your own one-of-a-kind start-up screen.

## Specifications

Carrier
**CDMA Generic**

Color
**Black**

Platform
**Android™ Eclair**

Display
**3.2" Display**

Camera
**3.2MP Camera**

See Full Specs ▶

## Owner Reviews   See All

Overall: ★★☆☆☆   Features: ★★★☆☆   Performance: ★★☆☆☆   Design: ★★★☆☆   Value: ★★★☆☆

### "A smart phone, but not too smart."
★★★★★

The Samsung Gem has the smarts, but you don't have to be super smart to operate it. The phone is small and light, yet has some large features to it. Plenty of apps are available for fun and service, plus texting and internet are there for your convenience. Accessories galore at Samsung and other fin…Read More »

srchipchittum on August 17, 2011

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ▸

## Accessories   See All



**Droid Charge i510 Spare Battery and Charging System**
ET-CGPK001GSTA
★★★★★ (0)
$49.99
SHOP ▸   Learn More



**Standard Battery (1500mAh)**
EB504465YZBSTD
★★★★★ (0)
$39.99
SHOP ▸   Learn More



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
★★★★★ (5)
$19.99
SHOP ▸   Learn More



**Travel Charger (Micro USB)**
ATADU10JBEBSTD
★★★★★ (9)
$19.99
SHOP ▸   Learn More

## Better Audio. Awesome App.
From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. See its superior specs.   Read the rave review.



## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.



Features and specifications are subject to change without prior notification

