# EXHIBIT 124



FEEDBACK | MY ACCOUNT | STORE LOCATOR | COVERAGE | REBATES | CART

Phones & More | Plans | Offers | Entertainment & Apps | Business | Support
Rewards

◀ BACK TO PHONES
**PHONE DETAIL**

CHAT
Need help placing your order?

FREE ACTIVATION
on most online orders.

FREE SHIPPING
Every day on all online orders

Valid on postpaid and select prepaid plan purchases made through the website.



# Samsung Gem™

Equipped with Android™ 2.2, the Samsung Gem™ is customizable with 7 different home screens where you can add any of the thousands of applications downloadable through Google Play. Featuring a 3.2" touchscreen, the Gem is great for keeping current with family and friends through your favorite social networks and e-mail. With Microsoft Exchange support for e-mail, calendar and contacts, it is also an efficient business tool that keeps you connected.

★★★★★ 3.5 / 5
Read all 65 reviews
Write a review

Share this product

Product Q&A
12 questions | 22 answers
Read all Q&A


Click to view Interactive Demo

Features | Reviews | Accessories | Support | Apps & Games

Line 1 > Line 1
View My Cart
Add New Line
Duplicate A Li

Add Phone | Add Plans & Features | Add Accessories

Today's Total: $0.00
Monthly Charge: $0.00

Review & Checkout

The Basics
- 3.2" WQVGA Touchscreen
- Android™ 2.2 (Froyo)
- 3.2 MP Camera + Camcorder
- Full HTML Browser
- Stereo Bluetooth Capable
- One-Touch Speakerphone
- Video and Music Player
- Wi-Fi capable

Included
- Lithium Ion Battery
- Travel charger/USB Cable
- 4GB microSD™ Card
- Stereo Headset
- Data Cable
- Quick Start Guide
- User Manual

Pre-Loaded Apps

Technical Specifications

- E911 Ready
- CDMA/EVDO 800/1900 MHz (3G)
- Talk Time up to 6.8 hours*
- Standby Time up to 33 days*
- Battery: 1500mAh
- Dimensions: 4.48" x 2.18" x 0.48"
- Weight: 3.85 oz.
- Hearing Aid Compatibility - M4 Rating

- Calculator
- Calendar
- City ID
- Clock
- Gmail™
- Google Latitude
- Google Maps
- Google Play
- Music Player
- My Contacts Backup
- Google Search
- Google Talk™
- Photo Gallery
- ThinkFree Office
- Tone Room Deluxe
- Your Navigator Deluxe turn-by-turn navigation

* times may vary depending on user settings, feature use and network configurations

Things We Want You To Know (Disclaimer)

## Need Assistance?
Contact Us
Support
Store Locator
Coverage Maps
Rebate Center
Device Protection Claims
Return Policy

## Shop
Phones
Plans
Offers
Tablets
Wireless Modems
Mobile Hotspots
Accessories
Business Services
Estimate your monthly data usage

## Current Customers
My Account
Redeem Points
Support
Send A Text Message
Browse All Apps
Voicemail Setup
Change Plan Or Phone
My Contacts Backup
Voice Mail to Text Preferences
Learn How to Manage Your Data Usage

## Rewards Program
Rewards
Earn & Redeem Reward Points
How to Enroll
FAQs
Why Switch?

## Our Company
About Us
Press Room
Awards
Community Involvement
Events
Careers
Investor Relations
Excellence Guarantee

Ad Choices

    



For questions or assistance, call daily 6AM - 11PM (1-888-944-9400)
Sitemap | Privacy | Legal | Consumer Info Code | Contact Us
© 2012 U.S. Cellular



Share your feedback