# EXHIBIT 126






Facebook Allowing Users to Review Search History
26 people recommended this.
Facebook social plugin

PCMag Award Winners
ADVERTISEMENT
Titanium Security
Find out how Trend Micro makes it easy to safeguard your digital life.
HIGHLY RATED   Get prices »
9/12/2012

Ads by Google
**Top 5 Cell Phones 2012**
Find The Most Affordable Cell Phones & Plans Online!
www.unhookedcellular.com

**Apple iPhone 4s Clearance**
Blowout Sale Still On!
Compare Apple iPhone 4s Deals
Comparestores.net/Apple-iPhone-4s

**Free Prepaid Cell Phone**
Top Cell Phone Offers Now
No Credit Checks Or Contracts Today
onthesource.com



Subscribe to PC MAGAZINE
Save up to 68% off the single copy price!
BONUS $25 RESTAURANT GIFT CARD!
Select Term:
24 issues for $29.99





| Samsung Gem (U.S. Cellular) | HTC Desire (US Cellular) | Samsung Mesmerize (U.S. Cellular) | LG Apex (U.S. Cellular) |
|---|---|---|---|
| ●●●○○ | ●●●●● EC | ●●●●● EC | ●●●○○ |



### Design, Call Quality, and Apps

The Gem measures 4.5 by 2.2 by 0.5 inches (HWD) and weighs 3.9 ounces. It looks kind of cheap; the hard, glossy black plastic and chrome-accented plastic buttons don't do the Gem any favors. I suppose the sharp, angled edges will appeal to some. But I've seen several low-end phones before with similar styling, so it does nothing for me. The 3.2-inch plastic capacitive touch screen offers 240-by-400-pixel resolution. That's an odd number of pixels that raises compatibility issues with third-party apps in the Android Market; virtually no other Android phone has this resolution. The pixel count also trails the Optimus U's 320-by-480-pixel, 3.2-inch LCD. Fonts looked fuzzy, and the LCD wasn't bright enough, either. The Gem's Swype keyboard is cramped, mostly thanks to the small screen size.

**VIEW ALL 6 PHOTOS IN GALLERY**

The Samsung Gem is a dual-band EV-DO Rev 0 (850/1900 MHz) device with 802.11b/g Wi-Fi. The Gem will hit 3G data speeds on U.S. Cellular, but it will be slightly slower than the Optimus U, which uses the faster EVDO Rev A technology. It can also function as a mobile hotspot with the appropriate data plan.

That said, voice quality was below average. Callers sounded okay in the earpiece, with a thin tone, not quite enough gain, but no background hiss. Transmissions through the microphone were staticky, though, and sounded thin and indistinct. Reception wasn't particularly strong, either; back to back comparisons with a Motorola Quantico ($99.99, 3 stars) showed up the Gem's deficiencies in a hurry. Calls sounded better through an Aliph Jawbone Icon Bluetooth headset ($99, 4 stars). Voice dialing worked fine over Bluetooth, and the speakerphone sounded clear at medium to high volumes. Battery life was good at exactly six hours of talk time.

The Gem runs Android 2.2. Interestingly, it's virtually stock; there are no Samsung TouchWiz-like enhancements to be found. This would be a good reason to choose the Gem, but LG didn't saddle the Optimus U with a heavy UI layer, either. The 800 MHz CPU sounds faster on paper than the 600 MHz chip in the Optimus U. But experience doesn't bear that out; the Gem feels sluggish in operation, and it posted significantly slower numbers than the Optimus U on nearly every benchmark we ran.

### Multimedia, Camera, and Conclusions

The microSD card slot is underneath the battery cover; my 32GB SanDisk card worked fine, and Samsung throws in a 4GB microSD card to get you started. There's also 156MB of free internal memory. The standard-size 3.5mm headphone jack is also welcome. Music tracks sounded clear through Samsung Modus HM6450 Bluetooth headphones ($99, 4

- ONLY $1.25 an issue!
  *Lock in Your Savings!*
- **12 issues for $19.99**
  ONLY $1.67 an issue!

stars). The stock music player app displayed large album art thumbnails and was easy to navigate. Standalone MP4, 3GP, and AVI videos played smoothly in full screen mode, though HD videos wouldn't play. I still don't like Android's stock gallery view for videos, which makes it tough to distinguish among a series of 30 blacked-out video thumbnails without names; a list mode would be helpful.

The 3.2-megapixel auto-focus camera has no flash. Test photos looked good, with natural coloring, detail, and light balance, although sunlight-filled windows were slightly overexposed. The phone had no problem snapping indoor or outdoor shots. Shutter speeds were about average; the auto-focus added about a second and a half. Recorded 352-by-288-pixel videos looked bright and played back at roughly 15 frames per second; this trails the Optimus U's VGA camcorder considerably.

Our money (and yours) is still on the LG Optimus U, which offers higher screen resolution, longer battery life, a better camcorder, and nicer build quality, although it's slightly heavier. Even the Optimus U's "slower" CPU tests much faster in the real world. If you'd rather have a real keyboard and much sharper screen resolution, the LG Apex ($49, 3 stars) is a good choice, and it finally runs Android 2.2, although it's significantly bulkier. Our Editors' Choice smartphone for U.S. Cellular remains the Samsung Mesmerize ($199, 4.5 stars), which is faster, has a larger screen, and a higher-end camera and camcorder.

**Benchmarks**
Continuous talk time: 6 hours 0 minutes

Compare the Samsung Gem to other similar cell phones.

*More Cell Phone reviews:*
- Samsung Montage (Virgin Mobile)
- ZTE Warp Sequent (Boost Mobile)
- ZTE Anthem 4G (MetroPCS)
- Samsung Galaxy Rush (Boost Mobile)
- Apple iPhone 5 (AT&T)
- more

**BY JAMIE LENDINO**
SENIOR ANALYST, MOBILE

Jamie Lendino is a senior mobile analyst for PCMag.com and has written for the magazine since 2005. He reviews cell phones, GPS devices, and other consumer electronics. Previously, Jamie was the Editor-In-Chief of Smart Device...

**FOLLOW JAMIE LENDINO**
Twitter: @jlendino

**MORE STORIES BY JAMIE LENDINO**


**Sling Media Slingbox 500**
The nicely updated Slingbox 500 remains the best way to watch cable TV channels ... **MORE >>**


**Apple iPod nano (2012)**
Apple puts the iPod nano back on track with its latest version, which sports a s... **MORE >>**


**The 10 Best Computer Speakers**
Now that your PC doubles as a stereo system, why not get it a proper pair of spe... **MORE >>**

**From Around The Web**

NBC crawling back to Apple *Camcorder Info*

**We Recommend**

The Top 5 Best Gaming Desktops

- Billionaire Warns: Protect Your Wealth, Worst 'Yet To Come' *Moneynews*
- Windows 8 Apps: The Good, the Bad, and the Ugly *CIO*
- If You Have Gmail... You Must Have This *Charles Hudson's Weblog*
- The Windows 8 UI: How do interface and usability experts rate all the changes? | PCWorld *PC World Latest Technology News*
- 13 Ugliest Phones of the Mobile Era *TheStreet*

[what's this]

- The 10 Best Touch-Screen Phones
- The Top 10 Best Desktops
- How to Buy a Netbook
- How to Buy PC Speakers
- 10 iPad Apps Everyone Should Have

### Ads by Google

**No Contract Cell Phones**
Best Selling Cell Phones With The Newest Features. No Contract!
smarter.com/NoContractCellPhones

**Top 10 4G Phones**
Bestselling 4G Phones Best Prices Ever!
DealHunter.us

**Top-Ranked MBA From UNC**
The Online MBA You Probably Can't Get Into. Learn About MBA@UNC.
www.OnlineMBA.unc.edu

**Top 5 Android Smartphones**
Compare 2012 Latest Prices Save Big on Android Smartphones
ShopCompare.net/Android-Smartphones

**($9/Mo Cell Phone Plans)**
Full Data, Text, & Talk For $9/Mo Unlimited Plan, No Contract To Sign
Cell.Plans.EncyclopediaFactica.com

## Comments

**Add New Comment**

Type your comment here.

Post as ...

**Showing 0 comments**
Sort by [Oldest first]    Subscribe by email    Subscribe by RSS

blog comments powered by DISQUS

### Sponsors

ALL

- Weight Watchers Online For Men: A customized online system for men. Go!
- WebEx Meetings - Unlimited online meetings with up to 3 people - free!

ADVERTISEMENT

- Lose Like a Man: See how Charles Barkley is losing with Weight Watchers. Learn More!
- 10% longer battery life. 50% larger hard drive. 100% Toughbook.
- WD My Net Routers. Accelerate your entertainment. Learn more at WD.com
- See experts debate at PCMag's Security Watch Summit presented by McAfee
- Be productive all day, every day with Panasonic Toughbook® computers.
- Trend Micro makes it easy to safeguard your digital life. Free Trial!
- Would you like 100% free computer backup?
- Xerox color printers and all-in-ones as low as $249. Shop Xerox Direct
- Billions of Devices. One Intelligent Network.
- Test Drive T-Mobile's® Nationwide 4G Network
- Get the world's most secure mobile password manager & storage device
- Epson WorkForce® Pro—Run your business at full speed for less
- Canon P-215 mobile scanner. Road-ready. Briefcase-worthy.

**Subscribe to PC MAGAZINE**

BONUS $25 RESTAURANT GIFT CARD! Redeemable at Over 19,000 Restaurants!

SUBSCRIBE NOW! »

| Sections | Our Sites | About | Connect | Digital Edition |
|---|---|---|---|---|
| Reviews | AppScout | Ziff Davis Corporate | Facebook | **Subscribe:** |
| How To & Tips | ExtremeTech | AdChoices | Twitter | PC/Mac |
| Encyclopedia | Geek | Contact Us | Newsletters | Kindle |
| Downloads | Logic Buy | Advertise | RSS | Nook |
| Editors' Choice | PCMag.com | Link to Us | YouTube | Sony Reader |
| Business | PCMag Mobile | Editorial Calendar | | iOS |
| Shop & Compare Prices | Security Watch | Site Map | | Android |
| News & Opinion | | Login | | Customer Service |
| | | Register | | |
| | | SUBSCRIBE | | |

Use of this site is governed by our Terms of Use and Privacy Policy. Copyright 1996-2012 Ziff Davis, Inc. All Rights Reserved. PC Magazine is a registered trademark of Ziff Davis, Inc. Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis, Inc. is prohibited.

ZIFF DAVIS    EVIDON