# EXHIBIT 127



NEWS | ABOUT SAMSUNG        LOGIN | HELP   WITH MY ORDER   CART (0)

SHOP PRODUCTS    BUSINESS SOLUTIONS    CONNECTED LIVING
MY ACCOUNT       SUPPORT

Home > Cell Phones >

### Samsung Galaxy Indulge™ (Metro PCS) QWERTY Cell Phone
SCH-R910    ★★★★☆ 215 REVIEWS

Tweet 39 | +1 2 | Pin it    SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Enabled for MetroPCS 4G LTE* High Speed Network
- Launching with Android 2.2 Platform
- Wi-Fi and DLNA Connectivity, and 720p Video Recording
- 3.5" HVGA TFT Display & QWERTY Keyboard for Quick and Easy Input

Please check with an authorized Samsung retailer for price information

SHOP ▸



Print This

## Product Features   See All Features

**Enabled for MetroPCS 4G LTE* High Speed Network**

The Samsung Galaxy Indulge is the first 4G LTE Android 2.2 Platform smartphone built specifically for MetroPCS. Its functional design delivers a high quality entertainment experience through superior speed and innovation. Now it's faster than ever to access and enjoy entertainment on-the-go and stay socially connected. With state-of-the-industry 4G LTE speed, you'll surf the web complete with flash content, plus download and stream videos.

**Launching with Android 2.2 Platform**

This extremely popular Android 2.2 Froyo operating system gives you quick access to over 100,000 apps and video games.

**Wi-Fi and DLNA Connectivity, and 720p Video Recording**

The DLNA (Digital Living Network Alliance) provides immediate connection between your digital devices through Wi-Fi, regardless of the manufacturer. Enjoy the freedom to access, play and share your favorite movies, music, and photos at home or on the go using devices from several makers. And the 3.0 megapixel camera shoots 4 options of video resolutions (720x 480), (640X480), (320X240) and (176x144).

## Specifications

Carrier
**Metro PCS**

Color
**Black**

Platform
**Android™ Platform 2.2**

Display
**3.5" Display**

Camera
**3.0 Megapixel Camera & Camcorder**

See Full Specs ▸

Samsung Galaxy Indulge QWERTY Cell Phone



## Owner Reviews  See All

Overall: ★★★★☆     Features: ★★★★☆     Performance: ★★★★☆     Design: ★★★★☆     Value: ★★★★☆

### "Beautiful screen"
★★★★★

Still getting used to it, but love the apps, screen size and especially the speed of this device!…Read More »

**LovesNewStuff** on January 03, 2012

### "Out of this world Galaxy"
★★★★★

This phone performs flawlessly. It is fast and easy to use! I love it! …Read More »

**Supershopperlady** on January 02, 2012

### "This product is an achievement to the business world!"
★★★★★

Although this product was intended for many everyday usage as a cellphone I like to take a moment and express how versatile it is in functioning as a small tool for business, I can after just downloading just 2 apps in the market create, edit and print docs with no problem. I would recommend in thos…Read More »

**BigDaddyRay** on November 27, 2011

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ▸**

## Accessories  See All



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
★★★★★ (5)



**Travel Charger (Micro USB)**
ATADU10JBEBSTD
★★★★★ (9)



**MicroUSB Charging Data Cable**
APCBU10BBEBSTD
★★★★☆ (15)



**Micro USB Dual Male Y Adapter**
ET-AUDM6BEBXAR
☆☆☆☆☆ (0)

Samsung Galaxy Indulge QWERTY Cell Phone

$19.99   SHOP ▸  Learn More
$19.99   SHOP ▸  Learn More
$19.99   SHOP ▸  Learn More
$9.99    SHOP ▸  Learn More



**Brighter and Better Screens with AMOLED**

The screens on Galaxy S phones are not only sharper and glare-free, but also consume less power than traditional touch screens. **See the brilliance of AMOLED.**

**For Owners**

**Owner's Manual** — Download the PDF

**How-to Guides** — Get the most out of every feature.

**Troubleshooting** — Help with any issues, big or small.

**Warranty** — Find out what's covered.

**Visit Support page** — Get help and learn more.

**Register this Product** — Exclusive owner benefits.

---

? 2011 Samsung Telecommunications America, LLC ("Samsung"). Samsung and Indulge are both trademarks of Samsung Electronics America, Inc. and/or its related entities. Screen images simulated.

*4G LTE coverage not available everywhere. 4G on the enclosed phone means it is 4G LTE capable. This phone in 4G LTE mode currently only works on the PCS and AWS bands. Use of MetroPCS services acknowledges acceptance of our Terms and Conditions of Service found at www.metropcs.com/terms. MetroPCS related brands, product names, company names, trademarks, service marks, images, symbols, copyrighted material, and other intellectual property are the exclusive properties of MetroPCS Wireless, Inc. and its subsidiaries, parent companies, and affiliates.

**Please Note: Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

---

    

Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

| Who We Are | Shop | What We Make | | | | | How can we help you? |
|---|---|---|---|---|---|---|---|
| About Samsung | Shopping Cart | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support |
| Careers | Order History | TVs | Cell Phones | Cameras | Laptops | | Register your product |
| Sustainability | Help with Your Order | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Washers & Dryers | Product recycling |
| News | Order Tracking | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Refrigerators | Get downloads |
| Investor Relations | | | Laptops | | Chromebook | Microwaves | Owner benefits |
| | | | Chromebook | | Monitors | Dishwashers | Articles |
| | | | Media Players | | Printers | Ranges | Shopping guides |
| | | | | | Memory & Storage | Vacuums | Samsung Wireless Accessibility |

