# EXHIBIT 128



Samsung Indulge™ | Cricket Wireless

Rate plan contains a data usage level. Once you reach your usage level your speed will be reduced. See mycricket.com/fairuse for details. Coverage not available everywhere. We may limit or terminate your service without prior notice if you no longer reside and have a mailing address in a Cricket-owned network coverage area or if a majority of your voice and/or data usage is on a partner network during the previous month. Terms, conditions & other restrictions apply. © 2012 Cricket Communications, Inc. TM & © 2011 Apple Inc. All rights reserved.

Samsung came in strong with its first Cricket smartphone, the Samsung Indulge R915. Fully-loaded with easy-to-use smartphone features, the Samsung Galaxy Indulge specs include a 3.5" HVGA touch-screen, slide out QWERTY keyboard, music player, Bluetooth, mobile web, 3G and more. And now that Samsung has teamed up with Cricket, you can enjoy all the great features and capabilities of the Samsung Galaxy Indulge with an affordable, unlimited smartphone plan that requires no contract, no credit check and no activation fee.

Let your texting skills get to work with unlimited messaging—and start enjoying a phone that can keep up! Chat all you want, hands-free, with unlimited talk, voice activated dialing and Bluetooth capabilities. Browse through hundreds of thousands of apps on the Android market and get hooked up with the greatest stuff from Google, like YouTube, Gmail, Google Maps, Google Search and more. Snap and share photos or videos on the go with a 3.0 megapixel camera. Rock out or relax with your favorite tunes whenever, wherever, and check out Cricket Muve Music for a complete mobile music experience built right into your phone plan.

With up to 300 hours of standby time and 180 minutes of talk time, the 1500 mAh capacity Samsung Indulge battery can keep you connected throughout your busy day. If you're looking for a Samsung phone that fits your lifestyle and your budget, the Samsung Indulge with a plan from Cricket gives you all the access plus everyday value. Order yours now and get free overnight shipping—only from Cricket!



email signup

enter email address

> learn more

ABOUT SSL CERTIFICATES

Home | Cell Phone Plans | Cell Phones | Muve Music | Mobile Broadband | Cell Phone Accessories | Mobile Downloads
My Account | Prepaid Plans | Community | Site Map | Privacy | Important Legal Links | Contact Us | Careers & Corporate Links

©2012 Cricket Communications, Inc.