# EXHIBIT 130



Home > Cell Phones >

# Samsung Infuse™ 4G Smartphone

SGH-I997  ★★★★★ 1194 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT



- The Nation's Thinnest 4G Smartphone
- Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology
- Full Suite of Entertainment ON-THE-GO Including Media Hub
- 8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front-Facing Camera

Please check with an authorized Samsung retailer for price information

SHOP ▶



## Super slim. Super Smart.

Get access to over 150,000 Android apps on the nation's thinnest 4G smartphone.

🖨 Print This

## Product Features   See All Features

### The Nation's Thinnest 4G Smartphone

The Infuse 4G is Samsung's thinnest smartphone at just 8.99 mm at its thinnest, so it's easy to slip into a purse or pocket. You'll have access to over 150,000 Android apps, allowing you total freedom to create your own customized collection of apps to fit your individual lifestyle.

### Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology

To a smartphone, the screen is critical. The Infuse™4G gives you the largest touch screen on any Samsung phone. Samsung screens have a reputation for brilliant color, and the Infuse 4G's 4.5" Super AMOLED™ Plus screen exhibits our latest innovations. The screen gives you a full spectrum of rich, vivid color with high color contrast, for an incredible cinematic experience. The screen's amazing luminance allows you to easily read the display even in daylight. With its brilliant color and thin design, the Infuse 4G is fantastic for social messaging, outstanding browsing and entertainment on-the-go.

### Full Suite of Entertainment ON-THE-GO Including Media Hub

With the Infuse 4G, you're only seconds away from being able to watch hit movies and TV shows from Samsung Media Hub. It's your best entertainment experience on-the-go in a handheld device. And there is a 2GB microSD card that comes pre-loaded with this summer's hottest movie trailers. With the brilliant color and sound, videos and TV shows come to life. Once you choose a movie or show to watch, the content can be shared with up to four other devices.

You also get a free $25 Media Hub movie credit from Samsung with your Infuse 4G phone purchase, good towards movie rentals or purchases. Read about the Media Hub credit, details and restrictions.

### 8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front-Facing Camera

The Infuse 4G has an incredible 8.0 Megapixel rear-facing camera with LED flash and auto-focus. It shoots 720p HD video with incredible detail!* Now you can send stunning photos and videos to

## Specifications

**Carrier**
AT&T

**Color**
Caviar Black

**Platform**
Android 2.3, Gingerbread

**Display**
Display Size: 4.5"

**Display**
Display Technology: Super AMOLED™

**Camera**
Rear-facing Camera Resolution: 8.0 MP

**Camera**
Front-facing Camera Resolution: 1.3 MP

See Full Specs ▶

friends, and have high quality images to share with your social network. There is also a 1.3 Megapixel front-facing camera for video chats.

## Owner Reviews  See All

Overall: ★★★★☆   Features: ★★★★★   Performance: ★★★★☆   Design: ★★★★★   Value: ★★★★☆

### "Skinny, lite and mighty"
★★★★★

Just like the title says, its just a great phone. After a year of use it still works great and doesn't feel outdated at all....Read More »

**caban755** on August 29, 2012

### "Great Phone"
★★★★★

It is easy to use. Great Help available online better than ATT help. It is a tough phone, can stand alot of moving around and being dropped in a purse. Lots of apps. ...Read More »

**Luvtotalk** on August 21, 2012

### "this phone rocks"
★★★★★

after making the mistake of having a iphone i was looking for something better and came across the infuse its awesome the screen is awesome super vivid colours very sharp contrast its fast and packs plenty of power and fetchers.its super thin and light the battery lasts around 2-3 days and thats pla...Read More »

**poormanssunshine** on June 07, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ▸



## Get Carried Away with the Infuse 4G

## Meet the Samsung Media Hub



Choose from thousands of movies and TV shows and start watching instantly in a format optimized for your device. **See what's playing.**

## Infuse 4G Tips & Tricks



From handy flashlight to barcode scanner, check out these interesting ways to use your Infuse 4G. **Get the most out of your smartphone.**

## Accessories  See All






**Samsung Infuse™ 4 G Desktop Dock & Wall Charger**
ECR-D1B7BEGSTA

★★★★★ (0)

$49.99

SHOP ▸   Learn More

**Samsung Infuse™ 4 G Vehicle Navigation Mount**
ECS-V1B7BEGSTA

★★★★★ (0)

$49.99

SHOP ▸   Learn More

**Samsung Infuse™ 4 G Spare Battery and Charging System**
ET-CGPK002GSTA

★★★★★ (0)

$49.99

SHOP ▸   Learn More

**Standard Battery (1750 mAh)**
EB555157VABSTD

★★★★★ (0)

$39.99

SHOP ▸   Learn More

---

## Apps for School



**Ace your classes with these mobile apps.**

## TV Remote App



**Control your TV with your Galaxy devices.**

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

---

4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

Please Note: Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

Screen images simulated. Appearance of Infuse 4G may vary.

---

     

Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Samsung Infuse 4G Smartphone | Samsung SGH-I997ZKAATT

Features and specifications are subject to change without prior notification

| Who We Are | Shop | What We Make | | | | | How can we help you ? |
|---|---|---|---|---|---|---|---|
| About Samsung | Shopping Cart | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
| Careers | Order History | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Help with Your Order | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Order Tracking | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | | Chromebook | | Monitors | Ranges | Articles |
| | | | Media Players | | Printers | Vacuums | Shopping guides |
| | | | | | Memory & Storage | LED Lighting | Samsung Wireless Accessibility |
| | | | | | | | Contact us |

Search

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English   +1 815k   657k   Copyright © 1995-2012 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/cell-phones/SGH-I997ZKAATT[10/15/2012 2:06:42 PM]