| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|  | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|  | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kathleen M. Sullivan (Bar No. 242261) |
|  | kathleensullivan@quinnemanuel.com |
| 6 | Kevin P.B. Johnson (Bar No. 177129) |
|  | kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Bar No. 202603) |
|  | victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, 5th Floor |
|  | Redwood Shores, California  94065-2139 |
| 9 | Telephone:     (650) 801-5000 |
|  | Facsimile:     (650) 801-5100 |
| 10 | |
|  | Susan R. Estrich (Bar No. 124009) |
| 11 | susanestrich@quinnemanuel.com |
|  | Michael T. Zeller (Bar No. 196417) |
| 12 | michaelzeller@quinnemanuel.com |
|  | 865 S. Figueroa St., 10th Floor |
| 13 | Los Angeles, California 90017 |
|  | Telephone: (213) 443-3000 |
| 14 | Facsimile: (213) 443-3100 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBITS TO THE DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION AND ENHANCED DAMAGES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits 1, 4, 7, 19, 24, 25, 34, 46, 54, 55, 175, 183, 190, 193, 200, and 205 to the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for Permanent Injunction and Damages Enhancement.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. The exhibits will be served on all parties.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s): <u>Voluminous Document</u>

DATED: October 19, 2012             QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Susan R. Estrich*
     Susan R. Estrich
     Attorney for SAMSUNG ELECTRONICS
     CO., LTD., SAMSUNG ELECTRONICS
     AMERICA, INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC