# EXHIBIT 132

**Printer - friendly**                                                                 Print this page

## Mobile News

## Biggest Yet Thinnest, SAMSUNG Infuse™ 4G Debuts May 15

Exclusive Angry Birds Version to be Featured on the Nation's Thinnest 4G Smartphone with Largest AT&T Display



**DALLAS, May 5, 2011** — AT&T* and Samsung Telecommunications America (Samsung Mobile), the No. 1 mobile phone provider in the U.S., today announced the upcoming availability of the Samsung Infuse™ 4G.

### Key Facts

• Exclusive to AT&T customers, the Samsung Infuse 4G will be the nation's thinnest 4G smartphone at 8.99mm at its thinnest.
• Delivers the largest display in AT&T's smartphone portfolio with a brilliant 4.5-inch screen featuring next-generation Super AMOLED™ Plus technology.
• Powered by a 1.2 GHz processor and the Android™ 2.2 platform, the Samsung Infuse 4G also boasts an 8-megapixel camera, and a $25 credit to download movie content from Samsung Media Hub.
• Pre-loaded version of Angry Birds features an exclusive hidden level for Infuse 4G customers.
• Samsung Infuse 4G will be available in AT&T company-owned stores and online at www.wireless.att.com on May 15 and will cost $199.99 with a two-year contract and no mail-in rebate. (Minimum $15 data plan required)

### Customer Benefits

The Samsung Infuse 4G will be the thinnest 4G smartphone available in the U.S. and will feature the largest screen -- at 4.5 inches -- in AT&T's smartphone lineup, and the largest touch screen on any Samsung phone. Powered by a 1.2 GHz application processor and running the Android 2.2 platform, the device delivers a brilliant display using Samsung's next-generation Super AMOLED™ Plus technology which features 50 percent more sub-pixels for better contrast. The display also offers unmatched outdoor viewing quality, even in the brightest sunlight.

With the Infuse 4G, Samsung and AT&T are raising the stakes on pre-loaded content that is not available on any other device. In collaboration with Rovio, the Infuse 4G will feature a special edition of Angry Birds pre-loaded on the smartphone. Players can unlock a special "Golden Egg" level of the game, and once the special level is completed, users can register to win Samsung prizes exclusive to Infuse 4G users.**

The smartphone also includes an 8-megapixel camera/camcorder with auto-focus and flash that shoots HD video with incredible detail. A front facing camera is perfect for self portraits or video chat. Customers can also watch hit movies and TV shows from preloaded apps like Samsung Media Hub, U-verse Mobile and U-verse Live TV.

The first 500,000 Infuse 4G units sold will include a $25 voucher for consumers to get started on downloading content from Media Hub. With Media Hub's progressive downloading feature, users can start watching their content almost immediately as the rest of the file downloads to the Infuse 4G. Plus, all Media Hub content can be shared among five Media Hub-enabled devices on the same account. The Infuse 4G also comes with a 2GB microSD card with preloaded trailers for upcoming summer movies.

Compatible with the Infuse 4G and other devices on the Android 2.2 platform or better, AT&T has also launched a new, fun app called JustUs. The app combines both social media and text activity from five favorite contacts into an animated wallpaper, keeping users better connected with those that matter most. Customers can download the app for free in Android Market today.

### Quotes

"The 4.5-inch screen on Infuse 4G is enhanced further with Samsung's Super AMOLED Plus technology. Colors are rich and bright, even while outdoors in sunlight," said Jeff Bradley, senior vice president, Devices, AT&T Mobility and Consumer Markets. "When you juxtapose that with the fact that it's the thinnest 4G smartphone out there today, it's an incredibly compelling choice for our customers."

"When you combine the powerful 1.2 GHz application processor with AT&T's advanced 4G network, this device will truly be the fastest smartphone Samsung has ever created with AT&T," said Omar Khan, chief technology officer & chief product officer for Samsung Mobile. "The Infuse 4G is our latest example of Samsung's global leadership in Android platform smartphones. With every Android smartphone that we launch, we're bringing something new and exciting to the market."

### Smartphone Portfolio

AT&T is a pioneer in smartphones and devices and expects to widen its portfolio in 2011. In January, AT&T committed to introducing 20 4G devices and 12 additional Android devices by the end of the year. Samsung Infuse 4G will be one of several new 4G devices that have been offered to AT&T customers in the first half of 2011.

### Samsung Infuse 4G Accessories

To prepare for the arrival of the Samsung Infuse 4G in AT&T stores, the company has prepared a robust lineup of 14 fashionable and functional accessories including multiple case options, a vehicle mount and desk mount. All accessories are available in AT&T company-owned stores and online at www.wireless.att.com. For more details on the lineup visit ww.att.com/mobilephones-news.

### Key Specifications

- Android™ 2.2 platform
- 4G: HSDPA CAT 14 and HSUPA CAT 6
- 8.9 mm to 9.24mm thin
- UMTS 850/1900/2100
- GSM 850/900/1800/1900
- 1.2 GHz processor
- 4.5-inch Super AMOLED™ Plus screen
- 8-megapixel camera with HD 720p video camera and 1.3-megapixel front facing camera
- Virtual QWERTY keyboard
- Expandable memory up to 32GB with microSD card
- Text/Picture and Video Messaging support
- Samsung Media Hub, U-verse Mobile, U-verse Live TV, and Angry Birds

To learn more about the Samsung Infuse™ 4G, visit www.att.com/mobilephones-news, www.att.com/infuse4G or www.samsung.com/mobile.

\* AT&T products and services are provided or offered by subsidiaries and affiliates of AT&T Inc. under the AT&T brand and not by AT&T Inc.

\*\* Restrictions apply. See http://www.trymark.com/STA/Infuse4G/rules.html for Official Rules.

Number one mobile phone provider in the United States claim for Samsung Mobile based upon reported shipment data, according to Strategy

Analytics, Q1 2011 U.S. Market Share Handset Shipments Reports.

4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

Limited-time offer. Requires 2 year agreement, eligible voice plan and smartphone data plan, and new activation. For voice and smartphone data plans see rep or att.com/cell-phone for voice plans and att.com/dataplans for data plans. Qualified customers only. Geographic restrictions apply. $36 activation fee. Early Termination Fee: None if cancelled in the first 30 days, but up to $35 restocking fee may apply to equipment returns; thereafter up to $175. For complete terms see att.com/wirelessterms. Sales tax calculated based on price of unactivated equipment.

$25 Samsung Media Hub movie credit available to first 500,000 devices.

AT&T U-verse Live TV requires mobile broadband service. Service not available in all areas. Programming subject to blackout restrictions. Download and watch capability available for select content, requires Wi-Fi connection and is available for viewing for limited time periods.

AT&T U-verse® Mobile Pay-per-month download and watch capability available for select shows and requires select smartphones, Wi-Fi connection, and monthly subscription fee. Downloaded shows are available for viewing for limited time periods. Standard data charges may apply.

## About AT&T

AT&T Inc. (NYSE:T) is a premier communications holding company. Its subsidiaries and affiliates – AT&T operating companies – are the providers of AT&T services in the United States and around the world. With a powerful array of network resources that includes the nation's fastest mobile broadband network, AT&T is a leading provider of wireless, Wi-Fi, high speed Internet, voice and cloud-based services. A leader in mobile broadband and emerging 4G capabilities, AT&T also offers the best wireless coverage worldwide of any U.S. carrier, offering the most wireless phones that work in the most countries. It also offers advanced TV services under the AT&T U-verse® and AT&T |DIRECTV brands. The company's suite of IP-based business communications services is one of the most advanced in the world. In domestic markets, AT&T Advertising Solutions and AT&T Interactive are known for their leadership in local search and advertising.

Additional information about AT&T Inc. and the products and services provided by AT&T subsidiaries and affiliates is available at www.att.com. This AT&T news release and other announcements are available at http://www.att.com/newsroom and as part of an RSS feed at www.att.com/rss. Or follow our news on Twitter at @ATT.

## About Samsung Telecommunications America

Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets and telecommunications products throughout North America. For more information, please visit www.samsungwireless.com.

## About Samsung Electronics Co., Ltd.

Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2009 consolidated sales of US$116.8 billion. Employing approximately 188,000 people in 185 offices across 65 countries, the company consists of eight independently operated business units: Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, Digital Imaging, Semiconductor and LCD. Recognized as one of the fastest growing global brands, Samsung Electronics is a leading producer of digital TVs, memory chips, mobile phones and TFT-LCDs. For more information, please visit **www.samsung.com**.

© 2011 AT&T Intellectual Property. All rights reserved. Mobile broadband not available in all areas. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.



Copyright© 2010 SAMSUNG. All rights reserved.