# EXHIBIT 135



NEWS | ABOUT SAMSUNG                                LOGIN | HELP

SHOP PRODUCTS              BUSINESS SOLUTIONS              CONNECTED LIVING
MY ACCOUNT                 SUPPORT

Home > Cell Phones >

### Samsung Mesmerize™ i500 (U.S. Cellular) Android Smartphone
SCH-I500   ★★★★★ 432 REVIEWS

Tweet 50    +1 3    Pin it 12    SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Galaxy S with Android™ 2.1 OS
- Ultra-slim Design
- 4.0" Super AMOLED Touch Screen Display
- Loaded with Multimedia and Entertainment Features

Please check with an authorized Samsung retailer for price information

SHOP ▸



🖨 Print This

## Product Features   See All Features

**Galaxy S with Android™ 2.1 OS**
Do you want the whole world in your hands? How about the whole universe? Tens of thousands of apps populate Google Play™ -- everything from popular games to productivity tools to constellation maps. Powered by the latest Android platform(and upgradeable to 2.2), this phone fully integrates with Google Mobile Services. You're now at one with your Gmail account, Google Maps, YouTube videos and more.

**Ultra-slim Design**
It's amazing how much technical wizardry fits into such a sleek package, less than half an inch thick.

**4.0" Super AMOLED Touch Screen Display**
This brilliant screen gives you sharp, cinema quality images, even in bright sunlight. It eliminates the need to find a dark place to read your screen. And it's super sensitive to the slightest touch of your finger.

## Specifications

Carrier
**U.S. Cellular**

Color
**Mirror Black**

Platform
**Android 2.1**

Camera
**5.0 Megapixel**

See Full Specs ▸



## Owner Reviews   See All



Samsung Mesmerize Galaxy S Android Smartphone

Case 5:11-cv-01846-LHK   Document 2068-4   Filed 10/20/12   Page 3 of 4

Overall: ★★★★☆    Features: ★★★★★    Performance: ★★★★☆    Design: ★★★★★    Value: ★★★★☆

### "The Best Smartphone for the beginner"
★★★★★

This phone is great for the person just getting started in the Smartphone game I found it easy to use but with enough stuff for the intermediate user…Read More »

**Mavrick40** on September 12, 2012

### "Samsung Mesmerize"
★★★★★

I like the large and bright display, the virtual keyboard, the slim design, the large keys on the keypad, the clear sound, the Android apps, the sync features, and the camera. It has fast performance, is user friendly, and is easy to customize.…Read More »

**CityGirl** on May 04, 2012

### "Great phone, easy to use"
★★★★★

this is my second android phone and i am loving them. i use it all the time at work and home. my phone tends to be faster to look things up on line than my work computers! it does freeze sometimes and everyone once in a while the touch screen wont respond right a way but i still like it over my old …Read More »

**dunwildranch** on February 12, 2012

**Like it? A lot? A little? Tell us.**

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW »

---

## Accessories   See All



**Galaxy S i500 Desktop Dock & Wall Charger**
ECR-D985BEGSTA

★★★☆☆ (10)
$14.99
SHOP »   Learn More



**Galaxy S i500 Spare Battery and Charging System**
ET-CHGPKVOGSTA

★★★★☆ (2)
$49.99
SHOP »   Learn More



**Galaxy S i500 Standard Battery (1500mAh)**
EB575152YZBSTD

☆☆☆☆☆ (0)
$39.99
SHOP »   Learn More



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD

★★★★★ (5)
$19.99
SHOP »   Learn More

---

## Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. See its superior specs.   Read the rave review.



## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAUSC[10/15/2012 2:10:15 PM]

Samsung Mesmerize Galaxy S Android Smartphone

Features and specifications are subject to change without prior notification

| Who We Are | Shop | What We Make | | | | | How can we help you? |
|---|---|---|---|---|---|---|---|
| About Samsung | Shopping Cart | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support |
| Careers | Order History | TVs | Cell Phones | Cameras | Laptops | | Register your product |
| Sustainability | Help with Your Order | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Washers & Dryers | Product recycling |
| News | Order Tracking | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Refrigerators | Get downloads |
| Investor Relations | | | Laptops | | Chromebook | Microwaves | Owner benefits |
| | | | Chromebook | | Monitors | Dishwashers | Articles |
| | | | Media Players | | Printers | Ranges | Shopping guides |
| | | | | | Memory & Storage | Vacuums | Samsung Wireless Accessibility |
| | | | | | | LED Lighting | Contact us |

Search

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English   +1 815k   657k

Copyright © 1995-2012 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAUSC[10/15/2012 2:10:15 PM]