# EXHIBIT 136



| FEEDBACK | MY ACCOUNT | STORE LOCATOR | COVERAGE | REBATES | CART |

Phones & More | Plans | Offers | Entertainment & Apps | Business | Support
Rewards

◀ BACK TO PHONES
**PHONE DETAIL**

CHAT — Need help placing your order?

FREE ACTIVATION on most online orders.

FREE SHIPPING Every day on all online orders

Valid on postpaid and select prepaid plan purchases made through the website.




## Samsung Mesmerize™

The Samsung Mesmerize™, a Galaxy S phone exclusively at U.S. Cellular®, offers the most robust set of entertainment features available and represents the highest level of mobile intelligence. Featuring a 4.0" Super AMOLED™ screen that is stunningly bright without draining battery life, the Mesmerize also offers a powerful 1GHz processor. Add in the unlimited possibilities of the Android™ platform, and the Mesmerize is truly brilliant.

★★★★☆ 3.8 / 5

Read all 806 reviews | Write a review

Share this product

 Product Q&A
76 questions | 206 answers
Read all Q&A

 Click to view Interactive Demo

| Features | Reviews | Accessories | Support | Apps & Games |

### The Basics
- 4.0" Super AMOLED™ Screen
- Android™ 2.3 (Gingerbread)
- 5.0 MP Camera/Camcorder w/flash
- Swype™ Technology
- Full HTML Browser
- Google Mobile™ Services
- DLNA® Support Through AllShare™
- Wi-Fi
- Bluetooth® 3.0

### Included
- Lithium Ion Battery
- Travel charger/USB Cable
- 16GB microSD™ Card
- Stereo Headset
- Quick Start Guide
- CD with User Manual

### Pre-Loaded Apps
- Alarm Clock
- Calculator

Line 1 > Line 1
View My Cart Line
Add New Line
Duplicate A Li

Add Phone | Add Plans & Features | Add Accessories

Today's Total: $0.00
Monthly Charge: $0.00

Review & Checkout

- Support for Corporate and Personal Email

**Technical Specifications**

- E911 Ready
- Internal Memory: 2GB
- CDMA - 1x EVDO (3G)
- Talk Time up to 7 hours*
- Standby Time Up 13 days*
- Video Files Supported: MPEG4 (Encoding 15fps@SD), H.263, H.264 AVC
- Dimensions: 4.92" x 2.53" x 0.39"
- Weight: 4.16 oz.
- Hearing Aid Compatibility - M4 Rating

- Calendar
- City ID®
- Buddies Now
- Gmail™
- Google Maps
- Google Play
- Google Talk
- My Contacts Backup
- AccuWeather® Clock
- Tone Room Deluxe
- Your Navigator Deluxe turn-by-turn navigation
- YouTube™
- Write and Go

* times may vary depending on user settings, feature use and network configurations

Things We Want You To Know (Disclaimer)

### Need Assistance?
Contact Us
Support
Store Locator
Coverage Maps
Rebate Center
Device Protection Claims
Return Policy

### Shop
Phones
Plans
Offers
Tablets
Wireless Modems
Mobile Hotspots
Accessories
Business Services
Estimate your monthly data usage

### Current Customers
My Account
Redeem Points
Support
Send A Text Message
Browse All Apps
Voicemail Setup
Change Plan Or Phone
My Contacts Backup
Voice Mail to Text Preferences
Learn How to Manage Your Data Usage

### Rewards Program
Rewards
Earn & Redeem Reward Points
How to Enroll
FAQs
Why Switch?

### Our Company
About Us
Press Room
Awards
Community Involvement
Events
Careers
Investor Relations
Excellence Guarantee

Ad Choices

   

**WHY SWITCH TO U.S. CELLULAR?**
Say hello to our award-winning national network and our one-of-a-kind rewards program.


Norton SECURED
powered by VeriSign


BBB ACCREDITED BUSINESS

For questions or assistance, call daily 6AM - 11PM  (1-888-944-9400)
Sitemap | Privacy | Legal | Consumer Info Code | Contact Us
© 2012 U.S. Cellular

Share your feedback