# EXHIBIT 137



CNET › News › Image Galleries › Top-rated reviews of the week (photos)

# Samsung Mesmerize (U.S. Cellular)

**10** of 10 from Top-rated reviews of the week (photos)







**Samsung Mesmerize (U.S. Cellular)**

**Editors' rating: 4 out of 5**

**The good:** The Samsung Mesmerize boasts a beautiful Super AMOLED touch screen and a 1GHz Hummingbird processor. The smartphone's 5-megapixel camera takes excellent photos and video.

**The bad:** Call quality could be slightly better. The phone feels a bit slick.

**The bottom line:** The Samsung Mesmerize is a top-notch smartphone for U.S. Cellular customers, offering a brilliant touch screen, speed, and plenty of features.

Read CNET's full review
Price range: $199.99

November 13, 2010 4:00 AM PST
Photo by: Josh Miller/CNET | Caption by: James Martin

**DON'T MISS**






Steve Jobs' shadow lives on in tribute MacBook Pro laptops
CNET

Verizon won't penalize iPhone 5 owners for Wi-Fi bug
CNET

What Happens When Huge Companies Continually Make Stupid Mistakes?
Fool.com

New iPhone nears as holiday lineups unveiled
The Mesh Report

about these links

