# EXHIBIT 139

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER   Search   CART (0)

SHOP PRODUCTS
BUSINESS SOLUTIONS
CONNECTED LIVING
MY ACCOUNT
SUPPORT

Home > Cell Phones >

## Nexus S 4G (Sprint) Android Smartphone

SPH-D720   ★★★★★ 307 REVIEWS



SHOP ▶

OVERVIEW | **FEATURES** | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- First 4G Nexus S Device
- Powered By Android 4.1, Jelly Bean
- Super AMOLED™ display and contoured screen
- 5MP rear-facing camera with flash & front-facing camera

Please check with an authorized Samsung retailer for price information

SHOP ▶



🖶 Print This

## Product Features   See All Features

### First 4G Nexus S Device
You've seen the rave reviews of the Nexus S phone. Now imagine those reviews raving even more, thanks to this being the first Nexus S built to run on a 4G network.

### Premium 4" Touch Screen Device Powered By Android 4.1, Jelly Bean
Nexus S 4G offers a premium 4" touch screen, which makes a big difference when it comes to viewing movies, reading e-books or doing spreadsheets. And the Android 4.1, Jelly Bean platform is the latest from Android, with thousands of apps at your fingertips. But most importantly, this phone is pure Google, so it runs all Google apps and programs with lightning speed and stunning smoothness.

### Super AMOLED™ Screen Technology & Contoured Screen Design
Stay ahead of the curve when it comes to screen technology. The Super AMOLED™ Screen beams out amazing color and richness, even in bright daylight. And for comfort, Nexus S 4G is the smartphone with the gently curved screen that fits naturally into your hand and along your face.

### 5MP Rear-Facing Camera With Flash & Front-Facing Camera
The 5 MP rear-facing camera takes razor sharp photos and videos, which are perfect for sharing with friends on YouTube or Facebook. It also has a handy flash for low light conditions, so you never miss a great shot. And the front-facing camera* lets you video chat with friends all over the world.

## Specifications

**Carrier**
Sprint

**Color**
Black / Silver

**Platform**
Android 4.1, Jelly Bean

**Display**
Display Size: 4.0"

**Display**
Display Technology: Super AMOLED™

**Camera**
Rear-facing Camera Resolution: 5.0 MP

**Camera**
Front-facing Camera Resolution: VGA

See Full Specs ▶

## Owner Reviews  See All

Overall: ★★★★☆   Features: ★★★★★   Performance: ★★★★☆   Design: ★★★★★   Value: ★★★★☆

### "Excellent"
★★★★★

The Nexus S 4G is a powerful, lightweight and fast device that's incredibly easy to use.…Read More »

**Oldiesmann** on September 26, 2012

### "The Everything Phone"
★★★★★

This phone is the BOMB!!!! I can do everything I want. I can make it the way I want it to fit me. The only problem I had with it is that it got run over by a car and even after that it still worked, awesome. I love my phone. I can't wait until the next one comes out. I'm a Nexus fan.
…Read More »

**Flavor1** on March 28, 2012

### "Fast phone"
★★★★★

I love this phone and I am use to an HTC EVO 4G. Its a fast phone and the storage is amazing..except the internal USB. I highly recommend this phone and take advantage of all the app capabilities!…Read More »

**squeakywheel** on March 28, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ›**

---

### The Nexus S 4G: The World at 4G Speed



### Android 4.1 Explained

The latest version of the Android platform, Jelly Bean, is fast, smooth and loaded with great new features. **Learn about Android 4.1.**



### Tips & Tricks: How to Transfer Media

Want to access content from your computer on your Android phone? Here are four ways you can easily transfer your favorite files. **Check out our useful tips.**



---

### Finger Paint Wallpaper



**Download this live wallpaper for free.**

### NFC Explained



**Find out how it works.**

### Samsung Upgrade



**Find out how much your phone is worth.**

## Accessories  *See All*



**Nexus S GT-I9020T Desktop Dock & Wall Charger**
ECR-D1A3BEGSTA
★★★★★ (0)
$19.99
SHOP ▸   Learn More



**Nexus S GT-I9020T Vehicle Navigation Mount**
ECS-V1A3BEGSTA
★★★★★ (0)
$39.99
SHOP ▸   Learn More



**Nexus S GT-I9020T Spare Battery and Charging System**
ET-CGPK992GSTA
★★★★★ (0)
$49.99
SHOP ▸   Learn More



**TecTile Programmable NFC Tags**
ETC-TT1G6NGSTA
★★★★☆ (11)
$14.99
SHOP ▸   Learn More

## For Owners

**Owner's Manual** — Download the PDF

**How-to Guides** — Get the most out of every feature.

**Troubleshooting** — Help with any issues, big or small.

**Warranty** — Find out what's covered.

**Visit Support page** — Get help and learn more.

**Register this Product** — Exclusive owner benefits.

### Man of Many Devices
### Head in the Clouds



**Harness the power of cloud computing.**

### Nexus S Makes History



**See how NASA used it to explore space.**

      Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

