# EXHIBIT 140



# Product Description

Get the ultimate Google experience at 4G speeds with the Nexus S 4G for Sprint, which pairs Android 2.3 Gingerbread with a 1 GHz Hummingbird processor and integrated Google Voice capabilities. A thin-profile contour display gives the Nexus S a unique slim and trim size that fits easily in the palm of your hand, and its brighter, high-contrast screen means colors are incredibly vibrant and text is crisp at any size--even when viewed in bright sunlight.

It runs on Sprint's expanding 4G network, offering simultaneous voice and data connectivity and download speeds up to 10 times faster than 3G. Additionally, the phone can still connect to 3G data services in areas not currently served by Sprint's 4G network (learn more about Sprint's 4G network below).

The Nexus S is packed with the latest mobile technologies, including a Super AMOLED Contour Display with curved glass screen, 1 GHz Hummingbird processor, and Wireless-N Wi-Fi networking plus 3G/4G Mobile Hotspot capability for sharing your 4G connection with up to six Wi-Fi enabled devices simultaneously. And with support for Near Field Communications (NFC), the Nexus S can read information from "smart" tags, or everyday objects that have NFC chips in them--from stickers and movie posters to t-shirts.

The phone is outfitted with a rear-facing 5-megapixel camera plus a front-facing camera for easy video chats on the go. Other features include assisted GPS (A-GPS) for navigation and location-based services, Bluetooth for hands-free devices and stereo music streaming, haptic feedback vibration, access to both personal and corporate e-mail, and up to 6 hours of talk time. And with the Nexus S, you'll always be the first to receive software upgrades and new Google mobile apps as soon as they become available.



*The 4-inch Super AMOLED screen with Curved Display (view larger).*



*The Samsung Nexus S 4G is packed with the latest technologies and runs on Sprints ultra-fast 4G network (view larger).*

### Google Voice Integration

With Google Voice, your phone number is more than just 10 digits--it's the main hub of your voice communications. You get one number that rings all your phones--up to six different phones--with intelligent call routing and advanced features like call screening, blocking, and recording. You also get transcribed voicemail that's sent to you via email and/or text message, low-priced international calling, custom voicemail greeting capabilities, and more.

You'll be able to use your current Sprint wireless phone number as your Google Voice number without having to port your number, avoiding porting charges and potential service disruptions. So now when someone calls your Sprint mobile phone number, it can also ring your office, your home, or even your Gmail account. And if you already have a Google Voice number, calls made from your Sprint mobile phone can display your Google Voice number automatically.

### Android, 2.3 (Gingerbread)

The Nexus S 4G runs the Android 2.3 platform (dubbed "Gingerbread")--the fastest version of Android available for smartphones yet. It features a cleaner, more refined interface with new icons, improved top notification bar, and more intuitive navigation. Multitasking in Gingerbread allows you the ability to run more than one app at a time. If you're playing a game, you can easily switch to an incoming email and then switch back to the game without losing your place.



A new onscreen keyboard makes it easier to type thanks to additional spacing between the keys and larger font sizes. And the more you use the keyboard, the easier typing will be as the enhanced suggest feature records previous input history to make better suggestions.



With Voice Actions for Android, you can press and hold the Search button from anywhere and speak almost anything--text messages and emails, navigation direction queries, opening web pages, and more. And like the previous version of Android ("Froyo"), Gingerbread provides support for Adobe Flash Player 10.1 for access to the full Web.

The Nexus S 4G also brings one-touch access to the popular Google mobile services you use every day, including Google Search™, Gmail™, Google Maps™ with Navigation, Google Calendar™, Picasa™, and YouTube™. It also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets, and fun games to download and install on your phone, with many more apps being added every day.

Google Search, Gmail, Google Maps, Google Calendar, Picasa, & YouTube are trademarks of Google, Inc.

### Near-Field Communications

An NFC Reader application lets your read and interact with near-field communication (NFC) tags. For example, you can "touch" or "swipe" an NFC tag that might be embedded in a poster, sticker, or advertisement, then act on the data read from the tag. A typical use would be to read a tag at a restaurant, store, or event and then rate or register by jumping to a web site whose URL is included in the tag data.

*Voice Actions.*

### Vital Statistics

The Nexus S weighs 4.6 ounces and measures 4.87 x 2.48 x 0.44 inches. Its 1500 mAh lithium-ion battery is rated at up to 6 hours of talk time. It runs on Sprint's 4G network as well as the 800/1900 CDMA/EV-DO Rev. A frequencies.

### What's in the Box

Nexus S handset, rechargeable battery, AC charger/USB cable combo, quick start guide

### Connectivity

- **Ultra-fast 4G connectivity with simultaneous voice and data capability** (peak download speeds of more than 10 Mbps; peak upload speeds of 1 Mbps; average download speeds of 3-6 Mbps)
- **3G data speeds (EVDO Rev A.) in areas not yet served by 4G** (peak

### Hardware

- **1 GHz Samsung Hummingbird processor** speeds up everything--from playing games to watching shows to opening files from work.
- **4-inch Super AMOLED Plus display** reproduces sharper and brighter colors with improved visibility in bright light (480 x 800 pixels; 235 ppi).



- download speeds of up to 3.1 Mbps; peak upload speeds of 1.8 Mbps; average download speeds of 600 kbps-1.4 Mbps)
- **Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go.
- **Built-in mobile hotspot functionality** allows up to eight Wi-Fi enabled devices to share the 3G or 4G experience on the go with a laptop, camera, music player, game unit, video player, or any other Wi-Fi enabled device.
- **Bluetooth connectivity (version 2.1)** includes profiles for communication headset, hands-free car kits, and A2DP audio streaming.
- **Onboard GPS** for navigation and location services
- **Near Field Communication (NFC)**

### Google Integration
- **Android 2.3 OS** (Gingerbread)
- **Android Market** for browsing and downloading thousands of free and paid apps
- **Preloaded Android apps:** Browser, Calculator, Calendar (Google or Corporate), Camera, Clock, Contacts, Email, Gallery, Messaging, Music, News & Weather, Phone, Settings, Video Player, Voice Dialer, Voice Search, YouTube
- **Google applications:** Gmail, Google Search, Google Voice Search, Google Latitude, Google Maps, Google Places, Google Talk
- **Google Maps Navigation** with spoken turn-by-turn directions showing real-time traffic and 360° views of the destination

### Communications & Internet
- **Full HTML Web Browser** with Flash 10.1 Support
- **Virtual QWERTY keyboard**
- **Full messaging capabilities** including SMS text, MMS picture/video and IM instant messaging
- **Personal and corporate e-mail access** with support for Exchange ActiveSync as well as personal e-mail accounts (Google push, Yahoo!, POP3, IMAP).
- **Easy access to social networks** including Facebook and LinkedIn

- **Contour Display** with curved glass screen fits comfortably in the palm of your hand and along the side of your face.
- **MicroUSB port**
- **Removable battery**
- **Sensors:** three-axis gyroscope, accelerometer, digital compass, proximity and light sensors.

### Camera
- **5-megapixel rear camera** with auto-focus lens and flash.
- **Front-facing VGA camera** for easy video chats (640 x 480 pixels).
- **DVD-quality video capture** (720 x 480 pixels) with recording in MPEG4, H.264, and H.263 formats.

### Multimedia
- **Music player** compatible with MP3, WMA, and AAC/AAC+
- **Video player** compatible with MPEG4, H.264, H.263

### Memory
- **16 GB internal memory** (non-expandable)

### More Features
- **3.5mm headphone jack**
- **Organizer tools** including calculator, world clock, stopwatch, countdown timer, and memo
- **Hearing Aid Compatibility:** M4

### Sprint's Blazing Fast 4G Network

Sprint 4G offers a faster wireless experience than any other U.S. national wireless carrier, and Sprint is the only national carrier offering wireless 4G service in 32 markets (with more coming online soon). Sprint 4G delivers download speeds up to 10 times faster than 3G, giving this mobile phone the fastest data speeds of any U.S. wireless device available today. Sprint 4G network coverage is expected to reach 120 million people by the end of 2010.

Sprint 4G services dramatically increase download speeds for photos, videos and large files. You can download a favorite song, picture, sitcom or large video in seconds, not minutes, or watch live streaming video--all while on the go, not just from the home or office. Additionally, businesses can benefit from the fast connectivity speeds of 4G. Some examples include:

- Real estate agents can conduct virtual property tours.
- Construction teams using 4G in the field can save valuable time by sharing schematics with engineers online.
- Insurance companies can speed their claims management through real-time communication with on-site adjusters.
- Health care professionals can improve their ability to remotely monitor patients.
- Emergency first responders can rapidly assess and coordinate disaster action with real-time on-site video and audio.
- Photojournalists can instantly transfer high-resolution images to the newsroom.

### Also Available for This Android Device

 **Amazon Appstore for Android**
Get a great paid app for free every day.

 **Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

 **Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

**IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.

**Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

 **Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

### Customers who viewed this item also viewed

Page 1 of 3

     

| ZTE Fury Android Phone (Sprint) | Samsung Galaxy S II Epic Touch 4G Android Phone, White (Sprint) | Samsung Transform Ultra Android Phone (Sprint) | LG Viper 4G Android Phone (Sprint) | Samsung Galaxy S II Epic Touch 4G Android Phone, Black (Sprint) | Kyocera Milano Android Phone (Sprint) |
|---|---|---|---|---|---|
| List Price: $299.99 | Click to see price | List Price: $449.99 | Click to see price | Click to see price | List Price: $499.99 |
| Price From: $0.01 | | Price From: $0.01 | (9) | (162) | Price From: $0.01 |
| (2) | (23) | (1) | | | (1) |


AmazonWireless: Samsung Nexus S 4G Android Phone (Sprint)

## Customer Reviews

**Average Customer Review:** ★★★☆☆ ([59 customer reviews](#))

### Most Helpful Customer Reviews from Amazon.com


(Note: You'll be taken to Amazon.com and a new window will be opened)

56 out of 59 people found the following review helpful:

  **Great Google phone without the bloatware** June 12, 2011

Reviewer: CMc (Lincoln, NE) -

I imagine that some of you are choosing between the EVO and Nexus S. Well...I had been debating between this phone and the EVO and first picked the EVO because the camera was better. Then I noticed that programs kept popping up on the EVO that I never installed, such as Nascar, Blockbuster, and Nova, and it wouldn't let me uninstall them. I searched online and found a list of programs that come on the EVO that you can't uninstall and have a huge list of "permissions" including things like reading your gmail emails and sending text messages from your phone. I called customer service and the tech support suggested return the EVO & get the Nexus S because it doesn't have all those other programs and that most other smart phones on the market do. That's what I did. True enough, it is just straight Google. Everything is very well integrated with Google because there isn't a duplicate HTC (or whatever company makes your phone) program to do everything. For example, I use Google calendar, and it syncs automatically, but if I was on the EVO, I would have to keep the HTC calendar installed. And there aren't all those other programs I never wanted that I am forced to keep on there. Since I use all the Google features, there is more of what I want already integrated and less of what I don't want to be stuck with. With battery life being such a problem on smart phones, it just doesn't make sense to be forced to run a dozen programs you hate.

The screen is very crisp, bright, and contrasty - definitely better than the EVO. I feels just right in my hand, less bulky than the EVO, but still big enough to see what I need. The keyboard is responsive enough but also very smart at figuring out what I meant to type. The voice commands even work pretty well. My reception has been fine.

The only thing that I can really complain about is that in the alarm clock, it only has annoying ringers (not the full ringtone selection) so you need to install another application for that, as far as I've been able to tell.

Was this review helpful to you?   [Yes] [No]

70 out of 82 people found the following review helpful:

★★☆☆☆ **Great potential but reception issues KILL the overall experience** May 26, 2011

Reviewer: Mike "Mike" (Charlotte, NC) -

This phone literally has everything I've wanted in a device - for that reason, it didn't even occur to me that the actual phone signal and calling would be the fatal flaw here. I get terrible reception everywhere, and the wifi signal is weak even when I'm in the next room from the router. I have friends who own the Evo 4g that get great reception where I get none. I miss calls and then get random voicemails, the phone cuts out and then comes the "can you hear me, did you hear me, I couldn't hear you for a second" frustrations. Thats just unacceptable. This is literally the only major issue I have with this phone, and its sad that it happens to be a HUGE DEALBREAKING ISSUE. I will be returning my device if I don't hear of some sort of firmware fix or something in the next few days.

Apart from the actual phone calling and data reception, when I actually do get enough signal, I can video chat on gtalk, use google voice, google maps navigation, and all the other great features that shine in Google's Gingerbread OS. The processor is super fast and the interface is sleek and smooth, I've downloaded a ton of apps and they all work flawlessly and smoothly. Installing and uninstalling apps is instantaneous.

Pros:
-Fast, sleek, perfect size (not huge like the evo), better battery life than other android devices .
-Front facing camera for video chat
-Great camera for taking pictures
-NFC functionality for google wallet
-processor and interface is fast
-Netflix!

Dealbreaker Cons:
-SIGNAL / RECEPTION ISSUES - and yes, its this sprint device that is the issue, not the network. I have a buddy I ran around all day with the other weekend that owns a Sprint Evo 4g and where I was missing calls and not getting data, he was getting blazing fast operation on voice and data.
-Horrible echo for the person on the other end of the line when using SPEAKERPHONE
-Extended batteries that require a larger back casing will disable the NFC functionality (part of whatever makes this work is housed in the OEM back cover). I'm used to a blackberry that goes days without charging, so for me, I need a larger battery for these android phones. I don't care if it makes the phone bigger if it lets me get through a day without charging. Not having an official extended battery with special NFC-enabled back cover really detracts from the overall "all in one device". Looks like you're stuck carrying your actual wallet if you want longer battery life.

Other minor cons:
-no upgradeable memory, you're stuck with 16gigs. This is plenty for me, but some of you that use your phones for watching movies and storing all of your music, an option to load different micro sd cards will be terribly missed.
-keyboard takes some getting used to, and you will never be as fast as you would on an actual qwerty like on a blackberry
-google disabled facebook integration on this device so it won't pull data and pictures from facebook into your contacts automatically. there are some workarounds, but not really worth the time.

Was this review helpful to you?   [Yes] [No]

5 out of 5 people found the following review helpful:

  **Nice phone, even for a noob** June 20, 2011

Reviewer: Linh Nguyen (Maryland) -

I'll start off with this review is with 4G off, it's too flaky in our area.

I bought this phone for my Mom, and this is her first smartphone. She is one of the most tech-illiterate persons I know. She never texted on her old phones (last was LG Lotus). But a week later, here she is texting me. Granted, I set everything up for her to go so I have a good feel for the phone.

One of the big questions right now is reception. Call quality has been fine, no dropped calls for where she normally frequents. Wifi signal shows a little weaker than my Pre, but

<mark>

it seems to work just fine. Loads things faster than my Pre from the same spot =) She has light data usage, but she gets her email fine and browsing through her picasa library. It hasn't been too long, but the phone seems solid. My brother has the same phone, and his data has been good as well.

The biggest downsides I have to this phone are it scratches pretty easily on the back (dunno about the glass) and it's slippery. I highly recommend the Ringke cases.

Other notables: camera is OK, but my opinion on all smartphone cameras sans the nokia N8 and like is they all are not up to par. The android button row is impossible to see even on a cloudy day. If you memorize the order of the buttons, you're ok. If you flip between different android phones a lot, you might have issues. The screen itself is nice, haven't tested in full sun though. But I haven't had any smartphone be easy to use outside in bright light. Inside, the screen is absolutely beautiful.

Finally, having a clean, stock, Android system is certainly nice to work from. You probably will want to spend a bit of time customizing everything, so if you do that anyway, this phone will probably be perfect. Just be warned, customizing isn't always free to get exactly what you want.

**Was this review helpful to you?**　　[ Yes ]　[ No ]

12 out of 15 people found the following review helpful:

 **My dream phone... Shattered by awful reception on every level.** August 1, 2011

Reviewer: J. Palodichuk "Creature... For a while." (Portland, OR USA) -

The NS4G, which is basically an untarnished version of the original Nexus S on T-Mobile is (was) my dream phone. Period. It's a stock, vanilla Android experience that runs on a super smoothly spec'd device. It's fast. It's screen, absolutely gorgeous. Every app I downloaded, and used on this phone ran impeccably. The camera takes amazing shots and the shutter speed is next-to-none on any other Android phone I've owned (I've owned 3) - I took the phone on an escapade to San Francisco and the detail of the photos were amazing. The contoured screen felt very natural against my face when on a call (when I could make one) and the call quality (when I could make a call) through the earpiece and the speaker was great, and the person on the other end (when I could actually stay on a call) could hear me well at all time. The keyboard worked relatively well as the stock Gingerbread keyboard but had a few quirks, but not much to write home about. The screen scrolling was super smooth like an iPhone 4 and app selection/launch was fast with very little lag and I haven't experienced one force close yet.

Ahh, it all sounds like cupcakes and fairy tales right? Well, all I can be about the DEVICE ITSELF is giddy and optimistic, but sadly, it remains a mystery as to why this device simply makes the entire experience a major buzzkill with its horrid reception issues. And I am not over-exaggerating here, the issues are TORRID.

Let's start with the Sprint signal... Yes, I know, it could very well be the area I live in, but it SHOULDN'T be - because after 4-5 times on the phone with Sprint trying to figure this out, they all reiterated to me that I live in the BEST coverage area. All of them. I know this could be them telling me what they're told to tell me, but still, to hear something like that and not having the actual performance to back it up, well, that's that. Dropped calls, consistent 'gray-barring', sporadic complete loss of signal (inside and outside) and all of this with NO 4G in my area (while paying $10 extra a month for 'premium data'). Just awful. Moving on to the other extreme issues that shouldn't be... WiFi... This should be simple, right? I mean, WiFi is one of the most simple, basic features of today's smartphone, and Samsung completely missed the mark on this in extreme fashion. My WiFi signal, sitting directly in-front of the router, doesn't have full bars... I mean, c'mon right? Not only does it not have full bars, but it goes down to 2 or 3 out of 5!!! Seriously? How is this possible? Ugh, it's just heartbreaking....

PROS: Amazing performance, beautiful screen, excellent shooter around the back, responsive hardware

CONS: Every radio and antennae in this device seems to be defunct which ruins this otherwise near-perfect device.

THE BOTTOM LINE: If you're an Android enthusiast and you had the gleaming, giddiness I did when I saw I could pick one of these puppies up for dirt cheap and have basically THE GOOGLE PHONE to have, you're simply going to absolutely despise this thing if your device has the same issues mine (and my wife's, equally) had. It's heartbreaking, it's devastating, and even more, it's disillusioning. If you do get one of these and you don't have these problems, consider yourself one of the lucky ones, and I envy you, deeply.

**Was this review helpful to you?**　　[ Yes ]　[ No ]

12 out of 15 people found the following review helpful:

 **Excellent Smart Phone** May 30, 2011

Reviewer: Frank Dai

I believe that people are too caught up in how many bars or what their speed test numbers are. I have not personally tested my phone as far as the speed test goes but I will tell you that even though it does not show as many bars as my HTC, I have not dropped a call yet or have I had someone tell me that they could not hear me. My internet experience has been fine so far. I have not done a lot of intensive downloading but I do use Pandora at work and often times in my part of the building, it shows that I have 1 to no bars at all. The music has not skipped a beat and I still get my messages and e-mail. The phone has just come out for Sprint, sure there are kinks to be worked out but nothing major to the point where people are rating this phone so low. Yes, the screen reflects that the signal is low, but who really cares what the screen shows. If your calls go through and you can browse the internet without any lag, then I don't see what the real problem is. People these days are too fixated with what the numbers show, I want to tell those people that sometimes those numbers are meaningless. I say this because my HTC had 4 bars most of the time in my house but the call quality was terrible. I really enjoy all the things about this phone, especially the battery life. The battery life on this is very good. I have been able to go a full 24+ hours without needing a charge. Battery life all depends on the settings you have on your phone. You just have to be careful about the apps you download and whether they are not allowing your phone to sleep when they are running. I will possible update my review later with more info but I just wanted to let people know that there should be no reason why they shouldn't get this phone.

**Was this review helpful to you?**　　[ Yes ]　[ No ]

**Stay Connected**　　**Quick links and helpful information about our site**　　**Need Assistance?**

- Find us on Facebook
- Follow us on Twitter

Home　Our Blog　Help　We're Hiring　Contact Us
Your Account　Returns　Conditions of Use　About Us
Order Status　Secure Shopping　Privacy Policy

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

http://wireless.amazon.com/Samsung-Nexus-Android-Phone-Sprint/dp/B0050DDVUI[10/15/2012 2:17:09 PM]
</mark>