# EXHIBIT 144



NEWS | ABOUT SAMSUNG                                                         LOGIN | HELP



SHOP PRODUCTS          BUSINESS SOLUTIONS          CONNECTED LIVING
MY ACCOUNT             SUPPORT

Home > Cell Phones >
Samsung Replenish™

SPH-M580   ★★★★☆ 112 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Stay connected with friends, with work, and with the planet.
- Speaking of being green, it runs Android.
- Got a weak signal? You're ready with Wi-Fi.
- Capture the moment. Share the moment.

Please check with an authorized Samsung retailer for price information

SHOP ▶



🖨 Print This

## Product Features  See All Features

**Stay connected with friends, with work, and with the planet.**

The Replenish™ uses recycled and recyclable plastics plus environmentally friendly packaging. You can feel good about Mother Earth, and still text your mom with the full QWERTY keyboard. The large 2.8" QVGA (Quarter View Graphics Array) touchscreen offers every color found in nature.

**Speaking of being green, it runs Android.**

Your Replenish™ runs on Android 2.3, Gingerbread, arguably the most popular and versatile operating system of any smartphone. As an Android device, you'll have access to over 150,000 apps, to customize your phone like no other.

**Got a weak signal? You're ready with Wi-Fi.**

If you ever find yourself in a place that has a weak signal from your carrier, the Replenish™ can also connect wherever there's Wi-Fi. The extra bandwidth from Wi-Fi can also come in handy for faster downloads and video chatting.

## Specifications

Carrier
Sprint

Color
Onyx Black, Arctic Blue, Raspberry Pink

Platform
Android 2.3, Gingerbread

Display
2.8" Display

Display
262K TFT

Camera
2.0 Megapixel

See Full Specs ▶



## Owner Reviews  *See All*

Overall: ★★★★☆   Features: ★★★★☆   Performance: ★★★☆☆   Design: ★★★★☆   Value: ★★★★☆

### "Great Phone!!"
★★★★★

I originally upgraded from my Rant to a Trender. BIG MISTAKE!! I returned my Trender and got the Replenish. This is the phone I should have gotten the first time. The keyboard may be small, buy it is easy to use even with big hands. The screen is a good size for the phone. It fits well in my hands a…Read More »

**willpon** on September 10, 2011

### "Going Green!"
★★★★★

I love that it can charge from the sun and is made of recycled parts, but it can use some upgrades in the graphics capabilities and I would love it if it supported flash. I love the fact that its super light and the speaker is very loud to rock out with thats the reason i got the phone and the capab…Read More »

**gclarke4294** on September 04, 2011

### "Easy to Use/Easy on the Eyes"
★★★★★

I love it! Can't put it down! Easy to add apps and so many to choose from!…Read More »

**Breezy23** on July 21, 2011

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ›**

## Accessories  *See All*


**Standard Battery (1500 mAh)**
EB504465VABSTD


**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD


**Travel Charger (Micro USB)**
ATADU10JBEBSTD


**Travel Charger (Detachable with USB to Micro USB Cable)**









    



Samsung Replenish Android Smartphone

Business  Apps  Privacy  Legal  Sitemap  RSS  USA / English  +1 815k  657k  Copyright © 1995-2012 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/cell-phones/SPH-M580ZKASPR[10/15/2012 2:20:22 PM]