# EXHIBIT 146



## Design, Keyboard, Call Quality, and Pricing

The Replenish looks like an Android-BlackBerry hybrid. It measures 4.8 by 2.4 by 0.5 inches (HWD) and weighs 4.2 ounces. It's made entirely of shiny plastic, and is mostly black with some silver accents. It feels well-built and classy. Unfortunately, that feeling doesn't translate to the 2.8-inch, 240-by-320-pixel QVGA display. It's tinny and dim, and text looks fuzzy. There are function keys that separate the display from the keyboard; they're on the thin side, but I didn't have any trouble pressing them.


VIEW ALL 5 PHOTOS IN GALLERY

Most users are attracted to a phone like this for the keyboard. The Replenish features a four-row QWERTY keyboard with well-sized plastic keys just below the display. The keys are a bit tightly spaced, but I grew used to them quickly and was able to type long messages without a problem. Anyone used to a BlackBerry or other keyboarded slab will feel right at home.

The Replenish is a dual-band EV-DO Rev o (800/1900MHz) device with 802.11b/g Wi-Fi. That means it won't be quite as fast as the Samsung Transform Ultra ($229.99, 4 stars), which supports EVDO Rev A. But the Replenish is a better voice phone. Reception is fine, and calls sound loud and clear in the phone's earpiece, if a touch thin. Calls made with the phone also sound clear and feature good background noise cancellation. Calls sent through a Jawbone Era Bluetooth headset fine well over Bluetooth without training. The speakerphone is loud enough to use outdoors. Battery life was disappointing at [...]

Last October, Boost began charging an additional $10 monthly fee for unlimited messaging services on Android-powered devices. As compensation, monthly plans now start at $55, which are reduced by $5 every six months of on-time payment down to $40. These are pretty incredible prices compared with the major carriers, which can easily cost $100 and up.

## Green Features, OS, and Apps

The Replenish easily makes the cut for our GreenTech Approved award. It's made from 82 percent recyclable materials, with outer casing made from 34 percent recycled plastics. It's also been approved by the Sustainable Forestry Initiative for using at least 30 percent content from sustainable forests. Additionally, Boost encourages users to trade in their old device as part of the carrier's new buyback program.

The Replenish runs Android 2.3.6 "Gingerbread," and Samsung has done very little to modify it. You won't find any TouchWiz UI extensions here, and there's very little in the way of bloatware or preinstalled apps, aside from Mobile ID. Mobile ID allows you to install "ID packs" on your phone that include applications, ringtones, wallpapers, and widgets. It isn't for diehard Android purists, but some users may like it.

---

ADVERTISEMENT

PCMag Award Winners
Bitdefender Antivirus Plus 2013
Bitdefender Antivirus Plus 2013 does everything an antivirus should and includes useful bonus features.

EDITORS' RATED
Trend Micro Titanium Security
Find out how Trend Micro makes it easy to safeguard your digital life.

Ads by Google

Nexus 7 from Google
The new Android tablet, made for Google Play. Buy for $199!
google.com/nexus



$79.99
+FREE SHIPPING PREPAID
SEE IT



Let's Talk

Next »

### MORE STORIES BY ALEX COLON

Motorola Droid Razr HD (Verizon Wireless)
The Verizon Wireless Motorola Droid Razr HD represents a happy medium between th... MORE >>

### BY ALEX COLON
ANALYST, MOBILE

Alex Colon is an analyst for the PCMag Mobile team. He holds a Bachelor's Degree in English



Writing and Literature from Pace University and got his start editing books before deciding he wanted to write…

**FOLLOW ALEX COLON**

Twitter: @alexandergcolon

### We Recommend

- The 12 Best Android Tablet Apps
- Our Favorite Photo Scanners
- 10 iPad Apps Everyone Should Have
- The Best Virtual Desktop Software
- The Best Processors for Desktops
- The Best Personal Finance Apps

### From Around The Web

- **If You Have Gmail... You Must Have This** *The Next Web*
- **Helpful Phrases to Try at the Airport When Your Flight Has Been Canceled** *Real Simple*
- **Billionaires Dumping Stocks, Economist Knows Why** *Moneynews*
- **Internet threats beyond viruses: The top 5 digital dangers threatening your computer.** *DeVry University*
- **Why Microsoft's Surface Tablet Shames the PC Industry** *BusinessWeek*
- **10 Things to Never Put on Your Resume** *Salary.com*

[what's this]

### Ads by Google

**Tassimo® Official Site**
Take 25% Off Orders of 8 Top-Rated T DISC Flavors! Enter Code ALLSTARS
www.tassimodirect.com

Comments

**Add New Comment**

DISQUS

Type your comment here.

Post as …

**Showing 1 comment**

Sort by Oldest first     Subscribe by email     Subscribe by RSS

 **edgar_goyeneche**  1 month ago

Does the replinish can be used whith a sim card?

Like  Reply

blog comments powered by DISQUS

**Sponsors**

ADVERTISEMENT

ALL

- Weight Watchers Online For Men: A customized online system for men. Go!
- Meet the Ultrabook™ that's Built for Business and Engineered for Security. Learn more
- Lose Like a Man: See how Charles Barkley is losing with Weight Watchers. Learn More!
- The new Business Smart™ All-in-One Inkjet Series from Brother
- WebEx Meetings - Unlimited online meetings with up to 3 people - free!
- 10% longer battery life. 50% larger hard drive. 100% Toughbook.
- WD My Net Routers. Accelerate your entertainment. Learn more at WD.com
- See experts debate at PCMag's Security Watch Summit presented by McAfee
- Be productive all day, every day with Panasonic Toughbook® computers.
- Trend Micro makes it easy to safeguard your digital life. Free Trial!
- Would you like 100% free computer backup?
- Xerox color printers and all-in-ones as low as $249. Shop Xerox Direct
- Billions of Devices. One Intelligent Network.
- Test Drive T-Mobile's® Nationwide 4G Network
- Get the world's most secure mobile password manager & storage device
- Epson WorkForce® Pro—Run your business at full speed for less
- Canon P-215 mobile scanner. Road-ready. Briefcase-worthy.





| Sections | Our Sites | About | Connect | Digital Edition |

| Reviews | AppScout | Ziff Davis Corporate | Facebook | Subscribe: |
|---|---|---|---|---|
| How To & Tips | ExtremeTech | AdChoices | Twitter | PC/Mac |
| Encyclopedia | Geek | Contact Us | Newsletters | Kindle |
| Downloads | Logic Buy | Advertise | RSS | Nook |
| Editors' Choice | PCMag.com | Link to Us | YouTube | Sony Reader |
| Business | PCMag Mobile | Editorial Calendar | | iOS |
| Shop & Compare Prices | Security Watch | Site Map | | Android |
| News & Opinion | | Login | | Customer Service |
| | | Register | | |
| | | **SUBSCRIBE** | | |

Use of this site is governed by our Terms of Use and Privacy Policy. Copyright 1996-2012 Ziff Davis, Inc. All Rights Reserved. PC Magazine is a registered trademark of Ziff Davis, Inc. Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis, Inc. is prohibited.

ZIFF DAVIS    EVIDON

## Samsung Replenish (Boost Mobile)                              pcmag.com

- Bottom Line

The Samsung Replenish will work if you're seeking an eco-friendly, keyboarded smartphone on Boost, but there are better options available.


*Green Tech*


*Green Technology Approved by PCMag.com*

The Samsung Replenish ($99.99) is the first eco-friendly smartphone for Boost Mobile. It wasn't a favorite of ours over on Sprint (Free, 2.5 stars), but Boost has a slimmer smartphone selection so it's a little more appealing when measured against the rest of its lineup. We'll give it a slightly better rating here. But the Replenish is still sluggish, thanks to some seriously low-end specs, and suffers from a dim, fuzzy display. It'll work if you're seeking an eco-friendly, keyboarded smartphone on Boost, but there are better options available.

**Compare Similar Products**


*Compare Selected*

- **Samsung Replenish (Boost Mobile)**



- **Samsung Intercept SGH-M910 (Sprint)**



- Samsung Transform Ultra (Boost Mobile)

- LG Optimus Slider (Virgin Mobile)

Design, Keyboard, Call Quality, and Pricing

Mobile)




The Replenish looks like an Android-BlackBerry hybrid. It measures 4.8 by 2.4 by 0.5 inches (HWD) and weighs 4.2 ounces. It's made entirely of shiny plastic, and is mostly black with some silver accents. It feels well-built and classy. Unfortunately, that feeling doesn't translate to the 2.8-inch, 240-by-320-pixel QVGA display. It's tiny and dim, and text looks fuzzy. There are function keys that separate the display from the keyboard; they're on the thin side, but I didn't have any trouble pressing them.

View all 5 photos in gallery

Most users are attracted to a phone like this for the keyboard. The Replenish features a four-row QWERTY keyboard with well-sized plastic keys just below the display. The keys are a bit tightly spaced, but I grew used to them quickly and was able to type long messages without a problem. Anyone used to a BlackBerry or other keyboarded slab will feel right at home.

The Replenish is a dual-band EV-DO Rev 0 (800/1900 MHz) device with 802.11b/g Wi-Fi. That means it won't be quite as fast as the Samsung Transform Ultra ($229.99, 4 stars), which supports EVDO Rev A. But the Replenish is a better voice phone. Reception is fine, and calls sound loud and clear in the phone's earpiece, if a touch thin. Calls made with the phone also sound clear and feature good background noise cancellation. Calls sounded fine through a Jawbone Era Bluetooth headset ($129, 4.5 stars) and voice dialing worked well over Bluetooth without training. The speakerphone sounds clear and is loud enough to use outdoors. Battery life was disappointing at just 4 hours, 7 minutes of talk time.

Last October, Boost began charging an additional $5 monthly for its unlimited data and messaging services on Android-powered devices like the Replenish. That means that plans now start at $55, which are reduced by $5 every 6 months you pay your bill on time, down to $40. These are pretty incredible prices compared to the rates on the major carriers, which can easily cost $100 and up.

Green Features, OS, and Apps
The Replenish easily makes the cut for our GreenTech Approved award. It's made from 82 percent recyclable materials, with outer casing made from 34 percent recycled plastics. It's also been approved by the Sustainable Forestry Initiative for using at least 30 percent content from sustainable forests. Additionally, Boost encourages users to trade in their old device as part of the carrier's new buyback program.

The Replenish runs Android 2.3.6 "Gingerbread," and Samsung has done very little to modify it. You won't find any TouchWiz UI extensions here, and there's very little in the way of bloatware or preinstalled apps, aside from Mobile ID. Mobile ID allows you to install "ID packs" on your phone that include applications, ringtones, wallpapers, and widgets. It isn't for diehard Android purists, but some users may like it.


*Alex Colon*

Analyst, Mobile

Alex Colon is an analyst for the PCMag Mobile team. He holds a Bachelor's Degree in English Writing and Literature from Pace University and got his start editing books before deciding he wanted to write...