# EXHIBIT 147



NEWS | ABOUT SAMSUNG

LOGIN | HELP WITH MY ORDER

CART (0)

Search

SHOP PRODUCTS

BUSINESS SOLUTIONS

CONNECTED LIVING

MY ACCOUNT

SUPPORT

Home > Cell Phones >

**Samsung Vibrant™ Android Smartphone**

SGH-T959    ★★★★★ 545 REVIEWS

Tweet ◄ 53    ☐ 2.7k    Q +1  13    Pin it  5    SHOP ►

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Galaxy S with Android™ 2.2 OS

- Super AMOLED touchscreen

- Preloaded with the movie Avatar

- Instant social networking capabilities



Please check with an authorized Samsung retailer for price information

SHOP ►

---

## Product Features  See All Features

### Galaxy S with Android 2.2 OS

Do you want the whole world in your hands? How about the whole universe? Tens of thousands of apps populate Google Play™ -- everything from popular games to productivity tools to constellation maps. Powered by the latest Android platform, this phone fully integrates with Google Mobile Services. You're now at one with your Gmail account, Google Maps, YouTube videos and more.



### Super AMOLED touchscreen

Your world just got brighter and you don't even need shades. Experience HD-quality video recording that's clearly detailed, extraordinarily vivid and astonishingly colorful on the brilliant 4-inch Super AMOLED screen. Movies, games and websites all come to life even in broad daylight thanks to an anti-reflective screen. One of the thinnest, most responsive smartphones in the world, it also uses less power and has a longer battery life.

### Green guides show you the way

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-T959 Vibrant Virtual User Guide – ENGLISH

---

🖶 Print This

## Specifications

Carrier
**T-Mobile**

Color
**Black**

Platform
**Android 2.2, Froyo**

Display
**4" Display**

Display
**Super AMOLED™**

Camera
**5.0 megapixel camera**

See Full Specs ►

# Owner Reviews  See All

**Overall:** ★★★★☆     **Features:** ★★★★☆     **Performance:** ★★★★☆     **Design:** ★★★★★     **Value:** ★★★★☆

### "Great Phone still after two years"
★★★★★

This phone was my first smart phone. I have never had a problem with it. The performance can faulter a little bit, but that is probably because I have so many things running at one time. All in All, even after two years, this phone is still running and looks great!…Read More »

**Nitrisx02** on September 04, 2012

### "Best Phone I've Owned"
★★★★★

I've had the vibrant for almost 2 years and am eagerly waiting for the next galaxy phone…Read More »

**thg6147** on June 02, 2012

### "Great product, wonderful features, easy to use, excellent quality."
★★★★★

I wanted something comparable to the iPhone with more entertainment quality. This nailed it! Thank You. …Read More »

**bizzylizzy** on February 17, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ›**

---

# Goes Great With



### Galaxy S t959 Desktop Dock & Wall Carger
( 11 Reviews )
ECR-D979BEGSTA



### Galaxy Spare Battery and Charging System 1500 mAh
( 7 Reviews )
ET-CHGPKNVGSTA



### Galaxy S t959 Vehicle Navigation Mount
( 7 Reviews )
ECS-M979BEGSTA

## Better Audio. Awesome App.
From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. **See its superior specs.**   Read the rave review.



"The Samsung Vibrant boasts a brilliant Super AMOLED touch screen and comes preloaded with a number of entertainment goodies." **See Full Review**



cnet **CNET Editor's Rating:**
★★★★☆   Excellent

---

## The Galaxy S Vibrant



## ESPN Next Level

Use your Samsung mobile device to take your game to the next level with exclusive chats, stats, and analysis. **See how to step up your game.**





Introducing cinema-quality entertainment in the palm of your hand.

## Your Phone, Powered by Google



The Android Mobile OS turns your phone into a powerful web browser, entertainment center, personal assistant and more.

Learn More

## Accessories  See All



**Galaxy S t959 Desktop Dock & Wall Carger**
ECR-D979BEGSTA

★★★★☆ (11)

**$19.99**

SHOP ›    Learn More



**Galaxy S t959 Vehicle Navigation Mount**
ECS-M979BEGSTA

★★★☆☆ (7)

**$24.99**

SHOP ›    Learn More



**Galaxy Spare Battery and Charging System 1500 mAh**
ET-CHGPKNVGSTA

★★★★★ (7)

**$49.99**

SHOP ›    Learn More



**Galaxy S Standard Battery (1500mAh)**
EB575152VABSTD

★★★★★ (0)

**$39.99**

SHOP ›    Learn More



## Brighter and Better Screens with AMOLED

The screens on Galaxy S phones are not only sharper and glare-free, but also consume less power than traditional touch screens. **See the brilliance of AMOLED.**

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.



Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification



### Who We Are
About Samsung
Careers
Sustainability
News
Investor Relations

### Shop
Shopping Cart
Order History
Help with Your Order
Order Tracking

### What We Make

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
Vacuums
LED Lighting

### How can we help you ?
Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Samsung Wireless Accessibility
Contact us

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English

Copyright © 1995-2012 SAMSUNG All rights reserved.