# EXHIBIT 148



Amazon.com: Samsung Vibrant Android Phone (T-Mobile): Cell Phones & Accessories

amazon | Your Amazon.com | Today's Deals | Gift Cards | Help
The All-New kindle fire HD
Shop by Department | Search Cell Phones & Accessories | Hello. Sign in Your Account | Join Prime | 0 Cart | Wish List
Cell Phones & Accessories | All Electronics | Brands | Best Sellers | Phones with Plans: AmazonWireless | No-Contract Phones | Unlocked Phones | Accessories | Apps | Deals

# Samsung Vibrant Android Phone (T-Mobile)

by Samsung

(93 customer reviews) | Like (117)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

ZOOM
See larger image and other views (with zoom)

See all 8 customer images
Share your own customer images

Watch **Interactive Guide** [Flash]

**Sell Us Your Item**
For up to a **$15.25** Gift Card
Trade in
Learn more

Have one to sell? Sell on Amazon

Add to Wish List

Share

## Need Help Choosing a Cell Phone or Accessory?

Our cell phone experts are here 7 days a week from 7 a.m. to 9 p.m. CST to help you choose the right cell phone or accessory. (For assistance with **completed** orders, dial 1-866-216-1072.)

Call me
**or dial 1-866-423-5351**. For reference, you are viewing item number: B003TXSKNE.

## What Other Items Do Customers Buy After Viewing This Item?

Samsung Exhibit II 4G Prepaid Android Phone (T-Mobile) by Samsung
(429)
$189.00

5x Samsung Vibrant SGH-T959 Premium Clear LCD Screen Protector Cover Guard Film, no cutting is required! Exact fit and satisfaction guaranteed! by Otex
(81)
$1.33

Samsung T959 Vibrant Galaxy S Rubberized Shield Hard Case - Black by Samsung
(210)
$2.03

Samsung 1500mAh Li-Ion Standard Battery for T-Mobile Galaxy S Samsung Vibrant T959 EB575152VA by Samsung
(116)
$5.75

› Explore similar items

## Technical Details

- 3G-enabled, Android 2.1-powered smartphone with 4-inch AMOLED touchscreen display and 16 GB internal memory
- Pre-loaded with The Sims 3 Collector's Edition, James Cameron's Avatar movie, Kindle for Andoid app, and more
- 5-megapixel camera with HD video capture; Wireless-N Wi-Fi networking; Bluetooth 3.0 connectivity; microSD expansion; Swype keyboard
- Up to 4 hours of talk time, up to 96 hours (4 days) of standby time; released in July, 2010
- What's in the Box: handset, rechargeable battery, charger, 2 GB microSD memory card, USB cable, wired stereo headset, quick start guide

› See more technical details

## Product Details

**Product Dimensions:** 4.7 x 2.2 x 0.6 inches ; 5.6 ounces
**Shipping Weight:** 1 pounds

http://www.amazon.com/Samsung-Vibrant-Android-Phone-T-Mobile/dp/B003TXSKNE[10/15/2012 2:25:30 PM]

**Shipping:** Currently, item can be shipped only within the U.S.
**ASIN:** B003TXSKNE
**Item model number:** Vibrant
**Average Customer Review:** (93 customer reviews)
**Amazon Best Sellers Rank:** #87,606 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

Amazon.com Product Description

Ideal for those looking to combine mobile entertainment and communication in one device, the Android-powered Samsung Vibrant for T-Mobile is pre-loaded with a variety of games and video--including *The Sims 3 Collector's Edition* (a T-Mobile exclusive) and James Cameron's blockbuster, *Avatar*. It also comes with the pre-loaded Kindle for Android app--enabling you to search and browse more than 500,000 books--and offers access to MobiTV streaming video.

*Enjoy on-the-go entertainment with pre-loaded games and video on the bright, vivid 4-inch Super AMOLED touchscreen display.*

Enabled for T-Mobile's high-speed 3G network, the Vibrant offers fast data delivery and an enhanced Web-browsing experience that lets you connect quickly to social networking sites. And the 3G-enabled Vibrant will benefit from the enhanced speeds of T-Mobile's upgraded HSPA+ network, which is being rolled out nationwide to reach up to 185 million people by the end of the year and offers speeds close to 4G connectivity (read more about HSPA+ below).

With integrated Google technology, the Samsung Vibrant brings one-touch access to the popular Google mobile services millions use every day, including Google Search by voice, Google Maps with Street View, Gtalk, YouTube, Picasa, and contacts/calendar synchronization. The Samsung Vibrant also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets, and fun games to download and install on your phone, with many more apps being added every day.

Optimized for watching videos on the go as well as game play, the Vibrant offers a 1 GHz Samsung Hummingbird processor and 4-inch Super AMOLED touchscreen display for a bright, vivid viewing experience. It's equipped with a 5-megapixel camera with digital zoom and autofocus, and it also captures HD video. Other features include a 16 GB internal memory, microSD memory expansion (for up to 32 GB of additional storage from optional cards), Wireless-N Wi-Fi networking, Bluetooth 3.0 connectivity for hands-free devices and stereo music streaming, intuitive typing via integrated Swype keyboard, and up to 4 hours of talk time.

### Entertainment On The Go

The Samsung Vibrant for T-Mobile includes the following pre-installed applications and content:

- **Exclusive *The Sims 3 Collector's Edition*** brings exciting new gameplay and endless possibilities all on your mobile phone. Enjoy unexpected moments of surprise and mischief, as you choose whether (or not) to fulfill your Sims' destinies and make their wishes come true.
- **James Cameron's blockbuster *Avatar*** comes pre-loaded on the internal 16 GB memory, and it's optimized for viewing on the Vibrant's high-resolution screen.
- **Amazon's Kindle for Android app** provides the best reading experience available on your Android phone. You'll be able to access your Kindle books even if you don't have your Kindle with you as well as automatically synchronizes your last page read and annotations between devices with Whispersync. (Learn more)
- **MobiTV mobile** offers access to live and on-demand TV on your phone, including favorite channels such as MTV, NBC, COMEDY CENTRAL, ESPN and more are available. Plus, when you subscribe to MobiTV, your first 30 days of service are free.
- **Slacker Radio** allows you to listen to free personalized radio and choose from millions of songs from thousands of artists. Listen for free to over 100 expert-programmed radio stations from every genre or create your own custom stations.
- **Gogo Inflight Internet service** offers an added bonus: up to six months of free in-flight Wi-Fi access on their device, with Internet access on 2,500 daily flights in the continental U.S. and growing.

### Key Features

- **Powered by the Android 2.1 operating system** with deep integration of Google services and access to thousands of apps to customize your phone via the Android Market.
- **Fast 3G connectivity** via T-Mobile's HSDPA/UMTS network (1700/2100 MHz bands) with enhanced speeds thanks to T-Mobile's HSPA+ super-fast network (limited to areas with HSPA+ network coverage; see more about T-Mobile's 3G service and HSPA+ rollout below).
- **Quad-band GSM phone** for good global voice connectivity (850/900/1800/1900 MHz bands).
- **Integrated A-GPS** for location-based services and navigation via Google Maps.
- **1 GHz Samsung Hummingbird processor** speeds up everything--from playing games to watching shows to opening files from work.
- **Innovative 4-inch capacitive touchscreen Super AMOLED** (active matrix organic light-emitting diode) screen reproduces sharper and brighter colors with better battery consumption (480 x 800 pixels, 16 million color depth).
- **Swype input system** allows you to input text faster and easier by gliding your finger around the keyboard, moving from letter to letter in one continuous motion. The Swype technology then calculates what word you're intending to type (learn more below).
- **5-megapixel camera** with up to 3x digital zoom, multi-shot capabilities, and multiple shot modes.
- **HD video capture capabilities**
- **Multi-format digital audio player**
- **Ultra-fast Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go.
- **Next-generation Bluetooth 3.0 connectivity** provides faster throughput while minimizing on power requirements. It's compatible with new Bluetooth 3.0-enabled devices as well as backward compatible with older Bluetooth-enabled peripherals such as headsets and printers. It includes profiles for communication headset, hands-free car kits, and the A2DP Bluetooth profile--enabling you to wirelessly stream your music to a pair of compatible Bluetooth stereo headphones or speaker dock.
- **16 GB internal memory**
- **Memory expansion via microSD card slot** with support for optional cards up to 32 GB (a 2 GB card is included).
- **YouTube app** for streaming video over 3G and Wi-Fi connections.
- **Rich HTML e-mail application** seamlessly syncs your e-mail, calendar and contacts from Gmail as well as most other POP3 or IMAP e-mail services. The Gmail application provides features such as conversation view, spam filtering, search, and labels that Gmail users enjoy on their computer while offering new features such as integration with the phone's contact list. And it multitasks, so you can read a Web page while also downloading your e-mail in the background.
- **Full HTML Web browser** enables you to view more pages and enjoy better Web content delivered efficiently to your phone.
- **Instant messaging support** for Google Talk, as well as AOL, Yahoo! Messenger and Windows Live Messenger. It also supports advanced text messaging features, enabling you to easily flag, delete or move groups of messages and keep track of group conversations through threaded text messaging.
- **Text (SMS) and picture/video (MMS) messaging**
- **Google Calendar app** syncs with the Web-based version, so any event that you add to your phone will show up on the Web-based Google Calendar (and vice versa).
- **Airplane mode** allows you to listen to music while the cellular connectivity is turned off.

**Vital Statistics**

The Samsung Vibrant weighs 4.16 ounces and measures 4.82 x 2.54 x 0.39 inches. Its 1500 mAh lithium-ion battery is rated at up to 4 hours of talk time, and up to 96 hours (4 days) of standby time. It runs on the 850/900/1800/1900 MHz GSM/GPRS/EDGE frequencies, as well as T-Mobile's 3G network (1700/2100 MHz).

**What's in the Box**

Samsung Vibrant handset, rechargeable battery, charger, 2 GB microSD memory card, USB cable, wired stereo headset, quick start guide



*One of the slimmest smartphones on the market, the Vibrant measures just 0.39 inches thin and weighs 4.16 ounces.*

## Learn More

**Kindle for Android**

Kindle for Android is a free application that lets readers around the world enjoy Kindle books on their Android phones. Like all Kindle apps, Kindle for Android will include Amazon's Whispersync technology, which saves and synchronizes a customer's bookmarks across their Kindle, Kindle DX, iPhone, iPod touch, iPad, PC, Mac, BlackBerry, and soon Android, so customers always have their reading material with them and never lose their place. The Kindle Store includes over 500,000 books and the largest selection of the most popular books that people want to read, including New York Times Bestsellers and New Releases from $9.99.

- Search and browse more than 500,000 books, including 105 of 112 New York Times Bestsellers, directly from their Android device
- Access their library of previously purchased Kindle books stored on Amazon's servers for free
- Synchronize last page read between their Kindle, Kindle DX, iPhone, iPod touch, iPad, PC, Mac, BlackBerry, and soon Android
- Choose from five different font sizes and three color modes: read in White, Sepia, or Black color modes and adjust the brightness of the display from within the app
- Read books in full color, including children's books, cookbooks, travel books, textbooks and graphic novels
- Read in portrait or landscape mode, tap on either side of the screen or flick to turn pages

*Enjoy your favorite books on the go with Kindle for Android.*

**Swype Keyboard**

An alternative to the Android virtual keyboard, the Swype virtual keyboard allows you to input text by swiping the finger with one continuous finger or stylus motion across the screen keyboard. Based on testing, speed and accuracy are equal to or better than the traditional keyboard-tapping method. You can activate the Swype keyboard by pressing and holding in a text field, wait for popup to appear, click Input Method, and then select Swype.

**Simply Trace a Path**

In the image to the left, the word "quick" was generated from tracing the path shown above in a fraction of a second, by roughly aiming to pass through the letters of the word. A key advantage to Swype is that there is no need to be very accurate, enabling very rapid text entry.

## T-Mobile Services

**T-Mobile's New, Expanding Super-Fast HSPA+ Network**

As of June, 2010, T-Mobile has upgraded its traditional 3G network to HSPA+ in 25 major metropolitan areas across the U.S., and it plans to continue rolling out this network upgrade to over 100 metropolitan cities and up to 185 million people by the end of 2010. HSPA+ provides our fastest data speeds, up to 3 times faster than AT&T and Verizon's standard 3G networks, while allowing simultaneous voice and data capabilities for the ultimate wireless voice and data experience.

You'll enjoy 4G-like speeds with HSPA+ enabled areas, with a theoretical capability of up to 21 Mbps peak download speeds (and typical download speeds averaging between 5 and 8 Mbps).

While T-Mobile doesn't currently offer mobile phones with HSPA+ compatibility, many 3G devices can benefit from enhanced speeds when they're on the HSPA+ network today--including the Samsung Vibrant.

**High-Speed Data Connectivity via T-Mobile's 3G Network**

In addition to its quad-band GSM connectivity, this phone is also compatible with T-Mobile's UMTS/HSDPA 3G network, which operates on the 1700/2100 MHz AWS spectrum. This phone is designed to automatically connect to the best available network (3G or GSM/GPRS/EDGE) to provide faster data speeds when accessing the Web.

In areas where the 3G network is not available, you'll continue to receive service on the via T-Mobile's EDGE network (which stands for "Enhanced Data Rates for Global Evolution"). This high-speed, mobile data and Internet access technology is fast enough to support a wide range of advanced data services (with average data speeds between 75-135Kbps), including full picture and video messaging, high-speed color Internet access, and e-mail on the go.

While this phone is optimized for use with T-Mobile's high-speed 3G network, many of its functions will also work well on the moderate-speed EDGE network. If you plan to access the Internet extensively on your phone, 3G network coverage may serve you best.

Amazon.com: Samsung Vibrant Android Phone (T-Mobile): Cell Phones & Accessories

Activities that work well on EDGE or 3G networks:

- E-mail, instant messaging, and texting
- Downloading ringtones, CallerTunes, wallpaper, light data files
- Sending photographs via e-mail or picture messaging

Activities that work best on a 3G network:

- Viewing content-heavy websites (lots of images or videos playing)
- Viewing YouTube and other video files (they will play on EDGE, but require loading time)
- Uploading large files (photos, videos, presentations) to sharing websites
- Downloading large files from an e-mail or a website

T-Mobile's 3G network is currently available in more than 220 cities nationwide and covers more than 160 million people.

## Also Available for Your Mobile Device

**Kindle Apps**
Read more than 700,000 Kindle books with our free applications.

**MP3 for Android**
Find, buy, and play the music you love wherever you are.

**IMDb Apps**
Connect to the world's largest collection of movie, TV and celebrity information.

Product Description

Part of Samsung's Galaxy S series, this high-end Android smartphone sports a huge 4-inch OLED display, fast 1 GHz processor, and 5-megapixel camera with advanced options and video capture. Other features include Bluetooth 3.0, Wi-Fi with DLNA streaming, 3.5mm audio jack, and 16 GB of built-in memory plus a memory card slot.

### Customers Who Viewed This Item Also Viewed

Samsung Exhibit II 4G Prepaid Android Phone (T-Mobile) (429) $189.00

Samsung T959 Galaxy S Vibrant 4G Unlocked Phone with Android OS, 5 MP Camera, GPS and Wi-Fi ... (50) $394.95

Samsung Galaxy S Vibrant GSM Phone - Unlocked (28) $329.95

Samsung Dart Prepaid Andriod Phone (T-Mobile) (72) $149.99

T-Mobile Sidekick 4G Android Phone, Matte Black (T-Mobile) (30)

T-Mobile Prism Prepaid Android Phone (T-Mobile) (12) $149.99

## Customer Reviews

(93)
3.8 out of 5 stars

| | |
|---|---|
| 5 star | 40 |
| 4 star | 19 |
| 3 star | 16 |
| 2 star | 11 |
| 1 star | 7 |

See all 93 customer reviews

*"Personally, I think it's a hardware issue and that no amount of software updates will fix it."*
Mark K | 15 reviewers made a similar statement

*"Software* The Good: -Android 2.1 is stock on the phone with a promised upgrade to 2.2 in the near future."*
diljs | 20 reviewers made a similar statement

*"The Samsung Vibrant - The form factor - great as it's not too big, not too small with a 4 inch screen."*
ViBu | 26 reviewers made a similar statement

### Most Helpful Customer Reviews

103 of 109 people found the following review helpful

**T-mobile Finally Gets a Great Android Phone!** July 15, 2010

By diljs VINE™ VOICE

T-mobile, the first carrier to even have an android phone (the G1), blew its lead with the OS on a stream of mediocre handsets. While the other carriers got newer and better devices, T-mobile lagged behind, until now. Finally, at long last, a quality handset has arrived: the Vibrant. With its good looks, blazing fast speed, and quality OS, T-mobile customers can finally upgrade to a great phone.

*Hardware*

The Good:
-The first thing you notice about the Vibrant is its big beautiful screen. The 480x800 AMOLED screen is sharp and beautiful, easy to type on, and shows plenty of detail.
-The phone itself is thin and light, with a nice curve near the bottom to hold onto.
-1 GHz Samsung Hummingbird processor is faster in benchmarks than a 1 GHz Snapdragon and offers enhanced graphics procesing
-The buttons are not buttons but touch sensitive surfaces, like a flat screen TV.
-16gb of onboard storage is awesome. Add a 32gb microsdhc card and you've got 48gb, more than the iPhone.

Advertisement

### Most Recent Customer Reviews

http://www.amazon.com/Samsung-Vibrant-Android-Phone-T-Mobile/dp/B003TXSKNE[10/15/2012 2:25:30 PM]

-3G connection takes advantage of T-mobile's ever expanding 3G network, currently the fastest of any carrier in many cities.
-5 megapixel camera takes decent pictures and records video at 720p.

The Bad:
-The big compromise here is the camera. While the EVO and Incredible have 8MP cameras, the Vibrant has only 5MP. Flash and Front Facing Camera are glaring omissions from this otherwise high end phone.
-The plastic feels a bit cheap, but this is the case with most phones these days.
-Garish T-mobile and Samsung logos detract from the smooth appearance.

*Software*

The Good:
-Android 2.1 is stock on the phone with a promised upgrade to 2.2 in the near future. The latest versions of android are fast, more battery efficient, and have fewer "force close" errors. Some highlights include animated wallpapers, 7 home screens, and support for flash in web browsing.
-The interface is fast and smooth.
-Samsung has managed not to screw up the interface to this phone like it did on the Behold 2. The customizations are useful and unobtrusive.

*Included Accessories*

The Good:
-2 backplates (shiny blue or shiny purple) for customization.
-Nice gelly earphones are higher quality than most phones.
-Charger is a solid usb/wall combo.
-Avatar movie shows off the phone's beautiful screen.
-Free Sims 3 game is a fun way to kill some time.

The Bad:
-2gb MicroSD card is a bit lame compared to the 16gb internal memory, but easily upgradable.

Overall this is a great phone. Some hardware compromises prevent it from being the best Android phone ever, but it is still the best Android phone for T-mobile, and is the phone many customers, including myself, have been waiting for. The phone looks great, is blazingly fast, and has plenty of bells and whistles.

15 Comments | **Was this review helpful to you?** Yes No

43 of 45 people found the following review helpful

★★★★★ **Goodbye Pullout Keyboard, Swype on the Vibrant is incredible!** July 16, 2010

By Amy Gray

I was a die-hard pull-out keyboard junky, but using Swype on the Vibrant changed my mind forever. I could type 30+ words per minute on my G1 (my previous phone), and I'm a tad slower on the Vibrant using Swype, but that's just because there's a little bit of a learning curve. I'm convinced that I'll be just as fast on the Vibrant by this time next week.

In all respects, this phone is an incredible leap forward from the G1, and is light, sleek, and fast. The 7 customizable home screens make it easy to categorize my apps and widgets. The camera on this phone, in comparison to the G1's, is extremely usable and the results are comparable to point-and-shoot photos, even without a flash. Who likes "flashy" pictures, anyway? The screen is everything everyone has said. Coupled with the speedy processor, I can flip through photos in my Picasa or Flickr accounts in a flash.

I'm not jealous of my friends' iPhones anymore.

1 Comment | **Was this review helpful to you?** Yes No

55 of 59 people found the following review helpful

★★★★☆ **One of the best phones you can buy, but...e** July 31, 2010

By ViBu

I'll try to keep this as brief and to the point as possible.

The Samsung Vibrant -

The form factor - great as it's not too big, not too small with a 4 inch screen. If you're coming from a nexus one or a droid then you may not like the amount of plastic that's in the phone or the light feel. But even though it's a plastic build, it's a compact solid build. At first glance it will remind you of a Iphone. Again, it may be a turn off depending on your tastes.

Screen - hands down one of the best portable screens you'll ever see. Uses Samsung's Super AMOLED technology which they seem to be keeping for their own products these days. Avatar as a pack in for the device is a great move. Seeing the clarity of that film running on a Vibrant is awe - inspiring. The screen is responsive and accurate. I've had no problems with it in that regard. Resolution is 480x800.

★★☆☆☆ **Responsiveness**
When I bought this phone, I was very excited to experience the amoled screen, and the snapdragon processor. The Samsung UI and Android OS are nearly incompatible. Read more
Published 11 months ago by TJR

★★★★★ **Excellent phone**
I've had this phone for almost a year and can assure everyone that it is an EXCELLENT phone. The reception, and call quality are good. Read more
Published 17 months ago by M. Wilson

★★★★★ **Amazing Phone**
The Samsung Vibrant (Galaxy S) has been a necessary tool in my busy life! Between working, being a parent, going to school, and coaching, I need this phone to keep my life more...
Read more
Published 18 months ago by Christopher

★★☆☆☆ **Serious hardware issues.**
When I first got the phone the actual phone part died within 2 days. I couldn't make any calls or get data. I had to send the phone back to get repaired. Read more
Published 19 months ago by Robert P. Sterner

★★★★★ **Love my Vibrant!!!**
This phone has everything in a phone I could wish for. The Internet is really fast. The screen is so vibrant and colorful. Read more
Published 20 months ago by Ed T

★★★★★ **Wonderful; upgrade to Froyo (Android 2.2 right away)**
This is my first smartphone and it's excellent. The screen is gorgeous, better for watching video than most laptops. The high resolution and contrast compensate for the tiny size.
Read more
Published 20 months ago by sonnojoi

★★★★★ **Add Android 2.2 for flavor**
There is nothing that I can add to this review that is not already known by anyone that owns or is thinking about owning a Galaxy S phone or Vibrant specifically. Read more
Published 20 months ago by Lentrice D Wilson

★☆☆☆☆ **Tremendous potential but wasted by lack of support from Samsung.**
This phone had great potential at the release time but as it turns out, it was wasted by some fatal flaws:

1) GPS on this phone is just plain broken.
Read more
Published 21 months ago by A. Kulczynski

★☆☆☆☆ **Broken GPS, missing Froyo in 2010, and lack of support equals a...**
Could be very good phone phone but broken

Software - the Vibrant is running android 2.1 which is good, but 2.2 on this phone would have been amazing. But to be fair the update is coming in september. It runs with a custom user interface (ui) layer on top of android called touchwiz 3.0. It adds some interesting features to stock android but at the end of the day, I found it to be totally unnecessary. I've found similar and better features in the Android marketplace for the solutions that Samsung has tried to incorporate here. There are some glaring missing features though. The user dictionary that's standard in stock android is missing here. Also the ability to add custom ringtones to your contact list entries is also missing. Both functions can be easily added by downloading User dictionary from the market as well as Ringo Lite. The phone ships with Swype virtual keyboard and its enabled by default. It also ships with Samsung's own keyboard as well as the stock android keyboard. Swype has been my keyboard of choice since it was in beta. it's very intuitive and is a great choice by samsung.
The Vibrant also ships with a version of Rock Player. This is significant. Rock Player allows standard and some not-so-standard video codecs to run natively on Android phones. Xvid, divx, wmv, mov, mpeg 1/2/3, FLV...its serious. Android always had terrible video codec support but now, the days of encoding video are over thanks to Rock Player. The player is also available in the marketplace but doesnt seem to be as polished. The GPS software is glitchy. There's a fix for it that has been discussed on many forums but Samsung is preparing an update for it.

Camera - the good news is the Vibrant takes great photos and videos. Videos can be recorded in "720p" but the phone doesnt have a flash. This was a major concern for me initially until I actually used the camera. In well lit areas, the Vibrant took great images. Night time shots were great too if ample light was available. If not, there's a night mode. It works for the most part but it left a good number of my pics a tad blurry.
Video worked as one would expect. I was happy to see consistent smooth framerate and no pauses or glitches in the videos I took with the device.

Hardware - this is what ultimately sold me on the Vibrant. It has a 1ghz Hummingbird (Cortex A8 core) cpu developed by Intrinsity with a PowerVR SGX540 GPU (graphics processor). What this means is this CPU/GPU combo gives the Vibrant better graphics/games performance than any other smartphone of its class. I didn't quite believe it at first coming from a nexus one with Android 2.2 (which I still own) but after comparing the Vibrant to the Droid, the N1, the Incredible, Iphone 3gs, and the DroidX, I noticed 3D intensive games ran smoother on the Vibrant. Consistently so at 60 frames per second. I did some research and found out why. That material is too much to post here. I'll leave it to you to Google it. But in short, the Vibrant is capable of processing 90 million triangles a second.

The Droid with a TI OMAP3430 CPU and a PowerVR SGX530 - 7 to 14 million triangles a second

Nexus one with a Qualcomm QSD8x50 (snapdragon) and a Adreno 200 - 22 million triangles a second.

Iphone 3gs 600mhz cortex A8 with a Power VR SGX535 - 7 million triangles a second.

Also, the Vibrant ships with 16gbs of internal storage and can use 32gb microsd cards. 1.7 gbs of that storage can be used for apps which is more than enough space and eliminates the need for saving apps to sd card. Avatar is a little less than 2gbs on the sd card that ships with the phone but it can be transferred to internal memory and run from there.
The phone lacks a trackball but there are virtual arrow keys in swype and the Samsung keyboard that help to make up for the loss. The camera is a 5 mega pixel camera without flash as was mentioned. The face buttons are virtual buttons and work most of the time but there were times when the phone didn't seem to recognize my press. I'm not sure if this is from Android or the phone itself, but its worth mentioning.

Phone - I've experienced no problems with phone calls on the device. Calls were clear on my end and the other end of the line. bluetooth worked as it should and pairing a headset was as easy as one would expect. There's no noise cancellation mic but the speaker on the phone is very loud for videos, music and speakerphone.

Battery life - This has been a topic of great debate and for good reason. My Vibrant has lasted an entire day with moderate use on a 1500mah battery. A day and a half with light use. It lasted about 6 to 7 hours with heavy use. That's watching Avatar for a bit, surfing the web, taking calls, downloading from the market, playing games here and there. It lasted my entire shift at work with me constantly configuring it, running it, using it. By comparison, my Nexus one with Android 2.2 cannot last the day with moderate use. I can get 5 hours out of it maybe 6 before I have to recharge. Heavy use with my n1 will net me four hours maybe 5. To be fair there might be a particular app or even Android 2.2 causing the drain because it wasn't that bad when I first bought it, but it is what it is at this point.

Final thoughts, the Samsung Vibrant is one of the best Android phones released thus far but it has some issues that are strange and keeps it from being the best. Missing utilities that are standard in stock Android and have been since Android debuted is very strange. No flash will undoubtedly turn off a few people as well as the lack of Android 2.2 in an environment that calls for it. But what the Vibrant does well, it does extremely well and solves some key issues for some older Android devices. Internal storage that's more than enough to hold any apps you desire as well as gbs worth of content, a screen that's drop dead gorgeous and easier to navigate, fantastic video codec support and a better cpu/gpu combo for superior performance especially with gaming. The Vibrant is the best phone you can buy at Tmobile if you don't need a physical qwerty keyboard. I'm happy with the device and eagerly await Android 2.2 for it.

Comment | **Was this review helpful to you?** Yes No

› **See all 93 customer reviews (newest first)**

**Write a customer review**

GPS, missing Froyo in 2010, and lack of support from Samsung make this phone a complete failure. Read more

Published 21 months ago by Krzysiek_CK

★★☆☆☆ **Do not buy until Samsung releases Android 2.2/Froyo**

Note: this phone still runs Android 2.1, which is two releases out of date. 2.2 was released in June, 2010 and 2.3 in December 2010.
Read more

Published 21 months ago by Jason Mccampbell

**Search Customer Reviews**

Go

Only search this product's reviews

## Forums

11 customer discussions

### Look for Similar Items by Category

Cell Phones & Accessories > Phones with Plans

**Feedback**

- If you need help or have a question for Customer Service, contact us.
- Would you like to give feedback on images or tell us about a lower price?
- Is there any other feedback you would like to provide? Click here

**Your Recent History** (What's this?)

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.com

Canada China France Germany Italy Japan Spain United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AbeBooks Rare Books & Textbooks | AmazonLocal Great Local Deals in Your City | AmazonSupply Business, Industrial & Scientific Supplies | AmazonWebServices Scalable Cloud Services | AmazonWireless Cellphones & Wireless Plans | Askville Community Answers | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered |
| Book Depository Books With Free Delivery Worldwide | CreateSpace Indie Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | IMDb Movies, TV & Celebrities | Junglee.com Shop Online in India | MYHABIT Private Fashion Designer Sales |
| Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | Wag.com Everything For Your Pet | Warehouse Deals Open-Box Discounts | Woot Never Gonna Give You Up | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2012, Amazon.com, Inc. or its affiliates