# EXHIBIT 149




# Samsung Vibrant Launches, Will Be a Top Contender on T-Mobile

**ARTICLE DATE**: July 15, 2010

**By Sean Ludwig**

While many people have their eyes on the launch of the new Motorola Droid X on Verizon, T-Mobile on Thursday launched the Samsung Vibrant, a potential contender for the best smartphone on that carrier. The phone includes a 1-GHz Hummingbird processor, a 4-inch 854-by-480 Super AMOLED screen, and a 5-megapixel camera. It is available in T-Mobile stores and its Web site right now.

Mobile Managing Editor Sascha Segan got his hands on the Samsung Vibrant late last month. He was very satisfied with the phone and predicted that the Vibrant "will be T-Mobile's top-of-the-line smartphone."

Segan specifically liked the graphical capabilities of the smartphone. He notes: "T-Mobile's software build really shows off the high-end graphics processing capabilities of the new Hummingbird CPU. For example, T-Mobile includes the game Sims 3. I played it for a few minutes and was very impressed by the smoothness of pivoting around the game's 3D layouts. A full copy of the movie "Avatar," in 480p format to fit the phone's screen, is also included on the phone, and it looked sharp and smooth on the Super AMOLED."

Versions of the Samsung Galaxy S, the Vibrant's other name, are being released on five U.S. carriers besides T-Mobile: AT&T, Cellular South, Sprint, US Cellular, and Verizon Wireless. Look for reviews of the units from T-Mobile, AT&T, Sprint, and Verizon soon on PCMag.com.

View Slideshow    See all (15) slides

   

More

Copyright (c) 2012 Ziff Davis Inc. All Rights Reserved.