# EXHIBIT 150






Samsung Vibrant (T-Mobile) Review & Rating | PCMag.com



PCMAG.COM EDITORS' CHOICE  |  PCMAG.COM Best of the Year 2010 WINNER

these factors have also made the Vibrant our new Editors' Choice for T-Mobile smartphones, and one of the Phones With the Best Battery Life.

## COMPARE SIMILAR PRODUCTS



| ✓ Samsung Vibrant (T-Mobile) | ✓ HTC HD2 (T-Mobile) | ✓ T-Mobile myTouch 3G | ✓ Nokia E73 Mode (T-Mobile) |
|---|---|---|---|
| ●●●●○ EC | ●●●●● EC | ●●●●○ | ●●●●○ |

COMPARE

T-Mobile was the first carrier to get a Google Android phone—that would be the T-Mobile G1 ($179, ●●●●○)—but their unfortunate dalliance with Google on the doomed Nexus One (●●●●○) left them without a high-end Android phone for a while. Nonetheless, they've been getting along with several good midrange Android phones and the HTC HD2 ($199.99-449.99, ●●●●○), which has terrific hardware but a dead-end Windows Mobile OS.

 VIEW ALL 6 PHOTOS IN GALLERY

Enter the Samsung Vibrant. The Vibrant is part of Samsung's Galaxy S lineup, a sextet of Android super-phones scheduled to appear on six different U.S. carriers over the next few months. The Vibrant was released within days of the Samsung Captivate ($199.99-499.99, ●●●●○), AT&T's finest Android phone. T-Mobile's entry is similar to but different from its AT&T-based sibling.

### Hardware and Phone Performance

The Vibrant is a pretty non-descript black slab phone. It has rounded corners and a somewhat greasy-feeling black plastic back, but as a 4.8 by 2.5 by .4 inch (HWD), 4.16 ounce slab, it will quickly blend into any stack of black slab smartphones. That is, until you turn the screen on. Like the Captivate, the Vibrant has a brilliant 24-bit, 800-by-480, 4-inch Super AMOLED screen. That gives it deep blacks, hyper-saturated colors, and images that really pop.

ADVERTISEMENT

PCMag Award Winners

Titanium Security
Find out how Trend Micro makes it easy to safeguard your digital life. Get prices»
HIGHLY RATED  9/12/2012

Ads by Google

Top 10 4G Phones
Bestselling 4G Phones
Best Prices Ever!
DealHunter.us

Top 5 Cell Phone Plans
Stop Wasting Your Money! Find The Cheapest Cell Phones & Plans Online
www.unhookedcellular.com

Apple iPhone 4s Clearance
Blowout Winter Sale Still On!
Compare Apple iPhone 4s Deals
Comparestores.net/Apple-iPhone-4s

SNL Skit Pokes Fun at iPhone 5 Hysteria
42 people recommended this.

iPhone Users Are About to Be Screwed Over
559 people recommended this.

Microsoft Now Accepting Windows 8 Pre-Orders
64 people recommended this.

Facebook social plugin



Under the hood, the Vibrant has Samsung's ARM Cortex-A8-class 1 GHz Hummingbird processor, which promises improved graphics performance over competing devices. Our benchmarks agreed. On four publicly available benchmarks (BenchmarkPi, Softweg, CaffeineMark, and Linpack) Hummingbird came out faster than the Qualcomm Snapdragon in competing phones like the HTC Incredible ($299.99, ●●●●○) and HTC EVO 4G ($299.99, ●●●●○), and neck-and-neck with the TI OMAP chip in the Motorola Droid X ($299.99, ●●●●○). In Qualcomm's Neocore graphics benchmark, the Hummingbird really flew. Most Android phones get 24 to 32 frames per second on Neocore; the Droid X gets 44.4. The Vibrant zipped through 55.4 frames per second, promising a top-notch gaming and video experience.

The Vibrant connects to T-Mobile's and foreign 3G networks, as well as to 802.11 b/g/n Wi-Fi networks. The phone also has Bluetooth 3.0, which sounds exciting but doesn't offer any real-world advantages over version 2.1 of Android. Unlike AT&T's Captivate, the Vibrant doesn't work as a PC modem.

The Vibrant, like the Captivate, is a decent but not extraordinary voice phone. RF reception is average; the phone has a tendency to display fewer bars of signal than competing devices, but that didn't seem to affect its ability to complete calls. Sound in the earpiece is excellent—loud and clear, and the speakerphone is also loud and sharp. But transmissions through the microphone, while they lack background noise thanks to the Audience voice processor, sounded hollow and echoey at times. The Vibrant paired easily with our Aliph Jawbone Icon ($99, ●●●●○) Bluetooth headset, but couldn't do voice dialing over Bluetooth. That's annoying.

Battery life was very good, with more than seven hours of talk time and more than a day and a half of average use. The power-sipping Super AMOLED screen probably helps contribute to the relatively long battery life.

**Software and Media Performance**

The Vibrant runs Android 2.1 with Samsung's TouchWiz 3.0 extensions; an upgrade to Android 2.2 is coming soon, according to Samsung. TouchWiz improves the Android experience in a few meaningful ways, most notably by folding Facebook, MySpace, Twitter, and Microsoft Exchange pretty nicely into the overall experience. The Captivate's calendar merges Google, Exchange, and Facebook events, and the address book brings everyone together, letting you swipe over from a contact card to send a message to someone by various means.

The Vibrant has an unusual range of text-entry modes. There are two different styles of touch keyboard, two (slow but entertaining) handwriting recognizers, a T9 keypad if you want really large buttons, and Swype. It's good to have options, and one of these will fit you.

Samsung's home screen widgets are a notch below HTC's but better than stock Android. The Twitter and Facebook widgets are largely useless because they don't auto-update more than once an hour; nobody wants hours-old Tweets. But the Rolodex-style graphical buddy list is quite nice, and Daily Briefing combines weather, stocks, and news.

T-Mobile added some software but kept things pretty low-key. Unlike on the Captivate, for instance, you can side-load apps that aren't downloaded from the Android Market. T-Mobile also included a full copy of the movie "Avatar" and, awesomely, a copy of Sims 3. The Sims 3 game may be the best program I have ever seen a carrier pre-load on a phone. It's a real 3D game that takes full advantage of the Hummingbird processor, and it's a full copy, not a teaser. T-Mobile's TeleNav GPS program gives driving directions for $2.99/month—more expensive than Google's free beta navigation system (also included), but far cheaper than AT&T's $9.99/month AT&T Navigator.

The Vibrant is T-Mobile's best phone for media. The phone ships with a somewhat mysterious stub for Samsung Media Hub, a promised music-and-movie store which will have big-name content when it launches later this summer. You don't need Media Hub to enjoy the full media experience here, though it does help to have a Windows PC, not a Mac, as the Vibrant's syncing software only runs on PCs. In fact, I couldn't even get my Vibrant to show up on a Mac in Mass Storage mode (although it showed up on two Windows machines just fine.)

There's a lot of room for media on here: 16GB of internal memory, plus a slot behind the back cover for a microSD card up to 32GB. Our Vibrant came with a 2GB card installed, and our 16GB SanDisk card worked fine.

You have two ways to sync media to the Vibrant, other than dragging and dropping. The phone syncs perfectly with Windows Media Player, but there's also Samsung Kies, a very rich Windows-based app which lets you sync calendars and contacts locally with Outlook, upload and download your messages and media to the phone, and reformat videos so they can be played properly.

Samsung's hacked Android music player is a major improvement over Google's original, adding some visual effects, an equalizer, and a Cover Flow-like album art display to the usually dull Android music player. T-Mobile also includes Slacker, which is otherwise a free download.

Even without reformatting through Kies or WMP, the Vibrant plays an unusually wide range of video formats. Along with the usual standard-def MPEG4 and WMV video, I was pleasantly shocked to find that H.264/AAC and XVID videos played, even high-def 720p files, and that there seemed to be an option for simulated 5.1 surround sound.

**Camera and Conclusions**

I found the Vibrant's flashless, 5-megapixel camera takes even better photos than the Captivate's, even though the two use the same sensor. Perhaps the different back cover plays a role, with slightly different plastic over the lens. In any case, I got sharper images on the Vibrant, closer to the iPhone 4's pictures. The video mode was also excellent, taking 720-by-480 videos at 30 frames per second.

The Samsung Vibrant is a great Android phone for T-Mobile users. It's an especially compelling device when you consider T-Mobile's inexpensive service plans: pay for your

phone up front or on a monthly installment plan, and you can get 1000 minutes plus unlimited messaging and Web for only $69.99. That's an amazing $35/month savings over the competing AT&T plan—$840 over two years.

The T-Mobile myTouch 3G Slide ($179.99-429.99, ●●●●○), BlackBerry 9700 ($199.99, ●●●●○), and Nokia E73 Mode ($69.99-299.99, ●●●●○) remain good alternatives for folks looking for physical keyboards, and the myTouch 3G Slide runs most of the same apps as the Vibrant. But none of those phones have the Vibrant's amazing screen or media abilities. The HTC HD2 does, but we just can't recommend Windows Mobile 6 phones any more. That makes the Vibrant the best buy and our Editor's Choice for a T-Mobile smartphone.

**Benchmark Test Results**
**Continuous Talk Time:** 7 hours 22 minutes

Compare the Samsung Vibrant with several other mobile phones side by side.

*More Smartphone Reviews:*

## OTHER SAMSUNG CELL PHONES

| Samsung Galaxy Rush (Boost | Samsung Galaxy Metrix 4G (U.S. | Samsung Galaxy Victory 4G LTE | Samsung Galaxy S Relay 4G (T- |
|---|---|---|---|
| ●●●●○ | ●●●○○ | ●●●●○ | ●●●●○ |
| $149.99 SEE IT | | $49.99 SEE IT | |
| Amazon | | Let's Talk | |

## BY SASCHA SEGAN

**LEAD ANALYST, MOBILE**

As lead analyst for PCMag Mobile, Sascha Segan has reviewed hundreds of cell phones, PDAs, and ancillary gadgets in nearly five years with the PCMag Digital Network. He is also a columnist for PCMag.com and...

**FOLLOW SASCHA SEGAN**

Twitter: @saschasegan

## MORE STORIES BY SASCHA SEGAN



**What Softbank Buying Sprint Means To You**
Japan's Softbank aims to inject cash into Sprint, speeding up the carrier's LTE ... MORE >>

**What Were They Thinking? 7 Terrible Phone Names**
Now that all of the good brand names have been taken, the mobile phone industry ... MORE >>



**Testing Sprint's LTE on the iPhone 5**
If you can find Sprint's LTE network with your iPhone 5, it'll deliver the Net 2.... MORE >>

## We Recommend

- **Best Home MFP Printers**
- **Our Favorite Photo Scanners**
- **The 10 Best Digital Cameras**
- **Good Laptops Under $1,000**
- **The Best Security Suites of 2012**
- **The Top 8 Best NAS Devices**

## From Around The Web

- **If You Have Gmail... You Must Have This** *Charles Hudson's Weblog*
- **Application Whitelisting is a Viable Option When You Can Leverage Software Signing** *CIO*
- **Woman falls off cliff while texting** *Digital Trends*
- **The Phantom Eye: The Eye in the Sky** *The Boeing Company*
- **"VMware, the bell tolls for thee, and Microsoft is ringing it."** *NetworkWorld*
- **Are You "Skinny Fat?"** *MyDailyMoment.com*

[what's this]

## Ads by Google

**No Contract Cell Phones**
Best Selling Cell Phones With The Newest Features. No Contract!
smarter.com/NoContractCellPhones

**Top-Ranked MBA From UNC**
The Online MBA You Probably Can't Get Into. Learn About MBA@UNC.
www.OnlineMBA.unc.edu

**Top 5 Android Smartphones**
Top Models, Deals & Services Save Big on Android Smartphones
ShopCompare.net/Android-Smartphones

**Which Cell Plan is best?**
We do the research so you don't have to. Find the right plan.
www.consumersearch.com

Comments

**Add New Comment**

Type your comment here.

DISQUS

Post as ...

**Showing 0 comments**

Sort by [Oldest first]   Subscribe by email   Subscribe by RSS

blog comments powered by DISQUS

## Sponsors

ADVERTISEMENT

Samsung Vibrant (T-Mobile) Review & Rating | PCMag.com

ALL

- Weight Watchers Online For Men: A customized online system for men. Go!
- WebEx Meetings - Unlimited online meetings with up to 3 people - free!
- Lose Like a Man: See how Charles Barkley is losing with Weight Watchers. Learn More!
- 10% longer battery life. 50% larger hard drive. 100% Toughbook.
- WD My Net Routers. Accelerate your entertainment. Learn more at WD.com
- See experts debate at PCMag's Security Watch Summit presented by McAfee
- Be productive all day, every day with Panasonic Toughbook® computers.
- Trend Micro makes it easy to safeguard your digital life. Free Trial!
- Would you like 100% free computer backup?
- Xerox color printers and all-in-ones as low as $249. Shop Xerox Direct
- Billions of Devices. One Intelligent Network.
- Test Drive T-Mobile's® Nationwide 4G Network
- Get the world's most secure mobile password manager & storage device
- Epson WorkForce® Pro—Run your business at full speed for less
- Canon P-215 mobile scanner. Road-ready. Briefcase-worthy.

**Subscribe to PC MAGAZINE**

BONUS $25 RESTAURANT GIFT CARD! Redeemable at Over 19,000 Restaurants!

SUBSCRIBE NOW! »

| Sections | Our Sites | About | Connect | Digital Edition |
|---|---|---|---|---|
| Reviews | AppScout | Ziff Davis Corporate | Facebook | Subscribe: |
| How To & Tips | ExtremeTech | AdChoices | Twitter | PC/Mac |
| Encyclopedia | Geek | Contact Us | Newsletters | Kindle |
| Downloads | Logic Buy | Advertise | RSS | Nook |
| Editors' Choice | PCMag.com | Link to Us | YouTube | Sony Reader |
| Business | PCMag Mobile | Editorial Calendar | | iOS |
| Shop & Compare Prices | Security Watch | Site Map | | Android |
| News & Opinion | | Login | | Customer Service |
| | | Register | | |
| | | SUBSCRIBE | | |

Use of this site is governed by our Terms of Use and Privacy Policy. Copyright 1996-2012 Ziff Davis, Inc. All Rights Reserved. PC Magazine is a registered trademark of Ziff Davis, Inc. Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis, Inc. is prohibited.

ZIFF DAVIS   EVIDON