# EXHIBIT 151

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER | CART (0)

Search

**SHOP PRODUCTS**   **BUSINESS SOLUTIONS**   **CONNECTED LIVING**
**MY ACCOUNT**   **SUPPORT**

Home > Cell Phones >

Samsung Galaxy S™ II, available at T-Mobile (Titanium)

SGH-T989   ★★★★★ 919 REVIEWS



OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT



 Titanium    White

🖨 Print This

## Product Features   See All Features

**A phone for speedier web browsing**

Your Samsung Galaxy S™ II takes full advantage of 4G speed. Couple the dual core processing power with 4G speeds and the result is jaw-dropping. Downloading movies and multitasking between apps is faster than ever!

**The brightest, most colorful screen**

This 4.52" Super AMOLED™ Plus Screen brings vivid and sharp images to life. See every intricate detail and experience rich colors and dazzling images. The screen size is noticeably bigger than almost all other leading Smartphones, but in a surprisingly compact size. Just wait until your friends compare their phone screen to your 4.52" Super AMOLED Plus screen of the Galaxy S II. We hope your friend isn't a sore loser!

Watch Video >>

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-T989 Galaxy S II Virtual User Guide – ENGLISH

**Entertaining with movies and TV shows**

Thousands of premium movies and TV shows are now at your fingertips with Samsung Media Hub. You can begin watching them in seconds thanks to progressive download optimized for mobile phones. You'll also have access to Netflix and TV

## Specifications

Carrier
**T-Mobile**

Color
**Titanium**

Platform
**Android 4.0, Ice Cream Sandwich**

Display
**Display Size: 4.52"**

Display
**Display Technology: Super AMOLED™ Plus**

Camera
**Rear-facing Camera: 8MP**

Camera
**Front-facing Camera: 2MP**

on T-Mobile TV in Mobile HD**, as well as HD console gaming with all the coolest games to choose from. And if a movie, game or website is based on Adobe® Flash® Technology, your Galaxy S™ II can handle it perfectly.


See Full Specs ▶

## Galaxy S II Feature Video



## TV Commercial



## Get to Know Gingerbread
Easy to use and read for apps, Google's mobile platform makes your smartphone a powerhouse.
**Read up on Android 2.3.**



## Galaxy S II Stands Up to the Cold
A test conducted at the Technical Research Centre of Finland found that the Galaxy S II can still function in sub-zero weather.
**Check out the test results.**



## Man of Many Devices
### Head in the Clouds



**Harness the power of cloud computing.**

## Galaxy S II Tips



**Get helpful hints for your T-Mobile phone.**

## Discover ChatON



**See how this app connects your contacts.**

## Owner Reviews  See All

Overall: ★★★★★   Features: ★★★★★   Performance: ★★★★★   Design: ★★★★★   Value: ★★★★☆

### "This product has great features & design"
★★★★★

The performance of this phone is awesome. It's like bringing my laptop around in my pocket. The color is brilliant, the design is slim but sturdy & it has all the features I could possibly ever need. I have always trusted Samsung products & I will continue to purchase Samsung in the future.... Read More »

**Smoochie** on September 27, 2012

### "SIMPLY ONE OF THE BEST PHONES I EVER BOUGHT!"
★★★★★

EXCELLENT PHONE! YOU WON'T BE DISAPPOINTED! POWERFUL MULTIMEDIA, GREAT SOUND AND CLARITY! A++++... Read More »

**IAMTHEBESTPCGUY** on September 08, 2012

### "I love this phone!!!!"
★★★★★

Dropped it on brick and the outer ring got dented and cracked...but that was it...took a licking and is still ticking!!! Love my Sammy!!!... Read More »

**oOxTeChNeRdxOo** on August 10, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ›

## Accessories   See All



**HDMI Smart Adapter**
EIA2UHUNBEGSTA

★★★★☆ (11)
$39.99
SHOP ›   Learn More



**Galaxy SII, available at T-Mobile t989 Desktop Dock & Wall Charger**
EDD-D1F4BEGSTA

★★★★☆ (6)
$49.99
SHOP ›   Learn More



**TecTile Programmable NFC Tags**
ETC-TT1G6NGSTA

★★★★☆ (11)
$14.99
SHOP ›   Learn More



**Galaxy SII, available at T-Mobile t989 Vehicle Navigation Mount**
ECS-K1F4BEGSTA

☆☆☆☆☆ (0)
$39.99
SHOP ›   Learn More

---

*Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

**Mobile HD TV can deliver a bitrate of 800kbps and 16:9 resolution; the bitrate & resolution you experience will vary based on many factors, e.g., programming, network connection, & device.

BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.
Playback on the Galaxy S II in HD-like quality.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. Android and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.



Features and specifications are subject to change without prior notification



http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZKBTMB[10/15/2012 2:30:49 PM]