# EXHIBIT 152

Case 5:11-cv-01846-LHK   Document 2068-21   Filed 10/20/12   Page 2 of 7







*Enjoy super-fast mobile broadband speeds with T-Mobile's faster 4G (HSPA+ 42) network (view larger).*

downloaded movies and TV from Samsung Media Hub, and up to 4 hours of talk time (see full specifications below).

### The Brightest, Most Colorful Screen

With an incredibly colorful 4.52-inch Super AMOLED Plus display, the Galaxy S II delivers 50 percent more sub-pixels than the previous generation display for better contrast. The display also offers unmatched outdoor viewing quality, even in the brightest sunlight.

### Super Sharp Photos and Videos Plus Video Chat

This Galaxy S II also captures sharp photos with its 8-megapixel camera with flash, and it records videos in stunning Full HD 1080p resolution. An additional 2-megapixel front-facing camera gives you the power to connect with your friends and family face-to-face via video chat. And with Google Talk, you can video chat with all of your Google Talk contacts, whether they are on a mobile phone or a computer.

- expansion
- 8-MP camera + Full HD 1080p video capture
- GPS navigation
- Wireless-N Wi-Fi
- Bluetooth 3.0
- Personal/corporate e-mail

### Mobile Entertainment

Samsung's Media Hub enables you to rent or purchase movies and TV shows within seconds watch from the convenience of anywhere. With Media Hub's progressive downloading feature, you can start watching your content almost immediately as the rest of the file downloads to the Galaxy S II. Plus, all Media Hub content can be shared among five Media Hub-enabled devices on the same account.

### Intuitive TouchWiz Interface

The Galaxy S II features Samsung's TouchWiz user interface, providing superior multi-tasking and customization for an enhanced visual and intuitive smartphone experience. Live Panel features provide immediate access to weather, social updates, e-mail, news and photos, which can all be customized on any one of the seven home screens. All of the widgets can be positioned and re-sized to create unique home screens and one-touch access to the services and apps you use the most. The Notifications Panel allows one touch access to a separate menu for managing Wi-Fi, Bluetooth, GPS, and Flight Mode settings.



### Near-Field Communications

An NFC Reader application lets your read and interact with near-field communication (NFC) tags. For example, you can "touch" or "swipe" an NFC tag that might be embedded in a poster, sticker, or advertisement, then act on the data read from the tag. A typical use would be to read a tag at a restaurant, store, or event and then rate or register by jumping to a web site whose URL is included in the tag data.

### Vital Statistics

The Samsung Galaxy S II 4G weighs 4.77 ounces and measures 5.11 x 2.71 x 0.37 inches. Its 1850 mAh lithium-ion battery is rated at up to 4 hours of talk time, and up to 200 hours (8+ days) of standby time. It runs on the 850/900/1800/1900 MHz GSM/GPRS/EDGE frequencies, as well as T-Mobile's 3G/4G network (1700/2100 MHz; UMTS/HSDPA/HSPA+ 42).

### What's in the Box

Samsung Galaxy S II 4G handset, rechargeable battery, charger, USB cable, wired stereo headset, quick start guide

### T-Mobile's Super-Fast 4G Mobile Broadband Network

T-Mobile's super-fast 4G network (HSPA+ 21) is getting even faster, doubling the speed with T-Mobile's lightning-quick 4G (HSPA+ 42) network technology. New smartphones that include this technology will now be able to browse the Web faster than on the average home Internet, as well as enjoy uninterrupted video streaming and quicker app downloads. T-Mobile's 4G (HSPA+ 42) network average download speeds approach 8 Mbps with peak speeds around 20 Mbps.



And T-Mobile's increased network speed capabilities will benefit its customers using 3G and 4G (HSPA+ 21) devices for data services, as the backward compatible network pushes the limits of 3G and 4G devices to achieve maximum speed performance.

As of October, 2011, T-Mobile's 4G (HSPA+ 42) network has been rolled out to more than 150 markets across the United States, and its 4G (HSPA+ 21) network is available in over 190 major metropolitan areas across the U.S.--covering 200 million people across the country. Network upgrades will continue rolling out through 2012.

### Android Gingerbread Operating System



The Galaxy S II runs the Android 2.3 operating system (dubbed Gingerbread) which features a cleaner, more refined interface with new icons, improved top notification bar, and more intuitive navigation.

Multitasking in Gingerbread allows you the ability to run more than one app at a time. If you're playing a game, you can easily switch to an incoming e-mail and then switch back to the game without losing your place. And like the previous version of Android ("Froyo"), Gingerbread provides support for Adobe Flash Player 10.1 for access to the full Web.

The onscreen keyboard makes it easier to type thanks to additional spacing between the keys and larger font sizes. And the more you use the keyboard, the easier typing will be as the enhanced suggest feature records previous input history to make better suggestions.

The Galaxy S II also brings one-touch access to the popular Google mobile services you use every day. It also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets, and fun games to download and install on your phone, with many more apps being added every day.

### Google Integration
- **Android Market** for browsing and downloading thousands of free and paid apps
- **Pre-loaded Android apps:** Browser, Calculator, Calendar (Google or Corporate), Camera, Clock, Contacts, Email, Gallery, Messaging, Music, News & Weather, Phone, Settings, Video Player, Voice Dialer, Voice Search, YouTube
- **Google applications:** Gmail, Google Search, Google Voice Search, Google Latitude, Google Maps, Google Places, Google Talk
- **Google Maps Navigation** with spoken turn-by-turn directions showing real-time traffic and 360° views of the destination

### Connectivity
- **Blazing fast 4G speeds on T-Mobile's HSPA+ network** for up to 3 times faster than standard 3G networks, while allowing simultaneous voice and data capabilities (compatible with 3G networks where 4G is unavailable).
- **Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go.
- **Next-generation Bluetooth 3.0 connectivity** backward compatible with older Bluetooth-enabled peripherals and includes stereo audio streaming.
- **Onboard GPS** for navigation (using pre-loaded Google Maps) and location services
- **Near Field Communication (NFC)**

### Pre-installed Apps
- **Samsung Media Hub** puts thousands of hit movies and next-day TV shows at your fingertips
- **Samsung Social Hub** allows you to transfer e-mail, instant messaging, contacts, calendar, and social network connections--including Twitter, Facebook and LinkedIn accounts--into Feeds and Messages folders that can be either put into separate tabs or combined into comprehensive lists.
- **Kies Air** for wireless syncing

### Communications & Internet
- **Full messaging capabilities** including SMS text, MMS picture/video and IM instant messaging
- **Full HTML browser** (Webkit 5) with Flash 10.1 Support
- **Personal and corporate e-mail access** with support for Exchange ActiveSync as well as personal e-mail accounts (Google push, Yahoo!, POP3, IMAP).

### Hardware
- **1.5 GHz dual-core processor** (Qualcomm Snapdragon S3) speeds up everything--from playing games to watching shows to opening files from work.
- **4.52-inch Super AMOLED Plus multi-touch display** (480 x 800 pixels, 16 million color depth)
- **HDMI port** for video output to your HDTV or monitor (adapter and cable not included)
- **MicroUSB port**
- **Sensors:** accelerometer, 6-axis gyroscope.

### Camera
- **8-megapixel auto-focus camera** with LED flash, smile detection, geo-tagging, zero shutter lag, and multiple scene modes.
- **Full HD 1080p video capture**
- **2-megapixel forward-facing camera** for video chats and self portraits.

### Multimedia
- **Music player** compatible with MP3, WMA, AAC, FLAC, OGG, and WAV
- **Video player** compatible with MP4, M4V, AVI, WMV, and 3GP.
- **Samsung AllShare DLNA capabilities** allow you to stream movies, music, and photos from your smartphone to a compatible HDTV.

### Memory
- **16 GB internal memory**
- **Memory expansion via microSD card slot** with support for optional cards up to 32 GB.
- **1 GB of RAM**

### More Features
- **3.5mm headphone jack**
- **Hands-free speakerphone**

### Also Available for This Android Device

 **Amazon Appstore for Android**
Get a great paid app for free every day.

 **Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

 **Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

 **IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.

 **Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

 **Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

## Engadget.com Review

Here comes the second episode of a thrilling three-part saga. Not content with simply selling ten million units of the GT-I9100 -- its flagship device -- in the course of the last five months, Samsung's ready to flood the good ol' US of A with a healthy dose of the Galaxy S II, and it has



three carriers -- Sprint, AT&T and T-Mobile -- already signed up on the dotted line. The Epic 4G Touch has already made its way into stores (not to mention the hearts of customers), and Ma Bell's next in line to appease the masses. This time, things are a smidge different. Whereas Sprint opted to enlarge the screen and add in a few other select design tweaks, it appears that AT&T wanted to keep its variant -- appropriately named the Galaxy S II -- as close to the international smash hit as possible, opting for the same display size, squared corners and battery (albeit, with a twist). As it turns out, the tweaks are much more subtle than they were on last year's Samsung Captivate, which arguably looked almost nothing like the original Galaxy S. So does AT&T's model fit in with its two close compadres? Was its design choice the right decision for this go-round? Follow us below to get the full scoop.

› Read full review

### Customers who viewed this item also viewed

Page 1 of 3

       

| Samsung Exhibit 4G Android Phone, Black (T-Mobile) | HTC Amaze 4G Android Phone, Black (T-Mobile) | Samsung Gravity Smart Android Phone, Sapphire Blue (T-Mobile) | LG DoublePlay 4G Android Phone (T-Mobile) | Samsung Exhibit II 4G Android Phone (T-Mobile) | HTC Radar 4G Windows Phone (T-Mobile) |
|---|---|---|---|---|---|
| List Price: $399.99 | List Price: $649.99 | List Price: $299.99 | List Price: $499.99 | List Price: $299.99 | List Price: $499.99 |
| Price From: $249.99 | Price From: $549.99 | Price From: $229.99 | Price From: $349.99 | Price From: $249.99 | Price From: $349.99 |
| (8) | (28) | (15) | (0) | (6) | (33) |

### Customer Reviews

**Average Customer Review:** ★★★★☆ (36 customer reviews)

**Most Helpful Customer Reviews from Amazon.com**

[create your own review]

(Note: You'll be taken to Amazon.com and a new window will be opened)

63 out of 64 people found the following review helpful:

★★★★☆ **iPhone 4s - Amaze - or Galaxy S II???** January 30, 2012

Reviewer: E. Brown "EB" (The Wilds) -

If you find yourself torn between the GS2; T-Mobile's other flagship, the HTC Amaze; and jumping ship for the iPhone 4s, this review is for you. If you're new to Android, then read on, too.

AMAZE vs GS2
Amaze is the GS2's only real competition on T-Mobile at the moment. Amaze is more stylized, but the GS2 is a lot thinner. The GS2 has a larger screen which, depending on your tastes & size, may or may not be a plus. The GS2 has the most beautiful screen colors, saturation & vividness, but Amaze has a higher pixel density for clearer images & text. Amaze has a fancier user interface, but Launcher Pro Plus or SPB Shell 3D can be downloaded on either. Bottom line - They're both very competitive.

However, if you plan to take advantage of the hd video recording, the sound quality of recorded video on the Amaze is unacceptable. This is the only noteworthy difference. I exchanged my Sensation for this very reason. You can hear an example of the quality by searching YouTube (HTC Amaze 4G 1080p Camera Test| Booredatwork) or (HTC Amaze 4G 1080p HD Video Sample). HTC's recorded video sound is quiet, choppy & staccato. Both devices have their pluses and minuses, but this is where the line in the sand is drawn. The GS2's playback on recorded videos is excellent.

IPHONE 4S vs GS2
The iPhone isn't really in the same league. It's an incredible device, but it's just an app tray - squares on a (small) screen. As a result, iPhones are a little more consistent. The Apple is a bit smoother because it doesn't have to do much more than launch apps. You wouldn't expect a multi-functional Range Rover SUV to be as smooth as a Lexus sedan. You also wouldn't expect a Lexus to do as much as a Range Rover.

iPhones have no widgets, no multiple homescreens, (still) no full flash browser, no customization, no memory card, no removable battery, no keyboard options, no homescreen replacements, smaller screen... You get the idea. With Android, if you don't like the gallery, keyboard, browser, camera functions, messaging, icons, screen transitions... download new ones. iPhone is mostly closed. iPhones don't do much more than host/open apps. They're well-designed, user-friendly & have wonderful cameras, but they're tract phones, can't really customize/alter them.

iPhones don't have true multi-tasking. You can have a number of apps open at once on the iPhone, but the Galaxy SII allows me to continuously download a movie whilst listening to music & surfing the web - all at once. The GSII's dual-core processor does so w/o as much as a hiccup. I've been unable to exhaust the GSII.

Another thing iPhones don't have is bloatware. The GS2 has plenty, unfortunately.

However, if you're a busy career and/or family person, or not too good w/ technology, the iPhone is definitely better for you. No question. iPhones take less time to configure, learn & operate. They are more consistent. Everything works as it should out of the box.

iPhones hold their value much better, if that matters to you. Reason being, Samsung, HTC, Motorola come out with new Android flagships nearly every month. Folks will only pay so much for a smartphone. The iPhone, by contrast, is Apple's standard for the year.

If you're worried about apps, iPhone has many more, hands down, but Android offers most any app that you'd would want. Siri? Android already has Vlingo & Iris. They're no where near as accurate or robust, but I'd sooner call my friends than have a back/forth with a phone. Android Market also offers aDownloader which is a movie torrent. I was able to download 'The Hangover II' in HD 45 mins & watch on my HD tv... for free. Due to the closed operating system of Apple, the iPhone is unable to host torrent apps. What's more, many Android apps have free trials so you can test drive before buying them. If you want music on your iPhone, you must purchase it through iTunes. On the GSII, you can either purchase it from Google Play or download it from beemp3 or 4Shared... for free. You can do so much more with the Android operating system.

The GS2 runs on T-Mo's 4G network. The iPhone doesn't have the capacity to reach the same network speeds on any carrier. It's rather dated already.

NEW TO ANDROID?
There is *a lot* to configure & customize on a high-end Android. Busy, older folks will either be overwhelmed, or proceed w/o a clue as to what this device can actually do, in

spite of having paid for it. Secondly, Androids are *very* Googley. When you sync your Google account, be prepared for folks you've emailed once, 8 years ago, to show up on your phone. If you have a Picasa album, all of your photos will be automatically downloaded to your phone. If you erase them, all of the images will be deleted from Picasa online as well. Even storing phone numbers poses you with questions of storing to phone, SIM card... or Google. Just store the damned number. The same with calendar entries. Once you select your default, everything flows, however. On set-up, Android has a lot of options, choices, customization, questions, combinations, permutations. Imagine asking for water & the waiter spends 5 minutes asking you - sparkling or flat?... chilled or room temp?.... w/ or w/o ice?... large or small?... green glass or blue?... with straw or w/o?... doily or coaster? Gimme a break. I don't want that many options, frankly. Once you get everything as you like it, however, it's a very personal phone that does exactly what *you* want it to do. Really quite something. Android won't win any prizes for being user-friendly (at least on set-up), but it will for being thoroughly customizable. You can completely change the look, speed & operation of the system at will & fairly easily once you 'get it'.

PEEVES
As with any device, I have a few peeves w/ the GSII. Fortunately, most of them can be remedied. T-Mobile slaps a bunch of bloatware on the phone. They can only be removed by rooting your phone (YouTube has tutorials). You can always unroot so as not to void your warranty. Although the phone has plenty of space, you'll free up just that much more. I don't like the idea of being forced to have apps I don't want, particularly those that constantly run in the background. Secondly, there is no indicator light or *recurring* SMS alerts. WTF? Download 'Handcent' to alleviate this problem. Thirdly, although the speaker is loud enough, the sound is just okay. Fourthly, photos are saved to so many different folders. You can't simultaneously select/send photos from different folders (downloaded folder, camera folder, etc) You'll have to download QuickPic. It's the best gallery I've seen on any operating system/device. It will even show hidden, cached & (thought to be) deleted images. Finally, the charging cord is ridiculously short. If I want to charge whilst using the phone in bed or on sofa, I need an extension cord.

The native browser is good, but tends to checkerboard when pinch/zoom. I recommend downloading the free Dolphin Browser. It's the most robust browser, bar none. It does everything.

I shouldn't have to download so many third-party apps for things as basic as sms alerts & a decent gallery, but at least you can get the one you want instead of settling for what is given to you. What tipped the scales to 4 stars is that there is no recurring calendar alarm. This coupled with no indicator light and only brief chimes, has caused me to miss appointments simply because I dare step away from my phone for a second. I tried Calendar Even Reminder but, as Android apps must be designed for a handful of overlays (Samsung, HTC, Motorola) across numerous Android versions & with individual customization, it only worked sporadically. In short, this phone doesn't come with a dependable calendar alarm. I thought we had this mastered in the late 90s. (After an app update, Calendar Even Reminder now works flawlessly, but I went months w/o a real calendar alarm & intend to punish Sammie by deducting one star. ;-)

Herein lies reasons I say iPhones are better for non-techies, busy people and older folks. They don't do a whole lot & you must take what you're given, but they're ready on day one. The GSII takes a bit up upgrading to make it behave. It's appeal is that it does *so* much more than an iPhone. It's exceptionally more high tech and customizable. Sometimes, figuring everything out seems like a science project, though. I only need one navigation system, for example, not *three*. When I say, "Navigate to..." don't ask me which system to use, just take me to my damned destination. This pretty much sums up Android. There's such a thing as too many choices. It's the law of diminishing returns.

I won't itemize everything the device does. I'll leave a link below. I love the speed, big screen and vivid colors. It's been very dependable. It's very slim yet sturdy & squeak-free. Tasteful, low-profile design w/a high profile screen. Both T-Mobile's and Sprint's G2S have larger screens than AT&T's. Of all the GS2 variants, T-Mobile's version is the only one to offer an 1850mah battery, the largest of the lot. Battery life is much better on this unit than most (I hear) & the battery stays cool. There are even 2500mah & 3500mah batteries available by Mugen Power. If you want a more exhaustive list of features, or to compare stats alongside any other phone, gsmarena is a thorough, straightforward site.

T-MOBILE
Network speed is completely variable. This device can reach download speeds up to 42mbps as it runs on T-Mo's 4G (HSPA+). However, the speeds you get vary greatly & depend on location. At home I get only 3-4mbps. A mile from my home, I get 13.44mbps download speeds. I've gotten as much as 20-something. Just depends on where you are. The same applies to other carriers. The Amaze is the same. The iPhone 4S doesn't have the capacity to reach such high speeds on any carrier.

This is an amazing, impressive device. Folks always ask about it when they see the screen, particularly when I set it down next to any other another phone. However, the reason I have a smartphone is to better organize my life. Native calendar alarm issues & lack of an indicator light should be a consideration as the downloadable options may or may not perform consistently.

Was this review helpful to you?    

67 out of 72 people found the following review helpful:

★★★★★ **Excellent phone with the best display I've ever seen** October 20, 2011

Reviewer: jar155

I was a little apprehensive when I picked this phone up, knowing that the Galaxy Nexus would be announced and coming out soon, but I'm really happy I went with the GS2. The phone feels amazing to hold, it's really light, and the display is incredible. I don't get into the iPhone/Android wars, but finally I have a phone that doesn't get written off as junk by my friends once they've taken a look at the phone and played around with it.

Pros
- Very light, but feels solidly built
- Amazing screen
- Very fast web browsing performance
- Good battery life (I turn off data while on WiFi and at the end of the work day I still have about 75% battery left)
- Doesn't feel bulky in my pocket
- Call quality is good
- Camera is great and has a very fast shutter
- Large screen makes typing MUCH easier with the software keyboard

Cons
- T-Mobile installs tons of extra apps that are junk (I use LaucherPro and hide them)
- No word yet on if/when it will receive Ice Cream Sandwich update
- There's an LED on the front, but can't see how to enable it for notifications

Overall it's a great phone and I'm sure I'll be happy with it for the next year or two. I was weary of giving up a physical keyboard, but having a large screen really makes typing easy.

Was this review helpful to you?    

27 out of 28 people found the following review helpful:

★★★★★ **Kill the T-mobile bloatware and you have a GREAT Phone** November 25, 2011

Reviewer: Very Happy iPhone Switcher

I was very apprehensive about giving up my iPhone 3GS for a non iOS device. After a lot of back and forth I finally decided that I should try a phone that actually utilizes the 4g network I was paying for. The best way to describe this phone is as a Jailbroken iPhone. It has all the great things (memory killing, app killing, file organizing, etc) without ever having to void your warranty. The first thing I would recommend is to root your phone and install a custom rom (ex. BeastMod II). The ROMS delete the horrible T-mobile bloatware, speed up everything and extend your battery life by at least 2 fold (heavy use lasts about 2 days). The size is perfect, the gorilla glass is awesome!

Was this review helpful to you?    Yes    No

31 out of 34 people found the following review helpful:

 **The phone is awesome. The super-amoled+ display is unbelievable!** October 26, 2011

Reviewer: K. Tichy "Kayak Fisherman" (Melbourne, FL United States) -

I got mine about 2 weeks ago, shortly after it came out. There is nothing about this phone I would change! It's fast, it's slick, and the screen is absolutely gorgeous. It takes crystal clear pictures and makes excellent HD movies. You will be getting a boat load for the price. And T-Mobile's service is FAST, although I only use the 4G internet inside the car for the lack of a wi-fi hot-spot. Even my friends with the latest iPhones have told me this screen is a lot prettier than theirs.

If I were to complain about a single item, it would be that the HD video gets a little choppy IF you are moving the camera around too fast. This did not affect my review (still 5 stars) because it's a phone for crying out loud, not a professional HD camera!

The calls are very clear and the reception is great. The fact that I can use Skype to make calls and other apps to make video calls through the Internet is just awesome. I have talked to several friends in foreign countries through Skype and those calls were also crystal clear. It felt like the person was next door to me.

The pictures out of the 8 megapixel camera were pretty awesome! True colors and great detail. Even the front camera makes it for great video-conferencing.

This phone is quickly becoming my mistress, as I spend more time with it than with my wife!!!

I can't wait for Android 4 to be out and available from T Mobile. I heard that is going to be the icing on the cake!

Was this review helpful to you?    Yes    No

26 out of 30 people found the following review helpful:

 **WOW! Where have you been all my life?** October 26, 2011

Reviewer: bbabus100 "bbabus100" (usa) -

Got this phone from a Tmobile store. I'm really impressed. Samsung definitely nailed this one.I now can throw my Nexus S against the wall and have no regrets afterwards.
Pros:
1. The Screen is amazing: Big, beautiful bright, vibrant, very readable in direct sunlight.Very good for browsing because of the screen real estate.
2. It feels very good,solid, premium and comfortable in the hand and it's also very light
3. It's thin and fits comfortably in my pocket
4. This phone is blazing fast and smooth at everything
5. Very good call quality, I have no complaints at all, probably the best I've ever experienced
6. Skype video calls on this thing is a pleasure
7. Decent battery life that takes me through the day
8. The camera, oh, my God, the camera is simply amazing. And when you turn on the antishake feature it's almost impossible to take a blurry picture. High definition video capture and play back is amazing
9. People ask what type of phone it is and tell me it looks amazing
10. Viewing and editing PDF, word, powerpoint and excel documents on this phone is such a joy compared to smaller screen phones
11. Love the 4G speed. I don't think I can stand anything slower after tasting this one

Cons: Not found any real con yet.
I very highly recommend this phone without reservations

Edit: I've had this device for over two months or so and I feel compelled to say I have no regrets whatsoever getting it. It's by far the very best phone I've ever used.
I still have about 40 to 60ish % battery left when I go to bed at night and that's from using the phone from about 8am to 11pm (this is when I turn of the GPS and bluetooth and use wifi - make a few calls, browse the internet for probably 10 to 20minutes, read a few articles use a few apps, send a few text messages read a few emails.
Just waiting on ICS update. I hope that comes quickly.

Was this review helpful to you?    Yes    No

**Stay Connected**

 Find us on Facebook

 Follow us on Twitter

**Quick links and helpful information about our site**

| Home | Our Blog | Help |
| Your Account | Returns | Conditions of Use |
| Order Status | Secure Shopping | Privacy Policy |

**Need Assistance?**

Contact Us

We're Hiring
About Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates