# EXHIBIT 153

Samsung Galaxy S II Review - Watch CNET's Video Review



Product Finder

Reviews   News   Download   CNET   How To   Deals

TV

Search CNET

Log In | Join

CNET › Reviews › Cell phones and accessories › Samsung smartphones › Samsung Galaxy S II - black

# Samsung Galaxy S II   review (black, T-Mobile)

★ Review   👤 User Reviews   ☰ Specs   ▤ Check Coverage   ⬚ Compare   🛒 Shop



⌃

PLAY VIDEO

⌄

**WHERE TO BUY**

MSRP:
**$529.99**

LOW PRICE
**$2.99**

| | | |
|---|---|---|
| Best Buy | $49.99 | See it |
| Cellular Choices | $109.99 | See it |
| Amazon.com | $549.99 | See it |
| Amazon.com | $2.99 | See it |
| Wirefly Mobile | $79.99 | See it |

See all prices »

Set price alert »

See all models
[>]

@ 2011 CBS Interactive



1 comment

f  126
🐦  36
Pinit  2
g+1  19

More +

CNET Editors'
Rating
★★★★☆ – |
Excellent

**$2.99** to $549.99 ⏷
Review Date: 10/13/11

Average User Rating
★★★★☆
30 user reviews

**The good:** The **Samsung Galaxy S II** supports T-Mobile's faster HSPA+ network and has a dual-core 1.5GHz processor and an NFC chip. The Android Gingerbread smartphone also has a spacious and vibrant Super AMOLED Plus touch screen, 16GB of internal

Samsung Galaxy S II Review - Watch CNET's Video Review

memory, and great camera performance.

**The bad:** The smartphone is high-priced and on the larger side, and you can't remove bloatware.

**The bottom line:** The Samsung Galaxy S II ranks as one of T-Mobile's most powerful and feature-rich Android smartphones, but it's somewhat pricey.

## EDITORS' TOP PICKS



Apple iPhone 5
(AT&T, Sprint,
Verizon)
★★★★⯪

MSRP:
**$529.99**

LOW PRICE:
**$2.99**

Best Buy
**$49.99**  See it

Cellular Choices
**$109.99**  See it

Amazon.com
**$549.99**  See it

Amazon.com
**$2.99**  See it

See all prices »
Set price alert »



Samsung Galaxy S
III (S3) (T-Mobile,
AT&T, Sprint,
Verizon, U.S.
Cellular)
Starting at $49.99
★★★★⯪



HTC One X (AT&T)
Starting at $99.99
★★★★⯪



LG Optimus 4X HD
(Unlocked)
★★★★⯪

**Editors' note:** *Portions of this review were taken from our evaluations of the other Samsung Galaxy S II models. Additionally, due to changes in the competitive marketplace, we've lowered the overall rating of this product from 8.7 to 8.3.*

Just like Sprint and **AT&T** customers, T-Mobile customers now have the opportunity to pick up the popular Samsung Galaxy S II. T-Mobile's model of the Android Gingerbread smartphone is slightly different from the other versions in that it features a different dual-core



Photo gallery:
**Samsung Galaxy S II**

processor, an NFC chip, and support for the carrier's faster HSPA+ 42 network. It's also slightly more expensive at $229.99 with a two-year contract and after a $50 mail-in rebate, but if you're looking for high-end features and performance, the Galaxy S II is pretty hard to beat.

### Design

The T-Mobile Samsung Galaxy S II is the fourth iteration of the Android smartphone we've seen to date, and in terms of build quality, it's the best one yet. This is largely due to the soft-touch finish on the battery door that adds a leatherlike texture. It's a small detail that makes a huge difference in making the Galaxy S II feel like the premium handset that it is, instead of a cheaper phone.

Like the **Epic 4G Touch**, the T-Mobile Galaxy S II has a large screen, so it's a bigger-than-average device at 5.11 inches tall by 2.71 inches wide by 0.37 inch thick. The width makes the handset slightly awkward to hold during a call, and it's not the most pocket-

## QUICK SPECIFICATIONS

| | |
|---|---|
| Release date | 10/12/11 |
| Service provider | T-Mobile |
| Cellular technology | WCDMA (UMTS) / GSM |
| Talk time | Up to 240 min |
| Combined with | With digital camera / digital player |
| Weight | 4.8 oz |
| Sensor resolution | 8 megapixels |
| Diagonal screen size | 4.52 in |

Full Product Specifications

### By Bonnie Cha



Bonnie Cha is chief correspondent for Crave, covering every kind of tech toy imaginable (with a special obsession for robots and Star Wars-related stuff). When she's not scoping out stories, you can find her checking out live music or surfing in the chilly waters of Northern California.

## TOP RATED T-MOBILE CELL PHONES



Samsung Galaxy S III - 32GB -
pebble blue (T-Mobile)
Price: $179.53 - $565.00
★★★★⯪

HTC One S - gradient blue (T-
Mobile)
Price: $139.53 - $580.98
★★★★⯪

Samsung Galaxy S Blaze 4G
(T-Mobile)
Price: $19.53 - $309.99
★★★★⯪



HTC Amaze 4G - black (T-
Mobile)

Samsung Galaxy S II Review - Watch CNET's Video Review

friendly. That said, the phone is relatively thin and lightweight at 4.77 ounces, so it's not horribly cumbersome.





Price: $549.99 - $549.99
★★★★☆

Stay put ☐

presented by

**T··Mobile·**



The T-Mobile Samsung Galaxy S II features a spacious 4.52-inch display. As a result, the phone is a bit large.

The Super AMOLED Plus touch screen measures 4.52 inches diagonally with a resolution of 800x480 pixels. There are higher-resolution screens on the market, but the Galaxy S II's display is still sharp and shows off vibrant colors. The spaciousness of the screen also makes it great for viewing Web pages and multimedia.

The touch screen is responsive. The smartphone offers both Swype and Samsung's own virtual keyboard. It registered all our taps, and we were able to easily navigate through the menus. In addition to using the standard touch interface, you can also use motion gestures. With the settings turned on, you can flip the phone to mute it. With two fingers on the screen, you can tilt to zoom in and out in the Gallery and browser. Flicking your wrist left or right (panning) can move a home screen icon when you're holding it. We can't really foresee using motion gestures all that often, but more useful is the Vlingo-powered Voice Talk app that allows you to compose and send messages, call contacts, launch the music player, and perform other actions using voice command.



© 2011 CBS Interactive

The soft-touch finish on the back gives the Galaxy S II a more luxurious feel.

Though most of your interaction with the smartphone will be through the touch screen, there are various controls on the handset to make some tasks easier. For quick access to the home, menu, back, and search functions, you have four touch-sensitive buttons below the display. On the left spine, you'll find a volume rocker, and there is a power/lock button on the right side. A Micro-USB port sits on the bottom of the device, and there's a 3.5mm headphone jack on top. On the front in the upper left-hand corner is a 2-megapixel camera for video calls and self-portraits. Meanwhile the main 8-megapixel camera is on back, along with an LED flash.

T-Mobile packages the Galaxy S II with an AC adapter, a USB cable, and reference material.

## User interface

The Samsung Galaxy S II runs Android 2.3.5 Gingerbread along with Samsung's latest TouchWiz 4.0 user interface. We're often less than enthusiastic about custom interfaces-- they sometimes add unwanted complexity, and are usually slower to update to new OS versions. However, TouchWiz 4.0 has things going for it, some being carryovers from previous versions of TouchWiz. There are seven home screens, for example, and the notification pull-down menu has icons for easily turning on Wi-Fi, Bluetooth, GPS, silent mode, and autorotation.

Customizing the home screens is made easier, with a carousel-like setup that lets you move through the various panels to add and remove shortcuts and widgets at the same time. Previously, you had to do a long-press on one screen to change it and then repeat the process if you wanted to change another page. You can also now resize Samsung Live

Samsung Galaxy S II Review - Watch CNET's Video Review

Panel widgets and there's a more fluid motion when scrolling through widgets lists and home pages.

Some of the changes are purely cosmetic, but they certainly add some polish to the UI. There are also some useful additions, such as an integrated task manager that displays all your active applications, downloaded apps with the option to uninstall, RAM status, and system storage. Also new and great: the ability to capture screenshots by simply pressing the power button and home key simultaneously.

**Continue to next page**

1  2

---

**EDITORS' TOP PICKS**



Apple iPhone 5 (AT&T, Sprint, Verizon)
★★★★★



Samsung Galaxy S III (S3) (T-Mobile, AT&T, Sprint, Verizon, U.S. Cellular)
Starting at $49.99
★★★★★

HTC One X (AT&T)
Starting at $99.99
★★★★★



LG Optimus 4X HD (Unlocked)
★★★★★

---

Sponsored Premier Brands on CNET

T-Mobile  |  Samsung Mobile  |  BlackBerry

## User Comments

**1 comment**   **Join the conversation!**   **Add your comment**

THIS PHONE SUCKS FREEZES DROPS CALL DO NOT BUY IT!

Posted by edge19 (1 comment )
October 10, 2012 12:20 PM (PDT)

👍 Like   ↩ Reply   🔗 Link   🚩 Flag

Samsung Galaxy S II Review - Watch CNET's Video Review

## Join the conversation

Log in or create an account to post a comment, or quickly sign in with: [f] [8] [v]

**Comment**

**Add your comment**

The posting of advertisements, profanity, or personal attacks is prohibited. Click here to review our Terms of Use.



Sponsored · Top Brands: | Samsung |

| Reviews | News | Downloads | CNET TV | More | Follow us via... |
|---------|------|-----------|---------|------|------------------|
| All Reviews | All News | Add Your Software | All Videos | About CBS Interactive | Facebook |
| Camcorders | Business Tech | All Downloads | Always On | About CNET | Twitter |
| Car Tech | Crave | Mac | Apple Byte | CNET Deals | Google+ |
| Cell Phones | Cutting Edge | Mobile | Most Popular | CNET Forums | YouTube |
| Digital Cameras | Green Tech | Software Deals | CNET Top 5 | CNET Mobile | LinkedIn |
| GPS | Security | Webware | CNET Update | CNET Site Map | Tumblr |
| Laptops | Wireless | Windows | Prizefight | Corrections | Pinterest |
| TVs | | | | Help Center | Newsletters |
| | | | | Permissions | RSS |

© 2012 CBS Interactive. All rights reserved. Privacy Policy | Ad Choice | Terms of Use | Mobile User Agreement | Visit other CBS Interactive sites: Select Site