# EXHIBIT 156







NEWS | ABOUT SAMSUNG

LOGIN | HELP

SHOP PRODUCTS BUSINESS SOLUTIONS CONNECTED LIVING
MY ACCOUNT SUPPORT

Home > Cell Phones >

# Samsung Transform™ QWERTY Cell Phone

SPH-M920 ★★★★ 248 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- 3.5" LCD touchscreen with full, slide out QWERTY
- Android Éclair 2.1 OS
- 2GB microSD card preinstalled with adaptor inbox
- 3.2 MP Rear Facing Camera + VGA MP Front Facing Camera and Video Camera



Please check with an authorized Samsung retailer for price information



Print This

## Product Features See All Features

**3.5" LCD touchscreen with full, slide out QWERTY**

The slightest touch of your finger across the LCD screen brings a world of options to life. And because so many people like the touch and feel of real keys for texting, just slide out the full QWERTY keyboard.





**Android Éclair 2.1 OS**

You'll have access to over 80,000 Android apps. And the latest 2.1 operating system runs each one with ease.

**2GB microSD card preinstalled with adaptor inbox**

The 2GB microSD card, which is smaller than a postage stamp, comes preinstalled in your phone. The adaptor allows you to use that stored data on a computer.

## Specifications

Carrier
Sprint

Color
Black

Platform
Android 2.1

Camera
3.2 MP Rear-facing Camera and VGA Front-facing Camera

See Full Specs

## Owner Reviews See All

Overall: ★★★ Features: ★★★★ Performance: ★★★ Design: ★★★★ Value: ★★★

## "It is a great phone"

★★★★★

It is seriously a great phone. I love it and have ever since i got it. its performance is great and the memory is amazing. it isn't very new, and not very popular, but it is a fabulous phone. this picture was taken with the phone,the camera quality is magnificent.it even has a front camera.... Read More »

**forevertheone100** on June 06, 2012

## "Amazing"

★★★★★

Great phone.Ive never had it lag before.Great value and build quality.... Read More »

**runner123** on August 14, 2011

## "BEST PHONE ive EVER had"

★★★★★

its an awesome phone,greaaat phone i love the back cam the front could be better but its a great phone overall... Read More »

**lovinmyphone** on August 02, 2011

## Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ›

# Accessories See All



**PolyUrethane Horizontal Pouch, Large**
AALC192SBEBXAR
☆☆☆☆☆ (0)
**$7.99**
SHOP › Learn More



**MicroUSB Charging Data Cable**
APCBU10BBEBSTD
★★★★☆ (15)
**$19.99**
SHOP › Learn More



**WEP460 Bluetooth charger**
ATADD30JBEBSTD
☆☆☆☆☆ (0)
**$19.99**
SHOP › Learn More



**Travel Charger (Micro USB)**
ATADU10JBEBSTD
★★★★★ (9)
**$19.99**
SHOP › Learn More

# Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. **See its superior specs.** Read the rave review.



# For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.




Features and specifications are subject to change without prior notification

