# EXHIBIT 157

Amazon.com: Samsung Transform Android Phone (Sprint): Cell Phones & Accessories

# amazon

Your Amazon.com | Today's Deals | Gift Cards | Help

**Shop by Department** | **Search** Cell Phones & Accessories ▼ | All Electronics | Brands | Best Sellers | Phones with Plans: AmazonWireless | No-Contract Phones | Unlocked Phones | Accessories | Apps | Deals

Hello. **Sign in** Your Account | Join Prime | 0 Cart ▼ | Wish List ▼

The All-New **kindle fire HD**

Have one to sell? Sell on Amazon
Add to Wish List
Share ✉ f 🐦 P

## Cell Phones & Accessories

### Samsung Transform Android Phone (Sprint)
by Samsung
★★★☆☆ ▶ (47 customer reviews) | 👍 Like (85)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

**Free Premium Apps**
Get premium apps free with purchase of an Android phone.
› Learn more at AmazonWireless



⊕ ZOOM
See larger image and other views (with zoom)

Share your own customer images

### Need Help Choosing a Cell Phone or Accessory?

Our cell phone experts are here 7 days a week from 7 a.m. to 9 p.m. CST to help you choose the right cell phone or accessory. (For assistance with **completed** orders, dial 1-866-216-1072.)

**Call me** or dial **1-866-423-5351**. For reference, you are viewing item number: B00466HMXC.

### What Other Items Do Customers Buy After Viewing This Item?



5x Samsung Transform SPH-M920 Smart Phone Premium Clear LCD Screen Protector Cover Guard Film Kit, no cutting is required  by Otex
★★★★☆ (29)
$1.10

Sprint HTC Touch Pro Windows Smart Phone  by HTC
★★☆☆☆ (25)
$57.99

Palm Pixi - (Sprint) - Clean ESN - CDMA - P120 8GB Black Cell Phone / Touch Screen Smart Phone  by Palm
★★★☆☆ (38)
$69.00

Sprint Samsung Epic 4g Android Cell Phone - no contract  by Samsung
★★★★☆ (29)
$225.00

› **Explore similar items**

### Technical Details

- 3G-enabled, Android-powered phone with 3.5-inch touchscreen display and slide-out QWERTY keyboard; Sprint ID-enabled
- 3G speeds via Sprint Mobile Broadband Network; Sprint TV enabled; GPS turn-by-turn directions via Sprint Navigation
- Wi-Fi networking; Bluetooth stereo music; microSD expansion to 32 GB; 3-megapixel camera/camcorder; access to personal and work e-mail
- Up to 6 hours of talk time, up to 350 hours (14.5 days) of standby time; released in October, 2010
- What's in the Box: handset, rechargeable battery, charger, 2 GB microSD memory card, USB cable, quick start guide

› See more technical details

### Product Details

**Product Dimensions:** 4.6 x 2.4 x 0.6 inches ; 5.4 ounces
**Shipping Weight:** 15.2 ounces
**Shipping:** Currently, item can be shipped only within the U.S.
**ASIN:** B00466HMXC

Amazon.com: Samsung Transform Android Phone (Sprint): Cell Phones & Accessories

**Item model number:** Moment

**Average Customer Review:** ★★☆☆☆ ▷ (47 customer reviews)

**Amazon Best Sellers Rank:** #104,366 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)

Did we miss any relevant features for this product? Tell us what we missed.

Would you like to give feedback on images or tell us about a lower price?

---

## Product Description

Amazon.com Product Description

Powered by the Android operating system and offering the ability to customize your user experience with Sprint ID, the Samsung Transform for Sprint features a brilliant 3.5-inch HVGA touch-screen display and full slide-out QWERTY keyboard for easy typing of e-mails, text messages, and social networking status updates. And the Transform has dual cameras so that every angle of your mobile life is covered. Snap photos with the primary 3.2-megapixel camera or fire up the front-facing VGA for video conferencing.

With integrated Google technology, the Samsung Intercept brings one-touch access to the popular Google mobile services millions use every day, including Google Search by Voice, YouTube and Picasa. It also provides easy access to both personal and corporate email, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets and fun games to download and livenstall on your phone, with many more apps being added every day.

In addition to fast 3G speeds from Sprint's high-speed EV-DO network, you'll enjoy GPS navigation capabilities for accessing the optional Sprint Navigation turn-by-turn direction service and Sprint TV's video-on-demand with full-motion video and vivid sound (see more details on optional services below). And with access to Sprint Zone, the Samsung Transform evolves into a one-stop source to access the your wireless account, phone tips, news, a list of top apps, Sprint TV, NASCAR Sprint Cup Mobile, and Sprint Music Plus.

Other features include a Wi-Fi networking (802.11b/g), Bluetooth for hands-free devices and stereo music streaming, included 2 GB microSD memory card (with optional expansion to 32 GB), Visual Voicemail, a full WebKit HTML browser, and up to 6 hours of talk time.

### Sprint ID

Make your phone a reflection of who you are with Sprint ID, which helps you get the most out of your phone by allowing you to choose a total experience for your device. You'll be able to quickly download ID packs that deliver a predefined experience--including applications, widgets, ringtones and wallpapers--all at once. Packs are designed to meet your interests--whether you're a sports fan, fitness fanatic, or auto enthusiast.



*Sprint ID entertainment pack.*

And the catalog of Sprint ID experiences will grow and expand--it's a marketplace full of experiences just for you. Choose from a single experience or many--it's about customizing your phone with the information you want in the palm of your hand. Here are a few examples of currently available Sprint ID packs:

- **Entertainment ID:** Features a host of fun video, music, photo and news apps including Facebook, Celebrity Tweets, Pandora, Shazam, Rhapsody, E! Online and more.
- **Socially Connected:** A customized experience for keeping users connected with friends on-the-go. Pack includes: Facebook, Yahoo! Mail, Gmail, Mashable, Tweetcaster, YouTube, and more.
- **Health and Fitness:** Features all the best wellness related resources for eating right, staying fit and tracking users' progress with the ability to customize to their specific interests and goals. Pack includes: Workout Coach, Fitness Tips, Calorie Counter, BMI Calculator and more.
- **Business Productivity:** The perfect solution for busy professionals who want to stay connected, entertained and informed on-the-go. This pack features all the best tools to assist with travel plans, organization, communication and more.

### Key Features



*Enjoy spacious typing on the slide-out QWERTY keyboard (see larger image).*

- **Fast 3G connectivity** thanks to Sprint's EV-DO, Rev 0 network
- **GPS using Sprint Navigation** for turn by turn directions, and points of interest searches
- **Powered by the Android operating system (2.1)** with deep integration of Google services and access to thousands of apps to customize your phone via the Android Market. Your phone's Google Apps, such as Gmail, Calendar and Contacts, give you access to the same personal information (e-mail, events, and contacts) that you add, view, and edit on your computer using Gmail or Calendar. Synchronize the Google Apps you want to keep information up-to-date.
- **3.5-inch touchscreen display** (480 x 320 pixels; 16 million color depth)
- **Slide-out full QWERTY keyboard**
- **3-megapixel camera with flash**
- **Video capture capabilities**
- **Digital audio player** compatible with MP3 and AAC files
- **Wi-Fi networking (802.11b/g)** for accessing home and corporate networks as well as hotspots while on the go.
- **Bluetooth connectivity (version 2.1)** includes profiles for communication headset, hands-free car kits, and the A2DP Bluetooth profile--enabling you to wirelessly stream your music to a pair of compatible Bluetooth stereo headphones or speaker dock.
- **Included 2 GB microSD card** with support for optional cards up to 32 GB.
- **Access to personal and corporate e-mail** with Microsoft Direct Push Technology and HTML support. Send and receive email from multiple corporate and personal email accounts. Also, get wireless email access to popular commercial POP3 and IMAP accounts like AOL, Gmail, and Yahoo!
- **Instant messaging** via popular services including Windows Live Messenger, Google Talk, Yahoo Messenger, AOL Instant Messenger.
- **View documents** including Word, Excel, PowerPoint and PDF on the go to maximize your productivity
- **Visual Voicemail** gives you quick and easy access to just the messages you want to listen to by letting you go directly to a specific message, without needing to listen to or skip past previous messages.
- **Google Android Web browser** (WebKit-based)
- **Airplane mode** allows you to listen to music while the cellular connectivity is turned off

### Vital Statistics



*The Android-powered Samsung Transform with 3.5-inch touchscreen and slide-out QWERTY keyboard (see larger image).*

Amazon.com: Samsung Transform Android Phone (Sprint): Cell Phones & Accessories

hours (14.5 days) of standby time. It runs on the 800/1900 CDMA/EV-DO Rev. 0 frequencies. The Samsung Transform weighs 5.4 ounces and measures 4.61 x 2.42 x 0.61 inches. Its 1500 mAh lithium-ion battery is rated at up to 6 hours of talk time, and up to 350

### What's in the Box

Samsung Transform handset, rechargeable battery, charger, 2 GB microSD memory card, USB cable, quick start guide

### Sprint Services

- **Broadband-like 3G network:** Supporting the EV-DO Rev. A high-speed data standard, this phone enables you to download and stream high-quality video, straight onto your phone. Where coverage is available, EV-DO Rev. A connectivity provides average download speeds ranging from 400 to 700 Kbps, with peak rates up to 2 Mbps.
- **Sprint TV enabled:** With Sprint TV, you can make your cell phone your always-on source for news, weather, sports and more. This comprehensive video service combines high-quality streaming audio and video from channels including the NFL Network, ABC, The Weather Channel, Fox Sports, E!, CNN, The Discovery Channel, and more.
- **Sprint Music Store enabled:** The Sprint Music Store enables you to buy, download, and then jam out wherever you are with new songs or old favorites. Offering a growing selection of more than 1.5 million songs, the store provides you two copies of each song--one for the phone and another for the PC, as well as the ability to burn songs to a CD using Windows Media Player. Save your songs to a memory card with a capacity that's right for you.
- **GPS capable with Sprint Navigation:** This GPS-enabled phone provides optional access to Sprint Navigation for driving directions on your mobile phone--by voice and onscreen. Along the way, turn-by-turn directions will be announced in a clear voice and displayed on your phone. For example, Sprint Navigation will say, "Go 1.2 miles and turn right on Elm Street." As you approach the turn, you will hear, "Turn right on Elm Street." Sprint Navigation also provides proactive traffic alerts with one click re-routing. And it's easy to find restaurants, banks, cafes, hotels and more from over 10 million points of interest across the U.S.
- **Stay Sporty with Sprint!:** With NASCAR Sprint Cup Mobile, instantly connect to the NASCAR information you want, when you want it. Follow NASCAR action from practice to race day with real-time leaderboard and alerts. Get exclusive access to your favorite NASCAR Sprint Cup Series driver with real-time driver stats, breaking news and more. Live in-car audio, race radio, NASCAR on SPEED and other audio/video only available on select phones. Visit sprint.com/speed for details.

To access, just text "NASCAR" to 7777 on your Sprint phone or visit the Sprint Digital Lounge to download NASCAR Sprint Cup Mobile (standard text messaging and data rates apply).

This phone also provides access to Sprint Football Live--free for any phone with a data plan. You'll be able to follow all the live play-by-play action with the Live Game Center for both pro and college football games, as well as stay on top of the pro football draft with a Live Draft Tracker and in-depth analysis and bios on nearly 500 top prospects. Access by texting "FOOTBALL" to 7777 on the handset to download Sprint Football Live from Sprint Digital Lounge (standard text messaging and data rates apply).

### Also Available for This Android Device

**Amazon Appstore for Android**
Get a great paid app for free every day.

**IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.



**Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

**Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

**Amazon MP3**
Shop 1.5 million songs and stream your Cloud Drive music directly from your Android device.

**Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

### Customers Who Bought This Item Also Bought



5x Samsung Transform SPH-M920 Smart Phone Premium Clear LCD Screen Protector Cover Guard ...
★★★★☆ (29)
$1.10

Hard Snap-on Sleeve Shield HOT PINK RUBBERIZED Faceplate Cover Case for SAMSUNG M920 ....
★★★☆☆ (11)
$3.57



Car Charger for Samsung Transform
★★★★☆ (4)
$2.80



3 SCREEN PROTECTORS for HTC EVO Include cleaning cloth
★★★☆☆ (557)
$0.98

Black Rubberized Protector Hard Case for Samsung Transform (M920) Sprint
★★★☆☆ (5)
$3.69



Samsung Transform / M920 Crystal Rubberized Case - Black
★★☆☆☆ (9)
$2.90

### Customer Reviews

★★☆☆☆ (47)
1.9 out of 5 stars



| | |
|---|---|
| 5 star | 1 |
| 4 star | 7 |
| 3 star | 1 |
| 2 star | 14 |
| 1 star | 24 |

See all 47 customer reviews

*"Sometimes when a call is coming in the swipe to answer doesn't work."*
Douglas Peck | 24 reviewers made a similar statement

*"Do yourself a favor and do not buy this phone."*
Hunter's Mommy | 17 reviewers made a similar statement

*"Not all android apps are applicable."*
Dario Solis | 21 reviewers made a similar statement

### Most Helpful Customer Reviews

46 of 54 people found the following review helpful

★★★★☆ **Decent mid-range Android phone** October 13, 2010
By Y. Nakai

First, please note, this phone is NOT PINK. I don't know what joker put that in the technical specifications above, but it is your standard black / grey / chrome phone.

Amazon.com: Samsung Transform Android Phone (Sprint): Cell Phones & Accessories

## Most Recent Customer Reviews

**★★☆☆☆ This is the biggest piece of **** EVER**
Samsung, I'm disappointed in you!
I actually have a countdown until my Sprint upgrade is available.
Published 3 months ago by Joe    Read more

**★☆☆☆☆ it is the worst**
It's slow. I can't run any apps.  Read more
i've had this phone for about a year now and it is just the worst. the phone is very slow and very few apps work on it.  Read more
Published 5 months ago by Emilio

**★★☆☆☆ Mediocre phone**
Negatives: Very, very slow to start up (from powered down state)...several minutes, even when new. Battery has been ridiculous. Read more
Published 6 months ago by RoS

**★☆☆☆☆ Lousy.**
I purchased the Samsung Transform over a year ago, mostly because I could exist well on 3G and wanted a keyboard, and have only a half year to go before I can get Sprint credit on... Read more
Published 7 months ago by C. Liotta

**★★☆☆☆ Below Average**
Yes, this is supposed to be a smartphone. But, I personally call it a "dumbphone." Why? When I first got this phone, it was supposed to have a wonderful camera, unbelivable... Read more
Published 7 months ago by COLORLOVER

**★★☆☆☆ Not bad, until you compare it to other similar phones**
Let me star: by saying this is my first smart phone. I've had it for 10 months now. I got it for 1 cent when I signed up for Sprint, which is the main reason I chose this... Read more
Published 7 months ago by jimandlimm

**★☆☆☆☆ Simply Terrible**
Out of the box apps and OTA updates will eventually ruin this phone and turn it into a really terrible internet browser. Read more
Published 8 months ago by A. Sweeney

**★☆☆☆☆ Avoid this paper weight.**
Don't review a product if you've had it less than

---

Before I purchased the Samsung Transform, I spent a good hour testing other Android QWERTY phones on Sprint - mostly the Epic 4G and the Intercept. While the Epic 4G was noticeably more responsive and had better screen contrast and more pixels, it is also significantly more expensive. The Intercept is slightly cheaper up front, but also feels a lot cheaper. So the Transform strikes a decent middle ground, and with the upcoming Froyo (Android 2.2) upgrade, the speed should improve significantly.

This is my first Android phone, and I'm very pleased. The keyboard and other physical design elements are solid and well thought out. The battery life is decent for a smartphone, and the MicroUSB charging port makes it inexpensive and easy to share cords with your other devices. Since the operating system is almost pure stock Android (with the addition of Sprint ID, which I haven't tested), it should be highly compatible and easy to modify. And the price is very reasonable.

The only reason I give it 4 stars rather than 5 is that the software, Android 2.1, is not as responsive as it should be. and because every phone should have physical keys to answer and end calls. The softkeys below the screen, and on-screen keys, are too unresponsive and hard to use without looking. This is a common problem, but even the Samsung Intercept accomplishes this basic usability task, so Samsung should know better.

13 Comments | Was this review helpful to you?  Yes  No

21 of 25 people found the following review helpful
**★★★★☆ Could be great, but is way too slow** December 16, 2010
By S. Chung

I've owned smart phones since 2000 - had a Kyocera 6035, Samsung i300, i500, and a few generations of Palm Treo's, so I have some preconceived notions on what to expect from a smartphone. This is my first Android phone, and based on the specs it should be a great phone. Compared to the higher end Samsung Galaxy S Android phones, this pretty much has it all except for a few key differences:

1. slower 800 MHz processor (vs 1000 MHz)
2. smaller RAM size 256MB (vs 512MB)
3. lower resolution 480x320 screen (vs 800x480)
4. lower resolution 3.2 MP camera (vs 5MP)
5. smaller 4.6"x2.4 face size (vs 4.9"x2.5")
6. older OS Android 2.1 (vs Android 2.2) as of 12/21/2010

Besides being watered a down a little on specs, it pretty much has EVERYTHING else - full slide out keyboard, both front and rear cameras, LED camera flash, wifi, etc. If you look at the 6 things above, it is still pretty good - 800MHz isn't much different from 1GHz, plus it consumes less power. 256MB seems enough to run all the apps I've tried. 480x320 is the same resolution as the iPhone 3G, and it still is pretty darn good. Using a tiny lens, pictures captured by the 3.2MP CCD aren't much different in overall quality than ones captured with a 5MP CCD. The smaller form factor was a big plus for me (same size as an iPhone, just a little thicker to accommodate the slide-out keyboard) since the Galaxy S phones feel too bulky in my pocket. This phone also costs a lot less, and with Sprint it doesn't carry that idiotic $10 monthly add-on fee for the "privilege of owning a higher end phone". So why isn't this a 5-star phone!? Well, mainly because of item #6 - the older Android 2.1 OS runs the UI (user interface) so slowly, with so much lag, that it's almost unusable, at least from the point of view of the "power user" who wants to get things done quickly without much fuss.

On my phone it is common to see lag times in the 3-5 second range after tapping on something on the screen before the phone responds. Often the phone is too slow to track the movement of finger swipes across the screen properly so if you are trying enlarge a web page, answer the phone, turn on speaker phone, etc., you often have to try 2-3 times to get it to work. Also lots of "native" apps that you can download from the Android market are actually built as web pages that run off the built-in webkit engine, and they use a lot of javascript. Well, the experience with those apps isn't great, javascript is agonizingly slow.

In addition to the UI performance, there are a few design oversights which may or may not be an issue for other users. The biggest one for me is the lack of an LED indicator to tell you when there is something pending. So to check if you missed a call or if you have a new text, you have to turn on the screen, authenticate (which I have to do slowly so the phone can keep up with my finger movements), and pull down the status bar, and unless there is something pending you did it for nothing. In contrast my old smart phones used to just flash an LED which meant "you need to check something", so you could tell whether or not you needed to turn the screen on at all. Another peeve is that answering/hanging up a call is done via "swiping" your finger across the screen (i.e., with software) as opposed to having a hardware button to push, which means I have to be looking at my phone whenever I answer or silence a call - I can't just reach into my pocket and push a button. Finally, the battery life isn't very good, and it charges slowly (~2 hours). I have to charge my phone every day, and keep a charger in the car to make sure I don't run out of juice, but I suspected this would be the case before I bought the phone based on reviews of other Android phones.

Based on the performance improvements featured in the Android 2.2 release (just-in-time compilation, V8 javascript engine) and the reports of users with other Android phones that saw a remarkable difference when they upgraded to 2.2, I would speculate that this would be a great midrange phone if/when Samsung finally releases an upgrade to Android 2.2. They promised a release by the end of the year, and it's 12/21 and still nothing, so it's quite possible they decided to focus their resources elsewhere and we may never see Android 2.2 on this phone. Most likely their folks are working on getting the new Android 2.3 working on their higher end phones first. So, until Samsung releases Android 2.2 for this phone, I would recommend you stick with a different phone that already has Android 2.2+ on it.

4 Comments | Was this review helpful to you?  Yes  No

4 of 4 people found the following review helpful
**★☆☆☆☆ Slow, buggy, freezes a lot** May 30, 2011
By DC

I've had this phone for about 6 months and have been extremely disappointed. Besides being slow, it also freezes a lot and has a number of applications that don't work on it. On top of that I still haven't received the upgrade to Android 2.2. I contacted Sprint customer service about it and was basically told it wasn't their problem and to contact Samsung to pursue the

http://www.amazon.com/Samsung-Transform-Android-Phone-Sprint/dp/B00466HMXC/ref=pd_ssp_f_pt[10/15/2012 2:37:21 PM]

a month. After that, anyone with a Transform will tell you that they made a bad purchase.
Read more
Published 8 months ago by Jason W.

☆☆☆☆☆ **Worse Phone Ever**
I Never Rate ANYTHING!!! this has got to be the worse phone i've ever owned. it freezes up, automatically selects apps, fb app never works, it buzzes randomly, shuts down apps....
Read more
Published 8 months ago by Jolie Hardeman

☆☆☆☆☆ **don't buy this phone**
Terrible - so bad I will not buy another Samsung phone. I have owned this for a year & find it bottom of the bucket quality. Read more
Published 9 months ago by catfisher

**Search Customer Reviews**
[          ] [Go]
☐ Only search this product's reviews

Amazon.com: Samsung Transform Android Phone (Sprint): Cell Phones & Accessories

manufacturer's warranty.

2 Comments | Was this review helpful to you? [Yes] [No]

› **See all 47 customer reviews (newest first)**

[Write a customer review]

**Forums**
1 customer discussion

**Look for Similar Items by Category**
Cell Phones & Accessories > Phones with Plans

**Feedback**
- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

**Your Recent History** (What's this?)

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle

Help

# amazon.com

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Canada | China | France | Germany | Italy | Japan | Spain | United Kingdom |

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | MYHABIT<br>Private Fashion<br>Designer Sales |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates