# EXHIBIT 160

PC
PCMAG.COM
LAPTOPS | DESKTOPS | TABLETS | PHONES | SOFTWARE | CAMERAS | HDTVS | PRINTERS
MORE
SEARCH
Top Searches Online Backup · Windows 8 · Android · iPad
Trending iPhone 5 · CDMA vs GSM · Win 8 · Sports Headphones

Toshiba Satellite L840D
AMD A6 Customizable Laptop
~~$659.99~~ $411.99
From Toshiba SEE IT ›

Review Date **October 28, 2010**

# Samsung Transform (Sprint)

EDITOR RATING: GOOD
0 COMMENTS
REVIEW
COMMENTS
SPECS
COMPARE
Google 1
Share 3
Tweet 9
Submit 0
Share 0
Pin It 0
Email
Print
MSRP
$149.99

VIEW ALL 6 PHOTOS IN GALLERY

**PROS**
Punchy voice quality. Sublime QWERTY keyboard. Useful Sprint ID customizations.

**CONS**
Somewhat sluggish. Short battery life. Heavy. Poor voice dialing.

**BOTTOM LINE**
The Samsung Transform features Sprint's nifty new ID interface, but don't expect the performance of a high-end Android phone here.

**BY JAMIE LENDINO** The $149.99 Samsung Transform is an Android phone with a twist: it features Sprint's new Sprint ID interface. Sprint ID lets you transform the UI based on your interests. Your device can become a Disney phone, a car enthusiast's phone, or an ESPN phone. It's not as exciting or anywhere near as fast as the HTC EVO 4G ($199, 4 stars), but that's not the Transform's raison d'etre. Instead, it's meant as a low-cost upgrade for someone with a feature phone looking to go smart. In that capacity, the Transform succeeds.

## Design and Call Quality

Featured Downloads ADVERTISEMENT
ii2P's MyLok+
Read Why Consumers & Businesses Need this Secure Password Manager & Data Storage Device
Download Free White Paper »

PCMag Trending on Facebook
Like PCMag.com on Facebook
You need to be logged into Facebook to see your friends' recommendations.
The 100 Best Android Apps of 2012
916 people recommended this.
SNL Skit Pokes Fun at iPhone 5 Hysteria
42 people recommended this.
iPhone Users Are About to Be Screwed Over

Samsung Transform (Sprint) Review & Rating | PCMag.com

The Transform measures 4.6 by 2.4 by 0.6 inches (HWD) and weighs 5.4 ounces. It's pretty smooth and sleek looking, with no extraneous ridges or buttons on the glossy front panel. The screen is also entirely flush, with tapered edges. The soft-touch back panel felt expensive, and made the handset comfortable to hold during voice calls.

**VIEW ALL 6 PHOTOS IN GALLERY**

The 3.5-inch, 320-by-480-pixel, glass capacitive LCD is standard for midrange Android phones. It wasn't the brightest or most colorful I've tested, but it looked good. Dialing numbers elicited haptic feedback from the panel, but it was a sluggish affair; I usually had to wait for the handset to catch up to my number taps.

The slide-out, four-row QWERTY keyboard adds some bulk to the handset. That said, the oversize, flat keys were perfect for those with larger hands. The four touch buttons at the bottom of the screen are easy to use, except in the dark; each time the backlight goes out, you have to remember where they are in order to use them.

The Transform is a dual-band EV-DO Rev. A (850/1900 MHz) device with 802.11b/g Wi-Fi; the Transform connected to my WPA2-encrypted network without issue. Voice quality was solid in both directions, with plenty of extra volume in the earpiece, and static-free transmissions. The tone wasn't quite as warm as some other Samsung phones I've tested, with a slightly ringy quality to voices, but overall it was still very good. Callers loved the Transform's clarity, and reception was also solid. Calls also sounded fine through an Aliph Jawbone Icon ($99, 4 stars) Bluetooth headset. The voice dialing app was a total misfire; I never got it to dial a single number properly, and I couldn't activate it from the Bluetooth headset either. The speakerphone was just loud enough for outdoor use. Battery life was a little low at 4 hours and 10 minutes of talk time.

**User Interface, Sprint ID, and Apps**

The Transform's star unique feature is Sprint ID, which lets you customize the phone with different "packs." Packs consist of apps, ringtones, widgets, and wallpapers. Switching Sprint ID packs was much more cumbersome than I expected. None came preloaded on my phone; instead, I had to log into Sprint's portal using the Sprint ID icon in the main menu, select a pack, and download it. Aside from some additional sluggishness, the app configurations are interesting, fairly specific, and pretty useful. (I liked Auto Enthusiast, with its preloaded apps for famous car magazines, because I'm a car nut.)

Otherwise, the Transform is a fairly standard Android device. The stock home screen looks like a typical Android 2.1 phone. You can swipe between five panes; some come preloaded with useful weather, clock, and wireless radio control widgets from the factory. The Transform packs an 800 MHz ARM11 CPU. That may have been OK last year, but Sprint ID seems to weigh down the proceedings considerably.

Sprint overloads the main menu with its usual odd compliment of NASCAR, football, Sprint TV, and other bloatware. I had no problem connecting to Gmail and corporate Exchange accounts. The WebKit browser makes quick work of WAP and desktop HTML Web pages. Android Market offers over 100,000 third-party apps, most of which should work just fine on the Transform's relatively standard OS build.

**Multimedia, Camera, and Conclusions**

559 people recommended this.
Microsoft Now Accepting Windows 8 Pre-Orders
66 people recommended this.
Facebook social plugin

PCMag Award Winners
ADVERTISEMENT
Titanium Security
Find out how Trend Micro makes it easy to safeguard your digital life.
HIGHLY RATED
Get prices»
9/12/2012

ADVERTISEMENT

Ads by Google

Deluxe Digital Frame
12 Inch Digital Photo Frame
For serious photo enthusiasts
amazon.com

Solar Panels (Pay No $)
Solar for $0 Down + Save Thousands!
Free No Obligation Quote, Call Now.
VerengoSolar.com/Free_Quote

Buying a GPS Device
Find Out What GPS Is Right For You.
Read About It Here & Learn More Now
www.navigation.com

Subscribe to
PC MAGAZINE
Save up to 68% off the single copy price!
BONUS $25 RESTAURANT GIFT CARD!
Select Term:

http://www.pcmag.com/article2/0,2817,2371567,00.asp[10/15/2012 2:39:45 PM]



There's 180MB of free internal storage, and a microSD card slot underneath the stiff battery cover; my 16GB SanDisk card worked fine. Bluetooth 3.0 is on board, and the standard-size 3.5mm headphone jack is a boon for music lovers with upgraded earbuds. Music tracks sounded clear and bright over Motorola S9-HD ($149, 3.5 stars) stereo Bluetooth headphones. The stock music player displayed large album art graphics when available. Standalone videos played smoothly in full screen mode, with unbroken stereo Bluetooth sound. But on more than one occasion, higher resolution files stumbled, with uneven frame rates.

The Transform packs two cameras. The front-facing VGA camera allows for video conferencing, but we haven't found any decent Android video chat software yet. The rear-mounted 3.2-megapixel camera does standard photo and camcorder duties; there's also an LED flash, but no auto-focus. Test photos looked pretty good overall, with decent light balance, and good noise suppression even in lower light environments. Recorded videos were a dim disappointment at 352-by-288 pixels and 15 frames per second.

At $150, I feel the Transform is a bit too expensive for its feature set. It should replace the very similar (but not quite as good) $99 Samsung Intercept (3 stars), and my gut feeling is Sprint will discount this phone sooner rather than later. We probably would have given the Transform another half-star if it cost $50 less up front. That said, the Transform is a good choice for heavy texters, and Sprint ID is one of the more useful Android UI tricks I've seen.

**Benchmarks:**
Continuous talk time: 4 hours 10 minutes

Compare the Samsung Transform (Sprint) with several other mobile phones side by side

*More Cell Phone Reviews:*
- Samsung Montage (Virgin Mobile)
- ZTE Warp Sequent (Boost Mobile)
- ZTE Anthem 4G (MetroPCS)
- Samsung Galaxy Rush (Boost Mobile)
- Apple iPhone 5 (AT&T)
- more

**24 issues for $29.99**
ONLY $1.25 an issue!
*Lock in Your Savings!*

**12 issues for $19.99**
ONLY $1.67 an issue!

**BY JAMIE LENDINO**
**SENIOR ANALYST, MOBILE**

**Jamie Lendino is a senior mobile analyst for PCMag.com and has written for the magazine since 2005. He reviews cell phones, GPS devices, and other consumer electronics. Previously, Jamie was the Editor-In-Chief of Smart Device...**

**FOLLOW JAMIE LENDINO**

**Twitter: @jlendino**

**MORE STORIES BY JAMIE LENDINO**

**Sling Media Slingbox 500**
The nicely updated Slingbox 500 remains the best way to watch cable TV channels ... **MORE >>**

**Apple iPod nano (2012)**
Apple puts the iPod nano back on track with its latest version, which sports a s... **MORE >>**

**The 10 Best Computer Speakers**
Now that your PC doubles as a stereo system, why not get it a proper pair of spe... **MORE >>**

## We Recommend

- The 10 Best Phones with Keyboards
- The 10 Best Samsung Galaxy Tab Apps
- The 100 Best iPhone Apps
- Top 10 Best Computer Mice
- Garmin vs. TomTom: Which GPS Should I Buy?
- Budget-Friendly Tablets for School

## From Around The Web

- 11 Must Have Apps - IT Network Tools for Your iOS Apple and Android Device Corporate Tech Decisions
- Microsoft to Begin Rolling Out Xbox Music Service Bloomberg
- Apple Patent Win a Mistake CIO Collaboration Network
- Billionaires Dumping Stocks, Economist Knows Why Moneynews
- 5 Reasons You Shouldn't Upgrade to the iPhone 5 LAPTOP Magazine
- Why Two of The Best Companies No Longer Manufacture for the US Washer Dryer Info

[what's this]

**Ads by Google**

**Sprint® Official Site**
Check-out the Phones at Sprint and Have Truly Unlimited Data Now.
www.sprint.com

## Comments

DISQUS

**Add New Comment**

Type your comment here.

Post as ...

**Showing 0 comments**
Sort by Oldest first Subscribe by email Subscribe by RSS

blog comments powered by DISQUS

## Sponsors

ADVERTISEMENT

ALL

- Weight Watchers Online For Men: A customized online system for men. Go!
- WebEx Meetings - Unlimited online meetings with up to 3 people - free!
- Lose Like a Man: See how Charles Barkley is losing with Weight Watchers. Learn More!
- 10% longer battery life. 50% larger hard drive. 100% Toughbook.
- WD My Net Routers. Accelerate your entertainment. Learn more at WD.com

- See experts debate at PCMag's Security Watch Summit presented by McAfee
- Be productive all day, every day with Panasonic Toughbook® computers.
- Trend Micro makes it easy to safeguard your digital life. Free Trial!
- Would you like 100% free computer backup?
- Xerox color printers and all-in-ones as low as $249. Shop Xerox Direct
- Billions of Devices. One Intelligent Network.
- Test Drive T-Mobile's® Nationwide 4G Network
- Get the world's most secure mobile password manager & storage device
- Epson WorkForce® Pro—Run your business at full speed for less
- Canon P-215 mobile scanner. Road-ready. Briefcase-worthy.

Subscribe to PC MAGAZINE BONUS $25 RESTAURANT GIFT CARD! Redeemable at Over 19,000 Restaurants! SUBSCRIBE NOW! »

| Sections | Our Sites | About | Connect | Digital Edition |
|---|---|---|---|---|
| Reviews | AppScout | Ziff Davis Corporate | Facebook | Subscribe: |
| How To & Tips | ExtremeTech | AdChoices | Twitter | PC/Mac |
| Encyclopedia | Geek | Contact Us | Newsletters | Kindle |
| Downloads | Logic Buy | Advertise | RSS | Nook |
| Editors' Choice | PCMag.com | Link to Us | YouTube | Sony Reader |
| Business | PCMag Mobile | Editorial Calendar | | iOS |
| Shop & Compare Prices | Security Watch | Site Map | | Android |
| News & Opinion | | Login | | Customer Service |
| | | Register | | |
| | | SUBSCRIBE | | |

Use of this site is governed by our Terms of Use and Privacy Policy.Copyright 1996-2012 Ziff Davis, Inc. All Rights Reserved. PC Magazine is a registered trademark of Ziff Davis, Inc. Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis, Inc. is prohibited.