# EXHIBIT 161

NEWS | ABOUT SAMSUNG



LOGIN | HELP | WITHIN MY ORDER   CART (0)   Search

**SHOP PRODUCTS**   **BUSINESS SOLUTIONS**   **CONNECTED LIVING**
**MY ACCOUNT**    **SUPPORT**

Home > Cell Phones >

**Samsung Showcase™ (Generic CDMA ) a Galaxy S™ Android Smartphone**
SCH-I500   ★★★★★ 36 REVIEWS

Tweet 11 | +1 0 | Pin it 1 | SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Android™ 2.2 Platform with Full Integration of Google Mobile Services
- Ultra-slim Design (<10mm)
- 4.0" Super AMOLED™ Touch Screen Display
- Loaded with Multimedia and Entertainment Features

Please check with an authorized Samsung retailer for price information

SHOP ▸



🖨 Print This

## Product Features    See All Features

**Android™ 2.2 Platform with Full Integration of Google Mobile Services**
The Showcase's operating platform integrates fully with the whole range of Google Mobile Services.

**Ultra-slim Design (<10mm)**
So much for so thin. The Showcase is an amazing 10mm thick. That's less than half an inch.

**4.0" Super AMOLED™ Touch Screen Display**
The screen is both brilliant and sensitive to the touch. You'll see details in the cinema quality image that just aren't noticeable on other phones. And it's bright enough to use in full daylight.

**Loaded with Multimedia and Entertainment Features**
Play video games, watch hit movies and TV shows and store thousands of songs. Or if you want to create your own entertainment, you're all set with the video capability and excellent photography clarity.

## Specifications

Carrier
**CDMA Generic**

Color
**Mirror Black**

Platform
**Android 2.2, Froyo**

Display
**4.0" Display**

Display
**Super AMOLED™**

Camera
**5.0 Megapixel**

See Full Specs ▸

## Owner Reviews   See All

Overall: ★★★★  Features: ★★★★  Performance: ★★★★  Design: ★★★★★  Value: ★★★★

## "great performance, features, it's my new favorite phone"
★★★★☆

great size, beautiful color, nice features, performance is better than I expected....great buy… Read More »

**PianoMan2** on February 29, 2012

## "Best Phone I've Owned"
★★★★☆

I've had this phone for about a week now and I absolutely love it! It is the best smart phone I've owned so far. Yes it is on the bigger side but my son loves to play games so it's perfect for him to hold onto, but still fits in my pocket. Battery life is good too! I would def recommend this phone t… Read More »

**habg07** on November 29, 2011

## Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ▸**

## Accessories   See All



**Galaxy S i500 Desktop Dock & Wall Charger**
ECR-D985BEGSTA

★★★☆☆ (10)

**$14.99**

SHOP ▸    Learn More



**Galaxy S i500 Spare Battery and Charging System**
ET-CHGPKVOGSTA

★★★★☆ (2)

**$49.99**

SHOP ▸    Learn More



**Galaxy S i500 Standard Battery (1500mAh)**
EB575152YZBSTD

☆☆☆☆☆ (0)

**$39.99**

SHOP ▸    Learn More



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD

★★★★★ (5)

**$19.99**

SHOP ▸    Learn More

## Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. See its superior specs.    Read the rave review.



## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

Features and specifications are subject to change without prior notification

