# EXHIBIT 162







**Tethering** ✓

**Hearing Aid Compatible** ✓

### ALSO INCLUDES

16GB microSD Memory Card • Travel Charger • USB Data Cable • User Manual CD • Wired Earbuds •



**PRODUCT RATINGS**     369 Reviews



★★★★★ 238
★★★★☆ 45
★★★☆☆ 32
★★☆☆☆ 18
★☆☆☆☆ 36



**COMMON QUESTIONS**

- Why Switch to C Spire?
- What is your return/exchange policy?
- When am I making an international call?
- Are your phones hearing-aid compatible?

**CHAT WITH US**

Questions? Chat with one of our account representatives.

[CHAT WITH US]

**COMMUNITY ACTIVITY**                                           See all discussions in Engage →

**Re: Android**
Posted by Anonymous in About Us 8 months ago                      6 replies

**Re: Discounted Android Apps in the Market**
Posted by Anonymous in Apps 8 months ago                          3 replies

**Re: Throttling**
Posted by SAM FREEMAN in Engage 4 days ago                        22 replies

**Android Event**
Posted by Anonymous in Engage 9 months ago                        1 replies

**New Android Apps**
Posted by BILLY SMITH in Engage 6 months ago                      6




## SIMILAR PHONES








