# EXHIBIT 163






**PREV NEWS**
Garmin-Asus is at it again with possibly a couple of Android phones & a 07 Oct

**NEXT NEWS**
Intel clarifies there will be no MeeGo handset out until next year 07 Oct

 3. fulls specs, price and release date leak out

 4. Google's new Nexus strategy could help kill the calls of "fragmentation"

**1** 2 3 4



**FEATURED STORIES**

- Softbank acquires 70% of Sprint for $20.1 billion: facts and repercussions
- iPhone 5 vs Galaxy S III: Who has the better HTML5 support
- Sony Nexus X prototype leaks
- 10 space shooters for Android and iOS
- How to reset the autobrightness function on your iPhone 5
- Official: SoftBank to Acquire 70% of Sprint



**RECENT ARTICLE**



iPhone 5 vs Galaxy S III: Who has the better HTML5 support



Xbox Music launches Tuesday, won't be on WP7

## 2 Comments

○ Post Comment    ◉ View options                       **+ Follow** ▼

1. **Doakie** posted on 20 Oct 2010, 01:48

I think everyone should get Galaxy S phones. Forget the iPhone. I love pulling out my Vibrant and showing iPhone owners my giant colorful screen with my touch responsive live wallpaper. They always look jealous then ask, "Why didnt you just buy an iPhone?" I say, "Because I like to customize my phone. IPhone can't do this stuff."

2. **sthrnbelle13 (unregistered)** posted on 31 Dec 2010, 17:00

Why does my samsung galaxy s keep dropping the area code off of one contact whenever I text him? How can fix it?

💬 Want to comment? Please login or register.



Skynet is coming: Google uses "virtual brain" to improve voice recognition

**1** 2 3 4






