# EXHIBIT 164

Samsung Galaxy S II | Android Smartphone | Samsung Mobile

NEWS | ABOUT SAMSUNG

LOGIN | HELP    Search    🔍 (0)


SAMSUNG

SHOP PRODUCTS    BUSINESS SOLUTIONS    CONNECTED LIVING

MY ACCOUNT    SUPPORT

Home > Cell Phones >

# Samsung Galaxy S® II, available at Sprint (Black)

SHOP ▸

SPH-D710   ★★★★★ 1057 REVIEWS

Tweet 224    +1 73    Pin it

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT



## So Bright, It's Luminous

The Galaxy S II features dual cameras for stunning pics and video chat, and an amazingly thin 4.52" Super AMOLED™ Plus screen that makes everything you do brighter, richer and more colorful than ever.

SHOP ▸


White


Black

## Product Features   See All Features

**A faster phone on a 4G network**

The fastest, state-of-the-art networks are 4G, so naturally, the Galaxy S II is designed for speed. With 4G, every download, upload, app, game, connection and feature runs almost as fast as you can push the button.

**A faster phone with a 1.2 GHz dual core processor**

We've virtually eliminated waiting and disruptions by installing a 1.2 GHz dual core processor. And with the 4G network, movies don't stall, websites don't drag and time never stands still.



🖨 Print This

"The Epic 4G Touch brings another top-notch Android device to Sprint's portfolio, with its fast

Samsung Galaxy S II | Android Smartphone | Samsung Mobile

## The brightest, most colorful screen

The Galaxy S II has a spacious 4.52" Super AMOLED™ Plus Screen that's preferred 2 to 1 in side by side tests with the current leading smartphone†. Notice we said "current," because when you see the deeper, richer color with unmatched detail and contrast, you're going to want your very own Galaxy S II. The secret is that the Super AMOLED™ Plus has the ability to deliver brilliant colors with the most contrast, providing a vivid and crisp viewing experience. It's a visual treat you won't get from other screens. You don't even have to be directly in front of it to see a perfect image, thanks to its superior viewing angle. It's the best. That's right. We said it. It's the best.

**Watch Video >>**

## Entertaining with movies and TV shows

With Samsung Media Hub, thousands of hit movies and TV shows are under your control and ready to watch. And of course, they look awesome on our big, beautiful screen. So now you have the power to demand the kind of entertainment you want at the moment. Thanks to progressive download optimized for mobile phones, you can begin watching movies in seconds. If you love gaming, Media Hub also offers console like gaming experience* with a wide selection of the most popular games – even those based on Adobe® Flash® Technology.



*"performance, large, vibrant screen, and excellent multimedia experience"*

**See Full Review**

**CNET Editor's Rating:**
★★★★☆ Excellent

cnet

## Explore the Galaxy S II

Samsung Galaxy S™ II unleashes ground-breaking smartphone technology to deliver a mobile experience like nothing that's come before.

**Experience the new Samsung Galaxy S II.**

## Tips & Tricks for the Epic 4G Touch

From optimizing your battery life to syncing your social networks, get the most out of your Epic 4G Touch with a few helpful hints.

**Check out our tips and tricks.**

## Specifications

Carrier
**Sprint**

Color
**Vortex Black**

Platform
**Android 2.3.4, Gingerbread**

Display
**Display Size: 4.52"**

Display
**Display Technology: Super AMOLED Plus**

Camera
**Rear-facing Resolution: 8.0 MP**

Camera
**Front-facing Camera Resolution: 2.0 MP**



**See Full Specs ▲**

## Galaxy S II Feature Video

## TV Commercial



Samsung Galaxy S II | Android Smartphone | Samsung Mobile





## ChatON Keeps You Connected

Easily communicate with your contacts, even if they don't have an Android device, with this great new app. **Learn more about ChatON.**



## Galaxy S II Stands Up to the Cold

A test conducted at the Technical Research Centre of Finland found that the Galaxy S II can still function in sub-zero weather. **Check out the test results.**



## S.A.F.E. for Business

**See our corporate mobile solutions.**

Man of Many Devices
## Head in the Clouds



**Harness the power of cloud computing.**

## Easily Transfer Media

**Learn to transfer files to your phone.**

## Owner Reviews  See All

Overall: ★★★★   Features: ★★★★★   Performance: ★★★★★   Design: ★★★★★   Value: ★★★★★



Samsung Galaxy S II | Android Smartphone | Samsung Mobile

## "Excellent product!"
★★★★★

The Samsung Galaxy S II Epic 4G Touch from Sprint is an amazing cell phone. Very fast, awesome display, picture quality is great, easy to use....Read More »

**Mattix** on September 08, 2012

## "Awesome!"
★★★★★

I love this phone! I can do everthing but write on it with a pen! The graphics are great as well as the durability. I've dropped it plenty of times (not recommended) but it has held up.....Read More »

**Eyezomine86** on September 01, 2012

## "Awesome phone"
★★★★★

Sleek, easy, coordinates with all my Google products. Darn near perfect phone.....Read More »

**Ashman2005** on August 30, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW »**

## Accessories   See All



**HDMI Smart Adapter**
EIA2UHUNBEGSTA

★★★★★ (11)
$39.99

**SHOP »**   Learn More



**Galaxy SII Desktop Dock & Wall Charger**
EDD-D1D9BEGSTA

★★★★☆ (6)
$49.99

**SHOP »**   Learn More

**Galaxy SII Vehicle Navigation Mount**
ECS-K1D9BEGSTA

★★★★★ (6)
$39.99

**SHOP »**   Learn More



**Galaxy SII Spare Battery and Charging System 1800 mAh**
ET-CGPK009GSTA

★★★★★ (0)
$49.99

**SHOP »**   Learn More

*Available when a software update is made available.

**Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

†Based on a blind test administered by Strategy Analytics.
BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network.

Android and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States



Samsung Galaxy S II | Android Smartphone | Samsung Mobile

and/or other countries. Gameloft, the Gameloft logo and N.O.V.A. Near Orbit Vanguard Alliance are trademarks of Gameloft in the U.S. and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

Features and specifications are subject to change without prior notification