# EXHIBIT 169

NEWS | ABOUT SAMSUNG



LOGIN | HELP WITH MY ORDER    CART (0)

Search

SHOP PRODUCTS          BUSINESS SOLUTIONS          CONNECTED LIVING
MY ACCOUNT             SUPPORT

Home > Cell Phones >

Samsung Galaxy S™ II Skyrocket™ (Black) Android Smartphone
SGH-I727  ★★★★★ 421 REVIEWS

Tweet 105    +1 41    Pinit 29    SHOP ▶

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT



So Bright, It's Luminous

The Galaxy S II Skyrocket features dual cameras for stunning pics and video chat, and an amazingly thin 4.5" Super AMOLED™ Plus display that makes everything you do brighter, richer and more colorful than ever.

SHOP ▶


Black


White

🖨 Print This

## Product Features   See All Features

**A fast phone for a fast network.**

The fastest network speed available is 4G LTE, so naturally the Skyrocket™ comes ready to jump right on board and make the most of every blazing advantage the network has to offer. And now you can check voicemails even faster, thanks to Visual Voicemail. It allows you to see your list of messages and who they're from, so you can choose which ones to play or delete. It's a real timesaver.

**A processor that makes lightning look slow.**

Your Galaxy S II Skyrocket has an astonishingly powerful 1.5 GHz dual core processor to keep all your videos, games and info fast and smooth. Your laptop may feel jealous.

**The screen is a sight to behold.**

The Samsung Super AMOLED™ Plus Screen is the industry standard for jaw-dropping color. Imagine the most beautiful sunset you've ever seen, now perfectly reproduced on a phone. 4.5" of rich, deep hues and amazing clarity. Yellows are yellower, greens are greener, and blacks are blacker.

Watch Video >>

**Get delicious Gingerbread with every phone.**

The Galaxy S II Skyrocket uses the state-of-the-art Android, 2.3.5 Gingerbread as your operating platform. It's fast, versatile, and extremely customizable. Plus you'll have access to over 250,000 apps on the Google Play™. Yummy.

"...beautifully designed phone with all of the high-end features that Android power users have come to expect."

See Full Review


CNET Editor's Rating: ★★★★☆ Excellent

## Galaxy S II Feature Video

## AT&T Holiday Bundle

## Explore the Galaxy S II

Samsung Galaxy S™ II unleashes ground-breaking smartphone technology to deliver a mobile experience like nothing that's come before. **Experience the new Samsung Galaxy S II.**



## Tips & Tricks: How to Transfer Media

Want to access content from your computer on your Android phone? Here are four ways you can easily transfer your favorite files. **Check out our useful tips.**



## Android 4.0 Explained



**Learn about the latest Android platform.**

## Discover ChatON



**See how this app connects your contacts.**

## Skyrocket Tips



**See what your Galaxy S II phone can do.**

## Owner Reviews  *See All*

Overall: ★★★★★    Features: ★★★★★    Performance: ★★★★☆    Design: ★★★★★    Value: ★★★★☆

"Ring Volume"
★★★★★
My hearing isn't that great and this

"I love this phone."
★★★★★
With the exception of the battery

"galaxy s2 skyrocket"
★★★★★

Like it? A lot? A little? Tell us.

product has enough volume on its ring tones that I can hear it when its in my purse or jeans pocket....Read More »

**Colonialgirl** on September 17, 2012

life, I absolutely love this phone. It is the best Android phone I've had yet. It doesn't lag on me, does everything I want, and need, it to, and is upgradable (at least for now). I'd recommend this phone to everyone, and do!...Read More »

**TBear95** on September 16, 2012

does everything i want it to and more... Very clear and bright pictures and video replacing a digital camera pays for the phone by itself....Read More »

**darklore97** on August 09, 2012

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ▸

## Accessories  See All







**HDMI Smart Adapter**
EIA2UHUNBEGSTA
★★★★☆ (11)
$39.99
SHOP ▸   Learn More

**TecTile Programmable NFC Tags**
ETC-TT1G6NGSTA
★★★★☆ (11)
$14.99
SHOP ▸   Learn More

**Standard Battery**
EB-L1D7IBABSTD
★★★★★ (5)
$39.99
SHOP ▸   Learn More

**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
★★★★★ (5)
$19.99
SHOP ▸   Learn More

*Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.

Playback on the Galaxy S II in HD-like quality.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. Android and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

Features and specifications are subject to change without prior notification

| Who We Are | Shop | What We Make | | | | | How can we help you? |
|---|---|---|---|---|---|---|---|
| About Samsung | Shopping Cart | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support |
| Careers | Order History | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Help with Your Order | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Order Tracking | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations |  |  | Laptops |  | Chromebook | Dishwashers | Owner benefits |
|  |  |  | Chromebook |  | Monitors | Ranges | Articles |
|  |  |  | Media Players |  | Printers | Vacuums | Shopping guides |
|  |  |  |  |  | Memory & Storage | LED Lighting | Samsung Wireless Accessibility |

http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT[10/15/2012 2:48:34 PM]

