# EXHIBIT 170





Sign In | Your Account | Help | Contact Us

Your Cart (empty)

Phones, netbooks, tablets, and more...

Discover New Apps with Android Purchase. See details

Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON: Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android

Not sure if you're eligible for an upgrade? Check upgrade eligibility

# Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T)

(100 customer reviews)

Currently unavailable

- **Amazon Wireless Best Price Guarantee** (See Details)
- **FREE Two-Day Shipping** (See details)
  Orders received by 3PM ET Mon-Fri are delivered in two business days (pending carrier approval, excludes P.O. boxes)
- **Includes AmazonWireless Instant Discount**
  Restrictions apply. (See details)

**Select service type and enter ZIP Code to add to cart**

**This item is currently out of stock**

We expect this item to be in stock soon. Please check availability at a later date.

## Product Description

Realize the full power of 4G with the Android-powered Samsung Galaxy S II Skyrocket smartphone, which runs on AT&T's new ultra-fast 4G LTE network (learn more below). Combined with the speed of the powerful dual-core 1.5 GHz processor and the Android 2.3 OS, you'll enjoy enhanced multitasking abilities and smooth game play. Measuring a mere 9.49mm (0.37 inches) at its thinnest from front to back, the Galaxy S II Skyrocket easily it slips in and out of your pocket even with its huge 4.5-inch Super AMOLED Plus multi-touch display--perfect for immersing yourself in cinema-quality video while on the go.

You also get the AT&T Mobile Hotspot service built right into the smartphone--enabling you to connect additional Wi-Fi-enabled devices to the phone's mobile broadband signal (requires appropriate data plan). This GPS-enabled phone can also access the AT&T Navigator service for turn-by-turn directions.

Other features include an 8-megapixel camera with Full HD 1080p video capture, 16 GB internal memory, microSD memory expansion to 32 GB, Bluetooth 3.0 connectivity for hands-free devices and stereo music streaming, DLNA wireless streaming capabilities, GPS for navigation and location-based services, access to over 200,000 apps in the Android Market, and up to 7 hours of talk time (see full specifications below).

### The Brightest, Most Colorful Screen

With an incredibly colorful 4.5-inch Super AMOLED Plus display, the Galaxy S II Skyrocket delivers 50 percent more sub-pixels than the previous generation display for better contrast. The display also offers unmatched outdoor viewing quality, even in the brightest sunlight.

### Super Sharp Photos and Videos Plus Video Chat

**Samsung Galaxy S II Skyrocket At a Glance:**

- 3G/4G/4G LTE connectivity
- Android 2.3 OS
- 1.5 GHz dual-core processor



*Lightning fast reflexes powered by a 1.5 GHz dual-core processor and AT&T 4G LTE speeds (view larger).*

This Galaxy S II Skyrocket also captures sharp photos with its 8-megapixel camera with flash, and it records videos in stunning Full HD 1080p resolution. An additional 2-megapixel front-facing camera gives you the power to connect with your friends and family face-to-face via video chat. And with Google Talk, you can video chat with all of your Google Talk contacts, whether they are on a mobile phone or a computer.

- 4.5-inch Super AMOLED Plus touchscreen
- 16 GB memory
- 8-MP camera + Full HD 1080p video capture
- GPS navigation
- Wireless-N Wi-Fi
- Bluetooth 3.0
- Personal/corporate e-mail

## Mobile Entertainment

Samsung's Media Hub enables you to rent or purchase movies and TV shows within seconds watch from the convenience of anywhere. With Media Hub's progressive downloading feature, you can start watching your content almost immediately as the rest of the file downloads to the Galaxy S II Skyrocket. Plus, all Media Hub content can be shared among five Media Hub-enabled devices on the same account.

## Intuitive TouchWiz Interface

The Galaxy S II Skyrocket features Samsung's TouchWiz user interface, providing superior multi-tasking and customization for an enhanced visual and intuitive smartphone experience. Live Panel features provide immediate access to weather, social updates, e-mail, news and photos, which can all be customized on any one of the seven home screens. All of the widgets can be positioned and re-sized to create unique home screens and one-touch access to the services and apps you use the most. The Notifications Panel allows one touch access to a separate menu for managing Wi-Fi, Bluetooth, GPS, and Flight Mode settings.

## Vital Statistics

The Samsung Galaxy S II Skyrocket weighs 4.65 ounces and measures 5.15 x 2.75 x 0.37 inches. Its 1850 mAh lithium-ion battery is rated at up to 7 hours of talk time, and up to 250 hours (10.4 days) of standby time. It runs on AT&T's 4G LTE and HSPA+ networks (850/1900 MHz; HSPA+/HSDPA/UMTS) plus international 2100 MHz 3G networks. It's also a quad-band GSM phone (850/900/1800/1900 MHz GPRS/EDGE).

**What's in the Box**

Samsung Galaxy S II Skyrocket handset, rechargeable battery, charger, USB cable, wired stereo headset, quick start guide

---

## AT&T 4G LTE Network

AT&T's 4G LTE network allows for quicker access, smoother media streaming, and faster web experiences. LTE technology is capable of delivering mobile broadband speeds up to 10 times faster than 3G. Additionally, LTE technology offers a faster response time due to lower latency--the processing time it takes to move data through a network--vastly speeding download times for web pages as well as improving services such as mobile gaming and two-way video calling.

By the end of 2011, AT&T plans to launch its 4G LTE network in 15 major metropolitan areas, covering at least 70 million Americans. Coverage will continue to expand in the next few years and is planned to be largely complete by the end of 2013.

And when combined with 4G HSPA+ technology, AT&T is capable of delivering a quicker, more consistent mobile broadband experience than ever before. AT&T has deployed HSPA+ to virtually 100 percent of its mobile broadband network, which enables 4G speeds when combined with enhanced backhaul (via Ethernet or fiber). Backhaul is one of the major pieces of a telecommunications network. Think of it as the limbs connecting AT&T's cell towers with AT&T's backbone network that provides access to the Internet.

*Packed with fun and productivity (view larger).*

**Tech Talk**

**LTE = Long Term Evolution**
Advanced wireless technology capable of increasing AT&T's already-fast network speeds. Now in select markets with deployment ongoing.

**HSPA+ = High Speed Packet Access**
Paired with enhanced backhaul--the accelerated pipeline between our network backbone and cell towers across the country--this technology boosts network performance.

## Optional AT&T Services

**AT&T Navigator:** This premium GPS navigation application includes audible turn-by-turn directions, real-time traffic updates and re-routing options, and 3D moving maps (additional charges applicable). AT&T Navigator offers several other features to make your commute more enjoyable and reliable, including mobile access to Yellowpages.com. You'll be able to find the closes ATM, restaurant, gas station, Wi-Fi hotspot and more with over 10 million business listings.

**AT&T FamilyMap:** Locate any phone indoors or outdoors on the AT&T Network. FamilyMap provides peace of mind by being able to conveniently locate a family member from your wireless phone or PC and know that your family's information is secure and private. Want to verify that your child arrives home from school each day? Set up a Schedule Check to automatically get location information sent to you via text message or e-mail.

---

## Connectivity

- **Ultra-fast 4G connectivity** via AT&T's LTE and HSPA+ networks. Where 4G isn't available, your phone will connect with AT&T's 3G network.
- **Wireless-N Wi-Fi networking (802.11b/g/n)** for accessing home and corporate networks as well as hotspots while on the go.
- **AT&T Mobile Hotspot capable** enabling you to connect multiple devices--from tablets to gaming devices--to the phone's 3G/4G cellular connection via Wi-Fi.
- **Next-generation Bluetooth 3.0 connectivity** backward compatible with older Bluetooth-enabled peripherals and includes stereo audio streaming.
- **Onboard GPS** for navigation (using pre-loaded Google Maps or optional AT&T Navigator) and location services

## Hardware

- **1.5 GHz dual-core processor** speeds up everything--from playing games to watching shows to opening files from work.
- **4.5-inch Super AMOLED Plus multi-touch display** (480 x 800 pixels, 16 million color depth)
- **HDMI port** for video output to your HDTV or monitor (cable not included).
- **MicroUSB port**
- **Sensors:** accelerometer, 6-axis gyroscope.

## Communications & Internet

- **Full messaging capabilities** including SMS text, MMS picture/video and IM instant messaging
- **Full HTML browser** (Webkit 5) with Flash 10.1 Support
- **Personal and corporate e-mail access** with support for Exchange ActiveSync as well as personal e-mail accounts (Google push, Yahoo!, POP3, IMAP).

## Memory

- **16 GB internal memory**
- **Memory expansion via microSD card slot** with support for optional cards up to 32 GB.
- **1 GB of RAM**

## Camera

- **8-megapixel auto-focus camera** with LED flash, smile detection, geo-tagging, zero shutter lag, and multiple scene modes.
- **Full HD 1080p video capture**
- **2-megapixel forward-facing camera** for video chats and self portraits.

## Multimedia

- **Music player** compatible with MP3, WMA, AAC, and WAV
- **Video player** compatible with MP4, M4V, AVI, WMV, and 3GP.
- **Samsung AllShare DLNA capabilities** allow you to stream movies, music, and photos from your smartphone to a compatible HDTV.

## More Features

- **3.5mm headphone jack**
- **Hands-free speakerphone**

---

## Android Gingerbread Operating System

The Samsung Galaxy S II Skyrocket runs the Android 2.3 operating system (dubbed Gingerbread) which features a cleaner, more refined interface with new icons, improved top notification bar, and more intuitive navigation.

Multitasking in Gingerbread allows you the ability to run more than one app at a time. If you're playing a game, you can easily switch to an incoming e-mail and then switch back to the game without losing your place. And like the previous version of Android ("Froyo"), Gingerbread provides support for Adobe Flash Player 10.1 for access to the full Web.

The onscreen keyboard makes it easier to type thanks to additional spacing between the keys and larger font sizes. And the more you use the keyboard, the easier typing will be as the enhanced suggest feature records previous input history to make better suggestions.

The Galaxy S II Skyrocket also brings one-touch access to the popular Google mobile services you use every day. It also provides easy access to both personal and corporate e-mail, calendars, and contacts supported by Exchange Server and Gmail. And through Android Market, you'll get access to thousands of useful applications, widgets, and fun games to download and install on your phone, with many more apps being added every day.

### Google Integration

- **Android Market** for browsing and downloading thousands of free and paid apps
- **Pre-loaded Android apps:** Browser, Calculator, Calendar (Google or Corporate), Camera, Clock, Contacts, Email, Gallery, Messaging, Music, News & Weather, Phone, Settings, Video Player, Voice Dialer, Voice Search, YouTube
- **Google applications:** Gmail, Google Search, Google Voice Search, Google Latitude, Google Maps, Google Places, Google Talk
- **Google Maps Navigation** with spoken turn-by-turn directions showing real-time traffic and 360° views of the destination

## Also Available for This Android Device

**Amazon Appstore for Android**
Get a great paid app for free every day.

**Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

**Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

**IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.

**Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.

**Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

## Customers who viewed this item also viewed

Page 1 of 3




AmazonWireless: Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T)

LG Nitro HD 4G Android Phone (AT&T)
List Price: ~~$599.99~~
Price From: $0.01
(12)

Samsung Galaxy Note 4G Android Phone, Carbon Blue (AT&T)
Click to see price
(44)

Samsung Galaxy Note 4G Android Phone, Ceramic White (AT&T)
Click to see price
(40)

Pantech Pocket Android Phone (AT&T)
List Price: ~~$499.99~~
Price From: $0.01
(7)

Samsung Focus S 4G Windows Phone (AT&T)
List Price: ~~$599.99~~
Price From: $99.99
(76)

BlackBerry Torch 9860 Phone (AT&T)
List Price: ~~$599.99~~
Price From: $0.01
(2)

## Customer Reviews

### Average Customer Review: (100 customer reviews)

### Most Helpful Customer Reviews from Amazon.com

Create your own review

(Note: You'll be taken to Amazon.com and a new window will be opened)

223 out of 243 people found the following review helpful:

**Fast. Complicated. Eats megabytes for breakfast.** January 9, 2012

Reviewer: Robert Felice (Silicon Valley Boy) -

I've checked out what other reviewers have had to say about this phone, and find myself in agreement with most of them.

The phone is amazing.

Here's what else you need to know:
a) data plan
b) apps
c) user manual

Data Plan: you will need a separate data plan for the phone. My wife has an iPhone 3G, with an unlimited data plan from AT&T. But that phone doesn't use the 4G LTE network. AT&T is slowing building out its 4G LTE network, and it may not be available in your area. You have to buy a plan whether or not you currently have 4G LTE coverage. I was pleasantly surprised to discover that 4G LTE was available in my area, even though the official AT&T coverage map didn't include it.

I bought a 200 megabyte per month plan. It seemed like a lot of bytes. Then I started using my phone. Trulia has a great app that lets you find the houses for sale in whatever neighborhood you find yourself in. You can see the entire listing, just like you can at home on your computer. You can even download pictures (bad idea!) Use an app like this, and the megabytes go down the drain. I went through 30 megabytes in the first 6 days of my billing cycle.

So, unless you sprang for an unlimited data plan, I wouldn't recommend streaming movies, or even your music, off the web. And keep an eye on your usage. You can become a data how a lot faster than you might imagine!

Apps: there's a ton of apps available from the Android store, and Amazon has done a pretty amazing job of providing apps for the phone on their site as well.

So far, so good. The problem is that AT&T had added a number of their own apps, each of which has a low-cost or entirely free alternative. But none of the AT&T apps can be removed. They are part of the read-only memory on the phone, and you can't delete them without "rooting" your phone. This isn't a deal breaker for people with some technical smarts (and who aren't afraid to risk turning a $600 phone into a brick), but for most of us, you are stuck with these things.

Very annoying. And, quite expensive. For example, AT&T offers Family Map (a "find my phone" service) $10 a month. You can find a 99¢ alternative on the Amazon app store.

Yes, the other Carriers do this, too. That doesn't make it right.

User Manual: This is a complicated device. It comes with a 20 page Quick Start Guide, and nothing more. I'd like to say the Quick Start Guide covers all the basics, but it doesn't tell you how to answer an incoming call. I hear you saying to yourself, "How hard can that be? When the phone sees an incoming call, it displays the standard green and red buttons. You press the green one to answer the call, or the red one to send the call to Voice Mail."

If only it were that easy. To answer a call, you have to "swipe" your finger from the green button across the screen towards the red one. You can push the green button repeatedly, but you will never answer your call.

If you dig around on the web long enough, you will find the missing manual for this phone (hint: it's on the Samsung web site). Answering a call is detailed on page 42 (Chapter 3, Call Functions). I think there is something fundamentally wrong with the industry when one of a product's two main functions is buried about one fifth of the way into the User Manual.

To be fair, the Quick Start Guide does provide a link to AT&T's excellent Tutorials web page. I recommend you go there as soon as you have set up your phone. The interactive tutorials are short and the list of topics is comprehensive. It will take you some time to work through all of them, but it will be worth it.

In conclusion, there are two types of cell phone users: those who upgrade regularly, and those who don't get a new phone until they either lose their old one or it breaks. I am in the second category. I only upgraded to this phone when my trusty Treo 680 finally bit the bullet. I don't know when "swipe to answer a call" became such a ubiquitous gesture that it didn't need to be explained, but as far as I am concerned, this topic really belongs in the Quick Start Guie.

I think you will enjoy this phone. It's thin, light, and packs a ton of features. Read up on managing your battery life (hint: turn off GPS and Bluetooth when you don't need those services, and invest in a car charger). Also, watch those megabytes (another hint: use your home or a public WiFi network whenever you can, because data transferred over a Wi-Fi connection doesn't count toward your wireless data plan).

**Was this review helpful to you?**  
Yes
No

100 out of 109 people found the following review helpful:

**Great Phone** November 11, 2011

http://wireless.amazon.com/Samsung-Galaxy-Skyrocket-Android-Phone/dp/B0061QPOS0[10/15/2012 2:49:10 PM]

Reviewer: Eliseo Roman (Hawthorne, Ca) -

This is a great phone, I have owned it for 3 days now and i really like it. The build quality is great, even though it is plastic. The phone itself looks beautiful and feels great, the weight is also good it doesn't feel to light or to heavy. The screen is one of the best ive seen on any phone. Everything cant be perfect though.

I am not in a lte market so i cant comment on that aspect. As far as the phone goes you do have to keep a couple of things in mind. The phone has a 4.5 inch screen, although this sounds great it has some obvious draw backs. With the screen being so big one of the draw backs is size. It is not a comfortable phone to carry around and putting it in you're pocket as well as pulling it out can be awkward. I wear slim jeans and this has become an annoyance. When you talk on it you notice the size, it feels like holding a scientific calculator to you're ear.

The second draw back is once again the screen size. This being 4.5 inches it takes up more juice than some of the more standard sizes. I am currently experimenting with ways to reduce battery drain but still end up with a dead phone by the time i go to bed (I am worried about the days i go out and stay up past 11). Another thing that I am concerned about when it comes to battery life is the lte antenna. I am pretty sure lte takes up more battery life than standard hspa or hspa+, and I am a little upset that this phone does not have a switch to turn of the lte antenna. Also unlike most android phones i have used before you do not have the option to switch to 2g networks only, there is probably a work-around for this via the android market but i haven't bothered.

I will not comment on the UI because i find that irrelevant on an android phone. Some people complain about Touch wiz but i find that android has workarounds for any annoyances. I use Launcher pro on all my android phones because of the heavy customization that i am able to do. Touch Wiz has not hindered me at all.

Regardless of these complaints witch i consider to be minor, i love this phone. I am looking into purchasing an extra battery, this is due to my forgetfulness though. I sometimes fall a sleep and forget to charge my phone and i have always owned extra batteries for all my phones.

Oh and one last note, I love the camera on this phone. I find that it is really quick and there is plenty of settings. Recording video is also excellent.

**Was this review helpful to you?**  

53 out of 58 people found the following review helpful:

**Review for Samsung Skyrocket** November 11, 2011

Reviewer: Tech Gadget geek "gadget testing geek" (Chicago, IL USA) -

I will start with the bad things first:

Price: I initially bought it from Amazon wireless and they said it won't be delivered until December, so I canceled my order and went with ATT premier store and paid full price on the phone. It is like 70 dollars more.

Battery: I took it off the charger at 9am today, right now it is almost 2pm and I am at 63%, I did used Google Navigation (while charging in the car). And mostly light browsing, power saving mode seems to help a lot, with 60 percent it can last me till the end of the day with almost 5% left. (Tested that yesterday) So battery life is not great but given it is an LTE phone with 4.5 inch screen, I would say this is 50/50.

Accessories: Lack of accessories for now, you might want to get a good case for this considering it is a very delicate and expensive phone, you don't want to test the durability yourself.

And no HD screen. & ATT customer service, ATT wouldn't give me the unlock code even if I paid the full price (there's way around it online)

Good things:
4.5 inch screen: after you play with this for awhile and go back to 4.3 or 4 inch screens, don't even think about that. It is really not too big in my opinion, keeping it in my jean's front pocket is not a problem at all, I was using captivate before and this feels pretty much the same in the pocket.

Application speed: Not much FC, the phone is really smooth so far, hopefully it will stay this way through out the lifespan.

Browsing speed: The rendering is so fast (Compared to Captivate, probably other devices as well but this is fast)

LTE speed(Chicago) + GPS: Amazing, using google navigation is near instant lock on, no loosing signal so far.

TouchWiz 4: compared to the previous touch wiz, I think this is more refined and it's definitely a plus.

Overall: Good buy if you are in the LTE market, I was worried about all the benchmark about the processor, but seriously it doesn't matter at all to regular consumer. For T-mobile users, I believe their Samsung Galaxy S2 Hercules is pretty much the same phone lacking of LTE, but it is on the 42Mbps HSPA+ network instead of the LTE, pretty much the same phone, even same battery (As noted on samsung webpage when you are shopping for accessories)

Update: Forgot to mention that the headphone that came along was quite decent.

Update 11/22/2011: I am getting random shutdown issues, I am not sure if this is a problem with the phone or if this is GB 2.3.5 issue. Is anyone else getting this problem?

**Was this review helpful to you?**  

22 out of 22 people found the following review helpful:

**Fastest, best looking, 4G Android I've ever owned** November 28, 2011

Reviewer: Pixiegirl19

I've had this phone one week, and am in love with it. The samsung galaxy SII skyrocket the best phone I've ever owned. While AT&T is still installing LTE in our area,(greater Philly suburbs in NJ) the HSPA+ backhaul speeds, are still up to 5 times faster I got 5326(down)&1455(up) with mobile on, and I got speeds close to my Comcast broadband in downtown DC @19K(down)& 4K(up), so I know what the phone is capable of when LTE is finally deployed here.

Okay here is what I really like about this phone. The 8 megapixel camera takes crystal clear pictures with autofocus, and the front facing camera takes very good pictures using the spot button on the touch screen. My only complaint with the camera part is that there is not an exterior button that allows you to shoot pictures , I'm not sure what samsung was thinking there. As far as running programs is concerned there is a whole lot of memory for apps to run (1GB) and this phone blazes through multitasking, with the dual-core 1.5GHz processor. I've had 34 apps running in the background, and could still play the need for speed shift that comes with. The built in 16GB USB memory is nice as the total amount with my 32GB micro SD put it at about 45gb's total.
I'm hopeful a firmware update by Samsung will allow 64GB cards to be compatible when they come out, but the USB out to storage mode is great if you already have a 64-

AmazonWireless: Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T)

128GB USB stick, like my 128GB corsair GTR , that uses hardly any battery when on the train to DC from Philly, and gives me plenty of storage for movies, music, apps, and games, that have fairly decent storage sizes...

I was able to update to Android 2.3.6 as soon as I got the phone setup. AT&T has this great app ready2go, that allows you to quickly setup all your social accounts from , then everything is transferred to the phone, and you are ready to go.

Games are quick and look great, while I would have appreciated, a slightly better resolution for the skyrocket, as the screen is larger everything looks deeply colorful, and words from webpages and e-books are easy on the eyes, and very enjoyable. The audio is second to none, with 5.1 surround coming out the 3.5mm speaker jack, and of course, 1080p with 5.1 surround out via the USB to HDMI adapters available.
I would have appreciated stereo speakers withim this, but the speaker does sound good on it's own.

Pros:
Fast
Light
Thin
Well made
Big screen
Multitasking
Great looking screen colors

Cons:
No camera button on exterior
No Bluetooth 5.1 audio (however I don't know of a phone yet with this ability)

P.M.
I only found one case which was considered "protective" in my opinion. The Argos SGP
leather case, folds open, and keeps the screen protected when not in use, and is the best looking for men or women, in my opinion. I had to cut a notch in the area that folds over the bottom to charge the phone when closed. I used a light yellow colored thread, made for sewing leather to reinforce the opening I'd created, then a paperclip held the notch open while the matte black oil-base paint dried on the exposed , to seal out up..

**Was this review helpful to you?**  

26 out of 29 people found the following review helpful:

  **Skyrocket- 24 hours later** November 22, 2011

Reviewer: Amateur Geek "AmateurGeek" (USA- OK) -

I have had my Skyrocket for 24 hours, but I must say this phone rocks. I am a platform agnostic since I have a sprint galaxy tab 7 off contract, Ipad 2, mac air, and I just drowned my blackberry. I really like the screen larger so I can read stuff better. My purchased android stuff synced with my phone. I adjusted the email polling to 1 hour during work hours and 4 hours off peak, used powersaver, stopped apps with an easy to use ATT widget and right this second have 83% of battery with 4 hours of fairly significant use including several phone calls, sms, and manual email syncs. I charged it overnight and it came up 100%. Great picture taking. Somehow, it started talking to me, and when i get an sms from somebody in my contacts it does a little whistle and then says "you have a message from Blanche" or whoever. if its a number not in your contacts it states the number. I find this more useful for me than Siri. I am in OKC and we were supposed to have LTE this week, but I havent seen it yet, just HSPA+, but I am getting 5 mbs down, about 2 up inside a dense building, so I am ok with that. It took my old blackberry microSD and can read it fine without reformatting.

Pros- screen size, clarity of calls, easy to set up, great apps for me (Amazon had Docs to go for free yesterday!!) and fast, plus that cool sms notification. Great camera.

Cons- battery needs love and attention, no LTE yet, but that might not be the phone. Be careful of malware.

Overall I am pretty sure I will like this better than the Iphone 4s for now due to speed.

**Was this review helpful to you?** Yes No

**Stay Connected**
Find us on Facebook
Follow us on Twitter

**Quick links and helpful information about our site**
Home | Our Blog | Help | We're Hiring
Your Account | Returns | Conditions of Use | About Us
Order Status | Secure Shopping | Privacy Policy

**Need Assistance?**
Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

http://wireless.amazon.com/Samsung-Galaxy-Skyrocket-Android-Phone/dp/B0061QPOS0[10/15/2012 2:49:10 PM]