# EXHIBIT 171

Samsung Galaxy S II Skyrocket Review - Watch CNET's Video Review



clnet

Product Finder

Reviews   News   Download   CNET   TV ▾   How To   Deals ▾

Search CNET

Log In | Join ▾

AdChoices ▷

CNET › Reviews › Cell phones and accessories › Samsung smartphones › Samsung Galaxy S II Skyrocket - black

# Samsung Galaxy S II Skyrocket
review (black, AT&T)

★ Review   User Reviews   Specs   Check Coverage   Compare   Shop

See all models



© 2011 CBS Interactive

Average User Rating
★★★★★
53 user reviews

CNET Editors'
Rating
★★★★ —
Excellent

**$99.99** to $410.00 ✉
Review Date: 11/09/11

**The good:** The **Samsung Galaxy S II Skyrocket** has a beautiful 4.5-inch Super AMOLED Plus display along with a dual-core 1.5GHz processor, an NFC chip, and support for AT&T's LTE network. It ships with Android 2.3 Gingerbread, and has an 8-megapixel

**WHERE TO BUY**

MSRP                        LOW PRICE
**$599.99**                 **$99.99**

AT&T Wireless                      See it

Amazon.com          $99.99         See it

$410.00         See it

See all prices »          Set price alert »



**QUICK SPECIFICATIONS**

Service provider                        AT&T
Cellular technology              WCDMA (UMTS) /

5
comments

345
55
2
27
More +

camera with 1080p HD video capture and a 2-megapixel front-facing camera.

**The bad:** AT&T's LTE network is only available in a few cities at the time of the Skyrockets launch, it has a somewhat cheap, plastic feel, and you can't record bloatware.

**The bottom line:** If you live in an area that gets AT&T's LTE network, we highly recommend the powerful and beautiful Samsung Galaxy S II Skyrocket.

---

**EDITORS' TOP PICKS**



Apple iPhone 5 (AT&T, Sprint, Verizon)
★★★★★



Samsung Galaxy S III (S3) (T-Mobile, AT&T, Sprint, Verizon, U.S. Cellular)
Starting at $49.99
★★★★★



HTC One X (AT&T)
Starting at $99.99
★★★★★



LG Optimus G (AT&T)
★★★★★

**Full Product Specifications** ▲

| | |
|---|---|
| Talk time | GSM |
| | Up to 420 min |
| Combined with | With digital camera / digital player |
| Weight | 4.65 oz |
| Sensor resolution | 8 megapixels |
| Diagonal screen size | 4.5 in |



**By Nicole Lee**

Nicole Lee is a senior associate editor for CNET, covering cell phones, Bluetooth headsets, and all things mobile. She's also a fan of comic books, video games, and, of course, shiny gadgets.

---

MSRP:
**$599.99**
LOW PRICE:
**$99.99**

AT&T Wireless
$99.99    [See it]

Amazon.com
$410.00    [See it]

**Set price alert »**

At long last, AT&T is finally rolling out its much-awaited LTE network that promises much faster speeds than its existing "4G" HSPA+ network. (What will AT&T dub its LTE network to differentiate it from HSPA+? 4G



Photo gallery:
**Samsung Galaxy S II Skyrocket (AT&T)**

Plus?) The carrier promised that LTE will be in at least 15 markets by the end of 2011, and along with that comes the launch of AT&T's first 4G LTE handsets—the Samsung Galaxy S II Skyrocket and the HTC Vivid.

Those familiar with Samsung's Galaxy S II handsets will feel right at home with the Skyrocket. Interestingly, the Skyrocket has more in common with the **T-Mobile version of the Galaxy S II** rather than the **AT&T version**; it has a similar footprint, NFC support, and the same Qualcomm dual-core processor.

Of course, the big differentiator is the Skyrocket's LTE chipset. That's the reason the Skyrocket is priced at $249.99 after a two-year contract.

**Editor's note:** Portions of this review were taken from our evaluations of the other Samsung Galaxy S II models. We lowered the rating for this product on May 1, 2012 following the release of the HTC One X.

**Design**

The first thing that strikes you about the Samsung Skyrocket is its size. Due to its 4.5-inch display, the phone has quite a large footprint. At 5.15 inches tall by 2.75 inches wide by 0.37 inch thick, the Skyrocket is not the most pocket-friendly of phones. Yet, its smooth curves do make it more comfortable to hold than other large handsets. The phone is clad in plastic from head to toe, which gives it a slightly cheap feeling, but it also means it's quite lightweight at 4.71 ounces. The battery cover on the back feels similar to the one on the unlocked version of the Galaxy S II. It has a very slight texture that reminds us of wood veneer.

Samsung Galaxy S II Skyrocket Review - Watch CNET's Video Review



© 2011 CBS Interactive

The Skyrocket has a large and imposing 4.5-inch display.

As we mentioned, the Skyrocket has a huge 4.5-inch display. Because of that, it looks more similar to the T-Mobile version of the Galaxy S II, as the AT&T version has a smaller 4.3-inch display instead. The Super AMOLED Plus screen is as gorgeous as ever, with vibrant colors and sharp images. It's still stuck with the 800x480-pixel resolution, which doesn't look as crisp on a big screen, but we still thought it looked great.

The touch screen is very responsive to our taps and swipes. You can also use motion gestures and certain finger gestures: if the appropriate settings are turned on, you can flip the phone over to mute it, and you can tilt to zoom in and out with two fingers on the screen. You can even "pan" the phone (flicking left or right) to move a home screen icon. These gestures strike us as more gimmicky than useful, but they're there if you wish to use them. A more interesting feature is the Vlingo-powered Voice Talk app that lets you perform various actions using voice command.

Beneath the display are four touch-sensor controls for the home, menu, back, and search functions. On the left is the volume rocker, while the power/lock button is on the right spine. A Micro-USB port sits on the bottom, while a 3.5mm headset jack is on the top. Sitting above the display on the upper left-hand corner is a 2-megapixel camera for video calls, while the main 8-megapixel camera is on the back along with an LED flash.

AT&T packages the Skyrocket with an AC adapter, a USB cable, and reference material.

### User interface

As we mentioned earlier, anyone who is familiar with the Samsung Galaxy line of phones will be familiar with the Skyrocket. It runs Android 2.3.5 Gingerbread along with Samsung's latest TouchWiz 4.0 interface. It has seven home screens, and a notification pull-down menu for easy toggling of Wi-Fi, Bluetooth, GPS, silent mode, and autorotation. You can also customize the home screens easily by dragging and dropping widgets and shortcuts through the various panels.

You can also now resize Samsung Live Panel widgets and there's a more fluid motion when scrolling through widgets lists and home pages. Some of the changes are purely cosmetic,

Samsung Galaxy S II Skyrocket Review - Watch CNET's Video Review

but they certainly add some polish to the UI. There are also some useful additions, such as an integrated task manager that displays all your active applications, downloaded apps with the option to uninstall, RAM status, and system storage. Also great: you can capture screenshots by simply pressing the power button and home key simultaneously.

**Continue to next page** 

1  2



**EDITORS' TOP PICKS**



Apple iPhone 5 (AT&T, Sprint, Verizon)
★★★★☆



Samsung Galaxy S III (S3) (T-Mobile, AT&T, Sprint, Verizon, U.S. Cellular)
Starting at $49.99
★★★★☆



HTC One X (AT&T)
Starting at $99.99
★★★★☆



LG Optimus G (AT&T)
★★★★☆

Sponsored Premier Brands on CNET

T-Mobile | Samsung Mobile | BlackBerry

## User Comments

**5**
comments

### Join the conversation!

**Add your comment**

3/5 stars
While i did like the set-up and user-friendly aspects, as well as the screen resolution and cameras, the plastic casing isn't the only cheap thing about it! After breaking my first Galaxy S, (good phone by the way, even though the technology is a little old,) I got this one for my update. Only FIVE days after I got it, this one broke. ANd i hadn't even sat on it, kicked it, punched it, abused it in any way. I had it in my front pocket when i layed down and when i sat up, the plastic BENT causing the inside screen to shatter. My recomendation- get a SUPER strong case or get a different phone

Posted by phoneygurl (1 comment )
June 25, 2012 7:33 PM (PDT)

👍 Like    ↩ Reply    % Link    ⚑ Flag

how much do you weigh?

Posted by Dknolts (1 comment )
September 28, 2012 2:21 PM (PDT)

👍 Like    % Link    ⚑ Flag



I have had the Galaxy IIs for 6 months now, and I am happy with it. Call quality is good, the speakerphone is really good and I love Android, can't wait for IceCream update. Only real complaint is the hanging up a call while on speakerphone, requires pushing and extra button and is not that quick.

Posted by screwbedu (1 comment )
July 13, 2012 4:16 PM (PDT)

👍 Like    ↩ Reply    % Link    ⚑ Flag

i recently bought a samsung galaxy s 2 skyrocket and i think its great, however i before i bought itm i was thinkin a bout buying a htc nitro. which is the better phone?

Posted by reeverjohn89 (2 comments )
September 14, 2012 7:21 AM (PDT)

👍 Like    ↩ Reply    % Link    ⚑ Flag

also i have a problem with the speaker phone when ever i make a phone call the speaker comes on automatically??? how do i fix it?

Posted by reeverjohn89 (2 comments )
September 14, 2012 7:33 AM (PDT)

👍 Like    % Link    ⚑ Flag

## Join the conversation

Log in or create an account to post a comment, or quickly sign in with: [f] [8] [Y!]

**Comment**

### Add your comment

The posting of advertisements, profanity, or personal attacks is prohibited. Click here to review our Terms of Use.

© 2012 CBS Interactive. All rights reserved.   Privacy Policy | Ad Choice | Terms of Use | Mobile User Agreement |   Visit other CBS Interactive sites:   Select Site

Samsung Galaxy S II Skyrocket Review - Watch CNET's Video Review

Sponsored · Top Brands: | Samsung |

| Reviews | News | Downloads | CNET TV | More | Follow us via... |
|---|---|---|---|---|---|
| All Reviews | All News | Add Your Software | All Videos | About CBS Interactive | Facebook |
| Camcorders | Business Tech | All Downloads | Always On | About CNET | Twitter |
| Car Tech | Crave | Mac | Apple Byte | CNET Deals | Google+ |
| Cell Phones | Cutting Edge | Mobile | Most Popular | CNET Forums | YouTube |
| Digital Cameras | Green Tech | Software Deals | CNET Top 5 | CNET Mobile | LinkedIn |
| GPS | Security | Webware | CNET Update | CNET Site Map | Tumblr |
| Laptops | Wireless | Windows | Prizefight | Corrections | Pinterest |
| TVs | | | | Help Center | Newsletters |
| | | | | Permissions | RSS |