# EXHIBIT 180

Home >Consumer >Mobile Devices >Tablets >Tablets >

# Galaxy Tab 10.1 (WiFi)

GT-P7510/M16       22 REVIEWS

🖨 Print-friendly
WHERE TO BUY

| OVERVIEW | FEATURES | TECH SPECS | GALLERY | REVIEWS | SUPPORT |

- Better Performance
- Better Design
- Better Multitasking
- Better Web Browsing

WHERE TO BUY



Better Performance

Enjoy better game performance with lightning-fast 1GHz dual-core processor

## Product Features See All

**Better Design**

The new GALAXY Tab 10.1 offers a superlative experience with the thinnest and lightest large screen tablet available! Enjoy unmatched mobility thanks to the amazingly thin and light body. At just 565 grams and 8.6mm slim, this tablet is a breeze to handle.



**Better Screen**

High definition 10.1" display delivers excellent screen sharpness. With 1280 x 800 WXGA display boasting a pixel density of 149ppi (pixel per inch), you can enjoy better details. Movies, photos and programmes with rich graphics will pop to life on the tablet's screen.



## Specifications See All

Platform

Physical Specification

Battery

Video

Design

Display

Camera
 Auto focus
 Auto ISO

http://www.samsung.com/uk/consumer/mobile-devices/tablets/tablets/GT-P7510FKDXEU

## Expert Reviews  See All

**Samsung Galaxy Tab 10.1 preview: First look**

Samsung are really taking tablets seriously these days. They already have three offerings this year. The other two are more compact, but it's the Galaxy Tab 10.1 that will lead the team ahead in enemy territory. The trio surely has one hard...

Read More



**Samsung Galaxy Tab 10.1 review**

The Samsung Galaxy Tab 10.1's fantastic screen and appealing design help to make it the best Android tablet so far. But, while it trumps the iPad 2 in terms of specifications, the lack of Android Honeycomb apps and games is an irksome problem, and the...

Read More





1301 reviewsOct, 2012

alaTest has collected and analysed 1299 reviews of Samsung Galaxy Tab 10.1 from international magazines and websites.

## Consumer Ratings & Reviews  See All

**Overall** Rating is 4 out of 5 stars

**Features** Rating is 4.1 out of 5 stars

**Performance** Rating is 3.9 out of 5 stars

**Design** Rating is 4.3 out of 5 stars

**Value** Rating is 3.7 out of 5 stars

### "Incredible tablet"

Rating is 5 out of 5 stars

As a trainee teacher, I wanted something I could pop into my bag and use at Uni, school, home and my friends houses. This tablet beats all other 2011 tablets hands-down in terms of features and raw po...

Read More

CornishJim on 2012-01-04

### "This product is great value for money"

Rating is 5 out of 5 stars

I bought this product basically, so I could play games on the move. I thought that the Ipad was too expensive, this seemed a reasonable choice instead. Since owning this Tablet, I use it for more than...

Read More

utdmadjen on 2012-09-16

### "everything I hoped for in a tablet"

Rating is 5 out of 5 stars

My Samsung Galaxy is fast, easy to navigate and offers everything I need. Happy to work with Microsoft and with a 64gb memory it will keep me interested for a few years ahead

Read More

patsy on 2012-06-27

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

   

IN STOCK — VISIT STORE     IN STOCK — VISIT STORE     IN STOCK — VISIT STORE     IN STOCK — VISIT STORE

## Similar Products  See All



Check to Compare     Check to Compare     Check to Compare     Check to Compare

http://www.samsung.com/uk/consumer/mobile-devices/tablets/tablets/GT-P7510FKDXEU



**Galaxy Tab 2 7.0 (3G)**

Rating is 0 out of 5 stars (0)



**Galaxy Tab 2 10.1 (3G)**

Rating is 5 out of 5 stars (2)

Galaxy Tab 2 10.1 (WiFi)

Rating is 4.2 out of 5 stars (13)



**Galaxy Tab 2 7.0 (WiFi)**

Rating is 4.6 out of 5 stars (7)

## Ask & Answer  See All

134 Rating Questions   57 Answers

**IS THERE A USB PORT ON GALAXY TABLET 10.I?**

pmcvw on 2011-08-18

Yes there is a Samsung adapter capable of even enabling you to attach a usb flash disk& also functions as a card reader ...
Read More

deewinc on 2012-04-19

**can I use my galaxy tab 10.1 as a remote and viewer screen for my samsung ue55d8000**

pedro on 2012-01-06

Where can I find a list of Samsung TV sets that are compatible with Samsung Remote and Samsung Smart View ?
Read More

rital06 on 2012-03-15

Read more about Policies and GuidelineASK A QUESTION

## 10 Ways to Get the Most Out of Your Tab



E-mail, e-books, and everything else
see how the Tab can multitask.

## Cool Android apps you just have to try!



From staying up-to-date with up-coming traffic conditions to immersing yourself in your very own augmented reality, Android apps are providing users with endless ways of streamlining and simplifying life. Check out some of the latest and coolest apps available on your Android MP3 Player.

Read More

## Do More on the Go with the GALAXY Tab



See how to stay connected on the go.
See how to stay connected on the go.



Samsung Presents:
Samsung Galaxy S & Galaxy Tab

The world is buzzing about the Galaxy family. It's all here: performance, apps and more.

Get the scoop on the features.

print this page

Copyright © 1995-2011 SAMSUNG All rights reserved