# EXHIBIT 181

| | Store | Mac | iPod | iPhone | iPad | iTunes | Support | |

# Apple Press Info

Press Releases     Product Images & Info     Apple Leadership

## iPad 2 Arrives Tomorrow

CUPERTINO, California—March 10, 2011—Apple® today announced that iPad™ 2, the next generation of its magical device for browsing the web, reading and sending email, enjoying photos, watching videos, listening to music, playing games, reading ebooks and much more, will be available tomorrow at 5 p.m. local time at all 236 Apple retail stores in the US and through the Apple Store® (www.apple.com) beginning at 1 a.m. PT. Every customer who buys an iPad 2 at an Apple retail store will be offered free Personal Setup service, helping them customize their iPad 2 by setting up email, loading new apps from the App Store℠ and more, so they'll be up and running with their new iPad 2 before they leave the store. iPad 2 will also be available beginning at 5 p.m. local time at AT&T, Best Buy, Target, Verizon Wireless, Walmart and select Apple Authorized Resellers.

iPad 2 features an entirely new design that is 33 percent thinner and up to 15 percent lighter than the original iPad, while maintaining the same stunning 9.7-inch LED-backlit LCD screen. iPad 2 features Apple's new dual-core A5 processor for blazing fast performance and stunning graphics and now includes two cameras, a front-facing VGA camera for FaceTime® and Photo Booth®, and a rear-facing camera that captures 720p HD video, bringing the innovative FaceTime feature to iPad users for the first time. Though it is thinner, lighter, faster and packed with new features, iPad 2 still delivers up to 10 hours of battery life* that users have come to expect. iPad 2 is available in black or white, features models that run on AT&T's and Verizon's 3G networks, and introduces the innovative iPad 2 Smart Cover in a range of vibrant polyurethane and rich leather colors.

**Pricing & Availability**
iPad 2 with Wi-Fi will be available in the US on March 11 for a suggested retail price of $499 for the 16GB model, $599 for the 32GB model, $699 for the 64GB model. iPad 2 with Wi-Fi + 3G will be available for a suggested retail price of $629 for the 16GB model, $729 for the 32GB model and $829 for the 64GB model. iPad 2 with Wi-Fi + 3G compatible with the Verizon network will be available in the US only for a suggested retail price of $629 for the 16GB model, $729 for the 32GB model and $829 for the 64GB model.

iMovie® and GarageBand® for iPad apps are available today for $4.99 each from the App Store on iPad or www.itunes.com/appstore. The Smart Cover is available in a range of colors in vibrant polyurethane for $39 or rich leather for $69.

iPad 2 will be available in Australia, Austria, Belgium, Canada, Czech Republic, Denmark, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Japan, Luxembourg, Mexico, Netherlands, New Zealand, Norway, Poland, Portugal, Spain, Sweden, Switzerland and the UK on March 25; and in many more countries around the world in the coming months. Further international availability and pricing will be announced at a later date.

*Battery life depends on device settings, usage and other factors. Actual results vary.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork, and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple is reinventing the mobile phone with its revolutionary iPhone and App Store, and has recently introduced its magical iPad which is defining the future of mobile media and computing devices.

Press Contacts:
Trudy Muller
Apple
tmuller@apple.com
(408) 862-7426

Simon Pope
Apple
spope@apple.com
(408) 974-0457

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPad, Apple Store, App Store, FaceTime, Photo Booth, iMovie and GarageBand are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com

Press Info    iPad 2 Arrives Tomorrow

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.   Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2012 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy