# EXHIBIT 184



# SURVEY SAYS: 70% Of iPad 2 Buyers Were First-Time iPad Owners

Dan Frommer | Mar. 13, 2011, 9:42 PM | 2,302 | 15

Piper Jaffray's Gene Munster and team surveyed 236 people in line for the iPad 2 on Friday.

Munster just summarized his findings in a note:

- Most people were buying their first iPads as opposed to upgrading. Some 70% of iPad 2 buyers were new to the iPad, whereas about 23% of iPhone 4 buyers last summer were new to the iPhone.
- 47% of buyers picked up iPad 3G units, which cost $130 more.
- 41% bought the 32GB model, up from 32% who bought the 32GB model of the original iPad. And the 64GB models gained slight share, he says. (So average selling price went up.)
- 65% of buyers owned an iPhone (halo effect!), 24% own a Kindle.

Munster still thinks Apple sold about 400,000 to 500,000 iPads this past weekend, vs. 300,000 original iPads during its launch weekend last April.

This was limited by stock -- Apple sold out of iPad 2s quickly.

**Read:** iPad 2 Extends Apple's Lead -- Apple Will Dominate The Tablet Market For Years


Twitter / Yfrog

| AAPL | Oct 08 05:08PM | | |
|---|---|---|---|
| 636.75 | | Change -15.84 | % Change -2.43% |



### Recommended For You


PEW POLL: Mitt Romney Storms Into The Lead Over Obama


Slow-Mo Video Shows SpaceX Engine Explosion Last Night*


Jack Welch And Chris Matthews Go Toe-To-Toe: 'Don't Lose It Now, Chris!'


Poor Haitians Reading #FirstWorldProblems Tweets Might Be The Best Ad Of The Year

Please follow SAI on Twitter and Facebook.
Follow Dan Frommer on Twitter.

Tags: Gadgets, Apple, iPad 2, iPad, Big Tech | Get Alerts for these topics »

### Ads By Google

**Official Obama Website**
Millions have signed up to re-elect the President. Add your name.
www.barackobama.com

**INSEAD Master in Finance**
Preparing Financial Leaders; Courses in Singapore, Apply now.
degree-programmes.insead.edu/MFin

**Business Administration**
100% Online Business Admin Cert from U of Notre Dame - Enroll Now!
www.NotreDameOnline.com

**Business Analysis Courses**
Get Trained to Become a Business Analyst. Top Program, 100% Online.
OnlineBusinessAnalysisCourses.com

**Business Plan Example**
Download Business Plan Template Fill the Blanks & Get the Job Done!
Biztree.com



Blackboard Home »

| Apple | iPad | iPad 2 |



- The Sexiest CEOs Alive!
- Why Attractive People Are More Successful
- The 10 Most Eligible CEO Bachelors

### Most Read

Read   Commented   Recommended


JACK WELCH: Obama Is Manipulating The Jobs Numbers Because His Debate Performance Was Awful 519,033 Views


50 Years Of 007: 'Bond' Babes Then & Now 388,674 Views


How To Jump From 23 Miles Above Earth And Survive 298,608 Views


How Clint Eastwood Has Aged Over The Years 232,545 Views


Read Business Insider On The Go
Download Now

### Find A Job    In partnership with 

- Tech Jobs        ▶ C-Level Jobs
- Media Jobs       ▶ Design Jobs
- Finance Jobs     ▶ Sales Jobs

See All Jobs

### Startup Document Center
Templates To Jump Start Your Business

 Business Plan Exec Summary
 Sample By-Laws
 Financial Model

See All »

SURVEY SAYS: 70% Of iPad 2 Buyers Were First-Time iPad Owners - Business Insider





**Summary**
Apple Inc. is an American multinational corporation that designs and markets consumer electronics, computer software, and personal computers. The company's best-known hardware products include the Macintosh line of computers... More »

**Summary**
The iPad is Apple's tablet computer, unveiled in January, 2010, and launched in April, 2010. The second generation of the iPad -- the iPad 2 -- was unveiled on March 2, 2011. It will be available for sale in the U.S. on March... More »

**Summary**
iPad 2 is the newest version of Apple's iPad tablet. It was unveiled on March 2, 2011. It became available for sale on Friday, March 11, 2011 in the U.S. and will be available on March 25, 2011 in selected countries worldwide... More »



**Read Me**

**KARA SWISHER** | **Facebook Commercial Gets Flushed (You Knew This Was Coming)**
Facebook's recent commercial —...



**JOSH CONSTINE** | **Why Zynga Failed**



**MATHEW INGRAM** | **Jack Dorsey And Twitter: Can You Have A Part-Time Product Visionary?**



**Dan Frommer** is editor and founder of SplatF.
**Contact:**
e-mail: dfrommer@businessinsider.com
URL: http://splatf.com
Subscribe to his RSS feed | twitter feed

**Recent Posts**
Ads Aren't Reshaping Twitte...
The Only iPhone 5 Feature T...
Why Today's iPhone Event Is...

**The Hive**
What Smart People Are Reading Right Now

▸ Insight: The Lex Factor roils Dow Jones 10

▸ First Windows 8 PCs appear early, crapware included | ZDNet 4

▸ Remembering Your First Computer Is For Old People | TechCrunch 4

More                                              See All »

Comments on this post are now closed.

Advertisement






**The Water Cooler**
15 Comments

**joeinmiami** ✗ ✗ ✗ on Mar 13, 9:53 PM said:
Those are some really strong numbers, Dan.

 7   0
Flag as Offensive

**Dave B** on Mar 13, 10:04 PM said:
and they taste great with wasabi dipping sauce.

 3   1
Flag as Offensive

**Frank Castle** on Mar 13, 10:24 PM said:
That sampling size is questionable to determine much of anything. 236 people?

  1   13
Flag as Offensive

**FalKirk** on Mar 14, 2:22 AM said:
@Frank Castle: Actually, a sample size of 236 from an estimated population of 600,000 gives a margin of error of about 6% which is pretty good.

  5   0
Flag as Offensive

**Sammy the Walrus IV** (URL) on Mar 14, 7:55 AM said:

  6   0
Flag as Offensive

**Thanks to our partners**



@Frank Castle: sampling with 100-200 estimates is actually pretty efficient.

Statistics 101.

**The CW** (URL) on Mar 13, 10:24 PM said:

 9   0

Flag as Offensive

Worth remembering that iPad 1's debut was WiFi only. This debut not only includes 3G models but AT&T and Verizon. This may add to the total initial day volume.

**Keith Dsouza** (URL) on Mar 13, 10:26 PM said:

 2    11

Flag as Offensive

Why can't we have headlines like - Survey says out of 236 people only 165 bought new iPad? instead of 70% bought new iPad?

**Frank Castle** on Mar 13, 11:03 PM said:

 0    12

Flag as Offensive

@Keith Dsouza: Shhhh Apple headlines are meant to be taken at face value and not validated. You want actual reporting? LOL

Here's the proper headline:

Well known Apple analyst samples 236 line waiters and determines whopping 70% are first time buyers!

Or

Munster lays on the mustard - 70% of weekend buyers new to iPad's magic!

**Milind** on Mar 13, 10:29 PM said:

 3    4

Flag as Offensive

Exactly! Don't you think the title should have been 70% *of 236* people were first time buyers? This is the kind of breathless reporting that always reminds me of http://www.youtube.com/v/Sr4pPAn-m5g&hl=en_US&fs=1&

   **joeinmiami** ✘✘✘ on Mar 13, 10:49 PM said:

 9    0

Flag as Offensive

Don't forget that the next, best-selling tablet is selling about 2 units per store, per day with no lines and no waiting.

OOOF!

**Beltway Greg** on Mar 13, 11:26 PM said:

 2    0

Flag as Offensive

Incredible. The world's best company just got a little bester!

See you at $400. It's never been so healthy to be overweight.

Beltway Greg Long and Strong since 1997.

**Dave,** on Mar 14, 12:47 AM said:

0   1

Flag as Offensive

http://offbeatchina.com

**Bravofett** on Mar 14, 1:39 AM said:

2   1

Flag as Offensive

....the same percentage of people are using their unemployment checks to buy one.

**Ted Poe** (URL) on Mar 14, 3:39 AM said:

0   7

Flag as Offensive

According to other news sources Apple may have sold 500,000 iPad 2 tablets on the weekend. Retail stores ran out of the precious iPad 2. This is a good indication that Apple will sell millions in the coming weeks as the manufacturer prepares to ship them to the stores. Apple fans will come out and buy them no matter what they cost. . But the iPad 2 can also be obtained for free if you follow certain conditions at http://www.digitalundivide.com

**Dominik** (URL) on Mar 14, 3:59 PM said:

0   0

Flag as Offensive

This is a very fun time for enthusiast of electronic devies.

Who would have ever thought that Apple, the company that no one thought complete compete against Microsoft would dominate mobile computing?



**A-Z INDEX**
COMPANIES
AUTHORS
CATEGORIES
LATEST
CONTRIBUTORS
VIDEO
FULL ARCHIVES

**TOOLS**
JOB LISTINGS
DOCUMENT CENTER
BROKER CENTER

**LISTS & RANKINGS**
DIGITAL 100
SILICON ALLEY 100
SILICON VALLEY 100
CLUSTERSTOCK 50
THE LIFE 50
AMERICA'S BEST COLLEGES
BEST BUSINESS SCHOOLS
SEXIEST CEOS
MORE

**YOUR ACCOUNT**
REGISTER
CHANGE YOUR EMAIL PREFERENCES

**ABOUT BI**
ABOUT
JOBS AT BI
MASTHEAD
CONTACT
ADVERTISE
MOBILE
CONFLICT OF INTEREST POLICY
CONTRIBUTORS FAQ

**FOLLOW BI**
EMAIL NEWSLETTERS
ALERTS
RSS
TWITTER
LINKEDIN
FACEBOOK
GOOGLE+

**VERTICALS**
TECH
ENTERTAINMENT
WALL STREET
MARKETS
STRATEGY
CAREERS
RETAIL
SPORTS
LIFESTYLE
TOOLS
SCIENCE
ENTERPRISE

LISTS
POLITICS
DEFENSE
LAW & ORDER
ADVERTISING
GETTING THERE
DATA CENTER
MISC.
YOUR MONEY
VIDEO
LATEST

* Copyright © 2012 Business Insider, Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.   | Disclaimer

Powered by MongoDB   |   Hosted by Datapipe   |   Stock quotes by YCharts   |   Ad Serving by 24/7 Open AdStream