# EXHIBIT 186



| | New Posts | Most Popular | Lists | Video |
|---|---|---|---|---|
| **Forbes** | +5 posts this hour | Remembering Steve Jobs | Most Powerful Brands | The $126 Billion Cover |

WIN THE TRIP OF A LIFETIME! Click here.

Log in | Sign up | Connect  | Help

**Alex Knapp**, Forbes Staff
I write about the future of science, technology, and culture.
+ **Follow** (453)

TECH | 6/07/2012 @ 3:40PM | 7,629 views

# Apple's Biggest Competition For The New iPad: The iPad2

3 comments, 3 called-out    + Comment now

When Apple launched the new iPad this past March, they kept the older model, the iPad2, for sale with strategic price cuts. This move seems to have attracted frugal tablet buyers.  A new report from Consumer Intelligence Research Partners, LLC (CIRP) indicates that despite massive sales of the new iPad, sales of the iPad 2 actually comprise 41% of all iPad purchases.


Image via CrunchBase

"This report includes the first analysis of how well the New iPad has done since the March 2012 launch, with some interesting and unexpected results. Some early anecdotes speculated that the iPad 2 would continue to sell well, and we now see that using data on actual consumer behavior," said Josh Lowitz, CIRP Partner and Co-Founder in the company press release.

Michael Levin was blunter. "It's f***ing brilliant. Apple keeps changing the way they do product launches. In the past, they abandoned old products. But with the launches of the new iPad and the iPhone 4S, they've switched it up."

In addition to finding that iPad2 sales comprised 41% of all of Apples iPad sales, the CIRP report also indicates that previous iPhone models are still strong as well. 27% of all iPhone sales were for


**Q1 Non-iPad Tablet Sales Fall Sharply; Trouble For Android**
Eric Savitz
Forbes Staff

Recommended  The Truth About Bain: Inside The House That Mitt Built


**Alex Knapp**
Forbes Staff
+ **Follow** (453)

I've been the Social Media Editor at Forbes since October, 2011. Prior to that, I was a freelance writer and contributor here. On this blog, I focus on futurism, cutting edge technology, and breaking research. Follow me on Twitter - @thealexknapp. You can email me at aknapp@forbes.com

**Most Read on Forbes**

NEWS    People    Places    Companies

**40 Things To Say Before You Die** +62,357 views

**5 Reasons to Scrap Our Patent System: #1. Apple's Siri** +17,291 views

**Hacker Attack 'Kills' Thousands In World Of Warcraft** +15,920 views

**Animal Rights Group Attacks Pokemon For Promoting Animal Abuse** +15,239 views

**Why the Next Financial Crisis Will Be Nastier** +13,365 views

Apple's Biggest Competition For The New iPad: The iPad2 - Forbes

Case 5:11-cv-01846-LHK   Document 2069-24   Filed 10/20/12   Page 3 of 5

models other than the newest iPhone 4S.

The strong sales for the iPad2 spell trouble for non-iPad tablet makers, which already saw tumbling sales in the first quarter. If sales for the iPad2 are this strong, that may indicate that frugal consumers might be more willing to spend their money on the less expensive iPad2 rather than the Nook Tablet or Kindle Fire. If that's true, then Microsoft Windows 8 may well be the last hope for non-Apple tablet makers.

*Follow me on Twitter or Facebook. Read my Forbes blog here.*

3 comments, 3 called-out          + Comment now

Print     Report Corrections     Reprints & Permissions





ALEX KNAPP'S POPULAR POSTS

Five Leadership Lessons From James T. Kirk
1,083,790 views

Five Leadership Mistakes Of The Galactic Empire
388,637 views

Nikola Tesla Wasn't God And Thomas Edison Wasn't The Devil 363,150 views

Chinese Researchers Quantum Teleport Photons Over 60 Miles 255,397 views

Five Leadership Lessons From Jean-Luc Picard
138,181 views

MORE FROM ALEX KNAPP

    

**Who Just Made a Billion Dollars?**



Our Real-Time Billionaires scoreboard tracks the biggest holdings for 50 of the world's wealthiest people.

See who's up & who's down right now »

**Goldman Sachs: Insights**
Insights from Goldman Sachs on the Growth Markets in 2012
www.goldmansachs.com

**10 Stocks to Hold Forever**
Buy them, forget about them, and never sell them.
www.StreetAuthority.com

**#1 Stock to Buy Right Now**
Here's a recommendation that several top analysts agree on
www.DailyTradeAlert.com

**7% Annual Annuity Return**
Get guaranteed lifetime income and reduced risks to retirees all here.
AdvisorWorld.com/CompareAnnuities   AdChoices

**30 Dividend Checks/Month**
My stocks pay me more than $1,357 per month using this new strategy.
www.GlobalDividends.com

**Top 12 Stocks to Buy Now**
Panel of nation's leading analysts just announced their favorite picks
www.TopStockAnalysts.com

**Top 10 Apple Ipad 3**
2012 Bestselling Tablet PCs At Best Prices Ever!
DealHunter.us

**Jim Cramer's Stock Tip**
Do Your Homework Before You Buy Get More Of Jim's Trade Tips Today
www.thestreet.com/actionalertsplus   AdChoices

http://www.forbes.com/sites/alexknapp/2012/06/07/apples-biggest-competition-for-the-new-ipad-the-ipad2/[10/8/2012 5:59:24 PM]

# Post Your Comment

Please **log in** or **sign up** to comment.



Enter Your Comment

Forbes writers have the ability to call out member comments they find particularly interesting. Called-out comments are highlighted across the Forbes network. You'll be notified if your comment is called out.

# Comments

**CALLED-OUT**   Expand All Comments



**djvanderhoeven** 4 months ago

Same data, but I draw a different conclusion-
The New iPad doesn't offer much that the iPad2 did not. While this is great for iPad2 sales (law of demand; lower price = more units sold), it also indicates that Apple is running low on their most precious resource: creativity.

They are still ahead of the competition, but the Jobs-less Apple seems to push the pace much less quickly, and it seems some competitors have a chance to now catch up or even overtake.

We'll see....

✓ Called-out comment

Reply



**Andre Nogueira** 4 months ago

Interesting article Alex. I find myself reading a lot in my bed on my iPhone. So, I want a tablet. I own an old Kindle (and I am very happy with it for reading books), but I cannot browse the web.

So, this week I actually went to the AT&T store near where I live, and checked the iPad(s) out. I could not move myself to spend over $500 on one, yet. So, I asked my daughter to check out her kindle fire for a couple of days, to see if I liked it (so, i could buy it, since I could save some $$$). Boy, it took me less than 10 minutes to give it back to her – I hated the screen resolution!

So, I guess I will be buying one iPad soon. I was thinking seriously that the iPad2 will suffice and I would feel good about not expending as much on the new iPdad: cost x benefit is sometimes about perceived 'feel good' choices.

✓ Called-out comment

Reply



**Ronen Mendezitsky** 4 months ago

Since I can't see the actual research, would you mind telling me if the 41% mentioned for the iPad 2 sales out of iPads sales is a global statistic, or does it only relate to the period of time since the new iPad (iPad 3) first introduced?

✓ Called-out comment

Reply

# Inside Forbes



## The Forbes 400: The Richest People In America

Two-thirds of the wealthiest people in the U.S. added to their fortunes, boosting their average net worth by $400 million to a record $4.2 billion.



The 2012 Investment Guide



The Best Places For Business And Careers



The 25 Fastest Growing Tech Companies



Real-Time Billionaires

| Channels | Company Info | Affiliate Sites | Data Partners | Publications |
|---|---|---|---|---|
| Business | Forbes Careers | Forbes Russia | Market Data by Morningstar |  |
| Investing | Advertising Information | Forbes Poland | Xignite | |
| Tech | Forbes Conferences | Forbes Romania | Thomson Reuters | |
| Entrepreneurs | Investment Newsletters | Forbes Middle East | AdChoices | |
| Op/Ed | Reprints & Permissions | Forbes China | | Free Trial Issue |
| Leadership | Terms and Conditions | Forbes India | | Subscriber Services |
| Lifestyle | Privacy Statement | Forbes Ukraine | | Buy Back Issues |
| Lists | Contact Us | RealClear Politics | | |
| | Sitemap | RealClear Markets | | |
| | Help | RealClear World | | |
| | | RealClear Sports | | |

2012 Forbes.com LLC™   All Rights Reserved