# EXHIBIT 187

| Store | Mac | iPod | iPhone | iPad | iTunes | Support |

# Apple Press Info

Press Releases        Product Images & Info        Apple Leadership

## New iPad Tops Three Million

CUPERTINO, California—March 19, 2012—Apple® today announced it has sold three million of its incredible new iPad®, since its launch on Friday, March 16. The new iPad features a stunning new Retina™ display, Apple's new A5X chip with quad-core graphics, a 5 megapixel iSight® camera with advanced optics for capturing amazing photos and 1080p HD video, and still delivers the same all-day 10 hour battery life* while remaining amazingly thin and light. iPad Wi-Fi + 4G supports ultrafast 4G LTE networks in the US and Canada, and fast networks around the world including those based on HSPA+ and DC-HSDPA.**

"The new iPad is a blockbuster with three million sold—the strongest iPad launch yet," said Philip Schiller, Apple's senior vice president of Worldwide Marketing. "Customers are loving the incredible new features of iPad, including the stunning Retina display, and we can't wait to get it into the hands of even more customers around the world this Friday."

The new iPad is already available in the US, Australia, Canada, France, Germany, Hong Kong, Japan, Puerto Rico, Singapore, Switzerland, UK and the US Virgin Islands and will be available in 24 more countries starting at 8:00 a.m. local time on Friday, March 23 through the Apple Online Store (www.apple.com), Apple's retail stores and select Apple Authorized Resellers, including Austria, Belgium, Bulgaria, Czech Republic, Denmark, Finland, Greece, Hungary, Iceland, Ireland, Italy, Liechtenstein, Luxembourg, Macau, Mexico, The Netherlands, New Zealand, Norway, Poland, Portugal, Romania, Slovakia, Slovenia, Spain and Sweden.

The new iPad Wi-Fi models are available in black or white for a suggested retail price of $499 (US) for the 16GB model, $599 (US) for the 32GB model, $699 (US) for the 64GB model. iPad Wi-Fi + 4G for either AT&T or Verizon is available for a suggested retail price of $629 (US) for the 16GB model, $729 (US) for the 32GB model and $829 (US) for the 64GB model. iPad is sold in the US through the Apple Online Store (www.apple.com), Apple's retail stores and select Apple Authorized Resellers. Additionally, the incredible iPad 2 is now offered at a more affordable price of $399 (US) for the 16GB Wi-Fi model and just $529 (US) for the 16GB Wi-Fi + 3G model.

*Battery life depends on device settings, usage and other factors. Actual results vary.

**4G LTE is supported only on AT&T and Verizon networks in the U.S. and on Bell, Rogers, and Telus networks in Canada. Data plans sold separately.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

Press Contacts:
Trudy Muller
Apple
tmuller@apple.com
(408) 862-7426

Natalie Kerris
Apple
nat@apple.com
(408) 974-6877

### Download iPad images



iPad
Download (zip)



iPad
Download (zip)



iPad
Download (zip)

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPad, Retina and iSight are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com

Press Info    New iPad Tops Three Million

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2012 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy