# EXHIBIT 192

AppleInsider readers get lowest prices anywhere on MacBook Pros with Retina display: Mac Price Guide updated Oct. 15th (Find the lowest prices)

# Apple Insider

- Home
- Reviews
- Forums
- Backpage
- Submit News
    - Submit News
    - Anonymous Mailer
    - Contact by e-mail
- Price Guides
    - Current Generation Macs
    - Previous Generation Macs
    - Apple Wireless Devices
    - iPads, iPhones & iPods
    - Used Apple Products
- RSS
    - Latest Apple Headlines
    - Backpage Headlines
- Twitter
- 
- [          ] Submit Query
- AAPL: 634.76 ( +5.05 )
- 

- **iPad mini: Apple unveiling event expected on Oct. 23**



- **Mac mini: Supply dwindling, Ivy Bridge update incoming?**



- **Mac sales: Apple reaches new highs as PC market stumbles**



- **Review: iOS 6 Maps vs. the alternatives, part two**



- **Review: Apple's iPhone 5 and iOS 6**



· Review: **Apple's seventh-generation iPod nano**



Tuesday, September 04, 2012, 11:15 am

# Galaxy S III passes Apple's iPhone 4S, becomes top selling US smartphone

By Neil Hughes

For the first time since it launched last October, Apple's iPhone 4S was not the top selling smartphone in the U.S., as the newly released Samsung Galaxy S III took the top spot in the month of August.

Samsung's lead is expected by analyst Michael Walkley with Canaccord Genuity to be short-lived, however, as Apple is widely expected to unveil its next-generation iPhone next week. Walkley said in a note to investors on Tuesday that his checks with U.S. carriers found that iPhone sales have been soft ahead of the launch of Apple's next iPhone, allowing Samsung's Galaxy S III to take the top spot.

The data from carriers indicated that many U.S. customers are holding off on buying a smartphone until Apple's next iPhone debuts. The Galaxy S III was the top selling handset at three of the four major carriers in America: Verizon, Sprint and T-Mobile. But the iPhone 4S remained the top seller at AT&T, according to Walkley's checks.

In fact, at Verizon the iPhone 4S was bumped down to third place in August, finishing behind the Motorola Razr Maxx as well. The iPhone 4S took second place at Sprint, while it is not available through T-Mobile.

"We believe this is the first month since the iPhone 4S launched in October 2011 that it was not the top selling smartphone in the U.S. market," he wrote. "However, our checks indicated strong consumer interest and likely demand for the iPhone 5, and we believe Apple will return to strong number one smartphone share in the U.S. post the iPhone 5 launch."

**Figure 1: Month-over-month comparison of top selling handset models – past 4 months**

| Top 3 Smartphones | | May/12 | June/12 | July/12 | August/12 |
|---|---|---|---|---|---|
| AT&T | | Apple iPhone 4S ($200/$300/$400) | Apple iPhone 4S ($200/$300/$400) | Apple iPhone 4S ($200/$300/$400) | Apple iPhone 4S ($200/$300/$400) |
| | | Nokia Lumia 900 ($100) | **HTC One X ($200)** | **Samsung Galaxy S III ($200)** | Samsung Galaxy S III ($200) |
| | | Samsung Galaxy S II Skyrocket ($150) | Nokia Lumia 900 ($100) | Nokia Lumia 900 ($50) | HTC One X ($100) |
| Verizon | | Apple iPhone 4S ($200/$300/$400) | Apple iPhone 4S ($200/$300/$400) | **Samsung Galaxy S III ($200/$250)** | Samsung Galaxy S III ($200/$250) |
| | | Motorola RAZR MAXX ($200) | Motorola RAZR MAXX ($300) | Apple iPhone 4S ($200/$300/$400) | Motorola RAZR MAXX ($200) |
| | | Samsung Galaxy Nexus ($200) | Samsung Galaxy Nexus ($150) | Motorola RAZR MAXX ($300) | Apple iPhone 4S ($200/$300/$400) |
| Sprint | | Apple iPhone 4S ($200/$300/$400) | Apple iPhone 4S ($200/$300/$400) | Apple iPhone 4S ($200/$300/$400) | Samsung Galaxy S III ($200/$250) |
| | | Samsung Galaxy Nexus ($200) | **HTC EVO 4G LTE ($200)** | **Samsung Galaxy S III ($200/$250)** | Apple iPhone 4S ($150/$250/$350) |
| | | Samsung Galaxy S II ($150) | Samsung Galaxy S II ($100) | HTC EVO 4G LTE ($200) | HTC EVO 4G LTE ($200) |
| T-Mobile | | HTC One S ($200) | HTC One S ($200) | Samsung Galaxy S III ($280/$330) | Samsung Galaxy S III ($280/$330) |
| | | Samsung Galaxy S II ($230) | Samsung Galaxy S II ($200) | HTC One S ($150) | HTC One S ($150) |
| | | Samsung Galaxy S Blaze (FREE) | **Samsung Galaxy S III ($280)** | Samsung Galaxy S II ($150) | Samsung Galaxy S II ($150) |

Apple is expected to send out invitations to the media this week for an event in San Francisco on Sept. 12. There it is anticipated that the company will unveil its sixth-generation iPhone, a newly redesigned device with a larger 4-inch display.
Tags:

- Motorola
- AT&T
- Google
- T-Mobile
- Verizon
- Samsung
- Android
- Sprint
- iPhone 5
- iPhone 6

Case 5:11-cv-01846-LHK   Document 2069-27   Filed 10/20/12   Page 4 of 8

- iPhone 4S
- galaxy

**Jump to comments (89)**
Categories:

- iPhone

| Ohh | 3 | Tweet | 0 |   | 13 |

Advertisement


The FDA has approved a solution for snoring & sleep apnea that does not require a cumbersome CPAP.


Men are finding an unlikely testosterone booster...


Huge discounts on immersion language courses in Mexico. Prefer German in Berlin? French or Italian?


Celebrity doctor reveals the #1 pill to lose weight fast....

lord amhran
2012/09/04 11:32am

Not a surprise. People are just holding off for what Apple is going to announce. When the new iPhone comes out new week Apple will once again have 11 months of top-smartphone sales.

dimmok
2012/09/04 11:33am

2 dudes here at work have that plastic phone....photos looks bad, very over saturated. Nothing comes close to the Retina.IMHO

postulant
2012/09/04 11:33am

Any guess as to how many Apple may sell the first weekend it goes on sale? I'm guessing between 3.5 and 5 million.

silverpraxis
2012/09/04 11:33am

Newly released product outsells older 11-month-old product. News at 11.

thataveragejoe
2012/09/04 11:37am

Quote:
Originally Posted by silverpraxis

Newly released product outsells older 11-month-old product. News at 11.

Bingo.

aaroni
2012/09/04 11:39am

Quote:
Originally Posted by silverpraxis

Newly released product outsells older 11-month-old product. News at 11.

Stop with logic. We have no truck with that here! :)

Read all Comments

# Login to Comment

[          ]

[          ]

[ Log in ]



## Latest Apple Headlines

- Apple's third Beijing store to be largest in Asia, opening this week
- Microsoft airs first Surface ad as part of $1B Windows 8 marketing campaign
- Review: iPod touch (2012)
- Apple Stores reportedly set to support Passbook-based purchases
- Apple appeals Japan court's pro-Samsung ruling in patent infringement suit



- Apple 'likely' to unveil 'iPad mini' at event on Oct. 23 - report
- Appeals court reverses ban on Samsung Galaxy Nexus in Apple patent dispute
- Study: iPhone 5 web usage surges past Samsung Galaxy S III
- Google's Schmidt says Apple and Android struggle is the 'defining fight in the industry today'
- Apple reportedly knew of iOS Maps troubles well before launch



## Save on Retina MB Pros

 

| Model | Price | You Save |
|---|---|---|
| 2.3GHz (8GB/256GB) | $2,124.29* | $74.01 |
| 2.3GHz (16GB/256GB) | $2,312.47* | $86.53 |
| 2.6GHz (8GB/512GB) | $2,704.35* | $94.65 |
| 2.6GHz (16GB/512GB) | $2,894.47* | $104.53 |
| 2.6GHz (16GB/512GB) | $3,136.96* | $112.03 |

More configurations
* price with coupon:
APPINSDRMWB35722

## Reviews



## Hot Topics

- General
- iPad
- iPhone
- iPad mini
- Future Hardware
- Samsung
- Google
- patents
- iPod
- iPhone 5
- Android
- iOS 6
- patent
- lawsuits
- Microsoft

## Backpage Headlines

- Apple updates HP printer and scanner drivers
- Rumor: Belkin, Kensington, Trust prepare for 'iPad mini' with plethora of cases
- Apple Configurator update brings iOS 6 compatibility, Apple TV support
- iOS Apple Store app updated for iPhone 5's screen
- Apple rolls out Canon, Epson, Lexmark printer drivers

Out-hip your Facebook friends

## Become a Fan Today!

.

- Top of page
- Copyright © 2012, Quiller Media, Contact Us
- Privacy Policy
- Advertise on AppleInsider
- Design: gesamtbild

.