# EXHIBIT 194



You are here: Home > Press & Events > Press Releases > 2012 > August > comScore Introduces TabLens

# Press Release

### Why Buy a Tablet? Selection of Apps, Price and Device Brand Most Important Factors in Purchase Decision

347   26   43   68
Share       Like

*comScore Introduces TabLens™ to Provide Insight into the U.S. Tablet Market*

**RESTON, VA, August 6, 2012** – comScore, Inc. (NASDAQ: SCOR), a leader in measuring the digital world, today announced the launch of comScore TabLens™, its monthly syndicated service providing insights into U.S. tablet ownership and usage. Based on a 3-month rolling sample of 6,000 U.S. tablet owners, TabLens provides insight into tablet audiences, including demographics, content consumption habits and device ownership, to provide the industry with the most up-to-date look at this expanding tablet market.

"comScore is pleased to announce the availability of TabLens to bring reliable monthly reporting and metrics around tablet devices and their owners," said Mark Donovan, comScore SVP of Mobile. "TabLens delivers the critical market insights needed by publishers, advertisers, OEMs, and network operators as they attempt to capture value in one of the fastest-growing and most profitable technology markets of all time."

comScore TabLens provides monthly syndicated reporting of tablet ownership and usage in the U.S.

Product features include:

- Monthly reporting based on a 3-month rolling sample size of 6,000 U.S. tablet owners and supported by comScore's trusted sampling and survey methodology that has been the foundation of comScore MobiLens since 2005.
- Demographic insights including age, gender, household income, education, ethnicity, among others.
- Granular insights into tablet ownership by device and operating system.
- Insights into on-device media consumption including retail, social media, games, music, video and more to help companies keep a pulse on consumer trends.
- Analogous structure to comScore MobiLens provides seamless comparison between mobile and tablet audiences and the most comprehensive view of today's connected consumer.

**iOS and Android Tablets Capturing Different Consumer Segments**

Demographic analysis of tablet audiences by platform revealed distinct differences across iPad, Android and Kindle Fire audiences (Note: For the purpose of this study, Kindle Fire was excluded from the Android tablet total and analyzed separately). iPad owners skewed male (52.9 percent), slightly younger (44.5 percent under the age of 35) and wealthier (46.3 percent residing in households with income of $100k or greater) compared to an average tablet user during the three-month average period ending June 2012.

In comparison, Kindle Fire owners saw their audience skew female with 56.6 percent of its audience base represented by females. Both Android and Kindle Fire users saw household income below that of iPad owners, aligning more closely with household income reported by smartphone owners.

Demographic Profile: Tablet* and Smartphone Audience
3 month avg. ending June 2012

Total U.S. Tablet Owners and Smartphone Subscribers, Age 13+
Source: comScore TabLens and comScore MobiLens

|  | Total Smartphone | Total Tablet | iPad | Android** Tablet | Kindle Fire |
|---|---|---|---|---|---|
| **Gender** | | | | | |
| Male | 51.9% | 50.0% | 52.9% | 50.9% | 43.4% |
| Female | 48.1% | 50.0% | 47.1% | 49.1% | 56.6% |
| **Age** | | | | | |
| 13-17 | 6.0% | 5.5% | 4.7% | 6.2% | 5.5% |
| 18-24 | 17.5% | 13.0% | 14.0% | 12.9% | 12.2% |
| 25-34 | 24.6% | 24.2% | 25.8% | 22.5% | 24.7% |
| 35-44 | 21.0% | 20.6% | 21.4% | 20.1% | 20.5% |
| 45-54 | 16.7% | 18.1% | 16.8% | 19.7% | 16.9% |
| 55-64 | 9.0% | 11.0% | 9.7% | 10.8% | 12.5% |
| 65+ | 5.3% | 7.6% | 7.5% | 7.8% | 7.6% |
| **Household Income** | | | | | |
| <$25k | 12.0% | 7.8% | 5.5% | 11.7% | 7.0% |
| $25k to <$50k | 19.6% | 18.1% | 14.4% | 20.4% | 20.9% |
| $50k to <$75k | 19.3% | 19.1% | 17.2% | 20.0% | 21.3% |
| $75k to <$100k | 15.6% | 16.7% | 16.6% | 15.3% | 17.5% |
| $100k+ | 33.5% | 38.4% | 46.3% | 32.5% | 33.3% |

*comScore defines a media tablet as a touchscreen tablet device with a slate form factor, a 7 inch or greater screen size and a data connection, but no voice plan. Single purpose eBook reader devices are excluded from this definition.
**For this analysis, Kindle Fire was excluded from the Android tablet total.

**Apps, Price and Brand Most Important in Purchase Decision, Having Same OS as Phone Not as Important**

In the fast-evolving and highly competitive tablet market, understanding the factors that are driving consumers' purchase decisions is critical for both providers of operating systems and OEMs. Analysis of the top purchase consideration factors for an average tablet owner found that selection of apps and price of tablet led as the most important factors, both scoring 7.7 on a 10-point scale. Brand name of tablet and tablet operating system followed as the next most important factors each with a 7.5 -rating, while music/video capabilities ranked #5 in purchase consideration factors with a rating of 7.4.

A comparative look at the purchase consideration factors for iPad and Kindle Fire owners found significant differences between what these consumers deemed important. iPad owners found selection of apps most important in their purchase decision, scoring an 8.1, closely followed by brand name of tablet with a rating of 8.0. Meanwhile, Kindle Fire owners placed the greatest weight on price of tablet (8.1), followed by selection of apps (7.5). Brand name of tablet and operating system were both scored as less important among Kindle Fire owners than among iPad owners.

Somewhat surprisingly, consumers did not place strong importance on having the same operating system across their tablet and smartphone, with this factor falling outside of the top five consideration factors for iPad, Kindle Fire and the average tablet owner. This finding highlights the potential for brands, such as Microsoft with its recently announced Surface Tablet, to see consumer adoption in the tablet market even though they might lack strong penetration in the smartphone market.

Top Purchase Consideration Factors for Tablet*, iPad, Android OS and Kindle Fire Purchasers on a 10-Point Scale
3 month average ending June 2012
Total U.S. Tablet Owners, Age 13+, U.S.
Source: comScore TabLens

|  | Total Tablet | iPad | Android** Tablet | Kindle Fire |
|---|---|---|---|---|
| Selection of apps available for my tablet | 7.7 | 8.1 | 7.3 | 7.5 |
| Price of the tablet | 7.7 | 7.2 | 7.9 | 8.1 |
| Brand name of the tablet | 7.5 | 8.0 | 7.0 | 7.4 |
| Tablet operating system | 7.5 | 7.8 | 7.4 | 7.2 |
| Music and video capabilities | 7.4 | 7.6 | 7.1 | 7.4 |
| Recommended by friends/family | 6.5 | 6.7 | 6.1 | 6.5 |
| Tablet has same OS as my phone | 6.4 | 6.6 | 6.3 | 6.1 |
| Social networking features | 6.2 | 6.3 | 6.0 | 6.3 |
| Recommended by retail salesperson | 5.3 | 5.3 | 5.3 | 5.2 |

*comScore defines a media tablet as a touchscreen tablet device with a slate form factor, a 7 inch or greater screen size and a data connection, but no voice plan. Single purpose eBook reader devices are excluded from this definition.
**For this analysis, Kindle Fire was excluded from the Android tablet total.

**Tablet Satisfaction High Across the Board, Highest Among iPad Owners**

Device satisfaction is an important measure in understanding sentiment post-purchase, especially with consumers having a growing number of tablet options available to them. New TabLens data showed that tablet owners were highly satisfied with their respective devices, with the average overall satisfaction rating reaching 8.6 on a 10-point scale. In comparison, smartphone owners rated overall satisfaction with their device an 8.1. iPad owners experienced the highest level of satisfaction (8.8 rating), followed closely by Kindle Fire owners (8.7). Android tablet users (excluding Kindle Fire) had a slightly lower satisfaction rating of 8.2, but which was still very strong in absolute terms.

Overall Device Satisfaction for Smartphone, Tablet*, iPad, Android OS and Kindle Fire Purchasers on a 10-Point Scale
3 month avg. ending June 2012
Total U.S. Tablet Owners and Smartphone Subscribers, Age 13+
Source: comScore TabLens and comScore MobiLens

|  | Total Smartphone | Total Tablet | iPad | Android** Tablet | Kindle Fire |
|---|---|---|---|---|---|
| Overall Satisfaction | 8.1 | 8.6 | 8.8 | 8.2 | 8.7 |

*comScore defines a media tablet as a touchscreen tablet device with a slate form factor, a 7 inch or greater screen size and a data connection, but no voice plan. Single purpose eBook reader devices are excluded from this definition.
**For this analysis, Kindle Fire was excluded from the Android tablet total.

**About comScore**

comScore, Inc. (NASDAQ: SCOR) is a global leader in measuring the digital world and preferred source of digital business analytics. For more information, please visit www.comscore.com/companyinfo.



comScore infographic: Today's U.S. Tablet Owner Revealed
Click here to download or share this infographic.

**Contact:**
Sarah Radwanick
Manager Marketing Communications
comScore, Inc.
+1 206 268 6310
press@comscore.com

Follow @comScore   75.8K followers