# EXHIBIT 209



Blog | Phones | Tablets

Home | News | Reviews | Phones | Tablets | Apps | Root | VS | How To | Featured    TRENDING: #Jelly Bean #Galaxy Note 2


**Best Android tablets for kids**


**Incremental device updates: Are they**


**Galaxy Note 2 vs Galaxy S3: Display**


**Best medium-sized Android**

# Up to 1 million Nexus 7 tablets sold by Google so far?

by **Chris Smith** on Oct 18, 2012 with 💬 **5 Comments**



## ANDROID NEWS


**Up to 1 million Nexus 7 tablets sold by Google so far?**


**Google shares drop almost 10% after leaked Q3 2012 numbers reveal 20% drop in profits**


**Samsung Chromebook announced with ARM processor, costs only $249**


**Braven 625S portable speakers review**


**Microsoft Surface phone could stimulate Windows Phone ecomony, says Nokia CEO**

So Google's poorly leaked / released financial results for the third quarter of the year caused quite a commotion today, with Google shares dropping almost 10% when news broke out that Google has missed estimated earnings for Q3 2012.

However, while the final report offers various details about the Search business, and highlights Motorola's continued losses, details about direct device sales are not offered. But analysts believe they have found some evidence in the final earnings report that points to 800,000 to 1 million Nexus 7 sales during the period.

According to *ZDNet*, Google's "other income" line from its earnings report showed revenue of $666 million, up from $385 during the same period last year. And that other revenue may reflect Nexus 7 sales. Here's what Piper Jaffray analyst Gene Munster said about those numbers:

> We believe Google's Other Income of $666 (compared to Street at $477) suggests that Google likely sold 800k-1m Nexus 7s in Q3. Excluding our estimated Nexus 7 impact, core net revenues would have been up 2.5% q/q vs. 4.7%.

If those numbers are correct, then it means Google has sold at best over 10,000 Nexus 7 units per day since the device was announced and offered for pre-order in the last days of June. Is that too much? Too little?



Google has not specified any Nexus 7 sales numbers to date – and we would assume such numbers would be made public since, after all, Google keeps announcing daily Android activations every chance it gets.

Furthermore, earlier reports said that Google would sell from 6 to 8 million Nexus 7 units this year, but is that really possible / happening?

Let's not forget that the new Kindle Fires are also out and that the iPad mini will soon be announced to deliver yet another blow to Android tablets. Pair that with the launch of Windows 8 / RT tablets, and you'll see that Android tablets manufacturers will have a tough time getting the upper hand in a niche they failed to conquer.

Finally, if those Nexus 7 sales numbers, then Carphone Warehouse's recent revelation, that the Nexus 7 is the best sold Android tablet in its lineup, paints a dire picture for the entire Android tablet ecosystem.

Does anybody know how many Nexus 7 tablets have been sold to date?



**POPULAR POSTS**

 **Apple iPhone 5 vs Samsung Galaxy S3**

 **Samsung Galaxy Note 2 vs Galaxy Note (original)**

 **Android 4.0 Ice Cream Sandwich vs Android 4.1 Jelly Bean video comparison**

 **How To: Setup, Configure, and use Google Now**

 **Android 2.3 Gingerbread vs. Android 4.0 Ice Cream Sandwich [video]**



| SOURCES | ZDNET |
| TAGS | GOOGLE NEXUS 7   NEXUS 7 |

**NEXT:**
Nexus 7 sales to reach 6 to 8 million by the end of


**Apple Q3 FY2012: 26 million iPhones**


**Nexus 7 sold out at GameStop, Staples and**


**AT&T Q2 2012 report: 5.1 million**


**Google Nexus 7 sold out after "incredible**

**STAY CONNECTED**





We're on G+   Follow

+1   +50,254

**CHRIS SMITH**



Chris Smith is a writer, a blogger and a freelancer. He started writing about gadgets as a hobby and before he knew it he was sharing his views on tech-related stuff with readers around the world. Whenever he's not writing about gadgets he miserably fails to stay away from them, although he desperately tries. But that's not necessarily a bad thing.

**5 comments**

   ★ 0 Stars  ▾

**Discussion** ▾  |  **Community**  |                                    •• ▾



liam · 2 hours ago

Considering analytics has shown that the ipad only has a bit over 50% of the
tablet market, I think android is doing fine. The android segment was, IIRC, pretty split
between Kindle Fires and standard android.

I suppose the problem, if there is one, is that the only androidish tablet that is doing
exceedingly well is the Amazon one. However, the PC world seems to have done alright
with its many models but standard OS. Being able to optimize to a single device is nice
but not required, again, as the PC market has shown.

3 / ⋮ · ˙ Reply · Share ›



tiko · an hour ago

the biggest problem hindering androids dominance is fragmentation. We own
several android devices and they're stuck at different versions. They're made by
reputable companies.

0 / ⋮ 1 · ˙ Reply · Share ›



**Kassim** · 40 minutes ago · parent

Unfortunately, this won't be changing in any meaningful way in the near
future.

It's manufacturers and mobile carriers/operators who are deliberately (for their own
good of course) helping to continually fragment Android.

Don't expect a manufacturer to release a new OS on a year old device that will give
it a new lease of life for another year equating to the (fabled) 'lost' sales of their
new products.

The bewildering number of different possible combination of manufacturers,
operators, devices, specifications etc doesn't help their either...

P.S. Android is still dominant - albeit with many consumers 'suffering' varying
experiences of it.

0 / ⋮ · ˙ Reply · Share ›



**Brett Ellis** · 2 hours ago

You might want to check the expenses. Since Google wasn't supposed to make
any money on the Nexus and rather go for the income from Google Play sales, If there is
other income of $666 million, there should be an expense of about that much, unless the
manufacturer is accounting for the Nexus 7 units in which case $666 million might be
profit. I don't have the report to look at, I'm just saying based upon the limits of what I
read in the article, it's possible they sold more than 1 million units.

0 / ⋮ 1 · ˙ Reply · Share ›



ben · an hour ago · parent

Revenue means the total amount sold, not profit.



▲ ANDROID AUTHORITY                                           ▲ Back to Top

**APPS**                    **ROOTING**                    **HOW TO**

▪ **Janetter: New full-featured Twitter client**    ▪ **How to flash ClockworkMod Recovery for**    ▪ **How to upgrade the Rezound to Android**
  **with multi-account support**                       **the Transformer Pad Infinity TF700T**           **4.0.4 Ice Cream Sandwich via the AOKP-**

- **Hill Climb Racing: Physics driving game starring Newton Bill**
- **Netflix releases new update, includes additional countries and better subtitles**
- **FaceDropt: Auto-uploading photos to Facebook**
- **Google Now text functionality available for all Android devices using Google Talk**

- **How to root the Kindle Fire HD**
- **How to flash stock, rooted Jelly Bean build 10.4.2.13 for the Transformer Pad TF300T**
- **How to upgrade the Kindle Fire to Android 4.1.1 Jelly Bean via ParanoidAndroid ROM**
- **How to flash TWRP Recovery for the Kindle Fire**

- **Neo 1.5 Linaro ROM**
- **How to upgrade the Optimus Black P970 to Android 4.1.1 Jelly Bean via AOKP Jelly Bean (unofficial)**
- **How to upgrade the Transformer Pad Infinity TF700T to Android 4.1.1 Jelly Bean via the CyanogenMod 10 ROM**
- **How to flash ClockworkMod Recovery for the Transformer Pad Infinity TF700T**
- **How to install Google Play Store on the Kindle Fire HD**

CONNECT WITH US:  Facebook | Google+ | Twitter | RSS

Home | Android Authority India | Privacy Policy | About Us | Contact Us

Copyright © 2012 AndroidAuthority.com

AndroidAuthority.com is not affiliated with Google or any of the device manufacturers listed on this site. We are an Android Enthusiast site.