# EXHIBIT 210



Home | Product Guides | Laptops & Notebooks | Tablets | Report: Google Prepping $99 Tablet, 32GB Nexus 7

# Report: Google Prepping $99 Tablet, 32GB Nexus 7

By Stephanie Mlot    October 17, 2012 10:15am EST    16 Comments

Google is reportedly planning to unwrap a $99 Nexus tablet in the fourth quarter of 2012, according to a new report.

Digitimes, citing "Taiwan-based supply chain makers," said Google is prepping a cheaper tablet that runs a single-core processor from China's WonderMedia Technologies and includes a HUVA TN panel from Taiwan's HannStar Display.

According to Digitimes, the $99 tablet would be produced by Quanta Computer. Google's current tablet, the Nexus 7, starts at $199 and is produced by Asus, which told Digitimes that it has no plans for a $99 tablet. Google did not immediately respond to PCMag's request for comment.

On the Nexus 7, front, however, there are reports that a 32GB version of the tablet may hit store shelves in time for the holidays. TeckComesFirst pointed to a circular from U.K. retailer Argos that advertised a 32GB version of the Nexus 7 in its holiday gift guide.



In a scanned page from the guide (right), the 32GB Asus-made Google tablet is listed for £199.99 ($323). That's the same price as the 16GB Nexus 7 in the U.K., so why get the smaller one? TeckComesFirst said the 32GB will not include the £15 Google Play store credit that comes with the 16GB version.

In the U.S., the Nexus 7 is available in 8GB ($199) and 16GB ($249) flavors. As ZDNet noted, there have been reports of a U.S. version of the 32GB tablet, including a Staples Advantage promo that was later removed.

In other tablet news, Best Buy plans to sell its own tablet – the Android-based Insignia Flex for $239 to $259, according to Reuters. The 9.7-inch tablet will rival products like the Nexus 7 and Amazon's Kindle Fire HD. It will hit shelves Nov. 11 and be sold only at Best Buy, Reuters said.

For more, see PCMag's reviews of the Amazon Kindle Fire HD and the New Apple iPad, as well as Google's Nexus 7 tablet and the slideshow below.

*For more from Stephanie, follow her on Twitter @smlotPCMag.*

View Slideshow          See all (6) slides



   

More

Top Searches • Online Backup • Windows 8 • Android • iPad

## We Recommend

- The 12 Best Android Tablet Apps
- The 5 Best Ultraportables
- The 10 Best HDTVs
- The Best Virtual Desktop Software
- Budget-Friendly Tablets for School
- The 100 Best iPhone Apps

## From Around The Web

- Billionaires Dumping Stocks, Economist Knows Why *Moneynews*
- 7 Common Cooking Mistakes *Real Simple*
- 10 Things to Never Put on Your Resume *Salary.com*
- How fast is fast enough- Business Internet 101 *Wire Surfer*
- If You Have Gmail... You Must Have This *Charles Hudson's Weblog*
- Car Science for Beginners: What Powers Your Hybrid? *CNET*

[what's this]

### Ads by Google

**Top 7 Tablet Pc**
2012 Bestselling Tablet PCs on Sale
Compare Latest Deals & Save Big!
Comparestores.net/Tablet-PCs

**Window 7 Tablets Cheap**
Window 7 Tablet Computers to Meet
Your Needs. Find Deals & Save Big!
smarter.com/Window7TabletsCheap

**Tablet Pc Sale**
UpTo 40% Off Tablet Pc
Don't Miss These Awesome Deals!
www.InteriorsBuyer.com

## More Inside PCMag.com

   

Great Firefox Extensions and ... | The Best Android Tablets | Essential iPhone Apps | Top iPhone 5 Cases

### Ads by Google

**Introducing Nexus 7**
The new $199 tablet from Google Made for Google Play. Buy now
play.google.com

## Comments

Add New Comment

Type your comment here.

Post as ...

Showing 10 of 16 comments

Sort by Oldest first    ✉ Subscribe by email   🔊 Subscribe by RSS

**companyemails** Top 100  1 day ago

Single core, low resolution craplet? Please Google, don't do this. Don't piss away all the good will and good press you've built with the Nexus 7 by building such an inferior device.

socrfan and 1 more liked this   Like  Reply

**SD Tech**  8 hours ago  in reply to companyemails

I agree - There's another $99 tablet that launched this week and it's actually good - The Novo 7 Legend - it's a dual core - in the US it's available at a site called TabletSprint - definately worth checking out -- good company - Ainol Electronics makes it and they received "runner up" status at CNET/ CES 2012 for "Best Tablet of the Year"

Like  Reply

**Adam Estep**  1 day ago

Please 32gb nexus 7, get here already. I've been waiting...

1 person liked this.   Like  Reply

**Brian Kane**  1 day ago  in reply to Adam Estep

Why?

I dont see why you need the storage.

Either:
1. Stream your content
2. Get a tablet with a SD card reader.

This is just a crappy Asus tablet - ignore the Nexus branding. I have one and never use it.

1 person liked this.   Like  Reply

**Adam Estep**  1 day ago  in reply to Brian Kane

I have a 32 gig iPad and I use all the space just with 1 movie and the rest apps and rudimentary files. I use cloud for music. 32 gb is needed for me.

Also, no nexus tablet offers an sd card slot and so that means going with a non-nexus device. I refuse to do that and never know if/when I'll get updates.

Finally, regarding your "crappy" comment, some of the hardware was hit or miss early on, but since then, the quality has been much improved. Plus, you get a quad core processor w 2 gigs of ram AND stock android for $250. That beats any other android tablet out there... Period...

1 person liked this.   Like  Reply

**michael sinor**  1 day ago  in reply to Brian Kane

One option now for the Nexus 7 is to use a USB OTG connector. Then use whatever memory you already have. I have a 1 terabyte hardrive that can connect to my girlfriends Nexus 7. Not really an option to have that hanging on all the time, but to swap out media you want to watch, and then disconnect it. Her school won't let her connect to a lot of cloud services.

Like  Reply

**Adam Estep**  1 day ago  in reply to michael sinor

It's definitely an option I'll use on trips, but still want the extra gigs internally for when the kids need a video or something for on the spot entertainment.

Like | Reply

 **Noman Sher**  1 day ago  in reply to Brian Kane

It has a good processor, excellent screen and streaming doesn't work too well on buses and planes.

Like | Reply

 **socrfan** Top 50  23 hours ago  in reply to Brian Kane

I've got the Nexus and there is nothing crappy about it. I wouldn't trade it for anything out there and I use it a lot. As for the 32 gb I've got a 32 sd card on my phone and even with tons of apps on it I haven't even put a dent in it's storage space. Most people I know don't even use 8gb.

1 person liked this. | Like | Reply

**SD Tech**  8 hours ago  in reply to Adam Estep

Ainol also has two new Hi-Res 10 Inch tablets coming out soon, a Dual Core for $209 and a Quad Core with a 1920x1200 Liquid Crystal display (like Apple's Retina screen) for around $275 --WOW- the only site that seems to offer them right now in the US is TabletSprint --

Like | Reply

Load more comments

blog comments powered by DISQUS

**Sponsors**                                              ADVERTISEMENT

**ALL**

- Weight Watchers Online For Men: A customized online system for men. Go!
- Meet the Ultrabook™ that's Built for Business and Engineered for Security. Learn more
- Lose Like a Man: See how Charles Barkley is losing with Weight Watchers. Learn More!
- The new Business Smart™ All-in-One Inkjet Series from Brother
- WebEx Meetings - Unlimited online meetings with up to 3 people - free!
- 10% longer battery life. 50% larger hard drive. 100% Toughbook.
- WD My Net Routers. Accelerate your entertainment. Learn more at WD.com
- See experts debate at PCMag's Security Watch Summit presented by McAfee
- Be productive all day, every day with Panasonic Toughbook® computers.
- Trend Micro makes it easy to safeguard your digital life. Free Trial!
- Would you like 100% free computer backup?
- Xerox color printers and all-in-ones as low as $249. Shop Xerox Direct
- Billions of Devices. One Intelligent Network.
- Test Drive T-Mobile's® Nationwide 4G Network
- Get the world's most secure mobile password manager & storage device
- Epson WorkForce® Pro—Run your business at full speed for less
- Canon P-215 mobile scanner. Road-ready. Briefcase-worthy.



| Sections | Our Sites | About | Connect | Digital Edition | |
|---|---|---|---|---|---|
| Reviews | AppScout | Ziff Davis Corporate | Facebook | **Subscribe:** | Use of this site is governed by our Terms of Use and Privacy Policy. Copyright 1996-2012 Ziff Davis, Inc. All Rights Reserved. PC Magazine is a registered trademark of Ziff Davis, Inc. Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis, Inc. is prohibited. |
| How To & Tips | ExtremeTech | AdChoices | Twitter | PC/Mac | |
| Encyclopedia | Geek | Contact Us | Newsletters | Kindle | |
| Downloads | Logic Buy | Advertise | RSS | Nook | |
| Editors' Choice | PCMag.com | Link to Us | YouTube | Sony Reader | |
| Business | PCMag Mobile | Editorial Calendar | | iOS | |
| Shop & Compare Prices | Security Watch | Site Map | | Android | |
| News & Opinion | | Login | | Customer Service | |
| | | Register | | | |
| | | SUBSCRIBE | | | |