QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING REGARDING SAMSUNG'S MOTION FOR ORDER PERMITTING CROSS-USE OF DISCOVERY MATERIAL FROM CASE NO. 12-630** |

### NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") shall and hereby do move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing on Samsung's Motion for Order Permitting Cross-Use of Discovery Material from Case No. 12-630, on the grounds that expedited consideration is necessary to ensure that Samsung knows the scope of the evidence it may use to oppose Apple Inc.'s Motion for Permanent Injunction.

This motion is based on this notice of motion and supporting memorandum, the supporting Declaration of Joby Martin, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

### RELIEF REQUESTED

Samsung seeks an Order shortening time for briefing on its Motion for Order Permitting Cross-Use of Discovery Material from Case No. 12-630.

October 19, 2012          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**MEMORANDUM**

Samsung seeks an Order shortening time for briefing on its Motion for Order Permitting Cross-Use of Discovery Material from Case No. 12-630 (the "Motion"). Samsung argues in the Motion that certain specified discovery materials obtained in Case No. 12-630 pending before this Court are highly relevant to Apple's Motion for Permanent Injunction, and that Apple has no good faith basis for refusing to consent to Samsung's use of such materials on the grounds that the Protective Order does not permit such cross-use of discovery.

An order shortening time for briefing on the Motion is necessary to avoid substantial prejudice to Samsung. Samsung's opposition to Apple's Motion for Permanent Injunction is due today, October 19, 2012, and Apple's reply brief is due on November 9. Unless the Court shortens time to hear Samsung's Motion, any relief on that Motion would come after the injunction briefing period has ended. Samsung has a compelling need to know the scope of the evidence the Court will consider in support of its opposition to Apple's Motion for Permanent Injunction before Apple submits its reply brief, and well-before the injunction motion is heard, so that Samsung may duly prepare for the hearing.

A shortened briefing schedule will not prejudice Apple, as the discovery material at issue in the Motion consists of previously-produced Apple documents and transcripts of depositions of Apple employees with which Apple is well-familiar, and the parties have previously briefed issues relating to permissible uses of discovery materials from related cases, such that the issues are familiar as well. *See*, *e.g.*, Dkts. 487, 782-2.

Accordingly, Samsung proposes the following briefing schedule:

1. Apple's Opposition to Samsung's Motion should be filed on or before October 23, 2012;
2. Samsung waives its right to file a reply brief; and
3. The Court decides Samsung's Motion without oral argument.

Counsel for Samsung contacted counsel for Apple in an effort to reach agreement with respect to the briefing and hearing schedule outlined above. Apple did not agree to Samsung's proposed briefing schedule, but proposed instead that its opposition to Samsung's motion should

be due on or before October 25, 2012.   *See* Declaration of Joby Martin in Support of Samsung's Motion to Shorten Time, ¶ 2, Ex. 1.   Samsung submits that its proposed briefing schedule is appropriate in the circumstances, but it respectfully defers to the Court's determination.

## **CONCLUSION**

For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's Motion to Shorten Time.

DATED: October 19, 2012              Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By   */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC