QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

I, Joby Martin, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Motion for Order Permitting Cross-Use of Discovery Material from Case No. 12-630 (the "Motion for Cross-Use of Discovery").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On October 19, 2012, my colleague Robert Becher contacted counsel for Apple via email in order to propose a shortened briefing schedule whereby Samsung would file its Motion for Cross-Use of Discovery on October 19, 2012, Apple would file its opposition brief by October 23, 2012, Samsung would waive its right to file a reply brief, and the Motion for Cross-Use of Discovery would be submitted on the papers.

3. Apple responded to Mr. Becher's message indicating that it does not oppose shortening time on the briefing schedule for the Motion for Cross-Use of Discovery, but that it requests to file its opposition brief on October 25, 2012.  Attached hereto as Exhibit 1 is a true and correct copy of the email exchange with counsel for Apple.

4. The relief requested in Samsung's Motion to Shorten Time is necessary in order to allow the Court to decide Samsung's Motion for Cross-Use of Discovery before the close of briefing on Apple's Motion for Permanent Injunction, and so that Samsung may know what evidence will be permitted by the Court in support of Samsung's opposition to Apple's injunction motion.

5. The present request to shorten the briefing and hearing schedule on Samsung's Motion for Cross-Use of Discovery will not affect the schedule of the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on the 19th of October, 2012, in Los Angeles, California.

/s/ Joby Martin

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

/s/ Victoria Maroulis