UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ORDER PERMITTING CROSS-USE OF DISCOVERY MATERIAL FROM CASE NO. 12-630** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Order Permitting Cross-Use of Discovery Material From Case No. 12-630 (the "Motion).

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion and orders that Samsung may use in connection with its Opposition to Apple's Motion for Permanent Injunction the following evidence obtained in discovery in Case No. 12-630:

(1) Deposition of Greg Joswiak, April 17, 2012, pp. 17-20, 26;

(2) Deposition of Arthur Rangel, April 5, 2012, pp. 81, 123-125, 128-129;

(3) Deposition of Mark Buckley, April 10, 2012, pp. 37, 75-76, 88-89;

(4) "N94 launch pad," July 12, 2011, APLNDC630-0000128707-766;

(5) "Sustaining momentum throughout the product cycle – Increasing share of first-time smartphone users," APLNDC630-0000128922-944;

(6) "US First Time Smartphone Buyer Analysis," February 2012, APLNDC630-0000135164-183;

(7) "2012 Mobile Future in Focus, Key Insights from 2011 and What They Mean for the Coming Year," February 2012, APLNDC630-0000134690-738; and

(8) "iPhone Buyer Survey," FY12-Q1, APLNDC630-0000149471-605.

**IT IS SO ORDERED.**

DATED: _____, 2012

        HONORABLE LUCY H. KOH
        United States District Court Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK-PSG
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ORDER PERMITTING CROSS-USE OF DISCOVERY MATERIAL FROM CASE NO. 12-630