02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Order Permitting Cross-Use of Discovery Material from Case No. 12-630 (the "Motion for Cross-Use of Discovery"). Samsung concurrently filed a Motion to Shorten Time For Briefing Regarding the Motion for Cross-Use of Discovery pursuant to Civil Local Rules 6-1(b) and 6-3 (the "Motion to Shorten Time").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time. Plaintiff Apple Inc. may file and serve its opposition papers to the Motion for Cross-Use of Discovery, if

1  any, by no later than October 23, 2012.    Samsung waives its right to file a reply brief, and the
2  Court will decide Samsung's Motion for Cross-Use of Discovery without oral argument.
3
4       **IT IS SO ORDERED.**
5
6  DATED:   _____, 2012
7
8
9                                              HONORABLE LUCY H. KOH
                                                United States District Court Judge
10