QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TIM ROWDEN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT, AND APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), NEW TRIAL, AND AMENDED JUDGMENT** |

# DECLARATION OF TIM ROWDEN

I, Tim Rowden, declare as follows:

1. I am currently employed by Samsung Telecommunications America, LLC ("STA") as the Vice President of Product Management. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As the Vice President of Product Management, I am familiar with and have knowledge of STA's sales of certain mobile devices.

3. I understand that Samsung Electronics Co., Ltd. ("SEC") has developed design arounds for the '381, '163 and '915 patents.

4. I understand that SEC began implementing the design around for the '381 patent in its products by late 2011. The technical description of this design around is contained in the Declaration of Hee-chan Choi. This design around has been implemented in the Galaxy S II (T-Mobile) (Model No. SGH-T989) product that is still being sold. STA received approval from T-Mobile to implement the design around for the '381 patent in the Galaxy S II (T-Mobile) (Model No. SGH-T989) on September 28, 2011.

5. I understand that SEC began implementing the design around for the '163 patent in its products by March 2012. The technical description of this design around is contained in the Declaration of Hee-chan Choi. This design around has been implemented in the Galaxy S II (T-Mobile) (Model No. SGH-T989) product that is still being sold. STA received approval from T-Mobile to implement the design around for the '163 patent in the Galaxy S II (T-Mobile) (Model No. SGH-T989) on May 30, 2012.

6. The design around for the '915 patent has been implemented in the Galaxy S II (T-Mobile) (Model No. SGH-T989) product that is still being sold. The technical description of this design around is contained in the Declaration of Hee-chan Choi. STA received approval from T-Mobile to implement the design around for the '915 patent in the Galaxy S II (T-Mobile) (Model No. SGH-T989) on September 28, 2012.

02198.51855/5016924.1

-1-   Case No. 11-cv-01846-LHK
ROWDEN DECLARATION ISO OPPOSITION TO APPLE'S PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT MOTION AND APPLE'S JMOL, NEW TRIAL, AND AMENDED JUDGMENT MOTION

1    7. As a consequence, the Galaxy S II (T-Mobile) (Model No. SGH-T989)
2 product being sold by the date of the December 6, 2012 hearing will contain the design arounds
3 described above.

4 I declare under penalty of perjury under the laws of the United States of America
5 that the foregoing is true and correct.

6 Executed October 19, 2012, at Richardson, Texas.