QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HANKIL KANG** |

I, Hankil Kang, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal, filed by SEC, Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancements, the Choi Declaration in Support of Samsung's Opposition and Exhibit 1 thereto, the Kerstetter Declaration in Support of Samsung's Opposition and Exhibit 1 thereto, and the Lucente and Exhibit 1 thereto contain information about Samsung's future business plans, including details about unreleased products. It is Samsung's policy to not disclose as competitors can use the information to Samsung's disadvantage. As the Court has recognized, compelling reasons exist to seal information about future business plans. Dkt. No. 1649 at 7-8.

3. Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, the Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, Exhibit B to the Wagner Declaration, and Exhibit 2 to the Kerstetter Declaration contain recent sales data for various Samsung products that are currently in the market. It is Samsung's policy to not disclose sales data as competitors can use the information to Samsung's disadvantage.

4. The Declaration of Michael Wagner in Support Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Exhibits 2, 37, 195, and 207 thereto contain highly sensitive strategy and future business planning information and confidential financial information. Public disclosure of this information risks considerable financial harm to Samsung. Dkt. No. 1649 at 7-8.

5. The Declaration of Stephen Gray in Support Samsung's Opposition to Apple's for a Permanent Injunction and Damages Enhancement and Exhibit 2 thereto contain Samsung source

1  code algorithms and descriptions of the operation of the confidential source code.  Disclosure of
2  this information poses competitive harm to Samsung as competitors can use the information to
3  copy the features found on Samsung's products.
4         6.     Samsung does not disclose the information of the type described above publicly
5  and considers the all of the information it moves to seal to be highly confidential.
6
7         I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed in Suwon, South Korea on October 22, 2012.

_____
Hankil Kang