NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

2012-1506

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

ON MOTION

## ORDER

Samsung Electronics Co., Ltd. et al. move without opposition to voluntarily dismiss its appeal with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

APPLE INC. V. SAMSUNG ELECTRONICS CO., LTD.                                2

    (2) Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly  
Jan Horbaly  
Clerk

ISSUED AS MANDATE: __OCT 1 5 2012__

s19

CERTIFIED COPY  
I HEREBY CERTIFY THIS DOCUMENT  
IS A TRUE AND CORRECT COPY  
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS  
FOR THE FEDERAL CIRCUIT

By: _L. Bogui_   Date: _10/15/12_