**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR CROSS-USE OF DISCOVERY MATERIALS |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung has filed a motion for an order permitting the cross-use of discovery materials from Case No. 12-CV-00630. ECF No. 2070. Samsung has also filed a motion to shorten time for briefing on the cross-use motion. ECF No. 2071. The Court hereby ORDERS Apple to file a response to the cross-use motion by October 25, 2012. As Samsung has agreed to waive its reply, ECF No. 2071 at 2, there will be no reply brief and no oral argument.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER SETTING BRIEFING SCHEDULE FOR CROSS-USE OF DISCOVERY MATERIALS