1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2       charlesverhoeven@quinnemanuel.com
     50 California Street, 22nd Floor
3    San Francisco, California 94111
     Telephone: (415) 875-6600
4    Facsimile: (415) 875-6700

5       Kevin P.B. Johnson (Bar No. 177129
         kevinjohnson@quinnemanuel.com
6       Victoria F. Maroulis (Bar No. 202603)
         victoriamaroulis@quinnemanuel.com
7    555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California  94065-2139
8    Telephone:     (650) 801-5000
     Facsimile:     (650) 801-5100

9

10      Michael T. Zeller (Bar No. 196417)
         michaelzeller@quinnemanuel.com
11   865 S. Figueroa St., 10th Floor
     Los Angeles, California 90017
12   Telephone: (213) 443-3000
     Facsimile: (213) 443-3100

13

14   Attorneys for SAMSUNG ELECTRONICS
     CO., LTD., SAMSUNG ELECTRONICS
15   AMERICA, INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT

17
             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 20                   Plaintiff, | **STATEMENT OF RECENT DECISION (L.R. 7-3(d))** |
| 21            vs. | Date:   December 6, 2012 |
| 22 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Time:   1:30 p.m. |
| 23 ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| 24 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability | |
| 25 company, | |
| 26                   Defendant. | |

27

28

1      Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

3  "Samsung") bring to the Court's attention an Office Action by the United States Patent and

4  Trademark Office ("USPTO") in the *ex parte* reexamination of U.S. Patent Number 7,469,381 dated

5  October 15, 2012.  This Office Action is relevant to Samsung's Opposition to Apple's Motion for a

6  Permanent Injunction and Damages Enhancement (Dkt No. 2054) because it rejects multiple claims,

7  among which is Claim 19, the only claim at issue at trial in this action, as being anticipated under 35

8  U.S.C. §102  by two separate references: PCT Publication No. WO 03/081458 to Lira and U.S.

9  Patent No. 7,768,975 to Ording et al.  To the best of Samsung's knowledge, this Office Action was

10  published on the USPTO's Patent Application Information Retrieval (PAIR) website on October 22,

11  2012.  A copy of the Office Action is attached hereto as Exhibit A.

12

13  DATED:  October 22, 2012              QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
14

15

16                                        By */s/ Victoria F. Maroulis*
                                             Charles K. Verhoeven
17                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
18                                           Michael T. Zeller

19                                           Attorneys for SAMSUNG ELECTRONICS CO.,
20                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
21                                           TELECOMMUNICATIONS AMERICA, LLC

22

23

24

25

26

27

28

02198.51855/5021048.2

-1-                                    Case No. 11-cv-01846-LHK (PSG)
**STATEMENT OF RECENT DECISION (L.R. 7-3(d))**