UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C 11-1846 LHK (PSG) <br><br> **ORDER SETTING DEADLINE** <br><br> **(Re: Docket No. 2028, 2040)** |

On September 18, 2012, the court ordered Apple, Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively "Samsung") to unseal numerous documents filed either under seal or with redactions by October 2, 2012.[1]

On October 5, 2012, third-party Motorola Mobility LLC ("Motorola") filed an "Emergency Administrative Motion" to keep under seal one of the documents the court previously ordered

---

[1] *See* Docket No. 1978.

1

Case No.: C 11-1846 LHK (PSG)
ORDER SETTING DEADLINE.

**United States District Court**
For the Northern District of California

unsealed.[2] After a hearing, the court denied Motorola's motion and ordered the document to be unsealed.[3]

Despite this court's two orders requiring the parties to file the document unsealed and unredacted, the court has observed that the parties have not filed yet a proper version in the Electronic Case Filing ("ECF") system.[4] The parties have until Friday, October 26, 2012, to comply with the court's order.

**IT IS SO ORDERED.**

Dated:  October 23, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* Docket No. 2028.

[3] *See* Docket No. 2040.

[4] *See* Docket No.1978, 2040.

Case No.: C 11-1846 LHK (PSG)
ORDER SETTING DEADLINE.