DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
MARCUS T. HALL (SBN: 206495)
mthall@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

PETER J. CHASSMAN (*pro hac vice*)
pchassman@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242
Telephone:    (713) 651-2623
Facsimile:    (713) 651-2700

Attorneys for Non-Party,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO.:  11-CV-01846-LHK<br><br>**DECLARATION OF PETER J. CHASSMAN IN SUPPORT OF MOTOROLA MOBILITY LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>[Civ. L.R. 79-5]<br><br>Date: Expedited Request<br>Courtroom: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

# DECLARATION OF PETER J. CHASSMAN

I, Peter J. Chassman, declare and state:

1. I am an attorney at law and a partner at Winston & Strawn LLP, counsel for nonparty Motorola Mobility LLC ("Motorola"). I submit this declaration in support of Motorola Mobility LLC's Motion For Relief From Nondispositive Order of Magistrate Judge. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. On September 18, 2012, Magistrate Judge Grewal issued his Order addressing a number of Apple's and Samsung's outstanding sealing motions, and in that order denied Apple's request to seal Exhibit 23, which is the subject of Motorola's Motion For Relief From Nondispositive Order of Magistrate Judge, on the grounds that Samsung, as the designating party, had "failed to provide a particularized showing that specific harm will result if the information is made publicly available," under the lower "good cause" standard. (Dkt. 1978 at 3, 16.) Motorola, as a nonparty to this case, only learned of the order and the issue concerning Exhibit 23 on October 2, 2012, when counsel for Samsung sent me an e-mail notifying me of the issue. A true and correct copy of the October 2, 2012 e-mail I received from Samsung's counsel is attached as Exhibit A.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit 23, highlighting the redactions requested by Motorola in the event that the Court denies Motorola's request that the entire document be filed under seal.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of October, 2012, in Houston, Texas.

/s/ Peter J. Chassman_____
Peter J. Chassman

//
//

-2-

**Pursuant to Civil L.R. 5-1(i)(3), the below filer attests that concurrence in the filing of this document has been obtained from the above Signatory.**

Dated: October 23, 2012                                /s/ Jennifer A. Golinveaux
                                                                    Jennifer A. Golinveaux

# EXHIBIT A

**From**: Melissa Dalziel [mailto:melissadalziel@quinnemanuel.com]
**Sent**: Tuesday, October 02, 2012 01:55 PM
**To**: Chassman, Pete
**Cc**: Jon Steiger <jonsteiger@quinnemanuel.com>; Prashanth Chennakesavan <prashanthchennakesavan@quinnemanuel.com>
**Subject**: Apple v. Samsung - Motorola CBI

Dear Pete:

Pursuant to the attached order, Apple and Samsung are required to file publicly numerous documents to which the court denied sealing today. As we reviewed that documents that Apple will be filing publicly, we noticed a document that refers to Motorola, which Motorola may wish to seal. If Motorola would like the opportunity to move to seal ECF 0737-13c, please let me know and I will ask Apple not to file the document today, so that Motorola will have an opportunity to file its sealing motion. Alternatively, if you would prefer to contact Apple directly, my understanding is that Nathan Sabri at MoFo will be handling Apple's filing. His email address is NSabri@mofo.com.

Best regards, Melissa


**Melissa Dalziel**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3110 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
melissadalziel@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT B – REDACTED

# LODGED WITH THE CLERK

PROPOSED REDACTED VERSION OF
DOCUMENT IDENTIFIED AS
EXHIBIT 23 TO THE DECLARATION OF
CALVIN WALDEN ISO APPLE'S MOTION TO
COMPEL DEPOSITIONS OF SAMSUNG'S
PURPORTED "APEX" WITNESSES