1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,                   )<br>                                                                          )<br>               Plaintiff,                                         )<br>                                                                          )<br>         v.                                                           )<br>                                                                          )<br>SAMSUNG ELECTRONICS CO., LTD., a       )<br>Korean corporation; SAMSUNG                      )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; SAMSUNG                                     )<br>TELECOMMUNICATIONS AMERICA, LLC, a  )<br>Delaware limited liability company,                    )<br>                                                                          )<br>               Defendants.                                     )<br>                                                                          )<br>                                                                          )<br>                                                                          )<br>                                                                          )<br>_____) | CASE NO.:  11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTOROLA MOBILITY LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** |

Non-Party Motorola Mobility LLC filed a Motion For Relief From the Nondispositive Order of Magistrate Judge Grewal ("Motorola's Motion For Relief"). The Court has considered the papers and evidence presented in connection with Motorola's Motion For Relief and Motorola's Motion For Relief is GRANTED.

Exhibit 23 to the Walden Declaration shall be filed under seal.

[OR IN THE ALTERNATIVE: Exhibit 23 to the Walden Declaration shall be filed under seal. The proposed redacted version of Exhibit 23 included as Exhibit B to the Declaration of Peter J. Chassman in Support of Motorola Mobility LLC's Motion for Relief From Nondispositive Order of Magistrate Judge shall be filed in the public record.]

**IT IS SO ORDERED.**

Dated: _____

LUCY H. KOH
United States District Judge