1  DAVID S. BLOCH (SBN: 184530)
   dbloch@winston.com
2  JENNIFER A. GOLINVEAUX (SBN: 203056)
   jgolinveaux@winston.com
3  MARCUS T. HALL (SBN: 206495)
   mthall@winston.com
4  WINSTON & STRAWN LLP
   101 California Street
5  San Francisco, CA 94111-5894
   Telephone:    (415) 591-1000
6  Facsimile:    (415) 591-1400

7  PETER J. CHASSMAN (*pro hac vice*)
   pchassman@winston.com
8  WINSTON & STRAWN LLP
   1111 Louisiana St., 25th Floor
9  Houston, TX 77002-5242
   Telephone:    (713) 651-2623
10 Facsimile:    (713) 651-2700

11 Attorneys for Non-Party,
   MOTOROLA MOBILITY LLC
12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17 APPLE, INC., a California Corporation,     )  CASE NO.: 11-CV-01846-LHK
                                              )
18              Plaintiff,                    )
                                              )
19       v.                                   )  **CERTIFICATE OF SERVICE**
                                              )
20 SAMSUNG ELECTRONICS CO., LTD., a           )
   Korean corporation; SAMSUNG               )
21 ELECTRONICS AMERICA, INC., a New York     )
   corporation; SAMSUNG                      )
22 TELECOMMUNICATIONS AMERICA, LLC, a        )
   Delaware limited liability company,       )
                                              )
23              Defendants.                   )
                                              )
24

25

26

27

28

# CERTIFICATE OF SERVICE

**United States District Court for the Northern District of California**

Case No. 11-cv-01846-LHK

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5802. On October 23, 2012, I served the following documents:

- **MOTOROLA MOBILITY LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**
- **DECLARATION OF PETER J. CHASSMAN IN SUPPORT OF MOTOROLA MOBILITY LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**
- **[PROPOSED] ORDER GRANTING MOTOROLA MOBILITY LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**
- **[UNREDACTED] EXHIBIT B TO DECLARATION OF PETER J. CHASSMAN IN SUPPORT OF MOTOROLA MOBILITY LLC'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**

☒ by placing a copy of the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, CA addressed as set forth below.

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed: _____
Carleen Chea

Dated:   October 23, 2012

-2-
CERTIFICATE OF SERVICE
Case No. 11-CV-01846-LHK

## SERVICE LIST

Brian Larivee
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109

Derek Lam
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Michael A. Diener
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Brian Seeve
60 State Street
Boston, MA 02109

James C. Burling
60 State Street
Boston, MA 02109

Michael Saji
60 State Street
Boston, MA 02109

Richard Goldenberg
Hale & Dorr, LLP
60 State Street
Boston, MA 02109-1803

Timothy D. Syrett
60 State Street
Boston, MA 02109

Michael Thomas Zeller
Jon C. Cederberg
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Edward H. Rice
Marina N. Saito
Hopenfeld Singer Rice & Saito
445 W. Erie Street
Suite 108
Chicago, Il 60654

Thomas G. Pasternak
DLA Piper US LLP
115 South La Salle Street
Suite 3100
Chicago, IL 60603

Robert J. Gunther, Jr
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007