1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522

8

9  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.    11-cv-01846-LHK<br><br>**DECLARATION OF RICHARD HUNG IN SUPPORT OF APPLE'S MOTION TO COMPEL DEPOSITIONS OF SAMSUNG DECLARANTS** |

HUNG DECL. ISO APPLE'S MOTION TO COMPEL DEPOSITIONS OF SAMSUNG DECLARANTS
CASE NO. 11-CV-01846 LHK
sf-3209662

I, RICHARD HUNG, declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I make this declaration in support of Apple's Motion to Compel Depositions of Samsung Declarants.

2. Dr. Sukumar previously submitted an expert report to rebut the opinions of Dr. John Hauser on April 16, 2012. Dr. Sukumar was also deposed regarding the contents of his rebuttal report on April 25, 2012.

3. Samsung previously disclosed separate experts, Dr. Sukumar and Mr. Wagner, to address the same issue addressed in Dr. Erdem's declaration—namely, the scope and strength of the evidence that Apple's utility patents affect consumer demand for smartphones. Both Dr. Sukumar and Mr. Wagner previously submitted expert reports addressing this issue on April 16, 2012.

4. Mr. Lucente previously served an opening expert report on March 22, 2012 and a rebuttal expert report on April 16, 2012. Both were limited to the D'790, D'305, and D'334 patents. None included the D'677 patent. He was deposed on those opinions on May 9, 2012. He was included on various witness lists submitted by Samsung, but he was not called at trial.

5. Mr. Gray opines in his declaration that an allegedly new version of a Galaxy S II (T-Mobile) product does not infringe the '915 or '163 utility patents. (Dkt. No. 2054-2 ¶¶ 31-45, 50-55.) Apple has not been given the new source code or the new version of the phone. It had no opportunity to test the positions stated by Mr. Gray during expert discovery in April or May 2012. The information was also not disclosed prior to Mr. Gray's July 17, 2012 deposition or in connection with Mr. Gray's testimony at trial.

6. Attached hereto as **Exhibit 1** is a true and correct copy of an email I sent to Vicki Maroulis and Rob Becher dated October 22, 2012.

7. Attached hereto as **Exhibit 2** is a true and correct copy of an email I received from Vicki Maroulis on October 23, 2012 in response to my October 22nd email.

8. Attached hereto as **Exhibit 3** is a true and correct copy of an email I sent to Vicki Maroulis dated October 23, 2012 in response to her email from the same day.

9. Attached hereto as **Exhibit 4** is a true and correct copy of an email I received from Vicki Maroulis dated October 23, 2012 in response to my email from the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October, 2012 at San Francisco, California.

                                          */s/ Richard Hung*
                                          Richard Hung

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard Hung has concurred in this filing.

Dated: October 23, 2012                               */s/ Michael A. Jacobs*

HUNG DECL. ISO APPLE'S MOTION TO COMPEL DEPOSITIONS OF SAMSUNG DECLARANTS
CASE NO. 11-CV-01846 LHK
sf-3209662

3