Exhibit 1

| | |
|---|---|
| **From:** | Hung, Richard S. J. |
| **Sent:** | Monday, October 22, 2012 10:38 AM |
| **To:** | victoriamaroulis@quinnemanuel.com; 'robertbecher@quinnemanuel.com' |
| **Cc:** | AppleMoFo; ''Samsung v. Apple' (Samsungv.Apple@quinnemanuel.com)'; 'WH Apple Samsung NDCal Service' |
| **Subject:** | Apple v. Samsung (11-cv-1846) -- Depositions of Samsung's experts |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Vicki & Rob:

Samsung's oppositions filed Friday include declarations from newly disclosed experts, new and previously undisclosed subjects for prior experts, and new factual claims by experts. As a result, Apple intends to take the depositions of Jerry Wind, Tulin Erdeem, Sam Lucente, Stephen Gray, and Michael Wagner.

Please respond by noon tomorrow with Samsung's unconditional commitment to provide depositions of these individuals by November 1. If we do not receive this commitment by this time, we will seek expedited relief from the Court to take these depositions. In light of the current November 9 deadline for replies, delay is not an option.

The following is a proposed schedule for the depositions:

- Jerry Wind, October 29, 2012, Philadelphia
- Tulin Erdeem, October 30, New York
- Michael Wagner, November 1, San Francisco
- Stephen Gray, October 29, San Francisco
- Sam Lucente, October 30, San Francisco

Rich