Exhibit 2

| | |
|---|---|
| **From:** | Victoria Maroulis <victoriamaroulis@quinnemanuel.com> |
| **Sent:** | Tuesday, October 23, 2012 12:21 PM |
| **To:** | Hung, Richard S. J.; Robert Becher |
| **Cc:** | AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service' |
| **Subject:** | RE: Apple v. Samsung (11-cv-1846) -- Depositions of Samsung's experts |

Rich,

Samsung opposes Apple's request for depositions of its experts. The Court's post-trial schedule does not contemplate depositions. If Apple insists on burdening the Court with motion practice, Samsung agrees to brief this matter on shortened schedule and proposes that Apple file its motion today and that Samsung's response be due on Monday, October 29.

Vicki

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, October 22, 2012 10:38 AM
**To:** Victoria Maroulis; Robert Becher
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** Apple v. Samsung (11-cv-1846) -- Depositions of Samsung's experts

Vicki & Rob:

Samsung's oppositions filed Friday include declarations from newly disclosed experts, new and previously undisclosed subjects for prior experts, and new factual claims by experts. As a result, Apple intends to take the depositions of Jerry Wind, Tulin Erdeem, Sam Lucente, Stephen Gray, and Michael Wagner.

Please respond by noon tomorrow with Samsung's unconditional commitment to provide depositions of these individuals by November 1. If we do not receive this commitment by this time, we will seek expedited relief from the Court to take these depositions. In light of the current November 9 deadline for replies, delay is not an option.

The following is a proposed schedule for the depositions:

- Jerry Wind, October 29, 2012, Philadelphia
- Tulin Erdeem, October 30, New York
- Michael Wagner, November 1, San Francisco
- Stephen Gray, October 29, San Francisco
- Sam Lucente, October 30, San Francisco

Rich

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------