HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL DEPOSITIONS OF SAMSUNG DECLARANTS** |

Apple Inc. ("Apple") filed a Motion to Compel Depositions of Samsung Declarants on October 23, 2012.  Samsung filed an opposition to the motion on October 26, 2012.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court GRANTS Apple's Motion to Compel Depositions of Samsung Declarants as follows:

1. Samsung shall produce each of the following persons for a deposition of not more than four hours no later than November 2, 2012:

- Dr. Yoram (Jerry) Wind
- Dr. Tülin Erdem
- Mr. Samuel Lucente
- Mr. Stephen Gray

2. At least 36 hours prior to the deposition, Samsung shall produce any materials reviewed or used by each of the foregoing persons in preparation of the declarations that has not already been produced by a party.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS OF SAMSUNG DECLARANTS
CASE NO. 11-CV-01846-LHK
sf-3209777

1