[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING APPLE'S MOTION TO COMPEL DEPOSITIONS OF SAMSUNG DECLARANTS** |


Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for briefing Apple's Motion to Compel Depositions of Samsung Declarants.

WHEREAS, the Court entered an Order re: Post-Trial Proceedings (Dkt. No. 1945);

WHEREAS, Samsung filed certain expert declarations in connection with its opposition to Apple's motion for a permanent injunction and/or Apple's motion for judgment as a matter of law on October 19, 2012 (Dkt. Nos. 2054-1, 2054-2, 2054-3, 2054-4, 2054-5, 2057, 2059);

WHEREAS, Apple is filing a motion on October 23, 2012 contemporaneous with this stipulation, seeking an order compelling the deposition of four of these experts by November 2, 2012;

WHEREAS, the parties have agreed to a shortened schedule to brief Apple's motion;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. Samsung shall file an opposition to Apple's motion to compel by 6:00 p.m. on October 26, 2012;

2. Apple shall not file a reply brief; and

3. The parties waive oral argument.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO COMPEL DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3210123

# **ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Lucy H. Koh
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: October 23, 2012 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | | hmcelhinny@mofo.com |
| 2 | | MICHAEL A. JACOBS (CA SBN 111664) |
| | | mjacobs@mofo.com |
| 3 | | RACHEL KREVANS (CA SBN 116421) |
| | | rkrevans@mofo.com |
| 4 | | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | | jtaylor@mofo.com |
| 5 | | ALISON M. TUCHER (CA SBN 171363) |
| | | atucher@mofo.com |
| 6 | | RICHARD S.J. HUNG (CA SBN 197425) |
| | | rhung@mofo.com |
| 7 | | JASON R. BARTLETT (CA SBN 214530) |
| | | jasonbartlett@mofo.com |
| 8 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 9 | | San Francisco, California 94105-2482 |
| | | Telephone: (415) 268-7000 |
| 10 | | Facsimile: (415) 268-7522 |

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


By:   */s/ Michael A. Jacobs*
        Michael A. Jacobs

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO COMPEL DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3210123

| | | |
|---|---|---|
| 1 | Dated: October 23, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | Charles K. Verhoeven (Cal. Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 3 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 4 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By:  */s/ Victoria Maroulis*
      Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO COMPEL DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3210123

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: October 23, 2012

*/s/ Michael A. Jacobs*
Michael A. Jacobs

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO COMPEL DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3210123