1   HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
    hmcelhinny@mofo.com                         william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
    mjacobs@mofo.com                            HALE AND DORR LLP
3   JENNIFER LEE TAYLOR (CA SBN 161368)         60 State Street
    jtaylor@mofo.com                            Boston, MA 02109
4   ALISON M. TUCHER (CA SBN 171363)            Telephone: (617) 526-6000
    atucher@mofo.com                            Facsimile: (617) 526-5000
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)           MARK D. SELWYN (SBN 244180)
    jasonbartlett@mofo.com                      mark.selwyn@wilmerhale.com
7   MORRISON & FOERSTER LLP                     WILMER CUTLER PICKERING
    425 Market Street                           HALE AND DORR LLP
8   San Francisco, California  94105-2482       950 Page Mill Road
    Telephone:  (415) 268-7000                  Palo Alto, California 94304
9   Facsimile:  (415) 268-7522                  Telephone: (650) 858-6000
                                                Facsimile: (650) 858-6100
10

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
12

13

14                     UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17  APPLE INC.,                                 Case No.    11-cv-01846-LHK (PSG)

18                   Plaintiff,                  **DECLARATION OF ERIK J.
                                                 OLSON IN SUPPORT OF
19           v.                                  STIPULATION REGARDING
                                                 SCHEDULE FOR BRIEFING
20  SAMSUNG ELECTRONICS CO., LTD., A             APPLE'S MOTION TO COMPEL
    Korean business entity; SAMSUNG             DEPOSITIONS OF SAMSUNG
21  ELECTRONICS AMERICA, INC., a New York        DECLARANTS**
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
23
                     Defendants.
24

25

26

27

28

I, Erik J. Olson, declare as follows:

1.     I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.  I make this declaration in support of the parties' Stipulation Regarding Schedule for Briefing Apple's Motion to Compel Depositions of Samsung Declarants.

2.     On October 23, 2012, Apple filed and served a Motion to Compel Depositions of Samsung Declarants (the "Motion").

3.     After meeting and conferring, the parties agreed to a shortened briefing schedule on the Motion.  Apple requested the shortened schedule so that, if the Court were to grant the Motion, Apple would have sufficient time to complete depositions by November 2, 2012, and incorporate the testimony into its reply briefs in support of Apple's motion for a permanent injunction and motion for judgment as a matter of law, which are due November 9, 2012.

4.     The Court has granted several motions filed by both parties to change time on motions.  As a recent example, Samsung filed a motion to shorten time for briefing on its Motion for Order Permitting Cross-Use of Discovery Material from Case No. 12-630.  (Dkt. No. 2071.) The Court ordered Apple to file a response to Samsung's motion on a shortened schedule.  (Dkt. No. 2078.)

///
///
///
///
///
///

OLSON DECLARATION ISO STIPULATION RE SCHEDULE FOR BRIEFING MOTION TO COMPEL DEPOSITIONS
11-cv-01846-LHK (PSG)
sf-3210128

1

5.      The requested time modification will not affect the Court's overall schedule for post-trial briefing (Dkt. No. 1945).  The purpose of shortening time is to resolve the dispute in time to permit Apple to take the requested depositions and include any relevant testimony with its reply within the existing schedule.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 23, 2012 at Menlo Park, California.

/s/ Erik J. Olson
Erik J. Olson

OLSON DECLARATION ISO STIPULATION RE SCHEDULE FOR BRIEFING MOTION TO COMPEL DEPOSITIONS
11-cv-01846-LHK (PSG)
sf-3210128

2

1

**ATTESTATION OF E-FILED SIGNATURE**

2          I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3    Declaration.  In compliance with General Order 45, X.B., I hereby attest that Richard Hung has

4    concurred in this filing.

5    Dated:  October 23, 2012                    */s/ Michael A. Jacobs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hung Decl. ISO Apple's Motion to Compel Depositions of Samsung Declarants
Case No. 11-cv-01846 LHK
sf-3209662

3