| | |
|---|---|
| 1 | [COUNSEL LISTED ON SIGNATURE PAGES] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 11-cv-01846-LHK (PSG) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING APPLE'S MOTION TO COMPEL DEPOSITIONS OF SAMSUNG DECLARANTS** <br><br> AS MODIFIED BY THE COURT |

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO COMPEL DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3210123

1       Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for briefing Apple's Motion to Compel Depositions of Samsung Declarants.

      WHEREAS, the Court entered an Order re: Post-Trial Proceedings (Dkt. No. 1945);

      WHEREAS, Samsung filed certain expert declarations in connection with its opposition to Apple's motion for a permanent injunction and/or Apple's motion for judgment as a matter of law on October 19, 2012 (Dkt. Nos. 2054-1, 2054-2, 2054-3, 2054-4, 2054-5, 2057, 2059);

      WHEREAS, Apple is filing a motion on October 23, 2012 contemporaneous with this stipulation, seeking an order compelling the deposition of four of these experts by November 2, 2012;

      WHEREAS, the parties have agreed to a shortened schedule to brief Apple's motion;

      NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1.    Samsung shall file an opposition to Apple's motion to compel by ~~6:00~~ 12:00 p.m. on October 26, 2012;

2.    Apple shall not file a reply brief; and

3.    The parties waive oral argument.

4.    Samsung's reply brief shall be no longer than five pages.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO COMPEL DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3210123

**IT IS SO STIPULATED.**

STIPULATION AND [P<span>ROPOSED</span>] O<span>RDER</span> R<span>E</span> B<span>RIEFING</span> S<span>CHEDULE ON</span> A<span>PPLE'S</span> M<span>OT.</span> <span>TO</span> C<span>OMPEL</span> D<span>EPOSITIONS</span>
11-cv-01846-LKH (PSG)
sf-3210123

# ORDER

Based on the foregoing stipulation as modified by the court,

**IT IS SO ORDERED.**

Dated: October 24, 2012

_Paul S. Grewal_
The Honorable ~~Lucy H. Koh~~ Paul S. Grewal
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO COMPEL DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3210123