DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
MARCUS T. HALL (SBN: 206495)
mthall@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

PETER J. CHASSMAN (*pro hac vice*)
pchassman@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242
Telephone:     (713) 651-2623
Facsimile:      (713) 651-2700

Attorneys for Non-Party,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO.:  11-CV-01846-LHK<br><br>**EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO STAY ENFORCEMENT OF MAGISTRATE'S OCTOBER 23, 2012 ORDER SETTING DEADLINE**<br><br>[Civ. L.R. 7-11]<br><br>Date: Expedited Request<br>Courtroom: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Pursuant to Local Rule 7-11, nonparty Motorola Mobility LLC ("Motorola") brings this emergency motion to request that this Court stay the enforcement of Magistrate Grewal's October 23, 2012 Order Setting Deadline (Dkt. No. 2080) in light of Motorola's pending Motion For Relief From Nondispositive Order of Magistrate Judge (Dkt. No. 2081)("Motion For Relief").

On October 23, 2012, Motorola filed its Motion For Relief From Nondispositive Order of Magistrate Judge. That motion seeks relief from Magistrate Judge Grewal's October 10, 2012 Order (Dkt. No. 2040)("October 10, 2012 Order") denying Motorola's motion to seal a three-page document that was submitted under seal by Apple in support of a discovery motion in February of this year. The document at issue, Exhibit 23 to the Declaration of Calvin Walden ISO Apple's Motion to Compel Depositions of Samsung's Purported "Apex" Witnesses" ("Exhibit 23"), is a detailed summary prepared by Samsung of a licensing negotiation meeting between Motorola and Samsung, which took place only several weeks before the September 30, 2000 effective date of a Cellular Cross-License Agreement between the companies (the "2000 Agreement"). Exhibit 23 describes extensively, and throughout the document, the negotiations between Motorola and Samsung, including the pattern of financial demands and offers made by each of Motorola and Samsung, as well as Motorola's final monetary demand—all information that is highly sensitive and confidential to non-party Motorola as set forth in declarations accompanying the Emergency Motion by Nonparty Motorola Mobility LLC to Seal Exhibit 23 (Dkt. No. 2028) and Motorola's earlier briefing on the confidentiality of the 2000 Agreement. (Dkt. Nos. 1400, 1491).

This Court has already held that the financial terms of the 2000 Agreement should be sealed even under the higher "compelling reasons" standard appropriate to documents submitted in connection with dispositive motions and trial. (Dkt. No. 1649 at 21-22 and 26-27.) This Court has also held that a document that contained proposed terms and conditions of another expired Samsung-Motorola license, including proposed royalty rates, should be sealed. (*Id.* at 26-27.) Magistrate Judge Grewal's October 10, 2012 Order denying Motorola's motion to seal Exhibit 23—and under the lower "good cause" standard appropriate to documents submitted in

-1-

connection with discovery motions, like Exhibit 23—is contrary to this Court's earlier orders, and would severely undermine the very protections already provided by this Court.

On October 23, 2012, shortly before Motorola filed its Motion For Relief, Magistrate Judge Grewal issued an Order Setting Deadline (Dkt. No. 2080) giving the parties to this litigation until this Friday, October 26, 2012, to file an unredacted version of Exhibit 23 in the public record. Today Motorola's counsel received an e-mail from Apple's counsel indicating that unless Motorola obtains a stay of Magistrate Judge Grewal's Order Setting Deadline, Apple intends to publicly file an unredacted version of Exhibit 23 by this Friday.[1]

In light of Motorola's pending Motion For Relief, Motorola respectfully requests that the Court stay enforcement of Magistrate Judge Grewal's Order Setting Deadline pending resolution of Motorola's Motion For Relief. *See Morales v. Tilton*, 2006 WL 2724152, *3 (N.D. Cal. Sept. 22, 2006) (staying magistrate judge's order regarding nonparty "pending further order of the Court"). Counsel for Apple and Samsung have confirmed that they do not oppose this Motion For Stay.[2]

For these reasons, Motorola respectfully requests that the Court grant this motion and stay the enforcement of Magistrate Judge Grewal's October 23, 2012 Order Setting Deadline pending resolution of Motorola's October 23, 2012 Motion For Relief.

Dated: October 24, 2012        WINSTON & STRAWN LLP

By:   */s/* Jennifer A. Golinveaux _____
      David S. Bloch
      Jennifer A. Golinveaux
      Marcus T. Hall
      Peter J. Chassman (*pro hac vice*)
      Attorneys for Non-Party,
      MOTOROLA MOBILITY LLC

---

[1] Declaration of Jennifer A. Golinveaux ISO Emergency Motion by Nonparty Motorola Mobility LLC For Stay of Enforcement of Magistrate's October 23, 2012 Order ("Golinveaux Decl."), ¶ 2 and Exhibit 1.

[2] Golinveaux Decl., ¶ 1.