1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, ) | CASE NO.:  11-CV-01846-LHK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **[PROPOSED] ORDER GRANTING** |
| ) | **EMERGENCY MOTION BY** |
| SAMSUNG ELECTRONICS CO., LTD., a ) | **NONPARTY MOTOROLA** |
| Korean corporation; SAMSUNG ) | **MOBILITY LLC TO STAY** |
| ELECTRONICS AMERICA, INC., a New York ) | **ENFORCEMENT OF** |
| corporation; SAMSUNG ) | **MAGISTRATE'S OCTOBER 23,** |
| TELECOMMUNICATIONS AMERICA, LLC, a ) | **2012 ORDER SETTING DEADLINE** |
| Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

Non-Party Motorola Mobility LLC filed an Emergency Motion By Nonparty Motorola Mobility To Stay Enforcement Of Magistrate's October 23, 2012 Order Setting Deadline ("Motorola's Motion to Stay").  The Court has considered the papers and evidence presented in connection with Motorola's Motion to Stay and it is GRANTED.

Magistrate Judge Grewal's October 23, 2012 Order Setting Deadline (Dkt. No. 2080) is stayed.  Until and unless this Court orders otherwise, no party is permitted to file an unredacted copy of the document identified as Exhibit 23 to the Walden Declaration in Motorola's pending Motion For Relief From Nondispositive Order of Magistrate Judge (Dkt. No. 2081).

**IT IS SO ORDERED.**

Dated:  _____

_____
LUCY H. KOH
United States District Judge