# Exhibit 1

# Karen Bobrow

| | |
|---|---|
| **From:** | Hung, Richard S. J. [RHung@mofo.com] |
| **Sent:** | Monday, October 22, 2012 10:38 AM |
| **To:** | Victoria Maroulis; Robert Becher |
| **Cc:** | AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service' |
| **Subject:** | Apple v. Samsung (11-cv-1846) -- Depositions of Samsung's experts |

Vicki & Rob:

Samsung's oppositions filed Friday include declarations from newly disclosed experts, new and previously undisclosed subjects for prior experts, and new factual claims by experts. As a result, Apple intends to take the depositions of Jerry Wind, Tulin Erdeem, Sam Lucente, Stephen Gray, and Michael Wagner.

Please respond by noon tomorrow with Samsung's unconditional commitment to provide depositions of these individuals by November 1. If we do not receive this commitment by this time, we will seek expedited relief from the Court to take these depositions. In light of the current November 9 deadline for replies, delay is not an option.

The following is a proposed schedule for the depositions:

- Jerry Wind, October 29, 2012, Philadelphia
- Tulin Erdeem, October 30, New York
- Michael Wagner, November 1, San Francisco
- Stephen Gray, October 29, San Francisco
- Sam Lucente, October 30, San Francisco

Rich

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------