Excerpted Replacement Exhibit 9 to the October 19, 2012 Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 10 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 11 to the October 19, 2012 Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 12 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 28 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 29 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 30 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 31 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 32 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 34 to the October 19, 2012 Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 38 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 47 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 71 to the October 19, 2012 Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 72 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 83 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 85 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 189 to the October 19, 2012 Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 191 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 195 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 206 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 207 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL

Excerpted Replacement Exhibit 208 to the
October 19, 2012 Declaration of Michael J.
Wagner in Support of Samsung's Opposition to
Apple's Motion for a Permanent Injunction

FILED UNDER SEAL