HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION AND FOR ENHANCED DAMAGES** |

1    I, Richard S.J. Hung, do hereby declare as follows:

2    1.    I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Administrative Motion to Enlarge Page Limit For Reply In Support of Apple's Motion for Permanent Injunction and for Damages Enhancement. I have personal knowledge of the matters stated herein. If called as a witness, I would testify to the facts set forth below.

3.    2.    On the afternoon of October 25, 2012, I sent an email to Samsung's counsel stating that Apple intended to move to enlarge the page limit for Apple's Reply In Support of Apple's Motion for Permanent Injunction and for Damages Enhancement from 15 to 25 pages. I requested Samsung's counsel to let us know if Samsung would stipulate to this motion.

4.    3.    On October 26, 2012, Samsung's counsel replied by declining to stipulate to any enlargement of the page limit. Accordingly, it is not possible to resolve this matter by stipulation.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 26th day of October 2012 in San Diego, California.

*/s/ Richard S.J. Hung*
RICHARD S.J. HUNG

HUNG DECL. ISO APPLE'S ADMINISTRATIVE MOTION TO ENLARGE REPLY PAGE LIMIT
CASE NO. 11-CV-01846-LHK
sf-3211243

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: October 26, 2012                             */s/ Michael A. Jacobs*
                                                    Michael A. Jacobs