1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK

**[PROPOSED] ORDER GRANTING
APPLE'S ADMINISTRATIVE
MOTION TO ENLARGE PAGE
LIMIT FOR REPLY IN SUPPORT OF
MOTION FOR PERMANENT
INJUNCTION AND FOR ENHANCED
DAMAGES**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Apple Inc. ("Apple") has filed an administrative motion pursuant to Civil Local Rule 7-11 for an enlargement of the page limit for Apple's Reply In Support of Motion for Permanent Injunction and for Enhanced Damages, which is due on November 9, 2012.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefor, the Court hereby GRANTS Apple's Motion to Enlarge Page Limit.  Apple may file a Reply of not more than 25 pages on or before November 9, 2012.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Lucy H. Koh
United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3211303

1