1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.  11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed an Administrative Motion to File Under Seal on October 20, 2012.  (Dkt. No. 2064.)   Apple Inc. ("Apple") filed a supplemental Memorandum in Support of the motion and a supporting declaration of Cyndi Wheeler on October 26, 2012.

Having considered Apple's arguments and supporting declarations, including previously filed declarations in support of sealing similar material, the Court GRANTS Samsung's Administrative Motion to File Under Seal with respect to the following documents, as and to the extent described in the Declaration of Cyndi Wheeler:

- Exhibit 13 to the Declaration of John Pierce in Support of Samsung's JMOL Opposition
- Exhibit C to the Declaration of Michael J. Wagner in Support of Samsung's JMOL Opposition
- Exhibit 212 to the Declaration of Michael J. Wagner in Support of Samsung's PI Opposition
- Exhibits 2, 10-12, 31-32, 38, 47, 72, 83, 84, 85, 86, 87, 189, 199, 201, 202, 203, 204, and 212 to the Wagner Decl. ISO PI Opposition
- Schedules 2.1, 2.2, 3.1, and 3.2 in Exhibit 2 to the Wagner Decl. ISO PI Opposition
- Pages '627, '628, '629, '634, '643, '644, '655, '656, '667, '668, '679, '680, '691, and '692 of Exhibit 29 to the Wagner Decl. ISO PI Opposition
- Exhibits 6, 12-1, and 12-2 to the Pierce Decl. ISO PI Opposition

**IT IS SO ORDERED.**

Dated: _____

Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3211071

1