# Exhibit A

# EXHIBIT 47
# FILED UNDER SEAL

☐ Apple Inc
**iPhone Units / Revenue Report**
FY12 - Units in K, $ in M

| DOMESTIC SUMMARY | Q1'12 | Q2'12 | Q3'12 | Q4'12 | FY'12 TTL |
|---|---|---|---|---|---|
| IPHONE 3GS N88A 8GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4 N90 16GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4 N90 32GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4 N92 16GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4 N92 32GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4S N94 16GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4S N94 32GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4S N94 64GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4 N90A 8GB | ■ | ■ | ■ | ■ | ■ |
| IPHONE 4 N92A 8GB | ■ | ■ | ■ | ■ | ■ |
| Other iPhone * | ■ | ■ | ■ | ■ | ■ |
| **Total iPhone Units** | 15,072.5 | - | - | - | 15,072.5 |
| Total iPhone Revenue** | $9,358 | | | | $9,358 |
| ASP | 621 | | | | 621 |
| ASC | ■ | ■ | ■ | ■ | ■ |

\* Other iPhone includes refurb units and immaterial activity in older generations of iPhone
\*\* Revenue associated with handsets only, including applicable sales adj.; does not incl. accessories

## FY 2011 iPhone Summary

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2011 |
|---|---|---|---|---|---|
| **M68 Units** *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| **N82 Units** *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| **N88 Units** *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| **N88A Units** *(in k)* | | | | | |
| 8GB | | | | | |
| **N90 Units** *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| **N92 Units** *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 3,766.6 | 6,809.5 | 5,670.4 | 4,819.6 | 21,066.1 |
| System Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| FX Hedging Gains/(Loss) *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | | | | | |
| * **Total Handset Billings/Revenue** *(USD $M)* | 2,102.4 | 4,255.6 | 3,438.3 | 2,850.5 | 12,646.8 |
| * **ASP** | 558 | 625 | 606 | 591 | 601 |
| ASP *(Calculated using Billings Amt thru Q3FY11)* | | | | | |
| ASC | | | | | |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |



\* *Difference between Billing Amt & Revenue Amt deemed immaterial. Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and onward.*

APPLE CONFIDENTIAL

FY2011

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051358

## FY 2010 iPhone Summary

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2010 |
|---|---|---|---|---|---|
| M68 Units (in k) | | | | | |
|   4GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|   8GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|   16GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| N82 Units (in k) | | | | | |
|   8GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|   16GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| N88 Units (in k) | | | | | |
|   16GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|   32GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| N88A Units (in k) | | | | | |
|   8GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| N90 Units (in k) | | | | | |
|   16GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|   32GB | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Refurb Units (in k) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Total Handset Units** (in k) | 2,500.9 | 2,666.3 | 2,778.4 | 4,912.2 | 12,857.6 |
| System Billings (Excl Carrier Sub/Com, in USD $M) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Retail/Online Carrier Subsidy (in USD $M) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Other Adjustments (USD $M) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Total Handset Billings** (USD $M) | 1,384.8 | 1,444.3 | 1,561.7 | 2,840.6 | 7,231.5 |
| ASP | 554 | 542 | 562 | 578 | 563 |
| ASC | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Rev Share (USD $M) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |



# FY 2009 iPhone Summary

## Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2009 |
|---|---|---|---|---|---|
| **M68 Units** *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| **N82 Units** *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| **N88 Units** *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 2,041.0 | 1,678.1 | 2,532.2 | 3,475.0 | 9,726.3 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | 1,222.4 | 1,003.8 | 1,390.1 | 1,996.2 | 5,612.4 |
| ASP | 599 | 598 | 549 | 574 | 577 |
| ASC | | | | | |
| Rev Share *(USD $M)* | | | | | |



## FY 2008 iPhone Summary



**Domestic Summary**
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2008 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|   4GB | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N82 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N88 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 1,832.7 | 1,630.0 | 692.2 | 2,660.2 | 6,815.1 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | 728.7 | 671.1 | 310.5 | 1,645.0 | 3,355.3 |
| **ASP** | 398 | 412 | 449 | 618 | 492 |
| **ASC** | | | | | |
| Rev Share *(USD $M)* | | | | | |

APPLE CONFIDENTIAL                                                                                                                FY2008

Highly Confidential - Attorneys' Eyes Only                                                                         APLNDC-Y0000051361

## FY 2007 iPhone Summary

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2007 |
|---|---|---|---|---|---|
| **M68 Units** *(in k)* | | | | | |
|   4GB | | | ■ | ■ | ■ |
|   8GB | | | ■ | ■ | ■ |
|   16GB | | | ■ | ■ | ■ |
| **N82 Units** *(in k)* | | | | | |
|   8GB | | | ■ | ■ | ■ |
|   16GB | | | ■ | ■ | ■ |
| **N88 Units** *(in k)* | | | | | |
|   16GB | | | ■ | ■ | ■ |
|   32GB | | | ■ | ■ | ■ |
| Refurb Units *(in k)* | | | ■ | ■ | ■ |
| **Total Handset Units** *(in k)* | - | - | 270.3 | 1,119.2 | 1,389.5 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | ■ | ■ | ■ |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | ■ | ■ | ■ |
| Other Adjustments *(USD $M)* | | | ■ | ■ | ■ |
| **Total Handset Billings** *(USD $M)* | | | ■ | ■ | ■ |
| ASP | - | - | 529 | 452 | 467 |
| ASC | | | ■ | ■ | ■ |
| Rev Share *(USD $M)* | | | ■ | ■ | ■ |



APPLE CONFIDENTIAL     FY2007

Highly Confidential - Attorneys' Eyes Only     APLNDC-Y0000051362