# Exhibit B

# EXHIBIT 83
# FILED UNDER SEAL

# iTunes Business P&L Q1'12

**US**



| *Millions of dollars* | *Q1'12 Act* | *% of Rev* | *Q1'11 Act* | *% of Rev* | *Q2'11 Act* | *% of Rev* | *Q3'11 Act* | *% of Rev* | *Q4'11 Act* | *% of Rev* | *Total FY11* | *% of Rev* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Unit Sales (k's)* | | | | | | | | | | | | |
| *# Songs (incl songs w/in albums)* | | | | | | | | | | | | |
| *# Ringtones* | | | | | | | | | | | | |
| *# Music Videos* | | | | | | | | | | | | |
| *# TV Episodes (excluding Season Pass)* | | | | | | | | | | | | |
| *# TV Rentals* | | | | | | | | | | | | |
| *# TV Episodes downloaded from Season Pass* | | | | | | | | | | | | |
| *# Movies (including Shorts)* | | | | | | | | | | | | |
| *# Movie Rentals* | | | | | | | | | | | | |
| *# Audiobooks* | | | | | | | | | | | | |
| *# iBooks* | | | | | | | | | | | | |
| *# Games* | | | | | | | | | | | | |
| *# iCloud* | | | | | | | | | | | | |
| *# Match* | | | | | | | | | | | | |
| *# iOS Apps* | | | | | | | | | | | | |
| *# Mac Apps* | | | | | | | | | | | | |
| *# Season Passes (upfront sales)* | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | |
| Songs | | | | | | | | | | | | |
| Ringtones | | | | | | | | | | | | |
| Music Videos | | | | | | | | | | | | |
| TV Episodes (excluding Season Pass) | | | | | | | | | | | | |
| TV Rentals | | | | | | | | | | | | |
| TV Episodes downloaded from S Pass | | | | | | | | | | | | |
| Movies (including Shorts) | | | | | | | | | | | | |
| Movie Rentals | | | | | | | | | | | | |
| Audiobooks | | | | | | | | | | | | |
| iBooks | | | | | | | | | | | | |
| Games | | | | | | | | | | | | |
| iCloud | | | | | | | | | | | | |
| Match | | | | | | | | | | | | |
| iOS Apps | | | | | | | | | | | | |
| Mac Apps | | | | | | | | | | | | |
| Total Revenue | *$951.1* | | *$660.0* | | *$848.8* | | *$781.1* | | *$830.1* | *100.0%* | *$3120.0* | |
| % of worldwide revenue | | | | | | | | | | | | |
| Standard Cost (Royalties) | | | | | | | | | | | | |
| Standard Margin | | | | | | | | | | | | |
| Standard Margin (Excl Apps & OS Rev) | | | | | | | | | | | | |
| **OCOGS:** | | | | | | | | | | | | |
| Bandwidth Content (Delivery) | | | | | | | | | | | | |
| Content Storage | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | |
| Encoding, Metadata, HW, Other | | | | | | | | | | | | |
| SubTotal OCOGS | | | | | | | | | | | | |
| AppleCare (SSO) *Note 1* | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | |
| Total OCOGS | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | |
| Credit Card Fees & Bad Debt | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | |
| Total OPEX | | | | | | | | | | | | |
| iTunes Client Costs *Note 3* | | | | | | | | | | | | |
| **Contribution Margin** | | | | | | | | | | | | |
| **Contribution Margin (excl Apps Rev)** | | | | | | | | | | | | |
| ***Exit Headcount (STD, TMP, ITN, F*** *Note 4* | | | | | | | | | | | | |
| *OCOGS* | | | | | | | | | | | | |
| *OPEX w/ Finance* | | | | | | | | | | | | |

**Notes:**

1. SSO costs are costs to support US, Canada, Europe, and Australia. Data is provided by Applecare team.
2. Costs to support non-US regions are allocated-out through the Support Cross-Charges. The calculation has been updated by Tax and a true up entry was posted in Q4'11 for FY11.
3. iTunes Client Costs include R&D, Marketing, and OCOGS related to the iTunes client application. Now part of iTunes.
4. 111 headcounts were transferred over to iTunes from SW team for iTunes Client in Q1'09. 29 Headcount increase in Q1'10 in OPEX due to acquisition of Lala



APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

# iTunes Business P&L Q1'12

**US**

| *Millions of dollars* | Q1'10 Act | *% of Rev* | Q2'10 Act | *% of Rev* | Q3'10 Act | *% of Rev* | Q4'10 Act | *% of Rev* | Total FY10 | *% of Rev* | Q1'09 Act | *% of Rev* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Unit Sales (k's)* | | | | | | | | | | | | |
| *# Songs (incl songs w/in albums)* | | | | | | | | | | | | |
| *# Ringtones* | | | | | | | | | | | | |
| *# Music Videos* | | | | | | | | | | | | |
| *# TV Episodes (excluding Season Pass)* | | | | | | | | | | | | |
| *# TV Rentals* | | | | | | | | | | | | |
| *# TV Episodes downloaded from Season Pass* | | | | | | | | | | | | |
| *# Movies (including Shorts)* | | | | | | | | | | | | |
| *# Movie Rentals* | | | | | | | | | | | | |
| *# Audiobooks* | | | | | | | | | | | | |
| *# iBooks* | | | | | | | | | | | | |
| *# Games* | | | | | | | | | | | | |
| *# iCloud* | | | | | | | | | | | | |
| *# Match* | | | | | | | | | | | | |
| *# iOS Apps* | | | | | | | | | | | | |
| *# Mac Apps* | | | | | | | | | | | | |
| *# Season Passes (upfront sales)* | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | |
| Songs | | | | | | | | | | | | |
| Ringtones | | | | | | | | | | | | |
| Music Videos | | | | | | | | | | | | |
| TV Episodes (excluding Season Pass) | | | | | | | | | | | | |
| TV Rentals | | | | | | | | | | | | |
| TV Episodes downloaded from S Pass | | | | | | | | | | | | |
| Movies (including Shorts) | | | | | | | | | | | | |
| Movie Rentals | | | | | | | | | | | | |
| Audiobooks | | | | | | | | | | | | |
| iBooks | | | | | | | | | | | | |
| Games | | | | | | | | | | | | |
| iCloud | | | | | | | | | | | | |
| Match | | | | | | | | | | | | |
| iOS Apps | | | | | | | | | | | | |
| Mac Apps | | | | | | | | | | | | |
| Total Revenue | $580.7 | | $711.4 | | $645.4 | | $615.1 | | $2552.6 | | $508.3 | *100.0%* |
| % of worldwide revenue | | | | | | | | | | | | |
| Standard Cost (Royalties) | | | | | | | | | | | | |
| Standard Margin | | | | | | | | | | | | |
| Standard Margin (Excl Apps & OS Rev) | | | | | | | | | | | | |
| **OCOGS:** | | | | | | | | | | | | |
| Bandwidth Content (Delivery) | | | | | | | | | | | | |
| Content Storage | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | |
| Encoding, Metadata, HW, Other | | | | | | | | | | | | |
| SubTotal OCOGS | | | | | | | | | | | | |
| AppleCare (SSO) *Note 1* | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | |
| Total OCOGS | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | |
| Credit Card Fees & Bad Debt | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | |
| Total OPEX | | | | | | | | | | | | |
| iTunes Client Costs *Note 3* | | | | | | | | | | | | |
| **Contribution Margin** | | | | | | | | | | | | |
| **Contribution Margin (excl Apps Rev)** | | | | | | | | | | | | |
| ***Exit Headcount (STD, TMP, ITN, F*** *Note 4* | | | | | | | | | | | | |
| *OCOGS* | | | | | | | | | | | | |
| *OPEX w/ Finance* | | | | | | | | | | | | |

**Notes:**

1. SSO costs are costs to support US, Canada, Europ
2. Costs to support non-US regions are allocated-ou
3. iTunes Client Costs include R&D, Marketing, anc
4. 111 headcounts were transferred over to iTunes fi

# iTunes Business P&L Q1'12

**US**

| *Millions of dollars* | Q2'09 Act | % of Rev | Q3'09 Act | % of Rev | Q4'09 Act | % of Rev | Total FY09 | % of Rev | Q1'08 Act | % of Rev | Q2'08 Act | % of Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Unit Sales (k's)* | | | | | | | | | | | | |
| *# Songs (incl songs w/in albums)* | | | | | | | | | | | | |
| *# Ringtones* | | | | | | | | | | | | |
| *# Music Videos* | | | | | | | | | | | | |
| *# TV Episodes (excluding Season Pass)* | | | | | | | | | | | | |
| *# TV Rentals* | | | | | | | | | | | | |
| *# TV Episodes downloaded from Season Pass* | | | | | | | | | | | | |
| *# Movies (including Shorts)* | | | | | | | | | | | | |
| *# Movie Rentals* | | | | | | | | | | | | |
| *# Audiobooks* | | | | | | | | | | | | |
| *# iBooks* | | | | | | | | | | | | |
| *# Games* | | | | | | | | | | | | |
| *# iCloud* | | | | | | | | | | | | |
| *# Match* | | | | | | | | | | | | |
| *# iOS Apps* | | | | | | | | | | | | |
| *# Mac Apps* | | | | | | | | | | | | |
| *# Season Passes (upfront sales)* | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | |
| Songs | | | | | | | | | | | | |
| Ringtones | | | | | | | | | | | | |
| Music Videos | | | | | | | | | | | | |
| TV Episodes (excluding Season Pass) | | | | | | | | | | | | |
| TV Rentals | | | | | | | | | | | | |
| TV Episodes downloaded from S Pass | | | | | | | | | | | | |
| Movies (including Shorts) | | | | | | | | | | | | |
| Movie Rentals | | | | | | | | | | | | |
| Audiobooks | | | | | | | | | | | | |
| iBooks | | | | | | | | | | | | |
| Games | | | | | | | | | | | | |
| iCloud | | | | | | | | | | | | |
| Match | | | | | | | | | | | | |
| iOS Apps | | | | | | | | | | | | |
| Mac Apps | | | | | | | | | | | | |
| Total Revenue | $602.1 | 100.0% | $555.5 | 100.0% | $551.9 | 100.0% | $2217.9 | | $397.3 | 100.0% | $483.0 | 100.0% |
| % of worldwide revenue | | | | | | | | | | | | |
| Standard Cost (Royalties) | | | | | | | | | | | | |
| Standard Margin | | | | | | | | | | | | |
| Standard Margin (Excl Apps & OS Rev) | | | | | | | | | | | | |
| **OCOGS:** | | | | | | | | | | | | |
| Bandwidth Content (Delivery) | | | | | | | | | | | | |
| Content Storage | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | |
| Encoding, Metadata, HW, Other | | | | | | | | | | | | |
| SubTotal OCOGS | | | | | | | | | | | | |
| AppleCare (SSO) *Note 1* | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | |
| Total OCOGS | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | |
| Credit Card Fees & Bad Debt | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | |
| Total OPEX | | | | | | | | | | | | |
| iTunes Client Costs *Note 3* | | | | | | | | | | | | |
| **Contribution Margin** | | | | | | | | | | | | |
| **Contribution Margin (excl Apps Rev)** | | | | | | | | | | | | |
| ***Exit Headcount (STD, TMP, ITN, F*** *Note 4* | | | | | | | | | | | | |
| *OCOGS* | | | | | | | | | | | | |
| *OPEX w/ Finance* | | | | | | | | | | | | |

**Notes:**

1. SSO costs are costs to support US, Canada, Euroj
2. Costs to support non-US regions are allocated-ou
3. iTunes Client Costs include R&D, Marketing, anc
4. 111 headcounts were transferred over to iTunes fi

iTS US-Q1'07 to Q1'12



APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

# iTunes Business P&L Q1'12

**US**

| *Millions of dollars* | Q3'08 Act | *% of Rev* | Q4'08 Act | *% of Rev* | Total FY'08 | *% of Rev* | Q1'07 Act | *% of Rev* | Q2'07 Act | *% of Rev* | Q3'07 Act | *% of Rev* | Q4'07 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Unit Sales (k's)* | | | | | | | | | | | | | |
| *# Songs (incl songs w/in albums)* | | | | | | | | | | | | | |
| *# Ringtones* | | | | | | | | | | | | | |
| *# Music Videos* | | | | | | | | | | | | | |
| *# TV Episodes (excluding Season Pass)* | | | | | | | | | | | | | |
| *# TV Rentals* | | | | | | | | | | | | | |
| *# TV Episodes downloaded from Season Pass* | | | | | | | | | | | | | |
| *# Movies (including Shorts)* | | | | | | | | | | | | | |
| *# Movie Rentals* | | | | | | | | | | | | | |
| *# Audiobooks* | | | | | | | | | | | | | |
| *# iBooks* | | | | | | | | | | | | | |
| *# Games* | | | | | | | | | | | | | |
| *# iCloud* | | | | | | | | | | | | | |
| *# Match* | | | | | | | | | | | | | |
| *# iOS Apps* | | | | | | | | | | | | | |
| *# Mac Apps* | | | | | | | | | | | | | |
| *# Season Passes (upfront sales)* | | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | | |
| Songs | | | | | | | | | | | | | |
| Ringtones | | | | | | | | | | | | | |
| Music Videos | | | | | | | | | | | | | |
| TV Episodes (excluding Season Pass) | | | | | | | | | | | | | |
| TV Rentals | | | | | | | | | | | | | |
| TV Episodes downloaded from S Pass | | | | | | | | | | | | | |
| Movies (including Shorts) | | | | | | | | | | | | | |
| Movie Rentals | | | | | | | | | | | | | |
| Audiobooks | | | | | | | | | | | | | |
| iBooks | | | | | | | | | | | | | |
| Games | | | | | | | | | | | | | |
| iCloud | | | | | | | | | | | | | |
| Match | | | | | | | | | | | | | |
| iOS Apps | | | | | | | | | | | | | |
| Mac Apps | | | | | | | | | | | | | |
| Total Revenue | $457.0 | *100.0%* | $461.7 | *100.0%* | $1799.1 | | $269.7 | *100.0%* | $356.3 | *100.0%* | $331.6 | *100.0%* | $335.7 |
| % of worldwide revenue | | | | | | | | | | | | | |
| Standard Cost (Royalties) | | | | | | | | | | | | | |
| Standard Margin | | | | | | | | | | | | | |
| Standard Margin (Excl Apps & OS Rev) | | | | | | | | | | | | | |
| **OCOGS:** | | | | | | | | | | | | | |
| Bandwidth Content (Delivery) | | | | | | | | | | | | | |
| Content Storage | | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | | |
| Encoding, Metadata, HW, Other | | | | | | | | | | | | | |
| SubTotal OCOGS | | | | | | | | | | | | | |
| AppleCare (SSO) *Note 1* | | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | | |
| Total OCOGS | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Credit Card Fees & Bad Debt | | | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| Support Cross-Charges *Note 2* | | | | | | | | | | | | | |
| Total OPEX | | | | | | | | | | | | | |
| iTunes Client Costs *Note 3* | | | | | | | | | | | | | |
| **Contribution Margin** | | | | | | | | | | | | | |
| **Contribution Margin (excl Apps Rev)** | | | | | | | | | | | | | |
| ***Exit Headcount (STD, TMP, ITN, F*** *Note 4* | | | | | | | | | | | | | |
| *OCOGS* | | | | | | | | | | | | | |
| *OPEX w/ Finance* | | | | | | | | | | | | | |

**Notes:**

1. SSO costs are costs to support US, Canada, Euro
2. Costs to support non-US regions are allocated-ou
3. iTunes Client Costs include R&D, Marketing, an
4. 111 headcounts were transferred over to iTunes fi



APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

# iTunes Business P&L Q1'12

**US**

| *Millions of dollars* | *% of Rev* | **Total FY'07** *% of Rev* |
|---|---|---|
| *Unit Sales (k's)* | | |
| *# Songs (incl songs w/in albums)* | | |
| *# Ringtones* | | |
| *# Music Videos* | | |
| *# TV Episodes (excluding Season Pass)* | | |
| *# TV Rentals* | | |
| *# TV Episodes downloaded from Season Pass* | | |
| *# Movies (including Shorts)* | | |
| *# Movie Rentals* | | |
| *# Audiobooks* | | |
| *# iBooks* | | |
| *# Games* | | |
| *# iCloud* | | |
| *# Match* | | |
| *# iOS Apps* | | |
| *# Mac Apps* | | |
| *# Season Passes (upfront sales)* | | |
| **Revenue:** | | |
| Songs | | |
| Ringtones | | |
| Music Videos | | |
| TV Episodes (excluding Season Pass) | | |
| TV Rentals | | |
| TV Episodes downloaded from S Pass | | |
| Movies (including Shorts) | | |
| Movie Rentals | | |
| Audiobooks | | |
| iBooks | | |
| Games | | |
| iCloud | | |
| Match | | |
| iOS Apps | | |
| Mac Apps | | |
| Total Revenue | *100.0%* | $1293.2 |
| % of worldwide revenue | | |
| Standard Cost (Royalties) | | |
| Standard Margin | | |
| Standard Margin (Excl Apps & OS Rev) | | |
| **OCOGS:** | | |
| Bandwidth Content (Delivery) | | |
| Content Storage | | |
| Headcount-Related | | |
| Encoding, Metadata, HW, Other | | |
| SubTotal OCOGS | | |
| AppleCare (SSO) *Note 1* | | |
| Support Cross-Charges *Note 2* | | |
| Total OCOGS | | |
| **Gross Margin** | | |
| **Operating Expenses:** | | |
| Credit Card Fees & Bad Debt | | |
| Headcount-Related | | |
| Other | | |
| Support Cross-Charges *Note 2* | | |
| Total OPEX | | |
| iTunes Client Costs *Note 3* | | |
| **Contribution Margin** | | |
| **Contribution Margin (excl Apps Rev)** | | |
| ***Exit Headcount (STD, TMP, ITN, F*** *Note 4* | | |
| *OCOGS* | | |
| *OPEX w/ Finance* | | |

**Notes:**

1. SSO costs are costs to support US, Canada, Euro[
2. Costs to support non-US regions are allocated-ou[
3. iTunes Client Costs include R&D, Marketing, and
4. 111 headcounts were transferred over to iTunes fi

APPLE CONFIDENTIAL

# iTunes Music Store Business P&L FY06

**UNITED STATES**

| *Millions of dollars* | Q4'06 Act | % of Rev | Q3'06 Act | % of Rev | Q2'06 Act | % of Rev | Q1'06 Act | % of Rev | Total FY'06 | % of Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| *Unit Sales (k's)* | | | | | | | | | | |
| *# Songs (incl songs w/in albums)* | | | | | | | | | | |
| *# Music Videos* | | | | | | | | | | |
| *# TV Episodes (excluding Season Pass* | | | | | | | | | | |
| *# TV Episodes downloaded from Seas* | | | | | | | | | | |
| *# Movies (including Shorts)* | | | | | | | | | | |
| *# Books* | | | | | | | | | | |
| *# Games* | | | | | | | | | | |
| *# Season Passes (upfront sales)* | | | | | | | | | | |
| Revenue: | | | | | | | | | | |
| Songs | | | | | | | | | | |
| Music Videos | | | | | | | | | | |
| TV Episodes (excluding Season I | | | | | | | | | | |
| TV Episodes downloaded from S | | | | | | | | | | |
| Movies | | | | | | | | | | |
| Books | | | | | | | | | | |
| Games | | | | | | | | | | |
| **Total Revenue** | **$209.6** | *100.0%* | **$205.6** | *100.0%* | **$213.9** | *100.0%* | **$160.9** | *100.0%* | **$790.0** | *100.0%* |
| % of worldwide revenue | | | | | | | | | | |
| Standard Cost (Royalties) | | | | | | | | | | |
| Standard Margin | | | | | | | | | | |
| OCOGS: | | | | | | | | | | |
| Bandwidth Content (Delivery) | | | | | | | | | | |
| Content Storage | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | |
| Encoding, Metadata, HW, Other | | | | | | | | | | |
| SubTotal OCOGS | | | | | | | | | | |
| Sales Support Ops (note 1) | | | | | | | | | | |
| Support Cross-Charges | | | | | | | | | | |
| Total OCOGS | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | |
| Operating Expenses: | | | | | | | | | | |
| Credit Card Fees | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | |
| Other | | | | | | | | | | |
| Support Cross-Charges | | | | | | | | | | |
| Total OPEX | | | | | | | | | | |
| iTunes Client Costs (note 2) | | | | | | | | | | |
| **Contribution Margin** (note 3) | | | | | | | | | | |
| ***Exit Headcount*** | | | | | | | | | | |
| *OCOGS* | | | | | | | | | | |
| *OPEX* | | | | | | | | | | |

**Notes:**

**Note 1:** SSO costs are costs to support US, Canada, Europe, and Australia. Costs to support non-US regions are allocated-out through the Support Cross-Charges.

**Note 2:** iTunes Client Costs include R&D, Marketing, and OCOGS related to the iTunes client application.

**Note 3:** Non-US launch costs are included in US expenses above, and are not allocated to the regional P&L's.

# iTunes Music Store Business P&L FY05

**UNITED STATES**

| *Millions of dollars* | | Q4'05 Act | *% of Rev* | Q3'05 Act | *% of Rev* | Q2'05 Act | *% of Rev* | Q1'05 Act | *% of Rev* | Total FY'05 | *% of Rev* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *# Songs Sold (incl songs w/in albums) (* | | | | | | | | | | | |
| *# Free Songs (K)* | | | | | | | | | | | |
| *# Books sold (K)* | | | | | | | | | | | |
| Song Revenue | | | | | | | | | | | |
| Book Revenue | | | | | | | | | | | |
| **Total Revenue** | (note 1) | $103.4 | *100.0%* | $94.5 | *100.0%* | $86.9 | *100.0%* | $51.4 | *100.0%* | $336.2 | *100.0%* |
| % of worldwide revenue | | | | | | | | | | | |
| Standard Cost (Royalties) | | | | | | | | | | | |
| Standard Margin | (note 2) | | | | | | | | | | |
| <u>OCOGS:</u> | | | | | | | | | | | |
| Bandwidth Content (Delivery) | | | | | | | | | | | |
| Content Storage + Delivery Platform | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | |
| Encoding, Metadata, HW, C | (note 3) | | | | | | | | | | |
| OCOGS Applications Division | | | | | | | | | | | |
| Sales Support Ops | (note 4) | | | | | | | | | | |
| Support Cross-Charges | | | | | | | | | | | |
| Total OCOGS | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | |
| <u>Operating Expenses:</u> | | | | | | | | | | | |
| Credit Card Fees | | | | | | | | | | | |
| Headcount-Related | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| Support Cross-Charges | | | | | | | | | | | |
| Total OPEX | | | | | | | | | | | |
| iTunes Client Costs | (note 5) | | | | | | | | | | |
| **Contribution Margin** | (note 6) | | | | | | | | | | |
| **<u>Per Song Analysis:</u>** | | | | | | | | | | | |
| Revenue per Song | | | | | | | | | | | |
| Revenue per Book | | | | | | | | | | | |
| OCOGS per Unit Sold | | | | | | | | | | | |
| OPEX per Unit Sold | | | | | | | | | | | |
| Contribution Margin per Unit Sold | | | | | | | | | | | |
| ***Exit Headcount*** | | | | | | | | | | | |
| *OPEX* | | | | | | | | | | | |
| *OCOGS* | | | | | | | | | | | |

**<u>Notes:</u>**

**Note 4:** SSO costs based on estimates provided by Sales Support Operations

**Note 5:** iTunes Client Costs include R&D, Marketing, and OCOGS related to the iTunes client application; Q1'04 includes Windows application development costs.

**Note 6:** Europe and Japan launch costs included in US expenses above, and not allocated to the Europe and Japan P&L's.