# Exhibit C

# EXHIBIT 84
# FILED UNDER SEAL

# GAAP Line of Business Reporting • iPad.Acc

## Total Apple / iPad.Acc

| M$ | Q1'09 Act. iPad.Acc | Q2'09 Act. iPad.Acc | Q3'09 Act. iPad.Acc | Q4'09 Act. iPad.Acc | Q1'10 Act. iPad.Acc | Q2'10 Act. iPad.Acc | Q3'10 Act. iPad.Acc | Q4'10 Act. iPad.Acc | Q1'11 Act. iPad.Acc | Q2'11 Act. iPad.Acc | Q3'11 Act. iPad.Acc | Q4'11 Act. iPad.Acc | Q1'12 Act. iPad.Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | - | - | - | - | - | - | 124 | 158 | 211 | 172 | 385 | 234 | 278 |
| Total Std Cost | | | | | | | | | | | | | |
| **Standard Margin** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| Variances | | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| Period Exp. | | | | | | | | | | | | | |
| Freight & Duty | | | | | | | | | | | | | |
| Warranty | | | | | | | | | | | | | |
| Scrap/Rework | | | | | | | | | | | | | |
| Excess/Obsolete | | | | | | | | | | | | | |
| Phone Support | | | | | | | | | | | | | |
| Service Period Exp. | | | | | | | | | | | | | |
| Other OCOGS | | | | | | | | | | | | | |
| Total OCOGS w/o Var/R | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| R&D (Dir & Alloc) | | | | | | | | | | | | | |
| Sales Exp. | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | |
| Marketing/Advertising | | | | | | | | | | | | | |
| G & A - Admin | | | | | | | | | | | | | |
| G & A - Finance | | | | | | | | | | | | | |
| G & A - HR | | | | | | | | | | | | | |
| G & A - IS&T | | | | | | | | | | | | | |
| G & A - Legal | | | | | | | | | | | | | |
| G & A - Other | | | | | | | | | | | | | |
| Total SG&A | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Total OpExp** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Contribution** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Units (K)** | | | | | | | | | | | | | |

Note: iPad.Acc Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.

iPad Accy Total Qtrs 1

APPLE CONFIDENTIAL       Highly Confidential - Attorneys' Eyes Only       APLNDC-Y0000051606

# GAAP Line of Business Reporting • Ph.Acc

## Ph.Acc

| M$ | Q2'07 Act. Ph.Acc | Q3'07 Act. Ph.Acc | Q4'07 Act. Ph.Acc | Q1'08 Act. Ph.Acc | Q2'08 Act. Ph.Acc | Q3'08 Act. Ph.Acc | Q4'08 Act. Ph.Acc | Q1'09 Act. Ph.Acc | Q2'09 Act. Ph.Acc | Q3'09 Act. Ph.Acc | Q4'09 Act. Ph.Acc | Q1'10 Act. Ph.Acc | Q2'10 Act. Ph.Acc | Q3'10 Act. Ph.Acc | Q4'10 Act. Ph.Acc | Q1'11 Act. Ph.Acc | Q2'11 Act. Ph.Acc | Q3'11 Act. Ph.Acc | Q4'11 Act. Ph.Acc | Q1'12 Act. Ph.Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | | | | | | | | | | | | | | | | | | | | |
| Total Revenue | -- | 4 | 41 | 49 | 42 | 31 | 77 | 68 | 49 | 55 | 67 | 76 | 69 | 63 | 46 | 80 | 74 | -2 | 145 | 150 |
| Total Std Cost | | | | | | | | | | | | | | | | | | | | |
| **Standard Margin** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| Variances | | | | | | | | | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| Period Exp. | | | | | | | | | | | | | | | | | | | | |
| Freight & Duty | | | | | | | | | | | | | | | | | | | | |
| Warranty | | | | | | | | | | | | | | | | | | | | |
| Scrap/Rework | | | | | | | | | | | | | | | | | | | | |
| Excess/Obsolete | | | | | | | | | | | | | | | | | | | | |
| Phone Support | | | | | | | | | | | | | | | | | | | | |
| Service Period Exp. | | | | | | | | | | | | | | | | | | | | |
| Other OCOGS | | | | | | | | | | | | | | | | | | | | |
| Total OCOGS w/o Var/R | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| R&D (Dir & Alloc) | | | | | | | | | | | | | | | | | | | | |
| Sales Exp. | | | | | | | | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | | | | | | | | |
| Marketing/Advertising | | | | | | | | | | | | | | | | | | | | |
| G & A - Admin | | | | | | | | | | | | | | | | | | | | |
| G & A - Finance | | | | | | | | | | | | | | | | | | | | |
| G & A - HR | | | | | | | | | | | | | | | | | | | | |
| G & A - IS&T | | | | | | | | | | | | | | | | | | | | |
| G & A - Legal | | | | | | | | | | | | | | | | | | | | |
| G & A - Other | | | | | | | | | | | | | | | | | | | | |
| Total SG&A | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Total OpExp** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Contribution** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Note: Ph.Acc Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.

## GAAP Line of Business Reporting • Mus.Acc

| M$ | Q4'05 Act. Mus.Acc | Q1'06 Act. Mus.Acc | Q2'06 Act. Mus.Acc | Q3'06 Act. Mus.Acc | Q4'06 Act. Mus.Acc | Q1'07 Act. Mus.Acc | Q2'07 Act. Mus.Acc | Q3'07 Act. Mus.Acc | Q4'07 Act. Mus.Acc | Q1'08 Act. Mus.Acc | Q2'08 Act. Mus.Acc | Q3'08 Act. Mus.Acc | Q4'08 Act. Mus.Acc | Q1'09 Act. Mus.Acc | Q2'09 Act. Mus.Acc | Q3'09 Act. Mus.Acc | Q4'09 Act. Mus.Acc | Q1'10 Act. Mus.Acc | Q2'10 Act. Mus.Acc | Q3'10 Act. Mus.Acc | Q4'10 Act. Mus.Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | | | | | | | | | | | | | | | | | | | | | |
| Total Revenue | -- | 253 | 183 | 167 | 155 | 243 | 144 | 135 | 114 | 207 | 141 | 127 | 129 | 166 | 126 | 118 | 130 | 191 | 146 | 138 | 138 |
| Total Std Cost | | | | | | | | | | | | | | | | | | | | | |
| **Standard Margin** | | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | | |
| Variances | | | | | | | | | | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | | | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | | |
| Period Exp. | | | | | | | | | | | | | | | | | | | | | |
| Freight & Duty | | | | | | | | | | | | | | | | | | | | | |
| Warranty | | | | | | | | | | | | | | | | | | | | | |
| Scrap/Rework | | | | | | | | | | | | | | | | | | | | | |
| Excess/Obsolete | | | | | | | | | | | | | | | | | | | | | |
| Phone Support | | | | | | | | | | | | | | | | | | | | | |
| Service Period Exp | | | | | | | | | | | | | | | | | | | | | |
| Other OCOGS | | | | | | | | | | | | | | | | | | | | | |
| Total OCOGS w/o | | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | | |
| R&D (Dir & Alloc | | | | | | | | | | | | | | | | | | | | | |
| Sales Exp. | | | | | | | | | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | | | | | | | | | |
| Marketing/Adverti | | | | | | | | | | | | | | | | | | | | | |
| G & A - Admin | | | | | | | | | | | | | | | | | | | | | |
| G & A - Finance | | | | | | | | | | | | | | | | | | | | | |
| G & A - HR | | | | | | | | | | | | | | | | | | | | | |
| G & A - IS&T | | | | | | | | | | | | | | | | | | | | | |
| G & A - Legal | | | | | | | | | | | | | | | | | | | | | |
| G & A - Other | | | | | | | | | | | | | | | | | | | | | |
| Total SG&A | | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | | |
| **Total OpExp** | | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | | |
| **Contribution** | | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | | |
| **Units (K)** | | | | | | | | | | | | | | | | | | | | | |

Note: *Mus.Acc Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

Mus Accy Total Qtrs
1

APLNDC-Y0000051608

*Mus.Acc*

| M$ | Q1'11 Act. Mus.Acc | Q2'11 Act. Mus.Acc | Q3'11 Act. Mus.Acc | Q4'11 Act. Mus.Acc | Q1'12 Act. Mus.Acc |
|---|---|---|---|---|---|
| **Total Apple** | | | | | |
| Total Revenue | 178 | 142 | 137 | 146 | 213 |
| Total Std Cost | | | | | |
| **Standard Margin** | | | | | |
| % Revenue | | | | | |
| Variances | | | | | |
| Royalties | | | | | |
| **Adj Std Mgn** | | | | | |
| % Revenue | | | | | |
| Period Exp. | | | | | |
| Freight & Duty | | | | | |
| Warranty | | | | | |
| Scrap/Rework | | | | | |
| Excess/Obsolete | | | | | |
| Phone Support | | | | | |
| Service Period Exp | | | | | |
| Other OCOGS | | | | | |
| Total OCOGS w/o | | | | | |
| % Revenue | | | | | |
| **Gross Margin** | | | | | |
| % Revenue | | | | | |
| R&D (Dir & Alloc | | | | | |
| Sales Exp. | | | | | |
| Distribution | | | | | |
| Marketing/Adverti | | | | | |
| G & A - Admin | | | | | |
| G & A - Finance | | | | | |
| G & A - HR | | | | | |
| G & A - IS&T | | | | | |
| G & A - Legal | | | | | |
| G & A - Other | | | | | |
| Total SG&A | | | | | |
| % Revenue | | | | | |
| **Total OpExp** | | | | | |
| % Revenue | | | | | |
| **Contribution** | | | | | |
| % Revenue | | | | | |
| **Units (K)** | | | | | |

*Note: Mus.Acc Rev*

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

Mus Accy Total Qtrs 2

APLNDC-Y0000051609