# Exhibit D

# EXHIBIT 85
# FILED UNDER SEAL

# GAAP Line of Business Reporting • iTS

| *M$* | Q4'05 Act. | Q1'06 Act. | Q2'06 Act. | Q3'06 Act. | Q4'06 Act. | Q1'07 Act. | Q2'07 Act. | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS |
| Total Revenue | -- | 210 | 268 | 265 | 277 | 358 | 458 | 440 | 455 | 553 | 677 | 651 | 664 | 737 | 852 | 799 | 847 | 923 |
| Total Std Cost | | | | | | | | | | | | | | | | | | |
| **Standard Margin** | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | |
| Variances | | | | | | | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | |
| Period Exp. | | | | | | | | | | | | | | | | | | |
| Freight & Duty | | | | | | | | | | | | | | | | | | |
| Warranty | | | | | | | | | | | | | | | | | | |
| Scrap/Rework | | | | | | | | | | | | | | | | | | |
| Excess/Obsolete | | | | | | | | | | | | | | | | | | |
| Phone Support | | | | | | | | | | | | | | | | | | |
| Service Period Exp | | | | | | | | | | | | | | | | | | |
| Other OCOGS | | | | | | | | | | | | | | | | | | |
| Total OCOGS w/o | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | |
| R&D (Dir & Alloc | | | | | | | | | | | | | | | | | | |
| Sales Exp. | | | | | | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | | | | | | |
| Marketing/Adverti | | | | | | | | | | | | | | | | | | |
| G & A - Admin | | | | | | | | | | | | | | | | | | |
| G & A - Finance | | | | | | | | | | | | | | | | | | |
| G & A - HR | | | | | | | | | | | | | | | | | | |
| G & A - IS&T | | | | | | | | | | | | | | | | | | |
| G & A - Legal | | | | | | | | | | | | | | | | | | |
| G & A - Other | | | | | | | | | | | | | | | | | | |
| Total SG&A | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | |
| **Total OpExp** | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | |
| **Contribution** | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | |
| **Units (K)** | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note: iTS Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE CONFIDENTIAL

iTunes Total Qtrs

Highly Confidential - Attorneys' Eyes Only

# iTS

| M$ | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act |
|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS |
| Total Revenue | 1,108 | 1,015 | 1,023 | 1,157 | 1,387 | 1,359 | 1,444 | 1,697 |
| Total Std Cost | | | | | | | | |
| **Standard Margin** | | | | | | | | |
| % Revenue | | | | | | | | |
| Variances | | | | | | | | |
| Royalties | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | |
| % Revenue | | | | | | | | |
| Period Exp. | | | | | | | | |
| Freight & Duty | | | | | | | | |
| Warranty | | | | | | | | |
| Scrap/Rework | | | | | | | | |
| Excess/Obsolete | | | | | | | | |
| Phone Support | | | | | | | | |
| Service Period Exp | | | | | | | | |
| Other OCOGS | | | | | | | | |
| Total OCOGS w/o | | | | | | | | |
| % Revenue | | | | | | | | |
| **Gross Margin** | | | | | | | | |
| % Revenue | | | | | | | | |
| R&D (Dir & Alloc | | | | | | | | |
| Sales Exp. | | | | | | | | |
| Distribution | | | | | | | | |
| Marketing/Adverti | | | | | | | | |
| G & A - Admin | | | | | | | | |
| G & A - Finance | | | | | | | | |
| G & A - HR | | | | | | | | |
| G & A - IS&T | | | | | | | | |
| G & A - Legal | | | | | | | | |
| G & A - Other | | | | | | | | |
| Total SG&A | | | | | | | | |
| % Revenue | | | | | | | | |
| **Total OpExp** | | | | | | | | |
| % Revenue | | | | | | | | |
| **Contribution** | | | | | | | | |
| % Revenue | | | | | | | | |
| **Units (K)** | -- | -- | -- | -- | -- | -- | -- | -- |

*Note: iTS Revenue*

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only