Exhibit E

# EXHIBIT 86
# FILED UNDER SEAL

# GAAP Line of Business Reporting • Licensing / Lic.

| M$ | Q1'06 Act. Lic. | Q2'06 Act. Lic. | Q3'06 Act. Lic. | Q4'06 Act. Lic. | Q1'07 Act. Lic. | Q2'07 Act. Lic. | Q3'07 Act. Lic. | Q4'07 Act. Lic. | Q1'08 Act. Lic. | Q2'08 Act. Lic. | Q3'08 Act. Lic. | Q4'08 Act. Lic. | Q1'09 Act. Lic. | Q2'09 Act. Lic. | Q3'09 Act. Lic. | Q4'09 Act. Lic. | Q1'10 Act. Lic. | Q2'10 Act. Lic. | Q3'10 Act. Lic. | Q4'10 Act. Lic. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | 13 | 18 | 28 | 24 | 27 | 31 | 37 | 34 | 41 | 46 | 50 | 53 | 59 | 61 | 63 | 67 | 68 | 78 | 83 | 91 |
| Total Revenue | | | | | | | | | | | | | | | | | | | | |
| Total Std Cost | | | | | | | | | | | | | | | | | | | | |
| **Standard Margin** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| Variances | | | | | | | | | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| Period Exp. | | | | | | | | | | | | | | | | | | | | |
| Freight & Duty | | | | | | | | | | | | | | | | | | | | |
| Warranty | | | | | | | | | | | | | | | | | | | | |
| Scrap/Rework | | | | | | | | | | | | | | | | | | | | |
| Excess/Obsolete | | | | | | | | | | | | | | | | | | | | |
| Phone Support | | | | | | | | | | | | | | | | | | | | |
| Service Period Exp | | | | | | | | | | | | | | | | | | | | |
| Other OCOGS | | | | | | | | | | | | | | | | | | | | |
| Total OCOGS w/o | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| R&D (Dir & Alloc | | | | | | | | | | | | | | | | | | | | |
| Sales Exp. | | | | | | | | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | | | | | | | | |
| Marketing/Adverti | | | | | | | | | | | | | | | | | | | | |
| G & A - Admin | | | | | | | | | | | | | | | | | | | | |
| G & A - Finance | | | | | | | | | | | | | | | | | | | | |
| G & A - HR | | | | | | | | | | | | | | | | | | | | |
| G & A - IS&T | | | | | | | | | | | | | | | | | | | | |
| G & A - Legal | | | | | | | | | | | | | | | | | | | | |
| G & A - Other | | | | | | | | | | | | | | | | | | | | |
| Total SG&A | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Total OpExp** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Contribution** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Units (K)** | | | | | | | | | | | | | | | | | | | | |

*Note: Licensing Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

Lic Total Qtrs
1

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051618

*Lic.*

| M$ | Q1'11 Act. Lic. | Q2'11 Act. Lic. | Q3'11 Act. Lic. | Q4'11 Act. Lic. | Q1'12 Act. Lic. |
|---|---|---|---|---|---|
| **Total Apple** | | | | | |
| Total Revenue | 121 | 137 | 145 | 186 | 214 |
| Total Std Cost | | | | | |
| **Standard Margin** | | | | | |
| % Revenue | | | | | |
| Variances | | | | | |
| Royalties | | | | | |
| **Adj Std Mgn** | | | | | |
| % Revenue | | | | | |
| Period Exp. | | | | | |
| Freight & Duty | | | | | |
| Warranty | | | | | |
| Scrap/Rework | | | | | |
| Excess/Obsolete | | | | | |
| Phone Support | | | | | |
| Service Period Exp | | | | | |
| Other OCOGS | | | | | |
| Total OCOGS w/o | | | | | |
| % Revenue | | | | | |
| **Gross Margin** | | | | | |
| % Revenue | | | | | |
| R&D (Dir & Alloc | | | | | |
| Sales Exp. | | | | | |
| Distribution | | | | | |
| Marketing/Adverti | | | | | |
| G & A - Admin | | | | | |
| G & A - Finance | | | | | |
| G & A - HR | | | | | |
| G & A - IS&T | | | | | |
| G & A - Legal | | | | | |
| G & A - Other | | | | | |
| Total SG&A | | | | | |
| % Revenue | | | | | |
| **Total OpExp** | | | | | |
| % Revenue | | | | | |
| **Contribution** | | | | | |
| % Revenue | | | | | |
| **Units (K)** | - | - | - | - | - |

*Note: Licensing R*

Lic Total Qtrs  2

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051619