Exhibit G

# EXHIBIT 201
# FILED UNDER SEAL

## FY12 iPhone Summary

### WW Summary

| | | FY12Q1 | FY12Q2 | FY12 To Date |
|---|---|---|---|---|
| N88/N88A Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 8GB | | | |
| N90 Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 8GB | | | |
| N92 Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 8GB | | | |
| N94 Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 64GB | | | |
| Other Units (in k) | | | | |
| **Total Handset Units (in K)** | | 37,044 | 35,064 | 72,108 |
| **Total Handset Revenue (USD $M)** | | 23,985 | 22,313 | 46,297 |
| **ASP** | | 647 | 636 | 642 |
| **ASC** | | | | |

### Domestic Summary
*US Only*

| | | FY12Q1 | FY12Q2 | FY12 To Date |
|---|---|---|---|---|
| N88/N88A Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 8GB | | | |
| N90 Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 8GB | | | |
| N92 Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 8GB | | | |
| N94 Units (in k) | 16GB | | | |
| | 32GB | | | |
| | 64GB | | | |
| Other Units (in k) | | | | |
| **Total Handset Units (in K)** | | 15,073 | 10,687 | 25,760 |
| **Total Handset Revenue (USD $M)** | | 9,393 | 6,678 | 16,071 |
| **ASP** | | 623 | 625 | 624 |
| **ASC** | | | | |



APPLE - HIGHLY CONFIDENTIAL

FY2012

Highly Confidential - Attorneys' Eyes Only

## FY 2011 iPhone Summary

### WW Summary



| | Q1 | Q2 | Q3 | Q4 | FY2011 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| N88A Units *(in k)* | | | | | |
| 8GB | | | | | |
| N90 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| N92 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 16,234.6 | 18,647.4 | 20,338.1 | 17,073.5 | 72,293.6 |
| * **Total Handset Billings/Revenue** *(USD $M)* | 10,151.2 | 12,003.8 | 13,065.6 | 10,627.3 | 45,847.9 |
| * **ASP** | 625 | 644 | 642 | 622 | 634 |
| **ASP** *(Calculated using Billings Amt thru Q3FY11)* | | | | | |
| **ASC** | | | | | |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2011 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| N88A Units *(in k)* | | | | | |
| 8GB | | | | | |
| N90 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| N92 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 3,766.6 | 6,809.5 | 5,670.4 | 4,819.6 | 21,066.1 |
| * **Total Handset Billings/Revenue** *(USD $M)* | 2,102.4 | 4,255.6 | 3,438.3 | 2,850.5 | 12,646.8 |
| * **ASP** | 558 | 625 | 606 | 591 | 601 |
| **ASP** *(Calculated using Billings Amt thru Q3FY11)* | | | | | |
| **ASC** | | | | | |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |

*\* Difference between Billing Amt & Revenue Amt deemed immaterial. Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 an*

Highly Confidential - Attorneys' Eyes Only

APLNDC0003149810

## FY 2010 iPhone Summary

### WW Summary



| | Q1 | Q2 | Q3 | Q4 | FY2010 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| N88A Units *(in k)* | | | | | |
| 8GB | | | | | |
| N90 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 8,736.8 | 8,752.0 | 8,398.3 | 14,102.3 | 39,989.4 |
| System Handset Only Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | 5,424.8 | 5,256.2 | 5,004.7 | 8,641.7 | 24,327.3 |
| **ASP** | 621 | 601 | 596 | 613 | 608 |
| **ASC** | | | | | |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2010 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| N88A Units *(in k)* | | | | | |
| 8GB | | | | | |
| N90 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 2,500.9 | 2,666.3 | 2,778.4 | 4,912.2 | 12,857.6 |
| System Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | 1,384.8 | 1,444.3 | 1,561.7 | 2,840.6 | 7,231.5 |
| **ASP** | 554 | 542 | 562 | 578 | 563 |
| **ASC** | | | | | |
| Rev Share *(USD $M)* | | | | | |

APPLE - HIGHLY CONFIDENTIAL

FY2010

## FY 2009 iPhone Summary

### WW Summary

| | Q1 | Q2 | Q3 | Q4 | FY2009 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | **4,362.7** | **3,792.8** | **5,207.7** | **7,367.2** | **20,730.4** |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | **2,611.8** | **2,207.3** | **2,918.7** | **4,485.0** | **12,222.8** |
| **ASP** | **599** | **582** | **560** | **609** | **590** |
| **ASC** | | | | | |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2009 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | **2,041.0** | **1,678.1** | **2,532.2** | **3,475.0** | **9,726.3** |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | **1,222.4** | **1,003.8** | **1,390.1** | **1,996.2** | **5,612.4** |
| **ASP** | **599** | **598** | **549** | **574** | **577** |
| **ASC** | | | | | |
| Rev Share *(USD $M)* | | | | | |



APPLE - HIGHLY CONFIDENTIAL

FY2009

 APLNDC0003149812



## FY 2008 iPhone Summary

### WW Summary

| | Q1 | Q2 | Q3 | Q4 | FY2008 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|   4GB | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N82 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N88 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 2,314.7 | 1,703.1 | 717.0 | 6,892.0 | 11,626.8 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | 940.8 | 713.2 | 334.0 | 4,382.9 | 6,370.8 |
| **ASP** | 406 | 419 | 466 | 636 | 548 |
| **ASC** | | | | | |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2008 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|   4GB | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N82 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N88 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | 1,832.7 | 1,630.0 | 692.2 | 2,660.2 | 6,815.1 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | 728.7 | 671.1 | 310.5 | 1,645.0 | 3,355.3 |
| **ASP** | 398 | 412 | 449 | 618 | 492 |
| **ASC** | | | | | |
| Rev Share *(USD $M)* | | | | | |

APPLE - HIGHLY CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

## FY 2007 iPhone Summary

### WW Summary



| | Q1 | Q2 | Q3 | Q4 | FY2007 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | - | - | 270.3 | 1,119.2 | 1,389.5 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | - | - | 142.9 | 506.0 | 648.9 |
| **ASP** | | | | | |
| **ASC** | - | - | 529 | 452 | 467 |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2007 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
| 4GB | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N82 Units *(in k)* | | | | | |
| 8GB | | | | | |
| 16GB | | | | | |
| N88 Units *(in k)* | | | | | |
| 16GB | | | | | |
| 32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | - | - | 270.3 | 1,119.2 | 1,389.5 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | - | - | 142.9 | 506.0 | 648.9 |
| **ASP** | | | | | |
| **ASC** | - | - | 529 | 452 | 467 |
| Rev Share *(USD $M)* | | | | | |

APPLE - HIGHLY CONFIDENTIAL

FY2007

Highly Confidential - Attorneys' Eyes Only