# Exhibit H

# EXHIBIT 203
# FILED UNDER SEAL

## FY12 iPhone Summary

### WW Summary

| | | FY12Q1 | FY12Q2 | FY12Q3 | FY12 To Date |
|---|---|---|---|---|---|
| N88/N88A Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 8GB | | | | |
| N90 Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 8GB | | | | |
| N92 Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 8GB | | | | |
| N94 Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 64GB | | | | |
| Other Units (in k) | | | | | |
| **Total Handset Units (in K)** | | 37,044 | 35,064 | 26,028 | 98,136 |
| **Total Handset Revenue (USD $M** | | 23,985 | 22,313 | 15,858 | 62,155 |
| **ASP** | | 647 | 636 | 609 | 633 |
| **ASC** | | | | | |

### Domestic Summary
*US Only*

| | | FY12Q1 | FY12Q2 | FY12Q3 | FY12 To Date |
|---|---|---|---|---|---|
| N88/N88A Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 8GB | | | | |
| N90 Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 8GB | | | | |
| N92 Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 8GB | | | | |
| N94 Units (in k) | 16GB | | | | |
| | 32GB | | | | |
| | 64GB | | | | |
| Other Units (in k) | | | | | |
| **Total Handset Units (in K)** | | 15,073 | 10,687 | 8,342 | 34,102 |
| **Total Handset Revenue (USD $M** | | 9,393 | 6,678 | 5,137 | 21,208 |
| **ASP** | | 623 | 625 | 616 | 622 |
| **ASC** | | | | | |



APPLE - HIGHLY CONFIDENTIAL

**Highly Confidential - Attorneys' Eyes Only**