# Exhibit I

# EXHIBIT 204
# FILED UNDER SEAL

**APPLE INC**
**Samsung**
**US Sales**

| | | UNITS Q4 FY07 | UNITS Q1 FY08 | UNITS Q2 FY08 | UNITS Q3 FY08 | UNITS Q4 FY08 | UNITS Q1 FY09 | UNITS Q2 FY09 | UNITS Q3 FY09 | UNITS Q4 FY09 | UNITS Q1 FY10 | UNITS Q2 FY10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPOD TOUCH | IPOD TOUCH N45 SEP07 | | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72 SEP08 | | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72B SEP09 | | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N18 SEP09 | | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N81 SEP10 | | | | | | | | | | | |
| IPOD TOUCH | RFB IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | ADJ IPOD TOUCH | | | | | | | | | | | |
| | TOTAL IPOD TOUCH | 172,123 | 1,764,446 | 737,675 | 825,019 | 1,204,046 | 3,180,811 | 1,630,960 | 1,941,709 | 2,099,839 | 4,960,526 | 2,646,876 |
| | | | | | | | | | | | | |
| IPAD | IPAD K48 MAR10 | | | | | | | | | | | |
| IPAD | IPAD K48M MAR10 | | | | | | | | | | | |
| IPAD | IPAD K93 MAR11 | | | | | | | | | | | |
| IPAD | IPAD K94 MAR11 | | | | | | | | | | | |
| IPAD | IPAD K95 MAR11 | | | | | | | | | | | |
| IPAD | IPAD J1 MAR12 | | | | | | | | | | | |
| IPAD | IPAD J2 MAR12 | | | | | | | | | | | |
| IPAD | IPAD J2A MAR12 | | | | | | | | | | | |
| IPAD | RFB IPAD | | | | | | | | | | | |
| IPAD | ADJ IPAD | | | | | | | | | | | |
| | TOTAL IPAD | - | - | - | - | - | - | - | - | - | - | - |



Highly Confidential - Attorneys' Eyes Only

**APPLE INC**
**Samsung**
**US Sales**

| | | UNITS Q3 FY10 | UNITS Q4 FY10 | UNITS Q1 FY11 | UNITS Q2 FY11 | UNITS Q3 FY11 | UNITS Q4 FY11 | UNITS Q1 FY12 | UNITS Q2 FY 12 | UNITS Q3 FY12 | REVENUE Q4 FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IPOD TOUCH | IPOD TOUCH N45 SEP07 | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72 SEP08 | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72B SEP09 | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N18 SEP09 | | | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N81 SEP10 | | | | | | | | | | |
| IPOD TOUCH | RFB IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | ADJ IPOD TOUCH | | | | | | | | | | |
| | TOTAL IPOD TOUCH | 2,441,164 | 2,500,849 | 5,689,346 | 2,292,899 | 1,881,187 | 1,588,400 | 5,174,558 | 2,028,321 | 1,790,556 | $ 57,428,387 |
| | | | | | | | | | | | |
| IPAD | IPAD K48 MAR10 | | | | | | | | | | |
| IPAD | IPAD K48M MAR10 | | | | | | | | | | |
| IPAD | IPAD K93 MAR11 | | | | | | | | | | |
| IPAD | IPAD K94 MAR11 | | | | | | | | | | |
| IPAD | IPAD K95 MAR11 | | | | | | | | | | |
| IPAD | IPAD J1 MAR12 | | | | | | | | | | |
| IPAD | IPAD J2 MAR12 | | | | | | | | | | |
| IPAD | IPAD J2A MAR12 | | | | | | | | | | |
| IPAD | RFB IPAD | | | | | | | | | | |
| IPAD | ADJ IPAD | | | | | | | | | | |
| | TOTAL IPAD | 2,293,735 | 1,968,908 | 3,597,348 | 1,913,834 | 4,293,229 | 3,795,366 | 5,966,841 | 4,460,385 | 5,712,657 | $ - |



Highly Confidential - Attorneys' Eyes Only

**APPLE INC**
**Samsung**
**US Sales**

| | | REVENUE Q1 FY08 | REVENUE Q2 FY08 | REVENUE Q3 FY08 | REVENUE Q4 FY08 | REVENUE Q1 FY09 | REVENUE Q2 FY09 | REVENUE Q3 FY09 | REVENUE Q4 FY09 |
|---|---|---|---|---|---|---|---|---|---|
| IPOD TOUCH | IPOD TOUCH N45 SEP07 | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72 SEP08 | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72B SEP09 | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N18 SEP09 | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N81 SEP10 | | | | | | | | |
| IPOD TOUCH | RFB IPOD TOUCH | | | | | | | | |
| IPOD TOUCH | ADJ IPOD TOUCH | | | | | | | | |
| | TOTAL IPOD TOUCH | $ 523,010,704 | $ 242,093,971 | $ 253,524,450 | $ 317,214,660 | $ 737,244,770 | $ 392,263,026 | $ 438,029,916 | $ 457,455,023 |
| | | | | | | | | | |
| IPAD | IPAD K48 MAR10 | | | | | | | | |
| IPAD | IPAD K48M MAR10 | | | | | | | | |
| IPAD | IPAD K93 MAR11 | | | | | | | | |
| IPAD | IPAD K94 MAR11 | | | | | | | | |
| IPAD | IPAD K95 MAR11 | | | | | | | | |
| IPAD | IPAD J1 MAR12 | | | | | | | | |
| IPAD | IPAD J2 MAR12 | | | | | | | | |
| IPAD | IPAD J2A MAR12 | | | | | | | | |
| IPAD | RFB IPAD | | | | | | | | |
| IPAD | ADJ IPAD | | | | | | | | |
| | TOTAL IPAD | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |



Highly Confidential - Attorneys' Eyes Only

**APPLE INC**
**Samsung**
**US Sales**

| | | REVENUE Q1 FY10 | REVENUE Q2 FY10 | REVENUE Q3 FY10 | REVENUE Q4 FY10 | REVENUE Q1 FY11 | REVENUE Q2 FY11 | REVENUE Q3 FY11 |
|---|---|---|---|---|---|---|---|---|
| IPOD TOUCH | IPOD TOUCH N45 SEP07 | $ | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72 SEP08 | $ | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72B SEP09 | $ | | | | | | |
| IPOD TOUCH | IPOD TOUCH N18 SEP09 | $ | | | | | | |
| IPOD TOUCH | IPOD TOUCH N81 SEP10 | | | | | | | |
| IPOD TOUCH | RFB IPOD TOUCH | $ | | | | | | |
| IPOD TOUCH | ADJ IPOD TOUCH | $ | | | | | | |
| | TOTAL IPOD TOUCH | $ 1,000,777,559 | $ 557,727,519 | $ 492,576,398 | $ 495,890,601 | $ 1,263,334,621 | $ 546,952,703 | $ 419,622,250 |
| | | | | | | | | |
| IPAD | IPAD K48 MAR10 | | | $ | | | | |
| IPAD | IPAD K48M MAR10 | | | $ | | | | |
| IPAD | IPAD K93 MAR11 | | | | | | | |
| IPAD | IPAD K94 MAR11 | | | | | | | |
| IPAD | IPAD K95 MAR11 | | | | | | | |
| IPAD | IPAD J1 MAR12 | | | | | | | |
| IPAD | IPAD J2 MAR12 | | | | | | | |
| IPAD | IPAD J2A MAR12 | | | | | | | |
| IPAD | RFB IPAD | | | | | | | |
| IPAD | ADJ IPAD | | | $ | | | | |
| | TOTAL IPAD | $ - | $ - | $ 1,397,852,237 | $ 1,223,480,152 | $ 2,064,581,427 | $ 1,067,404,775 | $ 2,582,629,921 |

**APPLE INC**
**Samsung**
**US Sales**

| | | REVENUE Q4 FY11 | REVENUE Q1 FY12 | REVENUE Q2 FY 12 | REVENUE Q3 FY12 | STD COST Q4 FY07 | STD COST Q1 FY08 | STD COST Q2 FY08 | STD COST Q3 FY08 |
|---|---|---|---|---|---|---|---|---|---|
| IPOD TOUCH | IPOD TOUCH N45 SEP07 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72 SEP08 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72B SEP09 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N18 SEP09 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N81 SEP10 | $ | | | | | | | |
| IPOD TOUCH | RFB IPOD TOUCH | $ | | | | | | | |
| IPOD TOUCH | ADJ IPOD TOUCH | $ | | | | | | | |
| | TOTAL IPOD TOUCH | $ 342,286,343 | $ 993,115,931 | $ 410,922,482 | $ 354,062,071 | $ 38,893,707 | $ 374,148,628 | $ 154,465,414 | $ 152,018,014 |
| | | | | | | | | | |
| IPAD | IPAD K48 MAR10 | $ | | | | | | | |
| IPAD | IPAD K48M MAR10 | $ | | | | | | | |
| IPAD | IPAD K93 MAR11 | $ | | | | | | | |
| IPAD | IPAD K94 MAR11 | $ | | | | | | | |
| IPAD | IPAD K95 MAR11 | $ | | | | | | | |
| IPAD | IPAD J1 MAR12 | | | | | | | | |
| IPAD | IPAD J2 MAR12 | | | | | | | | |
| IPAD | IPAD J2A MAR12 | | | | | | | | |
| IPAD | RFB IPAD | $ | | | | | | | |
| IPAD | ADJ IPAD | $ | | | | | | | |
| | TOTAL IPAD | $ 2,172,069,576 | $ 3,240,194,893 | $ 2,386,598,692 | $ 2,890,864,656 | $ - | $ - | $ - | $ - |



Highly Confidential - Attorneys' Eyes Only

**APPLE INC**
**Samsung**
**US Sales**

| | | STD COST Q4 FY08 | STD COST Q1 FY09 | STD COST Q2 FY09 | STD COST Q3 FY09 | STD COST Q4 FY09 | STD COST Q1 FY10 | STD COST Q2 FY10 | STD COST Q3 FY10 |
|---|---|---|---|---|---|---|---|---|---|
| IPOD TOUCH | IPOD TOUCH N45 SEP07 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72 SEP08 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72B SEP09 | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N18 SEP09 | | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N81 SEP10 | | | | | | | | |
| IPOD TOUCH | RFB IPOD TOUCH | $ | | | | | | | |
| IPOD TOUCH | ADJ IPOD TOUCH | $ | | | | | | | |
| | TOTAL IPOD TOUCH | $ 194,712,687 | $ 449,797,742 | $ 212,808,101 | $ 229,153,894 | $ 258,947,821 | $ 631,129,256 | $ 341,909,201 | $ 289,985,904 |
| | | | | | | | | | |
| IPAD | IPAD K48 MAR10 | | | | | | | | $ |
| IPAD | IPAD K48M MAR10 | | | | | | | | $ |
| IPAD | IPAD K93 MAR11 | | | | | | | | |
| IPAD | IPAD K94 MAR11 | | | | | | | | |
| IPAD | IPAD K95 MAR11 | | | | | | | | |
| IPAD | IPAD J1 MAR12 | | | | | | | | |
| IPAD | IPAD J2 MAR12 | | | | | | | | |
| IPAD | IPAD J2A MAR12 | | | | | | | | |
| IPAD | RFB IPAD | | | | | | | | |
| IPAD | ADJ IPAD | | | | | | | | $ |
| | TOTAL IPAD | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 886,007,320 |



Highly Confidential - Attorneys' Eyes Only

**APPLE INC**
**Samsung**
**US Sales**

| | | STD COST Q4 FY10 | STD COST Q1 FY11 | STD COST Q2 FY11 | STD COST Q3 FY11 | STD COST Q4 FY11 | STD COST Q1 FY12 | STD COST Q2 FY 12 | STD COST Q3 FY12 |
|---|---|---|---|---|---|---|---|---|---|
| IPOD TOUCH | IPOD TOUCH N45 SEP07 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72 SEP08 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N72B SEP09 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N18 SEP09 | $ | | | | | | | |
| IPOD TOUCH | IPOD TOUCH N81 SEP10 | $ | | | | | | | |
| IPOD TOUCH | RFB IPOD TOUCH | $ | | | | | | | |
| IPOD TOUCH | ADJ IPOD TOUCH | $ | | | | | | | |
| | TOTAL IPOD TOUCH | $ 310,203,236 | $ 832,882,278 | $ 337,524,385 | $ 259,963,264 | $ 216,256,512 | $ 626,028,072 | $ 246,624,087 | $ 198,303,470 |
| | | | | | | | | | |
| IPAD | IPAD K48 MAR10 | $ | | | | | | | |
| IPAD | IPAD K48M MAR10 | $ | | | | | | | |
| IPAD | IPAD K93 MAR11 | | | | | | | | |
| IPAD | IPAD K94 MAR11 | | | | | | | | |
| IPAD | IPAD K95 MAR11 | | | | | | | | |
| IPAD | IPAD J1 MAR12 | | | | | | | | |
| IPAD | IPAD J2 MAR12 | | | | | | | | |
| IPAD | IPAD J2A MAR12 | | | | | | | | |
| IPAD | RFB IPAD | $ | | | | | | | |
| IPAD | ADJ IPAD | $ | | | | | | | |
| | TOTAL IPAD | $ 777,447,470 | $ 1,312,881,195 | $ 723,862,379 | $ 1,736,587,721 | $ 1,463,793,277 | $ 2,077,745,667 | $ 1,622,503,662 | $ 2,017,837,012 |