# Exhibit A

| | |
|---|---|
| **From:** | Kevin Smith <kevinsmith@quinnemanuel.com> |
| **Sent:** | Thursday, October 25, 2012 10:53 AM |
| **To:** | Sabri, Nathan B.; Victoria Maroulis |
| **Cc:** | Bartlett, Jason R.; AvSS_NDC_Post_Trial; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'; Samsung v. Apple; Prashanth Chennakesavan; Hung, Richard S. J. |
| **Subject:** | RE: Apple v. Samsung (11-cv-1846) -- Sealed documents ISO Samsung's post-trial motions |
| **Attachments:** | 2065-13d Exhibit 31 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf; 2065-13e Exhibit 32 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf; 2065-16b Exhibit 38 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf; 2066-12b Exhibit 72 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf; 2069-26a Exhibit 189 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf; 2065-03b Exhibit 10 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf; 2065-03c Exhibit 11 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf; 2065-03d Exhibit 12 to Wagner Dec iso Samsung Opp to Apple PI [UNDER SEAL].pdf |

Nate,

Please find attached corrected exhibits containing information Apple has designated as confidential that Samsung intends to file. Samsung will also be filing additional corrected exhibits related to Samsung's confidential information.

**Kevin Smith**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6383 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
kevinsmith@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sabri, Nathan B. [mailto:NSabri@mofo.com]
**Sent:** Thursday, October 25, 2012 9:08 AM
**To:** Victoria Maroulis
**Cc:** Bartlett, Jason R.; AvSS_NDC_Post_Trial; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'; Samsung v. Apple; Kevin Smith; Prashanth Chennakesavan; Hung, Richard S. J.
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Sealed documents ISO Samsung's post-trial motions

Vicki,

Thanks for your response.

We propose that Samsung withdraw the previous versions of the exhibits below and re-file the following excerpts, which are the pages Samsung cited in these documents. Attached are proposed excerpts, including a title page for each document.

We are still confirming with our client, but if Samsung is willing to redact non-US information as irrelevant from Wagner Exs. 10, 11, 12, and 72, which we have already done in the attached proposed excerpts, these may be filed publicly.

- Wagner Ex. 10 – pages '356 and '362
- Wagner Ex. 11 – page '450
- Wagner Ex. 12 – pages '523 and '572
- Wagner Ex. 31 – page '924
- Wagner Ex. 32 – pages '109 and '120
- Wagner Ex. 38 – pages '174 and '179
- Wagner Ex. 72 – page '509
- Wagner Ex. 189 – page 4

We would also request that Samsung withdraw Pierce Ex. 6, which consists of a page from a smartphone study produced in the -630 case and does not appear to be cited in any brief or declaration.

Nate


**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6641 | C: 415.645.3604
NSabri@mofo.com | www.mofo.com

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Wednesday, October 24, 2012 5:39 PM
**To:** Hung, Richard S. J.
**Cc:** Bartlett, Jason R.; Sabri, Nathan B.; AvSS_NDC_Post_Trial; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'; Samsung v. Apple; Kevin Smith; Prashanth Chennakesavan
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Sealed documents ISO Samsung's post-trial motions

Rich/Nate,

We are willing to excerpt the Wagner declaration exhibits per your request. To avoid unnecessary work, please advise which of the Wagner exhibits or excerpts of exhibits Apple intends to seal and which it is willing to file publicly.

Please copy Kevin Smith and Prashanth Chennakesavan of our team on your response.

Vicki

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Wednesday, October 24, 2012 5:20 PM
**To:** Victoria Maroulis
**Cc:** Bartlett, Jason R.; Sabri, Nathan B.; AvSS_NDC_Post_Trial; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'; Samsung v. Apple
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Sealed documents ISO Samsung's post-trial motions

Vicki,

Can you please respond? We need to know Samsung's position immediately, as our sealing declarations are due on Friday. We also will need to bring to the Court's attention Samsung's submission of confidential, but irrelevant pages if Samsung does not agree.   To reiterate, both parties cooperated during trial to ensure that our submissions and disclosures of confidential documents were narrowly tailored.

Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Tuesday, October 23, 2012 4:22 PM
**To:** Hung, Richard S. J.
**Cc:** Bartlett, Jason R.; Sabri, Nathan B.; AvSS_NDC_Post_Trial; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'; Samsung v. Apple
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Sealed documents ISO Samsung's post-trial motions

Rich,

We are considering your request. We will respond as soon as practicable.

Vicki

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, October 23, 2012 3:51 PM
**To:** Victoria Maroulis
**Cc:** Bartlett, Jason R.; Sabri, Nathan B.; AvSS_NDC_Post_Trial; 'WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com); Samsung v. Apple
**Subject:** Apple v. Samsung (11-cv-1846) -- Sealed documents ISO Samsung's post-trial motions

Vicki,

During trial, the parties cooperated to avoid unnecessary sealing motions and requests to stay sealing orders by submitting only the necessary pages of exhibits. For example, when cross-examining Phil Schiller, Samsung used only certain pages from Apple's internal consumer surveys, per the Court's suggestion. (Trial Tr. 570:25-571:2.)

In its October 19 filing, Samsung lodged a large number of confidential documents in their entirety -- even where the cited document relies only on a few pages. (*See, e.g.,* Exhibits 10-12, 31, 32, 34, 38, 72 to Wagner Decl. ISO Samsung's Opp'n to Perm. Inj.) Samsung cited just two pages of Exhibit 10, one page of Exhibit 11, and two pages of Exhibit 12.

Please let us know if Samsung is willing to withdraw the exhibits above and re-file excerpts containing just the specific cited pages on which Samsung relies in its briefs and supporting declarations. (We maintain our objection to Samsung's use and filing of confidential documents from the 630 case, and this request does not waive that objection.)

Rich

------------------------------------------------------------------