Excerpted Replacement Exhibit 37 to the October 19, 2012 Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction

FILED UNDER SEAL