HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO ENLARGE PAGE LIMIT FOR PERMANENT INJUNCTION AND ENHANCED DAMAGES REPLY** |

Apple requests leave to file a reply to Samsung's Opposition to Apple's Administrative Motion to Enlarge Page Limit for Reply in Support of Motion for Permanent Injunction and for Enhanced Damages (Dkt. No. 2098) because Samsung's Opposition misrepresents what Apple said at the hearing after the jury verdict was announced. Samsung pretends that Apple "accepted" page limits for the permanent injunction briefs and that Apple "assur[ed] the Court" that it would narrow the scope of its motion to a subset of the infringing Samsung products only. In fact, as explained in the Reply attached hereto as Exhibit A, Apple's comments were in the context of a *preliminary* injunction that would be briefed on a highly expedited schedule and limited to certain products only.

Apple requests leave to file the accompanying Reply in order to correct Samsung's misrepresentations and to ensure that the factual record is correct. Samsung has declined to stipulate to this request, as confirmed in the accompanying declaration of Richard Hung.

Dated:  October 28, 2012         MORRISON & FOERSTER LLP

By:  */s/ Michael A. Jacobs*
     Michael A. Jacobs

     Attorneys for Plaintiff
     APPLE INC.