1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO ENLARGE PAGE LIMIT FOR PERMANENT INJUNCTION AND ENHANCED DAMAGES REPLY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-cv-01846-LHK
sf-3211670

Plaintiff Apple Inc. ("Apple") has filed an administrative motion pursuant to Civil Local Rule 7-11 for leave to file a reply in support of its Administrative Motion to Enlarge Page Limit for Apple's Reply In Support of Motion for Permanent Injunction and for Enhanced Damages.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefor, the Court hereby GRANTS Apple's motion for leave to file a reply. The reply attached as Exhibit A to Apple's administrative motion for leave to file reply is hereby accepted and deemed to be filed.

**IT IS SO ORDERED.**

Dated: _____     _____
                                   Hon. Lucy H. Koh
                                   United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3211670

1