HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE APPLE'S BRIEF IN RESPONSE TO SAMSUNG'S REQUEST FOR ADDITIONAL DEPOSITIONS** |

Apple requests leave to file a Response to Samsung's request in Samsung's Opposition to Apple's Motion to Compel Depositions (Dkt. No. 2090) because Samsung's Opposition includes an improper cross motion to compel the depositions of Mr. Musika, Ms. Robinson, Mr. Schiller, and Dr. Winer.  As explained in the Response attached hereto as Exhibit A, Apple waived its reply, but when it did so, it had no reason to expect that Samsung would add a previously undisclosed request for discovery in its Opposition.

Apple requests leave to file the accompanying response in order to oppose Samsung's cross motion to compel.  Samsung did not respond to this request, as confirmed in the accompanying declaration of Richard Hung.

Dated:  October 28, 2012                    MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
    Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.