HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE APPLE'S BRIEF IN RESPONSE TO SAMSUNG'S REQUEST FOR ADDITIONAL DEPOSITIONS** |

I, Richard S.J. Hung, do hereby declare as follows:

1.     I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Administrative Motion for Leave to File Apple's Brief in Response to Samsung's Request for Additional Depositions. I have personal knowledge of the matters stated herein. If called as a witness, I would testify to the facts set forth below.

2.     Pursuant to Civil Local Rule 7-11 and 7-12, I sent an email to Samsung's counsel stating that Apple intended to move for leave to file a reply in support of Apple's Motion to Compel. I asked if Samsung would stipulate to the motion. Samsung did not respond to the request. Accordingly, it is not possible for Apple to obtain a stipulation from Samsung on this matter.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 28th day of October 2012 in San Diego, California.

*/s/ Richard S.J. Hung*
RICHARD S.J. HUNG

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: October 28, 2012  /s/ Michael A. Jacobs
Michael A. Jacobs

HUNG DECL. ISO APPLE'S ADMIN. MOTION FOR LEAVE TO FILE RESPONSE TO DEPO REQUEST
CASE NO. 11-CV-01846-LHK
pa-1558084

2