1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17

18              UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

                     Plaintiff,                   **SAMSUNG'S OPPOSITION TO APPLE'S**
21                                                **SECOND ADMINISTRATIVE MOTION**
              vs.                                 **RE ENLARGING PAGE LIMIT FOR**
22                                                **APPLE'S REPLY IN SUPPORT OF**
   SAMSUNG ELECTRONICS CO., LTD., a              **MOTION FOR PERMANENT**
23 Korean business entity; SAMSUNG               **INJUNCTION AND FOR ENHANCED**
   ELECTRONICS AMERICA, INC., a New              **DAMAGES**
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26              Defendants.

27

28

1    Continuing to burden the Court with unnecessary briefing, Apple has now filed yet another

2    administrative motion (Dkt. 2099).    Its latest motion seeks leave to file a reply brief in support of

3    another administrative motion (Dkt. 2092) that, in turn, had sought a one-sided, 66% increase in

4    pages for Apple's reply brief in support of its injunction and enhancements motion.

5    The parity embodied in both the Local Rules and the Court's briefing Order (Dkt. 1945)

6    warrant denial of Apple's administrative motions.    Apple could have requested additional pages

7    at any time after the Court's August 28 briefing order, or it could have brought a request for

8    injunctive relief that was reasonable in scope.    Apple did neither.    To the extent they are not

9    simply inherent in a motion for injunctive relief, all the complexities to which Apple now points as

10   justifying additional pages are the result of the scope of Apple's own motion, and apply equally to

11   Samsung's briefing.    But Samsung already complied with the Court's post-trial briefing order by

12   filing a 35-page opposition to Apple's opening brief (which itself was already five pages longer

13   than the Local Rules typically permit), understanding the Court's briefing limits would be

14   enforced against both parties.

15   Apple already benefits from a 10-page disparity in the briefing on Apple's injunction and

16   enhancements motion.    Parity requires that if Apple receives even more additional pages,

17   Samsung should receive a sur-reply of equal length to maintain the briefing ratios previously

18   ordered by the Court and to which Apple never objected.

19

20   DATED: October 28, 2012        QUINN EMANUEL URQUHART & SULLIVAN, LLP

21                                 By   */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven

22                                      Kathleen M. Sullivan
                                        Kevin P.B. Johnson

23                                      Victoria F. Maroulis
                                        Susan R. Estrich

24                                      Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS CO., LTD.,

25                                      SAMSUNG ELECTRONICS AMERICA, INC., and
                                        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

26

27

28