HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO CLARIFY ORDER COMPELLING EXPERT DEPOSITIONS** |

1    Apple moves the Court for clarification of its Order of October 29, 2012, which granted

2    Apple's motion to compel the depositions of several Samsung experts, and "also orders Apple to

3    produce its experts for Samsung to depose." (Dkt. No. 2105 at 2:5-6.)  Apple will make the

4    experts identified in the Court's Order (Marylee Robinson and Dr. Russell Winer ) available for

5    deposition.  Apple seeks clarification, however, because the Court directed Apple to make a *fact*

6    *witness* (Phil Schiller) available for deposition.  (*Id.* at 4:22-23.)  Mr. Schiller is an Apple

7    executive who testified at trial and whom Samsung has already deposed, and whose declaration is

8    limited to facts and does not include any expert opinions.  (Dkt. No. 1985.)

9    Apple did not move to depose any Samsung fact witnesses, even though Samsung's

10   Opposition to Apple's Motion for Permanent Injunction and Enhanced Damages included

11   declarations of four Samsung fact witnesses (Hee-Chan Choi, Corey Kerstetter, David Kim, and

12   Tim Rowden, Dkt. Nos. 2055, 2060, 2056, 2075), three of whom Apple has never deposed.  (*See*

13   Dkt. No. 2092 at 1:21-23.)  Nor did Apple move to compel depositions of three other Samsung

14   experts who submitted declarations in support of Samsung's opposition to a permanent injunction

15   (R. Sukumar, Andries van Dam, and Michael Wagner, Dkt. Nos. 2054-3, 2054-5, 2065).  Instead,

16   Apple limited its request for depositions to four experts out of the seven experts and four fact

17   witnesses who submitted declarations in support of Samsung's opposition, which was far more

18   than the three experts and two fact witnesses who submitted declarations with Apple's motion.

19   The Court referred in its Order to Samsung's argument that "it too should be allowed to

20   depose Apple's experts," and "order[ed] Apple to produce its experts for Samsung to depose."

21   (Dkt. No. 2105 at 3:19-20, 2:5-6.)  In view of the Court's repeated references to "experts" and the

22   fact that Apple did not seek and has not obtained any depositions of Samsung fact witnesses, the

23   Court's Order appears to have been intended to be limited to depositions of experts, and not of

24   fact witnesses.  Accordingly, Apple respectfully requests that the Court clarify that the Order

25   requires Apple to make available for deposition its two experts (Marylee Robinson and Dr.

26   Russell Winer), and does not require Apple to produce Mr. Schiller for deposition.

27

28

1     Dated: October 30, 2012          MORRISON & FOERSTER LLP

2

3                                       By:    /s/ *Michael A. Jacobs*

4                                              Michael A. Jacobs

5                                              Attorneys for Plaintiff
                                             APPLE INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28