1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO CLARIFY ORDER COMPELLING EXPERT DEPOSITIONS** |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3212265

1  Plaintiff Apple Inc. ("Apple") has filed a motion to clarify this Court's Order of October 29, 2012 (Dkt. No. 2105), which ordered Apple "to produce its experts for Samsung to depose." Having considered the arguments of the parties and the papers submitted, and finding good cause therefor, the Court hereby GRANTS Apple's motion. The Court's Order is hereby clarified to indicate that Apple should produce its two experts, Marylee Johnson and Dr. Russell Winer, for deposition. Phil Schiller is not an expert and need not be made available for another deposition. .

**IT IS SO ORDERED.**

Dated: _____   _____
                                     Hon. Paul S. Grewal
                                     United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3212265

1