HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING APPLE'S MOTION TO CLARIFY ORDER COMPELLING DEPOSITIONS** |

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for briefing Apple's Motion to Clarify Order Granting Apple's Motion to Compel (Dkt. No. 2105).

WHEREAS, the Court entered an Order on October 29, 2012 ordering both Samsung and Apple to make certain persons available for deposition by November 5, 2012 (Dkt. No. 2105);

WHEREAS, Apple filed a motion on the morning of October 30, 2012, to clarify that the Court's Order is limited to experts and does not include Phil Schiller;

WHEREAS, Samsung opposes Apple's motion to clarify but has agreed to a shortened schedule for briefing Apple's motion to clarify;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. Samsung shall file an opposition to Apple's motion to clarify by 12 p.m. noon on October 31, 2012;

2. Apple shall not file a reply brief; and

3. The parties waive oral argument.

**IT IS SO STIPULATED.**

Dated: October 30, 2012     By:  /s/ Michael A. Jacobs
                                 Michael A. Jacobs

                                 Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

Dated: October 30, 2012     By:  /s/ Victoria Maroulis
                                 Victoria Maroulis

                                 Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:

The Honorable Paul S. Grewal
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON APPLE'S MOT. TO CLARIFY ORDER
COMPELLING DEPOSITIONS
11-cv-01846-LKH (PSG)
sf-3212286

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: October 30, 2012                    /s/ Michael A. Jacobs
                                                              Michael A. Jacobs