1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
16 Telecommunications America, LLC

17
                    UNITED STATES DISTRICT COURT
18
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL APPLE TO DISCLOSE THE CIRCUMSTANCES AND TIMING OF ITS DISCOVERY OF JUROR INFORMATION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 11-cv-01846-LHK
DECLARATION IN SUPPORT OF MOTION TO COMPEL

1    I, Victoria Maroulis, declare as follows:

2    1.    I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.    On October 24, 2012, I sent a letter to counsel for Apple Inc. ("Apple") requesting that Apple provide a declaration attesting to its discovery of information regarding jury foreman Velvin Hogan's misrepresentations in *voir dire*.   Attached hereto as Exhibit A is a true and correct copy of my October 24 letter.

3.    On October 25, 2012, counsel for Apple, Richard Hung, responded to my letter in an email.   A true and correct copy of Mr. Hung's October 25 email is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Redwood Shores, California on October 30, 2012.


By   */s/ Victoria Maroulis*
          Victoria Maroulis