# Exhibit A

quinn emanuel trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
victoriamaroulis@quinnemanuel.com

October 24, 2012

**VIA ELECTRONIC MAIL**

Richard S. J. Hung
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482
P (415) 268-7000
F (415) 268-7522

Re:   Request for Declaration regarding Apple's Knowledge of Mr. Hogan's Misconduct

Dear Rich:

This correspondence addresses Apple's opposition to Samsung's motion for new trial based on the juror misconduct of Mr. Velvin Hogan, which argues that "Samsung waived these objections because it . . . could have discovered the alleged 'lies' [of Mr. Hogan] before the verdict."  Dkt. 2050 at 1.

As you know, at Apple's request, Samsung provided two declarations—on October 4, 2012 (Dkt. 2022) and October 1, 2012 (Dkt. 2022-1)—describing when and how Samsung learned of Mr. Hogan's misrepresentations during voir dire.  Apple cited the October 4 declaration in its opposition.  Dkt. 2050 at 2.  Because Samsung's declarations establish without doubt that Samsung had no knowledge of those misrepresentations during the relevant time period, Apple now argues that Samsung had constructive knowledge because it allegedly "could have discovered the Seagate complaint" before the verdict.  Dkt. 2050 at 2.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

Apple thus has put at issue what Samsung allegedly should have discovered regarding Mr. Hogan.  Samsung requests a declaration from Apple that addresses the same topics, in the same level of detail, covered by Samsung's October 4 declaration, including specifically when and how Apple learned that Mr. Hogan had been an adverse party to Seagate in litigation.  Obviously, when and how Apple learned of those facts is probative of Apple's claim that Samsung should have known.

We ask that Apple provide the declaration by no later than 5 p.m. Pacific on Friday.  If Apple refuses to provide such a declaration, Samsung will move to compel on a shortened schedule.  Given the approaching deadline for Samsung to file its reply, please let us know by 5 p.m. Pacific tomorrow whether Apple will provide the requested declaration.

I look forward to your response.


Very truly yours,

/s/ Victoria F. Maroulis

Victoria F. Maroulis

VFM