[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING SAMSUNG'S MOTION TO COMPEL APPLE TO DISCLOSE THE CIRCUMSTANCES AND TIMING OF ITS DISCOVERY OF JUROR INFORMATION** |

## **STIPULATION**

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for briefing Samsung's Motion to Compel Apple to Disclose the Circumstances and Timing of Its Discovery of Juror Information (the "Motion to Compel").

WHEREAS, the parties have agreed to a shortened schedule to brief Samsung's Motion to Compel;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. Apple shall file an opposition to Samsung's Motion to Compel by noon on Friday, November 2, 2012;

2. Samsung shall not file a reply brief; and

3. The parties waive oral argument.

**IT IS SO STIPULATED.**

## [PROPOSED] ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:

_____
The Honorable Lucy H. Koh
United States District Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated:  October 30, 2012 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | | hmcelhinny@mofo.com |
| | | MICHAEL A. JACOBS (CA SBN 111664) |
| 5 | | mjacobs@mofo.com |
| | | RACHEL KREVANS (CA SBN 116421) |
| 6 | | rkrevans@mofo.com |
| | | JENNIFER LEE TAYLOR (CA SBN 161368) |
| 7 | | jtaylor@mofo.com |
| | | ALISON M. TUCHER (CA SBN 171363) |

Dated: October 30, 2012

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


By:   */s/ Richard S.J. Hung*
           Richard S.J. Hung

           Attorneys for Plaintiff and Counterclaim-Defendant
           APPLE INC.

STIPULATION RE BRIEFING SCHEDULE
11-cv-01846-LKH (PSG)

Dated: October 30, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By: */s/ Victoria Maroulis*
        Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

STIPULATION RE BRIEFING SCHEDULE
11-cv-01846-LKH (PSG)

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: October 30, 2012

*/s/ Victoria Maroulis*
Victoria Maroulis