1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5      Kevin P.B. Johnson (Bar No. 177129
       kevinjohnson@quinnemanuel.com
6      Victoria F. Maroulis (Bar No. 202603)
       victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone:    (650) 801-5000
    Facsimile:    (650) 801-5100
9
       Michael T. Zeller (Bar No. 196417)
10     michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15
16                  UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 19              Plaintiff, | **DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF** |
| 20        vs. | **STIPULATION REGARDING SCHEDULE FOR BRIEFING** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **SAMSUNG'S MOTION TO COMPEL APPLE TO DISCLOSE THE** |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **CIRCUMSTANCES AND TIMING OF ITS** |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DISCOVERY OF JUROR INFORMATION** |
| 24              Defendant. | |
| 25 | |

26

27

28

Case No. 11-cv-01846-LHK

1       I, Victoria Maroulis, declare as follows:

2       1.     I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3 counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4 Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the

5 facts set forth in this declaration and, if called upon as a witness, I could and would testify to such

6 facts under oath.

7       2.     On October 30, 2012, I contacted counsel for Apple via email to propose a

8 shortened briefing schedule whereby Samsung would file its Motion to Compel Apple to Disclose

9 the Circumstances and Timing of its Discovery of Juror Information (the "Motion to Compel") by

10 noon on October 30, 2012, Apple would file its opposition brief by noon on November 1, 2012,

11 Samsung would waive its right to file a reply brief, and the Motion to Compel would be submitted

12 on the papers.

13       3.     Apple responded to my message indicating that it would agree to a shortened

14 briefing schedule that required it to file its opposition to the Motion to Compel by November 2,

15 2012.  Subsequently, Apple agreed to a noon filing deadline on November 2.  Attached hereto as

16 Exhibit A is a true and correct copy of my email exchange with counsel for Apple.

17       4.     The requested time modification is necessary to allow the Court to decide

18 Samsung's Motion to Compel before Samsung's reply in support of its new trial motion is due on

19 November 9, 2012, as the information sought in the Motion to Compel is directly related to

20 arguments at issue in Samsung's new trial motion.

21       5.     The present request to shorten the briefing and hearing schedule on Samsung's

22 Motion to Compel will not affect the schedule of the case.

23       I declare under penalty of perjury under the laws of the United States that the foregoing is

24 true and correct.  Executed on the 30th of October, 2012, in Redwood Shores, California.

25

26                             */s/ Victoria Maroulis*

27

28