# Exhibit A

## Karen Bobrow

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **Sent:** | Tuesday, October 30, 2012 11:50 AM |
| **To:** | 'Hung, Richard S. J.' |
| **Cc:** | 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Albert P Bedecarre; Todd Briggs; Dan Posner; Dylan Proctor |
| **Subject:** | RE: Apple v. Samsung (11-cv-1846) -- Motion to compel |

Thanks.  We will delete the first Whereas clause and file shortly.

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, October 30, 2012 11:38 AM
**To:** Victoria Maroulis
**Cc:** 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Albert P Bedecarre; Todd Briggs; Dan Posner; Dylan Proctor
**Subject:** Re: Apple v. Samsung (11-cv-1846) -- Motion to compel

Please delete the first Whereas clause, which is unnecessary.

**From**: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent**: Tuesday, October 30, 2012 11:31 AM
**To**: Victoria Maroulis <victoriamaroulis@quinnemanuel.com>; Hung, Richard S. J.
**Cc**: 'WHAppleSamsungNDCalService@wilmerhale.com' <WHAppleSamsungNDCalService@wilmerhale.com>; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; Albert P Bedecarre <albedecarre@quinnemanuel.com>; Todd Briggs <toddbriggs@quinnemanuel.com>; Dan Posner <danposner@quinnemanuel.com>; Dylan Proctor <dylanproctor@quinnemanuel.com>
**Subject**: RE: Apple v. Samsung (11-cv-1846) -- Motion to compel

Rich – please see proposed stip below.  can we sign your name on this?

## **STIPULATION**

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for briefing Samsung's Motion to Compel Apple to Disclose the Circumstances and Timing of Its Discovery of Juror Information (the "Motion to Compel").

WHEREAS, Samsung is filing contemporaneous with this Stipulation the Motion to Compel in which Samsung seeks an order compelling Apple to disclose the circumstances and timing of its discovery of information relating to Samsung's claims of juror misconduct as raised in Samsung's Motion for JMOL, New Trial, and/or Remittitur (Dkt. 2013);

WHEREAS, the parties have agreed to a shortened schedule to brief Samsung's Motion to Compel;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1.  Apple shall file an opposition to Apple's Motion to Compel by noon on Friday, November 2, 2012;

2.  Samsung shall not file a reply brief; and

3. The parties waive oral argument.

**IT IS SO STIPULATED.**

---

**From:** Victoria Maroulis
**Sent:** Tuesday, October 30, 2012 9:22 AM
**To:** 'Hung, Richard S. J.'
**Cc:** 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Albert P Bedecarre; Todd Briggs; Dan Posner; Dylan Proctor
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Motion to compel

Rich – please confirm that Apple will file its opposition by noon on Friday.  With that, we'll prepare a stip and send it over shortly.

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, October 30, 2012 9:09 AM
**To:** Victoria Maroulis
**Cc:** 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Albert P Bedecarre; Todd Briggs
**Subject:** Re: Apple v. Samsung (11-cv-1846) -- Motion to compel

We will oppose, but will agree to shortened time with our opposition due Friday and no reply or hearing.

---

**From**: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent**: Tuesday, October 30, 2012 08:48 AM
**To**: Hung, Richard S. J.
**Cc**: AvSSNDCPostTrial; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)' <WHAppleSamsungNDCalService@wilmerhale.com>; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; Albert P Bedecarre <albedecarre@quinnemanuel.com>; Todd Briggs <toddbriggs@quinnemanuel.com>
**Subject**: Apple v. Samsung (11-cv-1846) -- Motion to compel

Rich,

As we explained in our letter of October 24, Apple's arguments raised in opposition to Samsung's Motion for New Trial have put at issue Apple's own knowledge of Mr. Hogan's lawsuit against Seagate and his failure to provide truthful information in response to the Court's questions on *voir dire*.  Because Apple has refused to provide this information to Samsung, we intend to move the Court to compel Apple to provide this information.

Assuming Apple intends to oppose this motion, please advise by 11 am this morning as to whether Apple will agree to shortened time for briefing this motion, such that Samsung's brief will be filed by noon today, Tuesday October 30, Apple's response will be filed by noon on Thursday, November 1, and there will be no reply or hearing.

Thank you.

Vicki

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------