UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO DISCLOSE THE CIRCUMSTANCES AND TIMING OF ITS DISCOVERY OF JUROR INFORMATION** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Apple to Disclose the Circumstances and Timing of its Discovery of Juror Information (the "Motion").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion and orders Apple to file with the Court, by no later than noon on November 5, 2012, a full and complete disclosure, under penalty of perjury, attesting to the circumstances and timing of its discovery of factual information relating to jury foreman Velvin Hogan, including specifically when and how Apple first learned

1   that Mr. Hogan had been a party to lawsuits involving Seagate and of the nature and timing of
2   these lawsuits and their impact on Mr. Hogan.

4   **IT IS SO ORDERED.**

6   DATED:   _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Court Judge