1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Cal. Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19                  Plaintiff,                   **SAMSUNG'S CORRECTED
                                                 ADMINISTRATIVE MOTION TO FILE
20          vs.                                  DOCUMENTS UNDER SEAL**

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
24
                    Defendants.
25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

2. Exhibits 13 and 24 to the Declaration of John Pierce in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

3. Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

4. Exhibits B and C to the Wagner Declaration;

5. Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancements;

6. Declaration of Corey Kerstetter ("Kerstetter Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

7. Exhibits 1 and 2 to the Kerstetter Declaration;

8. Declaration of Hee-chan Choi ("Choi Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

9. Exhibit 1 to the Choi Declaration;

10. Declaration of Sam Lucente ("Lucente Declaration") in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages

Enhancement, Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment;

11. Exhibits 6, 7, 12-1, 12-2, 13 and 22-43 to the Declaration of John M. Pierce in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement;

12. Declaration of Stephen Gray in Support Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Exhibit 2 thereto;

13. Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Exhibits 2, 9-13, 28-32, 34, 37-38, 47, 54, 71-72, 83-87, 92-93, 183, 189, 191, 195, 197-199, 201-204, 206-208, and 212 thereto.

14. Declaration of Tülin Erdem in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement;

15. Declaration of Yoram (Jerry) Wind;

16. Declaration of R. Sukumar in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement.

Samsung has filed a declaration in support of this Administrative Motion to Seal.   As discussed further below, the Court has already ordered that some of the documents cited above be sealed and some of the Samsung information included in the request is the same category of information that this Court has previously ruled may be sealed.   For the reasons stated below, Samsung requests that the Court order the information filed under seal, or if the Court denies Samsung's motion to seal, Samsung respectfully requests that the Court stay the disclosure of any information until a ruling by the Federal Circuit on the related appeal.   *See* Dkt. No. 2047 at 6-7.

**Confidential Apple Information**

Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, Exhibit 13 to the Declaration of John Pierce in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, Exhibit C to the Declaration of Michael Wagner in Support of

1   Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial,

2   and Amended Judgment, Samsung's Opposition to Apple's Motion for a Permanent Injunction

3   and Damages Enhancements, Exhibits 6, 7, 12-1, 12-2, 13 and 22-43 to the Declaration of John M.

4   Pierce in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and

5   Damages Enhancement, Exhibits 9-13, 28-32, 34, 38, 47, 71-72, 83-87, 92-93, 189, 191, 199, 201-

6   204, 206, 208, and 212 to the Declaration of Michael Wagner in Support of Samsung's Opposition

7   to Apple's Motion for a Permanent Injunction and Damages Enhancement, the Declaration of

8   Tülin Erdem in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction

9   and Damages Enhancement; the Declaration of Yoram (Jerry) Wind, and the Declaration of R.

10  Sukumar in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and

11  Damages Enhancement contain materials that Apple has designated as CONFIDENTIAL or

12  CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order.   Samsung expects

13  that Apple will file the declaration required by Civil Local Rule 79-5(d) establishing these

14  documents as sealable.

15          **Confidential Third Party Information**

16          The Court has previously ordered that part of Exhibit 24 to the Declaration of John Pierce

17  in Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and

18  Amended Judgment sealed because it contains confidential licensing information from third

19  parties.   Dkt. No. 1649 at 22:15-17 ("Consistent with Electronic Arts, the Court will grant

20  motions to seal information in the 'Monetary Consideration' column of the PX77 summary and

21  the 'Payments' column of the DX630 summary."). This same portion of DX 630 should remain

22  sealed because of the compelling interest previously identified by the Court.

23          Exhibits 183, 197, and 198 to the Declaration of Michael Wagner in Support of Samsung's

24  Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement consist of

25  market share data, including spreadsheets and analyses, prepared by third-party Strategy

26  Analytics, Inc.   Strategy Analytics' reports include information about the mobile devices market

27  and Strategy Analytics' business relies on selling the reports.   (Declaration of Prashanth

28  Chennakesavan in Support of Samsung's Corrected Administrative Motion to File Under Seal ¶

4.)   Samsung purchased the reports from Strategy Analytics and has a contractual obligation to prevent dissemination of the information.   (*Id.* ¶ 5.)   Disclosure of Strategy Analytics' full report and spreadsheets could be extremely harmful to Strategy Analytics' business as it would no longer be able to sell the reports to others.    As the Court has recognized, compelling reasons exist to seal market research reports prepared by third parties.   (*See* Dkt. No. 2047 at 4-5.)

**Confidential Samsung Information**

The Choi Declaration, Exhibit 1 thereto, the Kerstetter Declaration, Exhibit 1 thereto, and the Lucente Declaration contain information about unreleased products and future business plans including projections based on Samsung's operating profits regarding individual products which could cause serious competitive harm if disclosed publicly.    Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement also contains the same type of confidential future business planning information.    Pursuant to the Court's guidance, this information satisfies the "compelling reasons" standard.    Dkt. No. 1649 at 7-8 ("Although the Court has determined that financial data alone is not sealable, these documents contain substantially more than data alone. Apple's financial analysis and strategy for future corporate plans have the potential to cause considerable competitive harm to Apple if publically disclosed. Accordingly, the Court finds that the risk of 'harm [to Apple's] competitive standing' substantially outweighs the public's interest in disclosure and therefore grants Apple's motion to seal. See Electronic Arts, 298 Fed. App'x at 569 (citing Nixon, 543 U.S. at 598))"); *see also Bauer Bros. LLC v. Nike, Inc.,* 2012 WL 1899838, at *2 (S.D. Cal. May 24, 2012) (finding "compelling reasons" to seal "Nike's confidential business materials, including marketing strategies").

The Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment, Exhibit B to the Wagner Declaration and Exhibit 2 to the Kirstetter Declaration contain recent detailed sales information that breaks down sales by product and specific time periods that could cause competitive harm if disclosed.    Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment discusses the same type of information.    Courts in the Ninth Circuit consistently find that the risk of harm from the release

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1    of just this sort of information is sufficient to meet the "compelling reasons" test.   *Bean v. John*

2    *Wiley & Sons, Inc.*, No. CV 11-08028-PCT-FJM, 2012 WL 1078662, *5-6 (D. Ariz. Mar. 30,

3    2012) (concluding that a company had established "compelling reasons" by showing that

4    competitors could use its production data, revenue information, and "sales and production

5    numbers" to calibrate their pricing and distribution methods so as to undercut the defendant in the

6    market); *TriQuint Semiconductor, Inc. v. Avago Techs., Ltd.*, No. CV 09-1531-PHX-JAT, 2011

7    WL 6182346, *3-7 (D. Ariz. Dec. 13, 2011) (release of documents showing, *inter alia*, sales

8    volumes, market analysis, capital expenditures, cost, and manufacturing capacity would cause

9    competitive harm and thus met the "compelling reasons" standard).

10           Exhibits 2, 37, 195, and 207 to the Declaration of Michael Wagner in Support Samsung's

11   Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and the

12   Declaration itself also contain highly detailed and sensitive strategy, future business planning

13   information, and confidential financial information.    As discussed above, public disclosure of this

14   information risks considerable financial harm to Samsung.    Dkt. No. 1649 at 7-8.

15           The Declaration of Stephen Gray in Support Samsung's Opposition to Apple's for a

16   Permanent Injunction and Damages Enhancement and Exhibit 2 thereto contain Samsung source

17   code algorithms and descriptions of the operation of the confidential source code.    This

18   information poses a competitive harm to Samsung as competitors can re-create the features found

19   in Samsung's products using the information contained in the documents.    "Compelling reasons"

20   exist where the documents to be sealed are "sources of business information that *might harm a*

21   *litigant's competitive standing*."    *Nixon*, 435 U.S. at 598 (emphasis added).

22           Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

23   for *in camera* review and served on all parties.

24

25

26

27

28

1    DATED: October 31, 2012                QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
2

3

4                                           By   /s/ Victoria Maroulis
                                               Charles K. Verhoeven
5                                              Kevin P.B. Johnson
                                               Victoria F. Maroulis
6                                              Michael T. Zeller
                                               Attorneys for SAMSUNG ELECTRONICS CO.,
7                                              LTD., SAMSUNG ELECTRONICS AMERICA,
                                               INC., and SAMSUNG
8                                              TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28