| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 9 | |
|   | Michael T. Zeller (Bar No. 196417) |
| 10 | michaelzeller@quinnemanuel.com |
|    | 865 S. Figueroa St., 10th Floor |
| 11 | Los Angeles, California 90017 |
|    | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF PRASHANTH CHENNAKESAVAN** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

I, Prashanth Chennakesavan, declare:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I am a member of the State Bar of California and admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Samsung's Corrected Administrative Motion to File Documents Under Seal.

3. Exhibits 183, 197, and 198 to the Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement consist of a research report, including underlying spreadsheets, about the global mobile device market prepared by Strategy Analytics, Inc.

4. I am informed and believe that Strategy Analytics' business depends on selling research reports and data, such as the ones included in Exhibits 183, 197, and 198.

5. Samsung acquired the report and data from Strategy Analytics under an agreement to keep the information confidential.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on October 31, 2012.

　　　　　　　　　　　　　　　　　　　　 */s/ Prashanth Chennakesavan*
　　　　　　　　　　　　　　　　　　　　　Prashanth Chennakesavan

1

**GENERAL ORDER ATTESTATION**

2

3   I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

4   foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the

5   electronic filing of this document has been obtained from Prashanth Chennakesavan.

6

7   _/s/ Victoria Maroulis_

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28