QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CAREY RAMOS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Carey Ramos, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I submit this declaration in support of my application for admission to practice *pro hac vice* in the Northern District of California representing defendants Samsung Electronics Co., Ltd. et al. ("Samsung") in the above-captioned action.   I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On October 29, 2012, this Court ordered that Samsung produce Dr. Yoram Wind for deposition by November 5, 2012.  I have been requested to represent Dr. Wind at his deposition, which will be held in Philadelphia, PA.

3. I am a member in good standing of the Bar of the State of New York.  Attached hereto is a true and correct copy of a page from the official website of the New York State Unified Court System confirming that I am currently registered as a member of the Bar of the State of New York.  *See* http://iapps.courts.state.ny.us/attorney/AttorneyDetails?attorneyId=5406767.

4. I am unable to obtain a Certificate of Good Standing because the New York State Supreme Court Appellate Division, First Department (the "First Department"), from which I must obtain such a certificate, is closed due to the severe storm system that recently passed through New York City.  I will obtain the required Certificate of Good Standing as soon as the First Department reopens and submit it to this Court no later than November 7, 2012.

5. In view of the foregoing, I respectfully request that the Court grant my application for admission *pro hac vice* so that I may represent Dr. Wind at his deposition.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 31st of October, 2012, in New York, New York.

*/s/ Carey Ramos*

**GENERAL ORDER ATTESTATION**

I, Carey Ramos, am the ECF user whose ID and password are being used to file this Declaration.

*/s/ Carey Ramos*