UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C 11-1846 LHK (PSG) <br><br> **ORDER RE: APPLE'S MOTION TO CLARIFY** <br><br> **(Re: Docket No. 2106)** |

Clarification of the court's October 29 order is what Apple wants, and so clarification Apple shall get. No later than November 5, 2012, Mr. Schiller shall appear for three hours of deposition.

IT IS SO ORDERED.

Dated: November 1, 2012

                                                    _PaulS.Grewal_
                                                    PAUL S. GREWAL
                                                    United States Magistrate Judge

1

Case No.: C 11-1846 LHK (PSG)
ORDER