1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12  APPLE, INC., a California Corporation,    )   CASE NO.:  11-CV-01846-LHK
                                              )
13              Plaintiff,                    )
                                              )
14         v.                                 )   **[PROPOSED] ORDER GRANTING**
                                              )   **RENEWED MOTION BY**
15  SAMSUNG ELECTRONICS CO., LTD., a          )   **NONPARTY MOTOROLA**
    Korean corporation; SAMSUNG               )   **MOBILITY LLC TO SEAL**
16  ELECTRONICS AMERICA, INC., a New York     )   **PORTIONS OF EXHIBIT 23**
    corporation; SAMSUNG                      )
17  TELECOMMUNICATIONS AMERICA, LLC, a        )
    Delaware limited liability company,       )
18                                            )
                Defendants.                   )
19                                            )
                                              )
20                                            )
                                              )
21

22
23
24
25
26
27
28

Non-Party Motorola Mobility LLC filed a renewed motion to seal portions of the document labeled Exhibit 23 to the Declaration of Calvin Walden ISO Apple's Motion to Compel Depositions of Samsung's Purported "Apex" Witness ("Walden Declaration") ("Motorola's Renewed Motion to Seal").  The Court has considered the papers and evidence presented in connection with Motorola's Renewed Motion to Seal and determined that good cause exists for sealing the material identified by the proposed redactions in Exhibit 1 to the supporting Declaration of Jennifer A. Golinveaux ("Golinveaux Declaration").

Motorola's Renewed Motion to Seal is GRANTED.

Exhibit 23 to the Walden Declaration shall be filed under seal.  The redacted version of Exhibit 23 to the Walden Declaration attached as Exhibit 2 to the Golinveaux Declaration shall be filed in the public record.

**IT IS SO ORDERED.**

Dated: _____

PAUL S. GREWAL
United States District Judge