JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

PETER J. CHASSMAN (*pro hac vice*)
pchassman@winston.com
WINSTON & STRAWN LLP
1111 Louisiana St., 25th Floor
Houston, TX  77002-5242
Telephone:     (713) 651-2623
Facsimile:     (713) 651-2700

Attorneys for Non-Party,
MOTOROLA MOBILITY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO.:  11-CV-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

## United States District Court for the Northern District of California

**Case No. 11-cv-01846-LHK**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5802. On November 1, 2012, I served the following documents:

- **RENEWED MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL PORTIONS OF EXHIBIT 23**
- **DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF RENEWED MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL PORTIONS OF EXHIBIT 23**
- **[PROPOSED] ORDER GRANTING RENEWED MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL PORTIONS OF EXHIBIT 23**
- **EXHIBIT 1 TO DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF RENEWED MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL PORTIONS OF EXHIBIT 23**

| ☒ | by placing a copy of the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, CA addressed as set forth below. |
|---|---|
| | I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. |

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed: _Linda Smith_
Linda Smith

Dated: November 1, 2012

## SERVICE LIST

Brian Larivee
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109

Derek Lam
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Michael A. Diener
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Brian Seeve
60 State Street
Boston, MA 02109

James C. Burling
60 State Street
Boston, MA 02109

Michael Saji
60 State Street
Boston, MA 02109

Richard Goldenberg
Hale & Dorr, LLP
60 State Street
Boston, MA 02109-1803

Timothy D. Syrett
60 State Street
Boston, MA 02109

Michael Thomas Zeller
Jon C. Cederberg
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Edward H. Rice
Marina N. Saito
Hopenfeld Singer Rice & Saito
445 W. Erie Street
Suite 108
Chicago, Il 60654

Thomas G. Pasternak
DLA Piper US LLP
115 South La Salle Street
Suite 3100
Chicago, IL 60603

Robert J. Gunther , Jr
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007