[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR POST-TRIAL DEPOSITIONS** |


# **STIPULATION**

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for the post-trial depositions of certain witnesses.

WHEREAS, on October 29, 2012, the Court ordered the parties to produce for deposition certain declarants relied upon in the parties' post-trial briefing by November 5, 2012 (Dkt. 2105); and

WHEREAS, due to the recent severe weather issues and scheduling conflicts, the parties have been unable to schedule all of these depositions by this date;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. Apple shall produce Russell Winer for a deposition of no longer than three hours on November 6, 2012;

2. Samsung shall produce Sam Lucente and Stephen Gray for depositions of no longer than three hours on November 6, 2012; and

3. Samsung shall produce Tulin Erdem and Yoram Wind for depositions of no longer than three hours on November 7, 2012.

**IT IS SO STIPULATED.**

## [PROPOSED] ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

| | |
|---|---|
| Dated: November 2, 2012 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:   */s/ Richard S.J. Hung*<br>         Richard S.J. Hung<br><br>         Attorneys for Plaintiff and Counterclaim-Defendant<br>         APPLE INC. |

STIPULATION RE DEPOSITION SCHEDULE
11-cv-01846-LKH (PSG)

| | |
|---|---|
| Dated: November 2, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>By:  */s/ Victoria Maroulis*<br>       Victoria Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

## ATTESTATION OF E-FILED SIGNATURE

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: November 2, 2012                                  */s/ Victoria Maroulis*
                                                                        Victoria Maroulis