# EXHIBIT 6

# SUBMITTED UNDER SEAL

# SAMSUNG

# 3G iPhone US market impact

## July 2008

SAMNDCA00251506

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

