# EXHIBIT 7

# SUBMITTED UNDER SEAL

Translation

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00401905

# 2012 BUSINESS STRATEGY

October 2011

Mobile Communications Division

**PLAINTIFF'S EXHIBIT NO. 184**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Translation

Highly Confidential - Attorneys' Eyes Only

# 2012 Strategy

| Go Head-To-Head with Apple | Lead New Markets | Aim to be #1 in All Regions |
|---|---|---|
| - Strengthen **#1** Status in Smartphone<br>- Magnify targeting **Tablet** market | - Create and lead the **Note** market<br>- First Class Marketing | - Keep in check emergence of Chinese vendors<br>- Push ahead with **No. 1** strategy by region |




SAMNDCA00401952

43