EXHIBIT 8

SUBMITTED UNDER SEAL



# BEAT APPLE

Apple vs Samsung Consumer Insights

| Owners | |
|---|---|
| Document Revision | V 1.7 |
| Effective Date | December 9, 2011 |
| Retention | 7 yrs |
| Security Policy | Confidential |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10374460

# EXECUTIVE SUMMARY

- Samsung's sales trajectory currently behind Apple's due to a 'leaky bucket' problem
    - Too many people are churning off Samsung devices
    - Samsung smartphone install base loyalty is weaker than Apple's

- STA's "Beat Apple" strategy framed around a three initiatives:
    1) Divert Apple's inflow of subscribers (divert Apple net adds)      } 'Win' the customer
    2) Increase Apple's outflow of subscribers (increase Apple churn)    }
    3) Plug STA's leak (increase STA loyalty)                            } 'Engage / Keep' the customer

- Target segments current being investigated
    - Boomers
        - Fastest growing smartphone segment
        - Likely low hanging (better receptiveness to Samsung brand, less focused on apps)
        - Female boomers more interested in price progressed former Android hero products
    - College students
        - Important for their current and future phone purchases, but also influential in their parents' purchases
    - VZW
        - Most number of non-smartphone users primed to convert to smartphones
        - More open to other brands
    - Current STA Android install base
        - Currently investigating loyalty driving behaviors

- Next steps
    - Deeper dive into usage behaviors for both Samsung and Apple install bases
    - Deeper understanding for hesitations & desires for first time smartphone intenders
    - Currently investigating dissatisfiers for Samsung based on call center data

CONFIDENTIAL                                    2   SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10374461