# EXHIBIT 9

# SUBMITTED UNDER SEAL



TRANSLATION

## Executive Summary – iPhone Feedback

- **It appears that the iPhone is the most preferred touch phone brand in all 5 high value segments.**

- **Consumers recognize iPhone's screen-centric design as the touch phone standard.**
  : Maximizes the benefit of a full touch screen with a TV-like design

- **From a UI perspective, it has surpassed Nokia's existing "Easy to Use" concept and is being judged to be "Sexy to Use"**
  : Increases usage and data consumption by stimulating impulse to use continuously and frequently > induces virtuous cycle of carrier ARPU increase

- **The definition of style recognized by consumers has changed.**
  : Existing external aesthetics- a new concept combining inside beauty (UX) and level of completion, such as those of features/CMF
  [In our company's main target segment "state of the art," Apple is first in the "Most Stylish Brand" category and our company is second.]

- **The "One size fits all" strategy has its limitations.**
  : There are factors that our company can target as opportunities exist, such as complaints from some users about the large size, issues regarding screen protection and text input, limitations regarding imaging functions and sharing and inconvenience attributable to a Closed system.

> **Through Apple's brand power and deliberate hard lock-in system, iPhone user's loyalty is very high and inducing customers to break away is difficult → rather than the strategy of stealing iPhone users, the strategy of preventing the inflow of new customers appears more effective.**

Highly Confidential - Attorneys' Eyes Only                               SAMNDCA10805171