# EXHIBIT 14

# SUBMITTED UNDER SEAL



# STA Strategy Update
November 11, 2011

1

Confidential Business Information,
Subject to Protective Order

S-ITC-500057690





Confidential Business Information, Subject to Protective Order

S-ITC-500057724