# EXHIBIT 24

# SUBMITTED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only                                                                    SAMNDCA00353414

# EXECUTIVE SUMMARY

- The Next Big Thing campaign is fostering a market perception of binary leadership between Samsung and Apple as the leading innovators in the mobile space and effectively moving the conversation from one comparing iPhone to Android to one comparing iPhone to the Samsung Galaxy S II
    - During the period of the campaign, **the Samsung Galaxy S II has been the most discussed mobile phone among all android phones**
    - TheSamsung Galaxy S II product has also been the phone **most compared to the iPhone 4S among any of the competitive devices**

- The campaign has also spurred unprecedented growth in Samsung's social channels
    - Total Facebook fans have **increased by 700% since the launch of the campaign**

- Overall, the Next Big Thing Campaign has been very successful in improving the overall brand image of Samsung while also depositioning Apple
    - Key brand metrics all show **significant increases in Q4 of 2011 which are attributable back to the NBT campaign** and are continuing into the new year
    - With strong reach and attribution, NBT displays **better efficiency of spend** than other recent Samsung ads
    - Early measurement also indicates that **the campaign is driving qualified customers into stores requesting information on Samsung products**.



Highly Confidential - Attorneys' Eyes Only   SAMNDCA00353415

# NBT IS NOT ONLY UPGRADING SAMSUNG'S OVERALL MOBILE BRAND STATURE, IT IS ALSO HELPING DE-POSITIONING APPLE



Category Personality (total population)
Among aware and asked

MAP KEY — Shadow: Q1 '10 → Color: Q4 '11

Labels: Young, Inviting, Optimistic, Caring, Stylish, Reliable, Trustworthy, Functional, Imaginative, Innovative, Traditional, Authentic/Unique, Highperforming, Intelligent



Highly Confidential - Attorneys' Eyes Only   SAMNDCA00353429