# EXHIBIT 26

# SUBMITTED UNDER SEAL

.

| | |
|---|---|
| From: | Todd Pendleton <t.pendleton@samsung.com> |
| Sent: | Tuesday, December 20, 2011 8:25 PM |
| To: | Younghee Lee; Dale Sohn; Brian Rosenberg; Kevin Packingham |
| Cc: | Ji-Ung Park; Brian Wallace; youngsuk jun |
| Subject: | Re: Fwd: Re: Fwd: "Next Best Thing, Again" scripts |
| Attachments: | 201112202225626_7EUABGFC.jpg; 201112202225642_2LL5XOK0.jpg; 201112202225908_A6X7LP7K.jpg |

Hi Younghee,

This is very disappointing news and it really hurts our Galaxy Branding strategy for FY'12.

I respectfully disagree with Marc's pov below.

We will not spend STA's dollars in promoting Google's campaign.

We will inform Verizon of Google's decision and see if they will also apply pressure on Google to align with us.

In the meantime we will develop a new strategy and campaign roll out plan for Q1 and Super Bowl without Galaxy Nexus inclusion.

I have a really hard time conceding on this issue when Google's chairman tweeted the following about our campaign:

**Eric Schmidt Google Chairman:**



1

Highly Confidential - Attorneys' Eyes Only                                      SAMNDCA10453260

I'm sorry to be so inflexible on this. I really do understand STA's position and I wish we could do more. But we just can't compromise the Google brand. It is the most valuable asset we have.

Thanks for your understanding.
Cheers,
Marc



On Mon, Dec 19, 2011 at 8:27 PM, 이영희 <yh77.lee@samsung.com> wrote:

Hi, Marc

Thank you for sharing the status.

I had worked out wih the team in STA for this issue.


My recommendation and compromise solution in this situation is as follows:

Google allows us to move forward with "Next Big Thing" creative in Jan/Feb. and in return we will support your Nexus campaign with STA marketing investment in March/April for the launch of Galaxy Nexus + with Sprint. Both sides win and consumers/retailers win by having strong support and awareness for the flagship Galaxy Nexus product.


For STA to be truly successful in beating Apple in FY'12 we need to showcase our relentless product innovation stories  (GS II, Galaxy Nexus, Galaxy Note, Midas) so we can continue to deposition Apple as a leader and position Samsung as the brand of choice for consumers/retailers.


By the way, STA postponed its' ad shoot which was to occur this week until we can reach resolution for the moment.


Verizon is very much aligned with STA on this "Next Big Thing" campaign approach so we are hoping with the changes made to the creative you can work with STA so we can maintain our positive brand/product momentum in the U.S.


Marc. it's very critical moment for US and I appreciate your cooperation as always.

Looking forward to hearing from you.

YHL/

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10453262