# EXHIBIT 37

# SUBMITTED UNDER SEAL

# Support to STA's Counter–Apple Strategy

*Leveraging Consumer Insights to Help Drive Samsung's US Product and Marketing Strategy*

Final Findings
Richardson, TX
18 September 2008

MERCATOR PARTNERS

This report is solely for the use of client personnel. No part of it may be circulated, quoted, or reproduced for distribution outside the client organization without prior written approval from Mercator Partners. This material was used by Mercator Partners during an oral presentation; it is not a complete record of the discussion.

**Highly Confidential - Attorneye' Eyes Only**   SAMNDCA10036081

Case 5:11-cv-01846-LHK   Document 2120-9   Filed 11/02/12   Page 3 of 3



Support to STA's Counter-Apple Strategy

## The "Apple segment" — This existing Apple base is to a large extent fueling iPhone growth — about 75% of iPhone users are previous owners of Apple products



iPhone Users ~8M

- iPod only (~45-55M users) — 37-49% of iPhone users
- Mac only (~1.7M users) — 4-5% of iPhone users
- iPod and Mac (~6M users) — 20-32% of iPhone users
- None — 26-27% of iPhone users

Source: Mercator Partners' Survey (July 2008), Rubicon Survey (March 2008)

Mercator Partners

37         18 September 2008

Highly Confidential - Attorneye' Eyes Only               SAMNDCA10036118