# EXHIBIT 48

# SUBMITTED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10257309



*2011-04-28*

SAMSUNG
Samsung Electronics

# 2011 SMARTPHONE CS PROJECT FINAL REPORT



KOREA PRODUCTIVITY CENTER



## 1. Investigation Outline

| | |
|---|---|
| Research Subjects | Samsung Electronics (Galaxy S), Apple (iPhone 4) |
| Definition of Customer | Male and female customers between the ages of 20 and 60 who have personally bought/activated a smartphone and used it for more than 3 months before |
| Definition of Sampling | Total 1,500 persons (Samsung Electronics 900 + Apple 600) |
| Sample Allocation Method | Quota Sampling (Region/Gender/Age Group) |
| Research Method | One on One Personal Interviews (Face-to-Face Interviews) |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10257315

KOREA PRODUCTIVITY CENTER





## 1. Proposals for Improving Exterior Design Factors

**Key Analysis**

Strong preference for uniform color arrangement of the front and the back was revealed

**Satisfaction Level for the Color on the Back of Their Current Smartphone (Points)**

Legend: Black, White, Pink

SAMSUNG:
- Overall Color: 78 (Black), 77 (White), 79 (Pink)
- Color on the Back: 77 (Black), 77 (White), 79 (Pink)

APPLE:
- Overall Color: 77 (Black)
- Color on the Back: 76 (Black)

**Preferred Smartphone Color (%)** — Male, Female

| | Black | White | Silver | Pink | Blue | Gold | Red | Yellow | Green | Purple |
|---|---|---|---|---|---|---|---|---|---|---|
| Male | 74.4 | 14.5 | 4.0 | 1.0 | 2.5 | 1.0 | 0.9 | 0.8 | 0.7 | 0.3 |
| Female | 50.5 | 27.6 | 2.8 | 12.7 | 0.6 | 0.3 | 0.6 | 2.3 | 0.9 | 0.6 |

**Color Arrangement Preference (%)** — Samsung, Apple

| | Uniform Color for Front/Back | Different Colors for Front/Back | Indifferent |
|---|---|---|---|
| Samsung | 73.8 | 10.6 | 15.7 |
| Apple | 71.3 | 8.3 | 20.3 |

KOREA PRODUCTIVITY CENTER

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10257321

13

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10257322

## 1. Proposals for Improving Exterior Design Factors



**Key Analysis**

Need to make the exterior material/quality high-end and make the shape distinctive

**Satisfaction Level for Exterior Design-related Minor Quality Factors (Points)**

■ Samsung  ■ Apple

| Size/Thickness | Form | Color | Material | Screen |
|---|---|---|---|---|
| 77  76 | 77  78 | 77  77 | 76  77 | 78  78 |

[FGI Results] Analysis of Customer Needs in Smartphone Material/Material Quality and Form aspects

| Material/Material Quality Aspect | Form Aspect |
|---|---|
| • **Need to consider application of quality materials that are high-end and have a distinctive point**<br>"The iPhone's metal edges look high-end and trendy"<br>"Wouldn't it be good to consider elements with a distinctive point like leather or metal?"<br>• **There is a need for improvement in terms of luster**<br>"Glossiness on the iPhone's reinforced glass on the front and the back gives it a luxurious feel"<br>"It feels old even though I just bought it, perhaps because there's no glossiness"<br>• **Need to improve durability**<br>"It is light, but it looks fragile because it's thin and the battery cover is plastic" | • **Differentiated design compared to competitors**<br>"I think there should be a design that emphasizes a luxurious image like the Prada phone and the DuPont phone in the past"<br>"It is too bad that a differentiated design is lacking that expresses the identity of Samsung phones."<br><br>• **There exist needs to differentiate form according to customer characteristics**<br>"I wish there was a QWERTY keyboard for texting" (office worker customer)<br>"It would be nice if it came out with a bigger screen size" (senior citizen customer) |

KOREA PRODUCTIVITY CENTER       14