# EXHIBIT 52

# SUBMITTED UNDER SEAL



# J.D. POWER AND ASSOCIATES

# 2009 Wireless Consumer Smartphone Satisfaction Study℠ Volume I

*Management Report, April 30, 2009*

Telecommunications Department

37309823500

The McGraw-Hill Companies

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            SAMNDCA00190144

2009 Wireless Consumer Smartphone Satisfaction Study, Volume 1

# Purchasing Selection Process

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       SAMNDCA00190193

# Purchasing Selection Process

Main reasons for choosing the smartphone manufacturer include Liked overall design or style (46%), Internet capability (41%), and Keyboard style (36%). The reasons for selecting a particular smartphone brand differ than reasons for selecting the traditional handset as smartphone users are less likely to select their handset for price-related reasons as well as indicate they have no choice in the matter. The reasons for selecting the smartphone manufacturer frequently pertain to an available feature or technology. For example, 32% selected their manufacturer because the handset they produced offered music playing capability. Reduced price can be a factor as 23% of handset owners indicate it as one of the reasons for selecting their smartphone manufacturer.

Satisfaction with the handset is highest when it is chosen for reasons pertaining to quality. Those having chosen their smartphone for these reasons rate their model a score of 805, while those that indicate their model was selected as a result of the carrier's limited model offerings or purchased it after switching to a new carrier rate their model a score of 744.

High satisfaction levels engender high repurchase rates—this is evidenced by Apple owners indicating they "Definitely will" repurchase their current brand at a rate of 23% compared with only 12% for the industry average. Just 9% of Apple users indicate they "Definitely will not" repurchase their current brand of smartphone. RIM BlackBerry owners indicate that they "Probably will" repurchase at a rate of 63%; however, these users are not as likely to fully commit and say they "Definitely will" repurchase. This implies there is a certain level of loyalty, although RIM BlackBerry owners will consider their options when it is time for them to purchase a new handset.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00190194

2009 Wireless Consumer Smartphone Satisfaction Study, Volume 1

## Consumer Smartphone Selection Process



Responses less than 18% not shown

▯ = Service plan promotion/price related.   ▯ = Physical quality related.

© 2009 J.D. Power and Associates,
The McGraw-Hill Companies, Inc. All Rights Reserved

52

April 2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00190195