EXHIBIT 62

SUBMITTED UNDER SEAL



# Touchscreen Phones Review
*– Apple iPhone, LG Prada, HTC Touch*

July 2007
VOC Group

Highly Confidential - Attorneys' Eyes Only                                                         SAMNDCA20018416

# Purpose & Overview

- **Purpose**
  - To compare market evaluation on Apple iPhone, LG Prada, and HTC TOUCH, and discover essential factors that will determine the success of touchscreen phone.

- **Advance into touchscreen phone market**

  The evaluation of three touchscreen models indicates **consumers are receptive to touch screens than predicted**, and a **new market for mobile vendors** has opened.  We assume our products may have to satisfy next factors in order to join and succeed in the touchsceen market.

  - **Intuitive and emotional design**
    - Touchscreen provides wide display and simple design since buttons and keyboard can be integrated into the user interface. Simple beauty attracts people, but they miss using keyboard and buttons. Since many consumers are still unaccustomed to touch screen, we can exploit a niche market by providing users both touchsceen and hardware keys.
    - GUI has emerged as a major part that defines the design of a phone. Consumers want GUI with emotional design like iPhone has. The interface has to be intuitive, responsive, and consistent all the way through.

  - **Standard features plus alpha**
    - People take standard features for granted and they want more new features that improves their mobile experience. Providing full web browsing support  can become a major strength of touchscreen phone because wide display allows more attractive presentation of content. Battery life and memory size should not become a barrier for users utilizing their mobile features.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA20018417