# EXHIBIT 63

# SUBMITTED UNDER SEAL

CONFIDENTIAL

# [Experts' Evaluation Result]

# SIP (Self Inspection Program)

-Major Status on Global Design Competitiveness Evaluation

October '07

Design Management Center

-1-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SAMNDCA00203016

# Lack of Strong Leadership in Main Product Design

-In case of cell phones and MP3 players, there is a lack of trend setting formativeness and active efforts to express the materials.
 -When it comes to design, advance market dominance is important.  The design that lost market dominance may appear to be an imitation.
 -iPhone GUI appears to be alive.  There is a lack of GUI that is more vivid and attractive GUI.





Overemphasis on the thinness causes inconvenience when opening the folder, and the over simplification does not give a Samsung look, but a Japanese product like appearance.

When the slide is open, the overall harmony and the formative attractiveness drop.

GUI design including the initial screen, interface, and [other] graphics lack vitality and attractiveness.



**Benchmark example**




Appears to follow iPod Nano, Olympus mrobe
Lack of differentiated design

GUI that operates naturally as if it were alive

Differentiated design that uses various raw materials  including metal, or transparent material

CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00203033