# Exhibit 30
# (Submitted Under Seal)

## Analysis of Galaxy tab Operation Speed and Screen Effects

| No. | Application | Category | Content |
|---|---|---|---|
| 1 | Music | Performance | On Artist Tab, the response speed is slow when moving Split horizontally |
| 2 | Music | List Scroll | On Album, Songs, scrolling is not smooth |
| 3 | Music | List Bounce | On Album, Songs, Bounce effect has no emotional impact |
| 4 | Music | Screen Switch (black screen) | When sharing mp3 files through Share via, black screen is displayed when screen switch occurs |
| 5 | Music | Graphic effect | On Album Tab, the Album Popup effect is awkward |
| 6 | Music | Screen Switch (insufficient effect) | After selecting the file to share from Share via, no effect exists to indicate the transfer to the shared device<br>- refer to an effect similar to that of iPad Mail transfer |
| 7 | Music | Graphic effect | When deleting music files, the screen blinks<br>-uncertain as to which file was deleted |
| 8 | Music | Graphic effect | When checking the list from Add to Playlist, the momentary blinking effect of Focus is awkward |
| 9 | Calendar | Screen Switch (black screen) | When opening Calendar, the entire screen blacks out first, then the Calendar screen fades in to appear |
| 10 | Calendar | Performance | When using the bottom area of the Day/Week/Month screen to move dates, the page is scrolled horizontally, and this screen transition is not smooth. |
| 11 | Calendar | List Scroll | Scrolling of the List view is not smooth |
| 12 | Calendar | Screen Switch (consistency) | Screen switch has no consistency<br>- when executing Create > back, the Fade out effect shows; when executing Menu > Settings > back, the sliding effect shows. |
| 13 | Contact | Screen Switch (black screen) | When opening Contacts, the entire screen blacks out first, then the screen fades in to get displayed |
| 14 | Contact | Performance | When selecting an item from a Group included in the Group List, the resulting screen switch is unnatural<br>- the Category List on the left-hand side scrolls to the left after the fade-out animation occurs but this is not smooth |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201771

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 19 | | 15 | Contact | List Scroll | In scrolling Favorites/ Groups/ Contacts List, items (unintentionally) get selected. |
| 20 | | 16 | Contact | List Bounce | In scrolling Favorites/ Groups/ Contacts List, the Bounce effect has no emotional impact. |
| 21 | | 17 | Contact | Screen Switch (insufficient effect) | When adding to Contacts, there is no screen switch effect and the screen blinks (iPad provides a screen switch effect). It switches to a completely different looking screen. |
| 22 | | 18 | Contact | Graphic effect | When selecting an item from Contacts List to edit, iPad provides an Edit screen, pushing the existing screen to the left to give continuity, but P1 switches the entire screen with the sliding effect. |
| 23 | | 19 | Contact | Graphic effect | After entering the Edit mode, when deleting the items from List, the items being deleted disappear all at once without any effect, which makes it feel unemotional |
| 24 | | 20 | Contact | SIP Animation | When adding a new contact, SIP Call/Hide animation is not smooth. |
| 25 | | 21 | Dialer | SIP Animation | When entering the Create Message screen, the appearing SIP animation blinks |
| 26 | | 22 | Memo | SIP Animation | When creating a Memo, the SIP animation called for blinks. |
| 27 | | 23 | Memo | Graphic effect | When selecting a created Memo and switching the page, the sliding effect has been applied but it is not visibly noticeable. |
| 28 | | 24 | Memo | Graphic effect | When deleting a created Memo, such deletion occurs without any effect and thus has no emotional impact |
| 29 | | 25 | Memo | List Bounce | On the Memo detail view screen, no Bounce effect is provided and thus is unemotional |
| 30 | | 26 | Video | Screen Switch (insufficient effect) | From the vertical mode, when executing the Video function from Thumbnail list, the resulting screen effect is awkward. |
| 31 | | 27 | Video | Screen Switch (black screen) | When returning to the List after Video play ends, a black screen appears first, then switches to the List screen. |
| 32 | | 28 | Video | List Bounce | Upon releasing the List screen after dragging it, the Bounce effect is provided with no regard to speed, so it has no emotional impact. |
| 33 | | 29 | Video | Screen Switch (insufficient effect) | Selecting from mosaic Thumbnail screen to return to Video Player, no screen switch effect exists.  Need animation to seamlessly connect to Video Player as Thumbnail expands |
| 34 | | 30 | Phone | Screen Switch (black screen) | When entering the Phone, a black screen first appears then the Apps screen is displayed. |
| 35 | | 31 | Internet | Performance | In screen-scrolling/panning, the screen intermittently gets cut off and is not smooth. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00201773