| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S NOTICE REGARDING SAMSUNG'S CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   On October 31, Samsung filed a Corrected Administrative Motion to File Under Seal (Dkt. No. 2113) ("Corrected Motion"). Samsung's Corrected Motion corrects its earlier filed motion to seal (Dkt. No. 2064) with respect to certain third party documents.

Apple previously submitted declarations in support of Samsung's earlier filed motion, in order to address the confidential Apple information discussed in Samsung's motion. (Dkt. Nos. 2094-95.) Because Samsung's Corrected Motion is unchanged with respect to the confidential Apple information, Apple submits this Notice to confirm that its prior declarations should apply to Samsung's Corrected Motion.

Dated: November 6, 2012         MORRISON & FOERSTER LLP


                                By:   */s/ Richard S.J. Hung*
                                      RICHARD S.J. HUNG

                                      Attorneys for Plaintiff
                                      APPLE INC.

APPLE'S NOTICE RE SAMSUNG'S CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK                                                                  1
sf-3213935