QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5    1.  Exhibit 25 to the Declaration of Susan Estrich in Support of Samsung's Motion for
6        Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal
7        Rules of Civil Procedure 50 and 59; Samsung's Opposition to Apple Inc.'s Motion
8        for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment
9        [FRCP 50, 59]; and Samsung's Opposition to Apple's Motion for a Permanent
10       Injunction and Damages Enhancements.

11   Exhibit 25 to the Estrich Declaration consists of Trial Exhibit 78, an invoice from Intel that
12 Apple Inc. has designated as confidential under the protective order.   The Court has previously
13 held that compelling reasons exist to seal "quantity, unit price, and amounts due to Intel in this
14 invoice, all of which relate to capacity or financial terms of third-party agreements."   Dkt. No.
15 1649 at 11.   Samsung expects that Apple will file the declaration required by Civil Local Rule
16 79-5(d) establishing that portions of Exhibit 25 are sealable along with a proposed redacted
17 version of the document.

18   Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
19 for *in camera* review and served on all parties.

20 DATED: November 9, 2012            QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

23                                   By  */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
24                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
25                                       Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
26                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
27                                       TELECOMMUNICATIONS AMERICA, LLC