UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to File Documents Under Seal.

Apple Inc. has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of compelling reasons for this Court to permit filing under seal.

Accordingly, for the compelling reasons shown, the Court ORDERS that a portion of the following document shall be sealed:

1. Exhibit 25 to the Declaration of Susan Estrich in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59; Samsung's Opposition to Apple Inc.'s Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment [FRCP 50, 59]; and Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancements.

**IT IS SO ORDERED.**

DATED: _____, 2012

---

Honorable Lucy H. Koh
United States District Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL