```
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SUSAN ESTRICH IN SUPPORT OF SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59; SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), NEW TRIAL, AND AMENDED JUDGMENT [FRCP 50, 59]; AND SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENTS**<br><br>Date:  December 6, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

I, Susan Estrich, declare:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Samsung's Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59; Samsung's Opposition to Apple Inc.'s Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment [FRCP 50, 59]; and Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancements.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Volume 1 of the Transcript of Proceedings ("Trial Transcript"), Pages 1-282, dated July 30, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Volume 2 of the Trial Transcript, Pages 283-555, dated July 31, 2012.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Volume 3 of the Trial Transcript, Pages 556-930, dated August 3, 2012.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Volume 4 of the Trial Transcript, Pages 931-1296, dated August 6, 2012.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Volume 5 of the Trial Transcript, Pages 1297-1637, dated August 7, 2012.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Volume 6 of the Trial Transcript, Pages 1638-1988, dated August 10, 2012.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Volume 7 of the Trial Transcript, Pages 1989-2320, dated August 13, 2012.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Volume 8 of the Trial Transcript, Pages 2321-2650, dated August 14, 2012.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Volume 9 of the Trial Transcript, Pages 2651-2965, dated August 15, 2012.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from Volume 10 of the Trial Transcript, Pages 2966-3386, dated August 16, 2012.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Volume 12 of the Trial Transcript, Pages 3712-3940, dated August 18, 2012.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a judgment dated November 9, 2012 issued by the England and Wales Court of Appeal, Samsung Electronics (UK) Limited v. Apple Inc. [2012] EWCA Civ 1430, *available at* http://www.bailii.org/ew/cases/EWCA/Civ/2012/1430.html.

15. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the transcript of the November 5, 2012 deposition of Marylee Robinson.

16. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the November 6, 2012 deposition of Russell Winer.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the transcript of the November 2, 2012 deposition of Philip Schiller.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff's Trial Exhibit 11.

19. Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff's Trial Exhibit 12.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff's Trial Exhibit 14.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff's Trial Exhibit 15.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Plaintiff's Trial Exhibit 16.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiff's Trial Exhibit 36.

1   24. Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiff's Trial
2   Exhibit 38.
3   25. Attached hereto as **Exhibit 23** is a true and correct copy of Plaintiff's Trial
4   Exhibit 40.
5   26. Attached hereto as **Exhibit 24** is a true and correct copy of Plaintiff's Trial
6   Exhibit 44.
7   27. Attached hereto as **Exhibit 25** is a true and correct copy of Plaintiff's Trial
8   Exhibit 78.
9   28. Attached hereto as **Exhibit 26** is a true and correct copy of Plaintiff's Trial
10  Exhibit 133.
11  29. Attached hereto as **Exhibit 27** is a true and correct copy of Plaintiff's Trial
12  Exhibit 134.
13  30. Attached hereto as **Exhibit 28** is a true and correct copy of Plaintiff's Trial
14  Exhibit 135.
15  31. Attached hereto as **Exhibit 29** is a true and correct copy of Defendants' Trial
16  Exhibit 562.
17  32. Attached hereto as **Exhibit 30** is a true and correct copy of Defendants' Trial
18  Exhibit 2627.
19  33. Attached hereto as **Exhibit 31** is a true and correct copy of Joint Trial
20  Exhibit 1043.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on November 9, 2012.

*[Signature: Susan R. Estrich]*

Susan Estrich