# Estrich Declaration

# Exhibit 3

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
6  CORPORATION,                )
                               )  SAN JOSE, CALIFORNIA
7            PLAINTIFF,         )
                               )  AUGUST 3, 2012
8        VS.                    )
                               )  VOLUME
9  SAMSUNG ELECTRONICS CO.,    )
   LTD., A KOREAN BUSINESS     )  PAGES 556-930
10 ENTITY; SAMSUNG             )
   ELECTRONICS AMERICA,        )
11 INC., A NEW YORK            )
   CORPORATION; SAMSUNG        )
12 TELECOMMUNICATIONS          )
   AMERICA, LLC, A DELAWARE    )
13 LIMITED LIABILITY           )
   COMPANY,                    )
14                             )
            DEFENDANTS.        )
15 _____

16            TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17           UNITED STATES DISTRICT JUDGE

18

19

20          APPEARANCES ON NEXT PAGE

21

22

23  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
24

25

```
1    A P P E A R A N C E S:

2    FOR PLAINTIFF          MORRISON & FOERSTER
     APPLE:                     BY:  HAROLD J. MCELHINNY
3                                    MICHAEL A. JACOBS
                                     RACHEL KREVANS
4                               425 MARKET STREET
                                SAN FRANCISCO, CALIFORNIA  94105
5

6    FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
     APPLE:                 HALE AND DORR
7                               BY:  WILLIAM F. LEE
                                60 STATE STREET
8                               BOSTON, MASSACHUSETTS  02109

9                               BY:  MARK D. SELWYN
                                950 PAGE MILL ROAD
10                              PALO ALTO, CALIFORNIA  94304

11   FOR THE DEFENDANT:    QUINN, EMANUEL, URQUHART,
                                OLIVER & HEDGES
12                              BY:  CHARLES K. VERHOEVEN
                                50 CALIFORNIA STREET, 22ND FLOOR
13                              SAN FRANCISCO, CALIFORNIA  94111

14                              BY:  VICTORIA F. MAROULIS
                                     KEVIN P.B. JOHNSON
15                              555 TWIN DOLPHIN DRIVE
                                SUITE 560
16                              REDWOOD SHORES, CALIFORNIA  94065

17                              BY:  MICHAEL T. ZELLER
                                     WILLIAM C. PRICE
18                                   JOHN B. QUINN
                                865 SOUTH FIGUEROA STREET
19                              10TH FLOOR
                                LOS ANGELES, CALIFORNIA  90017
20

21

22

23

24

25
```

1                    INDEX OF WITNESSES

2    PLAINTIFF'S

3    **PHILIP SCHILLER**
          DIRECT EXAM BY MR. MCELHINNY      P. 594
4         (RES.)
          CROSS-EXAM BY MR. PRICE           P. 666
5         REDIRECT EXAM BY MR. MCELHINNY    P. 717
          RECROSS-EXAM BY MR. PRICE         P. 721
6

7    **SCOTT FORSTALL**
          DIRECT EXAM BY MR. MCELHINNY      P. 724
8         CROSS-EXAM BY MR. JOHNSON         P. 760
          REDIRECT EXAM BY MR. MCELHINNY    P. 784
9         RECROSS-EXAM BY MR. JOHNSON       P. 787

10

11   **JUSTIN DENISON**
          AS-ON CROSS-EXAM BY MR. LEE       P. 790
12        AS-ON DIRECT EXAM BY MR. QUINN    P. 839

13

14

15

16

17

18

19

20

21

22

23

24

25

1    WAS AMAZING.  PEOPLE HAD BEEN WAITING SO LONG AND

2    WERE SO EXCITED ABOUT THIS UPCOMING EVENT AT MAC

3    WORLD.

4    Q    WHAT WAS THE INITIAL REACTION TO THE

5    ANNOUNCEMENT?

6              MR. PRICE:  I'M GOING TO OBJECT, YOUR

7    HONOR.  VAGUE, BY WHOM, WHEN?

8              THE COURT:  SUSTAINED.

9    BY MR. MCELHINNY:

10   Q    WHAT WAS THE MEDIA REACTION TO THE

11   ANNOUNCEMENT?

12   A    WE HAD A HUGE AMOUNT OF PRESS, AND AS YOU

13   WOULD EXPECT, THE RANGE OF THE REACTION WAS

14   EVERYTHING YOU COULD IMAGINE FROM EXCITEMENT ABOUT

15   THIS BREAKTHROUGH PRODUCT TO DOUBT THAT APPLE COULD

16   SUCCEED AT THIS OR DO A GOOD JOB AT IT.

17   Q    CAN YOU GIVE US EXAMPLES OF PEOPLE WHO SAID

18   THAT YOU -- AFTER SEEING THE ANNOUNCEMENTS,

19   EXPRESSED DOUBT ABOUT WHETHER OR NOT IT WOULD BE --

20   THE IPHONE WOULD BE A SUCCESSFUL PRODUCT?

21             MR. PRICE:  OBJECT TO RELEVANCE AND

22   HEARSAY.

23             THE COURT:  WHAT WAS THE QUESTION AGAIN?

24   BY MR. MCELHINNY:

25   Q    CAN YOU GIVE US EXAMPLES OF PEOPLE WHO

1    EXPRESSED DOUBT ABOUT WHETHER THE IPHONE WOULD BE A

2    SUCCESSFUL PRODUCT.

3              IT'S A SECONDARY CONSIDERATION.

4              THE COURT:  I UNDERSTAND.  YOU NEED TO

5    LAY A FOUNDATION.  OTHERWISE IT IS ELICITING

6    HEARSAY.

7              GO AHEAD, PLEASE.  REPHRASE YOUR

8    QUESTION.

9    BY MR. MCELHINNY:

10   Q    AS THE HEAD OF MARKETING, DID YOU BECOME AWARE

11   THAT PEOPLE EXPRESSED DOUBT AS TO THE SUCCESS OF

12   THE IPHONE PRODUCT?

13   A    YES, ABSOLUTELY.

14   Q    CAN YOU GIVE US AN EXAMPLE?

15   A    WE HAD MANY PRESS REPORTS, FROM THE PRESS,

16   FROM ANALYSTS, EVEN FROM COMPETITORS WHO SPOKE OUT

17   AGAINST OUR ANNOUNCEMENT AND SAID THAT WE'RE GOING

18   TO FAIL.  EVEN MICROSOFT SAID WE WERE GOING TO

19   FAIL.  THE HEAD OF PALM SAID WE WERE GOING TO FAIL.

20   THERE WERE MANY PEOPLE EXPRESSING DOUBT.

21   Q    AND DID THEY GIVE REASONS WHY THEY THOUGHT IT

22   WOULD FAIL?

23   A    YES, ABSOLUTELY.

24   Q    AND DO YOU RECALL ANY OF THE REASONS THAT WERE

25   GIVEN AT THE TIME?

1    A    PROBABLY THE BIGGEST REASON WAS THAT APPLE HAD

2    NEVER HAD A PHONE BEFORE AND WAS NEW INTO THE PHONE

3    BUSINESS AND THEY EXPECTED THAT WE WOULD FALL ON TO

4    OUR FACE AND DO A BAD JOB OF IT.

5    Q    SIR, IF YOU LOOK AT EXHIBIT 133 IN YOUR

6    EXHIBIT BINDER THERE, PX 133.

7    A    YES.

8    Q    CAN YOU TELL ME WHAT THAT DOCUMENT IS, PLEASE?

9    A    THIS IS AN ARTICLE FROM THE NEW YORK TIMES

10   THAT APPEARED THE DAY AFTER THE LAUNCH OF THE

11   IPHONE WRITTEN BY DAVID POGUE, ONE OF THE

12   PREEMINENT --

13             MR. MCELHINNY:  YOUR HONOR, I MOVE PX

14   133.

15             THE COURT:  ANY OBJECTION?

16             MR. PRICE:  WE HAVE NO FURTHER OBJECTION

17   TO THAT.

18             WE WOULD REQUEST A LIMITING INSTRUCTION

19   TO THE JURY THAT THIS IS NOT FOR THE TRUTH OF

20   ANYTHING THAT'S IN THE ARTICLE.

21             THE COURT:  THAT'S FINE.  THAT'S FINE.

22   IT'S ADMITTED, AND THIS IS NOT FOR THE TRUTH OF

23   WHAT IS STATED IN THE ARTICLE.

24             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

25             133, HAVING BEEN PREVIOUSLY MARKED FOR

```
 1              IDENTIFICATION, WAS ADMITTED INTO

 2              EVIDENCE.)

 3              THE COURT:  YOU MAY CONSIDER IT

 4      OTHERWISE.

 5              GO AHEAD.

 6      BY MR. MCELHINNY:

 7      Q    WOULD YOU PLEASE PUT UP PDX 1, PLEASE.

 8              CAN YOU TELL US BRIEFLY WHAT MR. POGUE

 9      SAID IN THIS ARTICLE?

10      A    YES.  MR. POGUE WROTE THAT APPLE HAD WAVED OUR

11      WAND, THE IPHONE, AT THE PHONE, AND HE CALLED IT

12      BEAUTIFUL AND THAT THAT ALONE WOULD BE ENOUGH TO

13      EXCITE PEOPLE AND MAKE PEOPLE WANT TO BUY IT.

14              HE ALSO CALLED IT GORGEOUS AND HE SPOKE

15      ABOUT ITS SHINY BLACK FACE AND STAINLESS STEEL

16      MIRRORED FINISHED RIM THAT WENT AROUND IT, THE LOOK

17      OF IT.

18              SO HE TALKED ABOUT HOW IT LOOKED AND HOW

19      BEAUTIFUL IT LOOKED.

20      Q    WHEN WAS THE IPHONE ACTUALLY PHYSICALLY

21      RELEASED, SIR?

22      A    WE SHIPPED THE FIRST IPHONES IN JUNE OF THAT

23      YEAR, JUNE 19TH, 2007.

24      Q    DID APPLE DO ANYTHING BETWEEN JANUARY AND JUNE

25      TO PROMOTE THE IPHONE ITSELF?
```

 1    A    YES, WE DID.

 2    Q    CAN YOU GIVE US EXAMPLES OF WHAT YOU DID?

 3    A    WELL, IN THAT PERIOD FROM JANUARY UNTIL JUNE,

 4    WE HAD A FEW MARKETING STRATEGIES.

 5         THE BEGINNING WAS FIRST WE CALLED IT GO

 6    QUIET.  SO RIGHT AFTER THE LAUNCH IN JANUARY, THERE

 7    WAS SO MUCH EXCITEMENT, SO MUCH PRESS COVERAGE, WE

 8    DIDN'T NEED TO DO OTHER MARKETING.  THE BEST THING

 9    TO DO WAS LET THE PRESS WRITE AND TALK ABOUT THE

10    IPHONE.  SOME TALKED ABOUT THAT AS THE BIGGEST P.R.

11    LAUNCH OF A PRODUCT IN HISTORY.

12         AND THEN LEADING TOWARDS JUNE, WE BEGAN

13    TO CAREFULLY TURN ON THE MARKETING.  FIRST WE HELD

14    A TV AD DURING THE ACADEMY AWARDS IN EARLY MARCH.

15    IT WAS CALLED THE HELLO TV AD WHERE WE HAD FAMOUS

16    SCENES OF PEOPLE MAKING PHONE CALLS, AND THEN AT

17    THE END OF THAT AD, IT ANNOUNCED THAT THE IPHONE

18    WAS COMING IN JUNE, AT THE END OF JUNE.

19         AND THEN AS WE GOT CLOSER TO THE LAUNCH

20    IN JUNE, WE STARTED TO BRING ON ADDITIONAL TV ADS

21    SPECIFICALLY ABOUT THE IPHONE, SHOWCASING IT, AS

22    WELL AS DOING A TREMENDOUS AMOUNT OF MARKETING WITH

23    DIRECT MAIL, WEBSITES, HELPING THE WHOLE WORLD GET

24    READY FOR THE ARRIVAL OF THE IPHONE.

25    Q    WHERE WERE YOU PHYSICALLY WHEN THE IPHONE WAS

1    RELEASED, SIR?

2    A    I WAS AT OUR APPLE STORE IN CHICAGO ON

3    MICHIGAN AVENUE.

4    Q    AND WHY WERE YOU THERE?

5    A    WE REALIZED THAT THIS WAS A VERY, VERY BIG DAY

6    FOR APPLE, THE LAUNCH OF THE IPHONE, AND SO MUCH

7    EXCITEMENT HAD BUILT UP THAT I SENT MY TEAM,

8    INCLUDING MYSELF, AROUND THE COUNTRY TO DIFFERENT

9    LOCATIONS TO BE EVERYWHERE WE COULD.

10         AND SO I CHOSE TO GO TO CHICAGO, AND I

11   ACTUALLY EVEN BROUGHT MY SON WITH ME BECAUSE THIS

12   WAS SUCH A HUGE DAY AND I WANTED HIM TO BE PART OF

13   THAT.

14   Q    AFTER THE IPHONE WAS PHYSICALLY RELEASED, DID

15   YOU SEE ADDITIONAL REVIEWS IN THE PRESS CONCERNING

16   ITS FEATURES?

17   A    YES.

18   Q    DID ANY OF THE ARTICLES OR REVIEWS TALK ABOUT

19   THE DESIGN OF THE IPHONE?

20   A    OH, I THINK MANY, MANY OF THE ARTICLES TALKED

21   ABOUT THE DESIGN AND SPOKE ABOUT IT, EVEN SHOWED IT

22   IN THEIR STORIES.

23   Q    CAN YOU LOOK IN YOUR BINDER, PLEASE, AT

24   EXHIBIT PX 17, 17.

25   A    YES.

1    Q    CAN YOU TELL ME WHAT THIS DOCUMENT IS, PLEASE?

2    A    THIS IS A SUMMARY OF SOME OF THE NEWS COVERAGE

3    ABOUT THE IPHONE.

4              MR. MCELHINNY:  YOUR HONOR, I MOVE PX 17.

5              THE COURT:  ALL RIGHT.  ANY OBJECTION?

6              MR. PRICE:  NO FURTHER OBJECTIONS, AGAIN,

7    YOUR HONOR, WITH THE LIMITING INSTRUCTION THAT

8    NOTHING IN THESE ARTICLES IS TO BE TAKEN FOR THE

9    TRUTH OF THE MATTER ASSERTED.

10             THE COURT:  ALL RIGHT.  SO THIS IS

11   ADMITTED AND YOU ARE NOT TO CONSIDER THIS FOR THE

12   TRUTH OF WHAT'S ASSERTED IN THIS EXHIBIT.  YOU CAN

13   CONSIDER IT OTHERWISE.

14             (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

15             17, HAVING BEEN PREVIOUSLY MARKED FOR

16             IDENTIFICATION, WAS ADMITTED INTO

17             EVIDENCE.)

18             THE COURT:  GO AHEAD, PLEASE.

19             MR. MCELHINNY:  THANK YOU, YOUR HONOR.

20   Q    IS THIS THE FIRST PAGE OF PX 17?

21   A    YES, IT IS.

22   Q    AND, AGAIN, JUST WHAT ARE EACH OF THESE

23   PHOTOGRAPHS THAT GO THROUGH THESE PAGES?

24   A    THESE ARE ALL EXCERPTS AND SUMMARIES OF

25   DIFFERENT NEWS COVERAGE THAT WAS WRITTEN ABOUT THE

1    MR. SINCLAIR.

2    Q    THANK YOU VERY MUCH.  WHO IS MR. SINCLAIR?

3    A    HE IS A PRODUCT MANAGER ON MY TEAM.

4    Q    IT'S ACTUALLY A STRING OF E-MAILS.  DO YOU SEE

5    THAT?

6    A    YES, THERE ARE A NUMBER OF E-MAILS REFERENCED

7    IN HERE.

8    Q    AND ON THE SECOND PAGE, DO YOU SEE IT SAYS ON

9    APRIL 6TH, 2010, STEVE SINCLAIR WROTE; CORRECT?

10   A    YES, I SEE THAT.

11          MR. PRICE:  YOUR HONOR, MOVE EXHIBIT 578

12   INTO EVIDENCE.

13          THE COURT:  ANY OBJECTION?

14          MR. MCELHINNY:  NO OBJECTION, YOUR HONOR.

15          THE COURT:  IT'S ADMITTED.

16          (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

17          578, HAVING BEEN PREVIOUSLY MARKED FOR

18          IDENTIFICATION, WAS ADMITTED INTO

19          EVIDENCE.)

20          MR. PRICE:  AND IF WE COULD PUT UP THAT

21   SECOND PAGE AND JUST BLOW UP THE PART THAT STARTS

22   HERE WITH STEVE SINCLAIR, RIGHT HERE ON DOWN, THERE

23   WE GO.

24   Q    AND DO YOU SEE MR. SINCLAIR WRITES, "IT'S

25   TOUCH TO APPROACH THIS WITH THE CRITERIA BEING

1    'FIRST,'" AND THIS WAS IN CONNECTION WITH A

2    MARKETING APPROACH THAT WAS BEING DISCUSSED; RIGHT?

3    A    THIS WAS A DISCUSSION BETWEEN STEVE SINCLAIR

4    AND THE AD TEAM ON SOME CLAIMS.

5    Q    "AD" BEING ADVERTISING?

6    A    YES.

7    Q    OKAY.  AND HE SAYS, "I DON'T KNOW HOW MANY

8    THINGS WE CAN COME UP WITH THAT YOU COULD

9    LEGITIMATELY CLAIM WE DID FIRST.  CERTAINLY WE HAVE

10   THE FIRST COMMERCIALLY SUCCESSFUL VERSIONS OF MANY

11   FEATURES."

12        AND I JUST WANT TO GO, "THE FIRST PHONE

13   TO INCORPORATE A FULL TOUCHSCREEN FACE," AND IT

14   SAYS, "NOT TRUE," AND YOU SEE THERE'S THAT

15   WIKIPEDIA SITE TO A PRODUCT, THE LG PRADA.

16        DO YOU SEE THAT?

17   A    I SEE THAT.

18        MR. PRICE:  AND BY THE WAY, YOUR HONOR, I

19   MOVE THE PRADA INTO EVIDENCE, IF I CAN REMEMBER THE

20   EXHIBIT NUMBER.  DOES IT HAVE A NUMBER ON THE BACK?

21   1093.

22        THE COURT:  OKAY.  ANY OBJECTION?

23        MR. MCELHINNY:  THIS IS NOT SUPPOSED TO

24   COME IN, YOUR HONOR, PURSUANT TO YOUR ORDER ABOUT

25   THE SPECIFIC LIMITING INSTRUCTION WHICH HAS NOT

1    BEEN PREPARED YET.  BUT IT IS NOT PRIOR ART AS THAT

2    TERM IS USED AND WILL BE USED BY THE JURY.

3            MR. PRICE:  AND WE'RE NOT -- THIS

4    EXAMINATION IS NOT TALKING ABOUT PRIOR ART.

5            MR. MCELHINNY:  SO IT'S NOT RELEVANT TO

6    THE VALIDITY OF ANY OF OUR PATENTS AT ISSUE, YOUR

7    HONOR.

8            THE COURT:  ALL RIGHT.  SO WHAT -- IT'S

9    1093?

10           MR. PRICE:  YES, YOUR HONOR.

11           THE COURT:  ALL RIGHT.  SO THE LIMITING

12   INSTRUCTION IS THAT THIS EXHIBIT, OR I GUESS THIS

13   PHONE, IS ADMITTED, BUT IT IS NOT PRIOR ART FOR

14   PURPOSES OF ANY INVALIDITY OF THE PATENTS.  OKAY?

15           SO YOU CAN CONSIDER IT.

16           MR. PRICE:  THANK YOU, YOUR HONOR.

17           THE COURT:  IT'S IN EVIDENCE.

18           (WHEREUPON, DEFENDANT'S EXHIBIT NUMBER

19           1093, HAVING BEEN PREVIOUSLY MARKED FOR

20           IDENTIFICATION, WAS ADMITTED INTO

21           EVIDENCE.)

22           THE COURT:  GO AHEAD.

23   BY MR. PRICE:

24   Q    TO BE CLEAR, THERE'S NO PATENT THAT HAS BEEN

25   ASSERTED HERE THAT SAYS THAT THE TOUCHSCREEN, THAT

1   APPLE OWNS THAT EXCLUSIVELY; RIGHT?

2   A    I'M NOT CERTAIN.  I KNOW THERE'S SOME

3   TOUCHSCREEN PATENTS INVOLVED.  I DON'T KNOW EXACTLY

4   WHICH ONES AND HOW TO SUMMARIZE THAT.

5   Q    OKAY.  WELL, IF -- YOU UNDERSTAND, AS SOMEONE

6   WHO'S IN MARKETING, THAT THERE IS AN ADVANTAGE TO

7   HAVING A LARGER SCREEN ON THE PHONE?

8   A    TO AN EXTENT OF THE THERE ARE TIMES WHEN IT IS

9   AND TIMES WHEN IT CAN BECOME A DISADVANTAGE.

10  Q    SO IT'S A FUNCTIONAL ADVANTAGE IF, FOR

11  EXAMPLE, YOU WANT TO WATCH MOVIES; RIGHT?

12            MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.

13  IF YOU THINK IT IS A TERM OF ART AND IT'S A LEGAL

14  EXPRESS WHICH HE JUST SUBSTITUTED INTO HIS

15  QUESTION.  WE DON'T HAVE A DEFINITION OF FUNCTIONAL

16  AS HE'S USING IT.

17            THE COURT:  WHY DON'T YOU REPHRASE YOUR

18  QUESTION.

19            MR. PRICE:  SURE.

20  Q    YOU BELIEVE THAT A LARGER SCREEN PROVIDES

21  ADVANTAGES TO A CONSUMER IF THE CONSUMER WANTS TO

22  WATCH A MOVIE?

23  A    THERE ARE TIMES WHEN A LARGER SCREEN IS A

24  BENEFIT AND ONE OF THOSE WOULD BE WATCHING A MOVIE.

25  Q    OKAY.  AND THAT IT'S AN ADVANTAGE BECAUSE YOU

1    CAN VIEW A LARGER SECTION, FOR EXAMPLE, OF A WEB

2    PAGE?

3    A    DEPENDING ON THE SCREEN RESOLUTION, IT CAN BE

4    AN ADVANTAGE FOR THAT.

5    Q    AND IT'S YOUR EXPERIENCE THAT THESE ARE THINGS

6    WHICH CONSUMERS WANT, THAT THEY WANT SCREENS THAT

7    ARE LARGER SO THEY CAN SEE WEB PAGES, MOVIES, YOU

8    KNOW, WITHIN THE LIMIT OF THE, YOU KNOW, BEING

9    USEFUL IN YOUR HAND?

10   A    LARGER SCREENS ARE -- CAN BE A BENEFIT TO

11   USERS.  IT'S NOT THE ONLY THING THEY WANT, BUT IT'S

12   ONE THING THAT THEY WANT.

13   Q    AND WHEN, WHEN YOU -- WHEN APPLE RELEASED THE

14   IPHONE IN 2007, IT EXPECTED COMPETITION IN THE

15   SMARTPHONE INDUSTRY WITH PHONES THAT YOU COULD

16   WATCH MOVIES ON OR VIEW WEB PAGES; CORRECT?

17   A    WE EXPECTED COMPETITION IN THE SMARTPHONE

18   SPACE, YES.

19   Q    BECAUSE YOU DIDN'T THINK THAT APPLE -- APPLE

20   DIDN'T THINK THAT IT HAD THE EXCLUSIVE RIGHT TO

21   GIVE THE CONSUMER A SMARTPHONE WITH A SCREEN THAT

22   COULD EXHIBIT WEB PAGES, MOVIES, MUSIC; RIGHT?

23   A    WE DID NOT HAVE EXCLUSIVITY ON PLAYING MOVIES

24   OR MUSIC ON PHONES.

25   Q    SO LET'S TALK THEN NOW ABOUT, ABOUT OTHER

1    THINGS ABOUT THE WAY THE PHONE WORKS.

2           IF -- LET ME ASK YOU, YOU'VE HEARD THE

3    PHRASE THAT EVERYTHING DEFERS TO THE SCREEN?

4    A    NO, ACTUALLY, I DON'T RECALL THAT PHRASE.

5    Q    DO YOU REMEMBER MR. IVE SAYING SOME PHRASE

6    LIKE THAT, THAT EVERYTHING DEFERS TO THE SCREEN?

7    A    YOU MEAN JONATHAN IVE?

8    Q    YES, IVE, THANK YOU.

9    A    I DON'T RECALL THAT SAYING.

10   Q    BUT THAT'S THE IDEA FOR APPLE'S PHONES, FOR

11   EXAMPLE, IS THAT THE SCREEN KIND OF DOMINANTS THE

12   PHONE?

13          MR. MCELHINNY:  THIS IS BEYOND THE SCOPE

14   OF DIRECT EXAMINATION, YOUR HONOR, TALKING ABOUT

15   THE ELEMENTS OF THE DESIGN.

16          MR. PRICE:  HE TALKED ABOUT THE DESIGN AT

17   LENGTH.

18          THE COURT:  GO AHEAD.  OVERRULED.

19   BY MR. PRICE:

20   Q    CORRECT?

21   A    I'M SORRY.  COULD YOU REPEAT THE QUESTION.

22   Q    THE SCREEN DOMINANTS THE APPLE IPHONE;

23   CORRECT?

24   A    THE SCREEN IS ONE OF THE DOMINANT FEATURES OF

25   THE PHONE.

```
 1    Q    AND I'M GOING TO -- WE WERE TALKING ABOUT
 2    EXHIBIT 1000, WHICH WAS THE FIRST PHONE, AND YOU
 3    WERE ASKED BY YOUR COUNSEL ABOUT THAT, SO WHEN THE
 4    SCREEN DOMINANTS, THEN, FOR EXAMPLE, ON THE IPHONE,
 5    THERE'S THESE TWO AREAS AT THE TOP AND BOTTOM,
 6    FAIRLY SMALL AREAS COMPARED TO THE SCREEN; CORRECT?
 7    A    YEAH, THERE ARE AREAS ON THE TOP AND BOTTOM OF
 8    THE PHONE AND THE SCREEN AS WELL.
 9    Q    AND IN THAT REGARD, APPLE'S PHILOSOPHY HAS
10    BEEN LET'S MAKE THIS REALLY CLEAN AND NOT HAVE
11    APPLE ON IT AND JUST HAVE A SPEAKER AND HAVE WHAT
12    IS CALLED THE HOME BUTTON; CORRECT?
13    A    OUR PHILOSOPHY IS TO CREATE ONE SEAMLESS FACE
14    ON THE FRONT FOR THE SCREEN AND THE AREA ABOVE AND
15    BELOW IT.  THAT'S OUR PHILOSOPHY ON THAT.
16    Q    SO IF YOU'VE GOT A TOUCHSCREEN, AND MOST
17    PEOPLE HOLD THEIR PHONES LIKE I'M HOLDING THIS IN
18    MY HAND NOW, RIGHT (INDICATING)?
19    A    THAT'S ONE WAY TO HOLD IT.
20    Q    VERY RARELY, WHEN MAKING A CALL, FOR EXAMPLE,
21    DO PEOPLE HOLD PHONES LIKE THIS WITH ONE FINGER,
22    RIGHT (INDICATING)?
23    A    I HOLD IT LIKE THAT WHEN I MAKE A CALL
24    (INDICATING).
25    Q    NOW, WHEN YOU HAVE A TOUCHSCREEN, YOU HAVE TO
```

```
1    DO SOMETHING ON THE EDGES HERE SO THAT YOUR FINGERS

2    AREN'T TOUCHING THAT SCREEN AND, AND DOING

3    SOMETHING THAT YOU DON'T WANT IT TO DO; RIGHT?

4    A    NO.  IT'S MUCH MORE COMPLICATED THAN THAT.

5    Q    WELL, YOU DON'T WANT TO HAVE SOMEONE

6    ACCIDENTALLY TOUCHING THE PHONE WHEN THEY'RE

7    HOLDING IT THE WAY THAT THEY WOULD NORMALLY HOLD IT

8    FOR A CALL; CORRECT?

9    A    AGAIN, I'M NOT SURE WHAT YOU MEAN.  YOU DO

10   WANT PEOPLE TO TOUCH THEIR PHONE WHEN THEY'RE

11   HOLDING IT TO MAKE A CALL AND IT WILL TOUCH THE

12   SCREEN.

13   Q    THE SCREEN.  YOU DON'T WANT PEOPLE TO -- IF

14   IT'S AN INTERACTIVE TOUCHSCREEN, YOU DON'T WANT

15   PEOPLE TO ACCIDENTALLY TOUCH IT WHILE THEY'RE

16   MAKING A CALL.  THAT WOULD BE A PROBLEM THAT WOULD

17   BE KIND OF AN INCONVENIENCE?

18   A    WELL, THEY WILL FROM TIME TO TIME TOUCH IT, SO

19   WE'VE INVENTED WAYS TO, TO KEEP THAT FROM CREATING

20   CONTACTS THAT YOU DON'T WANT OR SIGNALS THAT YOU

21   DON'T WANT TO HAPPEN ON YOUR CALL, YES.

22   Q    AND WHAT APPLE HAS DONE HERE, AT LEAST ON THE

23   FIRST IPHONE, IT HAS THIS METAL BEZEL AND IT HAS

24   THESE VERY SMALL DARK LINES DOWN THE SIDE WHICH ARE

25   NOT PART OF THE ACTUAL INTERACTIVE SCREEN; RIGHT?
```

```
 1    A    THERE ARE -- THERE IS A BORDER AROUND THE
 2    SCREEN THAT'S VERY SMALL, YES.
 3    Q    AND THAT BORDER, IF YOU TOUCH IT, IT WON'T DO
 4    ANYTHING TO MAKE THE PHONE FUNCTION; RIGHT?
 5    A    IF YOU'RE NOT TOUCHING THE TOUCHSCREEN, YOU'RE
 6    NOT -- EXCEPT FOR, OF COURSE, THE HOME BUTTON AND
 7    THE BUTTONS ON THE SIDE, YOU'RE NOT INTERACTING
 8    WITH IT; CORRECT.
 9    Q    AND YOU NEED A SPEAKER AT THE TOP TO HEAR?
10    A    YOU NEED A SPEAKER TO HEAR, UNLESS YOU'RE
11    USING A HEAD SET.
12    Q    AND IF YOU'RE GOING TO HAVE A CAMERA, YOU NEED
13    SOMETHING ON THE TOP FOR A CAMERA; CORRECT?
14    A    FOR A FRONT FACING CAMERA, YES.
15    Q    AND THESE AREAS THAT ARE DARK, YOU KNOW, ABOVE
16    AND BELOW THE SCREEN, DO THEY HIDE INTERNAL WIRING
17    AND COMPONENTS?
18    A    THERE ARE COMPONENTS BEHIND EVERY PART OF THE
19    IPHONE, THE SCREEN AND THE TOP AND BOTTOM, AND
20    ALONG THE BOTTOM AS WELL.
21    Q    NOW, ANOTHER THING, THESE ARE ROUNDED.  I
22    ASSUME YOU THOUGHT THAT CUSTOMERS MIGHT PUT THESE
23    PHONES IN THEIR POCKETS.
24    A    WE CERTAINLY ASSUME CUSTOMERS PUT THEIR PHONE
25    IN THEIR POCKET.  I WOULDN'T SAY THAT'S WHY IT'S
```

1    ROUNDED.  THAT'S NOT THE ONLY REASON.

2    Q    IT MAY NOT BE THE ONLY REASON, BUT IF IT'S

3    SQUARE, THAT WOULD MAKE IT MORE DIFFICULT FOR A

4    CUSTOMER TO TAKE THEIR PHONE OUT OF THEIR POCKET?

5    A    IT DEPENDS.  THERE ARE WAYS TO HANDLE THAT NO

6    MATTER WHAT THE SHAPE IS.  SO I WOULDN'T SAY THAT'S

7    A GUARANTEED RULE.  I'VE SEEN SQUARE PHONES THAT

8    WORK JUST FINE IN YOUR POCKETS.

9    Q    YOU THINK THAT JUST GENERALLY, USING YOUR

10   COMMON SENSE, IT WOULD BE MORE DIFFICULT TO TAKE A

11   SQUARE PHONE OUT OF YOUR POCKET BECAUSE IT MIGHT

12   CATCH ON SOMETHING?

13   A    I THINK IT DEPENDS ON THE SIZE, BUT ROUNDED

14   CORNERS CERTAINLY HELP YOU MOVE THINGS IN AND OUT

15   OF YOUR POCKET.

16   Q    NOW, YOU SAID THAT YOU WERE INVOLVED IN THE

17   DEVELOPMENT OF THE IPHONE; RIGHT?

18   A    YES.

19   Q    AND YOU SAID THAT YOU THOUGHT IT WAS, I THINK,

20   BEAUTIFUL, UNIQUE, DISTINCTIVE; CORRECT?

21   A    YES.

22   Q    AND WE SHOWED THAT PICTURE IN 2011, AFTER

23   MR. JOBS PASSED AWAY, AND THEY HAD THE IPHONES AND

24   YOU SAID YOU COULD IMMEDIATELY RECOGNIZE THOSE AS

25   IPHONES; CORRECT?

1    A    YES, I DID.

2    Q    BECAUSE THEY WERE SO UNIQUE; RIGHT?

3    A    YES.

4    Q    SO I THEN HEARD YOU TESTIFY FROM, I GUESS,

5    MR. MCELHINNY SAYING THAT YOU BELIEVED THERE WAS

6    CONSUMER CONFUSION REGARDING THE IPHONE AND

7    SAMSUNG'S PRODUCTS; RIGHT?

8    A    I SAID -- I EXPLAINED AN EXAMPLE BOTH WITH TV

9    ADS AND OUTDOOR ADVERTISING HOW IT WOULD CREATE

10   CONFUSION AND IF THE USER SEES EITHER A SAMSUNG OR

11   AN APPLE PHONE, THE MORE THAT A SAMSUNG PHONE

12   COPIES AN APPLE PHONE, THE HARDER IT IS TO TELL

13   WHICH IS WHICH IN SITUATIONS LIKE I DESCRIBED,

14   DRIVING BY A BILLBOARD OR WATCHING TV AND MOVING

15   OUT OF THE ROOM.

16   Q    LET'S TALK ABOUT HOW, ABOUT HOW -- YOUR

17   UNDERSTANDING OF HOW CONSUMERS OVER THE YEARS HAVE

18   BUILT THESE SMARTPHONES.

19        THEY'RE FAIRLY EXPENSIVE COMPARED TO

20   OTHER PHONES; CORRECT?

21   A    NOT NECESSARILY.

22   Q    OKAY.  WOULD YOU SAY $500, $600 IS EXPENSIVE?

23   A    THE IPHONE STARTS AT FREE WHEN YOU PURCHASE

24   IT -- IN THE U.S., THE PREDOMINANT NUMBER OF

25   CUSTOMERS BUY IT WITH A CONTRACT AND IT'S FREE.

1    Q    THE CURRENT IPHONE ALSO?  MODELS?

2    A    THE IPHONE 3GS STARTS AT FREE, YES.

3    Q    I'M TALKING ABOUT THE LATEST AND GREATEST

4    MODELS THAT YOU COME OUT WITH AND THERE'S A BIG

5    SPLASH OF MEDIA, THEY'RE KIND OF EXPENSIVE?  SOME

6    PEOPLE DON'T BUY THEM BECAUSE THEY'RE EXPENSIVE?

7    A    SOME PEOPLE DO, SOME DON'T.  THEY

8    TRADITIONALLY START AT ABOUT $199 UNDER A CONTRACT.

9    SO DEPENDING ON YOUR PERSPECTIVE WHETHER THAT'S

10   EXPENSIVE OR NOT.

11   Q    AND YOUR RESEARCH TELLS YOU THAT PEOPLE

12   USUALLY CONSIDER THEIR PHONE PURCHASE CAREFULLY

13   WHEN THEY'RE BUYING SUCH A PERSONAL AND PRICED

14   ITEM?

15   A    I DON'T RECALL ANY SPECIFIC RESEARCH ABOUT THE

16   CARE SOMEONE TAKES IN AN INDIVIDUAL PURCHASE.

17   Q    YOU'VE HAD EXPERIENCE GOING INTO STORES;

18   CORRECT?

19   A    I HAVE GONE INTO STORES.

20   Q    AND IN THE STORES, THE IPHONE PRODUCTS ARE

21   SEGREGATED, AT THE CARRIERS, FROM SAMSUNG PRODUCTS;

22   RIGHT?

23   A    IT DEPENDS ON THE STORE AND THE SETUP, BUT

24   THEY'RE NOT ALWAYS NEXT TO EACH OTHER.

25   Q    THAT'S A LITTLE BIT DIFFERENT.  EVERY STORE

1    YOU'VE BEEN INTO THAT'S A CARRIER, THE IPHONE

2    PRODUCTS ARE SEGREGATED FROM THE SAMSUNG PRODUCTS;

3    RIGHT?

4    A    AGAIN, I'M NOT SURE BY SEGREGATED WHAT YOU

5    MEAN, BUT USUALLY THEY'RE DISPLAYED SEPARATELY FROM

6    EACH OTHER.

7    Q    AND YOU ARE SAYING THAT THE IPHONE IS CONFUSED

8    WITH SAMSUNG PHONES.  YOU KNOW THERE ARE A NUMBER

9    OF PHONES THAT ARE, THAT ARE ACCUSED IN THIS CASE;

10   RIGHT?

11   A    YES, I BELIEVE THERE ARE A NUMBER OF PHONES

12   THAT HAVE COPIED THE IPHONE, YES.

13   Q    AND SO IS IT YOUR TESTIMONY THAT IF YOU LOOK

14   AT THESE PHONES, THEN CUSTOMERS ARE GOING TO BE

15   CONFUSED ABOUT ALL THE PHONES THAT ARE ACCUSED IN

16   THIS CASE?

17   A    I BELIEVE CUSTOMERS CAN BE CONFUSED.

18        AND, AGAIN, I WAS SPEAKING SPECIFICALLY

19   ABOUT ALL THE MARKETING EFFORT AND I BELIEVE

20   THEY'RE CREATING CONFUSION THERE.

21   Q    WELL, LET ME SHOW YOU WHAT HAS BEEN MARKED AS

22   EXHIBIT 1016.  THIS IS A, A JOINT EXHIBIT.  IT'S

23   ONE OF THE ACCUSED PRODUCTS.  IT'S THE CONTINUUM.

24        IF I MAY APPROACH, YOUR HONOR?

25        THE COURT:  GO AHEAD, PLEASE.

```
1    CALLED THE COM-TECH SURVEY, AND HE SHOWED YOU PAGE

2    23, AND HE SHOWED YOU THE CHART UP IN THE UPPER

3    RIGHT-HAND CORNER, WHICH IF I UNDERSTAND IT

4    CORRECTLY, SHOWED THAT FOUR TIMES MORE PEOPLE LIKED

5    THE DESIGN OF THE BLACKBERRY PHONE THAN LIKED THE

6    DESIGN OF THE APPLE PHONE.  IS THAT WHAT THAT

7    PURPORTS TO SHOW?

8    A    NO, I DON'T AGREE IT SHOWS THAT.

9    Q    YOU WERE GOING TO -- YOU WERE GOING TO TRY TO

10   EXPLAIN HOW TO INTERPRET THIS CORRECTLY, AND I'D

11   LIKE TO GIVE YOU THE OPPORTUNITY TO DO THAT?

12   A    YES, AS I UNDERSTAND WHAT THIS COMPANY DID

13   WITH THIS DATA WAS THEY ASKED CUSTOMERS A SPECIFIC

14   QUESTION AND THAT QUESTION WAS, OTHER THAN PRICE,

15   SO YOU'VE ALREADY SET THE MINDSET TO START THEM

16   THINKING ABOUT WHAT MATTERS TO THEM, WHAT ONE OTHER

17   THING WOULD YOU RATE AS IMPORTANT IN YOUR PURCHASE?

18            AND THEY WERE ALLOWED TO ONLY PICK ONE

19   THING.

20            AND THAT'S THE UNDERSTANDING OF THE

21   METHODOLOGY I HAD HERE.  SO UNLIKE THE DATA WE

22   COLLECT WHERE WE ASK EACH ITEM AND CHECK WHICH IS

23   THE TOP BOXES OF PREFERENCE, THIS YOU WERE LIMITED

24   IN YOUR CHOICE.

25            AND TO FURTHER ADD CONFUSION, ONE OF
```

1    THOSE CHOICES IS BRAND, WHICH AS YOU SEE, APPLE

2    RANKS THE HIGHEST OF.

3              AND I BELIEVE THAT CUSTOMERS AT THIS

4    LEVEL AREN'T CLEAR ON BRAND AND DESIGN AND WHAT

5    THAT MEANS.

6              SO YOU WEREN'T GIVEN MORE THAN ONE

7    CHOICE, AND IT WAS CONFUSED WITH OTHER CHOICES THAT

8    HAD RATED VERY HIGHLY.  SO IF YOU LIKED BRAND AND

9    DESIGN, YOU COULDN'T SELECT THAT.

10   Q    SO THAT WE'RE, AGAIN, USING THE SAME

11   TERMINOLOGY, WHAT DOES BRAND, AS IS USED ON THIS

12   CHART WHICH COUNSEL PUT INTO EVIDENCE, WHAT DOES

13   BRAND MEAN?

14   A    ON THIS QUESTION IT'S CONFUSED BECAUSE THEY

15   SAY BRAND/MODEL.  SOME PEOPLE THINK BRAND MEANS THE

16   BRAND OF THE COMPANY, BUT MODEL MEANS MODEL OF

17   PHONES.  SO IN THIS CASE, IT MIGHT MEAN APPLE AND

18   IPHONE.

19             SO IN THIS CASE, I CAN ONLY ASSUME,

20   BECAUSE IT'S UP TO THE USER'S INTERPRETATION OF

21   WHAT THEY'RE ASKED, THAT 44 PERCENT OF APPLE IOS

22   CUSTOMERS SELECTED APPLE/IPHONE AS A PRIMARY REASON

23   TO PURCHASE, OTHER THAN PRICE.  AND THEN THEY

24   COULDN'T EXPECT ANYTHING ELSE.

25   Q    BASED ON YOUR EXPERIENCE IN MARKETING, IS

```
 1    THERE AN OVERLAP OR A CONNECTION BETWEEN THE DESIGN

 2    OF THE APPLE PHONES AND THE APPLE BRAND?

 3    A    YES, I THINK THERE'S A STRONG CORRELATION.

 4    Q    AND WHAT IS THAT CORRELATION?

 5    A    IT IS THAT PEOPLE ASSOCIATE THE APPLE BRAND

 6    WITH GREAT DESIGN, AND THEY HAVE INTRINSIC MEANING

 7    TOGETHER.

 8    Q    SIR, AGAIN, I THINK YOU TESTIFIED THAT YOU

 9    WERE INVOLVED IN THE ORIGINAL IPHONE PRODUCT; IS

10    THAT CORRECT?

11    A    YES.

12    Q    AND WE'VE TALKED A LOT ABOUT WHAT THE IPHONE

13    LOOKS LIKE AND THE DESIGN AND THE ELEMENTS OF THAT

14    DESIGN; IS THAT CORRECT?

15    A    YES.

16    Q    WAS THAT DESIGN CHOSEN SO THAT IT WOULDN'T

17    MATCH ON SOMEBODY'S POCKET?

18    A    NO.

19    Q    WHAT WAS THE THEME OF THE OVERALL DESIGN OF

20    THE IPHONE?

21    A    WE WERE TRYING TO CREATE A NEW BREAKTHROUGH

22    DESIGN FOR A PHONE THAT WAS BEAUTIFUL AND SIMPLE

23    AND EASY TO USE AND CREATED A BEAUTIFUL, SMOOTH

24    SURFACE THAT HAD A TOUCHSCREEN AND WENT RIGHT TO

25    THE RIM WITH THE BEZEL AROUND IT AND LOOKING FOR A
```

1     LOOK THAT WE FOUND WAS BEAUTIFUL AND EASY TO USE

2     AND APPEALING.

3              WE HAD A TERM AT APPLE, IN MARKETING,

4     THAT WE CALLED THE LUST FACTOR.  DOES THIS IPHONE

5     HAVE APPEAL TO PEOPLE THAT THEY LUST AFTER IT

6     BECAUSE IT'S SO GORGEOUS.  THAT'S ONE OF THE THINGS

7     WE WERE GOING FOR, A HIGH LUST FACTOR.

8     Q    DURING THE FOUR YEARS THAT THE IPHONE WAS

9     UNDER DEVELOPMENT, WERE OTHER DESIGNS CONSIDERED AT

10    ANY TIMES?

11    A    YES, THERE WERE MANY DESIGNS.

12    Q    WOULD THOSE OTHER DESIGNS HAVE CUT ON PEOPLE'S

13    POCKETS.

14    A    I DON'T BELIEVE SO.

15              MR. MCELHINNY:  THANK YOU.  I HAVE

16    NOTHING FURTHER.

17              THE COURT:  ALL RIGHT.  TIME IS NOW

18    11:50.

19              ANY RECROSS, MR. PRICE?

20              MR. PRICE:  NOT MUCH.

21                   **RECROSS-EXAMINATION**

22    BY MR. PRICE:

23    Q    I WANTED TO ASK YOU, YOU WANTED TO CREATE THIS

24    LUST FACTOR WITH THE IPHONE.  THE SAMSUNG PHONES I

25    SHOWED YOU WITH THE FOUR HARD BUTTONS AND THE

1   SIGNAGE AT THE TOP, DO YOU THINK THAT'S BEAUTIFUL?

2   A    I DON'T THINK THEY'RE AS BEAUTIFUL AS THE

3   IPHONE, BUT I THINK THEY'RE TRYING TO BE AS

4   BEAUTIFUL AS THE IPHONE.

5   Q    AND IN YOUR OPINION, THEY DON'T QUITE CUT IT

6   ON THAT REGARD; RIGHT?  IN YOUR OPINION?

7   A    NOT FOR ME.

8   Q    OKAY.  AND THAT'S ONE OF THE REASONS APPLE HAS

9   THAT ICONIC HOME BUTTON WITH NOTHING ELSE ON THE

10  BOTTOM BECAUSE THAT WAS AN IMPORTANT PART OF WHAT

11  YOU THOUGHT WAS A BEAUTIFUL, UNIQUE DESIGN?

12            MR. MCELHINNY:  BEYOND THE SCOPE.  ASKED

13  AND ANSWERED.

14            THE COURT:  OVERRULED.

15            GO AHEAD.  GO AHEAD, PLEASE.

16            THE WITNESS:  I THINK WE HAVE A LUSTFUL,

17  GORGEOUS DESIGN IN TOTAL AND I THINK THE HOME

18  BUTTON IS ONE OF THE FEATURES ON THE PHONE.

19            MR. PRICE:  NOTHING FURTHER.

20            THE COURT:  ALL RIGHT.  SO IT'S 11:51.

21            MAY THIS WITNESS BE EXCUSED AND IS HE

22  SUBJECT TO RECALL OR NOT?

23            MR. MCELHINNY:  I WOULD LIKE HIM EXCUSED,

24  NOT SUBJECT TO RECALL, ALTHOUGH WE MAY CHOOSE TO

25  USE HIM IN REBUTTAL, SO HE WON'T BE IN THE

```
 1    COURTROOM.
 2              THE COURT:  ALL RIGHT.  WELL, YOU'RE
 3    EXCUSED.
 4              THE WITNESS:  THANK YOU.
 5              THE COURT:  ALL RIGHT.  CALL YOUR NEXT
 6    WITNESS, PLEASE.
 7              MR. MCELHINNY:  YOUR HONOR, ON BEHALF OF
 8    APPLE, WE CALL MR. SCOTT FORSTALL.
 9              THE CLERK:  WOULD YOU RAISE YOUR RIGHT
10    HAND, PLEASE.
11                      SCOTT FORSTALL,
12    BEING CALLED AS A WITNESS ON BEHALF OF THE
13    PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS
14    EXAMINED AND TESTIFIED AS FOLLOWS:
15              THE WITNESS:  I DO.
16              THE CLERK:  WOULD YOU HAVE A SEAT,
17    PLEASE.
18              WOULD YOU STATE YOUR NAME, PLEASE, AND
19    SPELL IT?
20              THE WITNESS:  SCOTT FORSTALL, S-C-O-T-T
21    FIRST NAME, LAST NAME FORSTALL, F, AS IN FRANK,
22    O-R-S-T-A-L-L.
23              THE CLERK:  THANK YOU.
24              MR. MCELHINNY:  MAY I PROCEED, YOUR
25    HONOR?
```

```
 1              THE COURT:  PLEASE, GO AHEAD.
 2                    DIRECT EXAMINATION
 3    BY MR. MCELHINNY:
 4    Q    GOOD MORNING, MR. FORSTALL.
 5    A    GOOD MORNING.
 6    Q    I'M GOING TO HAVE YOU ON THE STAND HERE FOR
 7    EIGHT MINUTES.
 8              BY WHOM ARE YOU EMPLOYED?
 9    A    APPLE.
10    Q    AND WHAT IS YOUR CURRENT JOB TITLE, SIR?
11    A    I'M SENIOR VICE-PRESIDENT OF IOS.
12    Q    AND WE'RE GOING TO DO SOME -- I'M GOING TO
13    DEFINE TERMS AS WE GO ALONG.  WHAT IS IOS?
14    A    IOS IS THE OPERATING SYSTEM THAT RUNS ALL
15    IPHONES, IPADS, AND IPOD TOUCH.
16    Q    AND JUST GENERALLY, WHAT IS YOUR GROUP
17    RESPONSIBLE FOR AT APPLE?
18    A    SO IN ADDITION TO ALL THE SOFTWARE THAT RUNS
19    ON ALL THOSE PLATFORMS, IPHONE, IPADS AND IPOD
20    TOUCH, MY GROUP ALSO DOES USER INTERFACE DESIGN,
21    BOTH FOR THOSE PRODUCTS AND FOR THE MACINTOSH.
22    Q    MR. FORSTALL, THIS WOMAN IN FRONT OF ME IS A
23    COURT REPORTER AND SO SHE'S TRYING TO TAKE DOWN
24    WHAT YOU SAY.  SO IF YOU WOULD SLOW DOWN JUST A
25    LITTLE BIT, THAT WOULD BE GREAT.
```

1

2

3

4                          CERTIFICATE OF REPORTER

5

6

7

8                I, THE UNDERSIGNED OFFICIAL COURT

9       REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10      THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11      FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12      CERTIFY:

13                  THAT THE FOREGOING TRANSCRIPT,

14      CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15      CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16      SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17      HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18      TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21                        /S/

                   _____
22                 LEE-ANNE SHORTRIDGE, CSR, CRR
                   CERTIFICATE NUMBER 9595
23

24                 DATED:  AUGUST 3, 2012

25