# Estrich Declaration

# Exhibit 5

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
6  CORPORATION,                )
                               )  SAN JOSE, CALIFORNIA
7             PLAINTIFF,        )
                               )  AUGUST 7, 2012
8         VS.                  )
                               )  VOLUME 5
9  SAMSUNG ELECTRONICS CO.,    )
   LTD., A KOREAN BUSINESS     )  PAGES 1297-1637
10 ENTITY; SAMSUNG             )
   ELECTRONICS AMERICA,        )
11 INC., A NEW YORK            )
   CORPORATION; SAMSUNG        )
12 TELECOMMUNICATIONS          )
   AMERICA, LLC, A DELAWARE    )
13 LIMITED LIABILITY           )
   COMPANY,                    )
14                             )
              DEFENDANTS.      )
15 _____

16           TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
17         UNITED STATES DISTRICT JUDGE

18

19

20        APPEARANCES ON NEXT PAGE

21

22

23 OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24                         IRENE RODRIGUEZ, CSR, CRR
                           CERTIFICATE NUMBER 8074
25

```
1    A P P E A R A N C E S:

2    FOR PLAINTIFF         MORRISON & FOERSTER
     APPLE:                   BY:  HAROLD J. MCELHINNY
3                                  MICHAEL A. JACOBS
                                   RACHEL KREVANS
4                            425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
5

6    FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
     APPLE:                 HALE AND DORR
7                           BY:  WILLIAM F. LEE
                            60 STATE STREET
8                           BOSTON, MASSACHUSETTS  02109

9                           BY:  MARK D. SELWYN
                            950 PAGE MILL ROAD
10                          PALO ALTO, CALIFORNIA  94304

11   FOR THE DEFENDANT:   QUINN, EMANUEL, URQUHART,
                          OLIVER & HEDGES
12                        BY:  CHARLES K. VERHOEVEN
                               ANNE ABRAMOWITZ
13                        50 CALIFORNIA STREET, 22ND FLOOR
                          SAN FRANCISCO, CALIFORNIA  94111
14
                          BY:  VICTORIA F. MAROULIS
15                             KEVIN P.B. JOHNSON
                          555 TWIN DOLPHIN DRIVE
16                        SUITE 560
                          REDWOOD SHORES, CALIFORNIA  94065
17
                          BY:  MICHAEL T. ZELLER
18                             WILLIAM C. PRICE
                          865 SOUTH FIGUEROA STREET
19                        10TH FLOOR
                          LOS ANGELES, CALIFORNIA  90017
20

21

22

23

24

25
```

INDEX OF WITNESSES

PLAINTIFF'S

**PETER BRESSLER**
     REDIRECT EXAM BY MS. KREVANS (RES.)P. 1336
     RECROSS-EXAM BY MR. VERHOEVEN     P. 1349
     FURTHER REDIRECT BY MS. KREVANS    P. 1354


**SUSAN KARE**
     DIRECT EXAM BY MS. KREVANS       P. 1356
     CROSS-EXAM BY MR. VERHOEVEN     P. 1414
     REDIRECT EXAM BY MS. KREVANS    P. 1478
     RECROSS-EXAM BY MR. VERHOEVEN   P. 1489
     FURTHER REDIRECT BY MS. KREVANS P. 1492
     FURTHER RECROSS BY MR. VERHOEVEN P. 1493


**RUSSELL WINER**
     DIRECT EXAM BY MR. JACOBS       P. 1496
     CROSS-EXAM BY MR. VERHOEVEN     P. 1529
     REDIRECT EXAM BY MR. JACOBS     P. 1565
     RECROSS-EXAM BY MR. VERHOEVEN   P. 1572
     FURTHER REDIRECT BY MR. JACOBS  P. 1576


**HAL PORET**
     DIRECT EXAM BY MR. JACOBS       P. 1577
     CROSS-EXAM BY MR. PRICE        P. 1591

```
1     Q    OKAY.  WHERE WERE WE?

2              WE WERE TALKING ABOUT YOU PROVIDED THE

3     TESTIMONY ABOUT HOW A CONSUMER MIGHT MAKE A MISTAKE

4     OR BE CONFUSED ABOUT THESE APPLICATION SCREENS

5     THINKING THAT, ONE, THAT IT'S A SAMSUNG APPLICATION

6     SCREEN AND MIGHT BE AN APPLE PHONE, RIGHT, OR AN

7     APPLE APPLICATION SCREEN.  DO YOU REMEMBER THAT?

8     A    THAT A SAMSUNG APPLICATION SCREEN WOULD LOOK

9     LIKE THE DESIGN OF THE D'305 PATENT.

10    Q    DIDN'T YOU -- DIDN'T I HEAR YOU SAY THAT YOU

11    THOUGHT THAT A CONSUMER WOULD BE CONFUSED AS TO THE

12    SOURCE?

13    A    WHEN WE TALKED ABOUT TRADE DRESS.

14    Q    RIGHT?

15    A    WHEN WE TALKED ABOUT -- EXCUSE ME.  I THOUGHT

16    YOU WERE ASKING ME ABOUT THE D'305.

17    Q    OKAY.  BUT YOU DID TALK ABOUT CONSUMERS

18    BEING -- WHETHER OR NOT CONSUMERS MIGHT BE CONFUSED

19    BY THE SAMSUNG APPLICATION SCREENS.

20              DO YOU REMEMBER THAT?

21    A    YES.

22    Q    OKAY.  AND YOU THOUGHT THAT THERE'S -- THAT

23    THEY MIGHT BE?

24    A    YES.

25    Q    OKAY.  SO LET'S LOOK AT WHAT A CONSUMER WOULD
```

1    SEE WHEN THEY TURN ON THE PHONE BETWEEN THE TIME

2    THEY HAVE A PHONE LIKE THIS IN THEIR HANDS THAT'S

3    TURNED OFF AND THE TIME THAT THEY ACTUALLY GET TO

4    THE APPLICATION SCREEN.

5              I'LL TRY TO DO THIS, YOUR HONOR, ON THE

6    ELMO.

7              DO WE HAVE A MICROPHONE?

8              THE CLERK:  A MICROPHONE?

9              MR. VERHOEVEN:  YEAH.  I THOUGHT THERE

10   WAS A LITTLE HAND MIKE.  THERE WE GO.

11             DOES THIS WORK?

12             I'M GOING TO PUT THIS CLOSE TO THE PHONE

13   SO THAT -- OKAY.

14   Q   SO NOW I'M THE CONSUMER, AND I'M TURNING ON

15   THE PHONE.  WHAT DOES THE CONSUMER SEE?

16   A   THE START-UP SCREEN WITH THE --

17   Q   WHAT DOES IT SAY?

18   A   IT SAYS, "SAMSUNG."

19   Q   STILL SAYS SAMSUNG.

20             WHAT'S DROID?  IS THAT SHORT FOR ANDROID?

21   A   I DON'T KNOW I KNOW IT'S THIS, THE DROID PHONE

22   HAS THE CHIN.

23   Q   AND NOW WHAT IS THE CONSUMER LOOKING AT NOW?

24   A   THE UNLOCK SCREEN.

25   Q   SO THE CONSUMER HAS TO DO SOMETHING HERE;

1    RIGHT?

2    A    YES.

3    Q    WHAT DO THEY HAVE TO DO?

4    A    MOVE THE PUZZLE PIECE TO THE RIGHT TO UNLOCK

5    IT.

6    Q    OKAY.  NOW, WHAT IS THE CONSUMER LOOKING AT?

7    A    THE HOME SCREEN OF THE SAMSUNG PHONE.

8    Q    OKAY.  AND SO WHAT DOES A CONSUMER NEED TO

9    DO -- THIS IS -- THIS SCREEN HERE IS NOT ACCUSED;

10   RIGHT?

11   A    NO.

12   Q    YOU WEREN'T EVEN ASKED TO LOOK AT THIS SCREEN;

13   RIGHT?

14   A    I WOULD SAY -- I WAS NOT ASKED TO CONSIDER

15   THIS SCREEN.

16   Q    OKAY.  SO IT'S JUST THE APPLICATION SCREEN;

17   RIGHT?

18   A    YES.

19   Q    OKAY.  AND REMIND US, WHAT DOES THE USER HAVE

20   TO DO -- WHAT DOES THE CONSUMER HAVE TO DO TO GET

21   TO THE APPLICATION SCREEN?

22   A    TOUCH THE BLUE BUTTON ON THE LOWER RIGHT WITH

23   THE GRID OF SQUARES.

24   Q    OKAY.  SO IT'S ONLY AFTER ALL OF THOSE STEPS

25   THAT A CONSUMER GETS TO THE APPLICATION SCREEN.

1      FAIR?

2      A    YES.

3      Q    NOW, DR. KARE, WOULDN'T YOU AGREE THAT BY THE

4      TIME A CONSUMER GOES THROUGH ALL THOSE STEPS TO GET

5      TO THE APPLICATION SCREEN, THAT CONSUMER KNOWS THAT

6      THIS IS A SAMSUNG PHONE?

7      A    I WAS ONLY ASKED TO CONSIDER THIS APPLICATION

8      SCREEN COMPARED TO THE APPLE HOME SCREEN.

9      Q    I UNDERSTAND THAT.

10     A    BECAUSE --

11     Q    BUT I HAVE A DIFFERENT QUESTION FOR YOU.

12           WOULDN'T YOU AGREE THAT BY THE TIME THAT

13     A CONSUMER TURNS ON THE PHONE AND GOES THROUGH

14     THOSE STEPS WE LOOKED AT, WHERE THEY SEE THE

15     SAMSUNG NAME PROMINENTLY FOR SEVERAL SECONDS, WHERE

16     THEY SEE THE GRAPHIC FOR DROID, WHERE THEY HAVE TO

17     GO PAST THE HOME SCREEN TO THE APPLICATION SCREEN,

18     BY THE TIME THEY GET TO THAT APPLICATION SCREEN,

19     WOULDN'T YOU AGREE THAT A CONSUMER KNOWS THAT

20     THEY'RE USING A SAMSUNG PHONE?

21     A    I'M NOT AN EXPERT IN CONSUMER BEHAVIOR AND

22     THAT KIND OF USER EXPERIENCE.

23           I'M REALLY FOCUSSED ON GRAPHIC U/I.  SO I

24     DON'T KNOW THAT I'M QUALIFIED TO ANSWER THAT.

25     Q    WELL, QUALIFIED OR NOT, WOULD YOU AGREE WITH

1    ME?  A CONSUMER, BY THIS POINT, GOING THROUGH THE

2    START-UP AND ALL OF THAT, SEEING ALL THAT

3    ADVERTISING, THEY KNOW THEY HAVE A SAMSUNG PHONE,

4    DON'T THEY?

5    A    I JUST CAN'T SPEAK TO THAT BECAUSE I DON'T --

6    I DON'T KNOW.

7    Q    YOU'RE NOT QUALIFIED?

8    A    I HAVEN'T STUDIED START-UP EXPERIENCE FROM

9    PHONE TO PHONE.  I -- I COMPLETELY -- I KNOW THAT

10   THIS IS THE APPLICATION SCREEN, NOT THE HOME

11   SCREEN.

12   Q    BY THE TIME THAT THE CONSUMER TURNS ON THE

13   PHONE, SEES THE SAMSUNG NAME PROMINENTLY DISPLAYED,

14   SEES THE DROID ADVERTISEMENT AND ANIMATION,

15   WOULDN'T YOU AGREE THAT NO CONSUMER WOULD BE

16   CONFUSED AS TO WHICH PHONE THEY HAVE BY THAT TIME?

17   A    I CAN'T AGREE BECAUSE I HAVEN'T -- I DON'T --

18   I DON'T KNOW ABOUT CONSUMER BEHAVIOR STARTING -- I

19   DON'T KNOW ABOUT THE QUESTION YOU'RE ASKING ME.

20   THAT'S OUTSIDE MY FOCUS.

21   Q    IT'S OUTSIDE YOUR EXPERTISE?

22   A    YES, AS A GRAPHIC U/I DESIGNER.

23   Q    NOW, THERE WAS ONE SLIDE -- I'LL TURN THIS OFF

24   NOW, YOUR HONOR, IF THAT'S OKAY.

25            THE COURT:  GO AHEAD, PLEASE.

1    BY MR. VERHOEVEN:

2    Q    THERE'S ONE SLIDE THAT YOU FOCUSSED ON WITH

3    RESPECT TO YOUR TESTIMONY MORE THAN OTHERS WHEN YOU

4    WERE TESTIFYING ABOUT YOUR OPINIONS WITH RESPECT TO

5    THE DESIGN '305 PATENT, AND THAT WAS PDX 14.7.

6             CAN WE PUT THAT ON THE SCREEN.  THIS IS A

7    SLIDE THAT COUNSEL FOR APPLE SHOWED YOU.  DO YOU

8    REMEMBER THAT?

9    A    YES.

10   Q    AND DO YOU REMEMBER YOU SPENT MOST OF YOUR

11   TIME EXPLAINING THIS SLIDE, AND FOR THE OTHER

12   SLIDES SHE SHOWED YOU, YOU SAID SAME REASONS?

13   A    YES.

14   Q    SO LET'S FOCUS ON THIS SLIDE.

15            NOW, IF WE LOOK AT THE DESIGN '305 PATENT

16   COMPARED TO THE FASCINATE, DO YOU SEE IN THE DESIGN

17   '305 PATENT THE FIRST BOX IN THE UPPER LEFT SAYS

18   SMS?

19   A    YES.

20   Q    WHERE IS THAT ICON IN THE FASCINATE?

21   A    I BELIEVE THAT THE ANALOGOUS ICON IS IN THE

22   BOTTOM ROW ON THE RIGHT, THREE FROM THE LEFT.

23   Q    I HAVE A LASER POINTER, YOUR HONOR.

24            DO YOU MIND IF I HAND THIS TO THE WITNESS

25   SO SHE CAN INDICATE ON THE BIG SCREEN?

1    A    GO AHEAD, PLEASE.

2    Q    DO YOU KNOW HOW TO USE THESE?

3    A    I'M NOT A LASER POINTER EXPERT, EITHER.

4    Q    JUST PUT THIS BUTTON.  DON'T POINT IT IN

5    ANYBODY'S EYES.

6    A    OKAY.

7    Q    SO THE SMS IS ON THE TOP LEFT, RIGHT, IN THE

8    D'305?

9    A    YES.

10   Q    AND WHERE IS IT IN THE FASCINATE?

11   A    (INDICATING).

12   Q    RIGHT DOWN HERE?

13   A    I BELIEVE THAT THOSE ARE ANALOGOUS.

14   Q    OKAY.  SO IT'S IN A DIFFERENT PLACE; RIGHT?

15   A    YES.

16   Q    IN THE '305, THERE'S A DOCK OR -- WHAT WOULD

17   YOU CALL THIS BOTTOM ROW ON THE '305?

18   A    YOU KNOW, IT DOESN'T REALLY SAY IN THE '305

19   BECAUSE IT'S JUST A DESIGN, ORNAMENTAL DESIGN.  SO

20   I JUST HAVE BEEN CALLING IT AN AREA AT THE BOTTOM,

21   A SEPARATED AREA AT THE BOTTOM, BECAUSE IT

22   DOESN'T -- THE '305 DOESN'T TALK ABOUT

23   FUNCTIONALITY.

24   Q    OKAY.  WELL, IN THE D'305, THE SMS ICON IS NOT

25   IN THE BOTTOM ROW THAT'S SET OFF SEPARATELY; RIGHT?

```
1    A    RIGHT.

2    Q    BUT IN THE FASCINATE, IT IS IN THE BOTTOM ROW.

3    IS THAT BOTTOM ROW SET OFF SEPARATELY?

4    A    YES.

5    Q    SO YOU WOULD AGREE THAT'S A DIFFERENCE?

6    A    YES.

7    Q    NOW, YOU TALKED ABOUT ROUNDED RECTANGLES FOR

8    THE IPHONES.  DO YOU REMEMBER THAT?

9    A    YES.

10   Q    AND DO YOU REMEMBER YOU TESTIFIED WITH RESPECT

11   TO ALTERNATIVE DESIGNS THAT, GEE, SAMSUNG COULD

12   HAVE USED SOMETHING BESIDES ROUNDED RECTANGLES,

13   RIGHT?  THEY COULD HAVE PICKED A DIFFERENT SHAPE?

14   A    YES.

15   Q    WELL, THIS ICON SHEER NOT JUST A ROUNDED

16   RECTANGLE.  IT'S GOT A LITTLE -- IT'S ALMOST LIKE A

17   SPEECH BOX THAT YOU SEE IN CARTOONS; RIGHT?

18   A    RIGHT.

19   Q    DO YOU AGREE WITH THAT?

20   A    YES.  I WOULD SAY IT IS A SPEECH BALLOON THAT

21   HAS, HAS ROUNDED RECTANGULAR ELEMENTS, BUT IT'S NOT

22   A SQUARE.

23   Q    IT'S A DIFFERENT SHAPE?  RIGHT?

24   A    IT'S NOT A SQUARE.  IT HAS -- IT HAS STRAIGHT

25   EDGES ON TOP AND BOTTOM, BUT IT'S NOT -- AND
```

1531

```
1    A    THE LEAD PERSON AT CORNERSTONE.  HIS NAME IS
2    SHANKAR, S-H-A-N-K-A-R, IYER, I-Y-E-R.
3    Q    SINCE 2000 -- SINCE THE YEAR 2000, YOU'VE
4    SERVED AS AN EXPERT WITNESS ON AT LEAST 14 OTHER
5    LITIGATION MATTERS; RIGHT?
6    A    THAT MIGHT BE CORRECT.  I HAVEN'T COUNTED.
7    Q    AND YOU'RE BEING PAID FOR YOUR TIME IN THIS
8    CASE; RIGHT?
9    A    CORRECT.
10   Q    TELL THE JURY HOW MUCH YOU'RE BEING PAID?
11   A    SIX HUNDRED AND TWENTY-FIVE DOLLARS AN HOUR.
12   Q    AND HOW MUCH MONEY HAS APPLE PAID YOU SO FAR?
13   A    APPROXIMATELY $50,000.
14   Q    AND HOW MUCH TOTAL HAS IT PAID CORNERSTONE?
15   A    I HAVE NO IDEA.
16   Q    NOW, IN REACHING YOUR OPINIONS IN YOUR EXPERT
17   REPORT, YOU DID NOT DO ANY SYSTEMATIC CONSUMER
18   RESEARCH, DID YOU, SIR?
19   A    I DID NOT CONDUCT ANY NEW STUDIES BEYOND WHAT
20   WAS ALREADY DONE FOR THE CASE.
21   Q    YOU, YOURSELF, DID NOT PERSONALLY CONDUCT ANY
22   SYSTEMATIC CONSUMER RESEARCH; FAIR?
23   A    THAT'S CORRECT.
24   Q    YOU DIDN'T DO ANY FORMAL INTERVIEWS WITH
25   CONSUMERS ABOUT THEIR PURCHASING EXPERIENCES;
```

```
 1    RIGHT?

 2    A    THAT'S CORRECT.

 3    Q    AND YOU HAVE NO EVIDENCE THAT CONSUMERS IN THE

 4    REAL WORLD HAVE ACTUALLY BOUGHT APPLE DEVICES

 5    THINKING THEY ARE SAMSUNG DEVICES; RIGHT?

 6              MR. JACOBS:  YOUR HONOR, OPENING THE

 7    DOOR.  MR. LEE'S TESTIMONY THAT YOUR HONOR EXCLUDED

 8    THIS MORNING, MR. VERHOEVEN HAS JUST ASKED THIS

 9    WITNESS WHETHER HE HAS ANY ACTUAL EVIDENCE OF

10    CONSUMER CONFUSION AND THIS WITNESS DOES.

11              MR. VERHOEVEN:  LET ME, LET ME ASK YOU --

12    Q    AT YOUR DEPOSITION -- DO YOU REMEMBER YOUR

13    DEPOSITION WAS TAKEN ON APRIL 27TH?

14    A    I REMEMBER BEING DEPOSED.  I DON'T REMEMBER

15    THAT DATE, BUT I'LL ASSUME YOU'RE CORRECT.

16    Q    AND DO YOU REMEMBER TESTIFYING THAT YOU HAVE

17    NO EVIDENCE THAT CONSUMERS OUT THERE IN THE REAL

18    WORLD HAVE ACTUALLY BOUGHT APPLE DEVICES THINKING

19    THEY WERE SAMSUNG DEVICES?

20    A    I THINK THAT MY REPLY WAS IN THE CONTEXT OF I

21    DID NOT DO ANY RESEARCH MYSELF THAT PROVED THAT.

22    Q    WELL, LET'S LOOK AT WHAT YOU SAID.

23              CAN WE PLAY DR. WINER'S DEPOSITION

24    TESTIMONY FROM APRIL 27TH, 2012, PAGE 35, LINES 7

25    THROUGH 15.
```

```
 1                    (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

 2      OPEN COURT OFF THE RECORD.)

 3                    MR. VERHOEVEN:  ALL RIGHT.  LET'S PAUSE

 4      IT AND GET THE VOLUME WORKING.  I APOLOGIZE, YOUR

 5      HONOR.

 6                    (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

 7      OPEN COURT OFF THE RECORD.)

 8      BY MR. VERHOEVEN:

 9      Q    THAT WAS YOUR TESTIMONY YOU GAVE UNDER OATH IN

10      APRIL, SIR?

11                    MR. JACOBS:  YOUR HONOR, UNDER THE RULE

12      OF COMPLETENESS, I BELIEVE WE SHOULD READ A COUPLE

13      MORE PASSAGES DOWN, AND MR. VERHOEVEN HAS OPENED

14      THE DOOR.

15                    THE COURT:  I THINK HE'S OPENED THE DOOR,

16      BUT YOU'RE NOT GOING TO DO IT DURING HIS CROSS.

17                    THE WITNESS:  I BELIEVE I RESPONDED TO

18      THAT IN THE CONTEXT OF WHETHER I HAD DONE ANY

19      RESEARCH MYSELF.

20                    I CERTAINLY HAD READ DOCUMENTS, AND I

21      ALLUDED TO THEM IN MY DEPOSITION, AND MY REPORT,

22      THAT THERE WERE INTERNAL SAMSUNG DOCUMENTS

23      INDICATING REAL CASES OF CONFUSION IN THE

24      MARKETPLACE.

25      BY MR. VERHOEVEN:
```

1    Q    DO YOU STAND BY THE TESTIMONY WE JUST SAW,

2    SIR?

3    A    SURE I DO.

4    Q    OKAY.  THANK YOU.

5         YOU HAVE NO IDEA WHETHER CONSUMERS HAVE

6    ACTUALLY BOUGHT APPLE DEVICES THINKING THEY WERE

7    SAMSUNG DEVICES, HAVE YOU?

8         MR. JACOBS:  YOUR HONOR, I'M SORRY.  THE

9    WITNESS HAS BEEN INSTRUCTED NOT TO -- TO FOLLOW AN

10   EARLIER ORDER OF THE COURT AND MR. VERHOEVEN IS

11   OPENING THE DOOR.  THE WITNESS SHOULD BE INFORMED

12   THAT HE CAN ANSWER THAT QUESTION TRUTHFULLY.

13        MR. VERHOEVEN:  I'LL MOVE ON, YOUR HONOR.

14   Q    DR. WINER, YOU HAVE NO EMPIRICAL EVIDENCE TO

15   SHOW THAT SAMSUNG'S ACTIONS HAVE DILUTED APPLE'S

16   BRAND; RIGHT?

17   A    CORRECT.

18   Q    AND YOU HAVE NO HARD DATA TO SHOW THAT

19   SAMSUNG'S ACTIONS HAVE DILUTED APPLE'S BRAND;

20   RIGHT?

21   A    I WAS NOT ASKED TO DO THAT.

22   Q    YOU HAVE NEVER QUANTIFIED THE AMOUNT OF ANY

23   ALLEGED HARM FROM DILUTION OR LOSS OF ANY KIND TO

24   APPLE AS A RESULT OF SAMSUNG'S ACTIONS; RIGHT?

25   A    CORRECT.

1535

```
1    Q    YOU HAVE NO EMPIRICAL EVIDENCE THAT SHOWS THAT

2    APPLE HAS ACTUALLY LOST ANY MARKET SHARE AS A

3    RESULT OF SAMSUNG'S SALES OF ITS DEVICES; RIGHT?

4    A    NO.

5    Q    THAT ANSWER IS YOU DON'T HAVE ANY EMPIRICAL

6    EVIDENCE; CORRECT?

7    A    CORRECT.

8    Q    AND YOU DON'T HAVE ANY EVIDENCE THAT

9    QUANTIFIES THE AMOUNT OF ANY LOST MARKET SHARE;

10   CORRECT?

11   A    THAT'S CORRECT.

12   Q    YOU HAVE NO EVIDENCE QUANTIFYING THE NUMBER OF

13   PURCHASERS WHO BOUGHT A SAMSUNG DEVICE IN LIEU OF

14   BUYING AN APPLE DEVICE; RIGHT?

15   A    I KNOW OF AT LEAST ONE.

16   Q    YOU CAN'T QUANTIFY THE NUMBER OF PURCHASERS

17   WHO BOUGHT A SAMSUNG DEVICE IN LIEU OF BUYING AN

18   APPLE DEVICE; RIGHT?

19   A    AS FAR AS I KNOW, ONE IS A QUANTIFICATION,

20   COUNSELOR.

21   Q    OKAY.  LET'S SEE WHAT YOU SAID IN RESPONSE TO

22   THAT AT YOUR DEPOSITION, SIR.  PAGE NOTE NOTE LINE

23   CITE.

24          (WHEREUPON, A VIDEOTAPE WAS PLAYED IN

25   OPEN COURT OFF THE RECORD.)
```

1536

```
 1    BY MR. VERHOEVEN:

 2    Q    YOU WERE ASKED THAT QUESTION AND YOU GAVE THAT

 3    ANSWER AT YOUR DEPOSITION; RIGHT, SIR?

 4    A    APPARENTLY SO.

 5    Q    DO YOU STAND BY THAT TESTIMONY?

 6    A    YES.

 7    Q    WILL HE ME SWITCH SUBJECTS NOW.

 8         IN YOUR MARCH 22ND, 2012 EXPERT REPORT AT

 9    PAGE 160, YOU REFER TO WHAT YOU CALL A SLEEKCRAFT

10    FACTOR, NUMBER 6, DEGREE OF CARE WITH RESPECT TO

11    THE IPAD.

12         CAN WE PUT UP PARAGRAPH 160 FROM

13    DR. WINER'S EXPERT REPORT FROM MARCH 22, PLEASE.

14         CAN YOU PUSH THAT DOWN SO I CAN SEE WHERE

15    IT WAS PULLED OUT FROM, MR. FISHER?  GO BACK.

16         OKAY.  SO CAN WE -- THAT'S WHAT I'M

17    LOOKING FOR, 160.

18         DO YOU SEE IT SAYS SLEEK, SLEEK -- YOU

19    HAVE IT IN YOUR BINDER AS WELL, SIR?

20    A    YES, I DO HAVE IT.

21    Q    SLEEK -- SLEEKCRAFT FACTOR SAYS, "TYPES OF

22    GOODS AND," THIS IS WHAT I'M GOING TO FOCUS ON

23    HERE, THE REST OF THIS, "AND THE DEGREE OF CARE

24    LIKELY TO BE EXERCISED BY THE PURCHASER."

25         DO YOU SEE THAT?
```

1    A    I DO.

2    Q    AND SO THE DEGREE OF CARE, YOU'D AGREE WITH

3    ME, THAT THE HIGHER THE DEGREE OF CARE EXERCISED BY

4    THE CONSUMER, THE LESS CHANCE THERE IS GOING TO BE

5    THAT THERE'S CONFUSION OR DILUTION; RIGHT?

6    A    FOR ANY INDIVIDUAL CONSUMER, THAT WOULD BE

7    TRUE.

8    Q    SO IF IT'S LIKE A 50 CENTS DOODAD IN THE

9    GROCERY STORE THAT PEOPLE MIGHT PICK UP, THE DEGREE

10   OF CARE WOULD BE REALLY LOW, RIGHT?

11   A    YOU WOULD BE SURPRISED, BUT I WOULD AGREE THAT

12   IT WOULD BE, OVERALL, LOWER THAN FOR A $600 ITEM OR

13   $300 ITEM.

14   Q    OR TO GET REALLY CONTRASTING, A NEW CAR WOULD

15   BE SOMETHING THAT WOULD BE VERY EXPENSIVE FOR A LOT

16   OF PEOPLE, YOU'LL HAVE TO PAY FOR IT OVER A NUMBER

17   OF YEARS, SO THEY'LL BE REALLY CAREFUL WHEN THEY

18   BUY THAT, RIGHT?

19   A    I JUST DON'T WANT TO USE GENERALITIES.  I

20   WOULD SAY THAT THERE ARE ALWAYS SEGMENTS OF

21   CONSUMERS WHO TAKE MORE OR LESS CARE IN MAKING

22   PURCHASES OF PRODUCTS.

23           SOME MARKETING, WE DON'T WORK WITH THE

24   NOTION OF THERE BEING A MARKET.  WE WORK WITH THE

25   IDEA THAT THERE ARE SEGMENTS AND DIFFERENT KINDS OF

1

2

3

4

5                        CERTIFICATE OF REPORTERS

6

7

8            WE, THE UNDERSIGNED OFFICIAL COURT

9     REPORTERS OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15    CORRECT TRANSCRIPT OF OUR SHORTHAND NOTES TAKEN AS

16    SUCH OFFICIAL COURT REPORTERS OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF OUR ABILITY.

19

20                        /S/
                          _____
21                        LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595
22

23                        /S/
                          _____
24                        IRENE RODRIGUEZ, CSR, CRR
                          CERTIFICATE NUMBER 8074
25

1          DATED:   AUGUST 7, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25