Estrich Declaration

Exhibit 14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

    ---------------------------

 4   APPLE INC., a              )

 5   California corporation,    )

 6            Plaintiff,        )

             vs.                ) Case No.

 7   SAMSUNG ELECTRONICS CO.,   ) 11-cv-01846-LHK(PSG)

 8   LTD., a Korean             ) VOLUME II

 9   corporation; SAMSUNG       )

10   ELECTRONICS AMERICA,       )

11   INC., a New York           )

12   corporation; and SAMSUNG   )

13   TELECOMMUNICATIONS         )

14   AMERICA, LLC, a Delaware   )

15   limited liability company, )

16        Defendants.           )

    ---------------------------

17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19       Continued Videotaped Deposition of RUSSELL S.

20       WINER, taken at 51 Madison Avenue, New York,

21       New York, commencing at 12:31 p.m., Tuesday,

22       November 6, 2012, before Amy Klein Campion,

23       a shorthand reporter and Notary Public.

24   JOB No. 1554078

25   PAGES 353 - 521
```

Page 353

1    APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:

4         MORRISON & FOERSTER LLP

5         BY:  RICHARD S.J. HUNG, ESQ.

6         MATTHEW AHN, ESQ.

7         425 Market Street

8         San Francisco, California 94105-2482

9

10

11   FOR THE DEFENDANTS:

12        QUINN EMANUEL URQUHART & SULLIVAN, LLP

13        BY:  MICHAEL T. ZELLER, ESQ.

14        865 South Figueroa Street

15        10th Floor

16        Los Angeles, California  90017

17

18

19   ALSO PRESENT:

20       PETER COOPER, Videographer

21

22

23

24

25

                                    Page 354

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 12:34:17 |
| 2 | Q. | Was it prepared by an attorney? | 12:34:18 |
| 3 | A. | No. | 12:34:22 |
| 4 | Q. | Who prepared the first draft? | 12:34:22 |
| 5 | A. | It was done by someone at | 12:34:24 |
| 6 | Cornerstone Research. | | 12:34:29 |
| 7 | Q. | Who is that person? | 12:34:29 |
| 8 | A. | I don't know exactly who did it. | 12:34:32 |
| 9 | Q. | Do you have any knowledge or | 12:34:34 |
| 10 | information as to who did the first draft | | 12:34:35 |
| 11 | of this declaration we've marked as | | 12:34:37 |
| 12 | Exhibit 1678? | | 12:34:40 |
| 13 | A. | It was done by a team of people | 12:34:41 |
| 14 | at Cornerstone, I believe, that I have | | 12:34:43 |
| 15 | worked with on this case. | | 12:34:46 |
| 16 | Q. | Can you tell me by name any of | 12:34:49 |
| 17 | the individuals who worked on this | | 12:34:54 |
| 18 | declaration we marked as Exhibit 1678? | | 12:34:55 |
| 19 | A. | I can't tell you that for sure. | 12:34:58 |
| 20 | Q. | Do you have any knowledge or | 12:35:02 |
| 21 | information as to any information they | | 12:35:05 |
| 22 | relied upon in connection with the | | 12:35:07 |
| 23 | preparation of this declaration we've | | 12:35:09 |
| 24 | marked as Exhibit 1678? | | 12:35:11 |
| 25 | A. | To the best of my knowledge, the | 12:35:13 |

Page 359

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | basis for this declaration is my expert | 12:35:15 |
| 2 | report that was filed some time ago. | 12:35:18 |
| 3 | Q.    Anything else? | 12:35:22 |
| 4 | A.    No. | 12:35:23 |
| 5 | Q.    Did the individuals at | 12:35:26 |
| 6 | Cornerstone review the trial transcript in | 12:35:30 |
| 7 | this case? | 12:35:33 |
| 8 | A.    I do not know. | 12:35:34 |
| 9 | Q.    Did they review any of the trial | 12:35:36 |
| 10 | exhibits in this case? | 12:35:39 |
| 11 | A.    I do not know. | 12:35:41 |
| 12 | Q.    Did they review the Declaration | 12:35:42 |
| 13 | of Phil Schiller that was submitted in | 12:35:46 |
| 14 | connection with Apple's request for a | 12:35:50 |
| 15 | permanent injunction? | 12:35:52 |
| 16 | A.    I don't know. | 12:35:53 |
| 17 | Q.    Directing your attention to | 12:35:57 |
| 18 | paragraph 12 of Exhibit 1678 -- | 12:35:58 |
| 19 | (The witness complies.) | 12:36:02 |
| 20 | Q.    -- you'll see that there's a | 12:36:03 |
| 21 | reference here to a U.S. -- a UBS | 12:36:07 |
| 22 | Investment Research report? | 12:36:12 |
| 23 | A.    Yes, I see that. | 12:36:12 |
| 24 | Q.    For the record, paragraph 12 | 12:36:14 |
| 25 | begins:  "Industry observers agree on the | 12:36:16 |

Page 360

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | question and answer the question. | 12:40:17 |
| 2 | (Requested portion of record | 12:40:18 |
| 3 | read.) | 12:40:32 |
| 4 | MR. HUNG:  Calls for | 12:40:32 |
| 5 | speculation, lacks foundation, asked | 12:40:35 |
| 6 | and answered. | 12:40:36 |
| 7 | A.    I don't know. | 12:40:36 |
| 8 | Q.    In connection with any of the | 12:40:39 |
| 9 | claims made in Exhibit 1678, did you | 12:40:42 |
| 10 | yourself talk to anyone at Apple? | 12:40:44 |
| 11 | A.    No, I did not. | 12:40:46 |
| 12 | Q.    Did you ask to? | 12:40:47 |
| 13 | A.    No, I did not. | 12:40:48 |
| 14 | Q.    Did you review the declaration | 12:40:50 |
| 15 | of Phil Schiller prior to the time that | 12:40:51 |
| 16 | you signed this declaration, Exhibit 1678? | 12:40:54 |
| 17 | A.    No, I did not. | 12:40:56 |
| 18 | Q.    Have you read it now? | 12:40:59 |
| 19 | A.    No, I have not. | 12:41:01 |
| 20 | Q.    Have you read Mr. Schiller's | 12:41:02 |
| 21 | deposition transcript from last week? | 12:41:05 |
| 22 | A.    No, I have not. | 12:41:06 |
| 23 | Q.    At any time up through today | 12:41:17 |
| 24 | have you reviewed the Federal Circuit's | 12:41:18 |
| 25 | decision reversing the District Court's | 12:41:21 |

Page 365

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | grant of an injunction against the Galaxy | 12:41:25 |
| 2 | Nexus? | 12:41:30 |
| 3 | A.    No, I haven't. | 12:41:30 |
| 4 | Q.    Did you take any of the | 12:41:31 |
| 5 | pronouncements of the Federal Circuit into | 12:41:33 |
| 6 | account in offering your opinion in this | 12:41:35 |
| 7 | case? | 12:41:37 |
| 8 | MR. HUNG:  Objection; vague and | 12:41:38 |
| 9 | compound. | 12:41:40 |
| 10 | A.    The only thing I've read is the | 12:41:40 |
| 11 | judgment after the trial in San Jose. | 12:41:44 |
| 12 | Q.    My question is about the Federal | 12:41:49 |
| 13 | Circuit opinion.  Did you do anything to | 12:41:51 |
| 14 | ensure that your opinions in this case are | 12:41:53 |
| 15 | consistent with the Federal Circuit's | 12:41:55 |
| 16 | decision reversing the preliminary | 12:41:59 |
| 17 | injunction that was granted by the | 12:42:00 |
| 18 | District Court with respect to the Galaxy | 12:42:04 |
| 19 | Nexus? | 12:42:10 |
| 20 | MR. HUNG:  Objection; assumes | 12:42:10 |
| 21 | facts. | 12:42:12 |
| 22 | A.    No. | 12:42:13 |
| 23 | Q.    So whether or not your opinions | 12:42:17 |
| 24 | meet the requirements of the Federal | 12:42:19 |
| 25 | Circuit is something you don't know about, | 12:42:21 |

Page 366

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | right?  You can't tell me one way or | 12:42:23 |
| 2 | another? | 12:42:25 |
| 3 | MR. HUNG:  Objection; vague and | 12:42:26 |
| 4 | compound. | 12:42:28 |
| 5 | A.    As I said before, I haven't read | 12:42:28 |
| 6 | that document you're referring to. | 12:42:30 |
| 7 | Q.    So whether or not your opinions | 12:42:31 |
| 8 | meet the standards set forth by the | 12:42:33 |
| 9 | Federal Circuit is something you don't | 12:42:34 |
| 10 | know, correct? | 12:42:36 |
| 11 | MR. HUNG:  Objection; vague and | 12:42:37 |
| 12 | compound, asked and answered. | 12:42:39 |
| 13 | A.    I don't know. | 12:42:40 |
| 14 | Q.    Did you review any of the | 12:42:41 |
| 15 | briefing by the parties in connection with | 12:42:44 |
| 16 | that preliminary injunction appeal as it | 12:42:47 |
| 17 | pertains to the Galaxy Nexus? | 12:42:50 |
| 18 | MR. HUNG:  Objection; vague. | 12:42:54 |
| 19 | A.    No. | 12:42:56 |
| 20 | MR. ZELLER:  Let's please mark | 12:43:13 |
| 21 | as Exhibit 1679 a multipage document | 12:43:16 |
| 22 | bearing Bates numbers | 12:43:21 |
| 23 | APLITC7960000058721 through 736, and | 12:43:27 |
| 24 | it is a UBS Investment Research | 12:43:33 |
| 25 | report. | 12:43:37 |

Page 367

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | (Exhibit 1679 marked for | 12:43:37 |
| 2 | identification, UBS Investment | 12:43:37 |
| 3 | Research report bearing Bates numbers | 12:43:37 |
| 4 | APLITC7960000058721 through 736.) | 12:43:37 |
| 5 | BY MR. ZELLER: | 12:43:58 |
| 6 | Q.   Do you recognize what we've | 12:43:58 |
| 7 | marked as Exhibit 1679? | 12:44:00 |
| 8 | A.   I recognize this document. | 12:44:02 |
| 9 | Q.   Did you review it at about the | 12:44:03 |
| 10 | time you had signed the declaration we've | 12:44:06 |
| 11 | marked as Exhibit 1678? | 12:44:09 |
| 12 | A.   No. | 12:44:11 |
| 13 | Q.   When did you last review this | 12:44:12 |
| 14 | document that we've marked as Exhibit | 12:44:15 |
| 15 | 1679? | 12:44:17 |
| 16 | (The witness reviews document.) | 12:44:20 |
| 17 | A.   Some time prior to when I | 12:44:23 |
| 18 | submitted my expert report which was dated | 12:44:26 |
| 19 | March 22nd, 2012. | 12:44:29 |
| 20 | Q.   And so you had not reviewed | 12:44:32 |
| 21 | Exhibit 1679 at any time after March of | 12:44:34 |
| 22 | this year, up through today? | 12:44:42 |
| 23 | A.   Well, I may have reviewed it in | 12:44:44 |
| 24 | preparation for both my prior deposition | 12:44:46 |
| 25 | as well as my testimony at trial.  But not | 12:44:51 |

Page 368

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | since the trial. | 12:44:53 |
| 2 | Q.    And you didn't specifically | 12:44:55 |
| 3 | review it in connection with the | 12:44:56 |
| 4 | preparation of your declaration we've | 12:44:59 |
| 5 | marked as Exhibit 1678? | 12:45:01 |
| 6 | A.    No, I did not. | 12:45:03 |
| 7 | Q.    Did you do anything to satisfy | 12:45:08 |
| 8 | yourself that this UBS Investment Research | 12:45:10 |
| 9 | report which we've marked as Exhibit 1679 | 12:45:15 |
| 10 | in fact supported the claim that was made | 12:45:18 |
| 11 | in paragraph 12 of your declaration? | 12:45:20 |
| 12 | A.    Yes, I have. | 12:45:22 |
| 13 | Q.    Well, I'm asking as of the time | 12:45:23 |
| 14 | you had signed your declaration. | 12:45:27 |
| 15 | A.    As I said already, I haven't | 12:45:28 |
| 16 | read it since my trial preparation. | 12:45:30 |
| 17 | Q.    So you didn't do anything to | 12:45:33 |
| 18 | determine whether the UBS Investment | 12:45:35 |
| 19 | Research report actually supported the | 12:45:38 |
| 20 | proposition that it is cited for in | 12:45:41 |
| 21 | paragraph 12 of your declaration prior to | 12:45:43 |
| 22 | the time you signed the declaration, | 12:45:45 |
| 23 | correct? | 12:45:46 |
| 24 | MR. HUNG:  Objection; misstates. | 12:45:47 |
| 25 | A.    Not in preparation specifically | 12:45:51 |

Page 369

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | of this declaration. | 12:45:53 |
| 2 | Q.   At the time that you signed the | 12:46:00 |
| 3 | declaration were you aware of what the | 12:46:03 |
| 4 | date of this report was? | 12:46:04 |
| 5 | A.   Yes, I was. | 12:46:05 |
| 6 | Q.   And so when you signed the | 12:46:05 |
| 7 | declaration where it made the assertion | 12:46:09 |
| 8 | about the uniqueness and consistency of | 12:46:11 |
| 9 | Apple's user experience you were aware | 12:46:16 |
| 10 | that the UBS Investment Research report | 12:46:19 |
| 11 | was from December 12, 2006? | 12:46:21 |
| 12 | A.   Yes. | 12:46:24 |
| 13 | THE WITNESS:  Excuse me, could | 12:46:28 |
| 14 | we close this door? | 12:46:29 |
| 15 | MR. ZELLER:  Let's go off the | 12:46:31 |
| 16 | record for a second. | 12:46:33 |
| 17 | THE VIDEO OPERATOR:  The time is | 12:46:34 |
| 18 | approximately 12:46 p.m.  We're off | 12:46:35 |
| 19 | the record. | 12:46:37 |
| 20 | (A recess was taken.) | 12:48:21 |
| 21 | THE VIDEO OPERATOR:  Stand by. | 12:49:10 |
| 22 | The time is approximately 12:48 | 12:49:12 |
| 23 | p.m. | 12:49:16 |
| 24 | We're back on the record. | 12:49:17 |
| 25 | BY MR. ZELLER: | 12:49:17 |

Page 370

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    Focusing your attention on | 12:49:20 |
| 2 | Exhibit 1679, which is the UBS Investment | 12:49:22 |
| 3 | Research report relied upon in paragraph | 12:49:25 |
| 4 | 12 of your declaration, we were discussing | 12:49:28 |
| 5 | the date of this report is December 2006, | 12:49:33 |
| 6 | correct? | 12:49:36 |
| 7 | A.    Correct. | 12:49:37 |
| 8 | Q.    That was prior to the time that | 12:49:37 |
| 9 | a single iPhone was sold, correct? | 12:49:40 |
| 10 | A.    Correct. | 12:49:42 |
| 11 | Q.    This was prior to the time that | 12:49:43 |
| 12 | the iPhone was announced, correct? | 12:49:44 |
| 13 | A.    Correct. | 12:49:47 |
| 14 | Q.    Does this proposition here | 12:49:59 |
| 15 | talking about the uniqueness and | 12:50:00 |
| 16 | consistency of Apple's user experience | 12:50:03 |
| 17 | that is discussed in this report relate to | 12:50:09 |
| 18 | the first iPhone or is it based on | 12:50:13 |
| 19 | something else? | 12:50:15 |
| 20 | MR. HUNG:  Objection; compound. | 12:50:16 |
| 21 | A.    It could be both.  Certainly the | 12:50:18 |
| 22 | iPhone was not announced until January of | 12:50:21 |
| 23 | 2007.  However, it's possible that people | 12:50:23 |
| 24 | in the investment community had some | 12:50:26 |
| 25 | advanced information about the iPhone. | 12:50:28 |

Page 371

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | But clearly the phones had not been | 12:50:33 |
| 2 | introduced to the market by that date. | 12:50:35 |
| 3 | Q.   Did the UBS analyst have actual | 12:50:37 |
| 4 | information about any iPhone at the time | 12:50:41 |
| 5 | that this report was written in December | 12:50:44 |
| 6 | of 2006 or earlier? | 12:50:47 |
| 7 | MR. HUNG:  Objection; calls for | 12:50:49 |
| 8 | speculation, lacks foundation. | 12:50:51 |
| 9 | A.   I don't know. | 12:50:53 |
| 10 | Q.   Did you undertake any | 12:50:54 |
| 11 | investigation to determine whether it did? | 12:50:55 |
| 12 | A.   No, I did not. | 12:50:57 |
| 13 | Q.   Can you point to me any actual | 12:50:59 |
| 14 | language in this report from UBS that | 12:51:01 |
| 15 | we've marked as Exhibit 1679 where it | 12:51:05 |
| 16 | talks specifically about the uniqueness | 12:51:12 |
| 17 | and consistency of Apple's user experience | 12:51:16 |
| 18 | for the first iPhone? | 12:51:19 |
| 19 | (The witness reviews document.) | 12:51:36 |
| 20 | A.   No. | 12:51:48 |
| 21 | Q.   Can you point to me any language | 12:51:49 |
| 22 | in this UBS report which we've marked as | 12:51:51 |
| 23 | Exhibit 1679 that you're relying upon in | 12:51:55 |
| 24 | paragraph 12 of your declaration where | 12:51:59 |
| 25 | there's any discussion about the | 12:52:00 |

Page 372

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | uniqueness and consistency of Apple's user | 12:52:03 |
| 2 | experience as it relates to any generation | 12:52:08 |
| 3 | of iPhone? | 12:52:10 |
| 4 | MR. HUNG:  Objection; the | 12:52:11 |
| 5 | document speaks itself. | 12:52:12 |
| 6 | A.    No. | 12:52:13 |
| 7 | Q.    Or any generation of the iPad? | 12:52:14 |
| 8 | MR. HUNG:  Same objections. | 12:52:22 |
| 9 | A.    No. | 12:52:23 |
| 10 | Q.    Do you have any reason to think | 12:52:24 |
| 11 | this US report from December of 2006 | 12:52:25 |
| 12 | provides any support about the uniqueness | 12:52:28 |
| 13 | and consistencies of Apple's user | 12:52:32 |
| 14 | experience for any generation of iPad? | 12:52:35 |
| 15 | MR. HUNG:  Objection; asked and | 12:52:38 |
| 16 | answered. | 12:52:40 |
| 17 | A.    No. | 12:52:42 |
| 18 | Q.    Or for the iPhone 3G? | 12:52:45 |
| 19 | MR. HUNG:  Objection; asked and | 12:52:49 |
| 20 | answered. | 12:52:50 |
| 21 | A.    No. | 12:52:50 |
| 22 | Q.    Or for the iPhone 4? | 12:52:51 |
| 23 | MR. HUNG:  Same objection. | 12:52:55 |
| 24 | A.    No. | 12:52:56 |
| 25 | Q.    Or for the iPhone 5? | 12:52:57 |

Page 373

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HUNG:  Same objection. | 12:53:00 |
| 2 | A.    No. | 12:53:00 |
| 3 | Q.    Prior to the time that you | 12:53:20 |
| 4 | signed this declaration that we marked as | 12:53:22 |
| 5 | Exhibit 1678, did you do anything to | 12:53:27 |
| 6 | determine the reasons why consumers had | 12:53:31 |
| 7 | ever purchased the T-Mobile version of the | 12:53:35 |
| 8 | Galaxy S II? | 12:53:38 |
| 9 | MR. HUNG:  Objection; vague. | 12:53:42 |
| 10 | A.    No. | 12:53:45 |
| 11 | Q.    Prior to the time that you | 12:53:47 |
| 12 | signed this declaration we've marked as | 12:53:49 |
| 13 | Exhibit 1678, did you do anything to | 12:53:51 |
| 14 | determine why consumers purchased the AT&T | 12:53:53 |
| 15 | version of the Galaxy S II? | 12:54:00 |
| 16 | MR. HUNG:  Same objection. | 12:54:04 |
| 17 | A.    No. | 12:54:07 |
| 18 | Q.    Prior to the time that you | 12:54:08 |
| 19 | signed this declaration we've marked as | 12:54:09 |
| 20 | Exhibit 1678, did you do anything to | 12:54:12 |
| 21 | determine why consumers had ever purchased | 12:54:14 |
| 22 | the Galaxy S II Epic 4G Touch? | 12:54:18 |
| 23 | MR. HUNG:  Same objection. | 12:54:23 |
| 24 | A.    No. | 12:54:24 |
| 25 | Q.    Or the Galaxy S II Skyrocket? | 12:54:24 |

Page 374

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    No. | 12:54:29 |
| 2 | Q.    Or the Droid Charge? | 12:54:29 |
| 3 | A.    No. | 12:54:32 |
| 4 | Q.    Or the Galaxy Prevail? | 12:54:33 |
| 5 | A.    No. | 12:54:36 |
| 6 | Q.    Or the Galaxy S IV? | 12:54:36 |
| 7 | MR. HUNG:  Same objection. | 12:54:39 |
| 8 | A.    No. | 12:54:41 |
| 9 | Q.    Or for the Showcase? | 12:54:42 |
| 10 | MR. HUNG:  Same objection. | 12:54:46 |
| 11 | A.    No. | 12:54:47 |
| 12 | Q.    Prior to the time that you | 12:54:49 |
| 13 | signed this declaration we've marked as | 12:54:50 |
| 14 | Exhibit 1678, did you do anything to | 12:54:52 |
| 15 | determine why consumers purchased, at any | 12:54:55 |
| 16 | time, any Galaxy Tab device? | 12:54:59 |
| 17 | MR. HUNG:  Same objection. | 12:55:02 |
| 18 | A.    No. | 12:55:04 |
| 19 | Q.    Prior to the time that you | 12:55:07 |
| 20 | signed this declaration we've marked as | 12:55:09 |
| 21 | Exhibit 1678, did you do anything to | 12:55:10 |
| 22 | determine why consumers purchased at any | 12:55:13 |
| 23 | time any specific Samsung device? | 12:55:16 |
| 24 | MR. HUNG:  Objection; vague, | 12:55:20 |
| 25 | compound. | 12:55:24 |

Page 375

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    No. | 12:55:24 |
| 2 | Q.    Do you have any direct, specific | 12:55:27 |
| 3 | and reliable data as to why consumers | 12:55:32 |
| 4 | purchased at any time the AT&T version of | 12:55:36 |
| 5 | the Galaxy S II? | 12:55:40 |
| 6 | A.    No. | 12:55:45 |
| 7 | Q.    Or the T-Mobile version of the | 12:55:46 |
| 8 | Galaxy S II? | 12:55:49 |
| 9 | A.    No. | 12:55:52 |
| 10 | Q.    Or the Galaxy S II Epic 4G | 12:55:52 |
| 11 | Touch? | 12:55:57 |
| 12 | A.    No. | 12:55:58 |
| 13 | Q.    Or the Galaxy S II Skyrocket? | 12:55:58 |
| 14 | A.    No. | 12:56:02 |
| 15 | Q.    Or the Droid Charge? | 12:56:03 |
| 16 | A.    No. | 12:56:04 |
| 17 | Q.    Or the Galaxy Prevail? | 12:56:04 |
| 18 | A.    No. | 12:56:07 |
| 19 | Q.    Or the Galaxy S 4G? | 12:56:07 |
| 20 | A.    No. | 12:56:11 |
| 21 | Q.    Or the Showcase? | 12:56:11 |
| 22 | A.    No. | 12:56:13 |
| 23 | Q.    At any time prior to the time | 12:56:16 |
| 24 | you signed this declaration we've marked | 12:56:17 |
| 25 | as Exhibit 1678, did you have in your | 12:56:19 |

Page 376

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | possession any -- | 12:56:27 |
| 2 | MR. ZELLER:  Strike that.  I'll | 12:56:30 |
| 3 | start again. | 12:56:31 |
| 4 | BY MR. ZELLER: | 12:56:32 |
| 5 | Q.    Do you have any direct, specific | 12:56:32 |
| 6 | and reliable data showing the reasons why | 12:56:36 |
| 7 | consumers had purchased any Galaxy Tab | 12:56:40 |
| 8 | devices? | 12:56:43 |
| 9 | MR. HUNG:  Objection; vague. | 12:56:48 |
| 10 | A.    No. | 12:56:49 |
| 11 | Q.    Do you have any direct, specific | 12:56:49 |
| 12 | and reliable data as to the reason why | 12:56:52 |
| 13 | consumers buy any Samsung devices? | 12:56:55 |
| 14 | A.    No. | 12:57:00 |
| 15 | Q.    Do you have any knowledge or | 12:57:13 |
| 16 | information as to why consumers had | 12:57:15 |
| 17 | purchased any particular Samsung devices? | 12:57:20 |
| 18 | MR. HUNG:  Objection; vague. | 12:57:23 |
| 19 | Outside the scope. | 12:57:25 |
| 20 | A.    No. | 12:57:27 |
| 21 | Q.    Prior to the time that you | 12:57:34 |
| 22 | signed this declaration we've marked as | 12:57:36 |
| 23 | Exhibit 1678, did you undertake any | 12:57:38 |
| 24 | determination -- | 12:57:41 |
| 25 | MR. ZELLER:  I'm sorry, let me | 12:57:43 |

Page 377

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | start again.  Strike that. | 12:57:44 |
| 2 | BY MR. ZELLER: | 12:57:46 |
| 3 | Q.    Prior to the time that you | 12:57:46 |
| 4 | signed this declaration we've marked as | 12:57:47 |
| 5 | Exhibit 1678, did you undertake any | 12:57:48 |
| 6 | investigation to determine to what degree | 12:57:51 |
| 7 | the sale of any particular Samsung device | 12:57:55 |
| 8 | is a lost sale to Apple? | 12:58:00 |
| 9 | A.    No. | 12:58:05 |
| 10 | Q.    Do you have any knowledge or | 12:58:08 |
| 11 | information as to whether or not the sale | 12:58:09 |
| 12 | of any particular Samsung device results | 12:58:12 |
| 13 | in a lost sale to Apple? | 12:58:16 |
| 14 | MR. HUNG:  Objection; vague. | 12:58:19 |
| 15 | Also to the extent it's outside the | 12:58:21 |
| 16 | scope. | 12:58:24 |
| 17 | A.    I think it's just a repeat of | 12:58:24 |
| 18 | what you just asked me, but the answer's | 12:58:26 |
| 19 | no. | 12:58:29 |
| 20 | Q.    Well, I'm asking very generally: | 12:58:29 |
| 21 | Do you have any knowledge or | 12:58:31 |
| 22 | information on that subject? | 12:58:32 |
| 23 | A.    I said no. | 12:58:33 |
| 24 | Q.    In those instances where | 12:58:39 |
| 25 | Apple -- I'm sorry, in those instances | 12:58:46 |

Page 378

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | where Samsung has sold Galaxy S II AT&T | 12:58:49 |
| 2 | versions of its devices, has Apple lost | 12:58:58 |
| 3 | any sales? | 12:59:02 |
| 4 | MR. HUNG:  Objection; | 12:59:04 |
| 5 | foundation. | 12:59:05 |
| 6 | A.    I think that's kind of a general | 12:59:08 |
| 7 | question.  I mean, lost sales of what | 12:59:12 |
| 8 | product?  Of phones?  Of Apple TV? | 12:59:14 |
| 9 | Exactly what -- what are you referring to? | 12:59:18 |
| 10 | Q.    Well, I'm happy to make it more | 12:59:20 |
| 11 | specific. | 12:59:22 |
| 12 | A.    Please. | 12:59:23 |
| 13 | Q.    Has Apple lost any iPhone sales | 12:59:24 |
| 14 | as a result of the sale of the AT&T | 12:59:28 |
| 15 | version of the Galaxy S II? | 12:59:33 |
| 16 | MR. HUNG:  Objection; | 12:59:35 |
| 17 | foundation.  Outside the scope. | 12:59:36 |
| 18 | A.    I can't give you a number. | 12:59:39 |
| 19 | Q.    Can you tell me if it happens at | 12:59:42 |
| 20 | all? | 12:59:45 |
| 21 | A.    It could. | 12:59:46 |
| 22 | Q.    Does it happen? | 12:59:49 |
| 23 | A.    It could. | 12:59:51 |
| 24 | Q.    Please tell me for a fact as to | 12:59:53 |
| 25 | whether or not Apple lost any iPhone sales | 12:59:59 |

Page 379

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | as a result of the AT&T version of the | 01:00:05 |
| 2 | Galaxy S II? | 01:00:08 |
| 3 | MR. HUNG:  Objection; | 01:00:11 |
| 4 | foundation, outside the scope, asked | 01:00:12 |
| 5 | and answered. | 01:00:14 |
| 6 | A.    It could, but I can't give you a | 01:00:14 |
| 7 | number, so I don't know. | 01:00:16 |
| 8 | Q.    I'm not even asking for a number | 01:00:16 |
| 9 | at this point.  I'll get to that. | 01:00:18 |
| 10 | Has Apple lost sales -- this is | 01:00:20 |
| 11 | a factual empirical question -- as a | 01:00:28 |
| 12 | result of Samsung's sale of the AT&T | 01:00:31 |
| 13 | version of the Galaxy S II? | 01:00:35 |
| 14 | MR. HUNG:  Same objections. | 01:00:37 |
| 15 | A.    I -- I don't know. | 01:00:39 |
| 16 | Q.    If I asked you the same question | 01:00:44 |
| 17 | with respect to the T-Mobile version of | 01:00:46 |
| 18 | the Galaxy S II you would give me the same | 01:00:49 |
| 19 | answer? | 01:00:54 |
| 20 | MR. HUNG:  Same objections. | 01:00:55 |
| 21 | A.    If you plugged any model | 01:00:56 |
| 22 | number/name into that I would say I don't | 01:01:01 |
| 23 | know. | 01:01:02 |
| 24 | Q.    But do you know whether or not | 01:01:04 |
| 25 | Apple has lost any iPad sales to Samsung's | 01:01:07 |

Page 380

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | sales of any Galaxy Tab devices? | 01:01:15 |
| 2 | MR. HUNG:  Objection; vague, | 01:01:19 |
| 3 | outside the scope, foundation. | 01:01:22 |
| 4 | A.   I don't know. | 01:01:25 |
| 5 | Q.   Do you have any direct | 01:01:41 |
| 6 | information or any knowledge showing | 01:01:44 |
| 7 | whether consumers who purchased any | 01:01:47 |
| 8 | Samsung device would have bought an Apple | 01:01:49 |
| 9 | product if the AT&T version of the Galaxy | 01:01:54 |
| 10 | S II was not available? | 01:02:01 |
| 11 | MR. HUNG:  Objection; incomplete | 01:02:02 |
| 12 | hypothetical, vague, outside the | 01:02:04 |
| 13 | scope. | 01:02:06 |
| 14 | THE WITNESS:  Could you please | 01:02:06 |
| 15 | repeat the question for me? | 01:02:07 |
| 16 | BY MR. ZELLER: | 01:02:09 |
| 17 | Q.   Sure. | 01:02:09 |
| 18 | Do you know whether or not | 01:02:16 |
| 19 | consumers who purchased any Samsung device | 01:02:16 |
| 20 | would have bought an Apple device if the | 01:02:20 |
| 21 | AT&T version of the Galaxy S II was not | 01:02:25 |
| 22 | available? | 01:02:29 |
| 23 | MR. HUNG:  Same objections. | 01:02:30 |
| 24 | A.   I don't know. | 01:02:30 |
| 25 | Q.   And if I were to ask you about | 01:02:33 |

Page 381

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | other versions of the Galaxy S II such as | 01:02:36 |
| 2 | the T-Mobile version and the Epic 4G Touch | 01:02:40 |
| 3 | version and the Skyrocket version, would | 01:02:44 |
| 4 | you give me the same answer? | 01:02:47 |
| 5 | MR. HUNG:  Same objections. | 01:02:48 |
| 6 | A.    Yes, I would. | 01:02:49 |
| 7 | Q.    And if I asked you the same | 01:02:50 |
| 8 | question about the Droid Charge, would you | 01:02:52 |
| 9 | give me the same answer? | 01:02:53 |
| 10 | MR. HUNG:  Same objections. | 01:02:55 |
| 11 | A.    Yes, I would. | 01:02:56 |
| 12 | Q.    In fact, if I asked you about | 01:02:57 |
| 13 | any Samsung phone or any Samsung tablet | 01:02:59 |
| 14 | device, you'd give me the same answer? | 01:03:04 |
| 15 | MR. HUNG:  Objection; outside | 01:03:06 |
| 16 | the scope. | 01:03:09 |
| 17 | A.    You have to ask me -- please ask | 01:03:09 |
| 18 | me the complete question that's associated | 01:03:12 |
| 19 | with that. | 01:03:13 |
| 20 | Q.    Sure.  Sure. | 01:03:14 |
| 21 | Do you have any information or | 01:03:15 |
| 22 | data showing that consumers would have | 01:03:16 |
| 23 | purchased an Apple device if any Samsung | 01:03:21 |
| 24 | smartphone or any Samsung Galaxy Tab | 01:03:26 |
| 25 | device was not available? | 01:03:29 |

Page 382

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HUNG:  Objection; compound, | 01:03:31 |
| 2 | incomplete hypothetical. | 01:03:36 |
| 3 | A.    I'm sorry, if any -- just repeat | 01:03:37 |
| 4 | that.  I'm getting confused at the end of | 01:03:41 |
| 5 | that. | 01:03:43 |
| 6 | Q.    Sure.  Let me be a little bit | 01:03:43 |
| 7 | more specific and see if that helps. | 01:03:46 |
| 8 | Because we started off specific and | 01:03:48 |
| 9 | then -- so we'll backtrack a little bit. | 01:03:52 |
| 10 | Do you know whether consumers | 01:03:54 |
| 11 | would have purchased any Apple iPhone if | 01:03:56 |
| 12 | the Galaxy S II Epic 4G Touch was not | 01:04:02 |
| 13 | available? | 01:04:06 |
| 14 | MR. HUNG:  Objection; | 01:04:08 |
| 15 | foundation, calls for speculation, | 01:04:10 |
| 16 | incomplete hypothetical. | 01:04:12 |
| 17 | A.    I don't know the answer to that. | 01:04:13 |
| 18 | Q.    Or if the Galaxy S II Skyrocket | 01:04:14 |
| 19 | was not available? | 01:04:18 |
| 20 | MR. HUNG:  Same objections. | 01:04:19 |
| 21 | A.    I don't know. | 01:04:20 |
| 22 | Q.    Or if the Droid Charge was not | 01:04:21 |
| 23 | available? | 01:04:22 |
| 24 | MR. HUNG:  Same objections. | 01:04:24 |
| 25 | A.    I don't know. | 01:04:25 |

Page 383

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   Or if the Galaxy Prevail was not | 01:04:25 |
| 2 | available? | 01:04:28 |
| 3 | MR. HUNG:  Same objections. | 01:04:28 |
| 4 | A.   I don't know. | 01:04:29 |
| 5 | Q.   Or if the Galaxy S 4G was not | 01:04:29 |
| 6 | available? | 01:04:33 |
| 7 | MR. HUNG:  Same objections. | 01:04:33 |
| 8 | A.   I don't know. | 01:04:35 |
| 9 | Q.   Or if the Showcase was not | 01:04:35 |
| 10 | available? | 01:04:39 |
| 11 | MR. HUNG:  Same objections. | 01:04:39 |
| 12 | A.   I don't know. | 01:04:40 |
| 13 | Q.   Do you know whether or not | 01:04:40 |
| 14 | consumers would have bought any Apple iPad | 01:04:41 |
| 15 | device if any Samsung Galaxy Tab device | 01:04:45 |
| 16 | was not available? | 01:04:50 |
| 17 | MR. HUNG:  Objection; | 01:04:51 |
| 18 | foundation, outside the scope, | 01:04:52 |
| 19 | incomplete hypothetical. | 01:04:54 |
| 20 | A.   I don't know. | 01:04:55 |
| 21 | Q.   Do you have any reason to think | 01:05:00 |
| 22 | that if any particular Samsung smartphone | 01:05:02 |
| 23 | was not available to consumers that those | 01:05:08 |
| 24 | consumers would purchase an iPhone product | 01:05:12 |
| 25 | as opposed to another android product that | 01:05:17 |

Page 384

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    That's correct. | 01:09:45 |
| 2 | Q.    Or how it relates to Apple's | 01:09:46 |
| 3 | brand, right? | 01:09:50 |
| 4 | MR. HUNG:  Objection; vague. | 01:09:52 |
| 5 | A.    As to what relates to the Apple | 01:09:54 |
| 6 | brand? | 01:09:57 |
| 7 | Q.    Did you do any analysis, prior | 01:09:57 |
| 8 | to the time that you signed this | 01:10:00 |
| 9 | declaration, as to the impact that the | 01:10:02 |
| 10 | iPhone 5 had on Apple's brand as you use | 01:10:07 |
| 11 | that term in your declaration? | 01:10:11 |
| 12 | MR. HUNG:  Objection; outside | 01:10:14 |
| 13 | the scope. | 01:10:17 |
| 14 | A.    No. | 01:10:17 |
| 15 | Q.    So whether or not the launch of | 01:10:21 |
| 16 | the iPhone 5 helped the brand or damaged | 01:10:22 |
| 17 | the brand or diminished the brand of Apple | 01:10:25 |
| 18 | is something you don't have an opinion | 01:10:28 |
| 19 | about, correct? | 01:10:31 |
| 20 | A.    Correct. | 01:10:32 |
| 21 | Q.    And there's not any analysis | 01:10:32 |
| 22 | that you've done?  Right? | 01:10:35 |
| 23 | A.    Correct. | 01:10:39 |
| 24 | Q.    Were you asked to undertake such | 01:10:40 |
| 25 | analysis? | 01:10:42 |

Page 389

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    No, I was not. | 01:10:43 |
| 2 | Q.    Were you the one who made the | 01:10:48 |
| 3 | decision not to include the launch and the | 01:10:51 |
| 4 | circumstances surrounding the launch of | 01:10:57 |
| 5 | the iPhone 5 into account for purposes of | 01:10:59 |
| 6 | rendering your opinions offered in Exhibit | 01:11:01 |
| 7 | 1678? | 01:11:04 |
| 8 | MR. HUNG:  Objection; assumes | 01:11:06 |
| 9 | facts. | 01:11:07 |
| 10 | A.    No. | 01:11:10 |
| 11 | Q.    Why was it excluded? | 01:11:12 |
| 12 | MR. HUNG:  Objection; lacks | 01:11:15 |
| 13 | foundation, assumes facts. | 01:11:17 |
| 14 | A.    I was asked to develop a | 01:11:19 |
| 15 | declaration that was based on my prior | 01:11:21 |
| 16 | expert report and at the time of that | 01:11:25 |
| 17 | expert report the iPhone 5 had not been | 01:11:27 |
| 18 | introduced. | 01:11:30 |
| 19 | Q.    Has the iPhone 5 had any impact | 01:11:35 |
| 20 | of any kind on the Apple brand? | 01:11:38 |
| 21 | MR. HUNG:  Objection; outside | 01:11:41 |
| 22 | the scope. | 01:11:43 |
| 23 | A.    I haven't studied it, so I don't | 01:11:43 |
| 24 | know. | 01:11:45 |
| 25 | Q.    Do you think it's likely that it | 01:11:46 |

Page 390

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | has? | 01:11:48 |
| 2 | MR. HUNG:  Objection; calls for | 01:11:49 |
| 3 | speculation. | 01:11:51 |
| 4 | A.    All I can say is that it sold | 01:11:52 |
| 5 | well.  I have no research evidence on the | 01:11:55 |
| 6 | brand equity of Apple since the launch of | 01:11:58 |
| 7 | the iPhone 5. | 01:12:02 |
| 8 | Q.    At the time that you signed your | 01:12:07 |
| 9 | declaration that we've marked as Exhibit | 01:12:09 |
| 10 | 1678, the iPhone 5 had been announced, | 01:12:11 |
| 11 | right? | 01:12:14 |
| 12 | MR. HUNG:  Objection; lacks | 01:12:16 |
| 13 | foundation. | 01:12:18 |
| 14 | A.    I believe so, yes. | 01:12:18 |
| 15 | Q.    And it had been -- the sales of | 01:12:19 |
| 16 | it had actually begun, correct? | 01:12:22 |
| 17 | A.    I don't recall the exact dates | 01:12:25 |
| 18 | the iPhone 5 was launched, but given | 01:12:26 |
| 19 | Apple's typical calendar, the answer is | 01:12:29 |
| 20 | likely to be yes, there were some units | 01:12:33 |
| 21 | sold. | 01:12:37 |
| 22 | Q.    And I take it you didn't | 01:12:41 |
| 23 | analyze -- that is, actually look at an | 01:12:44 |
| 24 | iPhone 5 -- for purposes of preparing your | 01:12:45 |
| 25 | opinions offered in your declaration, | 01:12:49 |

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | iPhone 3G or 3GS units does Apple | 01:15:02 |
| 2 | currently have? | 01:15:07 |
| 3 | MR. HUNG:  Objection; lacks | 01:15:08 |
| 4 | foundation, outside the scope. | 01:15:09 |
| 5 | A.    I have no idea. | 01:15:11 |
| 6 | Q.    Is Apple manufacturing today any | 01:15:12 |
| 7 | units of the iPhone 3G or 3GS? | 01:15:14 |
| 8 | MR. HUNG:  Same objections. | 01:15:18 |
| 9 | A.    I don't know that. | 01:15:19 |
| 10 | Q.    How long is any vendor going to | 01:15:20 |
| 11 | be selling the iPhone 3G or 3GS? | 01:15:25 |
| 12 | MR. HUNG:  Objection; lacks | 01:15:29 |
| 13 | foundation, outside the scope, calls | 01:15:30 |
| 14 | for speculation. | 01:15:32 |
| 15 | A.    I don't know the answer to that. | 01:15:33 |
| 16 | Q.    Is it going to be more than a | 01:15:35 |
| 17 | month, less than a month from now? | 01:15:39 |
| 18 | MR. HUNG:  Same objections. | 01:15:41 |
| 19 | A.    I have no idea what their | 01:15:42 |
| 20 | inventory levels are like or what their | 01:15:44 |
| 21 | rate of sales is, so I don't know. | 01:15:48 |
| 22 | Q.    When you rendered your opinions | 01:15:50 |
| 23 | here that are reflected in Exhibit 1678 as | 01:15:53 |
| 24 | to the Apple brand, did you take into | 01:15:56 |
| 25 | account the anticipated discontinuance of | 01:16:01 |

Page 394

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the iPhone 3G and 3GS? | 01:16:05 |
| 2 | A.    No, I did not. | 01:16:10 |
| 3 | Q.    As of the time that you signed | 01:16:12 |
| 4 | your declaration were you aware that there | 01:16:14 |
| 5 | was the planned discontinuance of the | 01:16:17 |
| 6 | iPhone 3 and 3GS? | 01:16:22 |
| 7 | MR. HUNG:  Objection; vague, | 01:16:25 |
| 8 | assumes facts. | 01:16:26 |
| 9 | A.    No. | 01:16:27 |
| 10 | Q.    Does the discontinuance by Apple | 01:16:31 |
| 11 | of the iPhone 3 and 3GS have any effect on | 01:16:36 |
| 12 | Apple's brand? | 01:16:42 |
| 13 | MR. HUNG:  Objection; assumes | 01:16:44 |
| 14 | facts. | 01:16:46 |
| 15 | A.    First of all, you're going to | 01:16:48 |
| 16 | have to show me evidence that that has in | 01:16:50 |
| 17 | fact occurred.  I have not seen evidence | 01:16:54 |
| 18 | of that. | 01:16:56 |
| 19 | Q.    Then I'll ask you this: | 01:16:58 |
| 20 | I want you to assume that Apple | 01:17:00 |
| 21 | is discontinuing sales of the iPhone 3G | 01:17:03 |
| 22 | and 3GS. | 01:17:08 |
| 23 | In your view, does that have any | 01:17:11 |
| 24 | impact on Apple's brand? | 01:17:13 |
| 25 | A.    I don't know the answer to that. | 01:17:27 |

Page 395

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | generally aware that as part of its iPhone | 01:26:41 |
| 2 | 5 launch Apple reduced the price for the | 01:26:45 |
| 3 | iPhone 4S? | 01:26:49 |
| 4 | MR. HUNG:  Same objections. | 01:26:51 |
| 5 | A.    Yes.  But that's a natural | 01:26:52 |
| 6 | occurrence in the technology-based | 01:26:55 |
| 7 | markets, for the new technology that's | 01:26:59 |
| 8 | replacing an old one to be higher priced | 01:27:01 |
| 9 | and the old one price-reduced, to give | 01:27:05 |
| 10 | incentive for later adopters to buy it. | 01:27:07 |
| 11 | Q.    Did you undertake any kind of an | 01:27:35 |
| 12 | analysis to determine what impact reducing | 01:27:38 |
| 13 | the price for the iPhone 4S would have on | 01:27:43 |
| 14 | the Apple brand? | 01:27:46 |
| 15 | MR. HUNG:  Objection; vague. | 01:27:48 |
| 16 | A.    No, I did not. | 01:27:49 |
| 17 | Q.    Directing your attention to | 01:28:05 |
| 18 | paragraph 14 of your declaration -- | 01:28:07 |
| 19 | (The witness complies.) | 01:28:10 |
| 20 | Q.    -- which is Exhibit 1678, you | 01:28:13 |
| 21 | have a sentence here that says:  "Indeed, | 01:28:23 |
| 22 | if Samsung continues to sell these | 01:28:25 |
| 23 | smartphones, the likelihood of dilution | 01:28:27 |
| 24 | will only increase." | 01:28:30 |
| 25 | Do you see that? | 01:28:31 |

Page 403

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Yes. | 01:28:32 |
| 2 | Q.    Which smartphones is Samsung | 01:28:32 |
| 3 | continuing to sell today among the accused | 01:28:36 |
| 4 | phones? | 01:28:41 |
| 5 | A.    I don't know the answer. | 01:28:41 |
| 6 | Q.    Did you undertake any | 01:28:42 |
| 7 | investigation to determine which phones | 01:28:44 |
| 8 | Samsung was still selling among the | 01:28:47 |
| 9 | accused phones as of the time that you | 01:28:50 |
| 10 | signed this declaration? | 01:28:52 |
| 11 | A.    No. | 01:28:54 |
| 12 | Q.    Did anyone at Cornerstone? | 01:28:56 |
| 13 | MR. HUNG:  Objection; | 01:28:59 |
| 14 | foundation. | 01:29:00 |
| 15 | A.    I don't know. | 01:29:00 |
| 16 | Q.    Did you undertake any kind of | 01:29:05 |
| 17 | analysis to determine whether Samsung's | 01:29:07 |
| 18 | sale or continued sale of the AT&T version | 01:29:14 |
| 19 | of the Galaxy S II caused any dilution to | 01:29:18 |
| 20 | Apple's brand? | 01:29:22 |
| 21 | A.    No, I did not. | 01:29:26 |
| 22 | Q.    Did you undertake any kind of | 01:29:29 |
| 23 | analysis to determine whether or not | 01:29:31 |
| 24 | Samsung's sale or continued sale of the | 01:29:34 |
| 25 | T-Mobile version of the Galaxy S II has | 01:29:39 |

Page 404

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | caused any dilution to Apple's brand? | 01:29:42 |
| 2 | MR. HUNG:  Objection; vague, | 01:29:46 |
| 3 | compound. | 01:29:49 |
| 4 | A.    By "analysis" do you mean trying | 01:29:50 |
| 5 | to quantify what the sales loss would be? | 01:29:52 |
| 6 | Or just conceptually is there potential | 01:29:55 |
| 7 | damage to the brand? | 01:29:57 |
| 8 | Q.    My question is a very specific | 01:29:58 |
| 9 | one.  I'm focused first on a particular | 01:30:01 |
| 10 | phone that Samsung has sold. | 01:30:03 |
| 11 | A.    Okay. | 01:30:05 |
| 12 | Q.    And I'm also asking whether or | 01:30:05 |
| 13 | not you determined whether in fact | 01:30:07 |
| 14 | dilution occurred. | 01:30:09 |
| 15 | So with that framework in mind | 01:30:12 |
| 16 | let me restate the question. | 01:30:13 |
| 17 | Did you undertake any analysis | 01:30:14 |
| 18 | to determine whether or not Samsung's sale | 01:30:16 |
| 19 | of the T-Mobile version of the Galaxy S II | 01:30:20 |
| 20 | specifically has caused any dilution to | 01:30:24 |
| 21 | Apple's brand? | 01:30:26 |
| 22 | MR. HUNG:  Do you mean in | 01:30:28 |
| 23 | connection with his declaration? | 01:30:30 |
| 24 | MR. ZELLER:  Yes, that's all | 01:30:32 |
| 25 | I'm -- I mean, I'm asking about his | 01:30:34 |

Page 405

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | opinions in connection with this | 01:30:36 |
| 2 | declaration.  I suppose if he has | 01:30:38 |
| 3 | other opinions he can tell me about | 01:30:39 |
| 4 | those. | 01:30:41 |
| 5 | BY MR. ZELLER: | 01:30:41 |
| 6 | Q.    But I assume that your opinions | 01:30:41 |
| 7 | are set forth in your declaration? | 01:30:43 |
| 8 | A.    My full set of opinions are set | 01:30:46 |
| 9 | forth in my expert report that was filed | 01:30:49 |
| 10 | some months ago. | 01:30:52 |
| 11 | As I told you before, this is a | 01:30:52 |
| 12 | subset of those opinions. | 01:30:55 |
| 13 | Q.    Let me be a little bit more | 01:30:57 |
| 14 | precise, then. | 01:31:00 |
| 15 | You understand that your | 01:31:00 |
| 16 | opinions as they relate to current | 01:31:02 |
| 17 | circumstances insofar as Apple is seeking | 01:31:06 |
| 18 | a permanent injunction in this case are | 01:31:10 |
| 19 | those that are set forth in Exhibit 1678? | 01:31:12 |
| 20 | A.    Yes. | 01:31:15 |
| 21 | Q.    So, then, focusing on your | 01:31:17 |
| 22 | opinions, did you do any analysis to | 01:31:19 |
| 23 | determine whether or not Samsung's sale of | 01:31:24 |
| 24 | the AT&T version of the Galaxy S II | 01:31:29 |
| 25 | specifically has caused dilution to | 01:31:34 |

Page 406

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Apple's brand or trade dress claim? | 01:31:40 |
| 2 | MR. HUNG:  Objection; vague, | 01:31:45 |
| 3 | compound. | 01:31:48 |
| 4 | A.    Not in the intervening time | 01:31:48 |
| 5 | between the trial and the date of the | 01:31:50 |
| 6 | declaration. | 01:31:52 |
| 7 | Q.    Well, you previously undertook | 01:31:56 |
| 8 | an analysis specifically as to whether or | 01:31:58 |
| 9 | not the AT&T version of the Galaxy S II | 01:32:01 |
| 10 | caused actual dilution to Apple's brand or | 01:32:06 |
| 11 | claimed trade dresses? | 01:32:10 |
| 12 | A.    My prior analysis covered all of | 01:32:11 |
| 13 | the Samsung Galaxy phones and not | 01:32:13 |
| 14 | specifically any one carrier's version of | 01:32:18 |
| 15 | the phone. | 01:32:22 |
| 16 | Q.    And understand, I'm asking a | 01:32:24 |
| 17 | question all the way up until today, and | 01:32:27 |
| 18 | I'm asking specifically about particular | 01:32:29 |
| 19 | phones.  And if you have an analysis as to | 01:32:32 |
| 20 | particular phones that distinguish those | 01:32:35 |
| 21 | phones from other phones, or even are | 01:32:38 |
| 22 | specifically about that phone, then I'd | 01:32:40 |
| 23 | like to hear it. | 01:32:43 |
| 24 | But I'm trying to specifically | 01:32:44 |
| 25 | ascertain whether you did a specific | 01:32:45 |

Page 407

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | analysis for particular devices. | 01:32:47 |
| 2 | So again, with that context in | 01:32:49 |
| 3 | mind, did you undertake an analysis to | 01:32:51 |
| 4 | determine whether or not the AT&T version | 01:32:54 |
| 5 | of the Galaxy S II has caused actual | 01:32:58 |
| 6 | dilution to Apple's brand or claimed trade | 01:33:02 |
| 7 | dresses? | 01:33:06 |
| 8 | MR. HUNG:  Objection; compound; | 01:33:06 |
| 9 | asked and answered. | 01:33:09 |
| 10 | A.    No. | 01:33:10 |
| 11 | Q.    Have you undertaken such | 01:33:11 |
| 12 | analysis with respect to the T-Mobile | 01:33:13 |
| 13 | version of the Galaxy S II? | 01:33:17 |
| 14 | MR. HUNG:  To be clear, the same | 01:33:21 |
| 15 | context? | 01:33:22 |
| 16 | MR. ZELLER:  Correct. | 01:33:24 |
| 17 | MR. HUNG:  Same objections. | 01:33:25 |
| 18 | A.    No. | 01:33:26 |
| 19 | Q.    Or the Galaxy S II Epic 4G | 01:33:26 |
| 20 | Touch? | 01:33:31 |
| 21 | MR. HUNG:  Same objections. | 01:33:31 |
| 22 | A.    No. | 01:33:32 |
| 23 | Q.    Or the Galaxy S II Skyrocket? | 01:33:33 |
| 24 | MR. HUNG:  Same objections. | 01:33:36 |
| 25 | A.    No. | 01:33:37 |

Page 408

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    Or the Droid Charge? | 01:33:37 |
| 2 | MR. HUNG:  Same objections. | 01:33:39 |
| 3 | A.    No. | 01:33:40 |
| 4 | Q.    Or the Galaxy Prevail? | 01:33:40 |
| 5 | MR. HUNG:  Same objections. | 01:33:43 |
| 6 | A.    No. | 01:33:44 |
| 7 | Q.    Or the Galaxy S 4G? | 01:33:44 |
| 8 | MR. HUNG:  Same objections. | 01:33:47 |
| 9 | A.    No. | 01:33:48 |
| 10 | Q.    Or the Galaxy Showcase? | 01:33:49 |
| 11 | MR. HUNG:  Same objections. | 01:33:51 |
| 12 | A.    No. | 01:33:53 |
| 13 | Q.    Or any particular Samsung | 01:33:53 |
| 14 | smartphone? | 01:33:58 |
| 15 | MR. HUNG:  Same objections. | 01:33:59 |
| 16 | A.    By "particular" you mean | 01:34:01 |
| 17 | combination of model and carrier?  The | 01:34:03 |
| 18 | answer's no. | 01:34:05 |
| 19 | Q.    Did you undertake any analysis | 01:34:11 |
| 20 | to determine whether or not Samsung's | 01:34:17 |
| 21 | sales of any of the Galaxy Tab devices has | 01:34:21 |
| 22 | ever caused actual dilution to Apple's | 01:34:28 |
| 23 | brand or claimed trade dresses? | 01:34:31 |
| 24 | MR. HUNG:  Same contextual | 01:34:35 |
| 25 | clarification? | 01:34:36 |

Page 409

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Right. | 01:34:37 |
| 2 | MR. HUNG:  Do you mean at any | 01:34:38 |
| 3 | time or in connection with this | 01:34:39 |
| 4 | declaration? | 01:34:40 |
| 5 | MR. ZELLER:  Well, I think it's | 01:34:41 |
| 6 | all the way up until today. | 01:34:43 |
| 7 | BY MR. ZELLER: | 01:34:45 |
| 8 | Q.   So, yeah, the same context we're | 01:34:45 |
| 9 | talking about. | 01:34:47 |
| 10 | MR. HUNG:  Also, it's outside | 01:34:49 |
| 11 | the scope. | 01:34:50 |
| 12 | A.   And is it also a combination of | 01:34:51 |
| 13 | carrier, AT&T and Tab, T-Mobile, or for | 01:34:53 |
| 14 | the 3G devices; is that -- is that also | 01:34:57 |
| 15 | part of this question? | 01:34:58 |
| 16 | Q.   I'm talking about particular | 01:34:59 |
| 17 | models of any Galaxy Tab device. | 01:35:01 |
| 18 | MR. HUNG:  Same objections. | 01:35:05 |
| 19 | A.   No. | 01:35:06 |
| 20 | Q.   Directing your attention to | 01:35:32 |
| 21 | paragraph 7 of your declaration -- | 01:35:34 |
| 22 | (The witness complies.) | 01:35:35 |
| 23 | Q.   -- you say that "Apple's | 01:35:36 |
| 24 | distinctive iPhone designs significantly | 01:35:40 |
| 25 | contribute to Apple's brand identity and | 01:35:43 |

Page 410

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | lacks foundation. | 01:41:18 |
| 2 | A.    I don't recall. | 01:41:19 |
| 3 | Q.    Do you recall any of them doing | 01:41:23 |
| 4 | that? | 01:41:26 |
| 5 | MR. HUNG:  Same objections. | 01:41:27 |
| 6 | A.    I don't recall if they did or if | 01:41:28 |
| 7 | they didn't. | 01:41:30 |
| 8 | Q.    Did any of those professional | 01:41:32 |
| 9 | opinions that you're relying upon | 01:41:35 |
| 10 | undertake any consumer research to | 01:41:37 |
| 11 | determine the reasons why consumers | 01:41:43 |
| 12 | purchased any Samsung device? | 01:41:44 |
| 13 | MR. HUNG:  Same objections. | 01:41:47 |
| 14 | A.    I don't recall that either. | 01:41:49 |
| 15 | Q.    Do consumers purchase iPhones | 01:41:51 |
| 16 | for the same reasons as Samsung devices or | 01:41:56 |
| 17 | for different reasons? | 01:42:00 |
| 18 | MR. HUNG:  Objection; compound, | 01:42:02 |
| 19 | foundation. | 01:42:05 |
| 20 | A.    I think there are a variety of | 01:42:06 |
| 21 | reasons that consumers purchase iPhones -- | 01:42:08 |
| 22 | I'm sorry, smartphones.  There are | 01:42:10 |
| 23 | functional reasons and there are aesthetic | 01:42:13 |
| 24 | and emotional reasons.  Some of them, | 01:42:16 |
| 25 | particularly the functional reasons may be | 01:42:19 |

Page 416

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | similar between Samsung brand and Apple | 01:42:22 |
| 2 | brand phones. | 01:42:25 |
| 3 | Q.    Please tell me, what are the | 01:42:25 |
| 4 | functional reasons why consumers purchase | 01:42:27 |
| 5 | smartphones? | 01:42:30 |
| 6 | MR. HUNG:  Objection, outside | 01:42:31 |
| 7 | the scope, lacks foundation. | 01:42:33 |
| 8 | A.    Well, I think they use them for | 01:42:35 |
| 9 | the reasons we -- we buy these devices. | 01:42:37 |
| 10 | People want to make phone calls, they want | 01:42:40 |
| 11 | to browse the web, they want to use apps, | 01:42:42 |
| 12 | they want to look at stock prices.  The | 01:42:46 |
| 13 | kinds of things that people commonly | 01:42:50 |
| 14 | purchase these items for. | 01:42:52 |
| 15 | Q.    Any other functional reasons? | 01:42:54 |
| 16 | A.    Well, I'm sure there are a lot | 01:42:57 |
| 17 | more functional reasons.  I didn't imply | 01:42:59 |
| 18 | that that was the complete list. | 01:43:01 |
| 19 | Q.    Please tell me the other | 01:43:03 |
| 20 | reasons, the other functional reasons. | 01:43:05 |
| 21 | MR. HUNG:  Objection, outside | 01:43:07 |
| 22 | the scope, lacks foundation. | 01:43:09 |
| 23 | A.    Listen to music, for example. | 01:43:11 |
| 24 | Again, I can't enumerate the | 01:43:16 |
| 25 | whole list, and that list would vary by | 01:43:18 |

Page 417

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | individual to individual. | 01:43:21 |
| 2 | Q.   Please tell me the ones that you | 01:43:24 |
| 3 | understand and believe are the most | 01:43:26 |
| 4 | important, in addition to the ones you've | 01:43:28 |
| 5 | already mentioned. | 01:43:29 |
| 6 | MR. HUNG:  Objection; vague, | 01:43:32 |
| 7 | lacks foundation, outside the scope. | 01:43:33 |
| 8 | A.   I don't know which are the most | 01:43:35 |
| 9 | important, as I said before.  What I think | 01:43:36 |
| 10 | are the most important would be perhaps | 01:43:39 |
| 11 | different from what you think are the most | 01:43:41 |
| 12 | important. | 01:43:42 |
| 13 | Q.   You understand we're not here | 01:43:46 |
| 14 | about what I think, right?  I'm trying to | 01:43:49 |
| 15 | find out about your opinions. | 01:43:51 |
| 16 | So please tell me, in addition | 01:43:53 |
| 17 | to what you've mentioned, are there any | 01:43:55 |
| 18 | other functional reasons that you're aware | 01:43:57 |
| 19 | of as to why consumers purchase | 01:43:59 |
| 20 | smartphones? | 01:44:01 |
| 21 | MR. HUNG:  Objection; outside | 01:44:02 |
| 22 | the scope, lacks foundation. | 01:44:03 |
| 23 | A.   There aren't any that I'm going | 01:44:06 |
| 24 | to state right now. | 01:44:09 |
| 25 | Q.   That -- I'm sorry -- what? | 01:44:13 |

Page 418

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    As I indicated before, there is | 01:45:25 |
| 2 | some Apple research that shows that the | 01:45:27 |
| 3 | appearance of the device was among the top | 01:45:29 |
| 4 | reasons that people chose iPhones. | 01:45:31 |
| 5 | I don't know and I didn't have | 01:45:35 |
| 6 | access to research on the Samsung | 01:45:36 |
| 7 | products.  So I don't know what the | 01:45:39 |
| 8 | reasons would be for purchasing those. | 01:45:40 |
| 9 | Q.    With respect to Samsung | 01:45:44 |
| 10 | products, you don't have an opinion and | 01:45:47 |
| 11 | you are not offering one as to whether or | 01:45:50 |
| 12 | not consumers believe how the phone works | 01:45:53 |
| 13 | is more important than how it looks for | 01:45:56 |
| 14 | purposes of their purchasing; is that | 01:45:58 |
| 15 | correct? | 01:46:00 |
| 16 | A.    That's correct. | 01:46:01 |
| 17 | Q.    Directing your attention to | 01:46:08 |
| 18 | paragraph 10 of your declaration -- | 01:46:09 |
| 19 | (The witness complies.) | 01:46:11 |
| 20 | Q.    -- you mention something here | 01:46:13 |
| 21 | which is a phrase "eroded brand image." | 01:46:15 |
| 22 | Do you see that? | 01:46:19 |
| 23 | A.    Yes, I do. | 01:46:20 |
| 24 | Q.    You'll agree with me that there | 01:46:21 |
| 25 | are many factors that can go into the | 01:46:22 |

Page 420

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | erosion of a brand image such as Apple's, | 01:46:28 |
| 2 | right? | 01:46:30 |
| 3 | A.    I would say that in general | 01:46:31 |
| 4 | there are a number of factors that can | 01:46:33 |
| 5 | cause any brand's image to be eroded. | 01:46:35 |
| 6 | Q.    Did you read about the riots at | 01:46:43 |
| 7 | one of the Foxconn plants? | 01:46:46 |
| 8 | MR. HUNG:  Objection. | 01:46:49 |
| 9 | A.    Yes.  Yes. | 01:46:52 |
| 10 | Q.    Are you aware that that plant | 01:46:52 |
| 11 | was closed down, at least according to | 01:46:54 |
| 12 | those reports? | 01:46:56 |
| 13 | MR. HUNG:  Same objections. | 01:46:57 |
| 14 | A.    I read about the riots.  I was | 01:46:58 |
| 15 | unaware -- or I am unaware that the plant | 01:47:01 |
| 16 | was closed down. | 01:47:04 |
| 17 | Q.    Did the riots hurt or erode | 01:47:05 |
| 18 | Apple's brand image, as you use the term | 01:47:10 |
| 19 | here? | 01:47:13 |
| 20 | MR. HUNG:  Objection; outside | 01:47:14 |
| 21 | the scope, lacks foundation. | 01:47:15 |
| 22 | A.    I haven't seen any research, | 01:47:16 |
| 23 | before and after, to indicate what the | 01:47:18 |
| 24 | effect on Apple's brand image has been | 01:47:18 |
| 25 | from the rioting. | 01:47:21 |

Page 421

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    I take it that's not something | 01:47:21 |
| 2 | you've analyzed? | 01:47:23 |
| 3 | A.    That's correct. | 01:47:24 |
| 4 | Q.    Did you read the recent stories | 01:47:25 |
| 5 | about Apple's tax avoidance plans? | 01:47:34 |
| 6 | MR. HUNG:  Objection; | 01:47:38 |
| 7 | misleading. | 01:47:39 |
| 8 | Q.    And strategies? | 01:47:41 |
| 9 | MR. HUNG:  Objection; assumes | 01:47:42 |
| 10 | facts. | 01:47:43 |
| 11 | A.    No, I'm unfamiliar with that. | 01:47:43 |
| 12 | Q.    You've never read any publicity | 01:47:45 |
| 13 | surrounding Apple's payment, or call it | 01:47:49 |
| 14 | non-payment, of taxes? | 01:47:52 |
| 15 | MR. HUNG:  Same objections. | 01:47:53 |
| 16 | A.    No, I'm not familiar with that | 01:47:55 |
| 17 | story. | 01:47:59 |
| 18 | Q.    Did you do any analysis to | 01:47:59 |
| 19 | determine whether or not that publicity | 01:48:01 |
| 20 | caused any erosion or harm to Apple's | 01:48:04 |
| 21 | brand image? | 01:48:06 |
| 22 | MR. HUNG:  Objection; assumes | 01:48:07 |
| 23 | facts, incomplete hypothetical. | 01:48:09 |
| 24 | A.    Well, as I said before, I'm not | 01:48:10 |
| 25 | familiar with the story, so clearly it | 01:48:12 |

Page 422

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | would imply that I haven't done any | 01:48:14 |
| 2 | research looking at its impact on Apple's | 01:48:17 |
| 3 | brand. | 01:48:21 |
| 4 | Q.    Are you aware of the criticism | 01:48:25 |
| 5 | for Apple's recent Maps function in the | 01:48:27 |
| 6 | iPhone 5? | 01:48:32 |
| 7 | A.    Yes, I am. | 01:48:34 |
| 8 | Q.    Do you believe that that hurts | 01:48:35 |
| 9 | Apple's brand image? | 01:48:38 |
| 10 | MR. HUNG:  Objection; outside | 01:48:39 |
| 11 | the scope. | 01:48:41 |
| 12 | A.    Same response as I gave before. | 01:48:42 |
| 13 | I haven't done an analysis or seen an | 01:48:45 |
| 14 | analysis of Apple's brand equity before | 01:48:47 |
| 15 | and after the problem with the Maps. | 01:48:49 |
| 16 | Q.    You don't have any opinion on | 01:48:59 |
| 17 | that subject? | 01:49:01 |
| 18 | MR. HUNG:  Same objection. | 01:49:03 |
| 19 | A.    As I said, I don't have any -- | 01:49:04 |
| 20 | any research nor have I read anything | 01:49:07 |
| 21 | indicating that Apple's brand has been | 01:49:09 |
| 22 | eroded due to the problem with the Maps. | 01:49:13 |
| 23 | Q.    Did you read any of the press | 01:49:16 |
| 24 | reports and other media reports | 01:49:19 |
| 25 | criticizing Apple for lack of innovation | 01:49:22 |

Page 423

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | in connection with the iPhone 5? | 01:49:24 |
| 2 | MR. HUNG:  Objection; assumes | 01:49:27 |
| 3 | facts. | 01:49:29 |
| 4 | A.    Yes, I've seen some of those | 01:49:29 |
| 5 | reports. | 01:49:31 |
| 6 | Q.    Did those reports hurt Apple's | 01:49:32 |
| 7 | brand -- | 01:49:34 |
| 8 | MR. HUNG:  Objection -- | 01:49:36 |
| 9 | Q.    -- or erode it? | 01:49:37 |
| 10 | MR. HUNG:  Objection; outside | 01:49:40 |
| 11 | the scope, compound. | 01:49:41 |
| 12 | A.    I have not seen any research, | 01:49:42 |
| 13 | before and after the reports, indicating | 01:49:44 |
| 14 | that Apple's brand has been affected one | 01:49:45 |
| 15 | way or the other. | 01:49:47 |
| 16 | Q.    Do you have any opinion or | 01:49:49 |
| 17 | knowledge on that? | 01:49:51 |
| 18 | MR. HUNG:  Same objections. | 01:49:53 |
| 19 | A.    No, I don't. | 01:49:54 |
| 20 | Q.    You're aware that there was a | 01:50:00 |
| 21 | lot of publicity surrounding Apple's | 01:50:03 |
| 22 | litigation in this case, right? | 01:50:07 |
| 23 | A.    Not just Apple's litigation. | 01:50:08 |
| 24 | Samsung's litigation as well. | 01:50:10 |
| 25 | Q.    Well, are you offering an | 01:50:12 |

Page 424

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | opinion about Samsung's litigation in this | 01:50:14 |
| 2 | case? | 01:50:16 |
| 3 | A.    No, I'm not. | 01:50:16 |
| 4 | Q.    Well, then let's focus on your | 01:50:17 |
| 5 | opinions, sir.  Could you answer my | 01:50:20 |
| 6 | question? | 01:50:22 |
| 7 | A.    Could you restate it? | 01:50:22 |
| 8 | Q.    Was there some reason you didn't | 01:50:24 |
| 9 | answer my question before? | 01:50:25 |
| 10 | MR. HUNG:  Objection; | 01:50:26 |
| 11 | argumentative. | 01:50:27 |
| 12 | A.    I'd just like to hear it again. | 01:50:28 |
| 13 | Q.    It's not a matter of you hearing | 01:50:30 |
| 14 | it again.  Why is it that you put it -- | 01:50:32 |
| 15 | you understand, are you here as an expert | 01:50:35 |
| 16 | or you want to be an advocate? | 01:50:36 |
| 17 | MR. HUNG:  Objection; | 01:50:38 |
| 18 | argumentative. | 01:50:40 |
| 19 | A.    I'm here as an expert. | 01:50:40 |
| 20 | Q.    My question is: | 01:50:43 |
| 21 | You're aware that there has been | 01:50:45 |
| 22 | publicity surrounding Apple's litigation | 01:50:48 |
| 23 | in this exact case, correct? | 01:50:51 |
| 24 | MR. HUNG:  Objection; asked and | 01:50:52 |
| 25 | answered, outside the scope. | 01:50:54 |

Page 425

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Yes. | 01:50:55 |
| 2 | Q.    You're aware that there has been | 01:50:55 |
| 3 | negative publicity surrounding Apple's | 01:50:58 |
| 4 | litigation in this case, correct? | 01:51:02 |
| 5 | A.    No. | 01:51:04 |
| 6 | Q.    You've never seen that? | 01:51:04 |
| 7 | MR. HUNG:  Objection; assumes | 01:51:05 |
| 8 | facts. | 01:51:07 |
| 9 | A.    Can you be more precise what you | 01:51:07 |
| 10 | mean by "negative publicity"? | 01:51:09 |
| 11 | Q.    Have you seen any articles, or | 01:51:12 |
| 12 | any press accounts, or any comments, | 01:51:15 |
| 13 | public comments, criticizing Apple's | 01:51:18 |
| 14 | litigation in this case? | 01:51:21 |
| 15 | MR. HUNG:  Objection; outside | 01:51:22 |
| 16 | the scope, assumes facts. | 01:51:27 |
| 17 | A.    I may have seen some, but I | 01:51:29 |
| 18 | don't recall specific articles. | 01:51:31 |
| 19 | Q.    Did any of the publicity, the | 01:51:33 |
| 20 | negative publicity, surrounding Apple's | 01:51:36 |
| 21 | litigation in this case harm or erode | 01:51:39 |
| 22 | Apple's brand? | 01:51:42 |
| 23 | MR. HUNG:  Objection; assumes | 01:51:46 |
| 24 | facts, outside the scope. | 01:51:48 |
| 25 | A.    I don't have any evidence nor | 01:51:49 |

Page 426

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | have I read any articles showing that | 01:51:54 |
| 2 | there's been a change in Apple's brand | 01:51:56 |
| 3 | equity before versus after. | 01:52:01 |
| 4 | Q.    Do you know? | 01:52:03 |
| 5 | MR. HUNG:  Same objections. | 01:52:04 |
| 6 | A.    No, I don't. | 01:52:05 |
| 7 | Q.    Did you read any of the | 01:52:07 |
| 8 | publicity surrounding Apple's violation of | 01:52:08 |
| 9 | the court's order in the United Kingdom in | 01:52:10 |
| 10 | the past 10 days? | 01:52:14 |
| 11 | A.    I'm unaware of that. | 01:52:16 |
| 12 | Q.    It was a national news story. | 01:52:17 |
| 13 | You didn't see it? | 01:52:20 |
| 14 | MR. HUNG:  Objection; asked and | 01:52:21 |
| 15 | answered. | 01:52:22 |
| 16 | A.    As I said, I'm unaware of it. | 01:52:22 |
| 17 | Q.    What, if anything, have you done | 01:52:26 |
| 18 | to try and determine whether or not | 01:52:28 |
| 19 | factors apart from Samsung have caused | 01:52:32 |
| 20 | erosion or damage to Apple's brand? | 01:52:35 |
| 21 | MR. HUNG:  Objection; outside | 01:52:37 |
| 22 | the scope. | 01:52:39 |
| 23 | A.    I haven't done any analysis. | 01:52:40 |
| 24 | Q.    And I take it you can't tell me | 01:52:53 |
| 25 | whether or not any or all of the other | 01:52:55 |

Page 427

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | factors that can have an effect on Apple's | 01:53:02 |
| 2 | brand and cause erosion or damage to | 01:53:06 |
| 3 | Apple's brand are more important or less | 01:53:10 |
| 4 | important than Samsung's conduct, right? | 01:53:14 |
| 5 | MR. HUNG:  Objection; vague, | 01:53:19 |
| 6 | compound, incomplete hypothetical. | 01:53:21 |
| 7 | A.    I haven't done any analysis so I | 01:53:24 |
| 8 | can't say that I know whether those | 01:53:27 |
| 9 | factors were more or less important than | 01:53:30 |
| 10 | Samsung's impact. | 01:53:33 |
| 11 | Q.    Is that the kind of analysis | 01:53:35 |
| 12 | that you could do? | 01:53:37 |
| 13 | A.    It's too late now, but it could | 01:53:40 |
| 14 | be done. | 01:53:42 |
| 15 | Q.    And I take it you can't give any | 01:53:53 |
| 16 | kind of quantification or tell us the | 01:53:56 |
| 17 | extent to which, in particular terms, | 01:54:04 |
| 18 | Samsung's activities have eroded or | 01:54:09 |
| 19 | damaged Apple's brand? | 01:54:13 |
| 20 | MR. HUNG:  Objection, vague -- | 01:54:15 |
| 21 | Q.    Right? | 01:54:19 |
| 22 | MR. HUNG:  Objection; vague and | 01:54:20 |
| 23 | compound. | 01:54:22 |
| 24 | A.    Correct. | 01:54:22 |
| 25 | Q.    Directing your attention to | 01:54:40 |

Page 428

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | paragraph 10 of your declaration. | 01:54:42 |
| 2 | (The witness complies.) | 01:54:44 |
| 3 | Q.    And this starts on page 2, | 01:54:46 |
| 4 | numbered 2 of your declaration, which is | 01:54:53 |
| 5 | Exhibit 1678, and right there at the | 01:54:55 |
| 6 | bottom of the page it starts:  "Reduced | 01:54:58 |
| 7 | brand awareness and lower brand loyalty | 01:55:02 |
| 8 | increases a company's marketing costs | 01:55:04 |
| 9 | and/or decreases a company's sales." | 01:55:06 |
| 10 | Do you see that? | 01:55:09 |
| 11 | A.    Yes, I do. | 01:55:10 |
| 12 | Q.    Have you undertaken any effort | 01:55:11 |
| 13 | to measure the degree to which Apple's | 01:55:13 |
| 14 | marketing costs have been increased as a | 01:55:19 |
| 15 | result of Samsung's activities? | 01:55:21 |
| 16 | MR. HUNG:  Objection; vague as | 01:55:26 |
| 17 | to "Samsung's activities." | 01:55:28 |
| 18 | A.    No, I have not. | 01:55:30 |
| 19 | Q.    Have you undertaken any effort | 01:55:32 |
| 20 | to measure the degree to which Apple's | 01:55:34 |
| 21 | marketing costs have increased as a result | 01:55:37 |
| 22 | of Samsung's sales of any of its | 01:55:39 |
| 23 | smartphones? | 01:55:43 |
| 24 | A.    No, I have not. | 01:55:45 |
| 25 | Q.    Or any of its tablet computer | 01:55:47 |

Page 429

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | devices? | 01:55:49 |
| 2 | A.    No. | 01:55:52 |
| 3 | MR. HUNG:  Mike, whenever you | 01:55:59 |
| 4 | get to a breaking point, I want to | 01:56:01 |
| 5 | give him one break, at least. | 01:56:03 |
| 6 | MR. ZELLER:  Let's take one now. | 01:56:06 |
| 7 | THE VIDEO OPERATOR:  The time is | 01:56:09 |
| 8 | approximately 1:55 p.m.  This is the | 01:56:10 |
| 9 | end of Media Number 1. | 01:56:12 |
| 10 | We're off the record. | 01:56:14 |
| 11 | (A recess was taken.) | 01:56:19 |
| 12 | THE VIDEO OPERATOR:  Stand by. | 02:07:50 |
| 13 | The time is approximately 2:07 | 02:07:51 |
| 14 | p.m. | 02:07:57 |
| 15 | This is the beginning of Media | 02:07:57 |
| 16 | Number 2.  We're on the record. | 02:08:00 |
| 17 | BY MR. ZELLER: | 02:08:00 |
| 18 | Q.    Directing your attention to | 02:08:03 |
| 19 | Exhibit 1678, which is your declaration, | 02:08:04 |
| 20 | specifically paragraph 7 -- | 02:08:09 |
| 21 | (The witness complies.) | 02:08:12 |
| 22 | Q.    -- and on page numbered 2 there | 02:08:13 |
| 23 | on the corner of that -- of your | 02:08:20 |
| 24 | declaration it says:  "Indeed, Apple is | 02:08:25 |
| 25 | known for its unique smartphone designs." | 02:08:28 |

Page 430

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | You understand that there's a | 02:16:30 |
| 2 | particular description of the iPhone 3G | 02:16:36 |
| 3 | trade dress that's been given in this case | 02:16:38 |
| 4 | by Apple and by you, right? | 02:16:40 |
| 5 | A.   Yes. | 02:16:42 |
| 6 | Q.   And that's a rectangular product | 02:16:43 |
| 7 | with four evenly rounded corners and so | 02:16:46 |
| 8 | on, correct? | 02:16:48 |
| 9 | A.   Correct. | 02:16:49 |
| 10 | Q.   It does not encompass all of the | 02:16:49 |
| 11 | external appearance of the iPhone, | 02:16:52 |
| 12 | correct? | 02:16:55 |
| 13 | A.   That's correct. | 02:16:55 |
| 14 | Q.   It's only elements of the iPhone | 02:16:56 |
| 15 | appearance, correct? | 02:16:58 |
| 16 | A.   It's -- it's a majority, but | 02:16:59 |
| 17 | it's not all the elements. | 02:17:02 |
| 18 | Q.   Was there any kind of study done | 02:17:04 |
| 19 | that you're relying upon that showed the | 02:17:09 |
| 20 | reasons why consumers purchased any iPhone | 02:17:12 |
| 21 | devices was because of any of the elements | 02:17:16 |
| 22 | that are claimed as the iPhone 3G trade | 02:17:21 |
| 23 | dress either individually or taken | 02:17:23 |
| 24 | together? | 02:17:25 |
| 25 | A.   I don't recall. | 02:17:27 |

Page 437

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   Are you aware of any kind of | 02:17:35 |
| 2 | study -- | 02:17:38 |
| 3 | MR. ZELLER:  I'm sorry, strike | 02:17:41 |
| 4 | that. | 02:17:42 |
| 5 | Q.   Was there any kind of study that | 02:17:43 |
| 6 | you're relying upon that showed the reason | 02:17:44 |
| 7 | why consumers purchased any iPhone device | 02:17:47 |
| 8 | was because of the ornamental appearance | 02:17:52 |
| 9 | that was shown in the '677 design patent? | 02:17:57 |
| 10 | MR. HUNG:  Objection; vague, | 02:18:05 |
| 11 | lacks foundation. | 02:18:08 |
| 12 | Go ahead. | 02:18:09 |
| 13 | A.   The only question that I saw, as | 02:18:09 |
| 14 | I said, related to "design and | 02:18:12 |
| 15 | appearance." | 02:18:17 |
| 16 | It did not get into specific | 02:18:17 |
| 17 | elements of the trade dress. | 02:18:19 |
| 18 | Q.   Or the design patents? | 02:18:22 |
| 19 | A.   Or of the design patents. | 02:18:24 |
| 20 | Q.   Do you have any data or | 02:18:29 |
| 21 | empirical evidence showing that consumers | 02:18:37 |
| 22 | purchased any iPhone device because of the | 02:18:42 |
| 23 | appearance of what's shown in the '677 | 02:18:48 |
| 24 | design patent? | 02:18:51 |
| 25 | MR. HUNG:  Objection; asked and | 02:18:56 |

Page 438

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | answered, lacks foundation. | 02:18:57 |
| 2 | A.    To the extent that the design | 02:18:58 |
| 3 | patent -- you know -- indicates what the | 02:19:01 |
| 4 | look and feel of the phone is, then that | 02:19:06 |
| 5 | is represented in the market research | 02:19:10 |
| 6 | question, "design and appearance." | 02:19:12 |
| 7 | As I said before, it does not -- | 02:19:15 |
| 8 | the questions that I saw did not enumerate | 02:19:17 |
| 9 | or ask specifically about rounded corners, | 02:19:20 |
| 10 | colorful matrix of icons, et cetera, that | 02:19:24 |
| 11 | are part of the trade dress. | 02:19:30 |
| 12 | Q.    I want to make sure we're on the | 02:19:31 |
| 13 | same page here.   Step back for a moment? | 02:19:33 |
| 14 | A.    Okay. | 02:19:35 |
| 15 | Q.    You understand and agree that | 02:19:35 |
| 16 | the '677 design patent does not show the | 02:19:38 |
| 17 | entirety of the external appearance of an | 02:19:41 |
| 18 | electronic device but only part of it, | 02:19:45 |
| 19 | right? | 02:19:48 |
| 20 | A.    Yes. | 02:19:48 |
| 21 | Q.    So my question is: | 02:19:51 |
| 22 | Do you have any data or evidence | 02:19:52 |
| 23 | that shows that consumers purchased any | 02:19:56 |
| 24 | iPhone devices because of the feature that | 02:20:00 |
| 25 | is shown in the '677 design patent? | 02:20:04 |

Page 439

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HUNG:  Objection; asked and | 02:20:07 |
| 2 | answered. | 02:20:08 |
| 3 | A.    No. | 02:20:08 |
| 4 | Q.    Or of -- as the -- | 02:20:10 |
| 5 | MR. ZELLER:  Sorry, strike that. | 02:20:15 |
| 6 | Start over. | 02:20:17 |
| 7 | BY MR. ZELLER: | 02:20:17 |
| 8 | Q.    Do you have any data or evidence | 02:20:17 |
| 9 | that show consumers purchased any iPhone | 02:20:19 |
| 10 | devices because of the features shown in | 02:20:22 |
| 11 | the '087 design patent? | 02:20:24 |
| 12 | MR. HUNG:  Objection; lacks | 02:20:28 |
| 13 | foundation, vague, asked and answered. | 02:20:29 |
| 14 | A.    I don't recall what that patent | 02:20:31 |
| 15 | was, so I can't answer that.  If you could | 02:20:33 |
| 16 | show it to me I can give you an answer. | 02:20:35 |
| 17 | (Joint Trial Exhibit 1041 | 02:20:35 |
| 18 | previously marked for identification, | 02:21:11 |
| 19 | copy of U.S. Patent D593,087, Issue | 02:21:20 |
| 20 | Date May 26, 2009.) | 02:20:49 |
| 21 | MR. ZELLER:  We've previously | 02:20:49 |
| 22 | marked it. | 02:20:50 |
| 23 | Q.    I'm showing you what was marked | 02:21:03 |
| 24 | as Joint Trial Exhibit Number 1041, which | 02:21:06 |
| 25 | is a copy of the United States Design | 02:21:11 |

Page 440

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Or the hardware appearance. | 02:35:39 |
| 2 | Q.    Right. | 02:35:40 |
| 3 | A.    Correct. | 02:35:41 |
| 4 | Q.    So my question is, is do you | 02:35:42 |
| 5 | have any empirical data or any hard | 02:35:46 |
| 6 | evidence showing that consumers have | 02:35:49 |
| 7 | purchased any iPhone devices because of | 02:35:52 |
| 8 | specifically the design intellectual | 02:35:59 |
| 9 | property that Apple has asserted in this | 02:36:02 |
| 10 | case, as opposed to the overall appearance | 02:36:05 |
| 11 | of the hardware and the software | 02:36:07 |
| 12 | altogether? | 02:36:09 |
| 13 | MR. HUNG:  Objection; vague as | 02:36:10 |
| 14 | to "design intellectual property," | 02:36:13 |
| 15 | asked and answered, compound. | 02:36:17 |
| 16 | A.    I have not conducted such a | 02:36:18 |
| 17 | study nor did I see one in the materials | 02:36:20 |
| 18 | that I've reviewed.  There may have been | 02:36:22 |
| 19 | other experts for Apple who may have done | 02:36:25 |
| 20 | such a study. | 02:36:29 |
| 21 | Q.    Your opinion that's reflected | 02:36:32 |
| 22 | here in the declaration is based on the | 02:36:34 |
| 23 | overall appearance of the iPhone devices | 02:36:37 |
| 24 | taken all together, including the hardware | 02:36:41 |
| 25 | and the software, all together; is that | 02:36:44 |

Page 453

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   right?                                      02:36:48

 2        A.     That's correct.   I've          02:36:49

 3   consistently maintained that it's the sum   02:36:50

 4   of the parts that create the overall        02:36:53

 5   appearance and design of the iPhone that    02:36:55

 6   makes it attractive to consumers.           02:36:58

 7        Q.     And you have not offered         02:37:00

 8   opinions specifically that separate out     02:37:04

 9   that overall appearance and design of the   02:37:08

10   iPhone as distinguished from the subsets    02:37:10

11   of the appearance that are reflected in     02:37:15

12   the design patents and the trade dresses?   02:37:21

13             MR. HUNG:   Objection to the      02:37:23

14        extent it misstates, compound.         02:37:24

15        A.     I'll state again that my focus   02:37:27

16   has always been on the Gestalt; that sum    02:37:30

17   of all the hardware and software and trade  02:37:34

18   dress elements and how that impacts the     02:37:36

19   Apple brand.                                02:37:38

20        Q.     And that's been the extent of   02:37:39

21   your opinion, as opposed to parsing it out  02:37:41

22   further, specifically as to the claim       02:37:45

23   trade dresses or the claim design patents?  02:37:48

24             MR. HUNG:   Same objection.       02:37:52

25        A.     Yes.                            02:37:54
```

Page 454

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | (Discussion off the record.) | 02:38:19 |
| 2 | MR. ZELLER:  Then we can stay | 02:38:33 |
| 3 | here indefinitely. | 02:38:35 |
| 4 | THE WITNESS:  I'll double my | 02:38:36 |
| 5 | rates. | 02:38:38 |
| 6 | MR. ZELLER:  And, for the | 02:38:39 |
| 7 | record, we're joking. | 02:38:40 |
| 8 | BY MR. ZELLER: | 02:38:41 |
| 9 | Q.    Directing your attention to | 02:38:41 |
| 10 | Exhibit 1678, your declaration -- | 02:38:46 |
| 11 | A.    Yes. | 02:38:49 |
| 12 | Q.    -- you have a sentence in | 02:38:49 |
| 13 | paragraph 10 that says:  "Reduced brand | 02:38:54 |
| 14 | awareness and lower brand loyalty | 02:38:58 |
| 15 | increases a company's marketing costs | 02:38:59 |
| 16 | and/or decreases a company's sales." | 02:39:02 |
| 17 | I apologize, I know I've asked | 02:39:06 |
| 18 | you at least a few questions about this, | 02:39:09 |
| 19 | and I had some more, but if I duplicate | 02:39:12 |
| 20 | any of them I apologize in advance. | 02:39:14 |
| 21 | But just to be clear, you didn't | 02:39:16 |
| 22 | do any specific research to determine | 02:39:18 |
| 23 | whether or not Apple's marketing costs | 02:39:20 |
| 24 | have been increased as a result of any | 02:39:21 |
| 25 | conduct by Samsung; is that right? | 02:39:25 |

Page 455

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HUNG:  Objection; vague, | 02:39:27 |
| 2 | asked and answered. | 02:39:29 |
| 3 | A.    No, I did not. | 02:39:31 |
| 4 | Q.    Did you do anything to determine | 02:39:33 |
| 5 | whether or not any of Samsung's conduct | 02:39:36 |
| 6 | had caused a decrease in Apple's sales? | 02:39:42 |
| 7 | MR. HUNG:  Objection; asked and | 02:39:45 |
| 8 | answered. | 02:39:46 |
| 9 | A.    No, I did not. | 02:39:48 |
| 10 | Q.    The next sentence says:  "Lower | 02:39:52 |
| 11 | brand loyalty also leads to fewer | 02:39:55 |
| 12 | recommendations by consumers and negative | 02:39:58 |
| 13 | word of mouth." | 02:40:00 |
| 14 | Do you see that? | 02:40:01 |
| 15 | A.    Yes, I do. | 02:40:02 |
| 16 | Q.    Did you do anything to determine | 02:40:03 |
| 17 | whether or not this had in fact happened | 02:40:05 |
| 18 | to Apple as a result of anything Samsung | 02:40:10 |
| 19 | did? | 02:40:13 |
| 20 | A.    No. | 02:40:15 |
| 21 | Q.    The next sentence says:  "An | 02:40:18 |
| 22 | eroded brand image also means that the | 02:40:21 |
| 23 | brand no longer commands the same brand | 02:40:23 |
| 24 | image premium." | 02:40:26 |
| 25 | Do you see that? | 02:40:27 |

Page 456

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Yes, I do. | 02:40:28 |
| 2 | Q.    Did you undertake any kind of | 02:40:29 |
| 3 | analysis to determine whether or not this | 02:40:30 |
| 4 | had actually happened to Apple as a result | 02:40:32 |
| 5 | of any conduct by Samsung? | 02:40:35 |
| 6 | A.    It's very difficult to do these | 02:40:38 |
| 7 | analyses, because you don't know what | 02:40:40 |
| 8 | would have happened had Samsung not | 02:40:42 |
| 9 | infringed on the trade dress and created | 02:40:45 |
| 10 | this brand dilution. | 02:40:50 |
| 11 | But the strict answer is that, | 02:40:52 |
| 12 | no. | 02:40:54 |
| 13 | Q.    Well, you say it's difficult. | 02:40:58 |
| 14 | But it is certainly possible to determine | 02:41:00 |
| 15 | whether or not a brand no longer commands | 02:41:03 |
| 16 | the same brand image premium, right? | 02:41:06 |
| 17 | MR. HUNG:  Objection; incomplete | 02:41:09 |
| 18 | hypothetical, calls for speculation. | 02:41:11 |
| 19 | A.    Well, one thing you could do is | 02:41:12 |
| 20 | take a look at the difference in prices | 02:41:14 |
| 21 | between, say, an equivalent Samsung tablet | 02:41:16 |
| 22 | or an equivalent Samsung phone and see if | 02:41:20 |
| 23 | that price has narrowed or decreased over | 02:41:24 |
| 24 | time. | 02:41:26 |
| 25 | There are multiple explanations | 02:41:27 |

Page 457

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | for that beyond just an erosion of the | 02:41:29 |
| 2 | brand equity, but you could make an | 02:41:32 |
| 3 | empirical observation like that. | 02:41:34 |
| 4 | Q.   And that's exactly the kind of | 02:41:36 |
| 5 | question I'm asking here. | 02:41:39 |
| 6 | Did you undertake any analysis | 02:41:40 |
| 7 | to determine whether or not Apple's brand | 02:41:42 |
| 8 | no longer commands the same brand image | 02:41:45 |
| 9 | premium as a consequence of anything | 02:41:47 |
| 10 | Samsung did? | 02:41:50 |
| 11 | MR. HUNG:  Objection; asked and | 02:41:51 |
| 12 | answered. | 02:41:52 |
| 13 | A.   No, I didn't. | 02:41:57 |
| 14 | MR. HUNG:  Go ahead. | 02:41:58 |
| 15 | A.   No. | 02:41:58 |
| 16 | Q.   The next sentence of paragraph | 02:41:59 |
| 17 | 10 of your declaration says:  "An eroded | 02:42:00 |
| 18 | brand image may also affect the firm's | 02:42:02 |
| 19 | ability to invest in new products and | 02:42:09 |
| 20 | engage in product expansions." | 02:42:09 |
| 21 | Do you see that? | 02:42:10 |
| 22 | A.   Yes. | 02:42:11 |
| 23 | Q.   Did you undertake any kind of | 02:42:11 |
| 24 | analysis to determine whether or not | 02:42:12 |
| 25 | anything Samsung did affected Apple's | 02:42:15 |

Page 458

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ability to invest in new products? | 02:42:18 |
| 2 | A.   No. | 02:42:21 |
| 3 | Q.   Or engage in product expansions? | 02:42:22 |
| 4 | A.   No. | 02:42:25 |
| 5 | Q.   The next sentence says, in | 02:42:31 |
| 6 | paragraph 10 of your declaration:  "It is | 02:42:34 |
| 7 | noteworthy that an eroded brand image not | 02:42:36 |
| 8 | only impacts the current sales of the | 02:42:39 |
| 9 | diluted and infringed products and other | 02:42:42 |
| 10 | branded products (including, but not | 02:42:45 |
| 11 | limited to or ancillary products), but may | 02:42:48 |
| 12 | also result in potential future lost sales | 02:42:50 |
| 13 | of products." | 02:42:53 |
| 14 |        Do you see that language? | 02:42:54 |
| 15 | A.   Yes, I do. | 02:42:55 |
| 16 | Q.   Did you undertake any analysis | 02:42:56 |
| 17 | to determine whether or not anything | 02:42:58 |
| 18 | Samsung did had impacted the current sales | 02:43:01 |
| 19 | of Apple's products? | 02:43:06 |
| 20 | A.   No. | 02:43:11 |
| 21 | Q.   Did you undertake any kind of | 02:43:12 |
| 22 | analysis to determine whether or not | 02:43:14 |
| 23 | anything Samsung did had impact on the | 02:43:17 |
| 24 | current sales of Apple's related or | 02:43:20 |
| 25 | ancillary products? | 02:43:27 |

Page 459

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    No. | 02:43:30 |
| 2 | Q.    Did you do anything to determine | 02:43:31 |
| 3 | or analyze whether or not Samsung's | 02:43:33 |
| 4 | conduct has resulted in potential future | 02:43:37 |
| 5 | lost sales of products to Apple? | 02:43:43 |
| 6 | A.    Well, if you take a look at that | 02:43:47 |
| 7 | sentence -- that phrase, it's almost, by | 02:43:49 |
| 8 | definition, impossible to do that, right? | 02:43:52 |
| 9 | Because it's in the future. | 02:43:54 |
| 10 | I think that my point here is | 02:43:55 |
| 11 | that one of the impacts of brand damage is | 02:43:57 |
| 12 | that it could cost -- cause decreased | 02:44:03 |
| 13 | sales in the future.  There's no way to | 02:44:06 |
| 14 | measure that clearly because we're in the | 02:44:10 |
| 15 | present. | 02:44:11 |
| 16 | Q.    I'm trying to find out about | 02:44:13 |
| 17 | whether or not you did something specific | 02:44:19 |
| 18 | as it related to Apple and Samsung in | 02:44:21 |
| 19 | connection with this statement. | 02:44:23 |
| 20 | So let me try again. | 02:44:25 |
| 21 | Did you do anything to try and | 02:44:26 |
| 22 | determine whether or not anything Samsung | 02:44:29 |
| 23 | did has or is likely to result in | 02:44:32 |
| 24 | potential future lost sales of products to | 02:44:36 |
| 25 | Apple? | 02:44:39 |

Page 460

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HUNG:  Objection; asked and | 02:44:40 |
| 2 | answered. | 02:44:41 |
| 3 | A.    No. | 02:44:43 |
| 4 | Q.    Directing your attention to | 02:44:49 |
| 5 | paragraph 11, starting on line 11, you | 02:44:51 |
| 6 | have a statement here:  "In general, a | 02:44:58 |
| 7 | consistent Apple user experience is very | 02:45:00 |
| 8 | important to Apple." | 02:45:03 |
| 9 | Do you see that? | 02:45:04 |
| 10 | A.    Yes, I do. | 02:45:06 |
| 11 | Q.    And then the next sentence | 02:45:06 |
| 12 | says:  "That consistent user experience is | 02:45:08 |
| 13 | an important part of its success in the | 02:45:12 |
| 14 | marketplace and sets Apple apart from | 02:45:14 |
| 15 | other companies." | 02:45:17 |
| 16 | Do you see that? | 02:45:18 |
| 17 | A.    Mm-hmm -- yes. | 02:45:19 |
| 18 | Q.    Did you do anything to try and | 02:45:20 |
| 19 | quantify or determine the extent to which | 02:45:22 |
| 20 | a consistent Apple user experience was | 02:45:24 |
| 21 | responsible for Apple product sales? | 02:45:32 |
| 22 | MR. HUNG:  Objection; compound. | 02:45:38 |
| 23 | A.    No. | 02:45:41 |
| 24 | Q.    You say it's an "important part | 02:45:47 |
| 25 | of its success." | 02:45:49 |

Page 461

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | And that is consistent across | 02:47:28 |
| 2 | Apple TV, MacBook, iPods, iPads, iPhone, | 02:47:31 |
| 3 | the whole set and the whole range of Apple | 02:47:38 |
| 4 | products. | 02:47:40 |
| 5 | Q.   Can you tell me what the | 02:47:50 |
| 6 | features are that make up a consistent | 02:47:52 |
| 7 | Apple user experience? | 02:47:54 |
| 8 | A.   Well, I think since the products | 02:47:56 |
| 9 | are very different -- I mean, it's very | 02:47:57 |
| 10 | hard to compare an iPhone, you know, | 02:47:59 |
| 11 | feature to feature, to a MacBook.  So I | 02:48:02 |
| 12 | think that, as I said before, the user | 02:48:04 |
| 13 | experience has to be thought of as sort of | 02:48:07 |
| 14 | a higher level kind of phenomenon than | 02:48:09 |
| 15 | kind of the actual usage of the product, | 02:48:12 |
| 16 | and that's why I said the higher level | 02:48:14 |
| 17 | aspects relate to ease of use, I mentioned | 02:48:17 |
| 18 | connectivity, ease of using wireless, you | 02:48:21 |
| 19 | know, a whole range of things that Apple | 02:48:24 |
| 20 | has become known for. | 02:48:27 |
| 21 | I don't think you can do it | 02:48:28 |
| 22 | feature by feature across disparate | 02:48:30 |
| 23 | products. | 02:48:34 |
| 24 | Q.   What are the features of the | 02:48:37 |
| 25 | first iPhone that made up a consistent | 02:48:40 |

Page 463

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | products, leads me to believe that that's | 02:51:25 |
| 2 | an important aspect of the consumer | 02:51:27 |
| 3 | decision process. | 02:51:30 |
| 4 | Q.   And is this "consistent Apple | 02:51:38 |
| 5 | user experience" that you're referring to | 02:51:41 |
| 6 | the totality of all of these various | 02:51:44 |
| 7 | products, combination of hardware and | 02:51:47 |
| 8 | software and how all of that works | 02:51:51 |
| 9 | together? | 02:51:54 |
| 10 | MR. HUNG:  Objection; vague, | 02:51:55 |
| 11 | compound. | 02:51:57 |
| 12 | A.   I would say that that's the | 02:51:58 |
| 13 | case. | 02:51:59 |
| 14 | Q.   I'm sorry, you would say? | 02:52:02 |
| 15 | A.   I would say, yes. | 02:52:06 |
| 16 | Q.   At any time have you undertaken | 02:52:28 |
| 17 | any kind of analysis to determine whether | 02:52:30 |
| 18 | or not Apple's brand has actually eroded | 02:52:35 |
| 19 | or been diminished by any cause? | 02:52:39 |
| 20 | A.   No, I have not. | 02:52:43 |
| 21 | Q.   At any time have you undertaken | 02:52:46 |
| 22 | any kind of analysis to determine whether | 02:52:49 |
| 23 | or not any of Apple's claimed trade | 02:52:51 |
| 24 | dresses or the design shown in the design | 02:52:53 |
| 25 | patents have actually been eroded or | 02:52:59 |

Page 466

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | damaged or diluted by any cause? | 02:53:02 |
| 2 | MR. HUNG:  Objection; vague as | 02:53:09 |
| 3 | to time, compound. | 02:53:10 |
| 4 | Q.   At any time. | 02:53:12 |
| 5 | MR. HUNG:  At any time? | 02:53:14 |
| 6 | MR. ZELLER:  Mm-hmm. | 02:53:16 |
| 7 | A.   I have not done such an | 02:53:17 |
| 8 | analysis. | 02:53:19 |
| 9 | Q.   Have you seen any studies by | 02:53:28 |
| 10 | Apple or anyone else that you believe show | 02:53:32 |
| 11 | that Apple has actually had its brand or | 02:53:38 |
| 12 | its trade dress or the design shown in the | 02:53:45 |
| 13 | design patents actually eroded or actually | 02:53:48 |
| 14 | harmed in any way by any cause? | 02:53:52 |
| 15 | A.   I'm drawing on my 35 years of | 02:53:56 |
| 16 | marketing expertise to make these | 02:53:59 |
| 17 | assessments and based on other cases that | 02:54:01 |
| 18 | I've seen in the marketplace that damage | 02:54:03 |
| 19 | to brands can occur and they can have | 02:54:05 |
| 20 | long-term effects.  I've not specifically | 02:54:08 |
| 21 | analyzed this case.  But based on my | 02:54:11 |
| 22 | experience I know that it can happen. | 02:54:14 |
| 23 | Q.   And I'm trying to find out | 02:54:16 |
| 24 | something more specific.  Because I | 02:54:18 |
| 25 | certainly understand the opinions in your | 02:54:20 |

Page 467

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | declaration.  Now I'm trying to find out | 02:54:22 |
| 2 | something more specific about it. | 02:54:24 |
| 3 | A.    I think I answered that, though, | 02:54:28 |
| 4 | in there, too. | 02:54:30 |
| 5 | Q.    Let's make sure I have a clear | 02:54:31 |
| 6 | record.  I'd appreciate that.  Let me try | 02:54:33 |
| 7 | it this way. | 02:54:35 |
| 8 | Have you seen any studies by | 02:54:39 |
| 9 | Apple or anyone else that you believe show | 02:54:52 |
| 10 | that Apple has actually had its brand or | 02:54:55 |
| 11 | its trade dresses or the designs that are | 02:54:59 |
| 12 | shown in the design patents actually | 02:55:04 |
| 13 | eroded or actually harmed by any cause? | 02:55:07 |
| 14 | MR. HUNG:  Objection; vague, | 02:55:11 |
| 15 | compound. | 02:55:12 |
| 16 | A.    No. | 02:55:14 |
| 17 | Q.    Directing your attention to | 02:55:35 |
| 18 | paragraph 9 of your declaration, which is | 02:55:36 |
| 19 | Exhibit 1678 -- | 02:55:41 |
| 20 | (The witness complies.) | 02:55:43 |
| 21 | Q.    -- and here you refer to: | 02:55:46 |
| 22 | "...Apple's 'coolness' factor that is | 02:55:50 |
| 23 | inherent in the look and feel of the | 02:55:54 |
| 24 | iPhone." | 02:55:55 |
| 25 | Do you see that? | 02:55:56 |

Page 468

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | So -- and I don't know if it's | 02:57:03 |
| 2 | 50/50, if you're going to push me to | 02:57:05 |
| 3 | 75/25, I have no idea. | 02:57:09 |
| 4 | But this coolness and emotional | 02:57:10 |
| 5 | attachment people have, some of that is to | 02:57:12 |
| 6 | the Apple brand, some of that is to | 02:57:14 |
| 7 | individual products. | 02:57:16 |
| 8 | Q.    Did you undertake any kind of | 02:57:19 |
| 9 | analysis to determine whether or not | 02:57:22 |
| 10 | anything that Samsung has done has | 02:57:26 |
| 11 | actually caused any consumers or potential | 02:57:29 |
| 12 | consumers of Apple products to feel less | 02:57:34 |
| 13 | of an emotional attachment to Apple's | 02:57:38 |
| 14 | brand image? | 02:57:41 |
| 15 | MR. HUNG:  Objection; vague, | 02:57:42 |
| 16 | compound. | 02:57:44 |
| 17 | A.    No. | 02:57:45 |
| 18 | Q.    And I take it that that's not | 02:57:54 |
| 19 | something you've attempted to quantify? | 02:57:56 |
| 20 | A.    No. | 02:57:59 |
| 21 | Q.    That's a correct statement? | 02:58:00 |
| 22 | A.    I have not attempted to quantify | 02:58:03 |
| 23 | that. | 02:58:05 |
| 24 | Q.    If we can go back to 1679, | 02:58:22 |
| 25 | please.  That's the UBS study. | 02:58:28 |

Page 470

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | feature? | 03:37:02 |
| 2 | MR. HUNG:  Objection; outside | 03:37:03 |
| 3 | the scope, lacks foundation. | 03:37:05 |
| 4 | A.    No, I haven't seen any such | 03:37:07 |
| 5 | research. | 03:37:09 |
| 6 | Q.    Have you undertaken any kind of | 03:37:11 |
| 7 | analysis or do you have any kind of hard | 03:37:14 |
| 8 | data concerning whether or not consumers | 03:37:18 |
| 9 | in their purchasing decisions have | 03:37:22 |
| 10 | considered the appearance of the iPhones | 03:37:24 |
| 11 | to be more important than the zooming | 03:37:28 |
| 12 | features of the iPhones? | 03:37:35 |
| 13 | MR. HUNG:  Objection; vague, | 03:37:37 |
| 14 | outside the scope, lacks foundation. | 03:37:39 |
| 15 | A.    No. | 03:37:41 |
| 16 | Q.    Do you have any reason to think | 03:37:45 |
| 17 | that consumers purchase Apple devices | 03:37:47 |
| 18 | because of the ability to have one finger | 03:37:50 |
| 19 | scrolling? | 03:37:57 |
| 20 | MR. HUNG:  Objection; outside | 03:37:59 |
| 21 | the scope, lacks foundation. | 03:38:01 |
| 22 | A.    No. | 03:38:04 |
| 23 | Q.    Do you have any reason to think | 03:38:05 |
| 24 | that consumers purchase Apple devices | 03:38:07 |
| 25 | because of the bounce-back feature? | 03:38:10 |

Page 497

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HUNG:  Objection; outside | 03:38:14 |
| 2 | the scope, lacks foundation, calls for | 03:38:16 |
| 3 | speculation. | 03:38:18 |
| 4 | A.    No. | 03:38:19 |
| 5 | Q.    Or pinch to zoom? | 03:38:20 |
| 6 | MR. HUNG:  Same objections. | 03:38:25 |
| 7 | A.    No. | 03:38:26 |
| 8 | Q.    Or the ability to have a | 03:38:26 |
| 9 | two-finger gesture for zooming? | 03:38:30 |
| 10 | MR. HUNG:  Same objections. | 03:38:33 |
| 11 | A.    No. | 03:38:34 |
| 12 | Q.    Or having a double-tap gesture? | 03:38:34 |
| 13 | MR. HUNG:  Same objections. | 03:38:42 |
| 14 | A.    No. | 03:38:43 |
| 15 | Q.    Does Google Voice drive demand | 03:38:47 |
| 16 | for any Samsung phones? | 03:38:50 |
| 17 | MR. HUNG:  Objection; outside | 03:38:53 |
| 18 | the scope, lacks foundation, calls for | 03:38:54 |
| 19 | speculation. | 03:38:56 |
| 20 | A.    I have no idea. | 03:38:57 |
| 21 | Q.    Is it true that the Siri feature | 03:39:05 |
| 22 | is an important driver for consumer demand | 03:39:12 |
| 23 | for Apple iPhone devices? | 03:39:17 |
| 24 | MR. HUNG:  Objection; lacks | 03:39:23 |
| 25 | foundation, outside the scope. | 03:39:26 |

Page 498

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   I don't know. | 03:39:28 |
| 2 | Q.   I take it that you didn't take | 03:39:31 |
| 3 | into account, in rendering your opinions | 03:39:32 |
| 4 | in this case, statements that Apple had | 03:39:35 |
| 5 | made about the importance of Siri being an | 03:39:39 |
| 6 | important driver of consumer demand for | 03:39:46 |
| 7 | iPhones; is that correct? | 03:39:52 |
| 8 | MR. HUNG:   Objection; assumes | 03:39:53 |
| 9 | facts, lacks foundation, outside the | 03:39:54 |
| 10 | scope. | 03:39:57 |
| 11 | A.   That's correct. | 03:40:00 |
| 12 | Q.   I take it Apple never told you | 03:40:03 |
| 13 | that -- well, let me step back. | 03:40:05 |
| 14 | You're aware that there's more | 03:40:08 |
| 15 | than one lawsuit between Apple and | 03:40:10 |
| 16 | Samsung, right? | 03:40:13 |
| 17 | A.   Yes. | 03:40:13 |
| 18 | Q.   You're aware that there was | 03:40:14 |
| 19 | another case that Apple brought against | 03:40:16 |
| 20 | Samsung that also asserted additional | 03:40:18 |
| 21 | patents in the Northern District of | 03:40:21 |
| 22 | California? | 03:40:22 |
| 23 | A.   I know that there's another | 03:40:24 |
| 24 | patent case outside of the one that I've | 03:40:25 |
| 25 | been involved with. | 03:40:28 |

Page 499

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | questions to follow up. | 04:00:45 |
| 2 | FURTHER EXAMINATION | 04:00:45 |
| 3 | BY MR. ZELLER: | 04:00:45 |
| 4 | Q.    You don't discuss the Galaxy Tab | 04:00:47 |
| 5 | 10.1 at all in your declaration that's | 04:00:50 |
| 6 | been submitted in connection with the | 04:00:53 |
| 7 | permanent injunction? | 04:00:55 |
| 8 | MR. HUNG:  Asked and answered. | 04:00:58 |
| 9 | A.    Yes. | 04:00:58 |
| 10 | Q.    As far as you understood it | 04:00:59 |
| 11 | you're not offering any opinions in this | 04:01:01 |
| 12 | case as it relates to Apple's request for | 04:01:02 |
| 13 | a permanent injunction as it pertains to | 04:01:06 |
| 14 | the Galaxy Tab 10.1? | 04:01:09 |
| 15 | A.    That's correct. | 04:01:12 |
| 16 | Q.    Or, for that matter, any other | 04:01:13 |
| 17 | version of any Galaxy Tab? | 04:01:16 |
| 18 | A.    Correct. | 04:01:20 |
| 19 | MR. ZELLER:  That's all I have. | 04:01:26 |
| 20 | THE WITNESS:  Okay. | 04:01:27 |
| 21 | THE VIDEO OPERATOR:  The time is | 04:01:29 |
| 22 | approximately 4:01 p.m.  This | 04:01:30 |
| 23 | concludes this Media Number 3 as well | 04:01:32 |
| 24 | as today's deposition. | 04:01:39 |
| 25 | We're off the record. | 04:01:39 |

Page 516

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              CERTIFICATION

 2

 3      I, AMY KLEIN CAMPION, a Notary Public

 4   for and within the State of New York, do

 5   hereby certify:

 6      That the witness whose testimony as

 7   herein set forth, was duly sworn by me;

 8   and that the within transcript is a true

 9   record of the testimony given by said

10   witness.

11      I further certify that I am not

12   related to any of the parties to this

13   action by blood or marriage, and that I am

14   in no way interested in the outcome of

15   this matter.

16      IN WITNESS WHEREOF, I have hereunto

17   set my hand this 6th day of November,

18   2012.

19

20

21

22         _____

23             AMY KLEIN CAMPION

24

25

                                    Page 519
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                    I N D E X

2

3    WITNESS        EXAMINATION BY        PAGE

4    R.S. WINER   MR. ZELLER           357, 516

5                  MR. HUNG              511

6

7

8

9                DEPOSITION EXHIBITS

10   NUMBER                          FOR ID.

11

12   Exhibit 1678 marked for          357

13    identification, Declaration of

14    Russell S. Winer in Support of

15    Apple's Motion For Permanent

16    Injunction.

17

18   Exhibit 1679 marked for          368

19    identification, UBS Investment

20    Research report bearing Bates

21    numbers APLITC7960000058721

22    through 736.

23

24

25

                                        Page 520

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Joint Trial Exhibit 1041              440
 2     previously marked for
 3     identification, copy of U.S.
 4     Patent D593,087, Issue Date May
 5     26, 2009.
 6   Joint Trial Exhibit 1042              445
 7     previously marked for
 8     identification, copy of U.S.
 9     Patent D604,305, Issue Date
10     November 17, 2009.
11   Exhibit 1677 previously marked       501
12     for identification, Declaration
13     of Philip W. Schiller In Support
14     Of Apple's Motion For A
15     Permanent Injunction.
16
17
18
19
20
21
22
23
24
25
```

Page 521