Estrich Declaration

Exhibit 15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5    APPLE INC., a California

 6    corporation,                    CASE NUMBER

 7              Plaintiff,      11-CV-01846-LHK (PSG)

 8    vs

 9    SAMSUNG ELECTRONICS CO., LTD.,

10    a Korean business entity,

11    SAMSUNG ELECTRONICS AMERICA,

12    INC., a New York corporation,

13    et al.,

14              Defendants.

      _____

15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

17    CONTINUED VIDEOTAPED DEPOSITION OF PHILIP W.  SCHILLER

18                 CUPERTINO, CALIFORNIA

19                FRIDAY, NOVEMBER 2, 2012

20                      VOLUME II

21    REPORTED BY:

22    THOMAS J. FRASIK

23    RPR, CSR No. 6961

      Job No. 1554045

24

25    PAGES 404 - 534
```

                                        Page 404

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5    APPLE INC., a California

6    corporation,                    CASE NUMBER

7                 Plaintiff,         11-CV-01846-LHK (PSG)

8    vs

9    SAMSUNG ELECTRONICS CO., LTD.,

10   a Korean business entity,

11   SAMSUNG ELECTRONICS AMERICA,

12   INC., a New York corporation,

13   SAMSUNG TELECOMMUNICATIONS

14   AMERICA, LLC, a Delaware limited

15   liability company,

16                 Defendants.

17   _____

18

19           Confidential Videotaped Deposition of

20   PHILIP W. SCHILLER, VOLUME II, at 3 Infinite Loop,

21   Cupertino, California, beginning at 1:01 p.m., and

22   ending at 4:25 p.m., on Friday, November 2, 2012,

23   before THOMAS J. FRASIK, Registered Professional

24   Reporter, Certified Shorthand Reporter No. 6961.

25

                                          Page 405

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR PLAINTIFF APPLE INC.:

 4

 5           MORRISON & FOERSTER LLP

 6           BY:  MICHAEL A. JACOBS, ESQ.

 7           425 Market Street

 8           San Francisco, California  94105

 9           415-268-7000

10           mjacobs@mofo.com

11

12           APPLE INC.

13           BY:  CYNDI WHEELER, ESQ.

14           MS 3-PAT, 1 Infinite Loop

15           Cupertino, California  95014

16           408-862-4884

17

18   FOR DEFENDANTS:

19           QUINN EMANUEL

20           BY:  MICHAEL T. ZELLER, ESQ.

21           865 South Figueroa, Tenth Floor

22           Los Angeles, California  90017

23           213-443-3000

24           michaelzeller@quinnemanuel.com

25
```

Page 406

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            MR. JACOBS:  Objection.

 2            THE WITNESS:  I was involved in the choice to

 3    include a number of these documents.

 4    BY MR. ZELLER:

 5       Q.  Do any of the attachments to Exhibit 1677, your    13:07:03

 6    declaration, show any of the reasons why consumers

 7    purchase Samsung devices?

 8            MR. JACOBS:  Objection.

 9            THE WITNESS:  Let me look at them again,

10    please.                                                   13:07:20

11            I do not believe that any of the attachments

12    include any specific reasons directly why a Samsung user

13    may by a Samsung phone.

14    BY MR. ZELLER:

15       Q.  Prior to the time that you prepared and signed     13:08:58

16    this declaration we've marked as Exhibit 1677, did you

17    undertake any investigation to determine whether or not

18    Apple has in its possession studies or research showing

19    the reasons why consumers purchase any Samsung

20    smartphone?                                               13:09:14

21       A.  I do not recall looking for Samsung research

22    performed by Apple.  I'm not aware of any that we have

23    created ourselves specifically of Samsung users.

24       Q.  I take it you didn't ask anyone to look into

25    whether or not Apple had such studies or research; is     13:09:38
```

Page 414

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.  And so we'll just take these one at a time.

2  Focusing your attention on the Galaxy S II AT&T device

3  you refer to in your declaration, does Apple have any

4  tests or studies showing the reasons why consumers

5  purchased that device at any time?                    13:12:49

6      A.  I am not aware of any study that we have on the

7  reasons for purchase of a Galaxy S II AT&T customer.

8      Q.  Do you have any hard data or direct knowledge

9  as to the reasons why consumers have ever purchased that

10  product?                                             13:13:07

11          MR. JACOBS:  Objection.  Form.

12          THE WITNESS:  I have a lot of knowledge of why

13  customers purchase smartphone products, yes.

14  BY MR. ZELLER:

15      Q.  Do you know specifically why consumers purchase  13:13:20

16  the Galaxy SII AT&T?  It's referenced here in paragraph

17  5 of your declaration.

18      A.  Yes, I do believe I have some knowledge of why

19  consumers may purchase a Galaxy SII AT&T.

20      Q.  Do you have hard data or hard information to    13:13:39

21  back up what you believe is that knowledge?

22          MR. JACOBS:  Objection.  Form.

23          THE WITNESS:  I'm sorry.  I don't know what you

24  mean by "hard data," "hard information."

25  BY MR. ZELLER:                                       13:13:51

Page 417

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q.  Do you have specific empirical data that you

2   can point us to to support any beliefs that you have as

3   to the reasons why consumers have purchased the Galaxy

4   S II from AT&T?

5             MR. JACOBS:  Objection.  Form.              13:14:03

6             THE WITNESS:  I have a great deal of

7   information from my position over the years in marketing

8   and selling phones as to why people select cellphones,

9   smartphones, including the Galaxy phone, including

10  discussions with customers, with press, product         13:14:26

11  reviewers, people who sell them in the channel and in

12  the stores, and a great deal of information gathered

13  from all of my time working in this business.

14  BY MR. ZELLER:

15       Q.  And those conversations pertain specifically to  13:14:39

16  the reasons consumers purchase the Galaxy S II from

17  AT&T, the AT&T version of it?

18       A.  Certainly that was one of the products,

19  including many products that I've asked the people that

20  sell the products, you know, why people buy them, ask    13:14:55

21  customers.  I've spoken with customers who have had

22  Galaxy SIIs.  And throughout my years I've had many

23  interfaces with people who either sell, market, review,

24  or use these products, including the Galaxy S II.

25       Q.  Please tell me what is the most important       13:15:13

                                                    Page 418

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    feature that drives consumer demand for the Galaxy S II

 2    AT&T version.

 3              MR. JACOBS:  Objection.  Form.

 4              THE WITNESS:  I think there are a number of

 5    features that go into a customer's reason for purchasing    13:15:29

 6    products such as the Galaxy S II, and they include

 7    design, ease of use, performance, price, to list a few.

 8    BY MR. ZELLER:

 9         Q.  Which is the most important of those with

10    respect to what drives consumer demand for the Galaxy      13:15:58

11    S II AT&T version?

12              MR. JACOBS:  Objection.

13              THE WITNESS:  I don't understand your question.

14    Because, in my experience, customers have many --

15    customers have a number of reasons they purchase a         13:16:12

16    product, not only solely one, and each person may have a

17    different primary reason.  It varies by customer.

18    BY MR. ZELLER:

19         Q.  What percentage of consumers who purchase the

20    Galaxy S II, the AT&T version, purchased it because of     13:16:29

21    ease of use?

22         A.  I have not done a quantitative study of Galaxy

23    S II users for the reasons for purchase.

24         Q.  What percentage of those consumers purchased it

25    because of price?                                          13:16:45
```

Page 419

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    factors into the decision most all the time.

2        Q.  So what percentage is your testimony of the

3    number of consumers who purchased the Galaxy S II AT&T

4    version because of design, to use your term?

5            MR. JACOBS:  Objection.  Form.                13:18:33

6            THE WITNESS:  As I stated earlier, I think

7    customers don't purchase a product only solely on one

8    factor.  I think there are a number of factors that go

9    into your purchase decision, design is one of those

10   factors.  And I think most everybody, which is close to   13:18:47

11   a hundred percent, at least consider design in their

12   purchase.  Whether what ranking it is relative to

13   others, I don't know.  I've not done a quantitative

14   study of that.

15   BY MR. ZELLER:                                        13:19:05

16       Q.  So it's true that with respect to these factors

17   that you mentioned, design, ease of use, performance,

18   price and any other factors, you can't put them into a

19   rank order in their importance to consumers?

20           MR. JACOBS:  Objection.  Form.                13:19:20

21           THE WITNESS:  Are we talking specifically only

22   about the Galaxy S II from AT&T?

23   BY MR. ZELLER:

24       Q.  Correct.

25       A.  I do not know the ranking of those elements to   13:19:28

                                                    Page 421

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Galaxy S II users because I've not done a quantitative

2    study of that.

3        Q.  And I take it you don't know which one is the

4    most important among the ones you mentioned; correct?

5        A.  I do not know on average in a quantitative          13:19:41

6    study across all the users who purchased it what would

7    average out as the most important, no.

8        Q.  One factor that you described was what you

9    called "ease of use."  What do you mean by that in your

10   terminology?                                                13:20:02

11       A.  Ease of use is a broad term that covers the

12   interface between the product and the user.  This is my

13   lay personal definition.  That often is about the --

14   what appears on the screen and how you interact with it

15   in the case of a phone, the features it has, and the       13:20:25

16   steps it takes to utilize those features all go into

17   ease of use.

18       Q.  Anything else?

19       A.  I'm sure there's a lot more that goes into it.

20   If you'd like me to take some time, I can try to think     13:20:41

21   of every possible element that goes into ease of use.

22   It's a very broad topic.

23       Q.  Well, I'm trying to understand how you're using

24   the term so, I mean, is that a complete answer in terms

25   of how you're using it or is there more?                   13:20:58

Page 422

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.  Again, my -- as I described, it's a very broad

2  term that covers many things.  Most commonly, it's known

3  for how you interact with a device.  And often -- it

4  began with computers, people talk about computers being

5  easy to use, and that meant how the user interacts with        13:21:21

6  the software but it can also include the input devices,

7  in case there's buttons and switches, the interaction

8  between hardware and software, the setup experience, the

9  ability to access advanced features and what are very

10  visible and exposed versus ones you have to study to          13:21:41

11  learn to use.  It's, again, a very broad industry term.

12    Q.  Another term that you used as a factor was

13  "performance."  Please the tell me what do you mean by

14  "performance."

15    A.  Performance, again, is a very broad term.  It        13:21:59

16  can deal with the speed of a device, it can -- deals

17  with how fast it is to access and use features; it also

18  can relate to network performance, things outside of the

19  device that it interfaces to; deals with things such as

20  the time it takes to start up a device, the time it          13:22:21

21  takes to wake up the device, the time it takes to

22  perform actions.  It can also deal with elements such as

23  you might not know anything of performance but actually

24  are related such as battery life are often considered

25  elements of performance to many users.  Those are a few      13:22:41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    examples.

2        Q.  Then you used the term "design" as a factor.

3    What do you mean by "design"?

4        A.  Design is a very broad term that covers many

5    things.  A few examples are how something looks, the          13:22:55

6    shape of it, the color of it, the materials that are

7    used, the size, the weight.  I'm sure there are many

8    other elements as well.  It includes both hardware and

9    software.

10       Q.  Focusing on the reasons why consumers purchased       13:23:14

11   at any time the Galaxy S II, this AT&T version that

12   we've been discussing, does the choice of carrier factor

13   into the decision of the consumer?

14           MR. JACOBS:  Objection.  Form.

15           THE WITNESS:  Speaking specifically about the          13:23:43

16   Samsung Galaxy S II, I haven't done a study to say

17   exactly what -- the extent of what things all

18   contributed to users' decisions to purchase.

19   BY MR. ZELLER:

20       Q.  Generally speaking, do consumers have certain         13:24:05

21   preferences for certain carriers?

22       A.  I haven't done a study on carrier preference by

23   user so I can't speak quantitatively, specifically to

24   what may or may not be a study of that factor.  I don't

25   know.                                                          13:24:26

Page 424

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q.  Do you have any knowledge or information as to

2    whether or not carrier preference has been a feature or

3    attribute that has driven consumer demand for that

4    product?

5             MR. JACOBS:  Objection.  Form.                    13:24:42

6             Do you mean the S II AT&T?

7             MR. ZELLER:  Correct.

8             THE WITNESS:  I haven't done a study

9    specifically of the Galaxy S II, so I do not know to

10   what extent carrier preference played any part in a        13:24:51

11   purchase decision.

12   BY MR. ZELLER:

13       Q.  Does Apple have any tests or studies showing

14   the reasons why consumers purchased the T-Mobile version

15   of the Galaxy S II?                                         13:25:07

16       A.  I'm not aware of any study that we have done

17   at Apple about the specific reasons for purchase of a

18   Galaxy S II by Galaxy S II customers for T-Mobile.

19       Q.  Do you have any hard data on that subject?

20            MR. JACOBS:  Objection.  Form.                     13:25:24

21            THE WITNESS:  Again, if you could please tell

22   me what you mean by "hard data."

23   BY MR. ZELLER:

24       Q.  Do you have any kind of verifiable empirical

25   information that would allow you to say with certainty,     13:25:36

Page 425

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   with confidence, what the reasons are that consumers

2   have purchased the AT -- excuse me -- the T-Mobile

3   version of the Galaxy S II?

4           MR. JACOBS:  Objection.  Form.

5           THE WITNESS:  As I also explained with the AT&T   13:25:51

6   version, as with the T-Mobile, I have a great deal of

7   experience over the years speaking with customers of

8   these products, with channel partners who sell them,

9   with press who review them, and on and on, that have

10  given me some knowledge of why customers may purchase a   13:26:13

11  product or how they may look at the purchase process,

12  what they think about when they're purchasing a product

13  like the Galaxy S II at T-Mobile.

14  BY MR. ZELLER:

15      Q.  What's the most important feature or reason why   13:26:29

16  consumers have purchased the T-Mobile version of the

17  Galaxy S II?

18          MR. JACOBS:  Objection.  Form.

19          THE WITNESS:  I believe that there isn't one

20  singular, most important reason for all customers.  I   13:26:46

21  believe there's a mix of things that a customer looks at

22  and thinks about when they purchase a smartphone product

23  like the Galaxy S II at T-Mobile.

24  BY MR. ZELLER:

25      Q.  The reasons why or what the most important   13:27:07

Page 426

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    correct?

2         A.  We attached the studies to the declaration in

3    support of some of the statements that we make within

4    the declaration, yes.

5         Q.  And I take it you didn't have any reason to          13:30:02

6    doubt or hesitate the veracity of the information that

7    you put forth and attached here to your declaration;

8    right?

9         A.  Every study we do has a -- has a measure of

10   its estimated accuracy based on the percentage of the       13:30:24

11   population surveyed and the range of responses, and you

12   try to make sure that within an acceptable range of data

13   that it is representative of the larger population and

14   therefore likely very accurate for whatever topic you're

15   asking about.  I think that's normal procedure for any      13:30:47

16   well-done surveys, as we do at Apple.

17        Q.  And certainly your intention in submitting this

18   declaration, along with these excerpts from the studies,

19   that the court rely on these materials; correct?

20        A.  We believe these materials are accurate that       13:31:07

21   we've attached and that I believe that they're very

22   representative of what we think the population at large

23   that we were interviewing in the surveys believe and we

24   believe that is accurate and true.

25        Q.  And why do you -- why do you have confidence in    13:31:20

Page 429

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    don't tell you and what they're not good for.  So one

2    must be very mindful and careful when one does surveys.

3    BY MR. ZELLER:

4        Q.  Do you have the authority, as part of your

5    position here at Apple, to ask others to conduct surveys    13:32:52

6    and studies as to the reasons why consumers purchase

7    particular products?

8        A.  Yes, I can ask our team to conduct surveys to

9    ask questions about why customers may purchase a

10   particular product.                                         13:33:14

11       Q.  You could have done that in connection with the

12   reasons why it is that consumers purchase Samsung

13   devices; correct?

14           MR. JACOBS:  Objection.  Form.

15           THE WITNESS:  No.  That wouldn't be very easy        13:33:24

16   for us to do.

17   BY MR. ZELLER:

18       Q.  You don't have any authority to instruct others

19   to conduct surveys to determine the reasons why

20   consumers purchase Samsung devices?                          13:33:39

21       A.  I have the authority to ask the research team

22   to conduct a survey.  I don't think a survey of that

23   nature done by Apple would be easy to do was the point

24   of my comment.

25       Q.  At any time here at Apple have you ever              13:33:59

Page 431

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that are -- that are possible.

2            Increasingly, as you investigate those methods

3    coming from Apple to a competitor's products, those

4    methods may become less reliable and less sure in terms

5    of their potential results.  So I would not be as          13:37:01

6    inclined to do that research because I would less trust

7    the veracity of them as being done from a competitor.

8    BY MR. ZELLER:

9        Q.  Was there in fact a specific reason why you did

10   not ask anyone to undertake a survey as to the reasons    13:37:17

11   why consumers purchased Samsung devices prior to the

12   time that you signed your declaration which we've marked

13   as Exhibit 1677?

14           MR. JACOBS:  Object and instruct not to answer

15   on work product and attorney-client privilege grounds.    13:37:34

16           You can answer that to the extent there was

17   some nonprivileged reason that you didn't do something.

18           THE WITNESS:  None that I can think of at this

19   time.

20   BY MR. ZELLER:                                             13:37:49

21       Q.  Are you able to tell us what the five most

22   common and important reasons are for why consumers

23   purchased the T-Mobile version of the Galaxy S II?

24           MR. JACOBS:  Objection.  Form.

25           THE WITNESS:  I can tell you based on my           13:38:15

                                                        Page 434

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    experience and discussions with customers, reviewers,

 2    general partners and others what I believe some of the

 3    most common reasons that a customer might purchase a

 4    Samsung Galaxy II from T-Mobile, if you would like those

 5    reasons.                                           13:38:41

 6    BY MR. ZELLER:

 7         Q.  Can you tell me the most important in rank

 8    order?

 9              MR. JACOBS:  Objection.  Form.

10              THE WITNESS:  I have not done a quantitative  13:38:51

11    study to rank order by percentage the reasons that a

12    customer purchases a Galaxy S II from T-Mobile.

13    BY MR. ZELLER:

14         Q.  Beyond what you mentioned previously in

15    connection with the AT&T version of the Galaxy S II    13:39:06

16    where you named design, performance, ease of use and

17    price, do you know of any other factors that have gone

18    into the reasons why consumers have purchased the Galaxy

19    S II T-Mobile version specifically?

20              MR. JACOBS:  Objection.  Form.               13:39:30

21              THE WITNESS:  In addition -- I cannot think of

22    any other reasons off the top of my head at this moment

23    in addition to those.

24              Those are some of the most important reasons

25    customers choose these products.                       13:39:44
```

Page 435

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MR. ZELLER:

2       Q.  Can you tell me what percentage of consumers

3    consider price to be an important factor in the purchase

4    of their T-Mobile version of the Galaxy S II?

5       A.  I cannot tell you an exact percentage that      13:40:02

6    customers chose price when purchasing a Galaxy S II from

7    T-Mobile because we have not done a quantitative study

8    to give exact percentages of that.

9       Q.  Well, you haven't done a qualitative study at

10   all on that subject; correct?                          13:40:26

11          MR. JACOBS:  Objection.  Form.

12          THE WITNESS:  We have not done a quantitative

13   or qualitative study of Samsung Galaxy S II from

14   T-Mobile purchasers.

15   BY MR. ZELLER:                                         13:40:39

16      Q.  And I take it you can't provide for me any

17   information on a percentage basis as to the number of

18   consumers who purchased that product for a given reason;

19   is that true?

20      A.  In order to provide a percentage, I would need  13:41:01

21   to do a quantitative study, which we have not done, of

22   Galaxy S II T-Mobile purchasers.

23      Q.  Does Apple have any test or study showing the

24   reasons why consumers purchased the Galaxy S II Epic 4G

25   Touch, which is referenced there in paragraph 5 of your 13:41:26

Page 436

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   declaration?

2       A.  I do not believe we have done a study of

3   reasons for purchase of a Galaxy S II Epic 4G Touch from

4   Sprint at Apple.

5       Q.  Do you have any direct knowledge as to what the   13:41:44

6   most important reason is as to why consumers have

7   purchased that product?

8       A.  I do not believe there was one simple most

9   important reason.  As stated before, I believe there are

10  a number of reasons that go into consumers purchase of    13:42:03

11  smartphones and I believe I already outlined a list of

12  many of those important factors that a customer

13  considers.

14      Q.  And those are the ones you mentioned previously

15  in connection with the AT&T version of the Galaxy S II;   13:42:21

16  right?

17      A.  I believe the reasons a customer purchases a

18  Galaxy S II and the factors they consider are similar

19  across all the carriers, including Sprint.

20      Q.  Does Apple have any test or study showing the    13:42:39

21  reasons why consumers have purchased at any time the

22  Galaxy S II Skyrocket that's referenced there in

23  paragraph 5 of your declaration?

24      A.  I'm not aware that Apple has done a study of

25  Galaxy S II Skyrocket from AT&T customers' buying        13:43:10

Page 437

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    preferences.

2         Q.  You address some additional phones in paragraph

3    6 of your declaration.  So focusing on those phones,

4    does Apple have any tests or studies showing the reasons

5    why consumers purchased the Droid Charge?                13:43:37

6         A.  I'm not aware of a study that Apple has done

7    for the specific reasons for purchase for a Droid

8    Charge.

9         Q.  Or the Galaxy Prevail?

10        A.  I am not aware of a study that Apple has done   13:43:57

11   the reasons customers may have purchased a Samsung

12   Galaxy Prevail.

13        Q.  Or the Galaxy S 4G?

14        A.  I'm not aware of a study that Apple has done

15   for the specific reasons for purchase for a Samsung      13:44:11

16   Galaxy S 4G.

17        Q.  Or for the Showcase?

18        A.  I'm not aware of a study that Apple has done

19   for the specific reasons for purchase for a customer of

20   the Galaxy -- Samsung Galaxy Showcase.                   13:44:27

21        Q.  By the way, from time to time Apple commissions

22   or engages third parties to do research on its behalf;

23   is that true?

24        A.  Apple works with third parties to often

25   purchase research they have already done or to assist us 13:44:46

Page 438

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  There may be studies that Apple
 2    has of why someone has ever purchased a Samsung device
 3    of any kind.  I don't want to state either way.  I may
 4    have read one.  I do not recall at this moment.
 5    BY MR. ZELLER:                                    13:47:32
 6         Q.  I take it that in the declaration that you're
 7    offering in this case you're not relying on such
 8    studies; is that true?
 9         A.  The studies specifically in support of the
10    statements made in the declaration are the ones that are 13:47:44
11    provided and not others not provided to the best of my
12    knowledge, yes.
13         Q.  And the ones that are attached to your
14    declaration, as we talked about earlier, are studies
15    about the reasons why consumers purchase Apple products; 13:47:55
16    right?
17         A.  The studies attached to my declaration are
18    specifically studies about Apple customers and their
19    purchase of Apple products.
20         Q.  Focusing on the phones that are mentioned      13:48:09
21    specifically in paragraphs 5 and 6 of your declaration,
22    are you aware of any third-party research or studies
23    that have been done into the reasons why consumers
24    purchased those products?
25         A.  I can't speak to the world of studies that have 13:48:29
```

Page 441

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    been done.  I'm not aware of a study that I can recall

2    at this moment specifically on these phones done by any

3    third party.

4         Q.  Does Apple have in its possession, whether it's

5    a study that it's done or done by a third party, any          13:48:49

6    data showing the reasons why consumers purchase any

7    Galaxy Tab device?

8         A.  I do not recall any studies that Apple has in

9    its possession for specific reasons a customer purchased

10   a Galaxy Tab device.                                           13:49:12

11        Q.  Does Apple have any test or studies showing

12   whether consumers who purchased the Galaxy S II

13   Skyrocket would have bought another Android device as

14   opposed to an Apple device if the Galaxy S II Skyrocket

15   product was not available?                                     13:49:37

16            MR. JACOBS:  Objection.  Form.

17            THE WITNESS:  I do not recall seeing any survey

18   that explained why the -- what a purchaser of a Galaxy

19   S II Skyrocket might have purchased had they not had --

20   not purchased a Galaxy S II Skyrocket.                         13:49:55

21   BY MR. ZELLER:

22        Q.  Do you have any surveys or consumer research

23   showing that if the Galaxy S II Skyrocket was not

24   available, those consumers would have purchased an Apple

25   iPhone instead?                                                13:50:14
```

Page 442

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           MR. JACOBS:  Objection.  Form.

2           THE WITNESS:  I do not recall seeing a survey

3     that asked consumers of the Galaxy Skyrocket SII what

4     they would have purchased if it had not been in

5     existence.                                    13:50:33

6     BY MR. ZELLER:

7           Q.  Does Apple have any test or study showing

8     whether consumers who purchased the T-Mobile version of

9     the Galaxy S II would have purchased an Apple device as

10    opposed to some other Android device if the T-Mobile    13:50:50

11    version of the Galaxy S II was not available?

12          A.  I do not recall seeing or reading any survey

13    that Apple has where a Galaxy S II for a T-Mobile

14    customer was asked about what they would purchase if it

15    did not exist.                                 13:51:13

16          Q.  Is the same true with respect to the Galaxy

17    S II Epic 4G Touch?

18          A.  I also do not recall reading any survey where

19    the user of the Galaxy S II Epic 4G Touch was asked what

20    they would have purchased had it not existed.    13:51:26

21          Q.  Is the same true for the AT&T Galaxy S II?

22          A.  I also do not recall reading any survey where a

23    user of a Galaxy S II from AT&T was asked what they

24    would purchase if it did not exist.

25          Q.  Is the same true for the Droid Charge?    13:51:43

Page 443

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A.   I also do not recall reading any survey that

2    Apple has where a customer of the Droid Charge was asked

3    what they would purchase if it did not exist.

4        Q.   Is the same true of the Galaxy Prevail?

5        A.   I also do not recall reading any survey that      13:51:56

6    Apple has where the customer of a Galaxy Prevail was

7    asked what they would purchase if it did not exist.

8        Q.   Is the same true for the Galaxy S 4G?

9        A.   I also do not recall reading any survey that

10   Apple has that asked customers of a Samsung Galaxy S 4G    13:52:13

11   what they would have purchased if it did not exist.

12       Q.   Is the same true for the Showcase?

13       A.   I also do not recall reading any survey

14   where -- that Apple has where a customer of the Samsung

15   Showcase was asked what they would purchase if it did     13:52:31

16   not exist.

17       Q.   Is the same true for any Samsung Galaxy Tab

18   devices?

19       A.   I do not recall seeing any Apple survey where

20   the customer of a Galaxy Tab was asked what they would    13:52:47

21   purchase if it did not exist.

22       Q.   Do you have any knowledge or information as to

23   what percentage of consumers who purchased the Galaxy

24   S II Skyrocket would have purchased an iPhone if the

25   Galaxy S II Skyrocket was not available?                  13:53:09

Page 444

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       Q.  And if I asked you the same question about any

2    Galaxy Tab device, you'd give me the same answers?

3       A.  Yes, I believe I would.

4       Q.  And, in fact, if I asked you any questions

5    about any Samsung device, you'd give me the same          14:08:45

6    answers?

7       A.  With such a broad statement, could you please

8    restate the question in total just to be sure I get it

9    right?

10       Q.  Sure, absolutely.  Do you have a percentage of     14:08:55

11    consumers who purchased any Samsung device who would

12    have purchased an Apple device had that product not been

13    available?

14       A.  We have not studied customers who have

15    purchased a Samsung device of any kind that I can recall  14:09:20

16    where we asked what they would have purchased from Apple

17    if that device did not exist.

18           MR. ZELLER:  Okay.  Now is a good time.

19           Thank you.

20           THE VIDEOGRAPHER:  This marks the end of disk      14:09:35

21    number one.  We are going off the record at 2:09 p.m.

22           (Recess held.)

23           THE VIDEOGRAPHER:  This marks the beginning of

24    disk number two and we're going back on the record at

25    2:18 p.m.                                                 14:18:11

                                                      Page 456

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    attributes?

2            MR. JACOBS:  Objection.  Form.

3            THE WITNESS:  This question that we've

4    represented here on this chart is specifically only to

5    attractive appearance and design and how important that    14:25:49

6    was to the customer.  There were other questions that

7    asked other features and where they could similarly rank

8    them, and those are comparable.  You can then, as a

9    researcher, look at those, but that isn't what this

10   chart is.                                                   14:26:07

11   BY MR. ZELLER:

12       Q.  Do you know what the relative ranking of

13   features was in terms of overall percentage of who said

14   a given attribute was very important?

15       A.  In order to answer completely your question, I     14:26:21

16   would need to go back to the original survey, look at

17   each question, and then compile an answer.  I simply

18   recall off the top of my head that attractive appearance

19   and design was very high amongst all the questions that

20   were asked and responses they gave, it was one of the      14:26:40

21   highest.  I don't recall exactly each one of them and

22   their relative distribution of each.

23       Q.  Were the iPhone buyer respondents who were

24   surveyed in these surveys shown here in PDX 10.1 asked

25   verbatim the question about "importance of attractive      14:27:00

                                                    Page 462

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    appearance and design," are those the actual words that

2    were used in the questioning to the respondents?

3         A.  I believe so, but I would have to look back at

4    the exact methodology report to verify that.  To the

5    best of my knowledge, I believe that is the case.          14:27:20

6         Q.  Was this phrase "attractive appearance and

7    design" defined to any of the survey respondents?

8         A.  I do not believe the terms "attractive

9    appearance" or "design" were further defined for the

10   respondents.                                               14:27:43

11        Q.  Did these surveys define any more specifically

12   what was meant by "attractive appearance and design"?

13        A.  I do not know if there was any more definition

14   provided respondents around those terms.

15        Q.  In your view, does this study or group of        14:28:00

16   studies that are summarized here show the relative

17   importance of attractive appearance and design of the

18   hardware as opposed to iOS?

19        A.  I believe the response customers provide to

20   this question regarding attractive appearance and design  14:28:31

21   is representative of the entire product, the iPhone in

22   this case, its combination of hardware and software.

23        Q.  And nothing more specific than that?

24        A.  That is my belief.

25        Q.  I direct your attention to Attachment 2.  This   14:28:54

                                                          Page 463

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    pick, they're looking at the thickness and weight, a

 2    number of factors all go into the appearance and design

 3    that they consider.

 4        Q.  And do you have any hard data that would allow

 5    you to say that any of those features of the design or      14:43:58

 6    appearance is more important than others --

 7            MR. JACOBS:  Objection.  Form.

 8    BY MR. ZELLER:

 9        Q.  -- to the consumer in the purchasing decision,

10    or is it all such a mixture that there's no way of          14:44:14

11    separating them, in your view?

12        A.  I don't believe consumers only pick one

13    attribute of a product's appearance and design as most

14    important over some other elements.  I think it's a

15    combination of a few, the most visible and distinctive      14:44:31

16    ones, that often make the most impact on customers.

17        Q.  Would you be able to tell me the percentage of

18    consumers who considered the flat glass front of the

19    iPhone 5 to be the factor that really drove their

20    purchasing decision?                                        14:44:54

21        A.  I don't believe that we have done a

22    quantitative study of the relative weighting of

23    different pieces of design with consumers.

24        Q.  And is the same true of the other elements that

25    you mentioned, the bezel, the overall shape, the            14:45:15
```

Page 473

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    materials, including aluminum and the thickness and

2    weight?

3        A.  I don't believe we've done a study of iPhone 5

4    buyers to determine the individual elements of the

5    appearance and design and how they would rank them        14:45:34

6    relative to each other.

7        Q.  Has Apple done any studies or surveys of

8    iPhone 4 or 4S purchasers such that you would be able to

9    tell us from the consumer perspective which of these

10   features of the appearance and design that you mentioned  14:46:00

11   was the most important in their purchasing decision?

12       A.  I am not aware of a study that we have done of

13   iPhone 4 users asking them to weight the relative value

14   of different elements of our design of the iPhone 4.

15       Q.  And is the same true of the iPhone 3G and 3GS?    14:46:23

16       A.  I'm not aware of a study that we have done at

17   Apple to rank the relative importance of different

18   components of the design for iPhone 3GS or iPhone 4

19   customers.

20       Q.  Is the same true of the first iPhone?             14:46:44

21       A.  I don't recall us running a survey of iPhone --

22   original iPhone buyers and what individual elements of

23   the design that customers might rank relative to each

24   other.

25       Q.  So I take it with respect to these various        14:47:11

Page 474

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    factors -- I'm sorry.  Strike that.

2          With respect to these various features that

3    you've identified that are part of the appearance and

4    design, I take it you can't tell me what percentage of

5    consumers bought an iPhone because of those features        14:47:27

6    individually.

7        A.  We, through our surveys, can tell the

8    importance of the design in total to those users, not

9    individual features of the design.

10       Q.  And the studies that you're referring to that    14:47:49

11   show it at that level, the totality of the appearance

12   and design taken all together for the iPhones, include

13   the studies that are attached to your declaration?

14       A.  I'm sorry.  Could I have that question read

15   back?                                                       14:48:13

16       Q.  Sure.  I'll try to -- I think I can simplify

17   it.

18          Focusing on the studies that you have attached

19   to your declaration, that you refer to in your

20   declaration, do any of these studies break down and show   14:48:22

21   what features of the appearance and design of these

22   various iPhones drove consumer demand for those phones,

23   or as you understand it these surveys simply show what

24   the totality of all those features among everything else

25   that goes into appearance and design show?                  14:48:53

Page 475

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    product?

2        A.  I don't think about those elements in terms of

3    having a ranked element of performance because they are

4    one product together that the user experiences and sees,

5    and I don't think I don't think of them as individual        14:56:17

6    components.

7        Q.  Are you able to separate out those features for

8    purposes of identifying which are the most important or

9    relatively the most important for purposes of reasons

10   why consumers purchase a given iPhone?                        14:56:36

11       A.  I could not easily break them out and don't

12   think that's appropriate for how customers look at a

13   product.  As a way of analogy, if I were to ask you

14   which is more important to your health, your heart, your

15   lungs or your brain, as a customer, I would say all of       14:57:00

16   them, they all make up me, and I wouldn't want to have

17   to pick between which one of those things I want, they

18   all make up me.  And, similarly, I think those elements

19   we're discussing all make up what customers identify as

20   the iPhone, and it's not a -- I wouldn't ask a customer       14:57:16

21   to break up what they in their own minds don't think of

22   as separate things.

23       Q.  So I take it you can't identify specifically

24   what features that go into the appearance and design of

25   the iPhones is the most important one to consumers; is       14:57:38

Page 480

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that true?

2       A.  It's my statement that these -- the ones --

3    the elements I listed are all important and customers

4    consider them together in defining the design of the

5    iPhone, and they're not thought of as individual,      14:57:57

6    separable things to rank in importance.

7       Q.  So I take it that you're not able to tell me

8    what is the most important one from the consumer demand

9    perspective; is that true?

10      A.  I don't believe that of the elements I've      14:58:15

11    spoken that there is one to be -- they could be ranked

12    by relative importance.

13      Q.  And I take it from your answer you wouldn't be

14    able to rank the five most important features of the

15    appearance and design that drive consumer demand for any    14:58:34

16    iPhone product; correct?

17      A.  I believe I've provided the ones that I believe

18    are the most important.  And they are not ranked within

19    themselves, but I gave them because they're much more

20    important than other things that are smaller and of less    14:58:55

21    importance.  So, for example, I listed the large front

22    screen, the overall shape of it, the iPhone with its

23    rounded corners, its icons on its dock as in the top

24    most important features of design and attractiveness.

25       I did not rank other elements of design      14:59:14

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    attractiveness that are, in my belief, not as important.

2    The types of screws we use in the bottom of the iPhone

3    to attach it together are parts of design but I don't

4    think those are as important to customers.  The shape of

5    the speaker grill holes on the bottom for your              14:59:31

6    microphone and speaker I don't think are as important as

7    the elements I've listed.

8            So I did list elements that I think are very

9    important, very visual, very influential to customers'

10   decision to purchase an iPhone and why they find it        14:59:46

11   attractive.

12       Q.  And what empirical data can you point us to

13   with respect to the relative importance of these

14   features of appearance and design that you testified to

15   are the most important?                                    15:00:09

16       A.  The data upon which I have formed my opinion on

17   some of the elements of attractive appearance and design

18   are based on our experience creating the product,

19   showing it to customers, providing it to reviewers and

20   press, talking to customers and hearing their input on     15:00:29

21   what they like about it and on and on, many actual

22   pieces of information that we provide -- that have been

23   provided to us.

24       Q.  Is it supported by any consumer surveys?

25       A.  I am not aware of any consumer survey that we      15:00:46

Page 482

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    have done at Apple that studies individual subcomponents

2    of the design for the relative ranking of importance.

3        Q.  Focusing on the first iPhone, was the way that

4    the product worked more important to consumers as part

5    of their purchasing decision than the way it looked?    15:01:14

6            MR. JACOBS:  Objection.  Form.

7            THE WITNESS:  I believe that a number of

8    factors went into importance of the original iPhone and

9    its innovation to consumers when we launched it.  The

10   appearance and design, the way it, quote, looked,       15:01:40

11   certainly was an extremely important factor in what

12   customers thought about it, what it did for them and the

13   features it had was also of great importance to

14   customers as well.

15   BY MR. ZELLER:                                          15:02:06

16       Q.  Do you have any empirical data or survey

17   information that would allow you to provide testimony as

18   to whether consumers considered the look of the first

19   iPhone to be more important than how it worked?

20           MR. JACOBS:  Object to the form.               15:02:31

21           THE WITNESS:  I did not say that the look of

22   the iPhone was more important than how it worked.  I

23   said they were both important to consumers when we

24   launched the original iPhone.

25   BY MR. ZELLER:                                          15:02:46

Page 483

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    specific to this context or go back and list out what I

 2    said.  Because now we're talking specifically about what

 3    iPhone users said in this survey about rating ease of

 4    use, and I don't recall the exact words previously in

 5    this deposition.  I'd have to hear them again.          15:08:07

 6         Q.  Please tell me what is your understanding of

 7    what "ease of use" means in the context of these surveys

 8    that you're relying upon and discussing in your

 9    declaration.

10         A.  Sure.  In this survey, we are asking recent    15:08:20

11    iPhone purchasers -- so in this time, in 2010, we're

12    asking iPhone purchasers of the iPhone 3GS and

13    iPhone 4 -- to tell us how ease of use -- what they

14    thought of ease of use relative to their purchase of

15    an iPhone and to rank it as very important, somewhat     15:08:46

16    important, neither important, somewhat unimportant, very

17    unimportant and don't know.  Those are the categories

18    they were given in this question.  And I believe a

19    number of factors went into these customers'

20    consideration of ease of use.                           15:09:01

21             First of all, specifically, this is ease of

22    use of an iPhone, so they're talking specifically about

23    their experience using an iPhone.  So that means it's

24    about the multi-touch experience, because that is one of

25    the key elements of owning an iPhone, is it's a         15:09:15
```

Page 487

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    multi-touch smartphone.  So they're talking about using

2    their fingers on the screen to access the applications

3    the iPhone comes with.  For example, a popular

4    application on the iPhone is the Safari browser we were

5    just talking about, so using the Safari browser to tap          15:09:34

6    on web links to go to web pages, to use fingers to

7    scroll up and down on the webpage, to doubletap on a

8    story and have the text zoom up and fill the screen, on

9    and on, scroll to the end of the page and how it bumps.

10   Those are all elements of what creates the experience          15:09:51

11   that a customer might consider easy to use.  It's all in

12   the context of an iPhone user using an iPhone.

13        Q.  Any other understanding of what "ease of use"

14   means here, any other features?

15        A.  Well, there would be -- sure, there would          15:10:08

16   be many.  There's also our home screen and where

17   applications are and how they can have a home screen

18   and tap on it and swipe on it and launch applications.

19   It would be the integration of the hardware and the

20   software, to be able to hold an iPhone with one hand and       15:10:24

21   touch on an application in the dock and launch something

22   simply.  It's about using an iPhone and not needing a

23   manual.  Customers are always very impressed that you

24   don't need to use a manual to get a lot of functionality

25   out of your iPhone.  There are many elements that go          15:10:44

Page 488

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    into the experience.

2           I do think the multi-touch user interface part

3    of it is probably among the most important of all the

4    elements of how customers perceive ease of use on an

5    iPhone.                                              15:10:59

6       Q.  Any other features that go into "ease of use"

7    as you understand it's being used here?

8       A.  I'm sure there are many others.  There's how

9    you set up an iPhone right out of the box and start

10   using it.  It is the range of applications that it    15:11:14

11   comes with and your mail application and all the other

12   software that's on there, how it all works seamlessly

13   together and how it's designed to work together, how you

14   answer a phone call and make a call.  There are many

15   features that go into ease of use.                    15:11:33

16      Q.  Any other features you can identify?

17      A.  I'm sure there are many more but, time

18   permitting, I don't -- at the moment I can't think of

19   any off the top of my head.

20           MR. JACOBS:  Mike, at a convenient point for   15:11:49

21   you, could we take another short break?

22           MR. ZELLER:  Sure.

23           MR. JACOBS:  Do it now?

24           MR. ZELLER:  Yes, now is fine.

25           THE VIDEOGRAPHER:  We're going off the record  15:11:59

Page 489

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          You understand that some consumers have a

2    preference for Android over iOS; right?

3          A.  I have not researched the preference users have

4    of Android versus iOS specifically.  I don't recall a

5    research that we've done with that specific question.     15:48:22

6          Q.  So it's true that you're unable to tell me what

7    percentage of consumers purchase a given smartphone

8    because of the operating system that it uses?

9          A.  Your question treated the purchase of a phone

10   because of the operating system in a singular as if       15:48:47

11   that's the only feature someone is considering.  As I

12   stated earlier, I do not believe that is the only

13   feature someone considers when they purchase a device.

14   I think customers think of a number of features

15   altogether when they make a purchase decision.            15:49:01

16         Q.  What percentage of consumers of smartphones

17   consider the choice of operating system to be the most

18   important factor in their purchasing decision?

19         A.  I have not -- do not recall reading any survey

20   that tells what percent specifically a customer -- of     15:49:21

21   customers rate choice of operating system the number one

22   most important factor in purchasing a smartphone.

23         Q.  Do you have any empirical data or survey

24   evidence that would tell you what percentage of

25   consumers considered the operating system to be           15:49:52

Page 507

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   important in their smartphone purchasing decision?

 2        A.  I do not recall reading survey -- any survey

 3   data about the importance of one operating system versus

 4   another in their purchase decision.

 5        Q.  Did you review the '381 utility patent in this    15:50:08

 6   case, the "bounce patent"?

 7            THE REPORTER:  "Bounce"?

 8   BY MR. ZELLER:

 9        Q.  "Bounce."

10        A.  I'm not sure what you mean by review the          15:50:32

11   patent.

12        Q.  In connection with your declaration, in

13   preparing your declaration, did you review any Apple

14   patents?

15        A.  No, I did not read any patent documents or        15:50:43

16   filings.

17        Q.  Have you ever read a patent that's sometimes

18   called the '381 Patent?  It's the one that -- it's an

19   Apple patent that describes a form of bounce-back.

20        A.  I'm familiar with the multi-touch bounce          15:50:59

21   feature.  I have not read the patent documents

22   associated with that.

23        Q.  Focusing on the bounce feature then in iOS,

24   has Apple done any studies or surveys to determine what

25   percentage of consumers purchased an iPhone device        15:51:21
```

Page 508

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   because of that feature?

2        A.  I don't recall any Apple surveys that my team

3   did on the importance of an individual feature, such as

4   the bounce feature, to the purchase of the device.  I

5   believe in the trial there was other research          15:51:46

6   referenced, but nothing that I did with my team.

7        Q.  Is there any survey data or research that

8   you're relying upon in your declaration to -- that

9   relates in any way to the -- whether or not the

10  bounce-back feature is a driver of consumer demand      15:52:13

11  for any iPhone?

12           MR. JACOBS:  Objection.  Form.

13           THE WITNESS:  I -- when talking about the

14  bounce interface feature in my statements, I am

15  referring to the data regarding ease of use and my      15:52:30

16  knowledge that the bounce feature is a contributor to

17  the overall ease of use experience the customer has with

18  an iPhone.  And there's a great deal of ease of use

19  research provided in the declaration and its

20  attachments.                                            15:52:49

21  BY MR. ZELLER:

22       Q.  Do you know or have any specific information as

23  to the extent to which the bounce-back feature is a

24  driver of consumer demand for any iPhone product?

25       A.  Do I know?  Yes, I know that the bounce-back    15:53:06

Page 509

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1    bounce-back was created for the purpose of ease of use.

 2    So it isn't separate of ease of use, it is about ease of

 3    use.  It isn't a separable concept.

 4        Q.  "Ease of use" as used in these surveys, as we

 5    discussed, include multiple features within it; right?    15:58:13

 6        A.  Yes, there are multiple features of ease of

 7    use, one of which is bounce-back.

 8        Q.  So my question is of the specific feature of

 9    bounce-back that is part of ease of use, what is the

10    extent to which the bounce-back feature specifically      15:58:27

11    and itself drives consumer demand for any of the

12    iPhone devices?  Is there any information that you

13    have that quantifies that percentage of consumers?

14        A.  It is my belief that this percentage of ease of

15    use does quantify bounce-back as a -- one of the many     15:58:49

16    key features of ease of use of iOS in the iPhone and is

17    representative of that value.

18        Q.  Are there any features that are part of ease of

19    use that you've identified in your deposition that are

20    more important than other features in terms of ease of    15:59:08

21    use?

22            MR. JACOBS:  Objection.  Form.

23            THE WITNESS:  I'm sorry.  I don't understand

24    the idea of features of ease of use that have different

25    relative importance.                                      15:59:24

Page 513

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              A customer doesn't use an iPhone feature in

 2      isolation of the other features, so you can't separate

 3      out one from another easily, it's one experience, and

 4      the bounce-back feature being a very common one that you

 5      run into many times throughout a single day of use.        15:59:41

 6      So I feel it affects every user of the iPhone on a daily

 7      basis and therefore is absolutely intrinsically tied

 8      with the concept of ease of use.

 9      BY MR. ZELLER:

10          Q.  And if I ask you the same questions about the      15:59:56

11      pinch-to-zoom gesture, you'd give me the same answer?

12          A.  I believe that pinch-to-zoom is a very

13      important feature that's intrinsically tied to ease of

14      use in the experience with the iPhone as well.

15          Q.  And if I ask you the same question about the       16:00:15

16      doubletap-to-zoom, you'd give me the same answer?

17          A.  Doubletap-to-zoom is extremely important in

18      ease of use.  In fact, it was written about many times

19      as we launched it, we demoed it, we showed it on TV.  I

20      think you can't now separate that from customers' minds    16:00:30

21      as a different feature of ease of use.  It's all part of

22      what makes up ease of use on the iPhone.

23          Q.  And I take it that you can't separate out the

24      extent to which pinch-to-zoom or doubletap-to-zoom or

25      bounce-back are relatively important in relationship to    16:00:49
```

Page 514

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    one another in terms of what it is that drives consumer

2    demand for iPhone products?

3         A.  I certainly haven't ever separated them out.

4    I know, again, through the trial some other research was

5    provided by other people who have, but I have never done      16:01:09

6    that in our research, separated out these individual

7    features.

8         Q.  Are you aware of any empirical data that shows

9    the percentage of consumers who purchased an iPhone

10   product specifically because of pinch-to-zoom?              16:01:27

11        A.  I believe that all customers who purchase an

12   iPhone product in part value pinch-to-zoom in the total

13   experience that they want.  I don't know of any survey

14   data that specifically attempts to quantify that.  But

15   Apple has done -- what percentage of that applies, I         16:01:54

16   don't recall seeing that kind of a question.

17        Q.  Does Apple have any empirical data or survey

18   evidence that shows the extent to which consumers have

19   purchased any iPhone devices because of

20   doubletap-to-zoom?                                           16:02:19

21        A.  As with the other two features, I believe most

22   all iPhone users in part purchase the iPhone because of

23   one of the many features it has and has had from the

24   beginning is doubletap-to-zoom and that's critical for

25   their web-surfing experience.  But what percent that         16:02:34

Page 515

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   makes up of their total desire to have an iPhone, I do

2   not know, do not recall a survey question from Apple

3   asking that.

4        Q.   Would you consider the bounce-back feature to

5   be one of the five most important reasons why consumers        16:02:49

6   purchase iPhones?

7        A.   I don't think of these features individually

8   myself in terms of a relative importance.  The

9   experience we create in iOS and in the user experience

10  of iPhone in total has made it extremely easy to use.        16:03:13

11  Among the many features that we've done that are very

12  important and influential I believe is bounce-back.

13           I recall when we were working on it that,

14  without it, the experience was not nearly as good.  And

15  when the engineering team created bounce-back, it made a        16:03:31

16  dramatic difference in our usability with iPhone for all

17  of us testing it in our use every single day.  So I know

18  it has a great importance.  I can't quantify the percent

19  of that importance because we have not researched it

20  that way.        16:03:49

21        Q.   So it's true that you can't tell me to what

22  degree the bounce-back feature is an affirmative driver

23  of consumer demand in any sort of quantifiable way, as

24  opposed to you believe it's -- you saw some evidence

25  that its absence made a dramatic difference; is that        16:04:04

Page 516

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1               Of course, price is unique with cellphones in

2       the US because with the subsidized plan model that most

3       phones are sold on, they're really all within the same

4       price range, so it's really sort of neutralized between

5       competing products.  I believe quality and performance        16:05:45

6       are important metrics.

7               So as a customer, you look at this total

8       offering and you make a value decision on whether that's

9       the product you want in total and you consider all of

10      these factors.  And I think those are a pretty              16:06:01

11      representative list for what most people are looking at.

12      BY MR. ZELLER:

13         Q.  Focusing on the features that Apple claims to

14      be patented in this case, can you tell me which of them,

15      if any, is the most important reason why consumers           16:06:18

16      purchase iPhones?

17              MR. JACOBS:  Objection.  Form.  Lacks

18      foundation.

19              THE WITNESS:  I have not done a survey of the

20      individual patent features to rank their relative          16:06:31

21      importance to consumers in their purchase process.

22      BY MR. ZELLER:

23         Q.  What percentage of consumers have purchased

24      iPhones because of the specific, individual patented

25      features that are at issue in this case?                    16:06:53

                                                              Page 518

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              MR. JACOBS:  Objection.  Form.

2              THE WITNESS:  I do not believe customers think

3      about only individual features when they purchase a

4      product like iPhone.  I believe they consider all of the

5      features together as one product.  That's how I believe    16:07:11

6      customers make a purchase decision.

7              MR. JACOBS:  Excuse me just a second.

8              Let me just ask how we doin' on the clock,

9      what's the total time?

10             THE VIDEOGRAPHER:  Time on the record?            16:07:28

11             MR. JACOBS:  Time on the record.

12             THE VIDEOGRAPHER:  Two hours 47 minutes.

13             MR. JACOBS:  Okay.

14     BY MR. ZELLER:

15         Q.  So you can't give me percentage?                 16:07:36

16         A.  I'm sorry.  Could you restate, percentage of

17     what?

18         Q.  Can you tell me the percentage of consumers

19     who have purchased any iPhone products because of the

20     patented features that are at issue in this case?        16:07:51

21             MR. JACOBS:  Objection.  Form.  Foundation.

22             THE WITNESS:  I would estimate that a hundred

23     percent of the customers purchase an iPhone because the

24     patented features in this case are features of the

25     iPhone.  I think these are features that matter to        16:08:11
```

Page 519

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    still being sold?

 2         A.  I don't know which models are being sold with

 3    what specific operating system.  It's quite confusing in

 4    the Samsung/Android world which operating system ships

 5    with which phone.                                    16:18:41

 6         Q.  Well, what percentage of consumers are

 7    currently buying any kind of Samsung device because of

 8    bounce-back?

 9         A.  As I stated earlier, I have not done a survey

10    of Samsung purchasers to ascertain what percentage of    16:18:48

11    individual Samsung Galaxy buyers are buying a product

12    for a feature.

13         Q.  Back during the time period when, according to

14    Apple, Samsung's devices had the bounce-back feature

15    with its various devices, do you believe that consumers   16:19:12

16    purchased those Samsung devices because it had the

17    bounce-back feature?

18         A.  I think -- the way I think of it is I believe

19    that if those Samsung devices did not implement

20    bounce-back in copying iOS, fewer customers may have     16:19:34

21    purchased them because they would have been dissatisfied

22    with the ease of use of the product.  So I think

23    customers would have chose not to buy it had it not used

24    bounce-back in combination with the other multi-touch

25    features as well.  So I do think there's an impact on    16:19:52
```

Page 528

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              DEPOSITION REPORTER'S CERTIFICATION

 2

 3              I, the undersigned, a California Certified

 4    Shorthand Reporter, do hereby certify:

 5              That the foregoing proceedings were taken

 6    before me at the time and place herein set forth, at

 7    which time the witness was administered the oath; that

 8    the testimony of the witness and all objections made by

 9    counsel at the time of the proceedings were recorded

10    stenographically by me, and were thereafter transcribed

11    under my direction; that the foregoing transcript

12    contains a full, true, and accurate record of all

13    proceedings.

14              I further certify that I am neither financially

15    interested in the action nor a relative or employee of

16    any attorney or party to this action.

17              IN WITNESS WHEREOF, I have this date subscribed

18    my name, dated this 5th day of November, 2012.

19

20

21

22

23         _____

24         THOMAS J. FRASIK, CSR No. 6961

25
```

Veritext National Deposition & Litigation Services
866 299-5127