# Estrich Declaration

# Exhibit 18

**MEDIA CLIPS**

| NETWORK | CLIP TITLE | FILE NAME | DATE |
|---|---|---|---|
| **IPHONE APPEARANCES** | | | |
| NBC | Late Night with Conan O'Brien | APLNDC-X0000358381 | January 2007 |
| NBC | Today | APLNDC-X0000358382 | January 2007 |
| NBC | Saturday Night Live | APLNDC-X0000358383 | January 2007 |
| VH1 | I Love the New Millennium | APLNDC-X0000358453 | June 26, 2008 |
| CNBC | CNBC 5 Chicago | APLNDC-X0000358446 | June 9, 2008 |
| KRON | Entertainment Tonight | APLNDC-X0000358507 | July 11, 2008 |
| NBC | Saturday Night Live | APLNDC-X0000358640 | December 13, 2008 |
| CBS | The Early Show | APLNDC-X0000358816 | June 9, 2009 |
| Fox | The Simpsons | APLNDC-X0000359537 | January 31, 2010 |
| ABC | Live! with Regis and Kelly | APLNDC-X0000359559 | February 18, 2010 |
| ABC | ABC World News | APLNDC-X0000359801 | June 7, 2010 |
| **IPAD APPEARANCES** | | | |
| NBC | NBC Nightly News with Brian Williams | APLNDC-X0000359517 | January 27, 2010 |
| ABC | San Francisco ABC7 News | APLNDC-X0000359519 | January 27, 2010 |
| CNN | CNN Money | APLNDC-X0000359592 | March 12, 2010 |
| ABC | Modern Family | APLNDC-X0000359613 | March 31, 2010 |
| Comedy Central | The Colbert Report | APLNDC-X0000359626 | April 1, 2010 |
| Fox | Fox Business | APLNDC-X0000359628 | April 1, 2010 |
| MSNBC | The Rachel Maddow Show | APLNDC-X0000359639 | April 2, 2010 |
| CBS | CBS Evening News | APLNDC-X0000359647 | April 3, 2010 |
| [syndicated] | The Oprah Winfrey Show | APLNDC-X0000359717 | April 21, 2010 |
| NBC | The Office | APLNDC-X0000360008 | October 7, 2010 |
| NBC | Late Night with Jimmy Fallon | APLNDC-X0000360549 | December 22, 2010 |
| Bloomberg | Bloomberg News | APLNDC-X0000360982 | March 2, 2011 |
| [syndicated] | The Ellen DeGeneres Show | APLNDC-X0000361028 | March 3, 2011 |
| CNBC | Your Digital: Life with David Pogue | APLNDC-X0000361075 | March 10, 2011 |
| CNBC | Closing Bell | APLNDC-X0000361166 | March 25, 2011 |
| Comedy Central | The Colbert Report | APLNDC-X0000361198 | April 4, 2011 |

**PLAINTIFF'S EXHIBIT NO. 14**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____