# Estrich Declaration

# Exhibit 19

