# Estrich Declaration

# Exhibit 20

# Apple's iPhone & iPad Advertising Expenditures (U.S.)



PLAINTIFF'S EXHIBIT NO. 16
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

$307.7M
$226.6M
$173.3M
$149.6M
$149.5M
$97.5M

FY 2008   FY 2009   FY 2010   FY 2011

**iPhone Total:**
**$647.0M**

**iPad Total:**
**$457.2M**

3