1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                    UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| 21  APPLE INC., a California corporation,<br>22              Plaintiff,<br>23       vs.<br>24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG<br>25  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG<br>26  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>27              Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS TO DECLARATION OF SUSAN ESTRICH** |

28

02198.51855/5049352.1

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits 21 and 24 to the Declaration of Susan Estrich in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59; Samsung's Opposition to Apple Inc.'s Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment [FRCP 50, 59]; and Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancements.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. The exhibits will be served on all parties.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

__X__   Voluminous Document
_____  Unable to Scan Documents
_____  Physical Object (description):
_____  Non Graphical/Textual Computer File
_____  Item Under Seal
_____  Conformance with the Judicial Conference Privacy Policy (General Order 53)
_____  Other (description): _____

1  DATED:  November 9, 2012        Respectfully submitted,

2                                  QUINN EMANUEL URQUHART &
3                                  SULLIVAN, LLP

4

5                                      By  *Victoria F. Maroulis*
                                           Victoria F. Maroulis
6                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
7                                          INC. and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28