# Estrich Declaration

# Exhibit 22

Highly Confidential – Attorneys' Eyes Only



# Browser Zooming Methods UX Exploration Study

Samsung Telecommunications America | User Experience

4-17-2009
Contact: Sang Hung 1-214-862-2578

**PLAINTIFF'S EXHIBIT NO. 38**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Samsung | Confidential | STA UX

SAMNDCA11104115



Highly Confidential – Attorneys' Eyes Only

## Contents

**1. Research Introduction**

**2. Task Materials**

**3. Results – Preference Tasks**

**4. Design & Research Suggestions & Recommendations**

SAMNDCA11104116

Plaintiff's Exhibit No. 38.3

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104117

# INTRODUCTION / Objectives

Evaluate perception of usability of 3 different design concepts of zooming for browser.

This is an impromptu study of browser zooming method based on an email discussion with STA Verizon Account Team.

The goal is to gather perception of usability and preference of 3 different zooming approaches using the current zooming user interface design in u960 browser as benchmark.

To gain quick access to the subjects used in another study, paper prototypes were used in this study. Different zooming paradigms were illustrated using paper prototypes depicting the interaction flow and user experience of zooming a web page.

Subjects gained understanding of the pros and cons of each paradigm without working prototypes or device of each approach.  The experience was not tainted by possible bias of software or hardware design and implementation issues (e.g., variation of performance and look-and-feel across different browsers in different devices).



Plaintiff's Exhibit No. 38.4

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104118

# INTRODUCTION / Schedule

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 3/29 | 30 | 31 | 4/1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |



Plaintiff's Exhibit No. 38.5

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104119

## INTRODUCTION / Process



| I | D | E | A |
|---|---|---|---|
| Initiation | Design of Experiment | Execution of User Test | Analysis of Data |
| Goal Initiation | Experiment Plan | Test Execution | Report & Recommendation |
| STA Verizon Account Team | STA UX | Gist Design / STA UX | STA UX |
| Browser Zooming Issues | Rapid Design | Zooming Interaction | Analysis, Report |
| Browser Best Practices | Stimuli Preparation | Paper Prototyping | Recommendation |




Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104120

# INTRODUCTION/ Limitation of Exploratory Study

## Disclaimer : Results should not be interpreted as preference of heavy mobile internet users because of the samples used.

• The results of this report are subject to the following limitations:

- No working prototypes : Paper prototyping has limitation on expression of dynamic interaction of zooming concepts.

- "Inpromptu" samples drawn from messaging device usability studies did not correspond to mobile internet users.

- Qualitative data results and interpretations  : No statistical analysis was conducted as the results could not misleading because of the above reasons

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104121

# INTRODUCTION / Test Participants

9 subjects

- Impromptu study "piggy-backed" on usability study of messaging devices for speed and convenience.
- Screened originally for heavy messaging users looking for QWERTY devices
- Most respondents DID NOT engage in mobile internet browsing
- NOT representative of heavy mobile internet users
- Directional indicator from perspectives of naïve/novice/occasional mobile internet users



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104122

# INTRODUCTION / Method

## Zooming Experience Walkthrough + Selection of Preferred Zooming Method

The test session consist of the following steps:

- Moderator walked through 4 different methods of zooming.  The baseline used was the interaction design in the current u960 browser.
- Respondents would select their most and least preferred methods of zooming based on the user interface flow presented.
- Respondents would then select their most preferred zooming methods with the "double tap" method used as supplementary zooming method.

### Task 1
**Most and Least preferred Zooming Method**

- Moderator showed interaction flow scenarios of each zooming method with renderings using same visual design (modeled after u960 browser).

- Subjects selected their most and least preferred zooming method and explained their choices.

### Task 2
**Zooming Method with Double-Tap as Supplement**

- Moderator announced that the Double-Tap Zooming Method will be available as a supplement and asked subjects to select their most preferred zooming method to couple with it.

- Subjects selected their most preferred zooming method and explained their choices.





Plaintiff's Exhibit No. 38.9

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11104123

## TASK MATERIAL/ Paper Prototypes of Zooming (baseline interaction flow)







Touch show/hide menu bar icon

Touch Zoom icon on menu bar

Touch and/or drag zoom controls to zoom in

Baseline Zooming Method

- The browser layout and visual design was based on the Samsung u960 for Verizon (Browser Version 6.1 VEN)



Plaintiff's Exhibit No. 38.10

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104124

# TASK MATERIAL/ Paper Prototypes of Zooming (baseline interaction flow)







Zoom controls times out

Touch hide/show menu bar to full
screen browsing

Highly Confidential — Attorneys' Eyes Only

SAMNDCA11104125

## TASK MATERIAL/ Paper Prototypes of Zooming (Design Variant u960)



Touch zoom icon during full screen browsing



Zoom controls appear above the zoom icon. Touch or drag zoom controls to zoom in.

Design Variant u960

- The design variant was initially proposed by STA UX in an email to STA Verizon Account team April 14, 2009.

Plaintiff's Exhibit No. 38.12

# TASK MATERIAL/ Paper Prototypes of Zooming (Design Variant u960)







Zoom control times out

Search/Find can be substituted in lieu of zoom in menu bar

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104126



Plaintiff's Exhibit No. 38.13

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104127

# TASK MATERIAL/ Paper Prototypes of Zooming (Doublet-Tap)



Double Tap to zoom in



Double Tap again to zoom out

Double Tap

- Double tap is being used in some commercial mobile browsers (e.g., Apple iphone Safari).



Plaintiff's Exhibit No. 38.14

Highly Confidential — Attorneys' Eyes Only

SAMNDCA11104128

## TASK MATERIAL/ Paper Prototypes of Zooming (Doublet-Tap)



Touch show/hide menu bar
icon to show menu



Regular zoom can be
accessed from menu bar





Highly Confidential — Attorneys' Eyes Only

SAMNDCA11104129

# TASK MATERIAL/ Paper Prototypes of Zooming (TouchWiz Zooming)



Touch and hold target area



Zoom control will appear

TouchWiz Zooming

- based on the design in UI guideline (TouchWiz Zoom interaction UI) V1.1 (2009.03.12) from Samsung Mobile User Interface Team. The interaction was simplified by not including the additional popup window in the original design.

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104130

# TASK MATERIAL/ Paper Prototypes of Zooming (TouchWiz Zooming)



Drag up to zoom in



Zoom control times out

Touch Zoom icon on menu bar



Search/Find can be substituted in lieu of zoom in menu bar



Plaintiff's Exhibit No. 38.17

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104131

# TASK MATERIAL/ Paper Prototypes of Zooming (Doublet-Tap)



Drag up to zoom in



Zoom control times out

Touch Zoom icon on menu bar



Search/Find can be substituted in lieu of zoom in menu bar



Plaintiff's Exhibit No. 38.18

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104132

# Results

## Preference Tasks

Plaintiff's Exhibit No. 38.19

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104133

# Task / Most Preferred Zooming Method

The most preferred method is "Double-Tap" Zooming (8 out of 9 respondents except the iphone respondent.)

Simplicity is the primary reason of the choice.





Plaintiff's Exhibit No. 38.20

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104134

## Task / Least Preferred Zooming Methods

The least preferred methods were split between u960 Browser and TouchWiz designs.

"Too many steps" was the primary reason for 960 browser zooming method.

Dislike of long press, perception of reliability issues and complicated interactions were reasons given to the TouchWiz zooming method.





Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104135

## Task / Most Preferred Zooming Method in Combination with Double-Tap

The most preferred method is the design variant of u960 Browser Zoom.

The reasons given were reduction of extra steps and a large and clear scale in zooming.



Plaintiff's Exhibit No. 38.22

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104136

# Design & Research Suggestions & Recommendations



Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104137

## Design & Research Recommendations / Suggestions

Conduct usability studies of different zooming approaches with heavy mobile internet users to determine the appeal of the concept to this segment.

STA UX hypothesizes that this concept will appeal more to experienced and heavy touch device users for mobile internet, especially users from Apple iphones.

Investigate in depth the usability and user experience of TouchWiz zooming for mobile internet users with working prototypes for real life results.





Plaintiff's Exhibit No. 38.24

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104138

## Design & Research Recommendations / Suggestions

Adopt Double-Tap as a supplementary zooming method for up to 2 levels of zooming and back to original in mass market touch devices. The UX of iphone can be used as a design benchmark.

Apply double-tap method consistently in other applications supporting zooming (e.g., camera zoom).





Plaintiff's Exhibit No. 38.25

## Design & Research Recommendations / Suggestions

## Adopt the evolutionary design variant of u960 browser zoom to enable zooming with less steps in mainstream/mass market touch devices.







Extra touch buttons to control zoom in/out work great for beginning touch screen users.

Zoom control is clear with scale.

Find/Search can be substituted in lieu of zoom, which provides a quick access to web search.

Zoom is available in both full screen browsing and command bar mode

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11104139