# Estrich Declaration

# Exhibit 23

TRANSLATION

Email from: Bong-Hee Kim <mikikim@samsung.com>
Date: Wednesday, 2/11/2010 Thursday (23:30)
Title: Fwd: Fwd: Fwd: Summary of Executive-Level Meeting Supervised by Head of Division (February 10).

For your reference.

------Original Message------
Sender: Eun-Jung Ko <koej@samsung.com> D5(Lead)/Lead/UX Cluster Part (Mobile)/Samsung Electronics
Date: 2010-02-11 16:17 (GMT+09:00)
Title: Fwd: Fwd: Summary of Executive-Level Meeting Supervised by Head of Division (February 10).

-----------------------------------
Mobile Communications Division, Samsung
Mobile Design Team, UX Design

Eun Jung Ko (Lead)

*Address: Seocho Tower, 12th Floor, Seocho 2-Dong, Seocho-gu, Seoul, Korea
*Tel: 02-2255-5401
*Anycall [mobile]: 016-787-2986
*Fax: 02-2255-5499
*Email: koej@samsung.com
-------------------------------------

------Original Message------
Sender: Eun Jung Ko<koej@samsung.com> D5(Lead)/Lead/UX Cluster Part (Mobile)/Samsung Electronics
Date: 2010-02-10 15:42 (GMT+09:00)
Title: Fwd: Summary of Executive-Level Meeting Supervised by Head of Division (February 10)

I attended the meeting described below. There are a few corrections and missing items.

- Strive to realize UX that is easy to use regardless of age, occupation, and education, UX that is not like UX, UX that flows like water as its alarm goes off when you wake in the morning, then has the news coming out of it as you get ready to leave for work.
=> To this the Senior Vice President said, That's what we're doing, to which Head of Division said, "No, I'm not saying do that for everything;

1

PLAINTIFF'S EXHIBIT NO. 40
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10247373

I'm saying I like it this way, but others may have UXs that they like based on their individuality So, we should be able to accommodate that. UX that's not called UX and not like UX. I don't mean UX needs to disappear; it's something that is a matter of course, so even if we don't call it UX, if we use it it's as a matter of course."

I wrote it all down without leaving out a single grammatical particle out. I get the gist of it but it's convoluted…Argh...ㅠ ㅠ

- Screens are our most important asset. It is very important that we increase the size of our screen.

=> To explain this point more concretely, he talked about the TVs that are in homes as an example. . Before, everyone used small TVs but nowadays, every house has a large TV. Everyone wants to look at a big screen. It is the same for mobile phones. Once you've come across a touch phone, you desire to view the contents in a larger screen.

- **A judge speaks through judgments, an engineer speaks through products, and a designer should not need to speak.**

=> There is a saying that "Judges speak through their judgments." Have you heard that? (Nobody answers…) You haven't heard that? Engineers don't need to say, "I implemented this however which way" and don't need to talk about this problem or that. They show, with the very product they have developed.

The same goes for designers. Whatever else can be said about design language, there is no need for explanations. Does not President Choi demand to see the mockup first, before he listens to any explanations?

Designers, for your part, do not speak; show your properly executed design.

- I absolutely never demand anything unreasonable of you. I never make you do anything that is difficult. And I speak in simple terms. I never talk in a vague and ambiguous manner, I speak in precise terms. Recognize that.

- The most important aspect of a design is its level of perfection. I hope that you do your best to increase the level of perfection until you have achieved higher quality.

- A company goes out of business because of its own success factors. Samsung's success factors are diligence, sincerity, and acting in an exemplary manner. The kind that says yes to whatever a carrier wants…

That's a shortcut to going out of business. All the carriers tell me, Hey JK! Your phones have great technological prowess and everything's great. But it's hard to sell them as high-end phones.

That's because we spent all of our subsidy funds on the iPhone and can't give a penny in subsidy to your phones, so of course your phones will be expensive and then it follows that they won't sell.

I hear things like this: Let's make something like the iPhone.

- When everybody (both consumers and the industry) talk about UX, they weigh it against the iPhone. The iPhone has become the standard. That's how things are already.

Do you know how difficult the Omnia is to use? When you compare the 2007 version of the iPhone with our current Omnia, can you honestly say the Omnia is better? If you compare the UX with the iPhone, it's a difference between Heaven and Earth.

- If a shabby UX gets proposed, we put together a task force with Senior Vice President Young Hwan Kim as its leader to stop development. Now we're making a process by which if that kind of UX gets proposed, it'll get stopped and Improvements can be made.

- He called out the names of the leaders of each section. Where is Principal Sung-Sik Lee? (Senior Vice President Jang: He went to Suwon.) Is he living in Suwon? (Yes, still living there, he took everyone with him and is living there with about forty people.) He's suffering, right? I know you guys are suffering. Have things gotten much better? (Yes, it's getting much better). Good, good, they should. Let's muster up more strength.

You are the experts. I'm not a designer, as you know. But in my opinion there are so many designs that depart from common sense. Sometimes I've thought I'm looking at a college graduation project. I've never said so because I didn't want to discourage you, but since you're the heads of your sections so I'm saying it. I look at things from the perspective of consumers, so I fix things that don't make sense. It would be nice if I could look at everything but I can't, so you'll have to do it well yourselves.

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10247374

TRANSLATION

- For goodness sake let's get things done while working within the realm of common sense. When it comes to UX, fix things that make sense first.  I've always said this, haven't I? A UX that can be used by anyone from six year olds   to senior citizens. Ease of use is the answer.

- I live in Bundang and it only takes me 30 minutes to get here.  I'll come by here from time to time early in the morning or in the evening for discussions like this.  Don't you go on business trips, stay here and improve quality.  Don't even go to MWC.  Why do we need to go see the Chinese products that are there because no one else shows up?  None of you should go.

- *** To product designers, he said, you must make three or four design languages a year and put them to good use!  The look and feel of a product matters most.

   To UX designers, he said, you must increase the level of perfection, make products within the realm of common sense and based on ease of use.

   To everyone, he said you must think at least six months ahead; we must get to where related departments come here for answers.


----------------------------------------------
Mobile Communications Division, Samsung
Mobile Design Team, UX Design

Eun-Jung Ko (Lead)

*Address: Seocho Tower, 12th Floor, Seo-Cho-#2-Dong, Seocho-Gu, Seoul, Korea
*Tel: 02-2255-5401
*Anycall (Mobile): 016-787-2986
*Fax: 02-2255-5499
*Email: koej@samsung.com
------------------------------------------------

------Original message------
Sender: Hye-Sun Kim<sunnykim72@samsung.com>, Manager of G5, Wireless Communication Design Group, Samsung
Date: 2/10/2010 14:00 (GMT +9:00)
Title: Summary of Executive-Level Meeting Supervised by Head of Division (February 10)

‹ **Mobile Communications Division Meeting** ›

■ Time: 2010.2.10 (Wednesday) 9:40 ~ 11:00 (1h 20m)

■ Place: 10F Gold Conference Room, Seocho Worksite

3

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10247375

¤μTT

TRANSLATION

■ Attendees: Donghoon Chang (Senior Vice President), Chang-Hwan Hwang (Vice President), Min-Hyuk Lee (Principal), Hyeong-seok Jeon (Principal), Soo-Jung Yoon (Principal), Sang-Min Hyun (Principal), Yui-Soo Kum (Principal), Yoon-Jung Lee (Principal), Byoung-Chul Hwang (Principal), Nammi Kim (Principal), Jin-Soo Kim (Lead), Eun-Jung Ko (Lead), Ki-Hwan Kwon (Lead), Ji-Yeon Lee (Lead), Jung-Mi Ha (Lead), Dongseok Ryu (Lead), Beom Gu Han (Lead), Sun-Young Lee (Lead), Doo-Rae Kim (Lead), Yin-Gon Park (Lead), Hyun-Sup Kim (Lead), Ja-young Kim (Lead), Hyeon-seop Kim (Lead), Byoung-Joo Kim (Lead), Hee-Woong Choi (Lead), Hye-Sun Kim (Manager) total 28.

■ Summary of the Comments of the Head of the Division

- [Our] quality isn't good, perhaps because the designers are chased along by our schedule as they get so many models done.  Don't you say "not quite" about something that is lacking in completeness and would be an embarrassment to show others? It would be better to not make anything at all than to make it not quite. By introducing a product that is not quite, all you do is make things hard for the consumers.
  In all the work you do, do it with the mindset that once it leaves your hands
  it's final, do your best to make a final product with a high level of completion, having checked and improved on it meticulously and in detail scores of times over.

  Designers rightly should be respected and recognized within [their] organization, and in society outside the organization.  Work with self-confidence, but there needs to be change in the methods by which you work.

  I'll be tied up with various strategy meetings and overseas business trips until March but after March it is my intention to set each and every thing right around here. It seems like there's an unnecessary increasing of the number of products at product planning. The path to improving Quality is to eliminate inefficient models and reduce the number of models overall.

  Right now we're expecting to do around 350 models in just the first half of this year.  If you ask the companies, the Operators we deal with, whether they like that we launch one model right after the another, [the answer is] absolutely not.  Quantity isn't what's important, what's important is putting on the market models with a high level of perfection, one to two Excellent ones.

  We are at the point where we can proudly say we're worthy of being No. 2 in the Telecom Industry, and since we are in a position where we are Leading the Industry, what is most important is that we select one Design Language based on "creativity" befitting our status, and apply maximum variation to that one Design Language.

  Minimize the time Senior Vice President Donghoon Chang and the rest of the designers spend going back and forth from Suwon and the time spent away from Seocho on things like overseas business trips
  and try to spend long periods of time with subordinates putting your heads together to come up with the best final products.

  I don't know how many of you are getting ready to go to MWC, but not only are Nokia and many other companies saying they're not going to participate, there's also nothing to see, so don't go.

  See to it that should anyone come to Seocho, that person gets the feeling that there's something metaphysical, mysterious, and secretive, and see to it that you do not show non-final designs that are in an intermediate stage to this person and that person, and then gather various comments and make corresponding modifications.

  Designers rightly must make their own designs with conviction and confidence; do not strive to do designs to please me (the president); instead make designs with faces that are creative and diverse.

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10247376

TRANSLATION

I have confidence in our products' H/W, in their exterior design, and in their quality. But when it comes to the ease of use of our UX, I lack such confidence.

Influential figures outside the company come across the iPhone, and they point out that "Samsung is dozing off."

All this time we've been paying all our attention to Nokia, and concentrated our efforts on things like Folder, Bar, Slide, yet when our UX is compared to the unexpected competitor Apple's iPhone, the difference is truly that of Heaven and Earth.

**It's a crisis of design**.

The world is changing, and the flow of change isn't something that you can have come back again by going against the flow.

Metamorphosis requires energy; we have ample assets in the form of our people, so as long as we are equipped with capability, the world's change will function for us as an advantageous opportunity.

All the executives and employees in the Mobile Communications Division are diligent and exemplary that all this time, when Operators made comments about the designs we put before them, we modified and modified again, without missing a single comment.  That style of business has worked until now,

but the iPhone's emergence means the time we have to change our methods has arrived. .


In regards to exteriors, do your best not to create a plastic feeling and instead create a Metallic feel.

As for UX, see to it that it is a UX that is easy to use regardless of age, occupation, and level of education, that it's a UX that's not like a UX, that, just like the flow of water, its alarm rings when you wake in the morning then out comes the news while you're getting ready to leave for work, see to it that you're able to come up with that kind of UX.

Our most important asset is our Screen.

It is very important that we make Screen Size bigger, and in the future mobile phones will absorb even the Function of e-books.


The concern about being too far ahead is that it can also mean failure; so our designers need to think at least six months ahead; they need enough prior preparation to resolve whatever sales or product planning says about their designs.

From now on I'll come to Seocho more often and we will put our heads together.

If you have something to report, don't come to Suwon bearing a bag of mockups, just call me anytime.

A judge speaks through judgments, an engineer speaks through products, and a designer should not need to speak.

                                                    That is all.

----------------------------------
Hyesun Kim (Sunny)
HR Manager
Design Group
Mobile Communications Division

Office: 01-2255-5214
Mobile: 016-490-3987
Email: sunnykim72@samsung.com
------------------------------------

Highly Confidential - Attorneys' Eyes Only         SAMNDCA10247377

TRANSLATION

---------------------------------------------------

Bong-Hee Kim (Lead)
UX Design Part, Senior Manager
Mobile Communication Division
Telecommunication Network Business
SAMSUNG ELECTRONICS CO., LTD.

Office: 02-750-9398 | Fax: 02-750-9434
Mobile: 010-5376-87846
eMail: Mikikim@samsung.com
---------------------------------------------------

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10247378

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

510.290.3439
schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

February 6, 2012

I hereby certify that this Korean to English translation of
SAMNDCA10247373 to SAMNDCA10247378
Is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I translated said document and that I am a competent in both languages with twenty years of professional Korean to English translation experience.

By: _____
Peter Mauro Schroepfer

| | |
|---|---|
| 差出人: | 김봉희 <mikikim@samsung.com> |
| 送信日時: | 2010年2月11日木曜日 23:30 |
| 件名: | Fwd: Fwd: Fwd: 사업부장 주관 간부급 간담회 내용 요약 (2/10) |

참고해요

------- Original Message -------
Sender : 고은정<koej@samsung.com> D5(책임)/책임/UX 클러스터파트(무선)/삼성전자
Date : 2010-02-11 16:17 (GMT+09:00)
Title : Fwd: Fwd: 사업부장 주관 간부급 간담회 내용 요약 (2/10)

---

삼성전자 무선 사업부
무선 디자인팀 UX 디자인

고 은 정 책임

* 주소 : 서울 서초구 서초2동 삼성전자 서초타워 12층

* TEL : 02-2255-5401
* Anycall : 016-787-2986
* Fax. : 02-2255-5499
* E-mail : koej@samsung.com

---

------- Original Message -------
Sender : 고은정<koej@samsung.com> D5(책임)/책임/UX 클러스터파트(무선)/삼성전자
Date : 2010-02-10 15:42 (GMT+09:00)
Title : Fwd: 사업부장 주관 간부급 간담회 내용 요약 (2/10)

제가 하기 간담회에 들어갔는데요. 몇가지 빠지거나 아래 내용 수정이 있네요.

- UX 에 있어서는 나이, 직업, 교육수준에 관계없이 사용하기 편리한 UX, UX 같지 않은 UX,
   물 흐르듯이 아침에 일어날때는 알람이 울리고, 그 다음에 출근준비를 할 동안은 뉴스가 나오는 식의
   UX 를 구현할 수 있도록 하라
   => 이 부분에서 전무님께서 그렇게 하고 있습니다. 라고 대답했더니 "아니 다 그렇게 하라는게 아니라

1

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10247373

나는 이게 좋다는 거고, 또 다른 사람들은 그들의 개성대로 좋아하는 UX 가 있겠지. 그러니 그에 맞춰서 잘 되어있어야 한다는 말이지. UX 라고 하지 않고 UX 가 아닌 UX.UX 같지 않은 UX 이 뜻은 UX 가 없어져야 한다는게 아니라 당연한 것이니 꼭 UX 라고 부르지 않아도 쓰면 당연한 것 이거지" 라고 하셨습니다.

    토시하나 안빼고 받아 적었더니 이 말이에요. 뭐 취지는 알겠으나 조금 난해하다는... 쩝..ㅠㅠ

- 우리의 가장 중요한 자산은 Screen 이다. Screen 의 Size 를 키우는 것이 매우 중요하다.

⇒ 이 부분을 더 구체적으로 설명하자면, 집에 있는 TV 를 예로 말씀하셨는데..예전에는 TV 다들 작은거 썼는데 요즘은 집집마다 TV 가 다 크다. 다 화면 크게 보고 싶은거다. 휴대폰도 마찬가지다. 터치폰을 접했으면 이제는 컨텐츠를 더 크게 보고 싶은 욕구가 있는 것이다.

- 법관은 판결문으로 말하고, 엔지니어는 제품으로 말하며, 디자이너는 말이 필요없어야 한다.

⇒ 법관은 판결문으로 말한다는 말이 있다. 들어봤나? (아무도 대답안함..) 안들어 봤어?
    엔지니어는 구현이 어떻게 되었네. 이런 문제 저런 문제.. 다 말이 필요없다. 개발된 그 제품으로 보여주는 것이다.
    디자이너도 마찬가지라고 본다. 디자인 랭귀지가 어떻고, 디자인 설명이 필요없다. 최사장님도 설명듣기 전에 무조건 목업보자고 그러시지 않느냐
    디자이너도 말로 하지 말고 제대로된 그 디자인을 보여달라.

- 나는 절대 여러분에게 무리한 요구를 하지 않는다.하기 어려운 일은 나는 절대 시키지 않는다. 말도 쉽게 한다. 애매모호하게 말하지 않고 정확하게 말한다.
    그걸 알아라.

- 디자인이 가장 중요한 것은 완성도이다. 퀄리티를 높이기 까지 반드시 끝까지 최선을 다해 완성도를 높이기 바란다.
- 회사가 망하는 것은 성공인자 때문이다. 우리 삼성의 성공인자는 근면, 성실, 모범성 기질이다. 사업자가 원하는데로 yes 하고 다 해주는...
    그렇게 나중에 망하는 지름길이다. 사업자들이 나에게 말한다. JK! 너희 폰은 기술력도 좋고 다 좋다. 허나 고급폰으로 팔기 어렵다. 왜냐면 우리는 아이폰에 보조금
    다 써서 너희폰에 보조금 한푼도 못 주니 너희 폰은 비쌀수밖에 없고 그럼 안 팔릴 수 밖에 없다.
    이런 얘길 듣는다. 아이폰 같은 걸 만들자.

- 모든사람이 (소비자 및 업계 모두) UX 를 말할 때 아이폰을 견주어 말한다. 기준이 아이폰이 된 것이다. 이미 그렇게 되어있다.
    옴니아가 얼마나 불편한지 아느냐? 2007 년에 나온 아이폰과 지금의 우리 옴니아를 비교하는데 진정 옴니아가 좋다고 할 수 있느냐? UX 는 아이폰과 비교하면
    하늘과 땅차이다.

- 거지 같은 UX 를 내리면 그냥 개발 못하게 김영환 전무를 장으로 하는 TF 를 만들었다. 이제 그런거 내려도 다 막고 개선할 수 있는 프로세스를 만든다.

- 파트장들 이름을 다 하나씩 부르셨음. 이성식 수석 어디갔나? (장전무 : 수원 갔습니다.) 수원에서 살고 있나? (네. 계속 살고 있습니다. 다 끌고 40 명 정도 계속 살고 있습니다.{
    고생 많이 하지? 고생 많이 하는거 알어. 많이 좋아졌나? (네. 많이 좋아지고 있습니다.) 그래 그래야지. 좀 더 힘을 내자고.
    여러분은 전문가야. 난 디자이너가 아니잖아. 근데 내 보기엔 상식밖의 디자인이 많아. 어떤때는 대학생들 졸업작품전인줄 알았어. 이런 말 하면 기 죽을까봐 말도 안했는데
    여러분들은 장들이니까 말할게. 소비자의 관점으로 나는 본다. 그래서 상식밖의 것들은 고쳐준다. 내가 다 보면 좋은데 다 못보니 잘 좀 해라.

2

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10247374

　　제발 상식선에서 해결하자. UX 는 상식적인 것 부터 고쳐라. 내가 예전 부터 말했지? 6 살부터 노인까지 쓰는 UX. 사용 편리성이 답이다.

- 우리집이 분당인데 여기까지 30 분밖에 안걸린다. 아침 일찍 혹은 저녁때 여기 가끔와서 이렇게 간담회를 하겠다.
　　여러분들은 출장도 가지 말고 여기서 퀄리티를 높여라. MWC 도 가지마라. 아무도 안나와서 중국제품 보러가냐? 아무도 가지 마라.

*** 제품디자이너들에게는 1 년에 몇개의 3~4 개 정도의 디자인 랭귀지를 만들어 잘 써먹어라! Look & feel 이 가장 중요하다 하셨고
　　UX 디자이너들에게는 완성도를 높이고 편리함을 바탕으로 상식선에서 만들어라 라고 하셨습니다.
　　그리고 모두에게는 여러분들은 6 개월 이상 생각이 앞서 있어야 한다. 관련부서가 여기 와서 답을 찾게 해 줘야한다 창의성있는
　　사람들이 되어야 한다. **

---

삼성전자 무선 사업부
무선 디자인팀 UX 디자인

고 은 정 책임

* 주소 : 서울 서초구 서초 2 동 삼성전자 서초타워 12 층

* TEL : 02-2255-5401
* Anycall : 016-787-2986
* Fax. : 02-2255-5499
* E-mail : koej@samsung.com

---

------- Original Message -------
Sender : 김혜선<sunnykim72@samsung.com> G5(과장)/담당과장/디자인그룹(무선)/삼성전자
Date : 2010-02-10 14:00 (GMT+09:00)
Title : 사업부장 주관 간부급 간담회 내용 요약 (2/10)

【 사업부장 주관 간부급 대상 간담회 】

■ 일　시 : 2010.2.10(水)　09:40~11:00　(1h 20m)

■ 장　소 : 서초사업장 10F Gold 회의실

3

Highly Confidential - Attorneys' Eyes Only　　　　SAMNDCA10247375

■ 참석자 : 장동훈전무, 황창환상무

　　　　　　이민혁수석, 전형석수석, 윤수정수석, 현상민수석, 금의수수석, 이윤정수석, 황병철수석, 김남미수석

　　　　　　김진수책임, 고은정책임, 권기환책임, 이지은책임, 하정미책임, 류동석책임, 한범구책임, 이선영책임

　　　　　　김두래책임, 박인곤책임, 김현섭책임, 김자영책임, 김현섭책임, 김병주책임, 최희웅책임, 김혜선과장

　　　　　　이상 28 명

■ 사업부장 말씀 요약

　- 디자이너들이 너무 일정에 쫓기며 많은 모델들을 소화해 내느라 그런지 Quality 가 좋지 않다.
　　완성도가 떨어지고 남에게 내보이기 부끄러운 정도를 "어쭙잖다."라고 하지 않느냐,
　　어쭙잖게 하느니 차라리 아예 하지 않는 것이 좋다.
　　제품을 어쭙잖게 대충 만들어 시장에 내놓으면 소비자를 불편하게 할 뿐이다.
　　항상 업무를 할 때는 내 손을 떠나면 끝이다라는 마음으로 꼼꼼하고 치밀하게 수십차례 확인하고 개선하여
　　완성도 높은 결과물을 만들어 낼 수 있도록 최선을 다해야 한다.

　　모름지기 디자이너들은 이 조직 안에서, 또 조직 밖 사회에서도 존경받고 인정받아야 한다.
　　Self-Confidence 를 갖고 일을 하되, 일하는 방법의 변화가 필요하다.
　　3월까지는 각종 전략회의와 해외출장으로 내가 여력이 안되지만, 3월 이후가 되면 하나하나 바로잡아 나갈 생각인데,
　　상품기획에서 쓸데없이 제품의 수를 늘리는 것 같다.
　　비효율 모델을 제거하고, 모델 수를 줄이는 것이 곧 Quality 를 향상시키는 길이다.

　　현재 금년 상반기에만 350 여개 모델을 할 것으로 예상이 되는데,
　　우리의 거래선, Operator 들이 많은 모델을 줄줄이 선보이는 것을 좋아하느냐하면 절대 그렇지 않다.
　　양이 중요한 것이 아니라, 완성도 높은, Excellence 한 1~2 개의 모델을 시장에 내놓는 것이 더 중요하다.
　　이제 우리는 Telecom Industry 에서 명실상부한 No.2 라고 자부할 수 있고, Industry 를 Leading 하는 입장이므로
　　우리의 위상에 걸맞도록 "창의"를 바탕으로 한 Design Language 를 선정하여
　　그 하나의 Design Language 를 Maximum Variation 하는 것이 가장 중요하다.

　　장동훈전무를 비롯한 디자이너들은 수원에 왔다갔다 하는 시간과 해외출장 등 서초를 떠나 있는 시간을 최소화하고
　　부하들과 함께 오랜시간 머리를 맞대고 최선의 결과물을 만들어 낼 수 있도록 하라.
　　MWC 에 몇명이 가려고 준비하고 있는지 모르겠지만, Nokia 를 비롯한 많은 업체들이 참가하지 않는다고 할 뿐 아니라,
　　볼 것도 없으니, 가지 마라.

　　누구라도 서초에 오면 뭔가 형이상학적이고, 신비스럽고, 비밀스러운 느낌을 가질 수 있도록 하고,
　　결과물이 아닌 중간단계의 디자인을 이 사람, 저 사람에게 보여 여러가지 Comment 를 듣고,
　　그에 맞춰 수정하는 일이 없도록 하라.
　　모름지기 디자이너라면 소신과 자신감을 갖고 자신의 디자인을 만들어야 하며,
　　내(사장) 마음에 드는 디자인을 하려고 노력하지 말고, 창의적이고 다양한 얼굴의 디자인을 만들라.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10247376

나는 우리제품의 H/W, 외형디자인, 품질에는 자신이 있다. 그러나, UX, 사용의 편리성에 대해서는 자신없다.

외부 유력인사들이 iPhone 을 접하고, 『삼성이 졸고 있다.』 라고 지적하고 있다.

우리는 그동안 Nokia만 주목하느라 Folder, Bar, Slide 등을 만드는데만 주력해 왔으나,

예상치 못한 경쟁 상대인 Apple(社)의 iPhone 과 비교했을 때, UX 는 정말 하늘과 땅 차이다.

**디자인의 위기다.**

세상은 변하고 있으며, 변화의 흐름은 역행해서 다시 돌아오지 않는다.

변신에는 에너지가 필요하고, 우리는 충분한 자산인 인재들을 보유하고 있으며

능력만 갖추고 있다면 세상의 변화는 우리에게 유리한 기회로 작용할 것이다.

무선사업부 임직원들은 모두 근면하고 모범적인 사람들이라

그 동안 우리는, 우리가 내놓은 디자인에 대해 Operator 들이 뭐라고 언급하면

그 말 한마디, 한마디를 놓치지 않고 수정하고, 또 수정하여 왔고, 이제까지는 그런 방식의 Business 가 먹혔으나,

iPhone 의 등장으로 이제 방법을 변화시켜야 할 때가 왔다.

외형에 있어서는 플라스틱한 느낌이 나지 않고, Metallic 한 느낌이 나도록 최선을 다하고,

UX 에 있어서는 나이, 직업, 교육수준에 관계없이 사용하기 편리한 UX, UX 같지 않은 UX,

물 흐르듯이 아침에 일어날때는 알람이 울리고, 그 다음에 출근준비를 할 동안은 뉴스가 나오는 식의

UX 를 구현할 수 있도록 하라.

우리의 가장 중요한 자산은 Screen 이다.

Screen 의 Size 를 키우는 것이 매우 중요하고, 앞으로 e-book 이라는 Function 까지도 휴대폰이 흡수할 것이다.

지나치게 앞서가는 것도 실패할 우려가 있으니, 우리 디자이너들은 최소 6 개월 이상 앞서가는 생각으로,

영업이나 상품기획에서 디자인에 말하면 뭐든 해결할 수 있을 정도의 사전 준비가 필요하다.

앞으로는 서초에 더욱 자주 와서 함께 고민하겠다.

보고할 일이 있으면 목업 보따리를 들고 수원으로 오지 말고 언제든 전화만 하라.

법관은 판결문으로 말하고, 엔지니어는 제품으로 말하며,

디자이너는 말이 필요없어야 한다.

- -                                                                                                                                                                                      - 이 상 -

---

**Hyesun Kim (Sunny)**

HR Manager
Design Group
Mobile Communications Division

Office  : 02-2255-5214
Mobile : 016-490-3987
Email   : sunnykim72@samsung.com

---

Highly Confidential - Attorneys' Eyes Only                                         SAMNDCA10247377

---
김 봉 희 책임

UX Design Part, Senior Manager

Mobile Communication Division

Telecommunication Network Business

SAMSUNG ELECTRONICS CO., LTD.


Office: 02-750-9398   Fax: 02-750-9434

Mobile: 010-5376-8746

eMail: Mikikim@samsung.com

---

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10247378