# Estrich Declaration

# Exhibit 25

Filed Under Seal