# Estrich Declaration

# Exhibit 29

DEFENDANT'S EXHIBIT
NO. 562.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

Subject: on: the sony vs apple competition
Date: Wed, 08 Mar 2006 02:46:30 +0000
From: "Richard Howarth" <howarth@apple.com>
To: "Jonathan Ive" <ive@apple.com>
Message-ID: <7A6182E5-4376-471D-B232-5DA75826BD17@apple.com>

---

hi Jony,

i'm worried about the extrudo shape we're using for P2 etc. looking at what shin's doing with the sony-style chappy, he's able to achieve a much smaller-looking product with a much nicer shape to have next to your ear and in your pocket. also note that it's only half a step away from where we were with the metal band, black insides before we changed to the 3-equal-striped sandwich which i show below. It looks a lot smaller to me and it makes the X a load narrower, which is something i've been going on about for ages because i'm worried that the round sides are so inefficient. I agree that the one we did below isn't right, and it looks old next to the extrusion, but it does have the size and shape/comfort benefits i mentioned before and these are hard to ignore with a product we have to carry and use all day, every day. i'm really worried that we're making something that is going to look and be too wide.

i'm also worried that if we start cutting volume buttons on the side, then it removes some of the purity of the extrusion idea and seems like the wrong shape for the job. We can only add so much too it before it becomes a style/ a shape, rather than the most efficient construction method and that would be bad.

r.

Highly Confidential - Attorneys' Eyes Only

APLNDC0003040119

------ end message ------

Highly Confidential - Attorneys' Eyes Only

APLNDC0003040120



Highly Confidential - Attorneys' Eyes Only

APLNDC0003040121



Highly Confidential - Attorneys' Eyes Only                              APLNDC0003040122



Highly Confidential - Attorneys' Eyes Only                                               APLNDC0003040123



Highly Confidential - Attorneys' Eyes Only                                    APLNDC0003040124