# Estrich Declaration

# Exhibit 30



# 3GSM Congress Trade Show Report

EMEA Product Marketing

**12-15 Feb 2006, Barcelona**

DEFENDANT'S EXHIBIT
NO. 2627.001
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By: _____

APLNDC0002467894



# TRADE SHOW REPORT



## Agenda

∴
3GSM World
Congress

12-15 Feb 2006
Barcelona
∴



- ⚬ *3GSM World Congress*
  - *Trends & Highlights*
  - *Global Mobile Awards*

- ⚬ *Mobile Phones announcements*
  - *Trends & Highlights*
  - *Review Nokia, Samsung, Motorola, Sony Ericsson, LG, i-Mate, HTC, RIM*

- ⚬ *Mobile operator announcements*



Apple Confidential -



# TRADE SHOW REPORT

## IMPORTANT



∴
**3GSM World Congress**

**12-15 Feb 2006 Barcelona**
∴





*This presentation is*  *and for internal purpose only*

-  *Please do not leave copies of this presentation with press, partners or customers*
- *All products in this document are announced at time of distributing this document, but might not appear immediately or not at all on the European markets*
- *Not all mobile phones are listed, just the new announced or key products reflecting the industry or technology trends*
- *Rumors are based upon website or inside information. Rumors stay rumors until products or services are announced and should therefore be handled carefully.*
- *Questions and remarks to the content or the use of this document should be directed to the EMEA iPod Product Marketing team*

Apple Confidential -



3GSM Congress
Intro & Highlights

Highly Confidential - Attorneys' Eyes Only



**TRADE SHOW REPORT**

*CONFIDENTIAL*

# 3GSM Congress - Intro

∴

*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

∴





- World's largest exhibition for the mobile industry
-
- 3GSM World Congress provides a one-stop-shop for everyone looking to understand what will drive the success of the mobile industry over the next year(s)

- Representatives from mobile operators, handset vendors and content owners from across the world

- Took place for the 2nd time in Barcelona

- Headline statistics for 3GSM World Congress 2007
  - Total Attendees: 60,000 (9.000 more than 2006)
  - Total attending conference sessions: 9.200 (10% increase YoY)
  - Total Attending Media: 2,250







Apple Confidential -



CONFIDENTIAL

# TRADE SHOW REPORT

## 3GSM highlights



*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

- **3 billion mobile subscribers by end 2007**
  - 60% mobile users is in emerging markets
  - Emerging markets shift and innovation take-up to address challenging environments
- **Marriage of mobile with other industries**
  - Mobile + advertising + financial + entertainment
  - Mobile entertainment industry in 2006 was around 19$ billion
- **Mobile broadband is a reality**
  - 3G + HSPA
  - 3G must be for all (LG KU520 handset won the GSM Association's 3G for All campaign)
- **Close to 1 billion mobile handsets shipped in 2006**
  - 3 trends: slimmer, smarter and more beautiful
  - Polarised handset market: low-cost, entry handsets vs. handset with enhanced technical capabilities (digital still camera, MP3 and video player or broadcast TV)
- **No new technologies announced/discussed, but more the business models (and the money flow) between all market players**



Apple Confidential -



*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

# TRADE SHOW REPORT

**CONFIDENTIAL**

## 1. Mobile broadband roll-out

- **High Speed Packet Access (HSPA) is now a reality**

- **149 networks in 69 countries are using HSDPA (3,5G)**
  - a faster rollout than GSM/GPRS (2G) or UMTS (3G)
  - Simple software based upgrade. Most network now at 3.6Mbps
  - Future HSPA networks up to 14 Mbps announced
  - There are 14 million HSDPA subscribers worldwide
  - 80% of Vodafone Europe's 3G footprint is HSDPA enabled
  - Telstra's mobile broadband network is 5x faster than competitors 3G networks and 50 times faster than dial-up

- **Most new announced mid to high-end phones are 3G enabled**
  - Samsung's Ultra Smart F520 planned for September 07 is announced with support for HSDPA 7.2Mbps and EDGE support
  - i-Mate announced 5 new HSDPA 3.6Mbps handsets



*Samsung Ultra Smart F700*

Apple Confidential -





# TRADE SHOW REPORT



## 2. New Business Models



*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

- **Old business model:**
  - handset manufacturers produce handsets, operator sells minutes voice + data and has complete customer ownership
- **New business model is needed:**
  - Arrival of new players: content & service providers, mobile advertisers, mobile search engines, MVNO's, device manufacturers (alike Apple's iPhone), financial institutions, etc...
  - Convergence of industries: fixed, broadband, TV and mobile
  - Marriage of mobile with financial, entertainment and advertising industries
  - Interplay with adjacent businesses is getting very blurred
- **Everybody stepping on each others turf and the main questions are:**
  - Who owns the customer?
  - Who pays who? What is a fair money share between all these players?
  - What is the price to the consumer?



> *Next 2 slides examples from an Ericsson and T-Mobile presentation during the 3GSM World Congress keynotes*

Apple Confidential -



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC0002467903

DEFENDANT'S EXHIBIT NO. 2627.011





# TRADE SHOW REPORT

## 3. Digital Rights Management (DRM)



*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

- **Steve Jobs "thoughts on music" sparks lots of discussions from the mobile music industry players**
- **EMI's CEO Jean-Francois Cecillon quotes:** *"The music industry is in chaos. In chaos there are opportunities"*
- **Warner's CEO Edgar Bronfman Jr. quotes:** *"DRM and interoperability are not the same thing. We believe in interoperability. Consumers want it and should have it. We at Warner, and I hope the rest of the music and content industry, will make it as easy as possible to achieve interoperability."*
  - *http://www.pcworld.com/article/id,129022/article.html*
- **Results Jupiter Research survey carried out between Dec and Jan:**
  - almost two-thirds of European music industry executives believe removing DRM from downloadable music would compel more consumers to buy music online. The study revealed that about 54% of those executives questioned thought that current DRM systems were too restrictive. Also, 62% believed that dropping DRM and releasing music files that can be enjoyed on any MP3 player would boost the take-up of digital music generally."
  - *http://news.bbc.co.uk/2/hi/technology/6362069.stm*



Apple Confidential -

Highly Confidential - Attorneys' Eyes Only





# TRADE SHOW REPORT



## 4. Focus on emerging markets

∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

- A billion voices waiting to say their first "Hello"
- More mobile phones in use in developing countries than in the developed world (1.65 billion vs. 1 billion)
- Mobile operators and equipment makers are increasingly innovating to meet the specific needs of developing countries where fixed-lines, financial service and power supplies are generally in short supply
  - According to the WORLD BANK the capital cost of providing an individual is one-tenth of the cost of installing a new fixed-line connection



- MOTOFONE F3 handset has been recognized by the GSM Association as the "Best Ultra Low Cost Handset - 2007"

- The next billion mobile subscribers are going to come from the poorest parts of the world. They will be connected by accelerating the development of affordable, reliable, robust and high quality handsets with no compromise on style.

Apple Confidential -









# TRADE SHOW REPORT

## Other topics

.:.
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
.:.





- **Other topics discussed during the 4 days 3GSM World Congress were:**
  – Personal IM (Instant Messaging)
  – Mobile TV with DVB-H
  – Mobile positioning
  – VoIP
  – Mobile payment (M-Commerce)
  – Mobile advertising
  – Mobile Entertainment and content
  – WIMAX vs. LTE (Long Term Evolution or 4G)
  – NFL (Near Field Communications)

- **Separate reports on those topics will be issued in the next months or as from the moment that they become relevant to Apple**

Apple Confidential -



# TRADE SHOW REPORT

*CONFIDENTIAL*

## iPhone present, but not present...



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∵

- Although Apple was not present showcasing the iPhone, we were quietly setting the tone and were mentioned in each media, operator and handset vendor discussion

- Everybody guessing what the iPhone business model or European operator support is

- All operators giving very positive comments as they do not want to spill their chances of ranging the iPhone

- GSM Association regrets that Apple didn't announce the iPhone at the 3GSM World Congress 2007 or even have a presence with a booth

- 1 in 10 words during the 4 days trade show were either iPhone, Apple or DRM


- **Quote CEO Vodafone (Arun Sarun):** *"iPhone will satisfy a "certain segment"; there are lots of handset manufacturers out there who produce great phones, but the handset industry needs to reduce the number of O/S in order to create a good and better eco-system."*

- **Quote CEO Orange (Sanjiv Ahuja):** *"iPhone is a 'good step' but many other handset manufacturers will raise their game as a result."*

- **Quote CEO Vonage:** *"The iPhone launch is embarrassing for the mobile industry as it got more publicity than any handset got in the last 10 years...and it's not even on the market yet"*



Apple Confidential -



# TRADE SHOW REPORT

*CONFIDENTIAL*

## Global Mobile Awards 2007 - Best Mobile Handsets

*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

### Best GSM handset

- SGH-D900 (or Ultra Edition 12.9) from Samsung Electronics
- Slim slider form factor at just 13mm thick and 85 gram in weight
- 3.2 MegaPixel
- Quad-Band EDGE



### Best 3GSM handset

- K800 Cyber-Shot from Sony Ericsson
- 3.2 MegaPixel with real flash
- BestPic features (select best picture taken from one burst of 9 pictures taken)
- Tri-Band GPRS, single band W-CDMA







Apple Confidential -



# TRADE SHOW REPORT

**CONFIDENTIAL**

## LG wins 3G handset supply deal

*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

- LG won the GSM Association's *3G for All* campaign which aims to provide affordable 3G mobile phones  that are accessible to a wider user base

- 12 operators will enable LG to achieve major economies of scale in manufacturing, logistics and marketing

- The LG KU520 will be available at a price (+/-100€) of approximately 30% less than other entry level 3G phones currently on the market

- Specs: 15mm thick, video call support, high-speed Internet access and several multimedia features

- Available to all 3GSM operators from April 07





Apple Confidential -



Highly Confidential - Attorneys' Eyes Only

APLNDC0002467910



# TRADE SHOW REPORT

CONFIDENTIAL

## Mobile phone trends



*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

### *Thinner*

- While size 0 models are banned from London fashion week, handset vendors are still fighting for the title "Thinnest handset".

- Anorexia is the trend, but still packed with lots of features

- Thin is the trend for all form factors wether that be stick, clamshell, slider, swivel, PDA/smartphone

- Samsung is clear winner



### *Smarter*

- Phones become even more smarter with fast processing power, Wi-Fi access, broadband download speeds (up to 7.2Mbps) and advanced operating systems

- Microsoft launched Windows Mobile 6.0 with new messaging tools, tighter security and improved productivity, shipping in several phones as from March

- Symbian shipped 51.7 million phones with its operating system in 2006

### *Better looking*

- The era of the handset as a purely utilitarian tool is definitely over and the devices have become an expression of their owners' fashion sense and personality.

- Some are all beauty, sex appeal and no brains (meaning outstanding features)

- The new LG Prada and Shine, Mororola KRZR K3 and Samsung U300 are perfect examples





# TRADE SHOW REPORT



## Polarised handset market

CONFIDENTIAL



*3GSM World Congress*

*12-15 Feb 2006 Barcelona*



- **Since the downturn in the handsets industry during the 1st few years of the century, handset sales market has more than doubled**
- **Worldwide estimate of 950 million in 2006 (16% YoY growth)**
- **Expectations are that 2006 was the last year of double digit growth, although 2007 handsets sales will be passing the 1 billion mark for the 1st time.**
- **Sales will eventually level out from 2010 owing to subscriber saturation in a number markets as handset sales become evermore reliant on the replacement cycles that will account for over 90% salesby 2010**
- **Handset market has polarised in the past 18 months:**
  - Emerging economies are experiencing large increases in subscriber numbers, driven by healthier economies and the availability of low-cost, entry handsets
  - In more developing regions with high penetration, growth is largely restricted to a more active replacement of handsets for those with leading designs and enhanced technical capabilities, such as digital still camera', MP3 and video player or broadcast TV.

Apple Confidential -



# TRADE SHOW REPORT



## Nokia - Highlights and summary

∴ 3GSM World Congress

12-15 Feb 2006 Barcelona ∵

- This second wave of the Nokia E-series portfolio includes a trio of feature-packed, design-rich devices - the all-inclusive Nokia E90 Communicator, the stylish slider Nokia E65 device, and the slim email-optimized Nokia E61i device.

- N77, a stylish and affordable device offering an optimized mobile TV experience with complete Nokia N-series functionalities.

- Nokia 6110 Navigator brings together GPS (Global Positioning System) and AGPS (Assisted Global Positioning System) functionality with always-on mobile connectivity in a feature-rich, compact device.

- 5 new Nokia devices based on S60 on Symbian OS



3110 Classic   E65   N77 (Mobile TV)   6110 Navigator   E61i   E90 Communicator



# TRADE SHOW REPORT

*CONFIDENTIAL*

## 3110 Classic and E65



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

### *31110 Classic*

- Robust and dependable device with a contemporary design
- FM stereo radio, music player with expandable memory and a 1.3 MegaPixel camera,
- Nokia 3110 classic offers a wide range of conventional features at an accessible price.
- Available Q2 2007.

### *E61i*

- Slim feature rich slider
- 3G and Wi-Fi
- 2 MegaPixel
- E65 is available now in select markets, with broader availability building during the first quarter of 2007
- Priced around 400€



*3110 Classic*

*E65*



Highly Confidential - Attorneys' Eyes Only



# TRADE SHOW REPORT

**CONFIDENTIAL**

## N77 and 6110 Navigator



*∴*
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
*∴*



### 6110 Navigator

- First mass market navigation-enabled mobile phone
- Integrated GPS (one-touch navigation key)
- Stereo speakers (for turn by turn instructions)
- HSDPA support (3.6 Mbps)
- 2 MegaPixel
- Available Q2 2007, price around 450€

### N77 Mobile TV

- Multimedia computer designed to accelerate the take up of DVB-H mobile TV (market estimated 5 to 10 million by end 2008)
- 2.4" screen with up to 16 million colors
- High quality stereo sound
- Available Q2 2007, price around 370€
- Support countries with DVB-H roll-out (e.g. Italy)



*6110 Navigator*

*N77 (Mobile TV)*



# TRADE SHOW REPORT



## E61i and E90 Communicator

∴
3GSM World
Congress

12-15 Feb 2006
Barcelona
∴

### E61i

- E61 + 2 MegaPixel and aluminum stainless steel housing
- 3G and Wi-Fi
- Available Q2 2007, price sub 400€

### E90 Communicator

- Evolution of the legendary communicator into an all inclusive business device with advanced technologies, such as HSDPA (3.6Mbps) and integrated GPS
- 16 million color
- First deliveries in Q2 2007, with global volume availability during Q3 2007
- Price around 750€ - 800€



E61i

E90 Communicator





# TRADE SHOW REPORT

## Samsung - Highlights and summary



**3GSM World Congress**

**12-15 Feb 2006 Barcelona**



- Samsung announced the new Ultra Edition II with 4 new products shipping in March/April. All 4 products are a breakthrough in performance vs dimensions and design
- Samsung adds multimedia with the Ultra Music (F300), Ultra Video (F500), Ultra Mobile TV (F510)
- The Blackjack available on Cingular in the US comes to Europe as the Ultra Messaging (i600)
- Samsung pre-announced 2 products in the new Ultra Smart series (F520 and F700)
  - No US versions announced of the F520 and F700

### Ultra Edition II



Ultra 9.6 (SGH-U300)

Ultra 12.1 (SGH-U700)

Ultra 10.9 (SGH-U600)

Ultra 5.9 (SGH-U100)



Ultra Music (SGH-F300)

Ultra Video (SGH-F500)

Ultra Mobile TV (SGH-F510)

Ultra Messaging (SGH-i600)

### Ultra Smart



Ultra Smart (SGH-F700)

Ultra Smart (SGH-F520)

Highly Confidential - Attorneys' Eyes Only



# TRADE SHOW REPORT

## Samsung Ultra Smart F700

*CONFIDENTIAL*

∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

- Horizontal sliding full QWERTY keyboard
- Stereo Bluetooth
- 5 MegaPixel with LED flash
- 2.78" (440x240) 262K color touch screen
- Drag & drop touch interface
- Full HTML browser
- MicroSD support
- VibeTonz technology
- Tri-Band GPRS/EDGE and 2.100MHz HSDPA (1.8 Mbps)
- 104 x 50 x 16.4 mm

- Timing: May 07
- Price: TBC





Apple Confidential -



Highly Confidential - Attorneys' Eyes Only

APLNDC0002467919

# TRADE SHOW REPORT



*3GSM World Congress*

*12-15 Feb 2006 Barcelona*

## Samsung Ultra Smart F520

CONFIDENTIAL



- Dual-sliding action offering both a full QWERTY and numeric keypad
- Stereo Bluetooth
- 3 MegaPixel with real flash
- 3" (480x272) 262K color touch screen
- Flash User Interface
- Full HTML browser
- MicroSD support
- Dedicated hot-launch keys for Internet, Music and TV (TBC)
- Tri-Band GPRS/EDGE and 2.100MHz HSDPA (7.2Mbps)
- 104.8 x 53.7 x 17.4 mm
- Timing: Summer 07
- Price: TBC



Apple Confidential -

Highly Confidential - Attorneys' Eyes Only

# TRADE SHOW REPORT

*CONFIDENTIAL*

## Ultra Edition II Series - Ultra Slim and Ultra Stylish



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

### The Slimmest Handsets

- Ultra Edition 5.9 (U100), the slimmest phone in the world. Officially heralded as the world's slimmest handset, a title which it stole from its big brother, the Samsung X820 (or 9.6). Yet incredibly robust and packed full of functionality such as a 3 MegaPixel camera.



- Ultra Edition 9.6 (U300) is a modern clamshell phone encased entirely in metal, providing a clean and pure image. It is also packed with an array of powerful technologies - 3 MegaPixel camera, TV-out capability, Bluetooth® technology and a 70MB memory.



- Designed to battle the Motorola KRZR and RAZR.

- Both products come to market in April



Apple Confidential -

Highly Confidential - Attorneys' Eyes Only



∴
**3GSM World
Congress**

**12-15 Feb 2006
Barcelona**
∴

# TRADE SHOW REPORT

*CONFIDENTIAL*

## Ultra Edition II Series - Ultra Slim and Ultra Stylish

### *Stylish Sliders*

- Inspired by the LG shine, Samsung's Ultra Edition 10.9 (U600) exudes elegance and modern style.

- The clever design of Samsung's Ultra Edition 10.9 (U600) includes a unique and stylish interface for the ultimate sophistication and usability.



- Samsung's Ultra Edition 12.1 (U700) offers a HSDPA 3.6 Mbps data transfer speed, video telephony functionality and auto focus in a slim 12.1mm case.

- Both sliders are equipped with a 3 MegaPixel camera

- U600 comes to market in March, U700 in April





Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 2627.030



# TRADE SHOW REPORT



## Ultra Music & Messaging

*3GSM World Congress*

*12-15 Feb 2006 Barcelona*



### Ultra Music - F300

- Dual face & sweep touch UI
- 2 MegaPixel
- Stereo Bluetooth
- Tri-Band GRPS/EDGE
- Available March 07

### Ultra Messaging - i600

- In the US exclusive to Cingular under the name "Blackjack"
- Tri-Band GPRS/EDGE, single band UMTS (2,100MHz)
- 1.3 MegaPixel
- QWERTY keyboard
- 113 x 59 x 11.8 mm
- Available March 07



Ultra Music F300 Specifications

| | |
|---|---|
| Standard | GSM/GPRS/EDGE |
| | 900/1800/1900MHz |
| Camera | 2 Megapixel |
| Display | Main: 262144 TFT Screen (2.1", 176x220) |
| | Sub: 262144 TFT (1.4", 176x220) |
| Features | Dual Face & Sweeping UI |
| | Music Library |
| | Multi-Format Music Support |
| | MP3,AAC,AAC+,e-AAC+,WMA |
| | Music Download (WMDRM,MTP) |
| | Multi-Format Video Support (MPEG4,H.263) |
| | Bluetooth Stereo Music Profile (A2DP) |
| | FM Radio |
| | Bluetooth® v2.0 / USB 2.0 |
| Memory | 100MB + microSD™ |
| Size | 103.5 x 44 x 9.4 mm |



Apple Confidential -





# TRADE SHOW REPORT

**CONFIDENTIAL**

## Size comparison: iPod nano *vs.* Samsung F300

∴ 3GSM World Congress

12-15 Feb 2006 Barcelona ∵

7 mm   40 mm   89 mm   103.5 mm   44 mm   9.4 mm

65K colors
1.6" size
(176 x 132)

262K colors
2.1" size
(176 x 220)

**VS.**

- Double Interface
- Sweep Touch UI
- Tri-Band EDGE
- 2 MegaPixel camera
- FM radio
- Bluetooth Stereo (A2DP)
- 100MB built-in
- MicroSD cards up to 2GB

*iPod nano (2nd gen.)*

*Samsung Ultra Music SGH-F300*

Highly Confidential - Attorneys' Eyes Only

# TRADE SHOW REPORT

CONFIDENTIAL

## Ultra Video & TV



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

- **2 screens and 5-way touch-sensitive buttons. 2 MegaPixel camera. HSDPA support. Both available March 07**

- *Ultra Video - F500*
- First DivX-equipped phone
- Plays MPEG-4, H.264, WMV and AVI
- 2.4" display

### *Ultra Mobile TV - F510*

- Upgrading the F500 to the spanking new F510, featuring support for Europe's DMB-H digital broadcast TV specifications
- 2MP camera, 400 MB of internal memory and a microSD connector



# TRADE SHOW REPORT

*CONFIDENTIAL*

## Motorola - Highlights and summary

∴
**3GSM World Congress**

**12-15 Feb 2006 Barcelona**
∴

- Expand the popular KRZR, SLVR and RIZR line-up delivering a stylish entertainment experience across
- Launch new "kick slider" form factor with the RIZR Z8
- Expand the original CDMA based MOTO Q in a HSDPA and EDGE version
- All products Stereo Bluetooth (A2DP) compatible with the new S9 Stereo Bluetooth headset (8 hrs music playback time), March launch <100£
- 3 new HSDPA handsets providing 3.6 Mbps broadband download



SLVR L9    KRZR K3    RIZR Z6    RIZR Z8    Q GSM    Q q9

DEFENDANT'S EXHIBIT NO. 2627.034



# TRADE SHOW REPORT

*CONFIDENTIAL*

## MOTO KRZR K3

∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴



- A 3G variant of the Motorola KRZR K1
- Made of premium metal and glass
- 50MB + microSD card slot (expand up to 2GB)
- Stereo Bluetooth
- 2 MegaPixel primary camera, secondary VGA camera for video calling
- 2" QVGA display with 16 million colors
- Tri-Band GPRS, single band HSDPA (3.6 Mbps)

- Launch expected in March 07



*KRZR K3*

*KRZR K1*



APLNDC0002467927

# TRADE SHOW REPORT

*CONFIDENTIAL*

## MOTO RIZR Z6



.·.
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
.·.



- 1st Linux-kJava software based handset
- Incorporates Windows Media DRM allowing users to sync music to their phone from over 200 music stores worldwide
- Stereo Bluetooth
- 64MB + microSD card slot (expand up to 2GB)
- 2" QVGA display with 16 million colors
- QVGA (320x240) 262K color display
- Outstanding Video Resolution 30fps
- 2 MegaPixel camera with LED light
- 105 x 45 x 16.2mm
- Quad-Band EDGE

- Launch expected in Q2 2007



*RIZR Z6*

DEFENDANT'S EXHIBIT NO. 2627.036



# TRADE SHOW REPORT

*CONFIDENTIAL*

## MOTO RIZR Z8

3GSM World Congress

12-15 Feb 2006 Barcelona



- 3rd addition to the RIZR line of sliders
- 1st ever "kick slider" sporting a new form factor
- Stereo Bluetooth
- Large speakers
- 90MB + microSD card slot (expand up to 4GB)
- 2.2" QVGA display with 16 million colors
- Symbian OS
- QVGA 16 million color display
- Outstanding Video Resolution 30fps
- 2 MegaPixel camera, LED light and red-eye reduction
- Partnership with BSkyB* which will users to access Sky's mobile content services and program Sky+ boxes remotely
- Tri-Band GPRS, single band HSDPA (3.6 Mbps)
- Launch expected in April



*RIZR Z8*

Highly Confidential - Attorneys' Eyes Only



# TRADE SHOW REPORT

*CONFIDENTIAL*

## MOTO Q

∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

- Based upon original CDMA-based MOTO Q (Verizon)
- Windows Mobile 6.0
- QWERTY keyboard
- Stereo Bluetooth

### Q GSM

– Quad-Band EDGE
– 1.3 MegaPixel with LED lights
– 2.4″, 64K TFT display
– WiFi through optional miniSDIO card
– Available Q3 2007

### Q q9

– Quad-Band EDGE, 2.100MHz UMTS/HSDPA (3.6 Mbps)
– 2 MegaPixel with LED lights
– 11.8 mm thin
– Available Q2 2007



*Q GSM*

*Q q9*



Highly Confidential - Attorneys' Eyes Only

# TRADE SHOW REPORT



## Sony Ericsson – Highlights and summary



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

- Announcements that enforce the company's clear ambition to make it the aspirational and accessible choice for millions more mobile phone users worldwide
- Expansion of Walkman and Cyber-Shot range at different price points to a wider range of consumers
- Launch first BRAVIA branded handset which delivers mobile TV functionality for NTT DoCoMo in Japan
- Entry-level J series of handsets received a couple of new members today in the form of the J110 and J120. These basic handsets are meant to attract the price conscious consumer that needs good battery life and solid phone functionality







APLNDC0002467931

# TRADE SHOW REPORT

*CONFIDENTIAL*

## K810 and K550 Cyber-shot phones



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴



- **Year 2006: 4.5 million Cyber-shot phones shipped (K800, awarded best 3GSM phone)**

### K550 Cyber-Shot
- 2 MegaPixel with autofocus and LED assist light
- Quad-Band EDGE, available Q2 07 (also in the US)

### K810 Cyber-Shot
- 3.2 MegaPixel camera with autofocus
- Dedicated camera settings keys
- Xenon flash and red eye reduction
- Software image optimization (fix exposure and contrast)
- Tri-Band GPRS, single band UMTS (2,100MHz)
- Available Q2 07 (not for the US)



Highly Confidential - Attorneys' Eyes Only



∴
3GSM World
Congress

12-15 Feb 2006
Barcelona
∴

# TRADE SHOW REPORT

**CONFIDENTIAL**

## W610 - W880



W610

W880

- **Year 2006: 60 million music enabled phones, 17 million of which were Walkman handsets**

  *W610 Walkman*
- 2 MegaPixel
- Stereo Bluetooth
- Quad-Band EDGE, available Q2 07 (also in the US)

  *W810 Walkman*
- Ultra-thin at 9.4 mm
- Brushed stainless steel finish
- Stereo Bluetooth
- 2 MegaPixel
- Bundled with 1GB Memory Stick
- Tri-Band GPRS, single band UMTS (2,100MHz)
- Available Q1 07 (not for the US)



# TRADE SHOW REPORT

## LG Shine

**CONFIDENTIAL**



∴
*3GSM World Congress*

*12-15 Feb 2006
Barcelona*
∴



- LG 'Chocolate' Phone Successor = LG Shine
- LG Shine = pursued the sense of luxury image with the application of stainless steel body. When the phone is off, the display panel can conveniently be used as a mirror

- KU970 is a tri-band GPRS, UMTS/HSDPA 3.6Mbps variant of the Shine KE970 that was launched 2 weeks ago. Available in Feb 07 (exclusive on Vodafone)

- KE770 is a slim candy bar design where all the unnecessary parting lines are eliminated, creating a premium digital camera look. Tr-band EDGE available in Feb 07.

- Both phones feature a 2 MegaPixel camera



*LG SHINE KU970*

*LG SHINE KE770*

Highly Confidential - Attorneys' Eyes Only



# TRADE SHOW REPORT

*CONFIDENTIAL*

## LG Prada (KE 850)

**3GSM World Congress**

**12-15 Feb 2006 Barcelona**

- **In partnership with the Italian fashion brand PRADA**
- **Completely touch screen phone**
- **Macromedia Flash UI**
- **2 MegaPixel camera**
- **External memory slot**
- **Tri-Band EDGE (900/1800/1900MHz)**
- **98.8 × 54 × 12 mm**
- **Available in mobile dealerships as well as selected PRADA stores in the UK, France, Germany and Italy as of early March**
- **Price as from 600€**
- **More information on <u>www.lgpradaphone.com</u>**











Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



# TRADE SHOW REPORT



## Microsoft - Windows Mobile 6.0

3GSM World
Congress

12-15 Feb 2006
Barcelona

- Latest software to feature new messaging tools, tighter security and improved productivity features. Compatible with windows Vista

- Enhancements to familiar Microsoft® mobile applications like Outlook Mobile, Office Mobile, and now Windows Live™ for Windows Mobile

- Devices to begin shipping worldwide by second quarter of 2007.  Handset vendors Motorola, Samsung, HTC and i-Mate all announced Windows Mobile 6.0



**Right:** Pieter Knook, sr. vice president of Microsoft's Mobile and Embedded Devices Division, demonstrating the new Microsoft Windows Mobile 6 OS





# TRADE SHOW REPORT



*CONFIDENTIAL*

## HTC *(High Tech Computer Corp.)*



3GSM World
Congress

12-15 Feb 2006
Barcelona



Windows
Mobile



### HTC S710

- Small and leightweight with auto-sliding full keyboard
- 2.4" TFT LCD screen
- Stereo Bluetooth and Wi-Fi
- 2 MegaPixel
- Quad-band EDGE
- Available in March

### HTC P3350

- 2.8" TFT LCD (240x320)
- Stereo Bluetooth
- Wi-Fi
- FM radio
- 2 MegaPixel
- Quad-band EDGE
- Available in March

### HTC Advantage X7500

- 5" TFT LCD 640x480 touch screen
- Integrated and detachable keyboard
- Stereo Bluetooth and Wi-Fi
- Inbuild GPS (Tom-Tom)
- 3 MegaPixel
- Quad-band EDGE and Tri-band HSDPA
- 8GB HDD
- Available in March

HTC S710



HTC P3350





htc
smart mobility

HTC Advantage X7500



# TRADE SHOW REPORT

**CONFIDENTIAL**

## i-Mate

- i-Mate development, no longer HTC OEM products
- All the 5 handsets are quad-band GSM/EDGE handsets + tri-band UMTS/HSDPA (3.6Mbps) + Wi-Fi + FM + Bluetooth 2.0 + EDR
- Both US and European versions: 850/1900/2100MHz or 850/1700/2100MHz versions
- Windows Mobile 6 operating system
- All feature a 520MHz Intel processor, XGA direct video out and 262K VGA LCD touch screen
- More info on the individual product features can be found on <u>www.clubimate.com</u>

3GSM World Congress

12-15 Feb 2006 Barcelona

**Windows Mobile**





# TRADE SHOW REPORT



## RIM *(Research In Motion)*

3GSM World
Congress

12-15 Feb 2006
Barcelona

- **BlackBerry 8800**
  - BlackBerry 8100 Pearl + 8700 + extra's

- **Full QWERTY keyboard**
- **BlackBerry push email support**
- **QVGA 320x240 display**
- **Rich multimedia support**
- **Trackball navigation**
- **GPS system**
- **Stereo Bluetooth**
- **MicroSD expandable memory**
- **Quad-band EDGE**
- **114 x 66 x 14 mm**



*BlackBerry 8800*



# TRADE SHOW REPORT

*CONFIDENTIAL*

## MEIZU



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

- Meizu is Chinese electronics maker and first company to closely copy the look and feel of Apple's iPhone.
- Windows Mobile 6.0 operating system
- 2 built-in cameras: 3 MegaPixel camera on the back and an VGA camera on the phone's face (video call)
- 3.3" (720 x 480) touch screen
- 30 pin, TV out, Line-in/out
- 57 x 105 x 11.5 (slightly smaller than the iPhone)
- GSM/UMTS
- Meizu miniOne will be available in Q4 2007

- More info on http://en.meizu.com/



*MEIZU miniOne*

Highly Confidential - Attorneys' Eyes Only



Mobile Operator announcements

Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 2627.050

# TRADE SHOW REPORT

*CONFIDENTIAL*

## Vodafone expansion in emerging markets



∴
*3GSM World Congress*

*12-15 Feb 2006 Barcelona*
∴

**vodafone**

- **Vodafone acquires Hutch-Essar (4th largest operator in India) in $11.7bn deal as part of its emerging markets strategy**
  - Acquired in the last 2 years networks in Romania, Turkey and Chech
- **At the same time Vodafone offered Bharti Airtel an option to acquire Vodafone's 5.6% stake in Bharti**
- **MoU signed between Bharti, Vodafone and Hutch-Essar to start reciprocal network sharing**
- **Mobility and communications improve country's economy**
  - 10% extra penetration = +0.6 GDP growth
  - Only 40% GSM network coverage in India
  - India's penetration only 13% (150m subs)
  - India has 400 mins usage per month per user, compared with 120 in Europe



Bharti Airtel 23%
Reliance 18%
BSNL 17%
Hutchison Essar 11%
Other

Hutch

Apple Confidential -

APLNDC0002467943



# TRADE SHOW REPORT

CONFIDENTIAL

## Vodafone content tie-ups

CONFIDENTIAL

3GSM World Congress

12-15 Feb 2006 Barcelona

- **Vodafone announced a string of tie-ups with market-leading content providers such as YouTube , EBAY, MySpace and Google Maps**

   

- **Vodafone and Citibank Global Transaction Services are planning to build on the airtime credit transfer systems that have been so successful in Africa.**

- **SMS will ve used to carry dynamically generated PIN codes that will be convertible to cash or airtime through the businesses that already sell Vodafone prepaid airtime.**

**citibank**

Apple Confidential -