| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION TO SEAL REGARDING APPLE'S REPLY BRIEF IN SUPPORT OF MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple's Reply Brief in Support of Motion for a Permanent Injunction and for Damages Enhancements;

2. The confidential, unredacted version of the Declaration of Karan Singh, Ph.D., in Support of Apple's Reply in Support of Its Motion for a Permanent Injunction and for Damages Enhancements;

3. Exhibits 9, 12, 17, and 23 to the Declaration of Richard S.J. Hung in Support of Apple's Motion for a Permanent Injunction and Damages Enhancement;

4. Exhibit 2 to the Reply Declaration of Marylee Robinson in Support of Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages, and for Prejudgment Interest.

**Confidential Samsung Information**

The materials identified above contain or reveal information that Samsung has designated as confidential under the protective order entered in this case. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration supporting the filing of these materials under seal.

Dated: November 9, 2012         MORRISON & FOERSTER LLP

                                By:   */s/ Michael A. Jacobs*
                                      MICHAEL A. JACOBS

                                      Attorneys for Plaintiff
                                      APPLE INC.