1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                     SAN JOSE DIVISION

11  | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK

12  | Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL RE REPLY ISO MOTION FOR A PERMANENT INJUNCTION AND FOR DAMAGES ENHANCEMENTS**

13  | v. |

14  | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |

18  | Defendants. |

Pursuant to Civil L.R. 79-5(d), Apple filed a motion to seal documents related to its Reply In Support of Apple's Motion for a Permanent Injunction and for Damages Enhancements ("Apple's Reply"). Based on Samsung's responsive filing, the Court finds sufficient cause to GRANT Apple's motion.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Lucy H. Koh
                                    United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3216429

1