HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S MOTION FOR PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT; AND JUDGMENT AS A MATTER OF LAW (RENEWED), NEW TRIAL, AND AMENDED JUDGMENT [FRCP 50, 59]** |

I, RICHARD S.J. HUNG, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of Apple's Reply Brief In Support of Apple's Motion for a Permanent Injunction and Damages Enhancement.

**GALAXY S II i9100**

2. Attached as **Exhibit 1** is a true and correct copy of an advertisement listed on BestBuy's website for the Galaxy S II i9100, available at http://www.bestbuy.com/site/Samsung---i9100-Galaxy-S-II-Mobile-Phone-(Unlocked)---Black/3140371.p?id=1218379766759&skuId=3140371 (last visited Oct. 31, 2012).

3. Attached as **Exhibit 2** is a true and correct copy of an advertisement listed on the Wal-Mart's website for the Galaxy S II i9100, available at http://www.walmart.com/ip/Samsung-Galaxy-S2-I9100-GSM-Android-Cell-Phone-Black-Unlocked/19237589 (last visited Oct. 31, 2012).

4. Attached as **Exhibit 3** is a true and correct copy of an advertisement listed on Amazon.com's website for the Galaxy S II i9100, available at http://www.amazon.com/Samsung-i9100-Unlocked-Smartphone-Touchscreen/dp/B004QTBQ2C (last visited Oct. 31, 2012).

5. Attached as **Exhibit 4** is a true and correct copy of a receipt for a Galaxy S II i9100 phone purchased from Amazon.com on March 6, 2012 by Mr. Edward Sittler, a paralegal at Morrison & Foerster LLP, bearing a production number of APLNDC-Y0000408233.

**GALAXY ACE**

6. Attached as **Exhibit 5** is a true and correct copy of an advertisement listed on BestBuy's website for the Galaxy Ace, available at http://www.bestbuy.com/site/Samsung---Galaxy-Ace-Mobile-Phone-(Unlocked)---Black/3600111.p?id=1218419333247&skuId=3600111 (last visited Oct. 31, 2012).

7. Attached as **Exhibit 6** is a true and correct copy of an advertisement listed on the Wal-Mart's website for the Galaxy Ace, available at http://www.walmart.com/ip/Samsung-

1  Galaxy-Ace-S5830-Android-GSM-Cell-Phone-Black-Unlocked/19237590 (last visited Oct. 31,
2  2012).

3      8.    Attached as **Exhibit 7** is a true and correct copy of an advertisement listed on
4  Amazon.com's website for the Galaxy Ace, available at http://www.amazon.com/Samsung-
5  S5830-Galaxy-Ace-Unlocked/dp/B004XIE6WI (last visited Oct. 31, 2012).

6      9.    Attached as **Exhibit 8** is a true and correct copy of a receipt for a Galaxy Ace phone
7  purchased from Amazon.com on July 20, 2011 by Ms. Kalliope White, a paralegal at Morrison &
8  Foerster LLP, bearing a production number of APLNDC-Y0000408236.

9  **EVIDENCE OF CAUSAL NEXUS**

10      10.    Attached as **Exhibit 9** is a true and correct copy of relevant excerpts of a translation
11  of Samsung's "Phase 2 Design Strategy," produced by Samsung in this action Bates stamped
12  SAMNDCA00202336-341, 358, 363, 377-380.

13      11.    Attached as **Exhibit 10** is a true and correct copy of relevant excerpts of Samsung's
14  April 2010 "Users Mobiles America Study," produced by Samsung in this action as
15  SAMNDCA00221819, 828, 852, 863.

16      12.    Attached as **Exhibit 11** is a true and correct copy of relevant excerpts of a December
17  2009 McKinsey report to Samsung called "Winning in Smartphones – It's Now or Never,"
18  produced by Samsung in this action as SAMNDCA10807316-320, 322, 324, 326, 330-333, 358-
19  359, 361.  A portion of these excerpts was previously submitted as Musika Decl. Ex. 68 (Dkt. No.
20  1982-70).

21      13.    Attached as **Exhibit 12** is a true and correct copy of relevant excerpts of a translation
22  of Samsung's "Design Preference Study" from early 2011, produced by Samsung in this action as
23  SAMNDCA001716172-179, 192-196.

24      14.    Attached as **Exhibit 13** is a true and correct copy of relevant excerpts of Exhibit 2439
25  to the March 8, 2012 Deposition of Sang Hung, produced by Samsung in this action as
26  SAMNDCA00250864-866.

27      15.    Attached as **Exhibit 14** is a true and correct copy of relevant excerpts of the March 8,
28  2012 Deposition of Sang Hung, which discuss Exhibit 2439 to this deposition.

1   **RECENT DEPOSITIONS**

2          16.  Attached as **Exhibit 15** is a true and correct copy of relevant excerpts from the
3   deposition of Tülin Erdem, taken on November 7, 2012.

4          17.  Attached as **Exhibit 16** is a true and correct copy of relevant excerpts from the
5   deposition of Yoram (Jerry) Wind, taken on November 7, 2012.

6          18.  Attached as **Exhibit 17** is a true and correct copy of relevant excerpts from the
7   deposition of Stephen Gray, taken on November 6, 2012.

8          19.  Attached as **Exhibit 18** is a true and correct copy of relevant excerpts from the
9   deposition of Sam Lucente, taken on November 6, 2013.

10         20.  Attached as **Exhibit 19** is a true and correct copy of relevant excerpts from the
11  deposition of Phil Schiller, taken on November 2, 2012.

12  **CORRESPONDENCE**

13         21.  Attached as **Exhibit 20** is a true and correct copy of an email string dated October 31,
14  2012 between myself and Victoria Maroulis, counsel for Samsung.

15         22.  Attached as **Exhibit 21** is a true and correct copy of an email string dated November
16  5, 2012 between Anthony Alden, counsel for Samsung, and myself.

17         23.  Attached as **Exhibit 22** is a true and correct copy of a letter dated November 7, 2012
18  from Anthony Alden, counsel for Samsung, to me.

19  **SOURCE CODE**

20         24.  Attached as **Exhibit 23** is a true and correct copy of excerpts from Samsung source
21  code Bates stamped SAMNDCA-C000009577-SAMNDCA-C000009579, SAMNDCA-
22  C000009593, and SAMNDCA-C000009629-SAMDNCA-C000009631.  I understand that
23  Samsung represents that this code is from Samsung Android version 4.04, Baseband Version
24  T989UVL11, Kernel version 3.0.8, and Build number IMM76D.UVL11.

25         I declare under penalty of perjury that the foregoing is true and correct.  Executed on
26  November 9, 2012 at San Francisco, California.

27                                                                  */s/ Richard S.J. Hung*
                                                                    RICHARD S.J. HUNG
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: November 9, 2012                    /s/ Michael A. Jacobs