Exhibit 3



## Product Description

The follow-up to the extremely successful GALAXY S, Samsung's GALAXY S II is a powerhouse of a smartphone in a fantastically sleek and lightweight design. Considerably thinner than the original GALAXY S and rivals such as the iPhone 4 (8.49mm v 9.3mm) the GALAXY S II is stunningly light (only 117g) and packs the latest version of Android (Gingerbread). The one feature most people will notice immediately is Samsung's best ever screen; the monster 4.27-inch Super AMOLED Plus screen runs at 480 x 800 resolution, has colours visibly brighter and more vivid than other phones, better contrast and lower power consumption, and performs superbly for gaming and watching video. Plus there's an 8.1 megapixel camera with full 1080p HD video recording, video playback at 30 frames per second and a dual-core processor, with each core running at a blistering 1Ghz for an incredibly responsive experience. The GALAXY S II comes with four hubs to help you make the most of your Galaxy S II; Social, your chatting life in one place, Readers, Samsung's new ebook reader area, Game, the easiest way to download and play the best games, and Music, with access to over 12 million tracks.

## Customers Who Bought This Item Also Bought

     

| Samsung Galaxy S II GT-I9100 Unlocked Phone with 8MP Camera and Touchscreen ... | Samsung Galaxy S II SA-I9100 Unlocked Phone with 8 MP Camera and GPS support - International ... | Solid Skin Cover (Black) for SAMSUNG i9100 (Galaxy S 2) | Cbus Wireless Three LCD Screen Guards / Protectors for Samsung Galaxy S II / GT-i9100 **for USA ... | SAMSUNG GALAXY S2 i9100 - 5 Pack Premium Reusable LCD Screen Protector with Lint ... | OTTERBOX Samsung Galaxy S II (i9100) Commuter Series Case |
|---|---|---|---|---|---|
| (189) | (100) | (36) | (40) | (49) | (113) |
| $404.99 | $399.98 | $2.06 | $0.96 | $1.12 | $23.74 |

## Customers Viewing This Page May Be Interested in These Sponsored Links   (What's this?)

- **Samsung galaxy s II** — Buy **Samsung galaxy s II** in the Bay Area. Call 888-639-5463   www.evo2inc.com/
- **Straight Talk® Wireless** — **Samsung Galaxy** SII Now Available **No** Contracts. $45 Unlimited Plan!   www.straighttalk**android**.com/
- **$-Galaxy s2 i9100** — **Samsung. Unlocked.** All colors. Get this Price Today Only!   www.pricedroppp.com/

See a problem with these advertisements? Let us know

## Customer Reviews



(215)
4.2 out of 5 stars

| | |
|---|---|
| 5 star | 139 |
| 4 star | 30 |
| 3 star | 11 |
| 2 star | 10 |
| 1 star | 25 |

See all 215 customer reviews

" Open Kies Once connected, it's fairly self-explanatory and you can do a lot with your phone with this program, most importantly, update the Android software. "
Shon | 44 reviewers made a similar statement

" In conclusion, if you have the money and would love the best phone out there, don't hessitate and buy it! "
Roberto Benejam | 21 reviewers made a similar statement

" The Blackberry has very long battery life and typically I'd only need to charge it every 4 or 5 days, even with heavy usage. "
The Guardian | 26 reviewers made a similar statement

## Most Helpful Customer Reviews

330 of 344 people found the following review helpful
★★★★★ **Best screen on any phone period, very fast hardware - probably best Android phone to date**   May 19, 2011
By int19h
Amazon Verified Purchase

Good things:

- Awesome screen - all the greatness of OLED (perfect blacks, high contrast, looks good in direct sunlight) without the ugliness that was PenTile. Here you just get the bright, popping colors. Oh, and at 4.3", it's a pleasure to look at from any distance. The resolution is still 800x480, though. Wish they'd up it to match iPhone.

- Very light. I mean, VERY light. Samsung wasn't kidding when they stressed that point. Considering the size of this thing, it's very hard to believe. When you put the phone into someone else's hand for the first time, they usually are confused because they expect it to feel more "solid", and not so featherweight.

- Fairly thin. Good if you wear your phone in the pocket of your pants.

- The UI is buttery smooth, with no hiccups that are common on all other Android phones I've seen. Not sure if it's Samsung's new powerful GPU (Exynos), software optimizations that they did, or a combination of both, but overall this thing is just as slick as iPhone 4.

- It can be rooted, and custom ROMs already exist. No signed bootloaders or other similar malarkey.

- It comes with Android 2.3. That means better perf, WiFi tethering/hotspot out of the box, and the ability to tilt and rotate the map in Google Maps - among other things.

- It comes with Polaris Office. It is a very nice Android office suite - from what I've seen so far, more full-featured than Docs to Go, QuickOffice etc - especially when it comes to supporting advanced MS Office features such as charts. It cannot be purchased from the market, and only comes bundled with select devices, such as this one or Asus Transformer.

- MicroSD card slot, for all those gigabytes of music.

- It has CyanogenMod. They've finally got Bluetooth working, so you can use it for everything.

Bad things:

- Battery life doesn't seem to be so good. It gets through the day, but if you forget to charge it in the evening it won't last you a second day (except if only on standby). It seems to be purely a software issue as people with (unofficial) Android 2.3.5 report much better numbers. Likely going to be fixed when 2.3.5 officially rolls out for XEU models.

- It heats up quite a bit when in active use. More so than any other phone I've used. It's not exactly a surprise considering 1.2GHz dual-core CPU and a powerful GPU, and I suspect that ultra-thin form factor makes cooling less efficient than it could have been otherwise. Overall it's tolerable, but very noticeable.

- Some applications seem to be showing images in 16-bit color rather than 32-bit (particularly the browser). This leads to nasty dithering artifacts, especially on bands of clear colors and gradients. Head to XDA-developers forum for Galaxy S II for more details on this. It seems to be a software issue, so future updates may solve it.



Advertisement

**Most Recent Customer Reviews**

★☆☆☆☆ **Bad Experience**
Well, the least to say, like all previous samsung cell phones, They last only a year. Have to buy a new cell phone again. Read more
Published 13 hours ago by Fh Brink

★★★★★ **Amazing**
One of my best amazon's purchase, excellent android cell phone, really rocks! It's really fast, amazing video quality and pictures..
Published 2 days ago by Diego Pandiani

★★★★★ **Perfect**
I have nothing more to say... it's just perfect. Works ok and is a really nice phone. Arrived without problems.
Published 2 days ago by Daniel I. Orellana

★★★★★ **Samsung**
I love the Samsung SII and each day I am discovering more things I can do with it that I was not aware prior to purchasing.
Published 13 days ago by Jessica Lloyd

★☆☆☆☆ **Garbage**
I bought this phone just passing 1 year now for my wife and a week ago it decided to corrupt the file on the phone that keeps the IMEI number.
Read more
Published 25 days ago by Eduardo Otero Jr.

Things to be aware of:

- Front is full glass, back is textured plastic. I love the back for the texture, which looks pretty nice and gives a good grip when held, but it's not as "oh, shiny" as iPhone 4. Lack of metal seems to be what makes it so light, among other things. On the other hand, I didn't notice any creaking, so assembly is high-quality.

- It runs Android 2.3.4 (as of this writing). However, there is no voice/video chat in Google Talk. Google Voice can be installed (in US) and works fine. There's no clear schedule on official updates so far, but 2.3.5 has been released in some countries and is likely coming soon for XEU version.

- Android is not stock, but Samsung's TouchWiz. This is much less invasive than what you typically see on HTC Android phones, and some changes are fairly nice. But many people prefer stock.

86 Comments  |  Was this review helpful to you? Yes  No

138 of 141 people found the following review helpful
★★★★★ **Gorgeous Display, Awesome Phone**  June 4, 2011
By Robert P. Seaton

This phone is awesome. As far as appearance goes, it's *thin.* Like, 8.49 mm thin. Much thinner than the iPhone 3G that I owned previously. Although it's thin, the curved sides allow for easy gripping. The casing itself is plastic, so it feels cheaper than other all-aluminum phones, but its absolute thinness prevents if from feeling cheap. It's a classy phone.

The screen is massive (4.3") and beautiful. It's probably the best single feature of the Galaxy S II. You can view the display from all kinds of angles (good for sharing pictures of cats) and the colors really pop. This is all due to Samsung's patented Super AMOLED Plus technology. It's the secret juice that makes the Galaxy S II's screen really stand out when compared to other phones. One semi-downside of the display is that it's resolution is 800x480 and NOT qHD. This means when watching HD movies you have to deal with annoying black bars around the film to maintain the viewing format.

The awesomeness of the screen, though, really can't be overstated. It's vibrant. Pictures and video are vivid and really pop off the screen, even in direct sunlight. The viewing angles and contrast are great. Really, a superb screen. Blows my old iPhone 3G's screen out of the water. It's a beauty to behold. Web pages render stunningly.

Samsung's S-AMOLED Plus technology also helps with battery life by selectively powering down black pixels to maintain battery life. This means that even though the phone has an impressive two cores clocked at 1.2GHz each and that beautiful 4.3" display, battery life is still impressive. I manage to go two days between charges and that's with fairly frequent usage. I do notice that taking a lot of pictures seems to drain the battery life, though, so you'll want to keep that in mind if you have cats. You should be able to get at least two days of battery life, I'd say. The Galaxy S II is certainly no slouch when it comes to the battery life department.

When it comes to internet, this phone supports 21.1Mbps HSPA+ speeds, so downloads are blazingly fast. This is another area where it blows my old iPhone 3G out of the water. Downloading apps feels almost instantaneous and web pages load very quickly. You might want to check if your area is covered by 4G, as coverage isn't that extensive.

Camera quality is pretty decent at 8 megapixels. Of course, any professional photographer will want to carry around a dedicated camera, but the Galaxy S II more than suffices at Facebook pictures. One complaint I do have about the camera is that the flash tends to be a little strong and people end up looking like ghosts. Maybe Samsung will do something about this in a software update, I don't know if that's possible or not.

One interesting feature regarding photography is that the phone comes with a photo editor app. It's rather lightweight and I doubt anyone could use it for professional touch ups, but for simple things like cropping or stylizing images it's very convenient.

The phone can also record video in full HD (1080p). Quality is excellent, like nothing I've ever seen from a phone before. This will eat through battery fairly quickly though, but I'd wager you would still get 4 - 5 hours of usage even if you were recording video the entire time, which you of course wont be doing.

As far as software goes, remember that this phone has a powerhouse dual-core 1.2GHz Exynos processor that can handle *anything* I throw at it. The phone is always very snappy. It flies through homescreens, menus, and applications. In Quadrant, the phone scores between 3,000 to 3,400+ and in Linpack it gets about 47 mflops.

All in all, this phone is excellent and I'm very happy with my purchase. It's a real upgrade over my old iPhone 3G. It supports blazing fast 4G downloads, has a stunning 4.3" screen powered by Super AMOLED Plus technology, and with two 1.2GHz processors, it can handle any workload that I throw at it.

22 Comments  |  Was this review helpful to you? Yes  No

113 of 119 people found the following review helpful
★★★★☆ **Great phone, even for the price...**  June 24, 2011
By C. Samel

First off, if money is hurting you, then look for another phone. But if you can afford to shell out $700, then the SGS2 unlocked is perhaps the only phone that can justify it.
**Camera---best i've seen on a smartphone (barely beating iphone 4)...

**Screen---vibrant colors on the samoled+ w/o the pixelated effects on the regular samoled. the 4.25 isn't too big or too small for my taste. although i must add that it looks bigger in real life than it does in the video reviews.

**Form factor---Very slim, incredibly lightweight, takes a little getting used to bc the size-thickness ratio. almost feels like holding some type of card...really wish they would have used a smooth battery cover instead of textured.

**Build quality---despite the fact the its form and plastics make it seem cheap, it actually feels pretty solid. the batter cover is made of some type of material that makes it very flexible w/o snapping.

**Dual core cpu---smooth. but what can I say for 1.2Ghz dual core? other than that, you wouldn't really notice much else difference from a 1Ghz single core...for now anyways.

**Media---Codecs that let you play DivX, Xvid, among others is great. Havent really tested games on here, so cant comment on that. DLNA is cool, but I miss the HDMI out.

**Battery---I've heard horror stories about the 1650mAh battery life, but I honestly havent seen any worse performance compared to other HTC/Samsung/Moto android smartphones. YMMV

**Software---GB 2.3.3 on there with touchwiz 4. TW4 is really starting to grow on me, but I wish it had more and better widgets like an rss news feed, or a friends feed that blends twitter and fb together. Although TW4 widgets look really pretty, some stuff like the keyboard needs more refinement. idk why the call log would display sms sent/received...weird stuff like that are found here and there on the UI...also the app tray SUCKS.

**Storage---got the 16gb. VERY HAPPY that it has 16gb internal with a micro sd slot for more. i threw in an old 16gb in there for a total of 32gb. allows it to be a media powerhouse.

**Speaker---very loud, yet crisp. HUGE step up from my nexus s 4G.

---

★★★★★ **Amazing phone!**
I love Samsung Galaxy, this was my first Samsung phone. I switched from HTC, because I didn't like any of their new models anymore and I don't regret at all. Read more
Published 1 month ago by Thomas

★★★★★ **Have S2 now Looking to get S3**
I purchased S2 unlocked international version back in November 2011 and till now i never had any trouble using, Phone was beyond my expectations and was just as the seller...
Read more
Published 1 month ago by Aditya

★☆☆☆☆ **dont like**
i shouldnt bought this galaxy s2. now i have problem with its screen. its not working. i tried to go to samsung centers but they dont have the parts for my model... Read more
Published 2 months ago by kelo

★★★☆☆ **Great phone for the most part**
This phone is amazing. The design, the screen, the camera. And also the feel of it. It was amazing. The reason I am giving 3 stars rather then 5 ids because one day I was using the...
Read more
Published 2 months ago by Jake

★☆☆☆☆ **FGS TRADING**
Samsung i9100 Galaxy S II Unlocked GSM Smartphone with 8 MP Camera, Android OS, 16 GB Internal Memory, Touchscreen, Wi-Fi, and GPS--No Warranty (Noble Sold by: FGS Trading ( seller... Read more
Published 3 months ago by Elena

**Search Customer Reviews**
[          ] Go
☑ Only search this product's reviews

"Speaker---very loud, yet crisp. HUGE step up from my nexus s 4G.

All in all, i'm satisfied with the purchase. not VERY satisfied, but satisfied...however considering the price i paid, that says a lot. this phone is definitely the best android phone out there right now, and if they touch up TW4, it will be the king of the hill until the next generation of sgs launches...4 stars only bc of the price and UI isn't complete...sorry for the lengthy review ;-)

3 Comments  |  Was this review helpful to you?  [ Yes ] [ No ]

› See all 215 customer reviews (newest first)

[ Write a customer review ]

---

## Related Items

- Most Popular
- Cases & Covers
- Screen Protectors
- Unlocked Cell Phones
- Batteries
- Accessory Kits
- Computer Tablets


Solid Skin Cover (Black) for SAMSUNG i9100 (Galaxy S 2)
★★★☆☆ (36)
**$2.06**
In Stock from Crazy-Store (ship from Hongkong).
[ Add to Cart ]


Amzer Silicone Skin Jelly Case for Samsung Galaxy S II...
★★★★☆ (12)
$9.95 **$8.09**
In Stock from AZPerfume.
[ Add to Cart ]


OTTERBOX Samsung Galaxy S II (i9100) Commuter Series Case
★★★★☆ (113)
$34.95 **$23.74**
In Stock from COUGARCELL.
[ Add to Cart ]


Cbus Wireless Three LCD Screen Guards / Protectors for Samsung...
★★★☆☆ (40)
**$0.96**
In Stock from Digital Center (Ships From Hong Kong).
[ Add to Cart ]


SAMSUNG GALAXY S2 i9100 - 5 Pack Premium Reusable LCD...
★★★☆☆ (49)
$600.00 **$1.12**
In Stock from Importer520 ( USA Seller ).
[ Add to Cart ]

---

## Forums

| Topic | From this Discussion |
|---|---|
| no warranty? | It could be used on AT&T network, but it is not sold by AT&T<br>May 27, 2011 by Hermann Wecke  |  See all 22 posts |
| Any issues getting phone to work in US on AT&T? | Please Remember! In order for your AT&T data to work on this phone you must define the APN. Follow these instructions.<br><br>Go to: Settings > Wireless & Network > Mobile Networks > Access Point Names > Press Menu Button & Select 'New APN'<br><br>From there you will need to enter all the... Read more<br>Aug 26, 2011 by inurb  |  See all 6 posts |
| Is it compatible with brazilian GSM? | Just wondering why does it say 'NO Warranty', it does not even cover the manufacture warranty? Also any idea if it is compatible with Toronto,Canadian carrrier 'Rogers'.<br>Aug 8, 2011 by Imran  |  See all 4 posts |
| International unlock??? | Yes you can use it outside USA<br>Jun 25, 2011 by Jose M. Munoz  |  See all 6 posts |
| US versions. | Tam Vu I'm sorry to report that the Tmobile's version of the galaxy sII will also have 4 capacitive buttons rather than the physical central home button. Sorry... http://www.engadget.com/2011/08/26/trio-of-us-samsung-galaxy-s-ii-models-get-together-for-a-group-p/<br>Aug 26, 2011 by inurb  |  See all 4 posts |
| Scratches | Be the first to reply |

**Search Customer Discussions**
[               ] [ Go ]
Search all Amazon discussions

**Related forums**
- car electronics forum
   - what speakers do I need?
   - Question
   - See all 10 discussions...
- Sell Your iPhone forum

› See all 55 discussions   [ Start a Discussion ]

---

## eGift This Item (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.





---

## Look for Similar Items by Category

### Feedback

› If you need help or have a question for Customer Service, **contact us**.
› Would you like to **give feedback on images** or **tell us about a lower price**?
› Is there any other feedback you would like to provide? **Click here**

---

HassleFreeCell Privacy Statement        HassleFreeCell Shipping Information        HassleFreeCell Returns & Exchanges

**Your Recent History** (What's this?)

Recently Viewed Items | Continue Shopping: Customers Who Bought Items in Your Recent History Also Bought | Page 1 of 10


Bobby Bare Sings Lullabys,...
Bobby Bare
Audio CD

16 Biggest Hits

