# Exhibit 4



# Final Details for Order #002-3878858-9780256
Print this page for your records.

**Order Placed:** March 6, 2012
**Amazon.com order number:** 002-3878858-9780256
**Order Total: $587.22**

## Shipped on March 6, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Samsung i9100 Galaxy S II Unlocked GSM Smartphone with 8 MP Camera, Android OS, 16 GB Internal Memory, Touchscreen, Wi-Fi, and GPS--No Warranty (Noble*<br>Condition: New<br>Sold by: Dolphin International Inc (seller profile) | $569.00 |

**Shipping Address:**
Edward Sittler
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $569.00
Shipping & Handling: $18.22
-----
Total Before Tax: $587.22
Sales Tax: $0.00
-----
**Total for This Shipment: $587.22**
-----

## Payment Information

**Payment Method:**
Visa | Last digits: 9788

**Billing Address:**
Edward Sittler
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Item(s) Subtotal: $569.00
Shipping & Handling: $18.22
-----
Total Before Tax: $587.22
Estimated Tax To Be Collected: $0.00
-----
**Grand Total: $587.22**

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates