# Exhibit 5







**Ads by Google**

**Top 10 Prepaid Cell Phone**
Bestselling Prepaid Cell Phone Best Prices Ever!
DealHunter.us

**Introducing Nexus 10**
The powerful tablet from Google. The playground is open. Learn more.
www.google.com/nexus

**Cheap Cell Phone Plans**
Find Unlimited Data, Voice & Text Plans, With Free Smart Phone Choice
smarter.com/CheapCellPhonePlans

**iPhone 4s Blowout Sale**
iPhone 4s Up to 55% Off 2012 Big Sale On Now!
CompareStores.net



**TRADE IN AND SAVE**
WE GIVE YOU BEST BUY® GIFT CARDS FOR YOUR GENTLY USED ELECTRONICS AND GAMES. **LEARN MORE ›**  BBY TRADE-IN

**GET A CARD**
Save Money with exclusive financing offers and earn Reward Zone points.

**CREDIT CARDS**
Apply Now
Make a Payment

**REWARD ZONE® PROGRAM**
Learn More
Check Your Points

**PRODUCT SUPPORT**
Installation & Delivery
Warranties & PSPs
Check Gift Card Balance
Product Recalls
Trade-in Center
Recycling
PartStore
Marketplace Orders

**ORDER SUPPORT**
Order Status
Shipping & Store Pickup
International Orders
Store Pickup
Returns & Refunds
Customer Service
Price Match Guarantee

**LEGAL**
Conditions of Use
Legal Notices
Privacy Policy
California Privacy Rights
California Supply Chain Transparency Act

**PARTNERSHIPS**
Developers
Affiliate Program
Reward Zone Partners
Advertise with Best Buy

**CORPORATE INFO**
About Best Buy
News – The BBY
Careers
For Our Investors
Sustainability
Community Relations
Contact Us
Site Map
More Best Buy Sites

**GET CONNECTED**
Ask Twelpforce
Join Us on Facebook
Share Your Ideas
Community Forums
Best Buy Phone & Tablet
More Ways to Connect ›

**Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)**
Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003-2012 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.

