# Exhibit 6



- Multi-touch input method

Messaging:
- Threaded view SMS and MMS
- Email

Included:
- 2GB memory card

Do you have questions about this product? **Ask a question.**

## People Who Viewed This Item Also Viewed

 **Samsung Galaxy 8GB Android Player 4.0...** site to store ★★★★★ **$149.98**

 **Straight Talk Samsung Galaxy SII Prepaid...** site to store ★★★★★ **$349.00**

 **Straight Talk Samsung Galaxy Proclaim...** site to store ▼ Rollback ★★★★★ **$149.88**

 **Samsung Galaxy 8GB Android Player 5.0...** site to store ★★★★★ **$179.98**

 **T-Mobile Samsung T679 Exhibit II 4G...** site to store ★★★★☆ **$189.00**

### Specifications  Top of Page

cnet powered by Content Solutions

| General | |
|---|---|
| Depth: | 0.5 in |
| Height: | 4.4 in |
| Product Type: | Android Phone |
| Weight: | 4 oz |
| Width: | 2.4 in |
| Form Factor: | Bar |
| **Connections** | |
| Connector Type: | Micro-USB ¦ Headset jack - mini-phone 3.5 mm |
| **Cellular** | |
| Technology: | WCDMA (UMTS) / GSM |
| **Display** | |
| Type: | LCD display - color |
| Display Resolution: | 320 x 480 pixels |
| Diagonal Size: | 3.5" |
| Technology: | TFT |
| **Battery** | |
| Technology: | Lithium ion |
| Capacity: | 1350 mAh |
| **More Information** | |
| Model No.: | S5830 |
| Shipping Weight (in pounds): | 0.56 |
| Product in Inches (L x W x H): | 4.43 x 2.36 x 0.45 |

### Customer Product Reviews  Top of Page

**Overall Rating Totals**
- 5 Stars ▬▬▬ (3)
- 4 Stars ▬▬ (2)
- 3 Stars ▬ (1)
- 2 Stars (0)
- 1 Star (0)

See all 6 reviews

**Customer Recommendation**

**83%**  5 out of 6 reviewers would recommend this product to a friend.

⊕ Filter by rating or customer

Sort By: Most Helpful ▼    **Write a Review**

★★★★☆
**WARNING!! THIS PHONE MAY NOT BE ACCEPTIBLE TO AT&T**    04/26/2012

I have this phone. I love this phone.

HOWEVER, AT&T was reluctant to associate it with their network as it DOES NOT come up on their list of acceptable telephones. The AT&T rep and I figured it was because it was a new model.

I later learned when I...**(read full review)**

Was this helpful? Yes **93**   No **12**

Report inappropriate content

Share this review: [f] [t]

**Post Comment**

**ILoveWalmartNV**
NV
Recommends this product? **No**
Age: **55 - 64**
Gender: **Male**
Ownership: **3 - 4 months**
Usage: **Every day**

Value            ▬▬▬▬▭
Meets Expectations ▬▬▬▬▭

★★★★★
**I love the phone**    06/09/2012

The only thing I don't like about it is Straight Talk wasn't any help in getting it up and going at all. They told me to call

**lobo9099**
Gaylord, MI
Recommends this product? **Yes**
Age: **45 - 54**
Gender: **Female**



Samsung and Samsung told me that because it wasn't made in the U.S. they couldn't help me. Funny I bought it in the U.S....(read full review)

Was this helpful? Yes 22  No 8

Report inappropriate content

Share this review:

Post Comment    Read Comments (2)

Ownership: **2 - 7 weeks**
Usage: **Every day**

Value
Meets Expectations

★★★★★
galaxy ace                                      05/11/2012

i love the quickness, apps, and quality , i love it. a little smaller than i expected but i love it.

Was this helpful? Yes 10  No 5

Report inappropriate content

Share this review:

Post Comment

ravince
youngstown, ohio
Recommends this product? **Yes**
Ownership: **2 - 7 weeks**
Usage: **Every day**
Age: **35 - 44**
Gender: **Female**

Value
Meets Expectations

★★★★★

ENZOMAC
TEXAS