# Exhibit 7



## Special Offers and Product Promotions

- Save 5% on **Motorola HM17txt Bluetooth Headset with Text to Speech Technology** when you purchase $24.99 or more of Qualifying items offered by Wireless Everything. **Here's how** (restrictions apply)

  **Add Both To Cart**

- **Six-Month Financing:** For a limited time, purchase $149 or more using the **Amazon.com Store Card** and get no interest for 6 months on your entire order if paid in full in 6 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 6 months. Minimum monthly payments required. Subject to credit approval. 1-Click and phone orders do not apply. **See complete details and restrictions**

## Frequently Bought Together



**Price For Both: $195.43**

**Add both to Cart**   **Add both to Wish List**   Show details

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Samsung S5830 Galaxy Ace - Unlocked Phone - Black by Samsung   $182.99
☑ SanDisk 16 GB microSDHC Flash Memory Card SDSDQ-016G (Bulk Packaging) - Class 2 by SanDisk   $12.44

## What Other Items Do Customers Buy After Viewing This Item?

- **Samsung Galaxy Ace S5830 US 3G 850/1900 5MP / WIFI / GPS / Touch Screen Unlocked World Smartphone International Version** by Samsung
  ⭐⭐⭐⭐☆ (60)
  $182.99

- **SAMSUNG Y GALAXY S-5360 Phone** by Samsung
  ⭐⭐⭐⭐☆ (49)
  $119.99

- **SanDisk 16 GB microSDHC Flash Memory Card SDSDQ-016G (Bulk Packaging) - Class 2** by SanDisk
  ⭐⭐⭐⭐⭐ (870)
  $12.44

- **Apple iPhone 3GS 8GB - Unlocked** by Apple
  ⭐⭐⭐☆☆ (123)
  $209.00

› **Explore similar items**

## Technical Details

- 3-inch TFT LCD capacitive touchscreen, DNSe sound enhancement, Stereo FM radio with RDS
- This unlocked cell phone will work on GSM carriers like AT&T and T-Mobile. Not all carrier features may be supported.
- Unlocked Quad-Band GSM cell phone compatible with 850/900/1800/1900 GSM and HSDPA 850/1900 MHz 3G frequencies plus GPRS/EDGE capabilities
- Android OS, v2.2 (Froyo), 5 MP Camera with autofocus, LED flash,
- Talk time up to 11 hours - Standby up to 640 hours. Media player, Skype text input method and Gorilla Glass display.
- Bluetooth v2.1 with A2DP and microSD, up to 32GB.

› **See more technical details**

## Product Details

**Product Dimensions:** 4.4 x 2.4 x 0.4 inches ; 3.8 ounces
**Shipping Weight:** 11.2 ounces (View shipping rates and policies)
**Shipping:** Currently, item can be shipped only within the U.S.
**ASIN:** B004XIE6WI
**Item model number:** S5830L
**Batteries:** 1 Lithium ion batteries required. (included)
**Average Customer Review:** ⭐⭐⭐⭐☆ (111 customer reviews)
**Amazon Best Sellers Rank:** #571 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)
    #8 in Cell Phones & Accessories > Unlocked Phones

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

The Samsung GALAXY Ace takes a minimal approach in its design, resulting in a sophisticated mobile that will allure. The smooth rounded edges and slim, compact size are a pleasure to wrap your fingers around, just as the large 3.5" HVGA screen is a delight to watch. with approximately 100, 000 apps available on the Android Market, there's no end to what your mobile can do. Enjoy countless games, utilities, news, health and finance applications with more being added each day. The scope of what GALAXY Ace can do is virtually unlimited! GALAXY Ace offers a fully integrated one-page layout of your phone book, IM, email, and SNS. You can also organize and view your contacts according to four separate formats–Info, History, Activity and Media–so you can customize your layout just the way you want it. GALAXY Ace comes fully loaded with all I need for smooth web browsing, downloading and more. Equipped with a strong 800MHz processor and Wi-Fi, I can surf the web, download apps quickly, and share content with friends. Multitasking is a breeze, so we can have fun in all sorts of ways. GALAXY Ace features Quicktype by SWYPE, an intelligent interface that connects the dots made by your finger to figure out what you are trying to write. By moving your finger across the keypad from letter to letter in one fluid motion, the mobile senses exactly what you want to say!

## Customers Who Bought This Item Also Bought

Page 1 of 14

      

| SanDisk 16 GB microSDHC Flash Memory Card SDSDQ-016G (Bulk Packaging) - Class 2 | eForCity Three Clear Screen Protectors / Covers for Samsung® Galaxy Ace GT-S5830 | eForCity TPU Rubber Skin Case for Samsung® Galaxy Ace GT-S5830, Frost Black S Shape | Samsung Galaxy Ace S5830 Gel Skin Case - Black | SAMSUNG GALAXY ACE BLACK TPU GEL SKIN CASE, WITH 2 SCREEN PROTECTORS, IN ... | Rapid Car Kit Auto Plug-in Power Charger for Samsung GALAXY Ace S5830 - Samsung GALAXY Fit ... | eForCity TPU Rubber Skin Case for Samsung® Galaxy Ace GT-S5830, Frost Purple S Shape |
|---|---|---|---|---|---|---|
| ⭐⭐⭐⭐ (870) | ⭐⭐⭐⭐ (19) | ⭐⭐⭐⭐ (32) | ⭐⭐⭐⭐ (17) | ⭐⭐⭐⭐ (17) | ⭐⭐⭐⭐ (3) | ⭐⭐⭐ (3) |
| $12.44 | $0.79 | $2.46 | $1.25 | $7.90 | $2.82 | $3.95 |

## Customers Viewing This Page May Be Interested in These Sponsored Links   (What's this?)

- **Samsung galaxy phone** — Buy **Samsung galaxy phone** in the Bay Area. Call 888-639-5463   www.evo2inc.com/
- **Unlocked Samsung Phones** — Find Info On **Unlocked** Cell **Phones**. It Is Always Smarter To Ask!   www.smartask.com/**Unlocked.Phones**
- **Verizon Unlocked Cell Phones** — Compare Verizon Cell **Phones** Verizon Cell **Phones** At Great Prices   verizon.**phones**.neartoyou.net/

See a problem with these advertisements? **Let us know**

## Customer Reviews


⭐⭐⭐⭐ (111)
3.9 out of 5 stars

| | |
|---|---|
| 5 star | 52 |
| 4 star | 29 |
| 3 star | 8 |
| 2 star | 9 |
| 1 star | 13 |

See all 111 customer reviews

" *Android os is very good too, Lots of Apps.* "
Cesar Souza | 11 reviewers made a similar statement

" *Works great with the 3G network from my country (Costa Rica).* "
Jose M. | 8 reviewers made a similar statement

" *I switched the language setting in the phone over to English and tested the phone out.* "
Just The Facts! | 9 reviewers made a similar statement

### Most Helpful Customer Reviews

168 of 177 people found the following review helpful
⭐⭐⭐ **My new phone**  September 7, 2011
By I.T.
Amazon Verified Purchase

This phone is good and works with different SIM Cards as advertised,but comes without the Manual and/or the Software which took me a long time to find on the NET without paying somebody.
The disturbing fact is that it is falsely advertised as having a 1 year US Warranty, however it is not supported by Samsung USA at all and I was advised to contact Samsung Philippines by e-mail (no toll-free number)and their response was below any expectation, but lucky I have managed to resolve the Bluetooth problem myself. The Manual I have found has mistakes regarding the correct settings in some areas.
I wish Amazon will review the Warranty Policy for this product and advise how to proceed if the Service is needed
I.T.

3 Comments | Was this review helpful to you?  Yes   No

64 of 67 people found the following review helpful
⭐⭐⭐⭐⭐ **Nice middle range smartphone. Buen Smartphone!!**  February 23, 2012
By Jose M.
Amazon Verified Purchase

I purchased this phone for a couple of months and to be honest is my first experience with smartphones, because it has taken me several days to get familiar with its operation, and I went from having a regular phone to this incredibly functional gadget and change has been a noticeable leap, its 800 mHz processor is quite fast and efficient. The touch screen is very good quality, sensible, scratch resistent (gorilla glass), decent amazing definition and brightness. It's camera takes pictures of acceptable quality, and the video runs smoothly. The size of the phone without being small makes it suitable for carrying in your pocket without a problem, or the discomfort of smartphones largest and highest range and price.
Android as operattivo system is very friendly and intuitive, easy to use and I very have power because all you can do with a phone and more!
Works great with the 3G network from my country (Costa Rica). Simply insert the SIM and voila, a few minutes I was conected and running properly, I did not think it would be so simple to be honest!
The only negative thing I could say so far is the short battery life when using multiple functions simultaneously (common problem with smartphones) as already mentioned in other grades here ... But this is easily solved with an extra charger in the office and at home, and upload daily ... jeje!
At last I can recommend this phone without fear for those who like me (not being a fan for the latest in technology) nedd the benefits of a smartphone that have a good average performance, but with several extra applications that allow you to grow and evolve according to your needs as a user ... By the way I wrote this review from my phone, which I think is really amazing!

Adquirí este telefono desde hace un par de meses y para ser sincero es mi primer experiencia con smartphones, debido a esto me ha tomado varios dias para familiarizarme con su funcionamiento, ya que pasé de tener un telefono regular a este increiblemente funcional aparatito y el cambio ha sido un salto cualitativo notorio, su procesador de 800 mhz es bastante rapido y eficiente. La pantalla tactil es de muy buena calidad, sensible, resistente a rayones (gorilla glass), con decente definicion y brillos asombrosos. Su camara toma fotos de una calidad aceptable, y el video corre muy bien. El tamaño del telefono sin ser pequeño, lo hace adecuado para llevarlo en el bolsillo sin mayor problema, ni la incomodidad de smartphones mas grandes y de mayor rango y precio.
Android como sistema operativo es muy amigable e intuitivo, facil de usar y me encanta ya que potencia todo lo que puedes hacer con un telefono y mas!
Funciona muy bien con la red 3G de mi pais (Costa Rica). Simplemente insertar el SIM y listo, a los pocos minutos ya estaba enlazado y funcionando adecuadamente, no crei que seria tan sencillo para ser honestos!
La unica cosa negativa que podria decir hasta ahora es la corta duracion de la bateria al usar varias funciones simultaneamente (problema comun con los


MY GOLF SWING ISN'T GETTING ANY PRETTIER, BUT I AM.
Charles lost 43 lbs* on Weight Watchers.
WeightWatchers
*People on plan can expect to lose 1-2 lbs/wk
Advertisement

### Most Recent Customer Reviews

⭐⭐⭐⭐⭐ **good phone i recomend it**
Its a very good phone i totally recomend it the battery life is good . I used it for the whole day with wifi texting calling and it was up to 10-12 hours very good phone
Published 23 hours ago by Elier

⭐⭐⭐⭐ **Unlock is nice**
Nice phone that fills in for sub-Galaxy S II price. Product delivered promptly and working quickly in T-Mobile 2G, Wi-Fi only (no data plan!) mode.
Read more
Published 6 days ago by Calvert Wong

⭐⭐⭐⭐⭐ **Good Phone....**
Samsung S5830 Galaxy Ace - Unlocked Phone - Black Lower-middle range does his duty and very stable android 2.3.3
Published 14 days ago by Christian

⭐⭐⭐⭐⭐ **I LOVE IT**
I think this is an amazing product, doesn't have anything bad, i can recommend this product to all the people
Published 14 days ago by soraya

⭐⭐⭐⭐⭐ **Good phone!**
Received by the stated ship date. Was able to easily use my American and Spanish SIM cards

smartphones) como ya lo han mencionado en otras calificaciones aqui... Pero esto es facilmente solucionable con un cargador extra en la oficina y otro en casa, y cargarlo diariamente... jeje!

En fin puedo recomendar sin temores a este telefono para aquellos que como yo (sin ser un fanatico por lo ultimo en tecnolgia) ocupamos los beneficios de un buen smartphone de desempeño medio, pero con varias aplicaciones extra que te permitan crecer segun tus necesidades y evolucionar como usuario... Por cierto he escrito esta critica desde mi telefono; lo cual me parece asombroso!!!

4 Comments | Was this review helpful to you? **Yes** **No**

83 of 89 people found the following review helpful

★★★☆☆ **One phone has the "Sleep of Death" issue** September 7, 2011
By **Larry**
*Amazon Verified Purchase*

Have two of these phones for a couple of weeks. One phone works perfectly, no issue whatsoever. The other has the SOD ' Sleep of Death' issue multiple times. SOD = phone shuts itself off. Google solutions and tried them all but nothing works. Downloaded the lastest OS - Gingerbread 2.3.4 thru Samsung Kies but issue remains. This one is going back for an exchange. Neither of the phones is rooted.

Overall I really like the phone, value vs. price and I think you are not going to get a better deal. A good beginner android phone that is almost iphone like.

Pros: Screen size 3.5" is perfect for me. The overall phone size isn't too big either. Plenty of free apps to download. Gingerbread improves the battery life.

Cons: Internal memory is small. You won't be able to download a lot of apps. And you can't install the apps to the external SD card unless you root the phone (become a superuser) but that immediately voids the warranty. I read somewhere that you can un-root the phone if needed... Last minor issue, the touch screen isn't as sensitive as I like it but this could be the problem with having a Zagg shield on.

Update 9/9/11: Received the replacement but it is also going back to Amazon. This time I didn't even power up the phone, the problem is on the touchscreen, there are 6 spots (about the size of a dime) that cannot be cleaned, looks like it is actually on the other side of screen. This is really getting old, all I want is another phone withour issue. And dealing with the exchange process is a nightmare. At least exchanging wireless phone is totally different than exchaning anything else Amazon sells. Stay tuned...

3 Comments | Was this review helpful to you? **Yes** **No**

› **See all 111 customer reviews (newest first)**

[ Write a customer review ]

---

easily use my American and spanish sim cards with the phone. No problems thus far, I am very happy with my purchase! Read more
*Published 18 days ago by Jessica L. Cheney*

☆☆☆☆☆ **Received a locked phone**
I ordered this 3 days ago. Got it in 2 days as i am a Prime member.
I was looking for an unlocked phone but what i received was a locked phone. Read more
*Published 20 days ago by Vinoth Selvaraj*

★★★★★ **Buy Unlocked Every Time!**
I bought this phone for my boyfriend who lives in Costa Rica. It came exactly as described from OG Wireless (Open Group Wireless).
Read more
*Published 25 days ago by BoundforCostaRica*

★★★★☆ **Samsung Ace**
Great item and purchase experience. It was received right on time. The item have not presented any problem, it works correctly in Ecuador.
*Published 1 month ago by María*

★★★★★ **its Perfect**
is very fast and very cute, I love it, applications are great and has a very good camera both photography and video I recommend it 100%
*Published 1 month ago by Meri*

★★★☆☆ **Samsung S5830 - Battery life**
Hmmm.. the phone is quiet awesome and handy but the only drawback would be battery life, Phone is getting heated while in charge as well as when the phone is used with wi-fi the...
Read more
*Published 1 month ago by Raj*

**Search Customer Reviews**

[                    ] [ Go ]

☑ Only search this product's reviews

---

## Related Items

Most Popular
Cases & Covers
Screen Protectors
Accessory Kits

Page 1 of 2

 

eForCity TPU Rubber Skin Case for Samsung© Galaxy Ace GT-S5830,...
★★★★☆ (32)
$2.46
In Stock from Electromaster.
[ Add to Cart ]

Samsung Galaxy Ace S5830 Gel Skin Case - Black
★★★★☆ (17)
~~$29.99~~ $1.25
In Stock from Crazy-Store (ship from Hongkong).
[ Add to Cart ]



SAMSUNG GALAXY ACE S5830 Gel Skin Case BLACK TPU GEL SKIN CASE, WITH 2...
★★★★☆ (17)
$7.90
In Stock from PODJUNKIE.
[ Add to Cart ]



eForCity Three Clear Screen Protectors / Covers for Samsung© Galaxy...
★★★★☆ (19)
$0.79
In Stock from Importer520 ( USA Seller ).
[ Add to Cart ]



5-Pack EZGuardZ Samsung GALAXY ACE S5830 Screen Protectors (Ultra CLEAR)(EZGuardZ
★★★★☆ (23)
~~$11.99~~ $5.99
In Stock from Prestige Solutions.
[ Add to Cart ]

 

Amzer AMZ94108 Anti-Glare Anti Scratch Screen Protector Shield with Cleaning...
★★★★☆ (2)
$6.95
In Stock and eligible for FREE Super Saver Shipping
[ Add to Cart ]

---

## Forums

| Topic | From this Discussion |
|---|---|
| S5830 vs. S5830L | S5830 L is for ATT 3G servies (850) and S5830 is for Tmobile 3g (900).<br><br>They both take sim cards.<br>Dec 26, 2011 by G. Gonzaga \| See all 11 posts |
| US Warranty | That is correct. I ordered this phone and just went through the process with it. Samsung said that there is absolutely no warranty or support for it at all in the U.S.<br>Apr 10, 2012 by Just The Facts! \| See all 7 posts |
| Verizon Compatible? | No it would not be compatible. Verizon uses CDMA technology - This phone is GSM.<br>Sep 6, 2012 by Just another shopper! \| See all 2 posts |
| Useable in the UK? | Yes it will. I bought mine (S5830i - i is the international model 832Mhz instead of 600Mhz and Gingerbread 2.3.6 :-) in UK last week and was using 02's pay-as-you-go network. Once I got back to the USA, I got it unlocked and transferred my old Straight Talk number (have to get a new SIM card... Read more<br>Jul 12, 2012 by Bril4764 \| See all 2 posts |
| Mandatory data plan? | Yes<br>Jul 3, 2012 by William C. Howard \| See all 3 posts |
| Tmobile compatible? | Be the first to reply |

**Search Customer Discussions**

[                    ] [ Go ]
Search all Amazon discussions

### Related forums

car electronics forum
what speakers do I need?
Question
See all 10 discussions...
Sell Your iPhone forum

 › See all 12 discussions    Start a Discussion

---

**eGift This Item** (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.

Get Started


Thought you might like this...

---

**Look for Similar Items by Category**

Cell Phones & Accessories > Unlocked Phones

---

**Feedback**

› If you need help or have a question for Customer Service, **contact us**.
› Would you like to **give feedback on images** or **tell us about a lower price**?
› Is there any other feedback you would like to provide? **Click here**

---

| Wireless Everything Privacy Statement | Wireless Everything Shipping Information | Wireless Everything Returns & Exchanges |

---

**Your Recent History** (What's this?)

**Recently Viewed Items**


Samsung I9000 Galaxy S Unlocked…
Samsung

Samsung i9100 Galaxy S II…
Samsung

Bobby Bare Sings

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought    Page 1 of 10

