# Exhibit 8

**amazon.com**

## Final Details for Order #102-1449238-0002628
Print this page for your records.

**Order Placed:** July 20, 2011
**Amazon.com order number:** 102-1449238-0002628
**Order Total: $597.76**

### Shipped on July 20, 2011

| Items Ordered | Price |
|---|---|
| 2 of: *Samsung S5830L Galaxy Ace - Unlocked Phone - US Warranty - Black*<br>Condition: New<br>Sold by: Amazon.com LLC | $289.99 |

**Shipping Address:**
Kalliope White
MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $579.98
Shipping & Handling: $17.78
-----
Total Before Tax: $597.76
Sales Tax: $0.00
-----
**Total for This Shipment:** $597.76
-----

### Payment Information

**Payment Method:**
Visa | Last digits: 0889

**Billing Address:**
Kalliope White
MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

Item(s) Subtotal: $579.98
Shipping & Handling: $17.78
-----
Total Before Tax: $597.76
Estimated Tax To Be Collected: $0.00
-----
**Grand Total:** $597.76

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

APLNDC-Y0000408236

8/17/2011