# Exhibit 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00221819





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00221852



## CHAPTER TWO : PURCHASING FACTORS

### 2.4 Best Smartphone

Nearly 70% of all Smartphone users rated the iPhone as excellent when asked for their top-of-mind impressions, especially male. Many males stated the "sleekness" of the iPhone was a key appealing factor. The popularity of the iPhone was distantly followed by the Blackberry phones.

Unlike other platform users, Blackberry users value more on Blackberry than iPhone.

A large majority of Apple Users were attracted to the My Touch as a subset phone.

< The Best Design Phone, those who selected Excellent >

Categories: Apple iPhone, Blackberry phones, Google phone, Palm Pre, HTC Diamond
Legend: Apple, Palm, BlackBerry, Windows Mobile, Android

sd:a  Samsung Design America  34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

■ **UI SATISFACTION**
1. Apple
2. Android
3. Blackberry
4. Windows Mobile
5. Palm

■ **MANAGING SATISFATION**
1. Apple
2. Android
3. Blackberry
4. Windows Mobile
5. Palm

■ **MESSAGING SATISFACTION**
1. Apple
2. Blackberry
3. Android
4. Palm
5. Windows Mobile

■ **CALLING SATISFACTION**
1. Blackberry
2. Apple
3. Android
4. Windows Mobile
5. Palm

■ **MEDIA SATISFACTION**
1. Apple
2. Android
3. Blackberry
4. Windows Mobile
5. Palm

■ **TOP UI PERFORMANCE**
1. Icon Size
2. Scrolling
3. Typing / Touch Screen
4. Size of Font
5. Transition Graphics

■ **MANAGING PERFORM.**
1. Address book
2. Email and Messages
3. Calendar and Schedule
4. Media Contents
5. Customizing
6. Documents

■ **MESSGING PERFORMANCE**
1. Sending Text
2. Receiving Text
3. Reading Text
4. Receiving Email
5. Sending Email
6. Reading Email

■ **PC SYNC. RANK**
1. Apple
2. Windows Mobile
3. Blackberry
4. Android
5. Palm

■ **MEDIA PERFORMANCE**
1. Web Browsing
2. Listening Music
3. SNS
4. Using GPS
5. Sharing Contents
6. Watching Video
7. Taking Photos
8. Playing Game
9. Synchronizing
10. Downloading Contents

■ **POOR UI PERFORMANCE**
1. Size of Font
2. Open / Closing Application
3. Multi-tasking

## 3.2 Performance Satisfaction Summary

| ■ Apple | ■ Palm | ■ Blackberry | ■ Windows Mobile | ■ Android |
|---|---|---|---|---|
| RANK ONE | RANK FOUR | RANK ONE | RANK ONE | RANK ONE |
| • General UI<br>• Managing<br>• Messaging<br>• Media | NONE | Calling | NONE | NONE |
| RANK TWO | RANK TWO | RANK TWO | RANK TWO | RANK TWO |
| Calling | NONE | Messaging | NONE | General UI<br>Managing<br>Media |

sda Samsung Design America    Confidential    45

SAMNDCA00221863