# Exhibit 11

CONFIDENTIAL

# Winning in smartphones – It's now or never

Steering Committee Meeting II

December 10, 2009

This report is solely for the use of client personnel. No part of it may be circulated, quoted, or reproduced for distribution outside the client organization without prior written approval from McKinsey & Company. This material was used by McKinsey & Company during an oral presentation; it is not a complete record of the discussion.

McKinsey&Company

# McKinsey meeting attendees

Jay Jubas,
Director,
Stamford

Richard Lee,
Partner,
Seoul

Chris Shu,
Partner,
Shanghai

Sumi Kim,
Associate Principal,
Seoul

Anupam Banerjee,
Engagement Manager,
Stamford

Colin Chung,
Associate,
Seoul

Jun Shin,
Associate,
Seoul

Sungjoo Kang,
Associate,
Seoul

Javier Feijoo,
Associate,
Madrid

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807317

# Context and objective

## Progress since last meeting

- We are in week 7 of the 10 week project
- Since our last meeting, our focus has been on developing deep consumer insights, understanding competitors and potential scenarios to build team's view on the smartphone market evolution
- To develop our perspectives, we have:
  - Completed smartphone consumer research in 3 countries: US, UK and Germany with 750 respondents in each country
  - Interviewed 5 carriers, 7 former managers of competitors, and 14 industry experts

## Today's objective

- Share our base case view of how the smartphone market will evolve in US, Europe and China
- Synthesize key success factors and discuss Samsung's current position
- Discuss must-win battles for Samsung

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807318

# Progress to date

Focus today
100% complete

| Question | Detail | Status |
|---|---|---|
| Which **markets and segments** are the most attractive to Samsung? | ▪ How would major regional markets (i.e., NA, EU, China) evolve in terms of volume and value by Y2012 between smartphone and feature phone?<br>▪ What are the distinct customer segments? How will they be likely to evolve?<br>▪ What are the unmet needs and pain points of each segment?<br>▪ Which segment(s) by major market are most attractive in the short term vs. long term? |  |
| What are the **critical success factors** of Smartphone business for Samsung? — Which **technology trends** will potentially differentiate Samsung? | <br>▪ What are the strengths , limitations, and opportunities of current OS options? (i.e., LiMo, Android, web OS)<br>▪ What are the emerging unique user experiences in the market which would provide differentiation potential for consideration?<br>▪ What are the implications of competing, adjacent device outlook? (smartbook, MID) |  |
| What are the **critical success factors** of Smartphone business for Samsung? — What are the potential **weaknesses of competitors?** | ▪ What have made Apple, RIM and Nokia succeed and fail in smartphone? How will that change (hardware, software, content, business model)<br>▪ What are the basic capabilities for Samsung to match to "play" vs. potential weakness of competitors Samsung should attack on? ` |  |
| What are the **critical success factors** of Smartphone business for Samsung? — What are the **carrier needs and pain points** on Smartphone? | <br>▪ What are the operator pain points with Apple and RIM in the consumer market? (e.g., revenue model, differentiation and exclusivity for acquisition)<br>▪ Operator view on OEM's app store strategies |  |
| What is the level of **Samsung's capabilities** to compete on Smartphone? | ▪ What explains Samsung's current weak position in smartphone?<br>▪ What can be potential sources of differentiation for Samsung? (e.g., operator support, quick turnaround time, hardware and UI…) |  |
| What are the winning **strategic options and requirements** for Samsung in the short-term vs. long-term? | ▪ Which markets and customer segments should Samsung focus on?<br>▪ Which strategic option would be most feasible and attractive to Samsung?<br>▪ What should be the value proposition options for Samsung to consumers and to carriers?<br>▪ What should be the Samsung's business model to deliver the selected unique user experience in service and content ?<br>▪ Which OS should Samsung focus on? For the selected OS, how should Samsung develop and/or acquire capabilities? | |
| What is the optimal **implementation plan** to achieve Samsung's strategic option? | ▪ What are the strategic implications to Samsung's current processes, organization and talent pool?<br>▪ What are the critical milestones & relevant targets? | |

Highly Confidential - Attorneys' Eyes Only



We have interviewed 26 additional industry experts to develop our perspectives since our last meeting
Carrier experts – 5 in total
Telefonica
VP of handsets, Telefonica
T-Mobile
Get more from life
Head of terminal operation, T-Mobile UK
China unicom 中国联通
Project manager, China Unicom
中国移动通信 CHINA MOBILE
Analyst, Planning, China Mobile
Sprint
SVP Product Dev, Sprint
Competitor experts – 7 in total
NOKIA
Connecting People
Director, user experience, Nokia
Director, Eco-system, Nokia
Head of market analysis, Symbian
MOTOROLA
Director, marketing, Motorola
RIM
VP, EMEA, RIM
LG
Director, LG China
DELL
Marketing manager, Dell China
Technology and market experts – 14 in total
VC
Managing partner, VC in mobile business
Partner, VC in mobile apps
Apps developer
Executive, Linux-platform start-up
VP, mobile apps company
Sales manager, China mobile apps company
Enterprise
Architect, Mobile enterprise deployment company
CIO of SMB
Game exert
CEO, German mobile game company
VP, Global game publisher
Director, Social game publisher
SN
CEO, SN company (former Nokia)
Partner, SN company (mobile advertising)
UI
Product manager, Nokia/Yahoo/Start-up
Consultant, UI start-up
Total of 50+ experts interviewed so far
McKinsey & Company | 4

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807320

# Executive summary of 2nd meeting

**A Consensus view of smartphone market evolution suggests increasing difficulty for Samsung**

- Premium smartphone segment ($>300) will expand to 18% of units but 40-45% of profits. Very concentrated with Apple getting stronger. Samsung will be challenged to grow its share from 7%.
- Android will largely disrupt the high tier ($191-200) where Samsung has 22% share; likely to witness intense competition with Samsung share at risk
- Increasing trend to convert feature phones to smartphones (e.g. S-60 to 5000 series) will threaten Samsung's 23% share in mid-tier ($100-191)
- Samsung not perceived as a credible smartphone brand; further weakness in S/W and UI

**B However, pockets of opportunity exist that Samsung cannot afford to miss**

- In the premium/high end, Nokia and RIM showing weakness, especially with consumers
- A set of unmet experiences among existing smartphone users (including iPhone) at the premium and high level providing the basis for differentiation (e.g. convergence video)
- A new wave of smartphone users in the high to mid tiers coming onboard with 3 clear segments
- China mobile losing dominance and looking to OEMs to deliver rich portfolio of TD handsets for 3G
- Samsung strengths on H/W and carrier relationship

**C In order to win, Samsung will need to aggressively act on these opportunities**

- In the premium/high end will need to build the best Android phones that differentiate via next generation experiences (e.g., convergence video); get strategic/preferential treatment from Google in exchange of deep commitment and target leadership position with 30+% share of Android
- Double down on new users and address their needs (e.g., via Bada). Aggressively bring new developers on board by improving their economics (e.g., porting subsidies). Target gaming, simple SN, mass email
- Move faster on China and commit rich TD/O-Phone line-up to China Mobile in exchange for subsidy $
- Address fundamental gaps across the board: specifically, strengthen brand perception/end-user pull and UI

**D Next steps would be to assess implications for Samsung around:** O/S requirement (e.g., additional O/S to compete against Apple), partnering implications, organizational implications, investments and technology needs

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807322

# A Smartphone market evolution suggests increasing difficulty for Samsung

Estimated smartphone portion[2]

**Mobile handset sales by price band[1], NA &WE**
Units million; USD; percent

| Price band | 2008 | 2013 | CAGR '08-'13 % | Rev. Share %, '13 | SEC Share %, '08 |
|---|---|---|---|---|---|
| 100% = | 346 | 392 | 3% | | 22% |
| Premium (>$300) | 15 | 18 | 6% | 39% | 7% |
| High ($191-299) | 20 | 23 | 5% | 29% | 22% |
| Mid ($100-190) | 32 | 31 | 2% | 23% | 23% |
| Entry ($36-99) | 32 | 26 | | | |
| Ultra-low (<$35) | | 2 | | | |

| | Situation | Implications for Samsung |
|---|---|---|
| 1 | Apple/RIM expected to dominate the segment (~86% in NA; ~57% in WE by '13)<br>▪ Apple strengthening further<br>▪ Android and WM to have limited impact in this tier (~14% in NA/WE) | ▪ Important segment for profit yet most challenging segment to win<br>▪ Limited ability to compete on current Android and WM<br>– Need to consider alternative OS |
| 2 | Android expected to be sizeable (~40% in NA, ~20% in WE)<br>▪ Many OEM's jumping on to Android platform intensifying competition | ▪ Need to double down on Android to protect Samsung's 22% share |
| 3 | Conversion of high-end feature phone users to mass smartphone users<br>▪ Feature phone incumbents pushing smartphone OS (S60, Bada) to feature phone markets to preempt mass smartphone segment | ▪ Need for 'smartphone for the masses' to compete against Nokia |
| 4 | Across the board, Samsung is lagging behind in brand, UI and customer loyalty in smartphone | ▪ Fixing the basics (UI, brand positioning) as a critical priority |

1 Price refers to wholesale price
2 Assumed smartphones will occupy the top price band of overall mobile handset market

SOURCE: Strategy Analytics; team analysis

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807324

# A1 Apple is strong across all attributes

Above market average
Below market average

Critical drivers of loyalty
Derived importance
Index
Market average
Percent
Association of Brand with Attribute
% Top 2 Box (difference from average)
RIM
NOKIA
Brand I trust
Offer leading edge technology
Attractive design
Recommended by experts
Leader in smartphone
Easy to use
Well rated on online review sites
Has cool products
Recommended by friends/family
Best value for the price
Get others to notice me
1.00
0.94
0.89
0.88
0.88
0.86
0.76
0.75
0.74
0.70
0.51
57
74
65
60
60
70
66
70
56
46
44
-1
9
11
4
9
5
11
10
6
-7
9
-1
4
0
8
10
-5
0
-3
2
4
2
12
-5
-7
-3
-7
5
-2
-5
-2
7
-5

SOURCE: McKinsey Smartphone User Research, 2009

Highly Confidential - Attorneys' Eyes Only

# A4 Non-smartphone users do not see Samsung as credible brand in smartphone

Samsung is not perceived as "credible" player in the smartphone category
Most credible player in smartphone
Percent of smartphone users
NOKIA Connecting People
htc
SAMSUNG
LG
MOTOROLA
32
23
22
6
4
4
2
Samsung needs to step up its reputation in the smartphone category

Moreover Samsung is lagging behind major competitors across all brand attributes
Brand Association
% Top 2 Box (difference from average)
SAMSUNG
RIM
NOKIA Connecting People
Brand I trust -22 -1 -1 12
Offer leading edge technology -15 9 4 -5
Attractive design -11 11 0 -7
Recommended by experts -18 4 8 -3
Leader in smartphone -23 9 10 -7
Easy to use -12 5 -5 5
Well rated on online review sites -20 11 0 -2
Has cool products -6 10 -3 -5
Recommended by friends/family -15 6 2 -2
Best value for the price -4 -7 4 7
Get others to notice me -13 9 2 -5
Brand I have always used -8 -11 -3 19

SOURCE: McKinsey Smartphone User Research, 2009

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807330

# A4 Samsung smartphone users have unmet needs in easy and fast browsing

Poor web browsing experience is the biggest pain points among Samsung smartphone users…
Top 5 pain points
Percent
Poor web browsing 75.7
Lack of touch screen 54.7
Lack of high-res. camera 42.8
Lack of QWERTY key board 41.9
Short battery life 38.9
"Uninspired operating system with some bugs to be worked out;, Web browser sluggish," "Internet browsing is so painful as to be not worth it" - CNET.com
"If you are used to using the iPhone's Safari, every other mobile handset internet browsing experience... sucks" - gsmarena.com
"The only bad things are as follows: The web browser is poor and I don't think it's just me who's having problems navigating." - mobile-phones-uk.org

This unmet needs is evident in Samsung smartphone user's application usage
Application usage
Percent
Above market average
Below market average
Total smartphone users
SAMSUNG
Browse 61 -7
Search 61 -2
E-mail 55 -3
SMS 79 1
IM 32 1
Social networking 38 -9
Picture message 39 2
Photos 63 0
Videos 30 -1
Music 53 -4
Ringtones 24 1
Maps/directions 41 1
Download apps 29 -5

SOURCE: McKinsey Smartphone User Research, 2009

McKinsey & Company | 15

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807331



A4
Samsung is weak in user interface compared to key competitors; and this is affecting the user experience of smartphone features
Samsung smartphones score poorly in user interface compared with competitors…
Consumer Rating User Interface1
%positive comments - %negative comments
57
40
34
32
28
Apple
HTC
RIM
Nokia
Samsung
… which affects the users' experience across all smartphone related features
Area
Examples of user critics to smartphone apps due to user inteface
Internet browsing
• E.g., interacting with the browser: "The way the zoom on web pages and ability to scroll around is very bad and hard to do on this phone"
• E.g., the UI decisions made in the browser design: "the resizing of web pages is poor"
Email / SMS
• E.g., text input:
▪ "For almost all words you must manually insert an apostrophe, which requires 4 keys"
▪ "it's not user friendly...hard to send sms with it"
Apps
• E.g. non intuitive apps menu: "the games/ applications I install do not appear in the games menu"
• E.g. lack of UI consistency among applications: "I can't discern any reason why there isn't a common way of closing applications or screens"
1 Based on user comments on top 5 review sites (e.g. CNET, GSM arena) on top OEM models (e.g. Omnia, Jet, Omnia HD, Galaxy)
SOURCE: McKinsey Opinion Observer
McKinsey & Company | 16

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807332



A4 Samsung is perceived weak on multimedia and smartphone features
Apple iPhone
Samsung smartphones 1
User comments
Feature
User Rating2
Apple
Samsung
Smartphone features
Internet browsing
14
4
"The Internet experience is like being on a computer"
"Internet browsing is so painful as to be not worth it"
Email/Messaging
3
1
"I like the conversation style SMS, I find it a useful and logical approach"
"very poor…it requires complete lift of fingers before pressing next key"
Applications
16
-2
"Lots and lots of cool apps and games"
"How can call it smarter than a smartphone, and yet have no apps?
GPS/Navigation
9
3
"The GPS maps are awesome. I can do everything from my location"
"GPS navigation system is not user friendly"
Multimeida features
Storage
-1
2
"problems with memory/storage (only my contacts are stored on it)"
Video
14
5
"I love watching youtube from iphone now"
"when it runs Youtube files the video quality is very-very poor"
Music
10
-2
"The audio quality is as good as it gets on a portable device"
"I can overlook every other flaw except for the awful audio"

1 Samsung models included: Omnia i900/i910, Omnia HD i8910, Jet S8000, Jack i637 and Galaxy i7500
2 (%positive comments - %negative comments) on user review sites between May and November 2009

SOURCE: McKinsey Opinion Observer tool

McKinsey & Company | 17

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10807333

# C Strategic plays for Samsung

TBD

| Smartphone price tier | NA/Europe | | China |
|---|---|---|---|
| **Premium >$300** / **High $191-200** | 1 ▪ Double-down on Android to lead with 30%+ share of Android<br>– Google partnership to get the best and latest Android versions<br>– Massive Android models (~30-40 models in 12 month)<br>– Distinctive Big 3 experinces<br>– UI on par with iPhone | ? ▪ Need to investigate further if we need a proprietary OS to win against Apple? | 3 ▪ Move faster in China and commit to TD and O-Phone platform with China mobile<br>▪ Bring global WCDMA/CDMA 2000 EV-DO handset portfolio to Unicom/ Telecom |
| **Mid $100-191** | 2 ▪ Bring smartphone to the masses to convert current feature phone base<br>– Quality gaming, social address book and mass email at low cost<br>– Open OS with compelling platform for developers | | |
| **Across the board** | 4 ▪ Address fundamental gaps:<br>– Match the iPhone UI within the next 12 months<br>– Build Samsung brand credibility in smartphone around user experiences | | |

Highly Confidential - Attorneys' Eyes Only SAMNDCA10807358

C1 Summary – Double-down on Android to take 30%+ share of Android
1
Double-down on Android to take 30%+ share of Andriod
Differentiation
Experiences
• Next generation Big 3 experiences exceeding iPhone and current Android phone
▪ SN-platform, 3-screen convergence video, high quality casual games with the largest content library
Device
UI
• Match the Apple UI, delivering most user-friendly Android UI vs. current competitor offerings
▪ E.g., faster navigation, punch to zoom, copy/paste
OS / ecosystem
• Android
Partnerships
Google
• Commit to Goodle and get the exclusive, first access to latest and best Android versions (e.g., Motorola Éclair)
Carriers
• Plan massive, joint campaign with Samsung-friendly carriers
▪ e.g. becoming a leading Droid supplier to VZ for their next "USD 100M droid push", VZ LTE launch with Samsung video phone
Lineup
• Massively scale up Android model numbers in the next 12-18 month (e.g., 30-40 models, 2-3 models per major carrier)
• Two tier-ed lineup required to fully capture Android potential
▪ $191-299 offerings to take up the leading share (30%+) in Android
▪ $300+ premium offerings to attack RIM and Apple
McKinsey & Company | 43

# C1 Address UI gap between Android and iPhone

## Navigation

**More intutive and faster to use on iPhone**

- Preferred applications always visible
- Number of unread messages visible next to application icon
- Applications visible in homescreen, no separate application menu

## Browser

**Better browser experience on iPhone**

- Pinch to zoom in browser allows more intuitive and easier browsing
- Copy/paste functionaly, e.g. copy option is automatically triggered when user selects an area, whereas in Android users have to go to submenu

*"lack of user-oriented elegance. **The Android UI is not terrible, but it clearly has not received the care and attention it deserves**"* – Computer World (IDG)

*"…called the **Droid's interface less intuitive than that of the iPhone**"* – WSJ

SOURCE: Websites; team analysis

Highly Confidential - Attorneys' Eyes Only