Exhibit 13

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Factor | Format | Monica | Shawn | Josh | Amanda | Jason | Brandon | James | Alex | Tracy Baxter |
| 2 | Male | 1/0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| 3 | Age | Years | 19 | 23 | 32 | 24 | 22 | 19 | 23 | 23 | 37 |
| 4 | Device Brand | Name | Blackberry | Motorola Droid | Samsung Omnia | Blackberry Storm | Blackberry Storm | Motorola Droid | Motorola Droid | Apple iPhone | HTC Android |
| 5 | Operator | Name | VZW | VZW | VZW | VZW | VZW | VZW | VZW | AT&T | T Mobile |
| 6 | SMS per week | Number | 100 | 30 | 500 | 40 | 400 | 3000 | 150 | 300 | 20 |
| 7 | Take Pics | 1/0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 8 | Take Video | 1/0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 9 | Send MMS | 1/0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 10 | Send Email | 1/0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 11 | Listen to Music | 1/0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 |
| 12 | Synch to PC | 1/0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| 13 | Browse Web | 1/0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 14 | Content Download | 1/0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00250864

|   | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *Jill* | *Angela* | *Devynn* | *Karen* | *Chad* | *Teresa* | *Denise* | *Johanna* | *Tina* | **Total** | | | | |
| 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | *50%* | | | **Male** | **Female** |
| 3 | 42 | 32 | 27 | 49 | 29 | 58 | 21 | 24 | 45 | *29* | | | *50%* | *50%* |
| 4 | Droid Eris | Palm Pre | BB Curve | iPhone 3G | HTC g2 | iPhone | BB Curve | Iphone 3g | HTC Hero | - | | | | |
| 5 | Verizon | Sprint | AT&T | AT&T | T Mobile | AT&T | T-Mobile | ATT&T | Sprint | | | | | |
| 6 | 350 | 350 | 700 | 100 | 100 | 400 | 800 | 50 | 200 | *465* | | | Apple | 0% |
| 7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | *92%* | | | BlackBerry | 8% |
| 8 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | *50%* | | | Google | 0% |
| 9 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | *83%* | | | LG | 0% |
| 10 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | *83%* | | | Nokia | 0% |
| 11 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | *67%* | | | Samsung | 0% |
| 12 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | *58%* | | | Palm | 0% |
| 13 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | *92%* | | | | |
| 14 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | *50%* | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00250865

|   | A | B | C |
|---|---|---|---|
| 1 |   |   |   |
| 2 | User | Gender | Style Comments |
| 3 | Monica | F | Like it. Seems large and bulky. Plastic makes it look cheap. |
| 4 | Shawn | M | Looks exactly like an iPhone. Looks really nice. Very sleek looking. Rounded - good. Good weight to it. Doesn't seem too flimsy. Doesn't have a keyboard |
| 5 | Josh | M | Good size. A little bit too heavy. |
| 6 | Amanda | F | Thin - good. Screen is bigger which is good. Good colors. Good weight. |
| 7 | Jason | M | Like the shape, and size. A bit heavy. Don't like the single button key. |
| 8 | Brandon | M | Nice. Slick - easy to take out of the pocket. Good weight. Screen is big. But, no keyboard. Finger smudges. One button - simple. |
| 9 | James | M | Heavy (which is good), looks neat, unique, well made; smearing |
| 10 | Alex | M | Heavy (not good); familiar; fits in hand |
| 11 | Tracy Baxter | f | needs less bulk so is a good phone, phone doesn't durable, silver lining can show dings more clearly, outer rim will show wear more. Is already too big for her but likes the screen size, doesn't like to scroll. |
| 12 | Jill | F | Feels heavy - bad. Don't want to feel the weight of my phone. Little bit bigger than I am comfortable with but not to the point where I wouldn't use it. Very simple and clean - like the touchscreen. Not a lot of buttons that I need to learn. Clean fresh look |
| 13 | Angela | F | Thin, light, colors and materials are good. |
| 14 | Devynn | F | Looks nice but a little heavy; good size. Don't want to hold a big heavy phone |
| 15 | Karen | F | Looks familiar. Little bit heavier. Like the sleekness of it - but it is a bit slippery. |
| 16 | Chad | m | little smaller than first phone, but heavier |
| 17 | Teresa | f | familiar, fits nicely in hand; buttons are accessible, nice big screen |
| 18 | Denise | f | likes length and width, feels heavy; like style |
| 19 | Johanna | F | Heavy, also big in size, seems to be more rounded than the others. Like the color, style, don't like that it's heavy. (she owns an Iphone) but likes that it feels like it wouldn't break as easily. |
| 20 | Tina | F | Sleek and simple looking - good size. Concerned about pocket dialling. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00250866