Exhibit 14

Highly Confidential - Attorneys' Eyes Only

Page 1

 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                SAN JOSE DIVISION

 4

 5   APPLE INC., a California          )

 6   Corporation,                      )

 7            Plaintiff,               )

 8   vs.                               ) No. 11-CV-01846-LHK

 9   SAMSUNG ELECTRONICS CO., LTD,     )

10   a Korean business entity;         )

11   SAMSUNG ELECTRONICS AMERICA,      )

12   INC., a New York corporation;     )

13   SAMSUNG TELECOMMUNICATIONS         )

14   AMERICA, LLC, a Delaware          )

15   limited liability company,        )

16            Defendants.              )

17                                     )

18

19      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20         VIDEOTAPED DEPOSITION OF SANG HUNG

21            THURSDAY, MARCH 8, 2012

22

23   Job 47475

24   REPORTED BY:

25   JANIS JENNINGS, CSR 3942, CLR, CCRR

Highly Confidential - Attorneys' Eyes Only

Page 11

1   BY MR. KIM:

2      Q.    Okay.  And then what was your -- when you

3   went back to Sprint, you continued your work on

4   human factors engineering; is that correct?

5      A.    Yes.  On -- on the application on product      09:20:40

6   usability and human factors engineering for mobile

7   phones.

8      Q.    Okay.  And what was your next move?

9          MS. CHAN:  Objection.  Vague.

10         THE WITNESS:  My next move would be in        09:20:56

11  2008 I move to Samsung, Samsung Telecommunications

12  America.

13  BY MR. KIM:

14     Q.    Okay.  And when was that in 2008?

15     A.    It was, like, in March.                        09:21:05

16     Q.    And when you moved to Samsung

17  Telecommunications America, what was your first

18  position?

19     A.    My first position is director of user

20  experience.                                             09:21:25

21     Q.    Okay.  And what does that mean?

22     A.    So basically it's also usability and human

23  factors engineering to mobile products.

24     Q.    Okay.  And have you held the same position

25  until today?                                            09:21:42

Highly Confidential - Attorneys' Eyes Only

Page 12

1      A.      Yes.

2      Q.      And why did you move to Samsung?

3      A.      Excuse me?

4      Q.      Why did you decide to move to Samsung in

5   2008?                                            09:22:02

6           MS. CHAN:  Objection.  Vague.

7           THE WITNESS:  Why?  Because I have been

8   working with a carrier for a long time, so I try to

9   move to another side of the fence, so to speak,

10  because Samsung is one of the handset vendors       09:22:17

11  providing devices to carriers.

12  BY MR. KIM:

13     Q.      Had you had much exposure with Samsung

14  products before you joined Samsung?

15          MS. CHAN:  Objection.  Vague.             09:22:41

16          THE WITNESS:  Yes, I do.

17          (Exhibit 2425 was marked for

18          identification and attached hereto.)

19          THE WITNESS:  So this is -- what is this?

20  BY MR. KIM:                                       09:22:53

21     Q.      Okay.  So I am showing you a document

22  that's been marked as Exhibit 2425, and this is an

23  organizational chart for Samsung Telecommunications

24  America.  At the bottom it has identification

25  numbers S-ITC-000084981 through 85048.            09:23:15

Highly Confidential - Attorneys' Eyes Only

Page 84

1          MR. KIM:  Sure.

2          (Exhibit 2438 was marked for

3          identification and attached hereto.)

4    BY MR. KIM:

5       Q.    Let me show you a document that has been    11:54:30

6    marked as Exhibit 2438.  And it says, "Galaxy S:

7    Atlas," on it, and it's got Bates numbers

8    SAMNDCA00238784 through 238864.

9          Do you recognize this benchmarking and

10   evaluation report?                              11:54:57

11      A.    I will go through the report to verify

12   that.

13      Q.    Sure.  And so I have some questions on

14   certain specific pages.  Right now just the general

15   question is whether you generally recognize it.    11:55:11

16      A.    Yes.

17      Q.    You do?

18      A.    Yes, I do.

19      Q.    Okay.  And if you turn near the end of the

20   document -- I guess, actually, it's the last page --   11:55:21

21   your name appears there.

22      A.    Yes.

23      Q.    "STA User Experience."

24      A.    Yes.

25      Q.    So is it correct that you helped to       11:55:31

Highly Confidential - Attorneys' Eyes Only

1  prepare this report with Strategy Analytics?

2           MS. CHAN:  Objection.  Vague.

3           THE WITNESS:  Yes, I prepared part of the

4  report.

5  BY MR. KIM:                                    11:55:55

6      Q.    Which part did you prepare?

7      A.    Research insights.  Overall --

8      Q.    Okay.  So if we turn to the second page,

9  it says, "Research Insights:  Atlas."

10     A.    ":  Atlas," okay.                    11:56:11

11     Q.    Yeah.

12           And then the page 3, this also talks about

13  "Research Insights:  Galaxy S Family"?

14     A.    Yes.

15     Q.    And then, actually, I guess there's -- the  11:56:21

16  page after that, page 4, also talks about research

17  insights; correct?

18     A.    Yes.

19     Q.    So are these the pages that you assisted

20  with?                                          11:56:31

21     A.    In addition to that, I have page 5.

22     Q.    Okay.  All right.  And what was your role

23  with regard to these pages?

24     A.    I'm the author of the pages.

25     Q.    So if you turn to page 2, which ends with  11:56:51

Highly Confidential - Attorneys' Eyes Only

Page 93

1   different phones?

2       A.    Yes.

3       Q.    Okay.  Now, did you ever hear during any

4   of this testing that any of the people thought that

5   the Samsung phone looked exactly like the iPhone?     12:05:59

6       A.    No.

7             (Exhibit 2439 was marked for

8             identification and attached hereto.)

9   BY MR. KIM:

10      Q.    I am showing you a document that has been    12:06:16

11  marked as Exhibit 2439.  It's a spreadsheet with

12  Bates numbers SAMNDCA00250864 through 250887, and

13  this came from your files.

14            And my question is:  Do you recognize this

15  exhibit?                                               12:06:43

16            Actually, let me ask the question again.

17  Does Exhibit 2439 appear to reflect raw data

18  gathered from participants in a usability study?

19      A.    Yes.

20      Q.    Okay.  And I would like to ask you:  Can     12:07:15

21  you tell from this document what study this relates

22  to?  I didn't actually see any title on it.

23      A.    I --

24      Q.    Actually, let me ask a more specific

25  question.  If you look at the first page, do you see   12:08:09

Highly Confidential - Attorneys' Eyes Only

Page 94

1    that it has the name, gender, age, carrier and so

2    forth of various people?

3        A.    Yes.

4        Q.    Okay.  Now, can you go back to

5    Exhibit 2438 and that -- near the end, page 76,          12:08:25

6    where you have demographic information about the

7    participants.

8        A.    Yes.

9        Q.    And is it correct that if you compared the

10   demographic information for those participants with     12:08:37

11   Exhibit -- with the spreadsheet in Exhibit 24- --

12   2439, that this appears to be the same group of

13   participants?

14           MS. CHAN:  Objection.  Vague.  Compound.

15           THE WITNESS:  Yes.  They seem to be --         12:08:58

16   correspond.

17   BY MR. KIM:

18       Q.    Okay.  And if you look a couple pages down

19   to the next page, it ends 250866.

20       A.    866.  Okay.                                   12:09:18

21       Q.    Do you see it says, "User," "Gender" and

22   then, "Style Comments"?

23       A.    Yes.

24       Q.    And do you see the comment under "Shawn,"

25   who is No. 4?  It says, "Looks exactly like an          12:09:30

Highly Confidential - Attorneys' Eyes Only

Page 95

1    iPhone"?

2        A.    I see -- I see the comment.  I see the

3    comment.

4        Q.    Do you remember ever seeing this comment?

5        A.    No, I -- I do not remember.              12:09:48

6        Q.    It continues.  It says, "Looks really

7    nice.  Very sleek looking.  Rounded.  Good."

8              You see all that; right?

9        A.    I see the comments, yes.

10       Q.    Okay.  So you received this raw data;      12:10:02

11   correct?

12       A.    Yes.

13       Q.    Is it correct that this raw data was

14   provided to other persons at Samsung too?

15       A.    No.                                        12:10:12

16       Q.    Was it -- was it provided to nobody other

17   than you?

18       A.    It was provided to nobody other than me.

19       Q.    So you think that you're the only person

20   who has ever seen this?                              12:10:24

21       A.    Yes.

22       Q.    Are you certain of that?

23       A.    Huh?

24       Q.    Are you certain of that?

25       A.    There may be one or two other persons      12:10:30

Highly Confidential - Attorneys' Eyes Only

1                    CERTIFICATE OF REPORTER

2

3          I, JANIS JENNINGS, a Certified Shorthand

4   Reporter of the State of California, do hereby

5   certify:

6               That the foregoing proceedings were taken

7   before me at the time and place herein set forth;

8   that any witnesses in the foregoing proceedings,

9   prior to testifying, were placed under oath; that a

10  verbatim record of the proceedings was made by me

11  using machine shorthand which was thereafter

12  transcribed under my direction; further, that the

13  foregoing is an accurate transcription thereof.

14              I further certify that I am neither

15  financially interested in the action nor a relative

16  or employee of any attorney of any of the parties.

17              IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19

20  Dated:  March 8, 2012

21

22

23                    JANIS JENNINGS

24                    CSR NO. 3942, CLR, CCRR

25