# Exhibit 15

Page 1

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION
----------------------------------------X
APPLE INC., a California corporation,

                             PLAINTIFF,

    -against-

SAMSUNG ELECTRONIC CP., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICAN, INC., A New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

                            DEFENDANTS.
----------------------------------------X
REVISED

        ***CONFIDENTIAL***
    DEPOSITION OF TULIN ERDEM
      New York, New York
    Wednesday, November 7, 2012

Reported by:
Rebecca Schaumloffel, RPR, CLR
Job No: 55304

Confidential

Page 21

1       T. ERDEM

2  of demand is for Samsung smartphones?                        11:20AM
3       A.   Based on the research, the ones                    11:20AM
4  that are, again, often cited as important                    11:20AM
5  ones tend to be things that -- actually, you                 11:20AM
6  can even read.  Can I refer -- there is a                    11:20AM
7  paragraph that lists from Samsung documents                  11:20AM
8  what they think consumers look at.  For                      11:20AM
9  example, in their case, brand is a driver.                   11:21AM
10      Q.   Just to be clear, I'm not asking                   11:21AM
11 for what features generally are important or                 11:21AM
12 what the top three features or top seven                     11:21AM
13 features are.  I'm simply asking, do you have                11:21AM
14 an opinion on what the single primary driver                 11:21AM
15 of demand is for a smartphone?                               11:21AM
16      A.   I'm saying that kind of question,                  11:21AM
17 single primary demand factor, there is no                    11:21AM
18 single primary demand factor in most                         11:21AM
19 categories, including here, although there                   11:21AM
20 might be some consumers where one single                     11:21AM
21 thing makes them to decide.                                  11:21AM
22      Q.   So it is your opinion that there                   11:21AM
23 is no single primary driver of demand for                    11:21AM
24 smartphones?                                                 11:21AM
25      A.   If you want me to single out one                   11:21AM

Confidential

Page 22

1     T. ERDEM

2  attribute that determines demand and not                11:21AM
3  others, I can't name such a single attribute.           11:21AM
4     Q.    And again, you haven't tested for              11:22AM
5  that in terms of your own primary research,             11:22AM
6  right?                                                   11:22AM
7     A.    I haven't done my own primary                  11:22AM
8  research.  I'm relying on, as I said, both              11:22AM
9  Apple and Samsung internal marketing research           11:22AM
10 where they cite multiple attributes.                    11:22AM
11    Q.    You devote some time in your                   11:22AM
12 Declaration to this distinction between                 11:22AM
13 features and sub-features, correct?                     11:22AM
14    A.    Um-hum.                                         11:22AM
15    Q.    I believe that you characterize                11:22AM
16 the patents at issue in this case, the                  11:22AM
17 patents and features for the three utility              11:22AM
18 patents, the '163, the '915, the '381, as               11:22AM
19 relating to sub-features, correct?                      11:22AM
20    A.    I did mention -- I did refer them              11:22AM
21 as sub-features, not to say                             11:22AM
22 sub-sub-sub-features.  Just a minute ago, you           11:22AM
23 asked me, for example, whether ability to               11:22AM
24 listen to music or ability to look at                   11:22AM
25 pictures, whether they drive demand.  Even              11:22AM

1                    T. ERDEM

2       those are a sub-feature.  So the narrowly            11:22AM
3       defined patents are kind of such a granular          11:23AM
4       level, it is like sub-sub-sub-sub-features.          11:23AM
5            Q.    Is having a clock on a smartphone         11:23AM
6       a sub-feature, in your view?                         11:23AM
7            A.    It depends on how consumers view          11:23AM
8       that.  I didn't see any research in terms of         11:23AM
9       what consumers view --                               11:23AM
10           Q.    What about --                             11:23AM
11           A.    -- in terms of a clock.                   11:23AM
12           Q.    Sorry.  Are you done?                     11:23AM
13           A.    Yes.                                      11:23AM
14           Q.    I'm going to try hard not to cut          11:23AM
15      you off.                                             11:23AM
16                 As between a world clock -- do            11:23AM
17      you know what a world clock is?                      11:23AM
18           A.    Just one that shows different             11:23AM
19      time zones in different -- okay.                     11:23AM
20           Q.    Correct. As between use of a              11:23AM
21      world clock as distinct from an ordinary             11:23AM
22      clock, do you have a view as to whether the          11:23AM
23      world clock would be a sub-feature of the            11:23AM
24      phone?                                               11:23AM
25           A.    Again, it would depend on how             11:23AM

Confidential

Page 25

1         T. ERDEM

2   are things that are, like in the smartphone          11:25AM

3   category, connectivity, ease of use, these --        11:25AM

4   if you want, you can use the term                    11:25AM

5   "mega-attributes."                                   11:25AM

6           Things like, does it have a clock            11:25AM

7   or not, these are not as big features but you        11:25AM

8   can call them features in terms of whether it        11:25AM

9   has a clock or not.  Whether it has -- what          11:25AM

10  else could a phone have?  All these things           11:25AM

11  that sort of most clocks have are some               11:25AM

12  functional features of that product.                 11:25AM

13      Q.   Do you have a view as to whether            11:25AM

14  a patented feature of a multi-touch phone can        11:25AM

15  ever be the primary driver of demand?                11:25AM

16      A.   It depends what that patented               11:25AM

17  feature is.                                          11:25AM

18      Q.   As you sit here today, are you              11:25AM

19  able to think of such a feature that could in        11:25AM

20  fact constitute a primary driver of demand           11:26AM

21  for a multi-touch smartphone?                        11:26AM

22          MR. WATSON:  Hang on one second.             11:26AM

23      Can you clarify something?  In your              11:26AM

24      prior question you referred to "the"             11:26AM

25      primary driver of demand.  In your               11:26AM

Page 26

1    T. ERDEM

2    second question, you said "a" primary                11:26AM
3    driver of demand.  Which of those do                  11:26AM
4    you want her to speak to?                             11:26AM
5         MR. HUNG:  I will restate the                    11:26AM
6    question.                                             11:26AM
7    Q.   As you sit here today, are you                   11:26AM
8    able to think of a feature that could                 11:26AM
9    constitute the primary driver of demand for a         11:26AM
10   smartphone?                                           11:26AM
11   A.   For a patent feature?                            11:26AM
12   Q.   Correct.                                         11:26AM
13   A.   I'm not aware of any patent                      11:26AM
14   feature that might drive the demand.  But if          11:26AM
15   I do research, maybe I was given or I do my           11:26AM
16   own research, maybe there is.  I don't know           11:26AM
17   what is all the patent features, because I            11:26AM
18   looked only at those three patents.  So I             11:26AM
19   don't know --                                         11:26AM
20   Q.   And I understand there was a                     11:26AM
21   limitation on what you reviewed or did not            11:26AM
22   review in the month that you have worked on           11:27AM
23   this case.  My question is with respect to,           11:27AM
24   can you conceptualize, can you think of a             11:27AM
25   patented feature that would constitute the            11:27AM

Confidential

Page 27

1        T. ERDEM

2   primary driver of demand for a smartphone?                  11:27AM

3       A.   At this point, I can't really.  I                  11:27AM

4   mean, I can't say for -- this is going out of               11:27AM

5   the smartphone category, but let's say if                   11:27AM

6   pharmaceutical company comes up with a new                  11:27AM

7   drug that cures cancer and then patents that,               11:27AM

8   I can see that drives demand for that                       11:27AM

9   company.                                                    11:27AM

10           I cannot right now from the top                    11:27AM

11  of my head think of a similar thing in a                    11:27AM

12  smartphone that is patented and it                          11:27AM

13  corresponds to kind of curing cancer.                       11:27AM

14      Q.   Let's be clear.  Part of today's                   11:27AM

15  exercise, again, is understanding what your                 11:28AM

16  opinions are, what your opinions aren't, what               11:28AM

17  work you have done and what work you haven't                11:28AM

18  done.                                                       11:28AM

19           Did you conduct any research with                  11:28AM

20  respect to running a study with respect to                  11:28AM

21  determining what the primary patented feature               11:28AM

22  would be that drives demand for a smartphone?               11:28AM

23      A.   I haven't done my own primary                      11:28AM

24  research in the context of like collecting                  11:28AM

25  data and doing something like a conjoint.                   11:28AM

Confidential

Page 33

| | | |
|---|---|---|
| 1 | T. ERDEM | |
| 2 | start again. | 11:34AM |
| 3 |     Did you speak with anyone at | 11:34AM |
| 4 | Samsung in preparing your opinion for this | 11:34AM |
| 5 | case? | 11:34AM |
| 6 |     A.   No. | 11:34AM |
| 7 |     Q.   Did you speak with anyone at | 11:34AM |
| 8 | Apple in preparing your opinions for this | 11:34AM |
| 9 | case? | 11:35AM |
| 10 |     A.   No. | 11:35AM |
| 11 |     Q.   Did you ask to speak to anyone at | 11:35AM |
| 12 | Samsung in preparing your opinions for this | 11:35AM |
| 13 | case? | 11:35AM |
| 14 |     A.   No. | 11:35AM |
| 15 |     Q.   Did you speak with any consumers | 11:35AM |
| 16 | in preparing your opinions for this case? | 11:35AM |
| 17 |     A.   I didn't do any primary research. | 11:35AM |
| 18 |     Q.   Did you ask anyone whether the | 11:35AM |
| 19 | patents and features in the '163 patent was a | 11:35AM |
| 20 | factor in their purchase of a smartphone? | 11:35AM |
| 21 |     A.   No, because if -- unless you do a | 11:35AM |
| 22 | study, one person's opinion wouldn't matter | 11:35AM |
| 23 | in any case. Wouldn't be a scientific -- | 11:35AM |
| 24 | plus I wasn't even allowed to ask. This is | 11:35AM |
| 25 | not public information, I guess. | 11:35AM |

Confidential

Page 34

1       T. ERDEM

2       Q.   Samsung's -- the fact that the                11:35AM
3  jury found at least for some products Samsung           11:35AM
4  infringes the '163 patent, you believe is a             11:35AM
5  confidential matter?                                    11:35AM
6       A.   The infringement information is               11:35AM
7  out, I think.  But obviously, I wouldn't                11:36AM
8  discuss the details of the case.  Unless I'm            11:36AM
9  conducting on -- in the context of the case,            11:36AM
10 my own research, I wouldn't discuss it with             11:36AM
11 people.                                                 11:36AM
12          Plus it is kind of difficult to                11:36AM
13 differentiate what is public information,               11:36AM
14 what is not at this -- it is more cautious to           11:36AM
15 err on the conservative side and not to talk            11:36AM
16 about it.                                               11:36AM
17      Q.   Do you have any empirical                     11:36AM
18 evidence that consumers were not driven to              11:36AM
19 purchase Samsung products because of the                11:36AM
20 infringing technology relating to the '163,             11:36AM
21 the '381 and the '915 patents?                          11:36AM
22      A.   There was no empirical evidence               11:36AM
23 in everything I reviewed that links the                 11:36AM
24 patented features to demand except for an               11:37AM
25 attempt by the Hauser study, and we can                 11:37AM

1        T. ERDEM

2    discuss that, combined with my expertise in          11:37AM
3    decision making and all the frameworks that          11:37AM
4    were verified in many different contexts,            11:37AM
5    which show us patterns in terms of how               11:37AM
6    consumers behave in such markets, like they          11:37AM
7    don't go through these very granular-level           11:37AM
8    features and then these very granular                11:37AM
9    features driving their demand.  The totality         11:37AM
10   of that analysis made me to opinionate the           11:37AM
11   way I did.                                           11:37AM
12       Q.    Did you perform any Internet               11:37AM
13   research in preparing your opinions for this         11:37AM
14   case?                                                11:37AM
15       A.    No.  I didn't do Internet                  11:37AM
16   research in terms of to base my opinion on.          11:37AM
17       Q.    Did you do any research in terms           11:37AM
18   of periodicals, newspapers, magazines,               11:37AM
19   articles?                                            11:38AM
20       A.    Not in terms of linking the                11:38AM
21   patented features to -- there is -- there            11:38AM
22   wouldn't be that kind of research out there.         11:38AM
23       Q.    Did you do any research on the             11:38AM
24   Internet to determine whether in fact                11:38AM
25   customers even liked the features patented in       11:38AM

Confidential

Page 36

1              T. ERDEM

2    the '915, '381 and '163 patents?                11:38AM

3         A.   Well, everything I relied on in      11:38AM

4    terms of the opinions expressed are already    11:38AM

5    in Exhibit 2, so it is constrained by those.   11:38AM

6         Q.   Were you given a set of materials    11:38AM

7    to rely on in this case?                       11:38AM

8         A.   I asked them to send me all the      11:38AM

9    relevant marketing research documents, like    11:38AM

10   everything, so I had basically everything.  I  11:38AM

11   had given -- I was given declarations,         11:38AM

12   reports, like I read Hauser report as well as  11:38AM

13   Vince Declaration.                             11:39AM

14             Again, they are listed in            11:39AM

15   Exhibit 2.                                     11:39AM

16        Q.   Did you feel it was important or     11:39AM

17   unimportant to do any Internet searching to    11:39AM

18   determine whether consumers liked the          11:39AM

19   patented features or not?                      11:39AM

20        A.   I did, for example, background       11:39AM

21   research in terms of not to opinionate on      11:39AM

22   this, but to familiarize myself with the       11:39AM

23   terms like Android platform, et cetera.  So    11:39AM

24   it was just that kind of -- so I know the      11:39AM

25   terms that are used in all these forums.       11:39AM

Confidential

Page 75

1  T. ERDEM
2  level, people making, aha, this must be with            12:31PM
3  a high price.  So that's the kind of thing I            12:32PM
4  am talking about.                                       12:32PM
5       Q.    Let me quickly turn to                       12:32PM
6  paragraph 46 of your Declaration.  In the               12:32PM
7  first line of paragraph 46 you state,                   12:32PM
8  "Consequently, the consumer research                    12:32PM
9  available from Apple and Samsung has been               12:32PM
10 conducted in a manner that it will rarely, if           12:32PM
11 ever, be possible to link a specific patent             12:32PM
12 of the types at issue here to a feature                 12:32PM
13 attribute contained in the consumer research,           12:32PM
14 especially in a manner that would reasonably            12:32PM
15 permit one to conclude that the patents have            12:32PM
16 any impact on consumer demand."                         12:32PM
17           Did I read that correctly?                    12:33PM
18      A.    Yes, you read it correctly.                  12:33PM
19      Q.    In your view, is it possible to              12:33PM
20 perform consumer research that would link a             12:33PM
21 specific patent of the types at issue here to           12:33PM
22 a feature attribute contained?                          12:33PM
23      A.    What I have seen in the research             12:33PM
24 done, it wasn't done.  Hypothetically, it can           12:33PM
25 be done.  It could, but one needs to be                 12:33PM

| | | |
|---|---|---|
| 1 | T. ERDEM | |
| 2 | extremely difficult -- extremely careful. | 12:33PM |
| 3 | Q.   Did you run any tests to check or | 12:33PM |
| 4 | determine whether the features excluded in | 12:33PM |
| 5 | Hauser's conjoint survey bias the estimates? | 12:33PM |
| 6 | A.   No, I haven't done any, you know, | 12:33PM |
| 7 | primary research to test Hauser's results. | 12:33PM |
| 8 | That was Wind's job. | 12:33PM |
| 9 | Q.   Your report -- I understand that | 12:33PM |
| 10 | you are adopting Dr. Wind's opinions.  Your | 12:33PM |
| 11 | Declaration does not include | 12:34PM |
| 12 | characterizations, for lack of a better word, | 12:34PM |
| 13 | of how one should have run the Hauser | 12:34PM |
| 14 | conjoint study, correct? | 12:34PM |
| 15 | A.   Can you repeat that? | 12:34PM |
| 16 | Q.   Sure. | 12:34PM |
| 17 | Your report does not specifically | 12:34PM |
| 18 | include suggested improvements to | 12:34PM |
| 19 | Dr. Hauser's conjoint study separate and | 12:34PM |
| 20 | apart from your adoption of Dr. Wind's | 12:34PM |
| 21 | opinions? | 12:34PM |
| 22 | A.   No.  My report itself doesn't | 12:34PM |
| 23 | cover it. | 12:34PM |
| 24 | Q.   Do you know who Art Sukumar is? | 12:34PM |
| 25 | A.   I heard it was one of the | 12:34PM |

Confidential

Page 77

1         T. ERDEM

2  witnesses, but I don't know.                                    12:34PM
3       Q.   Had you heard of him before your                      12:34PM
4  involvement in this case?                                       12:34PM
5       A.   No.                                                   12:34PM
6       Q.   You don't know whether he is an                       12:34PM
7  academic or a --                                                12:34PM
8       A.   I don't know.                                         12:34PM
9       Q.   -- statistician or economist?                         12:34PM
10      A.   He is not one of the usual                            12:34PM
11 players for me, people like Russ or John or                     12:35PM
12 Jerry.                                                          12:35PM
13      Q.   Do you know whether he performed                      12:35PM
14 a conjoint study analysis for Samsung in this                   12:35PM
15 case?                                                           12:35PM
16      A.   I don't know.                                         12:35PM
17      Q.   You don't know one way or the                         12:35PM
18 other?                                                          12:35PM
19      A.   No.                                                   12:35PM
20      Q.   So I take it that you didn't                          12:35PM
21 review any expert report that Dr. Sukumar                       12:35PM
22 might have done in this case?                                   12:35PM
23      A.   No, I haven't reviewed a report                       12:35PM
24 from him.                                                       12:35PM
25      Q.   If Dr. Sukumar's -- strike that.                      12:35PM

Confidential

Page 164

1                      T. ERDEM

2       Q.    I am asking just as a general                02:29PM
3   proposition.  I understand you are qualified,          02:29PM
4   your qualifications.                                   02:29PM
5             As a general proposition, is it              02:29PM
6   true that the demand curve can be                      02:29PM
7   characterized as a willingness-to-pay curve?           02:29PM
8             MR. WATSON:  Objection.  Asked               02:29PM
9       and answered.                                      02:29PM
10      A.    There is a correspondence to it              02:29PM
11  if willingness to pay is correctly defined             02:29PM
12  and captured.  That's my answer.                       02:29PM
13      Q.    Earlier, we talked about this                02:29PM
14  concept of transactional data.  You mentioned          02:29PM
15  this concept of secondary research.  Do you            02:29PM
16  recall that?                                           02:29PM
17      A.    Yes.                                         02:29PM
18      Q.    I had asked you, when you don't              02:30PM
19  have public surveys that give you granular             02:30PM
20  data, don't you typically perform your own             02:30PM
21  primary research, when writing your academic           02:30PM
22  papers, as an example.  Do you recall that             02:30PM
23  discussion?                                            02:30PM
24      A.    We talked about that you can                 02:30PM
25  have -- if you don't have transactional data,          02:30PM

Page 165

1        T. ERDEM

2   you don't have any other data, and you have a           02:30PM
3   specific question that can be answered by you           02:30PM
4   collecting your own data, you can do so.                02:30PM
5        Q.   And that's exactly what I was                 02:30PM
6   going to ask you.  When you don't have public          02:30PM
7   surveys and you don't have secondary data,              02:30PM
8   transactional data, one commonly or                     02:30PM
9   frequently does perform your own primary                02:30PM
10  research to get the granular data that one              02:30PM
11  might need, right?                                      02:30PM
12          MR. WATSON:  Vague and                          02:30PM
13      ambiguous.                                          02:30PM
14       A.   Again, it depends.  Because in                02:30PM
15  some contexts, it might be not possible.  In            02:30PM
16  some contexts, it is possible.  We have to              02:30PM
17  define the exact context, whether it is                 02:30PM
18  doable or not.                                          02:31PM
19       Q.   Here, you did not conduct your                02:31PM
20  own primary research, I believe you stated in           02:31PM
21  part due to time, correct?                              02:31PM
22       A.   That's correct.  I haven't done               02:31PM
23  any primary research.                                   02:31PM
24          MR. HUNG:  Thank you for your                   02:31PM
25      time, Dr. Erdem.                                    02:31PM

```
                                                    Page 166
 1                    T. ERDEM
 2           THE WITNESS:  Thank you.              02:31PM
 3           THE VIDEOGRAPHER:  This               02:31PM
 4   concludes today's deposition.  The            02:31PM
 5   time is 2:31 p.m.; we are off the             02:31PM
 6   record.                                       02:31PM
 7           (Whereupon, at 2:31 p.m., the
 8   Examination of this Witness was
 9   concluded.)
10
11
12           _____
             TULIN ERDEM
13

     Subscribed and sworn to before me
14   this _____ day of _____, 2012.
15   _____
             NOTARY PUBLIC
16
17
18
19
20
21
22
23
24
25
```