# Exhibit 17
# (Submitted Under Seal)