Exhibit 19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5   APPLE INC., a California

 6   corporation,                       CASE NUMBER

 7               Plaintiff,       11-CV-01846-LHK (PSG)

 8   vs

 9   SAMSUNG ELECTRONICS CO., LTD.,

10   a Korean business entity,

11   SAMSUNG ELECTRONICS AMERICA,

12   INC., a New York corporation,

13   et al.,

14               Defendants.

     _____

15       HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

16

17   CONTINUED VIDEOTAPED DEPOSITION OF PHILIP W.  SCHILLER

18                  CUPERTINO, CALIFORNIA

19                 FRIDAY, NOVEMBER 2, 2012

20                        VOLUME II

21   REPORTED BY:

22   THOMAS J. FRASIK

23   RPR, CSR No. 6961

     Job No. 1554045

24

25   PAGES 404 - 534
```

Page 404

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    specific to this context or go back and list out what I

2    said.  Because now we're talking specifically about what

3    iPhone users said in this survey about rating ease of

4    use, and I don't recall the exact words previously in

5    this deposition.  I'd have to hear them again.          15:08:07

6         Q.  Please tell me what is your understanding of

7    what "ease of use" means in the context of these surveys

8    that you're relying upon and discussing in your

9    declaration.

10        A.  Sure.  In this survey, we are asking recent     15:08:20

11   iPhone purchasers -- so in this time, in 2010, we're

12   asking iPhone purchasers of the iPhone 3GS and

13   iPhone 4 -- to tell us how ease of use -- what they

14   thought of ease of use relative to their purchase of

15   an iPhone and to rank it as very important, somewhat     15:08:46

16   important, neither important, somewhat unimportant, very

17   unimportant and don't know.  Those are the categories

18   they were given in this question.  And I believe a

19   number of factors went into these customers'

20   consideration of ease of use.                           15:09:01

21        First of all, specifically, this is ease of

22   use of an iPhone, so they're talking specifically about

23   their experience using an iPhone.  So that means it's

24   about the multi-touch experience, because that is one of

25   the key elements of owning an iPhone, is it's a         15:09:15

Page 487

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    multi-touch smartphone.  So they're talking about using

2    their fingers on the screen to access the applications

3    the iPhone comes with.  For example, a popular

4    application on the iPhone is the Safari browser we were

5    just talking about, so using the Safari browser to tap          15:09:34

6    on web links to go to web pages, to use fingers to

7    scroll up and down on the webpage, to doubletap on a

8    story and have the text zoom up and fill the screen, on

9    and on, scroll to the end of the page and how it bumps.

10   Those are all elements of what creates the experience          15:09:51

11   that a customer might consider easy to use.  It's all in

12   the context of an iPhone user using an iPhone.

13        Q.  Any other understanding of what "ease of use"

14   means here, any other features?

15        A.  Well, there would be -- sure, there would          15:10:08

16   be many.  There's also our home screen and where

17   applications are and how they can have a home screen

18   and tap on it and swipe on it and launch applications.

19   It would be the integration of the hardware and the

20   software, to be able to hold an iPhone with one hand and          15:10:24

21   touch on an application in the dock and launch something

22   simply.  It's about using an iPhone and not needing a

23   manual.  Customers are always very impressed that you

24   don't need to use a manual to get a lot of functionality

25   out of your iPhone.  There are many elements that go          15:10:44

Page 488

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    into the experience.

2         I do think the multi-touch user interface part

3    of it is probably among the most important of all the

4    elements of how customers perceive ease of use on an

5    iPhone.                                              15:10:59

6         Q.  Any other features that go into "ease of use"

7    as you understand it's being used here?

8         A.  I'm sure there are many others.  There's how

9    you set up an iPhone right out of the box and start

10   using it.  It is the range of applications that it     15:11:14

11   comes with and your mail application and all the other

12   software that's on there, how it all works seamlessly

13   together and how it's designed to work together, how you

14   answer a phone call and make a call.  There are many

15   features that go into ease of use.                    15:11:33

16        Q.  Any other features you can identify?

17        A.  I'm sure there are many more but, time

18   permitting, I don't -- at the moment I can't think of

19   any off the top of my head.

20        MR. JACOBS:  Mike, at a convenient point for      15:11:49

21   you, could we take another short break?

22        MR. ZELLER:  Sure.

23        MR. JACOBS:  Do it now?

24        MR. ZELLER:  Yes, now is fine.

25        THE VIDEOGRAPHER:  We're going off the record     15:11:59

Page 489

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     because of that feature?

2          A.  I don't recall any Apple surveys that my team

3     did on the importance of an individual feature, such as

4     the bounce feature, to the purchase of the device.  I

5     believe in the trial there was other research                15:51:46

6     referenced, but nothing that I did with my team.

7          Q.  Is there any survey data or research that

8     you're relying upon in your declaration to -- that

9     relates in any way to the -- whether or not the

10    bounce-back feature is a driver of consumer demand        15:52:13

11    for any iPhone?

12          MR. JACOBS:  Objection.  Form.

13          THE WITNESS:  I -- when talking about the

14    bounce interface feature in my statements, I am

15    referring to the data regarding ease of use and my       15:52:30

16    knowledge that the bounce feature is a contributor to

17    the overall ease of use experience the customer has with

18    an iPhone.  And there's a great deal of ease of use

19    research provided in the declaration and its

20    attachments.                                               15:52:49

21    BY MR. ZELLER:

22          Q.  Do you know or have any specific information as

23    to the extent to which the bounce-back feature is a

24    driver of consumer demand for any iPhone product?

25          A.  Do I know?  Yes, I know that the bounce-back    15:53:06

Page 509

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  feature is an important feature that influences

2  customers' experience using the iPhone and their reason

3  for finding the ease of use so high.  And it's my

4  understanding that that's a very significant,

5  influential feature, and I do believe it contributes      15:53:27

6  strongly to this ease of use rating that is so high from

7  our customers.

8      Q.  And would you rank that as one of the top

9  reasons why consumers have purchased iPhones over the

10  years, this bounce feature?                              15:53:40

11     A.  I rate ease of use as a top feature or a top

12  reason customers purchase iPhone and the bounce-back

13  feature as included in total as one of the important

14  ease of use features.

15     Q.  I'm asking about the specific bounce-back        15:53:54

16  feature.  In your view, has the bounce-back feature ever

17  been a key driver of consumer demand for any iPhone?

18     A.  Again, it's my belief that the bounce-back

19  feature is part of the multi-touch experience that makes

20  the iPhone easy to use and is a key driver for demand    15:54:19

21  for the iPhone.

22          You have to recall that the way the user sees

23  the bounce-back feature isn't by itself.  It's not like

24  you turn something on or off or only use bounce-back.

25  For example, when you're using the web browser, and we   15:54:38

Page 510

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    spoke earlier that one of the -- a key feature in

 2    driving customer demand for the iPhone is web

 3    capabilities, so web capabilities includes surfing

 4    the web in Safari.  But with Safari, you scroll with

 5    one finger, and when you reach the bottom of the page it    15:54:58

 6    bounces.  So that is all part of one experience for the

 7    user, it's not an separable thing.  So the fact that

 8    customers rate ease of use and web capabilities so

 9    highly in their reason for purchasing an iPhone, and the

10    bounce-back feature is part of that easy-to-use web    15:55:14

11    experience, I believe contributes greatly to why

12    customers choose to purchase an iPhone.

13         Q.  Please tell me in some sort of quantifiable way

14    the extent to which consumers purchase iPhones because

15    of the bounce-back feature.  I'm not asking generally    15:55:35

16    about ease of use, I'm asking specifically about the

17    bounce-back feature.

18         A.  So I believe that specifically, quantifiably,

19    for example, on page 27269 of the declaration, where you

20    see the chart that ease of use in the US had a 94 to    15:56:09

21    95 percent Top 2 box rating is directly related to the

22    multi-touch experience of the iPhone such as with the

23    bounce-back feature.  So I do believe that's

24    quantifiable data in support of the value of the patents

25    with user interface in this trial such as bounce-back.    15:56:34
```

Page 511

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.  You mentioned something, the "Top 2 box"?

2    A.  Sorry.  I'm looking at page 27269.

3    Q.  What is the phrase "Top 2 box" that you're

4  referring to?

5    A.  "Top 2 box" refers to "very important" or          15:56:47

6  "somewhat important."

7         Sorry.  That's the marketing language.  And it

8  actually says on this page "Top 2 box" on the top right

9  of the chart.  So it is typical in marketing surveys of

10  this nature, where you ask importance, to combine the     15:57:04

11  top two boxes in "very important" or "somewhat

12  important" to get a measure of how important something

13  is to a customer.

14         MR. JACOBS:  Excuse me, Mike.

15         Videographer, could you check that we have the     15:57:16

16  witness in your camera?

17         THE VIDEOGRAPHER:  Yes.

18         MR. JACOBS:  Good.

19         THE VIDEOGRAPHER:  We're fine.

20  BY MR. ZELLER:                                            15:57:32

21    Q.  Okay.  Can you provide any sort of quantified

22  information about the extent to which consumers purchase

23  iPhones because of the bounce-back feature separate from

24  ease of use generally?

25    A.  I don't understand the question, because           15:57:50

Page 512

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    bounce-back was created for the purpose of ease of use.

2    So it isn't separate of ease of use, it is about ease of

3    use.  It isn't a separable concept.

4        Q.  "Ease of use" as used in these surveys, as we

5    discussed, include multiple features within it; right?    15:58:13

6        A.  Yes, there are multiple features of ease of

7    use, one of which is bounce-back.

8        Q.  So my question is of the specific feature of

9    bounce-back that is part of ease of use, what is the

10   extent to which the bounce-back feature specifically    15:58:27

11   and itself drives consumer demand for any of the

12   iPhone devices?  Is there any information that you

13   have that quantifies that percentage of consumers?

14       A.  It is my belief that this percentage of ease of

15   use does quantify bounce-back as a -- one of the many    15:58:49

16   key features of ease of use of iOS in the iPhone and is

17   representative of that value.

18       Q.  Are there any features that are part of ease of

19   use that you've identified in your deposition that are

20   more important than other features in terms of ease of    15:59:08

21   use?

22            MR. JACOBS:  Objection.  Form.

23            THE WITNESS:  I'm sorry.  I don't understand

24   the idea of features of ease of use that have different

25   relative importance.                                     15:59:24

Page 513

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          A customer doesn't use an iPhone feature in

2     isolation of the other features, so you can't separate

3     out one from another easily, it's one experience, and

4     the bounce-back feature being a very common one that you

5     run into many times throughout a single day of use.        15:59:41

6     So I feel it affects every user of the iPhone on a daily

7     basis and therefore is absolutely intrinsically tied

8     with the concept of ease of use.

9     BY MR. ZELLER:

10         Q.  And if I ask you the same questions about the      15:59:56

11    pinch-to-zoom gesture, you'd give me the same answer?

12         A.  I believe that pinch-to-zoom is a very

13    important feature that's intrinsically tied to ease of

14    use in the experience with the iPhone as well.

15         Q.  And if I ask you the same question about the       16:00:15

16    doubletap-to-zoom, you'd give me the same answer?

17         A.  Doubletap-to-zoom is extremely important in

18    ease of use.  In fact, it was written about many times

19    as we launched it, we demoed it, we showed it on TV.  I

20    think you can't now separate that from customers' minds    16:00:30

21    as a different feature of ease of use.  It's all part of

22    what makes up ease of use on the iPhone.

23         Q.  And I take it that you can't separate out the

24    extent to which pinch-to-zoom or doubletap-to-zoom or

25    bounce-back are relatively important in relationship to    16:00:49

                                                    Page 514

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    one another in terms of what it is that drives consumer

2    demand for iPhone products?

3        A.  I certainly haven't ever separated them out.

4    I know, again, through the trial some other research was

5    provided by other people who have, but I have never done          16:01:09

6    that in our research, separated out these individual

7    features.

8        Q.  Are you aware of any empirical data that shows

9    the percentage of consumers who purchased an iPhone

10   product specifically because of pinch-to-zoom?                     16:01:27

11       A.  I believe that all customers who purchase an

12   iPhone product in part value pinch-to-zoom in the total

13   experience that they want.  I don't know of any survey

14   data that specifically attempts to quantify that.  But

15   Apple has done -- what percentage of that applies, I               16:01:54

16   don't recall seeing that kind of a question.

17       Q.  Does Apple have any empirical data or survey

18   evidence that shows the extent to which consumers have

19   purchased any iPhone devices because of

20   doubletap-to-zoom?                                                 16:02:19

21       A.  As with the other two features, I believe most

22   all iPhone users in part purchase the iPhone because of

23   one of the many features it has and has had from the

24   beginning is doubletap-to-zoom and that's critical for

25   their web-surfing experience.  But what percent that              16:02:34

Page 515

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   makes up of their total desire to have an iPhone, I do

 2   not know, do not recall a survey question from Apple

 3   asking that.

 4        Q.  Would you consider the bounce-back feature to

 5   be one of the five most important reasons why consumers    16:02:49

 6   purchase iPhones?

 7        A.  I don't think of these features individually

 8   myself in terms of a relative importance.  The

 9   experience we create in iOS and in the user experience

10   of iPhone in total has made it extremely easy to use.     16:03:13

11   Among the many features that we've done that are very

12   important and influential I believe is bounce-back.

13            I recall when we were working on it that,

14   without it, the experience was not nearly as good.  And

15   when the engineering team created bounce-back, it made a   16:03:31

16   dramatic difference in our usability with iPhone for all

17   of us testing it in our use every single day.  So I know

18   it has a great importance.  I can't quantify the percent

19   of that importance because we have not researched it

20   that way.                                                  16:03:49

21        Q.  So it's true that you can't tell me to what

22   degree the bounce-back feature is an affirmative driver

23   of consumer demand in any sort of quantifiable way, as

24   opposed to you believe it's -- you saw some evidence

25   that its absence made a dramatic difference; is that       16:04:04
```

Page 516

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    right?

2              MR. JACOBS:  Objection.  Form.

3              THE WITNESS:  I believe that the percentage

4    that ease of use has been ranked very important and

5    extremely important by our customers is the best              16:04:15

6    metric for determining the value of bounce-back and

7    pinch-to-zoom and scrolling with one finger that our

8    customers experience every day using the iPhone.

9    BY MR. ZELLER:

10       Q.  Please tell me the specific features that, in         16:04:32

11   your view, are the five top reasons why consumers

12   purchase the iPhone 4 or 4S?

13             MR. JACOBS:  Objection.  Form.

14             THE WITNESS:  I don't think of the reasons in

15   terms of a specific short list ranked by importance,         16:04:49

16   that's not how I look at it.  I look at it as a customer

17   has a number of variables that they care about when they

18   choose to purchase a product, and there are a number of

19   them that are quite important to them and they consider

20   them in total.  I believe I've listed those earlier.        16:05:11

21             I believe design and appearance is extremely

22   important to a customer when they purchase a product.

23   I believe ease of use is extremely important when they

24   consider their product.  I believe price is extremely

25   important.                                                    16:05:27

                                                         Page 517

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              DEPOSITION REPORTER'S CERTIFICATION

 2

 3         I, the undersigned, a California Certified

 4    Shorthand Reporter, do hereby certify:

 5         That the foregoing proceedings were taken

 6    before me at the time and place herein set forth, at

 7    which time the witness was administered the oath; that

 8    the testimony of the witness and all objections made by

 9    counsel at the time of the proceedings were recorded

10    stenographically by me, and were thereafter transcribed

11    under my direction; that the foregoing transcript

12    contains a full, true, and accurate record of all

13    proceedings.

14         I further certify that I am neither financially

15    interested in the action nor a relative or employee of

16    any attorney or party to this action.

17         IN WITNESS WHEREOF, I have this date subscribed

18    my name, dated this 5th day of November, 2012.

19

20

21

22

23    _____

24    THOMAS J. FRASIK, CSR No. 6961

25
```

Page 534