| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.    11-cv-01846-LHK<br><br>**EXHIBIT A TO THE DECLARATION OF KARAN SINGH, PH.D., IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION AND FOR DAMAGES ENHANCEMENTS** |

**MANUAL FILING NOTIFICATION**

NOT. OF MANUAL FILING
Case No. 11-cv-01846-LHK
sf-3216905

Regarding:    EXHIBIT A to the DECLARATION OF Karan Singh, Ph.D

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description): _____

\_\_X\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description): _____

Dated: November 9, 2012                MORRISON & FOERSTER LLP

                                       By:   /s/ Michael Jacobs
                                             Michael Jacobs

                                             Attorneys for Plaintiff
                                             APPLE INC.