# Exhibit 1

Case 5:11-cv-01846-LHK   Document 2129-1   Filed 11/09/12   Page 2 of 2
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 1

## Calculation of Apple's Supplemental Damages through December 31, 2012 using Eight Products on the Market

### Caclulation of Average Damages per Unit

| | Units Sold 1/ | Damages Awarded 2/ | Damages per Unit |
|---|---:|---:|---:|
| Galaxy S 4G | 1,446,903 | $ 73,344,668 | $ 50.69 |
| Galaxy S Showcase (i500) | 417,499 | 22,002,146 | 52.70 |
| Droid Charge | 805,920 | 50,672,869 | 62.88 |
| Galaxy S II (AT&T) | 573,639 | 40,494,356 | 70.59 |
| Galaxy S II (T-Mobile) | 1,251,578 | 83,791,708 | 66.95 |
| Galaxy S II (Epic 4G Touch) | 1,675,160 | 100,326,988 | 59.89 |
| Galaxy S II (Skyrocket) | 636,314 | 32,273,558 | 50.72 |
| Galaxy Prevail | 2,255,040 | 57,867,383 | 25.66 |
| **Total** | **9,062,053** | **$ 460,773,676** | **$ 50.85** |

### Recalculation of Supplemental Damages

| | Original Calculation 3/ | Recalculation | Difference |
|---|---:|---:|---:|
| Total Projected Sales 3/ | 2,402,730 | 2,402,730 | |
| Damages per Unit | $ 50.40 | $ 50.85 | |
| **Estimated Damages** | **$ 121,098,389** | **$ 122,170,394** | **$ 1,072,004** |

**Sources/Notes:**
1/ See Robinson Declaration dated September 21, 2012, EXHIBIT 2.1.
2/ [DKT#1931] Amended Verdict Form filed 8/24/2012, p.15.
3/ See Robinson Declaration dated September 21, 2012, EXHIBIT 3.

Prepared by Invotex Group