# Exhibit 3

## Calculation of Prejudgment Interest on Apple's Supplemental Damages
### (Interest Calculated at Prime Rate)

| | | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Total |
|---|---|---|---|---|---|---|---|---|
| Annual Prime Rate (2010 - 2012) | 1/ 3.25% | | | | | | | |
| Monthly Prime Rate | 0.27% | | | | | | | |
| Monthly Units | 2/ | 412,406 | 428,798 | 310,386 | 324,928 | 285,232 | 245,536 | 2,007,286 |
| x Average Damages per Unit | 3/ | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 | $ 50.40 |
| Monthly Damages | | $ 20,785,402 | $ 21,611,565 | $ 15,643,560 | $ 16,376,503 | $ 14,375,789 | $ 12,375,074 | $ 101,167,892 |
| Prior Month's Principal | | - | - | 20,785,402 | 42,396,967 | 58,040,526 | 74,417,030 | |
| Prior Month's Damages | | - | 20,785,402 | 21,611,565 | 15,643,560 | 16,376,503 | 14,375,789 | |
| Principal Available for Interest | | $ - | $ 20,785,402 | $ 42,396,967 | $ 58,040,526 | $ 74,417,030 | $ 88,792,818 | |
| **Interest Earned** | | $ - | $ 56,294 | $ 114,825 | $ 157,193 | $ 201,546 | $ 240,481 | $ 770,339 |

**Sources/Notes:**
1/ Prime Rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).
2/ See EXHIBIT 2.
3/ See Robinson Declaration dated September 21, 2012, EXHIBIT 2.