# Exhibit 4

## Daily Interest Accumulation on Apple Damages
## after December, 2012

| | | |
|---|---|---:|
| Total Verdict Damages | 1/ | $ 1,049,343,540 |
| Prejudgment Interest on Damages | 2/ | 48,969,088 |
| Total Supplemental Damages | 3/ | 101,167,892 |
| Prejudgment Interest on Supplemental Damages | 4/ | 770,339 |
| Total Amount Available for Interest | | $ 1,200,250,858 |
| | | |
| Interset Rate | 5/ | 3.25% |
| Daily Interest Rate | | 0.009% |
| | | |
| **Daily Interest Accumulated** | | **$ 106,872** |

**Sources/Notes:**
1/ See Robinson Declaration dated September 21, 2012, EXHIBIT 2.
2/ See Robinson Declaration dated September 21, 2012, EXHIBIT 4.
3/ See EXHIBIT 2.
4/ See EXHIBIT 3.
5/ Prime Rate per the Federal Reserve
(http://federalreserve.gov/releases/h15/data.htm).

Prepared by Invotex Group