# Exhibit B

# MATERIALS RELIED UPON

A. Academic Articles and Books

1. David Besanko and Ronald R. Braeutigam, *Microeconomics*, John Wiley & Sons, 2nd edition, 2005.

2. Jeff D. Brazell, Christopher G. Diener, Ekaterina Karniouchina, William L. Moore, Válerie Séverin, and Pierre-Francois Uldry, "The no-choice option and dual response choice designs," *Marketing Letters*, Vol. 17, No. 4, December 2006.

3. John R. Hauser and Vithala Rao, "Conjoint Analysis, Related Modeling, and Applications," *Marketing Research and Modeling: Progress and Prospects*, Yoram (Jerry) Wind and Paul Green, Eds., Kluwer Academic Publishers, 2004.

4. N. Gregory Mankiw, *Principles of Economics*, South-Western Cengage Learning, 6th edition, 2012.

5. Bryan K. Orme, *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research*, Research Publishers, 2nd edition, 2010.

6. Jeffrey M. Perloff, *Microeconomics*, Pearson Education, 5th edition, 2009.

7. Douglas K. Richardson, Steven G. Gabbe, and Yoram Wind, "Decision Analysis of High-Risk Patient Referral," *Obstetrics and Gynecology*, Vol. 63, No. 4, April 1984.

8. Olivier Toubia, Duncan I. Simester, John R. Hauser, and Ely Dahan, "Fast Polyhedral Adaptive Conjoint Estimation," *Marketing Science*, Vol. 22, No. 3, Summer 2003.

9. Yoram (Jerry) Wind, Abba M. Krieger, and Paul E. Green, "Applying Conjoint Analysis to Legal Disputes: A Case Study," Wharton School, University of Pennsylvania, January 2002.

B. Testimony

1. Deposition of Tülin Erdem, November 7, 2012.
2. Deposition of John Hauser, April 27, 2012.

3. Deposition of Yoram (Jerry) Wind, November 7, 2012.
4. Trial Transcript, August 10, 2012.

C. **Expert Reports and Declarations**

1. Declaration of Tülin Erdem in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction, October 19, 2012.
2. Expert Report of John R. Hauser, May 22, 2012.
3. R. Sukumar, Report: Results from A Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460, 893, 711, 871) and A Survey of World Clock Patented Feature Usage (Patented Feature 055), March 22, 2012.
4. Declaration of R. Sukumar in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and for Damages Enhancements, October 19, 2012.
5. Expert Report of Jerry Wind, *United States of America v. Dentsply International, Inc.*, June 14, 2000.
6. Testimony of Yoram (Jerry) Wind before the Copyright Royalty Board, Library of Congress In the Matter of Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services; available at: http://www.loc.gov/crb/proceedings/2006-1/soundex-wind.pdf.
7. Declaration of Yoram (Jerry) Wind, October 19, 2012.

D. **Other Materials**

1. Hauser Production, April 25, 2012.
2. Randall Stross, "Microsoft + Nokia = a Challenge for Apple," *New York Times*, 4/2/11, available at http://www.nytimes.com/2011/04/03/business/03digi.html.