Exhibit E

# Respondent Choice Predictions for Smartphones
# Randomized First Choice vs. First Choice

**Scenario: Comparing two identical smartphones with different prices**

| Feature Compared | Price | | Dr. Wind's Prediction | | First Choice Prediction | |
|---|---|---|---|---|---|---|
| | Option A | Option B | Option A | Option B | Option A | Option B |
| Price | $99  | $0   | 43% | 57% | 0% | 100% |
| Price | $199 | $0   | 31% | 69% | 0% | 100% |
| Price | $299 | $0   | 16% | 84% | 0% | 100% |
| Price | $199 | $99  | 32% | 68% | 0% | 100% |
| Price | $299 | $99  | 16% | 84% | 0% | 100% |
| Price | $299 | $199 | 19% | 81% | 0% | 100% |

**Scenario: Comparing two equally priced smartphones identical in all but one feature**

| Feature Compared | Feature | | Dr. Wind's Prediction | | First Choice Prediction | |
|---|---|---|---|---|---|---|
| | Option A | Option B | Option A | Option B | Option A | Option B |
| Memory | 8 GB | 64 GB | 35% | 65% | 0% | 100% |
| Connectivity | Cellular, WiFi | Cellular, Wifi, Bluetooth, Micro USB, HDMI | 25% | 75% | 0% | 100% |
| Number of Apps | 150,000 | 600,000 | 43% | 57% | 0% | 100% |

Source: Smartphone survey data; Declaration of Yoram (Jerry) Wind, October 19, 2012, Exhibits 9, 11, 13, and 15

Reply Declaration of John R. Hauser, Exhibit E.2

# Respondent Choice Predictions for Tablets
# Randomized First Choice vs. First Choice

**Scenario: Comparing two identical tablets with different prices**

| Feature Compared | Price | | Dr. Wind's Prediction | | First Choice Prediction | |
|---|---|---|---|---|---|---|
| | Option A | Option B | Option A | Option B | Option A | Option B |
| Price | $359 | $199 | 41% | 59% | 0% | 100% |
| Price | $499 | $199 | 32% | 68% | 0% | 100% |
| Price | $659 | $199 | 15% | 85% | 0% | 100% |
| Price | $499 | $359 | 35% | 65% | 0% | 100% |
| Price | $659 | $359 | 15% | 85% | 0% | 100% |
| Price | $659 | $499 | 17% | 83% | 0% | 100% |

**Scenario: Comparing two equally priced tablets identical in all but one feature**

| Feature Compared | Feature | | Dr. Wind's Prediction | | First Choice Prediction | |
|---|---|---|---|---|---|---|
| | Option A | Option B | Option A | Option B | Option A | Option B |
| Memory | 8 GB | 64 GB | 31% | 69% | 0% | 100% |
| Connectivity | WiFi | Wifi, Bluetooth, Micro USB, HDMI | 24% | 76% | 0% | 100% |
| Number of Apps | 150,000 | 600,000 | 44% | 56% | 0% | 100% |

Source: Tablet survey data; Declaration of Yoram (Jerry) Wind, October 19, 2012, Exhibits 10, 12, 14, and 16