| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK <br><br> **EXHIBIT F TO THE REPLY DECLARATION OF JOHN R. HAUSER IN SUPPORT OF APPLE'S MOTION FOR A PERMANENT INJUNCTION** |

**MANUAL FILING NOTIFICATION**

NOT. OF MANUAL FILING
Case No. 11-cv-01846-LHK
sf-3216904

Regarding:    EXHIBIT F to the Reply DECLARATION OF John R. Hauser

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description): _____

\_\_X\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description): _____

Dated: November 9, 2012        MORRISON & FOERSTER LLP

By:  /s/ Michael Jacobs
     Michael Jacobs

     Attorneys for Plaintiff
     APPLE INC.

NOT. OF MANUAL FILING
Case No. 11-cv-01846-LHK
sf-3216904

1