# Exhibit G

Page 1

```
UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA SAN JOSE DIVISION
----------------------------------------X
APPLE INC., a California corporation,

                         PLAINTIFF,

     -against-


SAMSUNG ELECTRONIC CP., LTD., a Korean
business entity; SAMSUNG ELECTRONICS
AMERICAN, INC., A New York Corporation;
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
a Delaware limited liability company,

                         DEFENDANTS.
----------------------------------------X
REVISED
              ***CONFIDENTIAL***
          DEPOSITION OF TULIN ERDEM
             New York, New York
          Wednesday, November 7, 2012




   Reported by:
   Rebecca Schaumloffel, RPR, CLR
   Job No: 55304
```

Confidential

Page 21

1      T. ERDEM

2  of demand is for Samsung smartphones?                    11:20AM
3      A.   Based on the research, the ones                 11:20AM
4  that are, again, often cited as important                11:20AM
5  ones tend to be things that -- actually, you             11:20AM
6  can even read.  Can I refer -- there is a                11:20AM
7  paragraph that lists from Samsung documents              11:20AM
8  what they think consumers look at.  For                  11:20AM
9  example, in their case, brand is a driver.               11:21AM
10     Q.   Just to be clear, I'm not asking                11:21AM
11 for what features generally are important or             11:21AM
12 what the top three features or top seven                 11:21AM
13 features are.  I'm simply asking, do you have            11:21AM
14 an opinion on what the single primary driver             11:21AM
15 of demand is for a smartphone?                           11:21AM
16     A.   I'm saying that kind of question,               11:21AM
17 single primary demand factor, there is no                11:21AM
18 single primary demand factor in most                     11:21AM
19 categories, including here, although there               11:21AM
20 might be some consumers where one single                 11:21AM
21 thing makes them to decide.                              11:21AM
22     Q.   So it is your opinion that there                11:21AM
23 is no single primary driver of demand for                11:21AM
24 smartphones?                                             11:21AM
25     A.   If you want me to single out one                11:21AM

Confidential

Page 22

1                    T. ERDEM

2    attribute that determines demand and not            11:21AM
3    others, I can't name such a single attribute.      11:21AM
4         Q.   And again, you haven't tested for        11:22AM
5    that in terms of your own primary research,        11:22AM
6    right?                                             11:22AM
7         A.   I haven't done my own primary            11:22AM
8    research.  I'm relying on, as I said, both         11:22AM
9    Apple and Samsung internal marketing research      11:22AM
10   where they cite multiple attributes.               11:22AM
11        Q.   You devote some time in your             11:22AM
12   Declaration to this distinction between            11:22AM
13   features and sub-features, correct?                11:22AM
14        A.   Um-hum.                                  11:22AM
15        Q.   I believe that you characterize          11:22AM
16   the patents at issue in this case, the             11:22AM
17   patents and features for the three utility         11:22AM
18   patents, the '163, the '915, the '381, as          11:22AM
19   relating to sub-features, correct?                 11:22AM
20        A.   I did mention -- I did refer them        11:22AM
21   as sub-features, not to say                        11:22AM
22   sub-sub-sub-features.  Just a minute ago, you      11:22AM
23   asked me, for example, whether ability to          11:22AM
24   listen to music or ability to look at              11:22AM
25   pictures, whether they drive demand.  Even         11:22AM

Page 23

1                    T. ERDEM

2    those are a sub-feature.  So the narrowly              11:22AM
3    defined patents are kind of such a granular            11:23AM
4    level, it is like sub-sub-sub-sub-features.            11:23AM
5        Q.    Is having a clock on a smartphone            11:23AM
6    a sub-feature, in your view?                           11:23AM
7        A.    It depends on how consumers view             11:23AM
8    that.  I didn't see any research in terms of           11:23AM
9    what consumers view --                                 11:23AM
10       Q.    What about --                                11:23AM
11       A.    -- in terms of a clock.                      11:23AM
12       Q.    Sorry.  Are you done?                        11:23AM
13       A.    Yes.                                         11:23AM
14       Q.    I'm going to try hard not to cut             11:23AM
15   you off.                                               11:23AM
16             As between a world clock -- do               11:23AM
17   you know what a world clock is?                        11:23AM
18       A.    Just one that shows different                11:23AM
19   time zones in different -- okay.                       11:23AM
20       Q.    Correct.  As between use of a                11:23AM
21   world clock as distinct from an ordinary               11:23AM
22   clock, do you have a view as to whether the            11:23AM
23   world clock would be a sub-feature of the              11:23AM
24   phone?                                                 11:23AM
25       A.    Again, it would depend on how                11:23AM

Confidential

Page 25

1              T. ERDEM

2    are things that are, like in the smartphone        11:25AM

3    category, connectivity, ease of use, these --     11:25AM

4    if you want, you can use the term                 11:25AM

5    "mega-attributes."                                11:25AM

6              Things like, does it have a clock      11:25AM

7    or not, these are not as big features but you     11:25AM

8    can call them features in terms of whether it     11:25AM

9    has a clock or not.  Whether it has -- what       11:25AM

10   else could a phone have?  All these things        11:25AM

11   that sort of most clocks have are some            11:25AM

12   functional features of that product.              11:25AM

13        Q.   Do you have a view as to whether        11:25AM

14   a patented feature of a multi-touch phone can     11:25AM

15   ever be the primary driver of demand?             11:25AM

16        A.   It depends what that patented           11:25AM

17   feature is.                                        11:25AM

18        Q.   As you sit here today, are you          11:25AM

19   able to think of such a feature that could in     11:25AM

20   fact constitute a primary driver of demand        11:26AM

21   for a multi-touch smartphone?                     11:26AM

22             MR. WATSON:  Hang on one second.        11:26AM

23        Can you clarify something?  In your          11:26AM

24        prior question you referred to "the"         11:26AM

25        primary driver of demand.  In your           11:26AM

```
 1                     T. ERDEM
 2       second question, you said "a" primary            11:26AM
 3       driver of demand.  Which of those do             11:26AM
 4       you want her to speak to?                        11:26AM
 5               MR. HUNG:  I will restate the            11:26AM
 6       question.                                        11:26AM
 7       Q.      As you sit here today, are you           11:26AM
 8   able to think of a feature that could                11:26AM
 9   constitute the primary driver of demand for a        11:26AM
10   smartphone?                                          11:26AM
11       A.      For a patent feature?                    11:26AM
12       Q.      Correct.                                 11:26AM
13       A.      I'm not aware of any patent              11:26AM
14   feature that might drive the demand.  But if        11:26AM
15   I do research, maybe I was given or I do my          11:26AM
16   own research, maybe there is.  I don't know          11:26AM
17   what is all the patent features, because I          11:26AM
18   looked only at those three patents.  So I           11:26AM
19   don't know --                                        11:26AM
20       Q.      And I understand there was a             11:26AM
21   limitation on what you reviewed or did not          11:26AM
22   review in the month that you have worked on         11:27AM
23   this case.  My question is with respect to,        11:27AM
24   can you conceptualize, can you think of a            11:27AM
25   patented feature that would constitute the          11:27AM
```

Confidential

Page 27

1        T. ERDEM

2   primary driver of demand for a smartphone?        11:27AM

3        A.   At this point, I can't really.  I      11:27AM

4   mean, I can't say for -- this is going out of    11:27AM

5   the smartphone category, but let's say if        11:27AM

6   pharmaceutical company comes up with a new       11:27AM

7   drug that cures cancer and then patents that,    11:27AM

8   I can see that drives demand for that            11:27AM

9   company.                                         11:27AM

10            I cannot right now from the top        11:27AM

11  of my head think of a similar thing in a         11:27AM

12  smartphone that is patented and it               11:27AM

13  corresponds to kind of curing cancer.            11:27AM

14       Q.   Let's be clear.  Part of today's       11:27AM

15  exercise, again, is understanding what your      11:28AM

16  opinions are, what your opinions aren't, what    11:28AM

17  work you have done and what work you haven't     11:28AM

18  done.                                            11:28AM

19            Did you conduct any research with      11:28AM

20  respect to running a study with respect to       11:28AM

21  determining what the primary patented feature    11:28AM

22  would be that drives demand for a smartphone?    11:28AM

23       A.   I haven't done my own primary          11:28AM

24  research in the context of like collecting       11:28AM

25  data and doing something like a conjoint.        11:28AM

Confidential

Page 33

| | | |
|---|---|---|
| 1 | T. ERDEM | |
| 2 | start again. | 11:34AM |
| 3 | Did you speak with anyone at | 11:34AM |
| 4 | Samsung in preparing your opinion for this | 11:34AM |
| 5 | case? | 11:34AM |
| 6 | A.   No. | 11:34AM |
| 7 | Q.   Did you speak with anyone at | 11:34AM |
| 8 | Apple in preparing your opinions for this | 11:34AM |
| 9 | case? | 11:35AM |
| 10 | A.   No. | 11:35AM |
| 11 | Q.   Did you ask to speak to anyone at | 11:35AM |
| 12 | Samsung in preparing your opinions for this | 11:35AM |
| 13 | case? | 11:35AM |
| 14 | A.   No. | 11:35AM |
| 15 | Q.   Did you speak with any consumers | 11:35AM |
| 16 | in preparing your opinions for this case? | 11:35AM |
| 17 | A.   I didn't do any primary research. | 11:35AM |
| 18 | Q.   Did you ask anyone whether the | 11:35AM |
| 19 | patents and features in the '163 patent was a | 11:35AM |
| 20 | factor in their purchase of a smartphone? | 11:35AM |
| 21 | A.   No, because if -- unless you do a | 11:35AM |
| 22 | study, one person's opinion wouldn't matter | 11:35AM |
| 23 | in any case.  Wouldn't be a scientific -- | 11:35AM |
| 24 | plus I wasn't even allowed to ask.  This is | 11:35AM |
| 25 | not public information, I guess. | 11:35AM |

Page 34

1           T. ERDEM

2       Q.   Samsung's -- the fact that the                 11:35AM
3   jury found at least for some products Samsung           11:35AM
4   infringes the '163 patent, you believe is a             11:35AM
5   confidential matter?                                    11:35AM
6       A.   The infringement information is                11:35AM
7   out, I think.  But obviously, I wouldn't                11:36AM
8   discuss the details of the case.  Unless I'm            11:36AM
9   conducting on -- in the context of the case,            11:36AM
10  my own research, I wouldn't discuss it with             11:36AM
11  people.                                                 11:36AM
12           Plus it is kind of difficult to                11:36AM
13  differentiate what is public information,               11:36AM
14  what is not at this -- it is more cautious to           11:36AM
15  err on the conservative side and not to talk            11:36AM
16  about it.                                               11:36AM
17      Q.   Do you have any empirical                      11:36AM
18  evidence that consumers were not driven to              11:36AM
19  purchase Samsung products because of the                11:36AM
20  infringing technology relating to the '163,             11:36AM
21  the '381 and the '915 patents?                          11:36AM
22      A.   There was no empirical evidence                11:36AM
23  in everything I reviewed that links the                 11:36AM
24  patented features to demand except for an               11:37AM
25  attempt by the Hauser study, and we can                 11:37AM

Confidential

Page 35

1  T. ERDEM

2  discuss that, combined with my expertise in                11:37AM
3  decision making and all the frameworks that                11:37AM
4  were verified in many different contexts,                  11:37AM
5  which show us patterns in terms of how                     11:37AM
6  consumers behave in such markets, like they                11:37AM
7  don't go through these very granular-level                 11:37AM
8  features and then these very granular                      11:37AM
9  features driving their demand.  The totality               11:37AM
10 of that analysis made me to opinionate the                 11:37AM
11 way I did.                                                 11:37AM
12     Q.    Did you perform any Internet                     11:37AM
13 research in preparing your opinions for this               11:37AM
14 case?                                                      11:37AM
15     A.    No.  I didn't do Internet                        11:37AM
16 research in terms of to base my opinion on.                11:37AM
17     Q.    Did you do any research in terms                 11:37AM
18 of periodicals, newspapers, magazines,                     11:37AM
19 articles?                                                  11:38AM
20     A.    Not in terms of linking the                      11:38AM
21 patented features to -- there is -- there                  11:38AM
22 wouldn't be that kind of research out there.               11:38AM
23     Q.    Did you do any research on the                   11:38AM
24 Internet to determine whether in fact                      11:38AM
25 customers even liked the features patented in              11:38AM

Page 36

1                    T. ERDEM

2     the '915, '381 and '163 patents?                    11:38AM

3          A.    Well, everything I relied on in          11:38AM

4     terms of the opinions expressed are already        11:38AM

5     in Exhibit 2, so it is constrained by those.       11:38AM

6          Q.    Were you given a set of materials       11:38AM

7     to rely on in this case?                           11:38AM

8          A.    I asked them to send me all the         11:38AM

9     relevant marketing research documents, like        11:38AM

10    everything, so I had basically everything.  I      11:38AM

11    had given -- I was given declarations,             11:38AM

12    reports, like I read Hauser report as well as      11:38AM

13    Vince Declaration.                                 11:39AM

14               Again, they are listed in               11:39AM

15    Exhibit 2.                                         11:39AM

16         Q.    Did you feel it was important or        11:39AM

17    unimportant to do any Internet searching to        11:39AM

18    determine whether consumers liked the              11:39AM

19    patented features or not?                          11:39AM

20         A.    I did, for example, background          11:39AM

21    research in terms of not to opinionate on          11:39AM

22    this, but to familiarize myself with the           11:39AM

23    terms like Android platform, et cetera.  So        11:39AM

24    it was just that kind of -- so I know the          11:39AM

25    terms that are used in all these forums.           11:39AM

Confidential

Page 75

1          T. ERDEM

2    level, people making, aha, this must be with          12:31PM
3    a high price.  So that's the kind of thing I          12:32PM
4    am talking about.                                      12:32PM
5         Q.    Let me quickly turn to                      12:32PM
6    paragraph 46 of your Declaration.  In the             12:32PM
7    first line of paragraph 46 you state,                 12:32PM
8    "Consequently, the consumer research                  12:32PM
9    available from Apple and Samsung has been             12:32PM
10   conducted in a manner that it will rarely, if         12:32PM
11   ever, be possible to link a specific patent           12:32PM
12   of the types at issue here to a feature               12:32PM
13   attribute contained in the consumer research,         12:32PM
14   especially in a manner that would reasonably          12:32PM
15   permit one to conclude that the patents have          12:32PM
16   any impact on consumer demand."                       12:32PM
17            Did I read that correctly?                   12:33PM
18        A.    Yes, you read it correctly.                12:33PM
19        Q.    In your view, is it possible to            12:33PM
20   perform consumer research that would link a           12:33PM
21   specific patent of the types at issue here to         12:33PM
22   a feature attribute contained?                        12:33PM
23        A.    What I have seen in the research           12:33PM
24   done, it wasn't done.  Hypothetically, it can         12:33PM
25   be done.  It could, but one needs to be               12:33PM

1                    T. ERDEM

2     extremely difficult -- extremely careful.              12:33PM
3          Q.    Did you run any tests to check or           12:33PM
4     determine whether the features excluded in             12:33PM
5     Hauser's conjoint survey bias the estimates?           12:33PM
6          A.    No, I haven't done any, you know,           12:33PM
7     primary research to test Hauser's results.             12:33PM
8     That was Wind's job.                                   12:33PM
9          Q.    Your report -- I understand that            12:33PM
10    you are adopting Dr. Wind's opinions.  Your            12:33PM
11    Declaration does not include                           12:34PM
12    characterizations, for lack of a better word,          12:34PM
13    of how one should have run the Hauser                  12:34PM
14    conjoint study, correct?                               12:34PM
15         A.    Can you repeat that?                        12:34PM
16         Q.    Sure.                                       12:34PM
17               Your report does not specifically           12:34PM
18    include suggested improvements to                      12:34PM
19    Dr. Hauser's conjoint study separate and               12:34PM
20    apart from your adoption of Dr. Wind's                 12:34PM
21    opinions?                                              12:34PM
22         A.    No.  My report itself doesn't               12:34PM
23    cover it.                                              12:34PM
24         Q.    Do you know who Art Sukumar is?             12:34PM
25         A.    I heard it was one of the                   12:34PM

1                      T. ERDEM

2      witnesses, but I don't know.                          12:34PM
3           Q.    Had you heard of him before your           12:34PM
4      involvement in this case?                             12:34PM
5           A.    No.                                        12:34PM
6           Q.    You don't know whether he is an            12:34PM
7      academic or a --                                      12:34PM
8           A.    I don't know.                              12:34PM
9           Q.    -- statistician or economist?              12:34PM
10          A.    He is not one of the usual                 12:34PM
11     players for me, people like Russ or John or           12:35PM
12     Jerry.                                                12:35PM
13          Q.    Do you know whether he performed           12:35PM
14     a conjoint study analysis for Samsung in this         12:35PM
15     case?                                                 12:35PM
16          A.    I don't know.                              12:35PM
17          Q.    You don't know one way or the              12:35PM
18     other?                                                12:35PM
19          A.    No.                                        12:35PM
20          Q.    So I take it that you didn't               12:35PM
21     review any expert report that Dr. Sukumar             12:35PM
22     might have done in this case?                         12:35PM
23          A.    No, I haven't reviewed a report            12:35PM
24     from him.                                             12:35PM
25          Q.    If Dr. Sukumar's -- strike that.           12:35PM

Confidential

Page 164

1      T. ERDEM

2      Q.   I am asking just as a general                02:29PM
3  proposition.  I understand you are qualified,         02:29PM
4  your qualifications.                                  02:29PM
5           As a general proposition, is it              02:29PM
6  true that the demand curve can be                     02:29PM
7  characterized as a willingness-to-pay curve?          02:29PM
8           MR. WATSON:  Objection.  Asked               02:29PM
9      and answered.                                     02:29PM
10     A.   There is a correspondence to it              02:29PM
11 if willingness to pay is correctly defined            02:29PM
12 and captured.  That's my answer.                      02:29PM
13     Q.   Earlier, we talked about this                02:29PM
14 concept of transactional data.  You mentioned         02:29PM
15 this concept of secondary research.  Do you           02:29PM
16 recall that?                                          02:29PM
17     A.   Yes.                                         02:29PM
18     Q.   I had asked you, when you don't              02:30PM
19 have public surveys that give you granular            02:30PM
20 data, don't you typically perform your own            02:30PM
21 primary research, when writing your academic          02:30PM
22 papers, as an example.  Do you recall that            02:30PM
23 discussion?                                           02:30PM
24     A.   We talked about that you can                 02:30PM
25 have -- if you don't have transactional data,         02:30PM

Confidential

Page 165

1        T. ERDEM

2   you don't have any other data, and you have a          02:30PM
3   specific question that can be answered by you          02:30PM
4   collecting your own data, you can do so.               02:30PM
5        Q.   And that's exactly what I was                02:30PM
6   going to ask you.  When you don't have public         02:30PM
7   surveys and you don't have secondary data,             02:30PM
8   transactional data, one commonly or                    02:30PM
9   frequently does perform your own primary               02:30PM
10  research to get the granular data that one             02:30PM
11  might need, right?                                     02:30PM
12           MR. WATSON:  Vague and                        02:30PM
13      ambiguous.                                         02:30PM
14       A.   Again, it depends.  Because in               02:30PM
15  some contexts, it might be not possible.  In           02:30PM
16  some contexts, it is possible.  We have to             02:30PM
17  define the exact context, whether it is                02:30PM
18  doable or not.                                         02:31PM
19       Q.   Here, you did not conduct your               02:31PM
20  own primary research, I believe you stated in          02:31PM
21  part due to time, correct?                             02:31PM
22       A.   That's correct.  I haven't done              02:31PM
23  any primary research.                                  02:31PM
24           MR. HUNG:  Thank you for your                 02:31PM
25      time, Dr. Erdem.                                   02:31PM

Confidential

Page 166

```
1              T. ERDEM
2        THE WITNESS:  Thank you.                      02:31PM
3        THE VIDEOGRAPHER:  This                       02:31PM
4   concludes today's deposition.  The                 02:31PM
5   time is 2:31 p.m.; we are off the                  02:31PM
6   record.                                            02:31PM
7        (Whereupon, at 2:31 p.m., the
8   Examination of this Witness was
9   concluded.)
10
11
12       _____
            TULIN ERDEM
13
     Subscribed and sworn to before me
14   this _____ day of _____, 2012.
15   _____
            NOTARY PUBLIC
16
17
18
19
20
21
22
23
24
25
```