| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT** |

Before the Court is the Post-Trial Motion for a Permanent Injunction and Enhancement of the Verdict brought by Plaintiff Apple Inc. ("Apple") against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, Inc. (collectively "Samsung").

WHEREAS the jury found that the following twenty-six Samsung products infringe one or more of Apple's asserted patents (collectively, the "Infringing Products"):[1] Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S, Galaxy S 4G, Galaxy S II (AT&T), Galaxy S II (i9000), Galaxy Tab, Galaxy Tab 10.1 (Wi-fi), Gem, Indulge, Infuse, Mesmerize, Nexus S 4G, Replenish, Vibrant, Galaxy S II (T-Mobile), Transform, Galaxy S Showcase, Galaxy S II (Epic 4G Touch), Galaxy S II (Skyrocket);

WHEREAS the jury found that the following six Samsung products dilute two of Apple's trade dresses (collectively, the "Trade Dress Diluting Products"):[2] Galaxy S 4G, Galaxy S Showcase, Fascinate, Mesmerize, Vibrant, Galaxy S (i9000);

WHEREAS the jury concluded that Samsung willfully infringed three Apple utility patents and two design patents and that Samsung willfully diluted the two Apple trade dresses;

WHEREAS the jury awarded Apple $1,049,349,540 in damages for Samsung's conduct;

WHEREAS, based on the submissions in connection with this motion and the record in this action, the Court finds and concludes that Apple has shown that it suffers irreparable harm from Samsung's infringement and from Samsung's dilution of Apple's trade dresses and that the balance of equities and public interest favor the protection of Apple, whose intellectual property was targeted by Samsung in its efforts to gain market share in the mobile device market;

WHEREAS, based on the submissions in connection with this motion and the record in this action, the Court further finds and concludes that Samsung marketed products that infringed

---

[1] Apple is moving concurrently herewith for judgment as a matter of law with respect to infringement by additional Samsung products. If the Court grants Apple's motion, Apple will move to amend the permanent injunction order as necessary and appropriate at that time.

[2] Apple is moving concurrently herewith for judgment as a matter of law with respect to trade dress dilution by additional Samsung products. If the Court grants Apple's motion, Apple will move to amend the permanent injunction order as necessary and appropriate at that time.

[PROPOSED] ORDER GRANTING MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3216551

1

1  Apple's patents despite an objectively high likelihood that its actions constituted infringement of

2  a valid claim of one or more of those patents;

3    WHEREAS the Court finds and concludes that enhancement of the jury's damages award

4  is warranted under 35 U.S.C. § 284; and

5    WHEREAS, the Court finds and concludes that enhancement of the jury's damages award

6  is warranted under 15 U.S.C. § 1117 because the existing damages award does not fully

7  compensate Apple for the harm caused by Samsung's trade dress dilution;

8    NOW THEREFORE, having considered the entire record in this action, the verdict of the

9  jury and the papers submitted by the parties, and good cause having been shown,

10    IT IS HEREBY ORDERED:

11    A. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

12  Telecommunications America, Inc., any of their officers, directors, agents, servants, employees,

13  attorneys, subsidiaries, and those persons acting in concert or participation with any of them who

14  receive actual notice hereof, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283 and

15  Fed. R. Civ. P. 65(d) from infringing, contributing to the infringement, or inducing the

16  infringement of any of Apple's U.S. Patent No. 7,469,381, U.S. Patent No. 7,844,915, U.S. Patent

17  No. 7,864,163, U.S. Design Patent No. 604,305, U.S. Design Patent No. 593,087, and U.S.

18  Design Patent No. 618,677, including by making, using, offering to sell, selling within the United

19  States, or importing into the United States any of the Infringing Products or any other product not

20  more than colorably different from an Infringing Product as to a feature or design found to

21  infringe.

22    B. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

23  Telecommunications America, Inc., any of their officers, directors, agents, servants, employees,

24  attorneys, subsidiaries, and those persons acting in concert or participation with any of them who

25  receive actual notice hereof, are hereby restrained and enjoined pursuant to Fed. R. Civ. P. 65(d)

26  from diluting Apple's registered iPhone trade dress (U.S. Trademark Registration No. 3,470,983)

27  and Apple's unregistered iPhone 3G trade dress, including by selling or offering to sell in the

28  United States any of the Trade Dress Diluting Products.

[PROPOSED] ORDER GRANTING MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3216551

2

1        C.    In the exercise of the Court's discretion, the Court awards enhancement of $535

2  million as an addition to the existing verdict and judgment.

3        **IT IS SO ORDERED.**

4

5  Dated: _____, 2012      _____

                                                          HONORABLE LUCY H. KOH

6                                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3216551

3