| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK (PSG) <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 9, 2012, I served a copy of:

**APPLE'S REPLY BRIEF IN SUPPORT OF MOTION FOR A PERMANENT INJUNCTION AND FOR DAMAGES ENHANCEMENTS;**

**DECLARATION OF KARAN SINGH IN SUPPORT OF APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENTS;**

**EXHIBIT A TO DECLARATION OF KARAN SINGH IN SUPPORT OF APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENTS;**

**EXHIBITS 9, 12, AND 17 TO THE DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT;**

**EXHIBIT 2 TO THE REPLY DECLARATION OF MARYLEE ROBINSON IN SUPPORT OF APPLE'S MOTIONS FOR PERMAENT INJUNCTION, FOR DAMAGES ENHANCEMNT, FOR SUPPLEMENTAL DAMAGES, AND FOR PRJUDMENTINTEREST;**

**EXHIBIT F TO THE REPLY DECLARATION OF JOHN R. HAUSER IN SUPPORT OF APPLE'S MOTION FOR A PERMANENT INJUNCTION;**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com | Kevin P.B. Johnson<br>kevinjohnson@quinnemanuel.com |
| Victoria F. Maroulis<br>victoriamaroulis@quinnemanuel.com | Liv Herriot<br>liv.herriot@wilmerhale.com |
| William H. Lee<br>william.lee@wilmerhale.com | Mark D. Selwyn<br>mark.selwyn@wilmerhale.com |
| Alexander B. Binder<br>alex.binder@quinnemanuel.com | Sara Jenkins<br>SaraJenkins@quinnemanuel.com |
| Sherrin Vanetta<br>sherrinvanetta@quinnemanuel.com | Joby Martin<br>JobyMartin@quinnemanuel.com |

| | | |
|---|---|---|
| 1 | Rene Unger<br>reneunger@quinnemanuel.com | Gisele Darwish<br>GiseleDarwish@quinnemanuel.com |
| 2 | | |
| 3 | Peter Kovolos<br>peter.kovolos@wilmerhale.com | S. Calvin Walden<br>calvin.walden@wilmerhale.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on November 9, 2012.

*/s/ Rosamaría Barajas*
Rosamaría Barajas

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3216908