```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9
    Michael T. Zeller (Cal. Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | |
| vs. | **SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE: (A) DECLARATION OF ALBERT P. BEDECARRÉ IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT AND SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND AMENDED JUDGMENT; AND (B) MANUAL FILING NOTIFICATION FOR EXHIBITS 1 AND 2 TO DECLARATION OF ALBERT P. BEDECARRÉ** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5049465.1

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMIN. REQUEST FOR LEAVE TO FILE DECL. OF ALBERT P. BEDECARRÉ

Pursuant to Civil Local Rules 7-3(d) and 7-11, Samsung respectfully requests leave to file: (i) the Declaration of Albert P. Bedecarré in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment; and (ii) a Manual Filing Notification for Exhibits 1 and 2 to Declaration of Albert P. Bedecarré in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment.   These pleadings are attached as Exhibit 1 and 2 respectively to this Administrative Request.   The purpose of this filing is simply to provide the Court with production models of the grey design-around versions of the Galaxy S II (T-Mobile) (SGH-T989) and Galaxy S II Epic 4G Touch (SPH-D710) phones that are discussed in detail in Samsung's Opposition to Apple's Motion for a Permanent Injunction ("Injunction Opposition") and Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment ("New Trial Opposition") now that these devices are available for filing with the Court.

After being informed of the grey design-around phones and provided access to inspect and photograph the devices, Apple filed its Reply in Support of Motion for a Permanent Injunction and for Damages Enhancements in which it criticized Samsung's argument that the design-around grey versions of the phones do not infringe the D'677 patent.   Dkt. No. 2127-2 at 9, fn. 5.   Given there is a dispute regarding the design-around versions of these phones, the Court should have access to production models of the phones before the upcoming hearing.

The design-around phones that are the subject of this request are well known to Apple. Samsung's Injunction Opposition (Dkt. No. 2054), the Declaration of Sam Lucente in Support of Samsung's Opposition (Dkt. No. 2057) and Samsung's New Trial Opposition (Dkt. No. 2053) included detailed discussion of Samsung's manufacturing of design-around versions of the Galaxy S II (T-Mobile) (SGH-T989) and Galaxy S II Epic 4G Touch (SPH-D710) containing a front face with a light metallic grey mask.   Samsung's expert, Mr. Lucente, stated in his declaration that he

analyzed samples of these two phones, and opined that they did not infringe the D'677 patent. Dkt. No. 2057 at ¶¶ 16-21. The phones that Mr. Lucente reviewed were a production model of the grey version of the Galaxy S II (T-Mobile) (SGH-T989) and a mockup of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710), made up of production components and the new light metallic grey mask. Declaration of Albert P. Bedecarré in Support of Administrative Motion for Leave to File: (A) Declaration of Albert P. Bedecarré in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment; and (B) Manual Filing Notification for Exhibits 1 and 2 to Declaration of Albert P. Bedecarré, dated November 13, 2012 ("Bedecarré Admin. Decl.") ¶ 2. These were the only grey design-around versions of these phones in Samsung's counsel's possession when it filed its Injunction Opposition and New Trial Opposition because Samsung had not yet begun commercial production and additional samples were not yet available to counsel. Bedecarré Admin. Decl., ¶ 3.

Apple also had the opportunity to inspect the design-around phones before submitting its reply briefs. Instead of filing the design-around phones with its opposition briefs, Samsung's counsel kept them so they could be made available to Apple for inspection while Samsung's counsel simultaneously worked to obtain production samples to provide to Apple and the Court. Bedecarré Admin. Decl., ¶¶ 3, 6, 8. Samsung made the two devices that Mr. Lucente reviewed available to Apple, and Apple's counsel inspected them on October 26, 2012 and October 30, 2012. During the October 30 inspection, two photographers took photos of the devices for approximately three hours. Bedecarré Admin. Decl. ¶¶ 4-5. On November 6, 2012, Apple deposed Samsung's expert, Mr. Lucente, regarding his declaration and the physical phones that he reviewed. Bedecarré Admin. Decl. ¶¶ 6-7. The two phones he reviewed were marked as Exhibits 1 and 2 to Mr. Lucente's deposition, and Apple introduced photographs of the grey versions of the phones taken on October 30 as exhibits to the Lucente deposition. Bedecarré Admin. Decl. ¶ 7.

Although Samsung tried to obtain a production model of the Galaxy S II Epic 4G Touch (SPH-D710) before Mr. Lucente's deposition, the shipment was delayed due to an error by the shipping company. Bedecarré Admin. Decl. ¶ 6. After obtaining production models of the Galaxy S II Epic 4G Touch (SPH-D710) for the first time and receiving two additional production copies of the Galaxy S II (T-Mobile) (SGH-T989), Samsung asked Apple to stipulate that they could be filed with the Court and provided Apple's counsel with production copies of the phones. Bedecarré Admin. Decl. ¶¶ 8-10.

In its Injunction Reply, Apple has challenged Samsung's claim that the design-around versions of the Galaxy S II (T-Mobile) (SGH-T989) and Galaxy S II Epic 4G Touch (SPH-D710) do not infringe the D'677 patent. Dkt. No. 2127-2 at 9, fn. 5. And Apple has submitted deposition testimony from Mr. Lucente referring to the phones that were marked as Exhibits 1 and 2 at Mr. Lucente's deposition along with its reply papers. Dkt. No. 2127-22 at 6-14. Samsung should be allowed to make copies available for the Court to review when assessing the arguments regarding these phones. Apple's sole argument in opposition to this motion is a claim that briefing on its motion is complete and the record is closed. Bedecarré Admin. Decl. ¶ 9, Exh. 1. This claim is not supported by any authority and makes no sense given Apple itself has submitted deposition testimony with its Injunction Reply that refers to the grey design-around phones. Moreover, as this Court previously held, it should have a full record before it when deciding Apple's Motion for a Permanent Injunction given Apple is seeking to permanently enjoin the sale of 26 Samsung products. (Dkt. 2093, at 2). No prejudice to Apple is possible under these circumstances because Apple had access to the phones before submitting its reply briefs and had a full opportunity to submit its arguments about them. As a result, Samsung's request for leave should be granted.

| | |
|---|---|
| DATED: November 13, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By  */s/ Victoria F. Maroulis*<br>    Charles K. Verhoeven<br>    Victoria F. Maroulis<br>    Kevin P.B. Johnson<br>    Michael T. Zeller<br>    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |