# EXHIBIT 1

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20              Plaintiff,                          **DECLARATION OF ALBERT P.
                                                   BEDECARRÉ  IN SUPPORT OF
21       vs.                                       SAMSUNG'S OPPOSITION TO APPLE'S
                                                   MOTION FOR A PERMANENT
22  SAMSUNG ELECTRONICS CO., LTD., a               INJUNCTION AND DAMAGES
    Korean business entity; SAMSUNG                ENHANCEMENT AND SAMSUNG'S
23  ELECTRONICS AMERICA, INC., a New               OPPOSITION TO APPLE'S MOTION
    York corporation; SAMSUNG                      FOR JUDGMENT AS A MATTER OF
24  TELECOMMUNICATIONS AMERICA,                    LAW, NEW TRIAL AND AMENDED
    LLC, a Delaware limited liability company,     JUDGMENT**
25
                Defendant.
26

27

28

                                                   Case No. 11-cv-01846-LHK

1

<u>DECLARATION OF ALBERT P. BEDECARRÉ</u>

2

I, Albert P. Bedecarré, declare as follows:

3

1.    I am a member of the bar of the State of California and a partner at Quinn Emanuel

4

Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics

5

America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

6

I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness,

7

I could and would testify competently thereto.

8

2.    Manually filed herewith as **Exhibit 1** is a production model of the grey version of

9

the Galaxy S II (T-Mobile) (SGH-T989).  Manually filed herewith as **Exhibit 2** is a production

10

model of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710).

11

I declare under penalty of perjury under the laws of the United States of America that the

12

foregoing is true and correct.

13

Executed in San Francisco, California on November 13, 2012.

14

*/s/ Albert P. Bedecarré*

15

Albert P. Bedecarré

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                              Case No. 11-cv-01846-LHK

DECLARATION OF ALBERT P. BEDECARRÉ IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S
MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT AND APPLE'S MOTION
FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND AMENDED JUDGMENT

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Albert P. Bedecarré has concurred in this filing.

*/s/ Victoria F. Maroulis*

DECLARATION OF ALBERT P. BEDECARRÉ IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT AND APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND AMENDED JUDGMENT