# EXHIBIT 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

                                                CASE NO. 11-cv-01846-LHK
20           Plaintiff,

                                                **MANUAL FILING NOTIFICATION FOR**
21      vs.                                     **EXHIBITS 1 AND 2 TO DECLARATION**
                                                **OF ALBERT P. BEDECARRÉ IN**
22 SAMSUNG ELECTRONICS CO., LTD., a             **SUPPORT OF SAMSUNG'S OPPOSITION**
   Korean business entity; SAMSUNG              **TO APPLE'S MOTION FOR A**
23 ELECTRONICS AMERICA, INC., a New             **PERMANENT INJUNCTION AND**
   York corporation; SAMSUNG                    **DAMAGES ENHANCEMENT AND**
24 TELECOMMUNICATIONS AMERICA,                  **SAMSUNG'S OPPOSITION TO APPLE'S**
   LLC, a Delaware limited liability company,   **MOTION FOR JUDGMENT AS A**
                                                **MATTER OF LAW, NEW TRIAL AND**
25                                              **AMENDED JUDGMENT**
             Defendant.
26

27

28

                                                Case No. 11-cv-01846-LHK
                                                MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding:       Exhibits 1 and 2 to the Declaration of Albert P. Bedecarré in Support of Samsung's

Opposition to Apple's Motion for a Permanent Injunction and Damages

Enhancement and Samsung's Opposition to Apple's Motion for Judgment as a

Matter of Law, New Trial and Amended Judgment

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

office.  Samsung served identical copies of the manually filed devices on all parties on November

13, 2012.  For information on retrieving this filing directly from the court, please see the court's

main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


This filing was not e-filed for the following reason(s):

_____       Voluminous Document (PDF file size larger than efiling system allowances)

_____       Unable to Scan Documents

_____       Physical Object (description): Production model of grey version of Galaxy S II (T-

Mobile) (Model No. SGH-T989) (Exhibit 1); Production model of grey version of

__X__       Galaxy S II Epic 4G Touch (Model No. SPH-D710) (Exhibit 2)

_____       Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____       Item Under Seal

_____       Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____       Other (description): _____

1   DATED:  November 13, 2012          Respectfully submitted,

2                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
3

4

5                                      By  *Victoria F. Maroulis*
                                           Victoria F. Maroulis
6                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
7                                          INC. and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28