| | |
|---|---|
| 1<br>2<br>3<br>4 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 5<br>6<br>7<br>8 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 9<br>10<br>11<br>12 | Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 13<br>14 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                 Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                 Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ALBERT P. BEDECARRÉ IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE: (A) DECLARATION OF ALBERT P. BEDECARRÉ IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT AND SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND AMENDED JUDGMENT; AND (B) MANUAL FILING NOTIFICATION FOR EXHIBITS 1 AND 2 TO DECLARATION OF ALBERT P. BEDECARRÉ** |

# DECLARATION OF ALBERT P. BEDECARRÉ

I, Albert P. Bedecarré, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement (Dkt. No. 2054) and the Declaration of Sam Lucente in Support of Samsung's Opposition (Dkt. No. 2057) discussed Samsung's manufacturing of design-around versions of the Galaxy S II (T-Mobile) (SGH-T989) and Galaxy S II Epic 4G Touch (SPH-D710) that contained a new front face with a metallic light grey mask. Mr. Lucente stated in his declaration that he analyzed samples of these two phones, and rendered opinions based on that analysis. The phones that Mr. Lucente reviewed were a production model of the grey version of the Galaxy S II (T-Mobile) (SGH-T989), and a mockup of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710), made up of production components and the new grey mask because production samples of the Galaxy S II Epic 4G Touch (SPH-D710) were not yet available to counsel for Samsung.

3. These were the only two samples of the grey design around phones in counsel's possession at the time because commercial production had not yet begun and additional samples were not yet available. Instead of filing the only available devices, counsel for Samsung retained them in order to make them available for inspection by Apple. In addition, counsel for Samsung anticipated that production samples of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710) and additional production samples of the grey version of the Galaxy S II (T-Mobile) (SGH-T989) would be available before the December 6, 2012 hearing and planned to provide these devices to the Court and Apple as soon as they were available.

4. After Samsung submitted its Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and the supporting Lucente Declaration, Apple requested the opportunity to inspect the grey versions of the Galaxy S II (T-Mobile) (SGH-T989) and the

1  Galaxy S II Epic 4G Touch (SPH-D710).  Samsung made available the same grey versions of
2  these two phones that Mr. Lucente had inspected and referenced in his declaration because these
3  were still the only ones counsel for Samsung had available.

4        5.      Apple's counsel inspected these devices on two occasions.  The first inspection took
5  place on October 26, 2012.  The second inspection took place on October 30, 2012.  On the
6  second occasion, a staff member from Morrison & Foerster inspected the devices and two
7  photographers took photos of the two devices for approximately three hours.

8        6.      Apple set the deposition of Mr. Lucente for November 6, 2012.  Counsel for
9  Samsung diligently attempted to acquire production models of the grey version of the Galaxy S II
10 Epic 4G Touch (SPH-D710) from Samsung prior to the Lucente deposition, and they were
11 expected to arrive in time.  Due to an error by the shipping company, the shipment was delayed
12 and did not arrive by November 6 when the deposition took place.

13       7.      Therefore, Samsung brought the same physical devices that Mr. Lucente reviewed
14 a production model of the grey version of the Galaxy S II (T-Mobile) (SGH-T989) and a mockup
15 of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710) – to Mr. Lucente's November
16 6, 2012 deposition.  The two devices were marked as Exhibits 1 and 2 to the deposition.  Apple
17 introduced pictures of the grey versions of the two phones as exhibits.  The parties stipulated that
18 counsel for Samsung would maintain possession of the physical exhibits and would allow access
19 to Apple on reasonable notice.  This arrangement followed the parties' consistent practice with
20 regard to physical exhibits throughout the course of this litigation.  Apple has not requested access
21 to these devices since the deposition.

22       8.      After Mr. Lucente's November 6 deposition, I received production models of the
23 grey version of the Galaxy S II Epic 4G Touch (SPH-D710) from Samsung.  The day of the
24 deposition, I had received additional production models of the grey version of the Galaxy S II (T-
25 Mobile) (SGH-T989) from Samsung, so this was the first time counsel for Samsung had both
26 devices available to file and serve.

27       9.      On Friday November 9, 2012, my colleague Robert Becher contacted counsel for
28 Apple via email and asked Apple to stipulate that Samsung could file an attorney declaration

1  attaching a production model of the grey version of the Galaxy S II (T Mobile) (SGH-T989) and a
2  production model of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710).  Apple
3  responded on Monday November 12, 2012, and stated that it would not agree to filing of the
4  declaration and phone samples, claiming that the "record is closed" on Apple's motion for
5  permanent injunction and enhancement of damages.  Attached hereto as **Exhibit 1** is a true and
6  correct copy of the email exchange with counsel for Apple.

7        10.    On Tuesday November 13, 2012, Samsung served Apple's counsel via courier with
8  identical production copies of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710) and
9  the grey version of the Galaxy S II (T-Mobile) (SGH-T989).  I offered to provide the phones to
10 counsel for Apple on the evening of November 12, 2012, but Apple's counsel told me that delivery
11 on the morning of November 13, 2012 was satisfactory and more convenient for practical reasons.

12       I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct.

14       Executed in San Francisco, California on November 13, 2012.

                                                */s/ Albert P. Bedecarré*

                                                Albert P. Bedecarré

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Albert P. Bedecarré has concurred in this filing.

/s/ *Victoria Maroulis*