# EXHIBIT 1

| | |
|---|---|
| **From:** | Hung, Richard S. J. [RHung@mofo.com] |
| **Sent:** | Monday, November 12, 2012 1:45 PM |
| **To:** | Robert Becher |
| **Cc:** | Samsung v. Apple; AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| **Subject:** | RE: Rule 7-11 Request |

Rob –

Apple does not agree to the declaration.  Briefing on Apple's motion is complete, and the record is closed.

Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Saturday, November 10, 2012 5:26 PM
**To:** Hung, Richard S. J.
**Cc:** Samsung v. Apple; AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** Rule 7-11 Request

Rich—

Pursuant to Northern District of California Local Rule 7-11, Samsung requests that Apple stipulate that Samsung may file an attorney declaration attaching a production model of the grey version of the Galaxy S II (T Mobile) (SGH-T989) and a production model of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710).  This declaration would be in support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement.

As you know, Samsung made the production model of the grey version of the Galaxy S II (T-Mobile) (SGH-T989) and a mockup of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710) available to Apple for inspection on October 26 and October 30, Apple photographed these devices and Apple marked its own photographs of these devices as Exhibits 13 and 14 to the Lucente Depostion.   Since the deposition, Samsung recently obtained production models of the grey version of the Galaxy S II Epic 4G Touch (SPH-D710).  Samsung will provide Apple with its own set of the production models of the two phones on Monday as well.

Please get back to me with a response by no later than Monday at noon.

Regards,

Rob

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i)

avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------