UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE: (A) DECLARATION OF ALBERT P. BEDECARRÉ IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT AND SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND AMENDED JUDGMENT; AND (B) MANUAL FILING NOTIFICATION FOR EXHIBITS 1 AND 2 TO DECLARATION OF ALBERT P. BEDECARRÉ** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Request for Leave to File: (A) Declaration of Albert P. Bedecarré in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment; and (B) Manual Filing Notification for Exhibits 1 and 2 to Declaration of

1  Albert P. Bedecarré in Support of Samsung's Opposition to Apple's Motion for a Permanent
2  Injunction and Damages Enhancement and Samsung's Opposition to Apple's Motion for
3  Judgment as a Matter of Law, New Trial and Amended Judgment.
4        Having considered the arguments of the parties and the papers submitted, and good cause
5  having been shown, the Court hereby GRANTS Samsung's Administrative Request for Leave to
6  File: (A) Declaration of Albert P. Bedecarré in Support of Samsung's Opposition to Apple's
7  Motion for a Permanent Injunction and Damages Enhancement and Samsung's Opposition to
8  Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment; and (B)
9  Manual Filing Notification for Exhibits 1 and 2 to Declaration of Albert P. Bedecarré in Support
10 of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages
11 Enhancement and Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law,
12 New Trial and Amended Judgment.

14  **IT IS SO ORDERED.**

16 DATED: _____, 2012

19            HONORABLE LUCY H. KOH
             United States District Court Judge