
| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 425 Market Street | 950 Page Mill Road |
| San Francisco, California 94105-2482 | Palo Alto, California 94304 |
| Telephone: (415) 268-7000 | Telephone: (650) 858-6000 |
| Facsimile: (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **STATEMENT OF RECENT DECISION (L.R. 7-3 (d))** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

STATEMENT OF RECENT DECISION (L.R. 7-3 (d)
CASE NO. 11-CV-01846-LHK
sf-3217828

1        Pursuant to Local Rule 7-3(d)(2), Apple submits the following attached opinion published
2   by the Federal Circuit on November 13, 2012 after the reply brief submitted in this case:
3   *Edwards Lifesciences AG v. Corevalve, Inc.*, No. 2011-1215, -1257, slip op. (Fed. Cir. Nov. 13,
4   2012).  The opinion is relevant to Apple's outstanding motion for a permanent injunction (Dkt.
5   No. 1982) and Samsung's motion under Federal Rule of Civil Procedure 50 (Dkt. No. 1990).
6   Among other things, it addresses the standard for review of a damages verdict, *see* slip op. at 16,
7   and the circumstances under which a permanent injunction should issue following a jury verdict,
8   *see* slip op. at 16-19.

10  Dated: November 13, 2012                    MORRISON & FOERSTER LLP

12                                              By:  /s/ *Michael A. Jacobs*
                                                     Michael A. Jacobs
13
                                                     Attorney for Plaintiff
14                                                   APPLE INC.

STATEMENT OF RECENT DECISION (L.R. 7-3 (d)
CASE NO. 11-CV-01846-LHK
sf-3217828