# EXHIBIT 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 1 AND 2 TO DECLARATION OF ALBERT P. BEDECARRÉ IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT AND SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND AMENDED JUDGMENT** |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits 1 and 2 to the Declaration of Albert P. Bedecarré in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement and Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  Samsung served identical copies of the manually filed devices on all parties on November 13, 2012.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

| | |
|---|---|
| _____ | Voluminous Document (PDF file size larger than efiling system allowances) |
| _____ | Unable to Scan Documents |
| __X__ | Physical Object (description): Production model of grey version of Galaxy S II (T-Mobile) (Model No. SGH-T989) (Exhibit 1); Production model of grey version of Galaxy S II Epic 4G Touch (Model No. SPH-D710) (Exhibit 2) |
| _____ | Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| _____ | Item Under Seal |
| _____ | Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| _____ | Other (description): _____ |

1  DATED:  November 13, 2012            Respectfully submitted,

2                                        QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
3

4

5                                           By  *Victoria F. Maroulis*
                                                Victoria F. Maroulis
6                                               Attorneys for SAMSUNG ELECTRONICS CO.,
                                                LTD., SAMSUNG ELECTRONICS AMERICA,
7                                               INC. and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC
8