1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
8  Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Counterclaim-Plaintiffs,<br><br>        v.<br><br>APPLE INC., a California corporation,<br><br>                Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br><br><br><br><br>**DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

ActiveUS 103225111v.1

1      I, Peter J. Kolovos, declare as follows:

2      1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

3 counsel for Apple Inc. ("Apple") in the above-captioned litigation.  I am licensed to practice law

4 in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action.  I

5 am familiar with the facts set forth herein, and, if called as a witness, I could and would testify

6 competently to those facts.

7      2.      On November 9, 2012, Samsung filed an administrative motion to file Exhibit 25

8 to the Declaration of Susan Estrich under seal.  (Dkt. Nos. 2125 and 2126.)  Exhibit 25 is the

9 unredacted version of Plaintiff's Trial Exhibit 78.

10      3.      The Court has already ordered that this exhibit may be sealed in part.  (Dkt. No.

11 1649 at 11.)  Apple filed a proposed redacted version of Plaintiff's Trial Exhibit 78 on August

12 14, 2012 (Dkt. No. 1746), and the Court approved the redactions in an Order dated August 15,

13 2012. (Dkt. No. 1775.)

14      4.      For the same reasons articulated in the Court's prior Order, Apple requests the

15 "quantity, unit price, and amounts due to Intel in this invoice, all of which relate to capacity or

16 financial terms of third-party agreements," (Dkt. No. 1649 at 11) be sealed.  The attached Exhibit

17 1 contains the same redactions as the Court previously approved for Exhibit 78.  (Dkt. No. 1775.)

18      5.      I declare under the penalty of perjury under the laws of the United States of

19 America that the foregoing is true and correct to the best of my knowledge and that this

20 Declaration was executed this 15th day of November, 2012, at Boston, Massachusetts.

21

22

23 Dated:  November 15, 2012                    */s/ Peter J. Kolovos*
                                                           Peter J. Kolovos

24

25

26

27

28

DECLARATION OF PETER J. KOLOVOS
- 1 -                                    Case No. 11-cv-01846 (LHK)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 15, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  November 15, 2012         /s/ Mark D. Selwyn
Mark D. Selwyn