# Exhibit 1

(intel)

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880094 | Sep 28, 2011 | Dec 22, 2011 | 3005924492 |
| CUSTOMER PURCHASE ORDER NUMBER | | DELIVERY DATE | DELIVERY NOTE NUMBER |
| dEG-B90001 | | Dec 23, 2011 | 98189724 |
| WAYBILL NUMBER | | TERMS OF PAYMENT | |
| 2447592276 | | 30 Days Net | |
| REQUESTED ROUTING | | WAREHOUSE | CURRENCY |
| 1A-Std DTD | | MY PG10 MYB0 | US Dollar |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 6003020686 | 01 | 999 | 1 |

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

## INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago  IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA  95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB8878CV2.3AB2S LHF9 | Baseband Process. Multichip IC | 914614 | 3375S754 | 30,000 | ■ | ■ | ■ |

IMC; [DC]Separate Hawb per BN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

SUB - TOTAL               ■
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE          ■
CREDIT AMOUNT

PLAINTIFF'S EXHIBIT NO. 78
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted: _____ By: _____

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N0000003905

# (intel)

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank; National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift CHASUS33   Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA   95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11860094 | Sep 28, 2011 | Dec 23, 2011 | 3005926109 |
| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER | |
| dEG-B9001 | Dec 26, 2011 | 98189725 | |
| WAYBILL NUMBER | | TERMS OF PAYMENT | CURRENCY |
| 2447591484 | | 30 Days Net | US Dollar |
| REQUESTED ROUTING | WAREHOUSE | DISTRICT | PAGE |
| 1A-Std DTD | MY PG10 MYB0 | 999 | 1 |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T |
| 6002823069 | 6002823069 | 6003020686 | 01 |

BILL TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SOLD TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SHIP TO
FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK; GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR. | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB8878CV2.3AB2S LHF9 | Baseband Process. Multichip IC | 914614 | 337S3754 | 40,000 | | | |

IMG; [DC]Separate Hawb per DN
"AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M"

|  |  |
|---|---|
| SUB - TOTAL | |
| SHIPPING CHARGES | |
| SUB - TOTAL | |
| TAX | |
| **TOTAL AMOUNT DUE** | |
| CREDIT AMOUNT | |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N00000003906

# INVOICE

(intel)

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33    Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA   95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880094 | Sep 28, 2011 | Dec 27, 2011 | 3005929049 |
| CUSTOMER PURCHASE ORDER NUMBER | | DELIVERY DATE | DELIVERY NOTE NUMBER |
| dEG-B90001 | | Dec 28, 2011 | 98189726 |
| WAYBILL NUMBER | | TERMS OF PAYMENT | |
| 2447591742 | | 30 Days Net | |
| REQUESTED ROUTING | | WAREHOUSE | CURRENCY |
| 1A-Std DTD | | MY PG10 MYB0 | US Dollar |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 6003020686 | 01 | 999 | 1 |

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB8878CV2.3AB2S LHF9 | Baseband Process. Multichip IC | 914614 | 337S3754 | 50,000 | | | |

IMC; [DC]Separate Hawb per DN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

SUB - TOTAL
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE
CREDIT AMOUNT

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N00000003907

Plaintiff's Exhibit No. 78.4

(intel)

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA  95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11943125 | Nov 15, 2011 | Dec 27, 2011 | 3005929055 |
| CUSTOMER PURCHASE ORDER NUMBER | | DELIVERY DATE | DELIVERY NOTE NUMBER |
| P3M-BB0001 | | Dec 28, 2011 | 98168846 |
| WAYBILL NUMBER | | TERMS OF PAYMENT | CURRENCY |
| 2447586772 | | 30 Days Net | US Dollar |
| REQUESTED ROUTING | | WAREHOUSE | |
| 1A-Std DTD | | MY PG10.MYB0 | |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 6003043011 | 01 | 999 | 1 |

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SHIP TO

FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DPBG-GREENLAND G2 BUILDING
10TH IND.DISTRICT, LONGHUA, BAOAN
NO 2, DONG HUAN 2ND RD, YOU SONG
518109 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0  S LHMW | Baseband Processor IC | 914077 | 337S3833 | 108,000 | ▮ | ▮ | ▮ |

IMC; [DC]Separate Hawb per DN
*AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M*

SUB - TOTAL     ▮
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE   ▮
CREDIT AMOUNT

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N0000003908

Plaintiff's Exhibit No. 78.5

# intel

## INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33  Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA 95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11943121 | Nov 15, 2011 | Dec 27, 2011 | 3005929056 |

| CUSTOMER PURCHASE ORDER NUMBER | DELIVERY DATE | DELIVERY NOTE NUMBER |
|---|---|---|
| dEG-BB0002 | Dec 28, 2011 | 98189851 |

| WAYBILL NUMBER | TERMS OF PAYMENT | CURRENCY |
|---|---|---|
| 2447591716 | 30 Days Net | US Dollar |

| REQUESTED ROUTING | WAREHOUSE | | |
|---|---|---|---|
| 1A-Std DTD | MY PG10 MYB0 | | |

| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
|---|---|---|---|---|---|
| 6002823069 | 6002823069 | 6003020686 | 01 | 999 | 1 |

BILL TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SOLD TO
APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA 95758-7411
UNITED STATES

SHIP TO
FUTAIHUA INDUSTRIAL (SHENZHEN)
CO., LTD
DASHUIKENG COMMUNITY,GUANLAN
TOWN,BAOAN
C01 DOCK, GRAND VISION TECHNOLOGY P
518110 SHENZHEN
CHINA

** Seller pays frt, not duty **

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR. | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0 S LHMW | Baseband Processor IC | 914077 | 337S3833 | 180,000 | ▮ | ▮ | ▮ |

IMC; [DC]Seperate Hawb per DN
"AWB DOLLAR AMOUNT CANNNOT EXCEED USD 5M"

SUB - TOTAL ▮
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE ▮
CREDIT AMOUNT

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794-N0000003909

Plaintiff's Exhibit No. 78.6

(intel)

# INVOICE

PLEASE SEND YOUR REMITTANCE TO:
Intel Americas, Inc.
JPMorgan Chase Bank, National Associatio
P.O. Box 73402
Chicago IL
60673-7402 US
Account Number: 5095956
Swift: CHASUS33   Bank Key: 071000013

Intel Americas, Inc.
Robert Noyce Building
2200 Mission College Blvd.
SANTA CLARA CA  95052-8119
UNITED STATES
Tel: (408) 765-8080
Fax: (408) 765-2633

| SALES ORDER NUMBER | ORDER ENTRY DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 11880185 | Sep 28, 2011 | Dec 29, 2011 | 3005931900 |
| CUSTOMER PURCHASE ORDER NUMBER | | DELIVERY DATE | DELIVERY NOTE NUMBER |
| dMC-B90003 | | Jan 04, 2012 | 98189891 |
| WAYBILL NUMBER | | TERM/S OF PAYMENT | |
| G016143 | | 30 Days Net | |
| REQUESTED ROUTING | | WAREHOUSE | CURRENCY |
| 2A-Exp DTD | | MY PG10 MYB0 | US Dollar |
| BILL-TO CODE | SOLD-TO CODE | SHIP-TO CODE | C.T | DISTRICT | PAGE |
| 6002823069 | 6002823069 | 6004080190 | 01 | 999 | 1 |

BILL TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SOLD TO

APPLE COMPUTER, INC.
2911 Laguna Blvd Bldg B
ELK GROVE CA  95758-7411
UNITED STATES

SHIP TO

HONGFUJIN PRECISION ELECTRONICS
(ZHENGZHOU) CO.,LTD
Building K05 Dock
The Comprehensive Bonded Area
East-side of Zhenxing Road
450000 ZHENGZHOU AIRPORT DISTRICT
CHINA

** Seller pays frt, not duty **

| ITM. NBR | INTEL PRODUCT I.D. | PRODUCT I.D. DESCRIPTION | MM# | CUSTOMER PART NBR | QUANTITY | TAX% | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 0001 | PMB9801.IV1.0  S_LHMW | Baseband Processor IC | 914077 | 337S3833 | 60,000 | ▉ | ▉ | ▉ |

IMC:[DC]Ship via DGF. Separate HAWB per DN.
POE: Zhengzhou

SUB - TOTAL ▉
SHIPPING CHARGES
SUB - TOTAL
TAX
TOTAL AMOUNT DUE ▉
CREDIT AMOUNT

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APLZ794-N00000003910