1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                UNITED STATES DISTRICT COURT

19       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 22             Plaintiff, | **DECLARATION OF HANKIL KANG** |
| 23        vs. | |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25 | |
| 26 | |
| 27             Defendants. | |
| 28 | |

I, Hankil Kang, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal, filed by SEC, Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. The portions of Samsung's Motion to Compel Depositions of Apple Reply Expert Declarants that Samsung requests be sealed contain detailed, highly-sensitive descriptions of the operation of Samsung's source code. Disclosure of this information is likely to cause harm to Samsung as competitors could use the descriptions to re-create the features included in Samsung's products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Suwon, South Korea on November 15, 2012.

Hankil Kang