1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10   APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK (PSG)

11              Plaintiff,
                                                  **[PROPOSED] ORDER GRANTING**
12         vs.                                    **SAMSUNG'S ADMINISTRATIVE**
                                                  **MOTION TO FILE DOCUMENTS**
13   SAMSUNG ELECTRONICS CO., LTD., a             **UNDER SEAL**
     Korean business entity; SAMSUNG
14   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
15   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
16
                Defendants.
17

18

19         Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

20   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's

21   Administrative Motion to File Documents Under Seal.

22         Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.

23   62 to provide evidence of compelling reasons for this Court to permit filing under seal.

24         Accordingly, for the compelling reasons shown, the Court ORDERS that the following

25   shall be sealed:

26         1.  The portions of Samsung's Motion to Compel Depositions of Apple Reply Expert

27             Declarants that Samsung requests be sealed.

28
                                                    -1-              Case No. 11-cv-01846-LHK (PSG)

02198.5185

1    **IT IS SO ORDERED.**

2

3    DATED:    _____, 2012

4

5                                          _____

6                                          Honorable Lucy H. Koh
                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -2-                    Case No. 11-cv-01846-LHK (PSG)
           [PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION
                                           TO FILE DOCUMENTS UNDER SEAL