**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL DEPOSITIONS OF APPLE REPLY EXPERT DECLARANTS** |

02198.51855/5056296.1

Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL
DEPOSITIONS OF APPLE'S REPLY EXPERT DECLARANTS

## DECLARATION OF VICTORIA F. MAROULIS

I, Victoria F. Maroulis, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a series of emails between Robert Becher, counsel for Samsung, and Richard Hung, counsel for Apple, dated between November 12, 2012 and November 16, 2012.  Mr. Becher asked if Apple would allow Samsung to depose Dr. Karan Singh, Dr. John Hauser and Marylee Robinson, limited to 3 hours each, and to submit a supplemental opposition not to exceed 5 pages addressing their supplemental testimony.  Mr. Hung said that Apple would not agree.  The parties were able to agree on a shortened briefing schedule for this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on November 16, 2012.

*/s/ Victoria F. Maroulis*
_____
Victoria F. Maroulis

02198.51855/5056296.1

-1- Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL DEPOSITIONS OF APPLE'S REPLY EXPERT DECLARANTS