UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL DEPOSITIONS OF APPLE REPLY EXPERT DECLARANTS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Depositions of Apple Reply Expert Declarants.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Compel Depositions of Apple Reply Expert Declarants.

1    IT IS HEREBY ORDERED that Apple shall produce Dr. Karan Singh, Dr. John Hauser,
2 and Marylee Robinson for depositions not exceeding three hours no later than November 27,
3 2012.
4
5    **IT IS SO ORDERED.**
6
7 DATED: _____, 2012
8
9
10                                                    _____
                                                     HONORABLE PAUL S. GREWAL
11                                                    United States Magistrate Judge

12    IT IS FURTHER ORDERED that Samsung shall have leave to submit a supplemental
13 memorandum of no more than five pages addressing any discovery provided in response to this
14 motion, by no later than November 30, 2012.
15
16    **IT IS SO ORDERED.**
17
18 DATED: _____, 2012
19
20
21                                                    _____
                                                     HONORABLE LUCY H. KOH
22                                                    United States District Court Judge
23
24
25
26
27
28