[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING SAMSUNG'S MOTION TO COMPEL DEPOSITIONS OF APPLE REPLY EXPERT DECLARANTS AND MOTION TO COMPEL PRODUCTION OF HTC SETTLEMENT AGREEMENT** |

1      Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2  Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3  ("Apple") file this Stipulation regarding the schedule for briefing Samsung's Motion to Compel
4  Depositions of Apple Reply Expert Declarants and Samsung's Motion to Compel Production of
5  HTC Settlement Agreement.
6      IT IS HEREBY STIPULATED and agreed to by and between the parties that:
7      1.   Apple shall file its oppositions to Samsung's motions to compel no later than
8  November 20, 2012;
9      2.   Samsung shall not file a reply brief; and
10     3.   The parties waive oral argument.

**IT IS SO STIPULATED.**

1 **ORDER**

2      Based on the foregoing stipulation,

3      **IT IS SO ORDERED.**

4

5 DATED: _____, 2012

6

7                                                                    _____
8                                                                    HONORABLE PAUL S. GREWAL
                                                                     United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: November 16, 2012 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:   */s/ Richard S.J. Hung*<br>          Richard S.J. Hung<br><br>          Attorneys for Plaintiff and Counterclaim-Defendant<br>          APPLE INC. |

| | | |
|---|---|---|
| 1 | Dated: November 16, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | Charles K. Verhoeven (Cal. Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 3 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 4 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By:   */s/ Victoria Maroulis*
       Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard S.J. Hung.


                                        */s/ Victoria Maroulis*