QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF STIPULATION REGARDING SCHEDULE FOR BRIEFING SAMSUNG'S MOTION TO COMPEL DEPOSITIONS OF APPLE REPLY EXPERT DECLARANTS** |

02198.51855/5056361.1

Case No. 11-cv-01846-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF STIPULATION RE: SCHEDULE FOR BRIEFING SAMSUNG'S MOTION TO COMPEL

I, Victoria F. Maroulis, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On November 14 and 16, 2012, my colleague Robert Becher contacted counsel for Apple via email and proposed a shortened briefing schedule regarding Samsung's Motions to Compel. After negotiations, the parties agreed that Samsung will file its Motions to Compel by noon on November 16, 2012, Apple will file its opposition by November 20, 2012, Samsung waives its right to a reply brief, and the parties waive oral argument. Attached hereto as **Exhibit 1** is a true and correct copy of the email exchange with counsel for Apple.

3. The relief requested in the Stipulation is necessary in order to allow the Court to decide Samsung's Motion to Compel sufficiently in advance of the December 6, 2012 hearing on Apple's Motion for a Permanent Injunction and for Damages Enhancements and Apple's Motion for Judgment as a Matter of Law, New Trial and Amended Judgment so that there is time for Samsung to take the requested depositions and submit the requested additional briefing. If the time for briefing were not shortened, the Motion would not be decided until after the December 6, 2012 hearing.

4. The Court has granted several motions filed by both parties to shorten time. As a recent example, Samsung filed a motion to shorten time for briefing on its Motion for Order Permitting Cross-Use of Discovery Material from Case No. 12-cv-00630-LHK. (Dkt. No. 2071). The Court required Apple to file a response to Samsung's motion on a shortened schedule. (Dkt. No. 2078).

5. The requested time modification will not affect the schedule of the case.

02198.51855/5056361.1

-1-   Case No. 11-cv-01846-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF STIPULATION RE: SCHEDULE FOR BRIEFING SAMSUNG'S MOTION TO COMPEL

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.  Executed on the 16th day of November, 2012, at Los Angeles, California.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis

02198.51855/5056361.1

-2-   Case No. 11-cv-01846-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF STIPULATION RE: SCHEDULE FOR BRIEFING SAMSUNG'S MOTION TO COMPEL