Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF DARYL M. CRONE IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENT WITH HTC** |

{00055766.DOC - v1}

I, Daryl M. Crone, declare as follows:

1. I am a member of the bar of the State of California and a partner at Crone Hawxhurst LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a series of emails between Robert Becher, counsel for Samsung, and Richard Hung, counsel for Apple, dated between November 12, 2012 and November 16, 2012. Mr. Becher asked if Apple would produce its recent license agreement with HTC. On November 16, 2012, Apple told Samsung that it "intends to produce the HTC agreement", but that it must give HTC 10 days' notice pursuant to the terms of the license agreement. However, I am informed and believe that Apple did not agree to Samsung's request that it stipulate that it would produce the license within 10 days. The parties were able to agree on a shortened briefing schedule for this motion.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a news article entitled "Apple, HTC Settle Patent Dispute, Sign Licensing Pact" from the Wall Street Journal, dated November 11, 2012.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Complaint of Apple Inc. Under Section 337 of the Tariff Act against HTC, dated July 8, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2012, at Los Angeles, California.

                    /s/ Daryl M. Crone
                    Daryl M. Crone

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

{00055766.DOC - v1}

-1-   Case No. 11-CV-01846-LHK (PSG)
DECLARATION OF DARYL M. CRONE IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENT WITH HTC