UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENT WITH HTC** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Production of Settlement Agreement with HTC.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Compel Production of Settlement Agreement with HTC.

1      IT IS HEREBY ORDERED that Apple shall produce the settlement/license agreement
2 between Apple and HTC announced on or about November 11, 2012 by no later than
3 November 27, 2012.

4      **IT IS SO ORDERED.**

5

6 DATED:   _____, 2012

7

8
                                                            _____
9                                                           HONORABLE PAUL S. GREWAL
                                                            United States Magistrate Judge