1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

20              Plaintiff,                       **DECLARATION OF HANKIL KANG**

21         vs.

22  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
23  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
                Defendant.
26

27

28

02198.51855/5051737.1
                                                     Case No. 11-cv-01846-LHK
                                                 DECLARATION OF HANKIL KANG

1    I, Hankil Kang, declare:

2    1.    I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").  I have personal

3    knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a

4    witness, could and would testify to those facts under oath.

5    2.    I submit this declaration in support of Apple's Administrative Motion to Seal

6    Regarding Apple's Reply Brief in Support of Motion for a Permanent Injunction and Damages

7    Enhancement.

8    3.    Exhibit 23 to the Declaration of Richard S.J. Hung in Support of Apple's Motion

9    for Permanent Injunction and Damages Enhancement; and Judgment as a Matter of Law

10   (Renewed), New Trial, and Amended Judgment [FRCP 50, 59] ("Hung Declaration") consists of

11   excerpts from a source code file produced by Samsung in this litigation and designated "Highly

12   Confidential – Attorneys' Eyes Only" under the protective order.  The Court has previously held

13   that compelling reasons exist to seal excerpts from source code files.  (Dkt. No. 1649 at 8, 17.)

14   Disclosure of the excerpts included in Exhibit 23 is likely to cause Samsung harm as competitors

15   could use the information to copy features included in Samsung's products.  Samsung requests

16   that Exhibit 23 be sealed in its entirety.

17   4.    Portions of the Declaration of Karan Singh, Ph. D., in Support of Apple's Reply in

18   Support of Its Motion for a Permanent Injunction and for Damages Enhancements include

19   detailed, highly-sensitive descriptions of the operation of Samsung's source code, including the

20   descriptions of algorithms.  Samsung has designated the information "Highly Confidential –

21   Attorneys' Eyes Only" under the protective order and disclosure of the information is likely to

22   cause Samsung harm as competitors could use the information to copy the features included in

23   Samsung's products.  A proposed redacted version of the Singh Declaration is attached as Exhibit

24   A.

25   5.    Exhibit 17 to the Hung Declaration consists of excerpts from the transcript of the

26   November 6, 2012 deposition of Stephen Gray, which Samsung has designated "Highly

27   Confidential – Attorneys' Eyes Only" under the protective order.  The limited portions of Exhibit

28   17 that Samsung requests be sealed contain detailed, highly-sensitive descriptions of the operation

1  of Samsung's source code, including descriptions of algorithms.  Disclosure of this information is

2  likely to cause Samsung harm as competitors could use the information to copy the features

3  included in Samsung's products.  A proposed redacted version of Exhibit 17 is attached as Exhibit

4  B.

5        6.     Exhibit 9 to the Hung Declaration consists of excerpts from a document produced

6  by Samsung in this litigation and designated "Highly Confidential – Attorneys' Eyes Only" under

7  the protective order.  The portions of the document that Samsung requests be sealed describe

8  Samsung's design strategy, and include specific information about the features Samsung considers

9  important and the results of surveys conducted by Samsung.  In addition, the document describes

10  Samsung's internal decision-making process.  Disclosure of details about Samsung's product

11  planning and business strategy could cause serious competitive harm.  A proposed redacted

12  version of Exhibit 9 is attached as Exhibit C.

13        7.     Exhibit 12 to the Hung Declaration consists of excerpts from a document produced

14  by Samsung in this litigation and designated "Highly Confidential – Attorneys' Eyes Only" under

15  the protective order.  The document reveals Samsung's recent design strategy, and includes the

16  results of surveys conducted by Samsung and unreleased product designs.  Disclosure of the

17  information included in Exhibit 12 is likely to cause harm to Samsung as competitors could use

18  the information to copy Samsung's designs.  Samsung requests that Exhibit 12 be sealed in its

19  entirety.

20        8.     Portions of Exhibit 2 to the Declaration of Marylee Robinson in Support of Apple's

21  Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages, and

22  for Prejudgment Interest contain recent sales data for various Samsung products that are currently

23  in the market.  It is Samsung's policy to not disclose recent sales data as competitors could use the

24  information to Samsung's disadvantage.  A proposed redacted version of Exhibit 2 is attached as

25  Exhibit D.

26        9.     Limited portions of Apple's Reply Brief in Support of its Motion for a Permanent

27  Injunction and for Damages Enhancements include the same information described in paragraphs

28

1  3-8, and should be sealed for the same reasons.  A proposed redacted version of Apple's Reply is

2  attached as Exhibit E.

3

4  I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.  Executed in Suwon, South Korea on November 17, 2012.

6

7  _____

8  Hankil Kang

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28