Exhibit C

# Exhibit 9
# (Submitted Under Seal)

CERTIFICATION   OF TRANSLATION

I certify that the Korean to English translation of the 19 pages of Korean language document with Bates numbers from SAMNDCA00202336 to SAMNDCA00202347, SAMNDCA00202358, SAMNDCA00202363, and from SAMNDCA00202377 to SAMNDCA00202380 is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability, except for the "Translation" markings which are provided to indicate pages with translated texts and italicized texts inside brackets indicating translator notes.  I further certify that I am a qualified professional translator familiar with both languages with more than ten years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: February 9, 2012

Eunjung Choi, Translator

Translation



CONFIDENTIAL

Phase 2 Design Strategy

October 8, 2007
Design Management Center

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Translation

## Phase 1 Design Strategy System

Phase 1 DESIGN
Strategy

Phase 1 Design
Identity System



**Balance of Reason & Feeling**
Simplicity with Resonance
Intuitive, Harmonious, Identifiable, Create Lifestyle

Standardize the Center of the Mass Market

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Translation

# Change of Design Strategy



[*Text in graphics*] Absolute Quality
Reliability

Securing Standard Quality
[Manufacturer's perspective]

Emotional Quality
Differentiation

Strengthening Premium Quality
[Manufacturer's perspective]

Emotional Experience Value
Originality

Creating Experience Value
[Our customers' perspective]



## Logical Value

Price / Performance / Reliability +

## Emotional Value

Individuality, sense, 5 senses, sensitivity, contents and story

As emotions occur between a person and another person/object/environment, they affect decision making or behavior in a complex manner. Although they are subjective and individualized, they can be communicated through sharing and interaction.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00202338**

Translation

## Development Process

※ Utilize consulting firm specializing in strategy



1.  Desk-Top Research

Strategy, research and trends, etc.

2.  Product Analysis

Samsung and competitors

(ECES, CeBIT)

3. Workshops and Interviews

Consulting team, executives and designers

4.  Validation Research

Internal designers

Target customers ( 5 countries)

**SAMSUNG CULTURE**
• Constantly innovating
• Endless passion
  & challenger spirit
• Masters of technology

**BUSINESS STRATEGY**
• Premium
• Build Samsung brand
• To lead digital revolution

**CUSTOMER INSIGHT**
• Decisions led by design
• Seek rich and unexpected experiences
• Harmony with life

**SAMSUNG BRAND**
• Premium focus, high life seekers
• Unlimited living
• Optimistic, stylish, imaginative

**MARKET DRIVERS**
• Mobility, connectivity & convergence
• Software, services and content
• Personalization & Women's power

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                   SAMNDCA00202339

Translation

## Internal Designer Survey

• Desire
- "It is noticeable at first sight"
- "It is something that you desire to have, can be your own and gives satisfaction for the emotional value you'll feel once you own it."
- "Uniqueness that stirs favorable impression."

• Intrigue
- "Intriguing factor in each product design elements." ,  'Magic', Emotional use of the light, surprising on details."
- "Deep consideration for users."
     (Compared to designs that lead or owe users, it gives feeling of simplicity as well as strong support for users.)
- "Bi-directional communication (Resonance) with users, wit and impression."
- "Design or CMF containing hidden detail."

• Delight
- "Design that makes you love the product itself.", "Product design that provides ownership value.", "Satisfaction of value."
- "Beyond delight it inspires you.", "Designs that satisfy a variety of senses.", "New emotions/senses that consumers can't express discovered and created by designers."
- "Designs that have persuasive profound stories.", "Design containing messages (Design that is alive)",
  "There should be 'something to talk about, beautiful stories to tell' even after 10 years. There should be excitement that is bursting out from inside."
- "Design experiences. Resonant interaction! Designs of just appearance (functions) are not long lived.",
  "Designs that lead customers into new experiences.", "'Experience' from the point of view of customers."
- "Consider 'What emotional meanings does this product provide for users?' as the most important Factor in the direction of design.",
- "Present usability or emotional aspects using new material and new usability to establish emotional image as Identity."
- "We should build Samsung into "Company that loves" by sharing and weaving user experiences."

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                    **SAMNDCA00202340**



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00202341**

Translation

Phase 2 Design Guidelines 2_ Intrigue_Design Direction

# Intuitive Interface
Effortless Interface that naturally facilitates intuitive use.









Advanced Technology that simplifies complicated external function keys and thus enhances usability

Use of various devices that intuitively notify signals according to connections and operations of functionalities

Intuitive Interface that delivers not only the temperature that is felt on skin but also visual experiences

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00202358**

Translation

Phase 2 Design Guidelines 3_ Delight_Design Direction

## Total Experience

Deliver overall consistent images over the entire process of product use in addition to the product itself.
Provide reliability by implementing Identity that involves integration of brand, design and marketing



| Events | TV advertisement | Newspaper | External advertising | Stores | Packages |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
SAMNDCA00202363

Translation

# Overview of Design Competitiveness Evaluation (DID Evaluation)

## ■ Background

> After product release, there is a lack of internal efforts to examine users' evaluations of design and usability so as to identify items for improvement and to reflect those items in the design of next phase products.
>
> -- August 2006 Instruction from Executive Team

## ■ Goal

- Investigate global design competitiveness by evaluating designs of our products and products of competitors in major regions
  1. Review the current level of design competitiveness (to be utilized as business data across the company)
  2. Develop next phase design goals and projects for innovation/improvement
  3. Strengthen internal control standard (Self Inspection)

## ■ Composition of Evaluation

- Regions: Korea, China (Asia), US (Americas), Italy (Europe)
- ※ Connect major sales regions and overseas R&D centers to calculate a global index

| | Description | | China (June) | Korea (July) | US (August) | Italy (Sept.) |
|---|---|---|---|---|---|---|
| System | D.I.D Evaluation (Desire, Intrigue, Delight) | Specialist | ● (Samsung CD) | ● (Korea Specialist) | ● (Specialist for Americas) | ● (Europe Specialist) |
| | | User | - | - | FGI | FGI |
| | | | Simultaneous study over the internet (July – Sept.) | | | |
| | Design | UI | ● | ● | ● | - |
| | Special area evaluation | TCD | ● | - | - | ● |
| | (Detailed evaluation) | Quality | - | ● | - | - |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Translation

# DID Evaluation System

Comprehensive evaluation from the first impression felt of the product through value experienced after use

| Phase 2 DI | Individual intuitive evaluation | | Evaluation through detailed discussions |
|---|---|---|---|
| Desire | Appearance | [Intuitive sense]<br>Aesthetic attractiveness felt when you first saw the product | • Attractive shape<br>• Attractive color [and] material<br>• Harmony in appearance<br>• Originality in appearance |
| Intrigue | Sensory Perception | [Intuitive sense]<br>Feeling transmitted through 5 senses before use | • Clear and easy operation<br>• Detailed finish<br>• Novelty to 5 senses<br>• Elements invoking interest |
| | Interaction | [By intended purpose]<br>Interaction and feeling felt during the use | • Intuitive and convenient usability<br>• Harmony in PUI and GUI<br>• Novelty in usability<br>• Deep Consideration |
| Delight | Emotional Resonance | [Purchase / Ownership Value]<br>General feeling of favorable impression | • Pride<br>• Emotional attachment<br>• Total Design Uniformity<br>• Design Leadership |
| | Gestalt | Overall design completeness in logical and emotional senses | |

Intuitive individual evaluation
-> Calculate competitiveness index

Evaluation through detailed discussions
-> Obtain characteristics per main factor

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00202378

Translation

## Main Product at Issue (Design competitiveness evaluation — Specialist evaluation)

◆ iPHONE



Translation

■ DID Element Evaluation Result



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Translation

The Phase 2 DI strategy will be completed with
all of you designers putting it into practice in the same direction.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00202380**