# Exhibit D

# Exhibit 2
# (Submitted Under Seal)

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 2

## Calculation of Apple's Supplemental Damages
## through December 31, 2012

| Month | Data Type | Monthly Units Sold 1/ | Quarterly Units Sold |
|---|---|---:|---:|
| October-11 | Actual | 742,349 | |
| November-11 | Actual | 831,274 | |
| December-11 | Actual | 576,974 | 2,150,597 |
| January-12 | Actual | 771,947 | |
| February-12 | Actual | 515,681 | |
| March-12 | Actual | 689,078 | 1,976,706 |
| April-12 | Actual | 842,535 | |
| May-12 | Actual | 472,099 | |
| June-12 | Actual | 401,938 | 1,716,572 |
| July-12 | Kerstetter | ■ | |
| August-12 | Kerstetter | ■ | |
| September-12 | Kerstetter | ■ | ■ |
| October-12 | Projected | 324,928 | |
| November-12 | Projected | 285,232 | |
| December-12 | Projected | 245,536 | 855,696 |

| | | |
|---|---|---:|
| Total Kerstetter and Projected Sales | | 2,007,286 |
| Damages per Unit 2/ | $ | 50.40 |
| **Estimated Damages** | | **$ 101,167,892** |

**Sources/Notes:**

1/ Actual and Kerstetter unit sales per EXHIBIT 2.1.  Projected unit sales per EXHIBIT 2.2.

2/ See Robinson Declaration dated September 21, 2012, EXHIBIT 2.

Case 5:11-cv-01846-LHK   Document 2146-4   Filed 11/16/12   Page 4 of 6
Apple Inc. v. Samsung Electronics Co., LTD., et al.
EXHIBIT 2.1

**Samsung U.S. Historic Sales of Eight Infringing Products Confirmed**
**to be on Sale as of September, 2012** 1/ 2/

| | 2011 | | | 2012 | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | August | September | |
| Droid Charge | 28,491 | 31,767 | 31,623 | 9,553 | 11,727 | 36,321 | 23,456 | 18,818 | 6,679 | 4,950 | 25,686 | 635 | 229,706 |
| Galaxy Prevail | 99,840 | 185,400 | 46,800 | 175,320 | 164,880 | 76,680 | 151,560 | 100,080 | 49,680 | 25,920 | 4,680 | 16,200 | 1,097,040 |
| Galaxy S 4G | 45,043 | 73,118 | 118,942 | 98,456 | 40,164 | 45,058 | 65,359 | 2,071 | 50,093 | 49,159 | 947 | - | 588,410 |
| Galaxy S II (AT&T Edition, 4G) | 156,116 | 101,115 | 16,111 | (265) | (111) | 68,720 | 50,963 | 40,558 | 30,113 | - | - | - | 463,320 |
| Galaxy S II (Epic 4G Touch) | 138,985 | 204,320 | 70,607 | 226,118 | 126,660 | 162,810 | 251,140 | 147,600 | 182,200 | 171,000 | 204,302 | 149,280 | 2,035,022 |
| Galaxy S II (Skyrocket) | 13,640 | 149,066 | 165,066 | 64,867 | 14,203 | 68,403 | 42,316 | 52,441 | 66,312 | 96,253 | 57,721 | 20,627 | 810,915 |
| Galaxy S II (T-Mobile edition) | 257,075 | 60,141 | 115,070 | 168,164 | 140,073 | 205,886 | 218,567 | 81,826 | 4,776 | 53,047 | 134,021 | 120,309 | 1,558,955 |
| Galaxy S Showcase (i500) | 3,159 | 26,347 | 12,755 | 29,734 | 18,085 | 25,200 | 39,174 | 28,705 | 12,085 | 12,077 | 1,441 | 3,335 | 212,097 |
| **Total Units** | **742,349** | **831,274** | **576,974** | **771,947** | **515,681** | **689,078** | **842,535** | **472,099** | **401,938** | **412,406** | **428,798** | **310,386** | **6,995,465** |

**Sources/Notes:**

1/ Unit sales between October 2011 and June 2012 per Robinson Declaration dated September 21, 2012, EXHIBIT 2.1.  Data starts in October

2011, this is the first month when all eight products are on the market at the same time.

2/ Unit sales between July 2012 and September 2012 per Exhibit 2 to the Kerstetter Declaration dated October 19, 2012.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 2.2



Prepared by Invotex Group

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 2.3

## Calculation of Apple's Supplemental Damages
## per Day as of December, 2012

| | | |
|---|---|---|
| Projected Unit Sales - December, 2012 | 1/ | 245,536 |
| Days in Period | | 31 |
| Unit Sales per Day | | 7,921 |
| Damages per Unit | 2/ | $ 50.40 |
| **Damages per Day** | | **$ 399,196** |

**Sources/Notes:**
1/ See EXHIBIT 2.
2/ See Robinson Declaration dated September 21, 2012, EXHIBIT 2.