| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kathleen M. Sullivan (Bar No. 242261) |
| | kathleensullivan@quinnemanuel.com |
| 6 | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065-2139 |
| 9 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 10 | |
| | Susan R. Estrich (Bar No. 124009) |
| 11 | susanestrich@quinnemanuel.com |
| | Michael T. Zeller (Bar No. 196417) |
| 12 | michaelzeller@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 13 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| 14 | Facsimile: (213) 443-3100 |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S REPLY EVIDENCE** |

02198.51855/5057782.1

Case No. 11-cv-01846-LHK
DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S REPLY EVIDENCE

DECLARATION OF VICTORIA F. MAROULIS

I, Victoria F. Maroulis, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the November 7, 2012 deposition of Dr. Jerry Wind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Redwood Shores, California on November 16, 2012.

*/s/ Victoria F. Maroulis*
_____
Victoria F. Maroulis

02198.51855/5057782.1

-1-   Case No. 11-cv-01846-LHK
DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S REPLY EVIDENCE