EXHIBIT 12

SUBMITTED UNDER SEAL



# GS CHOI VISIT TO STA

SEPTEMBER 20, 2011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CARRIERS WILL COMPETE TO CAPTURE THE 60M U.S. CONSUMERS WHO WILL BUY THEIR FIRST SMARTPHONE IN 2012…

US Install Base (M)
(Beginning of 2011)
274.9
140.3
60.1
74.5
57M* closed OS users to buy their first smartphone
Smart
QMD
Other ClosedOS
US Install Base (M)
(Beginning of 2012)
288.1
101.6
54.7
131.8
60M* closed OS to buy their first smartphone
Smart
QMD
Other ClosedOS
2011:
57M consumers buy their first S-P
2012:
60M consumers buy their first S-P

Expected Retail Price for Next Phone: Smartphone Intenders
16%
15%
12%
10%
21%
16%
22%
21%
17%
17%
6%
10%
6%
10%
Free with mobile service
$1-$49
$50-$74
$75-$99
$100-$149
$150-$199
$200 or more
Current QMD Owners
All Other Feature Owners

1st time buyers have a lower willingness to pay

STA has good coverage of the premium tier ($149+)

$49 and $99 price points continue to grow in importance

*Source:STA estimate

8

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258681