# EXHIBIT 13

# SUBMITTED UNDER SEAL



# COO VISIT TO STA

SEPTEMBER 2011

1-1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00276935

# STA MARKETING

## The Opportunity:

100+ million consumers will become 1st time smartphone users in the next two years.

# Why will they choose Samsung?

4-27

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY