# EXHIBIT 21

# SUBMITTED UNDER SEAL



# AT&T

## For HQ CFO

| Owner | [Paul Chapple] |
|---|---|
| Document Revision | V [0.1] |
| Effective Date | [February 16, 2012] |
| Retention | [5 yrs] |
| Security Policy | [Confidential] |

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11547521

# AT&T KEY ACCOUNT ISSUES



iPhone Retail Price Points

- Apple has offerings in all key price points. $0, $99, $199, $299. Samsung is primarily at $199.

- AT&T has not driven LTE.

- Similarity of products and price points has created EOL issues on HSPA+ products. Will require CDE to clear inventory.

- Profitability is poor due to high CDE/MDF: 14% in 2011.

- AT&T has opposed "Fan Boy" ads, so not possible to fully leverage our spend.

CONFIDENTIAL

SLIDE 2 of 4



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547522