# EXHIBIT 25

# SUBMITTED UNDER SEAL



# STA MARKETING

CFO UPDATE

February 15th, 2012

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11547471

# AFTER ONLY ONE WEEK, THE NEXT BIG THING CAMPAIGN SHIFTED THE ONLINE CONVERSATION AWAY FROM IPHONE TOWARDS SAMSUNG AND INTRODUCED GALAXY AS A TOP TERM



**Mobile Conversation Pre-Campaign**

**Mobile Conversation Post Campaign Launch**

TOP SECRET

9

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11547479