HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DEPOSITIONS AND TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO PERMANENT INJUNCTION** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Compel Depositions and to File Supplemental Brief in Opposition to Permanent Injunction, which includes two references to the Declaration of Karan Singh that Samsung has designated confidential; and

2. The attachment to Exhibit 4 to the Declaration of Erik J. Olson in Support of Apple's Opposition to Samsung's Motion to Compel Depositions and to File Supplemental Brief.

**Confidential Samsung Information**

The materials identified above contain or reveal information that Samsung has designated as confidential under the protective order entered in this case. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration supporting the filing of these materials under seal.

Dated: November 20, 2012              MORRISON & FOERSTER LLP

                                      By:   */s/ Michael A. Jacobs*
                                            MICHAEL A. JACOBS

                                            Attorneys for Plaintiff
                                            APPLE INC.