Exhibit 5

Confidential Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE, INC., a California        )
     corporation,                     )
 5                                    )
                      Plaintiff,      )
 6      vs.                           )
                                      )
 7   SAMSUNG ELECTRONICS CO., LTD.,   )
     a Korean business entity;        )
 8   SAMSUNG ELECTRONICS AMERICA,     )
     INC., a New York corporation;    )
 9   SAMSUNG TELECOMMUNICATIONS       )
     AMERICA LLC, a Delaware limited  )
10   liability company,               )
                                      )
11                    Defendants.     )
     _____)
12
13
14         ** TRANSCRIPT MARKED CONFIDENTIAL **
15             ** ATTORNEYS' EYES ONLY **
16             DEPOSITION OF STEPHEN GRAY
17              San Francisco, California
18              Tuesday, November 6, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 55303
```

Confidential Attorneys' Eyes Only

Page 2

1
2
3
4              November 6, 2012
5                4:04 p.m.
6
7
8        Videotaped deposition of
9    STEPHEN GRAY, held at Morrison &
10   Foerster, LLP, 425 Market Street,
11   San Francisco, California,
12   pursuant to Subpoena before Linda
13   Vaccarezza, a Certified Shorthand
14   Reporter of the State of
15   California.
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only

```
                                                      Page 3
 1         A P P E A R A N C E S:
 2              MORRISON & FOERSTER
 3              Attorneys for Plaintiff.
 4                   425 Market Street
 5                   San Francisco, California 94105
 6              BY:  ANDREW E. MONACH, ESQ.
 7                   ERIC W. OW, ESQ.
 8
 9
10
11              QUINN EMANUEL URQUHART & SULLIVAN
12              Attorneys for Defendants
13                   555 Twin Dolphin Drive
14                   Redwood Shores, California 94065
15              BY:  TODD M. BRIGGS, ESQ.
16                   GUY EDDON, ESQ.
17
18
19
20
21
      videographer:  Pete Sais
22
23
24
25
```

Confidential Attorneys' Eyes Only

Page 4

1      THE VIDEOGRAPHER: This marks the
2  beginning of Volume 1, Disk 1, in the deposition
3  labeled Stephen Gray in the deposition of Apple
4  Inc. versus Samsung Electronics Company Limited,
5  et al. In the United States District Court,                    04:02
6  Northern District Of California, case number 11
7  CV 01846 LH. This deposition is being held at
8  425 Market Street in San Francisco, California,
9  on November 6th, 2012, at approximately
10 4:03 p.m. My name is Pete Sais from TSG                        04:03
11 Reporting, Inc., and I am the legal video
12 specialist. The court reporter is Linda
13 Vaccarezza, in association with TSG Reporting.
14 Will counsel please introduce yourself, and the
15 court reporter can swear in the witness and we                 04:03
16 can proceed.
17      MR. MONACH: Thank you. Andrew
18  Monarch and Eric ow representing Apple.
19      MR. BRIGGS: Todd Briggs and Guy
20  Eddon from Quinn Emanuel representing                         04:03
21  Samsung.
22      STEPHEN GRAY,
23  Having been duly sworn, by the
24  Certified Shorthand Reporter, was
25  examined and testified as follows:                            04:03

Confidential Attorneys' Eyes Only

Page 80

1   to one bit of testimony you gave earlier today.
2   And I'll paraphrase it, because I don't have the
3   exact quote in front of me.  And if you think
4   I've mischaracterized your prior testimony,
5   please correct me.                                          06:48
6              My recollection is that when I
7   asked To you look at the observed behavior of the
8   Galaxy Tab 10.1 that we have here as an exhibit,
9   and the Galaxy S II, Deposition Exhibit 4, you
10  said that from the perspective of the user with             06:48
11  respect to one finger scrolling, two finger
12  scaling, and what you've called two finger
13  scrolling, that they were roughly the same, or
14  words to that effect of the user.
15             Do you recall that?                              06:49
16      A.   I do.
17      Q.   So my follow-up question, sir, is
18  you didn't say they were the same.  You said they
19  were roughly the same.  Does the observed
20  behavior or behavior to the user on those three            06:49
21  categories differ in any way that is relevant to
22  infringement or non-infringement of Claim 8 of
23  the 915 patent?
24      A.   My observation is that the
25  differences that I referred to between the                 06:49

Confidential Attorneys' Eyes Only

Page 81

1  observed behavior of the Tab and the observed
2  behavior of the phone with respect to the
3  gestures or the two finger scroll, so on, are not
4  materially different.  They are -- they are
5  different in around the edges, but they are not                06:49
6  fundamentally different.  They would be observed
7  similarly.
8        Q.   Are they different in any way that
9  you think is relevant to determining infringement
10 or non-infringement of the 915 patent?                          06:50
11       A.   No.
12       Q.   Thank you.  That's all I have.
13            MR. BRIGGS:  I would just like to
14       designate the transcript attorneys' eyes
15       only.  The entire transcript.                             06:50
16            THE VIDEOGRAPHER:  This marks the
17       end of Volume 1, Disk 2, and concludes
18       today's deposition of Stephen Gray.  Time
19       is 6:50 p.m. and we are off the record.
20            (Discussion was held off the                         06:51
21       record.)
22            MR. MONACH:  Go back on the
23       record.
24            After the close of the deposition,
25       counsel have agreed that Quinn Emanuel                    06:51

Confidential Attorneys' Eyes Only

Page 83

1            C E R T I F I C A T E

2       STATE OF CALIFORNIA       )

3                                 )

4       COUNTY OF SAN FRANCISCO   )

5            I, LINDA VACCAREZZA, a Certified

6       Shorthand Reporter for the State of

7       California, do hereby certify:

8            That STEPHEN GRAY, the witness whose

9       deposition is hereinbefore set forth, was

10      duly sworn by me and that such deposition

11      is a true record of the testimony given

12      by such witness.

13           I further certify that I am not

14      related to any of the parties to this

15      action by blood or marriage; and that I

16      am in no way interested in the outcome of

17      this matter.

18           IN WITNESS WHEREOF, I have hereunto

19      set my hand this 7th day of November

20      2012.

21

22      _____

23       LINDA VACCAREZZA, CSR. NO. 10201

24

25