| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENT WITH HTC** |

APPLE'S OPP'N TO SAMSUNG'S MOT. TO COMPEL PRODUCTION OF HTC SETTLEMENT AGREEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3220401

Samsung's motion is moot. As Samsung acknowledges (Mot. at 2), Apple does not oppose the production of its settlement agreement with HTC. Pursuant to the agreement, Apple was required to give HTC ten business days' notice and an opportunity to object before making this production. Apple promptly raised Samsung's request with HTC the day after receiving it, and Apple provided formal written notice to HTC of its intent to produce the agreement before Samsung filed this motion.

HTC has since advised the parties that it is willing to acquiesce to Apple's production of the agreement on two conditions: (1) the Agreement must be marked Highly Confidential – Attorneys' Eyes Only under the protective order; and (2) the consideration amount must be redacted. (Decl. of Richard S.J. Hung in Supp. of Apple's Opp'n to Samsung's Mot. to Compel Production of Settlement Agreement with HTC ("Hung Decl.") Ex. 1.)

***Samsung has agreed to both conditions.*** Despite this, and Apple's acknowledgement that Samsung is preserving its rights to request the unredacted version later, Samsung is unwilling to agree that its motion is moot and should be withdrawn. (Id.)

Because Apple is willing to produce its settlement agreement with HTC, HTC does not object to its production subject to the two stated conditions, and Samsung has agreed to both conditions, Samsung's motion should be denied as moot. Samsung has previously indicated its willingness to accept the production of the HTC settlement agreement marked Highly Confidential – Attorney's Eyes Only and with the consideration amount redacted, and Samsung offers no reason why this does not moot its motion or why the consideration amount is relevant to Apple's preliminary injunction motion.

Dated:  November 20, 2012              MORRISON & FOERSTER LLP

                                       By:   */s/ Michael A. Jacobs*
                                             Michael A. Jacobs
                                             Attorneys for APPLE INC.

APPLE'S OPP'N TO SAMSUNG'S MOT. TO COMPEL PRODUCTION OF HTC SETTLEMENT AGREEMENT
CASE NO. 11-CV-01846-LHK (PSG)                                                                           1
sf-3220401