HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENT WITH HTC** |

1  I, RICHARD S.J. HUNG, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of Apple's Opposition to Samsung's Motion to Compel Production of Settlement Agreement with HTC.

2. Attached as Exhibit 1 is a true and correct copy of electronic mail correspondence between Daryl Crone and me on November 20, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2012 at San Francisco, California.

*/s/ Richard S.J. Hung*  
RICHARD S.J. HUNG

HUNG DECL. ISO APPLE'S OPP'N TO SAMSUNG'S MOT. TO COMPEL PROD. OF HTC SETTLEMENT AGREEMENT  
11-CV-01846-LHK (PSG)  
sf-3221048

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: November 20, 2012                    /s/ Michael A. Jacobs

HUNG DECL. ISO APPLE'S OPP'N TO SAMSUNG'S MOT. TO COMPEL PROD. OF HTC SETTLEMENT AGREEMENT
11-CV-01846-LHK (PSG)
sf-3221048

2