# EXHIBIT 1

**Sexton, Robin L.**

| | |
|---|---|
| **From:** | Daryl Crone <daryl@cronehawxhurst.com> |
| **Sent:** | Tuesday, November 20, 2012 8:11 PM |
| **To:** | Hung, Richard S. J. |
| **Cc:** | Sexton, Robin L. |
| **Subject:** | Re: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement |

Rich,


We are not willing to agree to the portion of the stipulation that requires Samsung to withdraw its motion at this time or states that Samsung will withdraw its motion seeking the unredacted agreement. As stated in my email of this morning, we need to see the redacted Agreement first. Please let us know if you are still willing to provide the redacted Agreement to Samsung given our commitment to treat it as Highly Confidential—Attorneys' Eyes Only.



Regards,


Daryl M. Crone
Crone Hawxhurst LLP
10880 Wilshire Blvd., Ste. 1150
Los Angeles, CA 90024
Tel: (310) 893-5150
Fax: (310) 893-5195
Direct Tel: (310) 893-5155
daryl@cronehawxhurst.com
Website:  www.cronehawxhurst.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Nov 20, 2012, at 7:59 PM, "Hung, Richard S. J." <RHung@mofo.com> wrote:

> Hi Daryl - we'll hold off another 15, but our staff needs to head home.
>
> **From**: Daryl Crone [mailto:daryl@cronehawxhurst.com]
> **Sent**: Tuesday, November 20, 2012 07:56 PM
> **To**: Hung, Richard S. J.

1

**Subject**: Re: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Rich,

Could you please hold off for a bit?  I expect to have a response soon.  Please confirm if you agree. Thanks much.


Daryl M. Crone
Crone Hawxhurst LLP
10880 Wilshire Blvd., Ste. 1150
Los Angeles, CA 90024
Tel: (310) 893-5150
Fax: (310) 893-5195
Direct Tel: (310) 893-5155
daryl@cronehawxhurst.com
Website:  www.cronehawxhurst.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Nov 20, 2012, at 6:24 PM, "Hung, Richard S. J." <RHung@mofo.com> wrote:

> Daryl –
>
> I understand that you're still waiting to hear back from Samsung about the stipulation.
>
> Because our opposition is due today, we will proceed to file it at 8PM if we have not received confirmation from Samsung by then that the stipulation is fine.
>
> (As you note, we also can stipulate to the parties' resolution of this issue and the withdrawal of Samsung's motion tomorrow if necessary.)
>
> Rich
>
> Richard S.J. Hung
> Morrison & Foerster LLP
> rhung@mofo.com
> (415) 268-7602
>
> ---
>
> **From:** Daryl Crone [mailto:daryl@cronehawxhurst.com]
> **Sent:** Tuesday, November 20, 2012 4:15 PM
> **To:** Hung, Richard S. J.; Alison, John (john.alison@finnegan.com)
> **Cc:** AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com;

2

Samsungv.Apple@Quinnemanuel.com; Robert Becher
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Thanks Rich.   I will get back to you as soon as possible, likely within an hour or two.

Regards,
Daryl

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, November 20, 2012 3:49 PM
**To:** Daryl Crone; Alison, John (john.alison@finnegan.com)
**Cc:** AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com; Samsungv.Apple@Quinnemanuel.com; Robert Becher
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Daryl,

At John's request, I am forwarding a slightly tweaked version of the stip. with HTC's edits.  The only changes were very minor:

(1) In the fourth whereas clause:

> WHEREAS, HTC ~~is willing to lift its objections immediately~~ <u>will not object</u> to the <u>immediate</u> production of the Settlement Agreement <u>to Samsung</u>, ~~if~~ <u>so long as</u> it is marked "Highly Confidential – Attorneys' Eyes Only" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials (Dkt. No. 687) and any provisions relating to the amount(s) of any monetary payments, including how such amount(s) are calculated, are redacted; and

(2) In the second numbered paragraph:

> Apple shall produce the Settlement Agreement, ~~as redacted~~ <u>with the redactions described above</u> and bearing the Highly Confidential – Attorneys' Eyes Only designation, by Wednesday, ~~October~~ <u>November</u> 21, 2012.

Please let us know if we can file the stipulation.

Thanks -- Rich

Richard S.J. Hung
Morrison & Foerster LLP

3

rhung@mofo.com
(415) 268-7602

**From:** Hung, Richard S. J.
**Sent:** Tuesday, November 20, 2012 1:52 PM
**To:** Daryl Crone; Alison, John (john.alison@finnegan.com)
**Cc:** AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com; Samsungv.Apple@Quinnemanuel.com; Robert Becher
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Daryl,

I have conferred with John, and I believe that HTC can live with the first two conditions.

Attached is a draft stipulation reflecting the parties' agreement in this regard to moot Samsung's motion to compel.  Please let me know immediately if it is acceptable, so that we can get it on file.

(John, please also confirm that HTC will lift its objection to production to Samsung in this action if the agreement is marked AEO and the payment terms are redacted, as previously discussed.)

Rich


Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

**From:** Daryl Crone [mailto:daryl@cronehawxhurst.com]
**Sent:** Tuesday, November 20, 2012 11:56 AM
**To:** Hung, Richard S. J.; Alison, John (john.alison@finnegan.com)
**Cc:** AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com; Samsungv.Apple@Quinnemanuel.com; Robert Becher
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Rich,

We think an arbitrary limitation on the number of attorneys is neither warranted nor workable.  In addition, the protective order sets forth more than adequate protections for Highly Confidential—Attorneys' Eyes Only information.  Besides, it appears that both Apple and HTC have been talking to the press about the agreement, including even giving monetary ranges for the license.

Regards,
Daryl

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, November 20, 2012 11:33 AM
**To:** Daryl Crone; Alison, John (john.alison@finnegan.com)
**Cc:** AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com;

4

Samsungv.Apple@Quinnemanuel.com; Robert Becher
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Daryl –

Can you please let us know Samsung's position by 2PM?

If we have not heard from Samsung by then, we will assume that Samsung is unwilling to accept any numerical limits on outside counsel access (even relatively large ones) and proceed to file as necessary.

Thanks -- Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

---

**From:** Hung, Richard S. J.
**Sent:** Tuesday, November 20, 2012 10:10 AM
**To:** 'Daryl Crone'; Alison, John (john.alison@finnegan.com)
**Cc:** AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com; Samsungv.Apple@Quinnemanuel.com; Robert Becher
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Daryl,

Thanks for your response. To moot Samsung's motion, would Samsung accept any limits on outside counsel access? E.g., 8 or 10 attorneys?

Cc:ing John Alison of Finnegan, who is representing HTC.

Rich

---

**From:** Daryl Crone [mailto:daryl@cronehawxhurst.com]
**Sent:** Tuesday, November 20, 2012 9:41 AM
**To:** Hung, Richard S. J.
**Cc:** AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com; Samsungv.Apple@Quinnemanuel.com; Robert Becher
**Subject:** Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Mr. Hung,


I am responding to the conditions set forth in the below email that you sent to Rob Becher.

Samsung will agree to have the Agreement designated Highly Confidential—Attorneys' Eyes Only.

In terms of the redactions, this will confirm that you have informed Samsung's counsel that the only provisions being redacted relate only to the amount of the monetary payment, including how the amount is calculated. Because we have an

5

interest in seeing the Agreement in an expeditious manner, Samsung is willing to agree that Apple may initially produce a redacted version of the Agreement.  Samsung reserves its right to continue to pursue the remaining, redacted portions of the Agreement though.  After seeing the redacted Agreement, we will advise if we still seek production of the redacted Agreement.  Moreover, Samsung reserves its rights to seek the full agreement in other cases involving Apple.

Turning to the request that only two Samsung outside lawyers may see the Agreement, we do not believe such a limitation is reasonable.  All outside lawyers for Samsung are bound by the protective order and obligated to maintain the confidentiality of information produced in this action pursuant to the Protective Order.  Because it may be necessary to reference the Agreement and its terms in future filings and hearings, it is impractical to impose arbitrary numerical limitations on attorneys on top of the protections ensured by the Protective Order.  We believe the Protective Order provides adequate protection for documents designated Highly Confidential—Attorneys' Eyes Only.

In light of the above, Samsung will not withdraw its motion to compel at this time.

Regards,
Daryl Crone

Daryl M. Crone
Crone Hawxhurst LLP
10880 Wilshire Blvd., Ste. 1150
Los Angeles, CA 90024
Tel: (310) 893-5150
Fax: (310) 893-5195
Direct Tel: (310) 893-5155
daryl@cronehawxhurst.com
Website:  www.cronehawxhurst.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, November 19, 2012 1:10 PM
**To:** Robert Becher
**Cc:** AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com); Samsung v. Apple
**Subject:** Apple v. Samsung (11-cv-1846) -- Production of HTC Agreement

Hi Rob:

HTC has responded with its positions on the production of the Apple-HTC Patent License and Settlement Agreement ("Agreement").

HTC has informed Apple that it will not object to Apple's immediate production of the Agreement in the 1846 case if:

- · The Agreement is designated Highly Confidential – Attorneys' Eyes Only under the Protective Order;
- · Two phrases are redacted from the "payment" provision, with a corresponding one-word redaction to Exhibit D; and
- · Dissemination is limited to a small number of Samsung Outside Counsel (*i.e.,* two).

The proposed redactions, which are very limited and relate only to the payment section, comprise a total of 33 words from the entire agreement.

Please let us know by 6PM today if the foregoing is acceptable to Samsung and would moot Samsung's motion. If Samsung needs additional time to consider HTC's position, please advise as to when Samsung will be able to respond and whether Samsung would be willing to stipulate to a short extension for Apple's opposition brief to Samsung's motion to compel production of the Agreement (perhaps until Wednesday).

Relatedly, HTC asks that Apple and Samsung attempt to reach stipulations concerning portions of the Agreement that allegedly support arguments that they intend to raise with the Court, rather than submitting the Agreement or portions thereof with any filings. Such stipulations should be filed under seal as appropriate.

Rich

_____
Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7602 (direct)
(415) 268-7522 (fax)
rhung@mofo.com
www.mofo.com


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed

herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------


------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------


-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------


-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------