# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: November 21, 2012                                         Time in Court: 58 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (12:06 to 1:04)

**TITLE: Apple, Inc. v. Samsung Electronics, Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK (PSG)**
Plaintiff Attorney(s) present (*telephonically*): Michael Jacobs, Grant Kim, Peter Kolovos and Erik Olson
Defendant Attorney(s) present (*telephonically*): Michael Zeller, Daryl Crone, Anthony Alden, and Robert Becher
Third Party Attorney(s) present (*telephonically*): John Alison and Robert McCauley

### PROCEEDINGS:
**1.) Defendants Motion to Compel Depositions of Apple Reply Expert Declarants (Doc. 2141)**
**2.) Defendants Motion to Compel Production of Settlement Agreement with HTC (Doc. 2144)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///