| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone:  (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| Attorneys for Plaintiff and | Palo Alto, California 94304 |
| Counterclaim-Defendant APPLE INC. | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S OBJECTIONS TO APPLE'S REPLY EVIDENCE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Apple requests leave to file a response to Samsung's Objections to Apple's Reply
Evidence (Dkt. No. 2147) because while Local Rule 7-3(d)(1) permits a party to object to
evidence submitted in a reply brief, it does not mention a response to such objections.

   A response to Samsung's evidentiary objections is appropriate in view of the importance
of the issues. Samsung has objected to three reply declarations and other evidence included in
Apple's Replies in Support of its Motion for a Permanent Injunction ("Permanent Injunction
Motion") and Motion for Judgment as a Matter of Law ("JMOL Motion"). As explained in
Apple's Response attached hereto as Exhibit A, this evidence merely rebuts the evidence and
arguments in Samsung's oppositions. Consideration of Apple's response is appropriate to ensure
that both sides have an opportunity to address this issue. Indeed, Samsung previously filed a
Response to Apple's Objections to Evidence in Samsung's Reply in Support of Non-Jury Claims.
(Dkt. No. 2084.) Samsung did not seek leave to file this response, showing that Samsung
believes that a response may be filed even without prior leave. As noted in the accompanying
declaration of Richard Hung, Samsung has not replied to Apple's request to stipulate to the filing
of a response, so Apple has not been able to address this matter by stipulation.

Dated:  November 26, 2012            MORRISON & FOERSTER LLP


                                     By:   /s/ Michael A. Jacobs
                                           Michael A. Jacobs
                                           Attorneys for Plaintiff
                                           APPLE INC.

APPLE'S ADMIN MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S OBJECTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3222115