| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S OBJECTIONS TO APPLE'S REPLY EVIDENCE** |

1    I, RICHARD S.J. HUNG, declare as follows:

2    1.    I am a partner at Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I make this declaration based on personal knowledge and could testify competently to the facts stated herein. I make this declaration in support of Apple's Administrative Motion for Leave to File Response to Samsung's Objections to Apple's Reply Evidence.

3    2.    At approximately noon on November 26, 2012, I wrote Robert Becher of Quinn Emanuel Urquhart & Sullivan LLP, Samsung's counsel of record in this action, to ask if Samsung would agree to Apple's request for leave to file a response to Samsung's evidentiary objections. Although I requested a response by 4 p.m, Samsung did not provide a response by that time.

4    3.    On November 21, 2012, Judge Grewal issued an order allowing the parties to conduct three-hour depositions of Marylee Robinson, John Hauser, Karan Singh, Corey Kerstetter, and R. Sukumar by November 29, 2012. Samsung subsequently proposed to forgo the deposition of Ms. Robinson, one of Apple's experts, if Apple agreed to forgo the deposition of Mr. Kerstetter, a Samsung employee. Apple agreed to Samsung's proposal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of November, 2012, at San Francisco, California.

*/s/ Richard S.J. Hung*
Richard S.J. Hung

DECLARATION OF RICHARD S.J. HUNG ISO APPLE'S MOT. FOR LEAVE TO FILE RESPONSE
CASE NO. 11-cv-01846-LHK (PSG)
pa-1562404

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated:  November 26, 2012                  */s/ Michael A. Jacobs*
                                                                Michael A. Jacobs