UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S OBJECTIONS TO APPLE'S REPLY EVIDENCE** |

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3222159

1    Upon review of Apple's Administrative Motion for Leave to File Response to Samsung's
2    Objections to Apple's Reply Evidence,
3    **IT IS SO ORDERED** that Apple may file its Response forthwith.

Dated: _____     _____
                                    Hon. Lucy H. Koh
                                    United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3222159