# EXHIBIT A

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 14313719 |
| Application Number: | 29328018 |
| International Application Number: | |
| Confirmation Number: | 7091 |
| Title of Invention: | ELECTRONIC DEVICE |
| First Named Inventor/Applicant Name: | Bartley K. ANDRE |
| Customer Number: | 63975 |
| Filer: | Tracy-Gene G. Durkin/Barbera Dooley |
| Filer Authorized By: | Tracy-Gene G. Durkin |
| Attorney Docket Number: | 2607.0590002(P4984USD1) |
| Receipt Date: | 27-NOV-2012 |
| Filing Date: | 18-NOV-2008 |
| Time Stamp: | 12:35:51 |
| Application Type: | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 160 |
| RAM confirmation Number | 13095 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | 2607_0590002_TermDisc.pdf | 225341<br>ebf829fc6081d53cc0bd87521aec5bdb579e5aad | yes | 2 |
|---|---|---|---|---|
| | **Multipart Description/PDF files in .zip description** | | | |
| | **Document Description** | **Start** | **End** | |
| | Transmittal Letter | 1 | 1 | |
| | Terminal Disclaimer Filed | 2 | 2 | |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30178<br>a036e7873102456f943092333670366b2ba19822 | no | 2 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| | **Total Files Size (in bytes):** | | 255519 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| **Electronic Patent Application Fee Transmittal** ||
|---|---|
| **Application Number:** | 29328018 |
| **Filing Date:** | 18-Nov-2008 |
| **Title of Invention:** | ELECTRONIC DEVICE |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Filer:** | Tracy-Gene G. Durkin/Barbera Dooley |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |
| Filed as Large Entity ||

**Design    Filing Fees**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Statutory or terminal disclaimer | 1814 | 1 | 160 | 160 |
| | | | **Total in USD ($)** | **160** |



**TRACY-GENE G. DURKIN**
DIRECTOR
(202) 772-8660
TDURKIN@SKGF.COM

November 27, 2012

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

<u>Confirmation No. 7091</u>
Art Unit 2911
**Attn: Mail Stop Post Issue**

Re:   U.S. Patent No. D618,677; Issue Date: June 29, 2010
      (from U.S. Appl. No. 29/328,018; Filing Date: November 18, 2008)
      For:   **Electronic Device**
      Inventors:  Andre *et al.*
      Our Ref:  2607.0590002(P4984USD1)

Commissioner:

Transmitted herewith for appropriate action are the following documents:

1. Online Credit Card Payment Authorization in the amount of **$160.00** to cover:

    **$160.00** fee for Terminal Disclaimer; and

2. Terminal Disclaimer.

*The above-listed documents are filed electronically through EFS-Web.*

Fee payment is provided through online credit card payment.  The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Patentee
Registration No. 32,831

TGD/btd
Enclosure(s)

1611821_1

TERMINAL DISCLAIMER

In re Patent of:     ANDRE *et al.*
U.S. Patent No.:    D618,677
Granted:            June 29, 2010
Application No.:    29/328,018
Filed:              November 18, 2008
Title:              Electronic Device

The patent owner, Apple Inc., of 100 percent interest in U.S. Patent No. D618,677 hereby disclaims, except as provided below, the terminal part of the statutory term of U.S. patent No. D618,677 which would extend beyond the expiration date of the full statutory term of prior U.S. Patent No. D593,087, as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said prior patent is presently shortened by any terminal disclaimer. The patent owner hereby agrees that U.S. Patent No. D618,677 shall be enforceable only for and during such period that U.S. Patent No. D618,677 and the prior patent are commonly owned. This agreement is binding upon the patent owner, its successors, or assigns.

In making the above disclaimer, the patent owner does not disclaim the terminal part of the term of U.S. Patent No. D618,677 that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the prior patent, as the term of said prior patent is presently shortened by any terminal disclaimer, in the event that said prior patent later: expires for failure to pay a maintenance fee; is held unenforceable; is found invalid by a court of competent jurisdiction; is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321; has all claims canceled by a reexamination certificate; is reissued; or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

The undersigned is an attorney of record, Reg. No. 32,831.

Signature: *[signature]*
Date: November 27, 2012
Name: _Tracy-Gene G. Durkin_