| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK <br><br> **STATEMENT OF RECENT DECISION (L.R. 7-3 (d))** |

1    Pursuant to Local Rule 7-3(d)(2), Apple submits the following attached opinion published
2    by the Federal Circuit on November 27, 2012 after the reply brief submitted in this case:
3    *Revision Military, Inc. v. Balboa Mfg. Co.,* No. 2011-1628, slip op. (Fed. Cir. Nov. 27, 2012).
4    The opinion is relevant to Samsung's motion under Rules 50 and 59 of the Federal Rules of Civil
5    Procedure (Dkt. No. 1990).  Among other things, it discusses the Federal Circuit's standard for
6    design patent infringement (*see* slip op. at 5-6).

Dated:  November 27, 2012                MORRISON & FOERSTER LLP

                                         By:  /s/ *Michael A. Jacobs*
                                              Michael A. Jacobs

                                              Attorney for Plaintiff
                                              APPLE INC.