UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR STAY |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On August 27, 2012, Samsung filed a motion for a stay of the August 24, 2012 judgment entered pursuant to the jury's verdict. ECF No. 1941. Subsequently, the parties agreed that the August 24, 2012 judgment was not a final judgment. *See* ECF No. 1963 (Apple explaining that the judgment is not final); ECF No. 1967 (Samsung agreeing that the judgment is not final). This Court confirmed that agreement in its Orders regarding the dissolving of the preliminary injunction. ECF Nos. 1968, 2011. *See also* Riley v. Kennedy, 553 U.S. 406, 419-20 (2008) (order that addressed liability but not injunction is not final, because "an order resolving liability without addressing a plaintiff's requests for relief is not final").

Because the parties agree that the August 24, 2012 judgment is not final and thus will not take effect absent further ruling, Samsung's motion to stay that judgment pending this Court's ruling on post-trial motions is DENIED as moot.

1

Case No.: 11-CV-01846-LHK
ORDER DENYING MOTION FOR STAY

1  **IT IS SO ORDERED.**

2  Dated: November 29, 2012



LUCY H. KOH
United States District Judge