UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., A ) <br> Korean corporation; SAMSUNG ) <br> ELECTRONICS AMERICA, INC., a New York ) <br> corporation; SAMSUNG ) <br> TELECOMMUNICATIONS AMERICA, LLC, ) <br> a Delaware limited liability company, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-01846-LHK <br><br> ORDER RE: INCORRECTLY FILED DOCUMENTS |

Before the Court are several motions to remove incorrectly filed documents. ECF Nos. 823, 1403, 1482, and 1508. The Court will remove only those documents which are properly sealed and contain information that should properly remain confidential.

ECF No. 823 is Apple's motion to remove Exhibit I to the Declaration of Eric Olson, ECF No. 822-7. The Court denied Apple's motion to seal this document on June 19, 2012. ECF No. 1105. Accordingly, Apple's motion to remove this document is DENIED.

ECF No. 1403 is Apple's motion to remove Exhibits 6 and 7 to the Declaration of Joby Martin in support of Samsung's Daubert motion. The Court denied Apple's motion to seal these documents on August 9, 2012. ECF No. 1649. Accordingly, Apple's motion to remove these documents is DENIED.

1

Case No.: 11-CV-01846-LHK
ORDER RE: INCORRECTLY FILED DOCUMENTS

ECF No. 1482 is nonparty Toshiba's motion to remove an Exhibit to Toshiba's motion to file under seal.  The exhibit, ECF No. 1378-3, is an excerpt from Trial Exhibit 630, which is a table summarizing license agreements.  The excerpt Toshiba now wishes to take down has the "Licensed Products/Technology" and "Payments" columns redacted, but displays the "Term" column.  Toshiba's request to remove the document is based on the fact that it reveals the term.  The Court denied Toshiba's motion to seal the "Term" column on August 9, 2012.  ECF No. 1649 at 25.  Accordingly, Toshiba's motion to remove this document is DENIED.

ECF No. 1508 is nonparty Qualcomm's motion to remove Attachment 2 to Qualcomm's Administrative Motion to Seal, ECF No. 1394, which is a letter from Samsung's counsel to Qualcomm containing confidential license information, including royalties.  The Court specifically considered this document, including the fact that it had been made briefly available to the public, in its August 9 Order on sealing motions.  ECF 1649 at 25-26.  The Court ruled that sealing of the royalty payment information was warranted despite the brief public disclosure.  *Id.*  Accordingly, Qualcomm's motion to remove this document is GRANTED.

**IT IS SO ORDERED.**

Dated: November 29, 2012

_____
LUCY H. KOH
United States District Judge