UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S OBJECTIONS TO APPLE'S REPLY EVIDENCE |

1  Upon review of Apple's Administrative Motion for Leave to File Response to Samsung's
2  Objections to Apple's Reply Evidence,
3  **IT IS SO ORDERED** that Apple may file its Response forthwith.

4  Dated: November 29, 2012

5  _____
   Hon. Lucy H. Koh
6  United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3222159