1  [COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION SCHEDULE** |

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3 ("Apple") file this Stipulation regarding the schedule for the deposition of Karan Singh.
4    WHEREAS, on November 21, 2012, the Court ordered the parties to produce John Hauser,
5 Marylee Robinson, Karan Singh, Corey Kerstetter and R. Sukumar for three hours of deposition
6 each by no later than November 29, 2012;
7    WHEREAS, due to international travel-related logistical issues, the parties agree to
8 extend the deadline for completing the deposition of Dr. Singh until December 3, 2012;
9    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
10 parties that:  Apple shall produce Dr. Singh for his deposition by December 3, 2012.
11
12
13
   **IT IS SO STIPULATED.**
14

1 **[PROPOSED] ORDER**

2     Based on the foregoing stipulation,

3     **IT IS SO ORDERED.**

4

5 DATED: _____, 2012

6

7
                                                    _____
8                                                   HONORABLE PAUL S. GREWAL
                                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| Dated: November 29, 2012 | | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:     /s/<br>          Richard S.J. Hung<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>APPLE INC. |

| | | |
|---|---|---|
| 1 | Dated: November 29, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | Charles K. Verhoeven (Cal. Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 3 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 4 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 5 | | |
| | | Kathleen M. Sullivan (Bar No. 242261) |
| 6 | | kathleensullivan@quinnemanuel.com |
| | | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| 7 | | kevinjohnson@quinnemanuel.com |
| | | Victoria F. Maroulis (Cal. Bar No. 202603) |
| 8 | | victoriamaroulis@quinnemanuel.com |
| | | 555 Twin Dolphin Drive 5th Floor |
| 9 | | Redwood Shores, California 94065 |
| | | Telephone: (650) 801-5000 |
| 10 | | Facsimile: (650) 801-5100 |

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By:   */s/ Victoria Maroulis*
       Victoria Maroulis

Attorneys for Defendants and
Counterclaim-Plaintiffs
SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS
AMERICA, LLC

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard S.J. Hung

*/s/ Victoria Maroulis*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28