HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S EMERGENCY MOTION TO STAY ENFORCEMENT OF ORDER DENYING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. NO. 2167) AS TO DKT. NO. 1403** |

Pursuant to Local Rule 7-11, Apple brings this emergency motion to request that this Court stay the enforcement of its November 29, 2012 Order Re: Incorrectly Filed Documents (Dkt. 2167) with regards to its denial of Dkt. No. 1403.

Dkt. No. 1403 is Apple's motion to remove Exhibits 6 and 7 to the Declaration of Joby Martin in Support of Samsung's Daubert motion. Those exhibits mistakenly were filed publicly as Dkt. Nos. 1385-1 and 1385-2 and subsequently locked down.

In denying Apple's motion to remove these two exhibits, the Court noted that it had previously denied Apple's motion to seal these documents on August 9, 2012 (Dkt. No 1649). The August 9 sealing order currently is on appeal at the Federal Circuit, however, and Apple's appeal specifically includes the two documents at issue here. (*See* Fed. Cir. Case No. 12-1600, Dkt. No. 42-1, at 27-28 (setting out in list of documents at issue in appeal Exhibits 6 and 7 to Martin Declaration in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts).)

Apple therefore requests that the Court continue its practice of staying the effect of orders regarding sealing pending the appeal. (*See, e.g.,* Dkt. No. 2168 at 8, 9; Dkt. No. 2047 at 7.) As the Court has previously held, once information is publicly filed, "what once may have been trade secret no longer will be. Thus, the parties may be irreparably injured absent a stay. In contrast, the public interest, which favors disclosure of relevant information in order to understand the proceedings, is not unduly harmed by a short stay." (Dkt. No. 2168 at 9; *accord* 2047 at 7.)

Counsel for Samsung was unable to confirm its non-opposition to this Motion for Stay as of the filing of this motion.[1]

Dated: November 29, 2012                    MORRISON & FOERSTER LLP

                                            By:   */s/ Michael A. Jacobs*
                                                  MICHAEL A. JACOBS

                                            Attorneys for Plaintiff APPLE INC.

---

[1] Declaration of Nathan B. Sabri ISO Emergency Motion to Stay Enforcement of Order Denying Motion to Remove Incorrectly Filed Document ¶ 2.

EMERGENCY MOT. TO STAY ENFORCEMENT OF ORDER DENYING MOT. TO REMOVE INCORRECTLY FILED DOC.
CASE NO. 11-CV-01846-LHK
sf-3223790

1