1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522
8
9  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
10

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15  APPLE INC.,                        | Case No.    11-cv-01846-LHK

16              Plaintiff,             | **DECLARATION OF
                                         NATHAN SABRI IN SUPPORT OF
17       v.                              APPLE'S EMERGENCY MOTION
                                         TO STAY ENFORCEMENT OF
18  SAMSUNG ELECTRONICS CO., LTD., a     ORDER RE: INCORRECTLY
    Korean business entity; SAMSUNG      FILED DOCUMENTS**
19  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
20  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
21
                 Defendants.
22

23

24

25

26

27

28

1

I, NATHAN SABRI, declare as follows:

2      1.     I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple

3 Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal

4 knowledge of the matters stated herein or understand them to be true.  I submit this declaration in

5 support of Apple's Emergency Motion to Stay Enforcement of Order Re: Incorrectly Filed

6 Documents, filed herewith.

7      2.     I contacted counsel for Samsung the evening of November 29 to confirm that

8 Samsung would not oppose Apple's request for a stay.  As of the filing of this declaration, Apple

9 had not yet received a response.

10      I declare under penalty of perjury that the foregoing is true and correct.  Executed this

11 29th day of November, 2012 at San Francisco, California.

12

13

*/s/ Nathan Sabri*        

14 Nathan Sabri

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2          I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has

4   concurred in this filing.

5   Dated:  November 29, 2012                    */s/ Michael A. Jacobs*
                                                        Michael A. Jacobs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28