1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

11   | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
     |---|---|
12   | Plaintiff, | **STIPULATION AND [PROPOSED]** |
13   | vs. | **ORDER REGARDING DEPOSITION SCHEDULE** |
14   | SAMSUNG ELECTRONICS CO., LTD., a | |
15   | Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New | |
16   | York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, | |
17   | LLC, a Delaware limited liability company, | |
18   | Defendants. | |

19

20

21

22

23

24

25

26

27

28

1     Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,

2  Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.

3  ("Apple") file this Stipulation regarding the schedule for the deposition of Karan Singh.

4     WHEREAS, on November 21, 2012, the Court ordered the parties to produce John Hauser,

5  Marylee Robinson, Karan Singh, Corey Kerstetter and R. Sukumar for three hours of deposition

6  each by no later than November 29, 2012;

7     WHEREAS, due to international travel-related logistical issues, the parties agree to

8  extend the deadline for completing the deposition of Dr. Singh until December 3, 2012;

9     NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

10  parties that:  Apple shall produce Dr. Singh for his deposition by December 3, 2012.

13  **IT IS SO STIPULATED.**

-1-                     Case No. 11-cv-01846-LHK (PSG)

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION SCHEDULE

# [PROPOSED] ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

DATED: ___November 30___, 2012

_Paul S. Grewal_
_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Dated: November 29, 2012

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


By:  _____/s/_____
                Richard S.J. Hung

Attorneys for Plaintiff and Counterclaim-
Defendant
APPLE INC.

1    Dated: November 29, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By:   */s/ Victoria Maroulis*
      Victoria Maroulis

      Attorneys for Defendants and
      Counterclaim-Plaintiffs
      SAMSUNG ELECTRONICS CO.,
      LTD., SAMSUNG ELECTRONICS
      AMERICA, INC. and SAMSUNG
      TELECOMMUNICATIONS
      AMERICA, LLC

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard S.J. Hung

*/s/ Victoria Maroulis*