1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S EMERGENCY MOTION TO STAY ENFORCEMENT OF ORDER RE: INCORRECTLY FILED DOCUMENTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to stay enforcement of the Court's Order Re: Incorrectly Filed Documents (Dkt. No. 2167). The Court denied Apple's request to remove certain documents, as the Court had previously denied sealing of those documents.

Apple has appealed that earlier order, however. As the Court has previously held (Dkt. No. 2168 at 8, 9; Dkt. No. 2047 at 7), should the Federal Circuit disagree with the Court's earlier orders regarding sealing, Apple will be deprived of any remedy if this Court does not stay its Order. When the information is publicly filed, what once may have been trade secret no longer will be. Thus, Apple may be irreparably injured absent a stay. In contrast, the public interest, which favors disclosure of relevant information in order to understand the proceedings, is not unduly harmed by a short stay.

Accordingly, Apple's motion to stay is GRANTED.

**IT IS SO ORDERED.**

Dated: November 30, 2012

Hon. Lucy H. Koh
United States District Court Judge