Michael R. Heimbold (SBN 173981)
mheimbold@steptoe.com
Dylan Ruga (SBN 235969)
druga@steptoe.com
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3229

Attorneys for SAMSUNG
ELECTRONICS CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, *et al.*,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**SAMSUNG'S L.R. 3-12 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Local Rule 3-12, Samsung Electronics Co., Ltd. ("Samsung") hereby notifies the Court that <u>In re Ex Parte Application of Samsung Electronics Co., Ltd. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in Foreign Proceedings</u>, Case No. 12-mc-80275-LHK, may be related with this case.

**I.    The Title and Case Number of Each Apparently Related Case**

    1.   <u>In re Ex Parte Application of Samsung Electronics Co., Ltd. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in Foreign Proceedings</u>, Case No. 12-mc-80275-LHK, filed on November 29, 2012 (the "1782 Application"); and

    2.   <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al.</u>, Case No. 11-cv-01846-LHK (the "Apple/Samsung Litigation").

**II.   Brief Statement of the Relationship of the Actions**

The 1782 Application seeks leave to obtain discovery from Apple for Samsung to use in litigation between Apple and Samsung currently pending in Japan. The patent-in-suit in the Japanese litigation is JP 4743919, which is the Japanese counterpart to U.S. Patent No. 7,469,381 (the "'381 Patent"). The '381 Patent is one of the patents asserted by Apple in the Apple/Samsung Litigation.

In light of the foregoing, Samsung hereby notifies the Court that the 1782 Application and the Apple/Samsung Litigation may be related.

Dated: November 30, 2012     STEPTOE & JOHNSON LLP

By:   /s/ Dylan Ruga
        DYLAN RUGA
Attorneys for Samsung Electronics Co., Ltd.