| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846 |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER RE SAMSUNG'S L.R. 3-12 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, *et al.*, | |
| Defendants. | |

1   On November 30, 2012, Samsung Electronics Co., Ltd. ("Samsung") filed a
2 motion, pursuant to Local Rule 3-12, to consider whether cases should be related.
3 Dkt. No. 2175.  The Court, having considered Samsung's motion, hereby finds that
4 <u>*In re* Ex Parte Application of Samsung Electronics Co., Ltd. for an Order Pursuant</u>
5 <u>to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use</u>
6 <u>in Foreign Proceedings</u>, Case No. 12-mc-80275-LHK [is/is not] related to this
7 case.
8
9   **IT IS SO ORDERED**.
10
11  Dated:  _____        _____
12                                  Honorable Lucy H. Koh
                                    United States District Court Judge

1

[PROPOSED] ORDER