| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com | 60 State Street<br>Boston, MA 02109 |
| 4 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | MARK D. SELWYN (SBN 244180) |
| 6 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 7 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | HALE AND DORR LLP<br>950 Page Mill Road |
| 8 | MORRISON & FOERSTER LLP<br>425 Market Street | Palo Alto, California 94304<br>Telephone: (650) 858-6000 |
| 9 | San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 | Facsimile:  (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**APPLE INC.'S NOTICE OF SERVICE OF DECLARATION OF MARK D. SELWYN** |

NOTICE OF SERVICE OF DECLARATION OF MARK D. SELWYN
CASE NO. 11-CV-01846 LHK (PSG)

As explained in Apple's Opposition to Samsung's Motion to Compel Disclosure of Circumstances and Timing of Discovery of Juror Information (Docket No. 2118), Apple does not accuse juror Velvin Hogan of misconduct – because there was none – so what Apple knew and when regarding Mr. Hogan's lawsuit with Seagate nearly two decades ago is irrelevant to any issue raised by Samsung's post-trial motions.  Apple does not contend that any past relationship between Mr. Hogan and Seagate, or any lawsuit between them, is anything remotely close to support a challenge for cause.  Nonetheless, in an effort to remove any issue for the Court's resolution regarding Samsung's request that Apple provide a declaration relating to "when and how Apple first learned that the jury foreman, Velvin Hogan, had been a party to lawsuits involving Seagate" (Docket No. 2108, Samsung's Notice of Motion to Compel Apple to Disclose the Circumstances and Timing of its Discovery of Juror Information, at 2), Apple has today served upon Samsung the Declaration of Mark D. Selwyn ("Selwyn Declaration") attached as Exhibit A.  As set forth in the Selwyn Declaration, Apple has not identified any Apple attorney or other member of the Apple litigation teams who was aware that Mr. Hogan had been a party to lawsuits involving Seagate until after the conclusion of trial, when Samsung raised the matter in connection with its post-trial motions.

Dated: November 30, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:   */s/ Mark D. Selwyn*
         Mark D. Selwyn

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.