# Exhibit A

1  HAROLD J. MCELHINNY (CA SBN 66781)        WILLIAM F. LEE
   hmcelhinny@mofo.com                       william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)         WILMER CUTLER PICKERING
   mjacobs@mofo.com                          HALE AND DORR LLP
3  RACHEL KREVANS (CA SBN 116421)            60 State Street
   rkrevans@mofo.com                         Boston, MA 02109
4  JENNIFER LEE TAYLOR (CA SBN 161368)       Telephone: (617) 526-6000
   jtaylor@mofo.com                          Facsimile: (617) 526-5000
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com                          MARK D. SELWYN (SBN 244180)
6  RICHARD S.J. HUNG (CA SBN 197425)         mark.selwyn@wilmerhale.com
   rhung@mofo.com                            WILMER CUTLER PICKERING
7  JASON R. BARTLETT (CA SBN 214530)         HALE AND DORR LLP
   jasonbartlett@mofo.com                    950 Page Mill Road
8  MORRISON & FOERSTER LLP                   Palo Alto, California 94304
   425 Market Street                         Telephone: (650) 858-6000
9  San Francisco, California  94105-2482     Facsimile: (650) 858-6100
   Telephone:  (415) 268-7000
10 Facsimile:  (415) 268-7522

11

   Attorneys for Plaintiff and
12 Counterclaim-Defendant APPLE INC.

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17 APPLE INC.,                               Case No.    11-cv-01846-LHK (PSG)

18            Plaintiff,                      **DECLARATION OF MARK D.
                                             SELWYN**
19        v.

20 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
21 ELECTRONICS AMERICA, INC., a New York
   corporation; SAMSUNG
22 TELECOMMUNICATIONS AMERICA, LLC, a
   Delaware limited liability company,
23
             Defendants.
24

25

26

27

28

   SELWYN DECL.
   CASE NO. 11-CV-01846 LHK (PSG)

1    I, MARK D. SELWYN, declare as follows:

2        1.    I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP

3    ("WilmerHale"), counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of

4    California, and am admitted to practice in this Court. I am familiar with and knowledgeable

5    about the facts stated in this declaration and if called upon could and would testify competently as

6    to the statements made herein.

7        2.    I submit this declaration in connection with Samsung's request that Apple provide

8    "a full and complete disclosure, under penalty of perjury, of when and how Apple first learned

9    that the jury foreman, Velvin Hogan, had been a party to lawsuits involving Seagate." (Docket

10   No. 2108, Samsung's Notice of Motion and Motion to Compel Apple to Disclose the

11   Circumstances and Timing of its Discovery of Juror Information, at 2.)

12       3.    In connection with this declaration, Michael Jacobs and I surveyed the litigation

13   teams who have worked on this case at Morrison & Foerster and WilmerHale (including every

14   attorney at Morrison & Foerster and WilmerHale who has a current appearance in this case on

15   behalf of Apple) and the in-house litigation team within Apple. We have not identified any

16   attorney or other member of the litigation teams who was aware that Mr. Hogan had been a party

17   to lawsuits involving Seagate until after the conclusion of trial, when Samsung raised the matter

18   in connection with its post-trial motions.

19       4.    On the evening of July 30, 2012, following jury selection, members of the

20   litigation teams at WilmerHale and Morrison & Foerster became aware, based upon publicly

21   available records, that Mr. Hogan had filed for bankruptcy. No attempt was made to obtain or

22   review the contents of the bankruptcy court file, which the teams first saw after the conclusion of

23   the trial when they were submitted by Samsung in support of its JMOL submission.

24       I declare under penalty of perjury that the foregoing is true and correct. Executed on

25   November 30, 2012, in London, England.

26                                              */s/ Mark D. Selwyn*
                                                Mark D. Selwyn
27

28

SELWYN DECL.
CASE NO. 11-CV-01846 LHK (PSG)