QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1       Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co.

2   Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

3   (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

4           1.   Samsung's Administrative Request for Leave to File Declaration of Robert J.

5               Becher Regarding Samsung's Submission of HTC Settlement Agreement in

6               Support of Opposition to Apple's Motion for Permanent Injunction and Damages

7               Enhancement ("Samsung's Administrative Request"); and

8           2.   Exhibit A to Samsung's Administrative Request.

9       The documents listed above include information Apple has designated "Highly

10  Confidential – Attorneys' Eyes Only" under the Protective Order.    Samsung expects that Apple

11  will file a declaration as required by Civil L.R. 79-5(d) establishing that the documents are

12  sealable.    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the

13  Court for *in camera* review and served on all parties.

14

15  DATED: November 30, 2012            QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
16

17

18                                  By   */s/ Victoria Maroulis*
                                        Charles K. Verhoeven
19                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
20                                      Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
21                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
22                                      TELECOMMUNICATIONS AMERICA, LLC

23

24

25

26

27

28