QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE DECLARATION OF ROBERT J. BECHER REGARDING SAMSUNG'S SUBMISSION OF HTC SETTLEMENT AGREEMENT IN SUPPORT OF OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION AND FOR DAMAGES ENHANCEMENT**<br><br>**PUBLIC REDACTED VERSION** |

02198.51855/5075174.3

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMIN. REQUEST FOR LEAVE TO FILE DECL.OF ROBERT J. BECHER RE: SAMSUNG'S
SUBMISSION OF HTC SETTLEMENT AGREEMENT

Pursuant to Civil Local Rules 7-3(d) and 7-11, Samsung respectfully requests leave to file the Declaration of Robert J. Becher Regarding Samsung's Submission of HTC Settlement Agreement in Support of Opposition to Apple's Motion for Permanent Injunction and for Damages Enhancements ("Declaration"). The Declaration is attached as Exhibit A to this Administrative Request. Samsung's request should be granted because the Patent License and Settlement Agreement between HTC America, Inc., HTC Corporation and S3 Graphics Co., Ltd. and Apple Inc., dated November 11, 2012 ("Agreement") was not available when Samsung filed its Opposition to Apple's Motion for Permanent Injunction ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Samsung asked Apple to stipulate that the Agreement could be filed with the Court, but Apple would only so stipulate if Samsung agreed that Apple could file with the Court, no earlier than next Tuesday, a substantive brief regarding the Agreement. (Declaration of Robert J. Becher in Support of Samsung's Administrative Request ("Becher Decl.) ¶ 4, Ex. 2). In Samsung's view, however, the parties' substantive positions on the Agreement should be presented at the upcoming hearing, and thus the parties were unable to agree on a stipulation. (Becher Decl., ¶ 4, Exh. 2).

There can be no dispute that Samsung has been diligent in seeking the Agreement and moving for leave to file it. Samsung filed its Opposition to Apple's Motion for Permanent Injunction and Damages Enhancement on October 19, 2012. (Dkt. No. 2054). On November 11, 2012, Samsung learned for the first time of the settlement reached between HTC and Apple as a result of public press reports. (Becher Decl. ¶ 2). The next day, November 12, 2012, Samsung asked Apple to produce the Agreement the next day and then followed up on multiple occasions in an effort to resolve the matter without motion practice. (Dkt. 2144-2). On November 16, Apple agreed to produce the Agreement, but only after 10 business days and only in the event that HTC did not object. *Id.* Samsung immediately moved to compel production the same day. (Dkt. No. 2144). The Court granted Samsung's Motion to Compel on November 21, Dkt. 2158, and Apple produced the Agreement to Samsung five days later, on November 26, 2012. (Becher Decl. ¶ 3).

02198.51855/5075174.3

-1-   Case No. 11-cv-01846-LHK
SAMSUNG'S ADMIN. REQUEST FOR LEAVE TO FILE DECL.OF ROBERT J. BECHER RE: SAMSUNG'S SUBMISSION OF HTC SETTLEMENT AGREEMENT

-2-

1 | Moreover, the Agreement is directly relevant to Apple's permanent injunction motion.

2 | ███████████████████████████████████████████████████████

3 | ███████████████████████████████████████████████████████

4 | ███████████████████████████████████████████████████████

5 | ██████████████████████████████████████████████████

6 | ██████████████████████████████████

7 | Because Samsung could not have presented this evidence earlier, and ████████

8 | ██████████████████████████████████████████████████████

9 | ███, Samsung respectfully requests that the Court grant Samsung's Administrative Request for

10 | Leave.

DATED: November 30, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Victoria F. Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC