QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE DECLARATION OF ROBERT J. BECHER REGARDING SAMSUNG'S SUBMISSION OF HTC SETTLEMENT IN SUPPORT OF OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION AND FOR DAMAGES ENHANCEMENT** |

02198.51855/5073501.3

Case No. 11-cv-01846-LHK
BECHER DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE DECLARATION REGARDING HTC SETTLEMENT AGREEMENT

I, Robert J. Becher, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On November 11, 2012, counsel for Samsung first became aware of the settlement agreement reached between HTC and Apple from reports in the media.  Attached as Exhibit 1 is a true and correct copy of an article titled "Apple, HTC Settle Patent Dispute, Sign Licensing Pact" dated November 11, 2012, available from the *Wall Street Journal* website at http://online.wsj.com/article/SB10001424127887324894104578111792346747174.html.  It announces the licensing agreement reached by Apple and HTC on November 10, 2012.

3. The Court granted Samsung's Motion to Compel Production of the HTC Settlement Agreement on November 21, 2012, Dkt. 2158, and it was finally produced on November 26, 2012.

4. On November 29, 2012, I contacted counsel for Apple via email and asked Apple to stipulate to Samsung's administrative motion.  Apple would only agree to allow Samsung to file the Patent License and Settlement Agreement between HTC America, Inc., HTC Corporation and S3 Graphics Co., Ltd. and Apple Inc., dated November 11, 2012 ("HTC Settlement Agreement") if Samsung stipulated that Apple could file with the Court, no earlier than next Tuesday, a substantive brief regarding the Agreement.  Samsung told Apple that the substantive arguments should be addressed at the hearing and the parties were unable to reach a stipulation.  A true and correct copy of this email exchange between counsel for Samsung and Apple is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on the 30th day of November, 2012, in Los Angeles, California.

*/s/ Robert J. Becher*

1    **GENERAL ORDER ATTESTATION**

2    I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3 Declaration. In compliance with General Order 45(X)(B), I hereby attest that Robert Becher has

4 concurred in this filing.

5                                              */s/ Victoria Maroulis*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28