# EXHIBIT 2

## Karen Bobrow

| | |
|---|---|
| **From:** | Hung, Richard S. J. [RHung@mofo.com] |
| **Sent:** | Friday, November 30, 2012 3:11 PM |
| **To:** | Robert Becher |
| **Cc:** | Alison, John; AvSSNDCPostTrial; WHAppleSamsungNDCalService@wilmerhale.com; Samsung v. Apple; Jacobs, Michael A.; Daryl Crone |
| **Subject:** | Re: Administrative Motion |

Rob,

Samsung's proposal is unacceptable.  As it is Samsung that believes that the agreement is relevant, it is Samsung that should proceed first, so that Apple can respond.  Alternatively, the parties should submit statements simultaneously.

Moreover, one page is not enough space, and Monday is too soon.  If Samsung wants to submit its statement now, Apple could respond in two pages on Tuesday.

Richard S.J. Hung
Morrison & Foerster LLP
(415) 268-7602
rhung@mofo.com

On Nov 30, 2012, at 2:24 PM, "Robert Becher" <robertbecher@quinnemanuel.com> wrote:

> John,
>
> It looks like our emails crossed paths.  Please see the attached.
>
> Regards,
>
> Rob
>
> -----Original Message-----
> From: Alison, John [mailto:john.alison@finnegan.com]
> Sent: Friday, November 30, 2012 2:18 PM
> To: Hung, Richard S. J.; Robert Becher
> Cc: AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; EXT-mjacobs@mofo.com; 'Daryl Crone'
> Subject: RE: Administrative Motion
>
>       Rob  --   HTC concurs with Apple's view that it would not be helpful for the Court to consider the Agreement alone at this date.  We understood that Samsung would provide, under seal, a short statement summarizing its positions on any information it deemed relevant to the December 6 hearing.  Such statement would clarify what information is at issue, avoiding unnecessary disputes.  We further believe that the parties should consider introducing summaries of relevant provisions of the Settlement Agreement, rather than introducing and relying on the complete Settlement Agreement, to ensure that other terms of their licensing agreements remain secret.  We fail to see how filing the Settlement Agreement and later addressing the substance of the Agreement during oral argument meets that goal.
>
>       Please let us know if we have misunderstood your response this this morning, on behalf of Samsung, to Rich Hung.  If so, we would ask you to please provide us, as soon as possible, with a clarifying response on these important issues.
>
>       With best regards, John Alison.

1

```
>
>
> _____
> From: Hung, Richard S. J. [RHung@mofo.com]
> Sent: Friday, November 30, 2012 12:59 PM
> To: Robert Becher
> Cc: AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; EXT-mjacobs@mofo.com; Alison, John; 'Daryl Crone'
> Subject: RE: Administrative Motion
>
> Rob --
>
> We do not think that it would be helpful to the Court to consider the agreement alone at this late date.  This would mistakenly suggest to the Court that the agreement is relevant when it is not.
>
> Thus, while Apple would not oppose Samsung's request to submit the agreement (under seal, as discussed) if Apple could file a short statement explaining its positions on the agreement we cannot agree to its submission alone.
>
> Rich
>
> Richard S.J. Hung
> Morrison & Foerster LLP
> rhung@mofo.com
> (415) 268-7602
>
> From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
> Sent: Friday, November 30, 2012 8:50 AM
> To: Hung, Richard S. J.
> Cc: AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs Michael A.; 'Alison, John (john.alison@finnegan.com)'; 'Daryl Crone'
> Subject: RE: Administrative Motion
>
> Rich-Thanks for your response.  After considering your counter-proposal and the timing, we believe it makes more sense to simply file the Agreement with the Court and for the parties to then address the substance at oral argument.  Accordingly, we would be willing to narrow our request for administrative leave to only seek leave to file the Agreement.  Will Apple stipulate to this limited relief?  Please let me know by noon.
>
> We will certainly file the Agreement under seal.
>
> Regards, Rob
>
>
> From: Hung, Richard S. J. [mailto:RHung@mofo.com]
> Sent: Thursday, November 29, 2012 4:13 PM
> To: Robert Becher
> Cc: AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com';
> Samsung v. Apple; Jacobs, Michael A.; Alison, John
> (john.alison@finnegan.com<mailto:john.alison@finnegan.com>)
> Subject: RE: Administrative Motion
>
> Rob,
>
```

```
> We will not oppose Samsung's motion for leave to submit (1) the November 11, 2012 agreement
between Apple and HTC and (2) a brief statement, if Samsung agrees that Apple can file a
brief response to Samsung's statement.
>
> Please confirm that the submissions will be under seal.
>
> Rich
>
> P.S.  I am cc:ing John Alison, HTC's attorney, to inform him of Samsung's intended filing.
>
> Richard S.J. Hung
> Morrison & Foerster LLP
> rhung@mofo.com<mailto:rhung@mofo.com>
> (415) 268-7602
>
> From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
> Sent: Thursday, November 29, 2012 12:02 PM
> To: Hung, Richard S. J.
> Cc: AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs
Michael A.
> Subject: Administrative Motion
>
> Rich,
>
> We intend to file an administrative motion for leave to file the following documents in
connection with Samsung's Opposition to Apple's Motion for Permanent Injunction:  (i) the
Patent License Agreement between HTC and Apple; and (ii) a brief statement discussing the
Patent License Agreement.  Please let us know by 4 p.m. if Apple will stipulate to allow this
filing.
>
> Thanks,
>
> Rob
>
>
> ----------------------------------------------------------------------
> To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs
you that, if any advice concerning one or more U.S. Federal tax issues is contained in this
communication (including any attachments), such advice is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code
or (ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.
>
> For information about this legend, go to
> http://www.mofo.com/Circular230/
>
> ========================================================================
> ======
>
> This message contains information which may be confidential and privileged. Unless you are
the addressee (or authorized to receive for the addressee), you may not use, copy or disclose
to anyone the message or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
>
> ----------------------------------------------------------------------
>
> ----------------------------------------------------------------------
```

> To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> For information about this legend, go to
> http://www.mofo.com/Circular230/
>
> ======================================================================
> ======
>
> This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
>
> ----------------------------------------------------------------------
>
> This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.
> <mime-attachment>


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------