1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE DECLARATION OF ROBERT BECHER REGARDING SAMSUNG'S SUBMISSION OF HTC SETTLEMENT AGREEMENT IN SUPPORT OF OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/5074008.1

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMIN. REQUEST FOR LEAVE TO FILE DECL. OF
ROBERT J. BECHER RE: SAMSUNG'S SUBMISSION OF HTC SETTLEMENT AGREEMENT

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3  Request for Leave to File the Declaration of Robert J. Becher Regarding Samsung's Submission of
4  HTC Settlement Agreement in Support of Opposition to Apple's Motion for Permanent Injunction
5  and for Damages Enhancements.
6  Having considered the arguments of the parties and the papers submitted, and good cause
7  having been shown, the Court hereby GRANTS Samsung's Administrative Request for Leave to
8  File the Declaration of Robert J. Becher Regarding Samsung's Submission of HTC Settlement
9  Agreement in Support of Opposition to Apple's Motion for Permanent Injunction and for Damages
10 Enhancements.

12 **IT IS SO ORDERED.**

14 DATED: _____, 2012

17 Honorable Lucy H. Koh
   United States District Judge