# Exhibit 1

| | |
|---|---|
| From: | "Hung, Richard S. J." <RHung@mofo.com> |
| Subject: | RE: Samsung renewed motion to seal |
| Date: | December 3, 2012 5:21:26 PM PST |
| To: | Jon Steiger <jonsteiger@quinnemanuel.com> |
| Cc: | AvSSNDCPostTrial <AvSSNDCPostTrial@mofo.com>, "'WHAppleSamsungNDCalService@wilmerhale.com'" <WHAppleSamsungNDCalService@wilmerhale.com>, "Samsung v. Apple" <Samsungv.Apple@quinnemanuel.com>, "Jacobs, Michael A." <MJacobs@mofo.com>, "'Alison, John (john.alison@finnegan.com)'" <john.alison@finnegan.com>, Prashanth Chennakesavan <prashanthchennakesavan@quinnemanuel.com> |

Jon – that is fine – we do not oppose Samsung's renewing its motion.

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

**From:** Jon Steiger [mailto:jonsteiger@quinnemanuel.com]
**Sent:** Monday, December 03, 2012 5:03 PM
**To:** Hung, Richard S. J.
**Cc:** AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs, Michael A.; 'Alison, John (john.alison@finnegan.com)'; Prashanth Chennakesavan
**Subject:** RE: Samsung renewed motion to seal

Rich – here is the list:

1. Exhibit 2 to the Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement ("PI Opposition") ("Wagner PI Declaration");

2. Samsung's Opposition to Apple's Motion for Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment ("JMOL Opposition");

3. The Declaration of Michael Wagner in Support of Samsung's JMOL Opposition ("Wagner JMOL Declaration") and Exhibit B thereto; and

4. The Declaration of Corey Kerstetter in Support of Samsung's PI Opposition and JMOL Opposition ("Kerstetter Declaration") and Exhibit 2 thereto.

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, December 03, 2012 4:57 PM
**To:** Jon Steiger
**Cc:** AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs, Michael A.; 'Alison, John (john.alison@finnegan.com)'; Prashanth Chennakesavan
**Subject:** RE: Samsung renewed motion to seal

Jon -- Can you advise as to which documents specifically?  Thanks -- Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

**From:** Jon Steiger [mailto:jonsteiger@quinnemanuel.com]
**Sent:** Monday, December 03, 2012 4:56 PM
**To:** Hung, Richard S. J.
**Cc:** AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs, Michael A.; 'Alison, John (john.alison@finnegan.com)'; Prashanth Chennakesavan
**Subject:** Samsung renewed motion to seal

Rich,

Samsung will file a renewed motion to seal documents at issue in the Court's November 29 Order (Dkt. No. 2168).

Please let us know if Apple opposes.  Thanks.

Jon


**Jon Steiger**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3623 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
jonsteiger@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue

Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------