# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE LISTS OF SUPPORTING DOCUMENTATION |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In its Order setting the post-trial briefing schedule, the Court advised the parties that: "Any argument that is not explicitly articulated within the briefing page limits will be disregarded. Any supporting documentation shall be for corroboration purposes solely and shall not be used as a vehicle for circumventing the Court's page limits. Any citations to the record must include the relevant testimony or exhibit language." ECF No. 1945. Despite this clear direction, both parties submitted voluminous documents with their post-trial motions. The Court plans to strike from the record all of the material submitted in violation of the Court's Order.

To facilitate this process, the parties are hereby ORDERED to file, by Friday, December 7, a list of all the supporting documentation submitted with the post-trial motions (JMOL motions, non-jury motions, and injunction/enhancement motion), oppositions, and replies; the ECF number

1

Case No.: 11-CV-01846-LHK
ORDER TO FILE LISTS OF SUPPORTING DOCUMENTATION

assigned to each document; and identification of the page and line-number of the post-trial briefing that cites each document.

**IT IS SO ORDERED.**

Dated: December 4, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge