QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. Portions of Exhibit 1 to the Declaration of Robert J. Becher Regarding Samsung's Submission of HTC Settlement Agreement in Support of Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement ("Becher PI Declaration").

Exhibit 1 to the Becher PI Declaration consists of a copy of the Patent License and Settlement Agreement between HTC America, Inc., HTC Corporation and S3 Graphics Co., Ltd. and Apple Inc., dated November 11, 2012, which Apple has designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.   The Court has held that "only the pricing and royalty terms of license agreements may be sealed."   (Dkt. No. 2179 at 2.)   Counsel for Samsung contacted counsel for Apple and third-party HTC regarding this filing.   (Declaration of Robert J. Becher in Support of Samsung's Administrative Motion to File Documents Under Seal ¶ 2.)   Filed concurrently with this motion is a proposed public version of Exhibit 1 that incorporates redactions HTC requested and the redactions Apple requested, which are a subset of HTC's redactions.   (*Id.*)   Samsung takes no position on whether the redactions are appropriate at this time and expects that Apple and HTC will file declarations as required by Civil L.R. 79-5(d). Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

1  DATED: December 5, 2012            QUINN EMANUEL URQUHART &
2                                                                       SULLIVAN, LLP
3
4                                                              By  /s/ Victoria Maroulis
                                                                    Charles K. Verhoeven
5                                                                   Kevin P.B. Johnson
                                                                    Victoria F. Maroulis
6                                                                   Michael T. Zeller
7                                                                   Attorneys for SAMSUNG ELECTRONICS CO.,
                                                                    LTD., SAMSUNG ELECTRONICS AMERICA,
8                                                                   INC., and SAMSUNG
                                                                    TELECOMMUNICATIONS AMERICA, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28