```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kathleen M. Sullivan (Cal. Bar No. 242261)
    kathleensullivan@quinnemanuel.com
 6  Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 7  Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 8  555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
 9  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
10
    Susan R. Estrich (Cal. Bar No. 124009)
11  susanestrich@quinnemanuel.com
    Michael T. Zeller (Cal. Bar No. 196417)
12  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
13  Los Angeles, California 90017
    Telephone: (213) 443-3000
14  Facsimile: (213) 443-3100
    Attorneys for SAMSUNG ELECTRONICS
15  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1  I, Robert J. Becher, declare as follows:

2  1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On December 3, 2012, I contacted counsel for Apple and third-party HTC via email asking for a version of the Patent License and Settlement Agreement between HTC America, Inc., HTC Corporation and S3 Graphics Co., Ltd. and Apple Inc., dated November 11, 2012 ("HTC Settlement Agreement") with redactions that Apple and HTC believed were necessary to comply with the Court's December 3 Order. The proposed redacted version of the HTC Settlement Agreement filed concurrently with Samsung's Administrative Motion to File Documents Under Seal reflects redactions HTC requested and the redactions Apple requested, which are a subset of HTC's redactions. A true and correct copy of the email exchange between counsel for Samsung, Apple, and HTC is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 5th day of December, 2012, in Los Angeles, California.

*/s/ Robert J. Becher*

1   **GENERAL ORDER ATTESTATION**

2       I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3   Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Robert Becher has

4   concurred in this filing.

5                                                           */s/ Victoria Maroulis*

02198.51855/5084098.1

-2-   Case No. 11-cv-01846-LHK
BECHER DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL