# Exhibit A

| | |
|---|---|
| **From:** | Hung, Richard S. J. |
| **To:** | Robert Becher; "Masurovsky, Laura" |
| **Cc:** | "Alison, John"; "Daryl Crone"; AvSSNDCPostTrial; "WHAppleSamsungNDCalService@wilmerhale.com"; Samsung v. Apple; Jacobs, Michael A.; "McCauley, Robert"; "Mosko, Scott" |
| **Subject:** | RE: HTC-Apple redacted agreement |
| **Date:** | Wednesday, December 05, 2012 12:40:49 PM |
| **Attachments:** | image001.png |
| | HTC Agreement - Apple Proposed Redactions.pdf |

Rob,

As I indicated in my prior e-mail, Apple interprets Judge Koh's order of Monday as allowing sealing of the following:

- Paragraph 1.21
- Paragraph 6.2(a)
- Paragraphs 8.5(b) & 8.5(b)(i)
- The phrase beginning with, "not . . ." and ending with ". . . unit" in the second row and rightmost column of Exhibit D.

As requested, I am attaching a version of the agreement that redacts these portions.  As to the other portions identified by HTC, Apple defers to HTC.

We join HTC's request for a draft of your submission, so that we can confirm that it does not misrepresent Apple's position.

Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Wednesday, December 05, 2012 12:24 PM
**To:** 'Masurovsky, Laura'; Hung, Richard S. J.
**Cc:** 'Alison, John'; 'Daryl Crone'; 'AvSSNDCPostTrial'; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs, Michael A.; 'McCauley, Robert'; 'Mosko, Scott'
**Subject:** RE: HTC-Apple redacted agreement

Laura—Please provide a version with the bates as produced in this case and all the attachments that were provided to us.  This is shorter than what was produced and filed.

Regards, Rob

---

**From:** Masurovsky, Laura [mailto:laura.masurovsky@finnegan.com]
**Sent:** Wednesday, December 05, 2012 12:06 PM
**To:** Robert Becher; 'Hung, Richard S. J.'
**Cc:** Alison, John; 'Daryl Crone'; 'AvSSNDCPostTrial'; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; EXT-mjacobs@mofo.com; McCauley, Robert; Mosko, Scott
**Subject:** RE: HTC-Apple redacted agreement

Robert and Richard: Here is the redacted version we discussed for filing.  Please let us know if you have questions.

Regards,
Laura

**Laura Masurovsky**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4043 | fax: 202.408.4400| laura.masurovsky@finnegan.com | www.finnegan.com

## FINNEGAN

This message is from a law firm and may contain confidential and privileged information.  If you received this message in error, please delete it immediately.

---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Wednesday, December 05, 2012 1:01 PM
**To:** Masurovsky, Laura; 'Hung, Richard S. J.'

**Cc:** Alison, John; 'Daryl Crone'; 'AvSSNDCPostTrial'; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; EXT-mjacobs@mofo.com; McCauley, Robert; Mosko, Scott
**Subject:** RE: HTC-Apple redacted agreement

Laura—

We intend to file the redacted agreement with a statement that HTC and/or Apple will be separately filing papers regarding the sealing.  We hope to file by 2 p.m. once we obtain the redacted agreement.  We believe that HTC's papers should be filed separately.

Thanks, Rob

**From:** Masurovsky, Laura [mailto:laura.masurovsky@finnegan.com]
**Sent:** Wednesday, December 05, 2012 9:47 AM
**To:** Robert Becher; 'Hung, Richard S. J.'
**Cc:** Alison, John; 'Daryl Crone'; 'AvSSNDCPostTrial'; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; EXT-mjacobs@mofo.com; McCauley, Robert; Mosko, Scott
**Subject:** HTC-Apple redacted agreement
**Importance:** High

Dear Robert and Richard:  As noted, HTC is preparing an in-house declaration and short brief in support of the redactions.  We propose that these be filed together with Samsung's filing of the redacted agreement.  We feel strongly that we would like the opportunity to defend this in person.  Accordingly, I am flying out today on a Virgin 5 pm (Eastern) flight and will be in San Jose later tonight.  We ask that you file the proposed redacted agreement and also file, or we can at the same time separately file, HTC's justifications for the redactions at the end of the day, so that we can appear tomorrow if necessary to address any concerns the court may have.  Thank you again for your consideration..

Best,
Laura

**Laura Masurovsky**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4043 | fax: 202.408.4400| laura.masurovsky@finnegan.com | www.finnegan.com

# FINNEGAN

This message is from a law firm and may contain confidential and privileged information.  If you received this message in error, please delete it immediately.

**From:** Masurovsky, Laura
**Sent:** Wednesday, December 05, 2012 10:49 AM
**To:** 'Robert Becher'; 'Hung, Richard S. J.'
**Cc:** Alison, John; 'Daryl Crone'; 'AvSSNDCPostTrial'; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; EXT- mjacobs@mofo.com; McCauley, Robert
**Subject:** RE: Order

Thank you all for your consideration in this matter.  We will separately send you a "clean" redacted version for filing.

We are also drafting a short declaration and explanation of the justification for the redactions.  Please contact me if you have any questions.

Regards,
Laura
**Laura Masurovsky**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4043 | fax: 202.408.4400 | laura.masurovsky@finnegan.com | www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Wednesday, December 05, 2012 1:09 AM

**To:** 'Hung, Richard S. J.'
**Cc:** Alison, John; 'Daryl Crone'; 'AvSSNDCPostTrial'; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; EXT- mjacobs@mofo.com; Masurovsky, Laura; McCauley, Robert
**Subject:** RE: Order

Rich—

Thanks.  We ask that Apple and HTC send us one redacted version of the Agreement containing all of their proposed redactions by noon tomorrow and we will submit it to the Court with an explanation that it reflects how HTC and Apple construed the Court's recent Order on the sealing of the Agreement.

Thanks, Rob

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, December 04, 2012 7:54 PM
**To:** Robert Becher
**Cc:** 'Alison, John'; 'Daryl Crone'; AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs, Michael A.; 'laura.masurovsky@finnegan.com'; 'Robert.McCauley@finnegan.com'
**Subject:** RE: Order

Hi Rob,

I understand that HTC has passed on its proposed redactions to the agreement, and that HTC and Samsung are discussing HTC's proposal.  Please keep us in the loop re: those discussions.

On its part, Apple believes that the following portions should be sealed per Judge Koh's order,:

- Paragraph 1.21
- Paragraph 6.2(a)
- Paragraphs 8.5(b) & 8.5(b)(i)
- The phrase beginning with, "not . . ." and ending with ". . . unit" in the second row and rightmost column of Exhibit D.

As to other areas identified by HTC, Apple defers to HTC.

Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

**From:** Hung, Richard S. J.
**Sent:** Tuesday, December 04, 2012 12:02 PM
**To:** Robert Becher
**Cc:** 'Alison, John'; 'Daryl Crone'; AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs, Michael A.; laura.masurovsky@finnegan.com; Robert.McCauley@finnegan.com
**Subject:** RE: Order

Rob,

Sorry for the delayed response – I was out of the office this morning.

We are working on identifying the redactions right now.  We expect to have the redactions identified by the end of the day.  Because we are coordinating this effort with HTC's attorneys (cc:ed) and need to discuss with our client, the 2PM time that you identify is unreasonable.

Particularly in light of our cooperation with you on sealing issues (including, e.g., your latest renewed sealing motion) recently and in the past, we appreciate your allowing us the additional time.

Please give me a call if you would like to discuss.

Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Monday, December 03, 2012 9:20 PM
**To:** Hung, Richard S. J.
**Cc:** 'Alison, John'; 'Daryl Crone'; AvSSNDCPostTrial; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple; Jacobs, Michael A.
**Subject:** Order

Rich,

In light of the Court Order today, we intend to re-file Samsung's Administrative Request for Leave to File Declaration of Robert J. Becher with redactions and the Declaration of Robert J. Becher containing the Agreement between Apple and HTC with redactions by the end of the day tomorrow.  We ask that you provide us with any redactions that you believe are necessary to comply with the Court's Order by two p.m. tomorrow afternoon.

Regards,

Rob


--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================


This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================


This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------