UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal.

Apple and third-party HTC have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of compelling reasons for this Court to permit filing under seal.

Accordingly, for the compelling reasons shown, the Court ORDERS that the following shall be sealed:

02198.5185

1. Portions of Exhibit 1 to the Declaration of Robert J. Becher Regarding Samsung's Submission of HTC Settlement Agreement in Support of Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge