QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1        Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4   seal:

5        1.  The Supplemental Declaration of Stephen Gray in Support of Samsung's
6            Opposition to Apple's Motion for a Permanent Injunction and Damages
7            Enhancement ("Gray Declaration"), and Exhibit A thereto.

8        The Gray Declaration contains detailed descriptions of the operation of Samsung's source
9   code.   Exhibit A to the Gray Declaration contains excerpts from the December 3, 2012 deposition
10  of Karan Singh, Ph.D. which similarly contain detail descriptions of the operation of Samsung's
11  source code.    This information poses a competitive harm to Samsung as competitors can re-create
12  the features found in Samsung's products using the information contained in the documents.
13  "Compelling reasons" exist where the documents to be sealed are "sources of business information
14  that *might harm a litigant's competitive standing.*" *Nixon v. Warner Communications, Inc.*, 435
15  U.S. 589, 598 (1978) (emphasis added); *see Agency Solutions.Com, LLC v. TriZetto Group, Inc.*,
16  819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011) (confidential source code is a trade secret).

17       Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
18  for *in camera* review and served on all parties.

19

20  DATED: December 5, 2012          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
21
22
23                                   By  */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
24                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
25                                       Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
26                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
27                                       TELECOMMUNICATIONS AMERICA, LLC
28