QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF STEPHEN GRAY IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION AND FOR DAMAGES ENHANCEMENT** |

1    Pursuant to Civil Local Rules 7-3(d) and 7-11, Samsung respectfully requests leave to file the Supplemental Declaration of Stephen Gray in Support of Samsung's Opposition to Apple's Motion for Permanent Injunction and for Damages Enhancement ("Supplemental Gray Declaration").  The Supplemental Gray Declaration is attached as Exhibit 1 to this Administrative Request.  Samsung's request should be granted because Apple and Apple's expert, Dr. Karan Singh, have presented a brand new theory of infringement for U.S. Patent No. 7,844,915 ("the '915 patent") in its reply papers that was not previously disclosed.  The Supplemental Gray Declaration rebuts Apple's new allegations and is relevant to Apple's pending request for a permanent injunction, including the question of whether Apple will be irreparably harmed absent the issuance of an injunction.

   Samsung has been diligent in filing this declaration.  Samsung immediately sought the deposition of Dr. Singh after it received his declaration containing the new '915 infringement theory on November 9, 2012.  Rather than cooperating and allowing Samsung to test Dr. Singh's new infringement theory, Apple refused to allow Samsung to depose Dr. Singh and forced Samsung to file a motion to compel the deposition on an expedited basis.  On November 21, 2012, Judge Grewal ordered Apple to produce Dr. Singh for deposition regarding his new infringement theory.  Dkt. No. 2158.  Apple subsequently refused to make Dr. Singh available for an in-person deposition in the United States and would only make him available for deposition in Asia.  "[D]ue to international travel-related logistical issues," Dr. Singh's deposition did not take place until December 3, 2012 in Hong Kong.  Dkt. No. 2173 (Stipulation and Order Regarding Deposition Schedule).  During that deposition, Dr. Singh made several admissions that confirm Samsung's new code does not infringe the '915 patent.  In his supplemental declaration, Mr. Gray relies on Dr. Singh's admissions to confirm his opinion that the new code does not infringe the '915 patent. Under these circumstances, Samsung's request to file the Supplemental Gray Declaration is timely.

   Accordingly, Samsung respectfully requests that the Court grant Samsung's Administrative Request for Leave.

| | |
|---|---|
| DATED: December 4, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  /s/ Victoria F. Maroulis |
| | Charles K. Verhoeven |
| | Kevin P.B. Johnson |
| | Victoria F. Maroulis |
| | Michael T. Zeller |
| | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |