UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF STEPHEN GRAY IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION AND DAMAGES ENHANCEMENT** |

02198.51855/5082920.1

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMIN. REQUEST
FOR LEAVE TO FILE SUPP. DECL. OF STEPHEN GRAY

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3  Request for Leave to File the Supplemental Declaration of Stephen Gray in Support of Samsung's
4  Opposition to Apple's Motion for Permanent Injunction and for Damages Enhancements.
5  Having considered the arguments of the parties and the papers submitted, and good cause
6  having been shown, the Court hereby GRANTS Samsung's Administrative Request for Leave.

7

8  **IT IS SO ORDERED.**

9

10  DATED:  _____, 2012

_____

Honorable Lucy H. Koh
United States District Judge

02198.51855/5082920.1

-1-   Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMIN. REQUEST
FOR LEAVE TO FILE SUPP. DECL. OF STEPHEN GRAY