UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

On November 5, 2012, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal.   Pursuant to Civil L.R. 79-5(d), Samsung moved to seal portions of the Supplemental Declaration of Stephen Gray in Support of Samsung's Opposition to Apple's Motion for Permanent Injunction and Damages Enhancement, and Exhibit A thereto, which describe the operation of Samsung's source code.   Courts have been clear that confidential source code is a trade secret.   *See Agency Solutions.Com, LLC v. TriZetto Group,*

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

1  *Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).   As this Court has ruled in its previous sealing Orders, source code meets the "compelling reasons" standard, and is sealable.

Accordingly, Samsung's motion to seal the Supplemental Declaration of Stephen Gray in Support of Samsung's Opposition to Apple's Motion for Permanent Injunction and Damages Enhancement is GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Hon. Lucy H. Koh
United States District Court Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**