QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1          TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Scott B. Kidman of Quinn Emanuel Urquhart & Sullivan,

3    LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4    America, Inc. and Samsung Telecommunications America, LLC.

5          Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6    directed to:

7          Scott B. Kidman (CA Bar No. 119856)
           scottkidman@quinnemanuel.com
8          865 S. Figueroa St., 10th Floor
           Los Angeles, California 90017
9          Telephone: (213) 443-3000
           Facsimile: (213) 443-3100

10

11   DATED: December 5, 2012             QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
12

13

14                                       By   /s/ Scott B. Kidman
                                             ────────────────────────────
                                             Scott B. Kidman
15                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
16                                           INC., and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC
17

18

19

20

21

22

23

24

25

26

27

28

1

**GENERAL ORDER ATTESTATION**

2        I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3   foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the

4   electronic filing of this document has been obtained from Scott B. Kidman.

5

6

7                                         */s/ Victoria Maroulis*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
                                                              NOTICE OF APPEARANCE