HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO SEAL APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION OF STEPHEN GRAY** |

1     In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  submits this motion for an order to seal the following documents or portions thereof:
3     1.   Exhibit 1 to the Declaration of Deok Keun Matthew Ahn in Support of Apple's
4  Opposition to Samsung's Administrative Motion for Leave to File a Supplemental Declaration of
5  Stephen Gray in Support of Samsung's Opposition to Permanent Injunction Motion.
6     **Confidential Samsung Information**
7     Exhibit 1 is an excerpt from the 12/3/12 deposition transcript of Karan Singh and contains
8  or reveals information that Samsung has designated as confidential under the protective order
9  entered in this case. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a
10  declaration supporting the filing of these materials under seal.

Dated: December 6, 2012                    MORRISON & FOERSTER LLP

                                           By:   */s/ Michael A. Jacobs*
                                                 MICHAEL A. JACOBS

                                                 Attorneys for Plaintiff
                                                 APPLE INC.