1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION OF STEPHEN GRAY** |

Pursuant to Civil L.R. 79-5(d), Apple filed a motion to seal documents related to its Opposition to Samsung's Administrative Motion for Leave to File a Supplemental Declaration of Stephen Gray. Based on Samsung's responsive filing, the Court finds sufficient cause to GRANT Apple's motion.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                    Hon. Lucy H. Koh
                                                                    United States District Court Judge