Case 5:11-cv-01846-LHK   Document 2187-3   Filed 12/06/12   Page 1 of 3

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF DEOK KEUN MATTHEW AHN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF STEPHEN GRAY** |

**EXHIBIT 1 FILED UNDER SEAL**

AHN DECL. ISO APPLE'S OPP'N TO SAMSUNG'S MOT. FOR LEAVE TO FILE SUPP. DECL.
11-CV-01846-LHK (PSG)
sf-3226115

1  I, Deok Keun Matthew Ahn, declare as follows:

2  1.  I am an associate in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of Apple's Opposition to Samsung's Motion for Leave to File a Supplemental Declaration of Stephen Gray.

3  2.  Attached as **Exhibit 1** is a true and correct copy of an excerpt from the 12/3/12 deposition transcript of Karan Singh.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2012 at San Francisco, California.

*/s/ Deok Keun Matthew Ahn*
DEOK KEUN MATTHEW AHN

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Deok Keun Matthew Ahn has concurred in this filing.

Dated:  December 6, 2012                               /s/ Michael A. Jacobs