UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION OF STEPHEN GRAY IN SUPPORT OF SAMSUNG'S OPPOSITION TO PERMANENT INJUNCTION MOTION** |

Having considered the arguments of the parties and the papers submitted, and good cause not having been shown, the Court hereby DENIES Samsung's Administrative Motion for Leave.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                        Hon. Lucy H. Koh
                                                                        United States District Court Judge

[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3226094