HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S LISTS OF SUPPORTING DOCUMENTATION SUBMITTED WITH POST-TRIAL MOTIONS** |

1    Pursuant to the Court's Order of December 4, 2012 (Dkt. No. 2181), Apple submits the

2  attached "lists of all the supporting documentation submitted with the parties' post-trial motions

3  (JMOL motions, non-jury motions, and injunction enhancement motion), oppositions, and

4  replies."  Apple's lists identify the ECF number assigned to each Apple supporting declaration

5  and each exhibit submitted therewith.  Apple's lists also identify, for each paragraph and each

6  exhibit of each supporting declaration, the page and line number of the post-trial briefing that

7  cites the paragraph or exhibit.

8    The following conventions are used in the "Citation Page:Line" column of the lists:

9       • "X:Y" identifies the specific page and line number at which the
10         document is cited in a post-trial brief, which is identified by docket
           number in the preceding column.

11      • "Discussed in [name] Decl. ¶ Z (cited at X:Y)" indicates that the
12         declaration exhibit is discussed in the specified declaration
           paragraph, and then indicates where that paragraph was cited in a
13         post-trial brief.

14      • "Subject matter discussed at X:Y" indicates that the subject matter
15         of the declaration paragraph is discussed in a post-trial brief, but
           that the paragraph itself was not specifically cited.

16

17 Dated:  December 7, 2012                      MORRISON & FOERSTER LLP

18                                               By:   /s/ Michael Jacobs
                                                      Michael A. Jacobs
19                                                    Attorneys for Plaintiff APPLE INC.

20

21

22

23

24

25

26

27

28

Attachment

Declaration of Terry Musika ISO Apple's Motion for Permanent Injunction
Dkt. 1982-2 and 2120-1

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Musika Decl. ¶¶ 1-10 | | 1982-2 | 2120-1 | | *[Qualifications, statement of assignment, and summary of conclusions]* |
| Musika Decl. ¶¶ 11-15 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | Subject matter discussed at 3:9-15; 3:23-28 |
| Musika Decl. ¶¶ 16-19 | | | 2120-1 | 1982 (Apple PI Mtn.) | Subject matter discussed at 4:7-10 |
| Musika Decl. ¶¶ 20-22 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 5:8 |
| Musika Decl. ¶¶ 23-28 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 5:8; 26:11 |
| Musika Decl. ¶ 29 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 3:19; 9:27; 10:5 |
| Musika Decl. ¶ 30 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 4:6; 9:27; 10:5; 26:3 |
| Musika Decl. ¶¶ 31-34 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 9:27; 10:5 |
| Musika Decl. ¶¶ 35-37 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 5:8-13; 9:27; 10:5 |
| Musika Decl. ¶¶ 38-39 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 5:8-13; 5:23; 9:27; 10:5 |
| Musika Decl. ¶¶ 40-47 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] 9:15; subject matter also discussed at 7:9-8:11<br>[Dkt. 2127] 2:5, subject matter also discussed at 2:4-4:2 |
| Musika Decl. ¶¶ 48-52 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | Subject matter discussed at 17:4-8, 17:22-26 |
| Musika Decl. ¶¶ 53-57 | | 1982-2 | 2120-1 | 1982 (Apple PI Mtn.) | 9:15 |
| Musika Decl. ¶¶ 58-60 | | 1982-2 | 2120-1 | | *[Summary of conclusions]* |
| Musika Decl. Ex. 1 | Resume of Terry Musika | 1982-3 | | | |
| Musika Decl. Ex. 2 | Chart showing market share | 1982-4 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 20, 22 (cited at 5:8) |
| Musika Decl. Ex. 3 | Chart showing Samsung smartphone sales | 1982-5 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 29 (cited at 3:19; 9:27; 10:5) |
| Musika Decl. Ex. 4 | Chart showing U.S. smartphone shipments and market share | 1982-6 | | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶¶ 30-31 (cited at 4:6; 9:27; 10:5; 26:3)<br>[Dkt. 2127] 10:23 |
| Musika Decl. Ex. 5 | Excerpts of PX60 (STA Competitive Situation Paradigm Shift) | 1982-7 | | 1982 (Apple PI Mtn.) | 3:27 (cited as PX60); 4:12 (cited as PX60); 26:15 (cited as PX60) |
| Musika Decl. Ex. 6 | 3G iPhone US Market Impact | 1982-8 | 2120-2 | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 11 (subject matter discussed at 3:9-15, 3:23-28) |
| Musika Decl. Ex. 7 | 2012 Business Strategy | 1982-9 | 2120-3 | 1982 (Apple PI Mtn.) | 2:13 (cited as PX184), 3:26 (cited as PX184) |
| Musika Decl. Exs. 8-9 | 8: Beat Apple;<br>9: Gravity Tank Key Takeaways) | 1982-10<br>1982-11 | 2120-4<br>2120-5 | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 11-15 (subject matter discussed at 3:9-15, 3:23-28) |
| Musika Decl. Exs. 10-13 | 10: Business Insider article from 11/22/2011;<br>11: Dallas Morning News article from 1/7/2011;<br>12: Interal PPT (Choi visit);<br>13: Internal PPT (COO Visit) | 1982-12<br>1982-13<br>1982-14<br>1982-15 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 11-15 (subject matter discussed at 3:9-15, 3:23-28) |
| Musika Decl. Ex. 14 | STA Strategy Update | 1982-16 | 2120-6 | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 11-15 (subject matter discussed at 3:9-15, 3:23-28) |

Declaration of Terry Musika ISO Apple's Motion for Permanent Injunction
Dkt. 1982-2 and 2120-1

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Musika Decl. Exs. 15-19 | 15: iPhone Buyer Survey FY11- Q3;<br>16: Macquarie Equities Research article regarding the Galaxy S;<br>17: Woori Comment from June 23, 2011;<br>18: Korea Equity Research report from August 1, 2011;<br>19: PCMag article from 1/27/2012 | 1982-17<br>1982-18<br><br>1982-19<br><br>1982-20<br><br>1982-21 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 11-15 (subject matter discussed at 3:9-15, 3:23-28). |
| Musika Decl. Ex. 20 | PX62 (S-ITC-003351732) - Touchscreen Phones Review | 1982-22 | | 1982 (Apple PI Mtn.) | 3:25 (cited as PX62), 4:10 (cited as PX62), 23:15 (cited as PX62) |
| Musika Decl. Exs. 21-23 | 21: ATT for HQ CFO;<br>22: Excerpts of the deposition of Todd Pendleton;<br>23: Excerpts of the deposition of Brian Rosenberg | 1982-23<br>1982-24<br><br>1982-25 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 17-18 (subject matter discussed at 4:8-10) |
| Musika Decl. Ex. 24 | NBT Campaign | 1982-26 | 2120-7 | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 17-18 (subject matter discussed at 4:8-10) |
| Musika Decl. Ex. 25 | STA Marketing:CFO | 1982-27 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 17-18 (subject matter discussed at 4:8-10) |
| Musika Decl. Ex. 26 | Pendleton e-mail | 1982-28 | 2120-8 | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶¶ 17-18 (subject matter discussed at 4:8-10) |
| Musika Decl. Ex. 27 | Excerpt from www.idc.com | 1982-29 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 20 (cited at 5:8) |
| Musika Decl. Exs. 28-29 | 28: Excerpts of Oppenheimer report on the wireless market;<br>29: Jefferies Industry Note from 11/3/2011 | 1982-30<br><br>1982-31 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 21 (cited at 5:8) |
| Musika Decl. Ex. 30 | Press Release by iSuppli from 8/28/2012 | 1982-32 | | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶¶ 21, 32, 41 (cited at 5:8; 9:15; 9:27, 10:5)<br>[Dkt. 2127] Discussed in Musika Decl. ¶ 41 (cited at 2:5) |
| Musika Decl. Ex. 31 | Excerpts of the trial transcript from 8/3/2012 | 1982-33 | | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 24 (cited at 5:8; 26:11)<br>[Dkt. 2127] Discussed in Musika Decl. ¶ 41 (cited at 2:5) |
| Musika Decl. Ex. 32 | Excerpts of the deposition of Justin Denison | 1982-34 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 25 (cited at 5:8; 26:11) |
| Musika Decl. Ex. 33 | Excerpts of the deposition of Corey Kerstetter | 1982-35 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 26 (cited at 5:8; 26:11) |
| Musika Decl. Ex. 34 | Article from TG Daily dated 11/28/2011 | 1982-36 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 27 (cited at 5:8; 26:11) |
| Musika Decl. Exs. 35-36 | 35: iPhone Owner Study from May 2011;<br>36: Smartphone Market Study dated January 2011 | 1982-37<br><br>1982-38 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 28 (cited at 5:8; 26:11) |

Declaration of Terry Musika ISO Apple's Motion for Permanent Injunction
Dkt. 1982-2 and 2120-1

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Musika Decl. Ex. 37 | Support to STA's Counter-Apple Strategy | 1982-39 | 2120-9 | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 28 (cited at 5:8; 26:11) |
| Musika Decl. Exs. 38-39 | 38: NielsenWire article from 6/4/2010;<br>39: Data from Yankee Group 2011 U.S. Consumer Survey, December | 1982-40<br><br>1982-41 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 28 (cited at 5:8; 26:11) |
| Musika Decl. Ex. 40 | Chart showing Samsung smartphone sales, JX1500 | 1982-42 | | 1982 (Apple PI Mtn.) | 22:14 (cited as JX1500), 25:22 (cited as JX1500); discussed in Musika Decl. ¶ 29 (cited at 3:19; 9:27; 10:5) |
| Musika Decl. Ex. 41 | Excerpts of the trial transcript from 8/13/2012 | 1982-43 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 29-30 (cited at 3:19; 4:6; 9:27; 10:5; 26:3) |
| Musika Decl. Exs. 42-43 | 42: Graph showing Samsung U.S. Smartphone Market Share;<br>43: Oppenheimer Industry Updated from 6/7/2011 | 1982-44<br><br>1982-45 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 30 (cited at 4:6; 9:27; 10:5; 26:3) |
| Musika Decl. Ex. 44 | Excerpts of the deposition of Richard J. Lutton, Jr. | 1982-46 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 33 (cited at 9:27; 10:5) |
| Musika Decl. Ex. 45 | Excerpts of the deposition of Michael J. Wagner | 1982-47 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 38 (cited at 5:8-13; 5:23; 9:27; 10:5) |
| Musika Decl. Exs. 46-47 | 46: Excerpts of the deposition of Mark Buckley;<br>47: Chart showing Worldwide Apple iOS Search Revenue | 1982-48<br><br>1982-49 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 39 (cited at 5:8-13; 5:23; 9:27; 10:5) |
| Musika Decl. Ex. 48 | 2011 Smartphone CS Project Final Report | 1982-50 | 2120-10 | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] 7:19 (cited as PX185); discussed in Musika Decl. ¶ 42 (cited at 9:15)<br>[Dkt. 2127] 2:2-7; 3:14; 3:24; discussed in Musika Decl. ¶ 42 (cited at 2:5) |
| Musika Decl. Ex. 49 | Email from Dong Jin Koh | 1982-51 | | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 43 (cited at 9:15)<br>[Dkt. 2127] 2:9; discussed in Musika Decl. ¶ 43 (cited at 2:5) |
| Musika Decl. Ex. 50 | Excerpts of the deposition of Terry Musika | 1982-52 | | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 44 (cited at 9:15)<br>[Dkt. 2127] 2:12-14; 3:25; discussed in Musika Decl. ¶ 44 (cited at 2:5) |
| Musika Decl. Ex. 51 | Excerpts of PX36 ("Touch Portfolio Rollout Strategy") | 1982-53 | | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶¶ 46, 57 (cited at 9:15)<br>[Dkt. 2127] 2:1 (cited as PX36), 4:27 (cited as PX36), 5:26 (cited as PX36) |
| Musika Decl. Ex. 52 | 2009 JD Power | 1982-54 | 2120-11 | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 46 (cited at 9:15).<br>[Dkt. 2127] 2:12; 3:25; discussed in Musika Decl. ¶ 46 (cited at 2:5) |
| Musika Decl. Ex. 53 | Excerpts of PX69 ("2011 Wireless Smartphone Satisfaction Survey") | 1982-55 | | 1982 (Apple PI Mtn.)<br>2127 (Apple PI Reply) | [Dkt. 1982]  Discussed in Musika Decl. ¶ 46 (cited at 9:15)<br>[Dkt. 2127] 2:12; 3:25; discussed in Musika Decl. ¶ 46 (cited at 2:5) |

Declaration of Terry Musika ISO Apple's Motion for Permanent Injunction
Dkt. 1982-2 and 2120-1

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Musika Decl. Ex. 54 | Excerpts of PX40 (email chain dated 2/11/2010) | 1982-56 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 9:15 (cited in Musika Decl. ¶ 49, 56), 17:1 (cited as PX40); 17:5 (cited as PX40) [Dkt. 2127] 2:5 (cited in Musika Decl. ¶ 49), 6:4 (cited as PX40). |
| Musika Decl. Ex. 55 | Excerpts of trial transcript from 8/14/2012 | 1982-57 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 49 (cited at 9:15) [Dkt. 2127] Discussed in Musika Decl. ¶ 49 (cited at 2:5) |
| Musika Decl. Ex. 56 | Excerpts of PX44 ("Relative Evaluation Report on S1, iPhone") | 1982-58 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 8:26 (cited as PX44); 12:16-18 (cited as PX44); 13:12 (cited as PX44); 15:21 (cited as PX44); 16:5 (cited as PX44); 17:9 (cited as PX44); 20:4 (cited as PX44); 23:24 (cited as PX44); discussed in Musika Decl. ¶ 49 (cited at 9:15). [Dkt. 2127] 2:21 (cited as PX44); discussed in Musika Decl. ¶ 49 (cited at 2:5) |
| Musika Decl. Ex. 57 | Excerpts of trial transcript from 8/7/2012 | 1982-59 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 50 (cited at 9:15) [Dkt. 2127] Discussed in Musika Decl. ¶ 50 (cited at 2:5) |
| Musika Decl. Ex. 58 | Excerpts of PX54 ("BCG: Lessons from Apple") | 1982-60 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 8:2 (cited as PX54); discussed in Musika Decl. ¶ 51 (cited at 9:15). [Dkt. 2127] 2:27; discussed in Musika Decl. ¶ 51 (cited at 2:5) |
| Musika Decl. Ex. 59 | Excerpts of PX194 (email chain dated 3/2/2010) | 1982-61 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 51 (cited at 9:15) [Dkt. 2127] Discussed in Musika Decl. ¶ 51 (cited at 2:5) |
| Musika Decl. Ex. 60 | Excerpts of PX55 ("Samsung mobile icon design for 2011") | 1982-62 | 2120-12 | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 23:26 (cited as PX55); discussed in Musika Decl. ¶ 51 (cited at 9:15). [Dkt. 2127] 2:27; discussed in Musika Decl. ¶ 51 (cited at 2:5) |
| Musika Decl. Ex. 61 | Excerpts of PX35 (email chain dated 12/14/2008) | 1982-63 | 2120-13 | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 17:23 (cited as PX35); 23:25 (cited as PX35); discussed in Musika Decl. ¶ 51 (cited at 9:15) [Dkt. 2127] 2:27; discussed in Musika Decl. ¶ 51 (cited at 2:5) |
| Musika Decl. Exs. 62-63 | 62: Touchscreen Phones; 63: Experts' Evaluation Result | 1982-64 1982-65 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 51 (cited at 9:15) [Dkt. 2127] Discussed in Musika Decl. ¶ 51 (cited at 2:5) |
| Musika Decl. Ex. 64 | Excerpts of trial transcript from 8/10/2012 | 1982-66 | | 1982 (Apple PI Mtn.) | Discussed in Musika Decl. ¶ 54 (cited at 9:15) |
| Musika Decl. Ex. 65 | Excerpts of PX30 (slide showing Conjoint Survey Results) | 1982-67 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 9:7 (cited as PX30); 9:14 (cited as PX30); discussed in Musika Decl. ¶ 54 (cited at 9:15) [Dkt. 2127] 4:18 (cited as PX30) |
| Musika Decl. Ex. 66 | Excerpts of PX38 ("Browser Zooming Methods UX Exploration Study") | 1982-68 | | 1982 (Apple PI Mtn.) | 8:27 (cited as PX38); 17:13 (cited as PX38); discussed in Musika Decl. ¶ 55 (cited at 9:15) |
| Musika Decl. Ex. 67 | Excerpts of PX46 ("Behold3 Usability Evaluation Results") | 1982-69 | | 1982 (Apple PI Mtn.) | 8:24 (cited as PX46); 15:21 (cited as PX46); 17:16 (cited as PX46); discussed in Musika Decl. ¶ 56 (cited at 9:15) |
| Musika Decl. Ex. 68 | Excerpts of SAMNDCA10807316 ("Winning in smartphones - it's now or never") | 1982-70 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Musika Decl. ¶ 57 (cited at 9:15) [Dkt. 2127] 6:1 |

Declaration of Jason Bartlett ISO Apple's Motion for Preliminary Injunction and Damages Enhancements

Dkt. 1983

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Bartlett Decl. ¶ 1 | | 1983-0 | | 1982 (Apple PI Mtn.) | *[Introduction and Qualifications]* |
| Bartlett Decl. ¶¶ 2-3 | | 1983-0 | | 1982 (Apple PI Mtn.) | 6:19; also attaching Exs. 2-3, *infra* |
| Bartlett Decl. ¶ 4 | | 1983-0 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 7:25-26 (attaching Ex. 4, *infra*) [Dkt. 2127] 2:12 (attaching Ex. 4, *infra*) |
| Bartlett Decl. ¶ 5 | | 1983-0 | | 1982 (Apple PI Mtn.) | 15:2 (attaching Ex. 5, *infra*) |
| Bartlett Decl. ¶ 6 | | 1983-0 | | 1982 (Apple PI Mtn.) | 19:20; 19:25 (attaching Ex. 6, *infra*) |
| Bartlett Decl. ¶ 7 | | 1983-0 | | 1982 (Apple PI Mtn.) | 20:3 |
| Bartlett Decl. ¶ 8 | | 1983-0 | | 1982 (Apple PI Mtn.) | 20:28 (attaching Ex. 7, *infra*) |
| Bartlett Decl. ¶ 9 | | 1983-0 | | 1982 (Apple PI Mtn.) | 22:5 (attaching Ex. 8, *infra*) |
| Bartlett Decl. ¶ 10 | | 1983-0 | | 1982 (Apple PI Mtn.) | 26:22-24 (attaching Ex. 9, *infra*) |
| Bartlett Decl. Ex. 1 | Excerpts of the deposition transcript of Don-Joo Lee | 1983-1 | | 1982 (Apple PI Mtn.) | 5:2; discussed in Bartlett Decl. ¶ 2 (cited at 6:19) |
| Bartlett Decl. Exs. 2-3 | 2: Copy of webpages of third-party reseller Amazon.com; 3: Copy of webpages of third-party reseller PowerOn.com | 1983-2 1982-3 | | 1982 (Apple PI Mtn.) | Discussed in Bartlett Decl. ¶ 3 (cited at 6:19) |
| Bartlett Decl. Ex. 4 | Excerpts of Samsung's JD Power Survey dated March 2011 | 1983-4 1983-5 1983-6 1983-7 1983-8 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 7:25-26 [Dkt. 2127] 2:12 |
| Bartlett Decl. Ex. 5 | Excerpts of the deposition of Stephen Gray | 1983-9 | | 1982 (Apple PI Mtn.) | 15:2 |
| Bartlett Decl. Ex. 6 | Excerpts of the hearing transcript dated 9/28/2011 | 1983-10 | | 1982 (Apple PI Mtn.) | 19:20; 19:25 |
| Bartlett Decl. Ex. 7 | Samsung's Amended Response to Apple's Interrogatories served on 3/19/2012 | 1983-11 | | 1982 (Apple PI Mtn.) | 20:28 |
| Bartlett Decl. Ex. 8 | Hearing Transcript dated 7/18/2012 | 1983-12 | | 1982 (Apple PI Mtn.) | 22:5 |
| Bartlett Decl. Ex. 9 | House Report 104-374 -- Federal Trademark Dilution Act of 1995 | 1983-13 | | 1982 (Apple PI Mtn.) | 26:22-24 |

Declaration of Christopher Crouse ISO Apple's Motion for a Permanent Injunction

Dkt. 1984

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Crouse Decl. ¶ 1 | | 1984 | | | *[Introduction and Qualifications]* |
| Crouse Decl. ¶ 2 | | 1984 | | | *[Introduction to Crouse Decl. ¶ 3]* |
| Crouse Decl. ¶ 3 | | 1984 | | 1982 (Apple PI Mtn.) | 6:20 |
| Crouse Decl. ¶ 4 | | 1984 | | | |

Declaration of Marylee Robinson ISO Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and for Prejudgment Interest
Dkt. 1982-71 and 2120-14

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Robinson Decl. ¶¶ 1-3 | | 1982-71 | 2120-14 | | [Introduction and Qualifications] |
| Robinson Decl. ¶ 4 | | 1982-71 | 2120-14 | 2127 (Apple PI Reply) | 15:11 |
| Robinson Decl. ¶¶ 5-6 | | 1982-71 | 2120-14 | | [Summary of declaration] |
| Robinson Decl. ¶ 7 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | Subject matter discussed at 27:1-10 |
| Robinson Decl. ¶ 8 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) 2002 (Apple JMOL Mtn.) | [Dkt. 1982] 19:8 (miscited as Robinson Decl. ¶ 7); 23:7 [Dkt. 2002] 28:27-28 |
| Robinson Decl. ¶ 9 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | 28:12-14 |
| Robinson Decl. ¶ 10 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | 28:16 |
| Robinson Decl. ¶ 11 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) 2132 (Apple JMOL Reply) | [Dkt. 2002] 28:21-23 [Dkt. 2132] 18:14-15 |
| Robinson Decl. ¶ 12 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | 28:25 |
| Robinson Decl. ¶ 13 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | 29:4 |
| Robinson Decl. ¶ 14 | | 1982-71 | 2120-14 | | [Introduction to Robinson Decl. ¶¶ 15-18] |
| Robinson Decl. ¶¶ 15-18 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | 30:14 |
| Robinson Decl. ¶ 19 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) 2132 (Apple JMOL Reply) | [Dkt. 2002] 30:15-16 [Dkt. 2132] 18:19; 18:27 |
| Robinson Decl. ¶ 20 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) 2132 (Apple JMOL Reply) | [Dkt. 2002] 30:18 [Dkt. 2132] 18:19; 18:27 |
| Robinson Decl. ¶ 21 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | 30:20 |
| Robinson Decl. ¶ 22 | | 1982-71 | 2120-14 | 2002 (Apple JMOL Mtn.) | 30:23 |
| Robinson Decl. ¶¶ 23-24 | | 1982-71 | 2120-14 | | [Introduction to Robinson Decl. ¶¶ 25-42] |
| Robinson Decl. ¶ 25 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) | 26:3 |
| Robinson Decl. ¶¶ 26-27 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) | 27:5 |
| Robinson Decl. ¶ 28 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 27:5-6; 27:7-9 [Dkt. 2127] 12:23 |
| Robinson Decl. ¶ 29 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) | 27:12-15 |
| Robinson Decl. ¶ 30 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) | 9:2; 27:19-21 |
| Robinson Decl. ¶ 31 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 9:3; 25:25; 27:27; 28:4; 28:13; 29:1; 29:16; 29:17-18; 29:23 [Dkt. 2127] 13:10 |
| Robinson Decl. ¶¶ 32-33 | | 1982-71 | 2120-14 | | [Introduction to Robinson Decl. ¶¶ 33-42] |
| Robinson Decl. ¶¶ 34-36 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) | 9:15; subject matter also discussed at 3:15-16 |
| Robinson Decl. ¶ 37 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) | 3:21; 4:2; 9:15 |
| Robinson Decl. ¶¶ 38-42 | | 1982-71 | 2120-14 | 1982 (Apple PI Mtn.) | 9:15; subject matter also discussed at 9:1-4, 9:10-14 |
| Robinson Decl. Ex. 1 | Resume of Marylee P. Robinson | 1982-72 | | | |
| Robinson Decl. Ex. 2 | Analysis of Damages per Unit Based on the Jury Verdict | 1982-73 | | 2002 (Apple JMOL Mtn.) | Discussed in Robinson Decl. ¶¶ 9, 17 (cited at 28:12-14; 30:14) |
| Robinson Decl. Ex. 3 | Calculation of Apple's Supplemental Damages through December 31, 2012 | 1982-74 | | 2132 (Apple JMOL Reply) | 19:4 |
| Robinson Decl. Ex. 4 | Calculation of Prejudgment Interest on Apple Damages Verdict | 1982-75 | | 2132 (Apple JMOL Reply) | Discussed in Robinson Decl. ¶ 19 (cited at 18:19) |

Declaration of Marylee Robinson ISO Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and for Prejudgment Interest
Dkt. 1982-71 and 2120-14

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Robinson Decl. Ex. 5 | Calculation of Prejudgment Interest on Apple's Supplemental Damages | 1982-76 | | 2132 (Apple JMOL Reply) | Discussed in Robinson Decl. ¶ 20 (cited at 18:19) |
| Robinson Decl. Ex. 6 | Daily Interest Accumulation on Apple Damages after December, 2012 | 1982-77 | | 2002 (Apple JMOL Mtn.) | Discussed in Robinson Decl. ¶ 22 (cited at 30:23) |
| Robinson Decl. Ex. 7 | Calculation of Samsung's Hypothetical Loss Assuming Samsung's Market Share Is Held Constant After the Second Quarter of 2010 | 1982-78 | | 1982 (Apple PI Mtn.) | 26:18-19; 27:19-21; discussed in Robinson Decl. ¶¶ 25-27 (cited at 9:2; 26:3; 27:5) |
| Robinson Decl. Ex. 8 | Calculation of Apple's Hypothetical Lost Profits Assuming Samsung's Market Share Is Held Constant After the Second Quarter of 2010 | 1982-79 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 27:5-15; discussed in Robinson Decl. ¶¶ 28-29 (cited at 27:5) [Dkt. 2127] Discussed in Robinson Decl. ¶ 28 (cited at 12:23) |
| Robinson Decl. Ex. 9 | STA and SEA U.S. Sales of Accused Smartphones | 1982-80 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶¶ 31, 36-37 (cited at 3:21; 4:2; 9:3; 9:15; 25:25; 27:27; 28:4; 28:13; 29:1; 29:16-23) |
| Robinson Decl. Exs. 10-17 | 10: VerizonWireless.com page with price of the DROID CHARGE; | 1982-81 | | | |
| | 11: BoostMobile.com page with price of Samsung Galaxy Prevail; | 1982-82 | | | |
| | 12: Cellstores.com page with price of Galaxy S 4G for TMobile; | 1982-83 | | | |
| | 13: BestBuy.com page with price of Samsung Galaxy SII 4G for AT&T; | 1982-84 | | | |
| | 14: Amazon.com page with price of Samsung Galaxy S II Epic Touch 4G for Sprint | 1982-85 | | | |
| | 15: ATT.com page with price of Samsung Galaxy S II Skyrocket; | 1982-86 | | | |
| | 16: T-Mobile.com page with price of Samsung Galaxy S II; | 1982-87 | | | |
| | 17: Cspire.com page with Galaxy S Showcase | 1982-88 | | 1982 (Apple PI Mtn.) 2002 (Apple JMOL Mtn.) | [Dkt. 1982] Discussed in Robinson Decl. ¶ 8 (cited at 23:7) [Dkt. 2002] Discussed in Robinson Decl. ¶ 8 (cited at 28:27-28) |
| Robinson Decl. Exs. 18-19 | 18: Excerpts of trial transcript from 8/13/2012; | 1982-89 | | | |
| | 19: Excerpts of trial transcript from 8/16/2012 | 1982-90 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶¶ 30-31 (cited at 9:2-3; 25:25; 27:19-21; 27:27; 28:4; 28:13; 29:1; 29:16-23) |

Declaration of Marylee Robinson ISO Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and for Prejudgment Interest
Dkt. 1982-71 and 2120-14

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Robinson Decl. Exs. 20-22 | 20: Amended Verdict Form; 21: DX676 (sales data); 22: Excerpts of PX16 ("Apple's iPhone & iPad Advertising Expenditures (U.S.)") | 1982-91 1982-92 1982-93 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶ 31 (cited at 9:3; 25:25; 27:27; 28:4; 28:13; 29:1; 29:16-23) |
| Robinson Decl. Ex. 23 | Excerpts of DX781 ("Combined STA/SEA/SEC Profit") | 1982-94 | | 1982 (Apple PI Mtn.) 2002 (Apple JMOL Mtn.) | [Dkt. 1982] 28:13 (cited as DX781); discussed in Robinson Decl. ¶ 31 (cited at 9:3; 25:25; 27:27; 28:4; 28:13; 29:1; 29:16-23) [Dkt. 2002] 19:7-10 (cited as DX781) |
| Robinson Decl. Ex. 24 | Excerpts of DX753 ("Consolidated Financial Statements of Samsung Electronics Co., Ltd. And Subsidiaries") | 1982-95 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶ 31 (cited at 9:3; 25:25; 27:27; 28:4; 28:13; 29:1; 29:16-23) |
| Robinson Decl. Ex. 25 | Excerpts of trial transcript from 8/3/2012 | 1982-96 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶ 35 (cited at 9:15) |
| Robinson Decl. Ex. 26 | PC World article from 9/16/2010 | 1982-97 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶ 36 (cited at 9:15) |
| Robinson Decl. Ex. 27 | Excerpts of trial transcript from 8/10/2012 | 1982-98 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶ 39 (cited at 9:15) |
| Robinson Decl. Ex. 28 | Excerpts of PX30 ("Conjoint Survey Results") | 1982-99 | | 1982 (Apple PI Mtn.) | 9:5-15 (cited as PX30); discussed in Robinson Decl. ¶ 39 (cited at 9:15) |
| Robinson Decl. Ex. 29 | Excerpts of PX57 ("P5 Usability Evaluation Results") | 1982-100 | | 1982 (Apple PI Mtn.) | 9:1 (cited as PX57); 17:17 (cited as PX57); discussed in Robinson Decl. ¶ 40 (cited at 9:15) |
| Robinson Decl. Ex. 30 | Analysis of Galaxy tab Operation Speed and Screen Effects | 1982-101 | 2120-15 | 1982 (Apple PI Mtn.) | 9:2; discussed in Robinson Decl. ¶ 41 (cited at 9:15) |
| Robinson Decl. Ex. 31 | Excerpts of PX195 (email chain from 10/28/2010) | 1982-102 | | 1982 (Apple PI Mtn.) | 8:25 (cited as PX195); 9:3; 15:21 (cited as PX195); 17:20 (cited as PX195); discussed in Robinson Decl. ¶ 41 (cited at 9:15) |
| Robinson Decl. Exs. 32-33 | 32: "Time to Tab" - Samsung Galaxy Tab 10.1 Global TV Commercial (manually filed); 33: "Introducing the Samsung Galaxy Tab - It's Go Time!" (manually filed) | 1982-103 1982-104 | | 1982 (Apple PI Mtn.) | Discussed in Robinson Decl. ¶ 42 (cited at 9:15) |
| Robinson Decl. Ex. 34 | Receipt from Best Buy showing smartphone purchases dated 8/26/2012 | 1982-105 | | 1982 (Apple PI Mtn.) 2002 (Apple JMOL Mtn.) | [Dkt. 1982] 19:8; 23:7; discussed in Robinson Decl. ¶¶ 8, 29 (cited at 27:12-15) [Dkt. 2002] Discussed in Robinson Decl. ¶ 8 (cited at 28:27-28) |

**Declaration of Marylee Robinson ISO Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and for Prejudgment Interest**
**Dkt. 1982-71 and 2120-14**

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| | 35: Receipt from T-Mobile showing smartphone purchases dated 8/25/2012; | 1982-106 | | | |
| | 36: Receipt from T-Mobile showing smartphone purchases dated 8/26/2012; | 1982-107 | | | |
| Robinson Decl. Exs. 35-37 | 37: Receipt from cspire wireless showing smartphone purchases dated 8/27/2012 | 1982-108 | | 1982 (Apple PI Mtn.) | 19:8; 23:7 |
| Robinson Decl. Ex. 38 | Excerpts of "Patent Damages Law & Practice: 2012 Edition" by Skenyon et al. | 1982-109 | | 2002 (Apple JMOL Mtn.) | Discussed in Robinson Decl. ¶ 16 (cited at 30:14) |

Case 5:11-cv-01846-LHK  Document 2188  Filed 12/07/12  Page 14 of 24
Declaration of Philip W. Schiller ISO Apple's Motion for a Permanent Injunction
Dkt. 1985

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Schiller Decl. ¶¶ 1-2 | | 1985-0 | | | *[Introduction and Qualifications]* |
| Schiller Decl. ¶ 3 | | 1985-0 | | 2127 (Apple PI Reply) | 2:15 |
| Schiller Decl. ¶ 4 | | 1985-0 | | | *[Conclusions of Schiller Decl. ¶ 3]* |
| Schiller Decl. ¶ 5 | | 1985-0 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Subject matter discussed at 3:9-16; 3:23-28; 4:7-12; 23:10-14 [Dkt. 2127] Subject matter discussed at 9:6-8 |
| Schiller Decl. ¶ 6 | | 1985-0 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Subject matter discussed at 3:9-16; 3:23-28; 4:7-12; 9:6-8; 18:5-6; 23:10-14 [Dkt. 2127] Subject matter discussed at 4:8-10; 28:27-28 |
| Schiller Decl. ¶ 7 | | 1985-0 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Subject matter discussed at 3:9-16; 4:7-12; 23:10-14 [Dkt. 2127] Subject matter discussed at 9:6-8 |
| Schiller Decl. ¶ 8 | | 1985-0 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Subject matter discussed at 5:3-5; 5:18-26; 26:7-15 [Dkt. 2127] Subject matter discussed at 9:6-8 |
| Schiller Decl. ¶ 9 | | 1985-0 | | 1982 (Apple PI Mtn.) | Subject matter discussed at 2:12-27; 4:18-5:2; 5:5-11; 5:18-26; 26:7-15; 26:19-20 |
| Schiller Decl. ¶ 10 | | 1985-0 | | 2127 (Apple PI Reply) | 6:18 |
| Schiller Decl. ¶ 11 | | 1985-0 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 7:13 [Dkt. 2127] 6:18 |
| Schiller Decl. ¶ 12 | | 1985-0 | | 1982 (Apple PI Mtn.) | 8:22-23 |
| Schiller Decl. ¶ 13 | | 1985-0 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] 7:12 [Dkt. 2127] 6:18 |
| Schiller Decl. ¶ 14 | | 1985-0 | | 2127 (Apple PI Reply) | 6:18 |
| Schiller Decl. ¶ 15 | | 1985-0 | | 1982 (Apple PI Mtn.) | 6:17 |
| Schiller Decl. Ex. 1 | Apple iPhone Commercials (manually filed) | 1985-1 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Schiller Decl. ¶ 13 (cited at 7:12) [Dkt. 2127] Discussed in Schiller Decl. ¶ 13 (cited at 6:18) |
| Schiller Decl. Attachs. 1-5 | 1: "iPhone Buyer Survey: Attractive Appearance & Design"; 2: Excerpts of PX143 ("iPhone Buyer Survey" from FY10 - Q4); 3: Excerpts of PX144 ("iPhone Buyer Survey" from FY11 - Q1); 4: Excerpts of PX145 ("iPhone Buyer Survey" from FY11 - Q2); 5: Excerpts of PX146 ("iPhone Buyer Survey" from FY11 - Q3) | 1985-2 1985-3 1985-4 1985-5 1985-6 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Schiller Decl. ¶ 11 (cited at 7:13) [Dkt. 2127] Discussed in Schiller Decl. ¶ 11 (cited at 6:18) |
| Schiller Decl. Attach. 6 | "iPhone Buyer Survey: Ease of Use" | 1985-7 | 2121 | 1982 (Apple PI Mtn.) | Discussed in Schiller Decl. ¶ 12 (cited at 8:23) |
| Schiller Decl. Attach. 7 | Excerpts of PX12 ("iPhone Television Advertisements") | 1985-8 | | 1982 (Apple PI Mtn.) 2127 (Apple PI Reply) | [Dkt. 1982] Discussed in Schiller Decl. ¶ 13 (cited at 7:12) [Dkt. 2127] Discussed in Schiller Decl. ¶ 13 (cited at 6:18) |

**Declaration of Russell S. Winer ISO Apple's Motion for a Permanent Injunction**

**Dkt. 1986**

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Winer Decl. ¶¶ 1-6 | | 1986 | | | *[Introduction, qualifications, and summary of materials]* |
| Winer Decl. ¶¶ 7-14 | | 1986 | | 1982 (Apple PI Mtn.) | 6:8 |

Reply Declaration of John R. Hauser ISO Apple's Motion for a Permanent Injunction
Dkt. 2130

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Hauser Decl. ¶¶ 1-4 | | 2130-0 | | | *[Introduction, qualifications, statement of assignment, and summary of opinion being rebutted]* |
| Hauser Decl. ¶¶ 5-6 | | 2130-0 | | 2127 (Apple PI Reply) | 4:18 |
| Hauser Decl. ¶¶ 7-8 | | 2130-0 | | 2127 (Apple PI Reply) | 4:21-22 |
| Hauser Decl. ¶ 9 | | 2130-0 | | 2127 (Apple PI Reply) | 4:18; 4:24 |
| Hauser Decl. ¶ 10 | | 2130-0 | | | *[Supports Hauser Decl. ¶¶ 5-9, supra]* |
| Hauser Decl. ¶ 11 | | 2130-0 | | 2127 (Apple PI Reply) | 5:13-16 |
| Hauser Decl. ¶¶ 12-13 | | 2130-0 | | 2127 (Apple PI Reply) | 5:3 |
| Hauser Decl. ¶ 14 | | 2130-0 | | 2127 (Apple PI Reply) | 5:3; 5:7; 5:16 |
| Hauser Decl. ¶ 15 | | 2130-0 | | 2127 (Apple PI Reply) | 5:3; 5:7 |
| Hauser Decl. ¶ 16 | | 2130-0 | | 2127 (Apple PI Reply) | 5:3; 5:11; 5:16 |
| Hauser Decl. ¶ 17 | | 2130-0 | | 2127 (Apple PI Reply) | 5:13; 5:16 |
| Hauser Decl. ¶ 18 | | 2130-0 | | | |
| Hauser Decl. ¶¶ 19-25 | | 2130-0 | | 2127 (Apple PI Reply) | 5:20 |
| Hauser Decl. ¶¶ 26-29 | | 2130-0 | | | |
| Hauser Decl. ¶ 30 | | 2130-0 | | 2127 (Apple PI Reply) | 5:18 |
| Hauser Decl. ¶ 31 | | 2130-0 | | | *[Supports Hauser Decl. ¶¶ 32-34, infra]* |
| Hauser Decl. ¶ 32 | | 2130-0 | | 2127 (Apple PI Reply) | 5:13-16 |
| Hauser Decl. ¶ 33 | | 2130-0 | | 2127 (Apple PI Reply) | 5:16 |
| Hauser Decl. ¶ 34 | | 2130-0 | | 2127 (Apple PI Reply) | 5:13-16 |
| Hauser Decl. ¶ 35 | | 2130-0 | | | |
| Hauser Decl. ¶¶ 36-37 | | 2130-0 | | 2127 (Apple PI Reply) | Discussed at 5:16-18 |
| Hauser Decl. ¶¶ 38-39 | | 2130-0 | | | |
| Hauser Decl. ¶¶ 40-42 | | 2130-0 | | 2127 (Apple PI Reply) | 5:1 |
| Hauser Decl. ¶ 43 | | 2130-0 | | 2127 (Apple PI Reply) | 5:13-16 |
| Hauser Decl. ¶ 44 | | 2130-0 | | | *[Summary of opinion being rebutted]* |
| Hauser Decl. ¶ 45 | | 2130-0 | | 2127 (Apple PI Reply) | 5:15 |
| Hauser Decl. ¶ 46 | | 2130-0 | | | *[Supports Hauser Decl. ¶ 45, supra]* |
| Hauser Decl. ¶ 47 | | 2130-0 | | 2127 (Apple PI Reply) | 1:24-26 (citing Wind Dep. as Ex. A [*sic* —should be Ex. C] at 26:8-27:2 and Erdem Dep. as Ex. G at 26:7-27:13) |
| Hauser Decl. ¶ 48 | | 2130-0 | | | |
| Hauser Decl. Ex. A | Expert Report of John R. Hauser | 2130-1 | | 2127 (Apple PI Reply) | Discussed in Hauser Decl. ¶ 9 (cited at 4:18, 4:24) and Hauser Decl. ¶¶ 21-22 (cited at 5:20) |
| Hauser Decl. Ex. B | Materials Relied Upon for Hauser Expert Report | 2130-2 | | | *[Summary of materials reviewed]* |
| Hauser Decl. Ex. C | Excerpts of deposition of Yoram (Jerry) Wind | 2130-3 | | 2127 (Apple PI Reply) | 4:21-22; 5:7-20 |
| Hauser Decl. Ex. D | Excerpts of deposition transcript of John Hauser | 2130-4 | | 2127 (Apple PI Reply) | Discussed in Hauser Decl. ¶ 21 (cited at 5:20) |
| Hauser Decl. Ex. E | "Respondent Choice Predictions for Smartphones Randomized First Choice vs. First Choice" | 2130-5 | | 2127 (Apple PI Reply) | Discussed in Hauser Decl. ¶ 24 (cited at 5:20) |
| Hauser Decl. Ex. F | Smartphone animations | 2130-6 | | 2127 (Apple PI Reply) | Discussed in Hauser Decl. ¶ 45 (cited at 5:15) |

Reply Declaration of John R. Hauser ISO Apple's Motion for a Permanent Injunction

Dkt. 2130

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Hauser Decl. Ex. G | Excerpts of deposition transcript of Tulin Erdem | 2130-7 | | 2127 (Apple PI Reply) | 1:25-26 |

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Hung Decl. ¶ 1 | | 2127-4 | | | *[Introduction]* |
| Hung Decl. ¶¶ 2-9 | | 2127-4 | | 2127 (Apple PI Reply) | 8:27 (attaching Exs. 1-8, *infra*) |
| Hung Decl. ¶ 10 | | 2127-4 | | 2127 (Apple PI Reply) | 2:25 (attaching Ex. 9, *infra*) |
| Hung Decl. ¶ 11 | | 2127-4 | | 2127 (Apple PI Reply) | 2:26 (attaching Ex. 10, *infra*) |
| Hung Decl. ¶ 12 | | 2127-4 | | 2127 (Apple PI Reply) | 2:26; 6:1-2 (attaching Ex. 11, *infra*) |
| Hung Decl. ¶ 13 | | 2127-4 | | 2127 (Apple PI Reply) | 3:14-15 (attaching Ex. 12, *infra*) |
| Hung Decl. ¶ 14 | | 2127-4 | | 2127 (Apple PI Reply) | 3:19 (attaching Ex. 13, *infra*) |
| Hung Decl. ¶ 15 | | 2127-4 | | 2127 (Apple PI Reply) | 3:20 (attaching Ex. 14, *infra*) |
| Hung Decl. ¶ 16 | | 2127-4 | | | Attaching Ex. 15, *infra* |
| Hung Decl. ¶ 17 | | 2127-4 | | | Attaching Ex. 16, *infra* |
| Hung Decl. ¶ 18 | | 2127-4 | | | Attaching Ex. 17, *infra* |
| Hung Decl. ¶ 19 | | 2127-4 | | 2127 (Apple PI Reply) | 9:27 (attaching Ex. 18, *infra*) |
| Hung Decl. ¶ 20 | | 2127-4 | | 2127 (Apple PI Reply) | 4:26-27 (attaching Ex. 19, *infra*) |
| Hung Decl. ¶ 21 | | 2127-4 | | 2132 (Apple JMOL Reply) | 18:13 (attaching Ex. 20, *infra*) |
| Hung Decl. ¶ 22 | | 2127-4 | | 2132 (Apple JMOL Reply) | 18:13 (attaching Ex. 21, *infra*) |
| Hung Decl. ¶ 23 | | 2127-4 | | 2132 (Apple JMOL Reply) | 18:13 (attaching Ex. 22, *infra*) |
| Hung Decl. ¶ 24 | | 2127-4 | | | Attaching Ex. 23, *infra* |
| Hung Decl. Exs. 1-8 | 1: BestBuy.com webpage showing price of Samsung i9100 Galaxy S II; 2: Walmart.com webpage showing price of Samsung Galaxy S2 i9100; 3: Amazon.com webpage showing price of Samsung Galaxy S2 i9100; 4: Amazon.com receipt for Samsung i9100; 5: BestBuy.com webpage showing price of Samsung Galaxy Ace; 6: Walmart.com webpage showing price of Samsung Galaxy Ace; 7: Amazon.com webpage showing price of Samsung Galaxy Ace; 8: Amazon.com receipt for Samsung Galaxy Ace | 2127-5 2127-6 2127-7 2127-8 2127-9 2127-10 2127-11 2127-12 | | 2127 (Apple PI Reply) | 8:27 |
| Hung Decl. Exs. 9-10 | 9: Excerpts of Phase 2 Design Strategy; 10: Excerpts of "Users Mobile America 2010" (SAMNDCA00221819) | 2127-13 2127-14 | | 2127 (Apple PI Reply) | 2:23-27 |

**Declaration of Richard S.J. Hung ISO Apple's Motion for Permanent Injunction and Damages Enhancement; and Judgment as a Matter of Law, New Trial, and Amended Judgment Dkt. 2127-4**

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Hung Decl. Ex. 11 | Excerpts of "Winning in smartphones - it's now or never" (SAMNDCA10807316) | 2127-15 | | 2127 (Apple PI Reply) | 2:23-27; 6:1-2 |
| Hung Decl. Ex. 12 | Premium & Mass Design Preference Study | 2127-16 | | 2127 (Apple PI Reply) | 3:14-15 |
| Hung Decl. Ex. 13 | Excerpts of a survey spreadsheet (SAMNDCA00250864) | 2127-17 | | 2127 (Apple PI Reply) | 3:19 |
| Hung Decl. Ex. 14 | Excerpts of deposition transcript of Sang Hung | 2127-18 | | 2127 (Apple PI Reply) | 3:20 |
| Hung Decl. Ex. 15 | Excerpts of deposition transcript of Tulin Erdem | 2127-19 | | 2127 (Apple PI Reply) | Also attached as Hauser Decl. Ex. G (cited at 1:25-26) |
| Hung Decl. Ex. 16 | Excerpts of deposition transcript of Yoram (Jerry) Wind | 2127-20 | | 2127 (Apple PI Reply) | Also attached as Hauser Decl. Ex. C (cited at 4:21-22; 5:7-20) |
| Hung Decl. Ex. 17 | Excerpts of deposition of Stephen Gray | 2127-21 | | | Cited in Singh Decl. ¶ 8 |
| Hung Decl. Ex. 18 | Excerpts of deposition transcript of Sam Lucente | 2127-22 | | 2127 (Apple PI Reply) | 9:27 |
| Hung Decl. Ex. 19 | Excerpts of deposition transcript of Philip Schiller | 2127-23 | | 2127 (Apple PI Reply) | 4:26-27 |
| Hung Decl. Exs. 20-22 | 20: Email chain between Apple and Samsung counsel dated 10/31/2012; 21: Email chain between Apple and Samsung counsel dated 11/5/2012; 22: Letter from Anthony Alden to Rich Hung dated 11/7/2012 | 2127-24 2127-25 2127-26 | | 2132 (Apple JMOL Reply) | 18:13 |
| Hung Decl. Ex. 23 | Samsung source code | 2127-27 | | 2127 (Apple PI Reply) | Cited in Singh Decl. ¶ 25 (cited in briefing at [Dkt. 2127] 9:24-25) |

**Reply Decl. of Marylee Robinson ISO Apple's Mtns. for a Perm. Injunction, Damages Enhancement; and JMOL, New Trial, Amend. Judgment**
**Dkt. 2129**

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Robinson Decl. ¶ 1 | | 2129-0 | | | *[Introduction and Qualifications]* |
| Robinson Decl. ¶ 2 | | 2129-0 | | | *[Summary of Samsung's argument]* |
| Robinson Decl. ¶ 3 | | 2129-0 | | 2132 (Apple JMOL Reply) | 19:1 |
| Robinson Decl. ¶ 4 | | 2129-0 | | 2002 (Apple JMOL Mtn.) | *[Introduction to Robinson Reply Decl. ¶¶ 7-12]* *[Dkt. 2002] Subject matter discussed at 28:17-21* |
| Robinson Decl. ¶ 5 | | 2129-0 | | 2132 (Apple JMOL Reply) | Subject matter discussed at 18:10-13 |
| Robinson Decl. ¶ 6 | | 2129-0 | | 2132 (Apple JMOL Reply) | 18:19; 18:25; 18:27 |
| Robinson Decl. ¶¶ 7-15 | | 2129-0 | | 2127 (Apple PI Reply) | 12:26-27 |
| Robinson Decl. Ex. 1 | "Calculation of Apple's Supplemental Damages through December 31, 2012 using Eight Products on the Market" | 2129-1 | | 2132 (Apple JMOL Reply) | Discussed in Robinson Reply Decl. ¶ 3 (cited at 19:1) |
| Robinson Decl. Exs. 2-3 | 2: "Calculation of Apple's Supplemental Damages"; 3: "Calculation of Prejudgment Interest on Apple's Supplemental Damages" | 2127-28 2129-2 | | 2132 (Apple JMOL Reply) | Discussed in Robinson Reply Decl. ¶ 6 (cited at 18:19; 18:25; 18:27) |
| Robinson Decl. Ex. 4 | "Daily Interest Accumulation on Apple Damages" | 2129-3 | | 2132 (Apple JMOL Reply) | |

**Declaration of Karan Singh, Ph.D, ISO Apple's Reply ISO Motion for a Permanent Injunction and for Damages Enhancements**

**Dkt. 2127-3**

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Singh Decl. ¶¶ 1-9 | | 2127-3 | | | *[Introduction, qualifications, and summary of materials reviewed]* |
| Singh Decl. ¶ 10 | | 2127-3 | | | *[Summary of opinion being rebutted]* |
| Singh Decl. ¶ 11 | | | | | *[Summary of opinions in Singh Decl. ¶¶ 23-42]* |
| Singh Decl. ¶¶ 12-19 | | | | | *[Background relating to trial testimony and procedural history]* |
| Singh Decl. ¶ 20 | | 2127-3 | | 2127 (Apple PI Reply) | 9:24-25 |
| Singh Decl. ¶¶ 21-22 | | 2127-3 | | | |
| Singh Decl. ¶¶ 23-42 | | 2127-3 | | 2127 (Apple PI Reply) | 9:24-25 |
| Singh Decl. Ex. A | Video and photo of Galaxy S II (T-Mobile) (manually filed) | 2128-0 | | 2127 (Apple PI Reply) | 9:24-25 |

**Declaration of Nathan Sabri ISO Apple's Opposition to Samsung's Motion on Non-jury Claims**
**Dkt. 2027-1**

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Sabri Decl. ¶ 1 | | 2027-1 | | | *[Introduction]* |
| Sabri Decl. ¶ 2 | | 2027-1 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 3:6; 3:10 (attaching Ex. 1, *infra*) |
| Sabri Decl. ¶ 3 | | 2027-1 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 3:10-12 (attaching Ex. 2, *infra*) |
| Sabri Decl. ¶ 4 | | 2027-1 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 3:14-15 (attaching Ex. 3, *infra*) |
| Sabri Decl. ¶ 5 | | 2027-1 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 4:12 (attaching Ex. 4, *infra*) |
| Sabri Decl. ¶ 6 | | 2027-1 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 7:3 (attaching Ex. 5, *infra*) |
| Sabri Decl. Ex. 1 | Excerpts from the deposition of Karan Singh | 2027-2 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 3:6; 3:10 |
| Sabri Decl. Ex. 2 | Excerpts from the deposition of Scott Forstall | 2027-3 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 3:10-12 |
| Sabri Decl. Ex. 3 | Excerpts from the deposition of Stephen Gray | 2027-4 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 3:14-15 |
| Sabri Decl. Ex. 4 | Samsung's Corrected Objections to Apple Inc.'s Fifth Set of Interrogatories | 2027-5 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 4:12 |
| Sabri Decl. Ex. 5 | "Petition for Acceptance of Color Drawings under 37 C.F.R. § 1.84(a)(2)," bearing the Bates label APLNDC00031929. | 2027-6 | | 2027 (Apple Opp. to SS Non-Jury Mtn.) | 7:3 |

**Declaration of Mark. D. Selwyn ISO Apple's Opposition to Samsung's JMOL, New Trial, and Remittitur Motion**

**Dkt. 2051**

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Selwyn Decl. ¶ 1 | | 2051-0 | | | *[Introduction]* |
| Selwyn Decl. ¶¶ 2-3 | | 2051-0 | | | *[Authentication of Ex. 1]* |
| Selwyn Decl. ¶ 4 | | 2051-0 | | 2050 (Apple Opp. to SS JMOL) | 27:27 (attaching Ex. 1, *infra* ) |
| Selwyn Decl. Ex. 1 | Transcript of the video deposition of Dr. Ahn as played for the jury on August 17, 2012 | 2051-1 | | 2050 (Apple Opp. to SS JMOL) | 27:27 |

Declaration of Grant L. Kim ISO Apple's Motion for Judgment as a Matter of Law, New Trial, and Amended Judgment

Dkt. 1989-1

| Supporting Document | Description of Exhibit | Dkt. No. | Also Filed at Dkt. No. | Cited In Post Trial Document Dkt. No. | Citation Page:Line |
|---|---|---|---|---|---|
| Kim Decl. ¶ 1 | | 1989-1 | | | *[Introduction]* |
| Kim Decl. ¶ 2 | | 1989-1 | | 2002 (Apple JMOL Mtn.) | 8:3-4 (attaching Ex. A, *infra* ) |
| Kim Decl. Ex. A | Corrected Public Non-Confidential Brief of Defendants-Appellees, filed by Samsung in the Federal Circuit on January 11, 2012 | 1989-2 | | 2002 (Apple JMOL Mtn.) | 8:3-4 |