|   |   |
|---|---|
| 1 | Michael R. Heimbold (SBN 173981) |
| 2 | mheimbold@steptoe.com |
|   | Dylan Ruga (SBN 235969) |
| 3 | druga@steptoe.com |
|   | Steptoe & Johnson LLP |
| 4 | 2121 Avenue of the Stars, Suite 2800 |
|   | Los Angeles, California 90067 |
| 5 | Telephone:  (310) 734-3200 |
|   | Facsimile:  (310) 734-3229 |
| 6 |   |
| 7 | Attorneys for Applicant |
|   | SAMSUNG ELECTRONICS CO., LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| *In re* Ex Parte Application of | Case No. 11-01846 LHK |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. | **JOINT STIPULATION FOR BRIEFING SCHEDULE ON SAMSUNG ELECTRONICS CO., LTD.'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |
| Applicant, | |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in Foreign Proceedings. | |
| | [Proposed Order Submitted Concurrently Herewith] |

## STIPULATION

Samsung Electronics Co., Ltd. ("Samsung") and Apple Inc. ("Apple") by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on November 29, 2012, Samsung filed an *ex parte* application under 28 U.S.C. § 1782 for an order granting leave to obtain discovery from Apple for use in foreign proceedings (the "Application");

WHEREAS, on December 3, 2012, the Court issued an order relating Case No. 12-mc-80275 LHK with Case No. 11-01846 LHK; and

WHEREAS, the parties have conferred on a briefing schedule.

THEREFORE, the parties hereby stipulate that the following schedule shall apply with respect to the briefing on the Application:

1. Apple shall file its Opposition to the Application on or before December 21, 2012; and

2. Samsung shall file its Reply in support of the Application on or before December 28, 2012.

Dated: December 17, 2012          STEPTOE & JOHNSON LLP

                                  By:   /s/ Dylan Ruga
                                  DYLAN RUGA
                                  Attorney for Samsung Electronics Co., Ltd.


                                  MORRISON & FOERSTER LLP

                                  By:   /s/ Alison M. Tucher
                                  ALISON M. TUCHER
                                  Attorney for Apple Inc.