1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in Foreign Proceedings. | Case No. 11-01846 LHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR BRIEFING SCHEDULE ON SAMSUNG ELECTRONICS CO., LTD.'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

# ORDER

Upon the stipulation of the parties, it is hereby:

ORDERED that the parties shall follow the following briefing schedule for Samsung's *ex parte* application for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery for use in foreign proceedings (the "Application")[1]:

1. Apple shall file its Opposition to the Application on or before December 21, 2012; and

2. Samsung shall file its Reply to Apple's Opposition on or before December 28, 2012.

Dated: December 18, 2012

Paul S. Grewal
United States Magistrate Judge

---

[1] The Application was filed under Case No. 12-mc-80275 but was determined to be related to this case. See Dkt. No. 2178.

1

[PROPOSED] ORDER GRANTING STIPULATION
FOR ORDERED BRIEFING SCHEDULE