QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S MOTION TO STAY THE EFFECT OF PORTIONS OF THE COURT'S DECEMBER 10 ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO FILE UNDER SEAL (DKT. NO. 2190)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 62(c), Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") hereby bring this motion to request that the Court stay the effect of its December 10, 2012 Order Granting in Part and Denying in Part Motions to File Documents Under Seal (Dkt. No. 2190) with regard to its denial of Apple's motion to file under seal:

> 1. Exhibit 2 to the Reply Declaration of Marylee Robinson in Support of Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages, and for Prejudgment Interest ("Exhibit 2").[1]

In denying Apple's motion to seal Exhibit 2, the Court noted, as it has previously, that it does not find product-specific sales data sufficiently confidential to seal under the "compelling reasons" standard. (Dkt. No. 2190 at 4-5; *see also, e.g.*, Dkt. No. 2168 at 8-9, 12-13; Dkt. No. 1649.) Since Samsung has appealed a previous order denying Samsung's motion to seal similar financial information, including product-specific sales and profit data, to the Federal Circuit, the Court should stay the effect of its Order pending the Federal Circuit's resolution of the appeal. (*See* Dkt. Nos. 1649; 1722; and 2168 at 8-9; *see also Apple Inc. v. Samsung Elecs. Co., Ltd., et al.*, Case No. 2012-1600, -1606 (Fed. Cir.) Dkt. Nos. 6 at 15-18; 39-1 at 2; and 46-1 at 8.)

"The outcome of the appeal of the Court's August 9 order bears on the" Court's December 10 Order. (Dkt. No. 2168 at 8.) The data included in Exhibit 2 is of the same type as, albeit not identical to, the data included in documents at issue on appeal. Absent a stay, Samsung will be irreparably harmed and "deprived of any remedy" should the Federal Circuit disagree with this Court and find product-specific sales data sealable. (*Id.* at 9.) As the Court as recognized, "[w]hen the information is publicly filed, what once may have been trade secret no longer will be." (*Id.*) The Court should thus stay the disclosure of Exhibit 2. *See* Fed. R. Civ. P. 62(c);

---

[1] Apple does not oppose Samsung's motion. (Declaration of Jon Steiger in Support of Samsung's Motion to Stay, Ex. 1.)

1  *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Standard Havens Prods. v. Gencor Indus.*, 897

2  F.2d 511, 512 (Fed. Cir. 1990).

3  **Conclusion**

4  For the foregoing reasons, Samsung respectfully requests that the Court stay the disclosure

5  of Exhibit 2 pending the Federal Circuit resolution of Samsung's appeal of the August 9 order.

7  DATED: December 18, 2012         QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

10                                  By   */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
11                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
12                                       Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
13                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
14                                       TELECOMMUNICATIONS AMERICA, LLC