# Exhibit 1

| | |
|---|---|
| **From:** | Robinson, Christopher |
| **To:** | Jon Steiger |
| **Cc:** | Sabri, Nathan B.; Hung, Richard S. J.; Victoria Maroulis; Anthony Alden; Prashanth Chennakesavan |
| **Subject:** | RE: Motion to Stay Pending Appeal (Ex 2 to Robinson Declaration) |
| **Date:** | Tuesday, December 18, 2012 4:26:48 PM |

Jon:  Apple does not oppose the motion to stay.

Best,
Christopher

---

**From:** Jon Steiger [mailto:jonsteiger@quinnemanuel.com]
**Sent:** Tuesday, December 18, 2012 1:17 PM
**To:** Robinson, Christopher
**Cc:** Sabri, Nathan B.; Hung, Richard S. J.; Victoria Maroulis; Anthony Alden; Prashanth Chennakesavan
**Subject:** RE: Motion to Stay Pending Appeal (Ex 2 to Robinson Declaration)

I wanted to follow up on this.  We would like to file the motion to stay today, as we assume the other documents will be filed publicly now.  Please let us know whether or not Apple will oppose the motion.  Thanks.

---

**From:** Jon Steiger
**Sent:** Tuesday, December 18, 2012 9:08 AM
**To:** Robinson, Christopher
**Cc:** Sabri, Nathan B.; Hung, Richard S. J.; Victoria Maroulis; Anthony Alden; Prashanth Chennakesavan
**Subject:** Motion to Stay Pending Appeal (Ex 2 to Robinson Declaration)

Christopher,

Samsung will be filing a motion to stay the Court's December 10, 2012 Order (Dkt. No. 2190) with respect to Robinson Exhibit No. 2, pending the Federal Circuit's resolution of the parties' appeals of previous orders denying motions to seal.  The document includes recent and highly confidential Samsung sales data.  Apple should not publicly file this Exhibit.  Please let us know if Apple will oppose Samsung's motion.

The other documents affected by the referenced Order may be filed publicly.

Please let me know if you have any questions.  Thanks.

Jon


Jon Steiger
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3623 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
jonsteiger@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in

the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------