UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STAY THE EFFECT OF PORTIONS OF THE COURT'S DECEMBER 10 ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO FILE UNDER SEAL (DKT. NO. 2190)** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Stay the Effect of Portions of the Court's December 10 Order Granting in Part and Denying in Part Motions to File Under Seal (Dkt. No. 2190).

Having considered Samsung's motion, the Court GRANTS Samsung's request to stay disclosure of:

1. Exhibit 2 to the Reply Declaration of Marylee Robinson in Support of Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages, and for Prejudgment Interest.

1    The stay will be in effect pending the Federal Circuit's resolution of Samsung's appeal of
2    the Court's August 9 Order.

4    **IT IS SO ORDERED.**

6    DATED: _____, 2012

                                      Honorable Lucy H. Koh
                                      United States District Judge