QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STATEMENT OF RECENT DECISION BY UNITED STATES PATENT AND TRADEMARK OFFICE REGARDING U.S. PATENT NO. 7,844,915 (L.R. 7-3(d))** |

02198.51855/5103766.1

Case No. 11-cv-01846-LHK
**STATEMENT OF RECENT DECISION (L.R. 7-3(d))**

Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") bring to the Court's attention an Office Action by the United States Patent and Trademark Office ("USPTO") in the *ex parte* reexamination of U.S. Patent Number 7,844,915 dated December 19, 2012. This Office Action is relevant to Samsung's Motion for Judgment as a Matter of Law, New Trial and/or Remittitur (Dkt No. 1990) and Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement (Dkt No. 2054) because it rejects all claims, including Claim 8, the only claim at issue at trial in this action.

The claims were rejected under 35 U.S.C. §§ 102 and 103 based on U.S. Patent No. 7,724,242 to Hillis et al. ("Hillis"), International Pub. No. WO 03/081458 to Lira ("Lira"), U.S. Patent No. 6,757,673 to Makus et al. ("Makus"), Japanese Pub. No. 2000-163031A to Nomura et al. (English translation) ("Nomura"), and Dean Harris Rubine, "The Automatic Recognition of Gestures," CMU-CS-91-202, December 1991 ("Rubine"). The USPTO rejected the claims on the following grounds:

**Ground 1**: Claims 1, 5-8, 12-15 and 19-21 are rejected under 35 U.S.C. § 102(e) as anticipated by Hillis.

**Ground 2**: Claims 2, 9 and 16 are rejected under 35 U.S.C. § 103(a) as unpatentable over Hillis in view of Lira.

**Ground 3**: Claims 3, 4, 10, 11, 17 and 18 are rejected under 35 U.S.C. § 103(a) as unpatentable over Hillis in view of Makus.

**Ground 4**: Claims 1, 5-8, 12-15 and 19-21 are rejected under 35 U.S.C. § 103(a) as unpatentable over Nomura in view of Rubine.

**Ground 5**: Claims 2, 9 and 16 are rejected under 35 U.S.C. § 103(a) as unpatentable over Nomura in view of Rubine and further in view of Lira.

**Ground 6**: Claims 3, 4, 10, 11, 17 and 18 are rejected under 35 U.S.C. § 103(a) as unpatentable over Nomura in view of Rubine and further in view of Makus.

A copy of the Office Action is attached hereto as Exhibit A.

| | | |
|---|---|---|
| 1 | DATED: December 19, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | By  */s/ Victoria F. Maroulis* |
| 3 | | Charles K. Verhoeven |
| | | Kevin P.B. Johnson |
| 4 | | Victoria F. Maroulis |
| | | Michael T. Zeller |
| 5 | | |
| 6 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG |
| 7 | | TELECOMMUNICATIONS AMERICA, LLC |