ARNOLD & PORTER LLP
MICHAEL J. BAKER (No. 56492)
mike.baker@aporter.com
GABRIEL N. WHITE (No. 258257)
gabriel.white@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Non-Party,
IDC RESEARCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.: 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY IDC RESEARCH, INC.'S ADMINISTRATIVE MOTION TO SEAL** |

33154310v2

1       On December 21, 2012, Non-Party IDC Research, Inc. filed an administrative motion to seal

2   Exhibit 199 to the declaration of Michael Wagner in support of Samsung's Opposition to Apple's

3   Motion for a Permanent Injunction and Damages Enhancement.

4       IDC Research Inc.'s Motion to Seal is GRANTED.  The document at issue may only be

5   filed under seal, and any party's use of the document shall be in compliance with the Protective

6   Order entered in this action on January 30, 2012.

7

8       **IT IS SO ORDERED.**

9   Dated:

10  _____
                           HON. LUCY H. KOH
11                   UNITED STATES DISTRICT COURT

12