AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

_____
APPLE INC.     -v-     SAMSUNG ELECTRONICS CO. LTD., ET AL
Plaintiff(s)           Defendant(s)

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Trademark Infringement**

Docket No.   CV 11-01846 LHK          Date of Judgment/Order:   **12/17/2012**

Cross or related appeal?          Date of Notice of Appeal:   **12/20/2012**

Appellant is:  (X)  Plaintiff     ()  Defendant     ()  Other (explain
_____
DOCKET FEE STATUS:
    (X)  Paid     ()  Not Paid     Billed On:
    U.S. Appeal?  Yes ()   No  (X)
    In forma pauperis?
     ()  Granted    ()  Denied    ()  Revoked     ()  Pending    ()  Never requested
_____
                              COUNSEL
(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

Mark D. Selwyn                          Victoria F. Maroulis
Wilmer Cutler Pickering                 Quinn Emanuel Urquhart Oliver & Hedges
Hale and Dorr LLP                       555 Twin Dolphin Drive, Fifth Floor
950 Page Mill Road                      Redwood Shores, CA 94065
Palo Alto, CA. 94304                    650-801-5000
650-858-6000
Counsel for Plaintiff                   Counsel for Defendant

            See Attached for Additional Counsel Listed

COURT REPORTER: Irene Rodriguez 408-947-8160, Lee-Anne Shortridge 408-287-4580, Summer Fisher 408-288-6150

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.