# Exhibit 12
# (Submitted Under Seal)

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

11 May 2012

I hereby certify that this Korean to English translation of pages SAMNDCA00176178 to SAMNDCA00176182 of the document with the beginning Bates number SAMNDCA00176178 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
Peter Mauro Schroepfer

# Premium & Mass
# Design Preference Study
2010.11-2011.01

Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00176172

# Contents

- Introduction
    - Objective
    - Methodology
- Key Findings
    - Executive Summary
    - NA Design Direction

- Appendix
    - Research Findings
        - Image Board Results
        - Prototype Results
        - Style Frame Resluts

Premium & Mass Design Preference Study

Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176173



## Objective

**To Understand US Consumer's Design Perception of Premium and Mass Design**

-Conduct qualitative research with Premium Users and Mass Users
-Analysis their style preference and non-preference.





Premium & Mass Design Preference Study                                            Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            SAMNDCA00176174

# Methodology

## &lt;Qualitative Research&gt;

- 90 Minute 1:1 Interview or Focus Group Interview + in-depth interview
- 42 respondents
  : 50/50 mix of Premium Users/ Mass Users
  (**Premium**: Tech.E or Mobile P/ Biz. P   **Mass**: Social.MT/ Value. M)
  : 50/50 mix of males/females

|  | Houston | New Jersey | Total |
|---|---|---|---|
| Male | 12 | 9 | 21 |
| Female | 9 | 12 | 21 |
| 19-25 | 6 | 1 | 7 |
| 26-35 | 9 | 5 | 14 |
| 36-45 | 7 | 5 | 12 |
| 46-55 | 3 | 6 | 9 |
| Tech Enthusiast | 5 | 5 | 10 |
| Business Professionals | 6 | 5 | 11 |
| Social Media Tribe | 7 | 5 | 12 |
| Value Maximizers | 4 | 5 | 9 |
| **Total** | 22 | 20 | **42** |

Premium & Mass Design Preference Study                         Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                      SAMNDCA00176175

# Methodology

### &lt;Research Session&gt;

1. Questionnaire fill-out
    * Describe your next phone
    * favorite fashion brand :minimum 3,
    * Lifestyle(Mobile Device, favorite place etc.)
2. Image Board Session (about 50 mobile phones- released product)
    * Trendy mobile Phone &why
    * like , dislike, best mobile phone  &why?
    * Premium image vs. Mass image
3. Prototype Session (16 Design Mock-ups)



*Form factor, shape, CMF, Pattern, which design looks premium etc.

4. Style Frame Session (Image Card Sorting)



*sort the cards which they like and dislike freely.
* three images that they like and dislike most and the reasons.
(The emotional reasons why they like and dislike are very important.)

      

minimal   organic   futuristic   mechanic   classic   casual   romantic

Premium & Mass Design Preference Study

Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176176



# Premium & Mass Design Preference Study
## Key Findings

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176177

TRANSLATION

# Executive Summary

**1. iPhone design = Premium/Good Design**

* U.S. consumers have been greatly influenced by the iPhone design

* The rounded shape design is recognized as a premium and good design due to the influence of the iPhone Series in the past three years

* After the release of iPhone 4, at the same time that early trend adopters have started to accept the angular and square design as trendy, there is a tendency toward increasing preference for a square design, unlike in the past, from the influence of HTC EVO, Droid, etc



**2. Growth of Positive Recognition of White**

* Due to the iPhone 3G (White) and the HTC my touch, there is favorable recognition of white color in mobile phones

* White is thought to be casual and comfortable to the user



**3. Perception of more numerous keys as more Casual**

* Sleek and clean design is considered to be more premium

* Even for a device of the same screen size, Touch + Qwerty is considered to be more casual than Full touch



Premium & Mass Design Preference Study                        Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        SAMNDCA00176178

TRANSLATION

# Executive Summary

**4** Bright colors, flip or bar styles without QWERTY keypads are considered 'old phones'

* However, this type of design is considered suitable for pre-teens and leased phone users (short-term use) if the price is low.



**5** **Devaluation of Blackberry**

* Apple is recognized as a high-priced smartphone, and Blackberry is recognized as a medium-priced smartphone

(- Smartphone MS has decreased by 4.5% from the previous year, and ASP has decreased by $52. However, because of price reductions, sales were strong in European and Latin markets)

 

Premium & Mass Design Preference Study

Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176179

# Handout Snapshot Summary

| Question | Phone | | # of respondents |
|---|---|---|---|
| Most trendy | iPhones (both 3GS and 4) | "It's simple, it looks like it's more skinny and it's enough space to navigate it. It's everything that you need in a phone" | 30 |
| Dislike | LG Lotus Elite | "The keyboard is too small and it's plasticy. This phone is too outdated I would say." | 18 |
| High priced | iPhones | | 31 |
| Low priced | Intensity 2 | "Well, that looks like a toy that my three year-old niece would play with first of all. The phone looks like something I used 12 years ago. The keys are so small. The design of it, it looks very Fisher Price-ish." | 16 |
| Would buy next | iPhones | | 17 |
| Most premium | H1 | "The thinness of it. The reflective screen, seems like nothing I've seen before. It looks kind of cool. It looks different. On the bottom part, when I turned it over I saw the back, I think that's what sold me that it was a higher cost phone." | 15 |
| Most casual | L4 | "A casual person is still going to make phone calls so I don't think a casual user should get a keyboard phone. I think this isn't a touch screen. So a grandmother or father or older person could easily use it." | 15 |
| Overall favorite | M1 / H1 / H5 / H3 | Favorite CMF(+Pattern) / Buy for the next phone / Best Phone Shape | 9 / 8 / 7 / 6 |
| Design preference | Less detail | | 36 |
| | Base: | | 42 |

Premium & Mass Design Preference Study                    Design Planning & Strategy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00176192




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176193



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176194



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176195



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00176196