QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S PARTIAL OPPOSITION TO IDC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Lucy H. Koh |

1    Third-party IDC Research, Inc. ("IDC") has filed an Administrative Motion to Seal Exhibit 199 to the Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's Motion for Permanent Injunction and Damages Enhancement ("Exhibit 199"), which consists of a worldwide quarterly mobile phone tracker for the second quarter of 2012.  While Samsung does not oppose IDC's request that the Court permit Samsung to file Exhibit 199 under seal, Samsung opposes any order that "require[s] Samsung to [] not file the tracker at all."  (Mot. at 3.)

*First*, contrary to IDC's suggestion (Mot. at 4-5), Samsung's proposed filing complies fully with the Protective Order.  The Protective Order requires a party to file a motion to seal documents designated "Highly Confidential – Attorneys' Eyes Only" and permits filing in the public record pursuant to a court order.  (Dkt. No. 687 ¶ 15.)  Samsung moved to seal Exhibit 199 pursuant to Civil Local Rule 79-5 (Dkt. No. 2064 at 2) and now intends to file the document publicly as it must pursuant to the Court's Order denying Samsung's motion.  (Dkt. No. 2168 at 8.)  As the Protective Order explicitly states, "[n]othing in this Order shall be construed to prejudice any Party's right to use any Protected Material in court or in any court filing with consent of the Producing Party *or by order of the Court*."  (Dkt. No. 687 ¶ 4(c) (emphasis added).)

*Second*, as the Court has noted, Apple's "extraordinary request" for permanent injunction had to "be evaluated in light of the full available record."  (Dkt. No. 2093 at 2.)  Apple sought to enjoin Samsung from "making, using, offering to sell, selling within the United States, or importing into the United States" no fewer than 26 products, relying in part on market share data.  (*See* Dkt. No. 1982 at 1-5; Dkt. No. 2197 at 1-2.)  Samsung's relied on the market share data included in Exhibit 199 in opposing Apple's Permanent Injunction Motion.  (Dkt. No. 2054 at 22.)  The necessity of a complete record has not been obviated by the Court's Order denying Apple's motion because Apple has appealed that Order to the Federal Circuit.  (Dkt. No. 2203.)  Samsung is entitled to rely on the complete record in opposing Apple's appeal.

For the foregoing reasons, Samsung respectfully requests that the Court permit Samsung to file Exhibit 199.

1  DATED: December 26, 2012            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Victoria F. Maroulis*
    Victoria F. Maroulis
    Attorney for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC