| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile:  (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|        Plaintiff, | Civil Action No. 11-CV-01846-LHK |
|    v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF APPEAL** |
|        Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|        Counterclaim-Plaintiffs, | |
|    v. | |
| APPLE INC., a California corporation, | |
|        Counterclaim-Defendant. | |

NOTICE IS GIVEN that Plaintiff Apple Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Order Granting-in-Part and Denying-In-Part Motion to Seal entered in this action on November 29, 2012 (Dkt. 2168) and from all other orders, rulings, findings, and conclusions underlying and related to that order, including but not limited to the orders dated August 9, 2012 (Dkt. 1649) and the July 17, 2012 (Dkt. 1256).

Dated:  December 28, 2012            WILMER CUTLER PICKERING
                                       HALE AND DORR LLP

                                     By:    /s/ William F. Lee
                                            William F. Lee

                                            Attorney for Plaintiff
                                            APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Notice of Appeal.  In compliance with General Order 45, X.B., I hereby attest that William F. Lee has concurred in this filing.

Dated:  December 28, 2012     /s/ Mark D. Selwyn
                              Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 28, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated:  December 28, 2012        /s/ Mark D. Selwyn
                                 Mark D. Selwyn