UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>               Plaintiff,<br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER STRIKING EVIDENCE |

On August 28, 2012, this Court filed an Order setting out the schedule for post-trial briefing. ECF No. 1945. In that Order, the Court stated that the "page limits set forth herein will be strictly enforced. Any argument that is not explicitly articulated within the briefing page limits will be disregarded. Any supporting documentation shall be for corroboration purposes solely and shall not be used as a vehicle for circumventing the Court's page limits." *Id.* at 3.

Despite this Order, both parties submitted a large amount of documentation with their post-trial motions, much of which was either not cited at all in the briefing, or cited in only a conclusory manner, such that the arguments contained in the supporting documentation were not articulated within the briefing page limits. The Court has not relied on any of this documentation in ruling on

1

Case No.: 11-CV-01846-LHK
ORDER STRIKING EVIDENCE

the parties' post-trial motions. Accordingly, consistent with the Court's August 28, 2012 Order, the following evidence is hereby stricken from the record:

ECF No. 2054-01, Erdem Decl. (entire document)

ECF No. 2054-03, Sukumar Decl. (entire document)

ECF No. 2054-04, Wind Decl. (entire document)

ECF No. 2057, Lucente Decl., ¶¶ 22-30

ECF No. 2065, Wagner Decl., ¶¶ 11-145, 147-228, Exhs. 1, 3-21, 23-53, 55-212

ECF No. 2129, Robinson Decl., ¶ 5

ECF No. 2130, Hauser Decl., ¶¶ 19-29

ECF No. 2127-3, Singh Decl. (entire document)

ECF No. 1982-2, Musika Decl., ¶¶ 10-29, 31-37, 40-53, 55-60, Exhs. 1-40, 44, 48-63, 66-68

ECF No. 1985, Schiller Decl., ¶¶ 4-9

**IT IS SO ORDERED.**

Dated: January 2, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge