QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC ("STA") (collectively, "Samsung") hereby bring this renewed administrative
4 motion for an order to seal:

5    1. Portions of Exhibit 1 to the Declaration of Deok Keun Matthew Ahn in Support of
6       Apple's Opposition to Samsung's Administrative Motion for Leave to File
7       Supplemental Declaration of Stephen Gray ("Exhibit 1").

8    Samsung filed an Administrative Motion for Leave to File the Supplemental Declaration of
9 Stephen Gray in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction
10 and Damages Enhancement.   (Dkt. No. 2183.)   In support of its opposition to Samsung's
11 Motion for Leave, Apple filed Exhibit 1, which consists of excerpts from the transcript of the
12 December 3, 2012 deposition of Karansher Singh, Ph. D.   (Dkt. No. 2187.)   The Court
13 subsequently denied Samsung's Motion for Leave (Dkt. No. 2191) and denied without prejudice
14 Apple's Motion to Seal Exhibit 1.   (Dkt. No. 2210.)

15    Limited portions of Exhibit 1 include detailed, highly-sensitive descriptions of the
16 operation of Samsung's source code.   (Declaration of Hankil Kang ¶ 3, Ex. A.)   Disclosure of
17 this information is likely to cause Samsung substantial harm as competitors could use the
18 descriptions to copy the features included Samsung's products.   (*Id.*)   As the Court has
19 previously found, source code and detailed descriptions of source code are trade secrets and are
20 "clearly sealable" under the "compelling reasons" standard.   (Dkt. No. 2168 at 13; *see also*
21 *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal.
22 2011).)

23    Samsung thus respectfully requests that the Court seal the limited portions of Exhibit 1
24 identified in Exhibit A to the Kang Declaration.

1 | DATED: January 2, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Victoria Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC