UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Renewed Administrative Motion to File Document Under Seal.

For the compelling reasons shown, the Court ORDERS that the following shall be sealed:

1. Portions of Exhibit 1 to the Declaration of Deok Keun Matthew Ahn in Support of Apple's Opposition to Samsung's Administrative Motion for Leave to File Supplemental Declaration of Stephen Gray that Samsung has identified in its Motion.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION
TO FILE DOCUMENT UNDER SEAL

1 **IT IS SO ORDERED.**

3 DATED: _____, 2012

6 Honorable Lucy H. Koh
United States District Judge