AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

---

APPLE INC.         -v-         SAMSUNG ELECTRONICS CO. LTD., ET AL
Plaintiff(s)                   Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Trademark Infringement**

Docket No.   CV 11-01846 LHK          Date of Judgment/Order:  **11/29/2012**

Cross or related appeal?         Date of Notice of Appeal:  **12/28/2012**

Appellant is:  (X)  Plaintiff     ()  Defendant     ()  Other (explain

DOCKET FEE STATUS:
    (X)  Paid    ()  Not Paid    Billed On:
    U.S. Appeal?  Yes ()   No  (X)
    In forma pauperis?
      ()  Granted    ()  Denied    ()  Revoked     ()  Pending   (X)  Never requested

---

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

| | |
|---|---|
| Mark D. Selwyn | Victoria F. Maroulis |
| Wilmer Cutler Pickering | Quinn Emanuel Urquhart Oliver & Hedges |
| Hale and Dorr LLP | 555 Twin Dolphin Drive, Fifth Floor |
| 950 Page Mill Road | Redwood Shores, CA 94065 |
| Palo Alto, CA.  94304 | 650-801-5000 |
| 650-858-6000 | |
| Counsel for Plaintiff | Counsel for Defendant |

See Attached for Additional Counsel Listed

COURT REPORTER: Irene Rodriguez 408-947-8160, Lee-Anne Shortridge 408-287-4580, Summer Fisher 408-288-6150

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.

C11-1846 LHK         Apple Inc. -v- Samsung Electronics Co. Ltd., et al

**Plaintiff, Counter-defendant and**
**Counter-claimant**

| | | |
|---|---|---|
| **Apple Inc.**<br>*a California corporation* | represented by | **Michael A. Jacobs**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7455<br>Fax: (415) 268-7522<br>Email: mjacobs@mofo.com |
| | | **Ali H. Shah ,**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>202-663-6064<br>Fax: 202-663-6363<br>Email: Ali.Shah@wilmerhale.com |
| | | **Alison Margaret Tucher**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>415-268-7269<br>Email: atucher@mofo.com |
| | | **Andrew L Liao**<br>WilmerHale<br>950 Page Mill Rd.<br>Palo Alto, CA 94304<br>650-858-6063<br>Email: andrew.liao@wilmerhale.com |
| | | **Andrew Ellis Monach**<br>Morrison & Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105-2482<br>(415) 268-7588<br>Email: amonach@mofo.com |

**Brian Larivee**
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6226
*PRO HAC VICE*

**Brian Seeve**
60 State Street
Boston, MA 02109
617-526-6160
*PRO HAC VICE*

**David B Bassett**
WilmerCutler Pickering Hall and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
Fax: (212) 230-8888
Email: david.bassett@wilmerhale.com
*PRO HAC VICE*

**Deok Keun Matthew Ahn**
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
415-268-6629
Fax: 415-268-7522
Email: dahn@mofo.com

**Emily R. Whelan ,**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6567
Fax:
Email: emily.whelan@wilmerhale.com
*PRO HAC VICE*

**Erik J. Olson**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Fax: (650) 494-0792
Email: ejolson@mofo.com

**Grant L. Kim**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7359
Fax: 415-268-7522
Email: gkim@mofo.com

**Harold J. McElhinny**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7265
Email: HMcElhinny@mofo.com

**James C. Burling**
60 State Street
Boston, MA 02109
617-526-6416

**Jason R. Bartlett**
Morrison & Foerster LLP
425 Market Street
34th Floor
San Francisco, CA 94105
415-268-6615
Fax: 415-268-7522
Email: JasonBartlett@mofo.com

**Jennifer Lee Taylor**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7000
Email: JLeeTaylor@mofo.com

**Jeremy Winer**
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
212-230-8800
*PRO HAC VICE*

**Joshua Ryan Benson**
Taylor and Co Law Offices
One Ferry Bldg
Suite No. 355
SF, CA 94111
415-788-8200
Fax: 415-788-8208
Email: jbenson@tcolaw.com

**Liv Leila Herriot**
Wilmer Cutler et al
950 Page Mill Road
Palo Alto, CA 94304
650-858-6138
Email: liv.herriot@wilmerhale.com

**Mark D. Flanagan**
WilmerHale
1117 California Avenue
Palo Alto, CA 94304
650-858-6000
Fax: 650-858-6100
Email: mark.flanagan@wilmerhale.com

**Mark Daniel Selwyn**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6031
Fax: 650-858-6100
Email: mark.selwyn@wilmerhale.com

**Michael A. Diener**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6454
*PRO HAC VICE*

**Michael Saji**
60 State Street
Boston, MA 02109
617-526-6813
*PRO HAC VICE*

**Peter J. Kolovos**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6493
*PRO HAC VICE*

**Richard Goldenberg**
Hale & Dorr, LLP
60 State Street
Boston, MA 02109-1803
(617) 526-6548
*PRO HAC VICE*

**Richard S.J. Hung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: rhung@mofo.com

**Robert Donald Cultice ,**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6021
Fax:
Email: robert.cultice@wilmerhale.com
*PRO HAC VICE*


**Robert J. Gunther , Jr.**
Wilmer Cutler Pickering Hle and Dorr LLP
399 Park Avenue
New York, NY 10022
212-230-8800
*PRO HAC VICE*


**Stephen McGeorge Bundy**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
(415) 788-8200
Fax: (415) 788-8208
Email: sbundy@tcolaw.com


**Stephen E. Taylor**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: staylor@tcolaw.com

|  |  |
|---|---|
|  | **Victor F. Souto**<br>WilmerHale<br>399 Park Avenue<br>New York, NY 10022<br>(212) 937-7224<br>Email: vic.souto@wilmerhale.com |
|  | **William F. Lee**<br>Wilmer Pickering Hale and Dorr LLP.<br>60 State Street<br>Boston, MA 02109<br>617-526-65560<br>Fax: 617-526-5000<br>Email: william.lee@wilmerhale.com<br>*PRO HAC VICE* |

**Defendant, Counter-claimant and Counter-defendant**

| | | |
|---|---|---|
| **Samsung Electronics Co. Ltd.**<br>*a Korean corporation*<br><br><br>**Samsung Electronics America, Inc.**<br>*a New York corporation*<br><br>**Samsung Telecommunications America, LLC**<br>*a Delaware limited liability company* | represented by | **Kevin P.B. Johnson**<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive<br>5th Floor<br>Redwood Shores, CA 94065<br>650-801-5000<br>Fax: 650-801-5100<br>Email: kevinjohnson@quinnemanuel.com<br><br>**Margret Mary Caruso**<br>Attorney at Law<br>555 Twin Dolphin Drive,<br>Suite 560<br>Redwood Shores, CA 94065<br>650-801-5000<br>Fax: 650-801-5100<br>Email: margretcaruso@quinnemanuel.com |

**Rachel H Kassabian**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email:
rachelkassabian@quinnemanuel.com

**Todd Michael Briggs**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Email: toddbriggs@quinnemanuel.com

**Victoria F. Maroulis**
Quinn Emanuel Urquhart Oliver & Hedges L
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100
Email:
victoriamaroulis@quinnemanuel.com

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart Oliver & Hedges L
50 California Street, 22nd Floor
San Francisco, Ca 94111
415-875-6600
Email:
charlesverhoeven@quinnemanuel.com

        **Edward John DeFranco ,**
quinn emanuel urquhart sullivan
51 Madison Avenue, 22th Floor
New York, NY 10010
212-849-7106
Fax:
Email: eddefranco@quinnemanuel.com

**Michael Thomas Zeller**
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Amicus**

**Cellco Partnership dba Verizon Wireless**     represented by **Melinda Mae Morton**
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
408-291-6203
Fax: (408) 297-6000
Email: mmorton@be-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**T-Mobile USA, Inc.**     represented by **Michael J. Bettinger**
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200
Fax: 415-882-8220
Email: mike.bettinger@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*