UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL |

  Before the Court is Samsung's renewed motion to file under seal. ECF No. 2213. In this motion, Samsung seeks to seal limited portions of Exhibit 1 to the Declaration of Deok Keun Matthew Ahn in support of Apple's opposition to Samsung's administrative motion for leave to file the supplemental declaration of Stephen Gray. Apple previously moved to file this document under seal pursuant to Civil Local Rule 79-5, but Samsung failed to file a supporting declaration, and this Court subsequently denied Apple's motion to seal. ECF No. 2210. Samsung now moves to seal Exhibit 1, and has filed the Declaration of Hankil Kang in support of its motion.

  Exhibit 1 consists of excerpts from the deposition of Karansher Singh. The limited portions Samsung seeks to seal contain detailed description of the operation of Samsung's confidential source code. As this Court has consistently ruled, confidential source code constitutes trade secrets, and thus satisfies even the high "compelling reasons" standard applied by the Ninth Circuit

1

for sealing documents submitted in support of dispositive motions.  Accordingly, Samsung's motion to seal portions of Exhibit 1 to the Declaration of Deok Keun Matthew Ahn in support of apple's opposition to Samsung's administrative motion for leave to file the supplemental declaration of Stephen Gray is GRANTED.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LUCY H. KOH
United States District Judge