United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., | Case No.: C 11-1846 LHK (PSG) |
| Plaintiff, | **ORDER GRANTING NONPARTY MOTOROLA MOBILITY'S MOTION TO SEAL DOCUMENT IN PART** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket No. 2117)** |
| Defendants. | |

The court has reviewed nonparty Motorola Mobility LLC ("Motorola") request to redact

licensing figures from a document relating a decade-old negotiation with Defendants Samsung

Electronics Co., Ltd, et al.  Motorola's proposed redactions are limited to licensing figures and are

in compliance with Judge Koh's directions regarding the request.[1]  As such, the court GRANTS

Motorola's request to redact the licensing figures from the negotiation document.  Motorola is

instructed to post the approved redacted version to the docket within seven days.

**IT IS SO ORDERED.**

---

[1] *See* Docket No. 2087.

1

Case No.: C 11-1846 LHK (PSG)
ORDER GRANTING SPRINT SPECTRUM, L.P.'S MOTION TO SEAL IN PART

Dated: February 1, 2013

_Paul S. Grewal_

PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-1846 LHK (PSG)
ORDER GRANTING SPRINT SPECTRUM, L.P.'S MOTION TO SEAL IN PART

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28