1   JENNIFER A. GOLINVEAUX (SBN: 203056)
    jgolinveaux@winston.com
2   WINSTON & STRAWN LLP
    101 California Street
3   San Francisco, CA  94111-5894
    Telephone:     (415) 591-1000
4   Facsimile:      (415) 591-1400

5   PETER J. CHASSMAN (*pro hac vice*)
    pchassman@winston.com
6   WINSTON & STRAWN LLP
    1111 Louisiana, 25th Floor
7   Houston, TX  77002-5242
    Telephone:     (713) 651-2623
8   Facsimile:      (713) 651-2700

9   Attorneys for Non-Party
    MOTOROLA MOBILITY LLC
10

11              **UNITED STATES DISTRICT COURT**

12           **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN JOSE DIVISION**

14

15  APPLE, INC., a California Corporation,      )   **Case No. 11-CV-01846-LHK**
                                                )
16              Plaintiff,                      )   **MOTOROLA MOBILITY'S FILING IN**
                                                )   **RESPONSE TO FEBRUARY 1, 2013**
17         v.                                   )   **ORDER**
                                                )
18  SAMSUNG ELECTRONICS CO., LTD., a            )
    Korean corporation; SAMSUNG                 )
19  ELECTRONICS AMERICA, INC., a New            )
    York corporation; SAMSUNG                   )
20  TELECOMMUNICATIONS AMERICA,                 )
    LLC, a Delaware limited liability company,  )
21                                              )
                Defendants.                     )
22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

1

In accordance with the Court's February 1, 2013 Order, Motorola hereby posts the approved

2

redacted document, which is attached as Exhibit 1, to the docket.

3

Dated:  February 7, 2013.                          WINSTON & STRAWN LLP

4

5

By:  /s/ Jennifer A. Golinveaux
Jennifer A. Golinveaux
Peter J. Chassman (*pro hac vice*)

6

7

Attorneys for Non-Party
MOTOROLA MOBILITY LLC

8

9

SF:349292.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**

-1-

**MOTOROLA MOBILITY'S FILING IN RESPONSE TO FEBRUARY 1, 2013 ORDER**
**Case No. 11-CV-01846-LHK**