| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | GARY L. HALLING, (Bar No. 66087) |
| 3 | ghalling@sheppardmullin.com |
| | MONA SOLOUKI, (Bar No. 215145) |
| 4 | msolouki@sheppardmullin.com |
| | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California 94111-4106 |
| | Telephone: (415) 434-9100 |
| 6 | Facsimile: (415) 434-3947 |
| 7 | DAVID R. GARCIA, (Bar No. 151349) |
| | drgarcia@sheppardmullin.com |
| 8 | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, CA 90067 |
| 9 | Telephone: (310) 228-3700 |
| | Facsimile: (310) 228-3701 |
| 10 | |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 11 | Charles K. Verhoeven (Bar No. 170151) |
| 12 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 13 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 14 | Facsimile: (415) 875-6700 |
| 15 | |
| | Kevin P.B. Johnson (Bar No. 177129) |
| 16 | kevinjohnson@quinnemanuel.com |
| 17 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 18 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065 |
| 19 | Telephone: (650) 801-5000 |
| 20 | Facsimile: (650) 801-5100 |
| 21 | William C. Price (Bar No. 108542) |
| 22 | williamprice@quinnemanuel.com |
| | Michael L. Fazio (Bar No. 228601) |
| 23 | michaelfazio@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| 24 | Los Angeles, California 90017-2543 |
| 25 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| 26 | |
| | Attorneys for Defendants |
| 27 | SAMSUNG ELECTRONICS CO., LTD. |
| | SAMSUNG ELECTRONICS AMERICA, INC. |
| 28 | and SAMSUNG TELECOMMUNICATIONS |
| | AMERICA, LLC |

SMRH:408048820.1

Case No. 11-cv-01846-LHK
NOTICE OF APPEARANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |

PLEASE TAKE NOTICE that Gary L. Halling, David R. Garcia and Mona Solouki of the law firm Sheppard Mullin Richter & Hampton LLP, 4 Embarcadero Center, 17th Floor, San Francisco CA 94111-4106, hereby enter their appearance in this action as additional counsel of record for defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC ("Samsung"). Quinn Emanuel Urquhart & Sullivan, LLP will remain as counsel of record in the matter for Samsung. Copies of all pleadings, motions, briefs, orders, correspondence, and other papers should be served as follows:

Gary L. Halling (Bar No. 66087)
ghalling@sheppardmullin.com
Mona Solouki (Bar No. 215145)
msolouki@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947

David R. Garcia (Bar No. 151349)
drgarcia@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:   310-228-3700
Facsimile:   310-228-3701

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

| | | |
|---|---|---|
| 1 | Dated: February 12, 2013 | Respectfully Submitted, |
| 2 | | By: ___/s/ Gary L. Halling___ |
| | | GARY L. HALLING (66087) |
| 3 | | Email: ghalling@sheppardmullin.com |
| | | DAVID R. GARCIA (151349) |
| 4 | | Email: drgarcia@sheppardmullin.com |
| | | MONA SOLOUKI (215145) |
| 5 | | Email: msolouki@sheppardmullin.com |
| 6 | | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | | Four Embarcadero Center, 17th Floor |
| 7 | | San Francisco, California 94111-4109 |
| | | Telephone: (415)-434-9100 |
| 8 | | Facsimile: (415)-434-3947 |

*Attorneys for Defendants Samsung Electronics Co., Ltd..; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC*