HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING DOCUMENTS IN RESPONSE TO FEBRUARY 1 ORDER** |

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,
2 Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3 (collectively "Samsung") file this Stipulated Request to expand the time for re-filing documents
4 relating to the Court's February 1 Order Granting-in-Part and Denying-in-Part Apple's and
5 Samsung's Administrative Motions to File Documents Under Seal (Dkt. No. 2222).
6    WHEREAS, the Court entered an Order on February 1, 2013 addressing sealing issues
7 related to 24 different motions to seal covering hundreds of documents and thousands of pages,
8 directing the parties to re-file documents complying with the Court's order within fourteen days;
9    WHEREAS, the Parties have conferred regarding the Court's Order and worked diligently
10 to review the documents at issue to meet the Court's deadline, in particular to make any followup
11 requests as narrow as possible and to notify third parties whose confidentiality interests are
12 implicated;
13    WHEREAS, the Parties intend to file narrow renewed motions to seal seeking to seal a
14 small subset of documents at issue in the February 1 Order or, in the alternative, stay disclosure of
15 certain financial information pending the Federal Circuit's resolution of the parties' appeals from
16 the Court's August 9, 2012 and July 17, 2012 Orders regarding motions to seal;
17    WHEREAS, February 18, 2013 is a federal holiday;
18    NOW THEREFORE, the parties jointly request that the following schedule be entered:
19    1.   The parties file any renewed motions to seal or motions to stay by Friday,
20 February 15, 2013; and
21    2.   The parties file all documents not covered by a stay or renewed motion to seal,
22 publicly or with redactions consistent with the February 1 Order, by Wednesday, February 20,
23 2013 at 5 p.m. PST.
24    **IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| Dated: February 13, 2012 | | By: | /s/ Richard S.J. Hung |
| | | | Richard S.J. Hung |
| | | | Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. |
| Dated: February 13, 2013 | | By: | /s/ Victoria Maroulis |
| | | | Victoria Maroulis |
| | | | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

## **ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:

The Honorable Paul S. Grewal
United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: February 13, 2013

*/s/ Richard S.J. Hung*
Richard S.J. Hung