| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | hmcelhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | mjacobs@mofo.com |
| 3 | RACHEL KREVANS (CA SBN 116421) |
| | rkrevans@mofo.com |
| 4 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | jtaylor@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 7 | Facsimile: (415) 268-7522 |

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF NATHAN SABRI IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING DOCUMENTS IN RESPONSE TO FEBRUARY 1 ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of the Parties' Stipulated Request and [Proposed] Order to Expand Time for Re-Filing Documents in Response to February 1 Order.

2. The parties have conferred regarding the Court's February 1 Order. Apple has worked diligently to review the documents at issue, and I am informed that Samsung has done the same. In particular, the Parties aim to make any followup sealing requests as narrow as possible and to notify third parties whose confidentiality interests are implicated.

3. In light of the volume of documents at issue, including 24 different motions to seal with hundreds of documents, the Parties seek additional time for the re-filing of documents publicly such that any renewed motions to seal would still be filed within fourteen days of the February 1 Order, but the parties would have two additional business days to re-file documents not covered by those renewed motions to seal.

4. This will be the first extension to the deadline set in the February 1 Order, and will not affect the remainder of the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: February 13, 2013         */s/ Richard S.J. Hung*
                                 Richard S.J. Hung