1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                                  NORTHERN DISTRICT OF CALIFORNIA

10                                          SAN JOSE DIVISION

11   APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK (PSG)

12                    Plaintiff,                  **[PROPOSED] ORDER GRANTING
                                                  APPLE'S RENEWED MOTION TO
13          v.                                    SEAL**

14   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
15   ELECTRONICS AMERICA, INC., a New
     York corporation; and SAMSUNG
16   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
17
                      Defendants.
18

19

20

21

22

23

24

25

26

27

28

1    Apple filed a motion to seal documents related to certain documents addressed in the

2   Court's February 1 Order (Dkt. No. 2222.)  The Court finds that Apple's renewed sealing request

3   is narrowly tailored and justified.  Therefore, the following documents may be filed under seal, in

4   whole or in part consistent with Apple's proposed redactions covering its confidential information

5   as reflected in the Tierney Declaration supporting Apple's motion:

6    • Exhibits 1, 7, and 10 to the Price Declaration in Support of Samsung's Opposition
7      to Apple's 37(b)(2) Motion (Dkt. No. 801).

8    • Exhibit C to the Price Declaration in Support of Samsung's Supplemental
9      Response to Apple's 37(b)(2) Motion (Dkt. No. 857).

10   • Samsung's Motion to Strike (Dkt. No. 934).

11   • Exhibits P, Q, R, S, T, U, V, W, Y, Z, AA, BB, CC, DD, FF and GG to the Price
12     Declaration in Support of Samsung's Motion to Strike (Dkt. No. 934).

13   • Exhibits U and X to the Ward Declaration in Support of Samsung's Motion to
14     Strike (Dkt. No. 934).

15   • Exhibit 34 to the Pernick Declaration in Support of Apple's Motion to Strike (Dkt.
16     No. 939).

17   • Exhibits 1-5 to the Supplemental Price Declaration (Dkt. 984).

18   • Exhibits 1-5 to the Corrected Supplemental Price Declaration (Dkt. 990).

19   • Second Supplemental Price Declaration (Dkt. 994).

20   • Exhibits B-E to the Second Supplemental Price Declaration (Dkt. 994).

21   • Exhibits A, B and C to the Musika Declaration in Support of Apple's Opposition
22     to Samsung's Motion to Strike (Dkt. No. 996).

23   • Exhibits 9, 24, 25, 26, 28 and 32 to the Pernick Declaration in Support of Apple's
24     Opposition to Samsung's Motion to Strike (Dkt. No. 996).

25

26

27

28

1    **IT IS SO ORDERED.**

2

3    Dated: _____        _____

4                                                          Hon. Paul S. Grewal
                                                            United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLE'S RENEWED MOT. TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3251076