UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STAY PORTIONS OF THE COURT'S FEBRUARY 1, 2013 ORDER GRANTING-IN-PART AND DENYING-IN-PART APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Stay Portions of the Court's February 1, 2013 Order Granting-in-Part and Denying-in-Part Apple's and Samsung's Administrative Motions to File Under Seal.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion to stay the disclosure of:

1. Exhibit 2 to the Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Martin Rule 37 Declaration") (Dkt. No. 801);
2. Exhibit 3 to the Martin Rule 37 Declaration (Dkt. No. 801);
3. Exhibit 8 to the Martin Rule 37 Declaration (Dkt. No. 801);

4. Exhibit 9 to the Martin Rule 37 Declaration (Dkt. No. 801);
5. Exhibit B to the Declaration of Timothy Sheppard in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Sheppard Rule 37 Declaration") (Dkt. No. 801);
6. Exhibit E to the Sheppard Rule 37 Declaration (Dkt. No. 801);
7. Exhibit C to the Declaration of Christopher Price in Support of Samsung's Supplemental Response to Apple's Motion for Rule 37 Sanctions ("Price Rule 37 Declaration") (Dkt. No. 857);
8. Exhibit 6 to the Declaration of Marc Pernick in Support of Apple's Motion to Strike Samsung's Experts Based on Undisclosed Facts and Theories ("Pernick Motion to Strike Declaration") (Dkt. No. 939);
9. Exhibit 34 to the Pernick Motion to Strike Declaration (Dkt. No. 939);
10. Exhibit A to the Declaration of Terry Musika in Support of Apple's Opposition to Samsung's Motion to Strike Apple's Experts Based on Undisclosed Facts and Theories ("Musika Motion to Strike Declaration (Dkt. No. 996);
11. The Reply Declaration of Marc Pernick in Support of Apple's Motion to Strike Samsung's Expert Reports Based on Undisclosed Facts and Theories ("Pernick Motion to Strike Reply Declaration") (Dkt. No. 1056);
12. Exhibit 10 to the Pernick Motion to Strike Reply Declaration (Dkt. No. 1056); and
13. Exhibit 11 to the Pernick Motion to Strike Reply Declaration (Dkt. No. 1056).

The stay will remain in effect until the Court's resolves Samsung's Renewed Administrative Motion to File Under Seal.

Additionally, should the Court deny Samsung's renewed motion in whole or in part, the stay as to the following documents will remain in effect pending the Federal Circuit's resolution of Samsung's appeal from the Court's August 9, 2012 and July 17, 2012 Orders regarding motions to seal:

1. Exhibit 2 to the Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Martin Rule 37 Declaration") (Dkt. No. 801);
2. Exhibit 3 to the Martin Rule 37 Declaration (Dkt. No. 801);
3. Exhibit 8 to the Martin Rule 37 Declaration (Dkt. No. 801);
4. Exhibit 9 to the Martin Rule 37 Declaration (Dkt. No. 801);
5. Exhibit B to the Declaration of Timothy Sheppard in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Sheppard Rule 37 Declaration") (Dkt. No. 801);
6. Exhibit E to the Sheppard Rule 37 Declaration (Dkt. No. 801);
7. Exhibit C to the Declaration of Christopher Price in Support of Samsung's Supplemental Response to Apple's Motion for Rule 37 Sanctions ("Price Rule 37 Declaration") (Dkt. No. 857);

8. Exhibit 34 to the Pernick Motion to Strike Declaration (Dkt. No. 939);
9. Exhibit A to the Declaration of Terry Musika in Support of Apple's Opposition to Samsung's Motion to Strike Apple's Experts Based on Undisclosed Facts and Theories ("Musika Motion to Strike Declaration (Dkt. No. 996);
10. The Reply Declaration of Marc Pernick in Support of Apple's Motion to Strike Samsung's Expert Reports Based on Undisclosed Facts and Theories ("Pernick Motion to Strike Reply Declaration") (Dkt. No. 1056);
11. Exhibit 10 to the Pernick Motion to Strike Reply Declaration (Dkt. No. 1056); and
12. Exhibit 11 to the Pernick Motion to Strike Reply Declaration (Dkt. No. 1056).

**IT IS SO ORDERED.**

DATED:   _____, 2012

---
Honorable Paul S. Grewal
United States Magistrate Judge