UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Renewed Administrative Motion to File Documents Under Seal.   Samsung has also filed the Declaration of Hankil Kang in support of its motion.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the portions of the following documents that Samsung has sought to seal:

1. Exhibit 2 to the Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Martin Rule 37 Declaration") (Dkt. No. 801);
2. Exhibit 3 to the Martin Rule 37 Declaration (Dkt. No. 801);

3. Exhibit 8 to the Martin Rule 37 Declaration (Dkt. No. 801);
4. Exhibit 9 to the Martin Rule 37 Declaration (Dkt. No. 801);
5. Exhibit B to the Declaration of Timothy Sheppard in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Sheppard Rule 37 Declaration") (Dkt. No. 801);
6. Exhibit E to the Sheppard Rule 37 Declaration (Dkt. No. 801);
7. Exhibit C to the Declaration of Christopher Price in Support of Samsung's Supplemental Response to Apple's Motion for Rule 37 Sanctions ("Price Rule 37 Declaration") (Dkt. No. 857);
8. Exhibit 6 to the Declaration of Marc Pernick in Support of Apple's Motion to Strike Samsung's Experts Based on Undisclosed Facts and Theories ("Pernick Motion to Strike Declaration") (Dkt. No. 939);
9. Exhibit 34 to the Pernick Motion to Strike Declaration (Dkt. No. 939);
10. Exhibit A to the Declaration of Terry Musika in Support of Apple's Opposition to Samsung's Motion to Strike Apple's Experts Based on Undisclosed Facts and Theories ("Musika Motion to Strike Declaration (Dkt. No. 996);
11. The Reply Declaration of Marc Pernick in Support of Apple's Motion to Strike Samsung's Expert Reports Based on Undisclosed Facts and Theories ("Pernick Motion to Strike Reply Declaration") (Dkt. No. 1056);
12. Exhibit 10 to the Pernick Motion to Strike Reply Declaration (Dkt. No. 1056); and
13. Exhibit 11 to the Pernick Motion to Strike Reply Declaration (Dkt. No. 1056).

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL