HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S EMERGENCY MOTION TO STAY-IN-PART ENFORCEMENT OF FEB. 1 ORDER REGARDING MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 2222)** |

Under Local Rule 7-11, Apple brings this emergency motion to stay-in-part enforcement of the Court's February 1, 2012 Order Granting-in-Part and Denying-in-Part Apple's and Samsung's Administrative Motions to File Documents Under Seal (Dkt. 2222) ("Order"). Apple respectfully asks that the Court stay its Order with respect to a limited number of documents at issue in Apple's Renewed Motion to Seal to allow the Court sufficient time to consider that motion.

Apple interpreted the Stipulated Request filed on February 13 and granted on February 14 (Dkt. No. 2227) as directing only the re-filing on February 20 of documents not covered by the parties' renewed motions to seal. In light of Samsung's motion to stay (Dkt. No. 2230) and the Court's order of today (Dkt. No. 2232), however, Apple files this motion to stay out of an abundance of caution.

Apple has filed a renewed sealing motion requesting that the Court seal a limited number of the documents ordered filed publicly in the February 1 Order. (Dkt. No. 2228). In support, Apple attached a declaration and cites earlier-filed declarations that establish why disclosure of this information would be competitively detrimental to Apple and the "good cause" sealing standard is met. As alternative relief in its renewed sealing motion, Apple asks that the Court stay the disclosure of any information until the Federal Circuit has ruled on Apple's current appeal regarding sealing. Apple has also requested in its Renewed Motion to Seal that the Court defer consideration of its Renewed Motion to Seal for an additional two weeks to allow any third parties that wish to be heard an opportunity to make a submission to the Court. It is likely that the February 20 deadline will pass before the Court has considered and ruled on Apple's renewed sealing motion, and Apple respectfully requests that the Court not require the re-filing of the very documents at issue in that motion.

Apple therefore requests that the Court stay the effect of its February 1 Order with respect to the re-filing of documents at issue in Apple's Renewed Motion to Seal, such that documents at issue in the motion need not be re-filed until the Court has ruled on it. As the Court has previously held, once information is publicly filed, "what once may have been trade secret no longer will be. Thus, the parties may be irreparably injured absent a stay. In contrast, the public

interest, which favors disclosure of relevant information in order to understand the proceedings, is not unduly harmed by a short stay." (Dkt. No. 2168 at 9; *accord* 2047 at 7.)

Dated: February 19, 2013                              MORRISON & FOERSTER LLP

                                                      By:  */s/ Richard S.J. Hung*
                                                           RICHARD S.J. HUNG

                                                      Attorneys for Plaintiff
                                                      APPLE INC.