1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S EMERGENCY MOTION TO STAY-IN-PART ENFORCEMENT OF FEB. 1 ORDER REGARDING MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 2222)** |

1   Apple has filed a motion to stay-in-part enforcement of the Court's February 1 Order
2   Regarding Motions to File Documents Under Seal (Dkt. No. 2222).  Apple requests that the Court
3   not require re-filing of documents at issue in Apple's Renewed Motion to Seal (Dkt. No. 2228)
4   until the Court rules on Apple's Renewed Motion to Seal.  As the Court has previously held, once
5   information is publicly filed, what once may have been trade secret no longer will be. Thus,
6   Apple may be irreparably injured absent a stay.  In contrast, the public interest, which favors
7   disclosure of relevant information in order to understand the proceedings, is not unduly harmed
8   by a short stay.

9   Accordingly, Apple's motion to stay is GRANTED.

11   **IT IS SO ORDERED.**

13   Dated: _____   _____
                                                Hon. Paul S. Grewal
                                                United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO STAY
CASE NO. 11-CV-01846-LHK (PSG)
sf-3252148