# EXHIBIT F

# Filed Under Seal

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

*IN THE MATTER OF CERTAIN ELECTRONIC DIGITAL MEDIA DEVICES AND COMPONENTS THEREOF (NO. 337-TA-796)*

**Dates of Conception:**

U.S. Patent No. D558,757:    April 20, 2006
U.S. Patent No. D618,678:    April 20, 2006

**First Public Disclosure:**

U.S. Patent No. D558,757:    January 9, 2007
U.S. Patent No. D618,678:    January 9, 2007

**Products Embodying Patent:**

U.S. Patent No. D558,757:    iPhone, iPhone 3G, iPhone 3GS
U.S. Patent No. D618,678:    iPhone, iPhone 3G, iPhone 3GS, iPhone 4, iPhone 4S



EXHIBIT NO. 7
2·15·12
Andrea Ignacio, CSR 9830

sf-3106284

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

*APPLE INC. V. SAMSUNG ELECS. CO., LTD. ET AL. (N.D. CAL., NO. 11-CV-01846-LHK)*

**Dates of Conception:**

| | |
|---|---|
| U.S. Patent No. D504,889: | September 3, 2003 |
| U.S. Patent No. D593,087: | April 20, 2006 |
| U.S. Patent No. D618,677: | April 20, 2006 |
| U.S. Patent No. D622,270: | February 5, 2007 |

**First Public Disclosure:**

| | |
|---|---|
| U.S. Patent No. D504,889: | March 2, 2011 |
| U.S. Patent No. D593,087: | January 9, 2007 |
| U.S. Patent No. D618,677: | January 9, 2007 |
| U.S. Patent No. D622,270: | September 5, 2007 |

**Products Embodying Patent:**

| | |
|---|---|
| U.S. Patent No. D504,889: | iPad 2 |
| U.S. Patent No. D593,087: | iPhone, iPhone 3G, iPhone 3GS |
| U.S. Patent No. D618,677: | iPhone, iPhone 3G, iPhone 3GS, iPhone 4, iPhone 4S |
| U.S. Patent No. D622,270: | iPod Touch |

APLNDC00014225

Highly Confidential -
Attorneys' Eyes Only

APLNDC00014226

Highly Confidential -
Attorneys' Eyes Only

APLNDC00014227

Highly Confidential -
Attorneys' Eyes Only

APLNDC00014228

Highly Confidential -
Attorneys' Eyes Only

APLNDC00014230

Highly Confidential -
Attorneys' Eyes Only

APLNDC00014237



Highly Confidential -
Attorneys' Eyes Only

APLNDC00014239



Highly Confidential -
Attorneys' Eyes Only



APLNDC00014240

Highly Confidential -
Attorneys' Eyes Only



APLNDC00014241

Highly Confidential -
Attorneys' Eyes Only



APLNDC00014242

Highly Confidential -
Attorneys' Eyes Only

APLNDC00014243

Highly Confidential -
Attorneys' Eyes Only



APLNDC00014244

Highly Confidential -
Attorneys' Eyes Only



Highly Confidential-Attorneys' Eyes Only



Highly Confidential-Attorneys' Eyes Only



Highly Confidential-Attorneys' Eyes Only

APLNDC-Y0000048848



Highly Confidential-Attorneys' Eyes Only



Highly Confidential-Attorneys' Eyes Only



Highly Confidential-Attorneys' Eyes Only



Highly Confidential-Attorneys' Eyes Only



Highly Confidential-Attorneys' Eyes Only

Apple - Press Info - Apple Launches iPad 2

Mac
iPod
iPhone
iPad
iTunes
Support

## Apple Press Info

Press Releases    Product Images & Info    Apple Leadership

## Apple Launches iPad 2

### All New Design is Thinner, Lighter & Faster with FaceTime, Smart Covers & 10 Hour Battery

SAN FRANCISCO—March 2, 2011—Apple® today introduced iPad™ 2, the next generation of its magical device for browsing the web, reading and sending email, enjoying photos, watching videos, listening to music, playing games, reading ebooks and much more. iPad 2 features an entirely new design that is 33 percent thinner and up to 15 percent lighter than the original iPad, while maintaining the same stunning 9.7-inch LED-backlit LCD screen. iPad 2 features Apple's new dual-core A5 processor for blazing fast performance and stunning graphics and now includes two cameras, a front-facing VGA camera for FaceTime® and Photo Booth®, and a rear-facing camera that captures 720p HD video, bringing the innovative FaceTime feature to iPad users for the first time. Though it is thinner, lighter, faster and packed with new features, iPad 2 still delivers up to 10 hours of battery life* that users have come to expect. iPad 2 is available in black or white, features models that run on AT&T's and Verizon's 3G networks, and introduces the innovative iPad 2 Smart Cover in a range of vibrant polyurethane and rich leather colors.

"With more than 15 million iPads sold, iPad has defined an entirely new category of mobile devices," said Steve Jobs, Apple's CEO. "While others have been scrambling to copy the first generation iPad, we're launching iPad 2, which moves the bar far ahead of the competition and will likely cause them to go back to the drawing boards yet again."

With the new front and rear cameras, iPad 2 users can now make FaceTime calls to millions of iPhone® 4, iPod touch® and Mac® users so they can see family and friends anywhere there is Wi-Fi. Photo Booth lets you apply fun visual effects, including eight photo special effects like Squeeze, Twirl and Kaleidoscope, to photos captured by either camera.

iPad 2 comes with iOS 4.3, the latest version of the world's most advanced mobile operating system, with new features including faster Safari® mobile browsing performance; iTunes® Home Sharing; enhancements to AirPlay®;** the choice to use the iPad side switch to either lock the screen rotation or mute audio; and Personal Hotspot to share an iPhone 4 cellular data connection over Wi-Fi.*** Additional iPad 2 features include a built-in gyro for advanced gaming; HSUPA support for enhanced 3G upload speeds on iPad 2 Wi-Fi + 3G on AT&T; and HDMI Video Mirroring that lets users mirror their iPad screen on an HDTV using an optional adaptor.

The innovative new iPad 2 Smart Cover provides protection for the iPad screen while maintaining its thin and lightweight profile. Designed with a unique self-aligning magnetic hinge that makes it easy to attach and remove, the new iPad 2 Smart Cover automatically wakes iPad 2 when it's opened and puts it to sleep when it's closed, and has a soft microfiber lining to help keep the screen clean. The Smart Cover also folds into a stand for typing or viewing videos and is available in vibrant polyurethane for $39 or rich leather for $69 in a range of colors, including a (PRODUCT) RED one which helps support the Global Fund to fight HIV/AIDS in Africa.

Apple also introduced two new apps: iMovie® and GarageBand® for iPad, both available on the App Store™ for just $4.99 each. With iMovie, iPad 2 users can shoot and edit videos right on their iPad and post their movies to YouTube, Facebook, Vimeo and their MobileMe™ gallery; watch them on their iPod®, iPhone or iPad; as well as view them on their HDTV using AirPlay and Apple TV®. GarageBand turns your iPad into a collection of touch instruments and 8-track recording studio, allowing you to perform with onscreen keyboards, guitars, drums and basses using multi-touch gestures–even if you don't play a musical instrument.

### Download iPad images



iPad 2
Download (zip)



iPad 2
Download (zip)



iPad 2 (with iPad 2
Smart Cover)
Download (zip)



iPad 2 (FaceTime)
Download (zip)



iPad 2
Download (zip)

2/10/2012

APLNDC-Y0000048854

iPad 2 runs almost all of the over 350,000 apps available on the App Store and there are more than 65,000 native iPad apps available from an incredible range of apps in 20 categories, including games, business, news, sports, health, reference and travel. The iTunes Store gives iPad users access to the world's most popular online music, TV and movie store with a catalog of over 14 million songs, over 50,000 TV episodes and over 10,000 films including over 3,500 in stunning high definition video. The iBooks® app for iPad includes Apple's iBookstore™, the best way to browse, buy and read books on a mobile device.

**Pricing & Availability**
iPad 2 with Wi-Fi will be available on March 11 for a suggested retail price of $499 (US) for the 16GB model, $599 (US) for the 32GB model, $699 (US) for the 64GB model. iPad 2 Wi-Fi + 3G will be available for a suggested retail price of $629 (US) for the 16GB model, $729 (US) for the 32GB model and $829 (US) for the 64GB model. iPad 2 Wi-Fi + 3G compatible with the Verizon network will be available in the US only for a suggested retail price of $629 (US) for the 16GB model, $729 (US) for the 32GB model and $829 (US) for the 64GB model. iPad 2 will be sold in the US through the Apple Store® (www.apple.com), Apple's retail stores and select Apple Authorized Resellers. iMovie and GarageBand for iPad apps will be available on March 11 for $4.99 each from the App Store on iPad or www.itunes.com/appstore.

iPad 2 will be available in Australia, Austria, Belgium, Canada, Czech Republic, Denmark, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Japan, Luxembourg, Mexico, Netherlands, New Zealand, Norway, Poland, Portugal, Spain, Sweden, Switzerland and the UK on March 25; and in many more countries around the world in the coming months. Further international availability and pricing will be announced at a later date.

*Battery life depends on device settings, usage and other factors. Actual results vary.

**AirPlay video requires second generation Apple TV running the latest software.

***Personal Hotspot requires supporting data plan. Customers should check with their carrier for availability.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork, and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple is reinventing the mobile phone with its revolutionary iPhone and App Store, and has recently introduced its magical iPad which is defining the future of mobile media and computing devices.

**Press Contacts:**
Trudy Muller
Apple
tmuller@apple.com
(408) 862-7426

Simon Pope
Apple
spope@apple.com
(408) 974-0457

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPad, FaceTime, Photo Booth, iPhone, iPod touch, Safari, iTunes, AirPlay, iMovie, GarageBand, App Store, MobileMe, iPod, Apple TV, iBooks, iBookstore and Apple Store are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com

Mac
iPod
iPhone
iPad
iTunes
Support

## Apple Press Info

Press Releases        Product Images & Info        Apple Leadership

## Apple Reinvents the Phone with iPhone

MACWORLD SAN FRANCISCO—January 9, 2007—Apple® today introduced iPhone, combining three products—a revolutionary mobile phone, a widescreen iPod® with touch controls, and a breakthrough Internet communications device with desktop-class email, web browsing, searching and maps—into one small and lightweight handheld device. iPhone introduces an entirely new user interface based on a large multi-touch display and pioneering new software, letting users control iPhone with just their fingers. iPhone also ushers in an era of software power and sophistication never before seen in a mobile device, which completely redefines what users can do on their mobile phones.

"iPhone is a revolutionary and magical product that is literally five years ahead of any other mobile phone," said Steve Jobs, Apple's CEO. "We are all born with the ultimate pointing device—our fingers—and iPhone uses them to create the most revolutionary user interface since the mouse."

**iPhone is a Revolutionary Mobile Phone**
iPhone is a revolutionary new mobile phone that allows users to make calls by simply pointing at a name or number. iPhone syncs all of your contacts from your PC, Mac® or Internet service such as Yahoo!, so that you always have your full list of up-to-date contacts with you. In addition, you can easily construct a favorites list for your most frequently made calls, and easily merge calls together to create conference calls.

iPhone's pioneering Visual Voicemail, an industry first, lets users look at a listing of their voicemails, decide which messages to listen to, then go directly to those messages without listening to the prior messages. Just like email, iPhone's Visual Voicemail enables users to immediately randomly access those messages that interest them most.

iPhone includes an SMS application with a full QWERTY soft keyboard to easily send and receive SMS messages in multiple sessions. When users need to type, iPhone presents them with an elegant touch keyboard which is predictive to prevent and correct mistakes, making it much easier and more efficient to use than the small plastic keyboards on many smartphones. iPhone also includes a calendar application that allows calendars to be automatically synced with your PC or Mac.

iPhone features a 2 megapixel camera and a photo management application that is far beyond anything on a phone today. Users can browse their photo library, which can be easily synced from their PC or Mac, with just a flick of a finger and easily choose a photo for their wallpaper or to include in an email.

iPhone is a quad-band GSM phone which also features EDGE and Wi-Fi wireless technologies for data networking. Apple has chosen Cingular, the best and most popular carrier in the US with over 58 million subscribers, to be Apple's exclusive carrier partner for iPhone in the US.

**iPhone is a Widescreen iPod**
iPhone is a widescreen iPod with touch controls that lets music lovers "touch" their music by easily scrolling through entire lists of songs, artists, albums and playlists with just a flick of a finger. Album artwork is stunningly presented on iPhone's large and vibrant display.

iPhone also features Cover Flow, Apple's amazing way to browse your music library by album cover artwork, for the first time on an iPod. When navigating your music library on iPhone, you are automatically switched into Cover Flow by simply rotating iPhone into its landscape position.

Download iPhone images



iPhone 4S
Download (zip)



iPhone 4S
Download (zip)



iPhone 4S
Download (zip)



iPhone 4S
Download (zip)

APLNDC-Y0000048858

Apple - Press Info - Apple Reinvents the Phone with iPhone

iPhone's stunning 3.5-inch widescreen display offers the ultimate way to watch TV shows and movies on a pocketable device, with touch controls for play-pause, chapter forward-backward and volume. iPhone plays the same videos purchased from the online iTunes® Store that users enjoy watching on their computers and iPods, and will soon enjoy watching on their widescreen televisions using the new Apple TV™. The iTunes Store now offers over 350 television shows, over 250 feature films and over 5,000 music videos.

iPhone lets users enjoy all their iPod content, including music, audiobooks, audio podcasts, video podcasts, music videos, television shows and movies. iPhone syncs content from a user's iTunes library on their PC or Mac, and can play any music or video content they have purchased from the online iTunes store.

### iPhone is a Breakthrough Internet Communications Device

iPhone features a rich HTML email client which fetches your email in the background from most POP3 or IMAP mail services and displays photos and graphics right along with the text. iPhone is fully multi-tasking, so you can be reading a web page while downloading your email in the background.

Yahoo! Mail, the world's largest email service with over 250 million users, is offering a new free "push" IMAP email service to all iPhone users that automatically pushes new email to a user's iPhone, and can be set up by simply entering your Yahoo! name and password. iPhone will also work with most industry standard IMAP and POP based email services, such as Microsoft Exchange, Apple .Mac Mail, AOL Mail, Google Gmail and most ISP mail services.

iPhone also features the most advanced and fun-to-use web browser on a portable device with a version of its award-winning Safari™ web browser for iPhone. Users can see any web page the way it was designed to be seen, and then easily zoom in to expand any section by simply tapping on iPhone's multi-touch display with their finger. Users can surf the web from just about anywhere over Wi-Fi or EDGE, and can automatically sync their bookmarks from their PC or Mac. iPhone's Safari web browser also includes built-in Google Search and Yahoo! Search so users can instantly search for information on their iPhone just like they do on their computer.

iPhone also includes Google Maps, featuring Google's groundbreaking maps service and iPhone's amazing maps application, offering the best maps experience by far on any pocket device. Users can view maps, satellite images, traffic information and get directions, all from iPhone's remarkable and easy-to-use touch interface.

### iPhone's Advanced Sensors

iPhone employs advanced built-in sensors—an accelerometer, a proximity sensor and an ambient light sensor—that automatically enhance the user experience and extend battery life. iPhone's built-in accelerometer detects when the user has rotated the device from portrait to landscape, then automatically changes the contents of the display accordingly, with users immediately seeing the entire width of a web page, or a photo in its proper landscape aspect ratio.

iPhone's built-in proximity sensor detects when you lift iPhone to your ear and immediately turns off the display to save power and prevent inadvertent touches until iPhone is moved away. iPhone's built-in ambient light sensor automatically adjusts the display's brightness to the appropriate level for the current ambient light, thereby enhancing the user experience and saving power at the same time.

### Pricing & Availability

iPhone will be available in the US in June 2007, Europe in late 2007, and Asia in 2008, in a 4GB model for $499 (US) and an 8GB model for $599 (US), and will work with either a PC or Mac. iPhone will be sold in the US through Apple's retail and online stores, and through Cingular's retail and online stores. Several iPhone accessories will also be available in June, including Apple's new remarkably compact Bluetooth headset.

iPhone includes support for quad-band GSM, EDGE, 802.11b/g Wi-Fi and Bluetooth 2.0 EDR wireless technologies.

iPhone requires a Mac with a USB 2.0 port, Mac OS® X v10.4.8 or later and iTunes 7; or a Windows PC with a USB 2.0 port and Windows 2000 (Service Pack 4), Windows XP Home or Professional (Service Pack 2). Internet access is required and a broadband connection is recommended. Apple and Cingular will announce service plans for iPhone before it begins shipping in June.

APLNDC-Y0000048859

**Learn More About iPhone**

To learn more about iPhone, please visit Apple.com or watch the video of the iPhone introduction at www.apple.com/iphone/keynote.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning desktop and notebook computers, OS X operating system, and iLife and professional applications. Apple is also spearheading the digital music revolution with its iPod portable music players and iTunes online store.

**Press Contacts:**

Natalie Kerris
Apple
(408) 974-6877
nat@apple.com

Steve Dowling
Apple
(408) 974-1896
dowling@apple.com

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPod, iTunes, Apple TV and Safari are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline    (408) 974-2042    media.help@apple.com

APLNDC-Y0000048860

Apple - Press Info - Apple Unveils iPod touch

Mac
iPod
iPhone
iPad
iTunes
Support

## Apple Press Info

Press Releases          Product Images & info          Apple Leadership

## Apple Unveils iPod touch

### Revolutionary Multi-touch Interface & Built-in Wi-Fi Wireless Networking

SAN FRANCISCO—September 5, 2007—Apple® today introduced the new iPod® touch featuring Apple's revolutionary multi-touch user interface that enables users to find and enjoy all of their music, videos and more on its gorgeous widescreen display with just the touch of a finger. First introduced on iPhone™, the multi-touch interface uses pioneering new software to present the perfect user interface for each application. The iPod touch also includes Wi-Fi wireless networking, the first on any iPod, and three amazing applications that use it—Safari™, the most advanced browser on any mobile device, lets users wirelessly view web pages just as they look on their computer, and features Google Search or Yahoo! oneSearch; Apple's YouTube application lets users wirelessly watch over 10 million free videos from the Internet's most popular video website; and the new iTunes® Wi-Fi Music Store lets users wirelessly browse, preview and buy songs and albums from the most popular online music store in the world. The iPod touch is an unbelievable 8 mm thin, and is priced starting at just $299.

"The iPod touch is a landmark iPod, ushering in a whole new generation of features based on its revolutionary multi-touch interface and built-in Wi-Fi wireless networking," said Steve Jobs, Apple's CEO. "People are going to be amazed at how thin it is and how much it does."

With its gorgeous 3.5-inch widescreen display, iPod touch is perfect for watching movies and TV shows, as well as viewing photos and album art. iPod touch has a built-in accelerometer that automatically senses when you rotate it into its landscape position. When you're in music, it automatically switches to Cover Flow™ so you can browse your music collection by album cover artwork with just a flick of a finger. When in Photos, it automatically displays the photo in its landscape aspect ratio; and when in Safari it displays the web page horizontally. iPod touch also has a built-in ambient light sensor that automatically adjusts the display's brightness. iPod touch features up to 22 hours of audio playback and up to five hours of video playback.

The iTunes Wi-Fi Music Store lets you browse the iTunes Top Ten lists of songs and albums overall or by genre, check out new releases and "What's Hot," or search for your favorite songs, albums or artists. You can preview any song for free, then purchase and download the ones you like directly onto your iPod touch over Wi-Fi. The music you download will be automatically uploaded into your iTunes library the next time you sync your iPod touch with your computer.

With Safari, the most advanced web browser ever on a portable device, you can see web pages the way they were meant to be seen, with the ability to zoom into any webpage with a tap of your finger. The Safari web browser includes built-in Google Search and Yahoo! oneSearch so you can quickly and easily find information you need. iPod touch also includes Apple's incredible YouTube application that allows you to access, browse and search for millions of free YouTube videos over Wi-Fi.

Apple today also announced an exclusive agreement with Starbucks that allows you to access the iTunes Wi-Fi Music Store for free in participating US Starbucks stores starting next month. When you enter a participating Starbucks location, your iPod touch, iPhone, or PC or Mac® running iTunes will automatically recognize the iTunes Wi-Fi Music Store. You can see what song is currently playing or has recently played in the store, and immediately preview, buy and download it over Wi-Fi.

The iPod is the world's most popular family of digital music players with over 100 million

### Download iPod touch images



iPod touch
Download (zip)



iPod touch
Download (zip)



iPod touch
Download (zip)



iPod touch
Download (zip)

2/10/2012

APLNDC-Y0000048863

sold. Today, Apple released its most exciting iPod lineup ever with the iPod shuffle in five new colors; iPod classic holding up to 40,000 songs; the incredible all new iPod nano with video playback; and the breakthrough iPod touch with a revolutionary multi-touch user interface. iPod owners can choose from a vast ecosystem of accessories with over 4,000 products made specifically for the iPod including cases, fitness accessories, speaker systems and iPod connectivity in over 70 percent of US automobiles.

**Pricing & Availability** The new iPod touch is scheduled to be available later this month. The 8GB iPod touch model is $299 (US) and the 16GB iPod model is $399 (US). iPod touch requires a Mac with a USB 2.0 port, Mac OS® X 10.4.10 or later and iTunes 7.4; or a Windows PC with a USB 2.0 port and Windows Vista or Windows XP Home or Professional (Service Pack 2) or later and iTunes 7.4. Internet access is required and a broadband connection is recommended, fees may apply. The iTunes Store is not available in all countries.

* Battery life and number of charge cycles vary by use and settings. See www.apple.com/batteries for more information. Music capacity is based on four minutes per song and 128-Kbps AAC encoding; photo capacity is based on iPod-viewable photos transferred from iTunes; and video capacity is based on H.264 1.5-Mbps video at 640-by-480 resolution.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning computers, OS X operating system and iLife and professional applications. Apple is also spearheading the digital media revolution with its iPod portable music and video players and iTunes online store, and has entered the mobile phone market this year with its revolutionary iPhone.

**Press Contacts:**
Tom Neumayr
Apple
(408) 974-1972
tneumayr@apple.com

Natalie Kerris
Apple
(408) 974-6877
nat@apple.com

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPod, iPhone, Safari, iTunes and Cover Flow are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com