QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITIONS OF SIX HIGH-RANKING SAMSUNG EXECUTIVES** |

DECLARATION OF HANKIL KANG

I, Hankil Kang, declare as follows:

1. I am Legal Counsel for Samsung Electronics Co., Ltd., in the above-entitled action. I make this declaration of personal, first-hand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Based on my role as Legal Counsel, I am familiar with the organizational and reporting structure for Samsung Electronics Co., Ltd. ("SEC") and its subsidiary, Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") and with Samsung's products.

3. Since 2010, Gee-Sung Choi has been the Vice-Chairman and Chief Executive Officer of SEC. During his career at Samsung, Mr. Choi has held the positions of: President of Corporate Management (2010); President of the Digital Media & Communications Division (2009-2010); President of the Telecommunications Division (2007-2009); and President of the Digital Media Division (2004-2007). Mr. Choi has also worked in the Semiconductor Division.

4. [REDACTED]

5. [REDACTED]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 19, 2012, at Suwon, Korea.

_____
Hankil Kang