# EXHIBIT B
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
                HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
 2                           SAN JOSE DIVISION

 3              Civil Action No.:  11-CV-01846-LHK

 4

     APPLE, INC., a California corporation,
 5
              Plaintiff,
 6

 7   vs.

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA, INC.,
     a New York corporation; and
10   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
11            Defendants.
     _____/
12

13

14

15              *** HIGHLY CONFIDENTIAL ***
                    ATTORNEYS' EYES ONLY
16

17      VIDEOTAPED PERSONAL and 30(b)(6) DEPOSITION OF:

18                         YUNJUNG LEE

19

20

21              Thursday, February 23, 2012
                        Kim & Chang
22                   Seoul, South Korea
                  9:28 a.m. to 11:22 a.m.
23

24

25
```

Page 2

```
 1  APPEARANCES:
 2
 3      ON BEHALF OF PLAINTIFF, APPLE, INC.:
 4
        MORRISON FOERSTER, LLP
 5      By:  GRANT L. KIM, ESQ.
        425 Market Street
 6      San Francisco, California 94105-2482
        Phone:  415.268.7339
 7
 8
 9      ON BEHALF OF DEFENDANT, SAMSUNG:
10
        QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
11      By:  CARL G. ANDERSON, Ph.D., ESQ.
        555 Twin Dolphin Drive
12      Redwood Shores, California 94065
        Phone:  650.801.5005
13
14
15  Also present:
16      AERYONG KIM, LEAD INTERPRETER
        ANN PARK, CHECK INTERPRETER
17      JEFF MENTON, VIDEOGRAPHER
        TRACEY LOCASTRO, COURT REPORTER
18      DAVID SON, ESQUIRE, MORRISON & FOERSTER
        HANKIL KANG, SAMSUNG
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
                                              PAGE
 2  Witness:
    Yunjung Lee
 3  Examination By Mr. Grant Kim              6
 4
 5            E X H I B I T S
 6  Exhibit     Description              Page
    1625        Bates numbers SAMNDCA      17
 7              00176172 through 176202
    1626        Bates numbers SAMNDCA      29
 8              00221705 through 818
                Global Evaluation
 9              Criteria For Tier One
                Design
10
```

Page 4

```
 1           P R O C E E D I N G S
 2                  - - -
 3      VIDEOGRAPHER:  We are now on the video
 4  record.  The time is 9:28 a.m.  Today is
 5  February 23rd, 2012.
 6      This is the videotaped deposition of Yunjung
 7  Lee, that's Y-U-N-J-U-N-G Lee, as an individual
 8  and a 30(b)(6) representative.
 9      This video deposition has been noticed by
10  the law firm of Morrison and Foerster and being
11  taken by attorney Grant L. Kim, representing the
12  plaintiff in the matter of Apple, Inc. versus
13  Samsung Electronics Company Limited, et al. and
14  Samsung Electronics Company Limited, et al.,
15  counterclaim plaintiff, versus Apple, Inc.,
16  counterclaim defendants, case number 11-CV
17  -01846-LHK in the United States District Court,
18  Northern District of California, San Jose
19  Division.
20      This deposition is being taken at the
21  offices of Kim and Chang in Seoul, Korea.  The
22  court reporter is Tracey LoCastro from American
23  Realtime Court Reporters/Asia.  The videographer
24  is Jeff Menton, certified court video
25  specialist, of American Realtime Court
```

Page 5

```
 1  Reporters/Asia.
 2      Would counsel please state their appearances
 3  for the record and state whom you represent,
 4  starting with the noticing attorney.  And then
 5  will the court reporter please swear the
 6  interpreters in.  And then the attorneys will
 7  please make their opening statements.
 8      MR. GRANT KIM:  Grant Kim of Morrison and
 9  Foerster for Apple, Inc., and with me is David
10  Son.
11      DR. ANDERSON:  Carl Anderson of Quinn,
12  Emanuel, Urquhart and Sullivan for Samsung, and
13  with me is Hankil Kang of Samsung.
14      COURT REPORTER:  Do you solemnly swear or
15  affirm that you will well and truly interpret
16  the questions propounded by counsel and the
17  answers given by the witness from Korean to
18  English and English to Korean to the best of
19  your ability.
20      LEAD INTERPRETER:  I do.
21      CHECK INTERPRETER:  Yes.
22          YUNJUNG LEE,
23  after having been duly sworn by the reporter, pursuant
24  to stipulation of counsel, was examined and testified
25  through the interpreter as follows:
```

Page 30

```
 1      Q.    Now, this Exhibit 1626 which includes the
 2   word "lovemark" was produced by Samsung with the
 3   statement that this came from your file.
 4            Do you recognize this study, this document?
 5      A.    No.
 6      Q.    Okay.  Could you look at page 221708.  Do
 7   you see that it says, "Lovemarks are also rewarded in
 8   the marketplace"?
 9      A.    Yes.
10      Q.    And it also says, "Research suggests that
11   brands that engage people emotionally can command
12   prices as much as 20 percent to 200 percent higher than
13   competitors that sell in higher volumes."
14      A.    Yes.
15      Q.    Have you ever heard similar comments?
16            DR. ANDERSON:  Objection, vague.
17            THE WITNESS:  Yes.
18   BY MR. GRANT KIM:
19      Q.    When?
20      A.    I don't know when that would have been.
21      Q.    From whom?
22      A.    I think I saw it or read it in the
23   newspaper.
24      Q.    Did you ever hear anybody at Samsung say
25   that?
```

Page 31

```
 1            DR. ANDERSON:  Objection, vague.
 2            THE WITNESS:  I'm not sure.
 3   BY MR. GRANT KIM:
 4      Q.    Could you look -- turn to page ending with
 5   Bates number 221714.
 6            Do you see at the top right it says, "In
 7   order to become a tier one brand in the future Samsung
 8   must both be well-respected and make a lasting
 9   emotional connection with people"?
10            Have you ever heard anything similar at
11   Samsung?
12            DR. ANDERSON:  Objection, vague.
13            THE WITNESS:  I don't recall.
14   BY MR. GRANT KIM:
15      Q.    Could you turn to the page ending with
16   221747.
17            You see at the top it refers to September
18   22nd, 2004?
19      A.    September 22, 2004, yes.
20      Q.    And do you see at the bottom it talks about,
21   the last bullet point, it talks about one Samsung
22   product, the Napster MP3 player, and it also talks
23   about the best of class competitor, which is the Apple
24   iPod?
25            (Discussion held between Lead Interpreter
```

Page 32

```
 1   and Check Interpreter.)
 2            THE WITNESS:  Yes.  Yes, I see that's
 3      referenced there.
 4   BY MR. GRANT KIM:
 5      Q.    Right.  And then the next page shows the
 6   iPod and the Samsung MP3 player.  And then there's a
 7   series of photographs comparing the Apple and Samsung
 8   products.
 9            Do you see that?
10      A.    Yes, I see the photographs.
11      Q.    My question is:  Having seen these
12   photographs, do you recall ever seeing this comparison?
13      A.    No.
14      Q.    So this document was identified as coming
15   from your files.  Is it correct that if you wanted to
16   find out more of this you would check your Outlook for
17   e-mails about this document?
18      A.    I see this reference to Gianfranco Zaccai.
19      Q.    Do you know who he is?
20      A.    I don't know if he's American or not, but
21   he's not with Samsung.
22      Q.    Could you turn to the very last page of
23   Exhibit 1626, which has Bates number 221818.
24      A.    Yes.
25      Q.    And do you see it refers to Gianfranco
```

Page 33

```
 1   Zaccai, Samsung global advisory board/design?
 2      A.    Yes.
 3      Q.    Do you know if Mr. Zaccai was a member of
 4   the Samsung global advisory board on design?
 5      A.    As to that, I don't recall.
 6      Q.    I'm showing you a different document that
 7   has previously been marked as Exhibit 1563.
 8            MR. GRANT KIM:  We're providing a courtesy
 9      translation take was submitted to the Court of
10      certain parts to Samsung's counsel.
11            The Bates numbers are SAMNDCA 00202336
12      through 380.  The title is "Second Phase Design
13      Strategy."
14   BY MR. GRANT KIM:
15      Q.    Have you ever seen Exhibit 1563 before?
16            DR. ANDERSON:  Objection.  The exhibit
17      itself is in Korean.  To the extent you were
18      trying to characterize the document, that's a
19      mischaracterization.
20            THE WITNESS:  I don't recall.  I see it's
21      dated 2007.
22   BY MR. GRANT KIM:
23      Q.    Could you turn to the page ending with
24   202341.  And it refers to approval process.
25            DR. ANDERSON:  Again, the document is in
```

Page 34

1    Korean.
2        I'm sorry, I meant objection, the document
3    is in Korean.
4  BY MR. GRANT KIM:
5    Q.   Do you see that this page shows an approval
6  process that includes the vice-chairman and the
7  chairman of Samsung?
8    A.   I see it so referenced here.
9    Q.   Can you turn to the page that ends with
10 202340?
11       Do you see that this page refers to internal
12 designers?  More precisely, at the top it refers to an
13 internal design survey.
14   A.   Yes, I do.
15   Q.   And it refers to -- it has comments
16 concerning desire, intrigue and delight.
17   A.   Yes.
18   Q.   I'm showing this to you to see, does this
19 refresh your recollection as to whether you've ever
20 seen this document before?
21   A.   Well, this DID is one of the catchphrases I
22 mentioned earlier.
23   Q.   What does it mean?
24        What does it mean?
25   A.   Which one?

Page 35

1    Q.   DID.
2    A.   Desire, intrigue and delight.
3    Q.   Could you turn to the page that starts --
4  ends with 202342, just the next page.
5        And do you see at the top it says, "Design
6  philosophy, create an emotional journey, desire,
7  intrigue, delight"?
8    A.   Yes, I do.
9    Q.   Is it Samsung's design philosophy to design
10 mobile devices that create an emotional journey for
11 consumers?
12       DR. ANDERSON:  Objection, lacks foundation,
13    calls for speculation.
14       THE WITNESS:  It states in Korean on this
15    page, which reads, "Design that creates an
16    emotional experience."
17 BY MR. GRANT KIM:
18   Q.   Right.  My question is:  Regardless of this
19 document, is it your understanding that it is Samsung
20 mobile division's design strategy to create an
21 emotional journey for consumers?
22       DR. ANDERSON:  Objection.
23       (Discussion held between Lead Interpreter
24 and Check Interpreter.)
25 BY MR. GRANT KIM:

Page 36

1    Q.   Or an emotional experience.
2        DR. ANDERSON:  Objection, lacks foundation,
3    calls for speculation.
4        THE WITNESS:  May I have the question one
5    more time, please?  Or just a translation only.
6        (Prior question was repeated in Korean
7  language by interpreter.)
8        THE WITNESS:  No.
9  BY MR. GRANT KIM:
10   Q.   Is it your testimony that is not a design
11 strategy of Samsung mobile division?
12       DR. ANDERSON:  Objection, mischaracterizes
13    prior testimony.
14       THE WITNESS:  May I have that question one
15    more time, please?  I don't think I fully
16    understood the question.
17 BY MR. GRANT KIM:
18   Q.   Is one of Samsung's design strategies to
19 create mobile devices that will create an emotional
20 experience for consumers?
21       DR. ANDERSON:  Objection, lacks foundation,
22    calls for speculation.
23       THE WITNESS:  I'm not sure about that
24    because the phrase that's referenced here is
25    rather vague.

Page 37

1  BY MR. GRANT KIM:
2    Q.   Is it one of Samsung's design strategies to
3  create products that rank high in terms of desire,
4  intrigue and delight?
5        DR. ANDERSON:  Objection, lacks foundation,
6    calls for speculation.
7        THE WITNESS:  Well, this is something that
8    happened back in 2007.  I remember the reference
9    of desire, intrigue and delight; however, I
10   don't remember as to any other portions.
11 BY MR. GRANT KIM:
12   Q.   How about in 2010?  In 2010 was it one of
13 Samsung's goals to create products that rank high in
14 terms of desire, intrigue and delight?
15       DR. ANDERSON:  Same objections.
16       THE WITNESS:  I don't quite recall this
17    particular catchphrase being used in the year
18    2010.
19 BY MR. GRANT KIM:
20   Q.   So in the year 2010 when you were designing
21 products, did you think it was irrelevant whether your
22 products rank high in terms of desire, intrigue and
23 delight?
24       DR. ANDERSON:  Objection, lacks foundation,
25    assumes facts not in evidence.

Page 38

```
 1         THE WITNESS:  I have not given that a
 2      thought.
 3  BY MR. GRANT KIM:
 4      Q.   Could you look at page 202379.  It's near
 5  the end.
 6           Do you see that this page contains
 7  information showing that the iPhone ranks higher than
 8  the Samsung mobile phone in terms of desire, intrigue
 9  and delight?
10           DR. ANDERSON:  Objection, mischaracterizes
11      the evidence.
12           THE WITNESS:  It so appears.
13  BY MR. GRANT KIM:
14      Q.   Do you ever recall hearing while you were at
15  Samsung that the iPhone ranks higher than the Samsung
16  mobile phone in terms of desire, intrigue and delight?
17           DR. ANDERSON:  Objection, mischaracterizes
18      the evidence.
19           THE WITNESS:  At the present time I don't
20      recall.
21  BY MR. GRANT KIM:
22      Q.   Do you have any recollection?
23           DR. ANDERSON:  Same objection.
24           THE WITNESS:  No.
25  BY MR. GRANT KIM:
```

Page 39

```
 1      Q.   When you design products, do you think it's
 2  completely irrelevant what consumers think about the
 3  iPhone?
 4           DR. ANDERSON:  Objection, lacks foundation.
 5           THE WITNESS:  Was your question directed to
 6      what consumers think about -- of the iPhone?
 7  BY MR. GRANT KIM:
 8      Q.   When you design products, do you think it's
 9  completely irrelevant what consumers think about the
10  iPhone?
11      A.   At the time I design products?
12      Q.   Yes.
13           DR. ANDERSON:  Same objection.
14           THE WITNESS:  At the time of design work I
15      only focus on the work that I'm designing.
16  BY MR. GRANT KIM:
17      Q.   So when you design a new product for
18  Samsung, you just focus on that product and you don't
19  care what consumers think about competing products,
20  correct?
21           DR. ANDERSON:  Objection, vague, lacks
22      foundation.
23           (Discussion held between Lead Interpreter
24  and Check Interpreter.)
25           THE WITNESS:  I don't pay that much
```

Page 40

```
 1  attention.
 2      MR. GRANT KIM:  Thank you, Ms. Lee.  I think
 3  for the purpose of the Northern District
 4  California deposition today I don't have any
 5  other questions.
 6      I would reserve the right to seek to
 7  continue the deposition if Samsung subsequently
 8  produces new documents that are relevant to this
 9  testimony.
10      So I suggest we take a break now and then
11  talk about the schedule off the record.
12      DR. ANDERSON:  I understand your position,
13  though I don't agree with it.  We should take a
14  break.
15      But to be clear for the record, were you
16  referring to the deposition in Ms. Lee's
17  personal capacity?
18      MR. GRANT KIM:  Both.
19      DR. ANDERSON:  Let's take a break.
20      VIDEOGRAPHER:  Going off the video record at
21  11:22 a.m.
22
23      (Time noted:  11:22 a.m.)
24
25
```

Page 41

```
 1  (Counsel representing this witness should arrange
    reading and signing and thereafter distribute copies
 2  of the signed Errata Sheet to opposing counsel
    without involvement of court reporter.)
 3
    STYLE OF CASE:  Apple V Samsung
 4  DEPOSITION OF:  YUNJUNG LEE
    DATE TAKEN:  Thursday, February 23, 2012
 5
            E R R A T A   S H E E T
 6
        LINE        CHANGE            REASON
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22  I hereby certify that I have read my deposition and
    that it is true and correct subject to any changes
23  in form or substance entered here.
24  _____        _____
    Date                   YUNJUNG LEE
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

42

Page 42

1      C E R T I F I C A T E

2  (Seoul)

3  (South Korea)

4

5         I, Tracey S. LoCastro, Registered
   Professional Reporter, do hereby certify
6  that the aforementioned witness was first duly sworn
   as noted by stipulation of counsel to testify the
7  whole truth; that I was authorized to and did report
   said deposition in stenotype; and that the foregoing
8  pages are a true and correct transcription of my
   shorthand notes of said deposition.

9         I further certify that said deposition was
   taken at the time and place hereinabove set forth
10 and that the taking of said deposition was commenced
   and completed as hereinabove set out.
11
           I further certify that I am not attorney
12 or counsel of any of the parties, nor am I a
   relative or employee of any attorney or counsel of
13 party connected with the action, nor am I
   financially interested in the action.
14
           The foregoing certification of this
15 transcript does not apply to any reproduction of the
   same by any means unless under the direct control
16 and/or direction of the certifying reporter.

17

18         IN WITNESS WHEREOF, I have hereunto

19 set my hand this 24 day of February, 2012.

20

21                    _____

22                    TRACEY S. LOCASTRO,
                      Registered Professional Reporter
23

24

25