# EXHIBIT D
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
             HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4   _____

 5   APPLE, INC., a California corporation,

 6   Plaintiff,

 7   v.                                     Civil Action No.
                                            11-CV-01846-LHK
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   a Korean business entity;
     SAMSUNG ELECTRONICAMERICA, INC.,
10   a New York corporation; and
     SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
11   a Delaware limited liability company,

12   Defendants.
     _____
13

14              *** HIGHLY CONFIDENTIAL ***
                    ATTORNEYS' EYES ONLY
15

16

17         VIDEOTAPED PERSONAL DEPOSITION OF:

18

19                        SUNGSIK LEE

20

21

22                       March 1, 2012

23                         Kim & Chang

24                      Seoul, South Korea

25                  9:03 a.m. - 3:28 p.m.
```

Page 2

```
 1    APPEARANCES:

 2
      For the Plaintiff, Apple, Inc.:
 3
                 MORRISON & FOERSTER, LLP
 4               By:  Karl J. Kramer, Esq.
                 755 Page Mill Road
 5               Palo Alto, California 94304-1018
                 (650) 813-5600
 6

 7    For the Defendants, the Samsung entities:

 8
                 QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
 9               By:  Rachel Herrick Kassabian, Esq.
                 555 Twin Dolphin Drive
10               5th Floor
                 Redwood Shores, California 94065
11               (650) 801-5000

12
      Also present:
13
                 Samantha Kim, Morrison & Foerster, LLP
14               Samuel Lee, Samsung
                 Albert Kim, Lead Interpreter
15               Eunice HyeRim Lee, Check Interpreter
                 Peter Au, Videographer
16               Lisa A. Knight, Court Reporter
```

Page 3

```
 1                        I N D E X
      WITNESS:                                          PAGE
 2    SUNGSIK LEE

 3    Examination By Mr. Kramer                            8

 4
                          E X H I B I T S
 5
      NUMBER         DESCRIPTION                         PAGE
 6
      Exhibit 1970   Article from Korea Economic Daily    19
 7                   (2 pages), No Bates

 8    Exhibit 1971   Functional Organizational Chart      26
                     (Korean), Bates S-ITC-003006124 to
 9                   -6249

10    Exhibit 1972   "How to lead global smart device     31
                     experience" document, Bates
11                   SAMNDCA10988469 to -504

12    Exhibit 1973   Emotion Studio (Korean),             32
                     Bates SAMNDCA10999529 to -595
13
      Exhibit 1974   Global CS (Korean),                  38
14                   Bates SAMNDCA10993206 to -247

15    Exhibit 1975   E-mail string (Korean),              44
                     Bates SAMNDCA10247277 to -278
16
      Exhibit 1976   E-mail string (Korean),              53
17                   Bates SAMNDCA10247509 to -511

18    Exhibit 1977   E-mail string (Korean),              54
                     Bates SAMNDCA10247373 to -378
19
      Exhibit 1978   E-mail string (Korean),              54
20                   Bates SAMNDCA10318251 to -252

21    Exhibit 1979   E-mail string (Korean),              56
                     Bates SAMNDCA10320161 to -63
22
      Exhibit 1980   E-mail string (Korean),              58
23                   Bates SAMNDCA10245965 to -968

24    Exhibit 1981   E-mail string (Korean),              58
                     Bates SAMNDCA10247549 to -552
25
```

Page 4

```
 1    Exhibit 1982*  iPhone TouchWiz (Korean),            68
                     Bates SAMNDCA10998213 to -248
 2
      Exhibit 1983   TW3.0 vs. iPhone4 document,          73
 3                   Bates SAMNDCA10992025 to -2071

 4    Exhibit 1984   Document (Korean),                   75
                     Bates SAMNDCA10998250 to -253
 5
      Exhibit 1985   Galaxy S UX (Korean),                79
 6                   Bates SAMDCA10999199 to -243

 7    Exhibit 1986   TouchWiz3.0 Message composer UI      83
                     document, Bates SAMNDCA10106612 to
 8                   -650

 9    Exhibit 1987   iPhone Navigation Analysis document, 83
                     Bates SAMNDCA10998016 to -8035
10
      Exhibit 1988   Document (Korean),                   85
11                   Bates SAMNDCA10995432 to -444

12    Exhibit 1989   iPhone OS 3.0 Analysis,              87
                     Bates SAMNDCA10989363 to -379
13
      Exhibit 1990   iPad GUI Review, Bates               88
14                   SAMNDCA10989107 to -179

15    Exhibit 1991   iPhone 4.0 Quick Report & Analysis,  89
                     Bates SAMNDCA10989397 to -430
16
      Exhibit 1992   iPhone GUI Elements, SAMNDCA10997825 89
17                   to -904

18    Exhibit 1993   iPhone4 UX document (Korean),        90
                     SAMNDCA10992072 to-131
19
      Exhibit 1994   iPad vs. Honeycomb P5 UX,            92
20                   Bates SAMNDCA10991068 to -137

21    Exhibit 1995   Browser UX document (Korean),        92
                     Bates SAMNDCA10999461 to -528
22
      Exhibit 1996   PI document (Korean),                95
23                   Bates SAMNDCA10989840 to -941

24    Exhibit 1997   E-mail (Korean), SAMNDCA10245956 to  95
                     -957
25
```

Page 5

```
 1    Exhibit 1998   E-mail string (Korean,)              96
                     Bates SAMNDCA10245969 to -977
 2
      Exhibit 1999   E-mail string (Korean),              96
 3                   Bates SAMNDCA10245981 to -87

 4    Exhibit 2000   E-mail (Korean),                     97
                     Bates SAMNDCA10246745 to -47
 5
      Exhibit 2001   E-mail string (Korean),              97
 6                   Bates SAMNDCA10307123 to -138

 7    Exhibit 2002   PI document (Korean),                98
                     Bates SAMNDCA10990627 to -713
 8
      Exhibit 2003*  UX document (Korean),                98
 9                   Bates SAMNDCA10997759 to -768

10    Exhibit 2004*  TouchWiz document (Korean), Bates   100
                     SAMNDCA10991639 to -739
11
      Exhibit 2005   P5 document (Korean),               101
12                   Bates SAMNDCA00176053 to -171

13    Exhibit 2006   Touch Portfolio, Bates              102
                     SAMNDCA00191811 -987
14
      Exhibit 2007   SI, iPhone document (Korean),       102
15                   Bates SAMNDCA00203880 to -4010

16    Exhibit 2008   Behold3 document (Korean),          103
                     Bates SAMNDCA00508318 to -411
17
      Exhibit 2009   Touch Portfolio (Korean),           105
18                   Bates SAMNDCA10805169 to -175

19    Exhibit 2010   Winning in Smartphones 12/10/09,    105
                     Bates SAMNDCA10807316 to -387
20
      Exhibit 2011   Winning in Smartphones (12/23/09),  106
21                   Bates SAMNDCA10807388 to -458

22    Exhibit 2012   Feasibility Review on Standalone AP 107
                     Business, Bates SAMNDCA10809390 to
23                   -460

24    Exhibit 2013   Samsung Mobile UX document, No Bates 107
                     (1-48)
25
```

Page 54

1  would understand what this is talking about.
2   BY MR. KRAMER:
3       Q.    Is the topmost e-mail in this string an e-mail
4  that you sent on or about January 13, 2010?
5       A.    Yes, I think that's correct.
6       Q.    Thank you.
7             MR. KRAMER:  Mark next in order a document
8  Bates stamped SAMNDCA10247373 through -78.
9             (Deposition Exhibit 1977 was marked.)
10  BY MR. KRAMER:
11      Q.    And my question to you is, do you recognize
12  this document?
13            LEAD INTERPRETER:  The interpreter could not
14  make out all the words.
15            (Translation.)
16      A.    As for this, I don't quite know about this.  I
17  don't think this is an e-mail that I received.
18            MR. KRAMER:  Okay.  Let's mark next in order
19  document SAMNDCA10318251.
20            (Deposition Exhibit 1978 was marked.)
21  BY MR. KRAMER:
22      Q.    Do you recognize this document, sir?
23      A.    Yes.  I think this is an e-mail that I sent
24  out.
25      Q.    Can you tell us what lessons you learned from

Page 55

1  the iPhone?
2             MS. KASSABIAN:  Objection.  Vague and
3  ambiguous.
4       A.    Well, I see where it reads in terms of the
5  lessons learned by way of the iPhone.  I don't offhand
6  recall right now as to what I may have been talking about
7  there, but it's as I told you earlier.  And that by
8  looking at competing products out there in the market, we
9  always try to learn certain things from other products
10  there.  So I think perhaps this was just in line with
11  that.
12  BY MR. KRAMER:
13      Q.    But as you point out, you specifically do not
14  recall the lessons that you were referring to in this
15  particular e-mail, correct, Exhibit 1978?
16      A.    Well, the way we Korean folks tend to describe
17  things, here, when we talk about certain lessons as such,
18  I think, sir, this tends to have sort of a comprehensive
19  meaning.  In other words, it is not in reference to
20  necessarily some specific something, but, rather, I think
21  it simply is something to the effect that in an overall
22  sense, as part of our overall effort to help garner
23  competitiveness, there are certain things to be learned.
24            And so as such, it's a comprehensive sort of
25  thing.  I don't know that there was anything specific to

Page 56

1  that, but I, of course, don't at this time recall as to
2  what I may have meant at that time.
3             MR. KRAMER:  Let's mark next as Exhibit 1979
4  Bates stamp SAMNDCA10320161 through -63 --
5             THE WITNESS:  (Through Interpreter)  If it's
6  okay, can we -- nature calls, please.
7             MS. KASSABIAN:  Yes, take a break.
8             THE WITNESS:  (Through Interpreter)  I
9  apologize.
10            THE VIDEOGRAPHER:  Going off the record.
11  The time is now 11:25.  This is the end of Tape No. 2.
12            (Recess taken.)
13            THE VIDEOGRAPHER:  We are now back on the
14  record.  The time now is 11:42.  This is the beginning
15  of Tape No. 3.
16            (Deposition Exhibit 1979 was marked.)
17  BY MR. KRAMER:
18      Q.    Mr. Lee, I have placed in front of you
19  Exhibit 1979.  Can you review that quickly and tell me
20  whether you recognize that?
21            (Pause.)
22      A.    Yes.  This seems to be an e-mail that I
23  received.
24      Q.    There appear to be two e-mails on this first
25  page.  Do you see that?

Page 57

1       A.    Yes.
2       Q.    The e-mail on the bottom is an e-mail from you
3  on February 21, 2010?
4       A.    Yes, that's correct.
5       Q.    And the responsive e-mail is Sunday,
6  February 21, 2010 as well.  Do you see that?
7       A.    Yes.
8       Q.    Who is the response from?
9       A.    I actually cannot tell because the font is all
10  broken up.
11      Q.    The top line is the from line.  It has an
12  address gaia.kwon@samsung.com.  Do you see that?
13      A.    Yes.
14      Q.    Does that signify that the e-mail was from a
15  person with that address?
16      A.    Yes, I think this comes from this address.
17      Q.    And who is the person who is associated with
18  that address?
19      A.    That, I don't know because g-a-i-a is not a
20  person's name, so I don't know.
21      Q.    Is there a person named Kwon with whom you work
22  at your work?
23      A.    Well, probably, yes, but I happen to work with
24  quite a number of individuals, so I wouldn't know as to
25  which Kwon.  Kwon who?

```
                                                            Page 58                                                                 Page 59
 1    Q.   All right.  Thank you.                                    1  regarding the translation.
 2         MR. KRAMER:  Let's next mark as Exhibit 1980              2         I'm fine with agreeing that we have a
 3  a document Bates stamped SAMNDCA10245965 through -68.             3  standing objection regarding translations, but I may
 4         (Deposition Exhibit 1980 was marked.)                     4  need to raise other specific and individual objections
 5         MS. KASSABIAN:  As with the prior documents               5  regarding each of these exhibits.
 6  in Korean, this one also has not been -- we have not              6  BY MR. KRAMER:
 7  been provided with a translation, so object on that               7    Q.   Sir, do you recognize this document?
 8  basis.                                                            8    A.   Well, it is correct that I sent this, but not
 9         MR. KRAMER:  For the sake of time, I request               9  that I actually recall this particularly.
10  that you agree to my offer of stipulation to that                10    Q.   In this -- can you tell from the document,
11  objection to all documents that we produce in Korean             11  itself, the date on which this e-mail was sent?
12  in this deposition.                                              12    A.   I think this is an e-mail that was sent out on
13  BY MR. KRAMER:                                                   13  March the 2nd, 2010.
14    Q.   Sir, do you recognize this document?                      14    Q.   Does this e-mail convey a message from the CEO
15    A.   Well, it is correct as having come to me, but             15  of Samsung Electric Company -- Samsung Electronics?
16  it's not that I recall this particularly.                        16         MS. KASSABIAN:  Objection, misstates the
17    Q.   So you believe you received this e-mail on or             17  contents of the document.  The document speaks for
18  about February 24, 2011?                                         18  itself.
19    A.   Well, I would believe it to have been delivered           19         MR. KRAMER:  So you do speak Korean?
20  as per the date and time listed there.                           20         MS. KASSABIAN:  I don't speak Korean.
21    Q.   Okay.  Thank you.                                         21         MR. KRAMER:  Oh, okay.
22         MR. KRAMER:  Mark as Exhibit 1981 document                22         MS. KASSABIAN:  I can see who this e-mail is
23  Bates stamped SAMNDCA10247549 through -52.                       23  from, though, and it's Mr. SungSik Lee.  That part is
24         (Deposition Exhibit 1981 was marked.)                     24  in English.
25         MS. KASSABIAN:  Again, same objection                     25  ///

                                                            Page 60                                                                 Page 61
 1  BY MR. KRAMER:                                                    1  BY MR. KRAMER:
 2    Q.   Do you have the question in mind, sir?                     2    Q.   Do you have my question in mind?
 3    A.   Would you mind repeating it for me, please?                3         MS. KASSABIAN:  Can you translate that for
 4    Q.   Yeah.  Let me restate it.                                  4  me, sir?
 5         In this e-mail, are you conveying a message                5         LEAD INTERPRETER:  Certainly.
 6  from GeeSung Choi, the CEO of SEC?                                 6         (Translation.)
 7         MS. KASSABIAN:  Same objections.                           7         MR. KRAMER:  Counsel, did you have an
 8    A.   The way I look at this, I think I was                      8  objection to make?  A specific objection?
 9  expressing my opinions to my team members.  Even in the           9         MS. KASSABIAN:  Yes.  I'm asking the witness
10  very expression here that I use, it says that my                 10  to read the second paragraph, since it's long, read it
11  interpretation is thus, something to that effect.                11  in portions so that the translator can keep up with
12  BY MR. KRAMER:                                                   12  you and translate what you're saying, rather than
13    Q.   Could you read for us the second paragraph of             13  reading the entire thing all at once.
14  this e-mail?                                                     14         LEAD INTERPRETER:  And interjection --
15         MS. KASSABIAN:  And I would just ask that                 15         MR. KRAMER:  Can you give me a Federal Rule
16  the witness read -- are you asking for the entire                16  of Civil Procedure on which you're basing that
17  paragraph to be read, sir?                                       17  objection?
18         MR. KRAMER:  That paragraph, yes.                         18         MS. KASSABIAN:  This is a translated
19         MS. KASSABIAN:  Okay.  So as you read the --              19  deposition.
20  if we're looking for a translation here of your                  20         LEAD INTERPRETER:  Interjection.  With all
21  testimony, Mr. Lee, I ask that you read the paragraph            21  due respect to --
22  in a fashion that would allow the interpreter to                 22         MR. KRAMER:  I don't know that rule.
23  translate your testimony rather than having him simply           23         THE REPORTER:  Sorry.  Wait.
24  read the document, himself.                                      24         LEAD INTERPRETER:  Please?
25  ///                                                              25         THE REPORTER:  I just can only take one at a
```

Page 118

1  that thousands and thousands of documents were
2  produced for this witness.
3         MR. KRAMER:  That's wrong.  Pages.  Pages.
4         MS. KASSABIAN:  So this morning, I believe
5  you said thousands of pages of documents were produced
6  for this witness a full week ago.  So are you saying
7  that you believe there should have been more?
8         MR. KRAMER:  Yes.
9         MS. KASSABIAN:  On what basis?
10        MR. KRAMER:  We'll send you a letter with a
11 follow-up on the issues that we think for this witness
12 and all the other witnesses that we have been deposing
13 this week and next.
14        MS. KASSABIAN:  But sitting here at this
15 moment, you can't give me one example of something
16 that you think is missing from Mr. Lee's document
17 production?
18        MR. KRAMER:  No.  We will provide those to
19 you.
20        MS. KASSABIAN:  Right.  Because you don't
21 know right now?
22        MR. KRAMER:  I have not done all the
23 searching.  People on my team tell me there are lots
24 of things missing.
25        MS. KASSABIAN:  Okay.  Well, I guess we'll

Page 119

1  wait to receive the letter.
2         MR. KRAMER:  Okay.  Fabulous.
3         THE VIDEOGRAPHER:  Going off the record.
4  The time now is 15:28.
5         (Time noted:  3:28 p.m.)

Page 120

1  (Counsel representing this witness should arrange for
   reading and signing and thereafter distribute copies
2  of the signed Errata sheet to opposing counsel without
   involvement of the court reporter.)
3
   STYLE OF CASE:     Apple, Inc. v. Samsung Electronics
4                     Company, Ltd., et al.
5  DEPOSITION OF:     SUNGSIK LEE
6  DATE TAKEN:        March 1, 2012
7              E R R A T A   S H E E T
8  Page    Line Change              Reason
9  ____    ____ _____
10 ____    ____ _____
11 ____    ____ _____
12 ____    ____ _____
13 ____    ____ _____
14 ____    ____ _____
15 ____    ____ _____
16 ____    ____ _____
17 ____    ____ _____
18 ____    ____ _____
19 ____    ____ _____
20 ____    ____ _____
21 ____    ____ _____
22        I hereby certify that I have read my deposition and that
23 it is true and correct subject to any changes in form or
   substance entered here.
24 _____   _____
     Date              SUNGSIK LEE
25

Page 121

1                   C E R T I F I C A T E
2  SEOUL              )
                      )
3  SOUTH KOREA        )
4         I, Lisa A. Knight, Registered Merit
   Reporter and Certified Realtime Reporter, do hereby
5  certify that the aforementioned witness was first duly
   sworn by me pursuant to stipulation of counsel to
6  testify to the truth; that I was authorized to and did
   report said deposition in stenotype; and that the
7  foregoing pages are a true and correct transcription
   of my shorthand notes of said deposition.
8
          I further certify that said deposition was
9  taken at the time and place hereinabove set forth and that
   the taking of said deposition was commenced and completed
10 as hereinabove set out.
11        I further certify that I am not attorney or
   counsel of any of the parties, nor am I a relative or
12 employee of any attorney or counsel of any party connected
   with the action, nor am I financially interested in the
13 action.
14        The foregoing certification of this
   transcript does not apply to any reproduction of the same
15 by any means unless under the direct control and/or
   direction of the certifying reporter.
16
17
          IN WITNESS WHEREOF, I have hereunto set my
18 hand this 2nd day of March, 2012.
19
                   *Lisa K. Knight*
20
21       LISA A. KNIGHT
         Certified Realtime Reporter
22       Registered Merit Reporter
         Realtime Systems Administrator
23
24
25