# EXHIBIT P
# FILED UNDER SEAL

Subject: Re: Re: Meeting Request
Date: Wed, 21 Jul 2010 00:07:59 +0000
From: "SEUNGHO AHN" <s.ahn@samsung.com>
To: "Bruce Sewell" <bsewell@apple.com>
Message-ID: <0L5V003CESDBP4@ms4.samsung.com>

Dear Mr. Sewell,

Since I have scheduled a business trip for next week, I am not available next week.  By the way your previous mail proposed a meeting in late August.  If you want an earlier meeting date, I will try to meet you in Cupertino in the week of Aug. 16th.  I am also looking forward to seeing you.

Sincerely,

Seungho Ahn

| | |
|---|---|
| Sponsor | **Seung-Ho Ahn, Ph. D., Esq.** |
| | **Senior Vice President** |
| | IP Strategy Team |
| | **SAMSUNG ELECTRONICS CO., LTD**. |
| | Office:+82-31-277-6997 |
| | Mobile:+82-010-5358-7471 |
| | E-mail: s.ahn@samsung.com |

```
WARNING: This e-mail contains confidential and/or privileged information for the
sole use by the specified recipient(s).
```

------- **Original Message** -------
**Sender** : Bruce Sewell<bsewell@apple.com>
**Date** : 2010-07-21 00:45 (GMT+09:00)
**Title** : Re: Meeting Request

Dear Dr. Ahn,

My apologies for the delay in answering your message, I have been working on my schedule for next week.  Would it be possible to meet from 12:00 to 16:00 in Seoul on Wednesday July 28th?  This timing will allow me to complete my other work in the region.  Thank you very much and I look forward to our meeting.

Best regards,

Bruce Sewell


On Jul 15, 2010, at 4:43 PM, SEUNGHO AHN wrote:

 Dear Mr. Sewell,

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001085

It is nice to hear from you.  My schedule allows a meeting in the period of your Asia travelling.  I prepose to have a meeting in Samsung Electronics Seoul Office Building on the 26th.  However, if another day of the period fits better for your schdule, I can accommodate to it.  I also expect our meeting would resovle the intellectual property issue.  When meeting schedule is fixed, I will sent you the direction to the Meeting place.


Sincerely,


Seungho Ahn

**Seung-Ho Ahn, Ph. D., Esq.**

**Senior Vice President**

IP Strategy Team


Sponsor

**SAMSUNG ELECTRONICS CO., LTD**.

Office:+82-31-277-6997

Mobile:+82-010-5358-7471

E-mail: s.ahn@samsung.com

```
WARNING: This e-mail contains confidential and/or privileged information for the
sole use by the specified recipient(s).
```



------- **Original Message** -------
**Sender** : Bruce Sewell<bsewell@apple.com>
**Date** : 2010-07-16 05:17 (GMT+09:00)
**Title** : Meeting Request

Dear Dr. Ahn,

It is a pleasure to be writing to you.  I understand that we have been asked to lead a discussion about Apple's concern over intellectual property being utilized in certain of Samsung's smartphone products.  I will be traveling to Korea and Taiwan during the week of August 26th through August 30th.  I would be delighted to start our conversation in person if your schedule will allow it.  That week is open in terms of dates - I can arrange my other meetings based on your availability.  My hope is that I can explain to you the basis for our concern and suggest ways that Apple feels would be appropriate to resolve the matter.  Of course I would also be very interested in Samsung's views and your thoughts on next steps that should be taken to move this forward. Please let me know your availability.

Sincerely,

Bruce Sewell
Sr. Vice President & General Counsel
Apple Inc.

 <201007160843375_BEI0XT4N.jpg>

Highly Confidential - Attorneys' Eyes Only

------ end message ------

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001087