# EXHIBIT R
# FILED UNDER SEAL

Subject: Fwd: Microsoft touts 'thumb-as-stylus' interface progress
Date: Thu, 07 Apr 2005 14:24:43 -0700
From: Scott Forstall <forstall@apple.com>
To: Greg Christie <christie@apple.com>
Message-ID: <1a3fc1892525c146bea7c17d2ba90090@apple.com>

FYI. Have you ever attended SIGCHI?

--S.


Begin forwarded message:

**From:** Steve Jobs <sjobs@apple.com>
> **Date:** April 7, 2005 7:56:46 AM PDT
> **To:** Tony Fadell <tfadell@apple.com>
> **Cc:** Bertrand Serlet <bserlet@apple.com>, Jeff Robbin <jrobbin@apple.com>, Bob Borchers <borchers@apple.com>, Phil Schiller <schiller@apple.com>, Greg 'Joz' Joswiak <joz@apple.com>, Eddy Cue <cue@apple.com>, Jonathan Ive <ive@apple.com>, Jon Rubinstein <ruby@apple.com>, Bas Ording <bas@apple.com>, Scott Forstall <forstall@apple.com>
> **Subject: Re: Microsoft touts 'thumb-as-stylus' interface progress**
>
> I think what we already have developed for Purple is way ahead of this, and will be usable with one hand (thumb) for many things.
>
> Steve
>
>
>
> On Apr 6, 2005, at 9:00 AM, Tony Fadell wrote:
>
> **I believe one handed operation of a touchscreen only device is essential**
> **We should probably get more information on their concept**
> **T**
>
> **"In their paper, the researchers detailed thumb-as-stylus designs that allow users to operate hand-held devices using only one hand. Although existing stylus-based gesture systems do not preclude the use of the thumb, no systems have been specifically designed to be operated using the thumb, according to the researchers."**
>
>
> EE Times: Latest News
>
> # Microsoft touts 'thumb-as-
>

Highly Confidential -
Attorneys' Eyes Only

APLNDC00019963

# stylus' interface progress

>

>

>

> Nicolas Mokhoff

> (04/05/2005 8:09 AM EDT)
> URL: http://www.eetimes.com/showArticle.jhtml?articleID=160500234
>
>
>
> MANHASSET, N.Y. — Microsoft Research scientists, in cooperation with University of Maryland researchers, have designed two interfaces to support easier use of PDAs and cellphones.
>
> The interfaces allow users to operate the devices using a thumb on one hand. The interfaces target screens from 2 to 5 inches, measured diagonally, with resolutions ranging from 176 x 220 to 800 x 600 pixels.
>
> The researchers detailed the two different interface approaches in a technical paper delivered at this week's Conference on Human Factors in Computing Systems in Portland, Ore.
>
> The AppLens interface uses a tabular fish-eye approach to provide integrated access to and notification for nine applications. The second, called LaunchTile, uses pure zooming within a landscape of 36 applications to accomplish the same goals.
>
> In their paper, the researchers detailed thumb-as-stylus designs that allow users to operate hand-held devices using only one hand. Although existing stylus-based gesture systems do not preclude the use of the thumb, no systems have been specifically designed to be operated using the thumb, according to the researchers.
>
> Microsoft Research is making a big splash at the 2005 ACM SIGCHI Conference with more than 30 researchers from the company's Beijing, Cambridge, U.K. and Redmond, Wash., labs delivering 22 papers, or 10 percent of the papers accepted. Microsoft's focus is information visualization, and the papers are the result of collaboration with more than 16 universities and several corporations.
>

Highly Confidential -
Attorneys' Eyes Only

APLNDC00019964

> "Information visualization is a hot topic today because computer system and graphics capabilities have reached a point where the visual representation of information can come to life," said George Robertson, senior researcher at Microsoft Research.
>
>
> Microsoft Research employs more than 700 engineers at six labs in Redmond, Cambridge and Beijing along with labs in California and Bangalore, India.
>
> The 23rd annual CHI conference is sponsored by the Association for Computing Machinery's Special Interest Group on Computer-Human Interactions.

------ end message ------

Highly Confidential - Attorneys' Eyes Only

APLNDC00019965

Subject: LOTS of detail on the new B&O/Samsung phone  
Date: Thu, 06 Oct 2005 04:51:29 +0000  
From: "Steve Jobs" <sjobs@apple.com>  
To: "Jony Ive" <ive@apple.com>, "Tony Fadell" <tfadell@apple.com>, "Bas Ording" <bas@apple.com>, "Jeff Robbin" <jrobbin@apple.com>, "Eddy Cue" <cue@apple.com>, "Greg (Joz) Jozwiak" <joz@apple.com>  
CC: "Steve Jobs" <sjobs@apple.com>  
Message-ID: <60466FDC-B3C9-4CA0-8B19-0C0CF999D952@apple.com>

http://mobile-review.com/review/samsung-e910-serene-en.shtml


------ end message ------

Highly Confidential - Attorneys' Eyes Only                                    APLNDC0001207655

Subject: =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-E910_Bang_&_Olufsen_=93fas?= =?WINDOWS-1252?Q?hionphone=94?=
Date: Wed, 05 Oct 2005 17:41:16 -0700
From: "Steve Jobs" <sjobs@apple.com>
To: "Jony Ive" <ive@apple.com>, "Bas Ording" <bas@apple.com>
Message-ID: <FB029112-1A5B-425D-A3D3-C5E97D83154A@apple.com>

---

This may be our answer - we could put the number pad around our clickwheel.  Of course we should orient it like a watch, with 3, 6, 9 and * in the pure horizontal and vertical positions, just like any clock (they really screwed this up in that respect. We could also orient the letters so they are easier to read from a normal position (letters on the bottom keys are the opposite of the way there are here, and maybe vertical on the sides).

Thoughts?

Steve


Begin forwarded message:

**From:** Tony Fadell <tfadell@apple.com>
**Date:** October 5, 2005 3:59:52 PM PDT
**To:** Steve Jobs <sjobs@apple.com>, Jon Rubinstein <ruby@apple.com>, Greg Joswiak <joz@apple.com>, Bob Borchers <borchers@apple.com>, Phil Schiller <schiller@apple.com>, Jeff Williams <jwilliams@apple.com>, Jonathan Ive <ive@apple.com>, Eddy Cue <cue@apple.com>, Jeff Robbin <jrobbin@apple.com>, Scott Forstall <forstall@apple.com>
**Subject: Samsung's SGH-E910 Bang & Olufsen "fashionphone"**


The first review...
Weird way to hold the cellphone

Has a clickwheel-like control
Smaller in Y than a Z but really thick - size forms 69.7x64.7x23.9 mm
QVGA (320x240 pixels, 43x32 mm, 2.1" ), shows up to 262K ( TFT )

Camera in the hinge
800 mAh Li-Ion - removable

The keys have white backlight, which is well seen in various conditions. The feedback is short, however, they are comfortable to press. A **mobile ring is placed in the center of the round keypad, it acts as a joystick. Round motions allow browsing lists, and some actions have strictly fixed directions.** In a vertical line Ok button is placed (exactly, pressing the round in this place), and C or back. In a horizontal line – traditional call and cancel buttons. Control using the round raises no cavils and seems comfortable. A similar round could have been seen in Samsung X810.


# Samsung's SGH-E910 Bang & Olufsen "fashionphone"

Posted Oct 5, 2005, 6:10 PM ET by Ryan Block
Related entries: Cellphones
Don't you just dig the intense irony that the fruits of Samsung's and Bang & Olufsen's getting together on a fashionphone rendered quite possibly the most busted looking piece of consumer electronics in recent memory? Mean, c'mon, it is B&O, it's not like we were expecting design to counter The Toy in White or anything, but still, you you bust out a Samsung SGH-E910, we have a feeling you're going to seriously get made fun of even by your metro bros. Especially when they find out the thing only has a two hour talk time, and VGA camera—though it does try to make up for that with a 2.1-inch QVGA display and Bluetooth.
Read

[Thanks, Yianni]







------ end message ------

Highly Confidential - Attorneys' Eyes Only                                                                                                                APLNDC0001256894