# EXHIBIT S
# FILED UNDER SEAL

Subject: Samsung Galaxy
Date: Wed, 24 Mar 2010 19:13:55 +0000
From: "Tim Cook" <tcook@apple.com>
To: "Steve Jobs" <sjobs@apple.com>
Message-ID: <3C4F5B4A-654F-4759-9900-EF9FC2E9CCAE@apple.com>

check out the YouTube video.

tim


Samsung's stunning i9000 Galaxy S live in photos and video Live Photo Gallery



------ end message ------

Highly Confidential - Attorneys' Eyes Only                                          APLNDC00010880