# EXHIBIT T
# FILED UNDER SEAL

```
 1        VIDEOGRAPHER:  This is the video operator
 2   speaking, Joe Cheung of Merrill Corporation, Boston.
 3   Today is March 16, 2012, and the time is 9:13.  We are
 4   at the Azalea Room in the Renaissance Hotel Seoul,
 5   Seoul, South Korea, to take the video deposition of
 6   Mr. Minhyung Chung in the matter of Certain Electronic
 7   Devices Including Wireless, et al.  Investigation
 8   number 337-TA-794.
 9        Will the counsel please introduce themselves for
10   the record.
11        MR. MUELLER:  Joe Mueller, Wilmer, Cutler,
12   Pickering, Hale and Dorr, on behalf of Apple.  And I
13   just want to note for the record that I believe this
14   deposition is also for the Northern District of
15   California case, and I'm going to read the civil
16   action number as 11-CV 01846LHK Apple, Inc. v. Samsung
17   Electronics, Co., Ltd.
18        MR. GOLDSTEIN:  Ryan Goldstein with Quinn,
19   Emanuel for Samsung, and with me I have James Shin
20   with Samsung.
21        VIDEOGRAPHER:  Will the court reporter, Jeanne
22   Bullis, of merely corporation, Boston, please swear
23   the witness and the interpreter, please.
24        (Whereupon, the aforementioned Witness and
25   Interpreters were sworn in.)
```

```
 1  WHEREUPON,
 2                  MINHYUNG CHUNG
 3  having been first duly sworn as noted above, was
 4  examined and testified through the interpreter as
 5  follows:
 6                    EXAMINATION
 7  BY MR. MUELLER:
 8      Q.  Good morning.
 9      A.  Good morning.
10      Q.  Could you please state your name and spell
11  your name for the record?
12      A.  My name is Minhyung Chung.  Last name is
13  C-H-U-N-G and the first name is M-I-N-H-Y-U-N-G.
14      Q.  Mr. Chung, do you speak any English?
15      A.  Yes, to a degree.
16      Q.  Do you use English in business conversations?
17      A.  Right, in most cases I do.
18      Q.  Do you consider yourself to be fluent in
19  English?
20      A.  Well, considering English is not my mother
21  tongue, I don't think my English ability is all that
22  fluent.
23      Q.  If you were to testify at trial in litigation
24  between Apple and Samsung, would you testify in
25  English or Korean?
```

1    MAIN INTERPRETER:  That's fine.  "If the scope
2   were the same and the terms were the same, it's
3   probably the case that that would be."
4       Q.  And no matter what the sales price of the
5   mobile device, Samsung would charge 2.4% against it as
6   a royalty?
7       MR. GOLDSTEIN:  Lacks foundation, calls for
8   speculation.
9       A.  Even though I do not know with what meaning
10  you were using the term, no matter what the price, but
11  if it were a mobile phone that has been sold in the
12  market, then I would not think there would be much
13  difference.
14      (Exhibit 2 marked for identification.)
15  BY MR. MUELLER:
16      Q.  Mr. Chung, the court reporter has handed you
17  what's been marked as Chung Exhibit 2.  I'm going to
18  represent to you that this was an advertisement
19  printed off the internet a couple of week ago for a
20  phone, and according to the advertisement, the phone
21  is made out of gold and the sales price, as at least
22  depicted on this advertisement, is $50,000 per phone.
23      Now, the particular phone doesn't really matter
24  that much, with the question I'd like to ask you, but
25  let me start with this.  Are you aware that there are

```
 1   highly expensive phones sold in the marketplace?
 2         MR. GOLDSTEIN:  Objection, vague.
 3         A.  I do not know about this phone, but I do have
 4   a recollection of having heard that the Nokia had made
 5   a phone that costs $2,000 several years ago.
 6         MR. GOLDSTEIN:  I think if there is further
 7   questions, I additional have one additional
 8   inspection.
 9         MR. MUELLER:  Me too.
10         MAIN INTERPRETER:
11         A.  From a phone that is priced at $2,000 several
12   years ago.
13         MR. MUELLER:
14         Q.  And with a phone that costs several thousand
15   dollars, it was your understanding, as the leader of
16   the licensing team in 2011, that Samsung's 2.4%
17   royalty would be applied to the sales price of such a
18   phone?
19         MR. GOLDSTEIN:  Objection.  Completely
20   hypothetical, lacks foundation, calls for speculation.
21   Calls for a legal conclusion.
22         A.  At the time, when the 2.4% royalty rate was
23   being contemplated, it's possible that they were not
24   considering a $2,000 phone or a phone that was made of
25   gold, in terms of the royalty rate; but I do not think
```

1   that whether a 2.4% royalty rate would be charged
2   against a $50,000 price, I don't think that's
3   something that I can -- that would be a type of a
4   detail I should be answering at this point.  Joe.
5       CHECK INTERPRETER:  Checker's rendition.  "As to
6   the royalty rate, I don't know if the royalty rate was
7   considering a phone costing or priced at $2,000 or a
8   phone made out of gold as to a cost or be priced at
9   $50,000, so as to the rate of 2.4%, I don't think this
10  is something that I could address here at this time."
11      MR. GOLDSTEIN:  Mr. Chung is a busy executive who
12  has been produced based on counsel's representation
13  that he had specific and singular knowledge of issues,
14  and we're here now talking about gold phones.
15      MR. MUELLER:  It's actually highly relevant and
16  because he is here as one of the leaders of the
17  licensing team at the time the 2.4% proposal was made
18  to Apple.  This hypothetical of 2.4% royalty being
19  applied to a very expensive phone is actually directly
20  relevant to core issues in the case.  I'm certainly
21  entitled to ask the head of the licensing team in 2011
22  about the scope of Samsung's UMTS licensing program at
23  that time.
24      MR. GOLDSTEIN:  Well, I'm glad you ask, but this
25  is -- we have to get to actual questions where he has

```
 1   specific knowledge.  This is ridiculous.  Let's -- if
 2   you don't have questions, let's end the deposition.
 3         MR. MUELLER:  I'm not going to end the
 4   deposition.  I'm going to keep asking my questions.
 5   BY MR. MUELLER:
 6         Q.  Mr. Chung, as head of the licensing team in
 7   2011, would you have approved a policy that would have
 8   applied a 2.4% royalty to the price of a phone costing
 9   thousands of dollars?
10         MR. GOLDSTEIN:  Lacks foundation.  Calls for
11   speculation.  Incomplete hypothetical.  Asked and
12   answered.  Calls for expert testimony.  Calls for a
13   legal conclusion.
14         MR. MUELLER:  Do you to do some more coaching?
15         MR. GOLDSTEIN:  That's completely inappropriate?
16   Can I actually talk.
17         MR. MUELLER:  Why don't you tell him what to say.
18         MR. GOLDSTEIN:  We're going -- if you look at my
19   objection, every one is a short explanation.  What
20   part of the last foundation and those objections is
21   coaching, tell me.
22         MR. MUELLER:  Let's keep going.
23         MR. GOLDSTEIN:  No, if you're -- no.
24         MR. MUELLER:  I'm going to keep asking --
25         MR. GOLDSTEIN:  I'm not going to --
```

 1        MR. MUELLER:  I'm done.

 2        MR. GOLDSTEIN:  You're making personal

 3   acquisitions that are ridiculous.

 4        MR. MUELLER:  Let's don't --

 5        MR. GOLDSTEIN:  Could you explain what the

 6   question was?

 7        MR. MUELLER:  Let me repeat my question.

 8        MR. SHIN:  He is asking for a translation.

 9        MR. GOLDSTEIN:  I'd like to know what part is

10   coaching from those objections.

11        MR. MUELLER:  I have a different approach to

12   objections than you do.  If you think that's

13   appropriate, go with what you think is appropriate,

14   all right?

15        MR. GOLDSTEIN:  First of all --

16        MR. MUELLER:  I'm not going to argue about it

17   anymore.

18        MR. GOLDSTEIN:  First of all, there is a court

19   reporter who needs to let us both speak, so if you

20   would let me -- every time I speak, you talk over me,

21   which is inappropriate.  Second of all, a approaching

22   October is where do you more than just the objection

23   to the form of the question.  I want to know, if

24   you're going to accuse me, tell what --

25        MR. MUELLER:  I'm going to ask my question.  I

```
 1   don't consider it appropriate.  If you think it is, go
 2   with T I'm going to.
 3        MR. GOLDSTEIN:  I'm trying too clear it up.
 4        MR. MUELLER:  I'm not going to get --
 5        MR. GOLDSTEIN:  Mr. Mueller, stop talking over
 6   me.  If you're going to accuse me of --
 7        MR. MUELLER:  Mr. Goldenberg, I'm going to ask my
 8   questions.
 9        MR. GOLDSTEIN:  If you're going to.
10        MR. MUELLER:  I'm done.
11        MR. GOLDSTEIN:  I'm not.  If you're going to
12   accuse --
13        MR. MUELLER:  I'm done.  I'm going to ask him
14   questions.
15        MR. GOLDSTEIN:  You're not.
16        MR. MUELLER:  I do not owe you anything.  I'm
17   going to ask my questions.  You can make your
18   objections.  I'm going to ask my questions.
19        MR. GOLDSTEIN:  I'm going to talk now and you're
20   going to let me.  If you're going to say that I'm
21   coaching, then I want to know what part you think is
22   coaching.  You can't just say that and not tell me.
23   Can you give me any answer.
24        MR. MUELLER:  Sure.  My practice is to say
25   objection.  If you have a different practice, go with
```

```
 1   it.
 2         MR. GOLDSTEIN:  You're saying in the 794 case,
 3   there is not one of you what your attorneys who has --
 4         MR. MUELLER:  I'm going to ask my questions.
 5         MR. GOLDSTEIN:  I appreciate it, but --
 6         MR. MUELLER:  I'm going to ask my questions,
 7   okay?
 8         I can repeat my question.  My question is as head
 9   of the licensing team in 2011, would you have approved
10   a 2.4% royalty to be applied against a phone that cost
11   several thousand dollars?
12         MAIN INTERPRETER:  Does counsel have the colloquy
13   translated.
14         MR. GOLDSTEIN:  And I have an objection to the
15   question before the translation.  So would you rather
16   the colloquy is translated first or should I make my
17   objection?
18         MR. MUELLER:  Make your objections.
19         MR. GOLDSTEIN:  Okay.  Objection, lacks
20   foundation, calls for speculation, calls for expert
21   testimony and a legal conclusion.  It's an incomplete
22   hypothetical.
23         MAIN INTERPRETER:  So as for the procedure to
24   follow for the main interpreter, that objection can be
25   translated and the question.  What about the colloquy?
```

1       MR. GOLDSTEIN:  Yes.

2       MR. MUELLER:  It is going to take 15 minutes to
3  translate that.

4       MR. GOLDSTEIN:  You're the one who brought it up.

5       MR. MUELLER:  Look, I'm not going to have my time
6  burned by your colloquy being lodged against my time.
7  It is just not going to happen.

8       MR. GOLDSTEIN:  Counsel, you've been late from
9  every break.  You've asked --

10      MR. MUELLER:  What are your talking about?  There
11 has been two breaks.

12      MR. GOLDSTEIN:  We started at 9:15.

13      MR. MUELLER:  There has been two breaks.

14      MR. GOLDSTEIN:  Do you ever let anyone else talk?

15      MR. MUELLER:  There has been two breaks.

16      MR. GOLDSTEIN:  Can I have 30 seconds without you
17 talking?  You can time me if you'd like.  But we can't
18 both talk with the court reporter here and you should
19 know that.  We started late because you were 15
20 minutes late.  The first break, you then said 10
21 minutes and you were 25 minutes.  So that is the time.
22 So don't accuse us of burning time when you can't be
23 bothered to be here on time.

24      MR. MUELLER:  Okay.  Answer the question -- let's
25 get past and this start asking and answering some

```
 1   questions, all right?
 2        MR. GOLDSTEIN:  We can move ahead with just the
 3   questions and objections translated.
 4        MAIN INTERPRETER:  Okay.
 5        (Translated.)
 6        A.  While this is a hypothetical translation, so
 7   to which I'm going to give you my personal opinion.  I
 8   will add that this is not the official opinion or
 9   position of Samsung.
10        If a $10,000 phone utilizing a certain or a
11   specific patent is providing value or providing a
12   benefit that's commensurate, then whether the price be
13   10,000 or $100, the appropriate amount should be paid.
14        MR. MUELLER:  Let's change the tape.
15        VIDEOGRAPHER:  Going off the record, the time is
16   14:31.
17        (A break was taken.)
18        VIDEOGRAPHER:  Back on the record.  The time is
19   14:36.
20        CHECK INTERPRETER:  I'm sorry, Mr. Mueller, if
21   the checker may put in his rendition to the last prior
22   answer.
23        MR. MUELLER:  Sure.
24        CHECK INTERPRETER:  Just double-check here.
25        MAIN INTERPRETER:  And also I hypothetical
```

```
 1   translation was the way it was captured.  Request you
 2   hear t it will say.
 3        (Discussion off the record.)
 4        CHECK INTERPRETER:  "If the patent adds value to
 5   the phone, so the phone could be priced at $10,000 or,
 6   really, it actually does not matter whether the phone
 7   is priced at 100 or 1,000 or whatever, the patent
 8   should be paid for."
 9   BY MR. MUELLER:
10        Q.  Mr. Chung, if I understand you correctly,
11   you're saying that in your view the 2.4% royalty
12   should be applied against the sales price no matter
13   how high that sales price?
14        MR. GOLDSTEIN:  Same objection,
15   mischaracterization of the testimony.
16        A.  If I were to give you an answer based on my
17   experience, that is that if a particular patent brings
18   value and if it brings or adds value in creating a
19   product, then the royalty should be applied
20   irrespective of the price of the product.
21        That was a personal opinion, not the experience.
22   BY MR. MUELLER:
23        Q.  Mr. Chung, do you understand that there are
24   different types of mobile devices having different
25   types of functionality?
```