# EXHIBIT A

# FILED UNDER SEAL

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4                       --o0o--
5   APPLE, INC., a California
    Corporation,
6                   Plaintiff,

                                  Civil Action No.
7            Vs.                  11-CV-01846-LHK
    SAMSUNG ELECTRONICS CO., LTD.,
8   a Korean business entity, SAMSUNG
    ELECTRONICS AMERICA, INC., a
9   New York corporation and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC,
10  a Delaware Limited Liability
    Company, a California corporation,
11                  Defendants.
    SAMSUNG ELECTRONICS CO., LTD., a
12  Korean business entity, SAMSUNG
    ELECTRONICS AMERICA, INC., a New
13  York corporation, and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC,
14  a Delaware Limited Liability
    Company, a California corporation,
15       Counterclaim-Plaintiffs,
              Vs.
16  APPLE, INC., a California
    Corporation,
17       Counterclaim-Defendant
    _____/
18
                        --o0o--
19
                 FRIDAY, MARCH 30, 2012
20
                        --o0o--
21
                   DEPOSITION OF
22                 TIMOTHY SHEPPARD
                        --o0o--
23  Job No:       48072
    Reported By:  CAROL S. NYGARD
24                California CSR No. 4018
                  Nevada CCR No. 915
25                Registered Merit Reporter
```

1                        APPEARANCES:

2           For the Plaintiff and Counterclaim-Defendant,
            Apple, Inc.

3
            MORRISON & FOERSTER

4           BY:  WESLEY E. OVERSON, Attorney at Law
            425 Market Street

5           San Francisco, California  94105

6
7           MORRISON & FOERSTER
            BY:  CHRISTOPHER L. ROBINSON, Attorney at Law

8           755 Page Mill Road
            Palo Alto, California  94304

9
10
11          For the Defendants and Counterclaim-
            Plaintiffs, the Samsung entities:

12          QUINN, EMANUEL, URQUHART & SULLIVAN
            BY:  ANTHONY P. ALDEN, Attorney at Law

13          865 South Figueroa Street
            Los Angeles, California  90017

14
15
16
17          JULIE J. HAN, Attorney at Law
            Samsung Information Systems America, Inc.

18          75 West Plumeria Drive
            San Jose, California  95134

19
20
21          Videographer:

22          GARY BREWER

23
                        --o0o--

24
25

1                   INDEX

2           EXAMINATION BY COUNSEL

3                              Page No.

4      Examination by Mr. Overson        8

5      Examination by Mr. Alden        130

6      Further Examination by Mr. Overson   162

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBITS

| For the Plaintiffs | Description | Page No. |
|---|---|---|
| Exhibit 2615 | Spreadsheet Bates Stamped SAMNDCA00354292 | 7 |
| Exhibit 2616 | Spreadsheet Bates Stamped SAMNDCA00372946 | 7 |
| Exhibit 2617 | Spreadsheet Bates Stamped SAMNDCA00376623 | 7 |
| Exhibit 2618 | Spreadsheet Bates Stamped SAMNDCA00280019 Through SAMNDCA00280081 | 7 |
| Exhibit 2619 | Declaration of Timothy Sheppard in Support of Samsung's Opposition to Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order | 21 |
| Exhibit 2620 | Spreadsheet Bates Stamped SAMNDCA00376623 Through SAMNDCAPP376901 | 60 |
| Exhibit 2621 | Spreadsheet Bates Stamped SAMNDCA00373532 Through SAMNDCA00373534 | 119 |
| Exhibit 2622 | 2012 Business Plan, STA Bates Stamped SAMNDCA00374342 Through SAMNDCA00374365 | 125 |
| Exhibit 2623 | Financial Statements September 30, 2011 Bates Stamped SAMNDCA00354601 Through SAMNDCA00354630 | 128 |

1    EXHIBITS

     PREVIOUSLY

2    MARKED

3    Exhibit 1922     Spreadsheet Bates Stamped

                      SAMNDCA00354292 Through

4                     SAMNDCA00354385

5    Exhibit 2440     Spreadsheet Bates Stamped

                      SAMNDCA00372946 Through

6                     SAMNDCA00373138

7                          --o0o--

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4                        --o0o--
5    APPLE, INC., a California
     Corporation,
6
                    Plaintiff,
7                                    Civil Action No.
             Vs.                     11-CV-01846-LHK
8
     SAMSUNG ELECTRONICS CO., LTD.,
9    a Korean business entity, SAMSUNG
     ELECTRONICS AMERICA, INC., a
10   New York corporation and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
11   a Delaware Limited Liability
     Company, a California corporation,
12
                    Defendants.
13
     SAMSUNG ELECTRONICS CO., LTD., a
14   Korean business entity, SAMSUNG
     ELECTRONICS AMERICA, INC., a New
15   York corporation, and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
16   a Delaware Limited Liability
     Company, a California corporation,
17
             Counterclaim - Plaintiffs,
18
                Vs.
19
     APPLE, INC., a California
20   Corporation,
21           Counterclaim-Defendant
     _____/
22
23
                        --o0o--
24
25           BE IT REMEMBERED, that on Friday, March 30,

1   2012, commencing at the hour of 9:13 a.m. thereof, at

2   the offices of Morrison & Foerster, LLP, before me,

3   Carol S. Nygard, a Certified Shorthand Reporter of the

4   State of California, there personally appeared

5                    TIMOTHY SHEPPARD,

6   called as a witness by the Plaintiff and Counter-Claim

7   Defendant, who, being by me first duly sworn, was

8   thereupon examined and interrogated as hereinafter set

9   forth.                                                   09:08

10           (Exhibit 2615, 2616, 2617 and 2618             09:08

11           were marked for Identification.)               09:12

12           VIDEOGRAPHER:  This is the start of tape        09:12

13   labeled number one of the videotaped deposition of     09:13

14   Timothy Sheppard in the matter of Apple, Inc., versus  09:13

15   Samsung Electronics Company in the United States        09:13

16   District Court, Northern District of San Jose -- I'm    09:13

17   sorry -- of California, San Jose Division.              09:13

18           This deposition is being held at 425 Market     09:13

19   Street, San Francisco, California on March 30th, 2012 at 09:13

20   approximately 9:13 a.m.                                09:13

21           My name is Gary Brewer.  I am the Legal Video   09:13

22   Specialist from TSG Reporting, Inc., headquartered at   09:13

23   747 Third Avenue, New York, New York.                  09:13

24           The Court Reporter is Carol Nygard in          09:13

25   association with TSG Reporting.                         09:13

Page 8

| | | |
|---|---|---|
| 1 | Will counsel please introduce yourselves. | 09:13 |
| 2 | MR. OVERSON:  Yeah. | 09:14 |
| 3 | This is Wesley Overson and with me here is | 09:14 |
| 4 | Christopher Robinson for Morrison & Foerster, and we | 09:14 |
| 5 | represent Apple. | 09:14 |
| 6 | MR. ALDEN:  Anthony Alden from Quinn Emanuel | 09:14 |
| 7 | representing Samsung and the witness. | 09:14 |
| 8 | With me from Samsung is Julie Han. | 09:14 |
| 9 | VIDEOGRAPHER:  Would the Court Reporter please | 09:14 |
| 10 | swear in the witness. | 09:14 |
| 11 | (Thereupon the oath was administered to the | |
| 12 | Witness by the Court Reporter.) | 09:14 |
| 13 | VIDEOGRAPHER:  Please begin. | 09:14 |
| 14 | EXAMINATION | 09:14 |
| 15 | BY MR. OVERSON: | 09:14 |
| 16 | Q.    Good morning. | 09:14 |
| 17 | I've brought with me, Mr. Sheppard, four new | 09:14 |
| 18 | exhibits, and you will see -- and I have for you, Mr. | 09:14 |
| 19 | Alden, copies of each. | 09:14 |
| 20 | And let me just hand you one at a time, but | 09:14 |
| 21 | I'm going to give you all four and just over the next | 09:14 |
| 22 | few minutes here. | 09:14 |
| 23 | A.    Uh-huh. | 09:14 |
| 24 | Q.    And 2615 is a reformatted version of the | 09:14 |
| 25 | spreadsheet that was previously marked as Exhibit 1922 | 09:15 |

Page 45

1    attempting to convey to the Court that the source for        10:17

2    the data in the spreadsheets was the SAP system;            10:18

3    correct?                                                     10:18

4         A.    Correct.                                          10:18

5         Q.    But you weren't trying to tell the Court that     10:18

6    the cover sheets that summarize and categorize the costs     10:18

7    and profits were accurate; were you?                         10:18

8              MR. ALDEN:  Objection.  Assumes facts.             10:18

9              Vague and ambiguous.  Asked and answered.          10:18

10             THE WITNESS:  I certainly was not trying to        10:18

11   imply or suggest that the spreadsheets weren't accurate.     10:18

12   BY MR. OVERSON:                                              10:18

13        Q.    Were inaccurate?                                  10:18

14        A.    I was not suggesting that.                        10:18

15        Q.    Okay.                                             10:18

16        A.    That would be -- I wouldn't do that.              10:18

17        Q.    But you weren't trying to vouch for the           10:18

18   accuracy of the costs and profit portion of the summary      10:18

19   page at the beginning of the spreadsheets; were you?         10:18

20             MR. ALDEN:  Same objections.                       10:18

21             THE WITNESS:  I believe the spreadsheets were      10:18

22   accurate, and I believe they -- the fundamental source       10:18

23   for these spreadsheets is SAP.                               10:18

24             I believe that's where the data came from and      10:19

25   I believe the spreadsheets were accurately put to that       10:19

Page 46

1    underlying data source.                                10:19

2    BY MR. OVERSON:                                        10:19

3       Q.    And you think the February 28th spreadsheet   10:19

4    and March 8th spreadsheet are equally accurate even    10:19

5    though they have different numbers for operating profit 10:19

6    and cost of goods sold?                                10:19

7             MR. ALDEN:  Same objections.                  10:19

8             THE WITNESS:  I think I've answered this       10:19

9    question several times.                                10:19

10   BY MR. OVERSON:                                         10:19

11      Q.    And they're equally accurate?                 10:19

12      A.    They contain different products for sure.     10:19

13   We've discussed that was one difference.               10:19

14            MR. OVERSON:  All right.  Let's take a break.  10:19

15            MR. ALDEN:  Thanks.                            10:19

16            VIDEOGRAPHER:  Off the record.  The time is    10:19

17   10:19 a.m.                                              10:19

18            (Thereupon a recess was taken at 10:19 a.m.    10:19

19            and the deposition resumed at 11:30 a.m.)      11:30

20            VIDEOGRAPHER:  We are back on the record.  The 11:30

21   time is 11:29 a.m.                                      11:30

22            MR. OVERSON:  Okay.  We're back on the record. 11:30

23            We took a long break during which opposing     11:30

24   counsel pointed out to me that a number that I had      11:30

25   referred to in questioning, namely the number on the    11:30

1    February 28th spreadsheet that we marked as Exhibit      11:30

2    2615, had a transposed number in it, and that resulted    11:30

3    instead of it being at 3.8 billion, it was 3.1 billion    11:30

4    in sales for 2011 at the STA level, and we've gone back   11:30

5    and pulled the original production and confirmed that,    11:30

6    indeed, there was a transposition there, and so what I    11:30

7    propose to do now is we will correct that and fix that    11:30

8    problem, and then for every other number that we've      11:30

9    referred to so far I have the original production and we  11:31

10   can go back and confirm that the numbers are correct.     11:31

11         MR. ALDEN:  Okay.  Let me state for the record      11:31

12   that this is a serious matter.                            11:31

13         It was represented to me before the deposition      11:31

14   began that opposing counsel had merely reformatted some   11:31

15   of the spreadsheets to make them more user-friendly.      11:31

16         Mr. Sheppard --                                     11:31

17         I allowed on the basis of that representation       11:31

18   Mr. Sheppard to be questioned about those spreadsheets,   11:31

19   and he was and provided answers based on those            11:31

20   spreadsheets.                                             11:31

21         However, we discovered during the break that        11:31

22   the spreadsheets were not merely reformatted, but         11:31

23   contained errors -- one error of the magnitude of 900     11:31

24   million dollars.                                          11:31

25         We, obviously, are not in a position to go          11:32

Page 48

| | |
|---|---|
| 1 | through right now every cell in the recreated | 11:32 |
| 2 | spreadsheets that opposing counsel was questioning | 11:32 |
| 3 | Mr. Sheppard about, and, therefore, cannot agree to rely | 11:32 |
| 4 | on those spreadsheets for any purposes or Mr. Sheppard's | 11:32 |
| 5 | testimony with respect to those spreadsheets given that | 11:32 |
| 6 | the numbers may, in fact, be vastly different from the | 11:32 |
| 7 | numbers in the spreadsheets that Samsung actually | 11:32 |
| 8 | produced. | 11:32 |
| 9 | Therefore, I will move to strike Exhibits -- | 11:32 |
| 10 | 2615, 2616 and 2617 from the record, and I will move to | 11:32 |
| 11 | strike all of Mr. Sheppard's testimony in any way | 11:32 |
| 12 | relating to those spreadsheets, including questions | 11:33 |
| 13 | which attempted to elicit answers from him based on his | 11:33 |
| 14 | Declaration and comparing the spreadsheets to his | 11:33 |
| 15 | Declaration in opposition to the sanctions motion. | 11:33 |
| 16 | I will also -- so the only testimony that we | 11:33 |
| 17 | will agree can remain in the record is Mr. Sheppard's | 11:33 |
| 18 | testimony concerning his preparation for this | 11:33 |
| 19 | deposition. | 11:33 |
| 20 | Other than that, because the documents he was | 11:33 |
| 21 | questioned about were created by counsel and contain | 11:33 |
| 22 | errors, we'll move to strike all the rest. | 11:33 |
| 23 | I understand that Mr. Overson takes a | 11:33 |
| 24 | different position, but I've stated our position for the | 11:33 |
| 25 | record, and at the necessary time, if Apple intends to | 11:33 |

1    rely on that testimony or does so rely, we will move to          11:33

2    strike it on the basis I've outlined here right now.            11:34

3            MR. OVERSON:  Okay.  We, obviously, agree --            11:34

4    disagree on that.                                               11:34

5            I think, one, pointing out a transposition of           11:34

6    numbers.                                                        11:34

7            Hopefully I can fix it, but I understand your           11:34

8    objection, and I think we should just move on with the         11:34

9    testimony.                                                      11:34

10   BY MR. OVERSON:                                                 11:34

11     Q.    So let me hand you what's been previously              11:34

12   marked as 1922, which is the February 28th spreadsheet,        11:34

13   and I will also hand you what's previously been marked         11:34

14   as Exhibit 2440, which is the March 8th spreadsheet, and       11:34

15   what I want to do here is make sure that we're working         11:34

16   off the right numbers.                                          11:34

17           So, if you look at the February 28th                    11:34

18   spreadsheet, which has already been marked as Exhibit          11:34

19   1922, this is in the format that Samsung produced it to        11:34

20   us, and, as you see, it doesn't fit on a page, and --          11:34

21   but we can find the numbers that we have been talking          11:35

22   about.                                                          11:35

23           So if you look at the page that has the Bates           11:35

24   numbers SAMNDCA354295 --                                        11:35

25     A.    Uh-huh, yes.                                            11:35

Page 50

1    Q.    -- I believe this page reflects the righthand    11:35

2    column that we were previously referring to on 2615.    11:35

3         MR. ALDEN:  Object on the same basis.    11:35

4    BY MR. OVERSON:    11:35

5    Q.    Are you with me?    11:35

6    A.    Yeah.    11:35

7    Q.    In other words, this is the total column that    11:35

8    we're looking at on --    11:35

9    A.    Column AI?    11:35

10   Q.    Yes.    11:35

11   A.    Yes.    11:35

12   Q.    Okay.  And, looking at that Column AI, do you    11:35

13   see there's a revenue figure there of 3,816,841,506?    11:35

14   A.    Correct.    11:36

15   Q.    And this is the number that -- on the prior    11:36

16   spreadsheet was 3.1-something billion.    11:36

17        It was a transposition of the 1 and the 8;    11:36

18   right?    11:36

19        MR. ALDEN:  Objection.  Vague and ambiguous.    11:36

20        THE WITNESS:  In a discussion earlier we    11:36

21   talked about the spreadsheet -- I guess Exhibit 21 --    11:36

22   2615 that referred to -- that had the sum total of    11:36

23   3,186,841.    11:36

24   BY MR. OVERSON:    11:36

25   Q.    Right.    11:36

Page 87

| | | |
|---|---|---|
| 1 | testimony. | 12:50 |
| 2 | THE WITNESS:  The spreadsheets -- "put | 12:50 |
| 3 | together" is the wrong expression, I think. | 12:50 |
| 4 | They're just the extract from SAP, so the | 12:50 |
| 5 | spreadsheets are what SAP provided. | 12:50 |
| 6 | BY MR. OVERSON: | 12:50 |
| 7 | Q.    You looked at some Excel spreadsheets and you | 12:50 |
| 8 | confirmed that they are from the spreadsheets that | 12:50 |
| 9 | Samsung produced to Apple; correct? | 12:50 |
| 10 | MR. ALDEN:  Objection.  Vague and ambiguous. | 12:50 |
| 11 | THE WITNESS:  Correct. | 12:50 |
| 12 | BY MR. OVERSON: | 12:50 |
| 13 | Q.    Do you have those still? | 12:51 |
| 14 | A.    I believe I do. | 12:51 |
| 15 | Q.    Okay.  And in what format do you have them? | 12:51 |
| 16 | A.    Well, they're still on Excel format. | 12:51 |
| 17 | Q.    In other words, they were E-mailed to you or | 12:51 |
| 18 | -- is that right? | 12:51 |
| 19 | A.    Correct. | 12:51 |
| 20 | (Mr. Robinson then exited the proceedings.) | 12:51 |
| 21 | BY MR. OVERSON: | 12:51 |
| 22 | Q.    And how many spreadsheets, Excel spreadsheets, | 12:51 |
| 23 | did you have for each product? | 12:51 |
| 24 | A.    If I recall correctly, there are -- | 12:51 |
| 25 | Well, it's one spreadsheet with multiple tabs. | 12:51 |

Page 88

| | | | |
|---|---|---|---|
| 1 | Q. | For each product? | 12:51 |
| 2 | | Is that right? | 12:51 |
| 3 | A. | No, one spreadsheet for all products. | 12:51 |
| 4 | Q. | I see. | 12:51 |
| 5 | | And I think there were 11 products in total? | 12:51 |
| 6 | A. | I believe it's 10 or 11. | 12:51 |
| 7 | Q. | Okay.  So there's a spreadsheet somewhere that | 12:51 |

8  someone -- that has been E-mailed to you, and within        12:51

9  that spreadsheet there's 10 or 11 tabs reflecting the       12:51

10 information for each product?                               12:52

11    A.    Correct.                                           12:52

12    Q.    And that's what you used to confirm that the       12:52

13 information in the spreadsheets that Samsung produced to    12:52

14 Apple was accurate?                                         12:52

15          MR. ALDEN:  Objection.  Misstates his prior        12:52

16 testimony.                                                  12:52

17          THE WITNESS:  No, there are a number of steps      12:52

18 that I went through.                                        12:52

19          So I compared for the specific months here to     12:52

20 the close reports, and I think I did that for four          12:52

21 months.  I'd have to go back and look to see which          12:52

22 months I -- I -- I had validated.  I don't remember off     12:52

23 the top of my head.                                         12:52

24          But then I -- then I actually compared those       12:52

25 -- those different spreadsheets, as I said, back in         12:52

Page 89

1    here.                                                  12:52

2        I also validated the -- the sum of the total      12:52

3    pages back to -- the individual pages behind.         12:52

4    BY MR. OVERSON:                                        12:52

5        Q.    But it would be fair that at least part of  12:52

6    what you did to confirm that the data Samsung produced 12:52

7    to Apple was accurate was to use the spreadsheet that  12:52

8    was E-mailed to you that had some tabs for some products 12:53

9    that you checked up on; true?                          12:53

10       That's part of what you did?                        12:53

11       A.    That's part of what I did.                    12:53

12       Let me add one other thing I did, too, which        12:53

13   was I revalidated what the actual process was from SAP. 12:53

14       I got someone to show me exactly what screen        12:53

15   shots and which screens they did in SAP to track it     12:53

16   there.  I wanted to make sure they could track --        12:53

17       I mean, and clearly explain which part of SAP       12:53

18   and which screens they used to -- rather which modules  12:53

19   in the SAP had been used to extract the data.           12:53

20       Q.    Okay.  So did they send you screen shots?     12:53

21       A.    Yes.                                          12:53

22       Q.    And you still have those?                     12:53

23       A.    I still have the screen shots.                12:53

24       And I think the -- between myself and the team      12:53

25   we spent about 15 hours.                                12:53

Page 90

1    Q.    15?                                              12:53

2    A.    15 hours going through this process.            12:53

3    Q.    So the total hours that you and your team       12:53

4  spent was 15 hours?                                     12:53

5    A.    For myself.                                      12:53

6          Going through these spreadsheets originally it  12:53

7  was much more time than that.                           12:54

8    Q.    Right.                                           12:54

9    A.    So Mr. Kim, for example, when he produced, I    12:54

10 think, the -- the first spreadsheets, he spent, I think, 12:54

11 if I recall correctly, two days extracting data, looking 12:54

12 at this information, then he spent a further three days  12:54

13 verifying the reports, working backwards and forwards -- 12:54

14 working with -- rather with the STA's team.              12:54

15         So I think the first reports took about five    12:54

16 days to produce, and the subsequent reports took about  12:54

17 half a day preparation to a day, and then subsequent     12:54

18 similar amount of time to validate.                      12:54

19   Q.    And that's information you have from Mr. Kim?   12:54

20   A.    Yes.                                             12:54

21   Q.    You mentioned that the cost of goods sold       12:54

22 would be one area of -- where you'd find expenses        12:54

23 incurred specifically with respect to a particular       12:54

24 model.                                                   12:55

25         So I understand that there's a transfer price   12:55

1   component from the STA perspective in the cost of goods   12:55

2   sold.                                                    12:55

3           What else is in there?                           12:55

4           MR. ALDEN:  Objection.  Assumes facts not in     12:55

5   evidence.  Vague and ambiguous.  Beyond the scope.       12:55

6           THE WITNESS:  The cost of goods sold -- the       12:55

7   largest component of that is the -- is the transfer      12:55

8   price from SEC.                                          12:55

9           Also included in that are adjustments for        12:55

10  inventory values.                                        12:55

11          So a couple of examples of that is, if the        12:55

12  product --                                               12:55

13          So one of the accounting principles for           12:55

14  dealing with inventory is you have to adjust any on-hand 12:55

15  inventory to the layer of costs or all sales price, and  12:55

16  at each monthly close when you close the books.          12:55

17          So that would be an adjustment that could be      12:55

18  in there.                                                12:55

19          For example, if you -- if your transfer price    12:55

20  was -- was now lower than the potential amount you could 12:55

21  sell the product for at the end of life of the product,  12:55

22  you might have to make an adjustment in your books here, 12:55

23  and that's where you record that entry.                  12:56

24          If product had been returned, there's a          12:56

25  process called "dead on arrival."                        12:56

Page 130

1   you for the testimony today.                              01:56

2          MR. ALDEN:  I have some redirect, and I'll         01:56

3   state my position on that issue after I finish.           01:56

4          VIDEOGRAPHER:  And, Tim, if you could try to       01:56

5   look this way, even though he's to your right.            01:56

6          THE WITNESS:  Okay.  All right.  Understood.       01:56

7                      EXAMINATION                            01:56

8   BY MR. ALDEN:                                             01:56

9      Q.   Mr. Sheppard, as you know, my name is Anthony     01:56

10  Alden, and I represent Samsung and you in this action.    01:56

11         Mr. Sheppard, my understanding is to prepare       01:57

12  for today's deposition you had a meeting with Mr. Kim,    01:57

13  Mr. Ro, VP Sim; is that correct?                          01:57

14     A.   That is correct.                                  01:57

15     Q.   How long was that meeting?                        01:57

16     A.   The meeting was on Wednesday morning.             01:57

17         It started approximately 10:00 a.m. Korean         01:57

18  time and finished about -- about one o'clock -- just      01:57

19  after 1:00 p.m. Korean time.                              01:57

20     Q.   And during that meeting you discussed certain     01:57

21  of the spreadsheets that have been produced by Samsung    01:57

22  in this case; is that correct?                            01:57

23     A.   That is correct.                                  01:57

24     Q.   Okay.  And did Mr. Kim explain to you during      01:57

25  that meeting how he had prepared the spreadsheets?        01:57

Page 131

1    A.    He did.                                          01:57

2    Q.    And the first spreadsheet that was produced by   01:57

3  Samsung was produced on February 3rd, 2012.             01:57

4        Do you understand that?                            01:57

5    A.    That's my understanding.                         01:57

6    Q.    Do you know how Mr. Kim prepared that            01:58

7  spreadsheet?                                             01:58

8    A.    My understanding is he spent some time           01:58

9  discussing with Mr. VP Sim about what the template or   01:58

10 format should be for the spreadsheet, and then, when    01:58

11 they had agreed on the template for presentation of the 01:58

12 data, he then extracted data from SAP at the granular -- 01:58

13 at a high level of -- of information, and, which I think 01:58

14 took him two or three days, and then he then sent that  01:58

15 information to STA for review.                           01:58

16   Q.    Okay.  And did STA review that information?      01:58

17   A.    Yes, that's my understanding.                    01:58

18   Q.    Who from STA reviewed the information?           01:58

19   A.    Two people, Jay He Yu and YW Kim.                01:58

20   Q.    And are they in STA's Finance Department?        01:58

21   A.    Yes, they are.                                   01:58

22   Q.    And do they report to you?                       01:58

23   A.    They report actually to another manager called  01:59

24 Justin Lee.                                              01:59

25   Q.    And what happened after Mr. Kim sent the        01:59

Page 132

1   February 3rd spreadsheet to STA for verification?        01:59

2       A.    After the data was verified?                   01:59

3       Q.    Well, he --                                    01:59

4             My understanding is he sent the spreadsheet to 01:59

5   STA; is that correct?                                    01:59

6       A.    Correct.                                        01:59

7       Q.    And then what happened?                        01:59

8       A.    My understanding is STA staff verified the     01:59

9   data for, I think, approximately three days and worked   01:59

10  back with Mr. Kim to complete that process.              01:59

11      Q.    And did Mr. Kim -- and did Mr. Kim himself     01:59

12  pull the data with respect to SEA and SEC?               01:59

13            MR. OVERSON:  Objection.  Foundation.          01:59

14  Leading.                                                 01:59

15            THE WITNESS:  My understanding is actually     01:59

16  Mr. Kim pulled all original data on the February --      02:00

17  February 3rd spreadsheets, so he pulled it actually      02:00

18  after SAP for STA, SEC, and all subsidiaries.            02:00

19  BY MR. ALDEN:                                            02:00

20      Q.    And then that data was sent to STA for         02:00

21  verification of STA's portion; is that correct?          02:00

22      A.    That is correct.                               02:00

23            MR. OVERSON:  Objection.  Leading.             02:00

24            MR. ALDEN:  Wait a minute for Wes to be able   02:00

25  to make an objection.                                    02:00

Page 133

1    BY MR. ALDEN:

2        Q.    And then did Mr. Kim himself perform any check    02:00

3    in or verification of the data that he had pulled from    02:00

4    the SAP database?    02:00

5            MR. OVERSON:  Objection.  Foundation.    02:00

6            THE WITNESS:  My understanding based on my    02:00

7    discussion with him this week, that he validated each --    02:00

8    each data back to SAP himself.    02:00

9    BY MR. ALDEN:    02:00

10       Q.    And do you believe that the spreadsheet that    02:00

11   Samsung produced on February 3rd, 2012 reflects data    02:00

12   that is maintained by SAP in the ordinary course of its    02:01

13   business by Samsung in SAP in the ordinary course of    02:01

14   business?    02:01

15       A.    I do based on the -- the information I've    02:01

16   given previously that the data is -- is -- is extracted    02:01

17   directly from the SAP module.    02:01

18       Q.    Do you believe that --    02:01

19            Or let me ask, is the data that is contained    02:01

20   in the February 3, 2012 spreadsheet accurate?    02:01

21       A.    Yes.    02:01

22       Q.    Now, are you aware that Samsung produced a    02:01

23   subsequent spreadsheet on February 28th, 2012?    02:01

24       A.    I am.    02:01

25       Q.    And if I show you -- or if you can look at    02:01

Page 134

1   Exhibit 1922, is that the spreadsheet that you          02:01

2   understand Samsung produced on February 28, 2012?      02:02

3       A.    It is.                                         02:02

4       Q.    Okay.  And are you able to tell me what the    02:02

5   differences are, if any, between the spreadsheet that  02:02

6   was produced on February 3, 2012 and the spreadsheet   02:02

7   that was produced on February 28th, 2012 that is marked 02:02

8   Exhibit 1922?                                           02:02

9       A.    If I understand practically from Mr. Kim, this 02:02

10  spreadsheet contains a spreadsheet of the 500 model and 02:02

11  in two or three different marketing names.             02:02

12      Q.    And let me see --                              02:02

13            What marketing names were those?              02:02

14      A.    The I500 is -- is actually -- was sold through 02:02

15  three carriers, but there was the Fascinate was one of  02:02

16  the names.  I think it's the Showcase, and the          02:02

17  Mesmerize.                                               02:03

18      Q.    And why were those three models not broken out 02:03

19  in the February 3, 2012 spreadsheet?                    02:03

20      A.    I think because of the way the data was        02:03

21  extracted, it was extracted under the code I500, and    02:03

22  there isn't a field in SAP to extract based on the      02:03

23  marketing name, so the I500 was the name that had been  02:03

24  pulled.                                                  02:03

25      Q.    Are there any other differences that --        02:03

Page 142

| | | |
|---|---|---|
| 1 | BY MR. ALDEN: | 02:13 |
| 2 | Q.    Now, turning back to what's been marked | 02:13 |
| 3 | Exhibit 2440, are you aware that Samsung subsequently | 02:13 |
| 4 | produced another spreadsheet on March 8th, 2012? | 02:14 |
| 5 | A.    I am. | 02:14 |
| 6 | Q.    Okay.  And do you -- | 02:14 |
| 7 | Did Mr. Kim prepare this spreadsheet as well? | 02:14 |
| 8 | A.    There was a change in process for this | 02:14 |
| 9 | spreadsheet. | 02:14 |
| 10 | The data required to complete this spreadsheet | 02:14 |
| 11 | was at a more granular level, and Mr. Kim decided it | 02:14 |
| 12 | would be much faster or -- or expeditious to actually | 02:14 |
| 13 | assist with STA and the data extraction. | 02:14 |
| 14 | So STA in this case actually extracted the | 02:14 |
| 15 | data, and then the process was the same, provided it to | 02:14 |
| 16 | Mr. Kim, Mr. Kim put data in this format, and then sent | 02:14 |
| 17 | back to STA for verification. | 02:14 |
| 18 | (Thereupon Mr. Robinson left the proceedings.) | 02:15 |
| 19 | MR. OVERSON:  Lacks foundation. | 02:15 |
| 20 | BY MR. ALDREN: | 02:15 |
| 21 | Q.    And did STA verify the data that was included | 02:15 |
| 22 | -- the STA data that was included in the March 8th, | 02:15 |
| 23 | spreadsheet marked as Exhibit 2440? | 02:15 |
| 24 | A.    Yes, the same two individuals we discussed Jay | 02:15 |
| 25 | He and YW were involved. | 02:15 |

Page 143

1    Q.    And did -- Mr. Kim verify the data in the    02:15

2  March 8th spreadsheet for SEA and SEC?    02:15

3         MR. OVERSON:  Objection.  Foundation.    02:15

4         THE WITNESS:  Based on discussions with him in    02:15

5  the three-hour meeting this week, yes.    02:15

6  BY MR. ALDEN:    02:15

7    Q.    And are there any differences between the    02:15

8  March 8, 2012 spreadsheet and the February 28th, 2012    02:15

9  spreadsheet that has been marked as Exhibit 1922?    02:15

10   A.    Yes.    02:15

11   Q.    And what are those differences?    02:15

12   A.    Well, the costs -- we changed the cost name    02:15

13 from expense to operating expense, and then it was    02:16

14 broken down in to -- let me see -- approximately --    02:16

15 eight categories.    02:16

16        I guess -- I guess 10 categories.    02:16

17   Q.    And do you know why that additional    02:16

18 granularity was included in the March 8th, 2012    02:16

19 spreadsheet?    02:16

20   A.    Mr. Kim explained to me that counsel had asked    02:16

21 for more granularity.    02:16

22   Q.    Okay.  Other than providing more granularity,    02:16

23 do you know of any other differences between the March    02:16

24 8, 2012 spreadsheet that's been marked as Exhibit 2440    02:16

25 and the February 28th, 2012 spreadsheet marked as 1922?    02:16

Page 144

1    A.    Just one second.                                  02:16

2          Yes, as I -- we've discussed earlier in this      02:17

3    deposition, that the March 8th spreadsheet included the  02:17

4    addition of the Hercules T989 model.                    02:17

5    Q.    Do you know why the Hercules was included in      02:17

6    the March 8, 2012 spreadsheet that was marked as Exhibit 02:17

7    2440 but was not included in the February 28, 2012       02:17

8    spreadsheet that's been marked as Exhibit 1922?          02:17

9    A.    Yes.                                               02:17

10         Mr. -- I had -- I had -- my understanding was      02:17

11   the February 28th had included the GS II T-Mobile        02:17

12   product, the Hercules product, but Mr. Kim explained to  02:17

13   me on Wednesday that in actual fact the February 28th    02:18

14   data had -- was missed for because the Hercules name     02:18

15   rather, the G II name -- or because of that difference   02:18

16   was -- the marketing name and used internally had been   02:18

17   Hercules.                                                02:18

18         So that was actually corrected in the March       02:18

19   8th report.                                              02:18

20   Q.    Did --                                             02:18

21         Do you know whether Mr. Kim had intentionally      02:18

22   omitted the Hercules data from the February 28th, 2012   02:18

23   spreadsheet, that Samsung sheet, or February 3, 2012     02:18

24   spreadsheet?                                             02:18

25         MR. OVERSON:  Objection.  Speculation.            02:18

Page 145

1  Foundation.                                                02:18

2       THE WITNESS:  After discussion with him as we        02:18

3  went through each spreadsheet this week, I have no        02:18

4  reason to believe that he intentionally omitted that      02:18

5  data.                                                      02:18

6  BY MR. ALDEN:                                              02:18

7    Q.   Do you know how Mr. Kim came to realize that        02:18

8  the Hercules was not included in the February 3rd or      02:18

9  February 28th, 2012 spreadsheets?                         02:19

10       MR. OVERSON:  Objection.  Foundation.               02:19

11       THE WITNESS:  I don't recall having an               02:19

12  explanation for that.                                     02:19

13  BY MR. ALDEN:                                             02:19

14    Q.   Okay.  Are there any other differences that       02:19

15  you're aware of between the March 8, 2012 spreadsheet     02:19

16  and the February 28th, 2012 spreadsheet, the first being  02:19

17  marked Exhibit 2440 and the next being marked Exhibit     02:19

18  1922?                                                     02:19

19    A.   Not that I recall.                                 02:19

20    Q.   Okay.  If you look -- I think Mr. Overson          02:19

21  questioned you about this before.                         02:19

22    A.   Oh.  Wait.                                         02:19

23    Q.   Yeah.                                              02:19

24    A.   Well, actually there's not --                      02:19

25       Okay.  Go ahead.                                     02:19

Page 161

1    A.    Yes.                                        02:46

2    Q.    Is there any clarification you would like to   02:46

3  make to that testimony?                              02:46

4    A.    Well, let's be more specific.               02:46

5          So when I was talking about in comparing it,  02:46

6  the --                                               02:46

7          Sorry.                                       02:46

8          When I answered that question, I put my      02:46

9  engineering/accounting hat on, so I was referring to the  02:46

10  comparison of just the sales that had the 11 billion and  02:46

11  4 billion for manufacturing costs, that I agreed that   02:46

12  between the two spreadsheets those numbers match.    02:46

13          I'm not validating anything else matches     02:46

14  without being allowed hours to go compare each unit   02:46

15  itself.                                              02:46

16    Q.    So is it fair to say that what -- what you   02:46

17  meant is that your testimony was accurate based on the  02:47

18  spreadsheets that you were shown, but, if those      02:47

19  spreadsheets aren't accurate you would change your   02:47

20  testimony; correct?                                  02:47

21          MR. OVERSON:  Objection.  Leading.          02:47

22          THE WITNESS:  When I made my earlier         02:47

23  testimony, yes -- that's what I meant, but I believe --  02:47

24  I actually believed earlier that I was reviewing     02:47

25  spreadsheets prepared by Samsung when I gave my earlier  02:47

Page  162

1    testimony.                                          02:47

2    BY MR. ALDEN:                                       02:47

3        Q.    But you now understand they were, in fact,  02:47

4    prepared by Morrison & Foerster?                    02:47

5        A.    That's my understanding.                  02:47

6             MR. ALDEN:  I have nothing further subject to  02:47

7    your recross.                                       02:47

8                     FURTHER EXAMINATION                02:47

9    BY MR. OVERSON:                                     02:47

10       Q.    Okay.  Let's take up that issue first.    02:47

11            We went over how there was a transposition of  02:47

12   the 3.8 billion to 3.1 billion.                     02:47

13            We've covered that.                         02:47

14       A.    Uh-huh.                                    02:47

15       Q.    And now you have had the opportunity to look  02:47

16   at the Samsung spreadsheets and look at that number and  02:47

17   compare them, and you have the Samsung spreadsheets in  02:47

18   front of you.                                       02:48

19            Is there anything that you want to change of  02:48

20   your earlier testimony today?                       02:48

21            And I understand the 3.8 billion wasn't    02:48

22   accurate, but apart from that is there anything else you  02:48

23   want to change?                                     02:48

24            MR. ALDEN:  Well, I object to that.  That's  02:48

25   not fair.

Page 163

1    He hasn't had the opportunity to look through        02:48

2  each of the recreated spreadsheets by Morrison &       02:48

3  Foerster and compare each cell, so that's an unfair     02:48

4  question.                                               02:48

5    If you want to answer, you can.                       02:48

6    THE WITNESS:  So I'm glad you asked me that           02:48

7  question, because in my process of looking at the       02:48

8  spreadsheets I also looked at the recreated March 21st  02:48

9  spreadsheet, and I found a second error on the front    02:48

10 page, an extra 6 had been put in to the number for      02:48

11 sales, the STA for the month of November, instead of    02:48

12 being the 300,000 it was 3.6 billion.                   02:48

13 BY MR. OVERSON:                                          02:48

14   Q.   Did I ask you any questions about that           02:48

15 spreadsheet?                                             02:48

16   A.   You did not, but my key point is this.           02:48

17    Now you've asked me questions about can I rely        02:48

18 on these.                                                02:48

19    I don't feel comfortable relying on those.            02:48

20   Q.   I didn't ask you to rely on those.                02:48

21    MR. ALDEN:  Could you let the witness finish          02:49

22 his answer, please.                                      02:49

23    THE WITNESS:  So I believe that based on my           02:49

24 testimony that I thought I was discussing the Samsung    02:49

25 prepared spreadsheets.                                   02:49

Page 164

1    I feel confident in my explanations for those    02:49

2    spreadsheets are accurate.    02:49

3    I'm not confident of the spreadsheets I was    02:49

4    looking at earlier are accurate.    02:49

5    To the extent they exactly match the Samsung    02:49

6    spreadsheets, I think it's fair to say that my comments    02:49

7    would be good.    02:49

8    To of the extent there are differences I    02:49

9    haven't yet discovered, I'm less confident.    02:49

10    BY MR. OVERSON:    02:49

11    Q.    Okay.  To the extent that the numbers that we    02:49

12    were discussing earlier in your testimony are the same    02:49

13    ones as in the Samsung produced spreadsheets, then you    02:49

14    stand by that testimony; true?    02:49

15    MR. ALDEN:  Objection.  Incomplete    02:49

16    hypothetical.  Vague and ambiguous and compound.    02:49

17    THE WITNESS:  Let me make it more specific.    02:49

18    To the extent that you based your questions on    02:49

19    errors that were contained in the spreadsheet and you    02:49

20    had a frame of mind of reference based on spending hours    02:49

21    reviewing these spreadsheets, you would form one opinion    02:49

22    and have a line of questioning based on that.    02:50

23    So you had opinion about what you thought --    02:50

24    my imagination would tell me that you would have an    02:50

25    opinion about Samsung's ability to prepare spreadsheets    02:50

Page 178

1        I, CAROL S. NYGARD, a Certified Shorthand

2   Reporter of the State of California, duly authorized to

3   administer oaths, do hereby certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand which

9   was thereafter transcribed under my direction; that the

10  foregoing transcript is a true record of the testimony

11  given.

12        Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal Case,

14  before completion of the proceedings review of the

15  transcript [X] was [ ] was not requested.

16        I further certify I am neither financially

17  interested in the action nor a relative or employee of

18  any attorney or party to this action.

19        IN WITNESS WHEREOF, I have this date

20  subscribed my name:

21        Dated: 3/30/2012

22

23        _____

24        CAROL S. NYGARD CSR #4018

25

1    NAME OF CASE: Apple Inc v. Samsung
                 Electronics Company Limited
2    DATE OF DEPOSITION: 3/30/2012
3    NAME OF WITNESS: Timothy Sheppard
4    Reason Codes:
5         1.  To clarify the record.
6         2.  To conform to the facts.
7         3.  To correct transcription errors.
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25                          _____