# EXHIBIT B

# FILED UNDER SEAL

```
                HIGHLY CONFIDENTIAL - Attorneys' Eyes Only
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                          SAN JOSE DIVISION

 3              Civil Action No.:  11-CV-01846-LHK

 4
     APPLE, INC., a California corporation,
 5
              Plaintiff,
 6

 7   vs.

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA, INC.,
     a New York corporation; and
10   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
11            Defendants.
     _____/
12

13

14

15              *** HIGHLY CONFIDENTIAL ***
                     ATTORNEYS' EYES ONLY
16

17      CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF:

18                       JAEHWANG SIM

19                         VOLUME 2

20

21              Saturday, March 31, 2012
                       Kim & Chang
22                 Seoul, South Korea
                  10:07 a.m. to 6:55 p.m.
23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

189

```
 1   APPEARANCES:

 2

 3       ON BEHALF OF PLAINTIFF, APPLE, INC.:

 4
         MORRISON FOERSTER, LLP
 5       By:  Erik J. Olson, Esq.
         755 Page Mill Road
 6       Palo Alto, California 94394-1018
         Phone:  650.813.5825
 7

 8

 9       ON BEHALF OF DEFENDANT, SAMSUNG:

10       QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
         By:  Jon Steiger, Esq.
11       865 South Figueroa Street
         10th Floor
12       Los Angeles, California 90017
         Phone:  213.443.3000
13

14

15   Also present:

16       JEESOO JUNG, LEAD INTERPRETER
         LEE BOESE, CHECK INTERPRETER
17       INGA KORNEV, VIDEOGRAPHER
         TRACEY LOCASTRO, COURT REPORTER
18       STEPHANIE KIM, MORRISON FOERSTER
         JAMES SHIN, SAMSUNG
19       ESTHER KIM, ESQ., MORRISON FOERSTER (P.M. SESSION)

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

190

```
 1                        I N D E X
                                              PAGE
 2    Witness:
      JAEHWANG SIM
 3    Examination By Mr. Erik Olson              193
      Examination By Mr. Jon Steiger             321
 4

 5

 6

 7                       E X H I B I T S

 8    NUMBER          DESCRIPTION                PAGE

 9    Exhibit         Bates numbers SAMNDCA      203
      2617-A          00376623 through
10                    00376901
      Exhibit 2625    Bates numbers SAMNDCA      206
11                    00376901 through
                      00377404
12    Exhibit         Bates numbers SAMNDCA      212
      2618-A          00380019 through
13                    00380081
      Exhibit         Bates numbers SAMNDCA      217
14    2621-A          00376623 through
                      0037690
15    Exhibit 2626    Bates numbers              307
                      S-ITC-800013335 through
16                    13456
      Exhibit 2627    Bates number               319
17                    S-ITC-003006246

18

19

20

21

22

23

24

25
```

|  |  |  |
|---|---|---|
|  | 1 | P R O C E E D I N G S |
| 10:06:49 | 2 | - - - |
| 10:06:49 | 3 | VIDEOGRAPHER: My name is Inga Kornev, |
| 10:07:03 | 4 | videographer with American Realtime Court |
| 10:07:05 | 5 | Reporters/Asia. The date today is March 31st, |
| 10:07:08 | 6 | 2012. And the time on the video monitor is |
| 10:07:12 | 7 | 10:07. |
| 10:07:13 | 8 | This video deposition is being held at the |
| 10:07:16 | 9 | offices of Kim and Chang located at the |
| 10:07:17 | 10 | Jeongdong building in Seoul, Korea. The caption |
| 10:07:21 | 11 | of this case is Apple, Inc. versus Samsung |
| 10:07:26 | 12 | Electronics Co., et al., held in the United |
| 10:07:29 | 13 | States District Court, Northern District of |
| 10:07:30 | 14 | California, San Jose Division with the civil |
| 10:07:34 | 15 | action number of 11-CV-01846-LHK. |
| 10:07:41 | 16 | The name of the witness is Jaehwang Sim. |
| 10:07:45 | 17 | He's testifying in his capacity as a 30(b)(6) |
| 10:07:48 | 18 | witness. |
| 10:07:48 | 19 | The court reporter today is Tracey LoCastro, |
| 10:07:52 | 20 | also with American Realtime Court |
| 10:07:53 | 21 | Reporters/Asia. |
| 10:07:56 | 22 | At this time I'd like to ask all counsel and |
| 10:07:58 | 23 | interpreters to please state their appearances |
| 10:08:00 | 24 | and whom they represent for the record. |
| 10:08:02 | 25 | MR. OLSON: Erik Olson of Morrison and |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

192

| | | |
|---|---|---|
| 10:08:04 | 1 | Foerster representing Apple in this matter.  And |
| 10:08:08 | 2 | with me is Stephanie Kim for the firm, as well |
| 10:08:12 | 3 | as Priscilla Moon may come in or out to assist |
| 10:08:16 | 4 | with exhibits. |
| 10:08:17 | 5 |     MR. STEIGER:  Jon Steiger from Quinn Emanuel |
| 10:08:20 | 6 | representing Samsung and the witness Mr. Sim. |
| 10:08:23 | 7 |     MR. SHIN:  James Shin of Samsung. |
| 10:08:26 | 8 |     LEAD INTERPRETER:  Jeesoo Jung, main |
| 10:08:28 | 9 | interpreter. |
| 10:08:29 | 10 |     CHECK INTERPRETER:  Lee Boese, check |
| 10:08:31 | 11 | interpreter. |
| 10:08:33 | 12 |     MR. OLSON:  We understand that the court |
| 10:08:35 | 13 | reporter is otherwise not authorized to |
| 10:08:37 | 14 | administer oath in this venue; nevertheless, we |
| 10:08:40 | 15 | request that she administer the oath, and we |
| 10:08:44 | 16 | ask -- or stipulate that we'll waive any |
| 10:08:45 | 17 | objection to the validity of the deposition |
| 10:08:45 | 18 | based on the oaths. |
| 10:08:48 | 19 |     MR. STEIGER:  Agreed. |
| | 20 |     COURT REPORTER:  Do you solemnly swear or |
| | 21 | affirm that you will well and truly interpret |
| | 22 | the questions propounded by counsel and the |
| | 23 | answers given by the witness from Korean to |
| | 24 | English and English to Korean to the best of |
| 10:09:05 | 25 | your ability? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

193

| | | |
|---|---|---|
| 10:09:05 | 1 | LEAD INTERPRETER:  Yes, I do. |
| 10:09:07 | 2 | CHECK INTERPRETER:  I do. |
| 10:09:07 | 3 | JAEHWANG SIM, |
| 10:09:07 | 4 | after having been duly sworn by the reporter, pursuant |
| 10:09:07 | 5 | to stipulation of counsel, was examined and testified |
| 10:09:19 | 6 | through the interpreter as follows: |
| 10:09:19 | 7 | THE WITNESS:  Yes. |
| 10:09:19 | 8 | EXAMINATION |
| 10:09:19 | 9 | BY MR. OLSON: |
| 10:09:26 | 10 | Q.   Mr. Sim, welcome back. |
| 10:09:28 | 11 | You understand, again, that you are under an |
| 10:09:30 | 12 | oath to tell the truth? |
| 10:09:37 | 13 | A.   Yes. |
| 10:09:39 | 14 | Q.   And you understand that similar to your |
| 10:09:42 | 15 | prior deposition, that this proceeding is being |
| 10:09:46 | 16 | transcribed and can be used in court in connection with |
| 10:09:52 | 17 | the legal matter under which it's being taken? |
| 10:10:11 | 18 | A.   Yes. |
| 10:10:11 | 19 | Q.   Is there anything that you did to prepare |
| 10:10:14 | 20 | for the resumption of your deposition here today? |
| 10:10:24 | 21 | MR. STEIGER:  And I will just instruct the |
| 10:10:26 | 22 | witness not to testify to any communications |
| 10:10:28 | 23 | with inside or outside legal counsel. |
| 10:10:41 | 24 | A.   I reviewed over documents that I |
| 10:10:50 | 25 | submitted -- that we submitted. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

226

| | | |
|---|---|---|
| 11:35:46 | 1 | A.   Yes. |
| 11:35:48 | 2 | Q.   The numbers contained in that row are |
| 11:35:53 | 3 | specifically the quantity of Epic 4G phones that were |
| 11:35:58 | 4 | sold by STA, correct? |
| 11:36:12 | 5 | A.   Yes. |
| 11:36:12 | 6 | Q.   And then the next item, "Sales," are the net |
| 11:36:17 | 7 | revenue received by STA for those sales, correct? |
| 11:36:32 | 8 | A.   Yes. |
| 11:36:33 | 9 | Q.   Below it is a category "COGS"; that stands |
| 11:36:38 | 10 | for cost of goods sold, correct? |
| 11:36:45 | 11 | A.   Yes. |
| 11:36:51 | 12 | Q.   And at least one item included within cost |
| 11:36:53 | 13 | of goods sold in that line is the price that STA pays |
| 11:36:59 | 14 | to SEC for receipt of the phones, correct? |
| 11:37:22 | 15 |       (Discussion held between Lead Interpreter |
| 11:37:59 | 16 | and Check Interpreter.) |
| 11:37:59 | 17 | A.   COGS has only one item. |
| 11:37:59 | 18 | BY MR. OLSON: |
| 11:38:06 | 19 | Q.   What item is that? |
| 11:38:10 | 20 | A.   I cannot clearly understand.  There are many |
| 11:38:17 | 21 | items under COGS.  What do you mean by that? |
| 11:38:25 | 22 | Q.   So in the line item that says "COGS" under |
| 11:38:29 | 23 | STA, are there both indirect and direct costs? |
| 11:38:48 | 24 | A.   Yes. |
| 11:38:48 | 25 | Q.   And the indirect costs mean they're |

| | | |
|---|---|---|
| 11:38:51 | 1 | allocated to the product as opposed to directly |
| 11:38:53 | 2 | associated with the product, correct? |
| 11:39:13 | 3 |     A.    You are correct, but let me make a few |
| 11:39:26 | 4 | corrections. |
| 11:39:27 | 5 |     There is COGS under STA, and there is also |
| 11:39:32 | 6 | COGS under manufacturing. |
| 11:40:04 | 7 |     When it comes to COGS under STA, it includes |
| 11:40:08 | 8 | purchase cost, purchase price for the products obtained |
| 11:40:12 | 9 | from a manufacturer.  And there is also costs related |
| 11:40:16 | 10 | to importing products, additional costs.  So you can |
| 11:40:21 | 11 | consider the figure in COGS hundred percent direct |
| 11:40:28 | 12 | cost. |
| 11:40:30 | 13 |     However, when it comes to COGS under |
| 11:41:06 | 14 | manufacturing, there are costs related to the materials |
| 11:41:10 | 15 | and labor costs for manufacturing.  So COGS under |
| 11:41:14 | 16 | manufacturing includes both direct and indirect costs. |
| 11:41:19 | 17 |     So if you are talking about costs under |
| 11:41:21 | 18 | manufacturing, that is right, there are direct and |
| 11:41:24 | 19 | indirect costs; but when it comes to COGS under STA, it |
| 11:41:28 | 20 | is safe to say that it only includes direct COGS alone. |
| 11:41:34 | 21 |     Q.    So there's no -- |
| 11:41:34 | 22 |     CHECK INTERPRETER:  Interjection -- |
| 11:41:43 | 23 |     LEAD INTERPRETER:  COGS, COGS. |
| 11:41:43 | 24 |     MR. OLSON:  C-O-G-S, COGS. |
| 11:41:43 | 25 |     LEAD INTERPRETER:  C-O-G-S, COGS.  I said |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

228

```
11:41:43   1             COGS.  C-O-G-S under STA.
11:41:43   2   BY MR. OLSON:
11:41:57   3       Q.    Is there any allocated overhead being
11:42:00   4   included in COGS under STA?
11:42:16   5       A.    Safe to say there is none.
11:42:25   6       Q.    Moving down to the next line item below that
11:42:28   7   says G and A.
11:42:44   8             And G and A is the --
11:43:01   9             COURT REPORTER:  I missed that question.
11:43:03  10             MR. OLSON:  Yeah, let me repeat the
11:43:05  11       question.  She missed it.
11:43:05  12   BY MR. OLSON:
11:43:06  13       Q.    Is G and A the combination of labor cost,
11:43:12  14   depreciation, and others in the STA category?
11:43:31  15       A.    Yes.
11:43:31  16       Q.    Are there any direct expenses included in
11:43:39  17   the G and A category for STA?
11:44:00  18       A.    Overall it is safe to say that there is no
11:44:04  19   direct expense included in G and A.
11:44:09  20       Q.    And the G and A line is an allocation using
11:44:15  21   as the last step STA's revenue with respect to the
11:44:19  22   phone.
11:45:00  23       A.    I think there were some mistranslation.  I
11:45:02  24   think that counsel is asking me whether there is an
11:45:05  25   allocation from the G and A expenses for each phone.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

340

1   (Counsel representing this witness should arrange
    reading and signing and thereafter distribute copies
2   of the signed Errata Sheet to opposing counsel
    without involvement of court reporter.)
3
    STYLE OF CASE:  Apple V Samsung
4   DEPOSITION OF:  JAEHWANG SIM
    DATE TAKEN:  Saturday, March 31, 2012
5
            E R R A T A   S H E E T
6
      LINE          CHANGE                REASON
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22  I hereby certify that I have read my deposition and
    that it is true and correct subject to any changes
23  in form or substance entered here.

24  _____           _____
    Date                      JAEHWANG SIM
25

```
 1                    C E R T I F I C A T E

 2    (Seoul)

 3    (South Korea)

 4
              I, Tracey S. LoCastro, Registered
 5    Professional Reporter, do hereby certify
      that the aforementioned witness was first duly sworn
 6    as noted by stipulation of counsel to testify the
      whole truth; that I was authorized to and did report
 7    said deposition in stenotype; and that the foregoing
      pages are a true and correct transcription of my
 8    shorthand notes of said deposition.

 9            I further certify that said deposition was
      taken at the time and place hereinabove set forth
10    and that the taking of said deposition was commenced
      and completed as hereinabove set out.
11
              I further certify that I am not attorney
12     or counsel of any of the parties, nor am I a
       relative or employee of any attorney or counsel of
13     party connected with the action, nor am I
       financially interested in the action.
14
              The foregoing certification of this
15    transcript does not apply to any reproduction of the
      same by any means unless under the direct control
16    and/or direction of the certifying reporter.

17

18            IN WITNESS WHEREOF, I have hereunto

19    set my hand this 2nd day of April, 2012.

20
                         _____
21

22                       TRACEY S. LOCASTRO,
                         Registered Professional Reporter
23

24

25
```